# EXHIBIT "B"

{698.001-W0003117.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

September 29, 2009
Account No:   698-001
Statement No:    10165

## Task Code Recapitulation

| | | Fees | Hours |
|---|---|---:|---:|
| B112 | Asset Disposition | 2,834.00 | 6.20 |
| B122 | Case Administration | 2,530.00 | 12.80 |
| B126 | Employee Benefits/Pensions | 2,142.00 | 3.60 |
| B133 | LBO and Related Transactions | 33,025.50 | 76.60 |
| B134 | Hearings | 2,885.50 | 8.40 |
| B136 | LRC Retention & Fee Matters | 1,920.50 | 7.40 |
| B138 | Creditors' Committee Meetings/Communications | 14,230.50 | 29.40 |
| B142 | Non-Working Travel | 505.75 | 1.70 |
| B144 | Non-LRC Retention & Fee Matters | 7,558.50 | 22.70 |
| **TOTAL** | | **$67,632.25** | **168.80** |

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors                              September 29, 2009
                                                                       Account No:   698-001
                                                                       Statement No:   10165

Tribune Company, et al. bankruptcy

### Fees through 08/31/2009

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 08/20/2009 | AGL | B112 | A100 | Review and analysis of project fastball papers (1.9); emails to and from McGuire re: same and status conference (.2) | 2.10 | 1,249.50 |
|  | MBM | B112 | A100 | Review Cubs transaction documents | 3.80 | 1,406.00 |
| 08/21/2009 | AGL | B112 | A100 | Emails to and from group re: cubs transaction update | 0.30 | 178.50 |
|  |  |  |  | **B112 - Asset Disposition** | 6.20 | 2,834.00 |
| 08/03/2009 | FAP | B122 | A100 | Review notice of Paul Hastings sixth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of McDermott Will April fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of McDermott Will March fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks updated weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and distribute | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Review notice of Reed Smith fifth monthly fee application; update critical dates | 0.10 | 20.00 |
| 08/04/2009 | FAP | B122 | A100 | Briefly review 8/4/09 committee mtg. presentation materials and distribute | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Dow Lohnes notice of first monthly fee application; update critical dates | 0.10 | 20.00 |
| 08/05/2009 | FAP | B122 | A100 | Briefly review Washington Baltimore Local objection and joinders to motion to implement incentive program | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review UST response to motion to implement incentive program | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Sarvest Limited letter; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly update | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Rhein notice of appearance; update 2002 service list | 0.10 | 20.00 |

```
                                                                  Page:    2
Official Committee of Unsecured Creditors                September 29, 2009
                                                         Account No:  698-001
                                                         Statement No:  10165
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---:|---:|
| 08/06/2009 | FAP | B122 | A100 | Briefly review J. Porter memos re: special counsel responses and distribute for 8/6 mtg. | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Briefly review debtors' motion for protective order re: Washington-Baltimore Newspaper Guild discovery requests and motion to shorten notice for same | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order granting motion for expedited hearing on debtors' motion for protective order; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly report and distribute | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review J. Porter memo re: 8/13 committee mtg; update critical dates | 0.10 | 20.00 |
| 08/10/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of fifth omnibus motion to reject leases; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review weekly Intralinks court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and distribute | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Review notice of Lazard Freres fifth monthly fee application; update critical dates | 0.10 | 20.00 |
| 08/11/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order further extending exclusivity; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order approving retention of Deloitte & Touche | 0.10 | 20.00 |
| 08/12/2009 | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated committee contact list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review 8/13/09 agenda and distribute materials | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly update | 0.10 | 20.00 |
| 08/13/2009 | FAP | B122 | A100 | Briefly review Moelis presentation re: Cubs sale | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Chadbourne presentation re: cubs sale | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review AGL and MBM email exchanges re: debtors' financial advisors; forward retention applications for same | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Retrieve and distribute to MBM Lazard and Alvarez fifth monthly fee applications | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Update critical dates with response deadline to examiners final report for Chadbourne and Members | 0.10 | 20.00 |

{698.001-W0003168.}

```
                                                              Page:   3
Official Committee of Unsecured Creditors           September 29, 2009
                                                    Account No:  698-001
                                                    Statement No:  10165
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | LR | B122 | A100 | Review email from M. McGuire re: telephonic appearance at 8.14.09 hearing (.1); contact court call re: registration (.2); email M. McGuire status of same (.1); further late night and early morning calls to court call and to Nancy Hunt re: approval for registration (.4); follow up call with M. McGuire re: same (.2) | 1.00 | 180.00 |
| 08/14/2009 | FAP | B122 | A100 | Review J. Porter email scheduling 8/18 committee mtg; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Email exchanges with J. Porter re: 341 mtg transcript; forward same | 0.20 | 40.00 |
|  | LR | B122 | A100 | Draft letter to Francisco Vazquez, Esquire at Chadbourne & Parke, LLP enclosing Addendum of Duff & Phelps 6.26.09 Confidentiality Agreement | 0.10 | 18.00 |
| 08/17/2009 | FAP | B122 | A100 | Review notice of Jones Day monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of rescheduled 9/22 hearing; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to authorize settlement agreement with California tax board; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to assume Classified Ventures agreements; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to assume certain leases and set cure amounts; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and distribute | 0.50 | 100.00 |
|  | FAP | B122 | A100 | Review Intralinks updated court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Chadbourne memo re: analysis of debtors' fifth motion to reject leases | 0.10 | 20.00 |
|  | LR | B122 | A100 | Finalize and mail letter to F. Vazquez enclosing Addendum to 6.26.09 Duff & Phelps confidentiality agreement | 0.10 | 18.00 |
| 08/18/2009 | FAP | B122 | A100 | Review fourth supplement to motion for additional time to file financial reports; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review J. Porter email re: cancellation of 8/20/09 committee mtg.; update critical dates | 0.10 | 20.00 |

```
                                                                Page:     4
Official Committee of Unsecured Creditors               September 29, 2009
                                                        Account No:   698-001
                                                        Statement No:   10165
Tribune Company, et al. bankruptcy


                                                              Hours
08/19/2009  LR    B122  A100  Draft and mail letter to to F.
                              Vazquez-Chadbourne enclosing original First
                              Amendment to Confidentiality Agreement re:
                              Valuation Research Corp. and Addendum to
                              6/12/09 Confidentiality Agreement re: JPMorgan
                              Chase                                      0.30       54.00
            FAP   B122  A100  Briefly review AlixPartners weekly update  0.10       20.00

08/20/2009  FAP   B122  A100  Briefly review draft plan and distribute   0.10       20.00

08/21/2009  FAP   B122  A100  Review Intralinks weekly calendar          0.10       20.00
            FAP   B122  A100  Review updated docket; email to A. Landis and
                              M. McGuire                                 0.10       20.00
            FAP   B122  A100  Review notice of Dow Lohnes second monthly fee
                              application; update critical dates         0.10       20.00

08/24/2009  FAP   B122  A100  Review updated docket; email to A. Landis and
                              M. McGuire                                 0.10       20.00
            FAP   B122  A100  Update critical dates memo and distribute  0.30       60.00
            FAP   B122  A100  Briefly review motion to approve notice and
                              hearing re: Cubs transaction (.1); review
                              motion to shorten (.1)                     0.20       40.00
            FAP   B122  A100  Review order approving motion to shorten Cubs
                              notice/procedure motion; update critical dates  0.10  20.00

08/25/2009  FAP   B122  A100  Briefly review AlixPartners weekly update  0.10       20.00
            FAP   B122  A100  Briefly review AlixPartners report on 2nd
                              quarter operating results                  0.10       20.00
            FAP   B122  A100  Review updated docket; email to A. Landis and
                              M. McGuire                                 0.10       20.00
            FAP   B122  A100  Briefly review motion of debtors and CNLBC to
                              enter into formation agreement; update
                              critical dates                             0.10       20.00
            FAP   B122  A100  Email exchanges with debtors' para re:
                              continued hearing date for MIP             0.10       20.00
            FAP   B122  A100  Update critical dates with continued MIP
                              hearing                                    0.10       20.00
            FAP   B122  A100  Review Chadbourne memos regarding recently
                              filed motions and committee's position re:
                              same                                       0.10       20.00
            FAP   B122  A100  Email exchanges with D. Bava re: continued MIP
                              hearing date                               0.10       20.00
            FAP   B122  A100  Briefly review Intralinks posting re: Cubs
                              sale and related documents                 0.10       20.00
            FAP   B122  A100  Review notice of Reed Smith sixth monthly fee
                              application; update critical dates         0.10       20.00

08/26/2009  FAP   B122  A100  Review updated docket; email to A. Landis and
                              M. McGuire                                 0.10       20.00
            FAP   B122  A100  Briefly review Moelis weekly update        0.10       20.00
            FAP   B122  A100  Review notice of Sidley Austin seventh monthly
                              fee application; update critical dates     0.10       20.00
            FAP   B122  A100  Review notice of Deloitte first monthly fee
                              application; update critical dates         0.10       20.00
```

{698.001-W0003168.}

```
                                                                      Page:     5
Official Committee of Unsecured Creditors                    September 29, 2009
                                                             Account No:    698-001
                                                             Statement No:     10165
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Review Ricketts and Chicago Baseball Holdings notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review J. Porter email re: cancellation of 8/27 committee mtg and update critical dates | 0.10 | 20.00 |
| 08/27/2009 | FAP | B122 | A100 | Briefly review Law Debenture 2004 motion and motion to shorten | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Review notice of Stuart Maue fourth monthly application; update critical dates | 0.10 | 20.00 |
| 08/28/2009 | FAP | B122 | A100 | Briefly review Chadbourne memo re: motion modifying automatic stay to allow ERISA litigation defense | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order setting expedited hearing of Law Debenture Trust 2004 motion; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Isaksen notice of substitution of counsel; update 2002 service list | 0.10 | 20.00 |
| 08/31/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Jenner Block monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Cole Schotz seventh monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of rescheduled 11/17 hearing; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks updated weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and distribute | 0.50 | 100.00 |
|  | FAP | B122 | A100 | Review order approving notice and procedures for Cubs transactions; update critical dates | 0.10 | 20.00 |
|  |  |  |  | **B122 - Case Administration** | **12.80** | **2,530.00** |
| 08/05/2009 | AGL | B126 | A100 | Review and analyze UST papers in connection with motion to seal Mercer report re: MIP | 0.60 | 357.00 |
| 08/07/2009 | AGL | B126 | A100 | Review and analyze, in preparation for hearing, MIP objections filed by Guild (.4); UST (.4); review and analyze debtors' responses to objections (.6); debtors' motion for protective order w/r/t Guild seal motion and discovery (.4); review Guild discovery (.7) | 2.50 | 1,487.50 |
| 08/13/2009 | AGL | B126 | A100 | Emails to and from and call with McGuire re: status conference re: Guild MIP objections and hearing coverage | 0.50 | 297.50 |
|  |  |  |  | **B126 - Employ Benefits/Pension** | **3.60** | **2,142.00** |

{698.001-W0003168.}

```
                                                              Page:   6
Official Committee of Unsecured Creditors           September 29, 2009
                                                    Account No:  698-001
                                                    Statement No:  10165
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 08/03/2009 | RLB | B133 | A100 | Revise confidentiality agreements with Citigroup and Morgan Stanley (1.1)  Calls with counsel to Citigroup and Morgan Stanley re: document production. (.8)  Draft confidentiality agreement with Goldman (.8)  E-mail with counsel to Citigroup (.2)  Review research memo re: advisor liability (.9) | 3.80 | 1,425.00 |
|  | DBR | B133 | A100 | Report on status of document production and review emails to/from co-counsel to prepare same | 0.50 | 262.50 |
| 08/04/2009 | KKM | B133 | A100 | Research on LEXIS re LBO complaints | 0.70 | 259.00 |
|  | RLB | B133 | A100 | E-mails regarding confidentiality agreements with Citigroup (.4) and Morgan Stanley (.4); Discuss same with DBR (.2); Research re: indemnification provisions for second stage memo (1.1) | 2.10 | 787.50 |
|  | DBR | B133 | A100 | Complete Morgan confi agreement (.2) and correspond with committee counsel re: same (.1) | 0.30 | 157.50 |
| 08/05/2009 | RLB | B133 | A100 | E-mails regarding confidentiality agreements and production of documents with Citigroup (.3) and Goldman Sachs (.4); Review letter and disc received with first Morgan Stanley production (.3); Begin review of documents produced by Morgan Stanley (1.2) | 2.20 | 825.00 |
|  | DBR | B133 | A100 | Working on Citi confi agreement and preparations for production (.6); confer with Butcher re: production and review (.4) | 1.00 | 525.00 |
| 08/06/2009 | FAP | B133 | A100 | Coordinate production of Morgan Stanley discovery | 0.10 | 20.00 |
|  | FAP | B133 | A100 | Correspondence to F. Vazquez re: Morgan Stanley discovery | 0.10 | 20.00 |
|  | RLB | B133 | A100 | E-mail Goldman re: confidentiality agreement (.3); E-mail with Citigroup re: initial production (.3); Continue review of Morgan Stanley documents (.7) | 1.30 | 487.50 |
|  | DBR | B133 | A100 | Follow up emails with Butcher & Morgan re: investigation and production from Morgan | 0.60 | 315.00 |
| 08/07/2009 | MBM | B133 | A100 | Emails with LeMay re: 1102 confidentiality agreement (.3); research re: same (.2) | 0.50 | 185.00 |
|  | RLB | B133 | A100 | E-mails re: signatures on confidentiality agreements (.5); Review letter from Citigroup re: documents (.3); Continue review of Morgan Stanley documents (1.0) | 1.80 | 675.00 |
|  | DBR | B133 | A100 | Resolving citigroup production issues (.9); confer with Butcher re: same (.3) | 1.20 | 630.00 |
| 08/08/2009 | RLB | B133 | A100 | E-mails with co-counsel re: Morgan Stanley document production (.3); and re: confidentiality agreement (.3) | 0.60 | 225.00 |

{698.001-W0003168.}

```
                                                                Page:     7
Official Committee of Unsecured Creditors                September 29, 2009
                                                         Account No:   698-001
                                                         Statement No:   10165
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 08/10/2009 | DBR | B133 | A100 | Review and analyze Citi and Morgan documents | 1.10 | 577.50 |
|  | FAP | B133 | A100 | Email exchanges with R. Butcher re: Citigroup discovery production (.1); coordinate production of same (.1) | 0.20 | 40.00 |
|  | FAP | B133 | A100 | Correspondence to F. Vazquez re: Citigroup discovery production | 0.10 | 20.00 |
|  | RLB | B133 | A100 | E-mail re: documents from Citigroup (.4); Forward documents to co-counsel (.4); E-mail with Goldman re: documents (.3); Begin review of Citigroup documents (.8) | 1.90 | 712.50 |
| 08/11/2009 | DBR | B133 | A100 | Working on McCormick stipulation (.5); work on confi agreements (1.1) | 1.60 | 840.00 |
|  | MBM | B133 | A100 | Emails from Chadbourne re: foundation 2004 stipulation (.2); conferences with Rath re: same (.5); calls to Chadbourne re: same (.2); emails and calls to Astin re: same (.2) | 1.10 | 407.00 |
| 08/13/2009 | DBR | B133 | A100 | Review and analyze documents produced by Citi (1.8), discuss same with Butcher (.2); complete confi agreement re: Zuckerman and emails to/from Butcher re: same (.3) | 2.30 | 1,207.50 |
|  | RLB | B133 | A100 | E-mail to/from Goldman re: confidentiality agreement (.3); E-mail to/from Rath re: retention of Zuckerman Spaeder (.4); Review documents produced by Citigroup (1.5) | 2.20 | 825.00 |
| 08/14/2009 | FAP | B133 | A100 | Review/revise certification of counsel and stipulation regarding 2004 motion (.1); file same and submit to chambers (.3) | 0.40 | 80.00 |
|  | MBM | B133 | A100 | Multiple emails with opposing counsel re: 2004 Motion stipulation (.6); prepare certification of counsel re: same and prepare for filing (.9); emails with Rath re: same (.3) | 1.80 | 666.00 |
|  | RLB | B133 | A100 | Continue review and analysis of Citigroup documents. | 1.60 | 600.00 |
|  | DBR | B133 | A100 | Work on completing stipulation with Shifflett from counsel (1.0); working on VRC confi agreement (.6) | 1.60 | 840.00 |
| 08/17/2009 | DBR | B133 | A100 | Review and revise JPM and VRC confi agreement | 0.40 | 210.00 |
| 08/18/2009 | DBR | B133 | A100 | Continue to review and revise confidentiality agreements for JPM and VRC | 1.20 | 630.00 |
| 08/19/2009 | DBR | B133 | A100 | Review and analyze emails to/from counsel to Morgan re: Morgan documentation to be produced (.7); discussion with Butcher re: same (.4) | 1.10 | 577.50 |
| 08/20/2009 | RLB | B133 | A100 | Emails to and calls with co-counsel re: Landis investigation targets (.6); E-mail with Goldman re: confidentiality agreement (.4); E-mails (.2) and call (.3) with counsel to Morgan Stanley re: production | 1.50 | 562.50 |

{698.001-W0003168.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

Page: 8
September 29, 2009
Account No: 698-001
Statement No: 10165

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/21/2009 | RLB | B133 | A100 | Revise and edit Morgan Stanley addendum to Confidentiality Agreement (.2); Call to Morgan Stanley re: addendum (.2); Call to Paul Weiss re: addendum to Citigroup confidentiality (.2); Draft addendum letter re: Citigroup (.3) | 0.90 | 337.50 |
| | DBR | B133 | A100 | Review and analyze production and investigation on Morgan, Citi and Goldman (1.4); confer with Butcher on action plan for same (.6) | 2.00 | 1,050.00 |
| 08/24/2009 | FAP | B133 | A100 | Call to chambers re: status of order approving stipulation resolving 2004 motion | 0.10 | 20.00 |
| | FAP | B133 | A100 | Review order approving stipulation resolving 2004 motion (.1); coordinate service of same (.1); prepare affidavit of service (.1); file same (.1) | 0.40 | 80.00 |
| | RLB | B133 | A100 | Calls re: Morgan Stanley document production (.3)  Calls re: Goldman document production (.3) | 0.60 | 225.00 |
| 08/25/2009 | FAP | B133 | A100 | Email exchanges with M. McGuire re: order approving stipulation resolving 2004 motion | 0.10 | 20.00 |
| | DBR | B133 | A100 | Conference with Butcher re: status of addenda to confidentiality agreements (.2); status of document review process (.2); circulation of foundation order and discus status of same with McGuire (.4) | 0.80 | 420.00 |
| | RLB | B133 | A100 | Review of Citigroup documents (.5); Discussion with DBR document review and deficiencies (.3) | 0.80 | 300.00 |
| | MBM | B133 | A100 | Review order and stip re: 2004 motion (.3); email to Chadbourne re: same (.1) | 0.40 | 148.00 |
| | RLB | B133 | A100 | Research re: limits of indemnification for financial advisors in connection with Morgan and Citi retention information. | 0.70 | 262.50 |
| 08/26/2009 | DBR | B133 | A100 | Review and analyze deficiencies in discovery from Morgan (.6); confer with Butcher re: same (.3); review and revise correspondence to Morgan re: deficiencies (.7); confer with co-counsel re: same (.3) | 1.90 | 997.50 |
| | RLB | B133 | A100 | E-mail to (.2) and from (.2) counsel for Citigroup re: addendum; E-mail to DBR (.2) re: status of Morgan confidentiality; E-mail to Goldman counsel (.3) re: status of confidentiality and production; Finish review of Morgan documents (1.0);  Review discovery requests to Morgan for responsiveness (.6); Draft correspondence to Morgan Stanley detailing production deficiencies (1.8); Prepare additonal discovery materials for review and request for additional production (.9); E-mail with co-counsel re: Morgan Stanley and status of other investigation targets (.6) | 5.80 | 2,175.00 |
| | MBM | B133 | A100 | Review and analyze law debenture 2004 motion | 1.60 | 592.00 |

```
                                                                    Page:   9
Official Committee of Unsecured Creditors                September 29, 2009
                                                         Account No:   698-001
                                                         Statement No:   10165
Tribune Company, et al. bankruptcy
```

|   |   |   |   |   | Hours |   |
|---|---|---|---|---|---|---|
| 08/27/2009 | DBR | B133 | A100 | Prepare status report re: investigation (.6); prepare for and participate in conference call with Zink and Vasquez re: discovery (.3); review, execute and circulate confidentiaility agreement re: Zell (.3); confer with Butcher to outline review of documentation (.4); review and analyze production (.6); review and analyze Law Debenture Motion and exhibits relating to leave to conduct discovery (2.0); and discuss same with Landis (.7) | 4.90 | 2,572.50 |
|   | LR | B133 | A100 | Draft and mail letter to F. Vazquez enclosing Zell Addendum to 6.18.09 Confidentiality Agreement | 0.10 | 18.00 |
|   | AGL | B133 | A100 | Review and analyze law debenture motion to shorten/lbo discovery motion (1.6); emails to and from C&P group re: same (.3); call with C&P group re: same (.7); calls to law debenture counsel and court re: same and timing of motion/objections (.4); begin drafting portion of response re: LRC activities (1.0) | 4.00 | 2,380.00 |
|   | RLB | B133 | A100 | Prepare Summary of progress of document production (.4); Call with Frank Vasquez and Bob Schwinger re: same (.5); Discuss addendum letter with DBR (.5); Call with Chadbourne re: 2004 motion/motion to appoint examiner (.8); Call with opposing counsel re: response to motion (.2); E-mail to/from opposing counsel re: 2004 motion response and timeline (.7); Review and analyze 2004 motion (.5); Document review (.5) | 4.10 | 1,537.50 |
|   | MBM | B133 | A100 | Continue review and analysis of Law Debenture 2004 motion (1.2); conference and emails with Landis re: same (.4); call with Landis and Deutsch re: same (.3); call to chambers re: same (.2); emails with Landis and Rath re: same (.3) | 2.40 | 888.00 |
| 08/28/2009 | DBR | B133 | A100 | Prepare discovery re: S&P | 1.10 | 577.50 |
|   | FAP | B133 | A100 | Confer with RLB re: Standard and Poor's discovery request (.1); create file for same (.1) | 0.20 | 40.00 |
|   | RLB | B133 | A100 | Draft and revise letter to Morningstar re: document production (.8); Discuss letter with DBR (.3); E-mails with Morgan Stanley to set up conference call re: production (.5); Call with Frank Vasquez re: additional production (.4); Background review for S&P document requests (.3) | 2.30 | 862.50 |
| 08/31/2009 | DBR | B133 | A100 | Review emails to/from Citi re: confi agreement and production (.3); confer with Butcher re: same (.3); work on review of electronic search terms for discovery (1.0) | 1.60 | 840.00 |

{698.001-W0003168.}

```
                                                                           Hours

           RLB   B133  A100  Draft (1.2) and revise (.6) discovery to
                             Standard & Poor's; Research re: general
                             counsel of Standard & Poor's (.3); e-mails
                             to/from Citi re: discovery (.4)  E-mail to
                             Rath re: ESI production (.4)                   2.90    1,087.50
                                                                           -----    --------
                             B133-LBO & Related Trans                      76.60   33,025.50

08/10/2009 FAP   B134  A100  Review agenda for 8/11/09 hearing (.1);
                             prepare hearing binder for same (1.0)          1.10      220.00
           FAP   B134  A100  Briefly review WBNG objection to debtors
                             motion for protective order; supplement 8/11
                             hearing binder                                 0.10       20.00
           MBM   B134  A100  Review agenda for 8/12 hearing and conference
                             with Landis re: same                           0.30      111.00

08/11/2009 FAP   B134  A100  Review amended agenda for 8/11/09 hearing
                             (.1); supplement hearing binder (.1)           0.20       40.00

08/14/2009 FAP   B134  A100  Review agenda for 8/14/09 telephonic status
                             conferene (.1); review email exchanges and
                             discussion with L. Rogers re: telephonic
                             appearances confirmation (.1)                  0.20       40.00
           AGL   B134  A100  Emails to and from McGuire and calls re:
                             telephonic status conferences, appearances and
                             hearing issues                                 0.50      297.50
           MBM   B134  A100  Emails with Landis re: telephonic hearing
                             (.4); calls to chambers re: same (.2); emails
                             with LeMay and Holtz re: same (.3)             0.90      333.00

08/21/2009 MBM   B134  A100  Prepare for and attend chambers conference     1.20      444.00

08/27/2009 FAP   B134  A100  Review agenda for 8/31/09 hearing              0.10       20.00

08/28/2009 FAP   B134  A100  Prepare hearing binder for 8/31                0.80      160.00

08/30/2009 AGL   B134  A100  Emails to and from McGuire re: status of ZS
                             retention issues with UST, law debenture in
                             prep for 8/31 hearing                          0.40      238.00

08/31/2009 MBM   B134  A100  Prepare for and attend hearing on Cubs sales
                             procedures                                     2.60      962.00
                                                                            ----    --------
                             B134 - Hearings                                8.40    2,885.50

08/13/2009 AGL   B136  A100  Emails to/from Cooper (.1) and McGuire (.1)
                             re: final report re: LRC fees                  0.20      119.00

08/17/2009 FAP   B136  A100  Email exchanges and discussion with M. Parikh
                             re: status of LRC July prebills                0.10       20.00
           FAP   B136  A100  Review/revise July prebills                    0.50      100.00

08/20/2009 FAP   B136  A100  Email exchanges with A. Landis and M. McGuire
                             re: responses to LRC sixth monthly fee
                             application                                    0.10       20.00
```

{698.001-W0003168.}

```
                                                              Page: 11
Official Committee of Unsecured Creditors              September 29, 2009
                                                       Account No:  698-001
                                                       Statement No:  10165
Tribune Company, et al. bankruptcy

                                                         Hours
            FAP  B136  A100  Draft Certificate of No Objection to LRC sixth
                             monthly fee application              0.10    20.00

08/21/2009  FAP  B136  A100  Prepare affidavit of service for certificate
                             of no objection re: LRC sixth monthly fee
                             application and file same            0.10    20.00
            FAP  B136  A100  File and serve Certificate of No Objection to
                             LRC sixth monthly fee application    0.40    80.00

08/24/2009  FAP  B136  A100  Discussion with M. Parikh re: status of LRC
                             7th monthly fee application          0.10    20.00
            MAP  B136  A103  Draft LRC 7th Fee App (1.2); review and revise
                             July prebill (.3).                   1.50   412.50

08/25/2009  CL   B136  A103  Edits to LRC July invoice            0.90   112.50
            FAP  B136  A100  File and coordinate service of LRC seventh
                             monthly fee application              0.40    80.00
            FAP  B136  A100  Discussion with C. Lewicki and M. Parikh re:
                             examiner's requirements for monthly
                             fee/expense detail                   0.10    20.00
            MAP  B136  A102  Continue revisions to July prebill (.7);
                             discussions w/ Lewicki re: same (.2); continue
                             drafting LRC 7th monthly Fee App (.4); revise
                             same per comments from McGuire and Landis
                             (.2).                                1.50   412.50
            MBM  B136  A100  Review and revise July prebill (.4) and LRC
                             7th monthly Fee App (.8)             1.20   444.00

08/26/2009  FAP  B136  A100  Email to L. Cooper re: fee/expense detail for
                             July invoices                        0.10    20.00
            FAP  B136  A103  Prepare and file affidavit of service for
                             LRC's seventh monthly fee application  0.10   20.00
                                                                  ----   --------
                       B136 - LRC Ret. & Fee Matters              7.40  1,920.50

08/04/2009  MBM  B138  A100  Prepare for and attend committee meeting  3.80 1,406.00
            AGL  B138  A100  Working travel to NYC in preparation for
                             committee meeting (reviewing lbo memos,
                             counsel bios, agenda)                1.70  1,011.50
            AGL  B138  A100  Attend committee meeting             4.50  2,677.50

08/06/2009  AGL  B138  A100  Review materials in preparation for committee
                             conference call (.6); attend call re: agenda
                             items listed (1.1)                   1.70  1,011.50
            MBM  B138  A100  Review materials in preparation for committee
                             conference call (.6); attend call re: agenda
                             items listed (1.9)                   2.50    925.00

08/11/2009  AGL  B138  A100  Emails to/from Porter re: committee in person
                             meeting re: Cubs transaction         0.20    119.00
            MBM  B138  A100  Prepare for and attend committee professionals
                             meeting                              0.80    296.00

08/12/2009  MBM  B138  A100  Prepare for and attend meeting with debtors
                             professionals                        1.20    444.00

{698.001-W0003168.}
```

```
                                                              Page:   12
Official Committee of Unsecured Creditors              September 29, 2009
                                                       Account No:  698-001
                                                       Statement No:   10165
Tribune Company, et al. bankruptcy
```

|              |     |      |      |                                                                                                              | Hours |           |
|--------------|-----|------|------|--------------------------------------------------------------------------------------------------------------|-------|-----------|
| 08/13/2009   | AGL | B138 | A100 | Attend committee meeting re: agenda items listed                                                             | 5.10  | 3,034.50  |
|              | MBM | B138 | A100 | Prepare for and participate in committee meeting                                                             | 2.90  | 1,073.00  |
|              | AGL | B138 | A100 | Working travel to NYC in preparation for committee meeting                                                   | 1.70  | 1,011.50  |
| 08/18/2009   | MBM | B138 | A100 | Prepare for and attend committee meeting re: Cubs sale                                                       | 1.10  | 407.00    |
| 08/19/2009   | MBM | B138 | A100 | Prepare for and attend meeting with debtors and committee professionals'                                     | 0.70  | 259.00    |
| 08/25/2009   | MBM | B138 | A100 | Prepare for and attend committee professionals; call                                                         | 0.60  | 222.00    |
| 08/26/2009   | MBM | B138 | A100 | Prepare for and attend professionals' call with debtors                                                      | 0.90  | 333.00    |
|              |     |      |      | **B138 - Creditors' Cmte Mtgs**                                                                              | **29.40** | **14,230.50** |
| 08/04/2009   | AGL | B142 | A100 | Return from NYC to Wilmington after committee meeting                                                        | 1.70  | 505.75    |
|              |     |      |      | **B142 - Non-Working Travel**                                                                                | **1.70**  | **505.75**    |
| 08/04/2009   | FAP | B144 | A100 | Email exchanges with A. Leung re: August filing deadlines and response deadline to final examiner report     | 0.10  | 20.00     |
| 08/10/2009   | AGL | B144 | A100 | Call with Porter re: issues in connection with application to retain Zuckerman Spader                        | 0.20  | 119.00    |
|              | AGL | B144 | A100 | Review and revise application to retain Zuckerman Spaeder as special conflicts counsel                       | 0.40  | 238.00    |
|              | MBM | B144 | A100 | Emails and calls with Porter re: special counsel retentions (.4); research and review ZS retention issues (.9) | 1.30  | 481.00    |
| 08/12/2009   | FAP | B144 | A100 | Briefly review examiner's report for committee members first and second monthly fee applications             | 0.10  | 20.00     |
|              | FAP | B144 | A100 | Briefly review examiners report for Chadbourne's first interim fee application (.1); email same to Chadbourne (.1) | 0.20  | 40.00     |
|              | MBM | B144 | A100 | Review of fee examiner responses to committee and Chadbourne interim fee applications (1.1); review ZS retention application (.8); emails with Porter re: same (.3) | 2.20  | 814.00    |
| 08/13/2009   | FAP | B144 | A100 | Review and revise Zuckerman Spaeder retention application and proposed order (.3); prepare notice for same (.1) | 0.40  | 80.00     |

{698.001-W0003168.}

```
                                                                  Page:    13
Official Committee of Unsecured Creditors                  September 29, 2009
                                                           Account No:   698-001
                                                           Statement No:   10165
Tribune Company, et al. bankruptcy

                                                                  Hours
            FAP  B144  A100  Prepare affidavit of service for Zuckerman
                             retention application (.1); Finalize for
                             filing and coordinate service of retention
                             application (.6)                      0.70     140.00
            AGL  B144  A100  Emails to and from Joe McMahon (.1) and call
                             with McMahon (.2) re: committee retention of
                             special counsel                       0.30     178.50

08/17/2009  FAP  B144  A100  Briefly review Examiners Final Report re:
                             AlixPartners' first interim fee application
                             (.1); email exchanges with A. Holtz and A.
                             Leung re: same (.1)                   0.20      40.00

08/18/2009  FAP  B144  A100  Email exchanges with Chadbourne group re:
                             responses to Chadbourne and committee members
                             monthly applications                  0.10      20.00
            FAP  B144  A100  Email exchanges with A. Leung and A. Holtz re:
                             responses to AlixPartners sixth monthly fee
                             application                           0.10      20.00
            FAP  B144  A100  Draft Certificate of No Objection to
                             Chadbourne sixth monthly fee application  0.10      20.00
            FAP  B144  A100  Draft Certificate of No Objection to
                             AlixPartners sixth monthly fee application  0.10      20.00
            FAP  B144  A100  Draft Certificate of No Objection to committee
                             members fourth monthly application    0.10      20.00

08/19/2009  FAP  B144  A100  Prepare affidavit of service for Certificates
                             of No Objection to Chadbourne sixth,
                             AlixPartners sixth and Members fourth monthly
                             applications                          0.10      20.00
            FAP  B144  A100  Finalize for filing and coordinate service of
                             Certificate of No Objection to Chadbourne's
                             sixth monthly fee application (.3); email to
                             Chadbourne re: same (.1)              0.40      80.00
            FAP  B144  A100  Finalize for filing and coordinate service of
                             Certificate of No Objection to AlixPartners
                             sixth monthly fee application (.3); email to
                             AlixPartner re: same (.1)             0.40      80.00
            FAP  B144  A100  Finalize for filing and coordinate service of
                             Certificate of No Objection to committee
                             members' fourth monthly application (.3);
                             email to Chadbourne re: same (.1)     0.40      80.00

08/20/2009  FAP  B144  A100  File affidavit of service for Certificates of
                             No Objection for Chadbourne, AlixPartners and
                             committee members fifth monthly application  0.10      20.00
            FAP  B144  A100  Email exchanges with V. Patel re: responses to
                             Moelis' sixth monthly fee application  0.10      20.00
            FAP  B144  A100  Draft Certificate of No Objection to Moelis
                             sixth monthly fee application         0.10      20.00

08/21/2009  FAP  B144  A100  File and serve Certificate of No Objection to
                             Moelis sixth monthly fee application (.3);
                             follow-up email to V. Patel re: same (.1)  0.40      80.00
```

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

Page: 14
September 29, 2009
Account No: 698-001
Statement No: 10165

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | MBM | B144 | A100 | Review Chadbourne response to Fee Examiner report (.5); email from Deutsch re: same (.1); conference with LeMay re: same (.1) | 0.70 | 259.00 |
| | FAP | B144 | A103 | Prepare affidavit of service for Certificate of No Objection re: Moelis sixth monthly fee application | 0.10 | 20.00 |
| 08/24/2009 | AGL | B144 | A100 | Call with Deutsch re: objections to chadbourne and committee members' fees | 0.30 | 178.50 |
| 08/25/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: committee's expenses for July | 0.10 | 20.00 |
| | FAP | B144 | A100 | Review committee members' expenses for July 2009 (.1); draft fifth fee application (.4); draft notice for same (.1) | 0.60 | 120.00 |
| | FAP | B144 | A100 | Email exchanges with Moelis re: payment of holdback amounts and process for same | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne's seventh monthly fee application (.1); review and compile same (.2); draft notice for same (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service of committee members' fifth monthly application for reimbursement of expenses | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service Chadbourne's seventh monthly fee application (.5); file notice for same (.1) | 0.60 | 120.00 |
| | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners seventh monthly fee application (.1); review/compile same in preparation of filing (.2); draft notice for same (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service of AlixPartners seventh monthly fee application | 0.50 | 100.00 |
| | MVG | B144 | A100 | Confer w/F. Panchak re: sample response to fee examiner's report (.1); research same (.1) | 0.20 | 40.00 |
| | AGL | B144 | A100 | Call with Deutsch re: fee examiner response (.3); conferences with Parikh re: format of same, precedent for same (.2) | 0.50 | 297.50 |
| | MAP | B144 | A102 | Research cases filed re: response to Examiner's Report per email from Landis (.1); discussions w/Panchak re: same (.1); discussion with Landis re: same (.1). | 0.30 | 82.50 |
| 08/26/2009 | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, AlixPartners, and committee members fifth monthly applications and file same | 0.10 | 20.00 |
| | FAP | B144 | A100 | Review/revise committee members' response to examiners final report re: first and second monthly applications | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email to M. McGuire re: committee response to examiners final report | 0.10 | 20.00 |
| | FAP | B144 | A100 | Prepare affidavit of service for committee response to examiner final report (.1); file and serve response (.4) | 0.50 | 100.00 |

{698.001-W0003168.}

```
                                                            Page: 15
Official Committee of Unsecured Creditors         September 29, 2009
                                                  Account No:  698-001
                                                  Statement No:  10165
Tribune Company, et al. bankruptcy


                                                           Hours

         AGL   B144  A100  Calls and emails to and from Deutsch re:
                           Zuckerman retention issues               0.30    178.50

08/27/2009 FAP B144  A100  Review/revise Chadbourne's response to
                           examiners final report (.2); email to M.
                           McGuire re: same (.1)                    0.30     60.00
         FAP   B144  A100  Review/revise Chadbourne second supplemental
                           affidavit (.2); communicate with M. McGuire
                           re: same (.1)                            0.30     60.00
         FAP   B144  A100  Email exchanges with D. Deutsch re: execution
                           of second supplemental affidavit         0.10     20.00
         FAP   B144  A100  File and serve Chadbourne response to final
                           report of fee examiner (.4); prepare affidavit
                           of service for same (.1); follow-up email to
                           Chadbourne re: same (.1)                 0.60    120.00
         FAP   B144  A100  Follow-up email exchanges with S. Pender re:
                           executed supplemental affidavit of Chadbourne  0.10  20.00
         FAP   B144  A100  File and coordinate service of supplemental
                           affidavit of D. Deutsch (.3); prepare
                           affidavit of service (.1); follow-up email to
                           Chadbourne (.1)                          0.50    100.00
         MBM   B144  A100  Review, revise and file CP response to fee
                           examiner (1.1); emails with Deutsch re: same
                           (.2)                                     1.30    481.00

08/28/2009 FAP B144  A100  Email exchanges with debtors' para re:
                           Zuckerman retention and pending CNO      0.10     20.00
         FAP   B144  A100  Email exchanges with G. McDaniel re: filed
                           copy of reservation of rights regarding
                           Zuckerman retention                      0.10     20.00
         AGL   B144  A100  Calls and emails to and from Lemay re: ZS
                           retention (.3); calls and emails to Macauley
                           re: same (.3); emails to and calls to Joe
                           McMahon re: ZS issues (.3); review law
                           debenture reservation of rights re: same (.4);
                           emails to and from counsel to law debenture
                           re: withdrawal of reservation (.3)       1.60    952.00
         MBM   B144  A100  Review Law Debenture statement on ZS retention
                           (.7); multiple emails with Landis re: same
                           (.4)                                     1.10    407.00

08/31/2009 FAP B144  A100  Email exchanges with A. Landis and M. Mcguire
                           re: responses to Zuckerman Spaeder retention
                           application                              0.10     20.00
         AGL   B144  A100  Calls with C&P and ZS re: UST issues with ZS
                           retention (.5); emails to and from group re:
                           same and follow up calls with McMahon (.3)  0.80  476.00
         MBM   B144  A100  emails with LeMay, Duetsch and ZS re: ZS
                           retention (.3); conference call with ZS re:
                           same (.3); meeting with Duetsch and LeMay re:
                           same (.2)                                0.80    296.00
                                                                   ------  --------
                           B144 - Non-LRC Ret. & Fee Matt          22.70  7,558.50
                                                                   ------  --------
                           For Current Services Rendered          168.80 67,632.25

{698.001-W0003168.}
```