# EXHIBIT "C"

{698.001-W0003117.}

Official Committee of Unsecured Creditors

September 29, 2009
Account No:   698-001
Statement No:      10165

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 13.65 |
| Travel expense | 602.00 |
| Copying | 124.10 |
| Overnight Delivery | 47.25 |
| Courier Fees | 983.70 |
| Online research LEXIS | 43.97 |
| Outside Duplication Services | 3,244.54 |
| US Postage | 611.25 |
| Client meals | 105.60 |
| **Total Expenses Thru 08/31/2009** | **$5,776.06** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Units | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | | |
| 698.001 | 06/29/2009 | AGL | P | B100 E221 | | | 16.31 | Overnight Delivery FedEx | 278 |
| *Subtotal for Transaction Date 06/29/2009* | | | | | | Billable | 16.31 | | |
| 698.001 | 07/30/2009 | AGL | P | B100 E211 | | | 82.49 | Outside printing - Advance Digital Legal Services, LLC - 50163 | 288 |
| 698.001 | 07/30/2009 | AGL | P | B100 E210 | | | 24.75 | US Postage # Digital Legal Services, LLC - 50163 | 289 |
| *Subtotal for Transaction Date 07/30/2009* | | | | | | Billable | 107.24 | | |
| 698.001 | 08/03/2009 | AGL | P | B100 E110 | | | 268.00 | Out-of-town travel - Amtrak | 266 |
| *Subtotal for Transaction Date 08/03/2009* | | | | | | Billable | 268.00 | | |
| 698.001 | 08/04/2009 | AGL | P | B100 E110 | | | 149.00 | Out-of-town travel - Amtrak - AGL - New York | 319 |
| 698.001 | 08/04/2009 | AGL | P | B100 E110 | | | 20.00 | Out-of-town travel - NYC Metrocard Transportation Line - AGL | 320 |
| 698.001 | 08/04/2009 | AGL | P | B100 E110 | | | 8.00 | Out-of-town travel - AGL - Parking | 322 |
| *Subtotal for Transaction Date 08/04/2009* | | | | | | Billable | 177.00 | | |
| 698.001 | 08/06/2009 | AGL | P | B100 E221 | | | 15.47 | Overnight Delivery FedEx | 283 |
| 698.001 | 08/06/2009 | AGL | P | B100 E211 | | | 657.11 | Outside printing - Advance Digital Legal Services, LLC - 50217 | 298 |
| *Subtotal for Transaction Date 08/06/2009* | | | | | | Billable | 672.58 | | |
| 698.001 | 08/10/2009 | AGL | P | B100 E221 | | | 15.47 | Overnight Delivery FedEx | 284 |
| 698.001 | 08/10/2009 | AGL | P | B100 E211 | | | 1,150.18 | Outside printing - Advance Digital Legal Services, LLC - 50319 | 299 |
| *Subtotal for Transaction Date 08/10/2009* | | | | | | Billable | 1,165.65 | | |
| 698.001 | 08/11/2009 | AGL | P | B100 E101 | 0.100 | 60.00 | 6.00 | Copying | 271 |
| *Subtotal for Transaction Date 08/11/2009* | | | | | | Billable | 6.00 | | |
| 698.001 | 08/12/2009 | AGL | P | B100 E110 | | | 149.00 | Out-of-town travel -Amtrak - AGL - New York | 321 |
| *Subtotal for Transaction Date 08/12/2009* | | | | | | Billable | 149.00 | | |
| 698.001 | 08/13/2009 | AGL | P | B100 E216 | | | 252.00 | Courier Fee - Advance TriState Courier & Carriage | 286 |
| 698.001 | 08/13/2009 | AGL | P | B100 E211 | | | 728.42 | Outside printing - Advance Digital Legal Services, LLC - 50324 | 300 |
| 698.001 | 08/13/2009 | AGL | P | B100 E210 | | | 258.75 | US Postage # Digital Legal Services, LLC - 50324 | 301 |
| 698.001 | 08/13/2009 | AGL | P | B100 E110 | | | 8.00 | Out-of-town travel - AGL - Parking | 323 |
| *Subtotal for Transaction Date 08/13/2009* | | | | | | Billable | 1,247.17 | | |
| 698.001 | 08/14/2009 | AGL | P | B100 E101 | 0.100 | 6.00 | 0.60 | Copying | 272 |
| 698.001 | 08/14/2009 | AGL | P | B100 E216 | | | 23.90 | Courier Fee - Advance TriState Courier & Carriage | 287 |
| *Subtotal for Transaction Date 08/14/2009* | | | | | | Billable | 24.50 | | |
| 698.001 | 08/17/2009 | AGL | P | B100 E101 | 0.100 | 6.00 | 0.60 | Copying | 273 |
| 698.001 | 08/17/2009 | AGL | P | B100 E101 | 0.100 | 18.00 | 1.80 | Copying | 274 |
| 698.001 | 08/17/2009 | AGL | P | B100 E108 | | | 1.05 | Postage | 279 |
| *Subtotal for Transaction Date 08/17/2009* | | | | | | Billable | 3.45 | | |
| 698.001 | 08/19/2009 | AGL | P | B100 E101 | 0.100 | 6.00 | 0.60 | Copying | 280 |
| 698.001 | 08/19/2009 | AGL | P | B100 E108 | | | 1.05 | Postage | 290 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Units | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | | |
| 698.001 | 08/19/2009 | AGL | P | B100 | E211 | | | 7.70 Outside printing - Advance Digital Legal Services, LLC - 50399 | 302 |
| 698.001 | 08/19/2009 | AGL | P | B100 | E210 | | | 5.25 US Postage # Digital Legal Services, LLC - 50399 | 303 |
| 698.001 | 08/19/2009 | AGL | P | B100 | E216 | | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 314 |
| | Subtotal for Transaction Date 08/19/2009 | | | | | | Billable | 50.60 | |
| 698.001 | 08/21/2009 | AGL | P | B100 | E101 | 0.100 | 66.00 | 6.60 Copying | 281 |
| 698.001 | 08/21/2009 | AGL | P | B100 | E111 | | | 46.40 Meals - Cavanaugh's Restaurant - Lunch - AGL, MBM, David Lemay | 282 |
| 698.001 | 08/21/2009 | AGL | P | B100 | E108 | | | 5.25 Postage | 291 |
| 698.001 | 08/21/2009 | AGL | P | B100 | E216 | | | 26.00 Courier Fee - Advance TriState Courier & Carriage | 313 |
| | Subtotal for Transaction Date 08/21/2009 | | | | | | Billable | 84.25 | |
| 698.001 | 08/24/2009 | AGL | P | B100 | E211 | | | 153.62 Outside printing - Advance Digital Legal Services, LLC - 50449 | 306 |
| 698.001 | 08/24/2009 | AGL | P | B100 | E210 | | | 131.25 US Postage # Digital Legal Services, LLC - 50449 | 307 |
| 698.001 | 08/24/2009 | AGL | P | B100 | E216 | | | 252.00 Courier Fee - Advance TriState Courier & Carriage | 329 |
| | Subtotal for Transaction Date 08/24/2009 | | | | | | Billable | 536.87 | |
| 698.001 | 08/25/2009 | AGL | P | B100 | E101 | 0.100 | 836.00 | 83.60 Copying | 294 |
| 698.001 | 08/25/2009 | AGL | P | B100 | E101 | 0.100 | 126.00 | 12.60 Copying | 295 |
| 698.001 | 08/25/2009 | AGL | P | B100 | E211 | | | 362.41 Outside printing - Advance Digital Legal Services, LLC - 50435 | 304 |
| 698.001 | 08/25/2009 | AGL | P | B100 | E210 | | | 51.80 US Postage # Digital Legal Services, LLC - 50435 | 305 |
| 698.001 | 08/25/2009 | AGL | P | B100 | E216 | | | 17.40 Courier Fee - Advance TriState Courier & Carriage | 330 |
| 698.001 | 08/25/2009 | AGL | P | B100 | E216 | | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 334 |
| | Subtotal for Transaction Date 08/25/2009 | | | | | | Billable | 563.81 | |
| 698.001 | 08/26/2009 | AGL | P | B100 | E108 | | | 5.25 Postage | 292 |
| 698.001 | 08/26/2009 | AGL | P | B100 | E101 | 0.100 | 88.00 | 8.80 Copying | 296 |
| 698.001 | 08/26/2009 | AGL | P | B100 | E216 | | | 26.00 Courier Fee - Advance TriState Courier & Carriage | 331 |
| | Subtotal for Transaction Date 08/26/2009 | | | | | | Billable | 40.05 | |
| 698.001 | 08/27/2009 | AGL | P | B100 | E108 | | | 1.05 Postage | 293 |
| 698.001 | 08/27/2009 | AGL | P | B100 | E101 | 0.100 | 29.00 | 2.90 Copying | 297 |
| 698.001 | 08/27/2009 | AGL | P | B100 | E211 | | | 89.49 Outside printing - Advance Digital Legal Services, LLC - 50457 | 308 |
| 698.001 | 08/27/2009 | AGL | P | B100 | E210 | | | 133.35 US Postage # Digital Legal Services, LLC - 50457 | 309 |
| 698.001 | 08/27/2009 | AGL | P | B100 | E211 | | | 13.12 Outside printing - Advance Digital Legal Services, LLC - 50459 | 310 |
| 698.001 | 08/27/2009 | AGL | P | B100 | E210 | | | 6.10 US Postage # Digital Legal Services, LLC - 50459 | 311 |
| 698.001 | 08/27/2009 | AGL | P | B100 | E216 | | | 297.00 Courier Fee - Advance TriState Courier & Carriage | 332 |
| | Subtotal for Transaction Date 08/27/2009 | | | | | | Billable | 543.01 | |
| 698.001 | 08/28/2009 | AGL | P | B100 | E216 | | | 17.40 Courier Fee - Advance TriState Courier & Carriage | 333 |
| | Subtotal for Transaction Date 08/28/2009 | | | | | | Billable | 17.40 | |
| 698.001 | 08/31/2009 | AGL | P | B100 | E111 | | | 59.20 Meals - Cavanaugh's Restaurant - Lunch - AGL, MBM, Doug Deutsch and David Lemay | 285 |
| 698.001 | 08/31/2009 | AGL | P | B100 | E106 | | | 32.94 Online research LexisNexis | 312 |
| 698.001 | 08/31/2009 | AGL | P | B100 | E106 | | | 11.03 Online research LexisNexis | 315 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Units | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 08/31/2009 | | | | | | Billable | 103.17 | | |
| **Total for Client ID 698.001** | | | | | | Billable | 5,776.06 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| **GRAND TOTALS** | | | | | | | | | |
| | | | | | | Billable | 5,776.06 | | |