UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Objection Deadline: October 19, 2009 at 4:00 pm (EST)**<br>**Hearing Date: Only if objection filed** |

## FIFTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| | |
|---|---|
| Name of Applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *(nunc pro tunc* to February 20, 2009) |
| Period for which compensation and reimbursement is sought: | August 1, 2009 through August 31, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $80,385.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $328.40 |

This is a monthly application.

This monthly application includes 4.10 hours incurred in connection with the preparation of fee applications.

Prior applications: This is the Fifth Monthly Application filed. The following is disclosed regarding the prior applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Compensation Period | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | Not Applicable |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | $55,960.00 | Not Applicable |
| 07/27/2009 | 06/01/2009 - 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.20 |
| 08/26/2009 | 07/01/2009 - 07/31/2009 | $96,100.00 | $176.60 | $76,880.00 | $176.60 |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Linda K. Cooper | Senior Legal Auditor | $325.00 | 72.10 | $23,432.50 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 78.00 | 21,450.00 |
| Felicia A. Ezell | Senior Legal Auditor | $275.00 | 17.10 | 4,702.50 |
| Lisa Savoy | Senior Legal Auditor | $275.00 | 24.60 | 6,765.00 |
| Pamela S. Snyder | Senior Legal Auditor | $275.00 | 47.50 | 13,062.50 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 15.80 | 4,345.00 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 24.10 | 6,627.50 |
| | | Grand Total: | 279.20 | $80,385.00 |
| | | Blended Rate: | $287.91 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Legal Auditing | 279.20 | $80,285.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (3,284 copies @ $0.10 per page) | $328.40 |
| Total | $328.40 |