# EXHIBIT A

STUART MACE
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

Invoice Date: 09/28/2009
**Invoice Number: R657 - 1024408**
**Matter Number: 1024408**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/08/2009 | LKC | 0.60 | Review exhibit A to the response from AlixPartners to the report for the first interim application. | 195.00 |
| | | 1.00 | Based on the response from AlixPartners, review and revise the exhibits displaying the administrative and clerical activities. | 325.00 |
| | | 0.90 | Rieview and revise the final report for AlixPartners first interim application. | 292.50 |
| | | 0.10 | Draft e-mail to A. Holtz regarding final report for the first interim application. | 32.50 |
| 08/10/2009 | LKC | 0.50 | Conference with A. Hotz and A. Leung at AlixPartners regarding report for first interim application. | 162.50 |
| | | 1.10 | Review and revise final report for AlixPartners based on additional response from firm. | 357.50 |
| 08/10/2009 | PSS | 1.60 | Revise draft of final report and prepare final exhibits. | 440.00 |
| 08/11/2009 | LKC | 0.70 | Review and verify amounts in final reports and exhibits with PSS. | 227.50 |
| 08/11/2009 | PSS | 0.70 | Review final report and exhibits with LKC. | 192.50 |
| 08/12/2009 | LKC | 0.20 | Draft e-mail to A. Holtz and A. Leung regarding proposed final report for AlixPartners for first interim period. | 65.00 |
| | | 0.90 | Review and revise final report for AlixPartners. | 292.50 |
| 08/13/2009 | LKC | 0.20 | Review and respond re-email from A. Holtz regarding additional response to AlixPartners report. | 65.00 |
| 08/14/2009 | LKC | 0.50 | Review final report to include additional language submitted by the firm regarding the reservation of rights. | 162.50 |
| 08/14/2009 | PSS | 0.20 | Final review and verification of report. | 55.00 |
| | | **9.20** | | **$2,865.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024408
Matter Number: 1024408
Firm: AlixPartners, LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 6.70 | = | $2,177.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.50 | = | $687.50 |
| **Total for Legal Auditors:** | | | | 9.20 | | $2,865.00 |
| **Total Hours Worked:** | | | | 9.20 | | |
| **Total Hours Billed:** | | | | 9.20 | | $2,865.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024495
Matter Number: 1024495
Firm: Alvarez & Marsal, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/06/2009 | LKC | 0.70 | Review and revise final report for Alvarez first interim application. | 227.50 |
| | | 1.10 | Review and revise administrative and clerical tasks exhibits based on response from Alvarez for first application. | 357.50 |
| 08/07/2009 | LKC | 1.90 | Continue to review and revise the exhibit for clerical and administrative tasks based on firm's response to report for first interim application. | 617.50 |
| 08/07/2009 | PSS | 0.70 | Revise draft of final report and prepare final exhibits. | 192.50 |
| 08/10/2009 | PSS | 2.40 | Continue to revise draft of final report and prepare final exhibits. | 660.00 |
| 08/11/2009 | LKC | 0.70 | Review and verify amounts in final reports and exhibits with PSS. | 227.50 |
| 08/11/2009 | PSS | 0.70 | Review final report and exhibits with LKC. | 192.50 |
| 08/13/2009 | LKC | 0.20 | Draft e-mails to B. Whittman at Alvarez regarding final report for first interim period. | 65.00 |
| 08/19/2009 | LKC | 0.10 | Draft e-mail to B. Whittman at Alvarez regarding final report for first interim application. | 32.50 |
| 08/19/2009 | PSS | 0.10 | Final review and verification of final report. | 27.50 |
| | | 0.40 | Make additional revisions to final report exhibits. | 110.00 |
| 08/20/2009 | LKC | 0.10 | Review e-mail from B. Whittman regarding response to first interim application. | 32.50 |
| 08/21/2009 | LKC | 0.30 | Revise final report for Alvarez first interim fee application to include additional firm response. | 97.50 |
| | | **9.40** | | **$2,840.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024495
Matter Number: 1024495
Firm: Alvarez & Marsal, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 08/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | × | 5.10 | = | $1,657.50 |
| Pamela S. Snyder | PSS | 275.00 | × | 4.30 | = | $1,182.50 |
| | | **Total for Legal Auditors:** | | **9.40** | | **$2,840.00** |
| | | **Total Hours Worked:** | | **9.40** | | |
| | | **Total Hours Billed:** | | **9.40** | | **$2,840.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/03/2009 | JEP | 2.90 | Reviewed and made revisions to draft of fee examiner's final report regarding firm's first fee application. | 797.50 |
| 08/04/2009 | JEP | 5.30 | Continued drafting first draft of fee auditor's final report regarding firm's first interim fee application. | 1,457.50 |
| 08/04/2009 | LKC | 0.10 | Review and respond to e-mail from D. Deutsch regarding final report for first interim application. | 32.50 |
| 08/06/2009 | LKC | 0.90 | Review and revise final report to include additional information regarding administrative and clerical activities. | 292.50 |
| | | 1.00 | Review and revise exhibits for final report regarding administrative and clerical tasks. | 325.00 |
| 08/07/2009 | LKC | 0.80 | Continue to revise exhibit for clerical activities. | 260.00 |
| | | 1.10 | Review and revise final draft of report for Chadbourne first interim applicaition. | 357.50 |
| 08/07/2009 | PSS | 1.30 | Revise draft of final report and prepare final exhibits. | 357.50 |
| 08/10/2009 | LKC | 1.10 | Review and revise final draft of report for Chadbourne first application. | 357.50 |
| | | 0.10 | Draft e-mail to D. Deutsch at Chadbourne regarding report for first application. | 32.50 |
| 08/11/2009 | LKC | 1.10 | Review and verify amounts in final reports and exhibits with PSS. | 357.50 |
| | | 0.20 | Telephone conference with Doug Deutsch regarding report for Chadbourne first application. | 65.00 |
| 08/11/2009 | PSS | 1.10 | Review final report and exhibits with LKC. | 302.50 |
| 08/12/2009 | LKC | 0.50 | Review and finalize final report for Chadbourne Park for filing. | 162.50 |
| 08/12/2009 | PSS | 0.40 | Final review and verification of final report. | 110.00 |
| | | **17.90** | | **$5,267.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 x | 6.90 = | $2,242.50 |
| Janet E. Papageorge | JEP | 275.00 x | 8.20 = | $2,255.00 |
| Pamela S. Snyder | PSS | 275.00 x | 2.80 = | $770.00 |
| **Total for Legal Auditors:** | | | 17.90 | $5,267.50 |
| **Total Hours Worked:** | | | 17.90 | |
| **Total Hours Billed:** | | | 17.90 | $5,267.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/04/2009 | LAS | 0.50 | Analysis and allocation of time entires block billed by the firm. | 137.50 |
| | | 0.40 | Began reviewing time entries containing as legal research. | 110.00 |
| | | 2.70 | Verification of entries categorized as intraoffice conferences or multiple attendance. | 742.50 |
| 08/05/2009 | LAS | 0.40 | Verification of block billed entries. | 110.00 |
| | | 0.70 | Verification of entries classified as administrative. | 192.50 |
| | | 0.30 | Verification of legal research entries. | 82.50 |
| | | 0.40 | Verification of entries classified as other firm's retention and fee application. | 110.00 |
| 08/10/2009 | LAS | 0.50 | Verification of entries classified as clerical. | 137.50 |
| | | 1.20 | Verification of vague time entries. | 330.00 |
| | | 0.80 | Verification of all unclassfied time entries. | 220.00 |
| | | 0.20 | Verification of entries classified as vague conferences. | 55.00 |
| 08/11/2009 | LAS | 2.00 | Continue verification and analysis of unclassified time entries. | 550.00 |
| 08/22/2009 | LAS | 2.80 | Began drafting preliminary report. | 770.00 |
| | | 0.30 | Reviewed Categories for Review and updated with findings and notes regarding all categories. | 82.50 |
| 08/24/2009 | LAS | 0.60 | Reviewed and finished revising Categories for Review with updated information. | 165.00 |
| | | 1.50 | Reviewed and finished drafting preliminary report to firm. | 412.50 |
| | | 0.30 | Reviewed entries classified as transient timekeepers and made appropriate revisions. | 82.50 |
| | | 0.20 | Met with LKC to discuss transient timekeepers in light of prior fee application. | 55.00 |
| | | **15.80** | | **$4,345.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 08/31/2009**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Laura A. Storck-Elam | LAS | 275.00 x | 15.80 = | $4,345.00 |
| **Total for Legal Auditors:** | | | **15.80** | **$4,345.00** |
| **Total Hours Worked:** | | | **15.80** | |
| **Total Hours Billed:** | | | **15.80** | **$4,345.00** |

STUART MAUL
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025499
Matter Number: 1025499
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/28/2009 | PSS | 0.20 | Review electronic billing data received via e-mail. | 55.00 |
| | | **0.20** | | **$55.00** |

STUART MAUL
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025499
Matter Number: 1025499
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.20 = | $55.00 |
| Total for Legal Auditors: | | | 0.20 | $55.00 |
| Total Hours Worked: | | | 0.20 | |
| Total Hours Billed: | | | 0.20 | $55.00 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024397
Matter Number: 1024397
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/26/2009 | JEP | 4.60 | Began drafting final report regarding firm's first quarterly fee application and accompany exhibit list. | 1,265.00 |
| 08/26/2009 | LKC | 0.10 | Draft e-mail to N. Pernick and K. Stickles regarding response to report for Cole Schotz first interim application. | 32.50 |
| | | **4.70** | | **$1,297.50** |

STUART MAUE
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024397
Matter Number: 1024397
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 x | 0.10 = | $32.50 |
| Janet E. Papageorge | JEP | 275.00 x | 4.60 = | $1,265.00 |
| | **Total for Legal Auditors:** | | **4.70** | **$1,297.50** |
| | **Total Hours Worked:** | | **4.70** | |
| | **Total Hours Billed:** | | **4.70** | **$1,297.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025135
Matter Number: 1025135
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/03/2009 | KCT | 0.50 | Review and analyze fee entries related to intraoffice multiple attendance. | 137.50 |
| | | 0.70 | Review and analyze fee entries related to administrative/clerical activity. | 192.50 |
| | | 0.50 | Review and analyze fee entries related to nonfirm multiple attendance. | 137.50 |
| | | 1.20 | Review and analyze fee entries related to nonfirm conferences. | 330.00 |
| 08/05/2009 | KCT | 0.20 | Review and analyze fee entries related to multiple attendance questioned and identifying blocked fee entries that contain multiple attendance activity. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to potential extended billing days. | 27.50 |
| | | 0.40 | Continue to review and analyze fee entries related to administrative/clerical activity. | 110.00 |
| | | 0.30 | Review and analyze fee entries related to transient billers and compare with prior quarterly Application. | 82.50 |
| | | 0.10 | Review and analyze fee entries resulting from double billing. | 27.50 |
| | | 1.90 | Review and analyze fee entries related to administrative/clerial activity. | 522.50 |
| 08/06/2009 | KCT | 0.10 | Review and analyze fee entries related to multiple attendance questioned. | 27.50 |
| 08/10/2009 | KCT | 0.10 | Review and analyze fee entries related to potential legal research. | 27.50 |
| | | 0.20 | Review and analyze blocked billed fee entries. | 55.00 |
| | | 0.50 | Review and analyze fee entries related to clerical activity with particular attention to e-filing. | 137.50 |
| | | 0.40 | Continue to review and analyze fee entries related to legal research. | 110.00 |
| | | 2.30 | Begin to review and analyze all uncategorized fee entries with particular attention to vague and administrative tasks. | 632.50 |
| | | 0.90 | Continue to review and analyze fee entries related to other case professional retention. | 247.50 |
| | | 0.60 | Review and analyze fee entires related to other case professional retention. | 165.00 |
| | | 0.70 | Review and analyze fee entries related to potential vague conferences including identification of additional administrative/clerical activity. | 192.50 |
| | | 0.70 | Review and analyze fee entries related to case professional retention activity. | 192.50 |



STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025135
Matter Number: 1025135
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/19/2009 | KCT | 0.40 | Review and analyze fee entries categorized as administrative activity. | 110.00 |
| | | 0.50 | Review and analyze fee entries categorized as administrative with particular attention to tasks also categorized as intraoffice conferences and intraoffice multiple attendance. | 137.50 |
| | | 1.30 | Review and analyze fee entries cateogorized as clerical with particular attention to administrative activity and blocked tasks. | 357.50 |
| | | 0.90 | Review and analyze fee entries related to administrative activity with particular attention to communications between members and paralegals and members and associates. | 247.50 |
| | | 0.30 | Continue to review and analyze uncategorized fee entries with attention to administrative/clerical activity. | 82.50 |
| | | 1.50 | Review and analyze uncategorized fee entries with particular attention to administrative/clerical activity. | 412.50 |
| 08/20/2009 | KCT | 0.50 | Review and analyze fee entries categorized as other case professional retention. | 137.50 |
| | | 0.10 | Review and analyze fee entries categorized as multiple attendance. | 27.50 |
| | | 0.20 | Review and revise Categories for Review. | 55.00 |
| | | 0.10 | Review and analyze fee entries categorized as intraoffice multiple attendance. | 27.50 |
| | | 0.20 | Review and analyze fee entries categorized as transient billers. | 55.00 |
| | | 0.30 | Review and analyze fee entries categorized as double billing questioned. | 82.50 |
| | | 0.10 | Review and analyze fee entries categorized as blocked billing and legal research. | 27.50 |
| | | 0.10 | Review and analyze fee entries categorized as vague conference and other vague activity. | 27.50 |
| | | 0.40 | Continue reviewing and analyzing fee entries categorized as administrative. | 110.00 |
| 08/26/2009 | KCT | 0.20 | Continue to review, revise, and finalize preliminary draft of fee auditor's report to second interim fee application. | 55.00 |
| | | 0.30 | Review and analyze Second Interim Fee Application. | 82.50 |
| | | 1.30 | Draft preliminary fee auditor's report to second interim application. | 357.50 |
| | | 1.80 | Review and revise preliminary fee auditor's report to second interim application. | 495.00 |
| | | 0.80 | Review and analyze blocked billed entries with particular attention to administrative/clerical activity. | 220.00 |
| | | 0.40 | Review and analzye fee entries categorized as firm's case professional retention. | 110.00 |
| | | **24.10** | | **$6,627.50** |

**STUART/MAUL**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025135
Matter Number: 1025135
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 275.00 x | 24.10 = | $6,627.50 |
| | **Total for Legal Auditors:** | | **24.10** | **$6,627.50** |
| | **Total Hours Worked:** | | **24.10** | |
| | **Total Hours Billed:** | | **24.10** | **$6,627.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024401
Matter Number: 1024401
Firm: Daniel J. Edelman, Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/11/2009 | PSS | 0.80 | Review interim application to verify entry dates. | 220.00 |
| 08/14/2009 | JEP | 2.20 | Drafting of fee examiner's final report regarding the firm's first interim fee application. | 605.00 |
| 08/18/2009 | LKC | 0.30 | Review Edelman first and second monthly applicatons, interim application and fee data to confirm billing period dates. | 97.50 |
| 08/19/2009 | LKC | 0.70 | Review and revise final report for Dan Edelman firm. | 227.50 |
| | | 0.20 | Review and verify amounts in final report for Dan Edelman firm first interim application with PSS. | 65.00 |
| 08/19/2009 | PSS | 0.20 | Revise final report and prepare final exhibits. | 55.00 |
| | | 0.20 | Review final report and exhibits with LKC. | 55.00 |
| | | **4.60** | | **$1,325.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024401
Matter Number: 1024401
Firm: Daniel J. Edelman, Inc.

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 1.20 | = | $390.00 |
| Janet E. Papageorge | JEP | 275.00 | x | 2.20 | = | $605.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| | | **Total for Legal Auditors:** | | **4.60** | | **$1,325.00** |
| | | **Total Hours Worked:** | | **4.60** | | |
| | | **Total Hours Billed:** | | **4.60** | | **$1,325.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1025575**
**Matter Number: 1025575**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/06/2009 | PSS | 1.00 | Verification of invoice data for entry into database. | 275.00 |
| | | **1.00** | | **$275.00** |

STUART MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025575
Matter Number: 1025575
Firm: Dow Lohnes PLLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 08/31/2009**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 1.00 = | $275.00 |
| **Total for Legal Auditors:** | | | **1.00** | **$275.00** |
| **Total Hours Worked:** | | | **1.00** | |
| **Total Hours Billed:** | | | **1.00** | **$275.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1025415**
**Matter Number: 1025415**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/04/2009 | PSS | 3.60 | Continue to reconcile fees in database to hard copy of interim fee application. | 990.00 |
| 08/05/2009 | LS | 3.00 | Begin review and analysis of fee entries. | 825.00 |
| 08/05/2009 | PSS | 1.40 | Review expenses requested in interim application and draft expense section of report. | 385.00 |
| | | 3.00 | Continue to reconcile fees in database to hard copy of interim fee application. | 825.00 |
| 08/06/2009 | LS | 7.10 | Continue analysis and classification of fee entries. | 1,952.50 |
| 08/07/2009 | LS | 7.60 | Continue analysis and verification of projects and activities. | 2,090.00 |
| 08/14/2009 | JEP | 1.90 | Review of billing entries and further identification and classification of task descriptions referencing nonfirm conferences, intraoffice conferences, and vaguely described tasks. | 522.50 |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025415
Matter Number: 1025415
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/17/2009 | JEP | 0.10 | Continued the review of billing entries and the identification and classification of potential double-billed task descriptions. | 27.50 |
| | | 0.10 | Continued the review of billing entries and the identification and classification of potential long billing days. | 27.50 |
| | | 0.10 | Continued the review of billing entries and the identification and classification of travel activities. | 27.50 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing vague conferences. | 220.00 |
| | | 0.50 | Continued the review of billing entries and the identification and classification of task descriptions billed in other than tenth-hour increments. | 137.50 |
| | | 2.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing administrative and clerical activities. | 632.50 |
| | | 1.60 | Continued the review of billing entries and the identification and classification of block-billed task description. | 440.00 |
| | | 0.50 | Began drafting revisions to of the fee examiner's preliminary report regarding the firm's second quarterly fee application. | 137.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing legal research activities. | 110.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of vague task descriptions. | 110.00 |
| | | 0.60 | Continued the review of billing entries and the identification and classification of task descriptions referencing questioned multiple attendance at nonfirm conferences. | 165.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 110.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing attendance at nonfirm conferences. | 82.50 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 220.00 |
| | | 0.90 | Continued the review of billing entries and the identification and classification of task descriptions referencing intraoffice conferences. | 247.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing conferences. | 110.00 |
| 08/18/2009 | JEP | 5.20 | Continued drafting preliminary report regarding firm's second quarterly fee application. | 1,430.00 |
| 08/25/2009 | PSS | 0.60 | Review database with respect to redactions in firm data. | 165.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1025415**
**Matter Number: 1025415**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 08/31/2009 | | | | |
| | | 43.60 | | $11,990.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025415
Matter Number: 1025415
Firm: Jenner & Block LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 275.00 | x | 17.30 | = | $4,757.50 |
| Lisa Savoy | LS | 275.00 | x | 17.70 | = | $4,867.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 8.60 | = | $2,365.00 |
| Total for Legal Auditors: | | | | 43.60 | | $11,990.00 |
| Total Hours Worked: | | | | 43.60 | | |
| Total Hours Billed: | | | | 43.60 | | $11,990.00 |

STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1024399**
**Matter Number: 1024399**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/13/2009 | JEP | 1.80 | Began draft of report regarding firm's first interim fee application. | 495.00 |
| | | 0.70 | Continued drafting report regarding firm's first interim fee application. | 192.50 |
| 08/14/2009 | JEP | 1.40 | Continued drafting report regarding the firm's first interim fee application. | 385.00 |
| 08/14/2009 | LKC | 0.60 | Review first interim fee application and change in interim period to exclude March data. | 195.00 |
| | | 0.30 | Review and finalize final report for Jones Day first interim application with PSS. | 97.50 |
| | | 0.50 | Review and revise final report for Jones first interim fee application. | 162.50 |
| 08/14/2009 | PSS | 1.70 | Revise draft of final report and prepare final exhibits. | 467.50 |
| | | 0.30 | Review final report and exhibits with LKC. | 82.50 |
| 08/17/2009 | PSS | 0.10 | Final verification of figures in report. | 27.50 |
| | | **7.40** | | **$2,105.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024399
Matter Number: 1024399
Firm: Jones Day

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 1.40 | = | $455.00 |
| Janet E. Papageorge | JEP | 275.00 | x | 3.90 | = | $1,072.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.10 | = | $577.50 |
| **Total for Legal Auditors:** | | | | **7.40** | | **$2,105.00** |
| **Total Hours Worked:** | | | | **7.40** | | |
| **Total Hours Billed:** | | | | **7.40** | | **$2,105.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1025295**
**Matter Number: 1025295**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/25/2009 | LKC | 1.10 | Review and analyze classification of fee entries in Jones Day second interim application related to administrative and clerical, vaguely described activities and transient timekeepers. | 357.50 |
| | | 1.00 | Review and revise preliminary draft of report for Jones Day second interim application. | 325.00 |
| 08/25/2009 | PSS | 1.00 | Prepare exhibits to accompany preliminary report. | 275.00 |
| 08/26/2009 | LKC | 0.50 | Review and verify hours and associated fees in report and exhibits for Jones Day second interim application with PSS. | 162.50 |
| 08/26/2009 | PSS | 0.50 | Review preliminary report and exhibits with LKC. | 137.50 |
| 08/27/2009 | LKC | 0.20 | Review and finalize report for Jones Day second interim applicatons. | 65.00 |
| 08/27/2009 | PSS | 0.10 | Final verification of figures in preliminary report. | 27.50 |
| | | **4.40** | | **$1,350.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025295
Matter Number: 1025295
Firm: Jones Day

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 2.80 | = | $910.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| | | **Total for Legal Auditors:** | | **4.40** | | **$1,350.00** |
| | | **Total Hours Worked:** | | **4.40** | | |
| | | **Total Hours Billed:** | | **4.40** | | **$1,350.00** |

.



**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1024396**
**Matter Number: 1024396**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/08/2009 | LKC | 0.60 | Review and analyze administrative, clerical and expense exhibits based on Landis response to first interim application. | 195.00 |
| | | 0.80 | Review and revise final report for Landis first interim application. | 260.00 |
| 08/10/2009 | LKC | 0.80 | Review and analyze response from Landis Rath and related fee entries. | 260.00 |
| | | 0.50 | Review and revise draft of final report for Landis Rath. | 162.50 |
| 08/10/2009 | PSS | 1.10 | Revise draft of final report and prepare final exhibits. | 302.50 |
| 08/13/2009 | LKC | 0.70 | Review and verify exhibits and amounts shown in final report for Landis Rath first interim application with PSS. | 227.50 |
| | | 0.40 | Review and revise final draft of report for Landis-TB1. | 130.00 |
| | | 0.10 | Draft e-mail to A. Landis regarding final report for Landis Rath first interim application. | 32.50 |
| 08/13/2009 | PSS | 0.70 | Review final report and exhibits with LKC. | 192.50 |
| | | 0.10 | Final verification of figures in report. | 27.50 |
| | | **5.80** | | **$1,790.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024396
Matter Number: 1024396
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 3.90 | = | $1,267.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.90 | = | $522.50 |
| | | Total for Legal Auditors: | | 5.80 | | $1,790.00 |
| | | Total Hours Worked: | | 5.80 | | |
| | | Total Hours Billed: | | 5.80 | | $1,790.00 |



**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024400
Matter Number: 1024400
Firm: Lazard Freres & Co. LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/13/2009 | LKC | 1.10 | Review application for retention, order of retention, and supplemental declaration and objection. | 357.50 |
| | | 0.70 | Review first and second monthly applications and interim fee application. | 227.50 |
| 08/23/2009 | LKC | 1.30 | Review and revise classification of fee entries for Lazard first interim application. | 422.50 |
| 08/24/2009 | LKC | 1.20 | Continue to revise preliminary draft of report for Lazard first interim application. | 390.00 |
| | | 1.00 | Review and revise preliminary draft of report for Lazard first interim fee application. | 325.00 |
| 08/24/2009 | PSS | 1.40 | Prepare exhibits to accompany preliminary report. | 385.00 |
| 08/25/2009 | LKC | 0.20 | Review and finalize the preliminary report for the Lazard first interim application. | 65.00 |
| | | 0.40 | Review and verify amounts in report and exhibits for Lazard first interim application with PSS. | 130.00 |
| | | 0.60 | Revise preliminary report for the Lazard first interim application regarding the engagement letter and calculation of fees. | 195.00 |
| 08/25/2009 | PSS | 0.40 | Review preliminary report and exhibits with LKC. | 110.00 |
| | | 0.30 | Revise preliminary exhibits. | 82.50 |
| | | 0.10 | Final verification of figures in report. | 27.50 |
| | | **8.70** | | **$2,717.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024400
Matter Number: 1024400
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 x | 6.50 = | $2,112.50 |
| Pamela S. Snyder | PSS | 275.00 x | 2.20 = | $605.00 |
| **Total for Legal Auditors:** | | | **8.70** | **$2,717.50** |
| **Total Hours Worked:** | | | **8.70** | |
| **Total Hours Billed:** | | | **8.70** | **$2,717.50** |



**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024406
Matter Number: 1024406
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/14/2009 | LKC | 0.20 | Draft e-mail to J. Zajac at McDermott regarding modified fee request for first interim fee application. | 65.00 |
| | | 0.20 | Review and respond to e-mail to G. Ravert at McDermott regarding modified fee request for first interim fee application. | 65.00 |
| | | 1.60 | Review and analyze fee entries related to retention and application from McDermott to identify entries that were included in firm fee reduction. | 520.00 |
| 08/17/2009 | LKC | 0.50 | Review and analyze classification of fee entries related to conferences and retention and compensation. | 162.50 |
| 08/18/2009 | LKC | 0.60 | Review and revise exhibits for preliminary report for McDermott Will first interim application. | 195.00 |
| | | 5.60 | Continue to review and analyze McDermott fee entries in first interim application to identify potential disputed fees and remove other classifications from those entries. | 1,820.00 |
| | | 1.10 | Review and revise draft of preliminary report for McDermott first interim application. | 357.50 |
| 08/18/2009 | PSS | 1.60 | Review reconciliation of fees with regard to removal of fees from requested amount. | 440.00 |
| 08/19/2009 | LKC | 0.80 | Continue to review and revise draft of preliminary report for McDermott first interim application. | 260.00 |
| 08/19/2009 | PSS | 2.40 | Prepare exhibits to accompany preliminary report. | 660.00 |
| 08/20/2009 | LKC | 0.90 | Review and discuss report and exhibits with PSS. | 292.50 |
| 08/20/2009 | PSS | 0.90 | Review preliminary report and exhibits with LKC. | 247.50 |
| | | 0.30 | Prepare expense exhibit to accompany preliminary report. | 82.50 |
| | | **16.70** | | **$5,167.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024406
Matter Number: 1024406
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 08/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 11.50 | = | $3,737.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.20 | = | $1,430.00 |
| | Total for Legal Auditors: | | | 16.70 | | $5,167.50 |
| | Total Hours Worked: | | | 16.70 | | |
| | Total Hours Billed: | | | 16.70 | | $5,167.50 |

STUART/MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025377
Matter Number: 1025377
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/08/2009 | LKC | 0.30 | Review and analyze the classification of the Mercer fee entries in the first interim application. | 97.50 |
| | | 0.50 | Review and revise the Mercer preliminary report for the first interim application. | 162.50 |
| | | 0.40 | Review the Mercer monthly and interim applications. | 130.00 |
| | | 0.40 | Review the Mercer application for retention and order approving retention. | 130.00 |
| 08/10/2009 | PSS | 1.00 | Revise draft of preliminary report and prepare preliminary exhibits. | 275.00 |
| 08/13/2009 | LKC | 0.50 | Review and revise final report for Mercer first interim report. | 162.50 |
| | | 0.70 | Review and verify exhibits and amounts shown in final report for Mercer first interim application with PSS. | 227.50 |
| 08/13/2009 | PSS | 0.70 | Review preliminary report and exhibits with LKC. | 192.50 |
| | | **4.50** | | **$1,377.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025377
Matter Number: 1025377
Firm: Mercer (US) Inc.

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 2.80 | = | $910.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.70 | = | $467.50 |
| | **Total for Legal Auditors:** | | | 4.50 | | $1,377.50 |
| | **Total Hours Worked:** | | | 4.50 | | |
| | **Total Hours Billed:** | | | 4.50 | | $1,377.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/04/2009 | FAE | 0.30 | Analyze, review, and classify task entries involving research. | 82.50 |
| | | 0.50 | Review, identification, and classification of blocked task entries. | 137.50 |
| | | 0.10 | Review and identify task entries related to travel. | 27.50 |
| | | 0.40 | Review and categorization of potentially administrative activities. | 110.00 |
| | | 1.00 | Review, identify, and categorized vaguely described task entries. | 275.00 |
| | | 0.50 | Review, identify and categorize multiple attendance by firm timekeepers. | 137.50 |
| | | 0.60 | Analyze and review firm fees for categorization of task entries related to conferences. | 165.00 |
| | | 0.20 | Review firm timekeeper report. | 55.00 |
| 08/05/2009 | FAE | 0.70 | Review and verify blocked task entries. | 192.50 |
| | | 0.50 | Review, identification, and classification of transient billers. | 137.50 |
| | | 0.70 | Review of Mercer's retention application and court order. | 192.50 |
| | | 0.40 | Review task entries for double billed tasks. | 110.00 |
| | | 0.30 | Review fee entries for tasks related legal research. | 82.50 |
| | | 0.30 | Review the fee entries for potentially long billing days. | 82.50 |
| | | 0.20 | Review and verify task entries related to travel. | 55.00 |
| | | 0.30 | Review and verify task entries related to potentially administrative activities. | 82.50 |
| | | 0.70 | Review and revise categorization of potentially vaguely described task entries. | 192.50 |
| 08/06/2009 | FAE | 0.70 | Final review and verification of vaguely described task entries. | 192.50 |
| | | 1.40 | Review all remaining uncategorized fee entries for potential billing issues. | 385.00 |
| | | 0.80 | Final review and verification of task entries related to intraoffice conferences and multiple attendance. | 220.00 |
| | | 0.90 | Final review and verification of task entries related to non firm conferences and multiple attendance. | 247.50 |
| 08/07/2009 | FAE | 0.50 | Review the Mercer Second Quarterly Fee Application . | 137.50 |
| | | 0.40 | Review Mercer's First Quarterly Fee Auditor Preliminary Fee Report. | 110.00 |
| | | 2.00 | Begin drafting the second quarterly preliminary report. | 550.00 |
| 08/10/2009 | FAE | 1.60 | Further drafting of preliminary report. | 440.00 |
| | | 1.10 | Review and revise second intermin preliminary fee report. | 302.50 |
| | | **17.10** | | **$4,702.50** |

STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Felica A. Ezell | FAE | 275.00 x | 17.10 = | $4,702.50 |
| **Total for Legal Auditors:** | | | **17.10** | **$4,702.50** |
| **Total Hours Worked:** | | | 17.10 | |
| **Total Hours Billed:** | | | **17.10** | **$4,702.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024897
Matter Number: 1024897
Firm: Moelis & Company LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/20/2009 | LKC | 1.60 | Review and revise preliminary draft of report for first interim application. | 520.00 |
| | | 0.50 | Revise expense text in preliminary report for Moelis first interim application. | 162.50 |
| | | 0.40 | Review and verify amounts in applications and amounts in preliminary report with PSS. | 130.00 |
| | | 0.90 | Review and analyze classification of fee entries for compliance with guidelines and order of retention. | 292.50 |
| | | 1.10 | Review application for retention, order of retention and fee applications. | 357.50 |
| 08/20/2009 | PSS | 0.40 | Review and discuss report and exhibits with LKC. | 110.00 |
| | | 1.80 | Prepare exhibits to accompany preliminary report. | 495.00 |
| 08/25/2009 | LKC | 0.70 | Revise preliminary report for the Moelis first interim application regarding the engagement letter and calculation of fees. | 227.50 |
| | | 0.70 | Review and verify amounts in report and exhibits for Moelis first inteirm application with PSS. | 227.50 |
| | | 0.30 | Review and finalize the preliminary report for the Moelis first interim application. | 97.50 |
| 08/25/2009 | PSS | 0.10 | Final verification of figures in report. | 27.50 |
| | | 0.30 | Revise preliminary exhibits. | 82.50 |
| | | 0.70 | Review preliminary report and exhibits with LKC. | 192.50 |
| | | **9.50** | | **$2,922.50** |

**STUART/MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024897
Matter Number: 1024897
Firm: Moelis & Company LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 6.20 | = | $2,015.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.30 | = | $907.50 |
| | **Total for Legal Auditors:** | | | 9.50 | | $2,922.50 |
| | **Total Hours Worked:** | | | 9.50 | | |
| | **Total Hours Billed:** | | | 9.50 | | $2,922.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024410
Matter Number: 1024410
Firm: Official Committee of Unsecured
Creditors

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/08/2009 | LKC | 0.30 | Revew and revise final report for the Creditors' Committee first and second applications. | 97.50 |
| 08/10/2009 | LKC | 0.40 | Continue to review and revise final report for the first and second monthly applications for the Creditors' Committee. | 130.00 |
| 08/10/2009 | PSS | 0.30 | Revise exhibits to final report. | 82.50 |
| 08/11/2009 | LKC | 0.10 | Review and verify final report with PSS. | 32.50 |
| 08/11/2009 | PSS | 0.10 | Review final report and exhibits with LKC. | 27.50 |
| 08/12/2009 | LKC | 0.20 | Review and finalize final report for the Creditors' Committee first and second monthly statements. | 65.00 |
| 08/12/2009 | PSS | 0.10 | Final verification of figures in report. | 27.50 |
| | | **1.50** | | **$462.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024410
Matter Number: 1024410
Firm: **Official Committee of Unsecured Creditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 1.00 | = | $325.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| | **Total for Legal Auditors:** | | | **1.50** | | **$462.50** |
| | | | | | | |
| | **Total Hours Worked:** | | | **1.50** | | |
| | | | | | | |
| | **Total Hours Billed:** | | | **1.50** | | **$462.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024403
Matter Number: 1024403
Firm: Paul, Hastings, Janofsky & Walker
LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/05/2009 | LKC | 0.60 | Review and verify amounts shown in final report with PSS. | 195.00 |
| 08/05/2009 | PSS | 0.60 | Review final report and exhibits with LKC. | 165.00 |
| 08/06/2009 | PSS | 0.20 | Final verification of figures in report. | 55.00 |
| 08/10/2009 | LKC | 0.10 | Draft e-mail to J. Bender regarding report for Paul Hastings. | 32.50 |
| 08/12/2009 | JEP | 1.20 | Reviewed and made revisions to report regarding firm's first interim fee application. | 330.00 |
| 08/12/2009 | LKC | 0.30 | Review and finalize final report for Paul Hastings first interim period. | 97.50 |
| 08/12/2009 | PSS | 0.30 | Final verification of report. | 82.50 |
| | | **3.30** | | **$957.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024403
Matter Number: 1024403
Firm: Paul, Hastings, Janofsky & Walker LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 1.00 | = | $325.00 |
| Janet E. Papageorge | JEP | 275.00 | x | 1.20 | = | $330.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| | | **Total for Legal Auditors:** | | 3.30 | | $957.50 |
| | | **Total Hours Worked:** | | 3.30 | | |
| | | **Total Hours Billed:** | | 3.30 | | $957.50 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024404
Matter Number: 1024404
Firm: PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/18/2009 | JEP | 4.80 | Began drafting report regarding firm's first interim fee application. | 1,320.00 |
| 08/19/2009 | JEP | 1.70 | Continued drafting report regarding firm's first quarterly fee application. | 467.50 |
| | | **6.50** | | **$1,787.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024404
Matter Number: 1024404
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 6.50 = | $1,787.50 |
| | Total for Legal Auditors: | | 6.50 | $1,787.50 |
| | Total Hours Worked: | | 6.50 | |
| | Total Hours Billed: | | 6.50 | $1,787.50 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 08/31/2009 | | | | |
| 08/04/2009 | LS | 6.90 | Analysis and classification of fee entries. | 1,897.50 |
| | | **6.90** | | **$1,897.50** |

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Lisa Savoy | LS | 275.00 x | 6.90 = | $1,897.50 |
| | **Total for Legal Auditors:** | | 6.90 | $1,897.50 |
| | **Total Hours Worked:** | | 6.90 | |
| | **Total Hours Billed:** | | 6.90 | $1,897.50 |

**STUART/MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1025115
Matter Number: 1025115
Firm: Reed Smith LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/25/2009 | LKC | 1.20 | Review and analyze classification of admininstrative, vaguely described activities and conferences in Reed second interim fee application. | 390.00 |
| 08/26/2009 | LKC | 2.00 | Review and revise preliminary report for Reed Smith second interim fee application. | 650.00 |
| | | 0.40 | Review and verify amounts in report for Reed Smith second interim application with PSS. | 130.00 |
| 08/26/2009 | PSS | 0.80 | Prepare exhibits to accompany preliminary report. | 220.00 |
| | | 0.40 | Review preliminary report and exhibits with LKC. | 110.00 |
| | | **4.80** | | **$1,500.00** |



**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1025115**
**Matter Number: 1025115**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 3.60 | = | $1,170.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| | **Total for Legal Auditors:** | | | 4.80 | | $1,500.00 |
| | **Total Hours Worked:** | | | 4.80 | | |
| | **Total Hours Billed:** | | | 4.80 | | $1,500.00 |

STUART/MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1024398**
**Matter Number: 1024398**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/04/2009 | LKC | 0.90 | Telephone conference with J. McClelland at Sidley regarding response to report for first interim application. | 292.50 |
| | | 0.60 | Review and revise the exhibits for administrative, clerical, and travel for Sidley report for first interim period. | 195.00 |
| 08/05/2009 | PSS | 0.50 | Prepare exhibits in Excel format as requested by law firm. | 137.50 |
| | | **2.00** | | **$625.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024398
Matter Number: 1024398
Firm: Sidley Austin LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 08/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 1.50 | = | $487.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| **Total for Legal Auditors:** | | | | **2.00** | | **$625.00** |
| **Total Hours Worked:** | | | | **2.00** | | |
| **Total Hours Billed:** | | | | **2.00** | | **$625.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/03/2009 | JEP | 4.80 | Continued the review of billing entries and the further classification of vaguely described task descriptions. | 1,320.00 |
| 08/04/2009 | JEP | 3.20 | Continued the review of billing entries and the further classification of vaguely described tasks. | 880.00 |
| 08/05/2009 | JEP | 3.60 | Continued the review of billing entries and the further classification of other vaguely described task descriptions. | 990.00 |
| | | 4.70 | Continued the review of billing entries and the classification of vaguely described task descriptions. | 1,292.50 |
| 08/06/2009 | JEP | 4.40 | Continued the review of billing entries and the further classification of vaguely described task descriptions. | 1,210.00 |
| | | 1.80 | Continued the review of billing entries and the classification of intraoffice and nonfirm conferences. | 495.00 |
| 08/07/2009 | JEP | 1.90 | Continued drafting fee examiner's preliminary report regarding firm's second fee application. | 522.50 |
| | | 0.70 | Continued drafting chart setting forth bankruptby categories reviewed. | 192.50 |
| | | 0.90 | Continued the review of billing entries and the further identification and classification of tasks describing legal research activities relating to retention/compensation. | 247.50 |
| | | 1.10 | Continued the review of billing entries and the further identification and classification of tasks describing clerical and administrative activities. | 302.50 |
| | | 2.60 | Continued the review of billing entries and the further identification and classification of vaguely described tasks. | 715.00 |
| 08/10/2009 | JEP | 4.40 | Continued drafting report regarding firm's second fee application, accompanying exhibit list, and list of bankruptcy categories reviewed. | 1,210.00 |
| | | **34.10** | | **$9,377.50** |

STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 08/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 34.10 = | $9,377.50 |
| Total for Legal Auditors: | | | 34.10 | $9,377.50 |
| Total Hours Worked: | | | 34.10 | |
| Total Hours Billed: | | | 34.10 | $9,377.50 |


LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 09/28/2009
Invoice Number: R657 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/04/2009 | LKC | 0.30 | Review e-mail and attached fee application form Dow Lohnes. | 97.50 |
| | | 0.70 | Preparation of certificate of no objection for Stuart Maue first and second monthly fee applications. | 227.50 |
| | | 0.60 | Review e-mail from H. Lamb at Chadbourne and attached committee expenses and Chadbourne fee application. | 195.00 |
| 08/04/2009 | PSS | 2.00 | Update status worksheet to reflect applications received recently. | 550.00 |
| 08/05/2009 | LKC | 0.40 | Review and revise certificate of no objections for first and second monthly applications. | 130.00 |
| | | 0.10 | Review and respond to e-mail from J. McClelland at Sidley regarding exhibit for travel expenses. | 32.50 |
| | | 0.30 | Review e-mail and attached monthly statements for Dow Lohnes received from C. Meazell. | 97.50 |
| 08/05/2009 | PSS | 0.10 | Review calculations for Certificate of No Objection - 1st and 2nd Monthly Applications. | 27.50 |
| | | 0.20 | Prepare a schedule to summarize Stuart Maue's fee applications. | 55.00 |
| 08/06/2009 | LKC | 0.30 | Review e-mail and attachments from Moellis regarding sixth monthly application. | 97.50 |
| 08/08/2009 | LKC | 1.70 | Review docket to identify monthly and interim applications and supplemental affidavaits filed since May 1, 2009 and compare to applications received. | 552.50 |
| 08/10/2009 | PSS | 0.20 | Update status worksheet to reflect applications received today. | 55.00 |
| 08/11/2009 | PSS | 0.60 | Continue to update status worksheet to reflect applications received yesterday. | 165.00 |
| 08/17/2009 | LKC | 0.40 | Preparation of certificate of no objection for Stuart Maue third interim fee application. | 130.00 |
| 08/17/2009 | PSS | 0.60 | Update status spreadsheet to reflect applications received today. | 165.00 |
| 08/18/2009 | LKC | 0.40 | Review status of firm fee applications filed for second interim period and receipt of necessary data. | 130.00 |
| 08/21/2009 | LKC | 0.60 | Review, revise and finalize fourth interim Stuart Maue fee application. | 195.00 |
| | | 1.50 | Preparation of Stuart Maue fifth interim fee application. | 487.50 |
| 08/21/2009 | PSS | 0.20 | Review calculations for Stuart Maue's 4th Monthly Application. | 55.00 |
| 08/24/2009 | PSS | 0.20 | Update status worksheet to reflect applications received today. | 55.00 |
| 08/25/2009 | PSS | 0.20 | Update status worksheet to reflect applications received today. | 55.00 |
| 08/26/2009 | LKC | 0.30 | Review e-mail from F. Panchak and attached detail for Landis seventh monthy application. | 97.50 |

STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 09/28/2009**
**Invoice Number: R657 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 08/31/2009** | | | | |
| 08/27/2009 | LKC | 0.20 | Draft e-mail to Leonardo Llobrera regarding data for Paul Hastings second interim period. | 65.00 |
| | | 0.10 | Draft e-mail to Young Kim regarding data for AlixPartners second interim period. | 32.50 |
| | | 0.20 | Draft e-mail to Mary Napoliello regarding data for Alvarez Marsal second interim period. | 65.00 |
| | | 0.40 | Review e-mail from J. Jensen and attached data files for Sidley July invoices. | 130.00 |
| | | 0.40 | Review e-mail from H. Lamb and attached applications for Chadbourne and Creditors' Committee. | 130.00 |
| | | 0.20 | Telephone conference with K. Stickles regrarding response to report for Cole first interim application. | 65.00 |
| | | 0.80 | Review status of electronic data for firms second interim applications. | 260.00 |
| 08/31/2009 | PSS | 1.30 | Update status worksheet to reflect applications received today. | 357.50 |

|  | **15.50** |  |  | **$4,757.50** |

STUART/MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

**Invoice Date:** 09/28/2009
**Invoice Number:** R657 - 1024395
**Matter Number:** 1024395
**Firm:** Tribune Company

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 08/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 9.90 | = | $3,217.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.60 | = | $1,540.00 |
| | | **Total for Legal Auditors:** | | **15.50** | | **$4,757.50** |
| | | **Total Hours Worked:** | | **15.50** | | |
| | | **Total Hours Billed:** | | **15.50** | | **$4,757.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Summary For Professional Services through 08/31/2009** | | | | | |
| **Legal Auditors** | | | | | |
| Linda K. Cooper | LKC | 325.00 X | 72.10 | = | $23,432.50 |
| Felica A. Ezell | FAE | 275.00 X | 17.10 | = | $4,702.50 |
| Janet E. Papageorge | JEP | 275.00 X | 78.00 | = | $21,450.00 |
| Lisa Savoy | LS | 275.00 X | 24.60 | = | $6,765.00 |
| Pamela S. Snyder | PSS | 275.00 X | 47.50 | = | $13,062.50 |
| Laura A. Storck-Elam | LAS | 275.00 X | 15.80 | = | $4,345.00 |
| Kathy C. Tahan | KCT | 275.00 X | 24.10 | = | $6,627.50 |
| **Total for Legal Auditors:** | | | **279.20** | | **$80,385.00** |
| **Total Hours Worked:** | | | **279.20** | | |
| **Total Hours Billed:** | | | **279.20** | | **$80,385.00** |