# EXHIBIT B

## EXPENSE SUMMARY

TRIBUNE COMPANY, et al.

Invoice Date: 8/29/2009
Invoice Number: R657 - Expenses

### TRIBUNE - AUGUST EXPENSES

PHOTOCOPIES:

| | | |
|---|---|---|
| | 3,284 at $0.10/Page | $328.40 |
| **TOTAL EXPENSES:** | | **$328.40** |