# EXHIBIT 1

Nov-22-02   11:10am   From-TRIBUNE CO LEGAL DEPT        +312 222 4206        T-439   P.002/002   F-329

LAW OFFICES
## GOLDBERG, GODLES, WIENER & WRIGHT
1229 NINETEENTH STREET, N.W.
WASHINGTON, D.C. 20036

HENRY GOLDBERG
JOSEPH A. GODLES
JONATHAN WIENER
MICHAEL A. MCCOIN
BRITA D. STRANDBERG

HENRIETTA WRIGHT
THOMAS G. GHERARDI, P.C.
COUNSEL

(202) 429-4900
TELECOPIER:
(202) 429-4912
general@g2w2.com

November 21, 2002

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Attn: Paulette Dodson

Dear Ms. Dodson:

For the record, this letter confirms that Goldberg, Godles, Wiener & Wright will serve as counsel to the Tribune Company ("Tribune") with respect to issues associated with its Cuba news bureau license issued by the Department of the Treasury's Office of Foreign Assets Control.

Tribune will pay for the legal services described above at Goldberg, Godles, Wiener & Wright's standard hourly rates for its attorneys and paralegals, which currently range from $115 to $425 an hour. In addition, Tribune will reimburse Goldberg, Godles, Wiener & Wright for all expenses incurred in connection with the provision of these legal services, such as telephone, overnight delivery, and photocopying expenses. Tribune agrees to pay monthly statements, which will itemize legal fees and reimbursable expenses, within 30 days of the date of the statement.

[handwritten: 90 (PRD)]

If the foregoing is acceptable, please sign below and return a signed copy of this letter to me.

Sincerely,

GOLDBERG, GODLES, WIENER & WRIGHT

By: [signature]

Agreed to and accepted:

TRIBUNE COMPANY

By: [signature]
Paulette Dodson