# **EXHIBIT A**

40000/0598-6026057v1

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended Aug-09

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Three Month Summary by Firm
## Aug-09

| Firm | Service Provided | Invoiced Fees Jun-09 | Jul-09 | Aug-09 | Invoiced Expenses Jun-09 | Jul-09 | Aug-09 | Quarterly Total | Rolling Periods | Total Fees | Monthly Stipulated | Rolling Cap | Overage to be Applied For | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajalat Polley Ayoob Matarese | Tax law counsel | 5,836 | 13,300 | - | - | - | 17 | 19,153 | 3 | 19,136 | 25,000 | 75,000 | - | - |
| Allen Matkins Leck Gamble Mallory L | Real estate counsel | 536 | 2,075 | - | - | - | - | 2,611 | 3 | 2,611 | 10,000 | 30,000 | - | - |
| Booth Mitchel & Strange LLP | Casualty claims and insurance matters | - | 75 | - | - | - | - | 75 | 3 | 75 | 5,000 | 15,000 | - | - |
| Bostwick & Jassy LLP | First Amendment and business law litigation counsel | 8,432 | 11,644 | - | 82 | 601 | - | 20,758 | 3 | 20,075 | 15,000 | 45,000 | - | - |
| Brown, Schultz Seridan & Fritz | Accounting Consultant | 200 | - | - | - | - | - | 200 | 3 | 200 | 1,000 | 3,000 | - | - |
| Buchalter Nemer P.C. | LA Times Counsel | - | 9,072 | 1,590 | - | - | 705 | 11,366 | 3 | 10,662 | 25,000 | 75,000 | - | - |
| Cadence Law Group LLP | Internet and technology law transactional counsel | 5,733 | - | 15,288 | - | - | - | 21,021 | 3 | 21,021 | 15,000 | 45,000 | - | - |
| Davis Wright Tremaine | First Amendment, internet, telecommunications counsel | 25,358 | - | - | 2,108 | - | - | 27,466 | 2 | - | 50,000 | 100,000 | - | - |
| Grant Thornton | Tax Consulting | 1,970 | - | - | 95 | - | - | 2,065 | 3 | 1,970 | 40,000 | 120,000 | - | - |
| Gross Mcginley Labarre And Eaton | Business and employment litigation counsel for the Allentown Morning Call | 3,876 | 3,439 | 3,338 | 5 | 20 | 6 | 10,684 | 3 | 10,653 | 10,000 | 30,000 | - | - |
| Hendershot Intellectual Property Law | Intellectual property counsel and IP contract drafting for publishing and broadcasting business segments | 4,763 | 2,550 | 1,725 | - | - | - | 9,038 | 3 | 9,038 | 10,000 | 30,000 | - | - |
| Hinckley, Allen & Snyder | General litigation, First Amendment, and Media law counsel for Hartford Courant | - | 41,657 | - | - | 761 | - | 42,418 | 3 | 41,657 | 25,000 | 75,000 | - | - |
| King Blackwell Downs & Zehnder Pa | Litigation counsel for the Orlando Sentinel (defamation defense; includes claims against reporters) | 25,228 | 15,053 | 9,208 | 178 | 615 | 739 | 51,020 | 3 | 49,468 | 30,000 | 90,000 | - | - |
| Kirkland & Ellis | Patent litigation counsel for Tribune Media Services | 300 | - | - | 1 | - | - | 301 | 3 | 300 | 35,000 | 105,000 | - | - |
| Levine Sullivan Koch & Schulz LLP | First Amendment counsel | - | 1,500 | - | - | - | - | 1,500 | 2 | 1,500 | 50,000 | 100,000 | - | - |
| Levy, Ram & Olson Rossi LLP | First Amendment and contract counsel | 4,004 | - | - | - | - | - | 4,004 | 3 | 4,004 | 10,000 | 30,000 | - | - |
| Mandell Menkes Llc | Intellectual Property contracts counsel (overflow) | - | 2,279 | - | - | - | - | 2,279 | 3 | 2,279 | 10,000 | 30,000 | - | 26,657 |
| Maria L Hampton | Collections Counsel | - | - | 1,068 | - | - | 350 | 1,418 | 2 | 1,068 | 25% | 25% | - | - |
| Miller Kaplan Arase And Co | Accounting Consultant | 9,435 | 7,735 | - | - | - | - | 17,170 | 3 | 17,170 | 10,000 | 30,000 | - | - |
| Offit Kurman & Alms Pa | Labor law & litigation counsel for the Baltimore Sun | - | 3,352 | - | - | - | - | 3,352 | 3 | 3,352 | 10,000 | 30,000 | - | - |
| Orrick, Herrington & Sutcliffe LLP | Corporate Law | - | 1,065 | - | - | - | - | 1,065 | 2 | 1,065 | 3,000 | 9,000 | - | - |
| Seyfarth Shaw LLP | Primary labor and employment law counsel for Tribune (including all independent contractor newspaper delivery distribution contracts); Employment litigation defense counsel; and business litigation counsel | 35,069 | 19,268 | 34,448 | 1,423 | 831 | 585 | 91,624 | 2 | 53,716 | 50,000 | 100,000 | - | - |
| Sonnenschein Nath & Rosenthal | First Amendment counsel /general litigation counsel/ Outsourcing counsel (drafting and negotiation) | 17,932 | 4,573 | - | 101 | - | - | 22,605 | 2 | 4,573 | 50,000 | 100,000 | - | - |
| Thomas, LoCicero & Bralow Pl | Primary media law and First Amendment counsel for publishing and broadcasting operations in Florida | 50,000 | 50,000 | 50,000 | 1,104 | 3,310 | 788 | 155,202 | 2 | 100,000 | 50,000 | 100,000 | - | - |
| Volk, Phyllis | Real estate law | 17,020 | 5,700 | 3,200 | - | - | - | 25,920 | 3 | 25,920 | 10,000 | 30,000 | - | - |
| Wat & Comer LLP | Employment litigation / Worker's compensation counsel | 195 | 75 | - | 2 | - | - | 272 | 3 | 270 | 5,000 | 15,000 | - | - |
| Welborn Sullivan Meck & Tooley | Environmental counsel for Denver operations | 252 | 280 | - | - | - | - | 532 | 3 | 532 | 10,000 | 30,000 | - | - |
| Wiclman, Harrold, Allen & Dixon LLP | Collections Counsel | 353 | 437 | - | 21 | - | - | 810 | 3 | 789 | 15,000 | 45,000 | - | - |
| Young, Sommer, Ward, Ritzenberg, | Environmental counsel for Hartford, Baltimore, and New York operations | 825 | 11,648 | - | 173 | - | - | 12,646 | 3 | 12,473 | 15,000 | 45,000 | - | - |
| Zulkie Partners LLC | Principal counsel for Tribune Company and business units on immigration law matters and filings | 503 | 285 | 323 | - | - | 33 | 1,143 | 3 | 1,110 | 5,000 | 15,000 | - | - |
| Total | | 217,817 | 207,058 | 120,188 | 5,309 | 6,139 | 3,205 | 559,716 | | 416,705 | | | - | 26,657 |

## Notes:

Tribune Company professional fee payment process adheres to the criteria defined in the Bankruptcy Court's Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. We experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a $50,000 monthly fee cap.

On a monthly basis, Tribune has reported its proposed OCP payments to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, as required by the OCP order. Tribune received no objections to the payments reflected herein. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current monthly period or outside of the current rolling period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Rolling Proposed column is intended to provide visibility to the total amount invoiced over the applicable rolling periods. Firms with a percentage, instead of a whole number, in the Stipulated Rolling Cap Limit column have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

Overage to be Applied For represents the total amount invoiced over the applicable rolling periods (two or three months) that exceed the established limit on permitted payments over the applicable rolling periods. Any firm that has excess amounts withheld may apply to the Bankruptcy Court for approval of such fees. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application.