**EXHIBIT A**

**(Fee Statement)**

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

September 21, 2009

Please refer to
Invoice Number: 1799276

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $4,001.50 |
| Costs incurred and advanced | 3.20 |
| **Current Fees and Costs** | **$4,004.70** |
| **Total Balance Due** | **$4,004.70** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                    September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1799276

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $4,001.50 |
| Costs incurred and advanced | 3.20 |
| **Current Fees and Costs Due** | **$4,004.70** |
| **Total Balance Due** | **$4,004.70** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192201.1

**PaulHastings**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                                September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                         Please refer to
Chicago, IL  60611-4096                        Invoice Number: 1799276

Attn:  David Eldersveld, Esq.                  PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2009

**Post-Petition General Matter**                              **$4,001.50**

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/04/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/05/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/06/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/07/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1); retrieve and distribute certificate of no objection to accounting department (0.1) | 0.20 | 205.00 | 41.00 |
| 08/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                                          Page 2
75245-00001
Invoice No. 1799276

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/12/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/13/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/14/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/19/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/20/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/21/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/25/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/26/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                     Page 3
75245-00001
Invoice No. 1799276

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/27/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/28/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 08/31/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| | **Subtotal:  B110   Case Administration** | | **2.20** | | **451.00** |

## B160    Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/09 | JBB3 | Update conflicts disclosure chart and forward to K. Newmarch (0.2) | 0.20 | 205.00 | 41.00 |
| 08/05/09 | KDN | Draft e-mail to J. Brown regarding supplemental conflict information for August 2008 (0.1); edit supplemental conflicts disclosure (0.2); draft e-mail to S. Park regarding supplemental conflicts disclosure (0.1) | 0.40 | 645.00 | 258.00 |
| 08/05/09 | SSP2 | Draft supplemental conflicts disclosure (0.3); revise same per K. Newmarch's comments (0.2) | 0.50 | 425.00 | 212.50 |
| 08/06/09 | JBB3 | Conference with S. Park regarding supplemental conflicts search (0.3); work on supplemental conflict search (1.8) | 2.10 | 205.00 | 430.50 |
| 08/06/09 | KDN | Edit second supplemental conflicts disclosure (0.1); draft e-mail to S. Park regarding supplemental conflicts disclosure (0.1) | 0.20 | 645.00 | 129.00 |

Tribune Company                                                                           Page 4
75245-00001
Invoice No. 1799276

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/06/09 | SSP2 | Conferences with J. Brown regarding conflicts checks (0.3); telephone conference with K. Newmarch regarding conflicts checks (0.1); review and revise supplemental affidavit (0.4) | 0.70 | 425.00 | 297.50 |
| 08/07/09 | JBB3 | Work on supplemental conflicts search (0.6) | 0.60 | 205.00 | 123.00 |
| 08/07/09 | KDN | Review revised supplemental affidavit of disinterest for Paul Hastings and draft email to R. Chesley regarding same (0.1) | 0.10 | 645.00 | 64.50 |
| 08/07/09 | SSP2 | Conferences with J. Brown regarding conflicts check and update of conflicts chart (0.2) | 0.20 | 425.00 | 85.00 |
| 08/10/09 | KDN | Review final fee auditor report for first interim fee application (0.1); draft response to L. Cooper regarding final fee auditor report (0.1) | 0.20 | 645.00 | 129.00 |
| 08/13/09 | RPR | Work on July billing statement (0.9) | 0.90 | 320.00 | 288.00 |
| 08/14/09 | RPR | Work on draft July monthly fee application (0.8) | 0.80 | 320.00 | 256.00 |
| 08/19/09 | RPR | Review revised July billing statement (0.8); forward same to J. Bender (0.1) | 0.90 | 320.00 | 288.00 |
| 08/20/09 | RPR | Work on draft July monthly fee application (0.9) | 0.90 | 320.00 | 288.00 |
| 08/21/09 | JPB7 | Review July billing statement for privilege (0.5) | 0.50 | 550.00 | 275.00 |
| 08/26/09 | RPR | Work on revised July billing statement (0.5); forward same to L. Llobrera (0.1) | 0.60 | 320.00 | 192.00 |
| 08/28/09 | KDN | Draft responsive email to R. Rosen regarding July fee application (0.1) | 0.10 | 645.00 | 64.50 |

Tribune Company                                                                      Page 5
75245-00001
Invoice No. 1799276

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/31/09 | KDN | Draft email to accounting department regarding fee application information requested by fee auditor (0.1); draft email to J. Bender regarding July fee application (0.1) | 0.20 | 645.00 | 129.00 |
| | **Subtotal: B160   Fee/ Employment Applications** | | **10.10** | | **3,550.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JPB7 | Justin P. Bender | ASSOCIATE | 0.50 | 550.00 | 275.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 1.20 | 645.00 | 774.00 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 1.40 | 425.00 | 595.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 4.10 | 320.00 | 1,312.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 5.10 | 205.00 | 1,045.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$4,004.70** |
| **Total Balance Due** | | **$4,004.70** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

PaulHastings

Tribune Company                                        September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                 Please refer to
Chicago, IL  60611-4096                                Invoice Number: 1799277

Attn:  David Eldersveld, Esq.                          PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending August 31, 2009                              $31,057.50

|                                | |
| ------------------------------ | ----------: |
| **Current Fees and Costs Due** | **$31,057.50** |
| **Total Balance Due**          | **$31,057.50** |

**Wiring Instructions:**                               **Remittance Address:**
  Bank of America                                        Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                                      191 N. Wacker Drive
  CHIPS Address:  0959                                   30th Floor
  SWIFT Address:  BOFAUS3N                               Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192211.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1799277

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending August 31, 2009                            $31,057.50
        **Current Fees and Costs Due**                           **$31,057.50**
        **Total Balance Due**                                    **$31,057.50**

**Wiring Instructions:**                           **Remittance Address:**
  Bank of America                                    Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                                   191 N. Wacker Drive
  CHIPS Address:  0959                                30th Floor
  SWIFT Address:  BOFAUS3N                            Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192211.1

# Paul Hastings

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

September 21, 2009

Please refer to
Invoice Number: 1799277

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2009

**Lease Rejections**                                                      **$31,057.50**

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/09 | GES3 | Correspondence with S. Pater regarding lease rejection motions, amendment and security deposit (0.5); telephone conferences with B. Hauserman regarding rejection motions (0.2); correspondence with D. Kazan regarding rejection and amendment issues (0.4) | 1.10 | 810.00 | 891.00 |
| 08/05/09 | GES3 | Correspondence with D. Kazan and B. Hauserman regarding rejection motions (0.6); review motions to rejection (0.3); address questions regarding rejection motion (0.6); draft revisions for rejection motion (0.5); correspondence with T. Chandran regarding rejection motion (0.3); review D. Kazan correspondence regarding motion (0.1) | 2.40 | 810.00 | 1,944.00 |

Tribune Company                                                                    Page 2
75245-00003
Invoice No. 1799277

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/09 | TJC3 | Review correspondence regarding motion to reject Oak Brook lease, Insertco lease and utility agreement (0.5); review motion to reject (0.5); markup motion to reject (0.5); telephone conference with G. Spitzer regarding markup of motion to reject (0.4); correspondence with B. Hauserman regarding markup of motion to reject (0.4) | 2.30 | 595.00 | 1,368.50 |
| 08/06/09 | GES3 | Draft and review T. Chandran correspondence regarding rejection issues and amendment (0.7) | 0.70 | 810.00 | 567.00 |
| 08/07/09 | GES3 | Review and comment regarding revised rejection motion (0.4); correspondence with D. Kazan, B. Hauserman, S. Pater and T. Chandran regarding same (0.9); review B. Fields correspondence regarding lease terms (0.1) | 1.40 | 810.00 | 1,134.00 |
| 08/07/09 | TJC3 | Review correspondence regarding motion to reject (0.7); review revised motion to reject (0.2); correspondence with B. Hauserman regarding motion to reject (0.4) | 1.30 | 595.00 | 773.50 |
| 08/11/09 | TJC3 | Review correspondence regarding Insertco lease rejection (0.6) | 0.60 | 595.00 | 357.00 |
| 08/20/09 | TJC3 | Review correspondence regarding Insertco landlord filing limited objection to motion to reject (0.3); conference with G. Spitzer regarding same (0.2) | 0.50 | 595.00 | 297.50 |
| 08/24/09 | GES3 | Correspondence with D. Kazan, S. Pater and K. Kansa regarding rejection of Insertco lease (0.3); attention to preparation of response to landlord (0.4); conference with T. Chandran regarding landlord's counsel comments (0.2) | 0.90 | 810.00 | 729.00 |

Tribune Company                                                                           Page 3
75245-00003
Invoice No. 1799277

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/24/09 | TJC3 | Review correspondence regarding rejection of Insertco lease (0.4) | 0.40 | 595.00 | 238.00 |
| 08/26/09 | GES3 | Correspondence with D. Kazan, S. Pater, B. Hauserman, K. Kansa and T. Chandran regarding response to landlord and objection issue (0.3); correspondence with B. Hauserman regarding same (0.2); review lease, tax files and landlord information regarding landlord claim (0.9); telephone conference with D. Kazan, R. McGerald, B. Hauserman, K. Kansa and T. Chandran regarding response to landlord and preparation for hearing (0.7) | 2.10 | 810.00 | 1,701.00 |
| 08/26/09 | TJC3 | Review correspondence regarding rejection of Insertco lease (0.2); telephone conference regarding rejection of Insertco lease (0.5) | 0.70 | 595.00 | 416.50 |
| 08/27/09 | GES3 | Correspondence with B. Hauserman and D. Kazan regarding agreed order (0.3) | 0.30 | 810.00 | 243.00 |
| 08/27/09 | TJC3 | Review correspondence regarding rejection of Insertco lease (0.2) | 0.20 | 595.00 | 119.00 |
| | **Subtotal: B185   Assumption/ Rejection of Leases and Contracts** | | **14.90** | | **10,779.00** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/09 | GES3 | Correspondence with K. Kansa regarding proposed revision to amendment (0.3); review and revise co-tenant comments to amendment (0.5) | 0.80 | 810.00 | 648.00 |

Tribune Company                                                          Page 4
75245-00003
Invoice No. 1799277

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/09 | GES3 | Correspondence with B. Hauserman regarding lease matters (0.4); correspondence with R. McGerald regarding terms of amendment agreement (0.2); review and revise security deposit letter and amendment (0.5); conferences with T. Chandran regarding letter and amendment issues (0.3); draft correspondence with D. Kazan and S. Pater regarding deposit request (0.3) | 1.70 | 810.00 | 1,377.00 |
| 08/03/09 | TJC3 | Review correspondence regarding modification of Insertco utility agreement (2.1) | 2.10 | 595.00 | 1,249.50 |
| 08/04/09 | GES3 | Correspondence with D. Kazan, S. Pater, R. McGerald and T. Chandran regarding amendment issue and security deposit issues (0.5); correspondence with D. Kazan regarding amendment issues (0.2); correspondence with K. Kansa regarding amendment negotiation and status (0.3) | 1.00 | 810.00 | 810.00 |
| 08/04/09 | TJC3 | Review correspondence regarding modification of Insertco utility agreement amendment (0.7) | 0.70 | 595.00 | 416.50 |
| 08/05/09 | GES3 | Coordinate utility amendment with B. Hauserman (0.2); telephone conference with T. Chandran regarding amendment issues and request (0.4); review correspondence with G. Sohns and K. Kansa regarding negotiation of amendment (0.2) | 0.80 | 810.00 | 648.00 |

Tribune Company                                                                                     Page 5
75245-00003
Invoice No. 1799277

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/06/09 | GES3 | Correspondence with D. Kazan and K. Kansa regarding lease, utility agreement amendment and rejection motion (0.8); revise amendment for Shuttle (0.3); telephone conferences and correspondence with T. Chandran regarding same (0.5); follow up regarding amendment execution (0.2) | 1.80 | 810.00 | 1,458.00 |
| 08/06/09 | TJC3 | Correspondence with counsel for Shuttle regarding amendment to utility agreement (0.7); correspondence with G. Spitzer regarding amendment to utility agreement (0.5); telephone conference with G. Spitzer regarding amendment to utility agreement (0.3); revise amendment to utility agreement (0.5); review correspondence regarding amendment to utility agreement (0.6) | 2.60 | 595.00 | 1,547.00 |
| 08/07/09 | GES3 | Correspondence with D. Kazan and S. Pater regarding final amendment (0.3); telephone conference and correspondence with T. Chandran regarding same (0.4); correspondence with G. Sohns regarding amendment (0.1) | 0.80 | 810.00 | 648.00 |
| 08/07/09 | TJC3 | Review correspondence regarding amendment to utility agreement (0.5); correspondence with counsel for Shuttle regarding amendment to utility agreement (0.3) | 0.80 | 595.00 | 476.00 |

Tribune Company                                                                          Page 6
75245-00003
Invoice No. 1799277

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/10/09 | GES3 | Correspondence with D. Kazan, S. Pater and R. McGerald regarding landlord response regarding security deposit issue (0.3); telephone conference with T. Chandran regarding security deposit demand issue (0.2); analyze and draft response to landlord letter (0.7); correspondence with R. McGerald and S. Pater regarding rent payments (0.2) | 1.40 | 810.00 | 1,134.00 |
| 08/10/09 | TJC3 | Review correspondence regarding return of security deposit from landlord with regards to Insertco lease (0.3); review letter from landlord regarding same (0.3); correspondence with B. Hauserman regarding same (0.2); correspondence with G. Spitzer regarding same (0.2) | 1.00 | 595.00 | 595.00 |
| 08/11/09 | GES3 | Correspondence with S. Pater, D. Kazan and B. Fields regarding security deposit issue (0.3); correspondence with K. Kansa regarding same (0.4) | 0.70 | 810.00 | 567.00 |
| 08/17/09 | GES3 | Correspondence with D. Kazan, R. McGerald and S. Pater regarding landlord notice issues (1.1); review correspondence and related lease provisions (0.4); review and draft correspondence with R. McGerald regarding taxes and lease issues (0.2); conference with T. Chandran regarding tax payment issue (0.3); review county tax statements (0.3); telephone conference with T. Chandran regarding same (0.2) | 2.50 | 810.00 | 2,025.00 |

Tribune Company                                                                    Page 7
75245-00003
Invoice No. 1799277

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/17/09 | TJC3 | Review correspondence regarding letter from Insertco landlord detailing real estate tax bills (0.8); review correspondence from landlord regarding tax payments due from Insertco landlord (0.5); review tax bills for Insertco properties (1.1) and correspondence with G. Spitzer regarding same (0.5) | 2.90 | 595.00 | 1,725.50 |
| 08/18/09 | GES3 | Correspondence with S. Pater, D. Kazan and R. McGerald regarding tax issues (0.8); telephone conference with S. Pater, R. McGerald and T. Chandran regarding landlord notice letter and lease provisions (0.5); correspondence with T. Chandran regarding follow up with landlord regarding default letter (0.3); correspondence with working group regarding telephone conference with landlord's counsel (0.3); correspondence with D. Kazan regarding response to landlord (0.2) | 2.10 | 810.00 | 1,701.00 |
| 08/18/09 | TJC3 | Telephone conference with counsel to Insertco landlord regarding real estate tax issue (0.5); correspondence with G. Spitzer regarding same (0.5); telephone conference with S. Pater, R. McGerald and G. Spitzer regarding tax issue (0.5) | 1.50 | 595.00 | 892.50 |
| 08/19/09 | GES3 | Correspondence with S. Pater regarding landlord response (0.2); correspondence with T. Chandran regarding summary information (0.2); review and revise email message to K. Kansa regarding same (0.3) | 0.70 | 810.00 | 567.00 |

Tribune Company                                                          Page 8
75245-00003
Invoice No. 1799277

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/19/09 | TJC3 | Review correspondence from G. Spitzer regarding real estate tax issue (0.2); correspondence with G. Spitzer regarding real estate tax issues (0.5) | 0.70 | 595.00 | 416.50 |
| 08/20/09 | GES3 | Telephone conference with B. Hauserman regarding discussion with landlord's counsel and objection claims (0.2); review and draft correspondence with B. Hauserman regarding lease documents and information requests (0.3); draft and revise correspondence with K. Kansa regarding landlord dispute and tax payments (0.8); correspondence with T. Chandran regarding same (0.2); correspondence with B. Hauserman regarding landlord's limited objection (0.2) | 1.70 | 810.00 | 1,377.00 |
| **Subtotal: B250   Real Estate** | | | **28.30** | | **20,278.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 24.90 | 810.00 | 20,169.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 18.30 | 595.00 | 10,888.50 |

|   |   |
|---|---|
| **Current Fees and Costs** | **$31,057.50** |
| **Total Balance Due** | **$31,057.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company                                    September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1799278

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

## SUMMARY SHEET

### Freedom Center
PHJ&W LLP File# 75245-00007
Daniel J. Perlman

Legal fees for professional services
for the period ending August 31, 2009                          $8,108.00
      **Current Fees and Costs Due**                      **$8,108.00**
      **Total Balance Due**                             **$8,108.00**

**Wiring Instructions:**                  **Remittance Address:**
  Bank of America                        Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                      191 N. Wacker Drive
  CHIPS Address:  0959                   30th Floor
  SWIFT Address:  BOFAUS3N               Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192232.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799278

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Freedom Center
PHJ&W LLP File# 75245-00007
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $8,108.00 |
| **Current Fees and Costs Due** | **$8,108.00** |
| **Total Balance Due** | **$8,108.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192232.1

**PAUL, HASTINGS, JANOFSKY & WALKER** LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799278

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2009

**Freedom Center**                                                    **$8,108.00**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/04/09 | JSR6 | Review zoning of property (2.5) | 2.50 | 675.00 | 1,687.50 |
| 08/06/09 | JPB7 | Review zoning of Tribune Tower and Freedom Center (2.6); review planned development for Freedom Center (0.6) | 3.20 | 550.00 | 1,760.00 |
| 08/07/09 | DJP2 | Review zoning issues at site (1.2) | 1.20 | 790.00 | 948.00 |
| 08/10/09 | JSR6 | Review existing zoning of property (1.5) | 1.50 | 675.00 | 1,012.50 |
| 08/14/09 | JSR6 | Review zoning issues regarding property (2.0) | 2.00 | 675.00 | 1,350.00 |
| 08/26/09 | JSR6 | Follow up regarding status of zoning of property (2.0) | 2.00 | 675.00 | 1,350.00 |
| | **Subtotal: B250   Real Estate** | | **12.40** | | **8,108.00** |

Tribune Company                                                                Page 2
75245-00007
Invoice No. 1799278

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.20 | 790.00 | 948.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 8.00 | 675.00 | 5,400.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 3.20 | 550.00 | 1,760.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$8,108.00** |
| **Total Balance Due** | **$8,108.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799279

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending August 31, 2009

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $3,377.50 |
| **Current Fees and Costs Due** | **$3,377.50** |
| **Total Balance Due** | **$3,377.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192371.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

September 21, 2009

Please refer to
Invoice Number: 1799279

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending August 31, 2009                                    $3,377.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$3,377.50** |
| **Total Balance Due** | **$3,377.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192371.1

**PaulHastings**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                             September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                      Please refer to
Chicago, IL 60611-4096                      Invoice Number: 1799279

Attn: David Eldersveld, Esq.                PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2009

**KTLA**                                                            **$3,377.50**

**B210   Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/09 | TSW | Research regarding dissolution of qualified subchapter S subsidiary (0.6); forward information regarding same to J. Rheeling (0.1) | 0.70 | 865.00 | 605.50 |
| | **Subtotal: B210   Business Operations** | | **0.70** | | **605.50** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/09 | DJP2 | Review transactions and existing structure at request of D. Eldersveld of Tribune Company (1.8) | 1.80 | 790.00 | 1,422.00 |
| 08/11/09 | JSR6 | Review issues regarding distribution of Tribune California Properties, Inc. and 5800 Sunset Production, Inc. (2.0) | 2.00 | 675.00 | 1,350.00 |
| | **Subtotal: B250  Real Estate** | | **3.80** | | **2,772.00** |

Tribune Company                                                          Page 2
75245-00013
Invoice No. 1799279

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.80 | 790.00 | 1,422.00 |
| TSW | Thomas S. Wisialowski | PARTNER | 0.70 | 865.00 | 605.50 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 2.00 | 675.00 | 1,350.00 |

**Current Fees and Costs**                                           **$3,377.50**

**Total Balance Due**                                                **$3,377.50**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　 Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799280

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**New York State R.E. Transfer Tax**
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $10,678.00 |
| **Current Fees and Costs Due** | **$10,678.00** |
| **Total Balance Due** | **$10,678.00** |

**Wiring Instructions:**
　Bank of America
　ABA # 0260-0959-3
　CHIPS Address:  0959
　SWIFT Address:  BOFAUS3N
　100 West 33rd Street
　New York, New York  10001
　Account Number: 14599-04796
　Account Name: Paul, Hastings, Janofsky & Walker LLP
　Comment: Please refer to the invoice number listed above.

**Remittance Address:**
　Paul, Hastings, Janofsky & Walker LLP
　191 N. Wacker Drive
　30th Floor
　Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192393.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
    Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799280

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**New York State R.E. Transfer Tax**
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $10,678.00 |
| **Current Fees and Costs Due** | **$10,678.00** |
| **Total Balance Due** | **$10,678.00** |

**Wiring Instructions:**
 Bank of America
 ABA # 0260-0959-3
 CHIPS Address:  0959
 SWIFT Address:  BOFAUS3N
 100 West 33rd Street
 New York, New York  10001
 Account Number: 14599-04796
 Account Name: Paul, Hastings, Janofsky & Walker LLP
 Comment: Please refer to the invoice number listed above.

**Remittance Address:**
 Paul, Hastings, Janofsky & Walker LLP
 191 N. Wacker Drive
 30th Floor
 Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

September 21, 2009

Please refer to
Invoice Number: 1799280

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2009

**New York State R.E. Transfer Tax**                               **$10,678.00**

### B240   Tax Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/27/09 | AMS2 | Review New York state tax materials (0.5) | 0.50 | 910.00 | 455.00 |
| 08/27/09 | JSR6 | Review and analyze notices from State of New York regarding alleged real estate transfer taxes (1.5) | 1.50 | 675.00 | 1,012.50 |
| 08/27/09 | MGB3 | Research regarding New York state tax procedures and bankruptcies (2.5) | 2.50 | 505.00 | 1,262.50 |
| 08/27/09 | TJC3 | Review correspondence from S. Pater regarding notice from New York taxing authority (0.2); review letter from New York taxing authority (0.3); correspondence with J. Rheeling regarding same (0.2); telephone conference with J. Rheeling regarding same (0.4); correspondence and telephone conference with bankruptcy counsel regarding resolution of issue (1.5) | 2.60 | 595.00 | 1,547.00 |
| 08/28/09 | AMS2 | Review New York state document (0.4); correspondence with T. Chandran regarding same (0.4) | 0.80 | 910.00 | 728.00 |

LEGAL_US_E # 85192393.1

Tribune Company                                                                                      Page 2
75245-00015
Invoice No. 1799280

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/28/09 | JSR6 | Analyze proper course of action in response to notices from State of New York regarding alleged real estate transfer taxes (1.5) | 1.50 | 675.00 | 1,012.50 |
| 08/28/09 | MGB3 | Research regarding New York state tax procedure and the bankruptcy automatic stay (4.0) | 4.00 | 505.00 | 2,020.00 |
| 08/28/09 | TJC3 | Telephone conference and correspondence with S. Pater regarding response of New York taxing authority claim for transfer taxes (0.4); telephone conference with A. Short and M. Brigham regarding same (0.4); telephone conference with J. Rheeling regarding same (0.3); correspondence with K. Kansa and B. Hauserman regarding same (0.2); telephone conference with B. Hauserman regarding same (0.3); telephone conference with M. Brigham and review correspondence from M. Brigham regarding same (0.5) | 2.10 | 595.00 | 1,249.50 |
| 08/31/09 | AMS2 | Conference with M. Brigham regarding Tribune letter (0.3) | 0.30 | 910.00 | 273.00 |
| 08/31/09 | MGB3 | Confer with New York State Dept of Finance and Taxation regarding notice of demand sent to Tribune (0.4); draft letter to New York State Dept of Finance and Taxation regarding Tribune reservation of rights (0.4) | 0.80 | 505.00 | 404.00 |

Tribune Company                                                              Page 3
75245-00015
Invoice No. 1799280

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/31/09 | TJC3 | Telephone conference with M. Brigham regarding response to New York taxing authority on transfer tax issues (0.4); conference with J. Rheeling regarding same (0.3); telephone conference with B. Hauserman regarding same (0.2); correspondence with S. Pater regarding same (0.3) | 1.20 | 595.00 | 714.00 |
| | **Subtotal: B240   Tax Issues** | | **17.80** | | **10,678.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AMS2 | Andrew M. Short | PARTNER | 1.60 | 910.00 | 1,456.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.00 | 675.00 | 2,025.00 |
| MGB3 | Matthew G. Brigham | ASSOCIATE | 7.30 | 505.00 | 3,686.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 5.90 | 595.00 | 3,510.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$10,678.00** |
| **Total Balance Due** | **$10,678.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                      September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                               Please refer to
Chicago, IL  60611-4096                              Invoice Number: 1799281

Attn:  David Eldersveld, Esq.                        PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

### Sale of 250 Miller Place, Hicksville
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $26,216.00 |
| Costs incurred and advanced | 0.70 |
| **Current Fees and Costs** | **$26,216.70** |
| **Prior Balance Due** | **$22,596.40** |
| **Total Balance Due** | **$48,813.10** |

**Wiring Instructions:**                              **Remittance Address:**
   Bank of America                                   Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                                 191 N. Wacker Drive
   CHIPS Address:  0959                              30th Floor
   SWIFT Address:  BOFAUS3N                          Chicago, IL 60606
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192621.1

**PaulHastings**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

September 21, 2009

Please refer to
Invoice Number: 1799281

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2009 | $26,216.00 |
| Costs incurred and advanced | 0.70 |
| **Current Fees and Costs Due** | **$26,216.70** |
| **Prior Balance Due** | **$22,596.40** |
| **Total Balance Due** | **$48,813.10** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192621.1

Tribune Company                                                                                    Page 2
75245-00026
Invoice No. 1799281

---

**REMITTANCE COPY (cont.)**

**Summary of Prior Balance Due**

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 07/28/09 | 1792937 | $6,609.40 | $0.00 | $0.00 | $6,609.40 |
| 08/28/09 | 1797261 | $15,987.00 | $0.00 | $0.00 | $15,987.00 |

**Total Prior Due**                                                        **$22,596.40**

**Balance Due**                                                             **$48,813.10**

**PaulHastings**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                           September 21, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                    Please refer to
Chicago, IL  60611-4096                   Invoice Number: 1799281

Attn:  David Eldersveld, Esq.             PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2009

**Sale of 250 Miller Place, Hicksville**                    **$26,216.00**

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/09 | JSR6 | Review purchaser's list of open issues (0.7); work on purchase agreement (1.0) | 1.70 | 675.00 | 1,147.50 |
| 08/04/09 | JSR6 | Telephone conference with L. Goldman regarding purchase agreement (1.2); revise purchase agreement (0.8) | 2.00 | 675.00 | 1,350.00 |
| 08/06/09 | JSR6 | Prepare exhibits to purchase agreement (1.5); review existing survey for the property (0.5); review issues regarding release language in purchase agreement (1.0); begin initial draft of loan documents (1.5) | 4.50 | 675.00 | 3,037.50 |
| 08/07/09 | JSR6 | Work on purchase agreement (1.7) | 1.70 | 675.00 | 1,147.50 |
| 08/10/09 | JSR6 | Review purchaser's proposed revisions to purchase agreement (1.5); review issues regarding release provisions of purchase agreement (1.5) | 3.00 | 675.00 | 2,025.00 |

Tribune Company                                                                                    Page 2
75245-00026
Invoice No. 1799281

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/09 | JSR6 | Analyze issues regarding revisions to release provision of purchase agreement (1.0); revise purchase agreement (0.7) | 1.70 | 675.00 | 1,147.50 |
| 08/12/09 | JSR6 | Review title insurance commitment (0.5); telephone conference with S. Pater and K. Hackett (0.3); work on purchase agreement (0.7); review title clearance matters (2.0) | 3.50 | 675.00 | 2,362.50 |
| 08/13/09 | JSR6 | Revise purchase agreement (0.5); telephone conference with L. Goldman (0.8); review issues regarding court approval of transaction (0.5) | 1.80 | 675.00 | 1,215.00 |
| 08/14/09 | JSR6 | Work on purchase agreement (2.0) | 2.00 | 675.00 | 1,350.00 |
| 08/18/09 | JSR6 | Telephone conference with L. Goldman (0.3); multiple telephone conferences with S. Pater (0.3); negotiate revisions to purchase agreement with purchaser's counsel (1.0); revise purchase agreement (0.4) | 2.00 | 675.00 | 1,350.00 |
| 08/19/09 | JSR6 | Negotiate additional revisions to purchase agreement with Purchaser's counsel (2.3); revise purchase agreement (0.4); telephone conference with S. Pater (0.3) | 3.00 | 675.00 | 2,025.00 |
| 08/20/09 | JSR6 | Work on finalizing purchase agreement and title clearance matters (1.5) | 1.50 | 675.00 | 1,012.50 |
| 08/24/09 | DJP2 | Review purchase agreement (1.4) | 1.40 | 790.00 | 1,106.00 |
| 08/24/09 | JSR6 | Negotiate final revisions to purchase agreement with purchaser's counsel (2.0) | 2.00 | 675.00 | 1,350.00 |
| 08/25/09 | JSR6 | Review title clearance issues disclosed by title insurance commitment (1.8); work on finalizing purchase agreement (1.0) | 2.80 | 675.00 | 1,890.00 |

Tribune Company                                                              Page 3
75245-00026
Invoice No. 1799281

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/31/09 | JSR6 | Finalize purchase agreement (2.5); coordinate with client and Sidley & Austin regarding motion approving sale (1.5) | 4.00 | 675.00 | 2,700.00 |
| | **Subtotal:  B131   Sale of Real Estate** | | **38.60** | | **26,216.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.40 | 790.00 | 1,106.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 37.20 | 675.00 | 25,110.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$26,216.70** |
| **Prior Balance Due** | **22,596.40** |
| **Total Balance Due** | **$48,813.10** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799282

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Melville Condemnation**
PHJ&W LLP File# 75245-00027
Daniel J. Perlman

Legal fees for professional services
for the period ending August 31, 2009                                    $2,497.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$2,497.50** |
| **Prior Balance Due** | **$18,194.50** |
| **Total Balance Due** | **$20,692.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192670.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799282

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Melville Condemnation**
PHJ&W LLP File# 75245-00027
Daniel J. Perlman

Legal fees for professional services
for the period ending August 31, 2009

|  |  |
|---|---:|
| | $2,497.50 |
| **Current Fees and Costs Due** | **$2,497.50** |
| **Prior Balance Due** | **$18,194.50** |
| **Total Balance Due** | **$20,692.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85192670.1

Tribune Company                                                                Page 2
75245-00027
Invoice No. 1799282

---

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 08/28/09 | 1797262 | $18,194.50 | $0.00 | $0.00 | $18,194.50 |

|  |  |
|---|---|
| **Total Prior Due** | **$18,194.50** |
| **Balance Due** | **$20,692.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

September 21, 2009

Please refer to
Invoice Number: 1799282

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2009

**Melville Condemnation**                                    **$2,497.50**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/07/09 | JSR6 | Review information on proposed condemnation (1.7) | 1.70 | 675.00 | 1,147.50 |
| 08/26/09 | JSR6 | Follow up regarding status of condemnation action (2.0) | 2.00 | 675.00 | 1,350.00 |
| | **Subtotal:  B250   Real Estate** | | **3.70** | | **2,497.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.70 | 675.00 | 2,497.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$2,497.50** |
| **Prior Balance Due** | **18,194.50** |
| **Total Balance Due** | **$20,692.00** |

**EXHIBIT B**

**(Expenses Statement)**

**EXPENSE SUMMARY**
**AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $0.00 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $3.90 |
| Photocopy Charges ($0.10 per page) | | $0.00 |
| Facsimile | | $0.00 |
| **TOTAL** | | **$3.90** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799276

PHJ&W Tax ID No. 95-2209675

## AUGUST 2009

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 08/06/2009 | PHJW | Long Distance Telephone Charges | | | 3.20 |
| | | **Total Costs** | | | **$3.20** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

September 21, 2009

Please refer to
Invoice Number: 1799281

PHJ&W Tax ID No. 95-2209675

---

**AUGUST 2009**

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 08/06/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| 08/07/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| 08/11/2009 | PHJW | Long Distance Telephone Charges | | | 0.30 |
| 08/13/2009 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| | | **Total Costs** | | | **$0.70** |