**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Objection Deadline: October 21, 2009** |

# SEVENTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JULY 1, 2009 THROUGH JULY 31, 2009

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NMInc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Name of Applicant: | PricewaterhouseCoopers LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective December 8, 2008 by Order Entered March 3, 2009 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2009 through July 31, 2009[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $246,882.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,994.20 |

This is a: _X_ monthly __ interim

Total time expended for fee application preparation is approximately 25.70 hours and the corresponding compensation requested is approximately $6,389.50[2]

## SUMMARY OF PREVIOUSLY FILED FEE APPLICATIONS

This is the Seventh Monthly Fee Application filed by PricewaterhouseCoopers LLP. PwC has previously issued six monthly fee invoices to the Debtors for interim payment (which are detailed within the fee application and corresponding appendix)

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| **First Quarterly Fee Application - December 2008 through February 2009** | | | $776,078.00 | $15,489.89 | 8/17/2009 [1973] | Pending | Pending |
| **Second Quarterly Fee Application - March 2009 through May 2009** | | | $327,208.00 | $2,480.54 | 8/17/2009 [1974] | Pending | Pending |
| 6 | 08/25/2009 [2021] | 06/01/2009 06/30/2009 | $208,289.00 | $1,391.00 | | | |
| **Total** | | | **$1,311,575.00** | **$19,361.43** | | | |

---

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## SUMMARY BY PROJECT

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 542.50 | $185,000.00 |
| 2009 Consolidated Audit | 218.30 | $43,000.00 |
| **Subtotal - Fixed Fee Services** | **760.80** | **$228,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 28.10 | $12,093.00 |
| **Subtotal - Hourly Services** | **28.10** | **$12,093.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 1.00 | $400.00 |
| Monthly, Interim and Final Fee Applications | 25.70 | $6,389.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **26.70** | **$6,789.50** |
| **Total Hours and Compensation** | **815.60** | **$246,882.50** |

## SUMMARY OF PROFESSIONALS - FIXED FEE SERVICES
## 2008 CONSOLIDATED AUDIT

| Professional | Professional's Position | Hours |
|---|---|---|
| Jeffrey W Maddrey | Partner | 4.50 |
| John A Sandmeier | Partner | 15.00 |
| L Allen Arnett | Partner | 6.00 |
| Robert J Crnkovich | Partner | 32.50 |
| Thomas D. Snyder | Partner | 23.50 |
| William T England | Partner | 15.00 |
| Monte Jackel | Senior Managing Director | 29.00 |
| Timothy M Byrd | Senior Managing Director | 24.00 |
| Chad Morrissey | Director | 8.50 |
| Doran McClellan | Director | 10.50 |
| Dan Drobac | Senior Manager | 38.00 |
| Daniel C Chavez | Manager | 17.10 |
| Patrick J Gabel | Manager | 0.50 |
| Anna V Kamenova | Senior Associate | 7.00 |
| Bryan K Turner | Senior Associate | 27.50 |
| Elizabeth Amoni | Senior Associate | 8.00 |
| Justin A Spahn | Senior Associate | 130.00 |
| Michelle Siu | Senior Associate | 20.70 |
| Sheri L Meyers | Senior Associate | 19.50 |
| Abigail E Sullivan | Associate | 80.10 |
| Meaghan K Sullivan | Associate | 9.00 |
| Thandiwe Mhonda | Associate | 10.00 |

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| Euginia Gluzberg | Administrative | | 4.10 |
| Lauren Lynn Bojovic | Administrative | | 2.50 |
| **Total Hours Incurred during Compensation Period** | | | **542.50** |
| Total Hours Incurred prior to July 1, 2009 | | | 8,076.40 |
| **Total Hours Incurred through July 31, 2009** | | | **8,618.90** |
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | | $1,992,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | | $248,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | | **$2,240,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | | **542.50** | **$185,000.00** |

## 2009 CONSOLIDATED AUDIT

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| David A Schmid | Partner | | 1.00 |
| John A May | Partner | | 2.00 |
| Robert C Whitley | Partner | | 1.50 |
| William T England | Partner | | 7.00 |
| Brett L Rupp | Director | | 2.50 |
| Christopher J King | Director | | 3.00 |
| Dan Drobac | Senior Manager | | 33.50 |
| Daniel C Chavez | Manager | | 59.10 |
| Sumaira Maryum Akhtar | Manager | | 2.50 |
| Justin A Spahn | Senior Associate | | 3.00 |
| Sheri L Meyers | Senior Associate | | 3.50 |
| Abigail E Sullivan | Associate | | 27.40 |
| Bradley D Ebenhoeh | Associate | | 10.00 |
| Meredith A Flittner | Associate | | 10.30 |
| Thandiwe Mhonda | Associate | | 51.50 |
| M.Dolores Moyado | Administrative | | 0.50 |
| **Total Hours Incurred during Compensation Period** | | | **218.30** |
| Total Hours Incurred prior to July 1, 2009 | | | 637.60 |
| **Total Hours Incurred through July 31, 2009** | | | **855.90** |
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | | $195,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | | $1,255,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | | **$1,450,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | | **218.30** | **$43,000.00** |

## SUMMARY BY PROJECT AND PROFESSIONAL

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Janet L Krueger | Partner | $625 | 2.30 | $1,437.50 |
| John A Sandmeier | Partner | $665 | 2.30 | $1,529.50 |
| Melanie J McDaniel | Partner | $590 | 1.10 | $649.00 |
| J. Timothy Winks | Senior Managing Director | $600 | 3.10 | $1,860.00 |
| Timothy M Byrd | Senior Managing Director | $600 | 2.30 | $1,380.00 |
| Alex Thacher | Director | $450 | 2.50 | $1,125.00 |
| Ronald L Cook | Director | $450 | 2.90 | $1,305.00 |
| William Jozaitis | Director | $450 | 1.70 | $765.00 |
| Andrew K Olson | Manager | $320 | 0.30 | $96.00 |
| Jamila Charlise Fairley | Senior Associate | $240 | 4.80 | $1,152.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 2.60 | $585.00 |
| Bruno Bonugli | Administrative | $95 | 2.20 | $209.00 |
| **Subtotal - Claims Consulting Services** | | | **28.10** | **$12,093.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 1.00 | $400.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **1.00** | **$400.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 2.80 | $1,120.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 11.80 | $3,422.00 |
| Bethany Haag | Associate (Bankruptcy) | $225 | 4.30 | $967.50 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 0.30 | $67.50 |
| Brian Randall Davis | Professional Assistant (Bankruptcy) | $125 | 6.50 | $812.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **25.70** | **$6,389.50** |
| **Total Hours and Compensation** | | | **54.80** | **$18,882.50** |

## EXPENSE SUMMARY

PwC professionals incurred the following expenditures during this Compensation Period.

| Transaction Type | Total Expenditures |
|---|---|
| **2008 Consolidated Audit** | |
| Parking | $17.00 |
| Public/ground transportation | $151.00 |
| **Subtotal - 2008 Consolidated Audit** | **$168.00** |
| **2009 Consolidated Audit** | |
| Public/ground transportation | $58.00 |
| Research | $1,250.00 |
| **Subtotal - 2009 Consolidated Audit** | **$1,308.00** |
| **Claims Consulting Services** | |
| Airfare | $502.20 |
| **Subtotal - Claims Consulting Services** | **$502.20** |
| **Monthly, Interim and Final Fee Applications** | |
| Parking | $16.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | **$16.00** |
| **Total Expenditures** | **$1,994.20** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

TRIBUNE COMPANY, et al.,[3]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**Objection Deadline: October 21, 2009**

**SEVENTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JULY 1, 2009 THROUGH JULY 31, 2009**

PricewaterhouseCoopers LLP ("PwC") hereby submits this Seventh Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursements of Expenses as Compensation and Tax Advisors and Independent Auditors to

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Debtors and Debtors in Possession for the period July 1, 2009 Through July 31, 2009 (the "Monthly Fee Application"), pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Compensation Order"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PwC, as Compensation and Tax Advisors and Independent Auditors for the Debtors, seeks interim allowance and payment of compensation for tax advising and audit services performed and expenses incurred during the period commencing July 1, 2009 Through July 31, 2009 (the "Compensation Period"). In support hereof, PwC respectfully represents the following:

**BACKGROUND**

1. On December 8, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No Trustee or examiner has been appointed.

2. On December 26, 2008, the Debtors filed the Application for an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a)

and 1107, Nunc Pro Tunc to the Petition Date (the "Retention Application").

3. On March 2, 2009, the Supplemental Declaration of William T. England was filed which provided final engagement letters, pre-petition payment information, as well as additional disclosures.

4. On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the *Order Authorizing Debtors To Retain And Employ PricewaterhouseCoopers LLP As Compensation And Tax Advisors And Independent Auditors To The Debtors Nunc Pro Tunc To The Petition Date* (the "Retention Order").

5. On April 10, 2009, PwC filed a Second Supplemental Declaration of William T. England which expanded the scope of services for the Compensation Engagement Letter.

6. On July 2, 2009, PwC filed a Third Supplemental Declaration of William T. England which expanded the scope of services for the Audit Engagement Letter, as well and expansion of the Audit Engagement Letter for the 2009 financial statement audit.

**RELIEF REQUESTED**

7. On January 15, 2009, this Court entered the Compensation Order. Pursuant to the procedures set forth in the Compensation Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Compensation Order) may object to such requests. If an objection to a professional's request is not filed and served by the Objection Deadline, the Professional shall file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay each Professional the Actual Interim Payment equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Interim Payment") or (ii) 80% of the fees and 100% of the expenses

not subject to an objection.

a) PwC has previously issued five monthly fee invoices to the Debtors for interim payment, which have also been incorporated into interim fee application submissions. The details for these monthly fee applications are attached as Appendix A.

b) On August 25, 2009, PwC submitted its sixth monthly fee statement for services and expenditures incurred from June 1, 2009 through June 30, 2009, requesting $208,389.00 in fees and $1,391.00 in expenditures ("Sixth Monthly Fee Application").

8. Furthermore, the Compensation Order provides that professionals are to file and serve upon notice parties an interim request (a "Quarterly Fee Application Request") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Quarterly Fee Application Request:

a) On July 23, 2009, PwC submitted its first quarterly fee statement for services and expenditures incurred from December 8, 2008 through February 28, 2009, requesting $776,078.00 in fees and $15,489.89 in expenditures ("First Quarterly Fee Application"); and

b) On July 23, 2009, PwC submitted its second quarterly fee statement for services and expenditures incurred from March 1, 2009 through May 31, 2009, requesting $327,208.00 in fees and $2,480.54 in expenditures ("Second Quarterly Fee Application").

9. PwC is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PwC during the Compensation Period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as:

- Exhibit A, provides a summary of the hours and fees by project;
- Exhibit B, provides a summary of the fixed fee hours;
- Exhibit B-1, provides a summary of the fixed fee hours and payment information for the 2008 consolidated audit, including hours incurred, the payment associated with fixed fee services, and the hours by audit category;
- Exhibit B-2, provides a summary of the fixed fee hours and payment information for the 2009 consolidated audit, including hours incurred, the payment associated with fixed fee services, and the hours by audit category;
- Exhibit C-1, provides the name and position of each professional, cumulative hours worked, hourly billing rates for the hourly compensation, and the corresponding compensation requested;
- Exhibit C-2, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity;
- Exhibit D-1, provides the expenditures incurred by project by type; and
- Exhibit D-2, provides the details of the expenditures incurred by project and by date.

## DESCRIPTION OF SERVICES RENDERED

10. PwC professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories as described below:

| | Hours | Total Compensation |
|---|---|---|
| Fixed Fee Services | 760.80 | $228,000.00 |
| Hourly Services | 28.10 | $12,093.00 |
| Bankruptcy Requirements and Obligations | 26.70 | $6,789.50 |
| **Grand Total Hours and Compensation** | **815.60** | **$246,882.50** |

### Fixed Fee Services - 2008 Consolidated Audit

11. PricewaterhouseCoopers professionals performed substantive testing of corporate and consolidated year-end account balances, including: (1) impairment assessment of goodwill, intangible assets, fixed assets and investments, (2) liabilities subject to compromise, (3) reorganization expenses, (4) income tax provision, (5) income tax reserves and review of the Newsday tax opinion, and (6) subsequent events. PricewaterhouseCoopers professionals met with senior management and Internal Audit to discuss the status and progress of the integrated

audit.

12. The Audit Team has allocated their hours to the following categories during the Compensation Period:

| **Category** | **Hours** |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 44.90 |
| 3100 - Purchasing and payables process | 23.80 |
| 3200 - Treasury and cash management process | -0.70 |
| 3250 - Investments process | 8.00 |
| 3450 - Goodwill and intangibles process | 137.70 |
| 3600 - Payroll process | 10.20 |
| 3650 - Benefits process | 20.20 |
| 3700 - Income tax process | 60.00 |
| 3900 - Period-end financial reporting process | 61.60 |
| 5500 - Financing process | -1.30 |
| 6000 - Audit of ICFR - Finalization procedures | 11.00 |
| 6500 - Audit of financial statements | 0.00 |
| 8100 - Illegal acts, laws and regulations | 2.00 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 7.00 |
| 8450 - Use of the work of other auditors | 1.00 |
| 8500 - Related party transactions | 1.00 |
| 8700 - Completion | 19.50 |
| 9400 - Newsday tax opinion | 136.60 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **542.50** |

**Fixed Fee Services - 2009 Consolidated Audit**

13. PricewaterhouseCoopers professionals prepared the 2009 audit strategy and integrated audit plan, reviewed the Company's information technology environment, consulted with management on the reorganization plan and preparation of pro forma financial statements, and performed the interim review for the consolidated financial statements for the first quarter ended March 29, 2009.

14. The Audit Team has allocated their hours to the following categories during the Compensation Period:

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 108.00 |
| 2900 - Information Technology General Controls | 7.30 |
| 3200 - Treasury and cash management process | 0.70 |
| 3650 - Benefits Process | 4.30 |
| 5500 - Financing process | 1.30 |
| 6500 - Audit of financial statements | 2.00 |
| 9200 - Q1 Interim Review Procedures | 16.20 |
| 9300 - Fresh start and other emergence matters | 78.50 |
| **Total Hours for 2009 Consolidated Audit** | **218.30** |

15. The summary exhibits of PwC professionals associated with the 2008 and 2009 Consolidated Audits are annexed hereto as Exhibits B through B2, which provides the cumulative breakdown of total hours by professional and audit category for each project.

**Hourly Services**

16. During the Compensation Period, PwC tax professionals supported the Debtors at the hourly rates, as described more fully under each individual work streams below:

| | Hours | Total Compensation |
|---|---|---|
| *Hourly Services* | | |
| Claims Consulting Services | 28.10 | $12,093.00 |
| **Subtotal - Hourly Services** | **28.10** | **$12,093.00** |

17. Claims Consulting Services - During the Compensation Period, PwC professionals performed the following: (i) Reviewed notices issued by the Los Angeles taxing authority related to the tax audits and corresponding refund claims, and provided consultation on issues associated with such notices; (ii) analyzed 2009 Los Angeles tax refund claim and revised based on additional information; (iii) meeting with Tribune personnel in Chicago to determine status of state and local tax claims and potential issues and opportunities to consider in negotiating such claims; (iv) meeting with Los Angeles Times personnel in Los Angeles to discuss status of Los Angeles tax refund claims and next steps; and (v) assisted in audit defense of Chicago utilities and employees taxes.

**Bankruptcy Requirements and Obligations**

18. During the Compensation Period, PwC bankruptcy retention and billing professionals supported the audit and tax teams with the respective administrative aspects of PwC's post-petition engagement as described below.

| | Hours | Total Compensation |
|---|---|---|
| ***Bankruptcy Requirements and Obligations*** | | |
| Employment Applications and Other Court Filings | 1.00 | $400.00 |
| Monthly, Interim and Final Fee Applications | 25.70 | $6,389.50 |
| **Totals for Bankruptcy Requirements and Obligations** | **26.70** | **$6,789.50** |

19. Employment Applications and Other Court Filings - PricewaterhouseCoopers bankruptcy professionals finalized the Third Supplemental Declaration disclosing the addendum for the 2008 Audit Engagement Letter and the expansion of services for the 2009 integrated audit.

20. Monthly, Interim and Final Fee Applications - PricewaterhouseCoopers bankruptcy professionals worked with the PricewaterhouseCoopers audit and tax teams to prepare and finalize the June 2009 monthly fee applications. We also finalized the first and second interim fee application and assembled the monthly fee application supporting documentation to provide to Stuart Maue, Fee Auditor.

21. The hourly time records of PwC, annexed hereto as Exhibits C1 through C2, provide a summary and daily breakdown of the time spent by each PwC timekeeper.

## ALLOWANCE FOR COMPENSATION

22. At this time, PwC is seeking compensation equal to eighty percent (80%) of the $246,882.50 in fees for professional services rendered by PwC during the Compensation Period as compensation and tax advisors and independent auditors to the Debtors in these chapter 11 cases, and one hundred percent (100%) of the $1,994.20 in expenditures incurred by PwC

professionals associated with the services provided to the Debtors, for a total of $199,500.20

23. PwC charged and now requests those fees that are reasonable and customary in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the Compensation Period represent customary rates that are routinely billed to PwC's many clients. The compensation requested in this Monthly Fee Application does not exceed the reasonable value of the services rendered.

24. This Monthly Fee Application covers the period from July 1, 2009 through and including July 31, 2009. Although every effort was made to include all fees and expenses from the Compensation Period in this Monthly Fee Application, some fees and/or expenses from the Compensation Period might not be included in this Monthly Fee Application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PwC reserves the right to make further applications for allowance of fees and expenses not included herein. This Monthly Fee Application is also made without prejudice to PwC's right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Compensation Order.

25. No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PwC and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PwC share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PwC.

**CERTIFICATE OF COMPLIANCE AND WAIVER**

26. To the best of its knowledge, PwC believes that this Monthly Fee Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Compensation Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PwC respectfully requests approval and payment by the Debtors of (a) interim compensation for professional services rendered as compensation and tax advisors and independent auditors for the Debtors in the sum of $197,506.00 representing eighty percent (80%) of $246,882.50 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $49,376.50 (b) reimbursement of actual and necessary expenses incurred in the sum of $1,994.20; and (c) such other and further relief as is just and proper.

Dated: September 28, 2009
Chicago, Illinois

William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000
*Compensation and Tax Advisor and Independent Auditors to the Debtors*

**APPENDIX A - Monthly Fee Applications**
**Previous Submissions in Interim Fee Applications**

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] |
|---|---|---|---|---|---|
| **First Quarterly Fee Application - December 2008 through February 2009** | | | | | |
| 1 | 05/12/2009 [1185] | 12/08/2008 01/31/2009 | $459,264.50 | $15,489.89 | 06/03/2009 [1290] |
| 2 | 05/12/2009 [1187] | 02/01/2009 02/28/2009 | $316,813.50 | $0.00 | 06/03/2009 [1291] |
| **Second Quarterly Fee Application - March 2009 through May 2009** | | | | | |
| 3 | 06/17/2009 [1577] | 03/01/2009 03/31/2009 | $64,407.50 | $2,116.58 | 07/10/2009 [1702] |
| 4 | 07/01/2009 [1675] | 04/01/2009 04/31/2009 | $144,183.00 | $53.00 | 07/23/2009 [1811] |
| 5 | 07/01/2009 [1676] | 05/01/2009 05/31/2009 | $118,617.50 | $310.96 | 07/23/2009 [1812] |

a) On May 12, 2009, PwC submitted its first monthly fee statement for services and expenditures incurred from December 8, 2008 through January 31, 2009, requesting $459,264.50 in fees and $15,489.89 in expenditures ("First Monthly Fee Application");

b) On May 12, 2009, PwC submitted its second monthly fee statement for services and expenditures incurred from February 1, 2009 through February 28, 2009, requesting $316,813.50 in fees and $0.00 in expenditures ("Second Monthly Fee Application");

c) On June 17, 2009, PwC submitted its third monthly fee statement for services and expenditures incurred from March 1, 2009 through March 31, 2009, requesting $64,407.50 in fees and $2,116.58 in expenditures ("Third Monthly Fee Application");

d) On July 1, 2009, PwC submitted its fourth monthly fee statement for services and expenditures incurred from April 1, 2009 through April 30, 2009, requesting $144,183.00 in fees and $53.00 in expenditures ("Fourth Monthly Fee Application"); and

e) On July 1, 2009, PwC submitted its fifth monthly fee statement for services and expenditures incurred from May 1, 2009 through May 31, 2009, requesting $118,617.50 in fees and $310.96 in expenditures ("Fifth Monthly Fee Application").