**TRIBUNE COMPANY, et al (Case 08-13141)**                                     **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period July 1, 2009 through July 31, 2009**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** |  |  |
| 2008 Consolidated Audit | 542.50 | $185,000.00 |
| 2009 Consolidated Audit | 218.30 | $43,000.00 |
| **Subtotal - Fixed Fee Services** | **760.80** | **$228,000.00** |
| **Hourly Services** |  |  |
| Claims Consulting Services | 28.10 | $12,093.00 |
| **Subtotal - Hourly Services** | **28.10** | **$12,093.00** |
| **Bankruptcy Requirements and Obligations** |  |  |
| Employment Applications and Other Court Filings | 1.00 | $400.00 |
| Monthly, Interim and Final Fee Applications | 25.70 | $6,389.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **26.70** | **$6,789.50** |
| **Total Hours and Compensation** | **815.60** | **$246,882.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period July 1, 2009 through July 31, 2009**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
|   2008 Consolidated Audit | 542.50 | $185,000.00 |
|   2009 Consolidated Audit | 218.30 | $43,000.00 |
| **Subtotal - Fixed Fee Services** | **760.80** | **$228,000.00** |
| **Total Hours and Compensation** | **760.80** | **$228,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**            **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**July 1, 2009 through July 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Jeffrey W Maddrey | Partner | 4.50 |
| John A Sandmeier | Partner | 15.00 |
| L Allen Arnett | Partner | 6.00 |
| Robert J Crnkovich | Partner | 32.50 |
| Thomas D. Snyder | Partner | 23.50 |
| William T England | Partner | 15.00 |
| Monte Jackel | Senior Managing Director | 29.00 |
| Timothy M Byrd | Senior Managing Director | 24.00 |
| Chad Morrissey | Director | 8.50 |
| Doran McClellan | Director | 10.50 |
| Dan Drobac | Senior Manager | 38.00 |
| Daniel C Chavez | Manager | 17.10 |
| Patrick J Gabel | Manager | 0.50 |
| Anna V Kamenova | Senior Associate | 7.00 |
| Bryan K Turner | Senior Associate | 27.50 |
| Elizabeth Amoni | Senior Associate | 8.00 |
| Justin A Spahn | Senior Associate | 130.00 |
| Michelle Siu | Senior Associate | 20.70 |
| Sheri L Meyers | Senior Associate | 19.50 |
| Abigail E Sullivan | Associate | 80.10 |
| Meaghan K Sullivan | Associate | 9.00 |
| Thandiwe Mhonda | Associate | 10.00 |
| Euginia Gluzberg | Administrative | 4.10 |
| Lauren Lynn Bojovic | Administrative | 2.50 |
| **Total Hours Incurred during Compensation Period** | | **542.50** |
| Total Hours Incurred prior to July 1, 2009 | | 8,076.40 |
| **Total Hours Incurred through July 31, 2009** | | **8,618.90** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2008 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period**

**July 1, 2009 through July 31, 2009**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | | $1,992,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | | $248,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | | **$2,240,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | | **542.50** | **$185,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                  **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - July 1, 2009 through July 31, 2009**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 44.90 |
| 3100 - Purchasing and payables process | 23.80 |
| 3200 - Treasury and cash management  process | -0.70 |
| 3250 - Investments process | 8.00 |
| 3450 - Goodwill and intangibles process | 137.70 |
| 3600 - Payroll process | 10.20 |
| 3650 - Benefits process | 20.20 |
| 3700 - Income tax process | 60.00 |
| 3900 - Period-end financial reporting process | 61.60 |
| 5500 - Financing process | -1.30 |
| 6000 - Audit of ICFR - Finalization procedures | 11.00 |
| 6500 - Audit of financial statements | 0.00 |
| 8100 - Illegal acts, laws and regulations | 2.00 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 7.00 |
| 8450 - Use of the work of other auditors | 1.00 |
| 8500 - Related party transactions | 1.00 |
| 8700 - Completion | 19.50 |
| 9400 - Newsday tax opinion | 136.60 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **542.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**July 1, 2009 through July 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| David A Schmid | Partner | 1.00 |
| John A May | Partner | 2.00 |
| Robert C Whitley | Partner | 1.50 |
| William T England | Partner | 7.00 |
| Brett L Rupp | Director | 2.50 |
| Christopher J King | Director | 3.00 |
| Dan Drobac | Senior Manager | 33.50 |
| Daniel C Chavez | Manager | 59.10 |
| Sumaira Maryum Akhtar | Manager | 2.50 |
| Justin A Spahn | Senior Associate | 3.00 |
| Sheri L Meyers | Senior Associate | 3.50 |
| Abigail E Sullivan | Associate | 27.40 |
| Bradley D Ebenhoeh | Associate | 10.00 |
| Meredith A Flittner | Associate | 10.30 |
| Thandiwe Mhonda | Associate | 51.50 |
| M.Dolores Moyado | Administrative | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **218.30** |
| Total Hours Incurred prior to July 1, 2009 | | 637.60 |
| **Total Hours Incurred through July 31, 2009** | | **855.90** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $195,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $1,255,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,450,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | **218.30** | **$43,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - July 1, 2009 through July 31, 2009**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 108.00 |
| 2900 - Information Technology General Controls | 7.30 |
| 3200 - Treasury and cash management  process | 0.70 |
| 3650 - Benefits process | 4.30 |
| 5500 - Financing process | 1.30 |
| 6500 - Audit of financial statements | 2.00 |
| 9200 - Q1 Interim Review Procedures | 16.20 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 78.50 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **218.30** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                            **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period July 1, 2009 through July 31, 2009**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Janet L Krueger | Partner | $625 | 2.30 | $1,437.50 |
| John A Sandmeier | Partner | $665 | 2.30 | $1,529.50 |
| Melanie J McDaniel | Partner | $590 | 1.10 | $649.00 |
| J. Timothy Winks | Senior Managing Director | $600 | 3.10 | $1,860.00 |
| Timothy M Byrd | Senior Managing Director | $600 | 2.30 | $1,380.00 |
| Alex Thacher | Director | $450 | 2.50 | $1,125.00 |
| Ronald L Cook | Director | $450 | 2.90 | $1,305.00 |
| William Jozaitis | Director | $450 | 1.70 | $765.00 |
| Andrew K Olson | Manager | $320 | 0.30 | $96.00 |
| Jamila Charlise Fairley | Senior Associate | $240 | 4.80 | $1,152.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 2.60 | $585.00 |
| Bruno Bonugli | Administrative | $95 | 2.20 | $209.00 |
| **Subtotal - Claims Consulting Services** | | | **28.10** | **$12,093.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 1.00 | $400.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **1.00** | **$400.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 2.80 | $1,120.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 11.80 | $3,422.00 |
| Bethany Haag | Associate (Bankruptcy) | $225 | 4.30 | $967.50 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 0.30 | $67.50 |
| Brian Randall Davis | Professional Assistant (Bankruptcy) | $125 | 6.50 | $812.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **25.70** | **$6,389.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit C-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**

**For the Period July 1, 2009 through July 31, 2009**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Total Hours and Compensation** | | | **54.80** | **$18,882.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

Exhibit C-2

**Claims Consulting Services**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/16/2009 | Bruno Bonugli | Administrative | 0709H0001: Prepare audit response letter to Office of City Clerk and mail letters. | $95.00 | 0.20 | $19.00 |
| 7/1/2009 | Ronald L Cook | Director | 0709H0002: Review of bankruptcy tax research in preparation for state claims processing meeting with Tribune Company. | $450.00 | 0.30 | $135.00 |
| 7/1/2009 | Samuel I. Lovitch | Senior Associate | 0709H0003: Review Los Angeles taxing authority decision. | $225.00 | 0.50 | $112.50 |
| 7/6/2009 | Bruno Bonugli | Administrative | 0709H0004: Prepare correspondence with Ashlee Titus (External to PwC - Law firm) regarding lobbying worksheet and revisions. | $95.00 | 0.50 | $47.50 |
| 7/6/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0005: Prepare lobbying worksheet in conjunction with Los Angeles Times protest. | $240.00 | 0.10 | $24.00 |
| 7/6/2009 | Ronald L Cook | Director | 0709H0006: Review bankruptcy tax research in preparation for state claims processing meeting with Tribune Company. | $450.00 | 0.30 | $135.00 |
| 7/7/2009 | Alex Thacher | Director | 0709H0007: Review and analyze Los Angeles Times audit workpapers. | $450.00 | 0.90 | $405.00 |
| 7/7/2009 | Alex Thacher | Director | 0709H0008: Discussion with Jamila Fairley and Sam Lovitch (both PwC) regarding notices issued by the Los Angeles taxing authority. | $450.00 | 0.40 | $180.00 |
| 7/7/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0009: Review Los Angeles taxing authority communications provided to the Los Angeles Times relating to the 2006-2008 audit assessments. | $240.00 | 0.90 | $216.00 |
| 7/7/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0010: Discussions with Shanice Wong (Los Angeles Times) regarding the letters sent by the Los Angeles taxing authority. | $240.00 | 0.30 | $72.00 |
| 7/7/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0011: Discussion with Alex Thacher and Sam Lovitch (both PwC) regarding notices issued by the Los Angeles taxing authority. | $240.00 | 0.40 | $96.00 |

TRIBUNE COMPANY, et al (Case 08-13141)                                                                    **Exhibit C-2**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/7/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0012: Discussion with Sam Lovitch (PwC) regarding communications sent by the Los Angeles taxing authority to the Los Angeles Times and procedural issues related to the Los Angeles taxing authority's application of credits and overpayments. | $240.00 | 0.30 | $72.00 |
| 7/7/2009 | Samuel I. Lovitch | Senior Associate | 0709H0013: Discussion with Jamila Fairley (PwC) regarding communications sent by the Los Angeles taxing authority to the Los Angeles Times and procedural issues related to the Los Angeles taxing authority's application of credits and overpayments. | $225.00 | 0.30 | $67.50 |
| 7/7/2009 | Samuel I. Lovitch | Senior Associate | 0709H0014: Discussion with Jamila Fairley and Alex Thacher (both PwC) regarding notices issued by the Los Angeles taxing authority. | $225.00 | 0.40 | $90.00 |
| 7/8/2009 | Andrew K Olson | Manager | 0709H0015: Discussion with William Jozaitis (PwC) regarding status of the Chicago assessments. | $320.00 | 0.30 | $96.00 |
| 7/8/2009 | Bruno Bonugli | Administrative | 0709H0016: Prepare correspondence with Ashlee Titus (External to PwC - Law firm) regarding lobby workpapers and revisions in association with defending audit. | $95.00 | 0.50 | $47.50 |
| 7/8/2009 | J. Timothy Winks | Senior Managing Director | 0709H0017: Discussion with Ron Cook, Tim Byrd, Janet Krueger, and John Sandmeier (all PwC) regarding state bankruptcy claims issues in preparation for meeting with Tribune personnel. | $600.00 | 0.50 | $300.00 |
| 7/8/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0018: Revise the 2009 refund calculation workpapers in response to Shanice Wong's (Los Angeles Times) request. | $240.00 | 0.40 | $96.00 |
| 7/8/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0019: Prepare correspondence in response to Shanice Wong's (Los Angeles Times) inquiry regarding the Los Angeles taxing authority's calculation used for audit and refund processing. | $240.00 | 0.70 | $168.00 |
| 7/8/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0020: Discussion with Sam Lovitch (PwC) regarding Los Angeles taxing authority's audit workpapers. | $240.00 | 0.20 | $48.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/8/2009 | Janet L Krueger | Partner | 0709H0021: Discussion with Ron Cook, Tim Winks, Tim Byrd, and John Sandmeier (all PwC) regarding state bankruptcy claims issues in preparation for meeting with Tribune personnel. | $625.00 | 0.50 | $312.50 |
| 7/8/2009 | Ronald L Cook | Director | 0709H0022: Discussion with John Sandmeier, Tim Byrd, Janet Krueger, and Tim Winks (all PwC) regarding state bankruptcy claims issues in preparation for meeting with Tribune personnel. | $450.00 | 0.50 | $225.00 |
| 7/8/2009 | Samuel I. Lovitch | Senior Associate | 0709H0023: Discussion with Jamila Fairley (PwC) regarding Los Angeles taxing authority's audit workpapers. | $225.00 | 0.20 | $45.00 |
| 7/8/2009 | Timothy M Byrd | Senior Managing Director | 0709H0024: Discussion with Ron Cook, Tim Winks, Janet Krueger, and John Sandmeier (all PwC) regarding state bankruptcy claims issues in preparation for meeting with Tribune personnel. | $600.00 | 0.50 | $300.00 |
| 7/8/2009 | William Jozaitis | Director | 0709H0025: Discussion with Monica Melgarejo (Tribune) regarding status of the project and strategy as to whether Tribune wants to provide additional documentation as requested by the Chicago taxing authority or settle the matter at the audit level. | $450.00 | 0.40 | $180.00 |
| 7/8/2009 | William Jozaitis | Director | 0709H0026: Discussion with Andrew Olson (PwC) regarding status of the Chicago assessments. | $450.00 | 0.30 | $135.00 |
| 7/8/2009 | William Jozaitis | Director | 0709H0027: Prepare correspondence sent to Monica Melgarejo (Tribune), including sample transactions selected by the Chicago taxing authority for further testing and instructions for next steps. | $450.00 | 0.60 | $270.00 |
| 7/8/2009 | John A Sandmeier | Partner | 0709H0028: Discussion with Ron Cook, Tim Byrd, Janet Krueger, and Tim Winks (all PwC) regarding state bankruptcy claims issues in preparation for meeting with Tribune personnel. | $665.00 | 0.50 | $332.50 |

**Exhibit C-2**

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/9/2009 | J. Timothy Winks | Senior Managing Director | 0709H0029: Meeting with Pat Shanahan, Mike Halloran, and Monica Melgarejo (all Tribune) and Ron Cook, John Sandmeier, Tim Byrd, and Janet Krueger (all PwC) regarding status of claims, amounts claimed and priority/non-priority status of such claims. | $600.00 | 1.80 | $1,080.00 |
| 7/9/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0030: Prepare correspondence provided to Shanice Wong (Los Angeles Times) regarding result of Los Angeles taxing authority tax issue. | $240.00 | 0.20 | $48.00 |
| 7/9/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0031: Review Shanice Wong's (Los Angeles Times) response to the Los Angeles taxing authority's tax issue. | $240.00 | 0.10 | $24.00 |
| 7/9/2009 | Janet L Krueger | Partner | 0709H0032: Meeting with Pat Shanahan, Mike Halloran, and Monica Melgarejo (all Tribune) and Ron Cook, John Sandmeier, Tim Winks, and Tim Byrd (all PwC) regarding status of claims, amounts claimed and priority/non-priority status of such claims. | $625.00 | 1.80 | $1,125.00 |
| 7/9/2009 | Ronald L Cook | Director | 0709H0033: Meeting with Pat Shanahan, Mike Halloran and Monica Melgarejo (all Tribune) and Tim Winks, John Sandmeier, Tim Byrd and Janet Krueger (all PwC) regarding status of claims, amounts claimed and priority/non-priority status of such claims. | $450.00 | 1.80 | $810.00 |
| 7/9/2009 | Timothy M Byrd | Senior Managing Director | 0709H0034: Meeting with Pat Shanahan, Mike Halloran, and Monica Melgarejo (all Tribune) and Ron Cook, John Sandmeier, Tim Winks, and Janet Krueger (all PwC) regarding status of claims, amounts claimed and priority/non-priority status of such claims. | $600.00 | 1.80 | $1,080.00 |
| 7/9/2009 | John A Sandmeier | Partner | 0709H0035: Meeting with Pat Shanahan, Mike Halloran, and Monica Melgarejo (all Tribune) and Tim Winks, Ron Cook, Tim Byrd, and Janet Krueger (all PwC) regarding status of claims, amounts claimed and priority/non-priority status of such claims. | $665.00 | 1.80 | $1,197.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/10/2009 | J. Timothy Winks | Senior Managing Director | 0709H0036: Review of correspondence provided by Monica Melgarejo (Tribune) regarding priority treatment of state taxes assessed post-petition under statute of limitations waivers and performed research of bankruptcy tax law. | $600.00 | 0.80 | $480.00 |
| 7/13/2009 | William Jozaitis | Director | 0709H0037: Discussion with Monica Melgarejo (Tribune) regarding detailed support for sample items. | $450.00 | 0.40 | $180.00 |
| 7/16/2009 | Alex Thacher | Director | 0709H0038: Discussion with Jamila Fairley and Samuel Lovitch (both PwC) regarding the 2006-2009 audit and the 2009 refund request. | $450.00 | 0.10 | $45.00 |
| 7/16/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0039: Discussion with Alex Thacher and Samuel Lovitch (both PwC) regarding the 2006-2009 audit and the 2009 refund request. | $240.00 | 0.10 | $24.00 |
| 7/16/2009 | Samuel I. Lovitch | Senior Associate | 0709H0040: Discussion with Alex Thacher and Jamila Fairley (both PwC) regarding the 2006-2009 audit and the 2009 refund request. | $225.00 | 0.10 | $22.50 |
| 7/20/2009 | Bruno Bonugli | Administrative | 0709H0041: Coordinate executing lobbying worksheet associated with audit defense, including preparation of correspondence with Ashlee Titus (External to PwC - Law firm). | $95.00 | 0.50 | $47.50 |
| 7/21/2009 | Alex Thacher | Director | 0709H0042: Meeting with Sam Defroscia, John Perdigao, and Shanice Wong (all Los Angeles Times) and Melanie McDaniel, Sam Lovitch, and Jamila Fairley (all PwC) to discuss results and next steps related to audit defense and refund claims. | $450.00 | 1.10 | $495.00 |
| 7/21/2009 | Jamila Charlise Fairley | Senior Associate | 0709H0043: Meeting with Sam Defroscia, John Perdigao, and Shanice Wong (all Los Angeles Times) and Melanie McDaniel, Sam Lovitch, and Alex Thacher (all PwC) to discuss results and next steps related to audit defense and refund claims. | $240.00 | 1.10 | $264.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period July 1, 2009 through July 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/21/2009 | Melanie J McDaniel | Partner | 0709H0044: Meeting with Sam Defroscia, John Perdigao, and Shanice Wong (all Los Angeles Times) and Sam Lovitch, Alex Thacher, and Jamila Fairley (all PwC) to discuss results and next steps related to audit defense and refund claims. | $590.00 | 1.10 | $649.00 |
| 7/21/2009 | Samuel I. Lovitch | Senior Associate | 0709H0045: Meeting with Sam Defroscia, John Perdigao, and Shanice Wong (all Los Angeles Times) and Melanie McDaniel, Alex Thacher, and Jamila Fairley (all PwC) to discuss results and next steps related to audit defense and refund claims. | $225.00 | 1.10 | $247.50 |
| 7/28/2009 | Bruno Bonugli | Administrative | 0709H0046: Coordinate executing lobbying worksheet associated with audit defense, including preparation of correspondence with Ashlee Titus (External to PwC - Law firm). | $95.00 | 0.50 | $47.50 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **28.10** | **$12,093.00** |

**Employment Applications and Other Court Filings**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/1/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0047: Update Tribune expanded application. | $400.00 | 0.20 | $80.00 |
| 7/2/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0048: Finalize and distribute engagement letters regarding expanded services. | $400.00 | 0.80 | $320.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **1.00** | **$400.00** |

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/2/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0709H0049: Complete GFS Allocation tab. | $125.00 | 0.50 | $62.50 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/6/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0709H0050: Review the March 2009 invoice in preparation of call with Alina Wong (PwC). | $125.00 | 0.90 | $112.50 |
| 7/6/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0709H0051: Email correspondence with Alina Wong (PwC) regarding the tax allocations for the March 2009 invoice. | $125.00 | 0.50 | $62.50 |
| 7/6/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0052: Review June 2009 consolidator and GFS allocations. | $290.00 | 1.00 | $290.00 |
| 7/8/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0053: Review and distribute the April and May 2009 fee statements to the fee auditor. | $400.00 | 0.20 | $80.00 |
| 7/8/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0054: Review the June 2009 Tribune billing reports. | $400.00 | 0.10 | $40.00 |
| 7/8/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0055: Review the accounts receivable report and determine where to apply payment received. | $290.00 | 0.70 | $203.00 |
| 7/10/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0056: Review the first interim fee application. | $400.00 | 0.50 | $200.00 |
| 7/10/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0709H0057: Assemble the June 2009 time consolidator. | $125.00 | 3.00 | $375.00 |
| 7/11/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0058: Review June the 2009 draft consolidator. | $400.00 | 0.00 | $0.00 |
| 7/11/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0059: Review the first interim fee application. | $400.00 | 1.00 | $400.00 |
| 7/13/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0709H0060: Review the Tribune interim questions posed by Shonda Finseth (PwC). | $225.00 | 0.30 | $67.50 |
| 7/13/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0709H0061: Review reconciliation items regarding the June 2009 time consolidator. | $125.00 | 0.30 | $37.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/13/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0062: Revise June 2009 narrative and prepare exhibits. | $290.00 | 0.50 | $145.00 |
| 7/13/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0063: Review first interim fee application and prepare second interim fee application. | $290.00 | 2.70 | $783.00 |
| 7/13/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0064: Review the June 2009 fee consolidator. | $290.00 | 0.50 | $145.00 |
| 7/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0065: Review the June 2009 fee consolidator WIP reconciliation and send Dan Drobac (PwC) email regarding project categories and time details. | $290.00 | 1.40 | $406.00 |
| 7/15/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0066: Review and distribute the first and second interim fee applications to Partner for execution. | $400.00 | 0.70 | $280.00 |
| 7/15/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0709H0067: Complete expense consolidator and research invoice issue for TV station in Washington D.C. | $125.00 | 1.30 | $162.50 |
| 7/15/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0068: Review interim fee application sent for review. | $290.00 | 0.20 | $58.00 |
| 7/15/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0069: Review and respond to email from Dan Drobac (PwC) regarding GFS invoice. | $290.00 | 0.30 | $87.00 |
| 7/15/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0070: Review the June 2009 Tribune expense consolidator. | $290.00 | 0.20 | $58.00 |
| 7/21/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0071: Review email from Justin Spahn (PwC) and update consolidator with billing category information provided. | $290.00 | 0.50 | $145.00 |
| 7/22/2009 | Bethany Haag | Associate (Bankruptcy) | 0709H0072: Review the Tribune time consolidator, detailed time descriptions, and project categories. | $225.00 | 4.30 | $967.50 |
| 7/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0073: Review email from Justin Spahn (PwC) and update the consolidator with the billing category information provided. | $290.00 | 0.20 | $58.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0074: Review file provided by Ronald Cook (PwC) and reconcile to WIP. | $290.00 | 1.00 | $290.00 |
| 7/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0075: Review the June 2009 time consolidator and reconciliation. | $290.00 | 1.00 | $290.00 |
| 7/23/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0076: Review executed interim fee applications and submit to Counsel for court filing. | $400.00 | 0.20 | $80.00 |
| 7/23/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0709H0077: Discuss follow-up email with Partner regarding Tribune interim filing. | $400.00 | 0.10 | $40.00 |
| 7/24/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0078: Email correspondence with with Ronald Cook (PwC) regarding the tax analysis. | $290.00 | 0.30 | $87.00 |
| 7/27/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0709H0079: Review the June 2009 time consolidator and detailed time descriptions. | $290.00 | 1.30 | $377.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **25.70** | **$6,389.50** |
| **Total Hours and Compensation** | | | | | **54.80** | **$18,882.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**           **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period July 1, 2009 through July 31, 2009**

| Transaction Type | Total Expenditures |
|---|---|
| **2008 Consolidated Audit** | |
| Parking | $17.00 |
| Public/ground transportation | $151.00 |
| **Subtotal - 2008 Consolidated Audit** | **$168.00** |
| **2009 Consolidated Audit** | |
| Public/ground transportation | $58.00 |
| Research | $1,250.00 |
| **Subtotal - 2009 Consolidated Audit** | **$1,308.00** |
| **Claims Consulting Services** | |
| Airfare | $502.20 |
| **Subtotal - Claims Consulting Services** | **$502.20** |
| **Monthly, Interim and Final Fee Applications** | |
| Parking | $16.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | **$16.00** |
| **Total Expenditures** | **$1,994.20** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Thursday, September 17, 2009

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2008 Consolidated Audit** | | | | |
| 6/22/2009 | Dan Drobac | Public/ground transportation | 0709E0001: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| 7/6/2009 | Dan Drobac | Public/ground transportation | 0709E0002: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| 7/8/2009 | William T England | Public/ground transportation | 0709E0003: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $18.00 |
| 7/10/2009 | Sheri L Meyers | Public/ground transportation | 0709E0004: CHICAGO YELLOW CAB - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| 7/13/2009 | Daniel C Chavez | Public/ground transportation | 0709E0005: CHICAGO TAXIS - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| 7/13/2009 | Dan Drobac | Parking | 0709E0006: WESTFIELD NORTH BRID CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $17.00 |
| 7/16/2009 | William T England | Public/ground transportation | 0709E0007: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $18.00 |
| 7/20/2009 | Sheri L Meyers | Public/ground transportation | 0709E0008: CHICAGO YELLOW CAB - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| 7/21/2009 | Abigail E Sullivan | Public/ground transportation | 0709E0009: YELLOW CAB, CHICAGO, IL - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| 7/24/2009 | Abigail E Sullivan | Public/ground transportation | 0709E0010: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $13.00 |
| 7/28/2009 | William T England | Public/ground transportation | 0709E0011: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $18.00 |
| Subtotal - 2008 Consolidated Audit | | | | $168.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Thursday, September 17, 2009

Page 1 of 3

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
Detail of Expenditures by Project and Date
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2009 Consolidated Audit** | | | | |
| 7/10/2009 | William T England | Public/ground transportation | 0709E0012: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $18.00 |
| 7/10/2009 | Bryan K Turner | Public/ground transportation | 0709E0013: TAXI BACK TO OFFICE FROM CLIENT - TAXI TO PWC OFFICE FROM CLIENT. | $10.00 |
| 7/10/2009 | Bryan K Turner | Public/ground transportation | 0709E0014: TAXI TO CLIENT FROM OFFICE - TAXI TO CLIENT FROM PWC OFFICE. | $10.00 |
| 7/14/2009 | Bryan K Turner | Public/ground transportation | 0709E0015: TAXI TO CLIENT FROM OFFICE - TAXI TO CLIENT FROM PWC OFFICE. | $10.00 |
| 7/14/2009 | Bryan K Turner | Public/ground transportation | 0709E0016: TAXI BACK TO OFFICE FROM CLIENT - TAXI TO PWC OFFICE FROM CLIENT. | $10.00 |
| 7/31/2009 | PricewaterhouseCoopers | Research | 0709E0017: MARKET RESEARCH FOR QUARTERLY COMPILATION REPORT ON TELEVISION REVENUE FOR Q2. | $1,250.00 |
| Subtotal - 2009 Consolidated Audit | | | | $1,308.00 |
| **Claims Consulting Services** | | | | |
| 7/20/2009 | Timonthy J Winks | Airfare | 0709E0018: UNITED AIRLINES MIAMI LAKES FL - NONREFUNDABLE AIRFARE FOR MEETING CANCELLED BY CLIENT. | $495.20 |
| 7/21/2009 | Timonthy J Winks | Airfare | 0709E0019: TRAVEL SERVICE FEE - AMEX FEE FOR CANCELLING NONREFUNDABLE AIRFARE. | $7.00 |
| Subtotal - Claims Consulting Services | | | | $502.20 |
| **Monthly, Interim and Final Fee Applications** | | | | |
| 6/29/2009 | Shonda M Finseth | Parking | 0709E0020: MINNEAPOLIS GOVERNMENT CENTER PARKING GARAGE - PARKING CHARGE - WORKING LATE. | $16.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Thursday, September 17, 2009

Page 2 of 3

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
Detail of Expenditures by Project and Date
**For the Period July 1, 2009 through July 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| Subtotal - Monthly, Interim and Final Fee Applications | | | | $16.00 |
| **Total Expenditures** | | | | **$1,994.20** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Thursday, September 17, 2009
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.