# EXHIBIT A



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

September 25, 2009

Tribune Company
c/o Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:268915
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Litigation Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2009.

| | |
|---|---:|
| By Roger E. Zuckerman<br>0.50  hours at  $800.00  per hour | $ 400.00 |
| By Graeme W. Bush<br>90.30  hours at  $725.00  per hour | $ 65,467.50 |
| By Marshall S. Wolff<br>11.00  hours at  $675.00  per hour | $ 7,425.00 |
| By Peter R. Kolker<br>30.90  hours at  $650.00  per hour | $ 20,085.00 |
| By James Sottile<br>22.00  hours at  $650.00  per hour | $ 14,300.00 |
| By Thomas G. Macauley<br>44.10  hours at  $570.00  per hour | $ 25,137.00 |
| By Andrew N. Goldfarb<br>48.10  hours at  $520.00  per hour | $ 25,012.00 |
| By Lisa J. Stevenson<br>12.80  hours at  $520.00  per hour | $ 6,656.00 |
| By Martin G. Deptula<br>27.50  hours at  $465.00  per hour | $ 12,787.50 |

September 25, 2009                                                                 Page 2

By Nathan M. Berman
   63.50  hours at  $425.00  per hour                    $      26,987.50

By Cory Way
   12.60  hours at  $375.00  per hour                    $       4,725.00

By Virginia W. Guldi
   8.40  hours at  $325.00  per hour                     $       2,730.00

By Kimberley Wilson
   0.50  hours at  $165.00  per hour                     $          82.50

By Jeanne Trahan Faubell
   0.80  hours at  $165.00  per hour                     $         132.00

By Diana Gillig
   1.80  hours at  $155.00  per hour                     $         279.00
                                                                       ————————

        TOTAL FEES                              $      212,206.00

2387155.1

September 25, 2009                                                                               Page 3

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                          MATTER: 0001

Peter R. Kolker

| 08/06/09 | 1.30 | Review Chadbourne Report. |
| 08/06/09 | 0.50 | Confer with Graeme Bush regarding issues to be developed. |
| 08/06/09 | 1.80 | Review charts of potential remedies. |
| 08/07/09 | 1.00 | Confer with Graeme Bush, Andrew Goldfarb and Thomas Macauley regarding assignments. |
| 08/07/09 | 1.00 | Review solvency opinions. |
| 08/08/09 | 2.50 | Review Chadbourne Report and other materials. |
| 08/09/09 | 2.50 | Review Chadbourne Report (2.0); review memorandum from Graeme Bush re engagement (0.3); prepare e-mail re same (0.2). |
| 08/10/09 | 1.20 | Review documents relating to meeting with Chadbourne and Parke on 08/12. |
| 08/10/09 | 0.50 | Review solvency issues. |
| 08/11/09 | 1.00 | Review materials from Chadbourne regarding projection. |
| 08/11/09 | 1.20 | Meet with Centerbridge representatives regarding bond holder position. |
| 08/11/09 | 0.50 | Prepare for 08/12/09 meeting in New York. |
| 08/12/09 | 1.70 | Review power point and solvency opinion. |
| 08/12/09 | 1.80 | Confer with H. Seife, D. LeMay, G. Bush, T. Macauley and J. Sottile regarding outline of our work. |
| 08/12/09 | 0.50 | Review legal and discovery issues. |
| 08/12/09 | 2.00 | Confer with Alix personnel, Chadbourne and Zuckerman personnel regarding solvency issues. |
| 08/13/09 | 0.50 | Review emails regarding developments and meeting. |
| 08/14/09 | 0.80 | Confer with G. Bush regarding Alix Partners meeting and solvency analysis. |
| 08/15/09 | 1.00 | Review transcript of 341 hearing. |
| 08/23/09 | 1.30 | Review C&P research memoranda relating to guarantees and 546(e) defense. |

| | | |
|---|---|---|
| 08/23/09 | 0.40 | Review interview topics. |
| 08/24/09 | 1.20 | Confer with G. Bush, J. Sottile, T. Macauley and A. Goldfarb regarding strategy and preparation for upcoming meetings. |
| 08/27/09 | 1.20 | Review Law Debenture Motion for 2004 Exam and Rosner Declaration. |
| 08/27/09 | 0.30 | Review Alix Partners Declarations. |
| 08/27/09 | 0.20 | Review scheduling of interview. |
| 08/28/09 | 2.20 | Review Rosner declaration and attachments relevant to motion of Law Debenture for Rule 2004 Exam. |
| 08/31/09 | 0.80 | Confer with G. Bush regarding meeting with Alix Partners and valuation analysis. |

Roger E. Zuckerman

| | | |
|---|---|---|
| 08/10/09 | 0.50 | Review Graeme Bush memorandum regarding preliminary review of Chadbourne Report. |

James Sottile

| | | |
|---|---|---|
| 08/07/09 | 1.40 | Review Chadbourne report to unsecured creditors committee regarding potential claims against third parties arising from LBO. |
| 08/07/09 | 0.60 | Telephone conference with Graeme Bush, Thomas Macauley, Andrew Goldfarb and Peter Kolker regarding potential claims against lenders arising from LBO and work needed to analyze claims. |
| 08/12/09 | 1.00 | Review/analysis of Chadbourne & Parke report regarding potential claims against third parties. |
| 08/12/09 | 1.50 | Meeting with H. Seife, D. LeMay, M. Ashley (Chadbourne) and T. Macauley and P. Kolker regarding solvency analysis and key issues regarding potential claims against lenders. |
| 08/12/09 | 2.00 | Meeting with B. den Uyl and M. Rule (Alix Partners) and L. Kwon and others from Moelis and H. Seife, D. LeMay, M. Ashley (Chadbourne) and T. Macauley, A. Goldfarb and P. Kolker regarding solvency analysis. |
| 08/13/09 | 0.40 | Meeting with G. Bush to prepare for meeting with lenders' counsel regarding potential claims against lenders and solvency analysis. |

| 08/13/09 | 1.00 | Meeting with lenders' counsel, H. Seife and D. LeMay (Chadbourne & Parke) and G. Bush regarding potential claims against lenders and solvency analysis. |
|----------|------|---|
| 08/13/09 | 1.00 | Meeting with H. Seife and D. LeMay (Chadbourne) and G. Bush regarding potential claims against lenders solvency analysis. |
| 08/14/09 | 0.50 | Participate in conference call with G. Bush, A. Goldfarb, P. Kolker and T. Macauley regarding analysis of potential claims against lenders in light of meetings with Alix Partners and Moelis and counsel for lenders. |
| 08/18/09 | 0.30 | Prepare for calls with Alix Partners and Moelis regarding solvency analysis. |
| 08/18/09 | 0.20 | Teleconference with T. Zink (Chadbourne) regarding issues on solvency analysis to raise with Alix Partners and Moelis. |
| 08/18/09 | 0.30 | Teleconference with T. Zink (Chadbourne) and L. Kwon and A. Amera (Moelis) regarding solvency analysis. |
| 08/18/09 | 0.40 | Teleconference with T. Zink (Chadbourne) and B. den Uyl and M. Rule (Alix Partners) regarding solvency analysis. |
| 08/18/09 | 0.20 | Review Alix Partners requests for key documents regarding solvency analysis. |
| 08/18/09 | 0.80 | Identify key issues affecting solvency analysis and draft note regarding same. |
| 08/18/09 | 1.20 | Review various solvency opinions issued in connection with leveraged buy-out. |
| 08/19/09 | 0.10 | Teleconference with T. Macauley regarding issues on solvency analysis. |
| 08/19/09 | 1.40 | Further review/analysis of solvency opinions. |
| 08/19/09 | 0.20 | Draft note to internal team regarding discussions with Alix Partners and Moelis on solvency analysis and next steps. |
| 08/20/09 | 0.20 | Review draft list of topics for interview. |
| 08/20/09 | 0.10 | Email to team draft list of topics for interview. |
| 08/20/09 | 1.20 | Continued review/analysis of solvency opinions. |
| 08/20/09 | 0.80 | Review key legal decisions relevant to solvency analysis. |
| 08/21/09 | 0.20 | Teleconference with T. Zink (Chadbourne) regarding Alix Partners work on solvency analysis. |

September 25, 2009                                                                                    Page 6

| 08/21/09 | 0.80 | Analyze potential claim to recover repayments on LBO debt prior to preference period and effect on distributions. |
| 08/24/09 | 0.10 | Teleconference with G. Bush regarding Alix Partners solvency analysis. |
| 08/24/09 | 0.20 | Teleconference with T. Zink (Chadbourne) regarding solvency analysis and interview. |
| 08/24/09 | 1.30 | Conference call with G. Bush, T. Macauley, A. Goldfarb and P. Kolker regarding progress on analysis of potential claims against lenders and next steps for analysis. |
| 08/25/09 | 0.50 | Further review/analysis of Alix Partners preliminary report on solvency issues to prepare for call tomorrow. |
| 08/26/09 | 0.50 | Teleconference with T. Zink and M. Ashley (Chadbourne) and M. Rule (Alix) regarding Alix Partners solvency analysis. |
| 08/26/09 | 0.20 | Review Alix Partners memorandum regarding issues for interview. |
| 08/31/09 | 0.40 | Meetings with G. Bush (Zuckerman) regarding key issues on Alix Partners and Moelis solvency analysis work. |
| 08/31/09 | 1.00 | Teleconference with E. Glucroft, Z. Jamal and A. Ashish (Moelis), T. Zink (Chadbourne) and G. Bush (Zuckerman) (for part) regarding Moelis views regarding solvency opinions. |

Andrew N. Goldfarb

| 08/06/09 | 1.60 | Review prior report regarding potential claims. |
| 08/06/09 | 0.60 | Confer with Graeme Bush and Peter Kolker regarding documents, project tasks. |
| 08/07/09 | 1.90 | Meet with G. Bush, T. Macauley, R. Zuckerman, and P. Kolker regarding case organization and strategy, confer with G. Bush re same, prepare for group meeting. |
| 08/07/09 | 0.30 | Call with Graeme Bush and David LeMay regarding discovery and creditors committee matters. |
| 08/07/09 | 0.30 | E-mail Chadbourne regarding confidentiality, discovery issues. |
| 08/09/09 | 5.10 | Review and analyze documents regarding Tribune's financial condition, including valuation analyses, C&P report, intercompany model. |

| | | |
|---|---|---|
| 08/10/09 | 2.80 | Prepare and revise work plan regarding legal issues, review C&P report and research in connection with same. |
| 08/10/09 | 0.40 | Review confidentiality agreements regarding documents, e-mail regarding same. |
| 08/10/09 | 0.40 | Call and emails with B. Schwinger (C&P) regarding discovery issues. |
| 08/10/09 | 0.30 | Confer with Graeme Bush regarding matter management, organization, and staffing. |
| 08/10/09 | 0.40 | Review and revise draft common interest letter agreement. |
| 08/11/09 | 0.20 | Review and revise letter regarding confidentiality. |
| 08/11/09 | 0.10 | Review final comment interest agreement. |
| 08/11/09 | 0.50 | Two meetings with Corey Way regarding assignments. |
| 08/11/09 | 1.00 | Attention to case management, including sending info to J. Porter. |
| 08/11/09 | 0.70 | Review discovery summary and document requests record from Chadbourne. |
| 08/11/09 | 0.50 | Review materials on interlinks. |
| 08/11/09 | 0.20 | Confer with P. Kolker, G. Bush, and M. Wolff re strategy concerning bondholders after the meeting. |
| 08/11/09 | 0.30 | Review trade press materials regarding Tribune. |
| 08/11/09 | 0.20 | Participate in meeting with Centerbridge. |
| 08/12/09 | 1.00 | Prepare for meeting with Alix Partners, Moelis, and C&P and Zuckerman attorneys re Tribune solvency issues and analyses. |
| 08/12/09 | 1.70 | Meeting with Chadbourne (R. Schwinger, M. Ashley and A. Nellos) re discovery. |
| 08/12/09 | 0.30 | Call with N. Berman and M. Deptula re legal research assignments. |
| 08/12/09 | 3.00 | Meeting with Chadbourne & Parke (D. LeMay and H. Seife), Moelis, Alix Partners, Zuckerman (G. Bush, J. Sottile, T. Macauley and P. Kolker) re financial analyses, confer with Zuckerman attorneys re same. |
| 08/12/09 | 1.00 | Prepare for meeting at Chadbourne with Schwinger, Ashley, Nellos on discovery. |

September 25, 2009

| 08/13/09 | 0.30 | Correspond via email with R. Schwinger regarding Committee's discovery efforts to date. |
| 08/13/09 | 0.40 | E-mails with internal team regarding case management. |
| 08/13/09 | 0.30 | Review and send confidentiality amendments adding Zuckerman. |
| 08/13/09 | 1.00 | Attention to relativity Document Database. |
| 08/13/09 | 0.20 | Confer and email with N. Berman regarding 546(e) research project and cases regarding same. |
| 08/13/09 | 0.70 | Review legal memo and legal research on upstream guarantees and fraudulent conveyance. |
| 08/13/09 | 0.40 | Review Moelis and other presentations on Tribune valuation and financial condition. |
| 08/13/09 | 0.90 | Review and evaluate Committee's discovery efforts to date. |
| 08/14/09 | 0.20 | Confer with P. Kolker regarding work plan, case status, and strategy. |
| 08/14/09 | 0.30 | Call with N. Berman and M. Deptula regarding legal research. |
| 08/14/09 | 1.20 | Legal research regarding upstream guarantees. |
| 08/14/09 | 0.30 | Attention to confidentiality agreements. |
| 08/14/09 | 0.60 | Attend internal team meeting regarding case updates and to discuss work plan and status. |
| 08/17/09 | 0.20 | Attention to confidentiality agreements. |
| 08/18/09 | 0.30 | Confer with G. Bush and J. Sottile re outstanding research and financial analysis projects. |
| 08/18/09 | 1.00 | Review legal memos on potential claims and defenses. |
| 08/18/09 | 0.20 | Attention to case management -- e-mails to associates re projects. |
| 08/19/09 | 1.40 | Review and analyze discovery correspondence and materials, develop questions/identify issues re same. |
| 08/19/09 | 0.30 | Review legal memo from M. Deptula on possible causes of action against lenders. |
| 08/19/09 | 0.80 | Review Chadbourne legal memo re upstream guarantees, read caselaw re same. |
| 08/19/09 | 0.10 | Email R. Schwinger (C&P) re Alix Partners discovery requests. |

| | | |
|---|---|---|
| 08/19/09 | 0.10 | Review J. Sottile's report on Alix Partners call. |
| 08/19/09 | 0.30 | Confer with T. Macauley re recovery scenarios, review materials re same. |
| 08/19/09 | 0.20 | Meet with C. Way to discuss research assignment on LBOs and fraudulent transfer law. |
| 08/19/09 | 0.20 | Review public materials, articles re Tribune matter. |
| 08/19/09 | 0.30 | Review Alix Partners' discovery requests. |
| 08/20/09 | 0.40 | Send multiple emails to B. Schwinger and M. Ashley at C&P re Committee discovery efforts and document production. |
| 08/20/09 | 0.30 | Review and comment on proposed topics of discussion for interview. |
| 08/20/09 | 0.20 | Execute Merrill Lynch confidentiality agreement amendment and send to R. Schwinger. |
| 08/20/09 | 0.20 | Email to M. Deptula re follow-up questions from legal memo. |
| 08/20/09 | 0.40 | Review memos on 546(e) issue. |
| 08/20/09 | 0.10 | Review and execute EGI confidentiality amendment. |
| 08/20/09 | 0.20 | Exchange e-mails with B. Schwinger re discovery updates and productions. |
| 08/20/09 | 1.20 | Continue review of Committee discovery correspondence and history from discovery targets. |
| 08/24/09 | 0.20 | Review C. Way legal memo. |
| 08/24/09 | 1.10 | Call with ZS team re case developments, including legal research, financial analysis, upcoming interview. |
| 08/24/09 | 0.40 | Attention to database documents. |
| 08/24/09 | 0.10 | Send e-mails re confidentiality amendment with EGI/Zell. |
| 08/25/09 | 0.10 | Attention to EGI/Zell confidentiality agreement. |
| 08/25/09 | 0.20 | Review e-mails from Schwinger re discovery. |
| 08/29/09 | 0.50 | Review of discovery and document production e-mails. |
| 08/29/09 | 1.20 | Review and analyze materials on debtor standing and potential lender arguments. |
| 08/31/09 | 3.70 | Review and analyze cases and memo re debtor standing issues, potential lender arguments. |
| 08/31/09 | 0.30 | Review e-mails relating to status of and progress in document production. |

| 08/31/09 | 0.30 | Meet with L. Stevenson to discuss research on LBO transactions, review of draft memo re same. |

Lisa J. Stevenson

| 08/25/09 | 0.30 | Telephone conference with A. Goldfarb regarding legal research project. |
| 08/25/09 | 2.20 | Review background materials regarding bankruptcy proceedings. |
| 08/27/09 | 3.00 | Legal research regarding fraudulent conveyance and LBO transactions. |
| 08/28/09 | 3.00 | Legal research regarding fraudulent conveyance and LBO transactions. |
| 08/30/09 | 2.00 | Legal research regarding LBO transactions. |
| 08/31/09 | 2.10 | Legal research regarding LBO transactions. |
| 08/31/09 | 0.20 | Conference with A. Goldfarb regarding legal research relating to LBO transactions. |

Thomas G. Macauley

| 08/06/09 | 1.40 | Review preliminary report. |
| 08/06/09 | 0.10 | Review schedule of meetings near term. |
| 08/06/09 | 0.10 | Review working group list. |
| 08/06/09 | 0.40 | Review summary of preliminary report. |
| 08/07/09 | 0.20 | Speak with Graeme Bush regarding Centerbridge call. |
| 08/07/09 | 0.40 | Review and analyze possible claims v. lenders. |
| 08/07/09 | 0.40 | Review possible recovery scenarios. |
| 08/07/09 | 0.90 | Participate on internal call to discuss claims issues and strategy. |
| 08/08/09 | 1.20 | Review and analyze potential claims and gating defenses. |
| 08/08/09 | 0.30 | Draft note to Graeme Bush regarding same. |
| 08/09/09 | 0.80 | Review and analyze issues regarding recovery scenarios. |
| 08/09/09 | 0.80 | Review and analyze issues regarding memo on claims and division of labor. |
| 08/09/09 | 0.20 | Draft note to Graeme Bush regarding same. |
| 08/09/09 | 2.10 | Review cases on remedies for avoiding obligations. |

| 08/09/09 | 0.80 | Review Chadbourne report. |
| 08/09/09 | 0.20 | Analyze issues regarding potential claims. |
| 08/10/09 | 0.10 | Exchange notes with G. Bush regarding professionals' meeting tomorrow. |
| 08/10/09 | 0.30 | Speak with G. Bush regarding meetings and scenarios. |
| 08/10/09 | 0.10 | Review list of meetings. |
| 08/11/09 | 0.20 | Review intercompany model. |
| 08/11/09 | 0.40 | Participate in meeting of committee professionals. |
| 08/12/09 | 1.60 | Prepare for meetings with committee professionals. |
| 08/12/09 | 1.50 | Meet with H. Seife, D. LeMay and other Zuckerman attorneys regarding case status and bank claims. |
| 08/12/09 | 2.00 | Meet with them and Alix and Moelis regarding insolvency analysis. |
| 8/12/09 | 0.50 | Discuss internally results of meetings and next steps. |
| 08/13/09 | 1.10 | Prepare for meeting with banks. |
| 08/13/09 | 0.20 | Meet with G. Bush to discuss meeting. |
| 08/13/09 | 0.60 | Meet with H. Seife and D. LeMay regarding meeting. |
| 08/13/09 | 1.20 | Meet with Chadbourne and banks. |
| 08/13/09 | 0.80 | Speak with G. Bush regarding same. |
| 08/14/09 | 0.70 | Participate on internal call to address research and investigative issues. |
| 08/14/09 | 0.20 | Review Section 546(e) and recent amendments. |
| 08/18/09 | 0.20 | Exchange notes with J. Sottile regarding calls with financial advisors. |
| 08/18/09 | 0.20 | Exchange notes with A. Holtz regarding intercompany model. |
| 08/18/09 | 0.10 | Review note from D. Deutsche regarding values. |
| 08/18/09 | 0.20 | Exchange notes with L. Kwon regarding recovery alternatives. |
| 08/18/09 | 0.80 | Review research memos from Chadbourne. |
| 08/19/09 | 1.10 | Review standing memo and cases. |
| 08/19/09 | 0.60 | Prepare for Alix call. |
| 08/19/09 | 0.20 | Speak with J. Sottile regarding financial professionals. |

September 25, 2009                                                                                              Page 12

| 08/19/09 | 0.70 | Speak with A. Holt regarding intercompany model. |
|----------|------|--------------------------------------------------|
| 08/19/09 | 0.20 | Prepare for Moelis call. |
| 08/19/09 | 0.60 | Speak with L. Kwon and V. Patel regarding recovery alternatives. |
| 08/19/09 | 1.10 | Review and analyze issues regarding intercompany claims and recoveries. |
| 08/19/09 | 0.30 | Review Moelis recovery presentation. |
| 08/19/09 | 0.30 | Draft note to team regarding initial finding. |
| 08/19/09 | 0.20 | Speak with A. Goldfarb regarding same. |
| 08/20/09 | 0.50 | Analyze issues regarding standing argument. |
| 08/21/09 | 0.60 | Review and analyze issues regarding Section 546(e) memo and Lyondell committee's response on same issue. |
| 08/21/09 | 0.60 | Review cases regarding standing argument. |
| 08/21/09 | 0.20 | Review and analyze list of topics for interview. |
| 08/23/09 | 0.70 | Analyze issues regarding analogy to standing argument. |
| 08/24/09 | 0.20 | Analyze issues regarding insolvency of subsidiaries. |
| 08/24/09 | 1.10 | Participate on internal call regarding case status findings and upcoming events. |
| 08/24/09 | 0.30 | Review and analyze issues regarding additional recovery scenario. |
| 08/24/09 | 0.10 | Analyze issues regarding adjournment of 341 meeting. |
| 08/24/09 | 0.40 | Speak with N. Berman regarding section 546(e) issues. |
| 08/24/09 | 0.10 | Review Lyondell letter regarding same. |
| 08/24/09 | 0.50 | Analyze issues regarding standing argument. |
| 08/24/09 | 0.10 | Review notes from S. Sottile regarding interview. |
| 08/24/09 | 0.40 | Review draft documents on Intralinks. |
| 08/25/09 | 1.60 | Review commentary on guarantees. |
| 08/25/09 | 0.60 | Participate on call with other legal professionals. |
| 08/25/09 | 0.20 | Draft summary of same for internal team. |
| 08/25/09 | 0.40 | Review and analyze issues regarding recovery alternatives. |
| 08/25/09 | 0.20 | Draft note to V. Patel regarding same. |

| 08/25/09 | 0.20 | Exchange notes with J. Porter and N. Berman regarding guarantees and stock pledge. |
| 08/25/09 | 0.40 | Review guarantees and stock pledge. |
| 08/25/09 | 0.20 | Draft note to internal team regarding same. |
| 08/26/09 | 1.20 | Review cases regarding avoidance of guarantees. |
| 08/26/09 | 0.20 | Review and analyze issues regarding outline for interview. |
| 08/26/09 | 0.40 | Speak with V. Guldi regarding case facts and issues. |
| 08/27/09 | 0.30 | Review Law Debenture's 2004 motion papers. |
| 08/27/09 | 0.50 | Speak with G. Bush and D. Deutsche regarding same. |
| 08/27/09 | 0.10 | Review local rule on 2004 examinations. |
| 08/27/09 | 0.20 | Review correspondence between counsel regarding motion. |
| 08/27/09 | 0.10 | Review Rosner declaration. |
| 08/28/09 | 0.10 | Review order setting hearing on 2004 motion. |
| 08/31/09 | 0.10 | Review additional recovery scenario. |
| 08/31/09 | 0.90 | Review guaranty cases and commentary. |
| 08/31/09 | 1.00 | Review cases on standing argument. |
| 08/31/09 | 0.10 | Review memo regarding same. |
| 08/31/09 | 0.20 | Review notes on solvency opinions. |

Marshall S. Wolff

| 08/10/09 | 5.30 | Read memoranda, Chadbourne report and other documents regarding case. |
| 08/11/09 | 1.50 | Legal research regarding fraudulent conveyance law and upstream guarantees. |
| 08/11/09 | 0.50 | Read Chadbourne memorandum regarding fraudulent conveyance issue. |
| 08/11/09 | 0.50 | Attend meeting with representatives of Centerbridge regarding bank claims. |
| 08/11/09 | 0.30 | Analyze case theories. |
| 08/13/09 | 0.30 | Telephone conference with Peter Kolker regarding solvency opinion. |
| 08/26/09 | 1.50 | Read Chadbourne report. |

| 08/28/09 | 0.30 | Read article regarding bondholder action and e-mail regarding same. |
| 08/31/09 | 0.20 | Confer with Graeme Bush regarding effect of legal opinions. |
| 08/31/09 | 0.60 | Read materials regarding effect of legal opinions. |

Graeme W. Bush

| 08/06/09 | 0.50 | Telephone conference with David LeMay regarding retention and background regarding same. |
| 08/06/09 | 2.50 | E-mail regarding report and background materials and begin review of same. |
| 08/07/09 | 0.70 | Meeting and telephone conference internal regarding issues and roles for Zuckerman attorneys. |
| 08/07/09 | 1.80 | Telephone conferences with Messrs. LeMay and Schwinger regarding information about Committee, unsecured creditors and discovery. |
| 08/07/09 | 1.50 | Begin review of report and background materials. |
| 08/07/09 | 0.30 | Telephone conference with Krakauer. |
| 08/07/09 | 1.00 | Telephone conference with Messrs. Centerbridge, Krakauer, Barr and LeMay. |
| 08/07/09 | 0.80 | Prepare for and conferences with Andrew Goldfarb regarding legal research and discovery issues. |
| 08/07/09 | 0.70 | Work on and confer with Thomas Macauley regarding legal issues. |
| 08/08/09 | 7.50 | Review Chadbourne Report, Alix and Moelis analyses. |
| 08/08/09 | 2.00 | Draft memo regarding focus issues and work assignments. |
| 08/09/09 | 2.00 | Review e-mails regarding memo and work assignments. |
| 08/09/09 | 0.50 | E-mails to David LeMay regarding Centerbridge. |
| 08/10/09 | 0.80 | Telephone conference with David LeMay and Howard Seife regarding background and upcoming meetings. |
| 08/10/09 | 0.30 | E-mails regarding meeting with Centerbridge. |
| 08/10/09 | 0.40 | Telephone conference with Thomas Macauley regarding research assignments. |
| 08/10/09 | 0.60 | Confer regarding associate work assignments and availability. |
| 08/10/09 | 0.70 | Work on assignments and confer with Andrew Goldfarb regarding same. |

September 25, 2009                                                                                    Page 15

| | | |
|---|---|---|
| 08/10/09 | 0.90 | E-mails regarding and scheduling of meeting with Centerbridge. |
| 08/10/09 | 0.40 | Prepare for and confer with Andrew Goldfarb regarding research projects and assignments. |
| 08/10/09 | 1.20 | Review Financial Advisors Report on Debtor's business plan. |
| 08/10/09 | 0.60 | Prepare for and e-mails regarding telephone conference with professionals advising the Committee. |
| 08/10/09 | 0.60 | Review and comment on joint defense agreement. |
| 08/11/09 | 0.80 | Prepare for and attend Professional Committee telephone conference. |
| 08/11/09 | 0.80 | Conferences with Andrew Goldfarb and Peter Kolker regarding projects, meetings with financial advisors, meetings with Chadbourne & Parke, meetings with Centerbridge and work in New York. |
| 08/11/09 | 1.50 | Prepare for and meeting with Centerbridge representatives (David Trucano and Vivek Melwani), Peter Kolker, Andrew Goldfarb and Marshall Wolff. |
| 08/11/09 | 0.90 | Review research of upstream guarantees. |
| 08/11/09 | 0.90 | E-mails and telephone conference with Howard Seife regarding Centerbridge and document access. |
| 08/11/09 | 0.40 | Telephone conference with Messrs. Seife and LeMay regarding document. |
| 08/11/09 | 0.60 | Review discovery requests. |
| 08/11/09 | 0.60 | Review and edit summary memo and work assignment schedule. |
| 08/11/09 | 0.80 | Draft running communications memo. |
| 08/12/09 | 2.50 | Prepare for meetings with financial advisors by reviewing financial information and background materials. |
| 08/12/09 | 1.50 | Meeting with Messrs. LeMay, Seife, Kolker, Sottile and Macauley. |
| 08/12/09 | 2.30 | Meeting with financial advisors (Moelis and Alix), Messrs. LeMay, Seife, Sottile, Kolker, Goldfarb, Macauley. |
| 08/12/09 | 0.70 | Prepare for and telephone conference with Centerbridge and advisors regarding document demands. |
| 08/12/09 | 0.50 | Confer with Messrs. Sottile, Goldfarb, Kolker, Macauley regarding financial advisors, and focus of work to be done. |

| 08/12/09 | 0.50 | Confer with Messrs. LeMay and Seife regarding work protocol with Chadbourne & Parke and Unsecured Creditors' Committee. |
| 08/13/09 | 2.30 | Review financial analyses. |
| 08/13/09 | 1.40 | Conferences with Messrs. Sottile, Kolker and Macauley regarding key issues and focus of work assignments. |
| 08/13/09 | 0.40 | Telephone conference with Andrew Goldfarb regarding document review and participation in same. |
| 08/13/09 | 1.00 | Training on Relativity to gain access to documents. |
| 08/13/09 | 1.00 | Confer with Thomas Macauley regarding solvency issues. |
| 08/13/09 | 1.50 | Meeting with banks. |
| 08/14/09 | 1.20 | Analyze issues regarding solvency. |
| 08/14/09 | 0.80 | Prepare for and confer with Messrs. Sottile, Goldfarb, Kolker and Macauley regarding assignments and work plan. |
| 08/14/09 | 0.60 | Telephone conference and e-mail with Messrs. Rosner and Glenn. |
| 08/14/09 | 0.80 | E-mails with Messrs. Seife and LeMay regarding various administrative and scheduling issues. |
| 08/14/09 | 0.50 | Telephone conferences with Davis Polk and e-mails regarding Rule 2004 motion from Centerbridge. |
| 08/15/09 | 1.20 | Analyze solvency issues and financial analysis. |
| 08/17/09 | 0.60 | E-mails and telephone conferences with Messrs. Wagner and Glenn regarding Centerbridge document access. |
| 08/17/09 | 2.50 | Analyze arguments regarding avoidance of guarantees and recovery of P&I payments. |
| 08/17/09 | 0.80 | Review Credit Agreement regarding avoidance issues. |
| 08/18/09 | 1.50 | Review and analyze research memos on avoidability of guarantees and structural defenses to fraudulent transfer actions. |
| 08/18/09 | 0.80 | Analyze and confer with James Sottile regarding issues for financial analysts. |
| 08/18/09 | 0.60 | Prepare for and confer with James Sottile and Andrew Goldfarb regarding process on projects. |
| 08/18/09 | 0.20 | E-mails regarding Centerbridge document access. |
| 08/19/09 | 1.50 | Review research memos. |

| 08/19/09 | 0.60 | E-mails regarding projects and meeting with financial analysts. |
| 08/20/09 | 0.50 | E-mails regarding Centerbridge document access and negotiations with lenders. |
| 08/20/09 | 0.60 | E-mails regarding interview topics. |
| 08/20/09 | 1.70 | Review financial information from ALIX and Moelis and e-mails regarding same. |
| 08/20/09 | 0.30 | Internal e-mails regarding Zuckerman Spaeder research projects. |
| 08/21/09 | 1.00 | Review research memo regarding lender and Lyondell letter. |
| 08/21/09 | 0.20 | E-mails regarding telephone conference. |
| 08/22/09 | 3.00 | Study solvency related materials. |
| 08/23/09 | 2.50 | Study solvency and intercompany account related materials. |
| 08/23/09 | 0.20 | E-mails to James Sottile regarding telephone conference with litigation team. |
| 08/24/09 | 1.30 | Prepare for and telephone conference with Tribune team regarding status of projects. |
| 08/24/09 | 0.60 | E-mails regarding interview and financial advisor work and meetings with advisors. |
| 08/24/09 | 0.40 | Review revised intercompany scenario. |
| 08/24/09 | 0.50 | Review memo regarding undercapitalization. |
| 08/25/09 | 0.60 | E-mails regarding interview schedule and subjects. |
| 08/25/09 | 0.80 | E-mails regarding Centerbridge and meetings with counsel. |
| 08/25/09 | 0.20 | E-mails regarding Committee telephone conference with professionals. |
| 08/25/09 | 0.50 | E-mail regarding stock pledges. |
| 08/25/09 | 0.30 | Professional telephone conference report. |
| 08/26/09 | 0.60 | E-mails regarding interview. |
| 08/26/09 | 0.90 | E-mails regarding Centerbridge and counsel for indenture trustee request for meeting. |
| 08/26/09 | 0.70 | Review and comment on interview outline. |
| 08/27/09 | 0.50 | Telephone conferences with Thomas Macauley and Douglas Deutsch regarding same. |

| 08/27/09 | 0.70 | E-mails to Chadbourne regarding 2004 motion and including Golden/Rosner request for meeting. |
| 08/27/09 | 0.10 | Review order of court re same. |
| 08/27/09 | 0.30 | Internal e-mails regarding progress of financial advisors on solvency. |
| 08/27/09 | 1.30 | Review Law Debenture Rule 2004 Motion and related papers. |
| 08/27/09 | 0.20 | Internal e-mails regarding Rule 2004 motion. |
| 08/28/09 | 0.60 | E-mail exchange regarding Centerbridge filing and ALIX Partners. |
| 08/28/09 | 0.40 | E-mails regarding response to Law Debenture Rule 2004 Motion. |
| 08/28/09 | 0.80 | Review ALIX Partners retention affidavits and e-mail discussion regarding same. |
| 08/31/09 | 1.20 | Confer with James Sottile and Peter Kolker regarding financial analysis and review documents regarding same. |
| 08/31/09 | 0.20 | Review e-mail regarding agenda for professional telephone conference. |
| 08/31/09 | 0.70 | Prepare for and telephone conference with Moelis Partners regarding financial analysis project and confer with James Sottile regarding same. |
| 08/31/09 | 0.50 | Consider and analyze effect of Rule 2004 motion. |

Nathan M. Berman

| 08/12/09 | 4.30 | Conduct legal research regarding Settlement Payment Defense under Section 546(e) of the Bankruptcy Code. |
| 08/12/09 | 0.40 | Telephone conference with Andrew Goldfarb re same. |
| 08/12/09 | 2.70 | Review Preliminary Report of Official Committee of Unsecured Creditors. |
| 08/13/09 | 3.90 | Conduct legal research regarding settlement payment safe harbor. |
| 08/13/09 | 0.20 | Receipt and review of e-mail from Graeme Bush re same. |
| 08/14/09 | 0.20 | Telephone conference with Andrew Goldfarb re research. |
| 08/14/09 | 0.20 | Conference with Marty Deptula re same. |
| 08/14/09 | 3.50 | Conduct additional legal research regarding settlement payment safe harbor. |

| | | |
|---|---|---|
| 08/17/09 | 5.60 | Prepare memorandum regarding same. |
| 08/17/09 | 3.20 | Conduct additional legal research regarding settlement payment safe harbor. |
| 08/18/09 | 3.40 | Prepare memorandum on settlement payment safe harbor. |
| 08/18/09 | 4.80 | Research re same. |
| 08/19/09 | 2.90 | Research whether secured loans constitute securities transaction for purposes of settlement payment safe harbor. |
| 08/19/09 | 2.50 | Research the difference between secured loans and "repo" agreements for purposes of settlement payment safe harbor. |
| 08/20/09 | 0.20 | Exchange e-mail with Andrew Goldfarb re same. |
| 08/20/09 | 2.90 | Conduct additional legal research on the elements of safe harbor defense. |
| 08/20/09 | 2.70 | Revise memorandum regarding settlement payment safe harbor. |
| 08/21/09 | 1.50 | Review Credit Agreement. |
| 08/21/09 | 3.40 | Research defined term in regards to settlement payment safe harbor. |
| 08/24/09 | 2.90 | Conduct additional legal research regarding settlement payment safe harbor. |
| 08/24/09 | 0.30 | Telephone conference with Tom Macauley re same. |
| 08/24/09 | 0.20 | Receipt and review of e-mail from Tom Macauley re same. |
| 08/24/09 | 0.20 | Exchange e-mails with Andrew Goldfarb. |
| 08/25/09 | 1.70 | Receipt and review of pledge agreement and guarantees. |
| 08/26/09 | 0.20 | Receipt and review of e-mail from Thomas Macauley re professionals call summary. |
| 08/27/09 | 2.20 | Revise memorandum regarding settlement payment safe harbor. |
| 08/27/09 | 2.30 | Research the difference between transfer and obligation under bankruptcy code. |
| 08/27/09 | 0.60 | Conduct additional review of loan documents. |
| 08/27/09 | 2.50 | Research what constitutes a transfer under the bankruptcy code. |
| 08/28/09 | 1.90 | Conduct additional legal research regarding what constitutes a transfer under the bankruptcy code. |

Virginia W. Guldi

| 08/21/09 | 0.60 | Legal research regarding standing. |
| 08/21/09 | 0.10 | Telephone conference with T. Macauley regarding legal research assignment. |
| 08/24/09 | 1.00 | Legal research regarding standing. |
| 08/26/09 | 6.70 | Legal research regarding standing and discuss same with T. Macauley. |

Cory Way

| 08/11/09 | 0.30 | Organize and review background materials regarding same. |
| 08/11/09 | 0.50 | Meetings with Andrew Goldfarb regarding case background and attorney research projects. |
| 08/19/09 | 0.20 | Meeting with Andrew Goldfarb regarding research projects. |
| 08/20/09 | 3.50 | Legal research re: constructive fraud and unreasonably small capital. |
| 08/20/09 | 1.20 | Review Summary of Preliminary Report Regarding Examination of Tribune Company Pre-Petition Financings. |
| 08/21/09 | 2.20 | Prepare memorandum re: constructive fraud and unreasonably small capital. |
| 08/21/09 | 0.80 | Review Summary of Preliminary Report Regarding Examination of Tribune Company Pre-Petition Financings. |
| 08/21/09 | 3.90 | Legal research re: constructive fraud and unreasonably small capital. |

Martin G. Deptula

| 08/12/09 | 0.30 | Telephone conference with Andrew Goldfarb and Nate Berman concerning research issues. |
| 08/12/09 | 3.50 | Review report prepared by Chadbourne. |
| 08/13/09 | 0.20 | Analyze and discuss settlement payment issue with Nate Berman. |
| 08/13/09 | 0.50 | Continue to review materials prepared by Chadbourne relating the LBO of the Tribune Company. |
| 08/13/09 | 0.50 | Legal research concerning potential cause of action. |
| 08/13/09 | 1.00 | Legal research concerning the choice of law analysis engaged in by Delaware courts in considering particular cause of action. |

| 08/13/09 | 1.00 | Research availability of particular cause of action under Illinois law. |
| 08/13/09 | 1.50 | Research issues relating to potential defense. |
| 08/13/09 | 0.60 | Begin to draft memorandum following up on various issues raised in the materials prepared by Chadbourne. |
| 08/14/09 | 1.70 | Legal research relating to the availability of a particular cause of action under Delaware law. |
| 08/14/09 | 1.00 | Continue to review materials prepared by Chadbourne relating the LBO of the Tribune Company. |
| 08/14/09 | 0.40 | Legal research concerning particular cause of action. |
| 08/14/09 | 0.50 | Legal research concerning the choice of law analysis engaged in by Delaware courts in considering particular cause of action. |
| 08/14/09 | 0.30 | Research availability of particular cause of action under Illinois law. |
| 08/14/09 | 1.50 | Research issues relating to potential defense. |
| 08/14/09 | 0.20 | Analyze and discuss structure of LBO with Nate Berman. |
| 08/14/09 | 0.10 | Conference call with Nate Berman and Andrew Goldfarb. |
| 08/17/09 | 0.10 | Discuss structure of LBO transaction with Nate Berman. |
| 08/17/09 | 1.40 | Conduct legal research concerning a particular cause of action under Delaware law. |
| 08/17/09 | 1.50 | Conduct legal research relating to potential defenses. |
| 08/17/09 | 1.50 | Conduct legal research concerning a different potential cause of action. |
| 08/17/09 | 1.60 | Continue to draft and update preliminary memorandum summarizing legal research. |
| 08/17/09 | 0.20 | Review and analyze materials prepared by Chadbourne. |
| 08/18/09 | 0.20 | Review and analyze materials prepared by Chadbourne. |
| 08/18/09 | 0.50 | Conduct legal research concerning potential cause of action under the laws of Delaware, New York and Illinois. |
| 08/18/09 | 0.50 | Review complaints from other adversary actions asserting similar claims. |
| 08/18/09 | 0.60 | Conduct legal research relating to potential defenses. |

| 08/18/09 | 2.00 | Continue to draft and update preliminary memorandum summarizing legal research. |
| 08/20/09 | 0.60 | Follow up on potential causes of action raised by Andrew Goldfarb. |
| 08/20/09 | 1.00 | Conduct legal research concerning bankruptcy treatment of subsidiaries to the LBO transaction. |
| 08/20/09 | 1.00 | Legal research relating to section 546(e) as a defense to the LBO lenders. |

Kimberley Wilson

| 08/19/09 | 0.10 | Pull case for Nathan Berman. |
| 08/28/09 | 0.40 | Pull Collier section for Nathan Berman. |

Jeanne Trahan Faubell

| 08/17/09 | 0.80 | Research in Lexis news database and on Pacer to locate information about and pull filings re related litigation. |

Diana Gillig

| 08/11/09 | 0.10 | Forward scheduling order to Gladys Colón. |
| 08/11/09 | 0.10 | Review docket regarding future hearing dates. |
| 08/21/09 | 0.20 | Pull Lexis research cases for T. Macauley. |
| 08/24/09 | 0.10 | Contact US Trustee's office regarding same. |
| 08/24/09 | 0.20 | Review docket regarding 341 meeting continuation. |
| 08/25/09 | 0.20 | Pull cases from Lexis and forward same to T. Macauley. |
| 08/26/09 | 0.10 | Draft message to P. Kolker re continued 341 meeting. |
| 08/26/09 | 0.30 | Pull 6 Lexis cases and forward to T. Macauley. |
| 08/27/09 | 0.40 | Forward same and exhibits to counsel (multiple emails). |
| 08/27/09 | 0.10 | Review docket regarding Rosner declaration. |


**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

September 25, 2009

Tribune Company
c/o Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:268916
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Litigation Counsel / Retention / Fee Applications

## STATEMENT

　　For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2009.

| | | |
|---|---|---|
| By Graeme W. Bush<br>3.70  hours at  $725.00  per hour | $ | 2,682.50 |
| By Thomas G. Macauley<br>14.00  hours at  $570.00  per hour | $ | 7,980.00 |
| By Virginia W. Guldi<br>10.70  hours at  $325.00  per hour | $ | 3,477.50 |
| By Diana Gillig<br>3.50  hours at  $155.00  per hour | $ | 542.50 |
| TOTAL FEES | $ | 14,682.50 |

2386898.1

September 25, 2009                                                      Page 2

DESCRIPTION OF SERVICES                              CLIENT: 12464
                                                     MATTER: 0002

Thomas G. Macauley

| | | |
|---|---|---|
| 08/06/09 | 0.60 | Review docket and Chadbourne disclosures and analyze issues regarding same. |
| 08/06/09 | 0.40 | Analyze issues regarding retention as special counsel. |
| 08/06/09 | 0.30 | Give instructions to internal team regarding timekeeping. |
| 08/07/09 | 0.30 | Speak with G. Bush and D. LeMay regarding retention application. |
| 08/10/09 | 0.20 | Analyze issues regarding search results and timing of filing. |
| 08/10/09 | 0.20 | Speak with G. Bush regarding status of application. |
| 08/10/09 | 0.20 | Review fee examiner and interim compensation orders. |
| 08/10/09 | 0.10 | Speak with A. Landis regarding application. |
| 08/10/09 | 0.20 | Draft note to J. Porter regarding same. |
| 08/10/09 | 0.10 | Speak with him regarding same. |
| 08/10/09 | 0.20 | Analyze issues regarding application. |
| 08/10/09 | 0.10 | Review notes from J. Porter regarding draft application. |
| 08/11/09 | 0.40 | Exchange notes with V. Guldi regarding disclosure affidavit. |
| 08/11/09 | 0.20 | Analyze issues regarding retention application. |
| 08/11/09 | 1.80 | Review and edit application. |
| 08/11/09 | 0.80 | Exchange notes and speak with J. Porter regarding same. |
| 08/11/09 | 0.60 | Analyze issues regarding disclosure of search results. |
| 08/11/09 | 0.50 | Review results regarding lenders. |
| 08/11/09 | 0.20 | Review and edit notice. |
| 08/11/09 | 0.30 | Review and edit proposed order. |
| 08/11/09 | 1.40 | Review and edit declaration. |
| 08/11/09 | 0.40 | Analyze issues regarding same. |
| 08/11/09 | 0.60 | Review and edit Exhibit 1. |
| 08/11/09 | 0.80 | Review and edit Exhibit 2. |
| 08/11/09 | 0.30 | Review Debtors' comments to application. |

| 08/12/09 | 0.20 | Review revised retention papers based on Debtors' comments. |
| 08/12/09 | 0.10 | Speak with D. LeMay regarding same. |
| 08/12/09 | 0.20 | Review further revised papers and speak with S. Porter regarding same. |
| 08/18/09 | 0.10 | Review timekeeping memo from Chadbourne. |
| 08/18/09 | 0.10 | Exchange notes with D. Deutsche regarding same. |
| 08/20/09 | 0.10 | Exchange notes with A. Goldfarb regarding status of retention application. |
| 08/20/09 | 0.10 | Analyze issues regarding search results for committee members. |
| 08/28/09 | 0.10 | Review Alix Partners supplemental declaration.. |
| 08/28/09 | 0.10 | Analyze issues regarding need to supplement affidavit. |
| 08/28/09 | 0.10 | Review reservation of rights by Law Debenture. |
| 08/28/09 | 0.10 | Draft note to internal team regarding same. |
| 08/28/09 | 0.30 | Exchange notes with A. Landis regarding US Trustee extension request. |
| 08/30/09 | 0.20 | Draft note to internal team regarding US Trustee objection deadline extension. |
| 08/31/09 | 0.40 | Analyze issues regarding US Trustee's comments. |
| 08/31/09 | 0.20 | Speak with G. Bush regarding same. |
| 08/31/09 | 0.40 | Participate on call with Chadbourne regarding same. |

Graeme W. Bush

| 08/10/09 | 0.20 | Telephone conference with Thomas Macauley regarding status of application. |
| 08/10/09 | 0.80 | Review and edit retention application. |
| 08/11/09 | 0.50 | Review draft application and e-mail Thomas Macauley. |
| 08/11/09 | 0.80 | Review and revise draft affidavit and telephone conference with Thomas Macauley regarding same. |
| 08/12/09 | 0.40 | Review e-mails and drafts of retention application. |
| 08/31/09 | 0.80 | Telephone conferences and e-mails with David LeMay, Thomas Macauley, Adam Landis, and others regarding McMahon request for additional time and questions regarding retention application. |

| 08/31/09 | 0.20 | Telephone conference with Thomas Macauley regarding McMahon request. |

**Virginia W. Guldi**

| 08/09/09 | 1.70 | Draft application to retain counsel for special litigation. |
| 08/10/09 | 1.00 | Analyze potential disclosure issues from search results. |
| 08/10/09 | 3.00 | Prepare application for retention, proposed order, notice and supporting declaration. |
| 08/11/09 | 1.20 | Prepare declaration in support of application for retention. |
| 08/11/09 | 3.80 | Review search results and contact various firm lawyers regarding potential disclosure issues. |

**Diana Gillig**

| 08/10/09 | 0.30 | Prepare list of landlords as exhibit to retention application. |
| 08/10/09 | 0.50 | Prepare list of Debtors for retention application |
| 08/10/09 | 0.30 | Draft exhibit list of officers of the company for same. |
| 08/10/09 | 0.80 | Prepare footnote for pleading. |
| 08/10/09 | 0.50 | Prepare exhibit list of lenders for retention application. |
| 08/10/09 | 0.40 | Draft exhibit list of Debtors' customers for same. |
| 08/10/09 | 0.40 | Prepare exhibit list of parties to litigation for application. |
| 08/11/09 | 0.30 | Revise exhibits to retention application. |



**ZUCKERMAN SPAEDER** LLP        1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

September 25, 2009

Tribune Company                                          Invoice:268917
c/o Kenneth P. Kansa, Esq.                               Client: 12464
Sidley Austin LLP                                        Matter: 0003
One South Dearborn                                       EIN: 52-1112263
Chicago, IL 60603

Re: Special Litigation Counsel / Non-Working Travel Time

---

STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2009.

| | |
|---|---:|
| By Graeme W. Bush | |
|   3.50  hours at  $725.00  per hour | $    2,537.50 |
| By James Sottile | |
|   7.00  hours at  $650.00  per hour | $    4,550.00 |
| By Thomas G. Macauley | |
|   6.20  hours at  $570.00  per hour | $    3,534.00 |
| By Andrew N. Goldfarb | |
|   2.50  hours at  $520.00  per hour | $    1,300.00 |
| TOTAL FEES | $    11,921.50 |
| LESS REDUCTION (Travel Billed at 50%) | $    (5,960.75) |
| TOTAL AMOUNT | $    5,960.75 |

2386900.1

September 25, 2009

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0003

James Sottile

| | | |
|---|---|---|
| 08/12/09 | 3.00 | Travel to/from New York for meetings with Chadbourne & Parke and solvency experts regarding potential claims against lenders. |
| 08/13/09 | 4.00 | Travel to/from New York meeting with lenders' counsel and Chadbourne & Parke regarding potential claims against lenders and solvency analysis. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 08/12/09 | 2.50 | Travel to/from NY. |

Thomas G. Macauley

| | | |
|---|---|---|
| 08/11/09 | 3.40 | Travel to/from New York for meetings with committee professionals. |
| 08/13/09 | 2.80 | Travel to/from New York for meeting with banks. |

Graeme W. Bush

| | | |
|---|---|---|
| 08/12/09 | 1.50 | Travel to New York for meetings with financial advisor, Chadbourne and banks. |
| 08/13/09 | 2.00 | Travel from New York to Washington, DC. |

# EXHIBIT B

419772.1

**Tribune Company, No. 08-13141 (KC)**
**Zuckerman Spaeder LLP**
**1st Monthly Fee Application**
**Period 8/6/09-9/3/09**

| EXPENSES | AMOUNT | | DATE OF SERVICE | ATTORNEY | TOTALS | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| **TRAIN** | $ | 376.00 | 8/18/2009 | A. Goldfarb | | |
| | $ | 133.00 | 8/18/2009 | P. Kolker | | |
| | $ | 594.00 | 8/21/2009 | G.Bush | | |
| | | $431.00 | 8/26/2009 | T. Macauley | | |
| | | | | | | |
| **Total** | $ | 1,534.00 | | | $ | 1,534.00 |
| | | | | | | |
| **HOTEL** | | | | | | |
| | | 278.96 | 8/18/2009 | P. Kolker | | |
| | | 553.08 | 8/21/2009 | G. Bush | | |
| | | | | | | |
| **Total** | $ | 832.04 | | | $ | 832.04 |
| | | | | | | |
| **TAXI SERVICE** | $ | 27.00 | 8/18/2009 | A. Goldfarb | | |
| | $ | 3.00 | 8/18/2009 | P. Kolker | | |
| | $ | 36.00 | 8/21/2009 | G. Bush | | |
| | $ | 20.00 | 8/26/2009 | T. Macauley | | |
| | | | | | | |
| **Total** | $ | 86.00 | | | $ | 86.00 |
| | | | | | | |
| **MEALS** | $ | 14.49 | 8/18/2009 | A. Goldfarb | | |
| | $ | 149.21 | 8/21/2009 | G. Bush | | |
| | $ | 1.95 | 8/26/2009 | T. Macauley | | |
| | | | | | | |
| **Total** | $ | 165.65 | | | $ | 165.65 |
| | | | | | | |
| **INHOUSE COPY** | $ | 28.30 | 8/11/2009 | | | |
| | $ | 0.60 | 8/17/2009 | | | |
| | $ | 0.10 | 8/19/2009 | | | |
| | $ | 0.60 | 8/20/2009 | | | |
| | | | | | | |
| **Total** | $ | 29.60 | | | $ | 29.60 |
| | | | | | | |
| **LONG DISTANCE CALLS** | $ | 6.72 | 8/13/2009 | | | |
| | $ | 1.32 | 8/14/2009 | | | |
| | $ | 0.36 | 8/17/2009 | | | |
| | $ | 4.32 | 8/19/2009 | | | |
| | $ | 0.12 | 8/31/2009 | | | |
| | | | | | | |
| **Total** | $ | 12.84 | | | $ | 12.84 |
| | | | | | | |
| | | | | | | |
| **GRAND TOTAL** | | | | | $ | 2,660.13 |