## EXHIBIT A

*Revised Order*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 2095** |

## ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("DUPLICATE CLAIMS")

Upon consideration of the Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Objection, by which the Debtors request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

modifying and/or expunging and disallowing the Disputed Claims[2] set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained, except with respect to the objection to the claim of Kevin Millen, which was withdrawn by the Debtors without prejudice [Docket No. 2263]; and it is further

ORDERED that the claim of Daniel Miles, as currently scheduled by the Debtors (Schedule No. 152044870) in the amount of $8,511.75, is hereby reinstated as an active scheduled claim and all subsequently-filed non-conforming proofs of claim (being Claim Nos. 248, 1390, and 2146) are expunged; and it is further

ORDERED that the Duplicate Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on the Exhibit attached hereto, and the parties' rights with respect to the "Remaining Claims" are reserved; and it is further

---

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# EXHIBIT A

# Duplicate Claims

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 1 | ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | 08-13141 | 5832 | $11,869.04 | Duplicate of claim 5435 | ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | 08-13141 | 5435 | $11,869.04 |
| 2 | BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | 08-13141 | 887 | $80,000.00 | Duplicate of claim 1663 | BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | 08-13141 | 1663 | $80,000.00 |
| 3 | BRENNAN, DEBORAH<br>PO BOX 1336<br>IDYLLWILD, CA 92549 | No Debtor Asserted | 5941 | $4,691.25 | Duplicate of claim 2844 | BRENNAN, DEBORAH<br>PO BOX 1336<br>IDYLLWILD, CA 92549 | 08-13185 | 2844 | $4,691.25 |
| 4 | CANNER ENTERPRISES, INC.<br>D.B.A. ZERO VARIANCE<br>117 S MILL ST 2ND FLR<br>FERGUS FALLS, MN 56537 | 08-13152 | 700 | $2,310.00 | Duplicate of claim 1142 | ZERO VARIANCE<br>117 S MILL STREET   2ND FLR<br>FERGUS FALLS, MN 56537 | 08-13152 | 1142 | $2,310.00 |
| 5 | CANON FINANCIAL SERVICES<br>HOWARD N. SOBEL, P.A.<br>507 KRESSON ROAD, PO BOX 1525<br>VOORHEES, NJ 08043 | 08-13198 | 931 | $94,710.28 | Duplicate of claim 4946 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN CLIFFORD KATZ & EVAN SALAN<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10018 | 08-13198 | 4946 | $94,710.28 |
| 6 | CANON FINANCIAL SERVICES, INC.<br>HOWARD N. SOBEL, P.A.<br>507 KRESSON ROAD, PO BOX 1525<br>VOORHEES, NJ 08043 | 08-13240 | 497 | $5,509.69 | Duplicate of claim 4947 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN CLIFFORD KATZ & EVAN SALAN<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10018 | 08-13240 | 4947 | $5,509.69 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 7 | CANON FINANCIAL SERVICES, INC.<br>HOWARD N. SOBEL, P.A.<br>507 KRESSON ROAD, PO BOX 1525<br>VOORHEES, NJ 08043 | 08-13223 | 498 | $120,940.76 | Duplicate of claim 4945 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN CLIFFORD KATZ & EVAN SALAN<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10018 | 08-13223 | 4945 | $120,940.76 |
| 8 | CLEAR CHANNEL RADIO-ORLANDO<br>2500 MAITLAND CENTER PARKWAY<br>SUITE 401<br>MAITLAND, FL 32751 | 08-13198 | 269 | $5,000.00 | Duplicate of claim 310 | CLEAR CHANNEL RADIO - ORLANDO<br>2500 MAITLAND CENTER PARKWAY<br>SUITE 401<br>MAITLAND, FL 32751 | 08-13198 | 310 | $5,000.00 |
| 9 | CONVERGENT COMMUNICATIONS CONSULTANTS<br>PMB 273, 15 PARADISE PLAZA<br>SARASOTA, FL 34239 | 08-13241 | 1298 | $505.12 | Duplicate of claim 202 | CONVERGENT COMMUNICATIONS CONSULTANTS, INC.<br>1696 PINE HARRIER CIRCLE<br>SARASOTA, FL 34231 | 08-13241 | 202 | $505.12 |
| 10 | CONVERGENT COMMUNICATIONS CONSULTANTS, INC.<br>1696 PINE HARRIER CIRCLE<br>ATTN: FRANK GRAHAM<br>SARASOTA, FL 34231 | 08-13241 | 1152 | $505.12 | Duplicate of claim 202 | CONVERGENT COMMUNICATIONS CONSULTANTS, INC.<br>1696 PINE HARRIER CIRCLE<br>SARASOTA, FL 34231 | 08-13241 | 202 | $505.12 |
| 11 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 08-13223 | 97 | $44,824.93 * | Duplicate of claim 29 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 08-13223 | 29 | $44,824.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 12 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 08-13223 | 61 | $44,824.93 * | Duplicate of claim 29 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 08-13223 | 29 | $44,824.93 |
| 13 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13145 | 3086 | $6,369.80 * | Duplicate of claim 2814 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13145 | 2814 | $6,369.80 |
| 14 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13208 | 3089 | $24,846.64 * | Duplicate of claim 2818 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13208 | 2818 | $24,846.64 |
| 15 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13225 | 3091 | $833.72 * | Duplicate of claim 2820 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13225 | 2820 | $833.72 |
| 16 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13253 | 3093 | $625.30 | Duplicate of claim 2813 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13253 | 2813 | $625.30 |
| 17 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13172 | 3087 | $624.28 * | Duplicate of claim 2816 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13172 | 2816 | $624.28 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 18 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13252 | 3092 | $1,617.32 * | Duplicate of claim 2821 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13252 | 2821 | $1,617.32 * |
| 19 | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST PORTLAND, OR 97239 | No Debtor Asserted | 1222 | $55,309.50 | Duplicate of claim 731 | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST PORTLAND, OR 97239 | 08-13222 | 731 | $55,309.50 |
| 20 | GINKGO LEAF PRODUCTIONS, INC. 3941 MAIN ROAD TIVERTON, RI 02878 | No Debtor Asserted | 2704 | $1,300,000.00 | Duplicate of claim 2703 | GINKGO LEAF PRODUCTION INC 3941 MAIN ROAD TIVERTON, RI 02878 | 08-13223 | 2703 | $1,300,000.00 |
| 21 | GLAVIN SECURITY SPECIALISTS 1010 W JACKSON BLVD CHICAGO, IL 60607 | 08-13141 | 1478 | $1,141.63 | Duplicate of claim 1477 | GLAVIN SECURITY HARDWARE SPECIALIST 1010 W JACKSON BLVD CHICAGO, IL 60607 | 08-13141 | 1477 | $1,141.63 |
| 22 | GRIFFENS SATELLITE SERVICE 1423 STATE ROUTE 28N MINERVA, NY 12851 | 08-13236 | 2136 | $5,000.00 | Duplicate of claim 2135 | GRIFFEN'S SATELLITE SERVICE ERIC E. GRIFFEN 1423 STATE ROUTE 28N MINERVA, NY 12857 | 08-13236 | 2135 | $5,000.00 |
| 23 | HARRIS COUNTY, ET AL JOHN P. DILLMAN C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 08-13141 | 311 | $35,200.63 * | Duplicate of claim 292 | HARRIS COUNTY, ET AL JOHN P. DILLMAN C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 08-13141 | 292 | $35,200.63 * |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

### DUPLICATE CLAIMS TO BE EXPUNGED

| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|
| 24 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13187 | 98 | $71.01 * | Duplicate of claim 28 |
| 25 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13141 | 2262 | $35,200.63 * | Duplicate of claim 1706 |
| 26 | HARTFORD COUNTY, MARYLAND<br>DEPARTMENT OF LAW<br>220 S. MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | 08-13173 | 747 | $9,441.96 * | Duplicate of claim 830 |
| 27 | HIGH SPEED SOLUTIONS LLC<br>175 DRENNEN RD STE 175<br>ORLANDO, FL 32806 | 08-13198 | 3376 | $1,750.33 | Duplicate of claim 709 |
| 28 | HOSLER, KAREN A<br>12 CONSTITUTION AVE<br>ANNAPOLIS, MD 21401 | 08-13209 | 2280 | $12,477.71 | Duplicate of claim 2281 |
| 29 | HUECKEL, JILL<br>C/O ANGIULI, KATKIN, & GENTILE, LLP<br>60 BAY STREET, PENTHOUSE<br>STATEN ISLAND, NY 10301 | 08-13238 | 192 | $1,000,000.00 | Duplicate of claim 76 |

### REMAINING CLAIMS

| Name | Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13187 | 28 | $71.01 |
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13141 | 1706 | $35,200.63 |
| HARTFORD COUNTY, MARYLAND<br>DEPARTMENT OF LAW<br>220 S MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | 08-13173 | 830 | $9,441.96 |
| HIGH SPEED SOLUTIONS, LLC<br>175 DRENNEN RD<br>ORLANDO, FL 32806 | 08-13198 | 709 | $1,750.33 |
| HOSLER, KAREN A<br>12 CONSTITUTION AVE<br>ANNAPOLIS, MD 21401 | 08-13209 | 2281 | $12,477.89 |
| HUECKEL, JILL<br>C/O ANGIULI, KATKIN, & GENTILE, LLP<br>60 BAY STREET, PENTHOUSE<br>STATEN ISLAND, NY 10301 | 08-13238 | 76 | $1,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 30 | IBM DAKSH BUSINESS PROCESS SERVICES PVT LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR DLF CYBER PARK, DLF PHASE 2, SECTOR 25A GURGAON, HARYANA, 122002 INDIA | 08-13240 | 3618 | $222,177.80 | Duplicate of claim 3699 | IBM DAKSH BUSINESS PROCESS SERVICES PVT LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR DLF CYBER PARK, DLF PHASE 2, SECTOR 25A GURGAON, HARYANA, 122002 INDIA | 08-13240 | 3699 | $222,177.80 |
| 31 | INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 08-13165 | 3299 | $31,553.54 | Duplicate of claim 2815 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13165 | 2815 | $31,553.54 |
| 32 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13251 | 5033 | $20,978.29 | Duplicate of claim 4995 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13251 | 4995 | $20,978.29 |
| 33 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 5029 | $9,792.90 | Duplicate of claim 4991 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 4991 | $9,792.90 |
| 34 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13252 | 5031 | $26,519.56 | Duplicate of claim 4993 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13252 | 4993 | $26,519.56 |
| 35 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13241 | 5032 | $18,603.72 | Duplicate of claim 4994 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13241 | 4994 | $18,603.72 |
| 36 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 5030 | $129.60 | Duplicate of claim 4992 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 4992 | $129.60 |
| 37 | JOHNSON MECHANICAL PO BOX 404 ELK GROVE, CA 95759 | 08-13149 | 1128 | $1,045.00 | Duplicate of claim 513 | JOHNSON MECHANICAL CONTRACTORS 9833 KENT ST. ELK GROVE, CA 95624 | 08-13149 | 513 | $1,045.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 38 | KABLE FULFILLMENT SERVICES, INC.<br>C/O JULIE HOAK<br>16 S. WESLEY AVE.<br>MOUNT MORRIS, IL 61054 | 08-13156 | 767 | $51,875.10 | Duplicate of claim 518 | KABLE FULFILLMENT SERVICES, INC.<br>C/O JULIE HOAK<br>16 S. WESLEY AVE.<br>MOUNT MORRIS, IL 61054 | 08-13156 | 518 | $51,875.10 |
| 39 | L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 08-13141 | 768 | $16,292.31 | Duplicate of claim 693 | L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 08-13141 | 693 | $16,292.31 |
| 40 | LAW OFFICES OF GERALD S. SACK, LLC<br>GERALD S. SACK<br>836 FARMINGTON AVE.<br>SUITE 109<br>WEST HARTFORD, CT 06119 | 08-13141 | 1091 | $8,541.01 | Duplicate of claim 994 | LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | 08-13141 | 994 | $8,541.01 |
| 41 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 08-13141 | 670 | $443.63 | Duplicate of claim 669 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 08-13141 | 669 | $443.63 |
| 42 | MEDIASTATS INC.<br>68 WELLINGTON STREET EAST<br>ATTN: LEGAL COUNSEL<br>AURORA, ON L4G 1H8 | 08-13236 | 2745 | $16,373.60 | Duplicate of claim 2742 | MEDIASTATS INC<br>68 WELLINGTON STREET EAST<br>AURORA, ON L4G 1H8 | 08-13236 | 2742 | $16,373.60 |
| 43 | MILES, DANIEL<br>45 EASY STREET<br>RINGGOLD, GA 30736 | 08-13152 | 1390 | $8,511.75 | Claim 2146 expunged, original Debtor schedule record 152044870 is reinstated | MILES, DANIELL<br>45 EASY STREET<br>RINGGOLD, GA 30736 | 08-13152 | 152044870 | $8,511.75 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 44 | MILES, DANIEL L. 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 248 | $8,511.75 | Claim 2146 expunged, original Debtor schedule record 152044870 is reinstated | MILES, DANIELL 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 152044870 | $8,511.75 |
| 45 | MILES, DANIELL 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 2146 | $8,511.75 | Claim 2146 expunged, original Debtor schedule record 152044870 is reinstated | MILES, DANIELL 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 152044870 | $8,511.75 |
| 46 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY, SUITE 708 NEW YORK, NY 10036 | 08-13254 | 4448 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY SUITE NO.708 NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |
| 47 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY, SUITE 708 NEW YORK, NY 10036 | 08-13254 | 4447 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY SUITE NO.708 NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |
| 48 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY, SUITE 708 NEW YORK, NY 10036 | 08-13254 | 4446 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY SUITE NO.708 NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |
| 49 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY, SUITE 708 NEW YORK, NY 10036 | 08-13254 | 4445 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK 1501 BROADWAY SUITE NO.708 NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 50 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | 08-13141 | 2628 | $557.51 | Duplicate of claim 2249 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | 08-13141 | 2249 | $557.51 |
| 51 | PAMCO LABEL CO., INC.<br>2200 S. WOLF ROAD<br>DES PLAINES, IL 60018 | No Debtor Asserted | 290 | $6,056.52 | Duplicate of claim 51 | PAMCO LABEL CO., INC.<br>2200 S. WOLF ROAD<br>DES PLAINES, IL 60018 | 08-13227 | 51 | $6,056.52 |
| 52 | PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3502 | $249,484.73 | Duplicate of claim 3500 | PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3500 | $249,484.73 |
| 53 | PRICE, ERIC K<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3501 | $249,484.73 | Duplicate of claim 3500 | PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3500 | $249,484.73 |
| 54 | QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | 08-13184 | 989 | $2,762.58 | Duplicate of claim 981 | QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | 08-13184 | 981 | $2,762.58 |
| 55 | RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | 08-13141 | 527 | $46,964.18 | Duplicate of claim 439 | RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | 08-13141 | 439 | $46,964.12 |
| 56 | SHAW, JACQUELINE<br>105 BROOKSIDE DRIVE<br>SAN ANSELMO, CA 94960 | 08-13183 | 2812 | $51,821.45 | Duplicate of claim 1045 | SHAW, JACQUELINE<br>105 BROOKSIDE DRIVE<br>SAN ANSELMO, CA 94960 | 08-13183 | 1045 | $51,821.45 |
| 57 | STROBE TECH<br>PO BOX 31594<br>CLARKSVILLE, TN 37040 | 08-13241 | 3127 | $7,160.00 | Duplicate of claim 230 | STROBE TECH, LLC<br>ATTN: IRENE L. PORTILLO<br>PO BOX 31594<br>CLARKSVILLE, TN 37040 | 08-13241 | 230 | $7,160.00 |
| 58 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 400 | $23,811.52 | Duplicate of claim 330 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 330 | $23,811.52 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

### DUPLICATE CLAIMS TO BE EXPUNGED | REMAINING CLAIMS

| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 59 | TW TELECOM INC. 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 08-13141 | 832 | $25,127.41 | Duplicate of claim 745 | TW TELECOM INC. 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 08-13141 | 745 | $25,127.41 |
| 60 | WHITMORE, DONALD E 6032 LAKEVILLE ROAD ORLANDO, FL 32818 | 08-13198 | 1440 | $3,778.84 | Duplicate of claim 2237 | WHITMORE, DONALD E 6032 LAKEVILLE ROAD ORLANDO, FL 32818 | 08-13198 | 2237 | $3,778.86 |
| | | | Total | $4,264,560.61 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.