# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 20.60 | $10,609.00 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | 3.80 | $1,634.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 4.30 | 623.50 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 4.40 | $550.00 |
| Grand Total: | | | 33.10 | $13,416.50 |
| Blended Rate: | | | | $405.33 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $501.76 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 13.60 | $6,218.33 |
| Insurance Counseling – 00005 | 12.10 | $5,334.50 |
| Marsh – 60008 | 1.80 | $693.00 |
| Fee Applications – 00009 | 5.60 | $1,392.90 |
| **TOTAL:** | **33.10** | **$13,416.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1903960
Invoice Date: September 22, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through August 31, 2009

|     |                                          | Current Fees | Current Costs | Total for Matter |
|-----|------------------------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror<br>503842.00004    | $6,213.00    | $5.33         | $6,218.33        |
| RE: | Insurance Counseling<br>503842.00005     | $5,334.50    | $0.00         | $5,334.50        |
| RE: | Marsh<br>503842.00008                    | $693.00      | $0.00         | $693.00          |
| RE: | Fee Applications<br>503842.00009         | $1,176.00    | $216.90       | $1,392.90        |
|     | **Current Invoice Total:**               | **$13,416.50** | **$222.23** | **$13,638.73**   |

**REMITTANCE COPY**

Please Remit To:
 Mail To:
 Reed Smith LLP
 2672 Paysphere Circle
 Chicago, IL 60674

 Wire Instructions:
 Bank of America N.A.
 Chicago, IL
 ABA Number: 071000505
 Swift Code: BOFAUS3N
 Account #5201742490
 (Please Reference Invoice No. 1903960)

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/04/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 08/06/09 | TPL | Telephone call with referee and opposing counsel regarding mediation. | 1.00 |
| 08/06/09 | JDS | Telephone conference with Referee Bailey, T. Law and opposing counsel (J. Hyle and P. Rothbardt) regarding possible claim resolution mediation and related issues (1.0); telephone conference with client advising regarding results of telephone conference with Referee (.3); analyzed letter from Referee (.1) and email from J. Hyle (.1). | 1.50 |
| 08/12/09 | SS | Reviewed and catalogued pleading files. | 0.30 |
| 08/12/09 | JDS | Analyzed and exchanged emails with Referee Bailey and Liquidator's counsel J. Hyle regarding proposed settlement mediation. | 0.50 |
| 08/17/09 | JDS | Met with client regarding upcoming mediation with Reliance in Liquidation regarding LPT claims (2.0); analyzed issues related to same (.8); followed up with local counsel T. Law regarding same (.2); followed up regarding Liquidator's request for information regarding third-party settlement in connection with mediation of LPT claims (.3). | 3.30 |
| 08/18/09 | JDS | Analyzed issues related to settlement mediation session with Reliance in Liquidation (.9); analyzed and worked on obtaining execution of letter agreement regarding confidentiality in connection with mediation (.3). | 1.20 |
| 08/19/09 | JDS | Communications with opposing counsel and Referee regarding confidentiality agreement related to mediation (.5); exchanged emails with opposing counsel and Referee regarding mediation scheduling and logistics (.2); analyzed issues related to mediation (.5). | 1.20 |
| 08/20/09 | JDS | Prepared email to client regarding issues related to upcoming mediation with Reliance in Liquidation concerning LPT claims. | 0.40 |
| 08/21/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 08/24/09 | JDS | Prepared emails to client regarding upcoming mediation with Reliance in Liquidation. | 0.30 |
| 08/26/09 | TPL | Worked on mediation strategy and preparation. | 2.80 |
| 08/27/09 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 08/27/09 | JDS | Telephone conference with client regarding upcoming mediation with Reliance in Liquidation. | 0.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/31/09 | JDS | Telephone conference with client regarding issues related to upcoming mediation. | 0.10 |

TOTAL FEES:         $6,213.00

## CURRENT DISBURSEMENTS

| 08/31/2009 | Courier Service - Outside | 5.33 |
|------------|---------------------------|------|
| | Total Disbursements | 5.33 |
| | Fees & Disbursements | $6,218.33 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 8.60 | 515.00 | 4,429.00 |
| TPL | T.P. Law | 3.80 | 430.00 | 1,634.00 |
| SS | S. Somoza | 1.20 | 125.00 | 150.00 |
| | | 13.60 | | 6,213.00 |

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/03/09 | JDS | Analyzed communications regarding motion for filing in bankruptcy court regarding insurer payment of defense costs regarding underlying suit (.2); worked on issues related to insurance clauses in asset sale agreement (.5). | 0.70 |
| 08/05/09 | JDS | Analyzed draft letter to insurer regarding third-party suit (.9); telephone conference with client and defense counsel regarding same (.3); telephone conference with transaction counsel regarding insurance-related provisions of asset sale agreement (.3). | 1.50 |
| 08/06/09 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 08/06/09 | JDS | Analyzed and exchanged emails regarding insurance-related provisions of asset sale agreement (.2); telephone conference with transaction counsel, client regarding same (.3); telephone conference with defense counsel regarding communication to insurer regarding third-party suit (.3); telephone conference with bankruptcy counsel regarding draft motion to bankruptcy court regarding insurer payment of defense costs regarding third-party suit (.2). | 1.20 |
| 08/07/09 | JDS | Telephone conference with client regarding insurance-related provisions of asset sale agreement (.2); telephone conference with transaction counsel regarding same (.2); analyzed and exchanged emails with transaction counsel regarding same (.5). | 0.90 |
| 08/10/09 | JDS | Analyzed email from insurer counsel regarding defense payment motion to be filed with bankruptcy court. | 0.20 |
| 08/11/09 | JDS | Prepared email to bankruptcy counsel regarding motion regarding insurer payment of defense costs regarding third party suit. | 0.30 |
| 08/12/09 | JDS | Analyzed email from bankruptcy counsel regarding motion concerning insurer payment of defense costs regarding third party suit. | 0.20 |
| 08/13/09 | JDS | Analyzed emails regarding issues related to insurance provisions of asset sale agreement (.1); analyzed email from insurer counsel regarding motion concerning insurer payment of defense costs regarding third party suit (.1). | 0.20 |
| 08/17/09 | SS | Reviewed and catalogued case correspondence. | 0.70 |
| 08/17/09 | JDS | Analyzed filing with Bankruptcy Court regarding insurer payment of defense costs regarding third-party suit. | 0.20 |
| 08/18/09 | JDS | Analyzed and provided comment on proposed insurance policy endorsement. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/19/09 | JDS | Communications with client regarding insurance policy endorsements (.3); analyzed and exchanged emails with insurance broker regarding same (.3). | 0.60 |
| 08/20/09 | JDS | Analyzed issues involving insurance-related provisions of transaction agreement (.5); analyzed and exchanged emails with client regarding same (.9). | 1.40 |
| 08/21/09 | SS | Reviewed and catalogued case correspondence files to numerous sub folders. | 0.60 |
| 08/21/09 | JDS | Analyzed and exchanged emails regarding insurance-related provisions of agreement related to asset sale. | 0.20 |
| 08/25/09 | JDS | Analyzed correspondence from insurer regarding coverage with respect to third-party suit. | 0.30 |
| 08/26/09 | JDS | Analyzed and provided comment on notice letter to insurers regarding third-party suit. | 0.30 |
| 08/27/09 | SS | Reviewed and catalogued case correspondence file, prepared new sub folders and revised sub folder indexed. | 0.60 |
| 08/27/09 | JDS | Analyzed issues related to claims reporting under policies (.3); analyzed issues related to possible claim against insurer for non-payment of defense costs regarding third-party suit (.2); analyzed and exchanged emails regarding insurer denial of coverage regarding third-party suit (.3). | 0.80 |
| 08/28/09 | JDS | Telephone conference with client regarding notice provisions of liability policy (.3); telephone conference with client regarding possible "additional insured" claim regarding third-party suit (.2); communications with client regarding insurer response letter regarding coverage for third-party suit (.1). | 0.60 |

TOTAL FEES:                $5,334.50


Fees & Disbursements        $5,334.50


**Fee Summary: Insurance Counseling**

| Init | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| JDS | J.D. Shugrue | 9.80 | 515.00 | 5,047.00 |
| SS | S. Somoza | 2.30 | 125.00 | 287.50 |
| | | 12.10 | | 5,334.50 |

**RE:  Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/03/09 | JDS | Analyzed email from Marsh counsel and forwarded same to client with comment. | 0.20 |
| 08/06/09 | JDS | Telephone conference with Marsh counsel regarding issues related to agreement. | 0.30 |
| 08/19/09 | JDS | Followed up regarding issues concerning performance under agreement. | 0.20 |
| 08/20/09 | JDS | Analyzed email from counsel for Marsh regarding performance under agreement (.2); telephone conference with client regarding same (.1). | 0.30 |
| 08/21/09 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 08/27/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 08/31/09 | JDS | Telephone conference with client regarding issues related to agreement. | 0.20 |

TOTAL FEES:            $693.00

Fees & Disbursements    $693.00

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.20 | 515.00 | 618.00 |
| SS | S. Somoza | 0.60 | 125.00 | 75.00 |
| | | 1.80 | | 693.00 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/03/09 | LL | E-mail correspondence J. Shugrue regarding RS's 5th Monthly Fee Application (.1); reviewed and revised same (.4); additional revisions to same (.4); e-file and perfect service of same (.8). | 1.70 | 246.50 |
| 08/03/09 | JDS | Worked on fee application. | 0.20 | 103.00 |
| 08/13/09 | LL | Drafted RS's 6th Monthly Fee Application for July 2009. | 0.30 | 43.50 |
| 08/18/09 | JDS | Worked on fee applications. | 0.20 | 103.00 |
| 08/20/09 | LL | Revisions to RS's 6th Monthly Fee Application (.8); e-mail correspondence regarding same (.1). | 0.90 | 130.50 |
| 08/20/09 | JDS | Worked on fee applications. | 0.60 | 309.00 |
| 08/24/09 | LL | Revisions and proofreading RS's 6th Monthly Fee Application (.8); e-mail correspondence regarding same (.1). | 0.90 | 130.50 |
| 08/24/09 | SS | Worked on fee application filings. | 0.30 | 37.50 |
| 08/25/09 | LL | E-file and perfect service RS's 6th Monthly Fee Application (.3); e-mail correspondence to examiner regarding same (.1); drafted CNO regarding same (.1). | 0.50 | 72.50 |

TOTAL FEES:        $1,176.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 05/29/2009 | Outside Duplicating Bankruptcy Mailouts/ | 21.00 |
| 06/29/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/ | 125.55 |
| 06/30/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/ | 20.35 |
| 08/31/2009 | Courier Service - Outside | 50.00 |

Total Disbursements    216.90

Fees & Disbursements    $1,392.90

RE:      Fee Applications
         (503842.00009)

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.00 | 515.00 | 515.00 |
| SS | S. Somoza | 0.30 | 125.00 | 37.50 |
| LL | L. Lankford Totals | 4.30 5.60 | 145.00 | 623.50 1176.00 |
|  |  | 5.61 |  | 1,176.00 |

# **ReedSmith**

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1903960
Invoice Date: September 22, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through August 31, 2009

|     |                                       | Current Fees | Current Costs | Total for Matter |
|-----|---------------------------------------|-------------|---------------|------------------|
| RE: | Reliance/Times Mirror<br>503842.00004 | $6,213.00   | $5.33         | $6,218.33        |
| RE: | Insurance Counseling<br>503842.00005  | $5,334.50   | $0.00         | $5,334.50        |
| RE: | Marsh<br>503842.00008                 | $693.00     | $0.00         | $693.00          |
| RE: | Fee Applications<br>503842.00009      | $1,176.00   | $216.90       | $1,392.90        |
|     | **Current Invoice Total:**            | **$13,416.50** | **$222.23**   | **$13,638.73**   |

**INVOICE IS PAYABLE UPON RECEIPT**