# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $166.90 |
| Courier Service – Outside | Parcels, Inc. | $55.33 |
| TOTAL | | $222.23 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/31/09 | JDS | Telephone conference with client regarding issues related to upcoming mediation. | 0.10 |

|  |  |
|---|---|
| TOTAL FEES: | $6,213.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2009 | Courier Service - Outside | 5.33 |
| | Total Disbursements | 5.33 |
| | Fees & Disbursements | $6,218.33 |

### Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 8.60 | 515.00 | 4,429.00 |
| TPL | T.P. Law | 3.80 | 430.00 | 1,634.00 |
| SS | S. Somoza | 1.20 | 125.00 | 150.00 |
| | | 13.60 | | 6,213.00 |

**RE:  Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/03/09 | LL | E-mail correspondence J. Shugrue regarding RS's 5th Monthly Fee Application (.1); reviewed and revised same (.4); additional revisions to same (.4); e-file and perfect service of same (.8). | 1.70 | 246.50 |
| 08/03/09 | JDS | Worked on fee application. | 0.20 | 103.00 |
| 08/13/09 | LL | Drafted RS's 6th Monthly Fee Application for July 2009. | 0.30 | 43.50 |
| 08/18/09 | JDS | Worked on fee applications. | 0.20 | 103.00 |
| 08/20/09 | LL | Revisions to RS's 6th Monthly Fee Application (.8); e-mail correspondence regarding same (.1). | 0.90 | 130.50 |
| 08/20/09 | JDS | Worked on fee applications. | 0.60 | 309.00 |
| 08/24/09 | LL | Revisions and proofreading RS's 6th Monthly Fee Application (.8); e-mail correspondence regarding same (.1). | 0.90 | 130.50 |
| 08/24/09 | SS | Worked on fee application filings. | 0.30 | 37.50 |
| 08/25/09 | LL | E-file and perfect service RS's 6th Monthly Fee Application (.3); e-mail correspondence to examiner regarding same (.1); drafted CNO regarding same (.1). | 0.50 | 72.50 |
| | | TOTAL FEES: | | $1,176.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 05/29/2009 | Outside Duplicating Bankruptcy Mailouts/ | 21.00 |
| 06/29/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/ | 125.55 |
| 06/30/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/ | 20.35 |
| 08/31/2009 | Courier Service - Outside | 50.00 |
| | Total Disbursements | 216.90 |
| | Fees & Disbursements | $1,392.90 |