# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 2265** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 6, 2009 AT 1:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED

## CONTINUED MATTERS

1.    Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments to the original Notice of Agenda appear in bold print.**

Objection Deadline:  March 5, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

Responses Received:

      (a)     Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

      (b)     Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

Status:     On consent of the parties, this matter is adjourned to the November 18, 2009 hearing.  This matter will not going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS

2.     Debtors' First Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed September 4, 2009) (Docket No. 2092)

Related Document(s):

      (a)     Certification of No Objection Regarding Debtors' First Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed October 1, 2009) (Docket No. 2258)

      **(b)**     **Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered October 2, 2009) (Docket No. 2269)**

Objection Deadline:  September 29, 2009 at 4:00 p.m.

Responses Received: None.

**Status:**     **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

3.      Debtors' Second Omnibus Objection (Non-Substantive) to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 (Filed September 4, 2009) (Docket No. 2093)

        Related Document(s):

                (a)     Certification of No Objection Regarding Debtors' Second Omnibus
                        Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 (Filed October 1, 2009) (Docket No. 2259)

                **(b)   Order Sustaining Debtors' Second Omnibus Objection (Non-
                        Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy
                        Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1
                        (Entered October 2, 2009) (Docket No. 2270)**

        Objection Deadline:  September 29, 2009 at 4:00 p.m.

        Responses Received: None.

        **Status:       The Court entered an Order sustaining the Objection.  This matter
                        will not be going forward.**

4.      Debtors' Third Omnibus Objection (Non-Substantive) to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 (Filed September 4, 2009) (Docket No. 2094)

        Related Document(s):

                (a)     Certification of No Objection Regarding Debtors' Third Omnibus
                        Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 (Filed October 1, 2009) (Docket No. 2260)

                **(b)   Order Sustaining Debtors' Third Omnibus Objection (Non-
                        Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy
                        Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1
                        (Entered October 2, 2009) (Docket No. 2272)**

        Objection Deadline:  September 29, 2009 at 4:00 p.m.

        Responses Received: None.

        **Status:       The Court entered an Order sustaining the Objection.  This matter
                        will not be going forward.**

3

5.    Debtors' Fourth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 (Filed September 4, 2009) (Docket No. 2095)

      Related Document(s):

          (a)    Notice of Withdrawal of Objection to Claim No. 688, Without Prejudice
                 (Filed October 2, 2009) (Docket No. 2263)

          (b)    Certification of Counsel Regarding Debtors' Fourth Omnibus Objection
                 (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy
                 Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed
                 October 2, 2009) (Docket No. 2264)

          (c)    **Order Sustaining Debtors' Third Omnibus Objection (Non-
                 Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy
                 Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1
                 (Entered October 2, 2009) (Docket No. 2271)**

      Objection Deadline:  September 29, 2009 at 4:00 p.m.

      Responses Received:

          (a)    Kevin Millen's Motion to Objection of Debtors (Filed September 15,
                 2009) (Docket No. 2118)

          (b)    United States Internal Revenue Service's Response to Debtors' Fourth
                 Omnibus Objection to Claims (Filed September 15, 2009) (Docket No.
                 2119)

          (c)    Daniel L. Miles' Objection to Debtors' Fourth Omnibus Objection (Non-
                 Substantive) to Claims (Filed September 24, 2009) (Docket No. 2214)

      Status:      **The Court entered an Order sustaining the Objection. This matter
                   will not be going forward.**

6.    Motion of Debtor Tribune NM, Inc. for an Order Pursuant to Section 363 of the
      Bankruptcy Code Authorizing the Sale of Certain Real Property Located in Hicksville,
      New York to Steel Tribune, LLC (Filed September 4, 2009) (Docket No. 2096)

      Related Document(s):

          (a)    Certification of No Objection Regarding Motion of Debtor Tribune NM,
                 Inc. for an Order Pursuant to Section 363 of the Bankruptcy Code
                 Authorizing the Sale of Certain Real Property Located in Hicksville, New
                 York to Steel Tribune, LLC (Filed October 1, 2009) (Docket No. 2261)

4

(b)    **Order Pursuant to Section 363 of the Bankruptcy Code Authorizing Tribune NM, Inc. to Sell Certain Real Property Located in Hicksville, New York to Steel Tribune, LLC (Entered October 2, 2009) (Docket No. 2268)**

Objection Deadline:  September 29, 2009 at 4:00 p.m.

Responses Received: None.

**Status:**    **The Court entered an Order granting the Motion.  This matter will not be going forward.**

Dated:  October 2, 2009

> SIDLEY AUSTIN LLP
> Bryan Krakauer
> James F. Conlan
> Janet E. Henderson
> Kevin T. Lantry
> Kenneth P. Kansa
> One South Dearborn Street
> Chicago, IL  60603
> Telephone:  (312) 853-7000
>
> -and-
>
> COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
>
> By: _____
> Norman L. Pernick (No. 2290)
> J. Kate Stickles (No. 2917)
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE  19801
> Telephone:  (302) 652-3131
> Facsimile:  (302) 652-3117
>
> ATTORNEYS FOR DEBTORS
> AND DEBTORS IN POSSESSION

5

46429/0001-5970841v2