# ATTACHMENT

California Jurat With Affiant Statement

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____   _____
Signature of Document Signer No. 1           Signature of Document Signer No. 2 (if any)

State of California
County of _LOS ANGELES_

Subscribed and sworn to (or affirmed) before me on this
_1ST_ day of _OCTOBER_, 20_09_, by
  Date         Month                Year
(1) _FARHAD NOVIAN_,
              Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

~~(and~~

~~(2)~~ _____,
              Name of Signer

~~proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)~~

Signature _/s/ Nagi Basta_
              Signature of Notary Public

**NAGI BASTA**
Commission # 1818856
Notary Public - California
Ventura County
My Comm. Expires Oct 21, 2012

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL_
Document Date: _SEPTEMBER 24, 2009_  Number of Pages: _FOUR (4)_

Signer(s) Other Than Named Above: _NONE_

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827