B26 (Official Form 26) (06/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## SUPPLEMENTAL 1

## PERIODIC REPORT OF DEBTORS PURSUANT TO

## BANKRUPTCY RULE 2015.3

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network, Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

B26 (Official Form 26) (06/09) - Cont

This is the Bankruptcy Rule 2015.3 report as of June 30, 2009 (the "Periodic Report") on the value, operations and profitability of certain non-debtor entities in which one or more Debtors directly holds between a 20% and a 50% interest (the "Non Majority Interest Entities"), as required by Bankruptcy Rule 2015.3. The estates of Tribune Company, Los Angeles Times Communications LLC, Chicago Tribune Company, Eagle New Media Investments, LLC, and Tribune Media Net, Inc., hold an interest in the following Non Majority Interest Entities:

| Name of Entity | Interest of the Estate | Income Statement, Balance Sheet, Cash Flow, and Equity Roll Forward Attached |
|---|---|---|
| CIPS Marketing Group, Inc. | 50.0% | ✓ |
| Los Angeles Times - Washington Post News Service, Inc. | 50.0% | ✓ |
| Legacy.com, Inc. | 42.0% | ✓ |
| McClatchy/Tribune News Service | 50.0% | ✓ |
| Metromix LLC | 50.0% | ✓ |
| quadrantONE LLC | 25.0% | ✓ |
| TKG Internet Holdings II LLC | 42.5% | ✓ |
| Zetabid Holdings LLC | 50.0% | ✓ |

This Periodic Report contains a combined and condensed financial report (the "Combined Report") of the operations and profitability of the Non Majority Interest Entities. In accordance with generally accepted accounting principles ("GAAP"), the Debtors report their pro rata share of the Non Majority Interest Entities' net income or loss in their financial statements as "income/(loss) on equity investments". This is consistent in both the Debtors' prepetition publicly-filed financial statements and in their post-petition monthly operating reports. To the extent any of these entities determine that it is appropriate to dividend any excess cash to their investors, that cash would be remitted to the Debtor or Debtors in accordance with their respective ownership interest. This supplemental Rule 2015.3 Report is intended to provide further disclosure regarding the Debtors' interests in the Non Majority Interest Entities in a manner that fulfills the purpose of Rule 2015.3 and thus satisfies the Rule 2015.3 reporting requirements as to these entities.

The undersigned, having reviewed the above listing of Non Majority Interest Entities, which are directly held by the estates of Tribune Company, Los Angeles Times Communications LLC, Chicago Tribune Company, Eagle New Media Investments, LLC, and Tribune Media Net, Inc., and being familiar with the Debtors' financial affairs, verified under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (06/09) - Cont

Date: **October 1**, 2009

_____
Chandler Bigelow III

_____

Senior Vice President & Chief Financial Officer

B26 (Official Form 26) (06/09) - Cont

## General Notes

*Condensed Statements* – The combined and condensed financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

The Debtors are providing balance sheets, income statements, cash flow statements, and statements of shareholders equity on a combined and condensed basis for the Non Majority Interest Entities.

The unaudited combined and condensed financial statements presented in this report have been derived from the books and records of the Non Majority Interest Entities. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position, and cash flows of the Non Majority Interest Entities in the future.

*Intercompany Transactions* – To the extent there are any, receivables and payables between the Non Majority Interest Entities and Debtors and/or among Non Majority Interest Entities have not been eliminated. No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein.

*Valuation* – The valuation information provided in Exhibit A herein is based on the book value of the Non Majority Interest Entities (book value of assets less book value of liabilities). The Debtors do not maintain fair market value or other basis of valuation for these entities.

B26 (Official Form 26) (06/09) - Cont

# Exhibit A

## Valuation Estimate for Non Majority Interest Entities

| Entity | Interest of the Estate [1] | Net Book Value [2] |
|---|---|---|
| Combined Basis | n/a | $20,951 |

**Notes:**

1. See chart on page 2 for a listing of each of the Non Majority Interest Entities, and the Debtors' interest therein.
2. The basis for the valuation of the Non Majority Interest Entities is the net book value calculated as total assets less total liabilities as of June 30, 2009.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1**
**Combined Condensed Balance Sheets for Non Majority Interest Entities**
**As of December 31, 2008 and June 30, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Combined Non Majority Interest Entities | |
|---|---|---|
|  | Dec. 31, 2008 | June 30, 2009 |
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 11,680 | $ 8,499 |
| Accounts receivable, net | 7,502 | 9,798 |
| Inventories | 91 | 99 |
| Prepaid expenses and other | 475 | 917 |
| Total current assets | 19,748 | 19,313 |
| **Property, plant and equipment, net** | 2,560 | 2,186 |
| **Other Assets** | | |
| Goodwill and other intangible assets, net | 11,401 | 10,782 |
| Due from related parties | 4,824 | 3,867 |
| Other | 365 | 418 |
| **Total Assets** | $ 38,898 | $ 36,566 |
| **Liabilities and Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts payable, accrued expenses, and other | $ 14,057 | $ 13,025 |
| Debt | 250 | 400 |
| Total current liabilities | 14,307 | 13,425 |
| Due to related party | - | 1,600 |
| Other obligations | 581 | 590 |
| **Total Liabilities** | 14,888 | 15,615 |
| **Shareholders' Equity** | 24,010 | 20,951 |
| **Total Liabilities and Shareholders' Equity** | $ 38,898 | $ 36,566 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

# Exhibit B-2
## Combined Condensed Statements of Operations for Non Majority Interest Entities
## Year Ended December 31, 2008 and Six Month Period Ending June 30, 2009 [1]
### Unaudited
### (Dollars in Thousands)

|  | Combined Non Majority Interest Entities | |
|---|---|---|
|  | Dec. 31, 2007 through Dec. 31, 2008 | Jan. 1, 2009 through June 30, 2009 |
| Total Revenue | $ 51,945 | $ 26,050 |
| Operating Expenses |  |  |
| Cost of sales | 21,828 | 5,935 |
| Selling, general and administrative | 49,697 | 22,226 |
| Depreciation and amortization | 1,514 | 986 |
| Total operating expenses | 73,039 | 29,148 |
| Operating Loss | (21,094) | (3,097) |
| Interest income (expense), net | 435 | (3) |
| Non-operating loss, net | (1,928) | (1,502) |
| Loss Before Income Taxes | (22,587) | (4,603) |
| Income Taxes | (1,041) | (458) |
| Net Loss | $ (23,628) | $ (5,061) |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

## Exhibit B-3
## Combined Condensed Statements of Cash Flows for Non Majority Interest Entities
## Six Month Period Ending June 30, 2009 [1]
## Unaudited
## (Dollars in Thousands)

|  | Jan. 1, 2009 through June 30, 2009 |
|---|---:|
| Beginning Cash | $ 11,680 |
| **Operating Activities** |  |
| Net Loss | (5,061) |
| Depreciation and amortization | 986 |
| Decrease / (increase) in accounts receivables | (2,296) |
| Increase / (decrease) in current liabilities | (1,032) |
| Increase / (decrease) in other obligations | 9 |
| Decrease / (increase) in inventories | (8) |
| Decrease / (increase) in other assets | 1,082 |
| Net Cash Flow from Operating Activities | (6,319) |
| **Investing Activities** |  |
| Capital expenditures | (612) |
| Net Cash Flow from Investing Activities | (612) |
| **Financing Activities** |  |
| Capital contributions | 2,000 |
| Borrowings from related party | 1,600 |
| Increase in short-term debt | 150 |
| Net Cash Flow from Financing Activities | 3,750 |
| Net Cash Flow | (3,181) |
| Ending Cash | $ 8,499 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4**
**Combined Condensed Statements of Changes in Shareholders' Equity (Deficit)**
**for Non Majority Interest Entities**
**Six Month Period Ending June 30, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Combined Non Majority Interest Entities |
|---|---|
| Shareholders' Equity at Dec. 31, 2008 | $ 24,010 |
| Net Loss | (5,061) |
| Capital contributions [2] | 2,000 |
| Shareholders' Equity at June 30, 2009 | $ 20,951 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.
2. Debtor's proportionate share of Capital Contributions at June 30, 2009 was $500,000.

B26 (Official Form 26) (06/09) - Cont

## Exhibit C
### Description of Operations for Non Majority Interest Entities

| Legal Entity | Operating Description | Parent Company |
| --- | --- | --- |
| CIPS Marketing Group, Inc. | Pre-print advertising distribution service in Los Angeles | Los Angeles Times Communications LLC |
| Los Angeles Times - Washington Post News Service, Inc. | News wire service | Tribune Company |
| Legacy.com, Inc. | Online obituaries | Tribune Company |
| McClatchy/Tribune News Service | News wire service | Tribune Company |
| Metromix LLC | National network of local entertainment (movies, dining, music, bars, etc.) websites | Tribune Company, Tribune Interactive, Inc., and Chicago Tribune Company |
| quadrantONE LLC | Online advertising network | Tribune Company |
| TKG Internet Holdings II LLC | Online news and community information | Eagle New Media Investments, LLC, and Tribune Media Net, Inc. |
| Zetabid Holdings LLC | Auctions of foreclosed homes | Los Angeles Times Communications LLC |