# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss.: |
| COUNTY OF COOK | ) | |

Diana McKenzie, being duly sworn, deposes and says:

1.    I am a Partner at Neal, Gerber & Eisenberg LLP (the "Firm"), which

maintains offices at 2 N. LaSalle Street, Suite 1700, Chicago, Illinois 60602-3801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.     This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.     The Firm has represented and advised Debtors as legal counsel with respect to information technology-related transactions. Debtors have requested, and the Firm has agreed, to continue to provide such services to Debtors on a postpetition basis during the course of these chapter 11 cases.

4.     The Firm's current customary rates, subject to change from time to time, range from $180 to $620 per hour. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.     In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified that following entities are clients of the Firm in matters unrelated to the information technology-related legal work that the Firm performs for the Debtors:

AEGON USA INVESTMENT MANAGEMENT, LLC
DUKE REALTY COMPANY
DUNKIN DONUTS MIDWEST DISTRIBUTION CENTER, INC.
FIRST INTERSTATE BANK

GE HEALTHCARE IT
LINKLATERS LLP
SOCIETE GENERALE
OAKTREE CAPITAL MANAGEMENT, LLC
PEPSICO BEVERAGES & FOODS
THOMAS & KNIGHT
TWEETER HOME ENTERTAINMENT GROUP
VALASSIS COMMUNICATIONS, INC.
YUM BRANDS and its subsidiary, PIZZA HUT INC.
AT&T
AT&T INC.
BANK OF AMERICA
BARCLAYS CAPITAL
BLACKSTONE REAL ESTATE PARTNERS V, LLC
CAREERBUILDER.COM
CHICAGO TRIBUNE COMPANY
CINGULAR WIRELESS/AT&T MOBILITY
CIRILOS, INC. (dba McDonalds)
CITADEL INVESTMENT GROUP, LLC
CITIBANK
CITIBANK, F.S.B.
CITIGROUP CORPORATE
CITIGROUP GLOBAL MARKETS (fka Smith Barney, Inc. and fka Salomon
Smith Barney)
CLASSIFIED VENTURES, LLC
CREDIT SUISSE FIRST BOSTON & HSBC BANK USA
CSFB / HOLT, LLC (fka Holt Value Associate LP)
DOMINO'S PIZZA LLC
EGI PROPERTIES, L.L.C.
EQUITY GROUP INVESTMENTS, INC.
FORD MOTOR COMPANY (FMC)
JP MORGAN CHASE BANK, N.A.
LEGACY.COM, INC.
LEHMAN BROTHERS, INC.
MCDONALD'S CORPORATION
MCI NETWORK SERVICES, INC. (nka Verizon)
MERRILL LYNCH & CO., INC.
METROPOLITAN LIFE INSURANCE COMPANY
MORGAN STANLEY
NAVIGANT CONSULTING, INC.
NEUBERGER BERMAN LLC
NIELSEN MEDIA RESEARCH, INC.
OAKTREE CAPITAL MANAGEMENT, LLC
SERENGETI ASSET MANAGEMENT LP
TALON ASSET MANAGEMENT
U.S. BANK NATIONAL ASSOCIATION

UBS GLOBAL MANAGEMENT (*Americas), INC.
UBS O'CONNOR, LLC
UBS PAINEWEBBER, INC.
UBS REALTY INVESTORS LLC
WELLS FARGO ADVISORS fka WACHOVIA SECURITIES
ZELL, SAMUEL

6.    Neither I nor any principal or partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8.    Neither I nor any principal or partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.    The Debtors owe the Firm $20,918.93 for prepetition services. The Firm is not waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10.    The Firm currently does not hold a retainer from the Debtors for this matter.

11.    As of the Petition Date, the Firm was not party to a services agreement with the Debtors.

12.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 5_, 2009

_Affiant_

Sworn to and subscribed before me
this _5th_ day of _Oct._ 2009

Notary Public

OFFICIAL SEAL
LYNETTE VANDEVENTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-15-2012

NGEDOCS: 1639563.3

5

CH1 4540756v.1