# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 8/3/2009 | Tribune Company | Osmar, Allison | 2 | 370 | Start social media analysis for client meeting. |
| 8/4/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Meet Digital team on client meeting re: social media. |
| 8/4/2009 | Tribune Company | Osmar, Allison | 3.5 | 647.5 | Complete social media analysis for client meeting. |
| 8/6/2009 | Tribune Company | Zilka, Jeffrey R. | 2.5 | 1750 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/6/2009 | Tribune Company | Gomes, Philip M | 2.25 | 978.75 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/6/2009 | Tribune Company | Wiley, Michael T | 2 | 870 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/6/2009 | Tribune Company | Osmar, Allison | 2 | 370 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/12/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | 175 | Follow-up with Michael Wiley re: social media project. |
| 8/14/2009 | Tribune Company | Dillard, John Robert | 1 | 435 | Review breaking news clips, contact J Zilka - |
| 8/18/2009 | Tribune Company | Zilka, Jeffrey R. | 1.25 | 875 | Discuss social media research project with Terry Holt. |
| 8/18/2009 | Tribune Company | Osmar, Allison | 0.5 | 92.5 | Structure social media project for Mark Fulara. |
| 8/18/2009 | Tribune Company | Fulara, Mark R. | 3 | 525 | Complete social media research project. |
| 8/19/2009 | Tribune Company | Dillard, John Robert | 1 | 435 | Comment on Q&A's re: team transaction. |
| 8/19/2009 | Tribune Company | Zilka, Jeffrey R. | 2.25 | 1575 | Review media to date, develop Q&A's re: team transaction. |
| 8/19/2009 | Tribune Company | Fulara, Mark R. | 1.25 | 218.75 | Complete address additional question re: social media research project. |
| 8/20/2009 | Tribune Company | Dillard, John Robert | 1 | 435 | Provide additional comments on Q&A and media strategy. |
| 8/20/2009 | Tribune Company | Zilka, Jeffrey R. | 3.25 | 2275 | Re-read past clips, write potential plan of reorg questions, edits from john 1.75 meet with Gary at Tribune to discuss state of play and next steps, travel 1.5 total: 3.25 |
| 8/24/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Amend potential filing questions. .25 Prepare fee July fee application .25 |
| 8/26/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | See late WSJ article on subordinated note holders suit; write Gary and Terry |
| 8/27/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Talk with Gary about subordinated note holders suit; read clips |
| 8/28/2009 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Review clips, bondholders' discovery request .5 Discuss with Gary .5 |
| | | **August 1-31, 2009** | **32** | **$14,127.50** | |