# EXHIBIT 1

## Tribune Seventh Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| FurseLaw<br>1025 Ashland Avenue<br>Wilmette, IL 60091<br>Contact: Mark Furse<br>Email: markfurse@furselaw.com | Environmental Law | $15,000 |
| Law Offices of Jonathan Kim<br>2008 W. Potomac, Unit A<br>Chicago, IL 60622<br>Contact: Jonathan Kim<br>Email: Jonkim2008@gmail.com | Contract counsel for Tribune Company and Tribune Media Services | $10,000 |
| Plews Shadley Racher & Braun LLP<br>1346 N. Delaware Street<br>Indianapolis, IN 46202<br>Contact: Peter Racher<br>Email: pracher@psrb.com | Local Litigation counsel for WXIN-TV | $5,000 |
| Thompson Coburn Fagel Haber<br>55 E. Monroe Street, 37th Floor<br>Chicago, IL 60603<br>Contact: Michael Parks<br>Email: mparks@tcfhlaw.com<br>Phone: 312-346-7500 | Patent Litigation counsel for Tribune | $35,000 |