**<u>EXHIBIT A</u>**

LAW OFFICES

## JENNER & BLOCK LLP

330 N, WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                                    SEPTEMBER 30, 2009
435 N. MICHIGAN AVENUE, SUITE 600                      INVOICE # 9146300
CHICAGO, IL  60611
ATTN: DONALD J. LIEBENTRITT

**CUETO**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009                                          $ 312.50

DISBURSEMENTS                                                       0.00
                                                          _____

                            TOTAL INVOICE                       $ 312.50

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE, SUITE 600
CHICAGO, IL  60611                                         INVOICE # 9146300
ATTN: DONALD J. LIEBENTRITT

SEPTEMBER 30, 2009

CLIENT NUMBER -      45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009

CUETO                                              MATTER NUMBER -    10024

| 8/06/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed filing by Cueto. | 187.50 |
| 8/11/09 | DLB | .20 | { L120 } {A107} Telephone conferences with court and other counsel re scheduling of hearings. | 125.00 |
|  |  | 0.50 | PROFESSIONAL SERVICES | 312.50 |

**INVOICE TOTAL**                              **$  312.50**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DEBBIE L. BERMAN | | 0.50 | 625.00 | 312.50 |
| | TOTAL | 0.50 | | 312.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N, WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY                                    SEPTEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                              INVOICE # 9146341
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009                                           $5,089.00

DISBURSEMENTS                                                         0.00

                                        TOTAL INVOICE            $5,089.00

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                         INVOICE # 9146341
ATTN: DONALD J. LIEBENTRITT

SEPTEMBER 30, 2009

CLIENT NUMBER -      45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009

DOL SUBPOENA                                         MATTER NUMBER -      10148

| | | | | |
|---|---|---|---|---|
| 8/03/09 | DAS | .10 | { L210 } {A105} Contacted D. Bradford re issues related to DOL response and preparation of same. | 52.50 |
| 8/04/09 | DJB | .10 | { L190 } {A106} Telephone conference with client. | 87.50 |
| 8/04/09 | DAS | .90 | { L210 } {A105} Discussed with D. Bradford open issues related to DOL response and follow-up questions from DOL. | 472.50 |
| 8/05/09 | DAS | .80 | { L210 } {A103} Drafted response to DOL re questions posed on July 29. | 420.00 |
| 8/05/09 | DAS | .30 | { L210 } {A105} Telephone conference with A. Amert re response to DOL. | 157.50 |
| 8/08/09 | DAS | .20 | { L210 } {A105} Reviewed communications from D. Liebentritt re response to DOL questions and communicated with A. Amert re same. | 105.00 |
| 8/09/09 | WLS | .50 | { L190 } {A105} Advised on response to DOL. | 400.00 |
| 8/10/09 | DAS | .80 | { L210 } {A103} Edited draft response to DOL re additional questions raised. | 420.00 |
| 8/10/09 | DAS | .40 | { L210 } {A105} Discussed draft response to DOL with A. Amert and D. Bradford. | 210.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 8/13/09 | DAS | 2.00 | { L210 } {A103} Edited draft response to DOL re follow-up questions. | 1,050.00 |
|---|---|---|---|---|
| 8/13/09 | DAS | .40 | { L210 } {A106} Communicated with D. Liebentritt re response to DOL. | 210.00 |
| 8/13/09 | DAS | .30 | { L210 } {A105} Coordinated preparation of materials to DOL. | 157.50 |
| 8/13/09 | EJR | .70 | { L140 } {A100} Obtained and prepared additional documents for production to Department of Labor per D. Sondgeroth (.5); electronically prepared documents to be loaded into Concordance database to expedite attorney review (.2). | 161.00 |
| 8/13/09 | ATG | .30 | { L140 } {A110} Loaded data volume into Concordance database "Client Document - Review." | 82.50 |
| 8/14/09 | DAS | .20 | { L210 } {A108} Sent response to DOL follow-up questions to A. Romanacce. | 105.00 |
| 8/14/09 | DAS | .40 | { L120 } {A105} Communicated with D. Bradford re edits to response to DOL. | 210.00 |
| 8/14/09 | DAS | .80 | { L210 } {A103} Edited draft response to DOL. | 420.00 |
| 8/14/09 | EJR | 1.60 | { L140 } {A100} Updated internal searchable databases of case materials (.5); organized electronic communications between DOL and counsel (.7); processed and archived digital material and productions to expedite attorney review and retrieval (.4). | 368.00 |
| | | 10.80 | PROFESSIONAL SERVICES | 5,089.00 |

**INVOICE TOTAL**                                      **$ 5,089.00**

                    Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|------|------|------|------|
| DAVID J. BRADFORD | | 0.10 | 875.00 | 87.50 |
| WILLIAM L. SCOGLAND | | 0.50 | 800.00 | 400.00 |
| DOUGLAS A. SONDGEROTH | | 7.60 | 525.00 | 3,990.00 |
| APPLIED TECHNOLOGY GROUP | | 0.30 | 275.00 | 82.50 |
| EILEEN J. ROBERTSON | | 2.30 | 230.00 | 529.00 |
| | TOTAL | 10.80 | | 5,089.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N, WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                        SEPTEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                              INVOICE # 9146343
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009                                                          $2,440.00

DISBURSEMENTS                                                                              2.70

                                                      TOTAL INVOICE          $2,442.70

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                INVOICE # 9146343
ATTN: DONALD J. LIEBENTRITT

SEPTEMBER 30, 2009

CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009

FEE APPLICATION                                      MATTER NUMBER -     10164

| | | | | |
|---|---|---|---|---|
| 8/19/09 | LSR | .80 | { L210 } {A103} Drafted July fee application. | 260.00 |
| 8/20/09 | LSR | 1.80 | { L210 } {A103} Continued drafting July fee application. | 585.00 |
| 8/24/09 | MHM | .30 | { L210 } {A104} Reviewed current invoices for preparation of monthly fee statement. | 81.00 |
| 8/24/09 | LSR | .40 | { L210 } {A103} Drafted July fee application. | 130.00 |
| 8/25/09 | MHM | 2.10 | { L210 } {A104} Reviewed invoices, prepared summaries and revised monthly fee statement. | 567.00 |
| 8/26/09 | LSR | .80 | { L210 } {A103} Edited July fee application. | 260.00 |
| 8/28/09 | MHM | 1.10 | { L210 } {A103} Prepared and proofread exhibits for monthly fee statement. | 297.00 |
| 8/28/09 | LSR | .80 | { L210 } {A104} Edited July fee application. | 260.00 |
| | | 8.10 | PROFESSIONAL SERVICES | 2,440.00 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 8/03/09 | Network Printing | 2.25 |
| 8/28/09 | Network Printing | .45 |
| | TOTAL DISBURSEMENTS | 2.70 |

**INVOICE TOTAL**                    **$ 2,442.70**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| LANDON S. RAIFORD | | 4.60 | 325.00 | 1,495.00 |
| MICHAEL H. MATLOCK | | 3.50 | 270.00 | 945.00 |
| | TOTAL | 8.10 | | 2,440.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                          SEPTEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                    INVOICE # 9146345
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2009 | $24,855.00 |
| DISBURSEMENTS | 244.52 |
| TOTAL INVOICE | $25,099.52 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9146345
ATTN: DONALD J. LIEBENTRITT

SEPTEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009

MORGAN STANLEY SWAP                          MATTER NUMBER -    10180

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 8/02/09 | WAT | 1.00 | { L110 } {A104} Reviewed and analyzed documents, correspondence and case law, and prepared talking points memo for upcoming meeting with Morgan Stanley. | 475.00 |
| 8/03/09 | SEB | 1.50 | { L190 } {A105} Conferred with P. Bull and M. Groble re ███████████ (.4); revised talking points outline ███████████ (1.1). | 487.50 |
| 8/04/09 | DJB | .10 | { L190 } {A106} Telephone conference with client. | 87.50 |
| 8/04/09 | WAT | .30 | { L110 } {A103} Worked on talking points memo for upcoming meeting with Morgan Stanley. | 142.50 |
| 8/04/09 | SEB | 2.90 | { L190 } {A103} Analyzed and revised ███████ | 942.50 |
| 8/08/09 | DJB | 1.00 | { L190 } {A104} Reviewed talking points for August 10 conference call. | 875.00 |
| 8/08/09 | MZH | 1.50 | { L120 } {A104} Analyzed ███████████ as per D. Bradford e-mails (.7); drafted e-mils to D. Bradford re same (.8). | 1,087.50 |
| 8/09/09 | DJB | .50 | { L190 } {A101} Prepared for settlement meeting. | 437.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES

Page 2

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 8/09/09 | MZH | .70 | { L120 } {A104} Reviewed D. Bradford e-mails re ████████████ and drafted responses to same. | 507.50 |
|---|---|---|---|---|
| 8/10/09 | DJB | 1.00 | { L190 } {A101} Prepared for settlement meeting. | 875.00 |
| 8/10/09 | DJB | 1.00 | { L190 } {A107} Engaged in settlement discussions and followed up re same. | 875.00 |
| 8/10/09 | WAT | 2.90 | { L110 } {A101} Prepared for and participated in telephone conference with client and Morgan Stanley (2); prepared follow-up correspondence to conference (.9). | 1,377.50 |
| 8/10/09 | MZH | 2.50 | { L120 } {A107} Prepared for telephone conference with MS re ████ (.9); telephone call with L. Zubinski re ████ (.2); reviewed J. Rhoden e-mail re same and drafted e-mail to D. Bradford re same (.3); participated in telephone call with D. Bradford, S. Biller and W. Thomson and client re ████████ (.4); telephone conference with Jenner, Cleary, MS and Tribune re ████████████ (.5); telephone conference with Jenner and Tribune re ████████ (.2). | 1,812.50 |
| 8/10/09 | SEB | 1.90 | { L190 } {A107} Participated in conference call with Tribune to discuss ████████████ (.5); participated in conference call with Morgan Stanley re ████ (.5); ████████ (.6); conferred with W. Thomson re ████████████s (.3). | 617.50 |
| 8/11/09 | DJB | .50 | { L190 } {A106} Various e-mails re ████████ ████ | 437.50 |
| 8/11/09 | WAT | .30 | { L110 } {A101} Prepared correspondence to Morgan Stanley. | 142.50 |
| 8/19/09 | WAT | .20 | { L110 } {A104} Reviewed ████████████ | 95.00 |
| 8/19/09 | WAT | .20 | { L110 } {A105} Discussed ████████████ | 95.00 |
| 8/19/09 | MZH | 2.10 | { L120 } {A104} Reviewed ████████ (.9); drafted e-mail to client re same (.4); analysis of ████████████ (.8). | 1,522.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 8/19/09 | SEB | 1.00 | { L190 } {A105} Conferred with M. Hankin and W. Thomson re ███████████████████ (.2); ███████ (.8). | 325.00 |
|---|---|---|---|---|
| 8/20/09 | WAT | .10 | { L110 } {A104} Reviewed s███████████████ | 47.50 |
| 8/20/09 | WAT | .10 | { L110 } {A105} Discussed ████████████ | 47.50 |
| 8/20/09 | SEB | .80 | { L190 } {A104} Analyzed ███████████ (.6); conferred with M. Groble re ████ (.1); conferred with M. Hankin re ███████ (.1). | 260.00 |
| 8/22/09 | MZH | 1.10 | { L120 } {A104} Analyzed ████████████ t and drafted e-mail re same to S. Biller (.7); reviewed S. Biller ████████ and commented on same (.4). | 797.50 |
| 8/22/09 | SEB | 3.40 | { L190 } {A104} ████████████████ (2.6); conferred with M. Hankin re ███████ ; (.1) revised memorandum on ████████ (.7). | 1,105.00 |
| 8/23/09 | WAT | .40 | { L110 } {A104} Reviewed ████████████ | 190.00 |
| 8/23/09 | WAT | 2.00 | { L110 } {A102} Conducted legal research and worked on ████████████████ . | 950.00 |
| 8/23/09 | MZH | .90 | { L120 } {A104} Reviewed S. Biller memorandum re ████████████ | 652.50 |
| 8/23/09 | SEB | 3.00 | { L190 } {A103} Revised ████████████ (1.1); analyzed and researched ████████████ (1.9). | 975.00 |
| 8/24/09 | MZH | .90 | { L120 } {A104} Reviewed S. Biller e-mails re ████████████ and replied (.4); reviewed and drafted e-mails to S. Biller re ████████████ (.5). | 652.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 8/24/09 | SEB | 6.20 | { L190 } {A105} Conferred with Accounting Department re ████ (.2); prepared final version of memorandum re ████ (4.0); wrote email memorandum to M. Hankin re ████ (1.0); replied to M. Hankin inquiries re ████ (.4); conducted follow-up research on ████ (.6). | 2,015.00 |
| 8/26/09 | MZH | 2.90 | { L120 } {A103} Revised memorandum to J. Rodden and others re ████ and distributed same. | 2,102.50 |
| 8/26/09 | SEB | .90 | { L190 } {A104} Reviewed ████ (.3); proofread memorandum to Tribune re ████ (.2); conferred with M. Hankin re ████ (.1); conducted spot research re ████ (.3). | 292.50 |
| 8/27/09 | WAT | .90 | { L110 } {A101} Prepared for and participated in teleconference with client re ████. | 427.50 |
| 8/27/09 | MZH | 1.10 | { L120 } {A101} Prepared for conference call with S. Biller, W. Thomson, J. Rodden et al, re response to ████ (.5); participated in conference call with S. Biller, W. Thomson and J. Rodden et al, re same (.5); drafted e-mail to D. Bradford re same (.1). | 797.50 |
| 8/27/09 | SEB | 1.00 | { L190 } {A107} Participated in client call to discuss ████ (.5); conducted follow-up spot research on ████ (.2); conducted follow-up spot research re 2████ (.3). | 325.00 |
| | | 48.80 | PROFESSIONAL SERVICES | 24,855.00 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 5

## DISBURSEMENTS

| 8/03/09 | Network Printing | 2.16 |
|---|---|---|
| 8/04/09 | Network Printing | 5.40 |
| 8/05/09 | Network Printing | .27 |
| 8/10/09 | Network Printing | .54 |
| 8/20/09 | Network Printing | 2.16 |
| 8/23/09 | Network Printing | 5.40 |
| 8/24/09 | Network Printing | .99 |
| 8/26/09 | Network Printing | 1.80 |
| 8/27/09 | Network Printing | 2.61 |
| 8/31/09 | Westlaw Research | 223.19 |
| | TOTAL DISBURSEMENTS | 244.52 |

## INVOICE TOTAL                    $ 25,099.52

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 4.10 | 875.00 | 3,587.50 |
| MARC B. HANKIN | 13.70 | 725.00 | 9,932.50 |
| WADE A. THOMSON | 8.40 | 475.00 | 3,990.00 |
| SOFIA E. BILLER | 22.60 | 325.00 | 7,345.00 |
| TOTAL | 48.80 | | 24,855.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**<u>EXHIBIT B</u>**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Network Printing | 24.03 |
| Westlaw Research | 223.19 |
| **Total** | **247.22** |