# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025158 |
| Invoice Date: | 06/30/2009 |

## Remittance Copy
### Billing for services rendered through 05/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 11,068.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 11,068.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025158 |
| Invoice Date: | 06/30/2009 |

---

## Client Copy
### Billing for services rendered through 05/31/2009

---

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 11,068.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 11,068.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/30/2009

Invoice: 2025158
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/06/09 | A. Gordon | 0.80 | Review BCBS agreement regarding audit provisions and discuss same with R. DeBoer. |
| 05/07/09 | A. Gordon | 0.30 | Review emails from V.Parks from BCBS regarding claims audit. |
| 05/15/09 | A. Gordon | 2.00 | Conference call with R. Deboer regarding United Healthcare Agreement. |
| 05/18/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding excess plan (.10), research regarding participant right to information about composition of plan fiduciary (.20). |
| 05/18/09 | B. Tiemann | 2.00 | Research whether the names of the individuals on the committee deciding benefit claims must be released to a medical plan participant who requests such information (1.50); conference with P. Compernolle regarding same (.50). |
| 05/20/09 | A. Gordon | 0.50 | Review UHC ASO agreement for 5/21 conference call. |
| 05/21/09 | P. Compernolle | 0.80 | Review Times Mirror excess plan (.60); email to K. Dansart regarding same (.20). |
| 05/21/09 | A. Gordon | 3.80 | Conference call with S. O'Connor and R. DeBoer to prepare for UHC call (1.50); conference call with UHC regarding UHL ASO agreement (2.30). |
| 05/26/09 | P. Compernolle | 0.80 | Telephone conference with K. Dansart on life insurance issues (.20); conference with AGordon on same (.20); begin review of documents regarding same (.40). |
| 05/26/09 | A. Gordon | 3.30 | Discuss life insurance coverage with P. Compernolle (.20); conference call regarding United with S. O'Connor and R. DeBoer (.50); review life insurance documents (2.60). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2025158
Invoice Date:  06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/27/09 | A. Gordon | 0.80 | Review and revise Unimerica agreement (.40); conference call with S. O'Connor regarding life insurance (.40). |
| 05/28/09 | A. Gordon | 1.50 | Review and revise the Unimerica Life Insurance contract. |
| 05/29/09 | A. Gordon | 2.00 | Finalize review of life insurance contract with Unimerica (1.70); draft e-mail to P. Compernolle regarding same (.30). |

| | **Total Hours** | **18.90** | **Total For Services** | **$11,068.50** |
|---|---|---|---|---|
| | | | **Total This Invoice** | **$11,068.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025158

06/30/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|-------------|-------|------|-------------------------|----------|-------|
| 0041   Welfare Plans | 18.90 | 11,068.50 | 0.00 | 0.00 | 11,068.50 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025157 |
| Invoice Date: | 06/30/2009 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2009

---

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 7,936.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,936.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025157 |
| Invoice Date: | 06/30/2009 |

## Client Copy
**Billing for services rendered through 05/31/2009**

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 7,936.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,936.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/30/2009

Invoice: 2025157
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042          Non-Qualified Plans
                      Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/01/09 | P. Compernolle | 2.50 | Begin drafting restatement of Times Mirror excess plan. |
| 05/04/09 | P. Compernolle | 1.50 | Review emails on Times Mirror excess plan (.20); telephone conference with M. Bourgon regarding same (.20); emails to K. Dansart regarding same (.10); review and revise draft of plan restatement (1.0). |
| 05/05/09 | P. Compernolle | 2.50 | Review Ball claim for benefits (.80), review TM pension and excess plan (.80), email to M. Bourgon and others regarding same (.10); review and revise excess plan for compliance with 409A (.80). |
| 05/07/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding Bell claim for benefits. |
| 05/15/09 | P. Compernolle | 2.50 | Review and revise restatement of Times Mirror excess plan (1.0); review and inventory remaining deferred compensation plan (1.0); summarize same (.50). |
| 05/22/09 | P. Compernolle | 1.00 | Email to K. Dansart, S. O'Connor regarding excess plan and other deferred compensation plans. |
| 05/26/09 | P. Compernolle | 0.50 | Review emails regarding Sue Bell claim for TM excess plan benefits (.30); email to M. Bourgon regarding same (.20). |
| 05/27/09 | P. Compernolle | 0.30 | Telephone conference with M. Bourgon regarding Bell claim for excess plan benefits. |

|  | **Total Hours** | **11.10** |  | **Total For Services** | **$7,936.50** |
|--|--|--|--|--|--|
|  |  |  |  | **Total This Invoice** | **$7,936.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025157

06/30/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0042  Non-Qualified Plans | 11.10 | 7,936.50 | 0.00 | 0.00 | 7,936.50 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025156 |
| Invoice Date: | 06/30/2009 |

## Remittance Copy
### Billing for services rendered through 05/31/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---:|
| Total Services | $ 11,204.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 11,204.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025156 |
| Invoice Date: | 06/30/2009 |

## Client Copy
### Billing for services rendered through 05/31/2009

0047 ESOP
Client/Reference Number: 0000001574

Total Services                                                                    $ 11,204.50

Total Costs and Other Charges Posted Through Billing Period                0.00

**Total This Invoice**                                                        **$ 11,204.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

06/30/2009

Invoice: 2025156
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/04/09 | W. Merten | 0.30 | Discussion with P. Compernolle regarding response to client which may include Section 409(p) analysis (.20). Continue analysis of same (.10). |
| 05/07/09 | P. Compernolle | 0.80 | Review IRS audit issues (.30), email to M. Melgarejo regarding plan allocations (.10); telephone conference with B. Maxter regarding same (.40). |
| 05/07/09 | W. Merten | 0.40 | Review email from P. Compernolle regarding allocations and attachments and  related analysis (.20).  Telephone conversation with P. Compernolle regarding same (.20). |
| 05/08/09 | P. Compernolle | 1.00 | Research regarding Section 415 and delay in allocations (.70); email to M. Bourgon regarding same (.30). |
| 05/14/09 | P. Compernolle | 0.50 | Review response to IRS audit request (.20); telephone conference with M. Melgarejo regarding same (.20). |
| 05/14/09 | W. Merten | 0.20 | Review email from D. Liebentritt regarding response to IRS (.10).  Review information regarding same and talk to P. Compernolle (.10). |
| 05/15/09 | W. Merten | 0.20 | Review P. Compernolle's email to M. Melgarejo and his response to D. Liebentritt regarding section 415; review follow-up email from M. Melgarejo; send follow-up email to D. Liebentritt regarding same. |
| 05/18/09 | P. Compernolle | 2.50 | Telephone conference with M. Melgarejo regarding Form 56 (.70), research regarding IRS request for Form 56 (.8); telephone conference with B. Rubin regarding same (.50); prepare for and conference with T. Sykes of tax group for additional information regarding same (.50). |
| 05/18/09 | W. Merten | 0.10 | Conversation with P. Compernolle regarding IRS audit questions received from Tax Department. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2025156
Invoice Date:  06/30/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/18/09 | T. Sykes | 1.30 | Discussed Form 56 issue with P. Compernolle (.20); reviewed section 6903 and 6036 (.20); prepared for and participated in conference call with M. Melgarejo regarding same (.50); considered next steps and discussed same with P. Compernolle (.20); made research assignment to R. Howell regarding IRM's mention of Form 56 (.20). |
| 05/18/09 | R. Howell | 1.50 | Research the Internal Revenue Manual for references to Form 56. |
| 05/19/09 | P. Compernolle | 3.50 | Review materials regarding IRS request for Form 56 (3.0); telephone conference with M. Melgarejo regarding same (.20); emails to M. Melgarejo and W. Merten regarding same (.30). |
| 05/19/09 | W. Merten | 0.10 | Meet with P. Compernolle regarding form to be filled out in connection with faulty of rough Form 5500 of plan disqualification. |
| 05/19/09 | J. Holdvogt | 1.80 | Research IRS guidance for listed abusive tax programs and other plan errors that cannot be corrected by EPCRS for issues related to Tribune Co. ESOP IRS audit (1.60); confer with P. Compernolle re: IRS guidance related to EPCRS correction program and impact on ESOP audit (.20). |
| 05/19/09 | T. Sykes | 1.50 | Reviewed email from R. Howell regarding form 56 (.10); discussed next steps with P. Compernolle regarding same (.30); considered Form 56 and IRS's possible interests or strategies (.30); retrieved and reviewed IRM provisions and discussed same with P. Compernolle (.80). |
| 05/19/09 | R. Howell | 0.50 | Draft email to T. Sykes regarding guidance in the Internal Revenue Manual on IRS Form 56. |
| 05/20/09 | P. Compernolle | 0.50 | Review Form 56 (.20); emails to M. Melgarado regarding same (.30). |
| 05/20/09 | T. Sykes | 0.30 | Considered email exchanges regarding completion of Form 59. |
| 05/28/09 | P. Compernolle | 0.80 | Telephone conference with M. Melgarejo regarding ESOP audit issues. |

|  | **Total Hours** | **17.80** | **Total For Services** | **$11,204.50** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2025156
Invoice Date:   06/30/2009

**Total This Invoice**        **$11,204.50**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025156

06/30/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0047  ESOP | 17.80 | 11,204.50 | 0.00 | 0.00 | 11,204.50 |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2018477 |
| Invoice Date: | 06/30/2009 |

## Remittance Copy
### Billing for services rendered through 05/31/2009

Total by Matter
    0507 Newsday                                        $ 1,177.71
    Client/Reference Number: 0000001849

Total Services                                                  $ 869.00

Total Costs and Other Charges Posted Through Billing Period          308.71

**Total This Invoice**                                     **$ 1,177.71**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2018477 |
| Invoice Date: | 06/30/2009 |

## Client Copy
### Billing for services rendered through 05/31/2009

Total by Matter
　0507 Newsday　　　　　　　　　　　　　　　$ 1,177.71
　Client/Reference Number: 0000001849

Total Services　　　　　　　　　　　　　　　　　　　　　$ 869.00

Total Costs and Other Charges Posted Through Billing Period　　　　308.71

**Total This Invoice**　　　　　　　　　　　　　　　　　**$ 1,177.71**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/30/2009

Invoice: 2018477
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/05/09 | K. Edwards | 0.30 | Assemble requested Newsday Closing Documents and distribute to Dave Eldersveld. |
| 05/13/09 | D. Fuchs | 1.00 | Prepare formal submission of draft schedules pursuant to Section 5(d) of the Tax Matters Agreement. |
| 05/15/09 | J. Finkelstein | 0.80 | Review built-in gain submission. |

|  | **Total Hours** | **2.10** | **Total For Services** | **$869.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| K. Edwards | 0.30 | 90.00 |
| J. Finkelstein | 0.80 | 464.00 |
| D. Fuchs | 1.00 | 315.00 |
| **Totals** | **2.10** | **$869.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Miscellaneous Disbursements including: VENDOR: IP Research Plus, Inc; INVOICE#: 2951; DATE: 7/28/2008  -  Copyright filing; VENDOR: IP Research Plus, Inc; INVOICE#: 2969; DATE: 8/1/2008  -  Island Publications | 250.00 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2018477
Invoice Date: 06/30/2009

| Description | Amount |
|---|---|
| Telecommunications | 58.71 |
| **Total Costs and Other Charges** | **$308.71** |
| **Total This Invoice** | **$1,177.71** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2049463 |
| Invoice Date: | 06/30/2009 |

## Remittance Copy
### Billing for services rendered through 05/31/2009

Total by Matter
      0515 Chapter 11 Restructuring        $ 168,965.53

Total Services        $ 168,577.50

Total Costs and Other Charges Posted Through Billing Period        388.03

**Total This Invoice**        **$ 168,965.53**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |

Total Outstanding Balance        620,293.00

Total Balance Due        $ 789,258.53

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2049463 |
| Invoice Date: | 06/30/2009 |

## Client Copy
### Billing for services rendered through 05/31/2009

Total by Matter
    0515 Chapter 11 Restructuring             $ 168,965.53

Total Services            $ 168,577.50

Total Costs and Other Charges Posted Through Billing Period      388.03

**Total This Invoice**           **$ 168,965.53**

| Invoice | Date | | |
|---------|------|---|---|
| 1987004 | 04/13/2009 | 71,657.56 | |
| 1987658 | 04/13/2009 | 195,283.30 | |
| 1987660 | 04/13/2009 | 261,588.34 | |
| 1987656 | 04/22/2009 | 45,572.60 | |
| 2006377 | 05/22/2009 | 46,191.20 | |

Total Outstanding Balance           620,293.00

Total Balance Due           $ 789,258.53

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

06/30/2009

Invoice: 2049463
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/01/09 | P. Levine | 3.00 | Conference with M. Wilder (.50) regarding section 382 memorandum; revise section 382 memorandum (2.50). |
| 05/01/09 | T. Shuman | 0.90 | Review section 382 memorandum. |
| 05/01/09 | M. Opper | 0.30 | Briefly review 1.1274-5 memo. |
| 05/01/09 | B. Rubin | 3.40 | Preparation for and conference with co-counsel regarding status of tax research issues relating to emergence structures (1.1); review and comment on cash flow model (1.2); review and edit memo PTP issues (1.1). |
| 05/01/09 | A. Whiteway | 2.90 | Preparation for and conference with co-counsel regarding status of tax research issues relating to emergence structures (1.0); review and edit memo PTP issues (1.2); review and comment on cash flow model (.7). |
| 05/01/09 | J. Finkelstein | 5.50 | Discuss restructuring tax issues with B. Rubin and A. Whiteway and review tax issues memos (4.50); update master LLC structure issues list (.50); review updated cash flow models (.50). |
| 05/01/09 | M. Wilder | 1.70 | Assisted P. Levine in research on 382 and COD issues (1.0); reviewed and commented on memo (.70). |
| 05/04/09 | P. Levine | 3.30 | Draft memorandum regarding section 382 issues (2.80); conference with M. Wilder regarding same (.50). |
| 05/04/09 | G. Ravert | 0.30 | Review docket sheet and check for responses to McDermott fee application (.2); communication with B. Rubin regarding same (.1). |
| 05/04/09 | G. Chan | 0.50 | Discuss section 108(i) memo with J. Finkelstein. |
| 05/04/09 | A. Whiteway | 2.50 | Revise PTP memo (1.3); research reagrding same (1.2). |
| 05/04/09 | J. Finkelstein | 8.00 | Participate in conference call with Davis Polk and Tribune and discuss with P. Shanahan (1.00); research and review tax issues memos (6.00); discuss tax memo |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2049463
Invoice Date: 06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with G. Chan (.50); discuss tax issues with M. Opper (.50). |
| 05/04/09 | M. Wilder | 0.50 | Reviewed and discussed section 382 memo with P. Levine. |
| 05/05/09 | P. Levine | 2.50 | Prepare for and conference with M. Wilder regarding section 382 memorandum (1.40); revise section 382 memorandum (2.10). |
| 05/05/09 | G. Ravert | 0.30 | Telephone call with J. McMahon regarding objection deadline extension (.1); communications with B. Rubin and A. Whiteway regarding same (.1); additional communications with J. McMahon regarding same (.1). |
| 05/05/09 | T. Shuman | 0.80 | Review AHYDO memorandum (.30); discuss same with J. Finkelstein (.50). |
| 05/05/09 | M. Opper | 2.50 | Email with D. Dodds regarding 1.1274-5 memo revisions (.50); consider application of 1.274-5 to Tribune indebtedness (1.50); discuss with J. Finkelstein regarding same (.50). |
| 05/05/09 | G. Chan | 0.50 | Review J. Finkelstein's comments to section 108(i) memo. |
| 05/05/09 | B. Rubin | 5.20 | Review and comment on regarding ability to file consolidated return and possible structural options (1.8); research and analysis regarding same (1.6); correspondence with G. Ravert and counsel for creditor's committee regarding request for extension of objection deadline (.2); review and edit memo regarding section 382 issues (1.2); respond to inquiry regarding outstanding notes and warrants (.4). |
| 05/05/09 | A. Whiteway | 0.80 | Draft memo regarding C corporation issues (.5); correspond with Sidley regarding Plan Term Sheet (.3). |
| 05/05/09 | J. Finkelstein | 7.00 | Review tax issues memos (5.5 hours); discuss tax issues with P. McCurry (.5 hours); discuss tax issues with T. Shuman (.5 hours); review section 108(e)(8) comments (.5 hours). |
| 05/05/09 | D. Dodds | 1.80 | Review revisions to 1.1274-5 memo (.30); email to M. Opper regarding the same (.20); research regarding Treas. Reg. 1.1274-5's applicability to publicly traded debt (1.30). |
| 05/05/09 | M. Wilder | 0.40 | Review and discuss final section 382 memo with P. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2049463
Invoice Date:  06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Levine. |
| 05/06/09 | P. Levine | 1.30 | Prepare for and conference with M. Wilder regarding section 1504(a)(3) memorandum (.50); revise same (.80). |
| 05/06/09 | G. Ravert | 0.10 | Communications with M. Weinstein regarding objection deadline. |
| 05/06/09 | M. Opper | 5.00 | Substantial revision of 99-5 memo (3.3); review related authorities regarding same (1.0); discuss issue with J. Finkelstein (.70). |
| 05/06/09 | P. McCurry | 0.30 | Revise spreadsheet re ownership of warrants and subordinated notes. |
| 05/06/09 | G. Chan | 2.10 | Telephone call with J. Finkelstein and M. Opper regarding Rev. Rul. 99-5 memo (0.2); research section 108(e)(8) at corporate formation (1.3); revise section 108(i) memo (0.6). |
| 05/06/09 | B. Rubin | 0.50 | Conference with co-counsel regarding requests and response to Davis Polk. |
| 05/06/09 | B. Rubin | 2.60 | Review and edit memo regarding advantages and disadvantages of consolidated return compared to single entity LLC structure and analysis regarding same (2.3); conference with co-counsel regarding same (.3) |
| 05/06/09 | A. Whiteway | 0.50 | Conference with co-counsel regarding requests and response to Davis Polk. |
| 05/06/09 | J. Finkelstein | 7.30 | Review tax memos (3.70); discuss same with P. McCurry (.20), G. Chan (.20) and M. Opper (.70); meet with B. Rubin and A. Whiteway regarding IRS and draft slides (2 hours); discuss transaction with D. Polk (.5 hours). |
| 05/06/09 | D. Dodds | 2.80 | Research regarding the applicability of Treas. Reg. 1.1274-5 to publicly traded debt (2.40); emails to M. Opper regarding the same (.40). |
| 05/06/09 | M. Wilder | 1.00 | Discuss 1504(a)(3) and consolidated return vs. single entity memos with B. Rubin and P. Levine (.50); make revisions regarding same (.50). |
| 05/07/09 | P. Levine | 1.50 | Revise section 1504(a)(3) memorandum. |
| 05/07/09 | G. Ravert | 0.50 | Telephone call with J. McMahon regarding comments to fee application and proposed call to discuss same (.3); communications with B. Rubin and A. Whiteway regarding same (.2). |
| 05/07/09 | T. Shuman | 0.20 | Send section 351 authorities to P. Levine. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2049463
Invoice Date:  06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/07/09 | M. Opper | 4.50 | Substantial reuse 99-5 memo (3.0); send memo to G. Chan for further revision (.10); send memo to B. Rubin, A. Whiteway, and J. Finkelstein (.10); make further edits to step transaction memo (.40); discuss step transaction memo points with J. Finkelstein (.40); further edits to step transaction memo (.30); discuss issue with D. Dodds regarding same (.20). |
| 05/07/09 | P. McCurry | 2.70 | Call with J. Finkelstein re Master LLC structure (.70); revise memo re tax consequences of Master LLC structure (2.0). |
| 05/07/09 | G. Chan | 3.20 | Revise section 108(i) memo (2.6); revise facts section of COD memo (0.6). |
| 05/07/09 | B. Rubin | 2.60 | Review and edit memo regarding publicly traded partnership issues (1.4); research and analysis regarding same (1.2). |
| 05/07/09 | J. Finkelstein | 4.50 | Review tax memos (2.5 hours); draft slides regarding same (2 hours). |
| 05/07/09 | D. Dodds | 0.20 | Discuss step transaction memo with M. Opper. |
| 05/07/09 | M. Wilder | 1.00 | Revise consolidated return memo and circulate it to B. Rubin, A. Whiteway, and J. Finkelstein. |
| 05/08/09 | P. Levine | 2.50 | Conference with M. Wilder regarding section 351(e)(2) (.50); revise section 1504(a)(3) memorandum (1.0); review memorandum comparing consolidated v. single entity treatment (1.0). |
| 05/08/09 | G. Ravert | 1.10 | Telephone calls with B. Rubin regarding UST objection (.1); email communications with A. Whiteway regarding same (.2); telephone call with J. McMahon regarding fee objection (.2); draft terms of agreement with J. McMahon (.3); telephone call and email with K. Stickles regarding same (.3). |
| 05/08/09 | M. Opper | 1.30 | Discuss step transaction issue with P. Levine (.30); review COD income memo by G. Chan (.50); review contingent liability memo (.50). |
| 05/08/09 | G. Chan | 5.50 | Review M. Opper's changes and comments to 99-5 memo (0.8); revise 99-5 memo (4.7). |
| 05/08/09 | B. Rubin | 0.50 | Correspondence and conference calls with G. Ravert and A. Whiteway regarding UST objections and response. |
| 05/08/09 | D. Dodds | 0.80 | Discuss step transaction and 1.1274-5 memo with M. |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2049463
Invoice Date: 06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Opper (.50); review relevant authorities (.30). |
| 05/08/09 | M. Wilder | 2.30 | Discuss 1504(a)(3) and consolidated return memos with P. Levine (.50); make revisions regarding same (.80); analyze 351(e)(2) issue with respect to holding company transaction (1.0). |
| 05/11/09 | P. Levine | 1.00 | Revise section 1504(a)(3) memorandum (.50); research section 382 issues (.50). |
| 05/11/09 | T. Shuman | 1.00 | Revise memorandum regarding AHYDO rules. |
| 05/11/09 | M. Opper | 7.50 | Review and edit COD income memo (3.10); research COD income issues relating to bankruptcy matter (1.50) ; discuss step transaction issues with P. Levine and J. Finkelstein (.70); draft and send email to D. Dodds regarding 1.1274-5 memo (.30); further review and revision of COD memo (1.7); send revisions to G. Chan for updating (.20). |
| 05/11/09 | P. McCurry | 2.50 | Revise legal memorandum on Federal income tax consequences of implementing Master LLC structure. |
| 05/11/09 | B. Rubin | 1.20 | Review and finalize memos regarding consolidated return issues. |
| 05/11/09 | J. Finkelstein | 3.50 | Research regarding restructuring. |
| 05/11/09 | D. Dodds | 3.30 | Revise 1274-5 memo (1.10); revise 1362 memo (1.10); revise step-transaction memo (1.10). |
| 05/11/09 | M. Wilder | 0.50 | Final revisions to consolidated return and circulate memo. |
| 05/12/09 | P. Levine | 0.30 | Conference with B. Rubin regarding section 382 issues. |
| 05/12/09 | G. Ravert | 0.30 | Communications with K. Stickles regarding Certificate of No Objection (.1); review and comment on same (2). |
| 05/12/09 | P. McCurry | 1.80 | Revise legal memorandum on Federal income tax consequences of implementation of Master LLC structure. |
| 05/12/09 | G. Chan | 6.20 | Revise 99-5 memo (0.6); review M. Opper's changes and comments to COD memo (0.9); additional research regarding timing of COD realization in bankruptcy (4.7). |
| 05/12/09 | B. Rubin | 2.70 | Review and comment on slide deck relating to tax issues (1.6); review and finalize memos on consolidated return issues and transmit to clients (1.1). |
| 05/12/09 | A. Whiteway | 1.30 | Review memo regarding advantages of consolidated return filing versus LLC filing (.8); review and comment |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2049463
Invoice Date:   06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | on Master LLC 108 slides (.5) |
| 05/12/09 | J. Finkelstein | 4.00 | Discuss status of LLC conversions with B. Rubin and A. Whiteway and review email to P. Shanahan (.5 hours); discuss tax issues related to restructuring with B. Rubin and research tax issues (3.5 hours). |
| 05/12/09 | D. Dodds | 4.50 | Read and review relevant authorities and memos regarding the step transaction doctrine (3.50); revise step transaction doctrine memo (1.0). |
| 05/13/09 | G. Ravert | 0.30 | Communications with B. Rubin and K. Stickles regarding fee order. |
| 05/13/09 | M. Opper | 0.30 | Review 99-5 memo (revised version). |
| 05/13/09 | P. McCurry | 1.90 | Revise memorandum on Federal income tax consequences of implementation of Master LLC structure. |
| 05/13/09 | G. Chan | 0.10 | Email from M. Opper regarding 99-5 memo. |
| 05/13/09 | B. Rubin | 1.40 | Review and edit memo regarding possible successor liability under consolidated return regulations (1.0); research and analysis regarding same (.40). |
| 05/13/09 | A. Whiteway | 0.80 | Review restructuring memorandum (.8). |
| 05/13/09 | J. Finkelstein | 4.00 | Review tax issues memos and research tax issues related to restructuring (3.5 hours); discuss tax issues memo with P. McCurry (.5 hours). |
| 05/14/09 | G. Ravert | 0.10 | Communications with S. Austin about fee issue. |
| 05/14/09 | T. Shuman | 1.30 | Revise memorandum regarding AHYDO rules and send to J. Finkelstein. |
| 05/14/09 | M. Opper | 1.50 | Review and edit contingent liability memo. |
| 05/14/09 | G. Chan | 3.20 | Additional research regarding COD realization timing (1.8); revise COD memo (1.4). |
| 05/14/09 | J. Finkelstein | 1.00 | Review tax issues memos. |
| 05/15/09 | M. Opper | 5.50 | Update and revise contingent liability memo (3.0); discuss COD/attribute memo with G. Chan (.40); continue drafting contingent liability memo (1.60); add additional discussion on gross income allocation (.50). |
| 05/15/09 | G. Chan | 5.90 | Review email from M. Opper regarding COD memo (0.2); discuss COD memo with M. Opper (0.4); additional research regarding COD timing (1.4); revise COD memo (3.9). |
| 05/15/09 | B. Rubin | 3.60 | Prepare meeting materials regarding tax issues (1.2); |

# McDermott
# Will&Emery

Tribune Company

Client:        020336
Invoice:      2049463
Invoice Date:  06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review and analyze entity formation cases (1.0); review and comment on memo regarding AHYDO rules (.8); review and comment on memo regarding tax distributions (.6). |
| 05/15/09 | A. Whiteway | 1.90 | Conference with B. Rubin and J. Finkelstein regarding IRC 108 issues (1.3); review IRS considerations (.2); review and comment on slides regarding tax issues (.4). |
| 05/15/09 | J. Finkelstein | 2.20 | Prepare for and discuss tax issues with B. Rubin and A. Whiteway and revise slides (1.5 hours); discuss tax issues with P. McCurry (.5 hours); discuss tax issues with M. Opper (.2 hours). |
| 05/18/09 | M. Opper | 6.00 | Revise and complete draft of contingent tax liability memo (5.50); send memo to B. Rubin, A. Whiteway, and J. Finkelstein (.20); discuss outstanding legal issue with D. Dodds (.30). |
| 05/18/09 | P. McCurry | 4.30 | Revise memorandum on Master LLC implementation (2.0); prepare for and dicuss with J. Finkelstein regarding the same (1.0); research disguised sales issues (1.30). |
| 05/18/09 | G. Chan | 5.80 | Research timing of basis computation and assets (2.1); revise COD memo (3.7). |
| 05/18/09 | J. Eig | 2.50 | Review of Tribune debt documents in connection with partnership restructuring (1.30); review of related memoranda regarding restructuring matters (0.50); confer with P. McCurry regarding the same (.70). |
| 05/18/09 | B. Rubin | 4.10 | Review and comment on memo regarding contingent liability issue (1.1); research and analysis regarding same (1.0) preparation for and meeting with A. Whiteway regarding IRS position on 108(e)(8) issues (2.0). |
| 05/18/09 | A. Whiteway | 4.20 | Research, review and revise memo regarding Contingent Tax Liabilities (2.2); conference with B. Rubin regarding IRS response to 108(e)(8) issues (2.0). |
| 05/18/09 | J. Finkelstein | 3.00 | Discuss tax issues with B. Katz (1.00); review tax issues memos (2.00). |
| 05/18/09 | D. Dodds | 0.30 | Discuss "contingent liability" memo with M. Opper. |
| 05/19/09 | P. McCurry | 5.80 | Revise memo on Master LLC structure and related research. |
| 05/19/09 | G. Chan | 1.00 | Revise COD memo. |
| 05/19/09 | J. Eig | 2.00 | Review of Tribune debt documents and DIP financing in |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2049463
Invoice Date:  06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | connection with partnership restructuring (1.50); confer with P. McCurry regarding the same (.50). |
| 05/19/09 | B. Rubin | 1.40 | Review and edit memo regarding funding tax liability (1.0); conference call with A. Whiteway and co-counsel regarding ESOP audit issues (.4). |
| 05/19/09 | A. Whiteway | 3.90 | Research, review and revise No Net Value memo (1.0); research, review and revise COD income memo (1.5); telephone conference with co-counsel regarding ESOP audit issues (.4); research PTP issues (1.0). |
| 05/19/09 | J. Finkelstein | 1.50 | Discuss tax issues with P. McCurry (.80); review tax issues memo (.70). |
| 05/19/09 | D. Dodds | 5.00 | Read, review and suggest edits to contingent liability memo (4.70); discuss with M. Opper regarding same (.30). |
| 05/20/09 | M. Opper | 4.30 | Review revised draft of 99-5 memo from G.Chan (1.0); prepare for discuss memo changes with G. Chan (.50); review step transaction memo (1.0); prepare for and discuss legal issue with D. Dodds relating to contingent tax liability memo (.50); prepare for and discuss legal issues with B. Rubin regarding contingent tax liability memo and bankruptcy tax issues (.80); propose changes to D. Dodds regarding step transaction memo organization (.50). |
| 05/20/09 | P. McCurry | 4.50 | Calls with K. Edwards, J. Eig, G. Ravert and J. Finkelstein regarding debt issues in connection with Master LLC proposal (1.50); revise memorandum on Federal income tax consequences of proposed restructuring (3.0). |
| 05/20/09 | G. Chan | 1.80 | Research discharge of tax liabilities for COD memo (1.3); discuss Rev. Rul. 99-5 and COD memos with M. Opper (0.5); |
| 05/20/09 | J. Eig | 3.20 | Review and examine proposed partnership structure and related tax matters in connection with potential restructuring (1.30); review analysis circulated by P. McCurry (.70); review and examine credit facilities and indentures in connection with pledge of membership interests of subsidiaries of Tribune (1.20). |
| 05/20/09 | B. Rubin | 2.20 | Preparation for and conference call with clients regarding |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2049463
Invoice Date:   06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | tax issues (1.0); review and edit memorandum regarding funding of tax payments (1.20). |
| 05/20/09 | A. Whiteway | 5.20 | Revise memo regarding tax issues in bankruptcy filing (3.0); research priority tax claims (1.2); preparation for and telephone conference with P. Shanahan and M. Melgarejo regarding same (1.0). |
| 05/20/09 | J. Finkelstein | 1.00 | Participate in conference call with Tribune regarding restructuring tax issues (.5 hours); discuss restructuring tax issues with P. McCurry (.5 hours). |
| 05/20/09 | D. Dodds | 5.50 | Research contingent liability rules and assumption of liabilities rules (4.20); discuss with M. Opper regarding same (.50); emails to M. Opper regarding the same (.30); discuss step transaction memo with M. Opper (.50). |
| 05/21/09 | P. Levine | 1.80 | Review step transaction memorandum. |
| 05/21/09 | G. Ravert | 1.10 | Telephone conference with V. Rossman concerning financing arrangement and tax restructuring implications (1.0); communications with P. McCurry regarding same (.1). |
| 05/21/09 | M. Opper | 0.50 | Email to P. Levine and J. Finkelstein regarding step transaction memo (.10); brief discussion with P. Levine regarding same (.10); review step transaction memo again in preparation for meeting (.20); discuss contingent liability memo with B. Rubin (.10). |
| 05/21/09 | P. McCurry | 2.20 | Call with J. Eig and J. Finkelstein re debt issues in connection with Master LLC structure (.70); revise tax memorandum regarding the same (1.50). |
| 05/21/09 | J. Eig | 3.50 | Telephone conference with P. McCurry regarding proposed partnership structure and analysis (.70); review and comment on partnership materials in connection with the same (1.50); review and examine senior secured credit facility and secured public debt documents (1.30). |
| 05/21/09 | D. Dodds | 4.00 | Revise step transaction memo (3.90); email to M. Opper regarding the same (.10). |
| 05/22/09 | P. Levine | 0.80 | Review step transaction memo (.50); conference with M. Opper regarding same (.30). |
| 05/22/09 | M. Opper | 0.30 | Discuss step transaction memo with P. Levine. |
| 05/25/09 | M. Opper | 4.00 | Substantially revise Reg. 1.1374-5 memo (3.0); send updated version to B. Rubin, A. Whiteway, and J. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2049463
Invoice Date:  06/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Finkelstein (.10); additional review of contingent liability memo (.90). |
| 05/26/09 | P. Compernolle | 0.80 | Emails to M. Bpirgpm regarding issues relating to cash balance pension and plans (.30); review files regarding same (.50). |
| 05/26/09 | M. Opper | 1.30 | Review step transaction memo and comments from P. Levine (.60); discuss changes to step transaction memo with D. Dodds (.70). |
| 05/26/09 | G. Chan | 3.80 | Research discharge of tax liabilities and revise COD memo (2.1); revise 99-5 memo (1.7). |
| 05/26/09 | B. Rubin | 1.20 | Review and comment on memo regarding order of restructuring events (.70); analysis regarding same (.50). |
| 05/26/09 | A. Whiteway | 3.30 | Review and revise 1375 memo (.9); analysis and research of same (1.5); review and revise No Net Value memo (.9). |
| 05/26/09 | D. Dodds | 1.30 | Review revised 1.1274-5 memo (.60); discuss step transaction doctrine memo with M. Opper (.70). |
| 05/27/09 | A. Whiteway | 0.90 | Revise PTP memo (.60); review Plan details (.30). |
| 05/28/09 | A. Whiteway | 1.20 | Finalize and circulate PTP memo (1.2). |
| 05/29/09 | G. Chan | 1.40 | Revise 99-5 memo and email to M. Opper. |
| 05/29/09 | B. Rubin | 1.80 | Review and analyze Steering Committee materials (1.6); correspondence with A. Whiteway regarding the same (.2). |
| 05/29/09 | A. Whiteway | 1.10 | Review and analyze Steering Committee materials (.9); correspondence with B. Rubin regarding same (.2). |
| 05/29/09 | D. Dodds | 6.00 | Revise step transaction memo. |

|  | **Total Hours** | **310.40** | **Total For Services** | **$168,577.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| G. Chan | 41.00 | 13,120.00 |
| P. Compernolle | 0.80 | 572.00 |
| D. Dodds | 35.50 | 9,940.00 |
| J. Eig | 11.20 | 6,384.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2049463
Invoice Date:  06/30/2009

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 52.50 | 30,450.00 |
| P. Levine | 18.00 | 15,030.00 |
| P. McCurry | 26.00 | 7,930.00 |
| M. Opper | 44.80 | 21,952.00 |
| G. Ravert | 4.10 | 2,398.50 |
| B. Rubin | 34.40 | 31,476.00 |
| T. Shuman | 4.20 | 1,344.00 |
| A. Whiteway | 30.50 | 22,875.00 |
| M. Wilder | 7.40 | 5,106.00 |
| **Totals** | **310.40** | **$168,577.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Document Retrieval | 13.20 |
| VENDOR: Iron Mountain Records Management; INVOICE#: 9067524; DATE: 3/31/2009 - Storage Fees | |
| Facsimile | 12.00 |
| Fax sent to (516) 803-2577. 08466 | |
| Facsimile | 12.00 |
| Fax sent to (212) 422-4726. 08466 | |
| Photocopy | 0.80 |
| Device 03WDC16C. | |
| Photocopy - Color | 0.30 |
| Device 03WDC01L. | |
| Telecommunications | 5.73 |
| VENDOR: Conference Plus, Incorporated; INVOICE #23092035; INVOICE DATE: 05/01/09; Call Date: 04/15/09; Order #24364957; Host NAME: Blake Rubin | |
| Telecommunications | 19.09 |
| VENDOR: Conference Plus, Incorporated; INVOICE #23102045; INVOICE DATE: 05/01/09; Call Date: 04/16/09; Order #24375114; Host NAME: Blake Rubin | |
| Telecommunications | 1.01 |
| VENDOR: Conference Plus, Incorporated; INVOICE #23122364; INVOICE DATE: 05/01/09; Call Date: 04/20/09; Order #24395800; Host NAME: Blake Rubin | |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2049463
Invoice Date: 06/30/2009

| **Description** | **Amount** |
|---|---|
| Telecommunications | 10.22 |
| VENDOR: Conference Plus, Incorporated; INVOICE #23138826; INVOICE DATE: 05/01/09; Call Date: 04/22/09; Order #24412555; Host NAME: Jon Finkelstein | |
| Telecommunications | 19.31 |
| VENDOR: Conference Plus, Incorporated; INVOICE #23173758; INVOICE DATE: 05/01/09; Call Date: 04/27/09; Order #24447905; Host NAME: Andrea Whiteway | |
| Telecommunications | 0.15 |
| Ext. 68426 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 28.27 |
| VENDOR: Conference Plus, Incorporated; INVOICE #23221722; INVOICE DATE: 06/02/09; Call Date: 05/04/09; Order #24496672; Host NAME: Jon Finkelstein | |
| Telecommunications | 0.15 |
| Ext. 75598 called WILMINGTON, (302) 573-6492. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.30 |
| Ext. 75598 called CHICAGO, (312) 853-7515. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.75 |
| Ext. 75598 called WILMINGTON, (302) 573-6491. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7515. | |
| Telecommunications | 0.90 |
| Ext. 75598 called WILMINGTON, (302) 652-3131. | |
| Telecommunications | 10.47 |
| VENDOR: Conference Plus, Incorporated; INVOICE #23269776; INVOICE DATE: 06/02/09; Call Date: 05/09/09; Order #24545251; Host NAME: Blake Rubin | |
| Telecommunications | 0.60 |
| Ext. 68425 called NEW YORK, (212) 622-1004. | |
| Telecommunications | 0.60 |
| Ext. 46182 called HICKSVILLE, (516) 803-2577. | |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2049463
Invoice Date:  06/30/2009

| Description | Amount |
|---|---|
| Telecommunications | 0.60 |
| Ext. 46182 called NEW YORK, (212) 422-4726. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7515. | |
| Telecommunications | 0.30 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.15 |
| Ext. 68561 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 0.30 |
| Ext. 68425 called CHICAGO, (312) 222-9100. | |
| Telecommunications | 0.15 |
| Ext. 68427 called CHICAGO, (312) 222-5158. | |
| Transportation/Parking | 249.93 |
| Boston Coach Invoice 203568 dated 4/19/09 / Transportation charges 4/15/09 & 4/14/09 | |

**Total Costs and Other Charges**    **$388.03**

**Total This Invoice**    **$168,965.53**