

# Connie Emerson

Winter Address:
1740 Fairfield Avenue
Reno, NV 89509
775/322-0265
connieremerson@sbcglobal.net

Summer Address:
1098 South Shore Drive
Detroit Lakes, MN 56501
218/847-1335

September 14, 2009

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
New York, NY  10017

Claim Number:  3309

Dear Sir or Madam:

I would like to withdraw my filed claim, which was filed in May, 2009.  Since that time the matter has been settled and I have been paid $1,084.00 by the Chicago Tribune.

Sincerely,

*Connie Emerson*
Connie Emerson

FILED / RECEIVED

OCT - 8 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC