IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfer"), copies of which are annexed hereto as Exhibit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

<u>A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>. I also caused copies of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Mary Christine Basile</u>
Mary Christine Basile

Sworn to before me this
9th day of October, 2009

/s/ Time Darden
Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires January 5, 2013

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ADFARE.COM INC
         3541 OLD CONEJO RD NO.104
         NEWSBURY PARK, CA 91320

Please note that your schedule in the above referenced case and in the amount of
        $9,181.00 has been transferred **(unless previously expunged by court order)** to:

        ASM CAPITAL, L.P.
        TRANSFEROR: ADFARE.COM INC
        ATTN: ADAM MOSKOWITZ
        7600 JERICHO TURNPIKE, SUITE 302
        WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2290     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         David D. Bird, Clerk of Court


                                         /s/Mary C Basile
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  AZZURRO HD LLC
         260 UNION STREET
         NORTHVALE, NJ 07647
```

Please note that your claim # 1318 in the above referenced case and in the amount of $0.00 has been transferred **(unless previously expunged by court order)** to:

```
         ASM CAPITAL, L.P.
         TRANSFEROR: AZZURRO HD LLC
         ATTN: ADAM MOSKOWITZ
         7600 JERICHO TURNPIKE, SUITE 302
         WOODBURY, NY 11797
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2288    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         David D. Bird, Clerk of Court

                                         /s/Mary C Basile
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   HOLDEN PRODUCTION GROUP
              5048 ADDISON CIRCLE
              ADDISON, TX 75001

Please note that your schedule in the above referenced case and in the amount of $11,290.32 has been transferred **(unless previously expunged by court order)** to:

       ASM CAPITAL III, L.P.
       TRANSFEROR: HOLDEN PRODUCTION GROUP
       7600 JERICHO TURNPIKE SUITE 302
       WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                                UNITED STATES BANKRUPTCY COURT
                                District of Delaware
                                824 Market Street, Fifth Floor
                                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2291    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                                David D. Bird, Clerk of Court

                                                    /s/Mary C Basile
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   J R LANDRY COMPANY LTD
           44 ADAMS ST
           BRAINTREE, MA 02184

Please note that your claim # 2942 in the above referenced case and in the amount of
    $2,524.85 has been transferred **(unless previously expunged by court order)** to:

       ASM CAPITAL, L.P.
       TRANSFEROR: J R LANDRY COMPANY LTD
       ATTN: ADAM MOSKOWITZ
       7600 JERICHO TURNPIKE, SUITE 302
       WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                       UNITED STATES BANKRUPTCY COURT
                       District of Delaware
                       824 Market Street, Fifth Floor
                       Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2284     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                        David D. Bird, Clerk of Court

                                            /s/Mary C Basile
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  J R LANDRY COMPANY LTD
            44 ADAMS ST
            BRAINTREE, MA 02184

Please note that your claim # 3188 in the above referenced case and in the amount of
        $2,776.90 has been transferred **(unless previously expunged by court order)** to:

            ASM CAPITAL, L.P.
            TRANSFEROR: J R LANDRY COMPANY LTD
            ATTN: ADAM MOSKOWITZ
            7600 JERICHO TURNPIKE, SUITE 302
            WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2284       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         David D. Bird, Clerk of Court

                                         /s/Mary C Basile
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   LEMERY GREISLER LLC
             PAUL A. LEVINE, ESQ.
             50 BEAVER STREET
             ALBANY, NY 12207

Please note that your claim # 467 in the above referenced case and in the amount of
        $9,390.21 has been transferred **(unless previously expunged by court order)** to:

             ASM CAPITAL, L.P.
             TRANSFEROR: LEMERY GREISLER LLC
             ATTN: ADAM MOSKOWITZ
             7600 JERICHO TURNPIKE, SUITE 302
             WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2289      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                         David D. Bird, Clerk of Court


                                         /s/Mary C Basile
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   TRANSHIRE
         3601 WEST COMMERCIAL BLVD  NO.12
         FT LAUDERDALE, FL 33309

Please note that your schedule in the above referenced case and in the amount of
      $1,587.25 has been transferred **(unless previously expunged by court order)** to:

    ASM CAPITAL, L.P.
    TRANSFEROR: TRANSHIRE
    ATTN: ADAM MOSKOWITZ
    7600 JERICHO TURNPIKE, SUITE 302
    WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            District of Delaware
                            824 Market Street, Fifth Floor
                            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2287      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2009                        David D. Bird, Clerk of Court

                                        /s/Mary C Basile
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 8, 2009.

EXHIBIT B

```
TIME: 13:23:21                                                          The Tribune Company                                                         PAGE:    1
DATE: 10/08/09                                                          CREDITOR LISTING

Name                              Address
ADFARE.COM INC                    3541 OLD CONEJO RD NO.104 NEWSBURY PARK CA 91320
ASM CAPITAL III, L.P.             TRANSFEROR: HOLDEN PRODUCTION GROUP 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                 TRANSFEROR: ADFARE.COM INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                 TRANSFEROR: AZZURRO HD LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                 TRANSFEROR: J R LANDRY COMPANY LTD ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                 TRANSFEROR: LEMERY GREISLER LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                 TRANSFEROR: TRANSHIRE ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
AZZURRO HD LLC                    260 UNION STREET NORTHVALE NJ 07647
HOLDEN PRODUCTION GROUP           5048 ADDISON CIRCLE ADDISON TX 75001
J R LANDRY COMPANY LTD            44 ADAMS ST BRAINTREE MA 02184
LEMERY GREISLER LLC               PAUL A. LEVINE, ESQ. 50 BEAVER STREET ALBANY NY 12207
TRANSHIRE                         3601 WEST COMMERCIAL BLVD  NO.12 FT LAUDERDALE FL 33309

Total Number of Records Printed   12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

TRB  TRF NTCS (10-08-09)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801