## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### COMBINED FIRST, SECOND AND THIRD MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 31, 2009 THROUGH AUGUST 31, 2009

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (5347); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Period for which Compensation and Reimbursement is sought: | May 31, 2009 through August 31, 2009 |
|---|---|
| Amount of Compensation sought as actual, reasonable, and necessary: | $555,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6,438.77 |

This is a(n): __X_ monthly    ____ interim    _____ final application

Prior Applications Filed: None

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Howley | PPED | $ 525.00 | 90.50 | $47,512.50 |
| Tariq Hussain | Senior Manager | $ 475.00 | 100.00 | $47,500.00 |
| Bradley Venisnik | Senior Manager | $ 475.00 | 85.70 | $40,707.50 |
| Matthew Jones | Manager | $ 375.00 | 209.00 | $78,375.00 |
| Mike Kearns | Senior 1&2 | $ 275.00 | 274.00 | $75,350.00 |
| Jim Knightly | Senior 1&2 | $ 275.00 | 76.00 | $20,900.00 |
| Tony Vescovi | Senior 1&2 | $ 275.00 | 4.00 | $1,100.00 |
| Bret Johnson | Manager | $ 375.00 | 48.50 | $18,157.50 |
| Sean Mulcahy | Senior 1&2 | $ 275.00 | 97.00 | $26,675.00 |
| Rob Petry | Staff | $ 175.00 | 0.80 | $140.00 |
| Kathy Latka | Staff | $ 175.00 | 20.00 | $3,500.00 |
| Aditya Bhagwat | Senior 1&2 | $ 275.00 | 10.00 | $2,750.00 |
| Chris Kudrna | Senior 1&2 | $ 275.00 | 207.50 | $57,062.50 |
| Brett Thompson | PPED | $ 525.00 | 5.00 | $2,625.00 |
| Rita Salmon | Senior 1&2 | $ 275.00 | 5.00 | $1,375.00 |
| Gretchen Frankenthal | Staff | $ 175.00 | 43.00 | $7,525.00 |
| Bob Stall | PPED | $ 525.00 | 1.00 | $525.00 |
| Joshua Putnam | Senior Manager | $ 475.00 | 83.20 | $39,520.00 |
| Clark Wen | Manager | $ 375.00 | 71.00 | $26,625.00 |
| Stefan Wojcickyi | PPED | $ 525.00 | 8.00 | $4,200.00 |
| Richard Liebman | PPED | $ 525.00 | 0.40 | $210.00 |
| Jon Mason | PPED | $ 525.00 | 32.90 | $17,272.50 |
| Mihir Gupta | Manager | $ 375.00 | 0.50 | $187.50 |
| Javier Orraca | Senior 1&2 | $ 275.00 | 5.00 | $1,375.00 |
| Aaron Tarasenko | Senior 1&2 | $ 275.00 | 6.50 | $1,787.50 |
| Jennifer Young | Senior 1&2 | $ 275.00 | 3.00 | $825.00 |
| Yikwan Yeung | Senior 1&2 | $ 275.00 | 3.00 | $825.00 |
| Billy Kim | Staff | $ 175.00 | 12.50 | $2,187.50 |
| James Leong | Staff | $ 175.00 | 7.00 | $1,225.00 |
| Tonya Schelitzche | Staff | $ 175.00 | 127.00 | $22,225.00 |
| Matthew Cornish | Staff | $ 175.00 | 1.00 | $175.00 |
| Mark Molepske | Manager | $ 375.00 | 1.00 | $375.00 |
| Ginny McGee[1] | External Contractor | n/a | 44.00 | $4,175.00 |
| **Total** | | | **1,683.00** | **$555,000.00** |

---

[1] Amounts for Ginny McGee relate to market survey studies for KTLA and WPIX. Both surveys were conducted on a flat basis, as reflected in the schedules attached hereto.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Initial Planning | 134.40 | $53,375.00 |
| Step 1 Calculations | 409.80 | $135,365.00 |
| Step 2 Calculations (Intangibles) | 305.70 | $97,877.50 |
| Technical review and analysis w/Client & PwC | 90.70 | $33,882.50 |
| Technical review and analysis, Step 1 Calculations | 42.10 | $19,272.50 |
| Technical review and analysis, Step 2 Intangibles | 163.20 | $66,790.00 |
| Technical review and analysis Step 2 Personal Property | 67.80 | $28,830.00 |
| Technical review and analysis Step 2 Leasehold Intangibles | 4.40 | $1,650.00 |
| Step 2 Calculations (Personal Property) | 204.00 | $65,695.00 |
| Review of Real Property Analysis | 15.00 | $2,625.00 |
| Leased Property Valuations | 201.90 | $45,462.50 |
| Market Survey Studies[1] | n/a | $4,175.00 |
| Total | | $555,000.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Local Transportation | $ 375.43 |
| Local Meals | $ 452.95 |
| Out of Town Transportation | $ 3,287.84 |
| Out of Town Meals | $ 507.54 |
| Out of Town Lodging | $ 1,795.11 |
| Other | $ 19.90 |

---

[1] Represents market survey studies for KTLA and WPIX.  Both surveys were conducted on a flat fee basis.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## COMBINED FIRST, SECOND AND THIRD MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 31, 2009 THROUGH AUGUST 31, 2009

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (1355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626): Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844): Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicgoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121): Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, 1.1.0 (6327); forsalebyowner.com corp. (0219); ForSaleByOwnercom Referral Services, LLC (9205): Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); 1 lean & Crown Advertising, Inc. (9808); 14omeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIALI Inc. (4014); KPLR, Inc. (7943): KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522): NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc, (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603): Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612): Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337): Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMI S 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc.. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License. Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. ( 1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); VuluMail, lac. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), Ernst & Young LLP ("E&Y LLP") hereby files this Combined First, Second and Third Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from May 31, 2009 through August 31, 2009 (the "Application").    By this Application E&Y LLP seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $555,000.00[2] in compensation and $6,438.77 for reimbursement of actual and necessary expenses for a total of $561,438.77 for the period from May 31, 2009 through August 31, 2009 (the "Compensation Period").    In support of this Application, E&Y LLP respectfully represents as follows:

## Background

1.    On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

2.    The Debtors retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Retention Order," Docket No. 1783).    The Retention Order authorized E&Y LLP to be compensated for services rendered, and to be reimbursed for actual and necessary out-of-pocket expenses.

---

[2] In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay E&Y LLP an amount equal to the lesser of (i) 80 percent of fees ($444,000.00) and 100 percent of expense ($6,438.77) requested in the Application and (ii) 80 percent of fees not subject to an objection.

## Compensation Paid and its Source

3.      All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

4.      During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application.  There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

## Summary of Services Rendered and Expenses Incurred

5.      The Partners and staff of E&Y LLP who have rendered professional services to the Debtors during the Compensation Period are listed in **Exhibit A**.

6.      The invoice for the Compensation Period is attached hereto as **Exhibit B**.  This invoice is supported by daily time logs describing the time spent by each partner and staff during this period.  To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

7.      The fees charged in this matter are comparable to the rates that E&Y LLP generally charges similar clients for similar services to those rendered during the Compensation Period.  In addition, E&Y LLP believes that such charges are ordinary and customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

8.    A summary of actual and necessary expenses incurred by E&Y LLP during the Compensation Period is attached hereto as **Exhibit C**.

## Valuation of Services

9.    Partners and staff of E&Y LLP have expended a total of 1,683.00 hours in connection with the work performed during the Compensation Period, as indicated in Exhibit A. The nature of the work performed by these persons is fully set forth in **Exhibit D** attached hereto. E&Y LLP believes that reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $555,000.00.

10.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these Debtors business and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (c) the value of such services and (d) the costs of comparable services other than in a case under this title.  Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, E&Y LLP respectfully requests that an allowance be made to E&Y LLP (i) in the sum of $555,000.00 as compensation for necessary professional services rendered, (ii) the sum of $6,438.77 for expenses incurred during the Compensation Period, and (iii) for such other and further relief as this Court may deem just and proper.

Matthew Howley

Dated: _October_, 2009

Sworn to and subscribed before me this 5th day of _October_, 2009.

Notary Public                    My Commission Expires: _June 8, 2010_

OFFICIAL SEAL
**WILMA M. BLAGAICH**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-8-2010

LEGAL02/31502920v2