# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
| In re:<br><br>CHICAGO NATIONAL LEAGUE<br>BALL CLUB, LLC,[2]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 09-13496 (KJC)<br><br>(Joint Administration Requested) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 13, 2009 AT 1:30 P.M. (EASTERN TIME) BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 by 8:00 a.m. on October 13, 2009 to register to participate.

---

[1] The Tribune Debtors, along with the last four digits of each Tribune Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Tribune Debtors' corporate headquarters and the mailing address for each Tribune Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] The last four digits of the federal tax identification number for Chicago National League Ball Club, LLC are 0347. Chicago National League Ball Club, LLC's corporate headquarters and mailing address is 435 North Michigan Avenue, Chicago, Illinois 60611.

47658/0001-6048215v1 October 12, 2009

SUPPORTING DECLARATION

1. Affidavit of Chandler Bigelow III, Senior Vice President and Chief Financial Officer of Tribune Company in Support of First Day Motions (Filed December 8, 2008) [Tribune Docket No. 3][3]

MATTERS GOING FORWARD

2. Joint Motion of Tribune Company, et al. and Chicago National League Ball Club, LLC, for an Order (I) Jointly Administering Chapter 11 Cases and (II) Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, et al. be made applicable to the Chapter 11 Case of Chicago National League Ball Club, LLC (Filed October 12, 2009) [Docket No. 3]

   Responses Received: None at this time.

   Status: This matter will be going forward.

3. Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Chicago National League Ball Club, LLC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of all Liens, Claims, Rights, Interests and Encumbrances, (C) Assume and Assign Executory Contracts, (D) Operate and Pay Obligations Related to Cubs Business in the Ordinary Course Subject to Formation Agreement and Major League Baseball Rules and Regulations, and (E) Pledge Membership Interest in Chicago Baseball Holdings, LLC; (II) Recognizing Sufficiency of Notice; (III) Waiving Certain Actions and (IV) Granting Related Relief (Filed October 12, 2009) [Docket No. 4]

   Related Documents:

   (a) Motion of Debtors and Debtors in Possession Pursuant to Sections 105(a), 363(b) and 503(b) of the Bankruptcy Code and Fed. R. Bankr. P. 2002, 6004 and 9007 for an Order (I) Approving Form and Scope of Notice of Proposed Business Combination Involving Cubs Business to Creditors and Parties-in-Interest of Tribune Debtors and Cubs Entities, (II) Approving Transaction Process and Setting Transaction Hearing and Related Deadlines, and (III) Approving Certain Investor Protections (Filed August 24, 2009) [Tribune Docket No. 2000]

---

[3] Reference to documents filed in Tribune Company, et al., bankruptcy cases, Case No. 08-13141 (KJC), are referenced as "Tribune Docket No. ___."

(b) Motion to Authorize (Motion for Orders Pursuant to 11 U.S.C. Sections 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests in Wrigley Field, Comcast Sports Network and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcast Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief (Filed August 24, 2009) [Tribune Docket No. 2004]

(c) Affidavit of Service of Panagiota Manatakis With Respect to Docket Nos. 2000 and 2004 (Filed August 26, 2009) [Tribune Docket No. 2030]

(d) Certificate of Service With Respect to Docket Nos. 2000 and 2004 (Filed August 28, 2009) [Tribune Docket No. 2044]

(e) Order (I) Approving Form and Scope of Notice of Proposed Business Combination Involving Cubs Business to Creditors and Parties-in-Interest of Tribune Debtors and Cubs Entities, (II) Approving Process for Effecting Proposed Business Combination and Setting Transaction Hearing and Related Deadlines, and (III) Approving Certain Investor Protections (Entered August 31, 2009) [Tribune Docket No. 2053]

(f) Notice of (I) Proposed Business Combination Involving the Chicago Cubs Major League Baseball Franchise and Related Assets and (II) Related Court Dates and Deadlines (Filed September 2, 2009) [Tribune Docket No. 2071]

(g) Affidavit of Service of Diane Streany Regarding Notice of Hearing Regarding Notice of (I) Proposed Business Combination Involving the Chicago Cubs Major League Baseball Franchise and Related Assets and (II) Related Court Dates and Deadlines (Filed September 16, 2009) [Tribune Docket No. 2122]

(h) Notice of Filing Cure Exhibit for Cubs Executory Contracts (Filed September 16, 2009) [Tribune Docket No. 2130]

(i) Affidavit of Service of Time Darden Regarding Notice of Filing Cure Exhibit for Cubs Executory Contracts (Filed September 18, 2009) [Tribune Docket No. 2150]

(j) Notice of Filing Amended Cure Exhibit for Cubs Executory Contracts (Filed September 18, 2009) [Tribune Docket No. 2165]

47658/0001-6048215v1

(k) Affidavit of Publication Regarding Notice of (I) Proposed Business Combination Involving the Chicago Cubs Major League Baseball Franchise and Related Assets and (II) Related Court Dates and Deadlines (Filed September 22, 2009) [Tribune Docket No. 2179]

(l) Supplemental Affidavit of Service of Justina Betro With Respect to Docket No. 2165 (Filed September 22, 2009) [Tribune Docket No. 2193]

(m) Notice of Filing Revised Proposed Order With Respect to Docket No. 2004 (Filed September 23, 2009) [Tribune Docket No. 2199]

(n) Affidavit of Service of James Bank, Traveling Secretary of Chicago Cubs Major League Baseball Franchise with Respect to Docket No. 2071 (Filed September 23, 2009) [Tribune Docket No. 2200]

(o) Transcript of Omnibus Hearing before the Honorable Kevin J. Carey United States Bankruptcy Court Chief Judge, September 24, 2009 (Unofficial) [To Be Docketed]

(p) Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 (I) Authorizing Debtors and Debtors In Possession to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing, (III) Authorizing Debtors WGN Continental Broadcasting Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements, and (IV) Granting Related Relief (Signed September 24, 2009) [Tribune Docket No. 2213]

Responses Received: None at this time.

Status: This matter will be going forward.

Dated: Wilmington, Delaware
      October 12, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
Christina M. Craige
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

Attorneys for the Debtors and
Debtors in Possession

5