## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket Nos. 889 and 1092 |

### THIRD SUPPLEMENTAL DECLARATION OF DAVID J. BRADFORD IN SUPPORT OF APPLICATION FOR AN ORDER FOR AN ORDER EXPANDING THE SCOPE OF THE RETENTION OF JENNER & BLOCK LLP AS SPECIAL COUNSEL FOR CERTAIN LITIGATION MATTERS PURSUANT TO 11 U.S.C. §§ 327(e) AND 1107

David J. Bradford declares as follows:

1.     I am a partner in the firm of Jenner & Block LLP ("Jenner") which maintains

offices for the practice of law at 330 N. Wabash, Chicago, Illinois 60611.  I am duly licensed in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and am a member in good standing of the bar for the State of Illinois and am admitted to practice before the United States District Court for the Northern District of Illinois.

2.      I submit this Third Supplemental Declaration to supplement the Declarations previously filed on or about December 19, 2008, April 9, 2009 and April 28, 2009.

## STATEMENT OF CONNECTIONS

3.      My prior Declarations filed on or about December 19, 2008, April 9, 2009 and April 28, 2009 are expressly incorporated herein.

4.      Jenner and I continue to represent various business entities in which Mr. Zell and/or EGI or an affiliate have an ownership interest and/or serve as a director or officer, on matters unrelated to the Debtor (except as to matters related to the Debtor which were previously disclosed or are disclosed in Paragraph 5 below).

5.      Jenner has been asked to advise and represent Mr. Zell and related entities in responding to document requests propounded by creditor representatives to Sam Zell, Chai Trust Company, L.L.C., EGI-TRB, L.L.C. and Sam Investment Trust.  Because of our familiarity with the relevant documents, Mr. Zell and EGI have requested that Jenner represent them and these entities in connection with this production.   In addition, we are informed that other reorganization estate constituencies may seek information from Mr. Zell and related entities.  We have been asked by Mr. Zell and related entities to provide advice on responding to any requests for information and, more generally, to advise Mr. Zell on the reorganization proceedings and issues related thereto and to represent their interests in communicating with other parties interested in the reorganization proceeding, including in connection with responding to requests for information from such parties, all as requested by the client.   We do not currently

contemplate filing any pleadings on behalf of these clients except as necessary to narrow or clarify obligations to provide information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2009.

David J. Bradford

SUBSCRIBED AND SWORN TO before me this 8th day of October, 2009.

Notary Public

OFFICIAL SEAL
**RUTH ANN PONTON**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-15-2013

3