# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 2004, 2130 and 2165** |
| In re: | Chapter 11 |
| CHICAGO NATIONAL LEAGUE BALL CLUB, LLC,[2] | Case No. 09-13496 (KJC) |
| | (Joint Administration Pending) |
| Debtor. | **Related to Docket No. 4** |

## NOTICE OF FILING SECOND AMENDED CURE EXHIBIT FOR CUBS EXECUTORY CONTRACTS

---

[1] The Tribune Debtors, along with the last four digits of each Tribune Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Tribune Debtors' corporate headquarters and the mailing address for each Tribune Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] The last four digits of the federal tax identification number for Chicago National League Ball Club, LLC are 0347. Chicago National League Ball Club, LLC's corporate headquarters and mailing address is 435 North Michigan Avenue, Chicago, Illinois 60611.

PLEASE TAKE NOTICE that on October 13, 2009, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed a second amended Contract Cure List (the "Second Amended Contract Cure List"), attached as Exhibit A to this Notice (the "Contract Cure List"), with the Bankruptcy Court. Only parties affected by the amendments will be served with Notice of Filing Second Amended Contract Cure List.

PLEASE TAKE FURTHER NOTICE that on September 18, 2009, the debtors and debtors in possession in the first above-captioned chapter 11 cases (the "Initial Debtors") filed a first amended Contract Cure List (the "Amended Contract Cure List") with the Bankruptcy Court (Docket No. 2165). Only parties affected by the amendments contained therein were served with the Notice of Filing Amended Contract Cure List.

PLEASE TAKE FURTHER NOTICE that on September 16, 2009, the Initial Debtors filed the Contract Cure List, attached as Exhibit A to the Notice filed on that date (the "Contract Cure List"), with the Bankruptcy Court (Docket No. 2130). The Contract Cure List, subject to the exceptions and qualifications set forth therein, states the cure amounts reflected in the records of the Debtors as owing under the Cubs Executory Contracts (as such term is defined in that certain Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests in Wrigley Field, Comcast Sports Network and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcast Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television

Broadcast Agreements; and (IV) Granting Related Relief dated as of August 24, 2009 and filed in Tribune Company's chapter 11 case (Docket No. 2004)).

PLEASE TAKE FURTHER NOTICE that any questions concerning the amounts set forth on the Contract Cure List, as amended, should be directed to the following:

Richard Stone
Alvarez & Marsal
55 West Monroe, Suite 4000
Chicago, IL 60603
(312) 601-9042


Dated: October 13, 2009

    Respectfully submitted,

    SIDLEY AUSTIN LLP
    Bryan Krakauer
    Kenneth P. Kansa
    Christina M. Craige
    Allison E. Ross
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000
    Facsimile: (312) 853-7036

    - and -

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.

By: /s/ Kate Stickles
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    Patrick J. Reilley (No. 4451)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131

    ATTORNEYS FOR DEBTORS
    AND DEBTORS IN POSSESSION

CH1 4967172v.1