# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** October 13, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath & Cobb | Committee |
| Norman Pernick | Cole Schotz | Debtors |
| Bryan Krakauer | Sidley Austin | " |
| Ken Kansa | | " |
| John Longmire | Willkie Farr & Gallagher | MLB |
| Michael Small | Foley & Lardner | Ricketts Acquisition LLC "Bidder" |
| Joseph J. McMahon, Jr. | U.S. Dep't of Justice | Chicken Baseball Holdings LLC |
| Howard Sidote | Chad Bourne & Park | → Office of the U.S. Trustee |
| Marc Alpert | " | Committee |
| Thomas Horan | Womble Carey LLP | Great Banc |
| Bill Bowden | Ashby & Geddes | Ricketts |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: October 13, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture Trust Company |
| Christina Thompson | Connolly Bove Lodge & Hutz | DUD Special Situations Funding |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 10/13/2009
Calendar Time: 01:30 PM

2nd Revision 10/13/2009 07:33 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3123854 | Katherine Gilpen / Jen Sharrt | (212) 715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3116234 | Daniel Smit | (212) 450-4942 | Davis Polk & Wardwell | Interested Party, Davis Polk & Wardwell / LIVE |
| | | Chicago National League Ball Club, LLC | 09-13496 | Hearing | 3123864 | Jillian McClelland | (312) 853-5761 | Sidley Austin | Debtor, Chicago National League Ball Club, LLC / LISTEN ONLY |
| | | Chicago National League Ball Club, LLC | 09-13496 | Hearing | 3123885 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Chicago National League Ball Club, LLC / LIVE |
| | | Chicago National League Ball Club, LLC | 09-13496 | Hearing | 3123888 | Gary Weitman | (302) 295-4933 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |