# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked
### August 1, 2009 - August 31, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 18.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 25.5 |
| John Momtazee | Managing Director, Media | 29.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 16.5 |
| Larry Kwon | Vice President, Restructuring Group | 16.5 |
| Ashish Ajmera | Vice President, Media | 53.5 |
| Evan Glucoft | Associate | 54.5 |
| Vishal Patel | Analyst | 61.5 |
| Sakya Duvvuru | Summer Analyst Intern | 10.5 |
| | **Total Moelis Team Hours** | **285.5** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 18.0 |
| Navid Mahmoodzadegan | Managing Director | 25.5 |
| John Momtazee | Managing Director | 29.0 |
| Zul Jamal | Sr. Vice President | 16.5 |
| Larry Kwon | Vice President | 16.5 |
| Ashish Ajmera | Vice President | 53.5 |
| Evan Glucoft | Associate | 54.5 |
| Vishal Patel | Analyst | 61.5 |
| Sakya Duvvuru | Summer Analyst | 10.5 |
| **Total** | | **285.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Vishal Patel | 08/02/09 | 3.0 | Financial analysis and presentation development |
| Sakya Duvvuru | 08/02/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 08/03/09 | 3.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/03/09 | 0.5 | Financial analysis and presentation development |
| Zul Jamal | 08/04/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 08/04/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 08/04/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 08/04/09 | 1.5 | Review of documents and due diligence |
| Larry Kwon | 08/04/09 | 1.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 08/04/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 08/04/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 08/04/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 08/04/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 08/04/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 08/04/09 | 1.0 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 08/04/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 08/04/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 08/04/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 08/04/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 08/04/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 08/04/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 08/07/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 08/07/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 08/07/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 08/07/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 08/07/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 08/07/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 08/07/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 08/07/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 08/08/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 08/08/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 08/08/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 08/08/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 08/08/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 08/09/09 | 5.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 08/09/09 | 2.0 | Review of documents and due diligence |
| Ashish Ajmera | 08/09/09 | 1.5 | Review of documents and due diligence |
| Evan Glucoft | 08/09/09 | 1.5 | Review of documents and due diligence |
| Vishal Patel | 08/09/09 | 1.5 | Review of documents and due diligence |

## I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 18.0 |
| Navid Mahmoodzadegan | Managing Director | 25.5 |
| John Momtazee | Managing Director | 29.0 |
| Zul Jamal | Sr. Vice President | 16.5 |
| Larry Kwon | Vice President | 16.5 |
| Ashish Ajmera | Vice President | 53.5 |
| Evan Glucoft | Associate | 54.5 |
| Vishal Patel | Analyst | 61.5 |
| Sakya Duvvuru | Summer Analyst | 10.5 |
| **Total** | | **285.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Navid Mahmoodzadegan | 08/10/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/10/09 | 3.0 | Financial analysis and presentation development |
| Evan Glucoft | 08/10/09 | 7.0 | Financial analysis and presentation development |
| Vishal Patel | 08/10/09 | 8.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/11/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 08/11/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 08/11/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 08/11/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 08/11/09 | 1.0 | Review of documents and due diligence |
| Thane Carlston | 08/11/09 | 3.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 08/11/09 | 3.0 | Financial analysis and presentation development |
| John Momtazee | 08/11/09 | 4.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 08/12/09 | 3.0 | Financial analysis and presentation development |
| John Momtazee | 08/12/09 | 3.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/12/09 | 12.0 | Financial analysis and presentation development |
| Evan Glucoft | 08/12/09 | 9.0 | Financial analysis and presentation development |
| Vishal Patel | 08/12/09 | 14.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 08/13/09 | 1.5 | UCC Committee Meeting |
| John Momtazee | 08/13/09 | 2.5 | UCC Committee Meeting |
| Thane Carlston | 08/13/09 | 2.5 | UCC Committee Meeting |
| Larry Kwon | 08/13/09 | 2.5 | UCC Committee Meeting |
| Ashish Ajmera | 08/13/09 | 2.5 | UCC Committee Meeting |
| Evan Glucoft | 08/13/09 | 2.5 | UCC Committee Meeting |
| Vishal Patel | 08/13/09 | 2.5 | UCC Committee Meeting |
| Sakya Duvvuru | 08/13/09 | 0.5 | Review of documents and due diligence |
| Vishal Patel | 08/13/09 | 0.5 | Review of documents and due diligence |
| Ashish Ajmera | 08/14/09 | 1.5 | Review of documents and due diligence |
| Evan Glucoft | 08/14/09 | 4.5 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 08/14/09 | 2.0 | Review of documents and due diligence |
| John Momtazee | 08/14/09 | 2.0 | Review of documents and due diligence |
| Zul Jamal | 08/14/09 | 2.0 | Review of documents and due diligence |
| Ashish Ajmera | 08/14/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 08/14/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 08/15/09 | 1.5 | Financial analysis and presentation development |
| John Momtazee | 08/15/09 | 1.5 | Financial analysis and presentation development |
| Evan Glucoft | 08/15/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 08/15/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/16/09 | 1.0 | Financial analysis and presentation development |
| John Momtazee | 08/16/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 18.0 |
| Navid Mahmoodzadegan | Managing Director | 25.5 |
| John Momtazee | Managing Director | 29.0 |
| Zul Jamal | Sr. Vice President | 16.5 |
| Larry Kwon | Vice President | 16.5 |
| Ashish Ajmera | Vice President | 53.5 |
| Evan Glucoft | Associate | 54.5 |
| Vishal Patel | Analyst | 61.5 |
| Sakya Duvvuru | Summer Analyst | 10.5 |
| **Total** | | **285.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 08/16/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 08/16/09 | 1.0 | Financial analysis and presentation development |
| Sakya Duvvuru | 08/16/09 | 3.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 08/17/09 | 2.0 | Financial analysis and presentation development |
| John Momtazee | 08/17/09 | 3.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/17/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 08/17/09 | 3.5 | Financial analysis and presentation development |
| Vishal Patel | 08/17/09 | 6.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/17/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 08/17/09 | 2.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 08/18/09 | 2.0 | Financial analysis and presentation development |
| John Momtazee | 08/18/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 08/18/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 08/18/09 | 4.0 | Financial analysis and presentation development |
| Vishal Patel | 08/18/09 | 3.0 | Financial analysis and presentation development |
| Thane Carlston | 08/18/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 08/18/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 08/18/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 08/18/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 08/19/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 08/19/09 | 3.0 | Financial analysis and presentation development |
| Thane Carlston | 08/19/09 | 0.5 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 08/20/09 | 1.0 | Review of documents and due diligence |
| Thane Carlston | 08/20/09 | 1.5 | Review of documents and due diligence |
| John Momtazee | 08/20/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 08/20/09 | 3.0 | Review of documents and due diligence |
| Larry Kwon | 08/20/09 | 3.0 | Review of documents and due diligence |
| Ashish Ajmera | 08/20/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 08/20/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 08/21/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 08/21/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 08/21/09 | 1.0 | Financial analysis and presentation development |
| Larry Kwon | 08/21/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 08/21/09 | 3.5 | Financial analysis and presentation development |
| Vishal Patel | 08/21/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 08/21/09 | 2.0 | Review of documents and due diligence |
| Sakya Duvvuru | 08/21/09 | 3.0 | Review of documents and due diligence |
| Thane Carlston | 08/21/09 | 2.0 | Review of documents and due diligence |
| Zul Jamal | 08/21/09 | 2.0 | Review of documents and due diligence |

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 18.0 |
| Navid Mahmoodzadegan | Managing Director | 25.5 |
| John Momtazee | Managing Director | 29.0 |
| Zul Jamal | Sr. Vice President | 16.5 |
| Larry Kwon | Vice President | 16.5 |
| Ashish Ajmera | Vice President | 53.5 |
| Evan Glucoft | Associate | 54.5 |
| Vishal Patel | Analyst | 61.5 |
| Sakya Duvvuru | Summer Analyst | 10.5 |
| **Total** | | **285.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 08/23/09 | 3.0 | Review of documents and due diligence |
| Ashish Ajmera | 08/25/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 08/25/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 08/25/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 08/26/09 | 0.5 | Financial analysis and presentation development |
| Vishal Patel | 08/26/09 | 2.0 | Financial analysis and presentation development |
| Thane Carlston | 08/26/09 | 2.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 08/26/09 | 1.0 | Review of documents and due diligence |
| John Momtazee | 08/26/09 | 1.5 | Review of documents and due diligence |
| Zul Jamal | 08/26/09 | 3.0 | Review of documents and due diligence |
| Larry Kwon | 08/26/09 | 2.0 | Review of documents and due diligence |
| Ashish Ajmera | 08/26/09 | 4.0 | Review of documents and due diligence |
| Evan Glucoft | 08/26/09 | 2.0 | Review of documents and due diligence |
| Thane Carlston | 08/27/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 08/27/09 | 2.0 | Internal Discussions / Calls |
| Larry Kwon | 08/27/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 08/27/09 | 2.0 | Internal Discussions / Calls |
| Evan Glucoft | 08/27/09 | 2.0 | Internal Discussions / Calls |
| Vishal Patel | 08/27/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 08/27/09 | 1.0 | Review of documents and due diligence |
| Larry Kwon | 08/27/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 08/31/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 08/31/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 08/31/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 08/31/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 08/31/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| **Total** | | **285.5** | |