# EXHIBIT B

# Tribune Co.

Moelis & Company - August 2009 Expense Summary

|                                   |    | August 2009 |
|-----------------------------------|----|-------------|
| Airfare                           | $  | 2,591.12    |
| Lodging                           |    | 1,407.75    |
| Travel / Overtime / Weekend meals |    | 109.34      |
| Taxi / Transportation / Parking   |    | 315.84      |
| Presentations                     |    | 2,452.45    |
| Other                             |    | 99.40       |
| **Total**                         | $  | **6,975.90** |

**Tribune Co.**

Moelis & Company - August 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| Airfare | 8/9/2009 | Airfare | Agent and airport fees for trip to NY for Tribune mtgs. | John C. Momtazee | $50.56 | $50.56 |
| Airfare | 8/9/2009 | Airfare | Airfare to NY for Tribune | John C. Momtazee | 1,299.30 | 1,200.00 |
| Airfare | 8/11/2009 | Airfare | United #82 LAX JFK United #891 JFK LAX | Ashish Ajmera | 3,891.20 | 1,200.00 |
| Airfare | 8/11/2009 | Airfare | New reservation fee | Ashish Ajmera | 47.78 | 47.78 |
| Airfare | 8/12/2009 | Airfare | Protravel booking fee | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 8/12/2009 | Airfare | Protravel booking fee | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 8/14/2009 | Airfare | Airline segment fee | Evan Glucoft | 2.78 | 2.78 |
| | | | | **Total Requested** | | **$2,591.12** |
| **LODGING** | | | | | | |
| Lodging | 8/11/2009 | Lodging | Lodging in NY for Tribune meetings | John C. Momtazee | $511.27 | $350.00 |
| Lodging | 8/14/2009 | Lodging | Waldorf Astoria 3 nights $303.05+ tax | Ashish Ajmera | 1,057.75 | 1,057.75 |
| | | | | **Total Requested** | | **$1,407.75** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals | 8/10/2009 | | Lunch while traveling in NY for Tribune mtgs | Navid A. Mahmoodzadegan | $9.96 | $9.96 |
| Meals | 8/11/2009 | | Breakfast while traveling in NY for Tribune mtgs | Navid A. Mahmoodzadegan | 4.50 | 4.50 |
| Meals | 8/11/2009 | | Lunch traveling in NY for Tribune meetings | John C. Momtazee | 10.06 | 10.06 |
| Meals | 8/12/2009 | | Dinner traveling - The Bowery Hotel | Evan Glucoft | 40.00 | 40.00 |
| Meals | 8/12/2009 | | Breakfast traveling - Starbucks | Evan Glucoft | 8.84 | 8.84 |
| Meals | 8/13/2009 | | Lunch traveling for Tribune meetings in NY | John C. Momtazee | 15.00 | 15.00 |
| Meals | 8/14/2009 | | Lunch traveling - Balduccis | Evan Glucoft | 20.98 | 20.98 |
| | | | | **Total Requested** | | **$109.34** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| Transportation | 8/11/2009 | Taxi/Car Service | Taxi in NY for Tribune mtg from mtg to Hotel | John C. Momtazee | $10.00 | $10.00 |
| Transportation | 8/11/2009 | Taxi/Car Service | Taxi's in NY for Tribune meetings from Hotel to meetings | John C. Momtazee | 11.00 | 11.00 |
| Transportation | 8/12/2009 | Taxi/Car Service | NY Taxi JFK to Waldorf Hotel | Ashish Ajmera | 60.00 | 60.00 |
| Transportation | 8/13/2009 | Taxi/Car Service | NY Taxi | Ashish Ajmera | 9.00 | 9.00 |
| Transportation | 8/14/2009 | Parking | Parking at LAX for Tribune mtgs. in NY | John C. Momtazee | 64.36 | 64.36 |
| Transportation | 8/14/2009 | Parking | LAX Parking | Ashish Ajmera | 90.00 | 90.00 |
| Transportation | 8/14/2009 | Taxi/Car Service | NY Taxi | Ashish Ajmera | 12.00 | 12.00 |
| Transportation | 8/14/2009 | Taxi/Car Service | NY Taxi to JFK | Ashish Ajmera | 59.48 | 59.48 |
| | | | | **Total Requested** | | **$315.84** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $2,452.45 | $2,452.45 |
| | | | | **Total Requested** | | **$2,452.45** |
| **OTHER** | | | | | | |
| Other | 7/14/2009 | Courier-Overnight | Acct #: 66400; RefNbr: 4201; Courier: Office to Home (prior to travel) | | $99.40 | $99.40 |
| | | | | **Total Requested** | | **$99.40** |
| | | | | **Month Total** | **$** | **6,975.90** |

Note:

1  Moelis has implemented the following adjustments to certain costs:

- First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City