IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket No. 2333** |
| In re:<br><br>CHICAGO NATIONAL LEAGUE BALL CLUB, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-13496 (KJC)<br><br>**Related to Docket No. 16** |

## NOTICE OF ENTRY OF ORDER OF JOINT ADMINISTRATION AND APPLICATION OF CERTAIN ORDERS AND PLEADINGS TO THE CHAPTER 11 CASE OF CHICAGO NATIONAL LEAGUE BALL CLUB, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**TO:** The Office of the United States Trustee and the Twenty (20) Largest Unsecured Creditors of Chicago National League Ball Club, LLC

**AND TO:** The Office of the United States Trustee, Counsel to the Official Committee of Unsecured Creditors, and All Parties Requesting Notices in the Chapter 11 Cases of Tribune Company, et al.

**PLEASE TAKE NOTICE** that on October 12, 2009, Chicago National League Ball Club, LLC ("CNLBC") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The case was assigned to the Honorable Kevin J. Carey, Chief Judge, bearing Case No. 09-13496. CNLBC is an affiliate of Tribune Company, et al., debtors and debtors in possession (the "Initial Debtors") in the above-captioned chapter 11 cases (the "Initial Cases").

**PLEASE TAKE FURTHER NOTICE** that the first-day hearing in the chapter 11 case of CNLBC (the "CNLBC First-Day Hearing") was held on October 13, 2009 at 1:30 p.m. (Eastern Time) before the Honorable Kevin J. Carey, Chief Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. Following the hearing, the Bankruptcy Court entered the following orders (the "CNLBC First-Day Orders"):

1. Order Directing (I) Joint Administration of Chapter 11 Cases and (II) that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, et al. be made applicable to the Chapter 11 Case of Chicago National League Ball Club, LLC (entered October 14, 2009) (the "CNLBC Joint Administration Order") [Tribune Docket No. 2333; CNLBC Docket No. 16].[2]

2. Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Chicago National League Ball Club, LLC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests In Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of all Liens, Claims, Rights, Interests And Encumbrances, (C) Assume and Assign Executory Contracts, (D) Operate and Pay Obligations Related to Cubs Business in the Ordinary Course Subject to Formation Agreement and Major League Baseball Rules and Regulations, and (E) Pledge Membership Interest in Chicago Baseball Holdings, LLC; (II) Recognizing Sufficiency of Notice; (III) Waiving Certain Actions and (IV) Granting Related Relief (entered October 13, 2009) (the "CNLBC Transaction Approval Order") [Tribune Docket No. 2332; CNLBC Docket No. 14].

---

[2] Documents filed and orders entered in the chapter 11 cases of Tribune Company, et al. shall be designated herein as "Tribune Docket No. [__]" and documents filed and orders entered in the chapter 11 case of CNLBC shall be designated herein as "CNLBC Docket No. [__]."

47658/0001-6048214v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the CNLBC Joint Administration Order, the Bankruptcy Court directed that the chapter 11 cases of Tribune Company, et al. and CNLBC (collectively, the "Combined Tribune Debtors") be procedurally consolidated and jointly administered. The docket in the chapter 11 cases of Tribune Company, et al., Case No. 08-13141 (KJC), should be consulted for all matters affecting these jointly administered cases.

**PLEASE TAKE FURTHER NOTICE** that certain generally applicable procedural orders, which are listed and defined on Exhibit A attached hereto, have been made applicable to CNLBC's chapter 11 case, on an immediate and final basis, nunc pro tunc to the filing of its chapter 11 petition, as follows:

1. the Joint Administration Order;
2. the Cash Management Orders;
3. the Case Management Order;
4. the Under Seal Order; and
5. the Pro Hac Vice Orders.

**PLEASE TAKE FURTHER NOTICE** that the Section 345(b) Order, which is listed and defined on Exhibit B attached hereto, has been made applicable to CNLBC's chapter 11 case for an interim period of 45 days. If no objection is filed within this interim period, such waiver may become permanent without further notice and hearing, as set forth in the CNLBC Joint Administration Order.

**PLEASE TAKE FURTHER NOTICE** that the Financial Reporting Order and the Compensation Orders, which are listed and defined on Exhibit C attached hereto, will be made applicable to CNLBC's chapter 11 case following a 20-day period in which objections may be submitted. If no objection is filed within this 20-day period, such orders may be made applicable to CNLBC nunc pro tunc to the filing of its chapter 11 petition, without further notice and hearing, as set forth in the CNLBC Joint Administration Order.

**PLEASE TAKE FURTHER NOTICE** that certain orders relating to the retention of professionals (the "Professional Retention Orders"), which are listed and defined on Exhibit D attached hereto, will be made applicable to CNLBC's chapter 11 case following a 20-day period in which professionals may supplement their disclosures (the "Disclosure Deadline") and a 20-day period thereafter in which objections thereto may be submitted (the "Retention Objection Period"). If no objection is filed within the Retention Objection Period, then the Professional Retention Orders may be made applicable to CNLBC nunc pro tunc to the filing of its chapter 11 petition, without further notice and hearing, as set forth in the CNLBC Joint Administration Order.

**PLEASE TAKE FURTHER NOTICE** that, as previously disclosed to the Bankruptcy Court and as previously noticed to all creditors of the Combined Tribune Debtors, the CNLBC

Transaction Approval Order authorizes CNLBC to contribute substantially all of its assets and business to a newly-formed entity, Chicago Baseball Holdings, LLC. Chicago Baseball Holdings, LLC will also assume substantially all of the liabilities of CNLBC, other than (i) liabilities owed to certain creditors of Tribune Company based on guarantee claims or other claims based on theories of joint and several liability, and (ii) certain other specified claims. Additional detail concerning these matters may be found in the above-referenced CNLBC Transaction Approval Order.

    **PLEASE TAKE FURTHER NOTICE** that CNLBC filed its schedules of assets and liabilities and statement of financial affairs (the "<u>Schedules and Statements</u>") with the Bankruptcy Court, reflecting the assets and liabilities of CNLBC as of October 12, 2009 [CNLBC Docket Nos. 8 and 9].

    **PLEASE TAKE FURTHER NOTICE** that copies of all documents referenced herein may be obtained (i) through the website of the Initial Debtors' noticing agent (http://chapter11.epiqsystems.com/tribune); (ii) from the Office of the Clerk, U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) through the Court's website at www.deb.uscourts.gov using the CM/ECF service; or (iv) from Parcels, Inc. at irizcolon@parcelsinc.com.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the CNLBC Joint Administration Order, any party in interest objecting to the applicability of the Orders listed on <u>Exhibits</u> B, C, or D to the chapter 11 case of CNLBC shall file a written objection with the Office of the Clerk, U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 **no later than 4:00 p.m. on the objection deadline specified in the CNLBC Joint Administration Order and in this Notice.** Objections shall be served so that they are received by the undersigned **on or before 4:00 p.m. on such date**.

Dated: October 14, 2009

                        Respectfully submitted,

                        SIDLEY AUSTIN LLP
                        Bryan Krakauer
                        James F. Conlan
                        Kenneth P. Kansa
                        Christina M. Craige
                        Jillian K. McClelland
                        One South Dearborn Street
                        Chicago, IL 60603
                        Telephone: (312) 853-7000
                        Facsimile: (312) 853-7036

47658/0001-6048214v1

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ___/s/ Kate Stickles___
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Attorneys for the Debtors