# Exhibit A

## Orders Made Applicable to CNLBC's Chapter 11 Case on an Immediate and Final Basis Nunc Pro Tunc to October 12, 2009

1. The Joint Administration Order: Order Directing Joint Administration of Chapter 11 Cases (Docket No. 43, Dec. 10, 2008);

2. The Cash Management Orders:

    a. Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Docket No. 56, Dec. 10, 2008);

    b. Final Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, and (III) Granting Superpriority Expense Status to Postpetition Intercompany Transactions (Docket No. 1116, Apr. 30, 2009);

3. The Case Management Order: Order Scheduling Omnibus Hearing Dates (Docket No. 1830, July 27, 2009);

4. The Under Seal Order: Order Authorizing Tribune Debtors to File Under Seal Certain Exhibits to Formation Agreement Relating to Proposed Business Combination (Docket No. 2212, Sept. 24, 2009); and

5. The Pro Hac Vice Orders: Orders Admitting Certain Attorneys Pro Hac Vice (Docket Nos. 35, 36, 37, 38, 39, 47, 48, 51, 52, 54, 55, 108, 109, 110, 111, 121, 150, 163, 164, 165, 166, 182, 193, 203, 204, 222, 223, 224, 229, 230, 263, 301, 339, 350, 369, 415, 416, 507, 535, 565, 853, 854, 886, 1036, 1136, 1180, 1340, 1617, 1618, 1821, 1844, 1845, 2035, 2188, 2189, 2190, 2201, 2206, 2207, 2208, various dates).

# **<u>Exhibit B</u>**

47658/0001-6048214v1

## Order Made Applicable to CNLBC's Chapter 11 Case on an Interim Basis
## Subject to a 45-Day Objection Period

1. <u>The Section 345(b) Order</u>: Order Approving Permanent Waiver for Debtors to Comply with the Requirements of 11 U.S.C. § 345(b) (Docket No. 1865, July 30, 2009).

# **Exhibit C**

## Orders to be Made Applicable to CNLBC's Chapter 11 Case
## Subject to a 20-Day Objection Period

1. <u>The Financial Reporting Order</u>: Order With Respect to Debtors' Motion for Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(A) or to seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(D) (Docket No. 2072, Sept. 2, 2009);

2. <u>The Compensation Orders</u>:

   a. Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (Docket No. 225, Jan. 15, 2009); and

   b. Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (Docket No. 546, Mar. 19, 2009).

# **<u>Exhibit D</u>**

47658/0001-6048214v1

**Professional Retention Orders to be Made Applicable to CNLBC's Chapter 11 Case Subject to a 20-day Disclosure Deadline and a 20-day Retention Objection Period**

1. Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. § 327(a) and 1107, <u>Nunc Pro Tunc</u> to the Petition Date (Docket No. 435, Feb. 20, 2009);

2. Order Authorizing the Debtors and Debtors in Possession to Retain and Employ Epiq Bankruptcy Solutions, LLC as Claims, Noticing, and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Rule 2002(F) of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1(F) as of the Petition Date (Docket No. 44, Dec. 10, 2008);

3. Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business (Docket No. 227, Jan. 15, 2009);

4. Order Authorizing Retention and Employment of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Co-Counsel for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 1107, <u>Nunc Pro Tunc</u> to the Petition Date (Docket No. 322, Feb. 3, 2009);

5. Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel for General Real Estate and Related Matters, <u>Nunc Pro Tunc</u> to the Petition Date (Docket No. 323, Feb. 3, 2009);

6. Order Authorizing Debtors and Debtors in Possession to Employ and Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, <u>Nunc Pro Tunc</u> to the Petition Date (Docket No. 326, Feb. 3, 2009);

7. Order Authorizing Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors for the Debtors and Debtors in Possession (Docket No. 362, Feb. 11, 2009);

8. Order Granting Application to Employ and Retain Landis Rath & Cobb LLP as Co-Counsel to the Official Committee of Unsecured Creditors, <u>Nunc Pro Tunc</u> to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (Docket No. 428, Feb. 20, 2009);

9. Order Granting Application to Employ and Retain Chadbourne & Parke LLP as Co-Counsel to the Official Committee of Unsecured Creditors, <u>Nunc Pro Tunc</u> to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (Docket No. 429, Feb. 20, 2009);

10. Order Authorizing Debtors and Debtors in Possession to Employ and Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, <u>Nunc Pro Tunc</u> to the Petition Date (Docket No. 432, Feb. 20, 2009);

11. Order, Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, Authorizing the Retention and Employment of AlixPartners, LLP as Financial Advisor to the Official

47658/0001-6048214v1

Committee of Unsecured Creditors of Tribune Company, et al., <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to December 19, 2008 (Docket No. 433, Feb. 20, 2009);

12. Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date (Docket No. 470, Mar. 3, 2009);

13. Order Authorizing Debtors to Retain and Employ Daniel J. Edelman, Inc. as Corporate Communications and Investor Relations Consultants Pursuant to 11 U.S.C. §§ 327(a) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date (Docket No. 498, Mar. 9, 2009);

14. Order Authorizing Debtors and Debtors in Possession to Employ and Retain Jones Day as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date (Docket No. 501, Mar. 10, 2009);

15. Order Authorizing Debtors to Employ and Retain McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters Pursuant to 11 U.S.C. §§ 327(a) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date (Docket No. 511, Mar. 12, 2009);

16. Consent Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker for the Official Committee of Unsecured Creditors Effective as of January 6, 2009 (Docket No. 523, Mar. 13, 2009);

17. Consent Order Authorizing Debtors to Employ and Retain Lazard Freres & Co. LLC as Investment Banker and Financial Advisor Pursuant to 11 U.S.C. §§ 327(a), 328(a) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date (Docket No. 524, Mar. 13, 2009);

18. Order Authorizing Expanding the Scope of the Retention of Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to March 5, 2009 (Docket No. 1097, Apr. 28, 2009);

19. Order Authorizing Debtors to Retain and Employ Mercer (US) Inc. as Compensation Consultant to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to January 12, 2009 (Docket No. 1179, May 12, 2009);

20. Order Authorizing Debtors to Employ and Retain Dow Lohnes PLLC as Special Counsel for Certain Regulatory (FCC and Broadcast) Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107 (Docket No. 1725, July 14, 2009);

21. Order Authorizing Debtors to Retain and Employ Ernst and Young LLP to Provide (I) Valuation and Business Modeling Services, and (II) Market Survey Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to May 31, 2009 (Docket No. 1783, July 21, 2009);

22. Order Authorizing Debtors to Retain and Employ Deloitte & Touche LLP to Provide Financial, Accounting and Advisory Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, Nunc Pro Tunc to June 26, 2009 (Docket No. 1937, Aug. 11, 2009); and

23. Order Granting Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Zuckerman Spaeder LLP as Special Counsel (Docket No. 2088, Sept. 3, 2009).

47658/0001-6048214v1