TRIBUNE COMPANY, et al (Case 08-13141)                                          Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period August 1, 2009 through August 31, 2009**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 182.70 | $63,000.00 |
| 2009 Consolidated Audit | 386.40 | $87,000.00 |
| **Subtotal - Fixed Fee Services** | **569.10** | **$150,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 5.40 | $2,212.00 |
| **Subtotal - Hourly Services** | **5.40** | **$2,212.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 39.90 | $10,393.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **39.90** | **$10,393.00** |
| **Total Hours and Compensation** | **614.40** | **$162,605.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**   Exhibit B-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**August 1, 2009 through August 31, 2009**

| Professional | Professional's Position | Hours |
| --- | --- | --- |
| Thomas D. Snyder | Partner | 4.00 |
| William T England | Partner | 15.00 |
| Timothy M Byrd | Senior Managing Director | 3.00 |
| Chad Morrissey | Director | 23.50 |
| Doran McClellan | Director | 4.50 |
| Dan Drobac | Senior Manager | 2.00 |
| Anna V Kamenova | Senior Associate | 20.00 |
| Justin A Spahn | Senior Associate | 50.00 |
| Shawn M Felt | Senior Associate | 5.90 |
| Sheri L Meyers | Senior Associate | 6.00 |
| Abigail E Sullivan | Associate | 2.50 |
| Adam T Jorgensen | Associate | 2.00 |
| Domonique P Hinton | Associate | 30.70 |
| Meaghan K Sullivan | Associate | 12.10 |
| Lauren Lynn Bojovic | Administrative | 1.50 |
| **Total Hours Incurred during Compensation Period** | | **182.70** |
| Total Hours Incurred prior to August 1, 2009 | | 8,618.90 |
| **Total Hours Incurred through August 31, 2009** | | **8,801.60** |

| | | |
| --- | --- | --- |
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | $2,177,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | $63,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | **$2,240,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | 182.70 | **$63,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**     Exhibit B-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - August 1, 2009 through August 31, 2009**

| Category | Hours |
|---|---:|
| 0200 - Audit Strategy and Meetings with Management | 5.00 |
| 3450 - Goodwill and intangibles process | 141.70 |
| 3650 - Benefits process | 12.10 |
| 3700 - Income tax process | 5.90 |
| 3900 - Period-end financial reporting process | 2.50 |
| 5500 - Financing process | 2.00 |
| 8700 - Completion | 6.00 |
| 9400 - Newsday tax opinion | 7.50 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **182.70** |

**TRIBUNE COMPANY, et al (Case 08-13141)**        Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**August 1, 2009 through August 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Jack A Abraham | Partner | 1.00 |
| James M Maurer | Partner | 2.00 |
| John A May | Partner | 1.00 |
| John A Sandmeier | Partner | 7.00 |
| William T England | Partner | 5.00 |
| Christopher J King | Director | 4.00 |
| Dan Drobac | Senior Manager | 27.00 |
| Daniel C Chavez | Manager | 21.70 |
| Patrick J Gabel | Manager | 2.00 |
| Sumaira Maryum Akhtar | Manager | 13.00 |
| Justin A Spahn | Senior Associate | 5.00 |
| Sheri L Meyers | Senior Associate | 55.00 |
| Steven D Meyer | Senior Associate | 33.50 |
| Abigail E Sullivan | Associate | 46.60 |
| Bradley D Ebenhoeh | Associate | 24.50 |
| Domonique P Hinton | Associate | 72.00 |
| Meaghan K Sullivan | Associate | 8.30 |
| Meredith A Flittner | Associate | 42.30 |
| Rekha Lihala | Associate | 1.20 |
| Sumita Basu | Associate | 5.80 |
| Thandiwe Mhonda | Associate | 8.50 |
| **Total Hours Incurred during Compensation Period** | | **386.40** |
| Total Hours Incurred prior to August 1, 2009 | | 855.90 |
| **Total Hours Incurred through August 31, 2009** | | **1,242.30** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**August 1, 2009 through August 31, 2009**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | | $238,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | | $1,212,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | | **$1,450,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | | 386.40 | **$87,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                    Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - August 1, 2009 through August 31, 2009**

| Category | Hours |
|---|---:|
| 0200 - Audit Strategy and Meetings with Management | 103.70 |
| 2900 - Information Technology General Controls | 113.30 |
| 3650 - Benefits process | 6.00 |
| 3700 - Income tax process | 7.00 |
| 9201 - Q2 Interim Review Procedures | 137.60 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 6.50 |
| TBC Group Office Fieldwork | 5.00 |
| TPC Group Office Fieldwork | 7.30 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **386.40** |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period August 1, 2009 through August 31, 2009

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Ralph Gilman | Partner | $590 | 0.30 | $177.00 |
| Ronald L Cook | Director | $450 | 0.20 | $90.00 |
| William Jozaitis | Director | $450 | 2.90 | $1,305.00 |
| Andrew K Olson | Manager | $320 | 2.00 | $640.00 |
| **Subtotal - Claims Consulting Services** | | | 5.40 | $2,212.00 |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Dan Drobac | Senior Manager | $425 | 1.50 | $637.50 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 5.30 | $2,120.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 21.20 | $6,148.00 |
| Juan Antonio Rosa | Professional Assistant (Bankruptcy) | $125 | 11.90 | $1,487.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | 39.90 | $10,393.00 |
| **Total Hours and Compensation** | | | 45.30 | $12,605.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2009 through August 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 8/3/2009 | William Jozaitis | Director | 0809H0001: Discussion with Monica Melgarejo (Tribune) regarding project status, letter from editor, and establishing a meeting with the City of Chicago Taxing Authority to finalize the audit. | $450.00 | 0.30 | $135.00 |
| 8/6/2009 | William Jozaitis | Director | 0809H0002: Prepare correspondence to send to Kim Cook (Chicago Taxing Authority) regarding Tribune's positions. | $450.00 | 1.40 | $630.00 |
| 8/6/2009 | Ralph Gilman | Partner | 0809H0003: Review correspondence to be provided to Kim Cook (Chicago Taxing Authority) regarding Tribune positions with William Jozaitis (PwC). | $590.00 | 0.30 | $177.00 |
| 8/6/2009 | William Jozaitis | Director | 0809H0004: Review correspondence to be provided to Kim Cook (Chicago Taxing Authority) regarding Tribune positions with Ralph Gilman (PwC). | $450.00 | 0.30 | $135.00 |
| 8/7/2009 | William Jozaitis | Director | 0809H0005: Revise correspondence to send to Kim Cook (Chicago Taxing Authority) regarding Tribune's positions and electronic transmission of such correspondence. | $450.00 | 0.30 | $135.00 |
| 8/12/2009 | William Jozaitis | Director | 0809H0006: Assemble client documents and review of hearing notices. | $450.00 | 0.40 | $180.00 |
| 8/17/2009 | Andrew K Olson | Manager | 0809H0007: Prepare summary status of Chicago audits and communication of such status with the Client. | $320.00 | 1.60 | $512.00 |
| 8/17/2009 | Ronald L Cook | Director | 0809H0008: Discussion with Andrew Olson (PwC) regarding the status of the Chicago audits. | $450.00 | 0.20 | $90.00 |
| 8/17/2009 | Andrew K Olson | Manager | 0809H0009: Discussion with Ronald Cook (PwC) regarding the status of the Chicago audits. | $320.00 | 0.20 | $64.00 |
| 8/17/2009 | William Jozaitis | Director | 0809H0010: Discussion with Andrew Olson (PwC) regarding the status of the Chicago audit protest, including discussions and correspondence with the Chicago taxing authority. | $450.00 | 0.20 | $90.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period August 1, 2009 through August 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/17/2009 | Andrew K Olson | Manager | 0809H0011: Discussion with William Jozaitis (PwC) regarding the status of the Chicago audit protest, including discussions and correspondence with the Chicago taxing authority. | $320.00 | 0.20 | $64.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **5.40** | **$2,212.00** |

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/3/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0012: Review the June 2009 time consolidator and detailed time descriptions. | $290.00 | 1.80 | $522.00 |
| 8/3/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0013: Review the June 2009 monthly fee application time and assign monthly categories. | $290.00 | 0.40 | $116.00 |
| 8/4/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0014: Review the June 2009 time consolidator, detailed time descriptions, and prepare the access exhibits. | $290.00 | 1.70 | $493.00 |
| 8/4/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0015: Review the June 2009 expense consolidator. | $290.00 | 0.40 | $116.00 |
| 8/4/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0016: Review the AR Summary and GFS summary reports to determine if payment was received on the outstanding invoices. | $290.00 | 0.30 | $87.00 |
| 8/4/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0017: Review the review comments provided by Andrea Clark Smith (PwC) regarding the June 2009 monthly fee application. | $290.00 | 0.20 | $58.00 |
| 8/4/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0018: Revise the June 2009 time consolidator based upon feedback from Andrea Clark Smith (PwC). | $290.00 | 1.90 | $551.00 |
| 8/4/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0019: Send email correspondence to Dan Drobac (PwC) regarding cash receipts for the March through May 2009 billing period. | $290.00 | 0.20 | $58.00 |
| 8/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0809H0020: Review the June 2009 time consolidator and reconciling items. | $400.00 | 1.70 | $680.00 |

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2009 through August 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/5/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0021: Review the June 2009 time and expense consolidators and prepare the exhibits. | $290.00 | 2.80 | $812.00 |
| 8/5/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0022: Prepare the June 2009 Monthly Fee Application Narrative. | $290.00 | 1.10 | $319.00 |
| 8/5/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0023: Perform a final review the June 2009 time and expense consolidators, revise the exhibits, and the narrative. | $290.00 | 1.50 | $435.00 |
| 8/5/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0024: Review and respond to project related emails and email communications with Dan Drobac and Danielle Hottle (both PwC) regarding the Compilation Report expense and billing. | $290.00 | 0.70 | $203.00 |
| 8/11/2009 | Dan Drobac | Senior Manager | 0809H0025: Review the June 2009 Monthly Fee Application and exhibits. | $425.00 | 0.50 | $212.50 |
| 8/11/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0026: Reconcile the June 2009 time details provided by Justin Spahn (PwC) to the details in the consolidator and the WIP LT. | $290.00 | 1.50 | $435.00 |
| 8/11/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0027: Revise the June 2009 time consolidator based upon feedback from Andrea Clark Smith (PwC). | $290.00 | 1.00 | $290.00 |
| 8/11/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0809H0028: Review June 2009 Monthly Fee Application. | $400.00 | 2.10 | $840.00 |
| 8/12/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0029: Revise the June 2009 time consolidator based upon feedback from Andrea Clark Smith (PwC) and revise the exhibits. | $290.00 | 3.00 | $870.00 |
| 8/12/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0030: Update the June 2009 narrative based upon comments from Andrea Clark Smith (PwC). | $290.00 | 0.50 | $145.00 |
| 8/12/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0809H0031: Review the June 2009 draft exhibits and fee statement. | $400.00 | 1.30 | $520.00 |
| 8/14/2009 | Dan Drobac | Senior Manager | 0809H0032: Review the June 2009 Monthly Fee Application and exhibits. | $425.00 | 1.00 | $425.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**          Exhibit C-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2009 through August 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0033: Revise the June 2009 narrative with changes provided by Dan Drobac (PwC). | $290.00 | 0.50 | $145.00 |
| 8/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0034: Finalize the June 2009 monthly fee application. | $290.00 | 0.20 | $58.00 |
| 8/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0035: Assemble the June 2009 fee applications to provide to Fee Examiner. | $290.00 | 0.20 | $58.00 |
| 8/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0036: Review the July 2009 TA Report and send email to Justin Spahn (PwC) to request project categories.. | $290.00 | 0.30 | $87.00 |
| 8/21/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0038: Communications with J. Spahn (PwC) regarding the July time details and WIP reconciliation. | $290.00 | 0.20 | $58.00 |
| 8/24/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0039: Finalize the June 2009 fee application and prepare for filing. | $290.00 | 0.20 | $58.00 |
| 8/24/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0040: Prepare the June 2009 fee statement. | $290.00 | 0.20 | $58.00 |
| 8/24/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 0809H0041: Assemble the July 2009 time consolidator. | $125.00 | 3.40 | $425.00 |
| 8/25/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0809H0042: Final review and distribution of June 2009 fee statement and fee auditor files. | $400.00 | 0.20 | $80.00 |
| 8/25/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 0809H0043: Assemble the July 2009 time consolidator. | $125.00 | 2.20 | $275.00 |
| 8/27/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0044: Review the May and June 2009 fee statement. | $290.00 | 0.20 | $58.00 |
| 8/29/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0809H0045: Review the July WIP details. | $290.00 | 0.20 | $58.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period August 1, 2009 through August 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/31/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 0809H0046: Assemble the July 2009 time consolidator. | $125.00 | 2.90 | $362.50 |
| 8/31/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 0809H0047: Continue to assemble the July 2009 time consolidator. | $125.00 | 3.40 | $425.00 |
| Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications | | | | | 39.90 | $10,393.00 |
| Total Hours and Compensation | | | | | 45.30 | $12,605.00 |

TRIBUNE COMPANY, et al (Case 08-13141) — Exhibit D-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Expenditures by Project and Type
For the Period August 1, 2009 through August 31, 2009

| Transaction Type | Total Expenditures |
|---|---:|
| **2008 Consolidated Audit** | |
| Parking | $28.00 |
| Public/ground transportation | $121.50 |
| **Subtotal - 2008 Consolidated Audit** | **$149.50** |
| **2009 Consolidated Audit** | |
| Public/ground transportation | $159.75 |
| **Subtotal - 2009 Consolidated Audit** | **$159.75** |
| **Total Expenditures** | **$309.25** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, October 14, 2009

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period August 1, 2009 through August 31, 2009

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2008 Consolidated Audit** | | | | |
| 7/16/2009 | Dan Drobac | Parking | 0809E0001: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING TO ATTEND MEETING TO DISCUSS THE REGISTRATION STATEMENT. | $28.00 |
| 7/21/2009 | Dan Drobac | Public/ground transportation | 0809E0002: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| 7/23/2009 | Dan Drobac | Public/ground transportation | 0809E0003: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| 7/28/2009 | Abigail E Sullivan | Public/ground transportation | 0809E0004: YELLOW CAB, CHICAGO, IL - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $11.50 |
| 8/6/2009 | William T England | Public/ground transportation | 0809E0005: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $18.00 |
| 8/11/2009 | William T England | Public/ground transportation | 0809E0006: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $18.00 |
| 8/17/2009 | William T England | Public/ground transportation | 0809E0007: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $18.00 |
| 8/20/2009 | Dan Drobac | Public/ground transportation | 0809E0008: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| 8/24/2009 | Dan Drobac | Public/ground transportation | 0809E0009: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| Subtotal - 2008 Consolidated Audit | | | | $149.50 |
| **2009 Consolidated Audit** | | | | |
| 7/9/2009 | John A Sandmeier | Public/ground transportation | 0809E0010: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR PROVISION MEETING. | $20.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**          Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period August 1, 2009 through August 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 7/21/2009 | Daniel C Chavez | Public/ground transportation | 0809E0011: TAXI - TAXI FROM TRIBUNE TO PWC OFFICE AFTER CLIENT MEETINGS. | $6.00 |
| 7/23/2009 | Daniel C Chavez | Public/ground transportation | 0809E0012: TAXI - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETINGS. | $7.00 |
| 7/27/2009 | Daniel C Chavez | Public/ground transportation | 0809E0013: TAXI - TAXI FROM TRIBUNE TO PWC OFFICE AFTER CLIENT MEETINGS. | $7.00 |
| 8/3/2009 | Daniel C Chavez | Public/ground transportation | 0809E0014: TAXI - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETINGS. | $6.00 |
| 8/3/2009 | Domonique P Hinton | Public/ground transportation | 0809E0015: CHICAGO TRANSIT AUTHORITY - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $20.00 |
| 8/4/2009 | Daniel C Chavez | Public/ground transportation | 0809E0016: TAXI - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT WORK. | $6.00 |
| 8/10/2009 | Daniel C Chavez | Public/ground transportation | 0809E0017: TAXI - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT WORK. | $7.00 |
| 8/10/2009 | Sheri L Meyers | Public/ground transportation | 0809E0018: TAXI - TAXI FROM PWC OFFICE TO TRIBUNE FOR QUARTER REVIEW MEETING. | $7.00 |
| 8/10/2009 | Domonique P Hinton | Public/ground transportation | 0809E0019: CHICAGO TRANSIT AUTHORITY - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $20.00 |
| 8/11/2009 | Sheri L Meyers | Public/ground transportation | 0809E0020: TAXI - TAXI FROM PWC OFFICE TO TRIBUNE FOR MTC PRESENTATION. | $7.00 |
| 8/11/2009 | Steven D Meyer | Public/ground transportation | 0809E0021: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $7.00 |
| 8/12/2009 | Steven D Meyer | Public/ground transportation | 0809E0022: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $7.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**          Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period August 1, 2009 through August 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 8/13/2009 | Steven D Meyer | Public/ground transportation | 0809E0023: CHICAGO TRANSIT AUTHORITY - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $7.75 |
| 8/17/2009 | Daniel C Chavez | Public/ground transportation | 0809E0024: TAXI - TAXI FROM TRIBUNE TO PWC OFFICE AFTER CLIENT MEETINGS. | $6.00 |
| 8/17/2009 | Domonique P Hinton | Public/ground transportation | 0809E0025: CHICAGO TRANSIT AUTHORITY (CTA) - TRAVEL FROM OFFICE TO CHICAGO TRIBUNE. | $20.00 |
| Subtotal - 2009 Consolidated Audit | | | | $159.75 |
| **Total Expenditures** | | | | **$309.25** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.