# Notice Recipients

District/Off: 0311−1     User: Al     Date Created: 10/15/2009
Case: 08−13141−KJC     Form ID: ntcBK     Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue    Chicago, IL 60611 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A. |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | James F. Conlan | Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801 |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | Patrick Theodore Garvey | Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603 |
| aty | William S. Brody | Buchalter Nemer    1000 Wilshire Blvd., Suite 1500    Los Angeles, CA 90017 |

TOTAL: 9