IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | |
| | Related to Docket No. _____ |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM JUNE 1, 2009 THROUGH AUGUST 31, 2009**

Upon the Third Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), co-counsel to the Debtors in the above-captioned chapter 11 cases, for interim allowance of compensation and for reimbursement of expenses, for the interim period from June 1, 2009 through August 31, 2009 (the "Interim Fee Period"), pursuant to 11 U.S.C. § 331, and adequate notice of such application having been given, **IT IS ORDERED**:

1. Cole Schotz is allowed compensation for professional services rendered in the amount of $301,622 for the Interim Fee Period from June 1, 2009 through August 31, 2009.

2. Cole Schotz is allowed reimbursement of its actual and necessary expenses in the amount of $18,211.92 for the Interim Fee Period from June 1, 2009 through August 31, 2009.

3. The Debtors are authorized and directed to promptly pay the foregoing amounts to Cole Schotz.

Dated: _____, 2009

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE