IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | |
| : | Related to Docket No. _____ |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF DOW LOHNES PLLC, SPECIAL REGULATORY COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM MAY 26, 2009 THROUGH AUGUST 31, 2009**

Upon the First Interim Fee Application of Dow Lohnes PLLC ("Dow Lohnes"), special regulatory counsel to the Debtors in the above-captioned chapter 11 cases, for interim allowance of compensation and for reimbursement of expenses, for the interim period from May 26, 2009 through August 31, 2009 (the "Interim Fee Period"), pursuant to 11 U.S.C. § 331, and adequate notice of such application having been given, **IT IS ORDERED**:

1. Dow Lohnes is allowed compensation for professional services rendered in the amount of $568,590.50 for the Interim Fee Period from May 26, 2009 through August 31, 2009.

2. Dow Lohnes is allowed reimbursement of its actual and necessary expenses in the amount of $3,837.04 for the Interim Fee Period from May 26, 2009 through August 31, 2009.

3. The Debtors are authorized and directed to promptly pay the foregoing amounts to Dow Lohnes.

Dated: _____, 2009    _____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE