# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## VERIFICATION

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) ss | |
| COUNTY OF COOK | ) | |

I, David J. Bradford, after being duly sworn according to law, deposes and says:

(a) I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

(b) I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

(c) I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 14TH DAY OF OCTOBER, 2009.

Notary Public

1778046.1

OFFICIAL SEAL
RUTH ANN PONTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-15-2013