**EXHIBIT A**

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER 10130

EGI-TRB, L.L.C.                                                JULY 31, 2009
TWO NORTH RIVERSIDE PLAZA                        INVOICE # 9142708
SUITE 600
CHICAGO, IL 60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2009 | $6,937.50 |
| DISBURSEMENTS | 244.11 |
| TOTAL INVOICE | $7,181.61 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $6,441.96 |
| TRIBUNE'S 13/14 PORTION OF DISBURSEMENTS | 226.67 |
| **TOTAL DUE FROM TRIBUNE** | **$6,668.63** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $495.54 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 17.44 |
| **TOTAL DUE FROM EGI-TRB** | **$512.98** |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL 60606                                                INVOICE # 9142708
ATTN: JONATHAN D. WASSERMAN, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE                                        JULY 31, 2009
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009


ESOP/STAY ISSUES                                      MATTER NUMBER -    10130

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/01/09 | DJB | .30 | { L190 } {A106} Telephone conference with J. Wasserman, EGI's General Counsel, re strategy. | 262.50 |
| 6/01/09 | EPK | 3.80 | { L120 } {A103} Drafted memorandum re providing documents under ERISA 104. | 1,235.00 |
| 6/01/09 | DKM | .30 | { L140 } {A110} Consulted with Applied Technology Group re alteration needed for SharePoint site. | 69.00 |
| 6/02/09 | DJB | .20 | { L190 } {A106} Telephone conference with J. Wasserman, EGI counsel, re proof of claim as basis for stay. | 175.00 |
| 6/02/09 | EPK | .60 | { L120 } {A103} Drafted memorandum re duty to provide documents under ERISA 104. | 195.00 |
| 6/04/09 | EPK | 2.30 | { L120 } {A102} Conducted research re duty to produce stock valuation reports. | 747.50 |
| 6/10/09 | DKM | .50 | { L140 } {A110} Updated SharePoint site. | 115.00 |

LAW OFFICES

### JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 6/11/09 | JL | .80 | { L190 } {A104} Reviewed response letter re ESOP document requests and telephone conference with D. Sondgeroth re same. | 476.00 |
| 6/12/09 | DKM | .80 | { L140 } {A110} Scanned correspondence documents (.2); uploaded documents to SharePoint site and entered data for same (.4); updated hard copy case and correspondence files (.2). | 184.00 |
| 6/17/09 | DKM | .50 | { L140 } {A110} Prepared documents for production. | 115.00 |
| 6/19/09 | JL | .10 | { L190 } {A105} Telephone conference with D. Sondgeroth re 5500s. | 59.50 |
| 6/19/09 | PXR | .50 | { L140 } {A110} Retrieved insurance policies and organized and assembled 4 sets of exhibits per S. McGee request. | 85.00 |
| 6/19/09 | DKM | 1.00 | { L140 } {A110} Prepared production documents. | 230.00 |
| 6/22/09 | JL | .50 | { L190 } {A105} Telephone conference with D. Sondgeroth re 5500 issues and researched same. | 297.50 |
| 6/22/09 | DKM | 2.50 | { L140 } {A110} Prepared documents for production. | 575.00 |
| 6/24/09 | DAS | .50 | { L210 } {A107} Communicated with co-counsel in Delaware re issues related to hearing on June 25. | 262.50 |
| 6/24/09 | DAS | .40 | { L210 } {A105} Communicated with D. Bradford re issues related to June 25 hearing. | 210.00 |
| 6/25/09 | DJB | 1.00 | { L190 } {A109} Appeared telephonically for status conference. | 875.00 |
| 6/25/09 | DJB | .20 | { L190 } {A101} Prepared for status conference. | 175.00 |
| 6/25/09 | DAS | 1.00 | { L210 } {A109} Participated in telephonic hearing in adversary proceeding related to Tribune v. Neil. | 525.00 |
| 6/26/09 | DKM | .30 | { L140 } {A110} Edited format of SharePoint site. | 69.00 |
| | | 18.10 | PROFESSIONAL SERVICES | 6,937.50 |

LAW OFFICES

Page 3

### JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 6/09/09 | Network Printing | 2.88 |
| 6/17/09 | Network Printing | 18.90 |
| 6/18/09 | Network Printing | 4.14 |
| 6/18/09 | Photocopy Expense | 16.56 |
| 6/19/09 | Network Printing | 10.08 |
| 6/22/09 | Network Printing | 8.01 |
| 6/22/09 | UPS | 11.02 |
| 6/30/09 | Westlaw Research | 158.18 |
| 6/30/09 | Photocopy Expense | 14.34 |
| | TOTAL DISBURSEMENTS | 244.11 |

## INVOICE TOTAL                    $ 7,181.61

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| DAVID J. BRADFORD | | 1.70 | 875.00 | 1,487.50 |
| JORGE M. LEON | | 1.40 | 595.00 | 833.00 |
| DOUGLAS A. SONDGEROTH | | 1.90 | 525.00 | 997.50 |
| EAMON P. KELLY | | 6.70 | 325.00 | 2,177.50 |
| DANIEL K. MORGAN | | 5.90 | 230.00 | 1,357.00 |
| PANAGIOTA RAMOS | | 0.50 | 170.00 | 85.00 |
| | TOTAL | 18.10 | | 6,937.50 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10148

THE TRIBUNE COMPANY                                          JULY 31, 2009
435 NORTH MICHIGAN AVENUE                            INVOICE # 9142709
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009                                              $1,298.50

DISBURSEMENTS                                                            3.42

                         TOTAL INVOICE                     $1,301.92

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9142709
ATTN: DONALD J. LIEBENTRITT

JULY 31, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009

DOL SUBPOENA                                    MATTER NUMBER -    10148

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/18/09 | DKM | 1.20 | { L140 } {A110} Consulted with ATG re document production and Concordance database (.1); reviewed Concordance database (.1); prepared documents for production (1.0). | 276.00 |
| 6/18/09 | DXW | .80 | { L140 } {A110} Conferred with D. Morgan re tiff conversion and document production project (.1); copied data to server for processing and loading to Concordance for attorney review and production (.6); emailed data management team re tiff conversion project specifications (.1). | 220.00 |
| 6/18/09 | RRO | .50 | { L140 } {A110} Converted data and loaded same into the Concordance database, "Client Document-Review." | 137.50 |
| 6/19/09 | DXW | .80 | { L140 } {A110} Reviewed data loaded to the Client Review Documents database for integrity and in preparation for production (.6); emailed D. Morgan re completion of data loading project (.1); emailed data management team re document production specifications (.1). | 220.00 |
| 6/19/09 | RRO | .50 | { L140 } {A110} Created data production database. | 137.50 |
| 6/19/09 | JXA | .20 | { L140 } {A110} Performed quality check on conversion of data project. | 55.00 |

Federal Identification No. 36-2192554

LAW OFFICES                                                      Page 2

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/22/09 | JXA | .30 | { L140 } {A110} Performed quality check on production volume database. | 82.50 |
| 6/25/09 | PXR | 1.00 | { L140 } {A110} Updated email and correspondence files and SharePoint site. | 170.00 |
| | | 5.30 | PROFESSIONAL SERVICES | 1,298.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 6/21/09 | Network Printing | 3.42 |
| | TOTAL DISBURSEMENTS | 3.42 |

**INVOICE TOTAL**                          **$ 1,301.92**

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID WIRKIOWSKI | 1.60 | 275.00 | 440.00 |
| JENNIFER ANDERSON | 0.50 | 275.00 | 137.50 |
| ROBERT R. OHTON, JR. | 1.00 | 275.00 | 275.00 |
| DANIEL K. MORGAN | 1.20 | 230.00 | 276.00 |
| PANAGIOTA RAMOS | 1.00 | 170.00 | 170.00 |
| TOTAL | 5.30 | | 1,298.50 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY                                         JULY 31, 2009
435 NORTH MICHIGAN AVENUE                            INVOICE # 9142711
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009                                          $7,947.50

DISBURSEMENTS                                                       58.22
                                                           _____

                               TOTAL INVOICE                  $8,005.72

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9142711
ATTN: DONALD J. LIEBENTRITT

JULY 31, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009

FEE APPLICATION                                MATTER NUMBER -    10164

| | | | | |
|---|---|---|---|---|
| 6/01/09 | MHM | 3.90 | { L210 } {A103} Reviewed invoices and prepared preliminary summaries of individual attorney time (1.4); prepared table of fees by attorney (1.1); reviewed individual disbursement entries and prepared summary of disbursements by category (0.8); updated summary charts for fee application (0.6). | 1,053.00 |
| 6/01/09 | DHH | 4.10 | { L210 } {A103} Worked on April fee application, including revising to include additional invoices, redacting time entries, and revising narrative portion and summary charts. | 1,640.00 |
| 6/02/09 | MHM | 1.10 | { L120 } {A103} Reviewed additional invoices and updated summary charts for monthly fee statement. | 297.00 |
| 6/02/09 | DJB | .50 | { L190 } {A103} Edited fee petition. | 437.50 |
| 6/02/09 | DHH | 1.80 | { L210 } {A103} Worked on Tribune fee applications, including revising narrative per D. Bradford's comments, reviewing summary charts, and coordinating filing with local counsel. | 720.00 |
| 6/15/09 | DHH | 1.00 | { L210 } {A103} Worked on response to fee examiner's preliminary report. | 400.00 |
| 6/16/09 | DHH | 2.00 | { L210 } {A103} Worked on response to fee examiner's preliminary report. | 800.00 |

LAW OFFICES                                                    Page 2

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/17/09 | CS | .30 | { L190 } {A103} Prepared revisions to fee examiner response. | 217.50 |
| 6/17/09 | DJB | .30 | { L190 } {A103} Edited response to fee report. | 262.50 |
| 6/17/09 | DHH | 2.20 | { L210 } {A103} Worked on response to fee examiner's preliminary report. | 880.00 |
| 6/18/09 | DHH | .80 | { L210 } {A103} Worked on response to fee examiner's preliminary report, including revising per C. Steege and D. Bradford comments. | 320.00 |
| 6/26/09 | DHH | 1.20 | { L210 } {A103} Worked on May 2009 fee application, including reviewing time entries and revising narrative. | 480.00 |
| 6/29/09 | DHH | .60 | { L210 } {A103} Worked on May 2009 fee application, including reviewing and redacting time entries. | 240.00 |
| 6/30/09 | DHH | .50 | { L210 } {A103} Worked on May 2009 fee application, including reviewing and redacting time entries. | 200.00 |
| | | 20.30 | PROFESSIONAL SERVICES | 7,947.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 6/01/09 | Network Printing | 4.86 |
| 6/02/09 | Network Printing | 8.73 |
| 6/03/09 | Network Printing | 11.97 |
| 6/04/09 | Network Printing | 1.53 |
| 6/30/09 | Westlaw Research | 31.13 |
| | TOTAL DISBURSEMENTS | 58.22 |

**INVOICE TOTAL**                      **$ 8,005.72**

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 0.80 | 875.00 | 700.00 |
| CATHERINE L. STEEGE | | 0.30 | 725.00 | 217.50 |
| DAVID H. HIXSON | | 14.20 | 400.00 | 5,680.00 |
| MICHAEL H. MATLOCK | | 5.00 | 270.00 | 1,350.00 |
| | TOTAL | 20.30 | | 7,947.50 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180


THE TRIBUNE COMPANY                                    JULY 31, 2009
435 NORTH MICHIGAN AVENUE                        INVOICE # 9142712
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT


## MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009                                        $7,602.50

DISBURSEMENTS                                                      1.08
                                                          _____

                              TOTAL INVOICE                $7,603.58

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                INVOICE # 9142712
ATTN: DONALD J. LIEBENTRITT


                                                        JULY 31, 2009


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009


MORGAN STANLEY SWAP                          MATTER NUMBER -    10180

| 6/01/09 | DJB | .20 | { L190 } {A103} Edited letter demanding payment. | 175.00 |
|---------|-----|-----|--------------------------------------------------|--------|
| 6/01/09 | SEB | 1.70 | { L190 } {A103} Drafted letter to Morgan Stanley re total amount owed on swap agreement and calculation of default rate of interest. | 552.50 |
| 6/17/09 | DJB | .70 | { L190 } {A103} Edit demand letter re interest calculation. | 612.50 |
| 6/17/09 | MZH | .40 | { L120 } {A105} Telephone conferences with S. Biller re calculation of interest on swap. | 290.00 |
| 6/17/09 | SEB | 3.30 | { L190 } {A105} Conferred with D. Bradford re interest calculation (.1); analyzed and calculated termination amount, compounded interest and total payment owed (2.0); conferred with M. Hankin re ▮▮▮▮▮▮ ▮▮▮▮▮▮ (.2); revised demand letter (.2); wrote email memorandum to D. Bradford re calculation of total amount owed (.2); made follow-up revisions to demand letter ▮▮▮▮▮ (.1); conferred with M. Hankin re ▮▮▮▮▮ (.1); responded by email to D. Bradford re ▮▮▮▮▮ (.2); further revised demand letter to include details on computation (.2). | 1,072.50 |
| 6/18/09 | DJB | .20 | { L190 } {A106} Telephone conference with clients. | 175.00 |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/18/09 | DJB | .40 | { L190 } {A103} Edited demand letter to Morgan Stanley. | 350.00 |
| 6/18/09 | MZH | 2.00 | { L120 } {A104} Reviewed and revised letter to MS re calculation of interest arising under swap (1.7); telephone conferences with S. Biller re same (.3). | 1,450.00 |
| 6/18/09 | SEB | .60 | { L190 } Conferred with M. Hankin re ███████ (.1); proofread payment demand letter to Morgan Stanley (.2); conferred with M. Hankin and D. Bradford re ███████ (.1); ███████ (.2). | 195.00 |
| 6/19/09 | DJB | .50 | { L190 } {A103} Edited demand letter. | 437.50 |
| 6/19/09 | DJB | .50 | { L190 } {A106} Telephone conference with J. Rodden, Tribune CFO, re ███████. | 437.50 |
| 6/19/09 | MZH | 1.60 | { L120 } {A103} Drafted letter to MS re calculation of swap termination amount (1.2); revised same ███ (.3); telephone conference with D. Bradford re same (.1). | 1,160.00 |
| 6/19/09 | SEB | 1.50 | { L190 } Conferred with M. Hankin and made further revisions to letter (.1); prepared ███████ (.7); conferred with M. Grobel re ███████ (.2); revised demand letter to Morgan Stanley (.2); revised demand letter ███████ (.3). | 487.50 |
| 6/22/09 | DJB | .20 | { L190 } {A103} Finalized demand letter. | 175.00 |
| 6/22/09 | SEB | .10 | { L190 } {A103} Proofread demand letter to MS and letter requesting information to evaluate calculation. | 32.50 |
| | | 13.90 | **PROFESSIONAL SERVICES** | 7,602.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 3

## DISBURSEMENTS

| | | |
|---|---|---:|
| 6/22/09 | Photocopy Expense | 1.08 |
| | TOTAL DISBURSEMENTS | 1.08 |

**INVOICE TOTAL**                         **$ 7,603.58**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| DAVID J. BRADFORD | | 2.70 | 875.00 | 2,362.50 |
| MARC B. HANKIN | | 4.00 | 725.00 | 2,900.00 |
| SOFIA E. BILLER | | 7.20 | 325.00 | 2,340.00 |
| | TOTAL | 13.90 | | 7,602.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY                                        AUGUST 25, 2009
435 NORTH MICHIGAN AVENUE                          INVOICE # 9144125
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                               $2,981.50

DISBURSEMENTS                                                             240.39

                                        TOTAL INVOICE           $3,221.89

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                        INVOICE # 9144125
ATTN: DONALD J. LIEBENTRITT

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

DOL SUBPOENA                                        MATTER NUMBER -    10148

| | | | | |
|---|---|---|---|---|
| 7/24/09 | ASA | .60 | { L250 } {A105} Telephone conference with D. Sondgeroth re DOL request for better copy of document. | 324.00 |
| 7/24/09 | ASA | .20 | { L250 } {A108} Responded to DOL e-mail re copy of document. | 108.00 |
| 7/24/09 | DAS | .30 | { L210 } {A105} Telephone conference with A. Amert re issues related to DOL production. | 157.50 |
| 7/24/09 | DAS | .50 | { L210 } {A106} Prepared communication to D. Liebentritt re update to DOL production and obtaining clearer copies of documents. | 262.50 |
| 7/27/09 | DJB | .20 | { L190 } {A104} Reviewed information request. | 175.00 |
| 7/27/09 | ASA | .60 | { L250 } {A105} Telephone conference with D. Sondgeroth re additional DOL requests for information. | 324.00 |
| 7/27/09 | ASA | .20 | { L250 } {A108} Responded to DOL e-mail re document. | 108.00 |
| 7/27/09 | DAS | .30 | { L210 } {A106} Contacted client re document requested and reviewed same (.3). | 157.50 |
| 7/27/09 | DAS | .50 | { L210 } {A105} Reviewed communication from DOL re additional documents (.3); telephone conference with A. Amert re same (.2). | 262.50 |

LAW OFFICES

Page 2

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 7/28/09 | DAS | .90 | { L210 } {A105} Communicated with A. Amert re document production and materials requested by DOL (.4); coordinated production of same (.5). | 472.50 |
| 7/28/09 | DAS | .40 | { L210 } {A108} Prepared communication to produce documents to DOL (.4). | 210.00 |
| 7/28/09 | DAS | .30 | { L210 } {A109} Reviewed communications from C. Smith re response to DOL questions (.3). | 157.50 |
| 7/31/09 | DJB | .30 | { L190 } {A106} Telephone conference with D. Liebentritt re issues. | 262.50 |
| | | 5.30 | PROFESSIONAL SERVICES | 2,981.50 |

## DISBURSEMENTS

| 7/02/09 | Network Printing | 240.39 |
| | TOTAL DISBURSEMENTS | 240.39 |

**INVOICE TOTAL**                 **$ 3,221.89**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| DAVID J. BRADFORD | | 0.50 | 875.00 | 437.50 |
| AMANDA S. AMERT | | 1.60 | 540.00 | 864.00 |
| DOUGLAS A. SONDGEROTH | | 3.20 | 525.00 | 1,680.00 |
| | TOTAL | 5.30 | | 2,981.50 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180


THE TRIBUNE COMPANY                                      AUGUST 25, 2009
435 NORTH MICHIGAN AVENUE                          INVOICE # 9144128
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT


### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                            $13,105.00

DISBURSEMENTS                                                          529.11

TOTAL INVOICE               $13,634.11

LAW OFFICES
### JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9144128
ATTN: DONALD J. LIEBENTRITT

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

MORGAN STANLEY SWAP                          MATTER NUMBER -    10180

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 7/01/09 | MZH | .50 | { L120 } {A105} Drafted e-mail to D. Bradford re ███████ and attended to same. | 362.50 |
| 7/02/09 | DJB | .20 | { L190 } {A104} Reviewed and forwarded letter from opposing counsel. | 175.00 |
| 7/07/09 | DJB | .10 | { L190 } {A106} E-mails with clients re ███████. | 87.50 |
| 7/07/09 | SEB | .30 | { L190 } {A102} Researched ███████ ███████ | 97.50 |
| 7/08/09 | DJB | .10 | { L190 } {A107} Telephone conference with S. Grosshandler, plaintiff's counsel. | 87.50 |
| 7/18/09 | DJB | .20 | { L190 } {A106} E-mails re potential meeting. | 175.00 |
| 7/19/09 | DJB | .20 | { L190 } {A106} E-mails with S. Grosshandler and clients. | 175.00 |
| 7/20/09 | DJB | .20 | { L190 } {A107} E-mails with opposing counsel. | 175.00 |
| 7/22/09 | DJB | .50 | { L190 } {A107} Telephone conference with S. Grosshandler. | 437.50 |
| 7/22/09 | DJB | .20 | { L190 } {A106} E-mails to client re telephone conference with S. Grosshandler. | 175.00 |
| 7/23/09 | DJB | .30 | { L190 } {A107} Telephone conference with S. Grosshandler (.2); e-mails re same (.1). | 262.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| 7/24/09 | WAT | .20 | { L110 } {A105} Telephone conference with internal team re ██████████████████████████ ████. | 95.00 |
|---------|-----|-----|------|-------|
| 7/24/09 | MZH | .20 | { L120 } {A105} Telephone conference with W. Thomson and S. Biller re ████████████ ████████. | 145.00 |
| 7/24/09 | SEB | .40 | { L120 } {A105} Participated in conference call with M. Hankin and W. Thomson to discuss ████████████ (.2); conferred with W. Thomson re ████████ (.2). | 130.00 |
| 7/26/09 | SEB | 1.20 | { L190 } {A104} Reviewed notes ████████████ ██████████████████████. | 390.00 |
| 7/27/09 | DJB | .50 | { L190 } {A101} ████████████████. | 437.50 |
| 7/27/09 | WAT | 2.50 | { L110 } {A104} Reviewed factual materials and law. | 1,187.50 |
| 7/27/09 | WAT | .80 | { L110 } {A101} Prepared for conference call. | 380.00 |
| 7/27/09 | WAT | .20 | { L110 } {A105} Participated in conference call with internal team re ████████████████ ████. | 95.00 |
| 7/27/09 | MZH | .20 | { L120 } {A105} Telephone call with D. Bradford, S. Biller and W. Thomson re ████████████. | 145.00 |
| 7/27/09 | SEB | .50 | { L190 } {A107} Communicated with W. Thomson re ████████████████████ (.3); participated in conference call with D. Bradford, M. Hankin and W. Thomson (.1); discussed ██████ with W. Thomson (.1). | 162.50 |
| 7/29/09 | SEB | .20 | { L190 } {A105} Consulted with W. Thomson re ████. | 65.00 |
| 7/30/09 | WAT | 7.00 | { L110 } {A104} Reviewed documents, conducted analysis and prepared talking points outline for ████████████████████. | 3,325.00 |
| 7/30/09 | WAT | .80 | { L110 } {A102} Conducted legal research. | 380.00 |

    Federal Identification No. 36-2192554

LAW OFFICES                                                    Page 3
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 7/30/09 | SEB | 6.50 | { L190 } {A103} Prepared talking points and ███████ (3.8); conducted spot research on ███████ (1.1); conferred with W. Thomson re ███████ (.3); reviewed ███████ with W. Thomson (.2); searched for ███████ (.3); analyzed ███████ (.2); participated in conference call with W. Thomson and M. Hankin (.1); worked on ███████ (.4). | 2,112.50 |
| 7/31/09 | DJB | .50 | { L190 } {A107} Telephone conference with S. Grosshandler (.4); e-mail to client re same (.1). | 437.50 |
| 7/31/09 | WAT | 1.40 | { L110 } {A104} Reviewed documents, conducted analysis and prepared ███████ | 665.00 |
| 7/31/09 | MZH | .80 | { L120 } {A103} Drafted ███████ | 580.00 |
| 7/31/09 | SEB | .50 | { L190 } {A103} Revised and edited ███████ | 162.50 |
| | | 27.20 | PROFESSIONAL SERVICES | 13,105.00 |

## DISBURSEMENTS

| 7/22/09 | Photocopy Expense | 1.08 |
| 7/26/09 | Network Printing | 2.16 |
| 7/31/09 | Westlaw Research | 525.87 |
| | TOTAL DISBURSEMENTS | 529.11 |

**INVOICE TOTAL**                    **$ 13,634.11**

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 3.00 | 875.00 | 2,625.00 |
| MARC B. HANKIN | | 1.70 | 725.00 | 1,232.50 |
| WADE A. THOMSON | | 12.90 | 475.00 | 6,127.50 |
| SOFIA E. BILLER | | 9.60 | 325.00 | 3,120.00 |
| | TOTAL | 27.20 | | 13,105.00 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    AUGUST 25, 2009
435 NORTH MICHIGAN AVENUE                       INVOICE # 9144127
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                             $11,170.00

DISBURSEMENTS                                                              47.79
                                                          _____

                                    TOTAL INVOICE              $11,217.79

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                      INVOICE # 9144127
ATTN: DONALD J. LIEBENTRITT

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

FEE APPLICATION                                      MATTER NUMBER -    10164

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 7/02/09 | MXP | 2.40 | { L210 } {A103} Worked on reviewing matter invoices to prepare Jenner & Block invoice for May 2009 time and expenses for D. Hixson. | 408.00 |
| 7/02/09 | DHH | .50 | { L210 } {A103} Worked on May fee application, including reviewing time entries for confidential information. | 200.00 |
| 7/04/09 | DHH | 1.10 | { L210 } {A103} Worked on May fee application, including drafting narrative portion of application. | 440.00 |
| 7/05/09 | CS | .30 | { L250 } {A103} Worked on revisions to fee petition. | 217.50 |
| 7/05/09 | DHH | 1.10 | { L210 } {A103} Worked on May fee application, including revising narrative portion of application. | 440.00 |
| 7/06/09 | MHM | .80 | { L210 } {A103} Reviewed compensation procedures order (.2); reviewed prior monthly fee statements (.6). | 216.00 |
| 7/07/09 | MXP | 2.90 | { L210 } {A103} Worked on reviewing invoices and preparing Jenner & Block's fee application exhibit. | 493.00 |
| 7/08/09 | LSR | 1.40 | { L120 } {A103} Drafted May fee application. | 455.00 |
| 7/09/09 | LSR | .50 | { L120 } {A103} Continued drafting May fee application. | 162.50 |
| 7/09/09 | LSR | 2.80 | { L120 } {A103} Drafted second quarterly fee application. | 910.00 |

LAW OFFICES                                                                Page 2

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/10/09 | MHM | 3.10 | { L120 } {A103} Reviewed monthly fee statements and drafted second quarterly fee application. | 837.00 |
| 7/10/09 | LSR | 2.00 | { L120 } {A103} Edited second quarterly fee application. | 650.00 |
| 7/14/09 | CS | .30 | { L190 } {A103} Reviewed and revised quarterly fee application. quarterly fee application. | 217.50 |
| 7/14/09 | MHM | .90 | { L210 } {A103} Revised and updated exhibits for quarterly fee application. | 243.00 |
| 7/14/09 | LSR | .70 | { L120 } {A103} Edited second quarterly fee application. | 227.50 |
| 7/16/09 | MHM | 2.30 | { L250 } {A103} Worked on preparing data for compliance with fee examiner. | 621.00 |
| 7/17/09 | MHM | 2.00 | { L250 } {A103} Worked on preparing electronic invoices subject to the second quarterly application for the Fee Examiner. | 540.00 |
| 7/20/09 | MHM | 3.90 | { L250 } {A103} Continued work on transferring electronic data to format required by fee examiner (3.2); proofread, formatted and revised same (.7). | 1,053.00 |
| 7/20/09 | LSR | .40 | { L120 } {A103} Drafted email to Fee Examiner re Second Quarterly Fee Application. | 130.00 |
| 7/20/09 | LSR | .40 | { L120 } {A103} Drafted June fee application. | 130.00 |
| 7/21/09 | LSR | 1.30 | { L120 } {A103} Continued drafting June fee application. | 422.50 |
| 7/22/09 | MHM | 2.40 | { L250 } {A103} Continued preparation of final numbers, attorney summaries and biographical information for quarterly fee application. | 648.00 |
| 7/22/09 | MHM | 2.00 | { L250 } {A103} Revised, proofread and updated quarterly fee application. | 540.00 |
| 7/22/09 | LSR | .30 | { L120 } {A103} Drafted June fee application. | 97.50 |
| 7/23/09 | LSR | .90 | { L120 } {A103} Edited June fee application (.3); reviewed same (.6). | 292.50 |
| 7/27/09 | LSR | .70 | { L140 } {A103} Edited June fee application. | 227.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 3

| | | | | |
|---|---|---|---|---|
| 7/28/09 | MHM | 1.30 | { L250 } {A103} Worked on preparing expenses in quarterly application in format for electronic submission to fee examiner. | 351.00 |
| | | 38.70 | PROFESSIONAL SERVICES | 11,170.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 7/06/09 | Network Printing | 11.43 |
| 7/16/09 | Network Printing | 11.43 |
| 7/20/09 | Network Printing | 2.16 |
| 7/22/09 | Network Printing | 4.14 |
| 7/23/09 | Network Printing | 8.64 |
| 7/28/09 | Network Printing | 9.99 |
| | TOTAL DISBURSEMENTS | 47.79 |

**INVOICE TOTAL**                         $ 11,217.79

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE L. STEEGE | | 0.60 | 725.00 | 435.00 |
| DAVID H. HIXSON | | 2.70 | 400.00 | 1,080.00 |
| LANDON S. RAIFORD | | 11.40 | 325.00 | 3,705.00 |
| MICHAEL H MATLOCK | | 18.70 | 270.00 | 5,049.00 |
| MARC A PATTERSON | | 5.30 | 170.00 | 901.00 |
| | TOTAL | 38.70 | | 11,170.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                          AUGUST 25, 2009
435 N. MICHIGAN AVENUE                   INVOICE # 9144072
CHICAGO, IL  60611
ATTN: DONALD J. LIEBENTRITT

### CUETO

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                    $1,125.00

DISBURSEMENTS                                                 1.62
                                                        ─────────────
                             TOTAL INVOICE               $1,126.62

LAW OFFICES

## JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL  60611                                          INVOICE # 9144072
ATTN: KAREN H. FLAX

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

CUETO                                               MATTER NUMBER -    10024

| Date | | | | Amount |
|---|---|---|---|---|
| 6/08/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed email and attachment from co-defendant's counsel re substitution of judges. | 187.50 |
| 7/06/09 | DLB | .30 | { L120 } {A108} Followed up with court clerk re scheduling of hearing. | 187.50 |
| 7/07/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed Cueto's opposition to motion to quash subpoena. | 187.50 |
| 7/08/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed order from court postponing hearings and emails related to same. | 187.50 |
| 7/31/09 | DLB | .60 | { L120 } {A104} Reviewed and analyzed opinion in related matter. | 375.00 |
| | | 1.80 | PROFESSIONAL SERVICES | 1,125.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 7/09/09 | Photocopy Expense | 1.62 |
| | TOTAL DISBURSEMENTS | 1.62 |

**INVOICE TOTAL**                              **$ 1,126.62**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 1.80 | 625.00 | 1,125.00 |
| TOTAL | 1.80 | | 1,125.00 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                                    SEPTEMBER 30, 2009
435 N. MICHIGAN AVENUE, SUITE 600                       INVOICE # 9146300
CHICAGO, IL 60611
ATTN: DONALD J. LIEBENTRITT

**CUETO**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009                                           $ 312.50

DISBURSEMENTS                                                         0.00
                                                      _____

                                        TOTAL INVOICE              $ 312.50

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE, SUITE 600
CHICAGO, IL 60611
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9146300

SEPTEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009

CUETO                                                      MATTER NUMBER -    10024

| 8/06/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed filing by Cueto. | 187.50 |
| 8/11/09 | DLB | .20 | { L120 } {A107} Telephone conferences with court and other counsel re scheduling of hearings. | 125.00 |
| | | 0.50 | PROFESSIONAL SERVICES | 312.50 |

**INVOICE TOTAL**                              **$ 312.50**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 0.50 | 625.00 | 312.50 |
| TOTAL | 0.50 | | 312.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148


THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

SEPTEMBER 30, 2009
INVOICE # 9146341


**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009                                      $5,089.00

DISBURSEMENTS                                                      0.00
                                                      _____

                              TOTAL INVOICE          $5,089.00

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                           INVOICE # 9146341
ATTN: DONALD J. LIEBENTRITT

SEPTEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009

DOL SUBPOENA                                           MATTER NUMBER -    10148

| | | | | |
|---|---|---|---|---|
| 8/03/09 | DAS | .10 | { L210 } {A105} Contacted D. Bradford re issues related to DOL response and preparation of same. | 52.50 |
| 8/04/09 | DJB | .10 | { L190 } {A106} Telephone conference with client. | 87.50 |
| 8/04/09 | DAS | .90 | { L210 } {A105} Discussed with D. Bradford open issues related to DOL response and follow-up questions from DOL. | 472.50 |
| 8/05/09 | DAS | .80 | { L210 } {A103} Drafted response to DOL re questions posed on July 29. | 420.00 |
| 8/05/09 | DAS | .30 | { L210 } {A105} Telephone conference with A. Amert re response to DOL. | 157.50 |
| 8/08/09 | DAS | .20 | { L210 } {A105} Reviewed communications from D. Liebentritt re response to DOL questions and communicated with A. Amert re same. | 105.00 |
| 8/09/09 | WLS | .50 | { L190 } {A105} Advised on response to DOL. | 400.00 |
| 8/10/09 | DAS | .80 | { L210 } {A103} Edited draft response to DOL re additional questions raised. | 420.00 |
| 8/10/09 | DAS | .40 | { L210 } {A105} Discussed draft response to DOL with A. Amert and D. Bradford. | 210.00 |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 8/13/09 | DAS | 2.00 | { L210 } {A103} Edited draft response to DOL re follow-up questions. | 1,050.00 |
|---|---|---|---|---|
| 8/13/09 | DAS | .40 | { L210 } {A106} Communicated with D. Liebentritt re response to DOL. | 210.00 |
| 8/13/09 | DAS | .30 | { L210 } {A105} Coordinated preparation of materials to DOL. | 157.50 |
| 8/13/09 | EJR | .70 | { L140 } {A100} Obtained and prepared additional documents for production to Department of Labor per D. Sondgeroth (.5); electronically prepared documents to be loaded into Concordance database to expedite attorney review (.2). | 161.00 |
| 8/13/09 | ATG | .30 | { L140 } {A110} Loaded data volume into Concordance database "Client Document - Review." | 82.50 |
| 8/14/09 | DAS | .20 | { L210 } {A108} Sent response to DOL follow-up questions to A. Romanacce. | 105.00 |
| 8/14/09 | DAS | .40 | { L120 } {A105} Communicated with D. Bradford re edits to response to DOL. | 210.00 |
| 8/14/09 | DAS | .80 | { L210 } {A103} Edited draft response to DOL. | 420.00 |
| 8/14/09 | EJR | 1.60 | { L140 } {A100} Updated internal searchable databases of case materials (.5); organized electronic communications between DOL and counsel (.7); processed and archived digital material and productions to expedite attorney review and retrieval (.4). | 368.00 |
|  |  | 10.80 | PROFESSIONAL SERVICES | 5,089.00 |

**INVOICE TOTAL**                                   **$ 5,089.00**

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 0.10 | 875.00 | 87.50 |
| WILLIAM L. SCOGLAND | | 0.50 | 800.00 | 400.00 |
| DOUGLAS A. SONDGEROTH | | 7.60 | 525.00 | 3,990.00 |
| APPLIED TECHNOLOGY GROUP | | 0.30 | 275.00 | 82.50 |
| EILEEN J. ROBERTSON | | 2.30 | 230.00 | 529.00 |
| | TOTAL | 10.80 | | 5,089.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                              SEPTEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                        INVOICE # 9146343
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009                                    $2,440.00

DISBURSEMENTS                                                   2.70

                          TOTAL INVOICE                    $2,442.70

LAW OFFICES

## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9146343
ATTN: DONALD J. LIEBENTRITT


SEPTEMBER 30, 2009


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009


FEE APPLICATION                                    MATTER NUMBER -    10164


| | | | | |
|---|---|---|---|---|
| 8/19/09 | LSR | .80 | { L210 } {A103} Drafted July fee application. | 260.00 |
| 8/20/09 | LSR | 1.80 | { L210 } {A103} Continued drafting July fee application. | 585.00 |
| 8/24/09 | MHM | .30 | { L210 } {A104} Reviewed current invoices for preparation of monthly fee statement. | 81.00 |
| 8/24/09 | LSR | .40 | { L210 } {A103} Drafted July fee application. | 130.00 |
| 8/25/09 | MHM | 2.10 | { L210 } {A104} Reviewed invoices, prepared summaries and revised monthly fee statement. | 567.00 |
| 8/26/09 | LSR | .80 | { L210 } {A103} Edited July fee application. | 260.00 |
| 8/28/09 | MHM | 1.10 | { L210 } {A103} Prepared and proofread exhibits for monthly fee statement. | 297.00 |
| 8/28/09 | LSR | .80 | { L210 } {A104} Edited July fee application. | 260.00 |
| | | 8.10 | PROFESSIONAL SERVICES | 2,440.00 |

LAW OFFICES

Page 2

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 8/03/09 | Network Printing | 2.25 |
| 8/28/09 | Network Printing | .45 |
| | TOTAL DISBURSEMENTS | 2.70 |

**INVOICE TOTAL**                    $ 2,442.70

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| LANDON S. RAIFORD | 4.60 | 325.00 | 1,495.00 |
| MICHAEL H. MATLOCK | 3.50 | 270.00 | 945.00 |
| TOTAL | 8.10 | | 2,440.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                    SEPTEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                          INVOICE # 9146345
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**MORGAN STANLEY SWAP**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009                                          $24,855.00

DISBURSEMENTS                                                          244.52

                              TOTAL INVOICE            $25,099.52

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9146345
ATTN: DONALD J. LIEBENTRITT


                                                         SEPTEMBER 30, 2009


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2009


MORGAN STANLEY SWAP                          MATTER NUMBER -    10180

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 8/02/09 | WAT | 1.00 | { L110 } {A104} Reviewed and analyzed documents, correspondence and case law, and prepared talking points memo for upcoming meeting with Morgan Stanley. | 475.00 |
| 8/03/09 | SEB | 1.50 | { L190 } {A105} Conferred with P. Bull and M. Groble re ▮▮▮▮▮▮▮▮▮▮▮▮ (.4); revised talking points outline ▮▮▮▮▮▮▮▮ (1.1). | 487.50 |
| 8/04/09 | DJB | .10 | { L190 } {A106} Telephone conference with client. | 87.50 |
| 8/04/09 | WAT | .30 | { L110 } {A103} Worked on talking points memo for upcoming meeting with Morgan Stanley. | 142.50 |
| 8/04/09 | SEB | 2.90 | { L190 } {A103} Analyzed and revised ▮▮▮▮▮▮ | 942.50 |
| 8/08/09 | DJB | 1.00 | { L190 } {A104} Reviewed talking points for August 10 conference call. | 875.00 |
| 8/08/09 | MZH | 1.50 | { L120 } {A104} Analyzed ▮▮▮▮▮▮▮▮▮▮ as per D. Bradford e-mails (.7); drafted e-mils to D. Bradford re same (.8). | 1,087.50 |
| 8/09/09 | DJB | .50 | { L190 } {A101} Prepared for settlement meeting. | 437.50 |

LAW OFFICES
Page 2

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 8/09/09 | MZH | .70 | { L120 } {A104} Reviewed D. Bradford e-mails re ███████████████ and drafted responses to same. | 507.50 |
| 8/10/09 | DJB | 1.00 | { L190 } {A101} Prepared for settlement meeting. | 875.00 |
| 8/10/09 | DJB | 1.00 | { L190 } {A107} Engaged in settlement discussions and followed up re same. | 875.00 |
| 8/10/09 | WAT | 2.90 | { L110 } {A101} Prepared for and participated in telephone conference with client and Morgan Stanley (2); prepared follow-up correspondence to conference (.9). | 1,377.50 |
| 8/10/09 | MZH | 2.50 | { L120 } {A107} Prepared for telephone conference with MS re ███████ (.9); telephone call with L. Zubinski re ███████ (.2); reviewed J. Rhoden e-mail re same and drafted e-mail to D. Bradford re same (.3); participated in telephone call with D. Bradford, S. Biller and W. Thomson and client re ███████████ (.4); telephone conference with Jenner, Cleary, MS and Tribune re ███████████ (.5); telephone conference with Jenner and Tribune re ███████████ (.2). | 1,812.50 |
| 8/10/09 | SEB | 1.90 | { L190 } {A107} Participated in conference call with Tribune to discuss ███████████ (.5); participated in conference call with Morgan Stanley re ███████ (.5); ███████████ (.6); conferred with W. Thomson re ███████████s (.3). | 617.50 |
| 8/11/09 | DJB | .50 | { L190 } {A106} Various e-mails re ███████████ | 437.50 |
| 8/11/09 | WAT | .30 | { L110 } {A101} Prepared correspondence to Morgan Stanley. | 142.50 |
| 8/19/09 | WAT | .20 | { L110 } {A104} Reviewed ███████████ | 95.00 |
| 8/19/09 | WAT | .20 | { L110 } {A105} Discussed ███████████ | 95.00 |
| 8/19/09 | MZH | 2.10 | { L120 } {A104} Reviewed ███████████ (.9); drafted e-mail to client re same (.4); analysis of ███████████ (.8). | 1,522.50 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 8/19/09 | SEB | 1.00 | { L190 } {A105} Conferred with M. Hankin and W. Thomson re ███████████ (.2); ███████████ (.8). | 325.00 |
|---|---|---|---|---|
| 8/20/09 | WAT | .10 | { L110 } {A104} Reviewed s███████████ | 47.50 |
| 8/20/09 | WAT | .10 | { L110 } {A105} Discussed ███████████. | 47.50 |
| 8/20/09 | SEB | .80 | { L190 } {A104} Analyzed ███████████ (.6); conferred with M. Groble re ███ (.1); conferred with M. Hankin re ███ (.1). | 260.00 |
| 8/22/09 | MZH | 1.10 | { L120 } {A104} Analyzed ███████████ t and drafted e-mail re same to S. Biller (.7); reviewed S. Biller ███████████ and commented on same (.4). | 797.50 |
| 8/22/09 | SEB | 3.40 | { L190 } {A104} ███████████ (2.6); conferred with M. Hankin re ███; (.1) revised memorandum on ███ (.7). | 1,105.00 |
| 8/23/09 | WAT | .40 | { L110 } {A104} Reviewed ███████████ | 190.00 |
| 8/23/09 | WAT | 2.00 | { L110 } {A102} Conducted legal research and worked on ███████████. | 950.00 |
| 8/23/09 | MZH | .90 | { L120 } {A104} Reviewed S. Biller memorandum re ███████████. | 652.50 |
| 8/23/09 | SEB | 3.00 | { L190 } {A103} Revised ███████████ (1.1); analyzed and researched ███ (1.9). | 975.00 |
| 8/24/09 | MZH | .90 | { L120 } {A104} Reviewed S. Biller e-mails re ███ and replied (.4); reviewed and drafted e-mails to S. Biller re ███████████ (.5). | 652.50 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 4

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 8/24/09 | SEB | 6.20 | { L190 } {A105} Conferred with Accounting Department re ███████ (.2); prepared final version of memorandum re ███████ (4.0); wrote email memorandum to M. Hankin re ███████ (1.0); replied to M. Hankin inquiries re ███████ (.4); conducted follow-up research on ███████ (.6). | 2,015.00 |
| 8/26/09 | MZH | 2.90 | { L120 } {A103} Revised memorandum to J. Rodden and others re ███████ and distributed same. | 2,102.50 |
| 8/26/09 | SEB | .90 | { L190 } {A104} Reviewed ███████ (.3); proofread memorandum to Tribune re ███████ (.2); conferred with M. Hankin re ███████ (.1); conducted spot research re ███████ (.3). | 292.50 |
| 8/27/09 | WAT | .90 | { L110 } {A101} Prepared for and participated in teleconference with client re ███████ . | 427.50 |
| 8/27/09 | MZH | 1.10 | { L120 } {A101} Prepared for conference call with S. Biller, W. Thomson, J. Rodden et al, re response to ███████ (.5); participated in conference call with S. Biller, W. Thomson and J. Rodden et al, re same (.5); drafted e-mail to D. Bradford re same (.1). | 797.50 |
| 8/27/09 | SEB | 1.00 | { L190 } {A107} Participated in client call to discuss ███████ (.5); conducted follow-up spot research on ███████ (.2); conducted follow-up spot research re 2███████ (.3). | 325.00 |
| | | 48.80 | PROFESSIONAL SERVICES | 24,855.00 |

Federal Identification No. 36-2192554

LAW OFFICES                                                          Page 5
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 8/03/09 | Network Printing | 2.16 |
| 8/04/09 | Network Printing | 5.40 |
| 8/05/09 | Network Printing | .27 |
| 8/10/09 | Network Printing | .54 |
| 8/20/09 | Network Printing | 2.16 |
| 8/23/09 | Network Printing | 5.40 |
| 8/24/09 | Network Printing | .99 |
| 8/26/09 | Network Printing | 1.80 |
| 8/27/09 | Network Printing | 2.61 |
| 8/31/09 | Westlaw Research | 223.19 |
| | TOTAL DISBURSEMENTS | 244.52 |

**INVOICE TOTAL**                 $ 25,099.52

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| DAVID J. BRADFORD | | 4.10 | 875.00 | 3,587.50 |
| MARC B. HANKIN | | 13.70 | 725.00 | 9,932.50 |
| WADE A. THOMSON | | 8.40 | 475.00 | 3,990.00 |
| SOFIA E. BILLER | | 22.60 | 325.00 | 7,345.00 |
| | TOTAL | 48.80 | | 24,855.00 |

**EXHIBIT B**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Network Printing | 74.52 |
| Photocopy Expense | 31.98 |
| UPS | 11.02 |
| Westlaw Research | 189.31 |
| **Total** | **306.83** |

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Network Printing | 290.34 |
| Photocopy Expense | 2.70 |
| Westlaw Research | 525.87 |
| | 818.91 |

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Network Printing | 24.03 |
| Westlaw Research | 223.19 |
| **Total** | **247.22** |