IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: November 4, 2009 @ 4:00 p.m. |
| | | Hearing Date TBD |

## SECOND INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2009 THROUGH MAY 31, 2009

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **March 1, 2009 through May 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | $600,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $15,413.25 |
| Less: Amounts Paid to Date: | ($495,413.25) |
| Net Amount of Compensation Requested: | $120,000.00 |

This is a: ___ monthly    _X_ interim    ___ final application.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (B) | Approved Expenses (D) | Amounts Paid (E) | Holdback Amount (A-B) |
|---|---|---|---|---|---|---|---|---|
| 05/21/09 [1221] | 03/01/09 through 03/31/09 | $200,000.00 | $5,312.28 | 06/12/09 [1564] | $160,000.00 | $5,312.28 | $165,312.28 | $40,000.00 |
| 07/07/09 [1693] | 04/01/09 through 04/30/09 | $200,000.00 | $7,119.10 | 07/30/09 [1871] | $160,000.00 | $7,119.10 | $167,119.10 | $40,000.00 |
| 08/10/09 [1927] | 05/01/09 through 05/31/09 | $200,000.00 | $2,981.87 | 09/02/09 [2067] | $160,000.00 | $2,981.87 | $162,981.87 | $40,000.00 |
| Totals | 03/01/09 through 05/31/09 | $600,000.00 | $15,413.25 | N/a | $480,000.00 | $15,413.25 | $495,413.25 | $120,000.00 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its second interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering March 1, 2009 through May 31, 2009 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:      October 13, 2009
            New York, New York

LAZARD FRÈRES & CO. LLC

_____
Suneel Mandava
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors