## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: November 5, 2009 at 4:00 pm (EST)** |
| | **Hearing Date:  Only if objection filed** |

## FIRST INTERIM QUARTERLY FEE REQUEST
## OF STUART MAUE AS FEE EXAMINER

| | |
|---|---|
| Name of applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 |
| Period for which compensation and reimbursement is sought: | March 1, 2009 through May 31, 2009 |
| Amount of compensation sought: | $ 26,439.00[1] |
| Amount of expense reimbursement: | $      0.00 |

This is an interim application.

| Monthly Fee Period, Date Filed and Docket No. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date, Docket No. | Fees Paid (80%) | Expenses Paid (100%) | Amount of Holdback Fees (20%) |
|---|---|---|---|---|---|---|
| First Monthly Application 03/01/09 – 04/30/09 07/14/2009 Docket No. 1719 | $62,237.50 | $0.00 | 08/8/2009 Docket No. 1897 | $49,790.00 | NA | $12,447.50 |
| Second Monthly Application 05/01/09 – 05/31/09 07/14/09 Docket No. 1720 | $69,957.50 | $0.00 | 08/05/09 Docket No. 1898 | $55,966.00 | NA | $13,991.50 |

---

[1] Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members, Stuart Maue has been paid $105,756.00, representing 80% of the fees and $0.00, representing 100% of the expenses.