UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: November 5, 2009 at 4:00 pm (EST)<br>Hearing Date: Only if objection filed |

NOTICE OF FILING FIRST INTERIM QUARTERLY
FEE REQUEST OF STUART MAUE

TO: THE UNITED STATES TRUSTEE, NOTICE PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* of the United States Bankruptcy Code (the "Interim Compensation Order") [Docket No. 225], Stuart Maue, as Fee Examiner, hereby applies for interim quarterly allowance of compensation and reimbursement of expenses for the period March 2009 through May 2009. The fees and expenses requested are summarized in the attached First Interim Quarterly Fee Request.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of the compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon expiration of a 20 day objection period.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Interim Quarterly Fee Request will be scheduled for hearing and notice of such hearing will be given by separate notice.

DATED:   October 15, 2009
         Saint Louis, Missouri

STUART MAUE

By: _____
    Steven C. Schwendemann, Esq.
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:   (314) 291-6546
    tribunebkr@smmj.com

**Fee Examiner**