# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 6/10/2009 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Schedule meeting with T. Holt and G. Weitman. |
| 6/11/2009 | Tribune | Zilka, Jeffrey R. | 1 | 700 | Telephonic communications planning meeting with G. Weitman and T. Holt. |
| 6/15/2009 | Tribune | Gomes, Philip M | 1.25 | 543.75 | Social media counseling with respect to coverage of Tribune Company and its executives. |
| 6/15/2009 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Social media counseling with respect to coverage of Tribune Company and its executives. |
| 6/25/2009 | Tribune | Gomes, Philip M | 0.5 | 217.5 | Social media counseling with respect to coverage of Tribune Company and its executives. |
| 6/29/2009 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Social media counseling with respect to coverage of Tribune Company and its executives. |
| | | **June 1-June 30, 2009 TOTAL** | **3.75** | **$ 2,161.25** | |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 6/29/2009 | Tribune Company | Gomes, Philip M | 0.25 | $ 108.75 | Provide social media counsel. |
| 6/30/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $ 350.00 | Telephone call to discuss timing of filing plan of reorganization. |
| 6/30/2009 | Tribune Company | Gomes, Philip M | 0.25 | $ 108.75 | Provide social media counsel. |
| 7/6/2009 | Tribune Company | Gomes, Philip M | 0.25 | $ 108.75 | Provide social media counsel. |
| 7/22/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | $ 175.00 | Status call with G. Weitman. |
| 7/27/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $ 350.00 | Prepare June fee application .25 Provide social media counsel. |
| 7/30/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $ 350.00 | Telephone call to discuss timing of filing plan of reorganization. |
| 7/31/2009 | Tribune Company | Gomes, Philip M | 0.5 | $ 217.50 | Provide social media counsel. |
| 7/31/2009 | Tribune Company | Wiley, Michael T | 0.75 | $ 326.25 | Provide social media counsel. |
| 7/31/2009 | Tribune Company | Zilka, Jeffrey R. | 0.75 | $ 525.00 | Provide social media counsel. |
| | | TOTAL | 4.5 | $ 2,620.00 | |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 8/3/2009 | Tribune Company | Osmar, Allison | 2 | 370 | Start social media analysis for client meeting. |
| 8/4/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Meet Digital team on client meeting re: social media. |
| 8/4/2009 | Tribune Company | Osmar, Allison | 3.5 | 647.5 | Complete social media analysis for client meeting. |
| 8/6/2009 | Tribune Company | Zilka, Jeffrey R. | 2.5 | 1750 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/6/2009 | Tribune Company | Gomes, Philip M | 2.25 | 978.75 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/6/2009 | Tribune Company | Wiley, Michael T | 2 | 870 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/6/2009 | Tribune Company | Osmar, Allison | 2 | 370 | Attend client meeting to discuss social media at Tribune with Gary Weitman and colleagues. |
| 8/12/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | 175 | Follow-up with Michael Wiley re: social media project. |
| 8/14/2009 | Tribune Company | Dillard, John Robert | 1 | 435 | Review breaking news clips, contact J Zilka - |
| 8/18/2009 | Tribune Company | Zilka, Jeffrey R. | 1.25 | 875 | Discuss social media research project with Terry Holt. |
| 8/18/2009 | Tribune Company | Osmar, Allison | 0.5 | 92.5 | Structure social media project for Mark Fulara. |
| 8/18/2009 | Tribune Company | Fulara, Mark R. | 3 | 525 | Complete social media research project. |
| 8/19/2009 | Tribune Company | Dillard, John Robert | 1 | 435 | Comment on Q&A's re: team transaction. |
| 8/19/2009 | Tribune Company | Zilka, Jeffrey R. | 2.25 | 1575 | Review media to date, develop Q&A's re: team transaction. |
| 8/19/2009 | Tribune Company | Fulara, Mark R. | 1.25 | 218.75 | Complete address additional question re: social media research project. |
| 8/20/2009 | Tribune Company | Dillard, John Robert | 1 | 435 | Provide additional comments on Q&A and media strategy. |
| 8/20/2009 | Tribune Company | Zilka, Jeffrey R. | 3.25 | 2275 | Re-read past clips, write potential plan of reorg questions, edits from john 1.75 meet with Gary at Tribune to discuss state of play and next steps, travel 1.5 total: 3.25 |
| 8/24/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Amend potential filing questions. .25 Prepare fee July fee application .25 |
| 8/26/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | See late WSJ article on subordinated note holders suit; write Gary and Terry |
| 8/27/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Talk with Gary about subordinated note holders suit; read clips |
| 8/28/2009 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Review clips, bondholders' discovery request .5 Discuss with Gary .5 |
| | | **August 1-31, 2009** | **32** | **$14,127.50** | |