# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## FIRST QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 31, 2009 THROUGH AUGUST 31, 2009

| Name of Applicant: | Ernst & Young LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844), Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| | 2009) |
| Period for which Compensation and Reimbursement is sought: | May 31, 2009 through August 31, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $555,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6,438.77 |

This is a(n): ___ monthly     X    interim _____ final application

Prior Applications Filed:

| Docket No. Date Field | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318 Filed: 10/9/2009 (Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Howley | PPED | $ 525.00 | 90.50 | $47,512.50 |
| Tariq Hussain | Senior Manager | $ 475.00 | 100.00 | $47,500.00 |
| Bradley Venisnik | Senior Manager | $ 475.00 | 85.70 | $40,707.50 |
| Matthew Jones | Manager | $ 375.00 | 209.00 | $78,375.00 |
| Mike Kearns | Senior 1&2 | $ 275.00 | 274.00 | $75,350.00 |
| Jim Knightly | Senior 1&2 | $ 275.00 | 76.00 | $20,900.00 |
| Tony Vescovi | Senior 1&2 | $ 275.00 | 4.00 | $1,100.00 |
| Bret Johnson | Manager | $ 375.00 | 48.50 | $18,157.50 |
| Sean Mulcahy | Senior 1&2 | $ 275.00 | 97.00 | $26,675.00 |
| Rob Petry | Staff | $ 175.00 | 0.80 | $140.00 |
| Kathy Latka | Staff | $ 175.00 | 20.00 | $3,500.00 |
| Aditya Bhagwat | Senior 1&2 | $ 275.00 | 10.00 | $2,750.00 |
| Chris Kudrna | Senior 1&2 | $ 275.00 | 207.50 | $57,062.50 |
| Brett Thompson | PPED | $ 525.00 | 5.00 | $2,625.00 |
| Rita Salmon | Senior 1&2 | $ 275.00 | 5.00 | $1,375.00 |
| Gretchen Frankenthal | Staff | $ 175.00 | 43.00 | $7,525.00 |
| Bob Stall | PPED | $ 525.00 | 1.00 | $525.00 |
| Joshua Putnam | Senior Manager | $ 475.00 | 83.20 | $39,520.00 |
| Clark Wen | Manager | $ 375.00 | 71.00 | $26,625.00 |
| Stefan Wojcickyi | PPED | $ 525.00 | 8.00 | $4,200.00 |
| Richard Liebman | PPED | $ 525.00 | 0.40 | $210.00 |
| Jon Mason | PPED | $ 525.00 | 32.90 | $17,272.50 |
| Mihir Gupta | Manager | $ 375.00 | 0.50 | $187.50 |
| Javier Orraca | Senior 1&2 | $ 275.00 | 5.00 | $1,375.00 |
| Aaron Tarasenko | Senior 1&2 | $ 275.00 | 6.50 | $1,787.50 |
| Jennifer Young | Senior 1&2 | $ 275.00 | 3.00 | $825.00 |
| Yikwan Yeung | Senior 1&2 | $ 275.00 | 3.00 | $825.00 |
| Billy Kim | Staff | $ 175.00 | 12.50 | $2,187.50 |
| James Leong | Staff | $ 175.00 | 7.00 | $1,225.00 |
| Tonya Schelitzche | Staff | $ 175.00 | 127.00 | $22,225.00 |
| Matthew Cornish | Staff | $ 175.00 | 1.00 | $175.00 |
| Mark Molepske | Manager | $ 375.00 | 1.00 | $375.00 |
| Ginny McGee[1] | External Contractor | n/a | 44.00 | $4,175.00 |
| **Total** | | | **1,683.00** | **$555,000.00** |

---

[1] Amounts for Ginny McGee relate to market survey studies for KTLA and WPIX. Both surveys were conducted on a flat basis, as reflected in the schedules attached hereto.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Initial Planning | 134.40 | $53,375.00 |
| Step 1 Calculations | 409.80 | $135,365.00 |
| Step 2 Calculations (Intangibles) | 305.70 | $97,877.50 |
| Technical review and analysis w/Client & PwC | 90.70 | $33,882.50 |
| Technical review and analysis, Step 1 Calculations | 42.10 | $19,272.50 |
| Technical review and analysis, Step 2 Intangibles | 163.20 | $66,790.00 |
| Technical review and analysis Step 2 Personal Property | 67.80 | $28,830.00 |
| Technical review and analysis Step 2 Leasehold Intangibles | 4.40 | $1,650.00 |
| Step 2 Calculations (Personal Property) | 204.00 | $65,695.00 |
| Review of Real Property Analysis | 15.00 | $2,625.00 |
| Leased Property Valuations | 201.90 | $45,462.50 |
| Market Survey Studies[1] | n/a | $4,175.00 |
| Total | | $555,000.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Local Transportation | $ 375.43 |
| Local Meals | $ 452.95 |
| Out of Town Transportation | $ 3,287.84 |
| Out of Town Meals | $ 507.54 |
| Out of Town Lodging | $ 1,795.11 |
| Other | $ 19.90 |

---

[1] Represents market survey studies for KTLA and WPIX. Both surveys were conducted on a flat fee basis.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### FIRST QUATERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 31, 2009 THROUGH AUGUST 31, 2009

E&Y LLP ("E&Y LLP"), as valuation and business modeling and marketing survey service

providers to the above captioned debtors and debtors in possession (the "Debtors"), hereby submits

this First Quarterly Fee Application (the "Application") of Ernst & Young LLP for Compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and

Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for

the Period from May 31, 2009 through August 31, 2009 (the "First Interim Application"), and in

support thereof respectfully represents as follows:

### Introduction

1.      E&Y LLP makes this First Interim Application for payment of professional services

rendered and expenses incurred as tax advisors for the Debtors as provided under sections 330 and

331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members

Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order,"

Docket No. 225), and the Order Appointing Fee Examiner and Establishing Related Procedures for

Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee

Application (the "Fee Examiner Order" Docket No. 546).

2.      E&Y LLP, in its First Interim Application, seeks an award of compensation in the

amount of $550,000.00 in compensation and $6,437.77 in actual and necessary expenses for a total

of $561,438.77 for the period from May 31, 2009 through August 31, 2009 (the "Compensation

Period").

### Background

3.      On December 8, 2008 (the "Petition Date"), the above-captioned debtors and

debtors in possession (the "Debtors") filed their voluntary petitions for relief under chapter 11 of

Bankruptcy Code.

4.      The Debtors retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Retention Order," Docket No. 1783). The Retention Order authorized E&Y LLP to be compensated for services rendered, and to be reimbursed for actual and necessary out-of-pocket expenses.

5.      On October 9, 2009, E&Y LLP filed its Combined First, Second and Third Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with the Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from May 31, 2009 through August 31, 2009 (the "Combined First, Second and Third Monthly Application," Docket No. 2318) attached hereto as Exhibit A.

## Compensation Paid and it's Source

6.      All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

7.      During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application. There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

## Summary of Services Rendered and Expenses Incurred

8.      During the Compensation Period, E&Y LLP provided significant professional services to the Debtors in connection with these Chapter 11 cases. Such services included, among other things (as set forth in detail in the billing information annexed in support of the Combined First, Second and Third Monthly Application), (i) certain valuation services to assist the Debtors in

testing for the impairment of goodwill and other indefinite lived intangible assets recorded in the

Debtors' consolidated financial statements, (ii) testing for the recoverability of certain long-lived

assets of the debtors, and (iii) marketing survey services, including providing broadcasting

marketing analyses to certain of the Debtors.

9.      To the best of E&Y LLP's knowledge, this Application complies with sections 330

and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines

adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy

Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the

"Local Rules") and the Administrative Order.

10.     The fees charged in this matter are comparable to the rates that E&Y LLP generally

charges similar clients for similar services to those rendered during the Compensation Period.  In

addition, E&Y LLP believes that such charges are ordinary and customary and comparable to

amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

### Valuation of Services

11.     Partners and staff of E&Y LLP have expended a total of 1,683.00 hours in

connection with the work performed during the Compensation Period.  E&Y LLP believes that

reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation

Period is at least $555,000.00.

2.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it

is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a)

the complexity of these Debtors business and the matters being addressed by E&Y LLP, (b) the

time expended, (c) the nature and extent of the services rendered, (c) the value of such services and

(d) the costs of comparable services other than in a case under this title.  Moreover, E&Y LLP

reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule

WHEREFORE, E&Y LLP respectfully requests that the Court (i) approve interim compensation in the sum of $555,000.00 plus reimbursement of expenses in the sum of $6,438.77, (ii) authorize the payment of such amounts by the Debtors to E&Y LLP, less any amounts previously paid to E&Y LLP for the period covered by this Application and the procedures set forth in the Administrative Order and the Fee Examiner Order, and (iii) grant such further relief as is just and proper.

Dated: October 12, 2009

Matthew Howley
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 12 day of October 2009.

Notary Public                    My Commission Expires: April 30, 2010

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2010