# **Attachment A**

46429/0001-6057911V1

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## JUNE 1, 2009 THROUGH AUGUST 31, 2009

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh Advani | Partner/ Tax/ 17 years. Admitted 1992. | $800 | 16.70 | $13,360.00 |
| Larry A. Barden | Partner/ Corporate/ 27 years. Admitted 1982. | $825 | 113.40 | $93,555.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 32 years. Admitted 1977. | $775 | 71.60 | $55,490.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 23 years. Admitted 1986. | $735 | 2.60 | $1,911.00 |
| John R. Box | Partner/ Corporate/ 28 years. Admitted 1981. | $685 | .50 | $342.50 |
| Patrick S. Casey | Partner/ Employment/ 25 years. Admitted 1984. | $625 | .60 | $375.00 |
| James F. Conlan | Partner/ Bankruptcy/ 21 years. Admitted 1988. | $925 | 48.00 | $44,400.00 |

46429/0001-6057911V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael P. Doss | Partner/ Litigation/ 12 years. Admitted 1997. | $685 | 248.10 | $169,948.50 |
| James W. Ducayet | Partner/ Litigation/ 13 years. Admitted 1996. | $685 | 43.30 | $27,948.00 |
| Max C. Fischer | Partner/ Employment/ 14 years. Admitted 1995. | $600 | .50 | $300.00 |
| Ronald S. Flagg | Partner/ Litigation/ 28 years. Admitted 1981. | $650 | 1.60 | $1,040.00 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 4.40 | $3,410.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | 4.80 | $3,840.00 |
| Brian J. Gold | Partner/ Employment/ 27 years. Admitted 1982. | $660 | 23.10 | $15,246.00 |
| David F. Graham | Partner/ Litigation/ 31 years. Admitted 1978. | $850 | 2.30 | $1,955.00 |

31

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Janet E. Henderson | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $825 | 465.50 | $373,436.25 |
| Scott J. Heyman | Partner/ Tax/ 22 years. Admitted 1987. | $725 | 63.20 | $45,820.00 |
| Arthur F. Hickok | Partner/ Securitization/ 15 years. Admitted 1994. | $825 | 7.20 | $5,940.00 |
| Robert W. Hirth | Partner/ Litigation/ 30 years. Admitted 1979. | $875 | 6.80 | $5,950.00 |
| Michael Hyatte | Partner/ Regulatory/ 30 years. Admitted 1979. | $850 | .50 | $425.00 |
| Pran Jha | Partner/ Corporate/ 18 years. Admitted 1991. | $700 | 38.70 | $27,090.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 17 years. Admitted 1992. | $685 | 30.40 | $20,824.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 10 years. Admitted 1999. | $675 | 466.50 | $311,107.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark L. Kaufman | Partner/ Corporate/ 20 years. Admitted 1989. | $660 | 2.20 | $1,452.00 |
| John P. Kelsh | Partner/ Corporate/ 13 years. Admitted 1996. | $600 | 18.10 | $11,765.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $900 | 411.90 | $349,605.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 18 years. Admitted 1991. | $825 | 382.10 | $308,550.00 |
| Robert J. Lewis | Partner/ Banking/ 14 years. Admitted 1995. | $650 | 3.60 | $2,340.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 15 years. Admitted 1994. | $605 | 288.50 | $173,483.75 |
| Guy S. Neal | Partner/ Bankruptcy/ 16 years. Admitted 1993. | $725 | 62.40 | $40,527.50 |
| Michael A. Nemeroff | Partner/ Government Contracts/ 37 years. Admitted 1972. | $735 | 3.50 | $2,572.50 |

33

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Larry J. Nyhan | Partner/ Bankruptcy/ 29 years. Admitted 1980. | $925 | .60 | $555.00 |
| Bridget R. O'Neill | Partner/ Tax/ 21 years. Admitted 1988. | $800 | .30 | $240.00 |
| Carter G. Phillips | Partner/ Litigation/ 32 years. Admitted 1977. | $925 | .10 | $92.50 |
| Rollin A. Ransom | Partner/ Litigation/ 15 years. Admitted 1994. | $725 | 11.60 | $8,410.00 |
| Marc E. Raven | Partner/ Litigation/ 25 years. Admitted 1984. | $660 | 1.50 | $990.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 27 years. Admitted 1982. | $735 | 6.80 | $4,998.00 |
| Scott E. Saef | Partner/ Real Estate/ 17 years. Admitted 1992. | $630 | .80 | $504.00 |
| Mark D. Schneider | Partner/ Communications/ 24 years. Admitted 1985. | $625 | 31.20 | $19,500.00 |

34

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eugene A. Schoon | Partner/ Litigation/ 27 years. Admitted 1982. | $685 | 1.30 | $890.50 |
| Jeffrey C. Sharer | Partner/ Litigation/ 12 years. Admitted 1997. | $630 | .50 | $315.00 |
| Thomas McC. Souther | Partner/ Litigation/ 24 years. Admitted 1985. | $800 | .50 | $400.00 |
| Michael J. Sweeney | Partner/ Litigation/ 33 years. Admitted 1976. | $685 | 86.30 | $59,115.50 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 9 years. Admitted 2000. | $650 | .70 | $455.00 |
| Thomas P. Van Wazer | Partner/ Communications/ 19 years. Admitted 1990. | $600 | 94.60 | $56,760.00 |
| Robert R. Wootton | Retired Partner/ Tax/ 30 years. Admitted 1979. | $665 | 34.70 | $23,075.50 |
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | 25.90 | $22,015.00 |
|  |  |  |  |  |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sally S. Neely | Senior Counsel/ Bankruptcy/ 32 years. Admitted 1977. | $800 | .20 | $160.00 |
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | 12.50 | $9,687.50 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 30 years. Admitted 1979. | $635 | 102.10 | $68,917.50 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 19.60 | $7,350.00 |
| Baird S. Allis | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 3.00 | $1,185.00 |
| Megan Nogasky Beer | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 78.20 | $24,633.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 3 years. Admitted 2006. | $475 | 34.20 | $16,245.00 |

46429/0001-6057911V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 7 years. Admitted 2002. | $625 | 144.30 | $87,843.75 |
| Heather M. Bruce Boran | Associate/ Employment/ 3 years. Admitted 2006. | $395 | 47.10 | $18,604.50 |
| Shelbie J. Byers | Associate/ Employment/ 1 year. Admitted 2008. | $315 | 27.80 | $8,757.00 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $295 | 2.90 | $1,087.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 158.10 | $71,772.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 235.80 | $88,425.00 |
| Ruthanne M. Deutsch | Associate/ Litigation/ 5 years. Admitted 2004. | $475 | 6.30 | $2,992.50 |
| Brooke L. Devlin-Brown | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 21.10 | $7,490.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregory E. Durkin | Associate/ Corporate/ 2 years. Admitted 2007. | $355 | 1.00 | $355.00 |
| Sheila A. Gogate | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 47.60 | $14,994.00 |
| Allison L. Goico | Associate/ Employment and Labor Law/ 3 years. Admitted 2006. | $395 | .30 | $118.50 |
| Brian P. Guarraci | Associate/ Employment/ 7 years. Admitted 2002. | $515 | 19.00 | $9,785.00 |
| Christopher R. Hale | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 95.20 | $29,988.00 |
| Jamie E. Haney | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 10.70 | $3,798.50 |
| Wendell M. Harp | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 11.90 | $5,057.50 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 201.20 | $85,510.00 |

38

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael P. Heinz | Associate/ Corporate/ 5 years. Admitted 2004. | $465 | 28.30 | $13,159.50 |
| Eric G. Hoffman | Associate/ Litigation/ 5 years. Admitted 2004. | $625 | 73.50 | $45,937.50 |
| Sara A. Horvath | Associate/ Corporate/ 4 years. Admitted 2005. | $430 | 12.30 | $5,289.00 |
| Seth H. Katz | Associate/ Corporate/ 7 years. Admitted 2002. | $515 | 160.40 | $82,606.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 261.20 | $95,512.50 |
| Tron S. Kohlhagen | Associate/ Real Estate/ 6 years. Admitted 2003. | $505 | 6.80 | $3,434.00 |
| Christopher S. Krueger | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 149.00 | $46,935.00 |
| James P. Langdon | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 278.80 | $110,126.00 |

46429/0001-6057911V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Meredith Jenkins Laval | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 3.40 | $1,207.00 |
| Alison R. Leff Triggs | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 164.90 | $61,837.50 |
| Gabriel R. MacConaill | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 39.40 | $20,685.00 |
| Ashley K. Martin | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 47.80 | $15,057.00 |
| Elizabeth Maxeiner | Associate/ Litigation/ 3 years. Admitted 2006. | $395 | 5.50 | $2,172.50 |
| Jillian K. McClelland | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 432.50 | $184,960.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 344.80 | $179,838.75 |
| Yemi P. Oladeinde | Associate/ Real Estate/ 3 years. Admitted 2006. | $440 | 16.30 | $7,172.00 |

40

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ariella L. Omholt | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 49.00 | $15,435.00 |
| Neil S. Pai | Associate/ Corporate/ 1 year. Admitted 2008. | $295 | 19.30 | $6,079.50 |
| Sandra F. Palmer | Associate/ Litigation/ 6 years. Admitted 2003. | $505 | 210.50 | $106,302.50 |
| Joseph M. Paral | Associate/ Tax/ 1 year. Admitted 2008. | $355 | 25.10 | $8,910.50 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $425 | 1.30 | $552.50 |
| Jen Peltz | Associate/ Litigation/ 6 years. Admitted 2003. | $495 | 173.40 | $85,833.00 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 5 years. Admitted 2004. | $465 | 24.60 | $11,439.00 |
| Allison E. Ross | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 170.50 | $61,912.50 |

46429/0001-6057911V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian D. Rubens | Associate/ Litigation/ 4 years. Admitted 2005. | $430 | 14.70 | $6,321.00 |
| Tomer Sachar | Associate/ Real Estate/ 2 years. Admitted 2007. | $405 | 45.10 | $18,265.50 |
| Brian S. Shull | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 22.60 | $8,023.00 |
| Richard M. Silverman | Associate/ Tax/ 2 years. Admitted 2007. | $355 | 100.10 | $35,535.50 |
| Jennifer B. Tatel | Associate/ Communications/ 9 years. Admitted 2000. | $540 | 14.00 | $7,560.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 104.50 | $39,187.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 114.60 | $40,683.00 |
| Megan M. Walsh | Associate/ Litigation/ 3 years. Admitted 2006. | $355 | 60.50 | $21,477.50 |

46429/0001-6057911V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hsin Hsin Yang | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $330 | 110.30 | $36,399.00 |
| Juris Z. Benitez | Staff Attorney 3 years. Admitted 2006. | $210 | 24.20 | $5,082.00 |
| Tyler F. Mark | Summer Associate | $175 | 13.00 | $2,275.00 |
| Jonah O. Roth | Summer Associate | $175 | 2.30 | $402.50 |
| Zorina De La Cruz | Legal Assistant/ Litigation/ 3 years. | $215 | 3.00 | $645.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | .70 | $161.00 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 16.30 | $3,097.00 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 2.50 | $575.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 23 years. | $285 | 194.20 | $55,347.00 |

46429/0001-6057911V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $215 | 30.60 | $6,885.00 |
| Jason E. Navia | Legal Assistant/ Litigation/ 2 years. | $220 | .50 | $110.00 |
| Karen A. Nelms | Legal Assistant/ Litigation/ 14 years. | $245 | 42.30 | $10,363.50 |
| Arturo J. Rodriguez | Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 1.00 | $190.00 |
| Emily K. Root | Legal Assistant/ Litigation/ 1 year. | $220 | .80 | $176.00 |
| Maud Such | Legal Assistant/ Product Liability and Mass Torts Litigation/ 21 years. | $220 | 64.50 | $14,190.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 211.70 | $40,223.00 |
| Roxana L. Thisse | Legal Assistant/ Health Care/ 7 years. | $215 | 3.50 | $752.50 |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 292.30 | $77,459.50 |

44

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jenny Y. Borrelli | Project Assistant/ 8 years. | $110 | 23.50 | $2,585.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 19.50 | $2,145.00 |
| Martha Ocab | Project Assistant 20 years. | $110 | 1.50 | $165.00 |
| Khalib J. Bell | Librarian/ 1 year. | $185 | .50 | $92.50 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 2.50 | $362.50 |
| Laura A. Coleman | Librarian/ 22 years. | $100 | .70 | $70.00 |
| Wyman L. Colona, Jr. | Librarian/ 31 years. | $100 | .80 | $80.00 |
| David Rogers | Librarian/ 20 years. | $100 | .20 | $20.00 |
| Amy Weiner | Librarian/ 14 years. | $115 | .80 | $92.00 |

46429/0001-6057911V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cheryl Gabriel | Litigation Support/ 12 years. | $120 | .60 | $72.00 |
| Madeline E. Glidden | Litigation Support/ 1 year. | $210 | 1.50 | $315.00 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 1.80 | $378.00 |
| Christopher Keener | Litigation Support/ 1 year. | $185 | 2.80 | $518.00 |
| Karin Nakai | Litigation Support/ 20 years. | $265 | 5.80 | $1,537.00 |
| Eve I. Runnels | Litigation Support/ 8 years. | $210 | 91.30 | $19,173.00 |
| Christopher Stavropoulus | Litigation Support/ 1 year. | $185 | 3.50 | $647.50 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 7.00 | $1,855.00 |
| Jason Tyrrell | Litigation Support/ 5 years. | $315 | 6.50 | $2,047.50 |
| **Grand Total** | | | **8,772.00** | **$4,513,018.00** |
| **Blended Rate** | | **$514.48** | | |

46429/0001-6057911V1

[remainder of page intentionally left blank]

47

## COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
### FROM JUNE 1, 2009 THROUGH AUGUST 31, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 433.00 | $163,979.50 |
| Fee Applications (30390) | 406.10 | $125,888.00 |
| Executory Contracts and Leases (30410) | 437.60 | $237,528.00 |
| Vendor Issues (30420) | 82.30 | $42,332.50 |
| Use/Sale/Lease of Assets (30430) | 12.70 | $7,832.50 |
| DIP Financing/Cash Collateral (30440) | 6.70 | $3,795.00 |
| Insurance Matters (30450) | 52.80 | $22,521.50 |
| Committee-Related Matters (30460) | 1,026.40 | $430,995.50 |
| Litigated Matters (30470) | 914.80 | $530,878.50 |
| Travel Time (30480) (with 50% discount) | 171.30 | $60,965.00 |
| Labor Issues (30490) | 25.90 | $11,320.50 |
| Plan and Disclosure Statement (30500) | 1,845.30 | $1,072,107.00 |
| Professional Retention (30510) | 127.40 | $59,975.50 |
| Tax Issues (30520) | 271.50 | $158,243.50 |
| Claims Processing (30530) | 230.10 | $116,967.50 |
| Business Operations (30550) | 920.00 | $398,456.00 |
| Case Administration (30560) | 362.30 | $176,151.50 |
| Creditor Communications (30570) | 16.80 | $9,175.00 |
| Bankruptcy Schedules (30580) | 32.50 | $18,892.50 |
| Employee Issues (30590) | 631.10 | $390,684.50 |
| Asset Disposition (30600) | 765.40 | $474,328.50 |
| **TOTAL** | **8,772.00** | **$4,513,018.00** |

46429/0001-6057911V1

**<u>Attachment B</u>**

46429/0001-6057911V1

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
JUNE 1, 2009 THROUGH AUGUST 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | $12,414.17 |
| Duplicating Charges[1] | | $14,822.88 |
| Court Costs | | $357.52 |
| Court Reporter | | $4,003.13 |
| Document Delivery Services | | $302.41 |
| Document Services | | $232.77 |
| Filing Fees | | $4,260.00 |
| Ground Transportation | | $3,048.67 |
| Lexis Research Service | Lexis | $7,880.24 |
| Meals Out-of-Town | | $1,051.25 |
| Meals | | $137.79 |
| Messenger Services | | $176.19 |
| Document Production | | $215.00 |
| Professional Services/Specialists | | $76.00 |
| Search Services | | $1,599.05 |
| Telephone Tolls | | $1,696.55 |
| Travel/Lodging | | $5,967.84 |
| Westlaw Research Service | Westlaw | $41,187.88 |
| | | |
| **Total** | | **$99,429.34** |

---

[1] Sidley's rate for copying and facsimile transmission is $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

46429/0001-6057911V1