**JUNE 1, 2009 - JUNE 30, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 1-Jun-09 | $493 | 1.5 | $739.50 | Draft response and provide supporting documentation for Alix Partners regarding plan cost benchmarking. |
| Long, Marcia | 1-Jun-09 | $493 | 2 | $986.00 | Peer review revised MIP and competitiveness analysis based on revised payout curve; review BR equity peer group. |
| Long, Marcia | 1-Jun-09 | $493 | 0.5 | $246.50 | Internal meeting with Justin Wu and John Dempsey to review/discuss next steps to finalize 2009 incentive plan proposals and development. |
| Moses, Michael | 1-Jun-09 | $226 | 0.25 | $56.50 | Preparing dilution analysis to be used in the emergence equity plan design with Jon Klein. |
| Sung, Christina | 1-Jun-09 | $226 | 1.25 | $282.50 | Finalize PowerPoint presentation for motion filing on 6.15. |
| Wu, Justin | 1-Jun-09 | $226 | 11 | $2,486.00 | Updated emergence equity database with additional research on new emergences, grants to top 5. |
| Long, Marcia | 2-Jun-09 | $493 | 2 | $986.00 | Peer review BR Comparator dilution analysis. |
| Long, Marcia | 2-Jun-09 | $493 | 2 | $986.00 | Review equity practices report. |
| Long, Marcia | 2-Jun-09 | $493 | 1 | $493.00 | Refine/revise 2009 Incentive Plan proposal. |
| Sung, Christina | 2-Jun-09 | $226 | 4.25 | $960.50 | Emergence database research - top 5. |
| Wu, Justin | 2-Jun-09 | $226 | 8.25 | $1,864.50 | Peer reviewed Jon Klein and Michael Moses' dilution analyses, to be used in the emergence equity plan design. |
| Long, Marcia | 3-Jun-09 | $493 | 2.5 | $1,232.50 | Peer review revised industry and BR research and equity practices deck. |
| Long, Marcia | 3-Jun-09 | $493 | 2 | $986.00 | Refine/revise 2009 Incentive Plan Proposals. |
| Sung, Christina | 3-Jun-09 | $226 | 5.25 | $1,186.50 | Emergence database research - top 5. |
| Wu, Justin | 3-Jun-09 | $226 | 9.25 | $2,090.50 | Drafted initial emergence equity deck for Chandler Bigelow and Don Liebentritt. |
| Long, Marcia | 4-Jun-09 | $493 | 1 | $493.00 | Meet with Chandler Bigelow, Don Liebentritt and Mike Bourgon to discuss market data for equity plans. Meeting included providing input on technical, data-related questions and identifying ands coping additional analysis required; discussion was led by John Dempsey. |
| Long, Marcia | 4-Jun-09 | $493 | 2 | $986.00 | Team meeting to discuss next steps for equity analysis, finalize 2009 incentive proposals for review by Tribune. |
| Wu, Justin | 4-Jun-09 | $226 | 0.5 | $113.00 | Updated emergence equity database with additional research on new emergences, grants to top 5. |
| Dempsey, John | 5-Jun-09 | $725 | 1 | $725.00 | KEIP/KOIP update based on feedback from Alix Partners. |
| Long, Marcia | 5-Jun-09 | $493 | 0.5 | $246.50 | Internal meeting with John Dempsey, Justin Wu and Christina Sung; debrief and next steps discussion. |
| Long, Marcia | 5-Jun-09 | $493 | 0.5 | $246.50 | Conference call with Chandler Bigelow and Jonathan Lotsoff fo Sidley Austin LLP, and Brian Whittman of Alvarez to discuss Alix feedback on KEIP/KOIP plans; John Dempsey and Justin Wu also participated in the call. |
| Sung, Christina | 5-Jun-09 | $226 | 1 | $226.00 | Finalize 6.12 Incentive Plan report for John Dempsey. |
| Wu, Justin | 5-Jun-09 | $226 | 1.25 | $282.50 | Update MIP/KEIP/KOIP Curves for main incentive deck, reflecting changes from Chandler Bigelow. |
| Wu, Justin | 5-Jun-09 | $226 | 0.75 | $169.50 | Emergence Database update, including dilution peer review and emergence equity deck drafting. |

**JUNE 1, 2009 - JUNE 30, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Wu, Justin | 5-Jun-09 | $226 | 0.5 | $113.00 | Review of Alix feedback on plans in preparation for call. |
| Wu, Justin | 5-Jun-09 | $226 | 0.5 | $113.00 | Conference call with Chandler Bigelow, Sidley and Alvarez to discuss Alix feedback on plans |
| Dempsey, John | 8-Jun-09 | $725 | 1 | $725.00 | Conference call with Chandler Bigelow attended by Marcia Long, Christina Sung and Justin Wu; discussed alternatives and agreed on next steps. |
| Dempsey, John | 8-Jun-09 | $725 | 2.25 | $1,631.25 | Preparation of revised Incentive Plan. |
| Long, Marcia | 8-Jun-09 | $493 | 2.5 | $1,232.50 | Model alternatives for MIP and KEIP performance goals. |
| Long, Marcia | 8-Jun-09 | $493 | 0.5 | $246.50 | Meet with John to review KEIP/KOIP alternatives model. |
| Long, Marcia | 8-Jun-09 | $493 | 1 | $493.00 | Revise/refine KEIP/KOIP alternatives based on Dempsey feedback. |
| Long, Marcia | 8-Jun-09 | $493 | 1 | $493.00 | Conference call with Chandler Bigelow attended by John Dempsey, Christina Sung and Justin Wu regarding alternatives and next steps. |
| Sung, Christina | 8-Jun-09 | $226 | 3.25 | $734.50 | Update MIP Payout curve and title changes. |
| Dempsey, John | 9-Jun-09 | $725 | 2.75 | $1,993.75 | Preparation of revised Incentive Plan. |
| Dempsey, John | 10-Jun-09 | $725 | 1.75 | $1,268.75 | Preparation of revised Incentive Plan. |
| Long, Marcia | 10-Jun-09 | $493 | 0.5 | $246.50 | Project management. |
| Dempsey, John | 11-Jun-09 | $725 | 4.25 | $3,081.25 | Preparation of revised Incentive Plan. |
| Sung, Christina | 11-Jun-09 | $226 | 1 | $226.00 | Edits to 2009 incentive plan proposals. |
| Wu, Justin | 11-Jun-09 | $226 | 2.25 | $508.50 | Update to KEIP/KOIP deck with feedback from AlixPartners for Chandler Bigelow. |
| Dempsey, John | 12-Jun-09 | $725 | 2.25 | $1,631.25 | Preparation of revised Incentive Plan. |
| Long, Marcia | 12-Jun-09 | $493 | 1 | $493.00 | Peer review changes to 6.12 report for John Dempsey. |
| Sung, Christina | 12-Jun-09 | $226 | 2 | $452.00 | Edits to 2009 incentive plan proposals. |
| Wu, Justin | 12-Jun-09 | $226 | 1 | $226.00 | Update to KEIP/KOIP deck with feedback from AlixPartners for Chandler Bigelow. |
| Long, Marcia | 18-Jun-09 | $493 | 2.5 | $1,232.50 | BR Comp Research and review motions to identify single trigger plans. |
| Wu, Justin | 18-Jun-09 | $226 | 1 | $226.00 | Researched and developed case studies on WCI and Nortel's bankruptcy incentive programs for use in main incentive deck for Chandler Bigelow. |
| Long, Marcia | 19-Jun-09 | $493 | 1 | $493.00 | Review BR case studies, misc emails and calls with project team. |
| Wu, Justin | 19-Jun-09 | $226 | 0.75 | $169.50 | Researched and developed case studies on WCI and Nortel's bankruptcy incentive programs for use in main incentive deck for Chandler Bigelow. |
| Mayer, Julie | 22-Jun-09 | $72 | 8.25 | $594.00 | Bankruptcy research. |
| Wu, Justin | 22-Jun-09 | $226 | 2.5 | $565.00 | Changes to main incentive deck for Chandler Bigelow reflecting feedback from creditors. |
| Dempsey, John | 23-Jun-09 | $725 | 1 | $725.00 | Development of new Incentive Plan design modeling based on feedback from creditors. |
| Dempsey, John | 23-Jun-09 | $725 | 1 | $725.00 | Conference call with Chandler Bigelow and Don Liebentritt, also attended by Jonathan Lotsoff from Sidley Austin LLP.  Subjection - debrief on creditor feedback.  Mercer attendees included John Dempsey and Justin Wu. |
| Long, Marcia | 23-Jun-09 | $493 | 4 | $1,972.00 | Update incentive plan proposal based on preliminary feedback from creditors. |

**JUNE 1, 2009 - JUNE 30, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 23-Jun-09 | $493 | 0.5 | $246.50 | Conference call with Chandler Bigelow and Don Liebentritt, also attended by Jonathan Lotsoff from Sidley Austin LLP.  Subjection - debrief on creditor feedback.  Mercer attendees included John Dempsey and Justin Wu. |
| Wu, Justin | 23-Jun-09 | $226 | 0.75 | $169.50 | Call with Chandler Bigelow, Don Liebentritt, Jonathan Lotsoff at Sidley Austin, and Brian Whittman at Alvarez and Marshal to discuss creditor feedback. |
| Wu, Justin | 23-Jun-09 | $226 | 5 | $1,130.00 | Changes to main incentive deck for Chandler Bigelow reflecting feedback from creditors. |
| Dempsey, John | 24-Jun-09 | $725 | 2 | $1,450.00 | Development of new Incentive Plan design modeling based on feedback from creditors. |
| Long, Marcia | 24-Jun-09 | $493 | 3 | $1,479.00 | Review written feedback, develop alternative approaches, draft revised deck. |
| Wu, Justin | 24-Jun-09 | $226 | 3 | $678.00 | Changes to main incentive deck for Chandler Bigelow reflecting feedback from creditors. |
| Wu, Justin | 24-Jun-09 | $226 | 1.5 | $339.00 | Additional research on emergence equity grant practices for deck to Chandler Bigelow and Don Liebentritt. |
| Dempsey, John | 25-Jun-09 | $725 | 1 | $725.00 | Development of new Incentive Plan design modeling based on feedback from creditors. |
| Long, Marcia | 25-Jun-09 | $493 | 3 | $1,479.00 | Technical Peer Review of changes to bankruptcy compensation analysis. |
| Long, Marcia | 25-Jun-09 | $493 | 1 | $493.00 | Side by side analysis of revised KEIP approach. |
| Wu, Justin | 25-Jun-09 | $226 | 0.75 | $169.50 | Call with Chandler Bigelow, Don Liebentritt, Jonathan Lotsoff at Sidley Austin, and Brian Whittman at Alvarez and Marshal to discuss creditor feedback. |
| Wu, Justin | 25-Jun-09 | $226 | 3.25 | $734.50 | Changes to main incentive deck for Chandler Bigelow reflecting feedback from creditors. |
| Dempsey, John | 26-Jun-09 | $725 | 4.25 | $3,081.25 | Development of new Incentive Plan design modeling based on feedback from creditors. |
| Long, Marcia | 26-Jun-09 | $493 | 2.5 | $1,232.50 | Peer review revised KEIP model. |
| Long, Marcia | 26-Jun-09 | $493 | 1 | $493.00 | Revisions to incentive plan proposal deck. |
| Wu, Justin | 26-Jun-09 | $226 | 2 | $452.00 | Changes to main incentive deck for Chandler Bigelow reflecting feedback from creditors. |
| Dempsey, John | 27-Jun-09 | $725 | 0.5 | $362.50 | Completed and communicated revised KEIP model to Chandler Bigelow and the rest of the Tribune management team. |
| Dempsey, John | 29-Jun-09 | $725 | 4 | $2,900.00 | Revisions to Incentive Plan proposal report. |
| Long, Marcia | 29-Jun-09 | $493 | 2 | $986.00 | Peer review updated analysis and changes to report; internal meeting to discuss changes/next steps, misc calls and emails. |
| Long, Marcia | 29-Jun-09 | $493 | 2 | $986.00 | Revisions to 6.29 incentive plan proposal report: update supplemental restructuring bonus per Trib feedback. |
| Long, Marcia | 29-Jun-09 | $493 | 0.5 | $246.50 | Conference call with Jonathon Lotsoff of Sidley Austin LLP to review plan revisions. |
| Long, Marcia | 29-Jun-09 | $493 | 1 | $493.00 | Conference call with Chandler Bigelow and Jonathan Lotsoff of Sidley Austin LLP to discuss supplemental restructuring plan issues and next steps. |
| Wu, Justin | 29-Jun-09 | $226 | 13 | $2,938.00 | Changes to main incentive deck for Chandler Bigelow reflecting feedback from creditors. |
| Dempsey, John | 30-Jun-09 | $725 | 4 | $2,900.00 | Preparation of revised Incentive Plan proposal report and review of motion. |

**JUNE 1, 2009 - JUNE 30, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Wu, Justin | 30-Jun-09 | $226 | 5.5 | $1,243.00 | Changes to main incentive deck for Chandler Bigelow reflecting feedback from creditors. |
| | **Total:** | | 181.75 | $69,088.00 | |