**JUNE 1, 2009 - JUNE 30, 2009 EXPENSES**

| Date | Amount | Description |
|---|---|---|
| 8-Jun-09 | $ 110.00 | Lunch at Rivers for Tribune meeting on May 22, 2009 |
| 8-Jun-09 | $ 7.50 | Dinner working late |
| 8-Jun-09 | $ 15.00 | Cab home - working late |
| 8-Jun-09 | $ 12.00 | Taxi to Mercer - working late |
| 10-Jun-09 | $ 86.05 | Client calls |
| 10-Jun-09 | $ 8.00 | Taxi from Mercer to Tribune on April 15, 2009 |
| 19-Jun-09 | $ 8.91 | Client calls |
| 30-Jun-09 | $ 31.70 | Dinner working late |
| 30-Jun-09 | $ 4,638.15 | Legal Fees |

**Total    $4,917.31**