**JULY 1, 2009 - JULY 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey, John | 1-Jul-09 | $725 | 4 | $2,900.00 | Updated motion and 2009 Incentive Program report. |
| Long, Marcia | 1-Jul-09 | $493 | 1 | $493.00 | Peer reviewed revised 2009 Incentive Program report by John Dempsey. |
| Wu, Justin | 1-Jul-09 | $226 | 2.25 | $508.50 | Update Incentive Plan Deck with editorial and exhibit changes from Jonathan Lotsoff at Sidley and Chandler Bigelow. |
| Dempsey, John | 2-Jul-09 | $725 | 2 | $1,450.00 | Updated motion and 2009 Incentive Program report. |
| Long, Marcia | 2-Jul-09 | $493 | 2 | $986.00 | Peer review: market data for additional Key Operator Plan participants - analysis performed by Julie Donnell, peer reviewe changes to market analysis (comparison of max to max); analysis performed by Justin Wu, incorporated into 07.02.09 Incentive Plan Proposal report for Chandler Bigelow. |
| Long, Marcia | 2-Jul-09 | $493 | 1 | $493.00 | Draft 07.02.09 Incentive Program report for Chandler Bigelow. |
| Wu, Justin | 2-Jul-09 | $226 | 2 | $452.00 | Update Incentive Plan Deck with editorial and exhibit changes from Jonathan Lotsoff at Sidley and Chandler Bigelow |
| Long, Marcia | 4-Jul-09 | $493 | 2 | $986.00 | Draft summary of Oak Tree proposal for Chandler Bigelow. |
| Long, Marcia | 5-Jul-09 | $493 | 1 | $493.00 | Draft 07.05.09 Incentive Plan Proposal for Chandler Bigelowwith feedback from Tribune management incorporated. |
| Long, Marcia | 5-Jul-09 | $493 | 1 | $493.00 | Peer review changes to SKOP and TMIP analysis, to be incoporated into version two of 07.05.09 Incentive Plan proposal, prepared for Chandler Bigelow. |
| Dempsey, John | 6-Jul-09 | $725 | 4 | $2,900.00 | Prep of 2009 Incentive Program report for filing motion and associated review of motion |
| Long, Marcia | 6-Jul-09 | $493 | 3 | $1,479.00 | Peer review changes to competitive compensation analysis by Julie Donnell, included in v1 of 07.06.09 Incentive Plan proposals prepared for Chandler Bigelow |
| Wu, Justin | 6-Jul-09 | $226 | 3.75 | $847.50 | Changes to MIP document for Chandler Bigelow reflecting feedback from Blackstone. |
| Wu, Justin | 6-Jul-09 | $226 | 2 | $452.00 | Changes to comparison of Tribune's initial plan and Blackstone Counter for Chandler Bigelow. |
| Dempsey, John | 7-Jul-09 | $725 | 4 | $2,900.00 | Prep of 2009 Incentive Program report for filing motion and associated review of motion. |
| Long, Marcia | 7-Jul-09 | $493 | 2 | $986.00 | Peer review updated incentive plan analyses; including reduced payouts, & 130% plan cap by Justin Wu. |
| Long, Marcia | 7-Jul-09 | $493 | 2.5 | $1,232.50 | Draft 07.07 Tribune Incentive Proposals (50%) incorporating changes to SRB and SKOP for review by Chandler Bigelow. |
| Long, Marcia | 7-Jul-09 | $493 | 1.5 | $739.50 | Revise and Finalize 07.07 Tribune Incentive Plan Proposals sent to Chandler Bigelow (for presentation to UCC and SC). |
| Moses, Michael | 7-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Rentsch, Eric | 7-Jul-09 | $226 | 1.25 | $282.50 | Meeting with Justin Wu and Julie Donnell to discuss analysis methodology. |
| Wu, Justin | 7-Jul-09 | $226 | 1.5 | $339.00 | Changes to MIP document for Chandler Bigelow reflecting feedback from Blackstone. |
| Wu, Justin | 7-Jul-09 | $226 | 3 | $678.00 | Changes to comparison of Tribune's initial plan and Blackstone Counter for Chandler Bigelow. |
| Dempsey, John | 8-Jul-09 | $725 | 4 | $2,900.00 | Prep of 2009 Incentive Program report for filing motion and associated review of motion. |

**JULY 1, 2009 - JULY 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 8-Jul-09 | $493 | 1.5 | $739.50 | Peer review comparison of Blackstone proposed SRB to Tribune prepared by Justin Wu. |
| Long, Marcia | 8-Jul-09 | $493 | 1 | $493.00 | Draft report for Chandler Bigelow illustrating creditor proposed SRB to Tribune SRB (Blackstone vs. current SRB). |
| Long, Marcia | 8-Jul-09 | $493 | 2 | $986.00 | Peer review of updated market pricing by Julie Donnell to be incorporated into the 2009 Incentive Compensation Proposals; discuss comments from Sue O'Connor on matches |
| Rentsch, Eric | 8-Jul-09 | $226 | 2.5 | $565.00 | Compiling Journal Register case study for Marcia Long's Tribune management work. |
| Wu, Justin | 8-Jul-09 | $226 | 1.75 | $395.50 | Changes to comparison of Tribune's initial plan and Blackstone Counter for Chandler Bigelow. |
| Dempsey, John | 9-Jul-09 | $725 | 1 | $725.00 | Prep of 2009 Incentive Program report for filing motion and associated review of motion. |
| Rentsch, Eric | 9-Jul-09 | $226 | 5 | $1,130.00 | Drafting analysis of top paid executive award multiple, to benchmark COO of Tribune award size for Marcia Long's Tribune management. |
| Wu, Justin | 9-Jul-09 | $226 | 1.5 | $339.00 | Changes to Group II Benchmarking to be used in emergence equity program deck for Chandler Bigelow and Don Liebentritt. |
| Dempsey, John | 10-Jul-09 | $725 | 2 | $1,450.00 | Prep of 2009 Incentive Program report for filing motion and associated review of motion. |
| Dempsey, John | 10-Jul-09 | $725 | 3 | $2,175.00 | Discussion of response to Alix Partners proposal including conference call with Janet Den Uyl, Business Leader of Mercer-Human Capital. |
| Donnell, Julie | 10-Jul-09 | $226 | 5 | $1,130.00 | Compensation Review Report Drafting (TDC Analysis) sent to Tribune management. |
| Donnell, Julie | 10-Jul-09 | $226 | 3 | $678.00 | Benchmarking of 6 New Hire Positions sent to Tribune management. |
| Long, Marcia | 10-Jul-09 | $493 | 1 | $493.00 | Project management - organize electronic documentation on 2009 Incentive Compensation Proposal. |
| Long, Marcia | 10-Jul-09 | $493 | 2 | $986.00 | Review R Michaels award multiple analysis; comparisons of Blackstone vs. Tribune programs |
| Moses, Michael | 10-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Wu, Justin | 10-Jul-09 | $226 | 3 | $678.00 | Changes to Group II Benchmarking to be used in emergence equity program deck for Chandler Bigelow and Don Liebentritt. |
| Long, Marcia | 11-Jul-09 | $493 | 2 | $986.00 | Review Oak Tree Proposal - draft summary of plan alternative. |
| Dempsey, John | 12-Jul-09 | $725 | 3 | $2,175.00 | Preparation of morning draft of Alix Partners deck. |
| Long, Marcia | 12-Jul-09 | $493 | 2.5 | $1,232.50 | Model incentive awards based on feedback from Steering Committee, to be incorporated into 2009 Incentive Plan Proposal prepared for Chandler Bigelow; revise associated summary document. |
| Long, Marcia | 12-Jul-09 | $493 | 1.5 | $739.50 | Update 07.12.2009 MIP proposal based on feedback from Steering Committee. |
| Dempsey, John | 13-Jul-09 | $725 | 1 | $725.00 | Email to Tribune compensation committee with update on Incentive Plan report. |
| Dempsey, John | 13-Jul-09 | $725 | 4 | $2,900.00 | Preparation of morning draft of Alix Partners PowerPoint presentation. |
| Long, Marcia | 13-Jul-09 | $493 | 2 | $986.00 | Model alternatives to Oak Tree proposal for discussion with Chandler Bigelow. |

**JULY 1, 2009 - JULY 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 13-Jul-09 | $493 | 2 | $986.00 | Summarize alternative approaches to Oak Tree proposal for Chandler Bigelow. |
| Long, Marcia | 13-Jul-09 | $493 | 1 | $493.00 | Prepare model alternatives to Oak Tree proposal. |
| Long, Marcia | 13-Jul-09 | $493 | 0.5 | $246.50 | Draft summary of Oak Tree proposal. |
| Long, Marcia | 13-Jul-09 | $493 | 0.5 | $246.50 | Peer review updated analyses for revsions to draft of Oak Tree proposal. |
| Moses, Michael | 13-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Rentsch, Eric | 13-Jul-09 | $226 | 0.75 | $169.50 | Peer review of updated report motion supporting document for John Dempsey's Tribune management work. |
| Wu, Justin | 13-Jul-09 | $226 | 0.5 | $113.00 | Call with Chandler Bigelow and Don Liebentritt to discuss new MIP program, reflecting Oak Tree's Proposal. |
| Wu, Justin | 13-Jul-09 | $226 | 10.5 | $2,373.00 | Update main MIP Deck for Chandler Bigelow with numbers from Oak Tree's Proposal. |
| Dempsey, John | 14-Jul-09 | $725 | 2 | $1,450.00 | Call regarding Alix Partners PowerPoint presentation with Chandler Bigelow and Don Liebentritt of Tribune. |
| Dempsey, John | 14-Jul-09 | $725 | 4 | $2,900.00 | Preparation of PowerPoint presentation for Alix Partners. |
| Dempsey, John | 14-Jul-09 | $725 | 4 | $2,900.00 | Prep of alternative draft of Alix Partners PowerPoint presentation |
| Moses, Michael | 14-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Wu, Justin | 14-Jul-09 | $226 | 9 | $2,034.00 | Update main MIP Deck for Chandler Bigelow with numbers from Oak Tree's Proposal. |
| Wu, Justin | 14-Jul-09 | $226 | 0.75 | $169.50 | Call with Chandler Bigelow and Don Liebentritt to discuss new MIP program, reflecting Oak Tree's Proposal. |
| Dempsey, John | 15-Jul-09 | $725 | 1 | $725.00 | Email updating Tribune compensation committee on the progress of the Incentive Plan report. |
| Dempsey, John | 15-Jul-09 | $725 | 7.5 | $5,437.50 | Prep of revised Incentive Plan Design report based on input from Creditors. |
| Donnell, Julie | 15-Jul-09 | $226 | 5 | $1,130.00 | Tier 3 Market Compensation Analysis sent to Tribune management. |
| Feldt, Kate | 15-Jul-09 | $290 | 3 | $870.00 | Peer review of Michael Moses's CIC Analysis for Chandler Bigelow/Tribune management; Feldt peer reviewed because Moses needed an outsider's perspective to ensure that analysis was accurate and thorough from a general consulting standpoint. |
| Long, Marcia | 15-Jul-09 | $493 | 8 | $3,944.00 | Preparation of report for filing - peer review supporting analyses and incorporate feedback from internal team, including John Dempsey and Justin Wu. |
| Moses, Michael | 15-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Wu, Justin | 15-Jul-09 | $226 | 8.25 | $1,864.50 | Update main MIP Deck for Chandler Bigelow with numbers from Oak Tree's Proposal |
| Dempsey, John | 16-Jul-09 | $725 | 2 | $1,450.00 | Preparation of final incentive proposals report for 7.22 motion and review of motion. |
| Donnell, Julie | 16-Jul-09 | $226 | 5 | $1,130.00 | Tier 3 Market Compensation Analysis sent to Tribune management. |
| Feldt, Kate | 16-Jul-09 | $290 | 2 | $580.00 | Peer review of Michael Moses's CIC Analysis for Chandler Bigelow/Tribune management; Feldt peer reviewed because Moses needed an outsider's perspective to ensure that analysis was accurate and thorough from a general consulting standpoint. |

**JULY 1, 2009 - JULY 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 16-Jul-09 | $493 | 8 | $3,944.00 | For Incentive Plan Report: Peer review updated incentive plan analysis, reviewed 2008 bonus payouts, drafted incentive plan report and incorporated multiple revisions per feedback from Tribune team. |
| Moses, Michael | 16-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Rentsch, Eric | 16-Jul-09 | $226 | 0.75 | $169.50 | Discussing contents of Emergence Equity report with Marcia Long, Justin Wu, and John Dempsey |
| Wadgaonkar, Shrut | 16-Jul-09 | $255 | 1.25 | $318.75 | Peer review of CIC Analysis and Report by Michael Moses for Chandler Bigelow/Tribune management; Wadgaonkar contributed due to a short deliverable timeframe and limited availability of consultants who are normally a part of the Tribune team. |
| Wu, Justin | 16-Jul-09 | $226 | 3.75 | $847.50 | Update main MIP Deck for Chandler Bigelow with numbers from Oak Tree's Proposal. |
| Beckett, Joshua | 17-Jul-09 | $290 | 1 | $290.00 | Peer reviewed CIC / Transition Plan by Michael Moses for Chandler Bigelow; Beckett contributed because he had one of the most experienced, highly technical perspectives on change-in-control agreements in Human Capital. |
| Donnell, Julie | 17-Jul-09 | $226 | 3.5 | $791.00 | Tier 3 Market Compensation Analysis sent to Tribune management. |
| Long, Marcia | 17-Jul-09 | $493 | 0.5 | $246.50 | Meet with Mike Bourgon and Sue O'Connor to review preliminary benchmarking results. |
| Long, Marcia | 17-Jul-09 | $493 | 2 | $986.00 | Review changes to benchmarking with Julie Donnell and revised equity analysis per Tribune feedback. |
| Rentsch, Eric | 17-Jul-09 | $226 | 0.25 | $56.50 | Discussing contents of Emergence Equity report with Marcia Long, Justin Wu, and John Dempsey. |
| Wolf, Jessicca | 17-Jul-09 | $226 | 1 | $226.00 | Peer review of CIC Agreements by Michael Moses for Chandler Bigelow/Tribune management; Wolf peer reviewed because she is one of our senior analysts. |
| Long, Marcia | 19-Jul-09 | $493 | 1 | $493.00 | Peer review and revised CIC/severance summary by Michael Moses. |
| Long, Marcia | 19-Jul-09 | $493 | 1 | $493.00 | Conference call with John Dempsey and Eric Rentsch to discuss emergence equity. |
| Moses, Michael | 19-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Rentsch, Eric | 19-Jul-09 | $226 | 1 | $226.00 | Emergence equity analysis for Tribune management |
| Rentsch, Eric | 19-Jul-09 | $226 | 0.75 | $169.50 | Meeting to discuss emergence equity report with Marcia Long and John Dempsey. |
| Dempsey, John | 20-Jul-09 | $725 | 4 | $2,900.00 | Preparation of final incentive proposals report for 7.22 motion and review of motion. |
| Long, Marcia | 20-Jul-09 | $493 | 0.5 | $246.50 | Call with Chandler Bigelow to discuss UCC feedback and next steps. |
| Long, Marcia | 20-Jul-09 | $493 | 0.5 | $246.50 | Call with Kevin Lantry and Jonathan Lotsoff to discuss severance issues. |
| Moses, Michael | 20-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Nieting, Justin | 20-Jul-09 | $226 | 4 | $904.00 | Peer reviewed a change-of-control + employee serverance analysis performed by Michael Moses for Don Liebentritt, Mike Bourgon and Chandler Bigelow/Tribune management |
| Rentsch, Eric | 20-Jul-09 | $226 | 4.25 | $960.50 | Editing report by John Dempsey for MIP/TMIP/KOB motion with court. |
| Rentsch, Eric | 20-Jul-09 | $226 | 0.25 | $56.50 | Emergence equity analysis for Tribune management. |

**JULY 1, 2009 - JULY 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Walters, Barbara | 20-Jul-09 | $290 | 0.5 | $145.00 | Research on change in control for Michael Moses; Barbara provided her services as Human Capital help desk analyst because other analysts were overcapacity. |
| Dempsey, John | 21-Jul-09 | $725 | 7 | $5,075.00 | Preparation of final incentive proposals report for 7.22 motion and review of motion. |
| Long, Marcia | 21-Jul-09 | $493 | 2 | $986.00 | Peer review 7.21 Incentive Proposal report prepared for Chandler Bigelow. |
| Long, Marcia | 21-Jul-09 | $493 | 1 | $493.00 | Update TMIP/MIP model with reduced payout. |
| Mayer, Julie | 21-Jul-09 | $72 | 9.75 | $702.00 | Bankruptcy research. |
| Rentsch, Eric | 21-Jul-09 | $226 | 5.25 | $1,186.50 | Editing report by John Dempsey for MIP/TMIP/KOB motion with court. |
| Dempsey, John | 22-Jul-09 | $725 | 1.5 | $1,087.50 | Preparation of final incentive proposals report for 7.22 motion and review of motion. |
| Long, Marcia | 22-Jul-09 | $493 | 1 | $493.00 | Peer review severance/CIC analysis by Julie Donnell, meet with Mike to provide detailed feedback, work on emergence equity, final review of incentive proposals report for 7.22 motion. |
| Long, Marcia | 22-Jul-09 | $493 | 1 | $493.00 | Meet with Mike Bourgon to provide detailed feedback on severance plan. |
| Long, Marcia | 22-Jul-09 | $493 | 1 | $493.00 | Emergence Equity report update. |
| Long, Marcia | 22-Jul-09 | $493 | 1 | $493.00 | Final review of incentive proposals report for 7.22 motion. |
| Moses, Michael | 22-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Rentsch, Eric | 22-Jul-09 | $226 | 5 | $1,130.00 | Analyzing market practice for reserve sizes, grants post-emergence, and grant sizes per incumbent for Tribune management, including Chandler Bigelow and Don Liebentritt |
| Rentsch, Eric | 22-Jul-09 | $226 | 3 | $678.00 | Drafting report on proposed Management Equity Incentive Plan post-emergence for Tribune management. |
| Rentsch, Eric | 22-Jul-09 | $226 | 2.5 | $565.00 | Benchmarking of incumbent pay for emergence equity participants for Tribune management. |
| Dempsey, John | 23-Jul-09 | $725 | 5.25 | $3,806.25 | Preparation of report on emergence equity compensation. |
| Dempsey, John | 23-Jul-09 | $725 | 1 | $725.00 | Meeting with Chandler Bigelow, Don Liebentritt and Gerry of Tribune to discuss emergence equity compensation report. |
| Long, Marcia | 23-Jul-09 | $493 | 1 | $493.00 | Meeting with Chandler Bigelow, Don Liebentritt and Gerry Spector to discuss emergence equity and answer technical questions regarding the analysis: discussion led by John Dempsey. |
| Long, Marcia | 23-Jul-09 | $493 | 2 | $986.00 | Peer review emergence analysis from Eric Rentsch prepared for Chandler Bigelow and Gerry Spector. |
| Long, Marcia | 23-Jul-09 | $493 | 1 | $493.00 | Internal meeting with John Dempsey and Eric Rentsch to debrief on feedback from Tribune management and agree on next steps. |
| Moses, Michael | 23-Jul-09 | $226 | 2 | $452.00 | Prepare CIC analysis for report. |
| Nieting, Justin | 23-Jul-09 | $226 | 1.25 | $282.50 | Peer reviewed a change-of-control + employee serverance analysis performed by Michael Moses for Don Liebentritt, Mike Bourgon and Chandler Bigelow/Tribune management |
| Rentsch, Eric | 23-Jul-09 | $226 | 1 | $226.00 | Meeting with Don Liebentritt, Chandler Bigelow and others from Tribune management to review emergence equity program. |

**JULY 1, 2009 - JULY 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Rentsch, Eric | 23-Jul-09 | $226 | 3.5 | $791.00 | Summarizing action steps from meeting with Tribune management. |
| Rentsch, Eric | 23-Jul-09 | $226 | 2 | $452.00 | Preparing revisions to emergence equity report for Tribune Management. |
| Kaplan, Lauren | 24-Jul-09 | $290 | 1.5 | $435.00 | Peer review CIC & severance report by Michael Moses for Chandler Bigelow/Tribune management; Kaplan contributed because the Tribune team was overcapacity in terms of workflow. |
| Long, Marcia | 24-Jul-09 | $493 | 1 | $493.00 | Peer review and revised CIC/severance summary prepared by Michael Moses to be incorporated into CIC and Severance Overview report for Chandler Bigelow. |
| Moses, Michael | 24-Jul-09 | $226 | 3 | $678.00 | Prepare CIC report. |
| Donnell, Julie | 27-Jul-09 | $226 | 4.5 | $1,017.00 | LTI Eligibility and Receiving Analysis sent to Tribune management. |
| Donnell, Julie | 28-Jul-09 | $226 | 1 | $226.00 | LTI Eligibility and Receiving Analysis sent to Tribune management. |
| Rentsch, Eric | 28-Jul-09 | $226 | 1.75 | $395.50 | Preparing revisions to emergence equity report for Tribune Management. |
| Dempsey, John | 29-Jul-09 | $725 | 2.5 | $1,812.50 | Review of emergence report redactions and discussions with Jonathan Lotsoff of Sidley Austin LLP regarding this. |
| Donnell, Julie | 29-Jul-09 | $226 | 0.25 | $56.50 | Touch Base Meeting with Justin Wu, to discuss Emergence Equity. |
| Wu, Justin | 29-Jul-09 | $226 | 1 | $226.00 | Touch base with Eric Rentsch, Marcia Long and Julie Donnell on overall project progress. |
| Dempsey, John | 30-Jul-09 | $725 | 1 | $725.00 | Meet with Marcia Long, Justin Wu and Julie Donnell to review severance and emergence research prepared by Julie Donnell and Michael Moses and agree on next steps. |
| Donnell, Julie | 30-Jul-09 | $226 | 1 | $226.00 | Meet with John Dempsey, Justin Wu and Marcia Long to review severance and emergence research and agree on next steps. |
| Donnell, Julie | 30-Jul-09 | $226 | 8 | $1,808.00 | CIC/Severance Analysis sent to Tribune management. |
| Donnell, Julie | 30-Jul-09 | $226 | 1 | $226.00 | Emergence LTI Analysis provided to Marcia Long to be integrated into a report for Tribune Management. |
| Long, Marcia | 30-Jul-09 | $493 | 2 | $986.00 | Peer review BR comp equity vesting provsiions for severance plans prepared by Michael Moses to be incorporated into CIC and Severance Overview report for Chandler Bigelow. |
| Long, Marcia | 30-Jul-09 | $493 | 1 | $493.00 | Updated emergence equity modeling; this included alternative approaches to initial grants to be incorporated into Emergence Equity Compensation Plan report prepared for Chandler Bigelow. |
| Long, Marcia | 30-Jul-09 | $493 | 1 | $493.00 | Meet with John Dempsey, Justin Wu and Julie Donnell to review severance and emergence research prepared by Julie Donnell and Michael Moses and agree on next steps. |
| Moses, Michael | 30-Jul-09 | $226 | 2.5 | $565.00 | Revisions to CIC report. |
| Wu, Justin | 30-Jul-09 | $226 | 4.5 | $1,017.00 | Revised Emergence Equity Model for Mercer report to Chandler Bigelow and Don Liebentritt. |
| Dempsey, John | 31-Jul-09 | $725 | 1 | $725.00 | Meet with Marcia Long, Justin Wu and Julie Donnell to review emergence equity modeling. |

**JULY 1, 2009 - JULY 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell, Julie | 31-Jul-09 | $226 | 2.5 | $565.00 | Black Schols and Volatility of Peers Calculation provided to Marcia Long to be integrated into a report to Tribune management. |
| Donnell, Julie | 31-Jul-09 | $226 | 4.5 | $1,017.00 | CIC/Severance Agreement Research and Analysis sent to Tribune management. |
| Long, Marcia | 31-Jul-09 | $493 | 1.5 | $739.50 | Refine/Revise emergence equity modeling, including alternative approaches to initial grants to be incorporated into Emergence Equity Compensation Plan report prepared for Chandler Bigelow. |
| Wu, Justin | 31-Jul-09 | $226 | 6 | $1,356.00 | Revised Emergence Equity Model for Mercer report to Chandler Bigelow and Don Liebentritt. |

**Totals:**     **352**     **$136,556.50**