**JULY 1, 2009 - JULY 31, 2009 EXPENSES**

| Date | Amount | Description |
|---|---:|---|
| 1-Jul-09 | $18.00 | Cab home - working late |
| 6-Jul-09 | $18.00 | Cab home - working late |
| 6-Jul-09 | $14.00 | Dinner working late |
| 7-Jul-09 | $20.00 | Cab home - working late |
| 7-Jul-09 | $11.90 | Dinner working late |
| 10-Jul-09 | $18.00 | Cab home - working late |
| 10-Jul-09 | $10.22 | Dinner working late |
| 13-Jul-09 | $19.00 | Cab home - working late |
| 13-Jul-09 | $30.00 | Dinner working late |
| 14-Jul-09 | $20.00 | Cab home - working late |
| 14-Jul-09 | $33.00 | Dinner working late |
| 15-Jul-09 | $18.00 | Cab home - working late |
| 15-Jul-09 | $13.00 | Dinner working late |
| 16-Jul-09 | $19.00 | Cab home - working late |
| 16-Jul-09 | $39.59 | Dinner working late |
| 20-Jul-09 | $23.35 | Dinner working late |
| 20-Jul-09 | $9.95 | Cab home - working late |
| 28-Jul-09 | $600.00 | Tribune Company - Bankruptcy Data research |
| 28-Jul-09 | $10.01 | Client calls |
| 30-Jul-09 | $19.00 | Cab home - working late |
| 30-Jul-09 | $12.00 | Dinner working late |
| 31-Jul-09 | $20.00 | Cab home - working late |
| 31-Jul-09 | $15.00 | Dinner working late |
| 31-Jul-09 | $10,478.25 | Legal Fees |

**Total: $11,489.27**