**AUGUST 1, 2009 - AUGUST 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell, Julie | 2-Aug-09 | $226 | 6 | $1,356.00 | CIC/Severance Analysis for Chandler Bigelow of Tribune. |
| Wu, Justin | 2-Aug-09 | $226 | 1.75 | $395.50 | Revised Emergence Equity Model for Mercer report to Chandler Bigelow and Don Liebentritt. |
| Dempsey, John | 3-Aug-09 | $725 | 1 | $725.00 | Review of emergence equity draft with Marcia Long. |
| Donnell, Julie | 3-Aug-09 | $226 | 1.5 | $339.00 | Black Scholes/Volatility Calculation/Analysis to be reviewed by Justin Wu. |
| Donnell, Julie | 3-Aug-09 | $226 | 0.75 | $169.50 | Update/Planning Meeting with Michael Moses to discuss CIC/Severance Analysis. |
| Klein, Jon | 3-Aug-09 | $226 | 3.25 | $734.50 | Research and peer review for Michael Moses's CIC/Severance Analysis document; Klein contributed as an analyst with a strong foundation in research methods. |
| Long, Marcia | 3-Aug-09 | $493 | 1.5 | $739.50 | Review discovery request from Newspaper Guild and begin compiling documents for Jonathan Lotsoff of Sidley Austin LLP. |
| Moses, Michael | 3-Aug-09 | $226 | 1 | $226.00 | Update/planning meeting with Justin Wu, Julie Donnell, John Dempsey and Marcia Long to review emergence equity model and updated severance/CIC analysis. |
| Moses, Michael | 3-Aug-09 | $226 | 3 | $678.00 | Researched change in control practices of Tribune peer companies for CIC-Severance Prevalence report. |
| Wu, Justin | 3-Aug-09 | $226 | 1.5 | $339.00 | Revised Emergence Equity Model for Mercer report to Chandler Bigelow and Don Liebentritt. |
| Wu, Justin | 3-Aug-09 | $226 | 3 | $678.00 | Peer reviewed Julie Donnell's research on emergence equity grant timing for deck to Chandler Bigelow and Don Liebentritt. |
| Wu, Justin | 3-Aug-09 | $226 | 1.5 | $339.00 | Peer reviewed Julie Donnell's Black-Scholes calculations for emergence equity grants. |
| Dempsey, John | 4-Aug-09 | $725 | 2.25 | $1,631.25 | Discovery document collection and analysis for Jonathan Lotsoff of Sidley Austin LLP. |
| Donnell, Julie | 4-Aug-09 | $226 | 0.5 | $113.00 | Black Scholes/Volatility Calculation/Analysis to be reviewed by Justin Wu. |
| Donnell, Julie | 4-Aug-09 | $226 | 1 | $226.00 | CIC/Severance Peer Review of Analysis completed by Michael Moses, provided peer reviewed material to Marcia Long. |
| Moses, Michael | 4-Aug-09 | $226 | 2 | $452.00 | Peer reviewing exhibits for Marcia Long's Severance and CIC report, and providing her with SEC filing documentation to support her findings. |
| Wu, Justin | 4-Aug-09 | $226 | 0.5 | $113.00 | Peer reviewed Julie Donnell's research on emergence equity grant timing. |
| Wu, Justin | 4-Aug-09 | $226 | 4.75 | $1,073.50 | Gathering documentation for Baltimore Guild's discovery request in cooperation with Jonathan Lotsoff of Sidley Austin LLP. |
| Dempsey, John | 5-Aug-09 | $725 | 2 | $1,450.00 | Review Sidley Austin LLP's draft response to the discovery request and provide feedback to Jonathan Lotsoff at Sidley Austin LLP. |
| Donnell, Julie | 5-Aug-09 | $226 | 0.5 | $113.00 | Update/Planning Meeting with John Dempsey, Justin Wu and Marcia Long to review emergence equity model and updated severance/CIC analysis. |
| Long, Marcia | 5-Aug-09 | $493 | 1 | $493.00 | Update/Planning Meeting with John Dempsey, Justin Wu and Julie Donnell to review emergence equity model and updated severance/CIC analysis. |

**AUGUST 1, 2009 - AUGUST 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Moses, Michael | 5-Aug-09 | $226 | 0.5 | $113.00 | Team meeting with Justin Wu, Julie Donnell, John Dempsey and Marcia Long to discuss change in control analysis. |
| Wu, Justin | 5-Aug-09 | $226 | 2 | $452.00 | Update report on emergence equity program to Chandler Bigelow and Don Liebentritt. |
| Dempsey, John | 6-Aug-09 | $725 | 1 | $725.00 | Reviewed response to Trustee's objections to the 7.22 Incentive Plan motion for Jonathan Lotsoff. |
| Dempsey, John | 6-Aug-09 | $725 | 1 | $725.00 | Review of emergence equity draft. |
| Long, Marcia | 6-Aug-09 | $493 | 1.5 | $739.50 | Revise CIC and Severance Overview report for Chandler Bigelow based upon updated analysis. |
| Wu, Justin | 6-Aug-09 | $226 | 3.25 | $734.50 | Peer reviewed Julie Donnell's research on emergence equity grant timing. |
| Dempsey, John | 7-Aug-09 | $725 | 2.25 | $1,631.25 | Preparation for and attendance at meeting with Jonathan Lotsoff of Sidley Austin LLP to prepare for testimony. |
| Dempsey, John | 7-Aug-09 | $725 | 1.75 | $1,268.75 | Preparing materials for submission to Jonathan Lotsoff regarding the discovery request. |
| Dempsey, John | 7-Aug-09 | $725 | 1 | $725.00 | Review of emergence equity draft. |
| Donnell, Julie | 7-Aug-09 | $226 | 1.5 | $339.00 | Addendum to Report/Exhibit Drafting for CIC/Severance Report to Tribune Management. |
| Long, Marcia | 7-Aug-09 | $493 | 2 | $986.00 | Review materials submitted to Jonathan Lotsoff of Sidley Austin LLP in response to discovery request. |
| Moses, Michael | 7-Aug-09 | $226 | 2 | $452.00 | Peer reviewing exhibits for Marcia Long's Severance and CIC report, and providing her with SEC filing documentation to support her findings. |
| Wu, Justin | 7-Aug-09 | $226 | 2.5 | $565.00 | Update report on emergence equity program to Chandler Bigelow and Don Liebentritt. |
| Wu, Justin | 7-Aug-09 | $226 | 3.5 | $791.00 | Gathering documentation for Baltimore Guild's discovery request in cooperation with Jonathan Lotsoff of Sidley Austin LLP. |
| Dempsey, John | 10-Aug-09 | $725 | 8 | $5,800.00 | Preparation for 8/11 hearing. |
| Donnell, Julie | 10-Aug-09 | $226 | 2.5 | $565.00 | CIC Report Exhibits for Chandler Bigelow of Tribune. |
| Long, Marcia | 10-Aug-09 | $493 | 6 | $2,958.00 | Peer review updated severance and CIC analysis covering vesting provisions prepared by Julie Donnell, to be incorporated into a Strawnman Transition Plan for review by Chandler Bigelow. |
| Long, Marcia | 10-Aug-09 | $493 | 2 | $986.00 | Preliminary draft of Severance and CIC Practices Report prepared for Mike Bourgon and Chandler Bigelow. |
| Wu, Justin | 10-Aug-09 | $226 | 1 | $226.00 | Update report on emergence equity program to Chandler Bigelow and Don Liebentritt. |
| Wu, Justin | 10-Aug-09 | $226 | 0.5 | $113.00 | Gathering documentation for Baltimore Guild's discovery request in cooperation with Jonathan Lotsoff of Sidley Austin LLP. |
| Dempsey, John | 11-Aug-09 | $725 | 8 | $5,800.00 | Preparation for and attendance at 8/11 hearing. |
| Donnell, Julie | 11-Aug-09 | $226 | 3 | $678.00 | CIC Report Exhibits for Chandler Bigelow of Tribune. |
| Wu, Justin | 11-Aug-09 | $226 | 0.5 | $113.00 | Update report on emergence equity program to Chandler Bigelow and Don Liebentritt. |
| Donnell, Julie | 12-Aug-09 | $226 | 2 | $452.00 | CIC - Equity Plan Provision analysis and exhibits for Chandler Bigelow of Tribune. |
| Donnell, Julie | 12-Aug-09 | $226 | 1 | $226.00 | CIC Report Exhibits for Chandler Bigelow of Tribune. |
| Long, Marcia | 12-Aug-09 | $493 | 1 | $493.00 | Review and finalize 08.12.2009 Severance and CIC Practices Report prepared for Mike Bourgon and Chandler Bigelow. |

**AUGUST 1, 2009 - AUGUST 31, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 12-Aug-09 | $493 | 2.5 | $1,232.50 | Peer review changes to severance research for industry peers by Julie Donnell - incorporated into 08.12 Severance and CIC Practices report prepared for Mike Bourgon and Chandler Bigelow. |
| Long, Marcia | 12-Aug-09 | $493 | 1 | $493.00 | Peer review emergence equity model with performance RSUs by Justin Wu, to be incorporated into 08.12 Emergence Equity Report for Chandler Bigelow. |
| Moses, Michael | 12-Aug-09 | $226 | 2.5 | $565.00 | Searching for plan documentation to enhance and support the Mercer-Tribune team's findings on CIC and severance. |
| Wu, Justin | 12-Aug-09 | $226 | 4.75 | $1,073.50 | Update report on emergence equity program to Chandler Bigelow and Don Liebentritt. |
| Donnell, Julie | 13-Aug-09 | $226 | 1 | $226.00 | CIC - Equity Plan Provision analysis and exhibits for Chandler Bigelow of Tribune. |
| Long, Marcia | 13-Aug-09 | $493 | 1 | $493.00 | Meet with Justin Wu to review emergence equity report prepared for Chandler Bigelow and discuss alternative approaches. |
| Wu, Justin | 13-Aug-09 | $226 | 1.5 | $339.00 | Model alternatives for emergence equity program for report to Chandler Bigelow and Don Liebentritt. |
| Dempsey, John | 21-Aug-09 | $725 | 0.5 | $362.50 | Call with Chandler Bigelow of Tribune regarding the emergence transition plan. |
| Mayer, Julie | 24-Aug-09 | $72 | 12 | $864.00 | Bankruptcy research. |
| Dempsey, John | 27-Aug-09 | $725 | 2 | $1,450.00 | Revised my transition compensation program for Chandler Bigelow of Tribune. |
| Long, Marcia | 27-Aug-09 | $493 | 2 | $986.00 | Prepare draft of transition plan strawman. |
| Long, Marcia | 27-Aug-09 | $493 | 1 | $493.00 | Revise transition plan strawman per John Dempsey feedback. |
| Dempsey, John | 28-Aug-09 | $725 | 1 | $725.00 | Meeting with Chandler Bigelow to discuss Strawman Transition Plan; Marcia was present to explain technical aspects of the report, and John Dempsey led the discussion. |
| Long, Marcia | 28-Aug-09 | $493 | 1 | $493.00 | Meeting with Chandler Bigelow to discuss Strawman Transition Plan; Marcia was present to explain technical aspects of the report, and John Dempsey led the discussion. |
| Long, Marcia | 28-Aug-09 | $493 | 2 | $986.00 | Revisions to tiers and multiples in Strawman Transition Plan based on feedback from Chandler Bigelow. |
| | | **Total** | **137.25** | **$51,822.25** | |