**AUGUST 1, 2009 - AUGUST 31, 2009 EXPENSES**

| Date | Amount | Description |
|---|---|---|
| 11-Aug-09 | $12.80 | Courier service |
| 11-Aug-09 | $8.83 | Client calls |
| 19-Aug-09 | $11.52 | Dinner - working late |
| 19-Aug-09 | $15.00 | Cab home - working late |
| 19-Aug-09 | $15.00 | Cab home - working late |
| 19-Aug-09 | $8.12 | Dinner - working late |
| 19-Aug-09 | $10.75 | Dinner - working late |
| 19-Aug-09 | $10.00 | Cab home - working late |
| 19-Aug-09 | $10.00 | Cab home - working late |
| 19-Aug-09 | $10.00 | Cab home - working late |
| 19-Aug-09 | $15.00 | Dinner - working late |
| 19-Aug-09 | $5.00 | Client project management |
| 19-Aug-09 | $20.00 | Client calls |
| 19-Aug-09 | $13.95 | Dinner - working late |
| 19-Aug-09 | $7.65 | Cab home - working late |
| 10-Aug-09 | $251.90 | Hotel |
| 10-Aug-09 | $30.00 | Cab to O'Hare Airport |
| 11-Aug-09 | $30.00 | Cab from O'Hare Airport |
| 10-Aug-09 | $30.00 | Cab from airport to hotel |
| 11-Aug-09 | $30.00 | Cab from Tribune office to airport |
| 11-Aug-09 | $25.00 | Hotel breakfast |
| 10-Aug-09 | $157.41 | Hertz |
| 10-Aug-09 | $264.20 | United flight |
| 10-Aug-09 | $10.00 | Airfare service charge |
| 26-Aug-09 | $5,084.10 | Legal fees |

**Total:      $6,086.23**