IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,<br>Debtors. | Case No. 08-13141 (KJC)<br>Objection Date: November 4, 2009 at 4:00 p.m.<br>Hearing Date: TBD<br>Related to Docket Nos. 1957 and 2229 |

## NOTICE OF THIRD INTERIM FEE APPLICATION

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Kenneth P. Kansa, Esquire
Jillian K. McClelland, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)

Steven C. Schwendemann, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044
(Fee Auditor)

All Parties on 2002 Service List

PLEASE TAKE NOTICE that on October 15, 2009, Jones Day filed the **Third Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2009 through August 31, 2009** (the "Interim Application"), which seeks approval of an interim fee application for professional services rendered to the Debtors in the amount of $46,925.00, together with reimbursement of disbursements in the amount of $43.69.

You are required to file a response, if any, to the Interim Application on or before **November 4, 2009 at 4:00 p.m.** (Eastern Time).

46429/0001-5844342v3

At the same time, you must also serve a copy of the response upon movant's counsel so that it is received by **4:00 p.m. on November 4, 2009**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>npernick@coleschotz.com | Kenneth Kansa, Esquire<br>Jillian K. McClelland, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL  60603<br>kkansa@sidley.com | Philip A. Proger, Esquire<br>**JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113 |

A HEARING ON THE INTERIM APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE INTERIM APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 15, 2009
        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        By: */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE  19801
        (302) 652-3131
        (302) 652-3117 (fax)

        ATTORNEYS FOR THE DEBTORS
        AND DEBTORS IN POSSESSION