# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, <u>et</u> <u>al.</u>,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
| In Re:<br><br>**CHICAGO NATIONAL LEAGUE BALL CLUB, LLC,**[2]<br><br>Debtor. | Chapter 11<br><br>Case No. 09-13496 (KJC)<br><br>**(Joint Administration Pending)** |

## AFFIDAVIT OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] The last four digits of the federal tax identification number for Chicago National League Ball Club, LLC are 0347. Chicago National League Ball Club, LLC's corporate headquarters and mailing address is 435 North Michigan Avenue, Chicago, Illinois 60611

T:\Clients\TRIBUNE\Affidavits\NOF 2nd Amd Cure Exhibit for Cubs Exec. Cont_AFF_10-13-09.doc

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2009, I caused to be served true and correct copies of the "Notice of Filing Second Amended Cure Exhibit for Cubs Executory Contracts," dated October 13, 2009 [Docket No. 2326 in Case No. 08-13141/Docket No. 12 in Case No. 09-13496], enclosed securely in separate postage prepaid envelopes, to be delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              Brittany Whalen

Sworn to before me this
14th day of October, 2009

_____
Notary Public

-2-

**EXHIBIT A**

TRB (10-13-09)

**FIA CARD SERVICES, N.A.**
F/K/A MBNA AMERICA BANK
N.A. MS-DE5-004-04-02
1100 NORTH KING STREET
WILMINGTON, DE 19884

TRB (10-13-09)

**CITY OF CHICAGO - DEPARTMENT OF BUSINESS AFFAIRS**
50 WEST WASHINGTON
ROOM 208
CHICAGO, IL 60602

TRB (10-13-09)

**TRAVELOCITY**
MCKINNEY-SILVER
318 BLACKWELL STREET
DURHAM, NC 27701

TRB (10-13-09)

**MICHAEL LUFRANO**
C/O CHICAGO NATIONAL LEAGUE BALL CLUB LLC
1060 W. ADDISON ST.
CHICAGO, IL 60613

TRB (10-13-09)

**HOLIDAY INN**
C/O MAJOR LEAGUE BASEBALL
245 PARK AVENUE
30TH FLOOR
NEW YORK, NY 10167

TRB (10-13-09)

**MCGLADREY & PULLEN, LLP**
ONE SOUTH WACKER DRIVE, SUITE 800
CHICAGO, IL 60606-3392

TRB (10-13-09)

**CLEARWIRE**
ATTN: JESSICA HELLYAR
4400 CARILLON POINT
KIRKLAND, WA 98033

TRB (10-13-09)

**MARK E MCGUIRE**
C/O CHICAGO NATIONAL LEAGUE BALL CLUB LLC
1060 W. ADDISON ST.
CHICAGO, IL 60613

TRB (10-13-09)

**PETER CHASE**
C/O CHICAGO NATIONAL LEAGUE BALL CLUB LLC
1060 W. ADDISON ST.
CHICAGO, IL 60613

TRB (10-13-09)

**CARL RICE III**
C/O CHICAGO NATIONAL LEAGUE BALL CLUB LLC
1060 W. ADDISON ST.
CHICAGO, IL 60613

TRB (10-13-09)

**OFFICE OF THE COMMISSIONER MAJOR LEAGUE BASEBALL**
245 PARK AVENUE
NEW YORK, NY 10167

TRB (10-13-09)

**WGN CONTINENTAL BROADCASTING COMPANY**
C/O TRIBUNE COMPANY
ATTN: DANIEL G. KAZAN
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

TRB (10-13-09)

**RICKETTS ACQUISITION LLC**
C/O THOMAS RICKETTS
INCAPITAL LLC
200 S. WACKER, SUITE 3700
CHICAGO, IL 60606

TRB (10-13-09)

**CITY OF CHICAGO**
DEPARTMENT OF PUBLIC WORKS
406 CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602