# *DECLARATION EXHIBIT 1*
## *Searched Parties*

## CONFLICTS LIST- TRIBUNE COMPANY, et al.

## DEBTORS

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
Forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company

NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association,
Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company,
Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company

Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova

Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Michael C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion
Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy

John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz
Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany

Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
WILLIAM STINEHART, JR.
Scott Sullivan
Laura L. Tarvainen
Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie

John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc.
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.

Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## DEBTORS' PREPETITION LENDERS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated

13

Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP

Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP

National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited

Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC

CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## FORMER INDENTURE TRUSTEES

Bank of Montreal Trust Company
Bank of New York
Citibank, N.A.
First Interstate Bank of California
Wells Fargo Bank, N.A.
Wilmington Trust Company

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
Richards, Layton & Finder, P.A.
FTI Consulting

## PROFESSIONALS RETAINED BY POSTPETITION LENDERS

Mayer Brown LLP
Edward Angell Palmer & Dodge LLP

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

J.P. Morgan Chase Bank, N.A.
Warner Brothers Television
Pension Benefit Guaranty Corporation
Merrill Lynch Capital Corporation
Vertis, Inc.
Washington-Baltimore Newspaper Guild
Deutsche Bank Trust Company Americas
Wilmington Trust Company
Mark Willes

## PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Chadbourne & Parke LLP

Landis Rath & Cobb LLP
AlixPartners, LLP
Moelis & Company LLC

## PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Jones Day
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Reed Smith LLP
Sidley Austin LLP

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company
(Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## DEBTORS' MAJOR CUSTOMERS

American Express Co
Anheuser Busch

Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG

McDonalds – McDonald's
Metro Cable
News America Publ'g FSI
News Corp
News Corp – 20th Century Fox -- Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate

Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton

Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel

VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## **DEBTORS' SIGNIFICANT LANDLORDS**

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky
Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub,
LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon
Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates

Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
Robert R. McCormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

# *DECLARATION EXHIBIT 2*
## *Disclosure of Connections*

## DISCLOSURE OF CONNECTIONS

| Parties | Connection |
| --- | --- |
| Abitibi Consolidated | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Ace American Insurance Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Aegon USA Investment Management | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| AIG Global Investment Corp. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Allied World Insurance Company, Ltd (AWAC) | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Allstate Investment Management Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Alvarez & Marsal North America LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| American Express Co | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Anheuser Busch | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| Arco Gas Station | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Ares Management LP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| AT&T | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Babson Capital Management LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| BANC OF AMERICA SECURITIES, LLC<br>Bank of America<br>Bank of America N.A. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Bank of Montreal Trust Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Bank of New York | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Barclays Capital | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Bear Stearns & Co., Inc | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Bear Stearns & Co., Inc<br>Bear Stearns Asset Management | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Blackstone Debt Advisors LP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| Blue Mountain Capital Management LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Bowater Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Cablevision | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Camden Partners | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Canadian Imperial Bank of Commerce | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Carlyle Investment Management LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Carnival Corp. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Catellus Development Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Cbs Broadcasting Inc<br>Cbs Radio Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Chadbourne & Parke LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Chubb Atlantic Indemnity Ltd.<br>Executive Risk Indemnity Inc. (Chubb)<br>Federal Insurance Company (Chubb) | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| **Parties** | **Connection** |
|---|---|
| Circuit City | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Citadel | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Citigroup<br>Citibank, N.A.<br>CITICORP NORTH AMERICA, INC.<br>CITIGROUP GLOBAL MARKETS, INC.<br>Citicorp North America Inc.<br>Citigroup Financial Products Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Comcast<br>Comcast Cable<br>COMCAST SPORTSNET CHICAGO | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Countrywide Financial | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Credit Suisse Asset Management<br>Credit Suisse Group AG | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Davis Polk & Wardwell | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Deerfield Capital Management LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Dell | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| Deloitte & Touche LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Deutsche Bank AG<br>Deutsche Bank National Trust Company<br>Deutsche Bank Trust Company Americas<br>Deutsche Investment Management Americas Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Disney – Buena Vista | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Dunkin Donuts | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Eagle New Media Investments, LLC<br>Eagle Publishing Investments, LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Edelman | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Edward Angell Palmer & Dodge LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Elliott Management Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| EQUITY GROUP INVESTMENTS LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Fidelity Investment/Fidelity Mutual Fund Comp | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Fidelity Investment/Fidelity Mutual Fund Comp<br>Fidelity Investments | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| FIG LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Firstlight Financial Corp. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| FM Global | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Ford | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Ford<br>Ford Dealer Associations<br>Ford Mazda Factory | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Franklin Templeton Inv Mgmt Ltd | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| FREEDOM COMMUNICATIONS, INC. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| GE – Vivendi Universal | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| GE Asset Management Inc.<br>General Electric Capital Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| GEICO | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| General Electric Capital Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| General Mills | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| General Motors<br>GM Chevy Dealer Associations<br>GM Chevy Factors<br>GM General Motors Corp<br>GM Pension Plan | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Glaxo Smith Kline Beecham Welcome | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| GOLDMAN SACHS & CO.<br>Goldman Sachs Asset Management LP<br>Goldman Sachs Group Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| GSO Capital Partners  LP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Harbert Management Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Hartford Investment Management Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| HEARST CORPORATION | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Highland Capital Management LP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| ING Investment Management LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Invesco Inst NA Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| ITT Educational Services | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Jefferson Pilot Financial Insurance Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Jenner & Block LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| John Hancock A/C 62 JH High Yield Fund (99140) John Hancock Financial Services Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Johnson & Johnson | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Jones Day | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Jones Day/Bank of America/Bank of Montreal | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| JP Morgan BK Branch - 0802 JP Morgan Chase Bank, N.A. JPMORGAN CHASE BANK, N.A. JPMORGAN SECURITIES, INC. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Kraft General Foods | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Lehman Brothers Commercial Bank Lehman Brothers Holdings Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Lexington Insurance Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| **Parties** | **Connection** |
|---|---|
| Lloyd's | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Lowe's – Home Improvement | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Mayer Brown LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| McDermott Will & Emery LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| McDonnell Investment Management LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Merrill Lynch & Co. Inc.<br>Merrill Lynch Capital Corporation<br>MERRILL LYNCH CAPITAL CORPORATION | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Metropolitan Life Insurance Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| MICROSOFT CORPORATION | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Morgan Stanley<br>Morgan Stanley Investment Co Niston BV<br>Morgan Stanley Investment Management Garda BV<br>Morgan Stanley Investment Management Inc. as AgtINCAS AGT<br>Morgan Stanley Investment Management Mezzano B V | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Morgan, Lewis & Bockius LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| MSD Capital LP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| National City Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| NBC Universal Domestic Television | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| New York Life Insurance Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Nixon Peabody LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Oppenheimer Funds Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Paul Hastings Janofsky & Walker LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Pfizer | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| PricewaterhouseCoopers LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Procter & Gamble – P&G | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Qwest Communications | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| R. L. Wilson | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Reckitt Benckiser | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Reed Smith LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Renaissance Reinsurance Limited | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Richards, Layton & Finder, P.A. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Royal Bank of Scotland plc | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Samuel Zell | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Sandelman Sandelman Partners LP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Scotia Capital Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Sidley Austin LLP | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Silver Point Capital LP – FSG | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| Six Flags Great America Parks | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Societe Generale | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Sony Entertainment – Pictures – Columbia Tristar<br>Sony Pictures Television | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Sprint/Nextel | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| St. Paul Fire & Marine Insurance Company (Travelers) | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Sumitomo Mitsui Banking Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Target Stores | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| The Hartford Courant Company<br>The Hartford Insurance Group<br>Hartford Investment Management Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Toyota Dealer Associations<br>Toyota Lexus Dealer Associations<br>Toyota Local Dealers | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| TRIBUNE COMPANIES ET AL | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| TW New Line Cinema – Home Video | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| TW Time Warner<br>TW Warner Brothers<br>TW Warner Communications | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Tweeter Home Entertainment Group | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| U.S. Bank National Association | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| UBS AG<br>UBS O'Connor LLC | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Valassis | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Verizon Wireless<br>Verizon Wireless – Cellular | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Vertis, Inc. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Viacom – Paramount | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Volkswagen Factory<br>VW Sterling Corporation | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Wachovia Bank<br>Wachovia Bank National Association | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Washington Mutual | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

| Parties | Connection |
|---|---|
| Wells Fargo Bank, N.A.Wells Fargo Foothill Inc.Wells Fargo Bank, N.A. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Wilmington Trust Company Wilmington Trust Company – Delaware Wilmington Trust Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| XL Insurance (Bermuda) Ltd. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Zohar II 2005-1 Ltd. | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |
| Zurich American Insurance Company | Current client of Navigant or affiliates in matters unrelated to this matter, or a party in opposition to a Navigant client, in a proceeding unrelated to this matter. |

# *DECLARATION EXHIBIT 3*
## *Service Agreement*



30 South Wacker Drive, Suite 3100
Chicago, Illinois 60806
312.583.5700 phone
312.583.5701 fax

July 17, 2007

Mr. Patrick M. Shanahan
Vice President / Tax
Tribune Company
435 North Michigan Avenue
Chicago, Illinois  60611

**Re: Valuation Services**

Dear Mr. Shanahan:

Navigant Consulting, Inc. ("Navigant Consulting") is pleased to confirm arrangements to provide professional valuation services to the management ("Management") of Tribune Company ("Tribune", the "Company" or the "Client"). The purpose of our valuation is to provide our opinion of the Fair Market Value of certain entities (the "Subject Entities") as well as compile the information necessary to determine the Fair Market Value of certain tangible and intangible assets (the "Subject Assets") of the Company at a future date. Any such valuation of the Subject Assets will be addressed in a separate engagement letter. We understand our valuation report will be used by Management for tax purposes. No other use is intended or should be inferred.

This letter outlines the purpose and scope of the valuation procedures, as well as the engagement team, nature of deliverables, and other aspects of our business arrangement. Standard Business Terms ("Terms") for this engagement are appended to this letter as Appendix A, which is incorporated herein by reference. Upon your signature, this letter authorizes Navigant Consulting to commence the work outlined in this letter.

**Objective and Scope of the Engagement**

The objective of our valuation analysis will be to estimate the Fair Market Values of the Subject Entities for business planning purposes. Our analyses will be completed in two phases with the valuation date for Phase I on or about September 30, 2007, and the valuation date for Phase II on or about January 1, 2008. In Phase I of our analysis, we will provide range estimates of value for the Subject Entities. In Phase II of our analysis, we will provide summary valuation reports supporting our concluded Fair Market Value for each of the Subject Entities as well as compile documentation and other information necessary to

Mr. Patrick M. Shanahan
July 17, 2007
Page 2

determine the Fair Market Value of each significant tangible and intangible asset at a later date.

Our analysis and reports are solely for the internal use of the Company to assist Management in its business planning. Our analysis or report is not to be shared with any third party, except your legal counsel and tax advisors and the IRS, without the prior written consent of Navigant Consulting. Navigant Consulting's prior written consent is also required for the reference to its report or any other document prepared pursuant to these Terms, including a public offering of securities or in connection with any other financing.

For purposes of our analysis, we define Fair Market Value ("FMV")as:

> *"the price at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to selland both having reasonable knowledge of relevant facts."*

The scope of this engagement includes estimating the Fair Market Value of the continuing operating units of the publishing (approximately 59 entities) and broadcasting (approximately 21 entities) segments. In addition to determining these FMVs, we will perform a legal entity roll-up of values including a reconciliation of the concluded values to the underlying financial statements and projections for each of the operating units. The purpose of the legal entity roll-up will be to ascribe value to each legal entity. As part of the legal entity roll-up we will incorporate all available valuation information related to any business units which will not continue to be operated by the Tribune as well as the value of any corporate level assets. Included in the scope of this proposal is the valuation of the following Joint Ventures:

- Career Builders
- Topix
- Television Food Network
- Shop Local
- Legacy.com
- Classified Ventures

In addition, the scope of this engagement includes compiling contemporaneous documentation necessary to determine the Fair Market Value of the significant Subject Assets at a later date. Categories of assets considered will likely include:

- Fixed Assets (e.g., printing presses, land improvements, studio equipment, transmitter equipment, microwave equipment, etc.);
- Advertiser Relationships (based on attrition rates provided by the Tribune Company);
- Subscriber Lists (based on attrition rates provided by the Tribune Company);

Mr. Patrick M. Shanahan
July 17, 2007
Page 3

- Mastheads;
- Archives;
- Websites;
- Trade Names;
- Favorable/Unfavorable Leases and Contracts;
- Non-Compete Agreements;
- Trained Workforce;
- Network Affiliation Agreements;
- Broadcast Rights; and
- FCC Licenses.

In addition, we will determine the FMV of any real property which is not currently being appraised by a 3rd party. The list of expected Subject Entities and Assets has been compiled based on discussions with Management, our experience with similar projects and a review of public filings. Please note that any real property will be analyzed exclusive of the cost of clean-up or environmental remediation.

*Valuation of Entities*

Navigant Consulting will develop Subject Entity values by reviewing documentation from the Company, developing appropriate models, analyzing financial statements, performing necessary research, and interviewing management. We will consider information related to each of the identified entities and perform valuation techniques specific to each unit.

Our approach to estimating the Fair Market Value of the Subject Entities will be based on consideration of three commonly accepted valuation approaches: the income, market and cost approaches. A detailed description of each approach is included in Appendix B.

*Valuation of Intangible Assets*

Navigant Consulting will compile information related to the Subject Intangible Assets by reviewing documentation from the Company, developing sample models, gathering financial statements and other records, performing necessary research, and interviewing management. We will consider information related to each of the identified Subject Assets and develop documentation specific to each asset type.

*Valuation of Tangible Assets*

Navigant Consulting will compile information related to the Subject Tangible Assets through interviews with management, gathering and reviewing fixed asset records, performing limited research related to the estimated current cost and market price of the

Mr. Patrick M. Shanahan
July 17, 2007
Page 4

assets, and discussions with management personnel relative to the quality, condition, and utility of the tangible assets. We will consider information related to each asset and develop documentation specific to each asset type.

*Other*

In addition, we will participate, at your request and to the extent appropriate, in meetings and discussions with the Company and its respective professionals. It is our intention to work closely with you throughout this engagement. Regular discussions with you should facilitate our progress and provide you with relevant information and an ongoing opportunity to confirm or request that we modify the scope of the engagement to best serve your objectives.

## Professional Arrangements

*Engagement Team*

Navigant Consulting has assembled an experienced team from our Valuation Services Practice. I will have overall engagement responsibility for the quality and timely completion of the project and along with John Ciancanelli, a Director in our Chicago office, will be responsible for day-to-day activities related to this engagement. Richard Hitt, Managing Director of the Midwest Valuation Practice and Stephen Jones, National Managing Director of Valuation Services will provide second level review and will be jointly responsible for engagement quality control. We expect to draw on valuation staff from our Chicago office as necessary for the successful completion of the engagement.

*Deliverables and Timing*

We will begin work on this engagement immediately upon receipt of the signed engagement letter. Navigant Consulting will provide you with a detailed preliminary information request identifying the documents we wish to review, the interviews we wish to conduct and any other required information. Prior to issuing our final report, we will require a letter be provided to us stating that to the best of your knowledge, we have been provided with all relevant information available and there is no reason to believe the assumptions made based on these representations are unreasonable. A sample representation letter is included as Appendix C.

We anticipate providing Phase I conclusions for your review and comment within four to six weeks after receiving the approval to proceed. We anticipate providing Phase II draft valuation reports and exhibits within 12 to 16 weeks from initiation with final summary valuation reports completed subsequent to your review of the draft analyses. Our summary

Mr. Patrick M. Shanahan
July 17, 2007
Page 5

valuation reports will include the purpose and scope of the engagement, the documents
considered; the methodologies considered and utilized; industry and economic analysis,
details of the approaches applied; and a summary of findings.  A comprehensive set of
working papers supporting the reports will be developed which will be critical to
responding to subsequent inquiries and documenting subsequent transactions.  The
expeditious completion of our analysis and other terms of this engagement are dependant
upon the timely receipt of all requested information and the ability to conduct all necessary
interviews.

*Professional Fees and Expenses*

Navigant Consulting's professional fees are based on our experience with similar projects
and the stated scope of work.  For this engagement, the professional fees for the services
outlined in this letter are anticipated to be $800,000 to $850,000 for both Phases.  Our
professional fees will be based on the number of hours worked and personnel assigned to
the engagement.  Our fee estimate is based on the following discounted hourly rates:

| | |
|---|---|
| Managing Directors | $400 |
| Directors | $330 |
| Associate Directors | $280 |
| Managing Consultants | $240 |
| Senior Consultants | $220 |
| Consultants | $160 |

Based on the scope outlined in this proposal, inclusive of professional fees of $50,000 related
to fixed assets and real property, we will not exceed this fee range.  We will endeavor to
keep our fees at the lower end of the range and will inform you if we are going to exceed
$800,000 to allow you to adjust the scope of our work, if necessary.  In addition to our
professional fees, we also require reimbursement for out-of-pocket expenses for travel,
lodging, report production, database access charges, purchased research materials and
similar direct expenses.

If the scope of our engagement changes, we reserve the right to revise our fee accordingly.
Additional work resulting from factors such as a lack of readily available information,
substantial change in projections, numerous model revisions or the defense of our results to
the IRS or other parties, may result in additional fees, which will be communicated to you.
We will discuss with you the effect on our fee before beginning the additional work.

Mr. Patrick M. Shanahan
July 17, 2007
Page 6

## Conclusion

We are delighted that you have asked for our assistance with this important project and look forward to working with you. Should you have any questions, please call me at 312.583.5826 or John Ciancanelli at 312.583.2615. Assuming our plan of action meets your approval, please confirm your acceptance of the Terms of this engagement by signing and returning the enclosed copy of this letter directly to me.

Very truly yours,

Navigant Consulting, Inc.

By: Robert Remian
    Director

Agreed and Accepted for Tribune Company

By: _____

Title: _____

Date: _____

**Appendix A – Standard Business Terms**

1. *Scope* - Navigant Consulting, Inc. ("Navigant Consulting") will provide to Tribune Company ("Tribune" or "Client") the services ("Services") set forth in the letter ("Letter") of which these Standard Business Terms ("Terms") are a part. The provisions of these Terms will control in the case of conflict with any provisions of the Letter. It is understood and agreed that Navigant Consulting's Services may include advice and recommendations, but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, Client. We will rely on information supplied by Client, or others acting on behalf of Client, without audit or verification. We will assume that all information furnished is complete, accurate and reflects management's good faith efforts to describe the status and prospects of the subject company or assets at the valuation date from an operating and a financial point of view.

2. *Fees and Expenses* – The fees for our Services will be those fees provided in the Letter attached to these Terms. Expenses of consultants or any other charge incurred or expenditure made on Client's behalf while on assignment will be charged at our cost. A charge for research databases and other allocated expenses in the amount of 3% of professional fees will be billed as a project expense.

3. *Payment* – Unless otherwise agreed, Navigant Consulting will submit monthly invoices. Payment of Navigant Consulting invoices will be due in U.S. dollars, 30 days after the date of an invoice. Amounts past due more than 30 days will bear interest at a monthly rate of 1% from the due date until payment is received.

4. *Sales Tax* – Client is responsible for paying any local, state or federal sales, use or ad valorem tax that might be assessed on our Services. Navigant Consulting will pay any local, state or federal income taxes relating to our Services.

5. *Independent Contractor* - It is understood and agreed that Navigant Consulting will for all purposes be an independent contractor, will not hold itself out as representing or acting in any manner for Client, and neither Navigant Consulting nor Client will have any authority to bind the other party to any contract or in any other manner.

6. *Termination* - These terms will be subject to the right of either party to terminate at any time upon not less than ten (10) days' prior written notice to the other party. Upon termination, Client will pay the full amount due for services rendered and costs and expenses incurred and not paid for up to that time, and the costs of returning consultant personnel to home base and other reasonable costs and expenses incurred in effecting termination and returning documents.

7. *Responsibility Statement* – Navigant Consulting warrants that the services provided for herein will be performed in a timely, professional manner in accordance with recognized professional consulting standards for similar services and that adequate qualified personnel will be assigned for that purpose. If, during the performance of these services or within one year following completion of the assignment, such services will prove to be faulty or defective by reason of a failure to meet such standards, Navigant Consulting agrees that upon prompt written notification from Client prior to the expiration of the one-year period following the completion of the assignment of any such fault or defect, such faulty portion of the services will be redone at no cost to Client up to a maximum amount equivalent to the cost of the services rendered under this assignment. **THE FOREGOING WILL CONSTITUTE NAVIGANT CONSULTING'S SOLE WARRANTY WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE WORK AND THE ACTIVITIES INVOLVED IN ITS PREPARATION, AND IS MADE IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED,**

INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

8. *Confidentiality* -- Navigant Consulting will take reasonable steps to protect any of Client's confidential information disclosed to us during the course of this engagement, using the same degree of care that we use to protect our own proprietary and confidential information of like kind, which will be at least reasonable care. If Navigant Consulting receives a subpoena or other validly issued administrative request or order seeking confidential information, we will promptly notify Client and reasonably cooperate with Client if Client chooses to pursue available legal remedies to prevent disclosure of such confidential information. As used in this paragraph, "confidential information" means any proprietary, privileged or confidential information that Client discloses to Navigant Consulting during the course of this engagement. However, confidential information shall not include information (a) previously known to Navigant Consulting, (b) independently developed by Navigant Consulting, (c) acquired by Navigant Consulting from a third party that is not, to Navigant Consulting's knowledge, under any obligation not to disclose such information, or (d) that is or becomes public through no breach by Navigant Consulting of the Letter or these Terms. Navigant Consulting, at its option, can disclose in its marketing literature the fact that it has provided valuation services to Client and the general nature of the services provided.

9. *Tribune Company Indemnification* – The Client, its parents, affiliates and subsidiaries shall indemnify and hold harmless Navigant Consulting and its affiliates, directors, officers, employees, agents and representatives from any and all claims, liabilities, actions, suits, damages and expenses of whatever kind and nature (including reasonable attorney's fees and expenses) for loss or damage to Navigant Consulting occurring in connection with, or in any way incident to, or arising from the Services under the Letter, except to the extent caused by Navigant Consulting's gross negligence or willful misconduct. This indemnification shall specifically include, but not be limited to, any loss or liability based on Navigant Consulting's reliance upon representations, statements, forecasts, studies, financial statements, information or other documents provided to Navigant Consulting by Client.

10. *Limitation of Liability* - Notwithstanding any other provision of these Terms or the Letter, and in recognition of the relative risks and benefits of this engagement to Client and to Navigant Consulting, the parties agree, to the fullest extent permitted by law, to limit the aggregate liability of each party (and its affiliates, directors, officers, employees, agents and representatives) to the total compensation paid to Navigant Consulting under the Letter. This limitation of liability will apply to all suits, claims, actions, losses, damages and costs (including legal fees and expenses) arising from or related to this engagement or the Services and without regard to the legal theory under which such liability may be imposed.

11. *Exclusion of Certain Damages* - In no event shall either party, its directors, officers, employees, and affiliates be liable for any indirect, consequential or (to the extent permitted by law) punitive damages relating to or arising out of the Letter or the Services provided there under, whether in contract, tort (including negligence), strict liability or otherwise, even if such party will have been advised of the possibility of such loss or damage.

12. *Rights to Deliverables* - Any Navigant Consulting report or other document ("Deliverable") prepared pursuant to these Terms shall be only for Client's internal business purposes and for any specific purposes identified in the Letter, and may not be used for any purpose not identified in the Letter. Notwithstanding any other provision of these Terms or the Letter, Navigant Consulting's prior written consent is required for the use of (or reference to) its Deliverables (a) in

connection with a public offering of securities or (b) in connection with a financial or business transaction in which Client reasonably anticipates that such third party may rely on Navigant Consulting's findings, conclusions or opinions embodied in such Deliverables. Upon payment in full of Navigant Consulting's fees and expenses for this engagement, Client will obtain all right, title and interest in and to any Deliverables, except for any pre-existing patent, copyright, trademark, intellectual property rights, methodologies, processes, techniques, ideas, concepts, trade secrets and know-how ("Navigant Consulting Knowledge") embodied in such Deliverables. Navigant Consulting grants Client a perpetual, non-exclusive, non-transferable license to use and disclose such Navigant Consulting Knowledge solely for Client's internal business purposes and for any specific purposes identified in the Letter. Navigant Consulting may retain a copy of any such Deliverable for its internal recordkeeping purposes or compliance with applicable professional standards.

13. *Excused Performance* – Navigant Consulting will not be deemed in default of any provision hereof or be liable for any delay, failure in performance, or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes or other labor disputes, fires, other catastrophes, or other forces beyond its reasonable control.

14. *Related Litigation* – In the event that Navigant Consulting employees (current or former), subcontractors or agents are requested or compelled to testify as a fact witness in any legal proceeding related to Navigant Consulting's work for Client, Client agrees to reimburse Navigant Consulting the regular billing rate per hour for its time expended and for any expenses incurred (at Navigant Consulting's direct cost).

15. *Non-Solicitation* - Each party agrees that, during the period that Navigant Consulting is providing services hereunder and for a period of twelve (12) months following the termination of such work, neither party will, except with the other party's prior written approval, directly or indirectly through a third party, solicit or hire any employee or staff member of such other party directly or indirectly involved in this work. Each party agrees that in the event of a breach of this restriction, the non-breaching party will suffer substantial economic injury that would be difficult and time-consuming to calculate with precision, and therefore the parties agree that the non-breaching party will be entitled to recover an amount equal to the product of the affected employee's billing rate times 2,000 hours, as liquidated damages and not as a penalty. Nothing contained herein will prohibit any party from employing an individual who responds to a general advertisement for employment (whether or not made by a professional search firm).

16. *Conflicts of Interest* - Based on the names of the parties Client has provided, we are not aware of circumstances that constitute a conflict of interest or that would otherwise impair our ability to provide objective assistance. Navigant Consulting provides a wide range of business advisory, dispute and regulatory, corporate finance and other services to numerous clients. In matters unrelated to this engagement, some of these clients may now or in the future have legal or economic interests that may be adverse to the interests of Client. As independent consultants and experts, our determination of conflicts is based primarily on the confidential information that we obtain or develop in the course of our engagement, rather than being based solely on the parties involved. Client agrees that retention of Navigant Consulting on this engagement will not preclude Navigant Consulting from working for other clients on unrelated matters that are, or may be, adverse to Client, provided that we will not make use of confidential information that we may have obtained from or developed in this engagement for Client.

17. *Complete Agreement* - It is understood and agreed that these Terms and the Letter of which it is a part, embody the complete and entire understanding of the parties relating to the subject matter

(the "Agreement") and that any and all provisions, negotiations and representations not included herein are hereby abrogated and that such Agreement cannot be changed, modified or varied except by written instrument signed by both parties. In the event Client issues a purchase order or memorandum or other instrument covering the services herein provided, it is hereby specifically agreed and understood that any and all terms and conditions contained therein, whether printed or written, will be of no force or effect unless agreed to in writing by Navigant Consulting. No waiver by either party of a breach hereof or a default hereunder will be deemed a waiver by such party of a subsequent breach or default of like or similar nature.

18. *Corporate Obligation* - The obligations of Navigant Consulting are solely corporate obligations, and no officer, director, employee, agent, shareholder or controlling person shall be subjected to any personal liability whatsoever to any person, nor will any such claim be asserted by or on behalf of any other party to this Agreement.

19. *Severability* - If any part of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions in this Agreement shall remain in full force and shall in no way be affected, impaired or invalidated.

20. *Settlement of Litigation* - Client agrees it will not settle, compromise or discharge any suit, claim, litigation, threatened litigation or threatened claim arising out of, based upon, or in any way related to the matters contemplated by this Agreement without the prior written consent of Navigant Consulting, which shall not be unreasonably withheld, conditioned or delayed. Similarly, Navigant Consulting agrees that it will not settle, compromise or discharge any such suit, claim, litigation, threatened litigation or threatened claim without the prior written consent of Client, which shall not be unreasonably withheld, conditioned or delayed.

21. *Notices* - All notices given under or pursuant to the Agreement will be sent by Certified or Registered Mail, Return Receipt Requested, and will be deemed to have been delivered when physically delivered to Client or us at the addresses shown on the Letter of which these Terms are a part or such other address as Client or Navigant Consulting may designate by written notice to each other.

22. *Governing Law and Venue* - This Agreement will be construed and otherwise governed pursuant to the laws of the State of Delaware, without regard to its conflicts of laws principles. Each party irrevocably agrees that any state or federal court of competent jurisdiction in Chicago, Illinois will be the exclusive venue for resolution of any disputes arising out of this Agreement.

## Appendix B -- Approaches to Value (Business Unit)

### Income Approach

The "Discounted Cash Flow" or "DCF"' method, an accepted method within the Income Approach, is used to establish a value for a company based on expected future economic benefits. In applying the Discounted Cash Flow method, an identified level of cash flow is estimated for a finite period of years. Annual estimated cash flows and a terminal value (the "continuing value" or, in some cases, the estimated value of the company at the end of the projection period) are then discounted to present value at an appropriate discount rate, to arrive at an indication of fair market value. The discount rate utilized reflects estimates of investor-required rates of return for investments that are seen as similar to an investment in the subject company.

### Market Approach

The *Guideline Company Method* is a valuation technique within the Market Approach in which the value of a business is estimated by comparing the subject company to similar companies with publicly traded ownership interests. A portfolio of guideline companies is selected based on comparability to the subject company. Valuation multiples for the guideline companies are calculated, evaluated, adjusted (as necessary) and applied to operating statistics of the subject company to arrive at indications of value.

In the *Similar Transactions Method*, the value of a business is estimated by comparing the subject company to similar companies that have been acquired. A portfolio of acquisitions is selected based on comparability of the target companies to the subject company. As in the Guideline Company Method, valuation multiples are then calculated, analyzed, adjusted (as necessary) and applied to operating statistics of the subject company to arrive at indications of value.

The Market Approach is most useful when the selected guideline or target companies are as similar as possible to the subject company. Similarity can be affected by, among other things, the product or service produced or sold, geographic markets served, competitive position, profitability, growth expectations, size, risk perception and capital structure.

### Cost Approach

In applying the Cost Approach, a valuation analysis is performed on a company's fixed, financial and other assets. The estimated value of all existing and potential liabilities is then deducted from the derived aggregate value of the company's assets, resulting in an indication of value of shareholders' equity. This approach is more relevant when (i) valuing a controlling interest (it is based on the premise that asset liquidation is a viable option); (ii) a significant portion of the subject company's assets are liquid (e.g., the entity functions as a holding company); or (iii) most of the entity's value resides in assets where value is readily quantified, such as tangible assets or financial assets for which there is an active market.

**Appendix C – Sample Representation Letter (for Tribune Company Letterhead)**

[Date]


Mr. Robert Remlan
Navigant Consulting, Inc.
30 South Wacker Drive
Chicago, IL 60606

Dear Mr. Remlan:

This letter shall confirm our understanding regarding certain elements of Navigant Consulting, Inc.'s engagement to estimate the Fair Market Value of certain entities and assets of Tribune Company for business planning purposes. The valuation was performed as of [insert valuation date] (the "Valuation Date").

We have reviewed your report and the related data that was used in this report. In connection with your study, we have supplied you with all significant and relevant information of which we are aware. The information supplied to you includes:

- Our prospective financial data related to the Company, of which we have no reason to dispute its underlying assumptions;
- A description of the history, nature of business, and outlook for the Company;
- [Insert list of specific information provided];
- Other pertinent information.

We understand you have relied on the aforementioned information and upon discussions with employees of Tribune Company during your engagement and that you have not undertaken any procedures to verify the reasonableness of this information. We understand that you express no opinion as to the fairness of presentation of the aforementioned information and that any alterations or modifications to this information could materially affect your findings.

We have no reason to dispute the underlying financial information upon which you relied in your analysis. We understand that your findings are to be relied upon solely in connection with the circumstances set forth in your proposal letter.

Sincerely,

# *DECLARATION EXHIBIT 4*
## *Current Billing Rates*

**CF2 Practice Hourly Billing Rates**

**Effective January 1, 2009**

| Level | Billing Rate |
|---|---|
| Managing Director | $525 |
| Director | $445 |
| Associate Director | $370 |
| Managing Consultant | $315 |
| Senior Consultant | $265 |
| Consultant | $210 |