**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **TRIBUNE COMPANY, et al.,** | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related to Docket Nos. 15, 60, 78, 191 |
| | ) and 205 |

          **Hearing Date:**
              November 17, 2009 at 11:00 a.m.
          **Objection Deadline:**
              November 10, 2009 by 4:00 p.m.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 21, 2009, CenterPoint Energy Services, Inc. ("CES"), filed its *Motion Of CenterPoint Energy Services, Inc., For Allowance And Payment Of § 503(b)(9) Administrative Expense Claim* (the "Motion"). By the Motion CES requests that the Court enter an order (i) allowing an administrative expense claim for CES in the amount of $60,477.49 under and pursuant to § 503(b)(9) of Title 11 of the United States Code, and (ii) compelling Debtors immediately to pay the amount of such allowed claim to CES.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion to Compel will be held before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, at the Bankruptcy Court, Marine Midland Plaza, 824 Market Street, Wilmington, Delaware 19801 on **November 17, 2009, at 11:00 a.m. (Eastern Time)**, and (ii) objections to the Motion must be made in writing, filed with the Court and served upon undersigned counsel for CES so as to actually be received on or before **November 10, 2009, by 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR RESPONSE IS FILED TO THE MOTION TO COMPEL, THE BANKRUPTCY COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION TO COMPEL WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  October 22, 2009    STEVENS & LEE, P.C.

/s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone: (302) 425-3308
Fax: (610) 371-8515
Email: jdd@stevenslee.com

and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Phone: (804) 749-8861

*Counsel For CenterPoint Energy Services, Inc.*