## **Exhibit B**

LEGAL_US_E # 85412863.3

## INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED PAUL HASTINGS IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES

| Interested Party or Its Affiliate | Relationship to the Debtors | Clients and Their Affiliates |
|---|---|---|
| Chicago Cubs Dominican Baseball Operations, LLC | Counterparty to Formation Agreement | Affiliates of Chicago Cubs Dominican Baseball Operations, LLC are current clients of the firm. |
| Chicago National League Ball Club, LLC | Counterparty to Formation Agreement | Chicago National League Ball Club, LLC is a former client of the firm (last matter closed on 6/13/1997). Affiliates of Chicago National League Ball Club, LLC are current clients of the firm. |
| Cubs Care | Unsecured Creditor | Affiliates of Cubs Care are current clients of the firm. |
| Hampton Inn and Suites | Unsecured Creditor | Affiliates of Hampton Inn and Suites are current clients of the firm. |
| JP Morgan Chase Bank, NA | Unsecured Creditor | JP Morgan Chase Bank, NA is a former client of the firm (last matter closed on 7/9/2009). Affiliates of are JP Morgan Chase Bank, NA current clients of the firm. |
| Major League Baseball | Unsecured Creditor | Major League Baseball is a former client of the firm (last matter closed on 5/16/2005). Affiliates of Major League Baseball are also former clients of the firm (last matter closed on 6/22/2007). |
| Merrill Lynch Capital Corporation | Unsecured Creditor | Affiliates of Merrill Lynch Capital Corporation are current clients of the firm. |
| Tribune Company | Counterparty to Formation Agreement | Tribune Company and certain affiliates are current clients of the firm. |
| Tribune Sports Network Holdings, LLC | Counterparty to Formation Agreement | Affiliates of Tribune Sports Network Holdings, LLC are current clients of the firm. |
| Westin Diplomat Resort & Spa | Unsecured Creditor | Affiliates of Westin Diplomat Resort & Spa are current clients of the firm. |

LEGAL_US_E # 85412863.3

| Interested Party or Its Affiliate | Relationship to the Debtors | Clients and Their Affiliates |
|---|---|---|
| Wrigley Field Premium Ticket Services, LLC | Counterparty to Formation Agreement | Affiliates of Wrigley Field Premium Ticket Services, LLC are current clients of the firm. |