IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No.: 08-13141 (KJC) |
| Debtors. | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF KINGS      )

ROBERT SAXON, being duly sworn, deposes and says:

1. I am a partner in the law firm of Meyers, Saxon & Cole, which maintains offices at 3620 Quentin Road, Brooklyn, New York 11234.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about         , 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as counsel in reference to a collection matter brought as against One Big Media Corporation since April 30, 2009. The Debtor's have requested and the firm has agreed to continue to provide such services to debtor on the post-petition basis during the course of the Chapter 11 cases.

4. The Firm's current customary rates for representation are on a contingency basis and the rates would be at a 10% flat contingent collection fee, plus advancement of necessary disbursements.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database has been checked and it does not reveal any conflict. Pursuant to Federal rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The firm's search of the database identified the following connections:

6. Neither I nor any professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the firm, as permitted by 11 U.S.C. § 504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any professional employed by the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed. If the Firm is not a law firm, the Firm does not hold an interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

9. The Debtors owe the Firm $0 for prepetition services.

10. The Firm represents that in order to continue representing the Debtor in its collection as against One Big Media Corporation the Firm is going to be needing disbursements to commence litigation of $500.00 and approval of the rates as described above representing this Firm's fees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2009.

_____
Affiant

Sworn to and subscribed before me this 30$^h$ day of September 2009.

_____
Notary Public

ALAN B. ESTREICHER
Notary Public, State of New York
No. 24-02ES4746173
Qualified in Suffolk County
Commission Expires Nov. 30, 20__