IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 Cases |
| | : Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : (Jointly Administered) |
| | : |
| Debtors. | : Objection Deadline: November 9, 2009 at 4:00 p.m. (ET) |
| | : Hearing Date: November 17, 2009 at 11:00 a.m. (ET) |

---------------------------------------------x

**NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS**

**PLEASE TAKE NOTICE** that the Law Debenture Trust Company of New York ("Law Debenture") has filed the attached *Motion of Law Debenture Trust Company of New York to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, are required to be filed on or before **November 9, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 17, 2009 at 11:00 a.m. (Eastern Time)**, before the Honorable Kevin J. Carey, Chief Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 23, 2009
       Wilmington, Delaware

Respectfully submitted,

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel:  (302) 429-1900
Fax:  (302) 429-8600

    – and –

David S. Rosner
Andrew K. Glenn
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700

*Co-Counsel for Law Debenture Trust Company*
 *of New York*