UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                       :   Jointly Administered
                                                               :
                         Debtors.                              :   Hearing Date: (Negative Notice)
------------------------------------------------------------- x   Objections Due: 10/21/09 @ 4:00 p.m.

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 2255

The undersigned hereby certifies that he has received no objection or other response to the **First Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses** (D.I. No. 2255) dated October 1, 2009 (the "Application"). The undersigned further certifies that he has reviewed the court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the notice, objections to the application were to be served no later than 4:00 p.m. on October 21, 2009.

Dated: Wilmington, Delaware
       October 23, 2009

                                ZUCKERMAN SPAEDER LLP

                                _____
                                Thomas G. Macauley (ID No. 3411)
                                919 Market Street, Suite 990
                                Wilmington, DE 19801
                                Telephone: (302) 427-0400
                                Facsimile: (302) 427-8242

                                Special Counsel to Official Committee
                                of Unsecured Creditors

2405963.1