# EXHIBIT 1

## Tribune Eighth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Horwood Marcus & Berk[†]<br>180 N. LaSalle Street, Suite 3700<br>Chicago, IL 60601<br>Contact: Marilyn Wethekam | Tax Counsel | $45,000 |

---

[†] Horwood Marcus & Berk was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $15,000.