**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                )
**In re:**                          ) **Chapter 11**
                                )
**TRIBUNE COMPANY, et al.,**     ) **Case No. 08-13141 (KJC)**
                                )
        **Debtors.**            ) **Jointly Administered**
                                )
                                )
_____)

**ORDER GRANTING MOTION OF CENTERPOINT ENERGY SERVICES, INC. FOR**
**<u>ALLOWANCE AND PAYMENT OF § 503(b)(9) ADMINISTRATIVE EXPENSE</u>**
**<u>CLAIM</u>**

AND NOW, this ___ day of _____, 2009, upon consideration of the motion (the "Motion") of CenterPoint Energy Services, Inc. ("CES"), for allowance and payment of an administrative expense claim under and pursuant to § 503(b)(9) of Title 11 of the United States Code (the "Bankruptcy Code"); and the Court, having found that notice of the Motion was proper under the Federal Rules of bankruptcy Procedure, the Local Rules of the Court and any other applicable rules of procedure and that such notice was adequate to properly give notice to all parties of the relief sought by this Motion; and the Court, having found that the relief sought by the Motion is just and proper; it is hereby

ORDERED, the Motion is GRANTED; and it is further

ORDERED, that CES is hereby allowed an administrative expense claim under and pursuant to § 503(b)(9) in the amount of $60,477.49 (the "CES Claim"); and it is further

ORDERED, that Debtors immediately shall pay the CES Claim; and it is further

ORDERED, that the Court shall retain full jurisdiction over CES and the Debtors with respect to the implementation and enforcement of this Order.

_____
Kevin J. Carey
CHIEF UNITED STATES BANKRUPTCY JUDGE