# EXHIBIT A

## Declaration of Christopher L. Meazell

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Fourth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period September 1, 2009 through September 30, 2009 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Fiurth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 23d day of October, 2009.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 3.7 | 925.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1993 (VA) & 1994 (DC) | 510 | 16.5 | 8,415.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 51.8 | 37,555.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 3.7 | 2,460.50 |
| Daniel A. Kirkpatrick | Associate (since 2003); Communications; 2003 (VA) & 2004 (DC) | 335 | 120.0 | 40,200.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 28.9 | 18,640.50 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 4.7 | 1,880.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 5.5 | 1,320.00 |
| Scott S. Patrick | Membert (since 2005); Communications; 1990 (DC) & 1996 (MD) | 520 | 2.3 | 1,196.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 255 | 15.9 | 4,054.50 |
| Jason E. Rademacher | Senior Counsel (since 2009); Communications; 2000 (DC) & 2000 (WI) | 420 | 164.8 | 69,216.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 142.1 | 81,707.50 |
| **TOTALS** | | | **559.9** | **267,570.00** |
| **BLENDED RATE** | | | | **477.8889087** |

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Sidley's current billing rates that became effective on January 1, 2009 and continuing until Dow Lohnes's next Firm-wide rate adjustment will be $725 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE QUARTERLY PERIOD FROM
### SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 555.2 | 265,690.00 |
| Fee Applications 08656.0101 | 4.7 | 1,880.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **559.9** | **267,570.00** |

# ☒ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

T 202.776.2000 F 202.776.2222

October 25, 2009                                                         Page 1

Tribune Company                                                   Invoice 517342
Stephanie S. Abrutyn, Esq.
2 Park Avenue
Suite 1850
New York, NY  10016

Our File # 08656.0100          For Services Through September 30, 2009
FCC/Broadcast Matters

| | | |
|---|---|---|
| 09/01/09 | Prepare revised draft waiver request for Miami and LA market (5.4); review satellite waiver request for Indianapolis (0.3); review internet usage data (1.1); telephone conference with E. Reed, J. Fiorini and J. Bayes (Wiley Rein) re status of waivers (1.2); telephone conference with L. Washburn re status of waivers and data requests (0.6). | |
| | D. Kirkpatrick | 8.60 hrs. |
| 09/01/09 | Review LA market newspaper/broadcast cross-ownership waiver request regarding applications to FCC for assignment of licenses in bankruptcy (2.0); review internet usage data for Chicago market regarding same (0.2); research and preparation of Indianapolis market satellite/duopoly waiver request regarding same (2.6); research and analysis of issues regarding Hartford market newspaper/broadcast cross-ownership waiver request regarding same (1.9). | |
| | J. Rademacher | 6.70 hrs. |
| 09/01/09 | Telephone conferences with lenders' counsel re FCC applications and timing re filing and FCC follow-up (0.8); research re cross-ownership issues and revise memo re appellate rights of Tribune (0.9). | |
| | J. Feore | 1.70 hrs. |
| 09/01/09 | Telephone conference with W. Johnson (FCC counsel to lenders) regarding proposed FCC related provisions to Plan (0.7); review and analysis of proposed inserts from lenders' FCC counsel relating to articles of incorporation of reorganized Tribune (0.9); review issues regarding proposed company authority to deal with FCC multiple and foreign ownership issues (0.8). | |
| | J. Logan | 2.40 hrs. |

| 09/01/09 | Review M. Fratrik (BIA) email re Chicago revenue (0.1); email to client re same (0.1); review re Miami "shell" (2.1); review "shell" re Indianapolis waiver (0.5); email M. Fratrik's methodological appendix to client (0.1); review emails re Reorganization Plan (0.3); prepare for and telephone conference with lenders' counsel re factual data (1.8); telephone conference with client re timing issues (0.1). | |
| --- | --- | --- |
| | M. Swanson | 5.10 hrs. |
| 09/01/09 | Review and analyze issues relating to retention of waivers (1.4); review and edit memo re same (1.9). | |
| | M. Hays | 3.30 hrs. |
| 09/01/09 | Research regarding earth station licenses. | |
| | S. Anderson (Practice Group Professional) | 0.10 hrs. |
| 09/02/09 | Review FCC issues and structures re joint Reorganization Plan. | |
| | C. Burrow | 2.30 hrs. |
| 09/02/09 | Prepare revised draft waiver requests for Chicago, Miami and LA markets (6.9); review and compile local website usage data (1.8); review Chicago print circulation data (1.3). | |
| | D. Kirkpatrick | 10.00 hrs. |
| 09/02/09 | Review proposed article amendments (0.5); draft comments re same (0.1). | |
| | J. Pila | 0.60 hrs. |
| 09/02/09 | Research and preparation of newspaper broadcast cross-ownership waiver request for Hartford market regarding applications to FCC for assignment of licenses in bankruptcy (2.2); review and analysis of market research data provided by M. Fratrik regarding same (1.0); review of contour map for Indianapolis market satellite/duopoly waiver request regarding same (0.4); telephone conference with M. Fratrik regarding same (0.3); review and analysis of NY market local cable programming data regarding same (0.3); research and preparation of satellite/duopoly waiver request for Indianapolis market regarding same (3.7); analysis of Miami market newspaper/broadcast cross-ownership waiver request regarding same (0.7). | |
| | J. Rademacher | 8.60 hrs. |
| 09/02/09 | Review draft Reorganization Plan and prepare revisions re FCC provisions (1.0); conference re FCC application preparation and timing of filing (0.4); telephone conference with lenders' counsel re application issues (0.4). | |
| | J. Feore | 1.80 hrs. |
| 09/02/09 | Review draft Reorganization Plan regarding FCC-related matters (0.8); prepare memorandum regarding FCC issues in proposed inserts from FCC counsel to senior lender (1.4). | |
| | J. Logan | 2.20 hrs. |
| 09/02/09 | Finalize and email Miami "shell" to client (0.2); prepare for and | |

October 25, 2009                                   Page 3

Tribune Company                               Invoice 517342

telephone conference with M. Fratrik and lenders' counsel re
econometric reports (0.5); telephone conference with client re timing
and data collection (0.6); review and revise LA "shell" (1.0); email
to client re M. Fratrik status (0.1).
M. Swanson                                   2.40 hrs.

09/02/09        Analyze issues regarding transfer of licenses and effect on condition
                subsequent.
                M. Hays                                      0.40 hrs.

09/03/09        Review proposed FCC language and structures for joint
                Reorganization Plan; conference call with Wiley Rein re same.
                C. Burrow                                    1.90 hrs.

09/03/09        Review and revise waiver request shells for LA and Hartford
                markets (6.3); review website usage data in Hartford, Miami,
                Chicago and LA markets (2.3).
                D. Kirkpatrick                               8.60 hrs.

09/03/09        Research and prepare satellite/duopoly waiver request for
                Indianapolis market regarding applications to FCC for assignment of
                licenses in bankruptcy (3.6); research and prepare
                newspaper/broadcast waiver request for Hartford market regarding
                same (4.9); review data regarding internet usage in Miami, Chicago,
                Hartford and LA cross-ownership markets regarding same (0.6);
                review newspaper/broadcast waiver request for LA market regarding
                same (1.0).
                J. Rademacher                               10.10 hrs.

09/03/09        Telephone conferences with D. Liebentritt re FCC applications,
                waivers and rule compliance issues (0.9); meeting with S. Sheehan
                re FCC and Hill lobby efforts (0.6); review and work on revisions to
                BIA's studies on duopolies and satellite waivers (1.5).
                J. Feore                                     3.00 hrs.

09/03/09        Prepare correspondence to D. Liebentritt regarding process outline
                and inserts from lenders' FCC counsel (0.9); prepare revisions and
                comments to package from lenders' FCC counsel in preparation for
                conference call (0.8); telephone conference with M. Heller and W.
                Johnson (lenders' FCC counsel) regarding procedures for addressing
                foreign ownership and media interests (0.7); prepare memorandum
                for D. Liebentritt regarding information coming out of conference
                call with lenders' FCC counsel (0.9); telephone conference with D.
                Liebentritt regarding lenders' proposed approach for dealing with
                FCC media ownership and foreign ownership issues (0.6).
                J. Logan                                     3.90 hrs.

09/03/09        Review and revise LA "shell" (2.5); telephone conference with L.
                Washburn re timing and waivers (0.3); prepare for and telephone
                conference with D. Liebentritt and L. Washburn re timing, FCC
                application and waivers (1.3); review Indianapolis satellite revisions
                and email same to lenders' counsel (1.0); review and revise internet
                usage chart for Chicago (1.0); email same to lenders' counsel (0.2).

October 25, 2009                                    Page 4

Tribune Company                                    Invoice 517342

|            | M. Swanson | 6.30 hrs. |

09/04/09    Research re local internet news websites in NY DMA re cross-
            ownership waiver exhibit.
            J. Pila                                    9.40 hrs.

09/04/09    Research concerning newspaper/television cross-ownership waiver
            request regarding applications to assign FCC licenses in bankruptcy
            (1.2); research and preparation of satellite/duopoly waiver request
            for Indianapolis market regarding same (1.5).
            J. Rademacher                              2.70 hrs.

09/04/09    Memo to D. Liebentritt re conference with lenders' counsel on Plan
            revision issues (0.7); review Plan draft and work on FCC related
            changes and updates (1.3); review media markets studies for FCC
            applications (0.5).
            J. Feore                                   2.50 hrs.

09/04/09    Prepare for and telephone conference with J. Fiorini re Indianapolis
            (0.2); review emails re reports (0.1).
            M. Swanson                                 0.30 hrs.

09/05/09    Review market studies for cross-ownership waivers (0.8); research
            re legal analysis on FCC waiver requests and process of external
            waivers (0.8).
            J. Feore                                   1.60 hrs.

09/06/09    Analyze and edit cross-ownership waiver request for Hartford
            market regarding applications to assign FCC licenses in bankruptcy.
            J. Rademacher                              2.80 hrs.

09/07/09    Analyze and edit cross-ownership waiver request for Hartford
            market regarding applications to assign FCC licenses in bankruptcy
            (5.7); analyze and edit Chicago cross-ownership waiver request for
            Hartford market regarding (2.0).
            J. Rademacher                              7.70 hrs.

09/07/09    Review and revise Hartford cross-ownership draft (3.5); review re
            history of LA newscasts (0.5); research re Hartford duopoly history
            (1.9); review clients' revision to Chicago cross-ownership draft (1.0);
            review and revise client's revisions to Miami cross-ownership draft
            (1.2); review re internet usage data (1.2); email internet usage charts
            for Hartford, Miami, LA and Chicago to lender's counsel (0.2);
            review NYC internet site list and email to client (0.3).
            M. Swanson                                 9.80 hrs.

09/08/09    Prepare chart of usage of local internet sites (1.6); review and revise
            draft shell waiver requests for Hartford (3.9), Chicago (0.9) and
            Miami (0.9).
            D. Kirkpatrick                             7.30 hrs.

09/08/09    Analyze and edit economist report on Indianapolis satellite waiver
            request and edit cross-ownership waiver request for Hartford market
            regarding applications to assign FCC licenses in bankruptcy (2.3);

Tribune Company

|  |  |  |
|---|---|---|
|  | telephone conference with lenders' counsel regarding same (0.5); preparation of Hartford cross-ownership waiver request regarding same (1.2); analyze and edit economist report on Hartford duopoly showing regarding same (1.9); review internet usage data provided by Tribune regarding same (0.4); analyze outstanding request for data from Tribune regarding same (0.4). |  |
|  | J. Rademacher | 6.70 hrs. |
| 09/08/09 | Review revised Plan and markup with lenders' comments (1.0) and memo re FCC issues (0.5); work on revising updates to duopoly and satellite waivers (0.9). |  |
|  | J. Feore | 2.40 hrs. |
| 09/08/09 | Email to client re status of FCC waiver drafts (0.1); exchange emails with J. Fiorini (Wiley) re revised expert reports on satellite and Hartford duopoly (0.1); email Indianapolis markup to J. Fiorini (0.1); finalize changes to Hartford cross-ownership "shell" and email same to client (1.9); prepare for and telephone conference with J. Fiorini re M. Fratrik satellite and Hartford duopoly reports (1.8); telephone conference with J. Bayes (Wiley) re data collection (0.2); review client's email to M. Fratik (BIA) re Hartford Nielsen reports (0.2); email to J. Fiorini re Hartford financial data (0.1); review Wiley Scarborough list (0.3); review and revise M. Fratrik satellite report (1.1); email same to Wiley (0.1). |  |
|  | M. Swanson | 6.00 hrs. |
| 09/09/09 | Prepare FCC language for Reorganization Plan (2.1); review senior lender FCC comments re same (0.6). |  |
|  | C. Burrow | 2.70 hrs. |
| 09/09/09 | Review and revise M. Fratrik report on Hartford duopoly (2.3); revise draft Chicago waiver "shell" (1.2); prepare status charts re M. Fratrik and data reports (0.8); prepare for and participate in telephone conference with L. Washburn re status of waiver requests (1.8). |  |
|  | D. Kirkpatrick | 6.10 hrs. |
| 09/09/09 | Revise inserts to Tribune Reorganization Plan re foreign ownership certification. |  |
|  | J. Pila | 3.60 hrs. |
| 09/09/09 | Telephone conference with B. Krakaner re revisions to draft Plan (0.4); review updates to FCC matters in Plan (0.9); work on FCC applications for transfer of licenses and updates on waivers (0.9). |  |
|  | J. Feore | 2.20 hrs. |
| 09/09/09 | Review comments from senior lenders' counsel on draft Plan document (0.9); review FCC issues identified by senior lenders' counsel (0.8); telephone conference with FCC counsel to senior lenders (0.7); correspondence with FCC counsel to senior lender regarding modified inserts (0.9); prepare additional inserts to Plan document regarding FCC matters (0.8). |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | J. Logan | 4.10 hrs. |
| 09/09/09 | Review and revise Fratrik Hartford duopoly report (1.6); email same to J. Fiorini (Wiley) (0.1); email to J. Bayes (Wiley) re Fratrik cross-ownership reports (0.3); prepare for and telephone conference with J. Fiorini (Wiley) re Hartford issues (1.0); prepare for and telephone conference with client re "shell" reports and data collection (1.7); email composite Indianapolis changes to Fratrik (0.1); |  |
|  | M. Swanson | 4.80 hrs. |
| 09/09/09 | Prepare memorandum re LPTV FM operation (0.4); research re same (0.4). |  |
|  | S. Patrick | 0.80 hrs. |
| 09/10/09 | Research re carriage of out-of-market television stations by cable operators in the Hartford-New Haven market. |  |
|  | A. Mejia (Practice Group Professional) | 2.00 hrs. |
| 09/10/09 | Review and revise FCC language for Reorganization Plan. |  |
|  | C. Burrow | 1.10 hrs. |
| 09/10/09 | Review and revise draft waiver "shells" (4.2); prepare for and participate in telephone conference with M. Fratrik, J. Fiorini (Wiley Rein) re satellite and duopoly studies (1.9); prepare for and participate in telephone conference with E. Washburn re status of waiver requests and information gathering (1.1); review costs of full service conversions in Indianapolis and Hartford (1.3). |  |
|  | D. Kirkpatrick | 8.50 hrs. |
| 09/10/09 | Further revise Tribune Reorganization Plan inserts re foreign ownership, multiple ownership and cross-ownership restrictions. |  |
|  | J. Pila | 1.80 hrs. |
| 09/10/09 | Telephone conference with lenders' counsel and economist regarding waiver showings for Indianapolis and Hartford market broadcast combinations regarding Applications to FCC for assignment of licenses in bankruptcy (0.9); analyze and edit Hartford and Indianapolis market economist reports to reflect fact that analyses rely on estimated market revenues regarding same (1.9); correspondence with economist regarding same (0.3); review data requests to client to determine what information remains outstanding regarding same (1.3); analyze and edit economist NY market analysis regarding same (1.5); analyze and edit economist Miami market analysis regarding same (1.2); analyze and edit economist LA market analysis regarding same (1.3); review and analysis of economist transaction report regarding same (0.4) |  |
|  | J. Rademacher | 8.80 hrs. |
| 09/10/09 | Review comments from lenders' counsel on draft Plan and revise per FCC rules and policies (1.1); draft and revise media showings for FCC transfer applications (0.9); and review experts updates (0.8). |  |
|  | J. Feore | 2.80 hrs. |

Tribune Company

| | | |
|---|---|---|
| 09/10/09 | Revisions to draft inserts to draft Reorganization Plan (0.9); prepare correspondence to D. Liebentritt, Tribune and B. Krakauer (Kirkland) regarding Plan draft (0.7); prepare additional inserts on securities to be distributed (0.9); review Plan draft regarding FCC matters (0.8). | |
| | J. Logan | 3.30 hrs. |
| 09/10/09 | Exchange voice mails with M. Fratrik (BIA) re data issue (0.1); prepare for and telephone conference with M. Fratrik and J. Fiorini (Wiley) re Hartford duopoly satellite issues (2.2); review Hartford contour report (0.2); review re satellite conversion costs (0.2); review and revise Fratrik NY report (1.9). | |
| | M. Swanson | 4.60 hrs. |
| 09/10/09 | Prepare memorandum re major channel number waiver (0.8); research re same (0.7). | |
| | S. Patrick | 1.50 hrs. |
| 09/11/09 | Prepare revised charts of local internet usage (1.5); prepare email to L. Washburn re LA local internet (0.4); prepare for and participate in telephone conference with L. Washburn re data request from Wiley Rein re internet use (0.9); review and revise M. Fratrik reports (4.7). | |
| | D. Kirkpatrick | 7.50 hrs. |
| 09/11/09 | Prepare edit and analysis of economic reports for cross-ownership waiver regarding NY market regarding applications to FCC for assignment of licenses in bankruptcy (2.4); analysis of issues regarding use of outside vendors to obtain market-specific broadband usage data in cross-ownership markets regarding same (0.5); edit and analysis of economic reports for cross-ownership waiver regarding LA regarding same (2.1); edit and analysis of economic reports for cross-ownership waiver regarding Miami market regarding same (2.0); research and analysis of issues regarding national competition data from FCC orders regarding same (0.6); review and analysis of issues regarding Hartford market economic duopoly study regarding same (1.1). | |
| | J. Rademacher | 8.70 hrs. |
| 09/11/09 | Telephone conference with Wiley re preparation of FCC applications, waivers, lobby strategy and meeting (0.5); work on updates to FCC sections of Plan (0.7); review final media market drafts for FCC (0.9). | |
| | J. Feore | 2.10 hrs. |
| 09/11/09 | Review application issues in connection with proposed meeting with FCC counsel to lenders. | |
| | J. Logan | 0.50 hrs. |
| 09/11/09 | Review M. Fratrik (BIA) LA cross-ownership reports (2.3); review re Indianapolis and Hartford draft status (0.2); review J. Fiorini (Wiley) questions re Indianapolis report (0.2); review re court status report (0.2); review Indianapolis population data (0.5); research and revise internet usage charts (0.6); email same to Wiley attorneys | |

|  |  |  |
|---|---|---|
|  | (0.1); telephone conference with client re Hartford, Indianapolis and data collection status (0.5); telephone conference with J. Bayes (Wiley) re bankruptcy, report and status issues (0.3); review Miami cross-ownership report (1.2). |  |
|  | M. Swanson | 6.10 hrs. |
| 09/12/09 | Review and analysis of economist transactions report regarding consequences of divestiture on co-owned properties regarding applications to FCC for assignment of licenses in bankruptcy (1.5); review and analysis of economist report regarding Indianapolis market satellite waiver regarding same (1.3); review of legal showing regarding Indianapolis market satellite and waiver requests regarding same (1.1); review economist report regarding Hartford market duopoly showing regarding same (1.2). |  |
|  | J. Rademacher | 5.10 hrs. |
| 09/12/09 | Work on media market studies for cross-owned markets and review changes (0.9); research re satellite showings/FCC decisions for Indianapolis (0.8). |  |
|  | J. Feore | 1.70 hrs. |
| 09/12/09 | Review and revise M. Fratrik (BIA) reports re cross-ownership in NY, LA and Miami (1.8); email to J. Bayes (Wiley) re same (0.1); email revised cross-ownership reports to M. Fratrik (0.1); review and revise M. Fratrik transactions report (2.9); email same to J. Bayes (0.2). |  |
|  | M. Swanson | 5.10 hrs. |
| 09/13/09 | Review and edit economist report regarding Indianapolis satellite waiver showing regarding applications to FCC for assignment of licenses in bankruptcy (2.8); review and edit legal showing for Indianapolis duopoly and waiver showings regarding same (2.4); analysis of issues regarding need for 48 dBu vs. 41 dBu signal contour coverage under satellite rules regarding same (0.4); analysis of issues regarding costs of conversion of WTTK(TV) to full-service operations regarding same (0.6); preparation of correspondence with L. Washburn regarding outstanding questions about Indianapolis satellite and duopoly waiver requests regarding same (0.6). |  |
|  | J. Rademacher | 6.80 hrs. |
| 09/13/09 | Email exchange with J. Bayes (Wiley) re revisions to M. Fratrik transactions report (0.2); review and revise Indianapolis report (0.9); research re print data (1.2); review ratings issues in Indianapolis and Hartford reports (0.9); review re composite changes to Chicago "shell" (1.5); email client re revisions to M. Fratrik report (0.3). |  |
|  | M. Swanson | 5.00 hrs. |
| 09/14/09 | Research re carriage of out-of-market television stations by cable operators in the Hartford-New Haven DMA. |  |
|  | A. Mejia (Practice Group Professional) | 3.50 hrs. |
| 09/14/09 | Review M. Fratrik cross-ownership reports (1.9); prepare for and participate in telephone conference with J. Bayes, E. Reed, J. Fiorini |  |

|  |  |  |
|---|---|---|
|  | and M. Fratrik re M. Fratrik reports (1.5); review and revise print outlet information (1.1); research re advertising declines in newspaper industry (1.2); review and revise M. Fratrik transaction report (1.2). | |
|  | D. Kirkpatrick | 6.90 hrs. |
| 09/14/09 | Review and analysis of economic and legal waiver showings for Indianapolis market regarding applications to FCC for assignment of licenses in bankruptcy (1.7); telephone conference with lender's counsel regarding same (0.3); review and analysis of economist media analysis of Hartford market (3.5); telephone conference with M. Fratrik and lenders' counsel regarding Miami, LA and NY economic market reports regarding same (1.2); review and analysis of outstanding data requests regarding same (1.3); telephone conference with R. Kittilstved at Indianapolis station regarding costs of transitioning WTTK from satellite to full-service operation regarding same (0.2); correspondence with R. Kittilstved regarding same (0.2); research and analysis of issues regarding use of 48 dBu vs. 41 dBu signal contour to make waiver showing regarding Indianapolis satellite request (1.1). | |
|  | J. Rademacher | 9.50 hrs. |
| 09/14/09 | Work on updated waiver requests for Indianapolis and Hartford TV stations (0.5); review stations report and telephone conference with lenders' counsel re meeting (0.4). | |
|  | J. Feore | 0.90 hrs. |
| 09/14/09 | Review and revise M. Fratrik satellite report (0.9); email to client re same (0.9); telephone conference with J. Fiorini (Wiley) re Hartford and Indianapolis changes and status (0.4); email to same re Indianapolis report (0.1); telephone conference with J. Bayes and E. Reed (Wiley) re data estimates (0.3); preparation for and telephone conference with M. Fratrik (BIA) and lenders' counsel re cross-ownership reports (1.7); preparation for and telephone conference with client re data issues (0.4); review Chicago "shell" issues (0.9); review research re recent "satellite" filings (0.7) | |
|  | M. Swanson | 6.30 hrs. |
| 09/14/09 | Research re satellite waiver filings. | |
|  | S. Anderson (Practice Group Professional) | 0.50 hrs. |
| 09/15/09 | Review and revise M. Fratrik Chicago cross-ownership statement (2.6); review and revise Chicago waiver "shell" (3.9); prepare chart of local internet usage in NY market (1.5). | |
|  | D. Kirkpatrick | 8.10 hrs. |
| 09/15/09 | Review and edit economist report regarding Indianapolis market satellite waiver regarding applications to FCC for assignment of licenses in bankruptcy (1.8); research regarding upcoming September 24 hearing in bankruptcy court regarding same (1.0); review and edit economist report regarding Hartford market newspaper/broadcast cross-ownership waiver request regarding | |

Tribune Company

|  | same (1.6).<br>J. Rademacher | 4.40 hrs. |
|---|---|---|
| 09/15/09 | Review updates on market media reports (0.4); work on FCC showings (0.4); prepare draft FCC material for meeting with lenders' counsel (0.6).<br>J. Feore | 1.40 hrs. |
| 09/15/09 | Review status of M. Fratrik (BIA) reports (0.6); review and revise M. Fratrik Chicago report (1.4); review re lenders' counsel's changes to M. Fratrik transactions report (1.0); research re print and other outlets (1.9); review re NY internet data (0.6); review M. Fratrik email re transactions report and reply to same (0.3); research re attribution standards for NYC "shell" (1.0).<br>M. Swanson | 6.80 hrs. |
| 09/16/09 | Prepare revised chart of usage of local internet sites in NY market (0.4); review list of open issues for FCC filings (1.6); review waiver "shells" for open factual questions (2.9); review revised draft M. Fratrik reports (1.5).<br>D. Kirkpatrick | 6.40 hrs. |
| 09/16/09 | Research the costs of stand-alone operation for WTTX in Hartford and full service operation for WTTK in Indianapolis for preparation of duopoly and satellite waiver requests in Indianapolis and Hartford markets regarding applications to assign FCC licenses in bankruptcy (0.5); correspondence with L. Washburn regarding same (0.3); telephone conference with L. Washburn regarding outstanding issues regarding same (0.6); review and edit M. Fratrik economic analysis of duopoly/satellite waiver in Indianapolis market regarding same (1.0).<br>J. Rademacher | 2.40 hrs. |
| 09/16/09 | Review Tribune FCC regulatory fees and issue of fee waiver for filing (0.9); telephone conferences with Tribune officials (D. Liebentritt) and Sidley (S. Krakauer) re FCC issues and Newsday (0.9); prepare for meeting with lenders' counsel (0.6); review market studies (0.6).<br>J. Feore | 3.00 hrs. |
| 09/16/09 | Review Plan document in preparation for telephone conference with client regarding Newsday interest and related matters (0.8); telephone conference with D. Liebentritt and company tax counsel regarding prospects for restructuring Newsday interest (0.7); research and analysis regarding prospects for fee waiver or deferral for regulatory fees (0.9).<br>J. Logan | 2.40 hrs. |
| 09/16/09 | Research and review re regulatory fees and bankruptcy waivers (2.0); review re NYC cross-ownership issue and attribution (0.5); review NY internet usage chart and email to lenders' counsel (0.3); preparation for and telephone conference with client re timetable, fee issues and FCC waivers (2.2); review changes by lenders' counsel to |  |

Tribune Company                                            Invoice 517342

|  | Indianapolis materials (1.1); research re print outlets and NYC attribution issues (0.9) | |
| | M. Swanson | 7.00 hrs. |
| 09/17/09 | Prepare for and participate in telephone conference with L. Washburn re status of waiver requests (0.8); prepare ratings chart for Seattle and New Orleans duopolies (0.8); prepare revised draft waiver "shells" for Miami and Chicago markets (4.6); prepare revised chart of LA internet usage (0.1); review Scarborough internet usage reports (0.8). | |
| | D. Kirkpatrick | 7.70 hrs. |
| 09/17/09 | Prepare waiver request regarding regulatory fees (2.4); telephone conference with J. Washburn regarding same (0.3); analyze and edit Chicago (WGN) cross-ownership request regarding applications to FCC for assignment of licenses in bankruptcy (5.2); prepare Indianapolis satellite waiver request and duopoly showing (WTTV and WTTK) regarding same (2.5). | |
| | J. Rademacher | 10.40 hrs. |
| 09/17/09 | Preparation for and attend meeting with lenders' counsel to review preparation and timing of FCC applications (2.0); work on updated media studies for FCC applications (0.5); review FCC decisions and waiver requests re regulatory fees (1.0). | |
| | J. Feore | 3.50 hrs. |
| 09/17/09 | Review draft Plan document and application status in preparation for meeting with FCC counsel to senior lenders (0.7); meeting with R. Wiley, J. Bayer, W. Johnsen and E. Heller (Wiley Rein) regarding issues in completion of FCC filings (1.3); research and analysis regarding potential availability of fee waiver and/or deferral (0.9). | |
| | J. Logan | 2.90 hrs. |
| 09/17/09 | Preparation for and telephone conference with client re internet metrics, Indianapolis technical issues, Hartford financial data, other duopoly rankings and LA internet data (1.7); preparation of handouts, prepare for and attend meeting with lenders' counsel (4.7); research and revise fee waivers (2.0); review and revise M. Fratrik (BIA) Chicago report (1.3); review data collection status (0.1); telephone conference with client re fee filing issues (0.3) | |
| | M. Swanson | 10.10 hrs. |
| 09/18/09 | Prepare revised draft waiver "shells" for Chicago and Miami markets (3.1); review revised ratings information in Chicago and Miami markets (1.1). | |
| | D. Kirkpatrick | 4.20 hrs. |
| 09/18/09 | Prepare and send petition for waiver regarding regulatory fees exceeding $500,000 (0.8); review and edit Chicago market cross-ownership waiver request regarding applications to FCC for assignment of licenses in bankruptcy (3.0); review and edit Miami market cross-ownership waiver request regarding same (3.4). | |

Tribune Company                                         Invoice 517342

|  |  |  |
|---|---|---|
|  | J. Rademacher | 7.20 hrs. |

| 09/18/09 | Telephone conference with counsel for Creditors Committee and review preparation of FCC applications and waivers (0.7); research re Company appeal rights re 2007 transfer decision and waiver request for 2009 application (0.9); work on review of company's media studies for duopoly waiver (0.4). | |
|---|---|---|
|  | J. Feore | 2.00 hrs. |

| 09/18/09 | Research and review re fee issues (1.2); review and revise M. Fratrik (BIA) cross-ownership reports (0.9); review and revise Chicago "shell" (2.0); review and revise Miami "shell" (2.0); review duopoly market ratings (0.9) | |
|---|---|---|
|  | M. Swanson | 7.00 hrs. |

| 09/19/09 | Review and analysis of request for duopoly waiver for Hartford market regarding applications to FCC for assignment of licenses in bankruptcy. | |
|---|---|---|
|  | J. Rademacher | 1.20 hrs. |

| 09/19/09 | Research re FCC conditions on grant and final appeals (0.9); and revise analysis re Tribune's pending D.C. appeals on cross-ownership (0.8). | |
|---|---|---|
|  | J. Feore | 1.70 hrs. |

| 09/19/09 | Review and revise Miami cross-ownership "shell". | |
|---|---|---|
|  | M. Swanson | 1.00 hrs. |

| 09/20/09 | Analysis and preparation of edits concerning Hartford duopoly waiver request regarding waiver requests to accompany FCC applications for assignment of licenses in bankruptcy (2.1); Analysis and preparation of edits concerning M. Fratrik economic study of Hartford duopoly request regarding same (0.7). | |
|---|---|---|
|  | J. Rademacher | 2.80 hrs. |

| 09/21/09 | Review ratings information for Indianapolis duopoly and prepare chart re same (0.4); prepare revised draft Miami waiver shell (1.5); review internet availability charts (0.4). | |
|---|---|---|
|  | D. Kirkpatrick | 2.30 hrs. |

| 09/21/09 | Review and edit satellite/duopoly waiver request for Indianapolis market regarding applications for assignment of licenses in bankruptcy (1.3). | |
|---|---|---|
|  | J. Rademacher | 1.30 hrs. |

| 09/21/09 | Telephone conference with lenders' counsel re timing on FCC applications and filing timeline (0.6); review final drafts on market studies and FCC showings for waivers (1.0). | |
|---|---|---|
|  | J. Feore | 1.60 hrs. |

| 09/21/09 | Review and revise re Miami "shell" (2.6); review Indianapolis emails re ratings (0.4); review estimates versus actual data (1.1); review, finalize and email NY internet site lists to Wiley (1.1); email Miami changes to lenders' counsel (0.6); research re NYC attribution | |
|---|---|---|

Tribune Company                                                      Invoice 517342

|  |  |  |
|---|---|---|
|  | (0.4). | |
|  | M. Swanson | 6.20 hrs. |
| 09/22/09 | Prepare for and participate in telephone conference with L. Washburn re status of waivers and outstanding information (2.2); prepare for and participate in telephone conference with J. Fiorini re Hartford and Indianapolis filings (2.1). | |
|  | D. Kirkpatrick | 4.30 hrs. |
| 09/22/09 | Research regarding filing procedures for regulatory fee waiver (0.6); telephone conference with lenders' counsel concerning M. Fratrik Hartford duopoly economic study regarding waiver requests to accompany FCC applications for assignment of licenses in bankruptcy (0.8); correspondence with lenders' counsel concerning revisions to Hartford economic study regarding same (0.4); correspondence with L. Washburn concerning conversion costs for stand-alone operation of WTTK(TV) (Indianapolis) and WTXX(TV) (Hartford) regarding same (0.3); analysis of revisions provided by lenders' counsel to M. Fratrik Hartford and Chicago cross-ownership economic studies regarding same (0.7); edit M. Fratrik Hartford cross-ownership economic study regarding same (0.9); edit M. Fratrik Chicago cross-ownership economic study regarding same (0.8). | |
|  | J. Rademacher | 4.50 hrs. |
| 09/22/09 | Review revised Reorganization Plan and FCC issues (1.0); outline additional changes (0.6); telephone conference with lender's counsel re FCC application preparation (0.6). | |
|  | J. Feore | 2.20 hrs. |
| 09/22/09 | Preparation for and telephone conference with client re Hartford and Indianapolis issues (2.0); review M. Fratrik (BIA) Hartford duopoly report (1.0); review and revise J. Fiorini (Wiley) Hartford duopoly "shell" (1.4); preparation for and telephone conference with J. Fiorini (Wiley) (0.8); research re ratings (0.3). | |
|  | M. Swanson | 5.50 hrs. |
| 09/22/09 | Research FCC instructions on payment of regulatory fees with waivers. | |
|  | S. Anderson (Practice Group Professional) | 0.30 hrs. |
| 09/23/09 | Review and revise FCC sections of Tribune Reorganization Plan (1.8); correspondence with J. Boelter and B. Krakauer (Sidley & Austin) re same (0.8). | |
|  | C. Burrow | 2.60 hrs. |
| 09/23/09 | Review and revise Hartford and Chicago draft M. Fratrik cross-ownership statements (0.8); review ratings information in Hartford, Chicago and Miami markets (1.4). | |
|  | D. Kirkpatrick | 2.20 hrs. |
| 09/23/09 | Research concerning costs of converting WTTK(TV) and WTXX(TV) television stations to stand-alone operation for | |

Tribune Company

|  |  |  |
|---|---|---|
|  | Indianapolis satellite and Hartford duopoly waiver requests regarding applications to assign FCC licenses in bankruptcy (0.8); prepare correspondence with M. Fratrik concerning revisions to Hartford and Indianapolis economic market studies to reflect conversion costs of WTTK(TV) and WTXX(TV) regarding same (0.3); review and edit M. Fratrik Hartford and Chicago cross-ownership economic studies regarding same (1.7). |  |
|  | J. Rademacher | 2.80 hrs. |
| 09/23/09 | Telephone conferences with B. Krakauer re FCC issues in draft Plan (0.5); review Plan and prepare memo re FCC filing and processing (0.9); review draft transaction documents sent by lenders' counsel (1.0); conference with M. Fratrik re market studies (0.4). |  |
|  | J. Feore | 2.80 hrs. |
| 09/23/09 | Review and analysis of FCC effects of failure to reach global settlement before FCC application filing (0.8); review and revise draft Plan document (0.9); prepare memorandum regarding FCC effects from failure to reach global settlement (0.9). |  |
|  | J. Logan | 2.60 hrs. |
| 09/23/09 | Preparation for and telephone conference with client re regulatory fees, M. Fratrik payment, timing, and Hartford financial data (0.8); telephone conference with client re Hartford and Indianapolis technical issues (0.3); review and revise M. Fratrik Hartford and Chicago cross-ownership reports (2.3). |  |
|  | M. Swanson | 3.50 hrs. |
| 09/24/09 | Research re newspaper bankruptcies (0.5); review draft NY "shell" re additions to newscasts (0.5); review and revise M. Fratrik reports on cross-ownership in Chicago and Hartford markets (2.1). |  |
|  | D. Kirkpatrick | 3.10 hrs. |
| 09/24/09 | Analysis of issues regarding description of transaction, common stock offering, and foreign ownership issues regarding applications to assign FCC licenses in bankruptcy (0.8); review lender's counsel comments to M. Fratrik economic analysis of Hartford duopoly waiver request regarding same (0.6); edit draft M. Fratrik economic analysis of Chicago cross-ownership waiver request regarding same (1.8); edit draft M. Fratrik economic analysis of Hartford cross-ownership waiver request regarding same (1.9); telephone conference with J. Riehm (lenders' counsel) concerning draft M. Fratrik economic analysis of Hartford cross-ownership waiver request regarding same (0.2). |  |
|  | J. Rademacher | 5.70 hrs. |
| 09/24/09 | Review draft Plan and revised FCC provisions (0.9); telephone conference with lenders' counsel re Plan, FCC issues and timing on filing (0.8); work on exhibits for FCC transfer application (1.3). |  |
|  | J. Feore | 3.00 hrs. |
| 09/24/09 | Review draft Plan agreement regarding use of warrants for regulatory compliance. |  |

|  |  |  |
|---|---|---|
|  | J. Logan | 0.60 hrs. |
| 09/24/09 | Review and revise M. Fratrik Chicago and Hartford cross-ownership reports (2.0); telephone conference with client re employee trend data (0.3); review and revise Hartford "shell" (2.2); review re application filing issues (0.9); NYC attribution research (0.5). | |
|  | M. Swanson | 5.90 hrs. |
| 09/25/09 | Review and revise FCC exhibits. | |
|  | C. Burrow | 1.30 hrs. |
| 09/25/09 | Review and revise M. Fratrik reports on Hartford and Chicago cross-ownerships (0.6); review Chicago shell and prepare for and participate in telephone conference with J. Bayes re same (0.9); prepare for and participate in telephone conference with E. Washburn re status of waiver requests (0.8); review and revise LA "shell" (1.9). | |
|  | D. Kirkpatrick | 4.20 hrs. |
| 09/25/09 | Research LA cross-ownership waiver request regarding applications to assign FCC licenses in bankruptcy (0.7); preparation of LA cross-ownership waiver request regarding same (3.7); telephone conference concerning Chicago cross-ownership waiver request regarding same (0.5); analysis of issues regarding draft Byrnes declaration for Hartford cross-ownership and duopoly waiver requests regarding same (0.4); prepare edits to M. Fratrik economic analysis of Hartford cross-ownership waiver request regarding same (0.7); telephone conference with L. Washburn regarding status of information gathering concerning outstanding issues for Hartford and LA waiver requests regarding same (0.4). | |
|  | J. Rademacher | 6.40 hrs. |
| 09/25/09 | Work on revised FCC exhibits, studies and waiver requests for FCC application (0.9); research re FCC issues re global settlement and filing without lenders' support at FCC (1.1). | |
|  | J. Feore | 2.00 hrs. |
| 09/25/09 | Review draft application for exhibits from E. Heller (Wiley Rein). | |
|  | J. Logan | 0.70 hrs. |
| 09/25/09 | Review and revise Chicago and Hartford reports and "shells" (2.2); preparation for and telephone conference with J. Bayes (Wiley) re Chicago "shell," M. Fratrik reports, internet lists, newspaper lists and timing (1.2); preparation for and telephone conference with client re LA "shell" and Hartford issues (1.0); review Hartford financial data and research (1.4); research re print outlets (1.2) | |
|  | M. Swanson | 7.00 hrs. |
| 09/25/09 | Research and confirm or expand FCC sale data regarding sales of CW stations September 2007 - August 2009. | |
|  | S. Anderson (Practice Group Professional) | 1.80 hrs. |
| 09/26/09 | Research concerning LA cross-ownership waiver request regarding | |

|  | applications to assign FCC licenses in bankruptcy (0.8); preparation of LA cross-ownership waiver request regarding same (5.3); preparation of Hartford duopoly waiver request regarding same (0.7). | |
| --- | --- | --- |
|  | J. Rademacher | 6.80 hrs. |
| 09/26/09 | Research re NBCO rule waiver appeals and impact of FCC transfer applications (1.0); prepare memo re FCC filings and handling of new waiver requests (1.0) | |
|  | J. Feore | 2.00 hrs. |
| 09/26/09 | Review FCC issues related to proposed Reorganization Plan (1.8); review re additional data collection (0.4). | |
|  | M. Swanson | 2.20 hrs. |
| 09/27/09 | Review, revise and send email to client re need for additional data for LA, Hartford and NYC reports (0.4); research re timing and September 24 hearing outcome (0.3); review and revise LA cross-ownership "shell" for legal narrative (1.5); review FCC issues related to Plan (0.5). | |
|  | M. Swanson | 2.70 hrs. |
| 09/28/09 | Correspondence with J. Langdon (Sidley Austin) re FCC issues. | |
|  | C. Burrow | 0.40 hrs. |
| 09/28/09 | Prepare revised draft waiver "shells" for Hartford LA markets (5.3); research re sales of CW Network affiliates (2.1). | |
|  | D. Kirkpatrick | 7.40 hrs. |
| 09/28/09 | Review and edit Hartford cross-ownership waiver request regarding applications to assign FCC licenses in bankruptcy (4.8); review and edit LA cross-ownership waiver request regarding same (4.9); review and edit M. Fratrik economic study of Hartford duopoly waiver request regarding same (2.6). | |
|  | J. Rademacher | 12.30 hrs. |
| 09/28/09 | Review updates re draft FCC application exhibits (0.6); work on FCC ownership waiver requests and telephone conference with lenders' counsel re requests (0.5). | |
|  | J. Feore | 1.10 hrs. |
| 09/28/09 | Exchange email with E. Washburn re need for market data (0.1); review and revise broker declaration (0.3); research re data for same (0.3); review re status of Indianapolis and Hartford reports (0.1); research re print data (1.0); review changes to M. Fratrik Hartford report (0.9); review and revise LA "shell" (3.0); email same to lenders' FCC counsel (0.4); review and revise Hartford "shell" (1.0). | |
|  | M. Swanson | 7.10 hrs. |
| 09/29/09 | Correspondence with J. Boelter and J. Langdon (Sidley Austin) re FCC issues. | |
|  | C. Burrow | 0.40 hrs. |
| 09/29/09 | Prepare revised draft cross-ownership waiver for Hartford market | |

Tribune Company

|  |  |  |
|---|---|---|
|  | (2.8); review Hartford duopoly waiver shell (0.6); prepare chart re status of waiver filings (0.5). |  |
|  | D. Kirkpatrick | 3.90 hrs. |
| 09/29/09 | Review and edit Hartford market cross-ownership waiver request regarding applications to assign FCC licenses in bankruptcy (2.6); review and edit Hartford market cross-ownership waiver request regarding (0.8); review and edit M. Fratrik Hartford market economic study regarding same (0.9); review and edit M. Fratrik Indianapolis market economic study regarding same (0.5); review and edit Hartford cross-ownership waiver request regarding same (0.7); review outstanding factual issues for all waiver requests regarding same (1.2). |  |
|  | J. Rademacher | 6.70 hrs. |
| 09/29/09 | Review draft revisions to Reorganization Plan (0.6) and prepare for telephone conference with bankruptcy counsel (0.2). |  |
|  | J. Feore | 0.80 hrs. |
| 09/29/09 | Review re M. Fratrik (BIA) estimates for Hartford and Indianapolis technical conversion costs (0.2); review and revise Hartford and duopoly "shell" (0.3); email same to J. Fiorini (Wiley) (0.1); review and revise Hartford cross-ownership "shell" (2.0); email same to Wiley attorneys (0.3). |  |
|  | M. Swanson | 2.90 hrs. |
| 09/30/09 | Review Sidley Austin revisions to Tribune Plan (1.2); review Sidley Austin corporate discussion agenda re FCC issues and corporate structure (1.3); conference call with L. Barden, S. Katz, M. Heinz and J. Langdon (Sidley & Austin) re FCC issues and corporate structure (1.3). |  |
|  | C. Burrow | 3.80 hrs. |
| 09/30/09 | Research re CW station sales (2.0); prepare for and participate in telephone conference with L. Washburn re status and open questions (0.7). |  |
|  | D. Kirkpatrick | 2.70 hrs. |
| 09/30/09 | Review sample assignment application (0.4); draft comments re same (0.1). |  |
|  | J. Pila | 0.50 hrs. |
| 09/30/09 | Review and edit Indianapolis duopoly showing waiver request regarding applications to assign FCC licenses in bankruptcy (1.7); research concerning outstanding factual information for cross-ownership waiver requests regarding same (2.3); telephone conference with L. Washburn concerning outstanding factual information regarding same (0.4); review economic market study reports of M. Fratrik regarding same (1.3). |  |
|  | J. Rademacher | 5.70 hrs. |
| 09/30/09 | Review Reorganization Plan and ownership (stock) issues re FCC compliance (1.0); work on updated exhibits for FCC applications |  |

Tribune Company

|   |   |   |
|---|---|---|
| | and prepare for preliminary filing (1.0). | |
| | J. Feore | 2.00 hrs. |
| 09/30/09 | Review Plan document and proposals for addressing foreign ownership and multiple ownership FCC issues (0.8); review agenda and questions from corporate counsel regarding FCC matters to be addressed in conference (0.7); analysis regarding alternative approaches to address FCC ownership concerns without use of multiple stock classes as proposed by senior lenders (0.8); telephone conference with L. Barden, S. Katz, M. Heinz and J. Langdon (Sidley & Austin) regarding FCC-acceptable alternative approaches to address ownership issues with a single class of stock and regarding the FCC transfer process (1.0). | |
| | J. Logan | 3.30 hrs. |
| 09/30/09 | Review Courant article re employee suit (0.1); email same to client (0.1); review and revise Indianapolis "shell" (0.7); email same to J. Fiorini (Wiley) (0.1); review CW Network sales data (0.8); review and revise email to client re same (0.4); research re print data (1.0); preparation for and telephone conference with client re status and data issues (1.4); review and email list of daily newspapers in three markets to client (0.8) | |
| | M. Swanson | 5.40 hrs. |
| 09/30/09 | Prepare drafts of assignment applications. | |
| | S. Anderson (Practice Group Professional) | 1.00 hrs. |

## BILLING SUMMARY

|   | Hours |
|---|---|
| BURROW | 16.50 |
| FEORE | 51.80 |
| HAYS | 3.70 |
| LOGAN | 28.90 |
| PATRICK | 2.30 |
| SWANSON | 142.10 |
| RADEMACHER | 164.80 |
| KIRKPATRICK | 120.00 |
| PILA | 15.90 |
| ANDERSON | 3.70 |
| MEJIA | 5.50 |
| TOTAL | 555.20 |

Fees for Professional Services ........................................................... $        265690.00

LEXIS-NEXIS                                    $              1,525.50

October 25, 2009                                                      Page 19

Tribune Company                                                      Invoice 517342

|  | REPRODUCTION | $ | 699.10 |
|---|---|---|---|
|  | TELEPHONE | $ | 141.32 |
|  | WESTLAW INFORMATION SERVICE | $ | 134.00 |
| 09/03/09 | Lunch Meeting with Tribune officials. | $ | 130.75 |

Total Reimbursable Costs .................................................. $   2630.67

Total Current Billing For This File ........................................ $   268320.67

Our File # 08656.0101          For Services Through September 30, 2009
Retention and Fee Applications

| 09/03/09 | Preparation of third monthly fee application.<br>C. Meazell | 1.20 hrs. |
|---|---|---|
| 09/16/09 | Preparation of third monthly fee application.<br>C. Meazell | 1.10 hrs. |
| 09/17/09 | Preparation of third monthly fee application.<br>C. Meazell | 0.60 hrs. |
| 09/24/09 | Preparation of third monthly fee application.<br>C. Meazell | 0.70 hrs. |
| 09/25/09 | Preparation of third monthly fee application; preparation of correspondence to Delaware counsel regarding same.<br>C. Meazell | 1.10 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 4.70 |
| TOTAL | 4.70 |

Fees for Professional Services ........................................ $   1880.00

Total Current Billing For This File ........................................ $   1880.00

Total Current Billing for This Invoice ........................................ $   270,200.67
Billed and Unpaid (All Files) ........................................ $   374,307.53

October 25, 2009                                         Page 20

Tribune Company                                          Invoice 517342

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $        644,508.20

# ☯ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

October 25, 2009

Tribune Company
Stephanie S. Abrutyn, Esq.
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 517342

Our File # 08656.0100        For Services Through September 30, 2009
FCC/Broadcast Matters
    TOTAL DUE FOR THIS MATTER ............................................................ $        268,320.67

Our File # 08656.0101        For Services Through September 30, 2009
Retention and Fee Applications
    TOTAL DUE FOR THIS MATTER ............................................................ $        1,880.00

Total Current Billing for This Invoice ......................................................... $        270,200.67
Billed and Unpaid (All Files) ..................................................................... $        374,307.53
PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $        644,508.20

Wire Instructions:

    Bank Name: Wachovia Bank, N.A.
    ABA Routing #:  0540-0122-0
       1300 I Street, NW

# REMITTANCE COPY

Washington, DC  20005
Account Name: Dow Lohnes Main Operating Account
Account #: 2000026604103
Swift Code: PNBPUS33
Reference: Client/Matter # and Invoice#

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | |
| Duplicating Charges (1) | | 699.10 |
| Court Costs | | |
| Document Delivery Services | | |
| Document Services | | |
| Facsimile Charges (1) | | |
| Filing Fees | | |
| Ground Transportation | | |
| Lexis Research Service | Lexis | 1,525.50 |
| Meals Out-of-Town | | |
| Meals | | 130.75 |
| Messenger Services | | |
| Overtime Services | | |
| Document Production | | |
| Professional Services/Specialists | | |
| Postage | | |
| Search Services | | |
| Telephone Tolls | | 141.32 |
| Travel/Lodging | | |
| Westlaw Research Service | | 134.00 |
| **Total** | | **2,630.67** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii)