# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### September 1, 2009 through September 30, 2009

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 48.00 | $26,944.50 |
| Committee Meetings | 003 | 82.00 | 52,672.00 |
| Creditor Communications | 004 | 5.70 | 4,227.50 |
| Inter-Company Issues/Cash Management | 006 | 0.50 | 317.50 |
| Business Operations | 007 | 66.40 | 39,028.00 |
| Asset Disposition/Sale | 008 | 78.10 | 53,876.50 |
| Claims Administration/Bar Date | 009 | 11.10 | 4,235.00 |
| Fee/Retention Applications | 010 | 52.70 | 22,225.50 |
| Plan and Disclosure Statement | 011 | 13.00 | 10,231.00 |
| Executory Contracts | 012 | 2.00 | 835.00 |
| Employee Issues | 014 | 60.50 | 39,994.50 |
| Relief from Stay Issues | 015 | 2.40 | 1,089.00 |
| Tax Issues | 016 | 3.50 | 3,214.50 |
| Non-Working Travel* | 018 | 31.60 | 10,245.00 |
| Review of PrePetition Financings | 019 | 2378.30 | 1,149,214.50 |
| **Total** | | **2835.80** | **1,418,350.00** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through September 30, 2009

    Our Matter #19804.002
              BANKRUPTCY GENERAL


09/01/09   D. M. LeMAY      Review all latest court filings      0.90 hrs.
                            (.9).

09/01/09   D. BAVA          Review and analysis of docket        0.60 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.40); review, revise and finalize
                            case calendar based on current
                            docket entries (.20).

09/01/09   D. E. DEUTSCH    Review last two daily reports,       0.70 hrs.
                            pleadings therein and calendar
                            (.3);  two meetings with Gilbert
                            Bradshaw re: completion of
                            analysis re: various motions (.4).

09/02/09   D. E. DEUTSCH    Review court postings (.2) and       1.60 hrs.
                            various case-related e-mails (.2);
                            prepare for (.4) and participate
                            in meeting with Debtors'
                            professionals (.7); follow-up with
                            Ken Kansa (Debtors' counsel) on
                            requested documents (.1).

09/02/09   D. BAVA          Review and analysis of docket        0.40 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.30); review, revise and finalize
                            case calendar based on current
                            docket entries (.10).

09/02/09   D. M. LeMAY      Prepare for (.2) and attend (.8)     1.00 hrs.
                            weekly call between Committee and
                            Debtor advisors to review pending
                            issues.

09/03/09   D. BAVA          Review and analysis of docket        0.70 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.50); review, revise and finalize
                            case calendar based on current
                            docket entries (.20).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


| 09/03/09 | D. E. DEUTSCH | Review distributed pleading reports, pleadings therein and calendar (.4); meeting with David LeMay to discuss action items and upcoming hearings (.5); review Debtors' monthly operating report (.4); review and edit draft posting notes (.2); review action files and update action item list (.9). | 2.40 hrs. |

| 09/04/09 | D. E. DEUTSCH | Review adversary case update report (.2). | 0.20 hrs. |

| 09/04/09 | D. E. DEUTSCH | Review calendar and e-mail C&P team re: next week's professional and Committee meetings (.2). | 0.20 hrs. |

| 09/04/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 09/08/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 09/08/09 | M. S. TOWERS | Met with D. Deutsch and J. Porter re: case assignments (.5). | 0.50 hrs. |

| 09/08/09 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |

| 09/08/09 | D. E. DEUTSCH | Review numerous case related e-mails (.3); review last two daily reports, pleadings therein and calendar (.4); e-mail Debtors' counsel re: scheduling and open matters (.2). | 0.90 hrs. |

| 09/09/09 | H. SEIFE | Telephone conference with Merrill Lynch regarding resignation (.2); review of Merrill letter (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 09/09/09 | D. M. LeMAY | Two e-mails w/HS and DD re: Merrill Lynch resignation (0.2). E-mail Porter re: Bylaws governing resigning member (0.2). | 0.40 hrs. |
| 09/09/09 | D. E. DEUTSCH | Work on action plan related to Merrill Lynch resignation (.4); discuss same with David LeMay and Adam Landis (.3); telephone conversations with Bryan Krakauer to discuss same (.2); call to Joe McMahon re: same (.1); prepare memo to Committee on Merrill Lynch's resignation and next steps related to same (.6). | 1.60 hrs. |
| 09/09/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); maintenence of Intralinks workspace re: add and remove participants (.60); post certain materials in preparation for committee meeting (.20) | 1.10 hrs. |
| 09/10/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); post certain materials in preparation for committee meeting (.40) | 0.70 hrs. |
| 09/10/09 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: additional issues on Merrill Lynch resignation (.2). | 0.20 hrs. |
| 09/10/09 | D. E. DEUTSCH | Exchange e-mails with Delaware counsel re: Court's scheduling of matters (.2). | 0.20 hrs. |
| 09/11/09 | D. E. DEUTSCH | Review last two daily pleading reports, pleadings therein and calendar (.3); e-mail Joshua Gold re: new assignments (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    4

| 09/11/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
|---|---|---|---|
| 09/14/09 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 09/14/09 | D. E. DEUTSCH | Meeting with David LeMay to discuss various pending items (.2). | 0.20 hrs. |
| 09/14/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 09/15/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.20). | 0.60 hrs. |
| 09/15/09 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and calendar (.3); e-mail David Bava on case materials to distribute to litigation team (.1); exchange e-mails with David LeMay re: various outstanding matters (.2); | 0.60 hrs. |
| 09/15/09 | D. M. LeMAY | Individual t/cs with all Committee members re: filling a vacancy (1.4). | 1.40 hrs. |
| 09/15/09 | D. E. DEUTSCH | Exchange e-mails with Merrill Lynch and counsel re: resignation issues (.2); | 0.20 hrs. |
| 09/15/09 | M. S. TOWERS | Review new pleadings on docket | 0.50 hrs. |
| 09/16/09 | H. SEIFE | Work on Committee vacancy (.4); review of list of bridge lenders (.3). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

| | | | |
|---|---|---|---|
| 09/16/09 | D. E. DEUTSCH | Review materials to prepare for meeting with Debtors' professionals (.3); participate in same (.5); telephone conversation with Adam Landis re: various court matters (.2); review Intralinks postings (.3); | 1.30 hrs. |
| 09/16/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10); post meeting agenda to Intralinks (.20). | 0.60 hrs. |
| 09/16/09 | D. M. LeMAY | Weekly call w/Sidley regarding all pending matters (.5).  T/cs w/several Committee members regarding issue of filling ML vacancy (1.7). | 2.20 hrs. |
| 09/17/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/17/09 | H. SEIFE | Telephone conference with D.Golden regarding Centerbridge and Committee seat. | 0.30 hrs. |
| 09/17/09 | M. S. TOWERS | Review new pleadings filed on docket | 0.30 hrs. |
| 09/18/09 | H. SEIFE | Emails with D.Golden regarding vacancy on Committee. | 0.30 hrs. |
| 09/18/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 09/18/09 | D. E. DEUTSCH | Review various case-related e-mails (.2); | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    6

| | | | |
|---|---|---|---|
| 09/18/09 | D. M. LeMAY | T/c w/J. McMahon re: Committee vacancy (.2). Review By-laws regarding same (.2). | 0.40 hrs. |
| 09/19/09 | D. E. DEUTSCH | Follow-up e-mail to Meghan Towers re: Committee member resignation issue (.2); e-mail Madlyn Primoff (Merrill Lynch's counsel) re: requirements related to resignation from Committee (.1). | 0.30 hrs. |
| 09/19/09 | D. E. DEUTSCH | Review recent pleading reports, pleading therein and calendar (.3); e-mail Meghan Towers re: follow-up on motions (.1). | 0.40 hrs. |
| 09/21/09 | D. E. DEUTSCH | Review and edit draft agenda for Tuesday's Committee professional meeting (.2). | 0.20 hrs. |
| 09/21/09 | M. S. TOWERS | Review 9/17 meeting minutes re: action on board vacancy | 0.10 hrs. |
| 09/21/09 | D. M. LeMAY | Review of all most recently filed court papers. | 1.30 hrs. |
| 09/21/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/22/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/22/09 | J. GOLD | Draft and circulate for comment agenda for conference calls with debtor's counsel on 9/23 | 0.40 hrs. |
| 09/22/09 | D. E. DEUTSCH | Review materials and prepare outline for Committee professional meeting (.5); participate in related call (.6); update action list to reflect meeting input (.3); review various case e-mails | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page     7

| | | | |
|---|---|---|---|
| | | (.2); review new court postings including agendas (.4). | |
| 09/23/09 | D. E. DEUTSCH | Prepare for (.2) and participate in weekly meeting with Debtors' professionals (.5); call with Adam Landis re: upcoming hearing matters (.2). | 0.90 hrs. |
| 09/23/09 | J. GOLD | Arrange and attend conference call with Debtors' professionals. | 0.80 hrs. |
| 09/23/09 | D. M. LeMAY | Weekly call w/Sidley regarding pending matters in chapter 11 case. | 0.50 hrs. |
| 09/23/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post materials to Intralinks (.80). | 1.40 hrs. |
| 09/24/09 | M. S. TOWERS | Review docket and relevant pleadings | 0.50 hrs. |
| 09/24/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 09/25/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20); review file re: relevant pleadings in Neil District Court litigation (.40). | 1.30 hrs. |
| 09/26/09 | D. E. DEUTSCH | Review recent pleading reports, pleadings therein and court calendar (.3); e-mail David Bava re: revising calendar (.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

| | | | |
|---|---|---|---|
| 09/28/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/28/09 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 09/29/09 | D. E. DEUTSCH | Edit agenda for tomorrow's meeting with Debtors (.2). | 0.20 hrs. |
| 09/29/09 | H. SEIFE | Review of Committee vacancy issues. | 0.50 hrs. |
| 09/29/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); create Intralinks confidential group (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 09/30/09 | H. SEIFE | Review email from M.Primoff regarding Committee vacancy. | 0.30 hrs. |
| 09/30/09 | D. E. DEUTSCH | Review court postings (.2); review various case-related e-mails (.2); review materials to prepare for today's meeting with Debtors' counsel (.3); participate in meeting with Debtors' counsel (.3); work on action list (.2); e-mail Gil Bradshaw on action item (.1). | 1.30 hrs. |
| 09/30/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20). | 0.70 hrs. |
| 09/30/09 | D. M. LeMAY | Weekly update call with Sidley. | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9
```

```
09/30/09   J. GOLD          Conference call with Committee/      0.20 hrs.
                            Debtor's professionals re. case
                            status


           Total Fees for Professional Services.............  $26,944.50
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 825.00 | 10.90 | 8992.50 |
| H. SEIFE | | 955.00 | 2.40 | 2292.00 |
| D. E. DEUTSCH | | 635.00 | 16.70 | 10604.50 |
| D. BAVA | | 260.00 | 14.70 | 3822.00 |
| M. S. TOWERS | | 395.00 | 1.90 | 750.50 |
| J. GOLD | | 345.00 | 1.40 | 483.00 |
| | TOTALS | | 48.00 | 26944.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2009

Our Matter #19804.003
        COMMITTEE MEETINGS

| | | | |
|---|---|---|---|
| 09/01/09 | D. M. LeMAY | Weekly call of Committee advisors to review pending matters (.8). | 0.80 hrs. |
| 09/01/09 | D. E. DEUTSCH | Prepare for (.4) and participate in meeting with Committee professionals (.6). | 1.00 hrs. |
| 09/01/09 | D. M. LeMAY | T/c to Committee members regarding next meeting. | 0.20 hrs. |
| 09/01/09 | B. DYE | Editing and revising minutes of the 8/13 and 8/18 Creditor Committee meeting. | 1.70 hrs. |
| 09/01/09 | D. E. DEUTSCH | E-mail and call with Wayne Smith re: Committee meeting/case status (.3); exchange e-mails with C&P team re: Thursday's Committee meeting (.2); left messages for remaining Committee members re: Committee meeting matters (.3); exchange related e-mails (.2); | 1.00 hrs. |
| 09/01/09 | J. B. PORTER | Finalized Committee meeting minutes. | 0.70 hrs. |
| 09/01/09 | J. B. PORTER | Drafted agenda for weekly Committee professional team meeting. | 0.80 hrs. |
| 09/02/09 | D. E. DEUTSCH | Review and edit e-mail to Committee re: next meeting/agenda (.2). | 0.20 hrs. |
| 09/02/09 | B. DYE | Review and revise Committee meeting notes. | 0.30 hrs. |
| 09/02/09 | D. M. LeMAY | Review and revise minutes of several prior meetings. | 1.50 hrs. |
| 09/03/09 | J. B. PORTER | Finalized Committee meeting minutes. | 0.70 hrs. |
| 09/03/09 | H. SEIFE | Review and revised agenda for Committee meeting. | 0.40 hrs. |
| 09/04/09 | H. SEIFE | Prepare for Committee meeting presentation. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2

| | | | |
|---|---|---|---|
| 09/08/09 | H. SEIFE | Emails DPW regarding upcoming meeting and agenda. | 0.40 hrs. |
| 09/08/09 | J. B. PORTER | Drafted agenda for weekly Committee professionals meeting. | 0.90 hrs. |
| 09/08/09 | D. M. LeMAY | Revise draft agenda for 9/10 meeting. | 0.20 hrs. |
| 09/08/09 | D. E. DEUTSCH | Review and revise agenda for Committee professional meeting (.3); participate in Committee professional call (.6). | 0.90 hrs. |
| 09/08/09 | D. E. DEUTSCH | Review notes (.2) and draft agenda for Committee meeting (.1); e-mail AlixPartners' team re: presentation issues (.1); review feedback from Committee chairs on draft agenda (.1); update agenda to reflect same (.1). | 0.60 hrs. |
| 09/09/09 | D. E. DEUTSCH | Exchange multiple e-mails with AlixPartners team (Mark Rule et al.) re: matters to address at tomorrow's Committee meeting (.4); telephone conversation with Damian Schaible re: resignation and other Committee matters (.2). | 0.60 hrs. |
| 09/09/09 | J. B. PORTER | Finalized memorandum for 9/10 Committee meeting. | 0.20 hrs. |
| 09/09/09 | J. B. PORTER | Preparation for Committee meeting. | 1.40 hrs. |
| 09/09/09 | H. SEIFE | Preparation for Committee meeting. | 2.20 hrs. |
| 09/10/09 | H. SEIFE | Preparation for Committee meeting (1.7); meeting with Committee at C&P (3.8). | 5.50 hrs. |
| 09/10/09 | D. M. LeMAY | Attend meetings w/Committee professionals to prepare for Committee Meeting (1.2). Participate in Committee Meeting (4.0). | 5.20 hrs. |
| 09/10/09 | N. T. ZINK | Attend AlixPartner's solvency presentation to Creditors' Committee (2.1). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 09/10/09 | M. D. ASHLEY | Attended creditors' committee meeting discussion regarding solvency analysis (2.2). | 2.20 hrs. |
| 09/10/09 | J. B. PORTER | Meeting with M. Towers and H. Lamb re: Committee meeting (.8); and finalized memorandum for 9/10 Committee meeting (1.0). | 1.80 hrs. |
| 09/10/09 | M. A. ALPERT | Prepared for Committee meeting (0.6); attended part of Committee meeting (0.7). | 1.30 hrs. |
| 09/10/09 | D. E. DEUTSCH | Review materials to prepare for today's Committee meeting (.9); participate in today's Committee meeting (3.7). | 4.60 hrs. |
| 09/10/09 | M. S. TOWERS | Meeting with J. Porter and H. Lamb re: finalization of committee meeting preparation (.9); prepared for (.4) and recorded minutes of 9/10 committee meeting (3.2); began drafting final minutes of 9/10 committee meeting (.8). | 5.30 hrs. |
| 09/14/09 | M. S. TOWERS | Drafted agenda for 9/15 professionals' meeting (.2); distrubuted same to professionals (.1) | 0.30 hrs. |
| 09/14/09 | D. E. DEUTSCH | Review agenda for tomorrow's Committee professional meeting and edit same (.2); | 0.20 hrs. |
| 09/15/09 | D. E. DEUTSCH | Prepare for (.4) and participate in Committee professionals meeting (.6). | 1.00 hrs. |
| 09/15/09 | D. M. LeMAY | Review agenda for next meeting (.3). Weekly call of Committee professionals to prepare for Thursday Meeting (0.4). | 0.70 hrs. |
| 09/15/09 | D. E. DEUTSCH | Final edits to Committee agenda (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 09/15/09 | M. S. TOWERS | Prepare for (.3) and attend telephonic meeting of Committee's professionals (.5); met with D. Deutsch re: weekly meetings and agendas (.2); met with J. Gold re: same (.3); draft and revise agendas for Committee meeting (.4) and meeting with Debtors (.4); continued to draft minutes of 9/10 Committee meeting (1.2). | 3.30 hrs. |
| 09/16/09 | M. S. TOWERS | Revise meeting agenda for 9/17 committee meeting (.3); draft note and post on Intralinks re: same (.4); continued to draft minutes for 9/10 committee meeting (.4) | 1.10 hrs. |
| 09/16/09 | D. E. DEUTSCH | Review e-mails from co-chairs re: tomorrow's meeting (.2); e-mail Meghan Towers re: related change to agenda (.1). | 0.30 hrs. |
| 09/17/09 | D. E. DEUTSCH | Discuss today's Committee meeting matters with David LeMay (.2); review materials to prepare for today's Committee meeting (.4); participate in today's Committee meeting (.9). | 1.50 hrs. |
| 09/17/09 | H. SEIFE | Preparation for Committee meeting (1.8); attend telephonic Committee meeting (1.0). | 2.80 hrs. |
| 09/17/09 | J. GOLD | Attend telephonic meeting of Creditors' Committee | 1.10 hrs. |
| 09/17/09 | D. M. LeMAY | Prepare for (1.1) and participate in (1.1) telephone meeting of the Committee. | 2.20 hrs. |
| 09/17/09 | M. A. ALPERT | Attended part of committee meeting on transaction/ corporate matters (0.6). | 0.60 hrs. |
| 09/17/09 | M. S. TOWERS | Prepare for 9/17 telephonic committee meeting (.4) and record minutes of 9/17 telephonic committee meeting (1) | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    5

| | | | |
|---|---|---|---|
| 09/19/09 | D. E. DEUTSCH | E-mail Helen Lamb re: notices related to Thursday's Committee meeting (.1). | 0.10 hrs. |
| 09/21/09 | J. GOLD | Draft agenda for 9/22/09 Committee professionals' meeting (.3); Revision and distribution of agenda for 9/22/09 Committee professionals meeting (.2). | 0.50 hrs. |
| 09/22/09 | J. GOLD | Arrange and attend conference call with committee professionals | 0.60 hrs. |
| 09/22/09 | J. GOLD | Draft and circulate for comment agenda for conference calls with the Committee on 9/24 | 0.40 hrs. |
| 09/22/09 | D. E. DEUTSCH | Review and revise draft Committee agenda (.1) and discuss same with Joshua Gold (.1); exchange e-mails with Committee chairs and counsel re: meeting agenda (.3). | 0.50 hrs. |
| 09/22/09 | D. M. LeMAY | Review and revise draft agenda. | 0.30 hrs. |
| 09/22/09 | D. M. LeMAY | Weekly call of Committee advisors to review all pending matters. | 0.50 hrs. |
| 09/24/09 | D. M. LeMAY | Prepare for (0.4) and attend (0.8) telephone meeting of the Committee. | 1.20 hrs. |
| 09/24/09 | D. E. DEUTSCH | Exchange e-mails with Meghan Towers and Joshua Gold re: today's Committee meeting matters (.2); e-mail Helen Lamb re: same (.1); participate in today's Committee meeting (.8); conference with Joshua Gold to discuss requested Committee follow-up items (.2). | 1.30 hrs. |
| 09/24/09 | H. SEIFE | Preparation for Committee meeting (2.2); telephonic meeting with Committee (1.0). | 3.20 hrs. |
| 09/24/09 | J. GOLD | Monitor and record minutes on weekly Committee conference call. | 0.90 hrs. |
| 09/24/09 | J. GOLD | Prepare materials for weekly Committee conference call | 1.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6
```

| 09/24/09 | J. GOLD | Prepare minutes from weekly Committee meeting conference call for 9/24/09, | 2.10 hrs. |
|---|---|---|---|
| 09/24/09 | M. S. TOWERS | Prepare for 9/24 Committee Meeting (.9); draft committee meeting minutes for 9.17 meeting (.8) | 1.70 hrs. |
| 09/25/09 | D. M. LeMAY | Review and revise draft minutes of three meetings. | 1.40 hrs. |
| 09/28/09 | J. GOLD | Draft (.2) and circulate (.1) agenda for 9/29 conference call with committee professionals | 0.30 hrs. |
| 09/28/09 | D. E. DEUTSCH | Review draft agenda for Creditors' Committee professionals meeting and edit same (.2); exchange e-mails with Josh Gold re: various outstanding Committee matters (.2). | 0.40 hrs. |
| 09/29/09 | D. E. DEUTSCH | Prepare for (.4) and meeting with Committee professionals (.5); review e-mail re: new discovery request and e-mail Committee professional team re: necessity of Thursday's Committee meeting in light of same (.4); calls with Wayne Smith re: Thursday's Committee meeting (.2); call with Miriam Kulnis re: same (.1); distribute e-mail to Committee chair counsel re: Thursday's Committee meeting (.2); e-mail Joshua Gold re: update to Committee (.2). | 2.00 hrs. |
| 09/29/09 | J. GOLD | Draft agenda for 9/30 professionals conference call | 0.30 hrs. |
| 09/29/09 | J. GOLD | Attend conference call with committee professionals | 0.50 hrs. |
| 09/29/09 | D. M. LeMAY | Determining need for telephone Committee meetings. | 0.30 hrs. |

**Total Fees for Professional Services..............   $52,672.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page     7
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 14.50 | 11962.50 |
| H. SEIFE | 955.00 | 15.30 | 14611.50 |
| M. A. ALPERT | 795.00 | 1.90 | 1510.50 |
| N. T. ZINK | 765.00 | 2.10 | 1606.50 |
| M. D. ASHLEY | 625.00 | 2.20 | 1375.00 |
| D. E. DEUTSCH | 635.00 | 16.40 | 10414.00 |
| J. B. PORTER | 395.00 | 6.50 | 2567.50 |
| M. S. TOWERS | 395.00 | 13.10 | 5174.50 |
| B. DYE | 345.00 | 2.00 | 690.00 |
| J. GOLD | 345.00 | 8.00 | 2760.00 |
| TOTALS | | 82.00 | 52672.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2009

Our Matter #19804.004
       CREDITOR COMMUNICATIONS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/01/09 | H. SEIFE | Telephone conference with M.Kulnis regarding Committee issues. | 0.30 hrs. |
| 09/01/09 | D. E. DEUTSCH | Call to Frank Anderson re: Committee matters (.2); call to indenture trustee counsel (.2); e-mails related to same (.1); call to Guild counsel (.1). | 0.60 hrs. |
| 09/02/09 | D. E. DEUTSCH | Exchange e-mails with David Adler re: case status matters (.2); telephone conversation with Merrill Lynch counsel (.2); telephone conversation with Wilmington Trust counsel (.2); exchange e-mails with Jay Teitelbaum (.1); telephone conversation with David Adler (.8). | 1.50 hrs. |
| 09/02/09 | H. SEIFE | Telephone conference with J.Teitlebaum regarding Committee issues. | 0.50 hrs. |
| 09/03/09 | H. SEIFE | Telephone conference with creditor regarding case status. | 0.40 hrs. |
| 09/03/09 | D. E. DEUTSCH | Telephone conversation with counsel to Committee member Deutsche Bank re: various case matters (.5). | 0.50 hrs. |
| 09/10/09 | D. E. DEUTSCH | Respond to e-mail (.1) and telephone inquiry from Committee member (Buena Vista) (.2). | 0.30 hrs. |
| 09/16/09 | D. E. DEUTSCH | Review and respond to inquiry from Buena Vista (.2); | 0.20 hrs. |
| 09/18/09 | D. E. DEUTSCH | Telephone conversation with senior lender re: general public case matters/2004 response (.5); | 0.50 hrs. |
| 09/22/09 | H. SEIFE | Email D.Golden regarding Committee and Centerbridge. | 0.30 hrs. |
| 09/23/09 | D. E. DEUTSCH | Review and respond to inquiry from Frank Anderson (PBGC) (.2). | 0.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2
```

| | | | |
|---|---|---|---|
| 09/29/09 | H. SEIFE | Telephone conference with D.Golden for Centerbridge. | 0.20 hrs. |
| 09/30/09 | H. SEIFE | E-mails with D.Golden. | 0.20 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................  $4,227.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 1.90 | 1814.50 |
| D. E. DEUTSCH | 635.00 | 3.80 | 2413.00 |
| TOTALS | | 5.70 | 4227.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                            For Services Through September 30, 2009
Our Matter #19804.006
          INTER COMPANY ISSUES/CASH MANAGEMENT


09/16/09   D. E. DEUTSCH        Research on Bryan Krakauer request    0.30 hrs.
                                re: cash management stipulation
                                issue (.2); e-mail Bryan Krakauer
                                re: same (.1);

09/19/09   D. E. DEUTSCH        E-mail Bryan Krakauer re: status      0.20 hrs.
                                of stipulation on cash management
                                and addressing related outstanding
                                issues (.2).


          Total Fees for Professional Services.............    $317.50
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | .50 | 317.50 |
| TOTALS | | .50 | 317.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    1

                                  For Services Through September 30, 2009

Our Matter #19804.007
          BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 09/01/09 | D. E. DEUTSCH | Follow-up e-mails to Bryan Krakauer re: fiduciary policy matters (.3); exchange additional e-mails with Bryan Krakauer re: same (.1); | 0.40 hrs. |
| 09/01/09 | H. SEIFE | Review of AlixPartners weekly status report. | 0.40 hrs. |
| 09/03/09 | H. SEIFE | Review of Moelis report on media update. | 0.40 hrs. |
| 09/03/09 | T. P. CASTELL | Meet with K. Smith regarding D&O insurance contract review (.3); begin to review and analyze the same in anticipation of summarizing the same (4.1). | 4.40 hrs. |
| 09/03/09 | K. SMITH | Review D&O policies and background re: same (.5); TC T.Castell re: same (.3). | 0.80 hrs. |
| 09/04/09 | K. SMITH | Follow up D&O policies (.4); conf. T. Castell re: same (.1). | 0.50 hrs. |
| 09/04/09 | T. P. CASTELL | Review and analyze D&O Insurance policies and begin to prepare summary analysis of each of the 17 policies provided for review. | 6.80 hrs. |
| 09/04/09 | D. E. DEUTSCH | Review AlixPartners' reports on quarterly (.3) and revised Debtor projections (.4). | 0.70 hrs. |
| 09/08/09 | D. M. LeMAY | Review and edit FCC memo. | 3.40 hrs. |
| 09/08/09 | T. P. CASTELL | Finalize draft summary of D&O policies and circulate to K. Smith for review and comment. | 3.40 hrs. |
| 09/08/09 | K. SMITH | Follow up with T.Castell re: issues on D&O policies. | 0.50 hrs. |
| 09/08/09 | D. E. DEUTSCH | Review and respond to inquiry from FCC counsel (.2). | 0.20 hrs. |
| 09/09/09 | K. SMITH | Review D&O insurance policies. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 09/09/09 | D. M. LeMAY | Finish review of memo re: FCC issues. | 2.60 hrs. |
| 09/10/09 | H. SEIFE | Review of AlixPartners status report. | 0.30 hrs. |
| 09/11/09 | K. SMITH | Review primary D&O policy, excess policy and side "A" excess policies (1.8); TC w/ T. Castell re: same (.2); review and comment on draft summary of same (2.0). | 4.00 hrs. |
| 09/14/09 | T. P. CASTELL | Revise and supplement terms of fiducary insurance summary based on phone discussion with K. Smith. | 2.50 hrs. |
| 09/14/09 | K. SMITH | Follow up with T.Castell re: fiduciary insurance. | 0.30 hrs. |
| 09/15/09 | D. E. DEUTSCH | Review AlixPartners' weekly status report (.3); | 0.30 hrs. |
| 09/15/09 | T. P. CASTELL | Continue to revise and supplement D&O policy summary. | 3.80 hrs. |
| 09/16/09 | T. P. CASTELL | Finish D&O policy summary and prepare fiduciary duty liability insurance summary (2.1); review and analyze fiduciary duty policies (2.6); send summaries to K. Smith for review and comment (.3). | 5.00 hrs. |
| 09/16/09 | D. E. DEUTSCH | Review cases for follow-up on FCC issues (1.6); | 1.60 hrs. |
| 09/16/09 | K. SMITH | Conf. T. Castell re: summary (.2); review revised summary of insurance policies (.3); review draft summary of fiduciary policies (.5). | 1.00 hrs. |
| 09/17/09 | K. SMITH | Review revised draft summaries (.5); TC's T. Castell re: same (.1). | 0.60 hrs. |
| 09/17/09 | D. E. DEUTSCH | Review various e-mails re: insurance issues (.4); | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| | | | |
|---|---|---|---|
| 09/17/09 | T. P. CASTELL | Revise and supplement summaries of D&O policies and fiduciary liability policies and circulate to K. Smith and D. Deutsch. | 1.00 hrs. |
| 09/18/09 | D. E. DEUTSCH | Begin review of new Committee memorandum on FCC issues and edit same (.8); exchange e-mails with James Stenger related to same (.2); | 1.00 hrs. |
| 09/18/09 | J. A. STENGER | T/c with J Feore, debtor counsel re FCC application preparation (.5); office corresp to M.Strand re same (.3). | 0.80 hrs. |
| 09/19/09 | D. E. DEUTSCH | Review memoranda on D&O and fiduciary liability insurance policies (.5); e-mail litigation team re: same (.1). | 0.60 hrs. |
| 09/19/09 | D. E. DEUTSCH | Finish review and revisions of Committee memorandum on FCC matters (1.0); e-mails James Stenger on follow-up related to same (.1). | 1.10 hrs. |
| 09/19/09 | H. SEIFE | Review of memo regarding D&O coverage. | 0.40 hrs. |
| 09/21/09 | M. STRAND | Research RE: FCC foreign ownership petitions (.4); office conference with J. Stenger RE: same (.2). | 0.60 hrs. |
| 09/21/09 | J. A. STENGER | Office conf with M.Strand re revisions to memorandum regarding FCC applications (.2) and research re foreign ownership issues (1.0). | 1.20 hrs. |
| 09/22/09 | H. SEIFE | Review of Moelis media update. | 0.30 hrs. |
| 09/22/09 | M. STRAND | Research RE: foreign ownership petitions (.4); call to FCC RE: same (.3). | 0.70 hrs. |
| 09/23/09 | M. STRAND | Call with S. O'Connell at FCC RE: foreign ownership petition (.2); office conference w/ J. Stenger RE: same (.1). | 0.30 hrs. |
| 09/23/09 | H. SEIFE | Review of AlixPartners report. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                 October 23, 2009
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                           Page    4

| | | | |
|---|---|---|---|
| 09/25/09 | D. E. DEUTSCH | Review new materials from Graeme Bush re: FCC application (.5); follow-up with LBO team re: same (.1). | 0.60 hrs. |
| 09/26/09 | M. STRAND | Review and revise Exhibit 1 of the FCC memo to the Committee. | 1.00 hrs. |
| 09/28/09 | M. STRAND | Review and revise memo RE: Applications for FCC Approval of Reorganization (1.4); research licenses RE: same (1.0); correspondence with J. Stenger RE: same (.2). | 2.60 hrs. |
| 09/28/09 | J. A. STENGER | Revise memo re FCC applications (1.4); review FCC application materials obtained through court discovery (2.2). | 3.60 hrs. |
| 09/29/09 | J. A. STENGER | Review FCC application materials obtained through court discovery | 2.40 hrs. |
| 09/30/09 | J. A. STENGER | Continue review of FCC application materials obtained through discovery and research re same. | 2.50 hrs. |
| 09/30/09 | H. SEIFE | Review of AlixPartners report on operations (.4); review of Moelis weekly report (.2). | 0.60 hrs. |

Total Fees for Professional Services.............. $39,028.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page     5

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 6.00 | 4950.00 |
| H. SEIFE | 955.00 | 2.70 | 2578.50 |
| J. A. STENGER | 475.00 | 10.50 | 4987.50 |
| D. E. DEUTSCH | 635.00 | 6.90 | 4381.50 |
| K. SMITH | 725.00 | 8.20 | 5945.00 |
| T. P. CASTELL | 535.00 | 26.90 | 14391.50 |
| M. STRAND | 345.00 | 5.20 | 1794.00 |
| TOTALS | | 66.40 | 39028.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through September 30, 2009

Our Matter #19804.008
          ASSET DISPOSITION


| 09/01/09 | K. NASHAT | Reviewed schedules to Cubs formation agreement. | 0.50 hrs. |
|---|---|---|---|
| 09/01/09 | D. E. DEUTSCH | Call with potential buyer's attorney re: purchase of identified Debtor company (.3); follow-up calls and e-mails with Kevin Lantry re: same (.2). | 0.50 hrs. |
| 09/04/09 | D. E. DEUTSCH | Address further inquiry from party seeking to buy Tribune assets (.2); e-mail Kevin Lantry re: next steps on same (.1). | 0.30 hrs. |
| 09/08/09 | H. SEIFE | Conference call with Committee professionals regarding Cubs transaction. | 0.30 hrs. |
| 09/08/09 | M. A. ALPERT | Reviewed new transaction documents (3.5); confs re: status (1.3); reviewed motions on Cubs transaction (1.4). | 6.20 hrs. |
| 09/08/09 | S. CHAN | Reviewed new documents in Fastball data room. | 0.50 hrs. |
| 09/08/09 | D. E. DEUTSCH | Follow-up call (.1) and e-mail with Kevin Lantry re: possible sale of asset (.1). | 0.20 hrs. |
| 09/08/09 | K. NASHAT | Reviewed new documents on Cubs transaction. | 0.40 hrs. |
| 09/09/09 | K. NASHAT | Reviewed final Cubs transaction documents (.6); conf. M. Alpert re: foregoing (.3). | 0.90 hrs. |
| 09/09/09 | D. E. DEUTSCH | Review response from Kevin Lantry re: possible asset sale (.1); provided related data to potential purchaser (.1). | 0.20 hrs. |
| 09/09/09 | G. BRADSHAW | Review Debtors' proposed 363 transaction pleadings (2.2). | 2.20 hrs. |
| 09/09/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 09/09/09 | M. A. ALPERT | Reviewed final transaction documents (3.2); conf with K.Nashat re same (.4); prepared for Committee meeting on Cubs transaction (1.1). | 4.70 hrs. |
| 09/10/09 | M. A. ALPERT | Reviewed final transaction documents (1.8). | 1.80 hrs. |
| 09/11/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 09/14/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 09/15/09 | M. A. ALPERT | Conf. with C.Hord re: update on sale transaction (.3); reviewed definitive agreements (2.0). | 2.30 hrs. |
| 09/15/09 | G. BRADSHAW | T/c w/A. Leung at Alixpartners re: Debtors motion to sell Hicksville property (.3). | 0.30 hrs. |
| 09/16/09 | D. E. DEUTSCH | Review various Cubs related documents (.7); e-mail Marc Alpert re: follow-up item (.1); | 0.80 hrs. |
| 09/16/09 | C. E. HORD | Review draft credit agreement from M. Alpert (1.7); conf M. Alpert re credit agreement (0.4). | 2.10 hrs. |
| 09/16/09 | M. A. ALPERT | Rviewed credit agreement (2.7); conf. with C.Hord re: same (0.4). | 3.10 hrs. |
| 09/16/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 09/17/09 | M. A. ALPERT | Confs. with D.LeMay and K.Nashat re: Formation Agreement and excluded assets issues (.8); reviewed the same (1.4); worked on revising language and amendment (1.1); correspondence with K.Nashat re: same (0.8) ; reviewed credit agreement (0.9). | 5.00 hrs. |
| 09/17/09 | D. M. LeMAY | Two t/cs w/D. Rosner re: drafting issues in Cubs documents (.3). E-mails to Sidley (.3) and t/c w/McDermott (.2) re: same.  Review questioned language in Formation Agreement and discuss w/M. Alpert | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3

|            |                |                                                                                                                            |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (.6). conference with H.Seife re: same (.4); revise order on Cubs transaction and Formation Agreement to address issues (2.4). |            |
| 09/17/09   | D. E. DEUTSCH  | Review Cubs related court filings (.3); review Cubs order (.2);                                                             | 0.50 hrs.  |
| 09/17/09   | K. NASHAT      | Drafted amendment to formation agreement (.9); confs. M. Alpert and D. LeMay re: foregoing (.8).                           | 1.70 hrs.  |
| 09/17/09   | H. SEIFE       | Conference with D.LeMay regarding open issues on Cubs transaction (.5); review of proposed changes to documents to address open issues (.8). | 1.30 hrs.  |
| 09/18/09   | K. NASHAT      | Reviewed revised transaction approval order (.3); TC M. Alpert re: foregoing (.2).                                         | 0.50 hrs.  |
| 09/18/09   | H. SEIFE       | Review of new developments in Cubs transaction (.8); conference with D.LeMay on update (.4); review of revised order (.3). | 1.50 hrs.  |
| 09/18/09   | D. E. DEUTSCH  | Review materials on sale of property (.3); review draft memorandum on sale of real property and edit same (.3);           | 0.60 hrs.  |
| 09/18/09   | D. M. LeMAY    | Negotiations w/Sidley and Kasowitz re: proposed revisions to Order on Cubs transaction (1.7); draft proposed new language (.5); t/c Rosner (.2) and Kansa (.2) re: same. | 2.60 hrs.  |
| 09/18/09   | M. A. ALPERT   | Reviewed correspondence re: Formation Agreement and excluded assets issues.                                               | 0.40 hrs.  |
| 09/18/09   | M. S. TOWERS   | Review Motion re: Hicksville (1); began to draft memo re: same (2)                                                        | 3.00 hrs.  |
| 09/18/09   | S. CHAN        | Reviewed documents in Fastball data room.                                                                                 | 0.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    4


| 09/21/09 | M. S. TOWERS | Revise (.5) memo on Hicksville sale; draft intralinks post and note re: same (.3) | 0.80 hrs. |
| 09/21/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 09/21/09 | M. A. ALPERT | Reviewed order (0.3); reviewed definitive agreements in preparation for Cubs hearing (1.2). | 1.50 hrs. |
| 09/21/09 | H. SEIFE | Prepare for hearing on Cubs and review of objection. | 0.30 hrs. |
| 09/22/09 | H. SEIFE | Preparation for hearing on Cubs. | 0.30 hrs. |
| 09/22/09 | D. E. DEUTSCH | Review and edit Committee memorandum re: property sale (.3); edit related posting note (.1); review revised Cubs order and other court papers (1.3). | 1.70 hrs. |
| 09/22/09 | M. S. TOWERS | Revise memo (.3) and intralinks posting (.1) re: Hicksville Sale motion. | 0.40 hrs. |
| 09/22/09 | M. A. ALPERT | Reviewed order (0.2); reviewed definitive agreements in preparation for Cubs hearing (1.5). | 1.70 hrs. |
| 09/22/09 | D. BAVA | Prepare/supplement materials for hearing re: Cubs sale motion (1.6). | 1.60 hrs. |
| 09/23/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 09/23/09 | M. A. ALPERT | Reviewed definitive agreements in preparation for Cubs hearing (0.7); reviewed Credit Agreement (1.8). | 2.50 hrs. |
| 09/23/09 | D. E. DEUTSCH | Review e-mails from Debtors' counsel re: tomorrow's hearing on Cubs transaction(.2); review revised court agenda on Cubs transaction (.1); review revised court order and other deal documents to begin preparing outline for tomorrow's hearing on Cubs (2.3). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 09/23/09 | C. E. HORD | Review revised credit agreement from M. Alpert (2.2); conf. w/ M. Alpert re: credit agreement issues (0.1); e-mail MW&E re: issue on closing conditions (0.1). | 2.40 hrs. |
| 09/24/09 | D. E. DEUTSCH | Review materials to prepare for today's hearing and outline notes on same (2.2); participate in hearing and after hearing discussions with Tribune team (1.0); outline presentation on Cubs transaction for today's Committee meeting (1.1). | 4.30 hrs. |
| 09/24/09 | H. SEIFE | Emails regarding Cubs hearing. | 0.40 hrs. |
| 09/24/09 | M. A. ALPERT | Prepared for Cubs hearing (0.7); attended hearing (0.4). | 1.10 hrs. |
| 09/25/09 | M. A. ALPERT | Reviewed new draft of Credit Agreement. | 1.80 hrs. |
| 09/25/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 09/28/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 09/28/09 | M. A. ALPERT | Reviewed new draft of Credit Agreement. | 0.70 hrs. |
| 09/29/09 | M. A. ALPERT | Reviewed new draft of Credit Agreement. | 0.50 hrs. |
| 09/30/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |


**Total Fees for Professional Services.............   $53,876.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| C. E. HORD | | 855.00 | 4.50 | 3847.50 |
| D. M. LeMAY | | 825.00 | 6.80 | 5610.00 |
| H. SEIFE | | 955.00 | 4.10 | 3915.50 |
| M. A. ALPERT | | 795.00 | 33.30 | 26473.50 |
| D. E. DEUTSCH | | 635.00 | 11.70 | 7429.50 |
| D. BAVA | | 260.00 | 1.60 | 416.00 |
| S. CHAN | | 245.00 | 5.40 | 1323.00 |
| K. NASHAT | | 585.00 | 4.00 | 2340.00 |
| M. S. TOWERS | | 395.00 | 4.20 | 1659.00 |
| G. BRADSHAW | | 345.00 | 2.50 | 862.50 |
| | TOTALS | | 78.10 | 53876.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    1

For Services Through September 30, 2009

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 09/09/09 | D. E. DEUTSCH | Review omnibus claims objection (.4); draft e-mail re: related analysis needed for Committee (.2). | 0.60 hrs. |
| 09/10/09 | G. BRADSHAW | Reviewed Debtors' four omnibus objections to proofs of claim and created exhibit for analysis (.5). | 0.50 hrs. |
| 09/11/09 | J. GOLD | Review Debtors' four non-substantive omnibus claims objections. | 1.50 hrs. |
| 09/11/09 | J. GOLD | Prepare memo to Committee explaining Debtors' non-substantive claims objections and proffering recommendation. | 1.10 hrs. |
| 09/11/09 | D. BAVA | Review files re: Debtors omnibus claims objections (.30). | 0.30 hrs. |
| 09/11/09 | J. B. PORTER | Meeting with J. Gold re omnibus objection memo. | 0.50 hrs. |
| 09/14/09 | J. GOLD | Revision of memo to committee on non-sunstantive claims objections. | 0.50 hrs. |
| 09/17/09 | D. E. DEUTSCH | Review omnibus claims objections and schedules thereto (.3); review and edit draft memorandum to Committee on same (.2); follow-up in IRS related claim inquiry from Committee (.2); draft e-mail to Committee chair on same (.1); | 0.80 hrs. |
| 09/17/09 | J. GOLD | Meeting with D. Deutsch re. memo to Committee on Debtors' non-substantive claims objections (.4); review, research and revision of Committee memo on Debtors' non-substantive claim objections (1.5). | 1.90 hrs. |
| 09/18/09 | J. GOLD | Drafting and revision of posting statement re committee claims objection memo for posting to Intralinks. | 0.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| | | | |
|---|---|---|---|
| 09/18/09 | J. GOLD | Final review of Committee memo re claims objections | 0.50 hrs. |
| 09/30/09 | G. BRADSHAW | Review of draft plan of reorganization for specific caps on claims against subsidiaries (2.1). | 2.10 hrs. |

**Total Fees for Professional Services.............   $4,235.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | 1.40 | 889.00 |
| D. BAVA | 260.00 | .30 | 78.00 |
| J. B. PORTER | 395.00 | .50 | 197.50 |
| G. BRADSHAW | 345.00 | 2.60 | 897.00 |
| J. GOLD | 345.00 | 6.30 | 2173.50 |
| TOTALS | | 11.10 | 4235.00 |