```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     1
```

                              For Services Through September 30, 2009

  Our Matter #19804.010
              FEE/RETENTION APPLICATIONS


| 09/01/09 | D. M. LeMAY | Prepare for (.7) and participate in (.4) t/c w/US Trustee re: Zuckerman retention issues on LBO investigation. | 1.10 hrs. |
|---|---|---|---|
| 09/01/09 | H. SEIFE | Telephone conference J.McMahon regarding Zuckerman retention (.3) review issues regarding Zuckerman retention (.8). | 1.10 hrs. |
| 09/02/09 | H. SEIFE | Review of draft supplemental affidavit (.5); review of Zuckerman retention issues (.4). | 0.90 hrs. |
| 09/02/09 | D. M. LeMAY | Multiple e-mails to Landis and McCauley re: supplemental affidavit to be provided by ZS at request of US Trustee in resolution of issues. | 1.10 hrs. |
| 09/02/09 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application (August). | 5.20 hrs. |
| 09/03/09 | G. BRADSHAW | Conf. w/D. Deutsch re; Ordinary Course Professionals (.1). | 0.10 hrs. |
| 09/03/09 | H. SEIFE | Review emails regarding Zuckerman retention. | 0.40 hrs. |
| 09/04/09 | G. BRADSHAW | Updated weekly report on Ordinary Course Professionals (.3); reviewed potential objections to ordinary course professional proposed payments (.5). | 0.80 hrs. |
| 09/04/09 | D. E. DEUTSCH | Review updated ordinary course report (.3). | 0.30 hrs. |
| 09/04/09 | H. LAMB | Further review of billing proformas/time detail in preparation of monthly fee application (August). | 3.80 hrs. |
| 09/08/09 | H. LAMB | Begin preparation of monthly fee application (August). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 09/08/09 | D. E. DEUTSCH | Review articles on Fee Examiner response (.2). | 0.20 hrs. |
| 09/09/09 | D. E. DEUTSCH | Review updated ordinary course chart and other materials (.3); meeting with Gil Bradshaw to discuss next steps with Debtors on issues relating to same (.3). | 0.60 hrs. |
| 09/09/09 | G. BRADSHAW | Prepared committee response to Debtors' proposed ordinary course professional payment (2.2). | 2.20 hrs. |
| 09/10/09 | G. BRADSHAW | Filed informal objection to certain ordinary course professionals proposed payments with Sidley (.7). | 0.70 hrs. |
| 09/10/09 | D. E. DEUTSCH | Call (.1) and exchange e-mails with Ken Kansa re: ordinary counsel issues to be resolved (.2); review related revised memo (.2). | 0.50 hrs. |
| 09/11/09 | D. E. DEUTSCH | Exchange e-mails with Helen Lamb re: notice to Committee re: next reimbursement requests (.2). | 0.20 hrs. |
| 09/14/09 | D. E. DEUTSCH | Review e-mails re: Committee expense matter (.2); | 0.20 hrs. |
| 09/14/09 | H. LAMB | Prepare and send memo to Committee members regarding submission of expense forms/receipts in connection with monthly application for expense reimbursement. | 0.40 hrs. |
| 09/15/09 | D. E. DEUTSCH | Preliminary review Debtors' response on ordinary course fee matters (.3). | 0.30 hrs. |
| 09/16/09 | D. E. DEUTSCH | Review Debtors' response to ordinary course issues (.2); meeting with Gilbert Bradshaw on same and request related follow-up (.3); | 0.50 hrs. |
| 09/16/09 | G. BRADSHAW | Conf w/D. Deutsch re: objection to Debtors' proposed ordinary course payments (.7). | 0.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   3
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/16/09 | H. LAMB | Further preparation of monthly fee application. | 1.60 hrs. |
| 09/17/09 | G. BRADSHAW | T/c w/Bridgett at Sidley re: Ordinary Course professional objection (.2); emailed a list of talking points to Doug Deutsch in preparation for ordinary course professionals phone call with Sidley (.8); draft email to Sidley re: ordinary course professional objection (.4); t/c follow-up with Bridgett at Sidley re: same (.3). | 1.70 hrs. |
| 09/17/09 | D. E. DEUTSCH | Review and respond to e-mail from Debtors re: ordinary course issue (.1); | 0.10 hrs. |
| 09/18/09 | D. E. DEUTSCH | Review e-mails re: ordinary course issues and review related materials (.5); meeting/call with Gil Bradshaw and, in part, Ken Kansa re: same (.3); | 0.80 hrs. |
| 09/18/09 | G. BRADSHAW | Conf. w/D. Deutsch re: ordinary course professional objections (.4); t/c w/K. Kansa re: same (.2); t/c w/J. McClelland re: same (.1); prepare email to D. Deutsch re: same (.1); t/c w/K. Kansa, J. McCelland and, in part, D.Deutsch re: Ordinary course issues (.6). | 1.40 hrs. |
| 09/18/09 | H. LAMB | Review Committee expenses receipts and preparation of monthly request for expense reimbursement. | 1.60 hrs. |
| 09/20/09 | D. E. DEUTSCH | Review and edit draft fee application (4.6); multiple e-mails to team members re: time clarifications (.3); draft e-mail to team re: confidentiality issues (.2). | 5.10 hrs. |
| 09/21/09 | G. BRADSHAW | T/c w/J. McClelland at Sidley re: ordinary course procedures (.6); review ordinary course procedures in light of phone call (.5). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    4


| 09/22/09 | H. LAMB | Review expense detail (.9); prepare exhibits to monthly fee application (1.3); finalize draft of fee application (1.0). | 3.20 hrs. |
|---|---|---|---|
| 09/23/09 | D. E. DEUTSCH | Review and respond to inquiry from Zuckerman re: their first fee application/confidentiality issues (.3). | 0.30 hrs. |
| 09/23/09 | G. BRADSHAW | Review August ordinary Course proposed payments by Debtors (.2). | 0.20 hrs. |
| 09/24/09 | G. BRADSHAW | Review August 2009 ordinary course professional proposed payments (1.1). | 1.10 hrs. |
| 09/24/09 | D. E. DEUTSCH | Respond to inquiry from Zuckerman team re: time issue (.2); review and edit August draft fee application (1.0). | 1.20 hrs. |
| 09/25/09 | D. E. DEUTSCH | Conference with Gil Bradshaw to discuss professional fee analysis for Committee (.3); review ordinary course professional summary (.3) and discuss edits to same with Gil Bradshaw (.1). | 0.70 hrs. |
| 09/25/09 | G. BRADSHAW | Review Debtors proposed ordinary course professionals monthly filing (.8); drafted monthly report re: Same (1.5). | 2.30 hrs. |
| 09/25/09 | H. LAMB | Finalize fee application and forward to local counsel for filing. | 1.00 hrs. |
| 09/28/09 | G. BRADSHAW | Review Debtors' proposed August ordinary course professional filings (1). | 1.00 hrs. |
| 09/29/09 | G. BRADSHAW | Review of ordinary course affidavits filed (1.2) update monthly report for ordinary course professional payments (.9) | 2.10 hrs. |
| 09/30/09 | G. BRADSHAW | Review of Debtors' August 2009 proposed payments to ordinary course professionals (2.1). | 2.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5
```

**Total Fees for Professional Services.............  $22,225.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 2.20 | 1815.00 |
| H. SEIFE | 955.00 | 2.40 | 2292.00 |
| D. E. DEUTSCH | 635.00 | 11.00 | 6985.00 |
| G. BRADSHAW | 345.00 | 17.50 | 6037.50 |
| H. LAMB | 260.00 | 19.60 | 5096.00 |
| TOTALS | | 52.70 | 22225.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                               For Services Through September 30, 2009
Our Matter #19804.011
           PLAN AND DISCLOSURE STATEMENT


09/02/09   D. M. LeMAY          Review Plan draft to prepare for      2.50 hrs.
                                discussion w/Sidley regarding same.

09/03/09   D. M. LeMAY          Close review of Sidley draft plan     4.50 hrs.
                                to prepare for meeting with B.
                                Krakauer et al. to discuss.

09/08/09   D. M. LeMAY          Prepare for (1.6) and participate     3.40 hrs.
                                in (1.8) preliminary conference
                                w/Sidley re: Plan of
                                Reorganization.

09/15/09   D. E. DEUTSCH        Review draft plan provision (.4);     2.60 hrs.
                                research issue related to same
                                (2.2);


           Total Fees for Professional Services.............  $10,231.00




                         TIMEKEEPER SUMMARY

Timekeeper's Name              Rate     Hours        Amount

D. M. LeMAY                    825.00   10.40        8580.00
D. E. DEUTSCH                  635.00    2.60        1651.00
                     TOTALS             13.00       10231.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through September 30, 2009

Our Matter #19804.012
         EXECUTORY CONTRACTS


| 09/01/09 | D. E. DEUTSCH | Hold call with Jessica Boelter and Gilbert Bradshaw re: JV issue (.3). | 0.30 hrs. |
| 09/01/09 | G. BRADSHAW | T/c w/Jessica Boelter at Sidley and D. Deutsch re: Joint Venture with McClatchy which provides news service (.4); preparation for teleconference re: same (.5). | 0.90 hrs. |
| 09/10/09 | G. BRADSHAW | Conf. w/J. Boelter at Sidley re: McClatchy JV executory contract assumption (.5); email to D. Deutsch re: same (.1). | 0.60 hrs. |
| 09/10/09 | D. E. DEUTSCH | Exchange e-mails with Gil Bradshaw re: JV agreement analysis (.2). | 0.20 hrs. |


         Total Fees for Professional Services.............   $835.00




                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | .50 | 317.50 |
| G. BRADSHAW | 345.00 | 1.50 | 517.50 |
| TOTALS | | 2.00 | 835.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2009

Our Matter #19804.014
            EMPLOYEE ISSUES

| 09/01/09 | D. M. LeMAY | Review deposition scheduling for MIP litigation. | 0.40 hrs. |
|---|---|---|---|
| 09/02/09 | D. BAVA | Organization of MIP materials re: deposition preparation. | 1.20 hrs. |
| 09/02/09 | R. A. SCHWINGER | Meeting with A. Nellos re covering MIP deposition in Chicago. | 0.40 hrs. |
| 09/02/09 | D. E. DEUTSCH | Review various e-mails from Debtors re: MIP and discovery schedule (.2); preliminary meeting with Ali Nellos re: MIP background and depositions (.2); review additional e-mails related to MIP motion (.1). | 0.50 hrs. |
| 09/02/09 | A. K. NELLOS | Discuss with D. Deutsch issues regarding deposition in Chicago (.3). | 0.30 hrs. |
| 09/03/09 | D. E. DEUTSCH | Prepare for (.2) and meeting with Ali Nellos for briefing on participation in upcoming MIP depositions (.3); review MIP materials to determine documents for Nellos review (.6); e-mail additional instructions to Ali Nellos re: participation in MIP depositions (.2); review request from Debtor to pay insider severance (.2); follow-up with Jason Porter on same (.2). | 1.70 hrs. |
| 09/08/09 | H. SEIFE | Conference call with AlixPartners regarding MIP. | 0.30 hrs. |
| 09/08/09 | D. E. DEUTSCH | Exchange e-mails with Ali Nellos re: MIP depositions and related transcript issues (.2); review related report (.2). | 0.40 hrs. |
| 09/08/09 | A. K. NELLOS | Review material in preparation for deposition of John Dempsey (1.2); attend deposition of John Dempsey (7.2); draft summary of deposition (.8). | 9.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| 09/08/09 | D. M. LeMAY | Review summary of J. Dempsey deposition. | 0.20 hrs. |
|---|---|---|---|
| 09/09/09 | D. M. LeMAY | Attend C. Bigelow deposition in Wilmington. | 5.50 hrs. |
| 09/09/09 | A. K. NELLOS | Attend deposition of Chandler Bigelow (5.8); work on summary of deposition (1.3). | 7.10 hrs. |
| 09/11/09 | D. E. DEUTSCH | Review summaries of recent depositions on MIP (.3). | 0.30 hrs. |
| 09/12/09 | D. E. DEUTSCH | Review updates re: MIP related depositions (.2). | 0.20 hrs. |
| 09/14/09 | D. E. DEUTSCH | Review MIP-related documents filed under seal (1.7); | 1.70 hrs. |
| 09/14/09 | A. K. NELLOS | Prepare for deposition of Edward Phillips (MIP expert for Union) including review of materials related to MIP issue that were filed last week relating to expert issues, including expert report of Edward Phillips) (2.5). | 2.50 hrs. |
| 09/14/09 | G. BRADSHAW | T/c w/A. Leung at AlixPartners re: financial review of Management Incentive Plan pleadings (1); follow-up re: same (.4). | 1.40 hrs. |
| 09/15/09 | A. K. NELLOS | Attend deposition of Edward Phillips (6.8). | 6.80 hrs. |
| 09/17/09 | D. E. DEUTSCH | Review summary on MIP-related deposition (.2); | 0.20 hrs. |
| 09/18/09 | D. E. DEUTSCH | Review MIP related pleadings (.4) and follow-up with David Bava re: preparing materials for next week's hearing on same (.2); | 0.60 hrs. |
| 09/18/09 | D. M. LeMAY | Review of supplemental submissions by Guild and Tribune re: MIP Plan and related filings regarding motions in limine. | 1.80 hrs. |
| 09/19/09 | D. E. DEUTSCH | Review additional materials on potential insider payments (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            October 23, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    3

| 09/24/09 | D. E. DEUTSCH | Calls with Adam Landis (.2) and Ken Kansa re: tomorrow's MIP hearing matters (.1). | 0.30 hrs. |
|---|---|---|---|
| 09/25/09 | D. M. LeMAY | Prepare for (1.6) and attend (7.6) evidentiary hearing on MIP Plan in Delaware.  Prepare report on same (0.3). | 9.50 hrs. |
| 09/25/09 | H. SEIFE | Review email updates on MIP hearing. | 0.50 hrs. |
| 09/26/09 | H. SEIFE | Review of emails regarding potential plan modification. | 0.30 hrs. |
| 09/26/09 | D. E. DEUTSCH | Review materials related to yesterday's MIP hearing (.6); draft memorandum to Committee on same (.4); calls/e-mails with David LeMay re: discussions with Debtors' re: next MIP steps (.3); draft extensive revisions to proposed memorandum (.5); review additional e-mails from Debtors related to same (.2). | 2.00 hrs. |
| 09/27/09 | D. M. LeMAY | Review Sidley draft letter to Judge and e-mail J. Lotsoff regarding same. | 0.50 hrs. |
| 09/28/09 | D. M. LeMAY | Report to Committee re: MIP hearing (.4); revise draft letter to Judge re: same (.2); respond to question re: same from Warner Brothers (.3). | 0.90 hrs. |
| 09/28/09 | D. E. DEUTSCH | Review e-mails and draft letter to Judge Carey re: MIP (.3); review final edits to Debtors' letter and draft revisions to Committee e-mail to address same (.5); follow-up call to Adam Landis re: filing related letter (.2); draft letter to court re: MIP (.3); related calls/e-mails with David LeMay (.2); e-mail David Bava re: posting regarding MIP (.2). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page     4

| 09/29/09 | D. E. DEUTSCH | Follow-up e-mails and calls with Delaware counsel re: filing of letter in support of Debtors' position on MIP (.3); review court filing re: 2008 MIP (.2); follow-up with AlixPartners and David LeMay re: same (.1). | 0.60 hrs. |
| 09/29/09 | D. M. LeMAY | Review proposed order regarding 2008 MIP and e-mail A. Holtz re: same (.4).  Finalize letter to court re: MIP (.2). | 0.60 hrs. |
| 09/30/09 | H. SEIFE | Review of memo on MIP hearing (.3); review of letter to Judge Carey (.2). | 0.50 hrs. |

**Total Fees for Professional Services.............. $39,994.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 19.40 | 16005.00 |
| H. SEIFE | 955.00 | 1.60 | 1528.00 |
| R. A. SCHWINGER | 755.00 | .40 | 302.00 |
| D. E. DEUTSCH | 635.00 | 10.60 | 6731.00 |
| D. BAVA | 260.00 | 1.20 | 312.00 |
| A. K. NELLOS | 565.00 | 25.90 | 14633.50 |
| G. BRADSHAW | 345.00 | 1.40 | 483.00 |
| TOTALS | | 60.50 | 39994.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through September 30, 2009

Our Matter #19804.015
          RELIEF FROM STAY ISSUES

| | | | |
|---|---|---|---|
| 09/02/09 | G. BRADSHAW | Reviewed Brignole lift-stay (.2); conf. w/D.Deutsch re: same (.1). | 0.30 hrs. |
| 09/04/09 | D. E. DEUTSCH | Review updated lift stay status report (.2); e-mail Gil Bradshaw on follow-up required (.2). | 0.40 hrs. |
| 09/15/09 | G. BRADSHAW | T/c G. Demo at Sidley re: Abignole lift stay (.1); t/c w/K. Lantry at Sidley re: Brignole lift-stay (.4); t/c w/K. Lantry re: implementation of ADR procedures for all lift-stay claimants (.6). | 1.10 hrs. |
| 09/15/09 | D. E. DEUTSCH | Review materials on new lift stay motion (.2); e-mail Gil Bradshaw on next steps re: same (.1); review related e-mails and respond to same (.2); | 0.50 hrs. |
| 09/17/09 | G. BRADSHAW | Further review related to Debtors' filing re: lift-stay (.1). | 0.10 hrs. |

          Total Fees for Professional Services.............   $1,089.00

                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | .90 | 571.50 |
| G. BRADSHAW | 345.00 | 1.50 | 517.50 |
| TOTALS | | 2.40 | 1089.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    1

For Services Through September 30, 2009

Our Matter #19804.016
         TAX ISSUES.

| | | | |
|---|---|---|---|
| 09/22/09 | R. M. LEDER | Work on tax basis and other tax issues on exit plan. | 1.40 hrs. |
| 09/22/09 | D. E. DEUTSCH | Review e-mails from Richard Leder re: tax issues and news articles on same (.2); telephone conversation with Richard Leder re: various tax matters requiring follow-up (.2). | 0.40 hrs. |
| 09/23/09 | R. M. LEDER | Consider basis issues in connection with exit plan (1.2) and leave detailed voice message for Blake Rubin (.3). | 1.50 hrs. |
| 09/29/09 | R. M. LEDER | Telephone conversation Blake Rubin re calculation of basis of Tribune assets on exit. | 0.20 hrs. |

**Total Fees for Professional Services.............     $3,214.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. M. LEDER | 955.00 | 3.10 | 2960.50 |
| D. E. DEUTSCH | 635.00 | .40 | 254.00 |
| TOTALS | | 3.50 | 3214.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2009

Our Matter #19804.018
        TRAVEL

| | | | |
|---|---|---|---|
| 09/08/09 | A. K. NELLOS | Non-working travel from NYC to Wilmington, Delaware. | 1.00 hrs. |
| 09/09/09 | A. K. NELLOS | Non-working return travel from Wilmington, DE. | 1.50 hrs. |
| 09/09/09 | D. M. LeMAY | Non-working travel time to/and from New York to Wilmington, DE for deposition. | 2.20 hrs. |
| 09/14/09 | M. D. ASHLEY | Non-working travel to Chicago for Debtor officer due diligence session (4.0). | 4.00 hrs. |
| 09/14/09 | A. K. NELLOS | Non-working travel to Chicago for Deposition of Edward Phillips. | 2.50 hrs. |
| 09/15/09 | M. D. ASHLEY | Non-working return travel to New York (3.7). | 3.70 hrs. |
| 09/15/09 | A. K. NELLOS | Non-working travel from Chicago to New York. | 4.00 hrs. |
| 09/22/09 | M. D. ASHLEY | Non-working travel to/from Washington DC for meeting with Zuckerman on solvency analysis. | 5.50 hrs. |
| 09/24/09 | M. A. ALPERT | Non-working travel to and from Delaware for Cubs hearing (4.8). | 4.80 hrs. |
| 09/24/09 | D. E. DEUTSCH | Non-working travel to/from Delaware for hearing (2.4). | 2.40 hrs. |

        **Total Fees for Professional Services.............  $20,490.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 2.20 | 1815.00 |
| M. A. ALPERT | 795.00 | 4.80 | 3816.00 |
| M. D. ASHLEY | 625.00 | 13.20 | 8250.00 |
| D. E. DEUTSCH | 635.00 | 2.40 | 1524.00 |
| A. K. NELLOS | 565.00 | 9.00 | 5085.00 |
| TOTALS | | 31.60 | 20490.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1

                          For Services Through September 30, 2009
Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


09/01/09   M. IACOPELLI        Review and chronologized second        6.80 hrs.
                               tier hot documents at the request
                               of A. Nellos (5.6); prepared
                               analysis of certain valuation
                               (1.2).

09/01/09   D. BAVA             Review and analysis of docket          0.20 hrs.
                               sheet re: large case LBO
                               litigation issues (.20).

09/01/09   H. SEIFE            Emails with B.Krakauer regarding        3.30 hrs.
                               lender meetings (.2); emails
                               regarding third-party claims (.5);
                               preparation for meeting on
                               third-party claims (1.4);
                               conference call with Law Debenture
                               and Centerbridge counsel (1.2).

09/01/09   N. T. ZINK          Conference with H. Seife, D. LeMay      2.30 hrs.
                               and D. Deutsch re AlixPartners'
                               solvency analyses, third party
                               claim, and agenda for next
                               Committee meeting (.4); conference
                               with C. Rivera re related defense
                               issue (.2); review related cases
                               and research materials (.8);
                               review VRC May, 2007 Solvency
                               Report (.4); review Duff & Phelps
                               March, 2007 Solvency Report (.4);
                               email B. Dye re Credit Agreement
                               financial covenants (.1).

09/01/09   N. T. ZINK          Review and revise memoranda for        1.20 hrs.
                               supplementation to report to
                               committee (1.2).

09/01/09   R. A. SCHWINGER     TC with Marc Hauser re Zell/EGI et      1.90 hrs.
                               al. re: e-mail production (0.3)
                               and prepare e-mail summary re same
                               (0.3); e-mails re JPM "deal team"
                               inclusion in e-mail custodians
                               searched (0.8); review, comment
                               upon draft discovery request to
                               S&P (.5).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| 09/01/09 | F. VAZQUEZ | Emails to/from Zink re discovery status (.1); Email to/from Rath re S&P discovery (.1); email to/from Nellos re discovery chart (.1); review S&P discovery request (.2); review Butcher's plan re Morgan Stanley discovery (.1); email to/from Nellos re Morgan Stanley (.1); email to/from Schwinger re S&P discovery (.1); email to/from Rath re correction to S&P discovery (.1). | 0.90 hrs. |
|---|---|---|---|
| 09/01/09 | C. L. RIVERA | Meeting with T. Zink re: settlement payment issue (0.4); confer with B. Dye re: related research needed under 546 (0.4); reviewing cases and legislative history (5.7) and drafting analysis of each circuit view of 546 issue (0.5). | 7.00 hrs. |
| 09/01/09 | D. M. LeMAY | Conference call w/ZS to prepare for call with counsel for Centerbridge and Law Debenture (.6). Participate in call w/counsel for Centerbridge and Law Debenture (1.1).  Follow up with R. Schwinger re: materials to be prepared (.1). | 1.80 hrs. |
| 09/01/09 | A. K. NELLOS | Discuss confidentiality issues with L. Moloney (.4); Review progress of reviewers (.5) and assign documents to reviewers (.8); review materials related to Debtor officer interview (per request of C. Rivera and M. Ashley) (7.7). | 9.40 hrs. |
| 09/01/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (3.8 hrs).  Meeting with A Nellos re review of printed second level "hot" documents (1.0) | 4.80 hrs. |
| 09/01/09 | M. D. ASHLEY | E-mails regarding discovery efforts (.3) and reviewed related materials (.4); reviewed materials regarding Debtor officer interview (.4). | 1.10 hrs. |

| 09/01/09 | G. BRADSHAW | Online review of documents produced in connection investigation with ESOP transaction (.6). | 0.60 hrs. |
|---|---|---|---|
| 09/01/09 | B. SCHUBECK | Search for A. Nellos for certain Goldman Sachs article. | 1.40 hrs. |
| 09/01/09 | W. BAKARE | Review and chronologized second tier hot documents at the request of A. Nellos. | 1.50 hrs. |
| 09/01/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.70 hrs. |
| 09/01/09 | P. SILBERMAN | On-line review of produced documents in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 09/01/09 | B. DYE | Review the BAPCA issue for C. Rivera (.6); reviewing caselaw in the abandonment memo for C. Rivera (2.3); reviewing and revising abandonment memo for the Second Report (2.6). | 5.50 hrs. |
| 09/01/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
| 09/01/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.00 hrs. |
| 09/01/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.50 hrs. |
| 09/01/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.10 hrs. |
| 09/01/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 09/01/09 | J. B. PORTER | Online review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 09/02/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 09/02/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 09/02/09 | Y. YOO | Researched issue re: Rule 2004 Examinations issue (3.8); attended meetings with Douglas Deutsch re: same (.2); corresponded by email with Douglas Deutsch re: same (.2). | 4.20 hrs. |
| 09/02/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.10 hrs. |
| 09/02/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.50 hrs. |
| 09/02/09 | B. DYE | Meeting with T. Zink and C. Rivera re: next steps (.7 ); Summarizing financial covenants in Credit Agreement for T. Zink (3.1); online review of documents produced in connection with ESOP transactions (2.5). | 6.30 hrs. |
| 09/02/09 | P. SILBERMAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 09/02/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |
| 09/02/09 | L. F. MOLONEY | Compiled documents obtained from Tribune on-line data-room and prepared media for loading onto Relativity database (1.3); Correspondence and t/c with P. Kelley re. additional documents (.2). | 1.50 hrs. |
| 09/02/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            October 23, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    5


| | | | |
|---|---|---|---|
| 09/02/09 | B. SCHUBECK | Research on certain Goldman Sachs report. | 0.70 hrs. |
| 09/02/09 | G. BRADSHAW | Online review of documents produced in connection with investigation of ESOP transaction (1.2); reviewed second-step working group list for discoverable email addresses (.2). | 1.40 hrs. |
| 09/02/09 | M. D. ASHLEY | Prepared for meetings regarding discovery and third-party claims (1.2); team meeting regarding status of discovery efforts (1.0); team meeting regarding potential third-party claims (1.2); e-mails regarding discovery efforts (.3); reviewed materials regarding discovery efforts (.2); telephone call with A. Goldfarb (Zuckerman Spaeder) regarding discovery efforts (.2); reviewed materials regarding Debtor officer interview (.3). | 4.40 hrs. |
| 09/02/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (4.2). | 4.20 hrs. |
| 09/02/09 | A. K. NELLOS | Meeting with H. Seife, R. Schwinger, T. Zink, and M. Ashley regarding discovery (1.0); update discovery memorandum and related information for other firms related to status of discovery as to all parties (3.2); Review progress of document review (.9) and assign additional documents to first and second tier reviewers (1.0); exchange e-mails with review team regarding certain inquiries following discovery meeting (.7); Finalize review of materials of Debtor officer related to interview next week (2.1). | 8.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     October 23, 2009
                                                     Invoice ******
                                                     Page    6

| 09/02/09 | D. E. DEUTSCH | Participate in meeting with Debtors and JPM re: next steps on certain discovery issues (.9); research and work on drafting of objection to 2004 motion (5.2). | 6.10 hrs. |
|---|---|---|---|
| 09/02/09 | D. M. LeMAY | Prepare for (.6) and attend C&P working meeting re: Third Party claims (1.1). E-mail R. Schwinger re: materials to be produced for Law Debenture (.2). Participate in conference call w/Debtors and Davis Polk concerning Rule 2004 issues (.8). Work on response to Law Debenture Rule 2004 motion (1.1). | 3.80 hrs. |
| 09/02/09 | C. L. RIVERA | Finalize analysis/write-up of case law on settlement payment, possible challenges (1.1); preparation for (0.2) and meeting with T. Zink re: governing case law/challenge to settlement payment (0.7); meeting with H. Seife, T. Zink, D. LeMay and M. Ashley re: analysis of third party claims (1.0); confer with A. Nellos re: documents for Debtor officer interview (0.2); meeting with T. Zink and B. Dye re: next steps in analysis, tasks (0.6); confer with B. Dye re: same (0.3). | 4.10 hrs. |
| 09/02/09 | F. VAZQUEZ | Emails to and from Nellos re discovery chart. | 0.10 hrs. |
| 09/02/09 | R. A. SCHWINGER | Follow-up on Foundations' production (0.3); reviewing statistics re current status of document review (0.2) and meeting with A. Nellos re same (0.3); meetings, e-mails with A. Nellos re preparing discovery summary for Law Debenture Trust (0.3); e-mails to Joel Feuer re Rustic Canyon confidentiality agreement and status of Chandler directors' production (0.3); e-mail to Charles Smith re anticipated completion date for GreatBanc/TESOP production (0.1); review latest e-mail fron Sharon | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7

 

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Katz re e-mail custodians searched (0.2) and meetings with A. Nellos re follow-up to same (0.2).                                                                                                                                                                                                                                                                                                                                                                                                |            |
| 09/02/09   | R. A. SCHWINGER | Status meeting on discovery activity with H. Seife, T. Zink, M. Ashley, A. Nellos (0.9); revising/updating working draft of report to Committee on status of discovery (2.7); TC with Mike Sweeney re open discovery issues as to Debtors (0.4) and e-mail summary re same (0.4); TC with Vince Herron re Houlihan discovery issues (0.2); e-mails with Andrew Goldfarb re various ZS coordination matters (0.6); e-mails with Joe Drayton re status of next installment of MLCC production (0.3). | 5.50 hrs.  |
| 09/02/09   | N. T. ZINK      | Review potential claims against third parties arising out of prepetition financing (.6); further review of settlement payment defense and 2006 amendments to Bankruptcy Code (.8); review UFTA and UFCA issues (.4); phone conference with Zul Jamal of Moelis re valuation and solvency issues (.6); conference with H. Seife, B. Schwinger re status of discovery issues (.5); conference with H. Seife, D. LeMay, C. Rivera re status of research projects (.4).                                | 3.30 hrs.  |
| 09/02/09   | N. T. ZINK      | Review settlement payment issue (.2); meeting with C&P team re: status of discovery (1.0); meeting with C&P team re: claims against third parties (1.1); meeting with H. Seife re claims against third-parties (.6); email to H. Seife and D. LeMay re discussion with B. Krakauer re claims against third parties (.1);                                                                                                                                                                          | 3.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     8

| | | | |
|---|---|---|---|
| 09/02/09 | H. SEIFE | Meeting with T.Zink, B.Schwinger and C&P team regarding discovery status (.9); conference with T.Zink regarding third party claims (.7); preparation of response to 2004/examiner motion (2.20). | 3.80 hrs. |
| 09/02/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.30). | 0.30 hrs. |
| 09/02/09 | M. IACOPELLI | Review and chronologized second tier hot documents at the request of A. Nellos (1.4); prepare analysis of hot documents (2.6); prepare summary materials on Valuation reports prepared by Navigant (2.8). | 6.80 hrs. |
| 09/03/09 | M. IACOPELLI | Review and processed correspondence produced in connection with investigation. | 0.50 hrs. |
| 09/03/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.10). | 0.10 hrs. |
| 09/03/09 | H. SEIFE | Conference call with B.Krakauer regarding third party claims (.5); review of draft summary discovery memo (.6); meeting with AlixPartners, Zuckerman and Moelis regarding solvency issues (2.8); review of solvency materials (2.1). | 6.00 hrs. |
| 09/03/09 | N. T. ZINK | Conference with Alix Partners and Zuckerman Spaeder re solvency analyses (2.8); review potential third-party claims arising out of prepetition financing (1.0); phone conference with H. Seife, B. Krakauer and J. Bendernagel re third party claims (1.2); review documents for use at due diligence session with Debtor officer (1.4); research section 546 issue (.6); email with C. Rivera re section 546 issue (.2). | 7.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


| 09/03/09 | R. A. SCHWINGER | Prepare discovery summary for use with Kasowitz firm (0.9); e-mails with Joe Drayton re status of MLCC document production (0.3); e-mails with Sharon Katz re JPM e-mail files to be searched (0.4). | 1.60 hrs. |
|---|---|---|---|
| 09/03/09 | C. L. RIVERA | Updating chart re: possible causes of actions and related analysis (0.8); research re: related LBO avoidance action (0.2); reviewing case law re: possible state law fraudulent conveyance claims, interplay with trustee/544 rights (2.3); confer with B. Dye re: business judgment research (0.2); research re: possible creditors' trust option to pursue private actions (0.9). | 4.40 hrs. |
| 09/03/09 | D. M. LeMAY | Participate in meetings w/AlixPartners, ZS, Chadbourne and Moelis re: LBO solvency analysis. | 2.60 hrs. |
| 09/03/09 | A. K. NELLOS | Speak with R. Schwinger regarding discovery issues (.5); speak with L. Moloney regarding confidentiality designation changes and other production issues (.8); send various e-mails inquiries to first-tier reviewers regarding documents to be reviewed (.4); review/synthesize responses received (.7); review progress of document reviewers and assign additional documents to be reviewed (2.4); Draft letter to Merrill Lynch's counsel regarding disk (.5); Speak to various reviewers (Grimaldi, Aryani and F. Perkins ) regarding issues to search in Relativity per request of M. Ashley and T. Zink (.8 ); follow up on various issues requested by M. Ashley (.7). | 6.80 hrs. |
| 09/03/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (4.0 hrs). Review and exchange e-mails and phone calls with A Nellos re specific document | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE October 23, 2009
435 N. MICHIGAN AVENUE Invoice ******
CHICAGO, IL 60611 Page    10

|  |  |  |  |
|---|---|---|---|
|  |  | requests (0.4). |  |
| 09/03/09 | M. D. ASHLEY | Meeting with Chadbourne team, Zuckerman Spaeder, AlixPartners, and Moelis regarding solvency analysis (2.6); reviewed materials regarding solvency analysis (.8); meeting with H. Seife, T. Zink regarding potential third-party claims (.4); conference call with H. Seife, T. Zink, Sidley Austin regarding potential third-party claims (.8); reviewed materials regarding potential third-party claims (.6); reviewed materials regarding discovery efforts (.3); reviewed materials regarding Debtor officer interview (.5). | 6.00 hrs. |
| 09/03/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.90 hrs. |
| 09/03/09 | L. F. MOLONEY | Reviewed and prepared media and uploading additional documents to Relativity database (.7); Correspondence and t/c with P. Kelley and M. Isbrecht at Complete Document Source re. parameters for loading new documents, replacement of certain documents (.4). | 1.10 hrs. |
| 09/03/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 09/03/09 | B. DYE | Reviewing and drafting memos summarizing case law on the business judgment rule for C. Rivera (8.2); email communication with A. Nellos regarding online review of documents produced in connection with ESOP transaction (.2); updating list of potential defendants to fraudulent conveyance (1.3); searching for lender's counsel during ESOP transactions (1.4); research ruling that could affect Tribune fraudulent conveyance claim (.7). | 11.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11


| 09/03/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 12.00 hrs. |
| 09/03/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.20 hrs. |
| 09/03/09 | Y. YOO | Corresponded by email with Alexandra Nellos re: progress on ESOP document review (.1). | 0.10 hrs. |
| 09/03/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 09/03/09 | J. B. PORTER | Online review of documents produced in connection with investigation of ESOP transaction. | 3.40 hrs. |
| 09/04/09 | J. B. PORTER | Online review of documents produced in connectin with investigation of ESOP transaction. | 4.00 hrs. |
| 09/04/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 09/04/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.20 hrs. |
| 09/04/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 09/04/09 | J. NOBLE | Online review of documents produced in connection w/ investigation of ESOP transaction. | 0.80 hrs. |
| 09/04/09 | B. DYE | Meeting with T. Zink and C. Rivera re: research issues (.8); drafting and revising memos on fiduciary duties (4.3); researching case law on the Revlon standards and fiduciary duties (1.4). | 6.50 hrs. |
| 09/04/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   12


| 09/04/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction (5.3); compiled running list of interested parties from each participating entity in the ESOP transaction (1.5). | 6.80 hrs. |

| 09/04/09 | B. SCHUBECK | Research Goldman Sachs report for A.Nellos. | 0.30 hrs. |

| 09/04/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer interview (1.2); reviewed materials regarding discovery efforts (.7); review emails regarding ESOP transaction investigation (.7). | 2.60 hrs. |

| 09/04/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (5.1). | 5.10 hrs. |

| 09/04/09 | A. K. NELLOS | Review progress of document review and assign additional documents to first and second-tier reviewers (2.5); speak with L. Moloney regarding Relativity and related issues (.8); Update materials regarding production of documents (.6); Review information from reviewers related to materials for Debtor officer interview (.7); speak with L. Aryani and E. Grimaldi regarding search issues (.5); Work on update to discovery information for Committee meeting (.3); Review materials related to upcoming depositions (2.0). | 7.40 hrs. |

| 09/04/09 | D. E. DEUTSCH | Review old discovery memorandum (.3) and e-mail Ali Nellos and Bob Schwinger re: updating and changing same for next week's Committee meeting (.3); Calls and e-mails with Matt McGuire re: 2004 matters, including scheduling issues (.4); e-mail C&P team re: court hearing dates related to same (.2); call with Bryan Krakauer re: 2004 matters (.2); exchange additional related | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   13

|  |  |  |  |
|---|---|---|---|
|  |  | e-mails with C&P team and Sidley team re: 2004 issues (.3); research and respond to inquiry from Marc Ashley re: discovery issue (.4). |  |
| 09/04/09 | C. L. RIVERA | Meeting with T. Zink and B. Dye re: various research issues (0.7); confer with B. Dye re: business judgment memos (0.2); review cases re: 544/546 issue (0.3); confer with A. Nellos re: documents for interview (0.1) and reviewing same (0.6); confer with paralegal re: preparation of documents (0.1). | 2.00 hrs. |
| 09/04/09 | F. VAZQUEZ | Email to/from Deutsch and Nellos re next week's committee meeting and discovery memo. | 0.20 hrs. |
| 09/04/09 | N. T. ZINK | Emails with M. Ashley re Law Debenture 2004 issue (.2); | 0.20 hrs. |
| 09/04/09 | N. T. ZINK | Review AlixPartner solvency work (.5); review Duff & Phelps solvency analyses (.5); review VRC solvency analyses (.6); review section 554 and 546 issues (.6). | 2.20 hrs. |
| 09/04/09 | H. SEIFE | Review of AlixPartners presentation. | 2.20 hrs. |
| 09/04/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issue (.20). | 0.20 hrs. |
| 09/04/09 | M. IACOPELLI | Research Relativity for documents for Debtor officer interview as requested by A. Nellos (1.8); prepare two sets of Debtor officer documents (5.0). | 6.80 hrs. |
| 09/05/09 | A. K. NELLOS | Review progress of document reviewers and assign additional documents (1.7); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.8). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| 09/05/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.80 hrs. |
| 09/05/09 | B. DYE | Online review of documents produced in connection with the ESOP transactions | 4.00 hrs. |
| 09/05/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 09/05/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.50 hrs. |
| 09/05/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs. |
| 09/06/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 09/06/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 09/06/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.00 hrs. |
| 09/06/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 09/06/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |
| 09/06/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 09/06/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer and ESOP transaction investigation (.8). | 0.80 hrs. |
| 09/06/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   15

| 09/07/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.7); Review documents relating to approvals from banks per request of M. Ashley (2.4). | 4.10 hrs. |
|---|---|---|---|
| 09/07/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation (.8). | 0.80 hrs. |
| 09/07/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 09/07/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction (1.7); compiled running list of interested parties from each participating entity in the ESOP transaction (.8). | 2.50 hrs. |
| 09/07/09 | H. SEIFE | Emails with G.Bush (.5) and email D.LeMay regarding Law Debenture (.3). | 0.80 hrs. |
| 09/07/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 09/07/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 09/07/09 | B. DYE | Online review of documents produced in connection with ESOP transactions | 2.50 hrs. |
| 09/07/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |
| 09/07/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 09/08/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   16

| | | | |
|---|---|---|---|
| 09/08/09 | M. S. TOWERS | Performed legal research on uniform fraudulent transfer act and uniform fraudulent conveyance act remedies and statutes of limitation (.5). | 0.50 hrs. |
| 09/08/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.50 hrs. |
| 09/08/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 09/08/09 | P. SILBERMAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 09/08/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 7.40 hrs. |
| 09/08/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 09/08/09 | B. DYE | Review and revise business judgment rule memo for C. Rivera (.8); online review of documents produced in connection with ESOP transaction (1.6); researching guidelines (2.8); researching and summarizing case law on business judgment rule for C. Rivera (5.0) | 10.20 hrs. |
| 09/08/09 | H. SEIFE | Review of 2004 research (1.1); review of draft common interest agreement (.5). | 1.60 hrs. |
| 09/08/09 | M. IACOPELLI | Prepare materials on Debtor officer (3.8); research Relativity additional VRC and TRB projections and included in the document set. (1.8); Review VRC confidentiality agreement and prepared e-mail to M. Ashley and A. Nellos re sharing confidential documents (.6); Review correspondence and prepared e-mail to M. Ashley re VRC letters and confidential issues (.6). | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17


| | | | |
|---|---|---|---|
| 09/08/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.20). | 0.20 hrs. |
| 09/08/09 | N. T. ZINK | Review documents assembled for Debtor officer due diligence meeting (1.6); review confidentiality issue and emails of M. Ashley re same (.2); preparation for Debtor officer due diligence meeting (2.1); prepare for September 10 committee meeting (.9); further review of solvency analyses and related documents (2.4). | 7.20 hrs. |
| 09/08/09 | F. VAZQUEZ | Email to/from C. Rivera re: Centerbridge and Law Debenture issue (.1); Review documentation summarizing discovery status (.4); email to/from Deutsch re discovery chart (.1); email to/from Nellos re discovery memorandum & discovery chart (.1); email to/from Deutsch re pro se filing against McCormick (.1); review pro se filing againt McCormick (.2). | 1.00 hrs. |
| 09/08/09 | C. L. RIVERA | Researching possible flaws to creditors' trust option (3.2) and drafting/analysis re: same for related memorandum (2.8); meeting with T. Zink re: same (0.2); confer with B. Dye re; business judgment research and related issues (0.3); research re: plan release language (0.4). | 6.90 hrs. |
| 09/08/09 | D. M. LeMAY | Review and comment on draft Stipulated Order settling Law Debenture 2004 Motion (1.2). Review and comment on draft memo re: discovery issues (0.6). | 1.80 hrs. |
| 09/08/09 | R. A. SCHWINGER | Updating report to committee on discovery status (0.7); updating discovery status summary chart for Kasowitz/Akin and sending same to ZS (0.5); review e-mail from Michael Pullos re D&P document production issues (0.4) and prepare response to same (0.4); | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   18

|  |  |  |  |
|---|---|---|---|
|  |  | e-mails re status of open issues as to Miles White, Rustic Canyon Partners, Navigant (0.4); review M. Ashley e-mails re confidentiality issues re documents for Debtor officer interview (0.3) and meeting with M. Ashley re possible solutions (0.4); e-mails with L. Moloney, Marc Hauser re Zell/EGI e-mail production technical specs (0.4). |  |
| 09/08/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 09/08/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 09/08/09 | M. D. ASHLEY | Reviewed materials relating to discovery regarding ESOP transaction investigation (2.4); reviewed materials regarding Debtor officer interview (1.7); conference with R.Schwinger re: same (.4). | 4.50 hrs. |
| 09/08/09 | A. K. NELLOS | Prepare updates to discovery memorandum and related charts (2.4); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.1). | 3.50 hrs. |
| 09/08/09 | D. E. DEUTSCH | Review research memo on 2004 examination issue (.6); e-mail David LeMay on same (.1); review materials and work on analysis related to discovery issue (2.4); review draft discovery memorandum for Committee and request additional inserts for same (.4); exchange e-mails with Kevin Lantry (.2) and Adam Landis re: 2004 motion hearing matters (.2). | 3.90 hrs. |
| 09/09/09 | D. E. DEUTSCH | Review and edit draft memorandum to Committee re: discovery progress (1.1); continue drafting of insert on memorandum to Committee re: discovery issue | 3.10 hrs. |

|            |                  | (2.0).                                                                                                                                                                                                                                                                                                    |             |
|------------|------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
| 09/09/09   | A. K. NELLOS     | Online review and comparison of documents related to the ESOP transaction (1.0); review documents relating to approvals from banks per request of M.Ashley (1.5).                                                                                                                                           | 2.50 hrs.   |
| 09/09/09   | E. M. MILLER     | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                  | 3.50 hrs.   |
| 09/09/09   | M. D. ASHLEY     | Conference call with T. Zink, Zuckerman Spaeder regarding Debtor officer interview (.6); reviewed materials regarding Bigelow interview (3.8); reviewed materials relating to discovery regarding ESOP transaction investigation (1.2); review emails regarding status of ESOP transaction investigation (.6). | 6.20 hrs.   |
| 09/09/09   | E. GRIMALDI      | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                                                                                                                                                                 | 4.00 hrs.   |
| 09/09/09   | R. A. SCHWINGER  | Conference with M. Ashley re handling of confidential documents i/a/w Debtor officer interview (0.4); e-mails re status of document production/gathering by various parties (0.4).                                                                                                                           | 0.80 hrs.   |
| 09/09/09   | C. L. RIVERA     | Confer with J. Gold re: fee research (0.3); reviewing memorandum re: same (0.6); meeting with T. Zink and B. Dye re: open tasks/research and strategy/status update (0.8); confer with K. Zafran re: VRC engagement letter (0.2); reviewing same and analysis re: cap issue (0.4); reviewing correspondence in connection with updating chart with causes of action (0.4). | 2.70 hrs.   |