TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   20

| | | | |
|---|---|---|---|
| 09/09/09 | F. VAZQUEZ | Email to/from Nellos re discovery chart (.2); Second tier review of documents produced in connection w/prepetition investigation (2.7); email to Schwinger re Fitzsimmons & Butcher discovery (.1); email to Deutsch re petition and discovery memorandum (.1). | 3.10 hrs. |
| 09/09/09 | F. VAZQUEZ | Conf w/Deutsch re memo summarizing discovery (.1); review & revise memo re discovery (1.8); review & revise chart summarizing discovery (.3); conf w/Porter re posting memo re discovery (.1). | 2.30 hrs. |
| 09/09/09 | N. T. ZINK | Review solvency analyses (.5); prepare for September 10 committee meeting (.8); review section 546 research (.6); review section 554 issue (.6); review documents in anticipation of due diligence session with Debtor officer (1.2); phone conference with J. Sottile and G. Bush of Zuckerman Spaeder and M. Ashley re ground rules for meeting with Debtor officer (.5); further review of documents in anticipation of meeting with Debtor officer (.8); conference with J. Gold re first tier document review (.2); review second tier documents for relevancy to investigation (1.2) | 6.40 hrs. |
| 09/09/09 | H. SEIFE | Conference with T.Zink (.3); prepare for due diligence meeting with Debtor (2.1); review of draft discovery memo (.5); review of AlixPartners draft Committee presentation (1.5). | 4.40 hrs. |
| 09/09/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.20). | 0.20 hrs. |
| 09/09/09 | M. IACOPELLI | Summarize and e-mail to M. Ashley listing various parties that produced certain documents for Debtor officer interview (.8); Reviewed confidentiality agreements for the parties other | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

|          |              |  |  |
|----------|--------------|--|--|
|          |              | than VRC and JPMorgan and prepared and e-mail re: provisions of the "Confidential" documents (1.8); prepared e-mail to M. Ashley re: provisions on "Highly Confidential" documents (1.6); Research on Relativity to locate documents from the Debtors' production to use at the Debtor officer interview as per M. Ashley (2.6). | |
| 09/09/09 | B. DYE       | Revising chart of potential defendants to fraudulent conveyance claims (.7); meeting with T. Zink and C. Rivera to discuss status of research on fraudulent transfer claims (1.0); researching case law that cites to VRC (1.6); reviewing and summarizing all VRC case law (1.8); online review of documents produced in connection with ESOP transactions (2.5). | 7.60 hrs. |
| 09/09/09 | J. GOLD      | Researched and draft memorandum of law on the feasibility of avoiding or circumventing limitation of liability provision in valuation company's service agreement. | 3.30 hrs. |
| 09/09/09 | J. GOLD      | Meet with T.Zink re: ESOP document discovery (.2); review of Interim Committee Report re: background on ESOP transaction for purposes of online document examination (2.2). | 2.40 hrs. |
| 09/09/09 | L. ARYANI    | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.30 hrs. |
| 09/09/09 | L. F. MOLONEY | Reviewed and prepared media with documents for loading into Relativity database (1.2); Correspondence and discussions with P. Kelley at Complete Document Source re.  adding additional documents and providing access to Zuckerman team (.5). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    22


| 09/09/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |
|---|---|---|---|
| 09/09/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.20 hrs. |
| 09/09/09 | Y. YOO | Corresponded by email with Alexandra Nellos re: responsiveness of JPMorgan's production of documents produced in connection with investigation of ESOP Transaction (.3). | 0.30 hrs. |
| 09/09/09 | J. B. PORTER | Drafted posting to Committee re discovery memorandum. | 0.40 hrs. |
| 09/09/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 09/09/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 09/10/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 09/10/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.20 hrs. |
| 09/10/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.60 hrs. |
| 09/10/09 | L. F. MOLONEY | Reviewed and prepared media with documents for loading into Relativity database (1.1); Correspondence and discussions with A. Nellos re. loading of new documents (.8); Reviewed original discs, checking for missing tiff files not appearing in Relativity database (.4); T/C and correspondence with P. Kelley at Complete Document Source re. adding additional documents and resolving issues with missing images (.4). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  
435 N. MICHIGAN AVENUE  
CHICAGO, IL 60611

October 23, 2009  
Invoice ******  
Page   23

| | | | |
|---|---|---|---|
| 09/10/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction (7.2); compiled running list of interested parties from each participating entity in the ESOP transaction (2.5). | 9.70 hrs. |
| 09/10/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |
| 09/10/09 | J. GOLD | Begin drafting memo on legal issue in response to Law Debenture's 2004 motion. | 1.90 hrs. |
| 09/10/09 | J. GOLD | Research law on logel issue raised in Law Debenture's 2004 motion. | 2.40 hrs. |
| 09/10/09 | J. GOLD | Review case-file and background of ESOP investigation in connection with document review (.5); on-line review of Citi documents produced in connection with investigation of ESOP transaction (.3). | 0.80 hrs. |
| 09/10/09 | B. DYE | Reading and summarizing certain valuation case law (3.6); online review of documents provided in connection with ESOP transactions (3.2); researching regarding jurisdiction and conflict of law regarding state law fraudulent conveyance claims (2.4). | 9.20 hrs. |
| 09/10/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.40 hrs. |
| 09/10/09 | M. IACOPELLI | Prepared e-mail containing electronic copies of various TRB document as requested by M. Ashley (.4). | 0.40 hrs. |
| 09/10/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.20). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   24


09/10/09   N. T. ZINK          Conference with H. Seife , D.            4.70 hrs.
                               LeMay, M. Ashley, B. Bush and J.
                               Sottile re Rule 2004 issues,
                               Debtor officer working session;
                               and preparation for September 17
                               meeting with Lenders re solvency
                               (1.7); phone conference with H.
                               Seife and J. Bendernagel and B.
                               Krakauer of Sidley & Austin re C.
                               Bigelow working session (.8);
                               second level document review (2.2).

09/10/09   H. SEIFE            Review of select documents from         3.40 hrs.
                               production (1.4); conferences with
                               Zuckerman regarding Law Debenture
                               issues and investigation (1.6);
                               telephone conference with DPW
                               regarding discovery (.4).

09/10/09   F. VAZQUEZ         Second tier review of documents         7.40 hrs.
                               produced in connection
                               w/investigation of pre-petition
                               financings (6.8); review
                               AlixPartner's summary of solvency
                               (.3); conf w/Porter re discovery
                               memo (.1); email to/from Deutsch
                               re pro se litigation (.1); email
                               to Zink re Merrill discovery (.1).

09/10/09   D. M. LeMAY        Meeting w/ZS and Moelis re:             0.90 hrs.
                               Solvency analysis (0.6).
                               Conference call w/S. Katz at DPW
                               regarding discovery (0.3).

09/10/09   R. A. SCHWINGER    E-mails re Houlihan Lokey document      2.70 hrs.
                               production (0.3); meeting with A.
                               Nellos re document review status
                               (0.6); reviewing confidentiality
                               agreements re use of documents
                               with Tribune personnel (0.5);
                               reviewing status of list of
                               discovery issues previously
                               prepared by ZS and plan next steps
                               re same as to specific parties
                               (1.3).

09/10/09   M. D. ASHLEY       Team meeting with Zuckerman             6.50 hrs.
                               Spaeder regarding status of ESOP
                               transaction investigation (1.2);
                               reviewed materials regarding
                               discovery efforts (.3); reviewed
                               materials regarding interview of

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   25

|  |  |  |  |
|---|---|---|---|
|  |  | Debtor officer (4.6); review e-mails regarding interview of Debtor officer (.4). |  |
| 09/10/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |
| 09/10/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (5.6).  Brief meeting and exchange of e-mails with A Nellos and M Ashley re gathering documents for VRC witness preparation (0.2). | 5.80 hrs. |
| 09/10/09 | A. K. NELLOS | Review progress of document reviewers (.8) and assign new documents (1.2); e-mail reviewers (collectively) regarding status of review (1.0); meeting with J.Gold re: background of ESOP investigation and document review (.4); Review online database and follow up with document reviewers related to questions from M. Ashley (2.6); Prepare summary of deposition of Debtor officer (.9); Oversee compilation/preparation of materials related to interview of Debtor officer (1.7); Review various e-mails related to discovery developments (1.4); Speak with L. Moloney regarding document issues (.5 ); Speak with R. Schwinger regarding discovery issues (.3). | 10.80 hrs. |
| 09/10/09 | D. E. DEUTSCH | Edit posting note re: discovery memorandum (.2); e-mail Jason Porter re: additional research on discovery memorandum issue (.2); discuss research on discovery issue with Joshua Gold (.3); review preliminary results related to same (.4) and discuss additional research request (.2). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   26


09/10/09    C. L. RIVERA        Review correspondence from M.        2.60 hrs.
                                Ashley (0.1) and related JPM
                                document re: insolvent status of
                                company post LBO (0.4);
                                correspondence to T. Zink re:
                                solvency calculations (0.1);
                                drafting analysis re: possible
                                state law fraud claims (0.4) and
                                546 defense/validity (1.6).


09/11/09    C. L. RIVERA        Meeting with T. Zink (0.3) and T.    3.70 hrs.
                                Zink and B. Dye re: valuation of
                                guaranty, abandonment issue (0.4);
                                drafting analysis re: settlement
                                payment (0.4); drafting/revising
                                second report (1.1); confer and
                                correspondence with B. Dye re:
                                state law research (.4); revising
                                outline for Debtor officer (0.3)
                                and correspondence with M. Ashley
                                re: same (0.2); On-line review of
                                documents produced in connection
                                with investigation of ESOP
                                transaction (0.6).


09/11/09    D. E. DEUTSCH       Follow-up e-mail to Josh Gold re:    5.40 hrs.
                                research on alleged disclosure
                                requirement (.2); review updated
                                materials on ESOP/LBO
                                investigation (.9); review
                                materials related to 2004 motion
                                (.7); e-mail Zuckerman team re:
                                drafting affidavit for 2004
                                response (.2); begin research and
                                drafting insert for response to
                                document request (3.4).


09/11/09    A. K. NELLOS        Review progress of document        10.20 hrs.
                                reviewers and assign additional
                                documents (1.9);  Send e-mails to
                                reviewers related to discovery
                                follow-up expected for Merrill
                                Lynch, the McCormick Foundation,
                                the Cantigny Foundation, and VRC
                                (.6); Meeting with first-tier
                                reviewers and R. Schwinger
                                regarding background of
                                investigation and document review
                                (.5); Speak to R. Schwinger
                                regarding various discovery issues
                                (.6); Speak/correspond with L.
                                Moloney relating to Relativity

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    27

|   |   |   |   |
|---|---|---|---|
|  |  | isseus (.6); Online review and comparison of documents related to the ESOP transaction (second- tier review) (4.3). Review/finalize materials related to Debtor officer interview (1.7). |  |
| 09/11/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction (2.5). | 3.00 hrs. |
| 09/11/09 | E. M. MILLER | Brief phone call with A Nellos re documents for VRC witness preparation binders (0.2) Review data room for same (1.0) | 1.20 hrs. |
| 09/11/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction (5.5).  Team meeting with B. Schwinger to discuss document review (.5). | 6.00 hrs. |
| 09/11/09 | M. D. ASHLEY | Team meeting regarding potential third-party claims (0.5); reviewed materials regarding potential third-party claims (.5); reviewed materials regarding due diligence session re: Debtor officer (3.0); meeting with H.Seife and T.Zink re: discovery status (.9). | 4.90 hrs. |
| 09/11/09 | G. BRADSHAW | Online review of documents produced in connection with ESOP investigation. | 1.00 hrs. |
| 09/11/09 | R. A. SCHWINGER | Team meeting re document review timetables and workflow throughput requirements (0.5); follow-up meetings with A. Nellos re same (0.4); e-mails re MLCC privileged document (0.3); e-mails to Mike Sweeney, Marc Hauser, Jim Hurst re status of productions (0.4); e-mails to Vince Herron re confidentiality agreement for Houlihan and drafting same (0.6); e-mails with Joel Feuer, Andrew Goldfarb re Rustic Canyon Partners confidentiality agreement (0.5); e-mail to Dan Rath re adding ZS to | 3.00 hrs. |

|            |                  | confidentiality agreements for Citigroup, Morgan Stanley, Goldman Sachs (0.3). | |
|------------|------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 09/11/09   | T. J. MCCORMACK   | Review legal memoranda and background factual information on case, claims, legal standards, etc. (2.2); review potential claims memo (1.2); analyze solvency and reasonably equivalent value issues (1.1); meet with team on status, tasks, etc. (0.8). | 5.30 hrs. |
| 09/11/09   | D. M. LeMAY       | Revise, research and rewrite draft Objection to Law Debenture Rule 2004 motion. | 9.60 hrs. |
| 09/11/09   | F. VAZQUEZ        | Conf w/Zink re Merrill documents (.3); second tier review of documents produced in connection with investigation (1.5); conf w/Dye, Zink & C. Rivera re fraudulent conveyance analysis & guarantor solvency issues (.4); email to/from Schwinger re Merrill documents (.1); email to/from Nellos re Gilmore production (.1). | 2.40 hrs. |
| 09/11/09   | H. SEIFE          | Conference call with DPW (.5); conference call with B.Krakauer regrading due diligence meeting (.8); review of draft memo on insolvency issues (1.6); meeting with T.Zink and M.Ashley regarding discovery status (1.0). | 3.90 hrs. |
| 09/11/09   | N. T. ZINK        | Prepare for due diligence meeting re Debtor officer interview (.8); review documents to be used in Debtor officer due diligence meeting (1.3); prepare for meeting with H. Seife and M. Ashley re discovery and investigation status (.4); meeting with H. Seife and M. Ashley re discovery and investigation status (1.0); review and revise memoranda for supplement to report to committee (1.8). | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             October 23, 2009
435 N. MICHIGAN AVENUE                                    Invoice ******
CHICAGO, IL 60611                                         Page    29


| 09/11/09 | N. T. ZINK | Review and revise memorandum re possible abandonment of state fraudulent transfer actions to creditors for post--confirmation pursuit (.8); conference with C. Rivera re abandonment issue and settlement payment defense issues (.4); phone conference with M. Ashley re content of working session in connection with Debtor officer interview (.2); | 1.40 hrs. |

| 09/11/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.20). | 0.20 hrs. |

| 09/11/09 | M. IACOPELLI | Research Relativity and compiled a master set of documents for use at deposition of Debtor officer as per M. Ashley (5.2); prepared three set of same for T. Zink and M. Ashley and "Hot" documents binders. | 8.40 hrs. |

| 09/11/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.50 hrs. |

| 09/11/09 | B. DYE | Researching jurisdiction and conflict of law issue for state law fraudulent conveyance claim for T. Zink and C. Rivera (5.9); meeting with R. Schwinger and A. Nellos to discuss progress in connection with review of documents in connection with ESOP transactions (.5); meeting with T. Zink and C. Rivera regarding status of fraudulent conveyance research (.5) | 6.90 hrs. |

| 09/11/09 | J. GOLD | Research law on conflicts disclosure requirements (3.0) and prepare memo on same (1.6). | 4.60 hrs. |

| 09/11/09 | J. NOBLE | Conf. w/ B. Schwinger, A. Nellos, and document review team re: document review status. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   30

| 09/11/09 | J. GOLD | Meeting with A. Nellos and R. Schwinger re. document analysis and review | 0.50 hrs. |
|---|---|---|---|
| 09/11/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.30 hrs. |
| 09/11/09 | E. GRIMALDI | Meeting with A.Nellos regarding background of ESOP investigation and document review. | 0.70 hrs. |
| 09/11/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (8); Meeting with A. Nellos re: on-line review of documents (.5); | 8.50 hrs. |
| 09/11/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (1); attended meeting with Robert Schwinger and Alexandra Nellos re: status of same (.6). | 1.60 hrs. |
| 09/11/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (6.7); reviewer meeting with A. Nellos and B. Schwinger (.5). | 7.20 hrs. |
| 09/11/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 09/11/09 | J. P. NARVAEZ | Meeting with B. Schwinger and team re: status of document review. | 0.50 hrs. |
| 09/11/09 | M. S. TOWERS | Conference with team re: review of documents in connection with ESOP/LBO transaction | 0.60 hrs. |
| 09/12/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |
| 09/12/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   31


| 09/12/09 | Y. YOO | Researched issue re: creditors' committee authority in response to 2004 motion allegation (2). | 2.00 hrs. |
|---|---|---|---|
| 09/12/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 10.50 hrs. |
| 09/12/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 09/12/09 | J. GOLD | Online review of documents produced by Citi in connection with ESOP investigation. | 2.00 hrs. |
| 09/12/09 | B. DYE | Responding to A. Nellos's request for information from online review of documents produced in connection with the ESOP transactions | 0.40 hrs. |
| 09/12/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 09/12/09 | N. T. ZINK | Review H. Seife email re liabilities calculus memorandum (.2); consider appropriate revision to memorandum in light of H. Seife comment (.4). | 0.60 hrs. |
| 09/12/09 | H. SEIFE | Review and revised draft memo on insolvency issues (1.0); email T.Zink regarding same (.3); review DPW letter to Kasowitz (.2). | 1.50 hrs. |
| 09/12/09 | T. J. MCCORMACK | Review of ESOP transaction background and summary of discovery undertaken (0.3). | 0.30 hrs. |
| 09/12/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer due diligence session (1.2). | 1.20 hrs. |
| 09/12/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   32

| | | | |
|---|---|---|---|
| 09/12/09 | A. K. NELLOS | Compile information related to 2004 motion (1.0); Review certain documents with M. Ashley relating to Debtor officer interview (.9); email certain document to Sidley (.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (6.6). | 8.70 hrs. |
| 09/12/09 | D. M. LeMAY | Revise and edit Committee's Response to Law Debenture Rule 2004 Motion. | 3.20 hrs. |
| 09/12/09 | D. E. DEUTSCH | Review e-mails with Committee member re: discovery conflict issue (.2); review JPM letter and other e-mails re: discovery process and related scheduling matters (.3); draft insert for pleading on Law Debenture discovery request (4.1); perform initial Westlaw research related to same (1.4); e-mail Young Yoo re: required additional research (.2); exchange e-mails with Bob Schwinger and Ali Nellos re: requested data for pleading (.3). | 6.50 hrs. |
| 09/13/09 | C. L. RIVERA | Correspondence (0.2) and telephone conversation with T. Zink re: contingency element (0.3); review merger agreement (0.2); drafting/revising insolvency opinion re: same (0.6). | 1.30 hrs. |
| 09/13/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (4.6). | 4.60 hrs. |
| 09/13/09 | M. D. ASHLEY | Reviewed materials regarding due diligence session with Debtor officer (2.4). | 2.40 hrs. |
| 09/13/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction | 5.90 hrs. |
| 09/13/09 | H. SEIFE | Review and revised Committee response to 2004 motion. | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   33


| 09/13/09 | N. T. ZINK | Review liabilities calculus memorandum (.4); review H. Seife recommendation re memorandum (.4); review Agreement and Plan of Merger (.4); draft revision to memorandum on liabilities calculus (.6); phone conference with C. Rivera re revisions to memorandum (.3). | 2.10 hrs. |
| 09/13/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.00 hrs. |
| 09/13/09 | B. DYE | Online review of documents produced in connection with ESOP investigation. | 3.80 hrs. |
| 09/13/09 | J. GOLD | Online review of documents produced by Citi in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 09/13/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.60 hrs. |
| 09/13/09 | Y. YOO | Continued researching re: creditors' committee authority issue in response to 2004 motion assertion. | 3.50 hrs. |
| 09/13/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 09/13/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.00 hrs. |
| 09/14/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.70 hrs. |
| 09/14/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (2.5). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     October 23, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   34

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/14/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.00 hrs. |
| 09/14/09 | Y. YOO | Continued researching issue re: authority in response to 2004 motion assertion (7.8); corresponded by email with Douglas Deutsch re: same (.7); cite-checked Response and Partial Objection to Law Debenture Trust's Motion to Conduct Discovery Under Rule 2004 (.4). | 8.90 hrs. |
| 09/14/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.50 hrs. |
| 09/14/09 | J. GOLD | Online review of documents produced by CITI in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 09/14/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |
| 09/14/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 09/14/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 5.30 hrs. |
| 09/14/09 | B. DYE | Research on contribution for T. Zink and C. Rivera (5.5); meeting with C. Rivera to discuss research (.5); online review of documents produced in connection with ESOP transaction (2.2). | 8.20 hrs. |
| 09/14/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.20). | 0.20 hrs. |
| 09/14/09 | H. SEIFE | Preparation for meeting with Lenders and Debtors (2.5); review and revised Rule 2004 response to motion (2.3); review of draft Zuckerman affidavit (.4); review of outline for due diligence | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    35

|  |  |  |  |
|---|---|---|---|
|  |  | session (1.3). |  |
| 09/14/09 | N. T. ZINK | Review documents relating to solvency analyses in preparation for meeting with AlixPartners (2.8); review documents relating to Leveraged ESOP Transactions in preparation for due diligence meeting with Debtor and advisors (2.8); review and revise memorandum re solvency calculus and appropriate date for measuring insolvency in light of H. Seife comments (1.2); conference with C. Rivera re appropriate date for measuring insolvency (.2). | 7.00 hrs. |
| 09/14/09 | M. IACOPELLI | Review and updated Navigant binders to include Valuation reports for Legacy.Com and WGN Cable Distributers (.4); prepare materials for Debtor office interview (1.6); review and processed recent correspondence produced in connection with investigation (.6). | 2.60 hrs. |
| 09/14/09 | T. J. MCCORMACK | Conferences with team re: legal issues in analyzing solvency (0.7); review legal memoranda on relevant issues re: same (1.2); confer K. Levenberg re: same (0.3). | 2.20 hrs. |
| 09/14/09 | R. A. SCHWINGER | E-mail to D. Deutsch re information for response to Law Debentures Rule 2004 motion (0.2); review proposed revisions to Houlihan Lokey confidentiality agreement and propose further counter-revisions (0.4); arranging for execution of Houlihan Lokey confidentiality agreement by all parties (0.4); attention to confidentiality agreement addenda re ZS received from LR&C for execution (0.3); e-mails with Andrew Goldfarb, A. Nellos re inquiries as to MLCC's document production (0.6). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   36

| 09/14/09 | F. VAZQUEZ | Conf w/Zink & C. Rivera re merger agreement issues (.4); second tier review of documents produced in connection w/investigation of pre-petition financing (1.0); review case law re collapsing doctrine (3.3). | 4.70 hrs. |
|---|---|---|---|
| 09/14/09 | F. VAZQUEZ | Review memo re guarantor issues. | 0.20 hrs. |
| 09/14/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 09/14/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer due diligence session (3.8); reviewed and revised due diligence session outline (2.6). | 6.40 hrs. |
| 09/14/09 | A. K. NELLOS | Review progress of document reviewers (.8); assign additional documents to first and second-tier reviewers (1.1); Coordinate with L. Moloney regarding document issues (.5); Review correspondence related to discovery (.5); Review additional materials related to Debtor officer interview per request of M. Ashley (1.4); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.5). | 5.80 hrs. |
| 09/14/09 | C. L. RIVERA | Meeting with B. Dye re: solvency analysis/contribution issue (0.5); meeting with T. Zink (0.3) and then with T. Zink and F. Vazquez re: transfer date analysis (0.3); drafting analysis re: merger agreement as operative date (1.2); reviewing updated Debtor officer outline for comment (0.4); revising insolvency calculation memo (0.9); research re: solvency calculation on consolidated versus individual basis (1.8); and call with S. Rivera (0.1) and E. Przybylko re: same (0.2). | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   37


09/14/09   D. M. LeMAY         Further reviewing and revisions to      3.60 hrs.
                               Committee draft response to Law
                               Debenture Rule 2004 Motion.

09/14/09   D. E. DEUTSCH       Review revised version of 2004          5.10 hrs.
                               response and make slight edits to
                               same (.4); e-mail Delaware counsel
                               and special counsel re: additions
                               to same (.2); review and analyze
                               cases for inclusion in 2004
                               response (1.9); exchange e-mails
                               with Zuckerman Spaeder re: 2004
                               response (.2); follow-up research
                               on additional facts to include in
                               2004 response (.4); review
                               Zuckerman affidavit (.2) exchange
                               e-mails on same (.1); draft
                               posting note to Committee re: 2004
                               response (.2); review proposed
                               Zuckerman edits to response and
                               edit same (1.2); discuss same with
                               Zuckerman team (.3).

09/15/09   D. E. DEUTSCH       Exchange e-mails with Zuckerman         1.30 hrs.
                               re: final edits to 2004 response
                               (.5); follow-up research on insert
                               for 2004 motion (.8);

09/15/09   D. M. LeMAY         Further reviewing and revising of       2.30 hrs.
                               Committee response to Law
                               Debenture Rule 2004 Motion (1.6).
                               Several e-mails (0.3) and one t/c
                               w/G. Bush re: same (0.1).  E-mails
                               w/lenders' litigation teams
                               regarding possible settlement of
                               2004 Motion (0.3).

09/15/09   C. L. RIVERA        Meetings with B. Dye re:               2.30 hrs.
                               contribution and consolidation
                               research, findings (0.8); call
                               with K. Levenberg re:
                               consolidation issues (0.1);
                               research in related LBO
                               adversaries re: approach to
                               solvency analysis (0.9); telephone
                               conversation with T. Zink re:
                               contribution research (0.2);
                               reviewing notes and analysis re:
                               same (0.3).

| 09/15/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.5). | 1.50 hrs. |
|---|---|---|---|
| 09/15/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.80 hrs. |
| 09/15/09 | E. M. MILLER | Review Bank of America documents in data room and respond to question from A Nellos (0.8); Review VRC documents in data room and gather documents for VRC witness preparation (2.2). | 3.00 hrs. |
| 09/15/09 | M. D. ASHLEY | Prepared for Debtor officer due diligence session (4.8); meeting with Zuckerman and AlixPartners regarding upcoming meeting with lenders (2.2); attended Debtor officer due diligence session (4.6). | 11.60 hrs. |
| 09/15/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 09/15/09 | N. T. ZINK | Prepare for meeting with B. Den Uyl and M. Rule of Alix Partners re VRC solvency analysis (1.0); preparation for September 17 meeting with counsel for JPM (1.1); conference with B. Den Uyl and M. Rule of AlixPartners and J. Sottile and G. Bush of Zuckerman Spaeder re VRC solvency analysis (1.0) and preparation for September 17 meeting with counsel for JPM (1.5); due diligence meeting with debtor representatives and advisors re Leveraged ESOP Transactions (4.5); review transactions, solvency analyses and notes of due diligence meeting with debtor representatives and advisors (2.2). | 11.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    39


09/15/09   F. VAZQUEZ        Review merger agreement (.2);        5.10 hrs.
                             review memorandum re discounting
                             certain values (.1); review
                             response to Law Debenture 2004
                             (.3); second tier review of
                             documents produced in connection
                             w/investigation of pre-petition
                             claims (3.7); review collapsing
                             cases (.6); email re Murray Devine
                             discovery (.1); email re Goldman
                             discovery (.1).

09/15/09   R. A. SCHWINGER   TC with Joel Feuer re Rustic         3.40 hrs.
                             Canyon production and
                             confidentiality agreement (0.2);
                             e-mail to team re same (0.2);
                             finalizing Rustic Canyon
                             confidentiality agreement and
                             circulation to Feuer for signature
                             (0.3); draft Rule 2004 stipulation
                             re Rustic Canyon (0.5); e-mails to
                             counsel for Navigant, Duff &
                             Phelps, TESOP/GreatBanc, Debtors,
                             VRC re status of document
                             productions and various document
                             production issues (0.9); attention
                             to confidentiality agreements
                             received from LR&C for execution
                             (0.4); meeting with K. Zafran re
                             processing of documents received
                             from Houlihan Lokey (0.2) and
                             associated e-mails to team (0.2);
                             attention to processing of Goldman
                             Sachs documents forwarded by LR&C
                             (0.2); review LR&C's proposed list
                             of ESI search terms for Citigroup
                             (0.3).

09/15/09   T. J. MCCORMACK   Review fact/legal background         1.50 hrs.
                             materials (1.3); confer M. Ashley
                             re: status of discovery (0.2).

09/15/09   D. BAVA           Review and analysis of docket        0.40 hrs.
                             sheet re: large case LBO
                             litigation issues (.40).

09/15/09   H. SEIFE          Emails DPW regarding examiner        1.20 hrs.
                             motion (.4); review of proposals
                             to settle 2004 motion (.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    40

| | | | |
|---|---|---|---|
| 09/15/09 | B. DYE | Researching contribution issue for T. Zink and C. Rivera (6.1); Reviewing caselaw for abandonment issue (1.6); Online review of documents produced in connection with Leveraged ESOP transactions (2.2) | 9.90 hrs. |
| 09/15/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.70 hrs. |
| 09/15/09 | L. F. MOLONEY | Review and prepared media with electronic documents and collected paper documents from K. Zafran for loading into Relativity database (1.2); Correspondence and discussions with P. Kelley and M. Isbrecht at Complete Document Source re. new paper files and electronic files and Relativity database issues (.8). | 2.00 hrs. |
| 09/15/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 09/15/09 | J. NOBLE | Online review of documents relating to investigation of ESOP transaction (.9). Research re: Merrill Lynch / Banc of America documents (1). | 1.90 hrs. |
| 09/15/09 | J. GOLD | Online review of Citi document produced in connection with investigation of ESOP transaction. | 6.40 hrs. |
| 09/15/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.70 hrs. |
| 09/15/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (.6). | 0.60 hrs. |
| 09/15/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    41


| 09/15/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
|---|---|---|---|
| 09/16/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.80 hrs. |
| 09/16/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 09/16/09 | Y. YOO | Reviewed and revised draft Response and Partial Objection to Law Debenture Trust's Motion to Conduct Discovery Under Rule 2004 (1.7); attended meetings with David LeMay and Douglas Deutsch re: same (.3); corresponded by email with David LeMay and Douglas Deutsch re: same (.1). | 2.10 hrs. |
| 09/16/09 | Y. YOO | Researched issue re: collapsing LBO doctrine and the timing between agreement and transactions (1.7); attended meeting with Francisco Vazquez re: same (.3); drafted email to Francisco Vazquez re: same (1.4). | 3.40 hrs. |
| 09/16/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.60 hrs. |
| 09/16/09 | J. GOLD | Online review of documents produced by CITI in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 09/16/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 09/16/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |
| 09/16/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    42

| 09/16/09 | K. LEVENBERG | Conference with Zink regarding enterprise consolidation issues (.1) research on same (.3). | 0.40 hrs. |
| 09/16/09 | B. DYE | Online review of documents produced in connection with ESOP investigation (2.1); meeting with T. Zink and F. Vazquez regarding contribution research (1.1); follow up research on contribution issue for T. Zink (8.4). | 11.60 hrs. |
| 09/16/09 | H. SEIFE | Emails regarding Sidley investigation status (.8); review of draft memo on solvency issues (1.0). | 1.80 hrs. |
| 09/16/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.20). | 0.20 hrs. |
| 09/16/09 | N. T. ZINK | Review notes of Debtor officer due diligence meeting (1.2); review and research solvency issues (1.4); conference with C. Rivera re solvency issues (.2); second level document review in connection with investigtion (1.1); meeting with F.Vazquez and C.Rivera re: contribution issues (1.0); further research re solvency issue (.8); review AlixPartner draft presentation (.4). | 6.10 hrs. |
| 09/16/09 | T. J. MCCORMACK | Review and prep for 9/17 meeting with Committee professions re: investigation (2.6). | 2.60 hrs. |
| 09/16/09 | R. A. SCHWINGER | Edit draft of Rule 2004 stipulation re Rustic Canyon (0.8) and e-mails with Joel Feuer and LR&C re same (0.3); detailed response to LR&C re inquiries as to Citigroup e-mail search methodology (1.7); TCs with D. Deutsch, T. Zink, A. Nellos re document review (0.5). | 3.30 hrs. |

| | | | |
|---|---|---|---|
| 09/16/09 | F. VAZQUEZ | Draft discovery request for Murray Devine (.4); second tier review of documents produced in connection w/investigation of pre-petition financing (2.5); conf w/Zink re meeting w/Debtor officer (.2); conf w/Zink & Dye re guarantor issues (1.0); conf w/C. Rivera & Zink re collapsing & remedy issues (.6); conf w/C. Rivera re collapsing issues and remedy issues (.7);review collapsing cases (.8); confs w/Young Yoo re collapsing issues (.2); review cases re remedy issues (.7); draft insert into memo re remedies (1.6); email to/from Zink re Murray Devine (.2); email to C. Rivera re remedies against lenders (.1). | 9.00 hrs. |
| 09/16/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.40 hrs. |
| 09/16/09 | M. D. ASHLEY | Reviewed materials relating to Debtor officer due diligence session (1.8); reviewed materials regarding ESOP transaction investigation (2.0); reviewed materials regarding discovery efforts (1.2); reviewed materials regarding solvency analysis (1.8); communications with team regarding ESOP transaction investigation (.8). | 7.60 hrs. |
| 09/16/09 | E. M. MILLER | Review and highlight VRC documents gathered for VRC witness preparation binders (2.7) | 2.70 hrs. |
| 09/16/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction | 6.00 hrs. |
| 09/16/09 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional documents (1.0); Speak with R. Schwinger regarding discovery issues (.4); Exchange e-mails with reviewers regarding certain questions about documents | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    44

|  |  |  |  |
|---|---|---|---|
|  |  | produced to date (.7); Finalize and circulate e-mail summarizing Phillips deposition (.5); Online review and comparison of documents related to the ESOP transaction (second- tier review) (.8). |  |
| 09/16/09 | C. L. RIVERA | Meeting with T. Zink re: open issues, research items (0.5); calls with T. Zink and F. Vazquez re: analysis on transfer date (0.3); drafting/revising same (0.8); meetings with B. Dye re: contribution and consolidation research, related LBO research (0.7); confer with F. Vazquez re: collapsing research and related fraudulent conveyance research (0.7); reviewing related case law (0.6); correspondence to co-counsel re: transfer date and related research (0.2). | 3.80 hrs. |
| 09/16/09 | D. M. LeMAY | Conference call w/Sidley, ZS and DP regarding possible settlement of Law Debenture Rule 2004 Motion (.6).  Conference w/H. Seife re: same (.3); review draft stipulation resolving motion and comment on same (.4); review latest draft of confidentiality agreement for JPM (.3). Preparation for meeting w/Senior Lenders counsel (2.6). | 4.20 hrs. |
| 09/16/09 | D. E. DEUTSCH | E-mail/calls with Bob Schwinger and Ted Zink re: next LBO-related tasks (.4); review final 2004 motion response papers (.2); e-mail Delaware counsel re: next steps relating to filing and other matters (.2): | 0.80 hrs. |
| 09/17/09 | D. E. DEUTSCH | Review posted 2004 response and related documents (.2); draft posting note for Committee on same (.2); review and e-mail litigation team (Zink and Schwinger) re: Neil litigation reply (.3); review and exchange multiple e-mails with Lazard team re: discovery inquiry (.3); review and analysis of | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   45

|  |  |  |  |
|---|---|---|---|
|  |  | additional 2004 related pleadings (.7); review materials (.2) and follow-up e-mail with Josh Gold re: insider payment matters (.2); |  |
| 09/17/09 | D. M. LeMAY | Review and comment on ZS latest draft of Law Debenture protocol (.8).  Attend meeting to prepare for meeting w/JPMC counsel (.9). Review 546 brief filed in large Chapter 11 case (.7). Review responses to Law Debenture 2004 motion filed by JPMC (.2), Merrill (.2) Debtors (.4); DB (.2).  Two e-mails to G. Bush re: latest issues in Law Debenture protocol (.2). | 3.60 hrs. |
| 09/17/09 | A. K. NELLOS | Assign documents to first-tier reviewers regarding progress (2.4); Speak with four new reviewers regarding brief introduction and background to the case (.5); Respond to questions from R. Schwinger regarding status of discovery efforts (.3); Exchange e-mails with first-tier review team regarding level of responsiveness of documents to document requests (Merrill Lynch and the Foundations) (.4). | 3.60 hrs. |
| 09/17/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction | 13.50 hrs. |
| 09/17/09 | E. M. MILLER | Review and highlight VRC documents for VRC witness preparation (2.1) Research data room for further VRC documents (0.7). | 2.80 hrs. |
| 09/17/09 | M. D. ASHLEY | Reviewed materials regarding solvency analysis (.9); reviewed materials regarding ESOP transaction investigation (1.7); reviewed materials regarding discovery efforts (.7); meeting with T. McCormack regarding ESOP transaction investigation (.4); meeting with Chadbourne team, Zuckerman, AlixPartners, and Moelis regarding solvency analysis | 9.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     October 23, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   46

|            |                  |                                                                                                                                                                                                                                                                              |            |
|------------|------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                  | and meeting with lenders (3.3); attended meeting with lenders (1.8); communications with team regarding discovery strategy (.3).                                                                                                                                               |            |
| 09/17/09   | A. KRONSTADT     | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                    | 4.20 hrs.  |
| 09/17/09   | F. VAZQUEZ       | Conf w/ Zink re collapsing issues (.2); second tier review of documents produced in connection w/investigation of pre-petition financing (.5); email to/from Zink re collapsing cases (.1); review collapsing cases (.7); email from Schwinger re Murray Devine (.1).          | 1.60 hrs.  |
| 09/17/09   | C. L. RIVERA     | Meeting with T. Zink re: analyses conducted to date for committee meeting (0.3); review analysis re: fraudulent conveyance/REV from F. Vazquez (0.5); confer with F. Vazquez re: same (0.1); correspondence from B. Dye re: abandonment analysis and contribution research (0.3). | 1.20 hrs.  |
| 09/17/09   | R. A. SCHWINGER  | Review draft document demand to Murray, Devine & Co. and e-mail re same (0.4); TCs with A. Nellos re review status as to MLCC, Foundations (0.3); voicemails to Joe Drayton, Len Shifflett re second phase document production of e-mails for MLCC, Foundations (0.2); e-mail to David Neier re VRC document production status (0.2); e-mails re Debtors' continued delay in e-mail production (0.4). | 1.50 hrs.  |
| 09/17/09   | T. J. MCCORMACK  | Attend pre-meeting wtih AlixPartners and Zuckerman on solvency issues (2.2); prepare for meering with DPW on solvency (.8); meeting at DPW on investigation and solvency issues (2.0).                                                                                          | 5.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   47


09/17/09    H. SEIFE          Preparation for meeting with          7.30 hrs.
                              Lenders (2.4); preparation meeting
                              with AlixPartners and Zuckerman
                              (1.0); meeting at DPW with Lenders
                              (2.1); review of filed responses
                              to 2004 motion (1.8).

09/17/09    N. T. ZINK        Prepare for meeting with              7.20 hrs.
                              AlixPartners and Zuckerman Spaeder
                              re solvency issues (1.2);
                              conference with M. Rule and B. Den
                              Uyl of AlixPartners and J. Sottile
                              and G. Bush of Zuckerman Spaeder
                              re solvency issues (3.2); meeting
                              with counsel for JPM and Debtor re
                              solvency issues (1.9); review
                              solvency opinions issued by
                              Valuation Research Corporation
                              (.9).

09/17/09    M. IACOPELLI      Reviewed and processed               0.40 hrs.
                              correspondence produced in
                              connection with investigation.

09/17/09    D. BAVA          Review and analysis of docket        0.40 hrs.
                              sheet re: large case LBO
                              litigation issues (.40).

09/17/09    B. DYE           Contribution research for T. Zink    7.70 hrs.
                              (2.0); researching and drafting
                              update for second report on Idearc
                              proceedings (2.0); online review
                              of documents produced in
                              connection with ESOP transactions
                              (3.7)

09/17/09    L. ARYANI        Online review of documents          6.70 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

09/17/09    E. GRIMALDI      On-line review of documents         1.00 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

09/17/09    F. PERKINS       On-line review of documents         8.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

09/17/09    J. NOBLE         Online review of documents          0.50 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    48


| 09/17/09 | J. GOLD | Online review of Citi documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 09/17/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |
| 09/17/09 | Y. YOO | Researched LBO/insolvency issue (1.7); drafted email to Francisco Vazquez re: same (.4). | 2.10 hrs. |
| 09/17/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 09/17/09 | R. V. KORETSKI | T/c with A.Nellos re: ESOP document review (.2). Reviewed potential issues, list of parties, and Tribune report for background of the case in connection with the document review (1.9). | 2.10 hrs. |
| 09/17/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 09/18/09 | R. V. KORETSKI | Meeting with A.Nellos, T.Cankorel, M.Bland and A.Duffy for Relativity training and to review background of ESOP investigation and related document review. | 0.60 hrs. |
| 09/18/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs. |
| 09/18/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 09/18/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 09/18/09 | M. A. BLAND | Meeting with A.Nellos regarding background of ESOP investigation and document review. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   49


| 09/18/09 | K. ZAFRAN | On-line review of documents produced in connection with the investigation of ESOP transaction. | 2.50 hrs. |
|---|---|---|---|
| 09/18/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |
| 09/18/09 | Y. YOO | Continued researching issue re: LBO/insolvency issue (.7); corresponded by email with Francisco Vazquez re: same (.2); attended meetings with Francisco Vazquez re: same (.2); continued on-line review of documents produced in connection with investigation of ESOP Transaction (5.2); corresponded by email with Alexandra Nellos re: Merill's responsiveness to our requests for documents (.4). | 6.70 hrs. |
| 09/18/09 | J. GOLD | Online review of documents produced by Citi in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 09/18/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |
| 09/18/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.70 hrs. |
| 09/18/09 | K. A. GIULIANO | Confer with A. Nellos re: ESOP investigation document review (.2); begin online review of documents produced in connection with investigation (.4). | 0.60 hrs. |
| 09/18/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 6.70 hrs. |
| 09/18/09 | B. DYE | Online review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                       Page   50


| | | | |
|---|---|---|---|
| 09/18/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.30). | 0.30 hrs. |
| 09/18/09 | D. BAVA | Prepare materials for hearing re: Law Debenture motions (2.40). | 2.40 hrs. |
| 09/18/09 | H. SEIFE | Emails with B.Krakauer and Liebentritt regarding open discovery issues (.4); telephone conference with Zuckerman regarding status of discussions (.8). | 1.20 hrs. |
| 09/18/09 | N. T. ZINK | Attention to Lazard request of AlixPartners re solvency documents and related emails to J. Sottile and M. Ashley (.3); review holes in VRC document production (.1); review research on solvency, section 544 and section 554 issues (.8); off-line second tier document review in connection with investigation (1.4); review Debtor officer notes (1.2). | 3.80 hrs. |
| 09/18/09 | T. J. MCCORMACK | Analyze/review AlixPartners work (1.0); review legal memoranda on solvency issues (1.3). | 2.30 hrs. |
| 09/18/09 | R. A. SCHWINGER | TC with Joe Drayton re MLCC e-mail production (0.5); long e-mail to Drayton re proposed search terms and custodians for MLCC e-mail sweep (1.7); meetings with A. Nellos re same (0.4); meeting with T. Hall re same (0.1); numerous e-mails with H. Seife, M. Ashley re document production assistance from Tribune's GC (0.6); issuing document request to Murray, Devine & Co. (0.7); review e-mails from Joe Drayton responding to various past issues (0.3). | 4.30 hrs. |
| 09/18/09 | F. VAZQUEZ | Conf w/Zink re collapsing cases(.2); review collapsing cases (.3); conf w/Young Yoo re collapsing cases (.3); second tier review of documents produced in connection w/investigation of pre-petition financing. (.5). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    51

| 09/18/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
|---|---|---|---|
| 09/18/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (3.7); reviewed materials regarding solvency issues (1.0); reviewed materials regarding discovery efforts (1.4). | 6.10 hrs. |
| 09/18/09 | A. DUFFY | Meet with A.Nellos re ESOP investigation and document review (.6); online review of documents produced in connection with ESOP Transaction (1.0). | 1.60 hrs. |
| 09/18/09 | E. M. MILLER | Review data room for D&P documents in connection with preparation of D&P witness binders (5.1); Brief review of bankruptcy rules and bankrutpcy code re drafting of Rule 2004 examination of VRC (0.6). | 5.70 hrs. |
| 09/18/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction | 6.00 hrs. |
| 09/18/09 | A. K. NELLOS | Meeting with new reviewers to provide overview of investigation and Relativity training (.6); Subsequent meeting with K. Giuliani regarding Relativity (.5); Review progress of reviewers (1.4) and assign new documents (1.2); Speak with R. Schwinger regarding various issues relating to document review (.3); Speak with E. Grimaldi and L. Aryani regarding work relating to various parties that have produced documents (.3); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.0). | 5.30 hrs. |
| 09/19/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    52


| 09/19/09 | D. E. DEUTSCH | Review AlixPartners' memorandum on solvency issues (.5). | 0.50 hrs. |
| 09/19/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.9); Assign additional documents to first-tier reviewers (.3). | 3.20 hrs. |
| 09/19/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |
| 09/19/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 09/19/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |
| 09/19/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 09/19/09 | R. V. KORETSKI | On-line review of documents produced by Merrill Lynch in connection with investigation of ESOP Transaction (1.6); reviewed Merrill Lynch document requests and provided status of its responses based on the on-line documents reviewed (.5). | 2.10 hrs. |
| 09/20/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 09/20/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.10 hrs. |
| 09/20/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 09/20/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 10.20 hrs. |