TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    53

| 09/20/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
|---|---|---|---|
| 09/20/09 | B. DYE | Online review of documents produced in connection with ESOP transactions | 4.50 hrs. |
| 09/20/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 09/20/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction (1.20).  Reviewed document request list and indicated whether documents responsive to such requests were received (.80). | 2.00 hrs. |
| 09/20/09 | A. DUFFY | Online review of documents produced in connection with investigation of ESOP Transaction (1.1). | 1.10 hrs. |
| 09/20/09 | M. D. ASHLEY | Review e-mails regarding status of ESOP transaction investigation (.2). | 0.20 hrs. |
| 09/20/09 | A. K. NELLOS | Revise Rule 2004 Motion draft for debtors (.6); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.9). | 2.50 hrs. |
| 09/20/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction | 1.00 hrs. |
| 09/20/09 | E. M. MILLER | Second level review of documents in data room in connection with investigation of leveraged ESOP transaction/merger (2.4) | 2.40 hrs. |
| 09/20/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing. | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    54


| 09/21/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of prepetition financing. | 3.40 hrs. |

| 09/21/09 | C. L. RIVERA | Updating analysis memorandum re: settlement payment arguments (1.3); research re: related LBO adversary proceedings (0.3). | 1.60 hrs. |

| 09/21/09 | T. J. MCCORMACK | Review status of discovery (1.3); review case law on solvency issues, aggregating transactions, etc. (0.9); review legal memoranda on certain issues (2.1). | 4.30 hrs. |

| 09/21/09 | R. A. SCHWINGER | Lengthy e-mail to Michael Pullos re D&P document production issues, including reviewing predecessor correspondence and examples of problem documents (1.9); meetings with A. Nellos re D&P issues (0.4); e-mail to Marc Hauser re status of Zell/EGI e-mail production (0.1); letter to Len Shifflett re Foundations' document production issues (0.7). | 3.10 hrs. |

| 09/21/09 | R. A. SCHWINGER | E-mails with Andrew Goldfarb re Alix's requests for supporting data from VRC and other parties (0.9); internal e-mails re ZS coordination issues (0.6); revising Rustic Canyon Partners confidentiality agreement per comments from RCP's counsel (0.5) and circulating for execution (0.3); revising Rule 2004 stipulation re RCP and coordinating with LR&C re filing and exhibits (0.5); review latest installment of documents from Navigant and e-mail from Navigant's counsel (0.5); meeting with M. Ashley re ZS coordination re Alix and depositions of VRC and D&P (0.4); e-mails re outstanding discovery for which Liebentritt involvement might be productive (0.4); e-mail to Jim Hurst re Miles White document production (0.4). | 4.50 hrs. |

| 09/21/09 | H. SEIFE | Review of emails regarding providing to Lazard, AlixPartners information (.5); preparation for 2004 motion argument (1.0). | 1.50 hrs. |
|----------|----------|---|-----------|
| 09/21/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.40). | 0.40 hrs. |
| 09/21/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 09/21/09 | E. M. MILLER | Perform second level review on documents in connection with investigation of ESOP LBO transaction (4.1) | 4.10 hrs. |
| 09/21/09 | A. K. NELLOS | Assign documents to first-and second-tier reviewers (1.2) and review progress of reviewers (1.0); Speak with L. Moloney regarding productions received (.6); Review production by VRC (.9) Review discovery related correspondence (e-mails and letters) received from various parties (.7); review responsiveness of production by the Foundations to document requests (1.5); draft letter regarding same (1.8). | 7.70 hrs. |
| 09/21/09 | D. M. LeMAY | T/cs Krakauer and DPW re: possible resolution of Rule 2004 Motion (0.4).  Respond to Lazard request for documents from AlixPartners (0.5). | 0.90 hrs. |
| 09/21/09 | D. E. DEUTSCH | Review and respond to inquiry from Bryan Krakauer re: 2004 motion matter (.2). | 0.20 hrs. |
| 09/21/09 | M. D. ASHLEY | Reviewed materials regarding discovery efforts (1.8); reviewed materials regarding ESOP transaction investigation (1.4); reviewed materials regarding solvency analysis (4.6); meeting with R.Schwinger re: deposition issues (.5). | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   56

| 09/21/09 | A. DUFFY | Online review of documents produced in connection with investigation of ESOP Transaction (4.0). | 4.00 hrs. |
| 09/21/09 | A. KRONSTADT | Reviewed document request list and indicated whether documents responsive to such requests were received (1.3). On-line review of documents produced in connection with investigation of ESOP Transaction (4.5). | 5.80 hrs. |
| 09/21/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.20 hrs. |
| 09/21/09 | E. PRZYBYLKO | Conf. w T. McCormack re case issues (.2); review documents re same (.6). | 0.80 hrs. |
| 09/21/09 | L. F. MOLONEY | Correspondence and discussion with A. Nellos re. additional materials for processing and loading into Relativity (.6); Review and prepare media with new production and replacement documents from Valuation Research Corporation and from Debtors for loading onto Relativity database (2.3); Correspondence with P. Kelley, M. Isbrecht, and D. Stupin at Complete Document Source re. processing and loading new documents (.5). | 3.40 hrs. |
| 09/21/09 | B. DYE | Online review of documents produced in connection with investigation of ESOP transaction. | 11.60 hrs. |
| 09/21/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 09/21/09 | P. SILBERMAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    57


| 09/21/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.20 hrs. |
| 09/21/09 | J. NOBLE | Reviewed responses of Foundations to request for documents in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 09/21/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 09/21/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.10 hrs. |
| 09/21/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 09/21/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (1.6); corresponded by phone and email with Alexandra Nellos re: same (.2). | 1.80 hrs. |
| 09/21/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.50 hrs. |
| 09/22/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 09/22/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.40 hrs. |
| 09/22/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.90 hrs. |
| 09/22/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    58


| | | | |
|---|---|---|---|
| 09/22/09 | J. NOBLE | Reviewed responses of Merrill Lynch to request for documents in connection with investigation of ESOP transaction. | 0.30 hrs. |
| 09/22/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 10.50 hrs. |
| 09/22/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 09/22/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.40 hrs. |
| 09/22/09 | B. DYE | Online review of documents produced in connection with ESOP transactions (11.0); reviewing materials regarding second report (.3) | 11.30 hrs. |
| 09/22/09 | L. F. MOLONEY | Discussions with A.Nellos re: document production and Relativity issues (1.2); t/c and correspondence with P.Kelley and M.Isbrecht at Complete Document Source re: document review and Relativity issues (.9). | 2.10 hrs. |
| 09/22/09 | E. PRZYBYLKO | Review of preliminary report to the Committee re: potential claims and transactional documents underlying the two-step ESOP transaction in connection with analyzing potential claims against third parties. | 3.60 hrs. |
| 09/22/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 09/22/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 09/22/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.0). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     October 23, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   59


| 09/22/09 | M. D. ASHLEY | Prepared for meeting regarding solvency analysis (.8); attended meeting in D.C. with AlixPartners and Zuckerman Spaeder regarding solvency analysis (5.5); reviewed solvency materials related to meeting (1.0). | 7.30 hrs. |
|---|---|---|---|
| 09/22/09 | A. K. NELLOS | Begin to determine responsiveness of ML documents to requests (based on input from first-tier reviewers) (1.6); Review progress of first and second-tier reviewers and assign additional documents (.9); Evaluate confidentiality provisions to respond to questions regarding the ability to provide copies of same documents to debtors' counsel (.9); determine several alternatives in connection therewith (.4); Confer with Lori Moloney regarding document production issues and Relativity. (.7). | 4.50 hrs. |
| 09/22/09 | E. M. MILLER | Draft motion for 2004 examination of VRC (2.2) Brief review of certain Merrill Lynch documents and draft log re responsiveness to document requests, for A Nellos (0.4). | 2.50 hrs. |
| 09/22/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.10). | 0.10 hrs. |
| 09/22/09 | H. SEIFE | Preparation for 2004 motion hearing and argument (2.3); review of lender-bridge joinder to 2004 motion (.8); review of Wilmington Trust submission (.5); review of draft stipulation regarding 2004 motion and confi agreement (.5). | 4.10 hrs. |
| 09/22/09 | N. T. ZINK | Prepare for meeting with AlixPartners re solvency analysis (review solvency analyses and related documents)(1.8); conference with AlixPartners and Zuckerman Spaeder re solvency analyses (5.5); review section 546 research (.3); further review of | 8.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   60

|  |  |  |  |
|---|---|---|---|
|  |  | solvency analyses (.5); review notes of Debtor officer due diligence meeting (.4). |  |
| 09/22/09 | R. A. SCHWINGER | E-mails re Debtors' e-mail discovery (0.4); e-mail re issues as to Miles White document production (0.8); e-mail to Charles Smith re status of TESOP/GreatBanc document production (0.2); review detailed response from Debtors' counsel re document production issues (0.9); further review of D&P document production issues from 9/21/09 e-mail to Michael Pullos (0.8); e-mails re Rustic Canyon confidentiality agreement and Rule 2004 stipulation (0.3). | 3.40 hrs. |
| 09/22/09 | T. J. MCCORMACK | Review parts of fraudulent conveyance/LBO legal analysis. | 2.30 hrs. |
| 09/22/09 | D. M. LeMAY | Review and prepare detailed comments on proposed stipulation to settle Rule 2004 motion (1.8). Review Citi motion to dismiss on Section 546(e) grounds in Lyondell case (1.5). | 3.30 hrs. |
| 09/22/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing. | 5.70 hrs. |
| 09/22/09 | F. VAZQUEZ | Email to Nellos re document review issue. | 0.10 hrs. |
| 09/23/09 | F. VAZQUEZ | Second tier review of documents produced inconnection w/pre-petition financing investigation. | 4.60 hrs. |
| 09/23/09 | D. M. LeMAY | Review and prepare comments on Kasowitz draft common interest agreement (1.6).  T/c w/R. Schwinger re: same (0.4).  Review latest draft of Rule 2004 Motion Settlement stipulation and e-mail HS re: same (0.4).  Review latest version of JPMC Confidentiality Agreement (0.5). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    61


| | | | |
|---|---|---|---|
| 09/23/09 | T. J. MCCORMACK | Review/analyze prior work product (1.6); analyze solvency issues under case law, including balance sheet, debts as they come due and sufficient capital analysis (2.4); review correspondence on status of discovery (0.8). | 4.80 hrs. |
| 09/23/09 | R. A. SCHWINGER | TCs, e-mails with A. Nellos re reviewing production to date by various parties of board minutes and materials (0.8); reviewing e-mail correspondence files with counsel for various parties to identify areas ripe for follow-up (1.3). | 2.10 hrs. |
| 09/23/09 | R. A. SCHWINGER | Review, prepare comments and detailed mark-ups to draft common interest agreement between Committee and Law Debenture/Centerbridge (2.5) including TC with D. LeMay re same (0.4); meeting with H. Seife, D. Deutsch, A. Nellos, T. Zink re document review progress, staffing, issues, etc. (0.6); review draft confidentiality agreement for Law Debenture and JPM, MLCC, VRC and Citi (0.4), and prepare e-mail commenting on same (0.4); e-mails re following up with Liebentritt on document review issues (0.5); investigating issues raised by Miles White document production including follow-up e-mail to Cathleen Phillips (Winston) re same (1.3). | 6.00 hrs. |
| 09/23/09 | N. T. ZINK | Conference with D. Deutsch, H. Seife, A. Nellos and B. Schwinger re discovery status and necessary follow-up (.6); review memoranda on section 546 issues (.7); on-line review of second tier documents in connection with investigation (4.4). | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                October 23, 2009
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   62


09/23/09   D. BAVA            Review and analysis of docket         0.30 hrs.
                              sheet re: large case LBO
                              litigation issues (.30).

09/23/09   H. SEIFE           Internal Team meeting regarding       1.90 hrs.
                              discovery status/issues (.7);
                              review of draft common interest
                              agreement with Kasowitz (.5);
                              review of revised 2004 stipulation
                              before execution (.5).

09/23/09   A. K. NELLOS       Review progress of reviewers (.6);    8.30 hrs.
                              prepare summary of results for
                              status meeting (1.3); Meeting with
                              H. Seife, R. Schwinger, T. Zink
                              and D. Deutsch regarding discovery
                              status (.6); review progress of
                              first-tier review and second-tier
                              review (.5); assign additional
                              documents (.7); Speak with L.
                              Moloney regarding
                              production/relativity issues (.7);
                              Research and respond to questions
                              relating to documents produced
                              (1.7); Review responses from
                              reviewers relating to Merrill
                              Lynch production (1.0); review
                              objections raised to requests by
                              Merrill Lynch, and draft letter to
                              Joe Drayton regarding same (1.2).

09/23/09   D. E. DEUTSCH      Exchange e-mails with litigation      2.80 hrs.
                              team re: next action items on
                              document review (.2); discuss
                              drafting new motion with David
                              LeMay (.2); participate in
                              conference with litigation team
                              re: progress of discovery review
                              and next issues (.6); telephone
                              conversation with Adam Landis re:
                              request for research on new motion
                              issue (.2); review 2004 materials
                              and draft new posting note to
                              Committee re: responses and
                              tomorrow's hearing (.5); review
                              draft stipulation related to 2004
                              motion and draft update memo to
                              Committee on same (.8); e-mail
                              Howard Seife re: concern with
                              draft stipulation (.1);
                              e-mail/conference with David Bava
                              re: Committee alert on same (.1);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    63


                          e-mail Adam Landis re: tomorrow's
                          hearing (.1).

09/23/09   M. D. ASHLEY   Reviewed materials regarding          5.50 hrs.
                          discovery efforts (1.8); review
                          emails regarding discovery efforts
                          (.8); reviewed materials regarding
                          ESOP transaction investigation
                          (1.2); reviewed materials
                          regarding solvency issues (1.7).

09/23/09   A. DUFFY       Online review of documents            0.80 hrs.
                          produced in connection with
                          investigatin of the ESOP
                          Transaction (.8).

09/23/09   G. BRADSHAW    Online review of documents            3.30 hrs.
                          produced in connection with ESOP
                          Transaction (3.3).

09/23/09   E. GRIMALDI    On-line review of documents           6.90 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

09/23/09   E. PRZYBYLKO   Review background documents re        2.10 hrs.
                          third-party claims

09/23/09   L. F. MOLONEY  Reviewed and prepared media for       2.10 hrs.
                          loading onto Reltivity database
                          (1.1); Correspondence and
                          discussions with A. Nellos re.
                          issues with existing records and
                          adding new files (.6); T/C and
                          correspondence with P. Kelley and
                          M. Isbrecht at Complete Document
                          Source re. new data and resolving
                          issues with missing documents (.4).

09/23/09   B. DYE         Online review of documents            8.30 hrs.
                          produced in connection with ESOP
                          transaction.

09/23/09   L. ARYANI      Online review of documents            2.00 hrs.
                          produced in connection with
                          investigation of ESOP Transaction.

09/23/09   F. PERKINS     On-line review of documents           3.00 hrs.
                          produced in connection with
                          investigation of ESOP Transaction.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    64
```

| 09/23/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.50 hrs. |
| 09/23/09 | J. NOBLE | Online review of documents produced in connection with ESOP transaction. | 0.90 hrs. |
| 09/23/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 09/23/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 09/23/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 09/23/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.7); review documents and compile listings of all Tribune board minutes/meetings (1.0). | 3.70 hrs. |
| 09/24/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.30 hrs. |
| 09/24/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 09/24/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |
| 09/24/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 09/24/09 | M. S. TOWERS | Review and analyze disclosure statement of comparable large Chapter 11 case. | 1.30 hrs. |
| 09/24/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   65


| 09/24/09 | J. GOLD | Online review of documents produced by CITI in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 09/24/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (8.3); Responded to request for certain information in documents by A. Nellos (2.5); | 10.80 hrs. |
| 09/24/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 8.10 hrs. |
| 09/24/09 | B. DYE | Online review of documents produced in connection with investigation of the ESOP transaction. | 5.80 hrs. |
| 09/24/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.40 hrs. |
| 09/24/09 | G. BRADSHAW | Online review of documents produced in connection with Tribune ESOP investigation (1.2). | 1.20 hrs. |
| 09/24/09 | A. DUFFY | Online review of documents produced in connection with investigation of the ESOP Transaction (3.3). | 3.30 hrs. |
| 09/24/09 | M. D. ASHLEY | Reviewed materials regarding discovery efforts (.3); communications regarding ESOP transaction investigation (.6); reviewed materials regarding ESOP transaction investigation (.4). | 1.30 hrs. |
| 09/24/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction (4.5).  Email correspondence with A. Nellos re: document request list (.2). | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   66

| 09/24/09 | A. K. NELLOS | Finish review of document requests and deterime whether Merrill Lynch's documents are responsive thereto (1.8); and draft letter to J. Drayton regarding same (1.4); review progress of first- and second- tier document reviewers (.8) and assign additional documents (.8); Review document requests and determine extent to which Houlihan documents are responsive to same (.9); draft letter regarding same (.6). | 6.30 hrs. |
| 09/24/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 09/24/09 | H. SEIFE | Emails regarding resolution of 2004 motion (.4); review and revised protocol of Law Debenture (1.1); reviw of emails regarding discovery requests (.5). | 2.00 hrs. |
| 09/24/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.30). | 0.30 hrs. |
| 09/24/09 | N. T. ZINK | Review correspondence re document productions and remaining gaps in production (.2); further review of May, 2007 solvency issues (.8); further on line second tier document review in connection with investigation (2.5). | 3.50 hrs. |
| 09/24/09 | R. A. SCHWINGER | Revising, finalizing draft of letter to Joe Drayton re issues as to MLCC's document production (1.7); lengthy letter to Jim Ducayet (Sidley) re issues as to Debtors' document production (2.1) including TCs with A. Nellos re factual points needed for same (.4); detailed e-mail to David Neier re latest list of gaps identified by Alix in VRC's document production (1.0). | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   67


| 09/24/09 | T. J. MCCORMACK | Review of prior pleadings/correspondence (1.4); review memo on potential Committee claims (1.3); review issues re: expert testimony on solvency issues (1.1); review AlixPartner materials (0.6). | 4.40 hrs. |

| 09/24/09 | C. L. RIVERA | Confer with T. Zink re: meeting on status of research (.2); review memoranda and analysis re: creditor trust concept in preparation (0.9). | 1.10 hrs. |

| 09/24/09 | F. VAZQUEZ | Conf w/Zink re discovery status & next steps (.3); conf w/Zink re LBO/transfer issue (.2); conf w/C. Rivera re developments (.1); conf w/Nellos re discovery (.1); second tier review of documents produced in connection w/pre-petition financing (4.8). | 5.50 hrs. |

| 09/25/09 | F. VAZQUEZ | Conf w/Nellos re Goldman discovery (.1); second tier review of documents in connection w/the investigation of pre-petition financing (5.4); review VRC opinion (.2). | 5.70 hrs. |

| 09/25/09 | C. L. RIVERA | Prepare for (0.5) and meeting (1.4) with H. Seife, M. Ashley, B. Schwinger, T. McCormack and D. Deutsch re: discovery, LBO issues; correspondence to T. Zink re: same (0.2) and checklist of issues/follow-up items (0.2). | 2.30 hrs. |

| 09/25/09 | D. M. LeMAY | Conference call of C&P team to review pending investigation matters and discuss next steps. | 1.30 hrs. |

| 09/25/09 | T. J. MCCORMACK | Review solvency case law (1.5); confer E. Przybylko on case background (0.8); meet with team on all issues, including status of discovery claims development (1.4); review pleadings/correspondence (1.0). | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    68


| 09/25/09 | R. A. SCHWINGER | Reviewing board minutes and materials from various productions to identify gaps in Debtors' document production (1.1); e-mail to Rebecca Butcher re status of Citi, Morgan Stanley, Goldman and S&P document productions (0.3); voice-mail to Marc Hauser re status of Zell/EGI e-mail production (0.1); meetings with A. Nellos, T. McCormack re discovery status (0.5). | 2.00 hrs. |
| 09/25/09 | R. A. SCHWINGER | Meeting re status of investigation legal research, etc., with H. Seife, D. Deutsch, T. McCormack, M. Ashley, C. Rivera (D. LeMay, E. Przybylko by phone) (1.4); TC with Graeme Bush re common interest agreement (0.6); review draft of letter re Houlihan document production (0.4); e-mails with Vince Herron re Houlihan document production (0.8); e-mails with Sharon Katz re JPM document production issues (0.2) and follow-up meetings with A. Nellos re same (0.2); e-mails re current issues as to Debtors' document production (0.8) including gathering information for new round of issues to raise re production deficiencies (0.8). | 5.30 hrs. |
| 09/25/09 | M. IACOPELLI | Identified and reordered certain second tier hot documents at the request of A. Nellos (4.4). | 4.40 hrs. |
| 09/25/09 | H. SEIFE | Meeting with investigation team to coordinate efforts and review legal issues (1.3); review of emails regarding discovery status (.3). | 1.60 hrs. |
| 09/25/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.30). | 0.30 hrs. |
| 09/25/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   69

| 09/25/09 | A. K. NELLOS | Review materials related to Houlihan production for follow-up (.5); Review production from debtors in connection with follow up with their counsel (.6); Survey first-tier reviewers regarding JPMorgan documents in connection with follow-up inquiries (.2); Begin substantive review/organization of more significant documents from second-tier review per request of M. Ashely (5.6); Speak with L. Moloney regarding production/Realtivity issues (.6); Review progress of first- and second-tier reviewers (1.0) and assign documents related to same (1.0); Review correspondence received related to discovery (.3). | 10.20 hrs. |
| 09/25/09 | D. E. DEUTSCH | Participate in litigation team meeting re: discovery status (1.4); follow-up research on certain requests for documents (.6) including calls to Bryan Krakauer related to same (.2). | 2.20 hrs. |
| 09/25/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.70 hrs. |
| 09/25/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (2.8); reviewed materials regarding solvency analysis (1.0); reviewed materials regarding discovery efforts (.9); prepared for team meeting regarding status of ESOP transaction investigation (.9); team meeting regarding status of ESOP transaction investigation (1.4). | 7.00 hrs. |
| 09/25/09 | G. BRADSHAW | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    70


| 09/25/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
|----------|-------------|---------|---------|
| 09/25/09 | E. PRZYBYLKO | TCs with T. McCormack re potential third-party-claims (.8), review documents re same (2.6); conf. with bankruptcy/litigation team re status of investigations and research re potential claims (1.3). | 4.70 hrs. |
| 09/25/09 | B. DYE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |
| 09/25/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 6.10 hrs. |
| 09/25/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |
| 09/25/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.00 hrs. |
| 09/25/09 | J. GOLD | Meeting with D.Deutsch re: standing motion (.4); Draft motion for the Committee to seek standing to pursue claims on behalf of the estate (3.5). | 3.90 hrs. |
| 09/25/09 | J. NOBLE | Reviewed responses of JPMorgan to request for documents in connection with investigation of ESOP transaction (0.5).  Online review of documents produced in connection with ESOP transaction. (1.0). | 1.50 hrs. |
| 09/25/09 | M. S. TOWERS | Continue to review and analyze discosure statement of major Chapter 11 case with similar issues (.9); draft e-mail summary re: same (.6). | 1.50 hrs. |
| 09/25/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   71

| | | | |
|---|---|---|---|
| 09/25/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.70 hrs. |
| 09/25/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 09/25/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.90 hrs. |
| 09/26/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 09/26/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (4.0). | 4.00 hrs. |
| 09/26/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 09/26/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.60 hrs. |
| 09/26/09 | B. DYE | Online review of documents produced in connection with investigatin of ESOP transaction. | 2.90 hrs. |
| 09/26/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.4). | 3.40 hrs. |
| 09/26/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.50 hrs. |
| 09/26/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review). | 5.90 hrs. |
| 09/26/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 09/26/09 | N. T. ZINK | Review section 544 issue (.3); review section 546 issue (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   72


| 09/27/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |

| 09/27/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 5.80 hrs. |

| 09/27/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.80 hrs. |

| 09/27/09 | F. VAZQUEZ | Second tier review of documents in connection w/the investigation of pre-petition financing | 3.60 hrs. |

| 09/27/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation (1.3). | 1.40 hrs. |

| 09/27/09 | B. DYE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.50 hrs. |

| 09/27/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.70 hrs. |

| 09/27/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |

| 09/27/09 | J. GOLD | Online review of documents produced by Citi in connection with investigation of ESOP transaction. | 1.20 hrs. |

| 09/27/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.20 hrs. |

| 09/27/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (6.0). | 6.00 hrs. |

| 09/27/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    73


| 09/28/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |
|---|---|---|---|
| 09/28/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (1.0). | 1.00 hrs. |
| 09/28/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.30 hrs. |
| 09/28/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.40 hrs. |
| 09/28/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 10.70 hrs. |
| 09/28/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 09/28/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 11.00 hrs. |
| 09/28/09 | B. DYE | Online review of documents produced in connection with ESOP transactions (2.6) meeting with C. Rivera and T. Zink to discuss status of second report research (1.0); preparing research materials to be distributed to partners (3.2); Researching conflict of law and jurisdiction issue regarding UFTA/UFCA (4.1) | 10.90 hrs. |
| 09/28/09 | E. PRZYBYLKO | Review preliminary report to the Committtee re: potential claims and the transactional documents underlying the two-step ESOP transaction in connection with analyzing potential claims against third parties. | 3.50 hrs. |
| 09/28/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     October 23, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   74

| 09/28/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.7). | 0.70 hrs. |
|---|---|---|---|
| 09/28/09 | G. BRADSHAW | Online review of documents produced in connection with investigation of ESOP transaction (1). | 1.00 hrs. |
| 09/28/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.30 hrs. |
| 09/28/09 | A. K. NELLOS | Continue substantive review and reordering of more significant documents from second-tier review per request of M. Ashely (8.1); Review progress of first-tier reviewers (.8) and assign additional documents (.6); review Navigant response and documents produced to determine what areas of follow-up are required (.7). Speak with L. Moloney regarding issues with production of JPMorgan (.3). | 11.00 hrs. |
| 09/28/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 09/28/09 | E. M. MILLER | Review most recent production of VRC documents in data room, in connection with creation of VRC witness prep materials (1.4) Review and highlight documents for VRC witness prep (2.5) | 3.90 hrs. |
| 09/28/09 | N. T. ZINK | Conference with C. Rivera and B. Dye re UFTA, choice of law, abandonment and section 546 issues (1.1); review and revise memorandum on section 546 and section 554 issues (1.2); second tier document review in connection with investigation (1.7). | 4.00 hrs. |
| 09/28/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.60). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    75


| 09/28/09 | M. IACOPELLI | Reordered second tier hot documents at the request of A. Nellos (4.5). | 4.50 hrs. |
| 09/28/09 | T. J. MCCORMACK | Review options on solvency experts, including review of prior case law identifying experts, results (1.8); review solvency case law on aggregating debt (0.8); review discovery materials on potential claims (0.8). | 3.40 hrs. |
| 09/28/09 | D. M. LeMAY | T/c from G. Bush re: document and deposition issues (.4).  Review latest draft of Joint Interest Agreement (.6). | 1.00 hrs. |
| 09/28/09 | C. L. RIVERA | Meeting with T. Zink and B. Dye re: research re: viability of creditor trust, issues under state law (1.1); drafting/revising memorandum re: abandoning claims, trust (2.4); review related cases (0.8); meeting with T. Zink re: updated memo (0.3); review binder of memoranda (0.3); confer with B. Dye re: same (0.3). | 5.20 hrs. |
| 09/28/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition facilities. | 1.00 hrs. |
| 09/29/09 | C. L. RIVERA | Research section 546(e) defense against lenders in related LBO proceedings (1.3); confer with G. Gold re: Rule 2004 depo research (0.3); reviewing related research (0.3); review/analysis of ERISA lawsuit related to LBO (0.8). | 2.70 hrs. |
| 09/29/09 | D. M. LeMAY | Review latest draft of common interest agreement and draft comments on same. | 0.90 hrs. |
| 09/29/09 | T. J. MCCORMACK | Analysis of potential claims and potential fact inquiry re: same (3.1); review status of ongoing discovery (0.8). | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    76


| 09/29/09 | R. A. SCHWINGER | Preparing detailed e-mail to Jim Ducayet re further deficiencies to Debtors' production (board minutes and materials, spreadsheets, redactions) (2.8) including e-mails with A. Nellos (0.3) and TCs with L. Moloney re associated issues (0.3); attention to technical issues re latest installment of JPM e-mail (0.2); TC with David Bradford (Jenner & Block) re Zell/EGI e-mail production (0.2) and e-mail summary re same (0.2); e-mail to Len Shifflett re Foundations' e-mail production (0.2); TC with Jim Allison (GC of Murray, Devine & Co.) (0.2) and e-mail summary re same (0.7); meeting with A. Nellos re outstanding document issues (0.2); e-mails with Joel Feuer re Chandler director documents (0.3). | 5.60 hrs. |
| 09/29/09 | R. A. SCHWINGER | Review ZS's markup of Law Debenture's draft common interest agreement (0.9); e-mails with Joe Drayton re MLCC issues (0.1). | 1.00 hrs. |
| 09/29/09 | H. SEIFE | Review of open discovery issues (1.1); email B.Krakauer regarding same (.3); prepare for meeting with Debtor re discovery (.8); review of Oaktree document request (.4). | 2.60 hrs. |
| 09/29/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.40). | 0.40 hrs. |
| 09/29/09 | M. IACOPELLI | Reordered certain second tier hot documents at the request of A. Nellos. | 7.80 hrs. |
| 09/29/09 | N. T. ZINK | Second tier document review in connection with ESOP investigation. | 0.80 hrs. |
| 09/29/09 | E. M. MILLER | Review VRC documents gathered for VRC witness binders and revise index re same. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   77


| 09/29/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
|---|---|---|---|
| 09/29/09 | A. K. NELLOS | Confer with L. Moloney regarding issues with productions and with Relativity (2.0); Review progress of document reviewers (1.0) and assign documents (1.2); Review/focus Duff and Phelps' key documents selected in course of second-tier review, in connection with compilation of key documents per request of M. Ashley (3.4); speak with R. Schwinger regarding various discovery issues (.4 ); Review correspondence (e-mails and letters) regarding discovery issues (.5 ); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.8). | 10.30 hrs. |
| 09/29/09 | D. E. DEUTSCH | Review inquiry re: indenture trustee document issue and research same (.4); e-mail David Bava re: follow-up on same (.1); exchange related e-mails (.1). | 0.60 hrs. |
| 09/29/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.90 hrs. |
| 09/29/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
| 09/29/09 | G. BRADSHAW | Online review of documents produced in connection with investigation of ESOP transaction (2.1). | 2.10 hrs. |
| 09/29/09 | A. DUFFY | Online review of documents produced in connection with investigation of the ESOP Transaction (1.8). | 1.80 hrs. |
| 09/29/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (1.4); reviewed VRC deposition preparation materials (2.8); reviewed materials | 6.60 hrs. |

|          |               |                                                                                                                                                                                                                                                                                                            |            |
|----------|---------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |               | regarding discovery efforts (1.4); review emails regarding status of ESOP transaction investigation (1.0).                                                                                                                                                                                                  |            |
| 09/29/09 | E. PRZYBYLKO  | Review research memoranda re legal issues on potential claims (1.8), follow-up research re same (4.3).                                                                                                                                                                                                       | 6.10 hrs.  |
| 09/29/09 | L. F. MOLONEY | Reviewed and prepared media with additional debtor's production for loading into Relativity database (1.2); discussions with A. Nellos re. loading of new documents and Relativityi issues (2.0); Reviewed original discs with prior productions to confirm which documents and native files were not provided (.9); T/C and correspondence with P. Kelley and M. Isbrecht at Complete Document Source re. adding additional documents, resolving certain issues (.8). | 4.90 hrs.  |
| 09/29/09 | L. ARYANI     | Online review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                                  | 5.00 hrs.  |
| 09/29/09 | B. DYE        | Researching conflict of law and jurisdiction issue regarding UFTA/UFCA (6.5); online review of documents produced in connection with ESOP transaction (1.9).                                                                                                                                                 | 8.40 hrs.  |
| 09/29/09 | F. PERKINS    | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                                 | 6.00 hrs.  |
| 09/29/09 | I SAFIER      | On-line review of documents produced in connection with investigation of ESOP Transaction;                                                                                                                                                                                                                 | 11.30 hrs. |
| 09/29/09 | J. GOLD       | Work on draft motion related to fraudulent transfer issues.                                                                                                                                                                                                                                                 | 0.80 hrs.  |
| 09/29/09 | J. GOLD       | Research on adversary proceeding discovery issues                                                                                                                                                                                                                                                           | 0.90 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   79
```

| | | | |
|---|---|---|---|
| 09/29/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 09/29/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 09/29/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.60 hrs. |
| 09/29/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 09/30/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 09/30/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.30 hrs. |
| 09/30/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.70 hrs. |
| 09/30/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 09/30/09 | K. ZAFRAN | On-line review of documents produced in connection with the investigation of ESOP transaction. | 5.90 hrs. |
| 09/30/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (6.3); corresponded by email with Alexandra Nellos re: redaction issue (.2). | 6.50 hrs. |
| 09/30/09 | J. GOLD | Research re. adversary proceeding discovery issues. | 1.00 hrs. |
| 09/30/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   80


| 09/30/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 10.20 hrs. |
|----------|----------|----------|----------|
| 09/30/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 09/30/09 | B. DYE | Researching conflict of law and jurisdiction issue regarding UFTA/UFCA (3.0); online review of documents produced in connection with ESOP transaction (4.0). | 7.00 hrs. |
| 09/30/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 9.60 hrs. |
| 09/30/09 | L. F. MOLONEY | Correspondence and discussions with A. Nellos re. issues in Relativity database (1.1); T/C and correspondence with P. Kelley and M. Isbrecht at Complete Document Source re. resolving issues and status of processing and loading for new documents and native files (.7). | 1.80 hrs. |
| 09/30/09 | E. PRZYBYLKO | Review documents re discovery issues, director/officer claims. | 3.30 hrs. |
| 09/30/09 | M. D. ASHLEY | Reviewed materials regarding deposition preparation (2.8); reviewed materials produced in connection with ESOP transaction investigation (1.4); reviewed materials regarding Debtor officer interview memorandum (1.3); reviewed materials regarding discovery efforts (.9); meeting with H.Seife and R.Schwinger re: discovery status (.5) call with Debtors' counsel re: discovery (.6). | 7.50 hrs. |
| 09/30/09 | A. DUFFY | On-line review of documents produced in connection with investigation of the ESOP Transaction (3.5). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   81


| 09/30/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.90 hrs. |
| 09/30/09 | D. E. DEUTSCH | Respond to inquiry from Robert Schwinger re: document request (.2); review and follow-up on information request from 2004 requesting party (.2); discuss same with Howard Seife (.1) and Helen Lamb (.1). | 0.60 hrs. |
| 09/30/09 | A. K. NELLOS | Exchange e-mails with Lori Moloney and Paul Kelly at Complete Documents regarding document loading issues (1.3); Review progress of document review (.7); respond to questions from various reviewers (.8) and assign additional documents to be reviewed (.7);  follow up with various reviewers related to inquiries from R. Schwinger and M. Ashley (.5); Review documents for solvency and other issues from second-tier review (6.4). | 10.40 hrs. |
| 09/30/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.30 hrs. |
| 09/30/09 | E. M. MILLER | Review e-mail from M Ashley re VRC and D&P documents for preparation of solvency document binders (0.2) Brief phone call with A Nellos re same (0.3) Review documents in data room re same (0.6) Brief meeting with M Iacopelli re same (0.2) Draft and send e-mail to M Ashley re same (0.2) phone call with A Nellos re selection of documents for key document binders for solvency witnesses and claims (0.6) Brief phone call with M Ashley re VRC documents (0.2) Review and exchange e-mails with M Ashley re attachments to produced documents (0.2) | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page    82

| 09/30/09 | N. T. ZINK | Review Oaktree Capital Management's request for production of documents (.1); review notes of Debtor officer due diligence meeting (.5); review G. Bush notes of Debtor officer due diligence meeting and email to M. Ashley re same (.6); on-line second tier document review in connection with investigation (1.2). | 2.40 hrs. |
|---|---|---|---|
| 09/30/09 | M. IACOPELLI | Chronologized second tier hot documents at the request of A. Nellos. | 6.80 hrs. |
| 09/30/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.40); review files re: copies of Indentures for R. Schwinger (.50). | 0.90 hrs. |
| 09/30/09 | H. SEIFE | Meeting with R.Schwinger and M.Ashley regarding discovery status (.5); conference call with Sidley regarding discovery issues (1.0); review of legal memos regarding fraudulent conveyance issues (1.6); review and revise Common Interest Agreement (.5). | 3.60 hrs. |
| 09/30/09 | R. A. SCHWINGER | E-mail responding to Andrew Goldfarb inquiry re confidentiality of document productions (0.3); meeting with A. Nellos re various issues as to Debtors' production and MLCC e-mail production issues (0.7); draft confidentiality agreement for Murray Devine (0.2) and e-mail to Jim Allison re same (0.2); review binder of legal research memos (0.7). | 2.10 hrs. |
| 09/30/09 | R. A. SCHWINGER | TC with Joe Drayton re MLCC e-mail production issues (0.6); follow-up e-mails with A. Nellos re same (0.4); conference call with Debtors' counsel (Bryan Krakauer, Jim Ducayet, Jim Bendernagel), Andrew Goldfarb (ZS), H. Seife, M. Ashley re issues as to Debtors' | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    83


|  |  |  |  |
|---|---|---|---|
|  |  | document production (0.7); preparation meeting for conference call with H. Seife, M Ashley, D. LeMay (0.5); organizing materials for use at meeting and on conference call (0.5); e-mails re work product redaction issues as to MLCC documents (0.4); prepare consolidated C&P comments re ZS's markup of Law Debenture's draft common interest agreement (0.3) and e-mail to Graeme Bush re same (0.1); reviewing indentures i/c/w same (0.3). |  |
| 09/30/09 | T. J. MCCORMACK | Confer E. Przybylko re: claims analysis (0.1); review fiduciary duty case law in fraudulent conveyance settings (1.3); receipt and review correspondence and materials on hearing on 9/28 (0.2). | 1.60 hrs. |
| 09/30/09 | D. M. LeMAY | Collect comments on Joint Interest Agreement and review same w/R. Schwinger (.6).  Attend meeting of C&P team re: discovery status (.4). Respond to H. Seife question re: Akin Gump information request (.4). | 1.40 hrs. |
| 09/30/09 | C. L. RIVERA | On-line review of documents produced in connection with investigation of ESOP transaction (2.1); finish research/review 546 defense, as used in related LBO contexts (2.3); confer with B. Dye re: status of research (0.1); review further research from J. Gold (0.3) and correspondence with J. Gold re: same (0.1). | 4.90 hrs. |


**Total Fees for Professional Services..............$1,149,214.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 23, 2009
Invoice ******
Page   84

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 49.10 | 40507.50 |
| H. SEIFE | 955.00 | 68.80 | 65704.00 |
| N. T. ZINK | 765.00 | 107.90 | 82543.50 |
| R. A. SCHWINGER | 755.00 | 79.40 | 59947.00 |
| T. J. MCCORMACK | 795.00 | 48.60 | 38637.00 |
| M. D. ASHLEY | 625.00 | 127.30 | 79562.50 |
| D. E. DEUTSCH | 635.00 | 44.60 | 28321.00 |
| E. GRIMALDI | 395.00 | 91.10 | 35984.50 |
| E. M. MILLER | 565.00 | 59.00 | 33335.00 |
| E. PRZYBYLKO | 595.00 | 24.10 | 14339.50 |
| F. VAZQUEZ | 595.00 | 71.40 | 42483.00 |
| K. LEVENBERG | 565.00 | .40 | 226.00 |
| K. A. GIULIANO | 535.00 | .60 | 321.00 |
| L. ARYANI | 345.00 | 116.10 | 40054.50 |
| P. SILBERMAN | 395.00 | 7.00 | 2765.00 |
| D. BAVA | 260.00 | 8.80 | 2288.00 |
| M. IACOPELLI | 225.00 | 69.80 | 15705.00 |
| W. BAKARE | 215.00 | 1.50 | 322.50 |
| A. K. NELLOS | 565.00 | 189.10 | 106841.50 |
| C. L. RIVERA | 595.00 | 65.50 | 38972.50 |
| J. P. NARVAEZ | 395.00 | 80.10 | 31639.50 |
| J. B. PORTER | 395.00 | 8.60 | 3397.00 |
| M. A. BLAND | 395.00 | 24.20 | 9559.00 |
| M. S. TOWERS | 395.00 | 3.90 | 1540.50 |
| P. TANCK | 535.00 | 72.10 | 38573.50 |
| R. V. KORETSKI | 465.00 | 15.80 | 7347.00 |
| T. I. CANKOREL | 465.00 | 33.50 | 15577.50 |
| T. L. STEVENSON | 535.00 | 2.50 | 1337.50 |
| A. DUFFY | 345.00 | 21.20 | 7314.00 |
| A. KRONSTADT | 345.00 | 78.10 | 26944.50 |
| B. DYE | 345.00 | 194.20 | 66999.00 |
| B. SCHUBECK | 120.00 | 2.40 | 288.00 |
| F. PERKINS | 345.00 | 121.40 | 41883.00 |
| G. BRADSHAW | 345.00 | 11.20 | 3864.00 |
| I SAFIER | 345.00 | 246.40 | 85008.00 |
| J. GOLD | 345.00 | 40.90 | 14110.50 |
| J. NOBLE | 345.00 | 39.90 | 13765.50 |
| K. ZAFRAN | 345.00 | 82.30 | 28393.50 |
| L. F. MOLONEY | 295.00 | 23.30 | 6873.50 |
| Y. YOO | 345.00 | 46.20 | 15939.00 |
| TOTALS | | 2378.30 | 1149214.50 |