# EXHIBIT "A"

{698.001-W0003610.}

## EXHIBIT "A" – SUMMARY SHEET

September 1, 2009 through and including September 30, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 18.70 | $11,126.50 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | 17.70 | $9,292.50 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 21.30 | $7,987.50 |
| Kerri K. Mumford | Associate; admitted DE 2002 | May, 2001 | $370.00 | 7.20 | $2,664.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 30.60 | $11,322.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 6.00 | $1,650.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | N/A | $260.00 | 37.70 | $9,802.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 24.80 | $4,960.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | .10 | $18.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 3.70 | $462.50 |
| | | | Total | 167.80 | $59,285.00 |

**Blended Rate: $353.31**

{698.001-W0003610.}