# EXHIBIT "B"

{698.001-W0003610.}

```
Official Committee of Unsecured Creditors                              October 26, 2009
                                                                    Account No:   698-001
                                                                    Statement No:   10371
Tribune Company, et al. bankruptcy
```

## Task Code Recapitulation

|      |                                                             |      Fees |  Hours |
|------|-------------------------------------------------------------|----------:|-------:|
| B112 | Asset Disposition                                           |    390.00 |   1.50 |
| B122 | Case Administration                                         |  2,454.00 |  11.70 |
| B124 | Claims Administration & Objections                          |    130.00 |   0.50 |
| B126 | Employee Benefits/Pensions                                  |    620.50 |   2.00 |
| B133 | LBO and Related Transactions                                | 27,672.50 |  68.80 |
| B134 | Hearings                                                    |  5,766.50 |  14.30 |
| B136 | LRC Retention & Fee Matters                                 |  4,125.50 |  15.50 |
| B138 | Creditors' Committee Meetings/Communications                |  7,351.00 |  17.40 |
| B144 | Non-LRC Retention & Fee Matters                             |  4,067.50 |  13.30 |
| B146 | Plan and Disclosure Statement (including Business Plan)     |  6,174.50 |  21.30 |
| B150 | Relief from Stay/Adequate Protection Proceedings            |    481.00 |   1.30 |
| B151 | Schedules/Operating Reports                                 |     52.00 |   0.20 |
| **TOTAL** |                                                        | **$59,285.00** | **167.80** |

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors

October 26, 2009
Account No: 698-001
Statement No: 10371

Tribune Company, et al. bankruptcy

### Fees through 09/30/2009

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/17/2009 | KAB | B112 | A100 | Review and summarize Dunston's objection to business proposal (.2); email summary to M. McGuire and A. Landis (.1) | 0.30 | 78.00 |
| 09/24/2009 | KAB | B112 | A100 | Review and summarize Shawon Dunston's Withdrawal of Objection to the Proposed Business Combination (.1) and email summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| 09/25/2009 | KAB | B112 | A100 | Review and summarize the Order Authorizing Debtors to File Under Seal Certain Exhibits to Formation Agreement Relating to Proposed Business Combination (.1), email summary to A. Landis, M. McGuire, M. Parikh (.1) | 0.20 | 52.00 |
| | KAB | B112 | A100 | Review and summarize 9/25 Order re: cubs sale (.7), email summary to A. Landis, M. McGuire, M. Parikh (.1) | 0.80 | 208.00 |
| | | | | **B112 - Asset Disposition** | **1.50** | **390.00** |
| 09/01/2009 | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
| 09/02/2009 | FAP | B122 | A100 | Briefly review monthly operating report for 6/29 to 8/2 | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly update | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review J. Porter email re: 9/3 and 9/10 committee meetings; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review Brignole motion for relief from stay; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of proposed business combination and related court dates and deadlines; update critical dates | 0.10 | 20.00 |
| 09/03/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Edelman fifth monthly fee application; update critical dates | 0.10 | 20.00 |
| 09/08/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |

{698.001-W0003624.}

```
                                                                    Page:   2
Official Committee of Unsecured Creditors                     October 26, 2009
                                                              Account No:   698-001
                                                              Statement No:   10371
Tribune Company, et al. bankruptcy

                                                                    Hours

            FAP   B122   A100  Review notice of rescheduled hearing re: Law
                               Debenture 2004 Motion; update critical dates    0.10     20.00
            FAP   B122   A100  Review notice of first omnibus objection to
                               claims; update critical dates                   0.10     20.00
            FAP   B122   A100  Review notice of second omnibus objection to
                               claims; update critical dates                   0.10     20.00
            FAP   B122   A100  Review notice of third omnibus objection to
                               claims; update critical dates                   0.10     20.00
            FAP   B122   A100  Review notice of fourth omnibus objection to
                               claims; update critical dates                   0.10     20.00
            FAP   B122   A100  Review notice of motion to authorize sale of
                               Hicksville, NY; update critical dates           0.10     20.00
            FAP   B122   A100  Revie notice of Paul Hastings seventh monthly
                               fee application; update critical dates          0.10     20.00
            FAP   B122   A100  Review notice of motion to file under seal
                               certain exhibits and schedules to formation
                               agreement; update critical dates                0.10     20.00
            FAP   B122   A100  Review Intralinks weekly court calendar         0.10     20.00
            FAP   B122   A100  Update critical dates memo and distribute       0.40     80.00
            FAP   B122   A100  Briefly review minutes of 7/1, 7/15 and 7/30
                               committee meetings and special counsel
                               selection                                       0.10     20.00

09/09/2009  KAB   B122   A100  Review docket and summarize status of pending
                               motions and orders entered to date              1.10    286.00
            FAP   B122   A100  Review agenda for 9/10 meeting and distribute   0.10     20.00
            FAP   B122   A100  Review notice of Alvarez seventh monthly fee
                               application; update critical dates              0.10     20.00

09/10/2009  FAP   B122   A100  Briefly review AlixPartners weekly update       0.10     20.00
            FAP   B122   A100  Briefly review updated committee contact list   0.10     20.00
            FAP   B122   A100  Review County of San Bernardino notice of
                               appearance; update critical dates               0.10     20.00
            KAB   B122   A100  Review docket                                   0.10     26.00

09/11/2009  KAB   B122   A100  Monitor docket                                  0.20     52.00
            FAP   B122   A100  Review multiple notices of filing under seal
                               re: Washington Guild's supplemental objection
                               to MIP and appendix to motion to exclude
                               Mercer report                                   0.10     20.00

09/14/2009  KAB   B122   A100  Monitor docket                                  0.10     26.00
            FAP   B122   A100  Review Intralinks weekly court calendar         0.10     20.00

09/15/2009  FAP   B122   A100  Update critical dates memo and distribute       0.20     40.00

09/16/2009  FAP   B122   A100  Review and distribute 9/17 committe mtg.
                               agenda                                          0.10     20.00
            KAB   B122   A100  Discuss docket summarizing with M. Parikh       0.30     78.00

09/17/2009  FAP   B122   A100  Briefly review AlixPartners weekly report       0.10     20.00
            FAP   B122   A100  Briefly review notice of filing cure schedule
                               for Cubs transaction                            0.10     20.00
```

{698.001-W0003624.}

```
                                                                     Page:  3
Official Committee of Unsecured Creditors                     October 26, 2009
                                                           Account No:  698-001
                                                           Statement No:  10371
Tribune Company, et al. bankruptcy

                                                                       Hours

            FAP   B122   A100  Prepare affidavit of service for Certificates
                               of No Objection to Chadbourne, AlixPartners,
                               LRC and committee members applications (.1);
                               file same (.1)                          0.20    40.00
            FAP   B122   A100  File maintenance and organization of pleadings
                                                                       0.20    40.00
            FAP   B122   A100  Briefly review Cantigny Foundation limited
                               objection to Law Debenture 2004 motion  0.10    20.00
            FAP   B122   A100  Briefly review JPMorgan objection to Law
                               Debenture 2004 motion                   0.10    20.00
            FAP   B122   A100  Briefly review Dunston objection to Cubs
                               transaction motion                      0.10    20.00
            FAP   B122   A100  Briefly review DMD reservation of rights to
                               motion to approve Cubs transaction      0.10    20.00
            FAP   B122   A100  Briefly review joinder of Valuation Research
                               to debtors' response to Law Debenture 2004
                               motion                                  0.10    20.00
            FAP   B122   A100  Briefly review Joinder of Deutsche Bank to
                               debtors' response to Law Debenture 2004 motion
                                                                       0.10    20.00
            FAP   B122   A100  Briefly review debtors' preliminary response
                               to Brignole stay motion                 0.10    20.00
            FAP   B122   A100  Briefly review Merrill Lynch objection to Law
                               Debenture 2004 motion                   0.10    20.00
            FAP   B122   A100  Review Valuation Research notice of
                               appearance; update 2002 service list    0.10    20.00

09/18/2009  FAP   B122   A100  Briefly review debtors' reply to Washington
                               Guild objection to MIP                  0.10    20.00
            FAP   B122   A100  Briefly review debtors' response to Washington
                               Guild motion to exclude Mercer report   0.10    20.00
            FAP   B122   A100  Briefly review debtors' motion to exclude
                               expert report of Phillips re: MIP       0.10    20.00
            FAP   B122   A100  Briefly review debtors motion to set hearing
                               on motion to exclude Phillips report    0.10    20.00
            FAP   B122   A100  Briefly review Moelis' weekly report    0.10    20.00
            FAP   B122   A100  Review Chadbourne's memo re: committees
                               position regarding four omnibus objections to
                               claims                                  0.10    20.00

09/21/2009  FAP   B122   A100  Briefly review notice of filing amended cure
                               list re: Cubs contracts                 0.10    20.00
            FAP   B122   A100  Review notice of rescheduled hearing on Law
                               Debenture's 2004 motion; update critical dates
                                                                       0.10    20.00
            FAP   B122   A100  Update critical dates memo and distribute
                                                                       0.20    40.00
            FAP   B122   A100  Briefly review Joinder of Wilmington Trust
                               Company to Law Debenture 2002 motion    0.10    20.00

09/22/2009  FAP   B122   A100  Review notice of change of contact for fee
                               examiner (.1); update 2002 service list and
                               fee service list (.1); email group with
                               updated contact (.1)                    0.30    60.00
            FAP   B122   A100  Review updated docket                   0.10    20.00
            FAP   B122   A100  Review Chadbourne's memo re: analysis of
                               debtors motion to approve Hicksville, NY sale
                                                                       0.10    20.00

09/23/2009  FAP   B122   A100  Briefly review Moelis weekly update     0.10    20.00
```

{698.001-W0003624.}

```
                                                                            Page:   4
Official Committee of Unsecured Creditors                         October 26, 2009
                                                              Account No:   698-001
                                                            Statement No:     10371
Tribune Company, et al. bankruptcy
```

|  |  |  |  | Description | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Briefly review notice of withdrawal of Dunston objection to Cubs transaction | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks updated court calendar | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket to provide update to AGL and MBM | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Retrieve and distribute Magna committee motion to bring action against debtors' estate | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of filing revised proposed order re: Cubs transaction | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review agenda for 9/24 committee mtg; update critical dates with time change | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review proposed stipulation re: Law Debenture's 2004 motion (.1) communicate with A. Landis same (.1) | 0.20 | 40.00 |
| 09/24/2009 | FAP | B122 | A100 | Review order scheduling hearing and response date for debtors' motion to exclude Phillips testimony; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order granting debtors' motion to file under seal certain exhibits to formation agreement | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order approving Cubs proposed business combination | 0.10 | 20.00 |
| 09/25/2009 | FAP | B122 | A100 | Review Centerbridge notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 09/28/2009 | FAP | B122 | A100 | Briefly review stipulated order regarding Law Debenture 2004 motion | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Alvarez eighth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Jones Day fourth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Dow Lohnes third monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Email exchanges with debtors' para re: status of Neil pre-trial conference | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Chadbourne's memo re: update on MIP hearing | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Review debtors' letter to chambers re: MIP motion | 0.10 | 20.00 |
| 09/29/2009 | FAP | B122 | A100 | Email exchanges with D. Bava and debtors' para re: continued Neil pre-trial conferene; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Washington Guild's response to debtors' letter re: MIP hearing | 0.10 | 20.00 |
|  | FAP | B122 | A100 | File letter in support of debtors' letter regarding MIP motion (.1); submit to chambers (.1) | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Review notice of rescheduled CNLBC transaction hearing; update critical dates | 0.10 | 20.00 |

{698.001-W0003624.}

```
                                                              Page:   5
Official Committee of Unsecured Creditors               October 26, 2009
                                                      Account No:   698-001
                                                      Statement No:   10371
Tribune Company, et al. bankruptcy


                                                           Hours
09/30/2009 FAP  B122  A100  Review notice of Stuart Maue fifth fee
                            application; update critical dates     0.10      20.00
           FAP  B122  A100  Review J. Gold email cancelling 10/1 committee
                            meeting; update critical dates         0.10      20.00
           FAP  B122  A100  Briefly review August MOR               0.10      20.00
           FAP  B122  A100  Review order approving 2008 MIP         0.10      20.00
                                                                   -----    --------
                            B122 - Case Administration            11.70   2,454.00

09/16/2009 KAB  B124  A100  Summarize IRS's response to 4th Omnibus
                            objection and provide summary to A. Landis and
                            M. McGuire                             0.50     130.00
                                                                   ----    ------
                            B124 - Claims Adm. & Objection         0.50     130.00

09/18/2009 KAB  B126  A100  Review and summarize Debtors Reply to the
                            Supplemental Objection of the Guild to
                            Debtors' Response to Guild's motion (.2) to
                            exclude Mercer report and Phillips (.2)
                            testimony and joint pretrial memo re: MIP
                            (.2); and email summaries to A. Landis, M.
                            McGuire, and M. Parikh (.1)            0.70     182.00

09/24/2009 KAB  B126  A100  Review and summarize the Guild's Notice of
                            Filing Under Seal Opposition to Debtors Mtn to
                            exclude testimony of Edward A. Phillips (.1),
                            email summaries to A. Landis, M. McGuire, and
                            M. Parikh (.1)                         0.20      52.00

09/28/2009 AGL  B126  A100  Emails to and from committee re: mip hearing
                            and issues                             0.30     178.50

09/29/2009 KAB  B126  A100  Review and summarize Debtors letter re:
                            Hearing on the MIP (.1), and email summary to
                            A. Landis, M. McGuire, and M. Parikh (.1)  0.20  52.00
           KAB  B126  A100  Review and summarize Debtors letter re: MIP
                            hearing (.1), email summary to A. Landis, M.
                            McGuire, and M. Parikh (.1)
           KAB  B126  A100  Review and summarize the Guild's letter in
                            response to the Debtors' letter re: the MIP
                            (.1), email summary to A. Landis, M. McGuire,
                            and M. Parikh (.1)                     0.20      52.00

09/30/2009 KAB  B126  A100  Review and summarize Order Authorizing the MIP
                            (.3) email summary to A. Landis, M. McGuire,
                            and M. Parikh (.1)                     0.40     104.00
                                                                   ----    ------
                            B126 - Employ Benefits/Pension         2.00     620.50

09/01/2009 DBR  B133  A100  Review status of further production from Citi,
                            Goldman and Morgan (.6); review and revise
                            requests to S&P (1.2); confer with Butcher re:
                            same (.3)                              2.10   1,102.50
           RLB  B133  A100  Research re: appropriate contact for document
                            requests to S&P (.6); E-mail with Goldman re:
```

{698.001-W0003624.}

```
                                                                    Page:   6
Official Committee of Unsecured Creditors                    October 26, 2009
                                                          Account No:  698-001
                                                          Statement No:  10371
Tribune Company, et al. bankruptcy

                                                                      Hours
```

|   Date   | Atty | Task | Act  | Description | Hours | Amount |
|----------|------|------|------|-------------|-------|--------|
|          |      |      |      | confidentiality agreement (.2) Review revisions to confidentiality agreement (.4); E-mail with Citigroup re: addenda to confidentiality agreement and search terms for ESI (.4); Call with Matt Morningstar re: Morgan production (.3); Prepare summary of Morgan status (.2); Call with Glen Silverstein re: Morgan retention (.2); Follow up e-mail re: same (.2) | 2.50 | 937.50 |
|          | MBM  | B133 | A100 | Review S&P discovery | 0.70 | 259.00 |
| 09/02/2009 | DBR | B133 | A100 | Review and revise discovery relating to S&P (.3); confer with co-counsel re: same (.1) | 0.40 | 210.00 |
|          | MBM  | B133 | A100 | Review revised S&P discovery (.7); emails to/from Rath and Chadbourne re: same (.2) | 0.90 | 333.00 |
|          | RLB  | B133 | A100 | Revise discovery requests to Standard & Poor's (.8); Research re: appropriate service party at Standard & Poor's (.8); Draft letter to Standard & Poor's re: discovery requests (.4); Review Citigroup documents for ESI search terms (1.2); Review Goldman documents received (1.1) | 4.30 | 1,612.50 |
| 09/03/2009 | RLB | B133 | A100 | Revise draft Standard & Poor's discovery for service. | 0.30 | 112.50 |
| 09/04/2009 | MBM | B133 | A100 | Review of LD 2004 motion (.7); calls with LD local counsel re: scheduling (.4); calls with Deutsch re: same (.2); calls with Landis re: same (.1); call to chambers re: same (.4) | 1.80 | 666.00 |
|          | RLB  | B133 | A100 | Draft discovery plan for review of documents (.9); E-mail with DBR re: same (.2); E-mails re: additional confidentiality agreements and execution of same with Committee counsel (.6); Draft list of Citigroup ESI search terms (.7) | 2.40 | 900.00 |
| 09/07/2009 | RLB | B133 | A100 | Review pro se pleading received re: Trusts to determine implications for Committee (.7) Forward pleading to other LRC attorneys representing Committee (.2) | 0.90 | 337.50 |
| 09/08/2009 | DBR | B133 | A100 | Review status of document production from all targets (1.2); discuss review status with Butcher (.4); review McCormick Trust pro se filing (.3) | 1.90 | 997.50 |
|          | RLB  | B133 | A100 | E-mail with counsel to Citigroup re: completion of production ESI and documents received to date (.5); Calls to counsel to Morgan Stanley re: production of additional documents (.3) | 0.80 | 300.00 |
| 09/09/2009 | KAB | B133 | A100 | Discuss docket review with R. Butcher re: LBO investigation | 0.10 | 26.00 |

{698.001-W0003624.}

```
                                                                        Page:   7
Official Committee of Unsecured Creditors                       October 26, 2009
                                                                Account No:   698-001
                                                                Statement No:   10371
Tribune Company, et al. bankruptcy

                                                                        Hours
```

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | DBR | B133 | A100 | Work on citigroup document production and ESI search (1.8); work on Goldman confi agreement (.3) | 2.10 | 1,102.50 |
| 09/10/2009 | RLB | B133 | A100 | E-mails with co-counsel to Committee re: pro se pleading received and its service and effect on Committee. | 0.20 | 75.00 |
| 09/11/2009 | DBR | B133 | A100 | Follow up with co-counsel to Committee re: addenda to confi agreements adding Zuckerman Spaeder as party with interest. | 0.40 | 210.00 |
| | RLB | B133 | A100 | E-mail with Goldman's counsel re: status of confidentiality agreement and production (.3); E-mail with co-counsel re: addition of Zuckerman Spaeder to confidentiality agreements (.2); E-mail with Zuckerman Spaeder re: completion of confidentiality agreements addenda (.4); Prepare addenda for forwarding to co-counsel for completion (.2) | 1.10 | 412.50 |
| 09/14/2009 | DBR | B133 | A100 | Confer with Butcher re: status of investigations and addenda to conf agreements (.4); review information relating to same (.3); follow up with Butcher re: addenda (.3) | 1.00 | 525.00 |
| | MBM | B133 | A100 | Review and analyze draft response to Law Debenture 2004 motion | 1.50 | 555.00 |
| | RLB | B133 | A100 | Circulate completed addenda to MS and Citi confidentiality agreements to grant Zuckerman access to documents to opposing counsel (.4); E-mail with Dan Rath to discuss S&P production of document and failure to respond (.4); Review Houlihan Lokey confidentiality agreement (.3) execute (.2), and circulate executed copy (.2); Circulate Goldman confidentiality agreement for execution by Chadbourne and Zuckerman (.3) | 1.80 | 675.00 |
| 09/15/2009 | DBR | B133 | A100 | Analyze Citigroup documents and investigation results (1.0); meeting with Butcher re: same (.2) | 1.20 | 630.00 |
| | AGL | B133 | A100 | Calls with LeMay re: law debenture 2004 motion/trustee motion re: trustee/examiner (.2); review and revise response to motion (.6) | 0.80 | 476.00 |
| | KAB | B133 | A100 | Review and analyze Law Debenture's Discovery motion | 2.70 | 702.00 |
| | KAB | B133 | A100 | Discuss with A. Landis Law Debenture's discovery motion | 0.20 | 52.00 |
| | MBM | B133 | A100 | Review further revised response to Law Debenture's 2004 motion | 0.80 | 296.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

Page: 8
October 26, 2009
Account No: 698-001
Statement No: 10371

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---:|---:|
| | RLB | B133 | A100 | E-mail with Goldman counsel re: documents produced (.3); E-mail with Chadbourne and Zuckerman Spaeder re: executing Goldman confidentiality agreement and production of documents (.4); Circulate fully executed agreement (.1); Draft status update re: production received from Morgan Stanley, Citigroup, S&P and Goldman for co-counsel (.5); Review fully executed confidentiality agreements for files (.3) | 1.60 | 600.00 |
| 09/16/2009 | FAP | B133 | A100 | Retrieve and briefly review Goldman Sachs document production (.3); email exchanges with R. Butcher re: same (.1) | 0.40 | 80.00 |
| | DBR | B133 | A100 | Review and revise 2004 stipulation with Rustic Canyon (.2); communications with co-counsel to Committee re: same(.1); working on electronic information requests and communications re: same (1.3) | 1.60 | 840.00 |
| | AGL | B133 | A100 | Calls with Deutsch re: law debenture response issues (.3); review and revise same and zs affidavit (.4); emails to and from group re: affidavit, reply, timing for filing and related issues (.4) | 1.10 | 654.50 |
| | MBM | B133 | A100 | Multiple emails with Macauley, Deutsch and Landis re: response to 2004 motion (.6); review of finalized draft of response (1.2); review of supplemental affidavit (.3) | 2.10 | 777.00 |
| | RLB | B133 | A100 | E-mails re: Citigroup ESI with co-counsel at Chadbourne (.5); Discuss ESI proposal with DBR (.2); E-mail Citigroup re: ESI (.2) | 0.90 | 337.50 |
| 09/17/2009 | FAP | B133 | A100 | Discussion with M. McGuire re: filing service of response to Law Debenture 2002 motion (.1); review/revise response (.2); file and coordinate service of motion (.5); prepare affidavit of service for same (.1) | 0.90 | 180.00 |
| | KAB | B133 | A100 | Discussion with M. McGuire re: filing of 2004 Motion (.1); assist with the preparation of response for filing (.4); file response (.5); prepare service list (.2); coordinate service (.2) | 1.40 | 364.00 |
| | DBR | B133 | A100 | Review production from Goldman and Citigroup (1.5) ; consult with Butcher re: investigations (.6) | 2.10 | 1,102.50 |
| | KAB | B133 | A100 | Review and summarize Foundations and JPMC objections to Law Debenture's 2004 Motion (.6) and email summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.70 | 182.00 |
| | FAP | B133 | A100 | Briefly review debtors' response to Law Debenture 2004 motion | 0.10 | 20.00 |

{698.001-W0003624.}

```
                                                                  Page:  9
Official Committee of Unsecured Creditors                October 26, 2009
                                                         Account No:  698-001
                                                         Statement No:  10371
Tribune Company, et al. bankruptcy
```

|   |   |   |   |   | Hours |   |
|---|---|---|---|---|---|---|
| | KAB | B133 | A100 | Review and summarize several objections or joinders to Debenture's 2004 Motion (.6); review and summarize filings joining Committee's Response and Objection to Law Debenture's 2004 Motion (.5). Email summaries to M. McGuire, A. Landis, and M. Parikh (.1) | 1.20 | 312.00 |
| | MBM | B133 | A100 | Review, revise and prepare response to Law Debenture 2004 motion for filing | 1.90 | 703.00 |
| 09/18/2009 | FAP | B133 | A100 | Discussion with R. Butcher re: Standard Poors discovery requests undeliverable | 0.10 | 20.00 |
| 09/20/2009 | RLB | B133 | A100 | Review e-mails from co-counsel to Committee re: completed confidentiality agreements with investigation targets and document access with co-counsel for Committee | 0.20 | 75.00 |
| 09/21/2009 | DBR | B133 | A100 | Review correspondence from co-counsel to Committee and exhibits re: Rustic Canyon production(.4); confer with butcher re: same and status of production matters (.6); follow up on Rustic Canyon stipulation (.4) | 1.40 | 735.00 |
| | KAB | B133 | A100 | Review and summarize JPMC's Response to the Reservation of Rights filed by DMD Special Situations Funding LLC and WTC's Motion to Join Law Debenture's 2004 Motion (.8), email summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.90 | 234.00 |
| | RLB | B133 | A100 | Review revised stipulation re: Rustic Canyon and exhibits (.4)  E-mails with co-counsel to Committee at Chadbourne and Zuckerman regarding executing confidentiality agreement and stipulation (.3) | 0.70 | 262.50 |
| 09/22/2009 | KAB | B133 | A100 | Review and summarize Centerbridge's Motion to join Law Debenture 2004 Motion (.5), and email summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.60 | 156.00 |
| | FAP | B133 | A100 | Discussion with R. Butcher re: filing/service of Rustic Canyon discovery stipulation (.1); Finalize for filing and file same (.3) | 0.40 | 80.00 |
| | MBM | B133 | A100 | Review of 2004 responses by Centerbridge and Wilmington Trust | 1.40 | 518.00 |
| | RLB | B133 | A100 | Finalize Rustic Canyon certification of counsel and stipulation Regarding Production and prepare for filing (.4)  Circulate as filed Certification of counsel and stipulation.(.2) | 0.60 | 225.00 |
| 09/23/2009 | DBR | B133 | A100 | Complete discovery work re: Rustic Canyon (.3); follow up re: Citi production (.4) | 0.70 | 367.50 |
| | KAB | B133 | A100 | Discuss research project on seeking court permission to sue in the name of the estate with A. Landis | 0.30 | 78.00 |
| | KAB | B133 | A100 | Discuss LBO research with F. Panchak | 0.10 | 26.00 |

{698.001-W0003624.}

```
                                                                        Page:  10
Official Committee of Unsecured Creditors                        October 26, 2009
                                                                 Account No:   698-001
                                                                 Statement No:   10371
Tribune Company, et al. bankruptcy

                                                                         Hours
         KAB  B133  A100  Research cases re: stn motion and related
                          issues                                          3.00      780.00
         AGL  B133  A100  Conference with Brown re: research for stn
                          motion, related issues (.3); review stn
                          precedent (1.4)                                 1.70    1,011.50
         AGL  B133  A100  Emails to, from and with Deutsch re: law
                          debenture 2004 motion, hearing and potential
                          cancellation (.3); review and analyze stip re:
                          same (.3)                                       0.60      357.00
         MBM  B133  A100  Emails with Landis and Brown re: committee
                          standing issues (.2); research re: same (.6)    0.80      296.00

09/24/2009 KAB  B133 A100 Review and respond to emails from A. Landis
                          regarding the stn motion (.2); review and
                          circulate Motions to Prosecute to A. Landis (.2) 0.40     104.00
         AGL  B133  A100  Continue stn research                           1.10      654.50

09/25/2009 RLB  B133 A100 Review e-mail re: status of LBO investigation   0.30      112.50

09/28/2009 DBR  B133 A100 Consult with Butcher re: status of
                          investigations of all targets(.5); review
                          files re: investigations(1.1)                   1.60      840.00
         RLB  B133  A100  Call (.2) and e-mail (.3) to Goldman's counsel
                          re: Appert report.  Research re: report from
                          other sources (.7); E-mail to Morgan Stanley
                          re: continued production (.3)                   1.50      562.50
         LR   B133  A100  Prepare and mail Fedex packages to D. Sharma
                          and K. Vittor re: production for R. Butcher     0.10       18.00

09/29/2009 KAB  B133 A100 Review and summarize Order Approving the
                          Stipulation for Leave to Conduct Discovery
                          (.1); email summary to A. Landis, M. McGuire,
                          and M. Parikh (.1)                              0.20       52.00
         RLB  B133  A100  Follow up e-mail with Goldman's counsel re:
                          missing report (.5)  Review Goldman analyst
                          report received re: LBO transaction (.4)        0.90      337.50

09/30/2009 RLB  B133 A100 E-mail with Morgan Stanley counsel re: status
                          of MS production and additional documents.     0.30      112.50
                                                                         -----  ---------
                          B133-LBO & Related Trans                       68.80  27,672.50

09/02/2009 FAP  B134 A100 Review notice of agenda for 9/4/09 hearing     0.10       20.00

09/03/2009 FAP  B134 A100 Review amended notice of agenda cancelling
                          9/4/09 hearing                                 0.10       20.00

09/15/2009 MBM  B134 A100 Emails with Panchak re: MIP hearing (.1);
                          review of MIP materials (.9)                   1.00      370.00

09/17/2009 FAP  B134 A100 Email exchanges with M. McGuire re:
                          confirmation of MIP hearing date/time          0.10       20.00

09/18/2009 FAP  B134 A100 Review agenda for 9-25-09 hearing              0.10       20.00
         FAP  B134  A100  Discussion with M. McGuire and K. Mumford re:
```

```
                                                              Page:  11
Official Committee of Unsecured Creditors              October 26, 2009
                                                     Account No:  698-001
                                                     Statement No:  10371
Tribune Company, et al. bankruptcy

                                                         Hours
                     9/25 hearing binder                  0.10      20.00

09/22/2009 FAP  B134 A100 Review agenda for 9/24 omni hearing
                                                          0.10      20.00
           FAP  B134 A100 Review agenda for 9/24 hearing on Law
                          Debenture's 2004 motion (.1); prepare hearing
                          binder (.6)                     0.70     140.00

09/23/2009 FAP  B134 A100 Finalize hearing binder for 9/24 omni hearing
                                                          0.20      40.00
           FAP  B134 A100 Review amended agenda for 9/24 omni hearing
                          (.1); supplement hearing binder (.2)
                                                          0.30      60.00
           FAP  B134 A100 Review amended agenda cancelling hearing on
                          Law Debenture motion            0.10      20.00
           AGL  B134 A100 Prepare for Cubs hearing (review motion,
                          related papers, objections, responses)
                                                          2.80   1,666.00
           MBM  B134 A100 emails with Deutsch and Landis re: 2004
                          hearing                         0.30     111.00

09/24/2009 FAP  B134 A100 Review amended agenda for 9/25 MIP hearing and
                          update critical dates (.1); email exchanges
                          with K. Mumford re: same (.1)   0.20      40.00
           AGL  B134 A100 Prepare for and attend omni hearing
                                                          0.90     535.50
           KKM  B134 A100 Review emails re: revised hearing time
                                                          0.10      37.00

09/25/2009 KKM  B134 A100 Attend hearing on MIP           7.10   2,627.00
                                                         -----   --------
                     B134 - Hearings                     14.30   5,766.50

09/08/2009 AGL  B136 A100 Review and analyze fee examiner draft final
                          report (.4) and calls with Deutsch re:
                          response, common issues (.2)    0.60     357.00

09/11/2009 FAP  B136 A100 Review/revise August prebills   0.60     120.00

09/15/2009 FAP  B136 A100 Email exchanges with M. McGuire and A. Landis
                          re: responses to LRC seventh monthly fee
                          application                     0.10      20.00

09/16/2009 FAP  B136 A100 Draft Certificate of No Objection to LRC
                          seventh monthly fee application 0.10      20.00
           FAP  B136 A100 Finalize for filing and coordinate service of
                          Certificate of No Objection to LRC seventh fee
                          application (.2); follow-up with C. Lewicki (.1) 0.30  60.00
           FAP  B136 A100 Discussion with A. Landis re: previously
                          incurred expenses sought in August fee
                          application (.1); email exchanges with M.
                          McAteer re: same (.1)           0.20      40.00

09/22/2009 AGL  B136 A100 Calls with Linda Cooper re: final report
                          issues (.1); conferences and emails to and
                          from lrc group re: same and preparation of
                          response (.2)                   0.30     178.50
           MAP  B136 A100 Emails to/from Landis Re: LRC Response to
                          Stuart Maue Final Report of LRC First Interim
                          Application                     0.10      27.50
```

```
                                                                  Page: 12
Official Committee of Unsecured Creditors                 October 26, 2009
                                                         Account No:   698-001
                                                         Statement No:   10371
Tribune Company, et al. bankruptcy


                                                                     Hours
09/23/2009  FAP  B136  A100  Discussion with A. Landis re: examiner report
                             for LRC first interim (.1); briefly review
                             same (.1); confirm response deadline and
                             update critical dates (.1); email exchanges
                             with M. McGuire and M. Parikh re: same (.1)    0.40      80.00
            MAP  B136  A100  Review and analyze Fee Examiner Final Report
                             to LRC 1st Interim Fee App (.3) and Chadbourne
                             Response (.2)                                  0.50     137.50
            MBM  B136  A100  Review fee examiner final report (.5); emails
                             with Panchak and Landis re: same (.2)          0.70     259.00
            DBR  B136  A104  Review examiners report                        0.80     420.00

09/24/2009  FAP  B136  A100  Discussions with M.Parikh re: status of LRC
                             eighth monthly fee app                         0.10      20.00
            FAP  B136  A100  Discussion with D. Rath re: revisions to
                             August time entries                            0.10      20.00
            CL   B136  A103  Edits to LRC August invoice.                   0.90     112.50
            MAP  B136  A104  Review August prebill and revise same (.4);
                             begin drafting 8th monthly fee app (.5);
                             discussions with Panchak re: revisions to
                             August prebill entries (.3)                    1.20     330.00

09/25/2009  FAP  B136  A100  Further discussions with M. Parikh re:
                             revisions to August bills                      0.20      40.00
            CL   B136  A103  Edits re: LRC August draft bill                1.50     187.50
            MAP  B136  A100  Further revisions to August prebill (.2);
                             discussions with Lewicki, Rath and Panchack
                             re: revisions to same (.3); continue drafting
                             LRC 8th Monthly Fee App (.3)                   0.80     220.00

09/28/2009  MAP  B136  A100  Prepare draft of LRC Response to Final Report
                             of Fee Examiner to LRC 1st Interim Fee App
                             (2.1); review and revise same (.3)             2.40     660.00

09/29/2009  CL   B136  A103  Edits to LRC August prebill (.8); finalize
                             same (.5)                                      1.30     162.50
            FAP  B136  A100  Draft notice of LRC eighth monthly fee
                             application                                    0.10      20.00
            FAP  B136  A100  Email exchanges with M. Parikh re: revised
                             expenses for LRC eighth fee application (.1);
                             revise notice for same (.1)                    0.20      40.00
            FAP  B136  A100  Prepare affidavit of service for LRC eighth
                             monthly fee application (.1); file and
                             coordinate service of fee application (.5)     0.60     120.00
            AGL  B136  A100  review and revise interim fee application      0.30     178.50
            MAP  B136  A100  Emails to/from McAteer, Fichter, Lewicki re:
                             details to Aug. monthly expense report entries 0.20      55.00
            MAP  B136  A100  Finalize draft fee app (.5); revise same per
                             edits from McGuire (.2); discuss same with
                             Landis and revise per comments from Landis (.1) 0.80    220.00

09/30/2009  FAP  B136  A100  Email to S. Schwendemann re: August fee and
                             expense detail                                 0.10      20.00
                                                                          -----   --------
                             B136 - LRC Ret. & Fee Matters                 15.50   4,125.50
```

{698.001-W0003624.}

```
                                                                   Page: 13
Official Committee of Unsecured Creditors                  October 26, 2009
                                                         Account No: 698-001
                                                       Statement No:  10371
Tribune Company, et al. bankruptcy

                                                           Hours
09/01/2009 MBM  B138  A100  Call with Committee professionals       0.80      296.00

09/02/2009 MBM  B138  A100  Prepare for and attend call with Debtor and
                            Committee professionals                 0.90      333.00

09/08/2009 AGL  B138  A100  Emails to and from professional group re:
                            meeting agenda, items for review and
                            consideration (.2); review same (.1)    0.30      178.50

09/10/2009 MBM  B138  A100  Prepare for and attend committee meeting 4.10    1,517.00

09/15/2009 KAB  B138  A100  Attend and participate in weekly committee
                            professionals meeting Re: agenda items listed  0.70   182.00
           AGL  B138  A100  Prepare for (.2) and attend (.5) committee
                            professionals conference call re: agenda items
                            listed                                  0.70      416.50
           MBM  B138  A100  Prepare for (.9) and attend (.7) weekly
                            committee professionals meeting         1.60      592.00

09/16/2009 MBM  B138  A100  prepare for and attend meeting with Committee
                            and Debtor professionals                1.10      407.00

09/17/2009 AGL  B138  A100  Prepare for (.4) and attend (1.1) committee
                            meeting re: agenda items listed         1.50      892.50
           MBM  B138  A100  Prepare for (.5) and attend (1.1) committee
                            meeting                                 1.60      592.00

09/22/2009 AGL  B138  A100  Committee professionals conference call re:
                            agenda items listed                     0.60      357.00
           MBM  B138  A100  Prepare for (.3) and attend (.6) committee
                            professionals meeting                   0.90      333.00

09/23/2009 AGL  B138  A100  Conference call with committee and debtor
                            professionals re: agenda items listed   0.60      357.00

09/29/2009 AGL  B138  A100  Prepare for (.3) and attend (.4) committee
                            professionals conference all re: agenda items
                            listed                                  0.70      416.50
           MBM  B138  A100  Prepare for (.3) and attend (.4) weekly
                            professionals status call               0.70      259.00

09/30/2009 MBM  B138  A100  Prepare for (.3) and attend (.3) meeting with
                            debtors professionals                   0.60      222.00
                                                                   -----    --------
                            B138 - Creditors' Cmte Mtgs            17.40    7,351.00

09/01/2009 FAP  B144  A100  Draft Certificate of No Objection to Zuckerman
                            retention application                   0.10       20.00
           FAP  B144  A100  Discussion with M. McGuire re: status of UST's
                            comments to Zuckerman retention application 0.10   20.00
           MBM  B144  A100  Emails with CP and ZS re: ZS retention (.4);
                            call with Landis re: same (.3); conference
                            call with UST re: same (.5)             1.20      444.00
```

{698.001-W0003624.}

```
                                                                      Page:  14
Official Committee of Unsecured Creditors                      October 26, 2009
                                                             Account No:  698-001
                                                             Statement No:  10371
Tribune Company, et al. bankruptcy


                                                                 Hours
09/02/2009 AGL  B144  A100  Emails to and from zs, LeMay re: supplemental
                            affidavit (.6); review and revise same (.6);
                            emails to and from McGuire, LeMay re: UST
                            process, court approval issues (.4)         1.60     952.00
           DBR  B144  A105  Confer with McGuire and Landis re: Zucker
                            retention issues (.2) and review
                            correspondence re: same (.2)                0.40     210.00

09/03/2009 FAP  B144  A100  Review supplemental declaration of Thomas
                            Macauley in support of Zuckerman retention
                            application (.1); file and coordinate service
                            of same (.3); prepare: affidavit of service
                            (.1); file same (.1)                        0.60     120.00
           FAP  B144  A100  Discussion with M. McGuire re: certification
                            of counsel and proposed order for Zuckerman
                            retention (.1); review and revise same (.1);
                            file same (.2); submit to chambers (.1)     0.50     100.00
           FAP  B144  A100  Review order approving Zuckerman Spaeder
                            retention and coordinate service of same (.2);
                            prepare affidavit of service and file same (.2)  0.40  80.00
           FAP  B144  A100  Call with K. Young re: status of holdback
                            amounts for first interim period and
                            scheduling hearing for same                 0.10      20.00
           AGL  B144  A100  Emails to and from mcmahon, chadbourne, zs,
                            re: zs retention order and hearing          0.30     178.50
           MBM  B144  A100  Draft Certification of Counsel for ZS
                            retention order (.6); review of Macauley
                            affidavit and Order (.3); finalize and
                            prepare for filing (.5); emails with
                            Chadbourne and ZS re: same (.5)             1.90     703.00

09/15/2009 FAP  B144  A100  Email exchanges with Chadbourne group re:
                            responses to Chadbourne's seventh monthly and
                            committee members' fifth application        0.10      20.00
           FAP  B144  A100  Email exchanges with AlixPartners group re:
                            responses to AlixPartners seventh monthly fee
                            application                                 0.10      20.00

09/16/2009 FAP  B144  A100  Email exchanges with A. Leung re: filing
                            deadline for third interim fee application  0.10      20.00
           FAP  B144  A100  Draft Certificate of No Objection to
                            Chadbourne seventh monthly fee application  0.10      20.00
           FAP  B144  A100  Draft Certificate of No Objection to committee
                            members fifth monthly fee application       0.10      20.00
           FAP  B144  A100  Draft Certificate of No Objection to
                            AlixPartners seventh monthly fee application 0.10     20.00
           FAP  B144  A100  Finalize for filing and coordinate service of
                            Certificate of No Objection to Chadbourne
                            seventh fee application (.2); follow-up email
                            to H. Lamb re: same (.1)                    0.30      60.00
           FAP  B144  A100  Finalize for filing and coordinate service of
                            Certificate of No Objection to committee
                            members' fifth fee application (.2); follow-up
                            email to H. Lamb re: same (.1)              0.30      60.00
```

{698.001-W0003624.}

```
                                                                     Page:    15
Official Committee of Unsecured Creditors                     October 26, 2009
                                                              Account No:  698-001
                                                              Statement No:  10371
Tribune Company, et al. bankruptcy

                                                                       Hours
```

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | FAP | B144 | A100 | Finalize for filing and coordinate service of Certificate of No Objection to AlixPartners seventh fee application (.2); follow-up email to A. Leung and A. Holtz (.1) | 0.30 | 60.00 |
| 09/17/2009 | FAP | B144 | A100 | Email exchanges with M. McGuire re: Zuckerman contact for fee app process | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with V. Patel re: status of Moelis seventh fee application | 0.10 | 20.00 |
| | FAP | B144 | A100 | email exchanges with T. Macauley (Zuckerman) re: fee application process | 0.20 | 40.00 |
| 09/18/2009 | FAP | B144 | A100 | Email exchanges with V. Patel re: Moelis seventh fee app (.1); review, compile and prepare for filing (.1); prepare notice (.1); prepare affidavit of service (.1); file and coordinate service of same (.4) | 0.80 | 160.00 |
| 09/23/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: committee members August expenses and summary (.1); review same (.1) | 0.20 | 40.00 |
| | FAP | B144 | A100 | Draft committee members sixth application (.2); draft notice for same (.1) | 0.30 | 60.00 |
| 09/25/2009 | FAP | B144 | A100 | Revise members' sixth monthly application and notice thereto | 0.20 | 40.00 |
| | FAP | B144 | A100 | Email exchanges with committee professionals re: change in fee examiner contact | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne eighth monthly fee application (.1); review and prepare for filing (.2); draft notice for same (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners eighth monthly fee application (.1); revise and prepare: for filing (.1); draft notice for same (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | File and coordinate service of committee members' sixth fee application (.4); follow-up email to H. Lamb re: same (.1) | 0.50 | 100.00 |
| | FAP | B144 | A100 | File and coordinate service of AlixPartners' eighth monthly fee application (.5); follow-up email to A. Holtz re: same (.1) | 0.60 | 120.00 |
| | FAP | B144 | A100 | File and coordinate service of Chadbourne eighth monthly fee application (.5); follow-up email to H. Lamb re: same (.1) | 0.60 | 120.00 |
| 09/29/2009 | FAP | B144 | A100 | Prepare: affidavit of service for Chadbourne, AlixPartners and Members monthly applications (.1); file same (.1) | 0.20 | 40.00 |
| | | | | **B144 - Non-LRC Ret. & Fee Matt** | **13.30** | **4,067.50** |
| 09/15/2009 | KAB | B146 | A100 | Review draft reorganization plan | 0.50 | 130.00 |

{698.001-W0003624.}

```
                                                                      Page:  16
Official Committee of Unsecured Creditors                      October 26, 2009
                                                             Account No:   698-001
                                                             Statement No:   10371
Tribune Company, et al. bankruptcy


                                                              Hours
09/16/2009 KAB  B146  A100 Begin to review draft plan and summarize   8.70   2,262.00
09/17/2009 KAB  B146  A100 Continue to summarize Draft Plan           3.80     988.00

09/18/2009 KAB  B146  A100 Continue analyzing and summarizing draft plan
                           (6.3), email summary to A. Landis, M. McGuire,
                           and M. Parikh (.1)                         6.40   1,664.00
           AGL  B146  A100 Review and analyze plan of reorg (1.2); emails
                           to and from brown re: same and review memo (.7)  1.90   1,130.50
                                                                      -----  --------
                           B146 - Plan & Disclos. Stmt.              21.30   6,174.50

09/01/2009 MBM  B150  A100 Review stay relief motion re: advancement
                           (.9); emails with Deutsch and Stickles re:
                           same (.4)                                  1.30     481.00
                                                                      ----   ------
                           B150 - Relief from Stay                    1.30     481.00

09/30/2009 KAB  B151  A100 Review monthly operating report            0.20      52.00
                                                                      ----   -----
                           B151-Schedules/Operating Rpts              0.20      52.00
                                                                    ------ --------
                           For Current Services Rendered            167.80  59,285.00
```

{698.001-W0003624.}