# EXHIBIT "C"

{698.001-W0003610.}

Official Committee of Unsecured Creditors                                      October 26, 2009
                                                                        Account No:   698-001
                                                                        Statement No:   10371
Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Copying | 113.50 |
| Overnight Delivery | 73.59 |
| Courier Fees | 702.30 |
| Outside Duplication Services | 1,436.29 |
| US Postage | 368.70 |
| Client meals | 52.50 |
| **Total Expenses Thru 09/30/2009** | **$2,746.88** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 09/02/2009 | AGL | U | B100 | E101 | 0.100 | 2.40 Copying | 316 |
| 698.001 | 09/02/2009 | AGL | U | B100 | E221 | | 15.47 Overnight Delivery FedEx | 327 |

Subtotal for Transaction Date 09/02/2009                Billable    17.87

| 698.001 | 09/03/2009 | AGL | U | B100 | E101 | 0.100 | 2.90 Copying | 317 |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 09/03/2009 | AGL | U | B100 | E211 | | 112.58 Outside printing - Advance Digital Legal Services, LLC - 50586 | 335 |
| 698.001 | 09/03/2009 | AGL | U | B100 | E210 | | 134.40 US Postage # Digital Legal Services, LLC - 50586 | 336 |
| 698.001 | 09/03/2009 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance TriState Courier & Carriage | 347 |
| 698.001 | 09/03/2009 | AGL | U | B100 | E216 | | 261.00 Courier Fee - Advance TriState Courier & Carriage | 349 |

Subtotal for Transaction Date 09/03/2009                Billable    517.38

| 698.001 | 09/04/2009 | AGL | U | B100 | E216 | | 17.40 Courier Fee - Advance TriState Courier & Carriage | 348 |
|---|---|---|---|---|---|---|---|---|

Subtotal for Transaction Date 09/04/2009                Billable    17.40

| 698.001 | 09/08/2009 | AGL | U | B100 | E221 | | 13.24 Overnight Delivery FedEx | 328 |
|---|---|---|---|---|---|---|---|---|

Subtotal for Transaction Date 09/08/2009                Billable    13.24

| 698.001 | 09/09/2009 | AGL | U | B100 | E211 | | 666.28 Outside printing/CD Creation - Advance Digital Legal Services, LLC - 50626 | 337 |
|---|---|---|---|---|---|---|---|---|

Subtotal for Transaction Date 09/09/2009                Billable    666.28

| 698.001 | 09/16/2009 | AGL | U | B100 | E101 | 0.100 | 4.60 Copying | 324 |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 09/16/2009 | AGL | U | B100 | E211 | | 14.31 Outside printing - Advance Digital Legal Services, LLC - 50711 | 342 |
| 698.001 | 09/16/2009 | AGL | U | B100 | E210 | | 6.45 US Postage # Digital Legal Services, LLC - 50711 | 343 |
| 698.001 | 09/16/2009 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 354 |

Subtotal for Transaction Date 09/16/2009                Billable    61.36

| 698.001 | 09/17/2009 | AGL | U | B100 | E101 | 0.100 | 9.00 Copying | 325 |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 09/17/2009 | AGL | U | B100 | E211 | | 383.99 Outside printing - Advance Digital Legal Services, LLC - 50698 | 338 |
| 698.001 | 09/17/2009 | AGL | U | B100 | E210 | | 180.70 US Postage # Digital Legal Services, LLC - 50698 | 339 |
| 698.001 | 09/17/2009 | AGL | U | B100 | E216 | | 279.00 Courier Fee - Advance TriState Courier & Carriage | 355 |

Subtotal for Transaction Date 09/17/2009                Billable    852.69

| 698.001 | 09/18/2009 | AGL | U | B100 | E101 | 0.100 | 10.80 Copying | 326 |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 09/18/2009 | AGL | U | B100 | E211 | | 47.39 Outside printing - Advance Digital Legal Services, LLC - 50701 | 340 |
| 698.001 | 09/18/2009 | AGL | U | B100 | E210 | | 12.05 US Postage # Digital Legal Services, LLC - 50701 | 341 |
| 698.001 | 09/18/2009 | AGL | U | B100 | E216 | | 17.40 Courier Fee - Advance TriState Courier & Carriage | 353 |
| 698.001 | 09/18/2009 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 356 |

Subtotal for Transaction Date 09/18/2009                Billable    123.64

| 698.001 | 09/21/2009 | AGL | U | B100 | E221 | | 10.80 Overnight Delivery FedEx - Return | 357 |
|---|---|---|---|---|---|---|---|---|

Subtotal for Transaction Date 09/21/2009                Billable    10.80

| 698.001 | 09/25/2009 | AGL | U | B100 | E101 | 0.100 | 70.60 Copying | 344 |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 09/25/2009 | AGL | U | B100 | E111 | | 52.50 Meals Sugarfoot Fine Food - Lunch (3) | 352 |
| 698.001 | 09/25/2009 | AGL | U | B100 | E216 | | 49.00 Courier Fee - Advance TriState Courier & | 358 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 09/25/2009 | AGL | U | B100 E211 | | 170.14 | Carriage Outside printing - Advance Digital Legal Services, LLC - 50784 | 359 |
| 698.001 | 09/25/2009 | AGL | U | B100 E210 | | 24.75 | US Postage # Digital Legal Services, LLC - 50784 | 360 |

Subtotal for Transaction Date 09/25/2009
Billable    366.99

| 698.001 | 09/28/2009 | AGL | U | B100 E101 | 0.100 | 2.40 | Copying | 345 |
| 698.001 | 09/28/2009 | AGL | U | B100 E221 | | 34.08 | Overnight Delivery FedEx | 350 |
| 698.001 | 09/28/2009 | AGL | U | B100 E211 | | 41.60 | Outside printing - Advance Digital Legal Services, LLC - 50823 | 361 |
| 698.001 | 09/28/2009 | AGL | U | B100 E210 | | 10.35 | US Postage # Digital Legal Services, LLC - 50823 | 362 |

Subtotal for Transaction Date 09/28/2009
Billable    88.43

| 698.001 | 09/29/2009 | AGL | U | B100 E101 | 0.100 | 10.80 | Copying | 346 |

Subtotal for Transaction Date 09/29/2009
Billable    10.80

**Total for Client ID 698.001**    Billable    2,746.88    Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy

**GRAND TOTALS**

Billable    2,746.88