# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

September 1, 2009 through and including September 30, 2009

| Current Charges: | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R Bruce Den Uyl | Managing Director | 46.70 | 835.00 | 38,994.50 |
| Alan Holtz | Managing Director | 15.90 | 790.00 | 12,561.00 |
| Brad Hall | Director | 55.40 | 595.00 | 32,963.00 |
| Marc J Brown | Director | 10.60 | 595.00 | 6,307.00 |
| Mark F Rule | Director | 172.10 | 510.00 | 87,771.00 |
| Harold Lee | Director | 66.20 | 510.00 | 33,762.00 |
| Albert Leung | Vice President | 71.10 | 450.00 | 31,995.00 |
| Young Kim | Vice President | 66.00 | 450.00 | 29,700.00 |
| Tristan Peitz | Associate | 11.60 | 295.00 | 3,422.00 |
| Christopher Rubel | Associate | 97.00 | 295.00 | 28,615.00 |
| Adam M Janovsky | Associate | 254.95 | 295.00 | 75,210.25 |
| Total Hours & Fees | | 867.55 | | 381,300.75 |
| Less 50% Travel Time | | | | (8,772.00) |
| Subtotal | | | | 372,528.75 |
| Expenses | | | | 14,191.13 |
| **Total Amount Due** | | | USD | **$386,719.88** |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.