# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

### September 1, 2009 through and including September 30, 2009

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 14.00 | 7,296.50 |
| 005735.00004 | Current Financials | 169.80 | 82,102.50 |
| 005735.00005 | Prospective Financials | 5.10 | 3,034.50 |
| 005735.00007 | Employee Issues | 8.50 | 4,202.50 |
| 005735.00008 | Plan of Reorganization | 4.10 | 2,122.00 |
| 005735.00010 | Claims & Recoveries | 6.60 | 3,308.50 |
| 005735.00011 | Misc. Motions | 1.90 | 939.00 |
| 005735.00012 | Asset Sales | 7.20 | 3,663.50 |
| 005735.00014 | Avoidance Actions | 555.55 | 224,236.25 |
| 005735.00015 | UCC Meetings | 24.00 | 15,791.50 |
| 005735.00017 | Billing and Retention | 36.40 | 17,060.00 |
| 005735.00018 | Travel Time (billed at 50%) | 34.40 | 8,772.00 |
| **Total Hours and Fees Incurred** | | **867.55** | **$372,528.75** |

| Invoice # | 2021900-1 |
|---|---|

| Re: | Business Analysis |
|---|---|
| Client/Matter # | 005735.00001 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/01/09 | HYL | Review of Major Exact Category Reports and market share schedules for LA Times | 0.90 |
| 09/02/09 | BH | Review monthly report provided by Moelis on the industry trends in relation to Tribune activity. | 0.80 |
| 09/03/09 | BH | Compare data in Moelis monthly report to current Brown Book financial results of Tribune. | 0.80 |
| 09/03/09 | HYL | Reviewed Moelis TV Broadcasting and Newspaper Industry Weekly Update as of 8/28/09. | 0.70 |
| 09/09/09 | HYL | Investigated and discussed impact of Freedom Communications Ch 11 petition filing on Tribune including commercial delivery contract and cash flow forecast. | 0.80 |
| 09/09/09 | BH | Request data from Debtor about the impact of Freedom Communications Ch. 11 bankruptcy filing. Review and analyze level of outstanding A/R and the status of Contract to provide delivery services. | 1.30 |
| 09/10/09 | HYL | Gathered and review industry and competitor data for reporting to UCC. | 1.10 |
| 09/15/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.10 |
| 09/17/09 | HYL | Reviewed and analyzed Moelis Weekly Media Update (Media Update - FINAL (9.11.09)). | 0.60 |
| 09/18/09 | HYL | Reviewed and analyzed data related to SOFA schedule 3C. | 1.10 |
| 09/18/09 | ANL | Reviewed Moelis weekly media update. | 0.40 |
| 09/22/09 | HYL | Reviewed Moelis Weekly Industry Update Document. | 0.60 |
| 09/23/09 | HYL | Reviewed and discussed D&O and fiduciary liability insurance potential cost schedule. | 0.30 |
| 09/23/09 | YK | Reviewed and analyzed current financial and market reports, including Media Update as prepared by Moelis. | 0.80 |
| 09/25/09 | HYL | Gathered and reviewed industry and competitor information for reporting to UCC. | 0.90 |
| 09/28/09 | HYL | Reviewed and analyzed Los Angeles market 'Exact' major category market reports. | 0.90 |
| 09/29/09 | YK | Reviewed and analyzed recent Moelis weekly report. | 0.30 |
| 09/30/09 | HYL | Reviewed and analyzed Moelis Weekly Media Update. | 0.60 |
| | | **Total Hours** | **14.00** |

Invoice #                2021900-1

Re:                      Business Analysis
Client/Matter #          005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Lee | 9.60 | 510.00 | 4,896.00 |
| Brad Hall | 2.90 | 595.00 | 1,725.50 |
| Albert Leung | 0.40 | 450.00 | 180.00 |
| Young Kim | 1.10 | 450.00 | 495.00 |
| **Total Hours & Fees** | **14.00** | | **7,296.50** |

Invoice #                    2021900-2

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 09/01/09 | AH | Review weekly AlixPartners report to UCC | 0.60 |
| 09/01/09 | HYL | Reviewed and revised weekly report for UCC. | 0.20 |
| 09/01/09 | YK | Reviewed and analyzed recent financial reports and docket items, such as Cubs procedure order. | 0.70 |
| 09/02/09 | YK | Reviewed and analyzed recent financial reports and docket items, including recently posted operating statistics. | 0.30 |
| 09/02/09 | HYL | Prepared and reviewed report to UCC regarding Tribune July results of operations. Focus on the consolidated summary of financial results and operating cash flow and cash balance reporting. | 4.60 |
| 09/02/09 | HYL | Prepared and reviewed report to UCC regarding Tribune July results of operations. Focus on the non-Debtor liquidity and cash usage, Publishing section including publish property detail and Broadcasting. | 4.40 |
| 09/02/09 | ANL | Analyzed and reviewed July broadcasting results. Reviewed historical distribution revenue. | 1.10 |
| 09/03/09 | HYL | Prepared and reviewed report to UCC regarding Tribune July results of operations. Focus on broadcasting, corporate and overall review of report. | 3.60 |
| 09/03/09 | HYL | Prepared for and participated in weekly financial advisors meeting with A&M. | 1.10 |
| 09/03/09 | YK | Reviewed and revised recent financial reports related to cash projections.  Updated slides in Weekly Status Update to the UCC. | 1.70 |
| 09/03/09 | YK | Reviewed and analyzed financial reports and docket items, including newly posted cash flow comparisons and pacing reports. | 0.80 |
| 09/03/09 | YK | Prepared for and attended conference call with Debtors' professionals to review weekly results, including pacing reports. | 0.40 |
| 09/03/09 | YK | Reviewed and analyzed recent financial reports related to broadcasting.  Revised slide in Weekly Status Update to the UCC. | 1.90 |
| 09/03/09 | YK | Reviewed and analyzed recent financial reports related to publishing.  Updated slide in Weekly Status Update to the UCC. | 1.40 |
| 09/03/09 | BH | Review Brown Book financial information on latest month financial results. Compare to weekly flash reporting data. | 2.30 |
| 09/04/09 | BH | Review July MOR information provided by Tribune. Compare financial information to Brown Book results. | 1.40 |
| 09/04/09 | BH | Review and analyze weekly flash report information provided by Debtors and edit weekly report for benefit of UCC. | 1.80 |

Invoice #                    2021900-2

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/04/09 | HYL | Reviewed and updated weekly report to the UCC. | 2.10 |
| 09/04/09 | HYL | Follow-up with A&M regarding supplementary data for July Monthly operating Report. | 0.20 |
| 09/04/09 | YK | Reviewed and analyzed recent financial reports and docket items, including trial attorney retention documents and related materials. | 0.80 |
| 09/04/09 | YK | Reviewed and analyzed source documents and updated Weekly Status Update to the UCC. | 2.60 |
| 09/04/09 | YK | Reviewed and analyzed cash projections provided by the Debtor. | 0.70 |
| 09/04/09 | YK | Revised cash flow projection comparisons between periods and revised Weekly Status Update for the UCC. | 1.70 |
| 09/08/09 | YK | Reviewed and analyzed docket items 2094 and 2099. Prepared brief summary of 2099. | 1.10 |
| 09/08/09 | YK | Prepared the weekly status report, including updates to the publishing and broadcasting statistics and commentaries | 2.50 |
| 09/08/09 | YK | Reviewed UCC meeting minutes. | 0.30 |
| 09/08/09 | TP | Reviewed and analyzed monthly operating report for July 2009 results | 5.30 |
| 09/08/09 | HYL | Reviewed and revised weekly report to UCC. | 0.40 |
| 09/08/09 | HYL | Reviewed and revised July monthly operating report to UCC. | 0.70 |
| 09/08/09 | BH | Review the weekly flash information provided by Debtors advisors and prepare weekly report to UCC. | 0.90 |
| 09/08/09 | BH | Review and revise the Monthly Financial Report to UCC for July 2009. Compare report to Brown Book source data. | 2.40 |
| 09/09/09 | BH | Review and revise weekly report to UCC on flash data prior to posting for UCC review. | 0.80 |
| 09/09/09 | HYL | Reviewed and analyzed monthly operating report and supporting schedules for the period June 29, 2009 through August 2, 2009 (July). | 1.90 |
| 09/09/09 | YK | Reviewed and revised weekly status report for distribution to the UCC. | 2.60 |
| 09/09/09 | YK | Reviewed deadlines and pending hearings on schedule distributed by Chadbourne & Parke. (0.4)  Reviewed resignation of a member of the UCC. (0.2) | 0.60 |
| 09/10/09 | YK | Reviewed and analyzed industry publications and review for recent developments in advertising trends and other performance benchmarks. | 2.20 |
| 09/10/09 | YK | Reviewed and analyzed recently posted pacing reports for broadcasting and publishing lines of business.  Reviewed and analyzed other operating statistics. | 2.80 |

Invoice #           2021900-2

Re:                Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/10/09 | HYL | Reviewed weekly publishing and broadcasting flash reporting data, weekly cash variance reporting, TREC servicer report and first day order distributions. | 1.10 |
| 09/10/09 | HYL | Prepared and reviewed cash and first day order disbursement slides in weekly report to UCC. | 0.90 |
| 09/10/09 | HYL | Followed up with A&M Regarding for additional information regarding decreased in YOY circulation revenue as stated in publishing flash report (Week 1 - Period 9). Updated presentation to reflect explanation of change. | 0.50 |
| 09/11/09 | HYL | Reviewed and revised weekly report to UCC. | 0.60 |
| 09/11/09 | ANL | Analyzed and reviewed UCC weekly status update. | 1.80 |
| 09/11/09 | ANL | Analyzed and reviewed weekly cash flow results and revenue flash reports. | 1.60 |
| 09/11/09 | ANL | Analyzed and reviewed report on July 2009 results and year to date results to the UCC. | 2.80 |
| 09/11/09 | YK | Reviewed and analyzed recently posted pacing and other operating reports. | 1.80 |
| 09/11/09 | YK | Updated weekly status report drafts, including publishing section. | 1.60 |
| 09/11/09 | BH | Review and analyze weekly flash report data provided by Tribune advisors on current results. | 1.70 |
| 09/14/09 | BH | Review and analyze the MOR reports and trend analysis of A/R and A/P and impact related to weekly cash flow information. | 3.60 |
| 09/14/09 | BH | Discussion with H. Lee (AlixPartners) on the MOR trend information and additions to the UCC report based upon this analysis. | 0.50 |
| 09/14/09 | HYL | Discussed with B. Hall (AlixPartners) and reviewed monthly AR, AP and net intercompany balance trending analysis. | 0.70 |
| 09/14/09 | HYL | Reviewed and revised Current Active Claims Report and requested follow-up meeting with Debtor's advisors. | 0.50 |
| 09/15/09 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.20 |
| 09/15/09 | BH | Review and analyze the monthly financial results for August as provided in the Brown Book reports. | 2.90 |
| 09/15/09 | YK | Reviewed and analyzed current financials, including recently posted operating statement (brown books). | 0.80 |
| 09/16/09 | YK | Reviewed recent docket items and attorney communications. | 0.50 |
| 09/16/09 | BH | Review and analyze report to the UCC on the weekly financial results and trends. | 2.30 |
| 09/16/09 | ANL | Analyzed and reviewed weekly status update to UCC. | 1.30 |
| 09/16/09 | ANL | Analyzed and reviewed August preliminary monthly results. | 0.80 |

Invoice #            2021900-2

Re:                  Current Financials
Client/Matter #      005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/16/09 | ANL | Analyzed and reviewed weekly Tribune servicer report. | 1.10 |
| 09/16/09 | ANL | Analyzed and reviewed historical weekly pacing reports and publishing revenue flash reports. | 2.30 |
| 09/16/09 | AH | Review weekly report to UCC | 0.30 |
| 09/17/09 | HYL | Prepared for and participated in weekly financial advisors call with Debtors and their advisors. | 1.10 |
| 09/17/09 | HYL | Reviewed and revised weekly report to UCC. Per request from UCC, modified report to include reporting on absolute dollars of TV Station pacing revenue. | 2.90 |
| 09/17/09 | ANL | Prepared for and participated in weekly call with A&M and Debtors' management on weekly cash flow and revenue results. | 1.10 |
| 09/17/09 | ANL | Prepared weekly status report to the UCC. | 1.80 |
| 09/17/09 | ANL | Analyzed and reviewed August preliminary monthly results. | 2.30 |
| 09/17/09 | HYL | Followed up email discussion regarding circulation revenue distribution method. | 0.40 |
| 09/17/09 | BH | Review and analyze the circulation revenue change in weekly reports and the method of accounting for changed circulation activity in Los Angeles in Q3. | 0.70 |
| 09/17/09 | YK | Reviewed and analyzed recently posted pacing reports and operating statistics.  Reviewed and analyzed media reports. | 1.40 |
| 09/18/09 | BH | Review and analyze latest information on weekly financial results provided by Tribune advisors. | 1.40 |
| 09/18/09 | ANL | Analyzed and reviewed August 2009 management operating report and year to date results. | 2.60 |
| 09/18/09 | HYL | Reviewed August management operating reports. | 1.10 |
| 09/18/09 | HYL | Prepared and reviewed August report to UCC regarding August financial data. | 1.50 |
| 09/21/09 | HYL | Prepared and reviewed monthly operating report to UCC for July and August 2009. | 4.40 |
| 09/21/09 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly status update. | 1.80 |
| 09/21/09 | ANL | Analyzed and reviewed July and August management operating report. | 2.30 |
| 09/21/09 | BH | Review and revise weekly report to UCC based upon latest flash report data. | 1.40 |
| 09/21/09 | YK | Reviewed current docket items (such as 2158, 2151) and financial reports. | 1.20 |
| 09/22/09 | BH | Review and analyze information provided by Tribune advisors on D&O costs. | 0.40 |
| 09/22/09 | ANL | Prepared summary of August 2009 and year to date | 1.10 |

Invoice #              2021900-2

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | publishing income statement. Prepared variance analysis. | |
| 09/22/09 | ANL | Prepared summary of August 2009 and year to date publishing income statement. Prepared variance analysis. | 0.90 |
| 09/22/09 | ANL | Prepared revenue detail summary and expense summary for August 2009 and year to date results for all Tribune segments. | 2.30 |
| 09/22/09 | ANL | Prepared operating cash flow summary by division for August 2009 year to date. | 1.80 |
| 09/22/09 | ANL | Prepared summary of July and August consolidated results. | 1.60 |
| 09/22/09 | YK | Reviewed and analyzed current financial statements, including latest operating reports. | 1.20 |
| 09/22/09 | YK | Reviewed docket items and recent financial reports such as operating statements. | 1.00 |
| 09/22/09 | HYL | Reviewed and prepared follow-up questions for Debtors regarding August Management Operating Reports. | 0.90 |
| 09/23/09 | HYL | Reviewed and analyzed CareerBuilder 2009 actual and forecast P&L statement. | 0.30 |
| 09/23/09 | HYL | Reviewed and analyzed Classified Ventures financial results. | 0.80 |
| 09/23/09 | HYL | Reviewed and analyzed Television Food Network financial statements. | 0.40 |
| 09/23/09 | HYL | Prepared July / August management operating results report for UCC. | 1.30 |
| 09/24/09 | TP | Reviewed and analyzed July and August financial results in monthly report | 3.90 |
| 09/25/09 | TP | Reviewed financial results for monthly operating report for July and August | 1.00 |
| 09/25/09 | BH | Review and analyze August Brown Book data for presentation to UCC on monthly financial performance. | 3.70 |
| 09/25/09 | HYL | Prepared and reviewed weekly report to UCC. | 4.10 |
| 09/28/09 | ANL | Reviewed and revised consolidated cash balance summary. | 0.60 |
| 09/28/09 | ANL | Reviewed and revised summary of Publishing income statement and revenue and expense detail for July and August 2009. | 2.20 |
| 09/28/09 | ANL | Analyzed August 2008 management operating report. | 2.70 |
| 09/28/09 | YK | Reviewed and analyzed current financial reports, including recently posted operating statistics. | 0.80 |
| 09/29/09 | YK | Reviewed and analyzed current financial reports, including recently posted docket items and operating statistics. | 0.80 |
| 09/29/09 | AH | Review weekly report to UCC | 0.40 |
| 09/29/09 | TP | Reviewed monthly operating report for July and August | 0.80 |
| 09/29/09 | BH | Review and analyze data provided by Tribune advisors on | 2.10 |

Invoice #                   2021900-2

Re:                         Current Financials
Client/Matter #             005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | weekly financial results and make edits to report to UCC on weekly results. | |
| 09/29/09 | ANL | Reviewed and revised weekly status update to UCC. | 2.10 |
| 09/29/09 | ANL | Reviewed and revised monthly report to UCC on July and August 2009 results. | 1.80 |
| 09/30/09 | ANL | Analyzed and reviewed July and August monthly operating reports. | 1.20 |
| 09/30/09 | ANL | Analyzed and reviewed weekly cash flow results and publishing and broadcasting revenue flash reports. | 2.10 |
| 09/30/09 | ANL | Analyzed and reviewed August monthly operating report. | 1.30 |
| 09/30/09 | YK | Reviewed and analyzed recent financial reports and operating statistics. | 0.70 |
| | | **Total Hours** | **169.80** |

Invoice #              2021900-2

Re:                    Current Financials
Client/Matter #        005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|------:|-----:|-------:|
| Alan Holtz | 1.30 | 790.00 | 1,027.00 |
| Harold Lee | 42.70 | 510.00 | 21,777.00 |
| Brad Hall | 30.30 | 595.00 | 18,028.50 |
| Albert Leung | 47.60 | 450.00 | 21,420.00 |
| Young Kim | 36.90 | 450.00 | 16,605.00 |
| Tristan Peitz | 11.00 | 295.00 | 3,245.00 |
| **Total Hours & Fees** | **169.80** | | **82,102.50** |

Invoice #              2021900-3

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/18/09 | BH | Review and analyze the status of Tribune Contracts amended, rejected and yet to be altered, to determine potential cost savings to be achieved from additional contract amendments as it relates to the 2009 and long term projections. | 1.10 |
| 09/24/09 | BH | Review and analyze latest changes in estimates supporting Tribune's 5 year financial model on a Business Unit level basis. | 2.60 |
| 09/28/09 | BH | Follow-up with Moelis and FTI on scheduling a diligence meeting with the Debtor to discuss the detailed 5-year Plan and recent amendments to the Plan. | 1.10 |
| 09/30/09 | BH | Discussion with Moelis about preparation of an update report to UCC on recent Tribune amendments to the 5-year plan. | 0.30 |
| | | **Total Hours** | **5.10** |

Invoice #               2021900-3

Re:                     Prospective Financials
Client/Matter #         005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Brad Hall | 5.10 | 595.00 | 3,034.50 |
| **Total Hours & Fees** | **5.10** | | **3,034.50** |

Invoice #              2021900-4

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/03/09 | ANL | Reviewed and analyzed insider severance payments of LA Times severed employees. | 0.30 |
| 09/03/09 | BH | Review information related to severance payments to insiders to determine appropriateness of payments. | 0.40 |
| 09/15/09 | ANL | Analyzed and reviewed Washington-Baltimore Guild objection to the MIP and supporting documentation including expert testimony. | 2.30 |
| 09/16/09 | ANL | Analyzed and reviewed Guild objection exhibits and support. | 2.10 |
| 09/29/09 | AH | Review MIP hearing results and draft order for 2008 "Top 10" | 0.30 |
| 09/29/09 | ANL | Reviewed and analyzed draft of the 2008 top 10 MIP payment order. Reviewed payment details of the executives to verify accuracy. | 1.60 |
| 09/29/09 | BH | Review and edit proposed order regarding the payment of Top 10 for 2008 MIP. | 1.50 |
| | | **Total Hours** | **8.50** |

Invoice #              2021900-4

Re:                    Employee Issues
Client/Matter #        005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.30 | 790.00 | 237.00 |
| Brad Hall | 1.90 | 595.00 | 1,130.50 |
| Albert Leung | 6.30 | 450.00 | 2,835.00 |
| **Total Hours & Fees** | **8.50** | | **4,202.50** |

Invoice #            2021900-5

Re:                 Plan of Reorganization
Client/Matter #     005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 09/01/09 | BH | Schedule meeting with Capstone representatives to discuss the use of Inter-Company claims model and impact on various creditors. | 0.30 |
| 09/02/09 | BH | Discussion with Capstone regarding the mechanics of the Inter-Company Claims Allocation model. Review the report prepared by AlixPartners and shared with the UCC. | 0.70 |
| 09/02/09 | HYL | Prepared for and participated in meeting with Capstone (Duncan Pickett and Renee Poutous Barry) to review Company intercompany model. | 1.30 |
| 09/09/09 | YK | Reviewed and analyzed Plan of Reorganization draft. | 0.90 |
| 09/24/09 | HYL | Reviewed Tribune Broadcasting and Publishing Business Unit Models (projections). | 0.90 |
| | | **Total Hours** | **4.10** |

Invoice #              2021900-5

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Lee | 2.20 | 510.00 | 1,122.00 |
| Brad Hall | 1.00 | 595.00 | 595.00 |
| Young Kim | 0.90 | 450.00 | 405.00 |
| **Total Hours & Fees** | **4.10** | | **2,122.00** |

Invoice #          2021900-6

Re:                Claims & Recoveries
Client/Matter #     005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 09/04/09 | BH | Review and analyze the claims summary schedule provided by Tribune advisors. | 1.30 |
| 09/09/09 | HYL | Reviewed motions 2092, 2093, 2094, and 2095 Debtors' Omnibus Objections (Non-Substantive) to Claims. | 1.10 |
| 09/15/09 | HYL | Reviewed Docket # 2118, Objection to Debtors' Fourth Omnibus Objection (Non-substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 | 0.60 |
| 09/28/09 | ANL | Reviewed and analyzed updated claims analysis. | 1.20 |
| 09/29/09 | ANL | Reviewed and analyzed updated claims analysis provided by Debtors. | 1.60 |
| 09/30/09 | HYL | Prepared and communicated information request to Debtors advisors regarding insider transactions, claims update and contract analysis. | 0.80 |
| | | **Total Hours** | **6.60** |

Invoice #            2021900-6

Re:                  Claims & Recoveries
Client/Matter #      005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Lee | 2.50 | 510.00 | 1,275.00 |
| Brad Hall | 1.30 | 595.00 | 773.50 |
| Albert Leung | 2.80 | 450.00 | 1,260.00 |
| **Total Hours & Fees** | **6.60** | | **3,308.50** |

Invoice #               2021900-7

Re:                     Misc. Motions
Client/Matter #         005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/04/09 | HYL | Reviewed and follow up on docket item 2061, 2074 and 2084 in regards to cash forecast impact of settlement with CA FTB and contingent fees to Downey, Smith & Fier. | 0.60 |
| 09/04/09 | YK | Reviewed and analyzed recent docket items related to refund of certain taxes. | 0.50 |
| 09/15/09 | HYL | Reviewed draft response to Law Debenture's 2004 Motion and the related Zuckerman declaration | 0.80 |
| | | **Total Hours** | **1.90** |

Invoice #              2021900-7

Re:                    Misc. Motions
Client/Matter #        005735.00011


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Lee | 1.40 | 510.00 | 714.00 |
| Young Kim | 0.50 | 450.00 | 225.00 |
| **Total Hours & Fees** | **1.90** | | **939.00** |

Invoice #              2021900-8

Re:                    Asset Sales
Client/Matter #        005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/08/09 | YK | Reviewed and analyzed Cubs asset sale procedures motions posted on the docket. | 0.80 |
| 09/09/09 | YK | Reviewed memorandum and commentary regarding docket item 2096 and the Hicksville transaction. | 0.40 |
| 09/09/09 | BH | Review and analyze the information provided in support of the Motion to sell the Hicksville property. Revise a memo to Chadbourne summarizing the transaction. | 1.60 |
| 09/09/09 | HYL | Reviewed motion section 363 sale of real property located in Hicksville, New York to Steel Tribune, LLC. Drafted memo for review. | 1.20 |
| 09/15/09 | ANL | Analyzed and reviewed motion and exhibits related to the Hicksville real estate sale. Discussed issues with UCC counsel. | 2.20 |
| 09/16/09 | HYL | Followed up regarding request for additional information on sale of certain real property in New York. | 0.30 |
| 09/16/09 | BH | Review and revise memo drafted by Chadbourne to describe the Hicksville sale proposal. | 0.70 |
| | | **Total Hours** | **7.20** |

Invoice #                2021900-8

Re:                      Asset Sales
Client/Matter #          005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Lee | 1.50 | 510.00 | 765.00 |
| Brad Hall | 2.30 | 595.00 | 1,368.50 |
| Albert Leung | 2.20 | 450.00 | 990.00 |
| Young Kim | 1.20 | 450.00 | 540.00 |
| **Total Hours & Fees** | **7.20** | | **3,663.50** |

Invoice #          2021900-9

Re:                 Avoidance Actions
Client/Matter #      005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 09/01/09 | MJB | Performed valuation analysis | 3.80 |
| 09/01/09 | AH | Discuss solvency work with B. Den Uyl (AlixPartners) and then with D. LeMay (Chadbourne) | 0.30 |
| 09/01/09 | AMJ | Reviewed and summarized Duff & Phelps' documents received in August 2009. Focused on identifying and analyzing documents relating to pre-close solvency. | 3.40 |
| 09/01/09 | AMJ | Reviewed and summarized JPMorgan documents received in August 2009. Focused on identifying and analyzing documents relating to pre-close solvency. | 3.80 |
| 09/01/09 | AMJ | Reviewed and summarized documents (Great Bank Trust E-mail) received in August 2009. Focused on identifying and analyzing documents relating to pre-close solvency. | 3.10 |
| 09/01/09 | AMJ | Prepared report charts summarizing solvency (VRC and D&P) sensitivity analysis. | 1.20 |
| 09/01/09 | AMJ | Reviewed D&P April and December solvency models to ensure they were mathematically accurate. In addition, reviewed model assumptions. | 3.10 |
| 09/01/09 | AMJ | Reviewed and summarized Great Bank Trust documents received in August 2009. Focused on identifying and analyzing documents relating to pre-close solvency. | 2.90 |
| 09/01/09 | MJB | Reviewed Navigant valuation | 1.10 |
| 09/01/09 | MJB | Reviewed Morgan Stanley valuation | 1.80 |
| 09/01/09 | TP | Reviewed and analyzed valuation documents | 0.60 |
| 09/01/09 | CR | Reviewed and revised VRC December model. | 3.10 |
| 09/01/09 | CR | Reviewed and revised VRC May Step 1 model. | 2.90 |
| 09/01/09 | CR | Reviewed and revised VRC May Step 2 model. | 2.80 |
| 09/01/09 | CR | Reviewed analysis of Navigant valuation model. | 2.80 |
| 09/01/09 | CR | Prepared financial analysis for discussion outline. | 1.70 |
| 09/01/09 | RBD | Review analysis for meeting with Chadbourne on 9/3 (2.1) Held discussion with A. Holtz (AlixPartners) (0.3). | 2.40 |
| 09/01/09 | MFR | Revisions to talking points re: key drivers of solvency and related sensitivities. | 4.20 |
| 09/01/09 | MFR | Review and analysis of Morgan Stanley's numerous presentations to Board of Directors. | 2.10 |
| 09/01/09 | MFR | Review and analysis of solvency sensitivity analyses. | 4.10 |
| 09/02/09 | RBD | Prepared analysis of solvency for 9/3 meeting in NY with Chadbourne | 6.80 |
| 09/02/09 | CR | Prepared analysis of equity investment assumptions and valuations. | 2.90 |
| 09/02/09 | CR | Prepared analysis of Morgan Stanley valuations. | 2.80 |
| 09/02/09 | CR | Prepared analysis of Merrill Lynch valuation reports (1.7) | 2.90 |

Invoice #            2021900-9

Re:                  Avoidance Actions
Client/Matter #      005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Met with M. Rule. (1.2) | |
| 09/02/09 | CR | Prepared analysis of VRC and D&P valuation support. | 2.80 |
| 09/02/09 | CR | Reviewed produced documents from Relativity. | 2.90 |
| 09/02/09 | AMJ | Reviewed and summarized documents received. Identified all documents that related to pre-close solvency and their impact on the fraudulent conveyance test. (2.9) Attended meeting with M. Rule (AlixPartners) (1.2). | 4.10 |
| 09/02/09 | AMJ | Reviewed and summarized documents received. Identified all documents that related to pre-close solvency and their impact on the fraudulent conveyance test.  Added additional downside case to models. | 3.75 |
| 09/02/09 | AMJ | Reviewed and summarized documents received. Identified all documents that related to pre-close solvency and their impact on the fraudulent conveyance test.  Updated models as appropriate. | 2.60 |
| 09/02/09 | AMJ | Reviewed and summarized documents received. Identified all documents that related to pre-close solvency and their impact on the fraudulent conveyance test. | 2.60 |
| 09/02/09 | MJB | Performed valuation analysis | 3.20 |
| 09/02/09 | MFR | Reviewed 3rd party valuations in preparation for 9/3 meeting with Chadbourne / Zuckerman. | 3.80 |
| 09/02/09 | MFR | Revisions to solvency summary schedules. | 3.90 |
| 09/02/09 | MFR | Discussions with C. Rubel and A. Janovsky (AlixPartners) re: solvency sensitivity analyses. | 1.20 |
| 09/03/09 | MFR | Meeting with Chadbourne / Zuckerman attorneys re: preliminary solvency observations. | 2.30 |
| 09/03/09 | MFR | Meeting with B. Den Uyl (AlixPartners) in preparation for meeting with Chadbourne / Zuckerman. | 2.00 |
| 09/03/09 | MFR | Revisions to analyses / schedules for Chadbourne / Zuckerman meeting. | 1.70 |
| 09/03/09 | AMJ | Reviewed and summarized documents received. Identified all documents that related to pre-close solvency and their impact on the fraudulent conveyance test. | 10.80 |
| 09/03/09 | MJB | Performed cash flow analysis | 0.70 |
| 09/03/09 | AH | Attend meeting with Chadbourne & Parke and Zuckerman Spader re: solvency analysis | 2.90 |
| 09/03/09 | CR | Reviewed outline support and charts. | 2.60 |
| 09/03/09 | RBD | Meeting in NY on solvency analysis at Chadbourne (3.2) Prepared for meeting with M. Rule (2.0) | 5.20 |
| 09/04/09 | CR | Analysis of Blackstone August valuation documents. | 2.10 |
| 09/04/09 | CR | Analysis of Blackstone February valuation documents. | 1.90 |
| 09/04/09 | CR | Reviewed documents from Relativity data site. | 4.00 |

Invoice #              2021900-9

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 09/04/09 | MFR | Development of presentation to UCC re: solvency. | 5.90 |
| 09/04/09 | AMJ | Discovery work: Reviewed and summarized documents received. Focused on identifying documents relating to pre-close solvency. | 8.00 |
| 09/06/09 | AMJ | Discovery work: Reviewed and summarized Foundation documents received. Focused on identifying documents relating to pre-close solvency. | 4.70 |
| 09/08/09 | MFR | Meeting with Den Uyl re: UCC presentation on 9/10. | 0.50 |
| 09/08/09 | MFR | Development of presentation to UCC re: solvency. | 3.80 |
| 09/08/09 | MFR | Revisions to presentation to UCC re: solvency. | 2.00 |
| 09/08/09 | MFR | Discussions with C. Rubel and A. Janovsky re: solvency sensitivity analyses. | 1.00 |
| 09/08/09 | MFR | Review of various Tribune ESOP models. | 1.70 |
| 09/08/09 | CR | Reviewed JPM documents from Relativity data site. (2.1) Held discussion with M. Rule (1.0) | 3.10 |
| 09/08/09 | CR | Reviewed and revised discussion materials. | 2.90 |
| 09/08/09 | CR | Reviewed and revised discussion materials charts. | 1.80 |
| 09/08/09 | CR | Review and revised valuation comparison charts. | 1.60 |
| 09/08/09 | AMJ | Discovery work: Reviewed and summarized JPMorgan 2007 e-mail documents (2nd half of 2007) received. Focused on identifying documents relating to pre-close solvency. (3.1) Meeting with M. Rule (1.0) | 4.10 |
| 09/08/09 | AMJ | Discovery work: Reviewed and summarized JPMorgan 2007 e-mail documents (1st half of 2007) received. Focused on identifying documents relating to pre-close solvency. | 3.80 |
| 09/08/09 | AMJ | Discovery work: Reviewed and summarized Foundation news article documents (2H of 2007) received. Focused on identifying documents relating to pre-close solvency. | 3.70 |
| 09/08/09 | AMJ | Discovery work: Reviewed and summarized Foundation news article documents (1H of 2007) received. Focused on identifying documents relating to pre-close solvency. | 4.00 |
| 09/08/09 | RBD | Presentation and analysis to Creditors Committee and analysis of Blackstone valuation (2.7). Held meeting with M. Rule (0.5) | 3.20 |
| 09/09/09 | AMJ | Discovery work. Reviewed and summarized JPM 1st half of 2008 e-mail documents received. Identified any documents which relate to pre-close solvency. | 3.80 |
| 09/09/09 | AMJ | Discovery work. Reviewed and summarized JPMorgan legal documents received. Identified any documents which relate to pre-close solvency. | 3.40 |
| 09/09/09 | AMJ | Discovery work. Reviewed and summarized JPMorgan 2nd half of 2008 e-mail documents received. Identified any | 3.95 |

Invoice #          2021900-9

Re:                Avoidance Actions
Client/Matter #    005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | documents which relate to pre-close solvency. | |
| 09/09/09 | AMJ | Discovery work. Reviewed and summarized miscellaneous JPMorgan e-mail documents received. Identified any documents which relate to pre-close solvency. | 2.45 |
| 09/09/09 | AH | Review solvency analysis for UCC and discuss w/ M. Rule (AlixPartners) | 1.20 |
| 09/09/09 | MFR | Finalize presentation for UCC meeting on 9/10. | 2.10 |
| 09/09/09 | MFR | Preparation for UCC presentation / review presentation supporting materials. (2.9) Review materials with A. Holtz (AlixPartners) (1.2) | 4.10 |
| 09/10/09 | MFR | Preparation for UCC presentation / review presentation supporting materials. | 2.20 |
| 09/10/09 | YK | Reviewed and analyzed discovery memorandum provided by Chadbourne & Parke. | 1.50 |
| 09/10/09 | AMJ | Discovery work: Reviewed and summarized Citigroup (mainly 2006 documents) documents received in September. Identified and analyzed all documents which relate to pre-close solvency. | 4.80 |
| 09/10/09 | AMJ | Discovery work: Reviewed and summarized Foundation legal documents received in September. Focused on pre-close solvency support which may impact fraudulent conveyance opinion. | 4.10 |
| 09/10/09 | AMJ | Discovery work: Reviewed and summarized Foundation meeting minutes and memorandums. Identified and analyzed all documents which related to pre-close solvency. | 3.30 |
| 09/10/09 | AMJ | Reviewed and summarized various News articles included in the Foundation production. Identified all items which related to pre-close solvency. | 1.30 |
| 09/11/09 | AMJ | Reviewed and summarized Foundation news article documents received in September production. Reviewed focused on identifying and analyzing all pre-close solvency data. | 4.70 |
| 09/11/09 | AMJ | Reviewed and summarized additional Foundation presentations received in September production. Identified all data which related to pre-close solvency and whether it would impact AlixPartners' fraudulent conveyance analysis. | 3.60 |
| 09/11/09 | AMJ | Discovery work: Reviewed and summarized various Merrill Lynch documents received in the September production. Focused on identifying any documents which may impact AlixPartners' solvency analysis. | 3.40 |
| 09/11/09 | AMJ | Discovery work: Reviewed and summarized various Merrill Lynch 2006 documents received in the September document production. | 2.20 |

Invoice #                2021900-9

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/11/09 | AH | Various emails regarding informational interviews re: avoidance actions | 0.20 |
| 09/11/09 | MFR | Review key documents from ongoing discovery. | 3.30 |
| 09/11/09 | RBD | Review valuation analysis of Merrill | 1.80 |
| 09/12/09 | AMJ | Reviewed and summarized various analyst reports received in Foundation document production, which haven't been received before.  Focused on identifying pre-close solvency information. | 3.40 |
| 09/13/09 | AMJ | Reviewed and summarized Merrill Lynch 1st half 2006 presentation documents received in September. Focused on identifying any information that may impact APLLP's solvency analysis. | 2.90 |
| 09/13/09 | AMJ | Reviewed and summarized Merrill Lynch 2nd half 2006 presentation documents received in September. Focused on identifying any information that may impact APLLP's solvency analysis. | 3.30 |
| 09/13/09 | AMJ | Discovery work: Reviewed and summarized miscellaneous 2006 Merrill Lynch documents received in September. Focused on identifying any documents that would impact pre-close solvency. | 3.10 |
| 09/14/09 | AMJ | Discovery work: Reviewed and summarized 1st half 2007 Merrill Lynch presentations received in the September document production.  Focused on identifying information that would impact pre-close solvency analysis. | 3.80 |
| 09/14/09 | AMJ | Discovery work: Reviewed and summarized 2nd half 2007 Merrill Lynch presentations received in the September document production.  Focused on identifying information that would impact pre-close solvency analysis. | 4.20 |
| 09/14/09 | AMJ | Discovery work: Reviewed and summarized miscellaneous 1st half 2007 Merrill Lynch documents (mainly charts and graphs) received in the September document production. Focused on identifying information that would impact pre-close solvency analysis. | 4.40 |
| 09/14/09 | AMJ | Discovery work: Reviewed and summarized miscellaneous 2nd half 2006 Merrill Lynch documents (mainly charts and graphs) received in the September document production. Focused on identifying information that would impact pre-close solvency analysis. | 1.70 |
| 09/14/09 | CR | Analysis of May Blackstone valuation presentation. | 1.10 |
| 09/14/09 | MFR | Review of key documents from ongoing discovery. | 2.70 |
| 09/14/09 | MFR | Preparation for 9/15 meeting with Chandler Bigelow / review documents and projections associated with Bigelow. | 4.50 |
| 09/14/09 | RBD | Bigelow outline/meeting preparation for JPM (0.5) and meet with M. Rule to review presentation (1.7) | 2.20 |

Invoice #              2021900-9

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/15/09 | MFR | Meeting with Chadbourne and Zuckerman attorneys re: Bigelow meeting and 9/17 meeting with JPMorgan. | 2.50 |
| 09/15/09 | MFR | Attendance and participation in Bigelow meeting. | 4.60 |
| 09/15/09 | MFR | Meeting with B. Den Uyl (AlixPartners) in preparation for 9/17 meeting with JPMorgan. | 1.70 |
| 09/15/09 | MFR | Development of presentation for 9/17 meeting with JPMorgan. | 2.10 |
| 09/15/09 | RBD | Meeting with Chadbourne in Chicago re: interview with Bigelow and 9/17 presentation in NYC and presentation materials and analysis | 5.20 |
| 09/15/09 | CR | Analysis of Blackstone valuation data. | 1.60 |
| 09/15/09 | CR | Reviewed and analyzed valuation data for discussion outline, | 1.40 |
| 09/15/09 | AMJ | Reviewed and summarized miscellaneous Merrill Lynch 2006 graph and chart documents received in September. Focused on identifying documents which relate to pre-close solvency. | 4.30 |
| 09/15/09 | AMJ | Reviewed and summarized miscellaneous Merrill Lynch 2007 graph and chart documents received in September. Focused on identifying documents which relate to pre-close solvency. | 4.10 |
| 09/15/09 | AMJ | Reviewed and summarized miscellaneous Merrill Lynch 2008 graph and chart documents received in September. Focused on identifying documents which relate to pre-close solvency. | 3.70 |
| 09/15/09 | AMJ | Reviewed and summarized miscellaneous documents with notes, summaries and descriptions regarding transaction. Focused on identifying documents which may impact pre-close solvency analysis. | 2.00 |
| 09/16/09 | CR | Analyzed Morgan Stanley valuation outputs. | 2.20 |
| 09/16/09 | AMJ | Reviewed and summarized Houlihan and Lokey transaction documents received in September. Focused on identifying information which may impact pre-close solvency analysis. | 4.30 |
| 09/16/09 | AMJ | Reviewed and summarized Brit Bartter JPM Email documents received in September 2009. Focused on identifying data which may impact pre-close solvency analysis. | 2.60 |
| 09/16/09 | AMJ | Reviewed and summarized Robert Anastasio JPM E-mail documents received in September 2009. Focused on identifying data which may impact pre-close solvency analysis. | 0.60 |
| 09/16/09 | AMJ | Reviewed and summarized Yang Chen JPM E-mail documents received in September 2009. Focused on | 3.60 |

Invoice #                 2021900-9

Re:                       Avoidance Actions
Client/Matter #           005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | identifying data which may impact pre-close solvency analysis. | |
| 09/16/09 | AMJ | Reviewed and summarized Peter Cohen JPM Email documents received in September 2009. Focused on identifying data which may impact pre-close solvency analysis. | 1.80 |
| 09/16/09 | RBD | Solvency analyses and prepare for presentation to JPM in NY | 6.30 |
| 09/16/09 | MFR | Review presentation for JPMorgan meeting and supporting materials. | 3.90 |
| 09/17/09 | MFR | Meeting with B. Den Uyl (AlixPartners) in preparation for JPMorgan meeting. | 1.20 |
| 09/17/09 | MFR | Meeting with Chadbourne / Zuckerman attorneys in preparation for JPMorgan meeting. | 4.00 |
| 09/17/09 | MFR | Meeting with JPMorgan | 1.60 |
| 09/17/09 | MFR | Post JPMorgan meeting with Chadbourne / Zuckerman attorneys. | 0.50 |
| 09/17/09 | AMJ | Reviewed and summarized JPM Patricia Deans E-mail documents received in September. Focused on identifying data that may impact pre-close solvency analysis. | 4.10 |
| 09/17/09 | AMJ | Reviewed and summarized Ferdinand Grimminck E-mail documents received in September. Focused on information that may impact pre-close solvency. | 4.30 |
| 09/17/09 | AMJ | Reviewed and summarized JPM Mark Guterman E-mail Documents received in September. Focused on data relating to pre-close solvency. | 2.60 |
| 09/17/09 | AMJ | Reviewed and summarized JPM miscellaneous other e-mail documents received in September. Focused on identifying pre-close solvency documents. | 2.50 |
| 09/17/09 | RBD | Meeting with UCC and JPM group and prepare analysis for presentation. (6.6) Meeting with M. Rule (1.2) | 7.80 |
| 09/18/09 | BH | Review information for insider payments made pre-petition and develop type of analysis required to obtain adequate detail on payments made. | 0.50 |
| 09/18/09 | MFR | Review of key documents from ongoing discovery - Merrill Lynch documents. (3.5) Review JPM related documents with A. Holtz (0.3) | 3.80 |
| 09/18/09 | MFR | Review of key documents from ongoing discovery - Navigant documents. | 4.10 |
| 09/18/09 | ANL | Reviewed and analyzed UCC response to Law Debenture Trust for Discovery and Appointment of Examiner. Reviewed Zuckerman Declaration and related motions. | 1.30 |
| 09/18/09 | AH | Discuss JP Morgan meeting re: solvency with M. Rule | 0.30 |

Invoice #            2021900-9

Re:                 Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | (AlixPartners). | |
| 09/18/09 | AH | Review insider transaction detail | 0.80 |
| 09/18/09 | HYL | Telephone conversation with Ray Sturm (Lazard) and email follow-ups regarding Duff and Phelps report and Analyst Consensus case. | 0.30 |
| 09/18/09 | AMJ | Reviewed and summarized various JPM employee e-mail documents received (Henry Higbie, Darryl Jacobson, Mark Guterman, Rajesh Kapadia). Identified any information which may impact pre-close solvency analysis. | 4.70 |
| 09/18/09 | AMJ | Reviewed and summarized various JPM employee e-mail documents received (Natalia Klykova, James Lee, Chris Linneman, Jeff Sell). Identified any information which may impact pre-close solvency analysis. | 3.30 |
| 09/18/09 | CR | Reviewed documents from Relativity datasite. | 2.60 |
| 09/18/09 | CR | Reviewed and analyzed JPM documents. | 2.80 |
| 09/21/09 | CR | Reviewed and analyzed JPM documents. | 1.60 |
| 09/21/09 | AMJ | Reviewed and summarized Joachim Sonne JPM E-Mails received in September. Focused on identifying documents which relate to pre-close solvency. | 4.60 |
| 09/21/09 | AMJ | Reviewed and summarized Joachim Sonne JPM E-Mails received in September. Focused on identifying documents which relate to pre-close solvency. Analyzed the impact these documents had on APLLP's fraudulent conveyance analysis. | 4.20 |
| 09/21/09 | MFR | Review of key documents from ongoing discovery. | 3.20 |
| 09/21/09 | MFR | Identification of key documents for 9/22 meeting with Chadbourne and Zuckerman attorneys re: details of VRC and Duff solvency analyses. Communication re: documents to Zuckerman. | 2.10 |
| 09/21/09 | MFR | Preparation for 9/22 meeting with Chadbourne / Zuckerman and review of key documents for meeting. | 3.70 |
| 09/22/09 | MFR | Meeting with Chadbourne / Zuckerman attorneys re: details of VRC and Duff solvency analyses. | 5.60 |
| 09/22/09 | HYL | Prepared for and participated in presentation and discussion of intercompany model with UCC attorneys (Chadboure and Zuckerman). Follow-up review of model to evaluate proposed changes by group and discussion with Moelis. | 3.10 |
| 09/22/09 | AMJ | Reviewed and summarized VRC documents received in September 2009. Focused on identifying data that related to pre-close solvency. | 4.70 |
| 09/22/09 | AMJ | Reviewed and summarized Jochim Sonne JPM E-mails received in September. Identified all information related to pre-close solvency and analyzed how it may impact | 4.90 |

Invoice #              2021900-9

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | APLLP's fraudulent conveyance analysis. | |
| 09/22/09 | CR | Reviewed and analyzed JPM documents. | 2.30 |
| 09/22/09 | CR | Reviewed document from Relativity datasite. | 2.30 |
| 09/22/09 | CR | Reviewed and analyzed VRC documents. | 2.30 |
| 09/23/09 | CR | Tax research and analysis of PHONES deferred tax liability. | 3.40 |
| 09/23/09 | CR | Reviewed and analyzed VRC documents. | 2.10 |
| 09/23/09 | AMJ | Reviewed and summarized miscellaneous VRC documents received (supporting documents of VRC's solvency opinion, competitor information, news articles and analyst reports). Review primarily focused on identifying documents which relate to pre-close solvency. | 9.70 |
| 09/23/09 | MFR | Review of key documents from latest VRC production. | 3.70 |
| 09/23/09 | MFR | Review and analysis of VRC 4/19/07 solvency analysis. | 1.80 |
| 09/23/09 | MFR | Review and analysis of VRC's 5/17/07 solvency analysis. | 2.10 |
| 09/23/09 | MFR | Review and analysis of VRC's PHONES tax savings calculation. | 1.30 |
| 09/24/09 | MFR | Review of key documents from latest VRC production. | 3.60 |
| 09/24/09 | MFR | Identification of information gaps in VRC's production. Communication of information gaps to Chadbourne and Zuckerman attorneys. | 1.80 |
| 09/24/09 | AMJ | Reviewed and summarized various VRC documents pertaining to the solvency presentation and supporting documents. Focused on identifying documents that provide further details behind their analysis. In addition, identified documents that may impact pre-close solvency and determined their impact on APLLP's analysis. | 2.90 |
| 09/24/09 | AMJ | Reviewed and summarized Tribune e-mails received in the September document production. Review focused on identifying those documents that relate to pre-close solvency. | 2.70 |
| 09/24/09 | CR | Reviewed and analyzed TRB documents from Relativity datasite. | 3.90 |
| 09/25/09 | CR | Reviewed and analyzed TRB documents from Relativity datasite. | 3.90 |
| 09/25/09 | MFR | Review and analysis of various Zell models. | 2.10 |
| 09/25/09 | AMJ | Reviewed and summarized additional industry reports received in the september document production (Merrill Lynch, JPM and TRB). Focused on identifying information relating to industry projections, outlook and current company conditions. Identified both positive and negative attributes. | 3.10 |
| 09/25/09 | AMJ | Reviewed and summarized additional Tribune analyst | 3.30 |

Invoice #                2021900-9

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | reports received in September document production (Merrill Lynch, JPM, TRB).  Focused on identifying information relating to projections, outlook and current company conditions.  Identified both positive and negative attributes. | |
| 09/25/09 | AMJ | Reviewed and summarized various TRB documents (e-mails, legal documents and forecasts made in January 2007). Identified and analyzed all documents with pre-close solvency information and how they may impact APLLP's analysis. | 3.70 |
| 09/25/09 | RBD | Review VRC production | 3.20 |
| 09/28/09 | AMJ | Obtained various 2006 TRB emails in the September document production.  Identified any data which related to pre-close solvency and analyzed its impact on APLLP's analysis. | 4.20 |
| 09/28/09 | AMJ | Obtained various 2006 TRB presentations in the September production.  Analyzed all pre-close solvency information. | 3.20 |
| 09/28/09 | AMJ | Reviewed and summarized various TRB 2006 email documents in the September production. | 2.70 |
| 09/28/09 | HYL | Prepared and reviewed intercompany sensitivity scenarios as requested by Zuckerman. | 2.90 |
| 09/28/09 | MFR | Review of key documents from ongoing discovery - PORtland documents. | 3.60 |
| 09/28/09 | MFR | Review of key documents from ongoing discovery - Tribune documents. | 3.90 |
| 09/29/09 | AMJ | Reviewed and summarized various 1st quarter TRB emails relating to transaction.  Focused on identifying data which relates to pre-close solvency. | 4.10 |
| 09/29/09 | AMJ | Obtained additional legal documents in the TRB September document production.  Reviewed and summarized documents received. | 2.30 |
| 09/29/09 | AMJ | Obtained various projection scenarios made in January 2007 in the TRB September document production.  Analyzed these scenarios and whether they impacted APLLP's fraudulant conveyance analysis | 2.70 |
| 09/29/09 | CR | Organizing document index and adjusting for EGI additions. | 1.80 |
| 09/29/09 | CR | Reviewed EGI documents from Relativity datasite. | 1.10 |
| 09/29/09 | CR | Reviewed TRB documents from Relativity datasite. | 3.10 |
| 09/30/09 | CR | Organized and adjusted document index for additional JPM documents. | 1.80 |
| 09/30/09 | CR | Reviewed TRB documents from Relativity datasite. | 2.90 |
| 09/30/09 | CR | Reviewed Merrill Lynch documents from Relativity datasite. | 0.90 |
| 09/30/09 | CR | Reviewed VRC documents from Relativity datasite. | 1.20 |

Invoice #                   2021900-9

Re:                         Avoidance Actions
Client/Matter #             005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/30/09 | CR | Reviewed debtor documents from Relativity datasite. | 3.10 |
| 09/30/09 | AMJ | Reviewed and summarized legal documents received in the TRB document September productions. | 3.10 |
| 09/30/09 | AMJ | Reviewed and summarized various TRB 2007 e-mails relating to valuation analysis and legal documents. Identified all pre-close solvency data that may impact APLLP's fraudulent conveyance analysis. | 2.90 |
| 09/30/09 | MFR | Review and analysis of September 2007 projections developed by Tribune. Communication with Chadbourne re: the same. | 3.20 |
| 09/30/09 | MFR | Review of key documents from ongoing discovery - Tribune documents. | 2.20 |
| | | **Total Hours** | **555.55** |

Invoice #                2021900-9

Re:                      Avoidance Actions
Client/Matter #          005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 44.10 | 835.00 | 36,823.50 |
| Alan Holtz | 5.70 | 790.00 | 4,503.00 |
| Mark F Rule | 133.00 | 510.00 | 67,830.00 |
| Harold Lee | 6.30 | 510.00 | 3,213.00 |
| Brad Hall | 0.50 | 595.00 | 297.50 |
| Marc J Brown | 10.60 | 595.00 | 6,307.00 |
| Albert Leung | 1.30 | 450.00 | 585.00 |
| Young Kim | 1.50 | 450.00 | 675.00 |
| Adam M Janovsky | 254.95 | 295.00 | 75,210.25 |
| Christopher Rubel | 97.00 | 295.00 | 28,615.00 |
| Tristan Peitz | 0.60 | 295.00 | 177.00 |
| **Total Hours & Fees** | **555.55** | | **224,236.25** |

Invoice #              2021900-10

Re:                    UCC Meetings
Client/Matter #        005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/09 | AH | Weekly call w/ UCC professionals | 0.70 |
| 09/01/09 | BH | Participate in weekly UCC Professionals call with Chadbourne and Moelis. | 0.50 |
| 09/04/09 | RBD | Presentation to Unsecured Creditors Committee. | 2.60 |
| 09/08/09 | AH | Weekly call with UCC professionals | 0.70 |
| 09/08/09 | BH | Participate in weekly UCC Professionals call with Chadbourne and Moelis. | 0.50 |
| 09/10/09 | BH | Prepare comments for discussion of weekly and monthly financial results during UCC meeting. | 1.00 |
| 09/10/09 | BH | Participate telephonically in UCC meeting and make financial presentation to UCC. | 2.30 |
| 09/10/09 | BH | Review options for replacing outgoing member of UCC. Discuss with Chadbourne potential replacements and priority of efforts to identify a replacement member. | 0.40 |
| 09/10/09 | AH | Participate in portion of UCC meeting (by telephone) | 2.40 |
| 09/10/09 | MFR | UCC meeting / presentation to UCC re: solvency. | 4.10 |
| 09/15/09 | AH | Weekly update call with UCC advisors | 0.90 |
| 09/15/09 | BH | Participate in weekly UCC Professionals call with Chadbourne and Moelis. | 0.50 |
| 09/17/09 | BH | Preparation of comments and materials for UCC financial presentation in telephonic meeting scheduled for 9-17. | 1.10 |
| 09/17/09 | BH | Attend and make presentation in UCC telephonic meeting. | 1.00 |
| 09/17/09 | AH | Weekly UCC meeting (telephonic) | 1.00 |
| 09/22/09 | AH | Weekly update call with UCC professionals | 0.50 |
| 09/22/09 | BH | Participate in weekly UCC Professionals call with Chadbourne and Moelis. | 0.60 |
| 09/24/09 | BH | Preparation of comments and materials for presentation of financial results to UCC in meeting for 9-24. | 1.20 |
| 09/24/09 | BH | Participate and make presentation telephonically in UCC meeting. | 0.50 |
| 09/24/09 | MFR | Participation in UCC telephonic meeting. | 0.60 |
| 09/29/09 | AH | Weekly UCC professionals update call | 0.40 |
| 09/29/09 | BH | Participate in weekly UCC Professionals call with Chadbourne and Moelis. | 0.50 |
| | | **Total Hours** | **24.00** |

Invoice #                  2021900-10

Re:                      UCC Meetings
Client/Matter #      005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 2.60 | 835.00 | 2,171.00 |
| Alan Holtz | 6.60 | 790.00 | 5,214.00 |
| Mark F Rule | 4.70 | 510.00 | 2,397.00 |
| Brad Hall | 10.10 | 595.00 | 6,009.50 |
| **Total Hours & Fees** | **24.00** | | **15,791.50** |

Invoice #          2021900-11

Re:                Billing and Retention
Client/Matter #     005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 09/03/09 | YK | Analyzed and followed up on invoice and reporting related matters. | 2.50 |
| 09/04/09 | YK | Followed up on invoice preparation and reporting matters. | 0.50 |
| 09/08/09 | ANL | Reviewed and analyzed detail summaries of second interim fee application for the fee examiner. | 1.10 |
| 09/08/09 | YK | Prepared data file and responses per fee examiner's request for the 2nd interim fee application. | 3.40 |
| 09/09/09 | YK | Prepared August 2009 fee application invoice. | 2.20 |
| 09/10/09 | YK | Prepared August 2009 fee application invoice. | 1.50 |
| 09/10/09 | ANL | Reviewed and analyzed August fee application and exhibits. | 1.20 |
| 09/11/09 | ANL | Reviewed and analyzed August fee application and exhibits. | 0.90 |
| 09/11/09 | YK | Prepared August 2009 fee application. | 1.80 |
| 09/14/09 | ANL | Prepared August fee application court document and exhibits. | 2.80 |
| 09/14/09 | YK | Prepared August 2009 fee application. | 1.50 |
| 09/15/09 | YK | Prepared August 2009 fee application. | 1.60 |
| 09/16/09 | YK | Prepared August 2009 fee application. | 1.20 |
| 09/16/09 | ANL | Reviewed and revised August fee application and exhibits. | 1.70 |
| 09/17/09 | YK | Prepared August 2009 fee application. | 1.30 |
| 09/21/09 | AH | Review August fee application | 2.00 |
| 09/21/09 | ANL | Reviewed and revised August fee application and exhibits. | 1.60 |
| 09/21/09 | YK | Prepared and formatted August 2009 fee application. | 1.80 |
| 09/22/09 | YK | Prepared August 2009 fee application. | 1.50 |
| 09/22/09 | ANL | Reviewed and revised August fee application, court document and exhibits. | 1.20 |
| 09/23/09 | YK | Prepared August 2009 fee application. | 1.20 |
| 09/24/09 | YK | Prepared August 2009 fee application. | 1.10 |
| 09/25/09 | YK | Prepared August 2009 fee application. | 0.80 |
| | | **Total Hours** | **36.40** |

Invoice #            2021900-11

Re:                 Billing and Retention
Client/Matter #     005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.00 | 790.00 | 1,580.00 |
| Albert Leung | 10.50 | 450.00 | 4,725.00 |
| Young Kim | 23.90 | 450.00 | 10,755.00 |
| **Total Hours & Fees** | **36.40** | | **17,060.00** |

Re:                     Travel Time (billed at 50%)
Client/Matter #         005735.00018

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 09/02/09 | MFR | Travel from Chicago to New York. | 2.00 |
| 09/03/09 | MFR | Travel from NYC to Chicago. | 5.10 |
| 09/09/09 | MFR | Travel from Chicago to NYC for UCC meeting on 9/10. | 3.00 |
| 09/10/09 | MFR | Travel from NYC to Chicago. | 4.80 |
| 09/16/09 | MFR | Travel to NYC for JPMorgan meeting. | 5.00 |
| 09/17/09 | MFR | Travel from NYC to Chicago. | 5.10 |
| 09/22/09 | MFR | Travel from Chicago to Washington D.C. | 4.50 |
| 09/22/09 | MFR | Travel from Washington D.C. to Chicago. | 4.90 |
| | | **Total Hours** | **34.40** |

Re:                        Travel Time (billed at 50%)
Client/Matter #            005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 34.40 | 510.00 | 17,544.00 |
| **Total Hours & Fees** | **34.40** | | **17,544.00** |