# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Expenses | Amount |
|---|---:|
| Airfare (Coach) | 6,216.85 |
| Airfare Service Charge | 613.00 |
| Cab Fare/Ground Transportation | 1,485.81 |
| Lodging | 2,500.00 |
| Meals & Tips | 739.28 |
| Meeting Expenses | 93.23 |
| Mileage | 36.30 |
| Other | 42.86 |
| Parking & Tolls | 265.25 |
| Long Distance Calls | 4.05 |
| Research | 2,051.37 |
| Meals - Engagement Team | 143.13 |
| **Total Disbursements** | **$14,191.13** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 07/05/09 | Cab Fare/Ground Transportation Mark Rule-Cab From Office (In town) | 25.00 |
| 07/06/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 25.00 |
| 08/04/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/04/09 | Meals & Tips Mark Rule-Dinner (In town) | 18.00 |
| 08/05/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/05/09 | Meals & Tips Mark Rule-Dinner (In town) | 15.00 |
| 08/06/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/06/09 | Meals & Tips Mark Rule-Dinner (In town) | 26.00 |
| 08/07/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/07/09 | Meals & Tips Mark Rule-Dinner (In town) | 19.00 |
| 08/07/09 | Parking & Tolls Albert Leung- Parking (In town) | 32.00 |
| 08/08/09 | Parking & Tolls Mark Rule (In town) | 27.00 |
| 08/09/09 | Parking & Tolls Mark Rule (In town) | 24.00 |
| 08/10/09 | Airfare Mark Rule-2009-08-12-ORD-LGA (Coach) | 780.55 |
| 08/10/09 | Airfare Service Charge Mark Rule | 40.00 |
| 08/10/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/10/09 | Meals & Tips Mark Rule-Dinner (In town) | 18.00 |
| 08/11/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/12/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/12/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. M. Rule | 88.37 |
| 08/12/09 | Meals & Tips Mark Rule-Dinner (Out of town) | 20.00 |
| 08/13/09 | Airfare Service Charge Mark Rule | 6.00 |
| 08/13/09 | Airfare Service Charge Mark Rule | 6.00 |
| 08/13/09 | Airfare Service Charge Mark Rule | 6.00 |
| 08/17/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/17/09 | Meals & Tips Mark Rule-Dinner (In town) | 18.00 |
| 08/18/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/18/09 | Meals & Tips Mark Rule-Dinner (In town) | 17.00 |
| 08/19/09 | Parking & Tolls Albert Leung- Parking (In town) | 20.00 |
| 08/21/09 | Meals & Tips Albert Leung-Dinner-Dinner (In town) | 16.00 |
| 08/21/09 | Parking & Tolls Albert Leung- Parking (In town) | 20.00 |
| 08/24/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/24/09 | Meals & Tips Mark Rule-Dinner (In town) | 21.00 |
| 08/25/09 | Airfare Mark Rule-2009-09-02-ORD-LGA (Coach) | 971.61 |
| 08/25/09 | Airfare Service Charge Mark Rule | 40.00 |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 08/25/09 | Cab Fare/Ground Transportation Albert Leung- Taxi Home (In town) | 11.00 |
| 08/25/09 | Meals & Tips Albert Leung-Dinner- Dinner (In town) | 9.00 |
| 08/27/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/27/09 | Meals & Tips Mark Rule-Dinner (In town) | 22.00 |
| 08/27/09 | Meals & Tips Jeffrey Lack-Dinner (In town) | 11.70 |
| 08/28/09 | Meals & Tips Jeffrey Lack-Dinner (In town) | 10.47 |
| 08/28/09 | Parking & Tolls Albert Leung- Parking (In town) | 20.00 |
| 08/29/09 | Meals & Tips Jeffrey Lack-Lunch (In town) | 10.00 |
| 08/30/09 | Meals & Tips Jeffrey Lack-Lunch (In town) | 10.00 |
| 08/30/09 | Meals & Tips Jeffrey Lack-Dinner (In town) | 11.29 |
| 08/31/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 08/31/09 | Meals & Tips Mark Rule-Dinner (In town) | 20.00 |
| 08/31/09 | Research - - VENDOR: Lexis-Nexis Lexis online | 2,051.37 |
| 09/01/09 | Airfare R. Bruce Den Uyl-2009-09-02-LAX-NYC (Coach) | 1,302.44 |
| 09/01/09 | Airfare R. Bruce Den Uyl | -696.95 |
| 09/01/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office To My Home. (In town) | 15.00 |
| 09/02/09 | Airfare Service Charge R. Bruce Den Uyl | 40.00 |
| 09/02/09 | Cab Fare/Ground Transportation - - VENDOR: Blue Chip Inc. B DenUyl | 136.70 |
| 09/02/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office To My Home. | 15.00 |
| 09/02/09 | Cab Fare/Ground Transportation - - VENDOR: All Star Mark Rule (Out of town) | 109.29 |
| 09/02/09 | Lodging R. Bruce Den Uyl - The Carlyle Llc-New York-09/02/2009-09/03/2009 (Note: Actual expense incurred was $519.88 but reimbursement sought is voluntarily reduced to $500.00) | 500.00 |
| 09/02/09 | Lodging Mark Rule- The Carlyle Llc-New York-09/02/2009-09/03/2009 (Note: Actual expense incurred was $519.88 but reimbursement sought is voluntarily reduced to $500.00) | 500.00 |
| 09/02/09 | Meals & Tips Mark Rule-Dinner (Out of town) | 88.44 |
| 09/03/09 | Airfare R. Bruce Den Uyl-2009-09-03-LGA-ORD (Coach) | 685.47 |
| 09/03/09 | Airfare Service Charge R. Bruce Den Uyl | 40.00 |
| 09/03/09 | Airfare Service Charge Mark Rule | 40.00 |
| 09/03/09 | Airfare Service Charge Mark Rule | 25.00 |
| 09/03/09 | Airfare Service Charge Mark Rule | 39.00 |
| 09/03/09 | Cab Fare/Ground Transportation Mark Rule-Cab To Lga (Out of town) | 40.55 |
| 09/03/09 | Cab Fare/Ground Transportation R. Bruce Den Uyl-Mtg (Out of | 20.00 |

| Date | Disbursement Description | Amount |
|---|---|---|
| | town) | |
| 09/03/09 | Cab Fare/Ground Transportation - - VENDOR: Blue Chip Inc. B DenUyl | 105.86 |
| 09/03/09 | Cab Fare/Ground Transportation Alan Holtz (In town) | 7.00 |
| 09/03/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. M Rule | 68.41 |
| 09/03/09 | Mileage R. Bruce Den Uyl-Meeting | 12.10 |
| 09/03/09 | Other R. Bruce Den Uyl-Mtg | 9.00 |
| 09/03/09 | Parking & Tolls R. Bruce Den Uyl | 56.25 |
| 09/03/09 | Meals - Engagement Team R. Bruce Den Uyl-Breakfast-Tribune - Rule And Den Uyl-Mtg.-Bruce Den Uyl; Marc Brown | 64.26 |
| 09/04/09 | Meals & Tips R. Bruce Den Uyl-Dinner (Out of town) | 98.35 |
| 09/08/09 | Airfare Mark Rule-2009-09-09-ORD-LGA (Coach) | 790.17 |
| 09/08/09 | Airfare Service Charge Mark Rule | 40.00 |
| 09/08/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office To My Home. (In town) | 15.00 |
| 09/09/09 | Airfare Service Charge Mark Rule | 39.00 |
| 09/09/09 | Lodging Mark Rule-Park Central Hotel-New York-09/09/2009-09/10/2009 (note: Actual expense incurred was $690.85 but reimbursement sought is voluntarily reduced to $500.00) | 500.00 |
| 09/10/09 | Airfare Service Charge Mark Rule | 39.00 |
| 09/10/09 | Meals & Tips Mark Rule-Breakfast (Out of town) | 32.25 |
| 09/11/09 | Meals & Tips Mark Rule-Dinner (In town) | 18.47 |
| 09/14/09 | Airfare R. Bruce Den Uyl-2009-09-17-LGA-ORD (Coach) | 685.47 |
| 09/14/09 | Airfare R. Bruce Den Uyl-2009-09-16-ORD-LGA (Coach) | 685.47 |
| 09/14/09 | Airfare Service Charge R. Bruce Den Uyl | 40.00 |
| 09/14/09 | Airfare Service Charge R. Bruce Den Uyl | 40.00 |
| 09/15/09 | Meeting Expenses - - VENDOR: Caffe Baci Team | 93.23 |
| 09/16/09 | Airfare Mark Rule-2009-09-16-ORD-LGA (Coach) | 281.33 |
| 09/16/09 | Airfare Service Charge Mark Rule | 40.00 |
| 09/16/09 | Airfare Service Charge R. Bruce Den Uyl | 40.00 |
| 09/16/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office To My Home. (In town) | 15.00 |
| 09/16/09 | Cab Fare/Ground Transportation - - VENDOR: Blue Chip Inc. B DenUyl | 123.86 |
| 09/16/09 | Cab Fare/Ground Transportation Albert Leung (In town) | 11.00 |
| 09/16/09 | Lodging R. Bruce Den Uyl - The Carlyle-New York-09/16/2009-09/17/2009 (Note: Actual expense incurred was $777.11 but reimbursement sought is voluntarily reduced to $500.00) | 500.00 |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 09/16/09 | Lodging Mark Rule-The Carlyle Llc-New York-09/16/2009-09/17/2009 (Note: Actual expense incurred was $780.07 but reimbursement sought is voluntarily reduced to $500.00) | 500.00 |
| 09/16/09 | Meals & Tips R. Bruce Den Uyl-Dinner-Tribune Mtg (In town) | 98.35 |
| 09/16/09 | Meals & Tips Albert Leung-Dinner (In town) | 15.00 |
| 09/16/09 | Mileage R. Bruce Den Uyl-Tribune Mtg. | 24.20 |
| 09/16/09 | Other R. Bruce Den Uyl-Tribune Mtg. | 7.00 |
| 09/16/09 | Other R. Bruce Den Uyl-Tribune Mtg | 22.86 |
| 09/17/09 | Airfare Mark Rule-2009-09-22-ORD-DCA (Coach) | 438.69 |
| 09/17/09 | Airfare Mark Rule-2009-09-17-NYC-CHI (Coach) | 292.60 |
| 09/17/09 | Airfare Service Charge Mark Rule | 40.00 |
| 09/17/09 | Airfare Service Charge Mark Rule | 13.00 |
| 09/17/09 | Cab Fare/Ground Transportation - - VENDOR: Blue Chip Inc. B DenUyl | 105.86 |
| 09/17/09 | Cab Fare/Ground Transportation R. Bruce Den Uyl-Tribune Mtg. (Out of town) | 12.00 |
| 09/17/09 | Other R. Bruce Den Uyl-Tribune Mtg. | 4.00 |
| 09/17/09 | Parking & Tolls R. Bruce Den Uyl | 66.00 |
| 09/17/09 | Meals - Engagement Team R. Bruce Den Uyl-Breakfast-Tribune-Meeting-Bruce Den Uyl; Mark Rule (Out of town) | 78.87 |
| 09/18/09 | Meals & Tips Mark Rule-Dinner (Out of town) | 95.96 |
| 09/22/09 | Cab Fare/Ground Transportation - - VENDOR: All Star Mark Rule (Out of town) | 108.12 |
| 09/22/09 | Cab Fare/Ground Transportation - - VENDOR: All Star Mark Rule (Out of town) | 87.77 |
| 09/22/09 | Cab Fare/Ground Transportation - - VENDOR: All Star Mark Rule (Out of town) | 124.02 |
| 09/23/09 | Cab Fare/Ground Transportation Albert Leung (In town) | 12.00 |
| 09/30/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference call month 9/30 Y Kim | 4.05 |
| | **Total Disbursements** | **14,191.13** |