# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Washington-Baltimore Newspaper Guild (Counsel) | $335.20 |
| **TOTAL** | **$335.20** |

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SCHEDULE OF EXPENSES**

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| **Type of Expense** | **September 10, 2009 Meeting (New York)** |
|---|---|
| | |
| Train Fare | $321.00 |
| Cab Fare | 14.20 |
| | |
| | |
| Total: | $335.20 |

**TOTAL ALLOWED AMOUNT:   $335.20**







