

**DAVID R. CRAIG**
HARFORD COUNTY EXECUTIVE

**JOHN R. SCOTTEN, JR., CGFM**
TREASURER

**LORRAINE COSTELLO**
DIRECTOR OF ADMINISTRATION

**RICK PERNAS, CPA**
DEPUTY TREASURER

## HARFORD COUNTY GOVERNMENT

October 2, 2009

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC.
FDR Station
P. O. Box 5069
New York, NY  10150-5069

RE:   Tribune Company et al (Homestead Publishing Company)
      Bankruptcy Case No. 08-13141

Dear Trustee:

Please accept this letter as notification that Harford County, Maryland's claim has been satisfied.  No further distributions should be made on behalf of our claim.  If you should have any questions, please feel free to contact me at 410.638.3269 x1326.

Very truly yours,

Paula M. Anis
Assistant Supervisor
Bureau of Revenue Collections

FILED / RECEIVED
OCT 0 7 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Preserving Harford's past; promoting Harford's future*

MY DIRECT PHONE NUMBER IS 410-638-3316
220 SOUTH MAIN STREET, BEL AIR, MARYLAND 21014 • www.harfordcountymd.gov