

| | |
|---|---|
| **SIDLEY AUSTIN** LLP | |
| ONE SOUTH DEARBORN | |
| CHICAGO, IL 60603 | |
| (312) 853 7000 | |
| (312) 853 7036 FAX | |

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054790
Client Matter 90795-20100

For professional services rendered and expenses incurred through
September 30, 2009 re FCC Post Bankruptcy Matters

Fees $54,274.00

**Total Due This Bill** **$54,274.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/09 | LJ McCarty | WSFL - Submit Notice of Consummation for pro forma assignment of earth station application to DIP entity (.80); notify Dow Lohnes regarding same (.10) WTIC - Submit Notice of Consummation for pro forma assignment of earth station application to DIP entity (.80); notify Dow Lohnes regarding same (.10); Tribune General - E-mail to client and various station engineers regarding confirmation of regulatory fee lists (2.00) | 3.80 |
| 09/01/09 | MD Schneider | Confirm fee filing issues and out-of-bankruptcy entities filing fees | .80 |
| 09/01/09 | TP Van Wazer | WKXL DTV: review draft license to cover modified/maximized facility and follow-up with J. Davis et al | .50 |
| 09/01/09 | TP Van Wazer | KRCW: K50IK: E-mails with B. Stephenson regarding FCC letter canceling construction permit and edit same | .70 |
| 09/01/09 | TP Van Wazer | KCPQ: Review e-mail from Bill V. and analyze possible conversion of channel 22 translator to full power satellite and circulate analysis | .70 |
| 09/01/09 | TP Van Wazer | Local TV DTV: per Bill V. review, modify and circulate revised version of WGHP-WSOC Interference Agreement; background FCC filing research | 1.00 |
| 09/02/09 | LJ McCarty | WTIC - Prepare draft Notice of Completion of Construction for ES090014 (.60); WSFL - Prepare draft Notice of Completion of Construction for ES090016 (.60); WGNO - Prepare Notification to client regarding submission of Notice of Completion of Construction (.60); KSWB - Prepare Notification to client regarding cancellation of broadcast auxiliary licenses (.60); Tribune General - Discussion with FCC staff regarding address correction in CDBS database (.50); prepare chart regarding same (1.0); submit change corrections via e-mail request (.30) | 4.20 |
| 09/03/09 | LJ McCarty | WSFL - Prepare draft Notice of Completion letter (.50); provide client with copy of same (.20); Tribune General - Follow-up relating to license list accuracy for regulatory fee payment - all stations (4.00) | 4.70 |
| 09/04/09 | LJ McCarty | WTIC - Review and reply to e-mails from consulting engineer regarding DTV license (1.00); restart license application in CDBS (.50); review and reply to e-mails from consulting engineer regarding same (.80); CLTV - Review and reply to e-mail from client regarding regulatory fees and station move (1.00); prepare and submit change of address with wireless bureau (.80); telephone calls to FCC staff regarding electronic | 7.60 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | filing procedure for CARS address changes (1.00); Tribune General - Finalize amounts due for 2009 Regulatory Fees (2.00); prepare memorandum to client regarding same (.50) | |
| 09/04/09 | MD Schneider | Research, review fee payment issues and review structure of translator fee payments | 1.50 |
| 09/08/09 | LJ McCarty | Review and reply to inquiry from client regarding payment of regulatory fees vis wire transfer (0.5); finalize regulatory fee totals (1.3); prepare chart reflecting same (3.9); e-mail to client (0.3) | 6.00 |
| 09/08/09 | JB Tatel | Review updated FCC regulatory fee information for all stations | .70 |
| 09/09/09 | LJ McCarty | Review e-mail from T. Van Wazer regarding status of various Form 302 filings (.6); e-mail to consulting engineer regarding same (.6); review and reply to e-mail from client regarding regulatory fee totals (.7); recheck fee totals and reply to client regarding same (2.1) | 4.00 |
| 09/10/09 | LJ McCarty | WXMI: Review and reply to e-mails from client and T. Van Wazer regarding BAS Sprint relocation | .30 |
| 09/10/09 | LJ McCarty | Review and reply to e-mails from client regarding regulatory fees | .80 |
| 09/11/09 | R Bryan | Filing at FCC | 1.00 |
| 09/11/09 | LJ McCarty | CLTV: Prepare and file change of address notifications for CARS facilities with the FCC | 1.00 |
| 09/11/09 | LJ McCarty | WPIX: Finalize and submit Form 302; submit filing fee regarding same | .80 |
| 09/11/09 | LJ McCarty | WTIC: Finalize and submit Form 302; submit filing fee regarding same | .80 |
| 09/11/09 | LJ McCarty | WTXX: Finalize and submit Form 302; submit filing fee regarding same | .80 |
| 09/11/09 | TP Van Wazer | KCPQ: Review, respond to e-mails from M. Goodman, Bill V. analyzing possibility of using KMYQ analog facility as DTS or digital television translator for KCPQ | .50 |
| 09/14/09 | LJ McCarty | Further edits to regulatory fee charts | 1.30 |
| 09/14/09 | TP Van Wazer | WTTV: Review e-mail from Bill V. regarding possible extension of top-mounted C/P | .50 |
| 09/14/09 | TP Van Wazer | WTXX: Review and circulate FCC order approving Baldwin Fire Department's application to use channel 19 with important restrictions to protect WTXX | .50 |
| 09/15/09 | LJ McCarty | KCPQ: Follow-up e-mail to client regarding status of review for Form 302 filing | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/15/09 | LJ McCarty | KTXL: Follow-up e-mail to client regarding status of review for Form 302 filing | .30 |
| 09/15/09 | LJ McCarty | WPHL: Follow-up e-mail to client regarding status of review for Form 302 filing | .30 |
| 09/15/09 | LJ McCarty | Begin uploading license data in Fee Filer for regulatory fees | 3.80 |
| 09/16/09 | LJ McCarty | Continue uploading license data in Fee Filer for regulatory fee payments | 7.00 |
| 09/16/09 | MD Schneider | Review reports on status of DC Circuit litigation and transmit to Tribune with explanation | .60 |
| 09/16/09 | TP Van Wazer | DTV: Review e-mail from WSDC's attorney describing additional changes to interference agreement (.7); follow-up e-mails with Bill V and related FCC research on WAXN (.5) | 1.20 |
| 09/17/09 | LJ McCarty | Telephone discussion with client regarding possible waiver of regulatory fee obligation (.4); discussion with J. Tatel regarding same (.4); research regarding requirements and eligibility for same (1.7); telephone call to J. Tatel regarding same (.3); review and reply to e-mail from client regarding regulatory fee total discrepancies (.7); review supporting documentation from client regarding same (1.0) | 4.50 |
| 09/17/09 | MD Schneider | Calls, review on regulatory fee filing and waiver possibility | 1.00 |
| 09/17/09 | JB Tatel | Research FCC rules and standard for reduction, waiver or deferral of regulatory fees (2); discuss with client (.5) | 2.50 |
| 09/17/09 | RC Wadlow | Review materials regarding regulatory fee filings and waivers | 1.50 |
| 09/18/09 | R Bryan | Filing at FCC for L. McCarty | 1.00 |
| 09/18/09 | LJ McCarty | WXMI: Telephone call to client regarding transition date for BAS Sprint relocation | .10 |
| 09/18/09 | LJ McCarty | KMYQ: Submit Form 302; submit fee payment for same | 1.00 |
| 09/18/09 | LJ McCarty | KCPQ: Finalize and submit Form 302; submit filing fee for same | 1.00 |
| 09/18/09 | LJ McCarty | KTXL: Finalize and submit Form 302; submit filing fee for same | 1.00 |
| 09/18/09 | LJ McCarty | WPHL: Finalize and submit Form 302; submit filing fee for same | 1.00 |
| 09/18/09 | LJ McCarty | WXIN: Begin draft Form 302 in CDBS; e-mail draft to client for completion | 1.00 |
| 09/18/09 | LJ McCarty | Review and reply to e-mail from client regarding possible waiver of regulatory fees (.7); provide public notice information relating to DIP transaction (.7); discussion with | 2.00 |

SIDLEY AUSTIN LLP

Invoice Number: 29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | FCC staff regarding same (.6) | |
| 09/18/09 | MD Schneider | Research and review, send comments and confer on Regulatory Fee request waiver given bankruptcy filing | 2.50 |
| 09/18/09 | JB Tatel | Conference with client to discuss plan for regulatory fee waiver request (.4); review draft request (.9) | 1.30 |
| 09/18/09 | TP Van Wazer | KCPQ DTV:  Review license to cover prior to filing | .30 |
| 09/18/09 | TP Van Wazer | KTXL DTV:  Review license to cover prior to filing | .30 |
| 09/18/09 | TP Van Wazer | WPHL DTV:  Review license to cover prior to filing | .30 |
| 09/18/09 | TP Van Wazer | DTV: Review and edit, supplement latest draft of WSOC-WGHP interference agreement (1.4); review and implement comments from Bill V. (.4) | 1.80 |
| 09/21/09 | LJ McCarty | Prepare exhibit information relating to pro forma assignment (.9); further research relating to FCC public notice dates for DIP transaction (.8); finalize and submit partial regulatory fee payment (.8); provide client with copy of same with comments (.3); review and edit waiver request (.4); telephone discussions with client regarding same (.5) | 3.80 |
| 09/21/09 | LJ McCarty | WXIN: Finalize and submit Form 302; submit payment regarding same | 1.00 |
| 09/21/09 | LJ McCarty | WXMI: Review and reply to e-mail from client regarding 2GHz Sprint market transition deadline | .30 |
| 09/21/09 | LJ McCarty | WPIX: Review and reply to e-mail from client regarding 2GHz/Sprint market transition | .30 |
| 09/21/09 | MD Schneider | Review and calls on regulatory fee waiver, including edits on fee request and filing assistance | 1.80 |
| 09/21/09 | MD Schneider | Review Third Circuit Order and FCC filing on stay and abeyance for status update | .60 |
| 09/21/09 | TP Van Wazer | DTV:  Proofread revised draft of WSOC-WGHP interference agreement and forward same to WSCC attorney | .50 |
| 09/21/09 | TP Van Wazer | WXIN DTV:  Review draft license to cover | .30 |
| 09/21/09 | RC Wadlow | Review draft waiver request (.5); conference with client regarding same (.6); conference with M. Schneider regarding same (.4) | 1.50 |
| 09/22/09 | R Bryan | Filing at FCC | 1.50 |
| 09/22/09 | LJ McCarty | Finalize and file waiver request (2.3); telephone discussion with client and M. Schneider regarding same (.6); circulate date-stamped copy of waiver request with comments (.6) | 3.50 |
| 09/22/09 | LJ McCarty | WXMI: Submit Notice of Completion for BAS/Sprint 2GHz | 1.80 |

SIDLEY AUSTIN LLP

Invoice Number: 29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | transition; cancel broadcast auxiliary license relating to same | |
| 09/22/09 | LJ McCarty | WPIX: Submit Notice of Completion for BAS/Sprint 2GHz transition; cancel broadcast auxiliary license relating to same | 1.80 |
| 09/22/09 | MD Schneider | Assistance with regulatory fee waiver filing request issues | .70 |
| 09/22/09 | TP Van Wazer | WPIX: DTV:  Review and forward WSTV presentation on results of high-band WHF testing in Baltimore and DC | .50 |
| 09/22/09 | TP Van Wazer | DTV:  review, forward MSTV powerpoint on high-band VHF reception plus consumer education guides on antennas to Hank H. et al | .50 |
| 09/23/09 | LJ McCarty | KPLR: Begin draft Form 397; e-mail to client regarding same | 1.00 |
| 09/23/09 | LJ McCarty | WXIN: Review e-mails from T. Van Wazer and client regarding licensing of former main antenna as auxiliary antenna | .30 |
| 09/23/09 | TP Van Wazer | WGNO DTV:  review and circulate FCC's decision approving WVUE's channel change | .40 |
| 09/23/09 | TP Van Wazer | WTTK: Review e-mail from Rich K. regarding completed transition to new antenna and transmitter and arrange to have DTV license application prepared | .30 |
| 09/23/09 | TP Van Wazer | WXIN: Review, briefly research and respond to e-mails about auxiliary antenna | .50 |
| 09/24/09 | MD Schneider | Call with Media Parties on statement to court | .50 |
| 09/24/09 | RC Wadlow | Conference with M. Schneider regarding status report due 10/1 (0.2); review Order (0.3) | .50 |
| 09/25/09 | LJ McCarty | Regulatory Fees - Prepare and circulate date-stamped receipt of Regulatory Fee payment with comments (1.6); check red light status for all Tribune licensee entities (.9); e-mail to M. Schneider regarding same (.3) | 2.80 |
| 09/25/09 | LJ McCarty | WPIX: Check status of pending application(s) in FCC database | .50 |
| 09/25/09 | LJ McCarty | KCPQ: Check status of pending application(s) in FCC database | .50 |
| 09/25/09 | LJ McCarty | KTXL: Check status of pending application(s) in FCC database | .50 |
| 09/25/09 | LJ McCarty | WGN: Check status of pending application(s) in FCC database | .50 |
| 09/25/09 | LJ McCarty | WDCW-TV: Check status of pending application(s) in FCC database | .50 |
| 09/25/09 | LJ McCarty | KSWB-TV: Check status of pending application(s) in FCC database | .50 |
| 09/25/09 | LJ McCarty | WTXX: Check status of pending application(s) in FCC database | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/25/09 | LJ McCarty | WNOL: Check status of pending application(s) in FCC database | .50 |
| 09/25/09 | MD Schneider | Draft, edit and correspond on stay and abeyance at Third Circuit, including research statistics | 3.50 |
| 09/25/09 | TP Van Wazer | DTV: review, respond to e-mail from J. Roberts regarding possible need for construction/STA extensions at various stations (.6); review Bill V.'s e-mail on KWGN status (.2) | .80 |
| 09/28/09 | MD Schneider | Draft correspondence/status report on Third Circuit litigation; confer/draft edits regarding media ownership rule delay into 2010 Quadrennial Review | 2.60 |
| 09/28/09 | TP Van Wazer | WGNO DTV: review e-mails from Bill V., Allen Y. regarding status of construction, cause for delays and need for additional extension | .50 |
| 09/29/09 | LJ McCarty | KCPQ: Begin modification applications in ULS; e-mail to consulting engineer regarding same | 1.50 |
| 09/29/09 | LJ McCarty | KMYQ: Begin modification applications in ULS; e-mail to consulting engineer regarding same | .50 |
| 09/29/09 | LJ McCarty | WXIN: Follow up e-mail to client regarding gain question on Form 302 as submitted; telephone call to FCC staff regarding licensing of former main antenna as an auxiliary antenna; telephone discussion with T. Van Wazer regarding same; begin draft Form 302; scan and distribute draft regarding same | 2.50 |
| 09/29/09 | LJ McCarty | KPLR: Finalize draft Form 397; circulate to client for review and approval | .50 |
| 09/29/09 | MD Schneider | Review draft Status Report and confer on amendments to report filing for Third Circuit; communications on 2010 Quadrennial Review impact | 1.80 |
| 09/29/09 | TP Van Wazer | DTV: review latest draft of interference agreement from WSOC (.4); revise, edit and circulate proposed changes to WGHP personnel and Bill V. with explanation of same (1.6) | 2.00 |
| 09/29/09 | TP Van Wazer | WXIN: Various e-mails with R. Poling, L. McCarty regarding FCC procedures to license former main antenna as DTV auxiliary; review rules and Form 302 | .80 |
| 09/29/09 | TP Van Wazer | WTTK: Review draft license to cover | .30 |
| 09/29/09 | TP Van Wazer | WXIN: E-mails with Bill V. about actual gain of new antenna | .30 |
| 09/29/09 | RC Wadlow | Review draft report to 3rd Circuit and comments by other parties | 2.50 |
| 09/30/09 | LJ McCarty | KPLR: Finalize and submit FCC Form 397; review and reply to e-mail from client regarding same; scan and distribute filing | 1.80 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/30/09 | LJ McCarty | WTTK: Finalize and submit FCC Form 302; submit filing fee; scan and distribute filing to client | 1.80 |
| 09/30/09 | MD Schneider | Edits, calls, correspondence on status report | 1.70 |
| 09/30/09 | TP Van Wazer | DTV: review, respond to questions from Bill V. on draft WGHR-WSOC interference agreement (.6); implement further changes and forward to S. Patrick (WSOC lawyer) (.7); follow-up e-mail on WSOC's acceptance of changes (.2) | 1.50 |
| 09/30/09 | TP Van Wazer | KCPQ: Review multiple auxiliary applications implementing path changes due to Canada | .50 |
| | | **Total Hours** | **140.20** |

**SIDLEY AUSTIN** LLP

Invoice Number:  29054790
Tribune Company

RE: FCC Post Bankruptcy Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| RC Wadlow | 6.00 | $775.00 | $4,650.00 |
| MD Schneider | 19.60 | 625.00 | 12,250.00 |
| TP Van Wazer | 18.00 | 600.00 | 10,800.00 |
| JB Tatel | 4.50 | 540.00 | 2,430.00 |
| LJ McCarty | 88.60 | 265.00 | 23,479.00 |
| R Bryan | 3.50 | 190.00 | 665.00 |
| **Total Hours and Fees** | **140.20** | | **$54,274.00** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | LOS ANGELES |
|---|---|
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

FOUNDED 1866

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054792
Client Matter 90795-30390

For professional services rendered and expenses incurred through
September 30, 2009 re Fee Applications

Fees                                                                          $37,555.50

**Total Due This Bill**                                                       **$37,555.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 29054792
Tribune Company

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/12/09 | C Wu | Assist with preparation of 7th monthly fee application | 2.00 |
| 09/01/09 | DJ Lutes | Assist with preparation of fee auditor response | 5.70 |
| 09/02/09 | DJ Lutes | Assist with preparation of fee auditor response (3.2); assist with preparation of 8th monthly fee application (.6) | 3.80 |
| 09/03/09 | KT Lantry | E-mails with D. Lutes and B. Krakauer re: fee application tasks | .20 |
| 09/03/09 | DJ Lutes | Assist with preparation of fee auditor response (3.5); assist with preparation of 8th monthly fee application (.70); review and respond to K. Lantry email re July fees and related issues (.30) | 4.50 |
| 09/04/09 | KT Lantry | E-mails and telephone calls with D. Liebentritt, D. Lutes and B. Krakauer re: allocation of time spent for business units | .50 |
| 09/04/09 | DJ Lutes | Assist with preparation of fee auditor response (1.4); assist with preparation of 8th monthly fee application (1.3); assist K. Lantry with research into fee application fees and hours (1.2); prepare email to V. Garlati re certain litigation fees (.20) | 4.10 |
| 09/08/09 | KP Kansa | Review response to fee auditor | 1.00 |
| 09/08/09 | DJ Lutes | Assist with preparation of fee auditor response and exhibits (1.90); email draft auditor response to K. Lantry and K. Kansa with comments (.20); assist with preparation of 8th monthly fee application (2.30) | 4.40 |
| 09/09/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 2.50 |
| 09/09/09 | L Fernandez | Assist with preparation of 8th monthly fee application | 3.00 |
| 09/09/09 | KT Lantry | E-mails and discussions with B. Krakauer, D. Lutes and D. Eldersveld re: method for breaking out FCC time by broadcast business | .30 |
| 09/09/09 | DJ Lutes | Assist with preparation of 8th monthly fee application (5.90); review and research into billing issues for K. Lantry (.50); review materials and email to V. Garlati re monthly fee application (.30) | 6.70 |
| 09/10/09 | L Fernandez | Assist with preparation of 8th monthly fee application | 1.00 |
| 09/10/09 | DJ Lutes | Assist with review and preparation of 8th monthly fee application materials | 3.10 |
| 09/11/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 5.30 |
| 09/11/09 | DJ Lutes | Preparation of 8th monthly fee application materials | 1.80 |
| 09/12/09 | DJ Lutes | Preparation of 8th monthly fee application materials | 1.90 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054792
Tribune Company

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/14/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 3.80 |
| 09/14/09 | DJ Lutes | Assist with preparation of 8th monthly fee application | 2.80 |
| 09/15/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 1.30 |
| 09/15/09 | DJ Lutes | Assist with preparation of 8th monthly fee application (.60); coordinate billing issues with J. Jensen (.20 ) | .80 |
| 09/16/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 2.30 |
| 09/16/09 | DJ Lutes | Assist with preparation of 8th monthly fee application | .60 |
| 09/17/09 | DJ Lutes | Assist with preparation of 8th monthly fee application | .40 |
| 09/17/09 | JK McClelland | Emails with D. Lutes and J. Jensen regarding status of 8th monthly fee application (0.4) | .40 |
| 09/18/09 | DJ Lutes | Assist with preparation of 8th monthly fee application | .40 |
| 09/21/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 3.80 |
| 09/21/09 | DJ Lutes | Assist with preparation of 8th monthly fee application | .90 |
| 09/21/09 | JK McClelland | Review and revise 8th monthly fee application (3.1) | 3.10 |
| 09/22/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 3.30 |
| 09/22/09 | DJ Lutes | Preparation of 8th monthly fee application materials | 3.90 |
| 09/22/09 | JK McClelland | Review and revise 8th monthly fee application (4.9); email to D. Lutes and J. Jensen regarding same (0.1); emails to timekeepers regarding same (0.2) | 5.20 |
| 09/23/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 1.50 |
| 09/23/09 | L Fernandez | Assist with preparation of monthly fee application | 2.00 |
| 09/23/09 | DJ Lutes | Prepare 8th monthly fee application materials | 3.10 |
| 09/23/09 | JK McClelland | Review and revise 8th monthly fee application (0.6); emails with timekeepers regarding same (0.1); emails with J. Jensen and D. Lutes regarding same (0.2) | .90 |
| 09/23/09 | KA Nelms | Review and update monthly fee application (1.20); telephone conversation with D. Lutes regarding same (.10) | 1.30 |
| 09/24/09 | DJ Lutes | Assist with preparation of 8th monthly fee application | .50 |
| 09/24/09 | KA Nelms | Email timekeepers to obtain information to update fee application (.40); telephone call with D. Lutes regarding same (.10); prepare spreadsheet to reflect timekeepers hours and and amounts for the eighth monthly and third quarterly fee application (2.80) | 3.30 |
| 09/25/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 4.30 |
| 09/25/09 | L Fernandez | Assist with preparation of 8th monthly fee application | 3.10 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054792
Tribune Company

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/25/09 | DJ Lutes | Prepare 8th monthly fee application materials (4.6); prepare quarterly fee application materials (.3) | 4.90 |
| 09/25/09 | JK McClelland | Review and revise 8th monthly fee application (0.5); emails with J. Jensen and D. Lutes re: same (0.2); office conference with K. Kansa re: response to fee auditor's report (0.2); revise response to fee auditor's report (1.7) | 2.60 |
| 09/28/09 | KP Kansa | Office conference with J. McClelland on fee auditor report | .20 |
| 09/28/09 | DJ Lutes | Prepare 8th monthly fee application materials (.4); prepare quarterly fee application (.3); assist with preparation of fee auditor response (.4) | 1.10 |
| 09/28/09 | JK McClelland | Revise response to fee auditor's report (7.7); review and revise 8th monthly fee application (1.6) | 9.30 |
| 09/29/09 | JY Borrelli | Assist in preparation of 8th monthly fee application | 1.30 |
| 09/29/09 | DJ Lutes | Preparation of 8th monthly fee application (6.6); emails with J. Jensen and J. McClelland re same (.3) | 6.90 |
| 09/29/09 | JK McClelland | Review and revise 8th monthly fee application (2.1); conferences with D. Lutes and J. Jensen regarding same (0.2); email draft invoices to V. Garlati for review (0.1) | 2.40 |
| 09/29/09 | KA Nelms | Update spreadsheet for monthly and quarterly fee application information | 1.30 |
| 09/30/09 | DJ Lutes | Prepare 8th monthly fee application (5.8); emails to J. Jensen and J. McClelland re same (.4) | 6.20 |
| 09/30/09 | JK McClelland | Emails with V. Garlati re: invoice approval (0.1); review and revise 8th monthly fee application (0.5); emails with D. Lutes and J. Jensen re: same (0.2) | .80 |

**Total Hours**    **141.80**

**SIDLEY AUSTIN** LLP

Invoice Number: 29054792
Tribune Company

RE: Fee Applications

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KT Lantry | 1.00 | $825.00 | $825.00 |
| KP Kansa | 1.20 | 675.00 | 810.00 |
| JK McClelland | 24.70 | 425.00 | 10,497.50 |
| DJ Lutes | 68.50 | 285.00 | 19,522.50 |
| KA Nelms | 5.90 | 245.00 | 1,445.50 |
| C Wu | 2.00 | 110.00 | 220.00 |
| JY Borrelli | 29.40 | 110.00 | 3,234.00 |
| L Fernandez | 9.10 | 110.00 | 1,001.00 |
| **Total Hours and Fees** | **141.80** | | **$37,555.50** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | LOS ANGELES |
|---|---|
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054793
Client Matter 90795-30410

For professional services rendered and expenses incurred through
September 30, 2009 re Executory Contracts and Leases

Fees                                                                    $26,272.50

**Total Due This Bill**                                      **$26,272.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 29054793
Tribune Company

RE: Executory Contracts and Leases

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/09 | BJ Hauserman | Call with K. Stickles re: lease rejection motion (0.1); review and revise lease rejection order and cert of counsel (0.3) | .40 |
| 09/01/09 | KP Kansa | Review cert of counsel on lease rejection motion (.2); revise and email B. Hauserman re: same (.2); email D. Kazan re: same (.1) | .50 |
| 09/01/09 | KS Mills | Review /analysis of issues related to potential stipulation with WGN contract counterparty | .80 |
| 09/01/09 | AL Triggs | Review materials related to motion to reject contract | .30 |
| 09/02/09 | BJ Hauserman | Obtain and send Fifth Omni lease rejection order to group (0.2) | .20 |
| 09/02/09 | JE Henderson | Review final CV order and forward to client | .20 |
| 09/02/09 | KT Lantry | Review Marsh settlement agreement and conference call with C. Leeman and J. Shugrue re: same (1.3); discuss further research and analysis re: Marsh contract assumption with G. McConaill (.3) | 1.60 |
| 09/02/09 | GR MacConaill | Office conference with K. Lantry re:  Marsh executory contract | .30 |
| 09/03/09 | JE Henderson | Review email re: CV closing/respond | .20 |
| 09/03/09 | KP Kansa | Email M. Bourgon re: proposed contract rejection | .10 |
| 09/05/09 | KT Lantry | E-mails with G. MacConaill re: due diligence involving Marsh contract | .10 |
| 09/05/09 | GR MacConaill | Review Marsh executory contract | 1.50 |
| 09/09/09 | JE Henderson | Review emails re: CV closing (.10); tc w/client re: same (.30); prepare and send email re: funding/closing (.30); review order (.10) | .80 |
| 09/09/09 | KP Kansa | Review K. Mills email re: GM/WGN stipulation, review same, and office conference with K. Mills on same | .50 |
| 09/09/09 | KS Mills | Review /analysis of issues related to potential stipulation with WGN contract counterparty | .80 |
| 09/10/09 | GR MacConaill | Office conference with K. Lantry re:  Marsh contract assumption | .20 |
| 09/11/09 | BJ Hauserman | Call with G. Spitzer re: Shuttle, 57-11 49th Place - InsertCo and security deposit (0.1); call with S. Pater re: same (0.1) | .20 |
| 09/11/09 | CL Kline | Discuss claim status and rejected contract concerns with rejected contract counterparty's counsel (0.2) and referred to B. Hauserman with comment (0.1) | .30 |
| 09/11/09 | KT Lantry | Emails re: analysis of Marsh contract | .20 |

**SIDLEY AUSTIN** LLP

Invoice Number:  29054793
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/11/09 | GR MacConaill | Review March settlement agreement re: potential assumption | .50 |
| 09/11/09 | GR MacConaill | Telephone conference with J. Shugrue re:  Marsh settlement agreement and potential assumption | .50 |
| 09/11/09 | GR MacConaill | Office conference with K. Lantry re:  Marsh settlement agreement | .50 |
| 09/15/09 | BJ Hauserman | Email to S. Pater re: 233 Broadcast (0.1); call with K. Hackett re: Sears Tower (0.1) | .20 |
| 09/15/09 | GR MacConaill | Review Marsh supplemental agreements | 1.00 |
| 09/16/09 | GV Demo | Compile research on personal service contracts for J. Henderson | .10 |
| 09/16/09 | JE Henderson | Review emails re: CV notice and review final version (.20); tc w/client re: same (.30) | .50 |
| 09/16/09 | KP Kansa | Office conference with A. Triggs re: contract rejection | .20 |
| 09/16/09 | CL Kline | Discuss executory contract issues with J. Henderson (0.3); Research executory contracts and assumption related matters (7.0) | 7.30 |
| 09/16/09 | AL Triggs | Draft motion to reject contract with Kenexa BrassRing | .20 |
| 09/17/09 | BJ Hauserman | Emails to K. Hackett re: Laguna Hill property | .20 |
| 09/17/09 | KP Kansa | Email S. Pater re: HRH issue | .10 |
| 09/17/09 | CL Kline | Research executory contract issues and underlying agreements against case law and terms of contract relating to various tests and standards under assumption doctrine and apply to facts of agreements and course of dealing | 11.30 |
| 09/17/09 | AL Triggs | Draft motion to reject contract with Kenexa BrassRing | 1.10 |
| 09/18/09 | CL Kline | Research executory contract issues with case analysis of leading assignment cases (4.8); Prepare and revise executory contract memo for J. Henderson on (i) executory contract requirements; (ii) assignability; (iii) contract analysis and (iv) conclusions (2.0) | 6.80 |
| 09/18/09 | SL Kohn | Office conference with J. Henderson regarding executory contracts | .50 |
| 09/21/09 | CL Kline | Revise executory contract memo and examined analysis, review of additional cases (3.8) and discuss with J. Henderson (0.4); Research additional cases based on further requests and provide cases with discussion on executory contracts issues to J. Henderson (0.6) | 4.80 |
| 09/21/09 | AL Triggs | Draft motion to reject contract with Kenexa BrassRing | 2.50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  29054793
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/22/09 | BJ Hauserman | Review schedules for landlord creditor (0.3) | .30 |
| 09/23/09 | CL Kline | Discuss license issues with P. Crihfield and operative agreements and business issues (0.7); update J. Henderson on assessment (0.2) | .90 |
| 09/24/09 | CL Kline | Discuss executory contract and intellectual property issues w/J. Henderson and P. Crihfield (0.3); Review code section 365(c) and jurisdiction issues w/J. Henderson (0.2); Discuss research follow-up concerning sale and change of control and intellectual property concerns w/P. Crihfield (0.2) | .70 |
| 09/28/09 | KS Mills | Research of issues related to potential contract rejection | 4.70 |
| 09/29/09 | KP Kansa | Review Kenaxa rejection motion and email A. Triggs re: same | 1.00 |
| 09/29/09 | CL Kline | Review Legacy.com letter regarding Sun-Times bankruptcy and related Sun-Times motions and purchase agreements on assumption matters (0.4); Provide update to D. Kazan and discuss strategy regarding assumption (0.2) | .60 |
| 09/29/09 | AL Triggs | Revise motion to reject contract with Kenexa BrassRing, Inc. | 1.90 |
| 09/30/09 | AL Triggs | Revise motion to reject contract with Kenexa BrassRing, Inc. | 1.00 |
| | | **Total Hours** | **58.60** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054793
Tribune Company

RE: Executory Contracts and Leases

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| SL Kohn | .50 | $900.00 | $450.00 |
| JE Henderson | 1.70 | 825.00 | 1,402.50 |
| KT Lantry | 1.90 | 825.00 | 1,567.50 |
| KP Kansa | 2.40 | 675.00 | 1,620.00 |
| GR MacConaill | 4.50 | 525.00 | 2,362.50 |
| KS Mills | 6.30 | 525.00 | 3,307.50 |
| BJ Hauserman | 1.50 | 425.00 | 637.50 |
| AL Triggs | 7.00 | 375.00 | 2,625.00 |
| GV Demo | .10 | 375.00 | 37.50 |
| CL Kline | 32.70 | 375.00 | 12,262.50 |
| **Total Hours and Fees** | **58.60** | | **$26,272.50** |

# SIDLEY

S I D L E Y   A U S T I N   L L P

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054795
Client Matter 90795-30420

For professional services rendered and expenses incurred through
September 30, 2009 re Vendor Issues

Fees                                                                                                    $20,415.00

**Total Due This Bill**                                                                     **$20,415.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 29054795
Tribune Company

RE: Vendor Issues

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/09 | KS Mills | Attention to various issues surrounding non-payment of certain vendors (1.2); Review/update post-petition agreement draft with certain vendor (.7) | 1.90 |
| 09/02/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors (1.5); various communications with vendors, company and Alvarez re: same (.7) | 2.20 |
| 09/03/09 | KS Mills | Research /analysis of issues surrounding payment of potential lien claimant (1.2); Prepare for and participate in telephone call with opposing counsel regarding issues outstanding with respect to payment of certain vendor (1.0); preparation of revised form of proposed post-petition agreements with certain vendors (1.8); prepare for and participate in telephone call with company and certain vendor (1.0); various communications re: aforementioned (1.1) | 6.10 |
| 09/04/09 | KS Mills | Review/analysis of issues regarding non-payment of certain vendor (.7) various communicationswith vendor and company regarding same (.3); attention to issues surrounding post-petition agreement with certain vendor (.5); review/analysis of remaining issues outstanding with respect to certain vendors and formulation of proposed resolution for same (2.0) | 3.50 |
| 09/08/09 | KS Mills | Respond to vendor inquiries | .50 |
| 09/09/09 | KS Mills | Respond to vendor inquiries | .30 |
| 09/11/09 | KS Mills | Respond to vendor inquiries | .30 |
| 09/17/09 | KS Mills | Prepare for and participate in telephone call with vendor, company and opposing counsel regarding potential post petition agreements (2.5); Respond to multiple vendor related inquiries (1.0) | 3.50 |
| 09/18/09 | JK McClelland | Telephone call with S. Karottki regarding addendum to vendor contract (0.2); review contract and addendum (0.4) | .60 |
| 09/18/09 | KS Mills | Review/analysis of remaining issues outstanding with respect to certain vendors and formulation of proposed resolution for same | 2.20 |
| 09/21/09 | KS Mills | Prepare for and participate in t/call with Company regarding status of certain post-petition agreements (.8); review of relevant documents regarding same (1.2); revise potential post-postpetition agreement addressing issues relevant to same (.5); Follow up on issues surrounding alleged non-payment of certain post-petition vendor (.6); respond to various inquiries re: same (.5); review /analysis of open issues with respect to | 4.50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  29054795
Tribune Company

RE: Vendor Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | certain vendors (.9) | |
| 09/22/09 | KS Mills | Review/analysis of issues regarding non-post petition payment of certain vendor (.3) and various communications regarding same (.2); attention to issues surrounding post-petition agreement with certain vendor (.5); review/analysis of certain issues outstanding with respect to certain vendor and formulation of proposed resolution for same (1.1); respond to vendor related inquiries (.9) | 3.00 |
| 09/23/09 | KS Mills | Telephone call with Alvarez regarding issues outstanding with respect to certain vendors (.4); review analysis of materials related to same (1.2); communications regarding same (.4) | 2.00 |
| 09/24/09 | KS Mills | Review/revise certain proposed post-petition agreements (.4); respond to vendor related inquiries (.8) | 1.20 |
| 09/25/09 | KS Mills | Attention to issues surrounding post-petition agreement with certain vendor (.2); review/analysis of certain issues outstanding with respect to certain vendor and formulation of proposed resolution for same (1.5); respond to vendor related inquiries (.8) | 2.50 |
| 09/28/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors (.8); communications with vendors and company regarding same (.6); review of issue surrounding payment of certain vendor and send email respecting same (.8) | 2.20 |
| 09/29/09 | KS Mills | Respond to vendor related inquiries (.4); review/analysis of issue outstanding with respect to certain pre-petition vendor (.3); t/call with Alvarez regarding outstanding vendor issues (.4) and follow up regarding same (.5) | 1.60 |
| 09/30/09 | KS Mills | Attention to resolution of issue outstanding with respect to payment of certain vendor (.6); respond to vendor related inquiries (.3) | .90 |
| | | **Total Hours** | **39.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054795
Tribune Company

RE: Vendor Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KS Mills | 38.40 | $525.00 | $20,160.00 |
| JK McClelland | .60 | 425.00 | 255.00 |
| **Total Hours and Fees** | **39.00** | | **$20,415.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054796
Client Matter 90795-30430

For professional services rendered and expenses incurred through
September 30, 2009 re Use/Sale/Lease of Assets

Fees                                                                $4,000.00

**Total Due This Bill**                                        <u>**$4,000.00**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number: 29054796
Tribune Company

RE: Use/Sale/Lease of Assets

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/09 | KP Kansa | Email J. Rheeling re: Hicksville sale motion (.1); review final transaction documents re: same (.5) | .60 |
| 09/02/09 | KP Kansa | Emails to S. Pater re: Hicksville sale motion timing (.2); t/c's to J. Rheeling re: same (.2) | .40 |
| 09/03/09 | KP Kansa | Review and revise Hicksville motion and email S. Pater and J. Rheeling re: same (1.1); email S. Pater re: inquiry re: E. Plainfield warehouse (.1) | 1.20 |
| 09/04/09 | KP Kansa | Emails to S. Pater re: Hicksville sale motion (.7); revise Hicksville motion and declaration and communicate with S. Pater on same (1.2); emails to K. Stickles re: same (.3) | 2.20 |
| 09/08/09 | KT Lantry | E-mails and telephone calls with D. Kazan and D. Deutsch re: inquiry from prospective purchaser | .30 |
| 09/09/09 | KT Lantry | E-mails with D. Deutsch and D. Kazan re: inquiry from prospective purchaser | .30 |
| 09/16/09 | KT Lantry | E-mails re: inquiry from prospective purchaser | .30 |
| 09/18/09 | KP Kansa | Email S. Pater re: Hicksville | .20 |
| 09/30/09 | KP Kansa | Email J. McClelland re: Hicksville sale motion | .10 |
| 09/30/09 | JK McClelland | Email to K. Stickles and P. Ratkowiak re: certificate of no objection to motion to sell Hicksville property (0.1); email to S. Pater re: same (0.1) | .20 |

**Total Hours**     **5.80**

**SIDLEY AUSTIN** LLP

Invoice Number: 29054796
Tribune Company

RE: Use/Sale/Lease of Assets

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| KT Lantry | .90 | $825.00 | $742.50 |
| KP Kansa | 4.70 | 675.00 | 3,172.50 |
| JK McClelland | .20 | 425.00 | 85.00 |
| **Total Hours and Fees** | **5.80** | | **$4,000.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054797
Client Matter 90795-30440

For professional services rendered and expenses incurred through
September 30, 2009 re DIP Financing/Cash Collateral

Fees                                                                                                    $3,621.50

**Total Due This Bill**                                                                    **$3,621.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 29054797
Tribune Company

RE: DIP Financing/Cash Collateral

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/02/09 | CL Kline | Review Receivables Facility question on liens and asset sales with reference to transaction documents (0.2); review with A. Hickok (0.1); provide responses to K. Kansa (0.1); review transaction documents for receivables sale question from K. Lantry (0.4); summarize finding to A. Hickok (0.1) | .90 |
| 09/03/09 | CL Kline | Discuss A/R sales w/A. Hickok (0.1); review transaction documents (0.3); provide update and explanation to K. Lantry (0.1); review follow-up question from K. Lantry on Receivable definition, provide definition to K. Lantry and consult Loan Agreement (0.3); review question w/A. Hickok and summarize for K. Lantry (0.2) | 1.00 |
| 09/03/09 | KT Lantry | E-mails with C. Kline and C. Leeman re: loan document requirements for sale of receivables | .40 |
| 09/10/09 | AF Hickok | Telephone call with Mayer Brown regarding pledge of equity in connection with Cubs transaction and consents required under DIP Facility (0.2); review documents relating to same (0.6) | .80 |
| 09/18/09 | RP O'Keefe | Reviewed e-mails re: LOC fees and e-mailed C. Leeman re: same | .30 |
| 09/23/09 | CM Kiel | Review Young Broadcasting credit agreement for comparison / analysis of change of control and non-ratable payment provisions | 2.80 |
| 09/23/09 | RJ Lewis | Telephone conferences with C. Kiel re: research on change of control (0.2); review credit agreement and telephone conference with J. Henderson re: assignments (0.3) | .50 |
| 09/24/09 | RJ Lewis | Review Young Broadcasting 10k (.20); correspondence with D. Eldersveld re: same (.10) | .30 |
|  |  | **Total Hours** | **7.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054797
Tribune Company

RE: DIP Financing/Cash Collateral

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| AF Hickok | .80 | $825.00 | $660.00 |
| KT Lantry | .40 | 825.00 | 330.00 |
| RP O'Keefe | .30 | 650.00 | 195.00 |
| RJ Lewis | .80 | 650.00 | 520.00 |
| CM Kiel | 2.80 | 430.00 | 1,204.00 |
| CL Kline | 1.90 | 375.00 | 712.50 |
| **Total Hours and Fees** | **7.00** | | **$3,621.50** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054799
Client Matter 90795-30450

For professional services rendered and expenses incurred through
September 30, 2009 re Insurance Issues

Fees                                                                              $472.50

**Total Due This Bill**                                                       **$472.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number:  29054799
Tribune Company

RE: Insurance Issues

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/14/09 | KP Kansa | Call with C. Leeman and J. Rodden on insurance mediation | .70 |
| | | **Total Hours** | **.70** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054799
Tribune Company

RE: Insurance Issues

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KP Kansa | .70 | $675.00 | $472.50 |
| **Total Hours and Fees** | **.70** | | **$472.50** |

# SIDLEY

SIDLEY AUSTIN LLP

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 27, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29054800
Client Matter 90795-30460

For professional services rendered and expenses incurred through
September 30, 2009 re Committee-Related Matters

Fees                                                                                                    $19,985.50

**Total Due This Bill**                                                                       **$19,985.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 29054800
Tribune Company

RE: Committee-Related Matters

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/09 | JC Boelter | Emails with DPW and Chadbourne regarding McClatchy (.40); Call with Chadbourne regarding same (.30) | .70 |
| 09/01/09 | B Krakauer | Review and comment upon response to Chadbourne re: document issues | .70 |
| 09/01/09 | MJ Sweeney | Telephone conference D. Liebentritt re: Committee issues | .40 |
| 09/02/09 | JC Boelter | Review McClatchy materials (.50); Call with Davis Polk regarding same (.30) | .80 |
| 09/02/09 | KP Kansa | Participate in conference call with Committee re: pending matters in case | .50 |
| 09/02/09 | KT Lantry | Participate in weekly conference call with counsel for Committee re: status of pending matters | .50 |
| 09/02/09 | MJ Sweeney | Telephone conference Schwinger and memo regarding same | .90 |
| 09/03/09 | B Krakauer | Call with Chadbourne re: claim issues | .90 |
| 09/09/09 | KP Kansa | Email J. Henderson re: Committee | .10 |
| 09/09/09 | B Krakauer | Call with Don Bernstein re: case issues | .40 |
| 09/09/09 | B Krakauer | Address ML issues re: sales and documents | .90 |
| 09/11/09 | SL Summerfield | Update Committee fee application files | .40 |
| 09/15/09 | B Krakauer | Prepare for and attend call with Steering Committee professionals re: case issues | 1.90 |
| 09/15/09 | KT Lantry | E-mails and telephone calls with D. LeMay and B. Krakauer re: replacement of Merrill on Committee | .20 |
| 09/15/09 | RJ Lewis | Correspondence regarding fee letters with Tribune; review same | .70 |
| 09/16/09 | KP Kansa | Conference call with creditors' committee on pending matters | .50 |
| 09/16/09 | KT Lantry | E-mails re: replacement of Merrill on committee (.3); participate in weekly conference call with Chadbourne re: pending matters in case (.4) | .70 |
| 09/17/09 | B Krakauer | Prepare for and attend joint meeting of UCC and Steering Committee | 4.50 |
| 09/17/09 | SL Summerfield | Review and revise list of Committee fee applications | .60 |
| 09/29/09 | B Krakauer | Prepare for and attend meeting with Steering Committee professional | 4.50 |
| 09/29/09 | B Krakauer | Prepare for and attend meeting with Steering Committee | 2.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054800
Tribune Company

RE: Committee-Related Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/30/09 | B Krakauer | Weekly call with Chadbourne | .50 |
| 09/30/09 | KT Lantry | Participate in weekly conference call with Chadbourne (.3); e-mails with B. Whittman re: Committee's request for information re: payments to insiders (.3) | .60 |
|  |  | **Total Hours** | **24.40** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29054800
Tribune Company

RE: Committee-Related Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B Krakauer | 16.80 | $900.00 | $15,120.00 |
| KT Lantry | 2.00 | 825.00 | 1,650.00 |
| MJ Sweeney | 1.30 | 685.00 | 890.50 |
| KP Kansa | 1.10 | 675.00 | 742.50 |
| RJ Lewis | .70 | 650.00 | 455.00 |
| JC Boelter | 1.50 | 625.00 | 937.50 |
| SL Summerfield | 1.00 | 190.00 | 190.00 |
| **Total Hours and Fees** | **24.40** | | **$19,985.50** |