UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| THE TRIBUNE COMPANY., et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**THIRD SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Alan D. Holtz hereby declares under penalty of perjury, as follows:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners" or the "Firm") and am duly authorized to execute this third supplemental declaration (the "Third Supplemental Declaration") on behalf of AlixPartners, which maintains its principal office at 2000 Town Center, Suite 2400, Southfield, MI 48075.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. On February 20, 2009, this Court entered an order authorizing the retention of AlixPartners as financial advisors to the Unsecured Creditors Committee (the "Committee") of the Tribune Company, Inc. ("Tribune") and its affiliated debtors (the "Debtors"). In support of AlixPartners' retention, I filed an original declaration (the "Original Declaration"), First

ny-837482

Supplemental Declaration (the "First Supplemental Declaration"), and Second Supplemental Declaration (the "Second Supplemental Declaration").

4. In connection with, *The Order Directing (I) Joint Administration of Chapter 11 Cases and (II) That Certain Orders and Other Pleadings Entered of Filed In The Chapter 11 Cases of Tribune Company, Et Al,. Be Made Applicable to Chapter 11 Case of Chicago National League Ball Club, LLC*, AlixPartners received additional parties in interest to process for any potential conflicts. Accordingly, AlixPartners would like to disclose the following:

- Bunzl, a creditor to the Debtors, was a creditor and lender to a former AlixPartners client in matters unrelated to this bankruptcy matter.
- The Chicago Cubs are a vendor to AlixPartners in matters unrelated to this bankruptcy matter.
- The Chicago Transit Authority, a creditor to the Debtors, is a vendor to AlixPartners in matters unrelated to this bankruptcy matter.
- Hampton Inn and Suites, a creditor to the Debtors, is affiliated with entities that are creditors to a current AlixPartners client in matters unrelated to this bankruptcy matter.
- Major League Baseball, a creditor to the Debtors, is affiliated with MLB Advanced Media, an entity that is a current AlixPartners client in matters unrelated to this bankruptcy matter.

5. In addition, AlixPartners would like to Disclose the following:

- AlixPartners is currently acting as financial advisor to one confidential client of AlixPartners, who is a vendor to The Tribune Company. AlixPartners is not

involved, however, in any matters for that confidential client which is adverse to the Debtors.

6. AlixPartners continues to submit that it holds no adverse interest as to the matters for which it has been employed by the Official Committee of Unsecured Creditors and continues to reserve the right to supplement this and all previous declarations in the event that AlixPartners discovers any facts bearing on matters relevant to AlixPartners' employment by the Official Committee of Unsecured Creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated this 27th day of October, 2009

_____
Alan D. Holtz

ny-837482