# **<u>EXHIBIT 1</u>**

# RULE 2014 LIST – CHICAGO NATIONAL LEAGUE BALL CLUB, LLC

## DEBTOR

Chicago National League Ball Club, LLC

## DEBTOR'S CURRENT AND FORMER DIRECTORS AND OFFICERS

Harry A. Amsden*
Chandler Bigelow III*
David P. Eldersveld*
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman*
Michael R. Lufrano
Mark E. McGuire
John F. Poelking*
Jodi L. Reischl
Jack Rodden*
Patrick M. Shanahan*
Gerald A. Spector*

## TWENTY LARGEST UNSECURED CREDITORS

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA*
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation*
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

---

\* This party was included in the Rule 2014 list of Tribune Company, et al.

CH1 4969858v.1

## COUNTERPARTIES TO FORMATION AGREEMENT

Chicago Cubs Dominican Baseball Operations, LLC
Chicago National League Ball Club, LLC
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company[*]
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC