# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfers"), copies of which are annexed hereto as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (5843); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.  I also caused copies of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Mary Christine Basile

Sworn to before me this
28th day of October, 2009

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)

                            Debtors.            | Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BARON GROUP, THE
             57 WILTON RD
             WESTPORT, CT 06880

Please note that your claim # 1417 in the above referenced case and in the amount of
        $4,032.00 has been transferred **(unless previously expunged by court order)** to:

        ASM CAPITAL, L.P.
        TRANSFEROR: BARON GROUP, THE
        ATTN: ADAM MOSKOWITZ
        7600 JERICHO TURNPIKE, SUITE 302
        WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2420    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                        David D. Bird, Clerk of Court


                                        /s/Mary C Basile
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DUNBAR ARMORED
    ATTN: KATHY CHILDRESS
    50 SCHILLING ROAD
    HUNT VALLEY, MD 21031

Please note that your claim # 850 in the above referenced case and in the amount of $2,050.28 has been transferred (**unless previously expunged by court order**) to:

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: DUNBAR ARMORED
92 UNION AVENUE
CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2434    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |    Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |    Case No. 08-13141 (KJC)
                                |
              Debtors.          |    Jointly Administered
                                |
                                |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   DUNBAR ARMORED INC
                PO BOX 64115
                BALTIMORE, MD 21264-4115

Please note that your schedule in the above referenced case and in the amount of $2,486.19 has been transferred **(unless previously expunged by court order)** to:

          CLAIMS RECOVERY GROUP LLC
          TRANSFEROR: DUNBAR ARMORED INC
          92 UNION AVENUE
          CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2434    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                              |    Chapter 11
                                    |
TRIBUNE COMPANY, et al.,            |    Case No. 08-13141 (KJC)
                                    |
              Debtors.              |    Jointly Administered
                                    |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HAYES GROUP LLC  - CHOICE
             395 BIG BAY RD
             QUEENSBURY, NY 12804

Please note that your claim # 3732 in the above referenced case and in the amount of
        $1,399.56 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: HAYES GROUP LLC - CHOICE
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2435      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                     David D. Bird, Clerk of Court


                                     /s/Mary C Basile
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEMBACH, DAYLE
9002 TRANSOMS RD
BALTIMORE, MD 21236

Please note that your schedule in the above referenced case and in the amount of $2,700.00 has been transferred **(unless previously expunged by court order)** to:

ASM CAPITAL, L.P.
TRANSFEROR: LEMBACH, DAYLE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2418    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    David D. Bird, Clerk of Court

/s/Mary C Basile
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                  |
In re:                            |    Chapter 11
                                  |
TRIBUNE COMPANY, et al.,          |    Case No. 08-13141 (KJC)
                                  |
              Debtors.            |    Jointly Administered
                                  |
                                  |
                                  |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    MAX MEDIA OF HAMPTON ROADS
           5589 GREENWICH ROAD SUITE 200
           VIRGINIA BEACH, VA 23462

Please note that your claim # 1359 in the above referenced case and in the amount of
    $1,853.00 has been transferred **(unless previously expunged by court order)** to:

           CLAIMS RECOVERY GROUP LLC
           TRANSFEROR: MAX MEDIA OF HAMPTON ROADS
           92 UNION AVENUE
           CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2436    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                        David D. Bird, Clerk of Court


                                        /s/Mary C Basile
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          |    Chapter 11

TRIBUNE COMPANY, et al.,                        |    Case No. 08-13141 (KJC)

                        Debtors.                |    Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NASHVILLE AGENCY
             PO BOX 110909
             NASHVILLE, TN 37222

Please note that your schedule in the above referenced case and in the amount of
        $3,750.00 has been transferred **(unless previously expunged by court order)** to:

        ASM CAPITAL, L.P.
        TRANSFEROR: NASHVILLE AGENCY
        ATTN: ADAM MOSKOWITZ
        7600 JERICHO TURNPIKE, SUITE 302
        WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2428      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)

                        Debtors.                | Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ONLINE RESOURCES (FKA PRINCETON ECOM)
             ATTN: ARUNA SRIDHAR
             650 COLLEGE ROAD EAST, 2ND FLOOR
             PRINCETON, NJ 08540

Please note that your claim # 3504 in the above referenced case and in the amount of $25,322.65 has been transferred **(unless previously expunged by court order)** to:

             ASM CAPITAL, L.P.
             TRANSFEROR: ONLINE RESOURCES (FKA PRINCE
             ATTN: ADAM MOSKOWITZ
             7600 JERICHO TURNPIKE, SUITE 302
             WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2426    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                        David D. Bird, Clerk of Court


                                        /s/Mary C Basile
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
                                          |
In re:                                    |   Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |   Case No. 08-13141 (KJC)
                                          |
                 Debtors.                 |   Jointly Administered
                                          |
                                          |
                                          |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ONLINE RESOURCES - PREVIOUSLY PRINCETON
             ECOM
             650 COLLEGE ROAD EAST, 2ND FLOOR
             PRINCETON, NJ 08540

Please note that your claim # 3403 in the above referenced case and in the amount of
        $25,322.65 has been transferred **(unless previously expunged by court order)** to:

             ASM CAPITAL, L.P.
             TRANSFEROR: ONLINE RESOURCES - PREVIOUSL
             ATTN: ADAM MOSKOWITZ
             7600 JERICHO TURNPIKE, SUITE 302
             WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2426     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                      David D. Bird, Clerk of Court


                                      /s/Mary C Basile
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ONLINE RESOURCES CORPORATION
              PO BOX 630139
              BALTIMORE, MD 21263-0139

Please note that your schedule in the above referenced case and in the amount of $22,210.39 has been transferred **(unless previously expunged by court order)** to:

        ASM CAPITAL, L.P.
        TRANSFEROR: ONLINE RESOURCES CORPORATION
        ATTN: ADAM MOSKOWITZ
        7600 JERICHO TURNPIKE, SUITE 302
        WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2426      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    David D. Bird, Clerk of Court


                            /s/Mary C Basile
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  ONLINE RESOURCES CORPORATION
> PO BOX 630139
> BALTIMORE, MD 21263-0139

Please note that your schedule in the above referenced case and in the amount of $100.00 has been transferred **(unless previously expunged by court order)** to:

> ASM CAPITAL, L.P.
> TRANSFEROR: ONLINE RESOURCES CORPORATION
> ATTN: ADAM MOSKOWITZ
> 7600 JERICHO TURNPIKE, SUITE 302
> WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> District of Delaware
> 824 Market Street, Fifth Floor
> Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2426    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    David D. Bird, Clerk of Court


                                   /s/Mary C Basile
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:    RAINBOW PRINTING OF MARYLAND
                 8303 PULASKI HWY
                 BALTIMORE, MD 21237

Please note that your schedule in the above referenced case and in the amount of $2,476.00 has been transferred **(unless previously expunged by court order)** to:

          CLAIMS RECOVERY GROUP LLC
          TRANSFEROR: RAINBOW PRINTING OF MARYLAND
          92 UNION AVENUE
          CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2437     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    David D. Bird, Clerk of Court


                                    /s/Mary C Basile
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SCRANTON LABEL INC
1949 NEWTON RANSOM BLVD
CLARKS SUMMIT, PA 18411

Please note that your claim # 1163 in the above referenced case and in the amount of
$951.98 has been transferred **(unless previously expunged by court order)** to:

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: SCRANTON LABEL INC
92 UNION AVENUE
CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2438    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    David D. Bird, Clerk of Court


                                   /s/Mary C Basile
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)

                    Debtors.                        | Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  TARGETCOM LLC
            444 N. MICHIGAN AVE
            SUITE 3300
            CHICAGO, IL 60611

Please note that your claim # 2271 in the above referenced case and in the amount of $3,000.00 has been transferred **(unless previously expunged by court order)** to:

            ASM CAPITAL, L.P.
            TRANSFEROR: TARGETCOM LLC
            ATTN: ADAM MOSKOWITZ
            7600 JERICHO TURNPIKE, SUITE 302
            WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2429      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    David D. Bird, Clerk of Court

                                    /s/Mary C Basile
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  UNIQUE PRODUCTS & SERVICE CORP
             3860 COMMERCE DR
             ST CHARLES, IL 60174

Please note that your claim # 1434 in the above referenced case and in the amount of $9,801.43 has been transferred **(unless previously expunged by court order)** to:

            ASM CAPITAL, L.P.
            TRANSFEROR: UNIQUE PRODUCTS & SERVICE CO
            ATTN: ADAM MOSKOWITZ
            7600 JERICHO TURNPIKE, SUITE 302
            WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2422    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    David D. Bird, Clerk of Court


                                    /s/Mary C Basile
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

EXHIBIT B

TIME: 17:06:33
DATE: 10/27/09

PAGE:    1

The Tribune Company
CREDITOR LISTING

| Name | Address |
|------|---------|
| ASM CAPITAL, L.P. | TRANSFEROR: BARON GROUP, THE ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: LEMBACH, DAYLE ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: NASHVILLE AGENCY ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ONLINE RESOURCES (FKA PRINCE ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ONLINE RESOURCES - PREVIOUSL ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ONLINE RESOURCES CORPORATION ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: TARGETCOM LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: UNIQUE PRODUCTS & SERVICE CO ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| BARON GROUP, THE | 57 WILTON RD WESTPORT CT 06880 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: DUNBAR ARMORED 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: DUNBAR ARMORED INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: HAYES GROUP LLC - CHOICE 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MAX MEDIA OF HAMPTON ROADS 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: RAINBOW PRINTING OF MARYLAND 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: SCRANTON LABEL INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| DUNBAR ARMORED | ATTN: KATHY CHILDRESS 50 SCHILLING ROAD HUNT VALLEY MD 21031 |
| DUNBAR ARMORED INC | PO BOX 64115 BALTIMORE MD 21264-4115 |
| HAYES GROUP LLC - CHOICE | 395 BIG BAY RD QUEENSBURY NY 12804 |
| LEMBACH, DAYLE | 9002 TRANSOMS RD BALTIMORE MD 21236 |
| MAX MEDIA OF HAMPTON ROADS | 5589 GREENWICH ROAD SUITE 200 VIRGINIA BEACH VA 23462 |
| NASHVILLE AGENCY | PO BOX 110909 NASHVILLE TN 37222 |
| ONLINE RESOURCES (FKA PRINCETON ECOM) | ATTN: ARUNA SRIDHAR 650 COLLEGE ROAD EAST, 2ND FLOOR PRINCETON NJ 08540 |
| ONLINE RESOURCES - PREVIOUSLY PRINCETON ECOM | 650 COLLEGE ROAD EAST, 2ND FLOOR PRINCETON NJ 08540 |
| ONLINE RESOURCES CORPORATION | PO BOX 630139 BALTIMORE MD 21263-0139 |
| RAINBOW PRINTING OF MARYLAND | 8303 PULASKI HWY BALTIMORE MD 21237 |
| SCRANTON LABEL INC | 1949 NEWTON RANSOM BLVD CLARKS SUMMIT PA 18411 |
| TARGETCOM LLC | 444 N. MICHIGAN AVE SUITE 3300 CHICAGO IL 60611 |
| UNIQUE PRODUCTS & SERVICE CORP | 3860 COMMERCE DR ST CHARLES IL 60174 |

Total Number of Records Printed          28

# EXHIBIT C

TRB  TRF NTCS (10-27-09)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801