Honorable Judge Kevin J. Carey
Bankruptcy Court District of Delaware
824 Market Street
Wilmington, Delaware 19801

Mr. Joseph J. McMahon, Jr., U.S. Trustee
Office of U.S. Trustee
J.Caleb Boggs Federal Bldg.
844 King Street, Suite 2207, Lock Box #35
Wilmington, Delaware 19899-0035

October 22, 2009

Gentlemen,

The purpose of this letter is to address the issue of the bankruptcy of The Chicago Tribune.

Aside from possibly driving to meet you both, which my family and I are considering, this letter will be our final attempt at seeing justice done in our case.

Since December 8, 2008, I have spent over 2 hours per day trying to get someone, somewhere, to listen to us, to hear us, to try to make sense of why you two folks, along with Craig Bigelow 111, hold our fate in your hands.

It just does not make sense that we should have our lives determined by the likes of Sam Zell, and the Dolan family.

Very simply we are asking you to consider these factors as we await what appears to be a soon to follow decision by Your court, and The Justice Department:

I have a signed document by the past owner of The Yankee Trader (now operating as Newsday Media, formerly Star Publications) stating that if I stayed as an employee for 10 years, and contributed to an annuity at the rate of $8,860 per each of those 10 years I would receive $35,000 per year for 10 years, commencing at age 65. I stayed 20 years, and $88,600 was taken out of my pay, over the 10 year period.

To offset the payout, a life insurance policy in my name, and with the employer as the beneficiary, was created. Today that policy, fully funded, and with a cash value of over $287k, and a death payout of over $473k, still exists.

Now with the onset of Sam Zell's very controversial, and suspect bankruptcy, these things have happened to my family:

1) I am owed $218,750.25 by Star Publishing/Cablevision

2) The Life Insurance policies are still in effect.

3) Zell and Dolan have thrown their liability to pay me into this contrived bankruptcy. They have found a way to harm my family, and not honor my agreement.

4) The asset, the life insurance policy, is somewhere, but no one will tell me where. It appears they have kept the asset, and shed the liability to pay me.

5) I have filed a claim with the court, and recorded by Epiq Bankruptcy Solutions, a secured claim for the $218,750.25, based upon the documents I have provided.

6) Chicago Tribune has "insulted" our filing by stating the "real money value" of our claim is only $176,017. Which would make sense if they were about to send us a check….maybe.. "like today"!!

7) A party from the HR Department at the Chicago Tribune called a few months back, and read us the riot act stating in her words " you have no right to any claim since you were being paid from the bottom line of the Company, and should be grateful you were ever employed." Unfortunately this type rhetoric is what the Chicago Tribune is all about. How misinformed is their HR Department! Meanwhile, I was at their affiliate, The Yankee Trader, for 20 years, was their Marketing Director, possess 3 college degrees, including an MBA in Business, and was the longest tenured employee in their history.

8) Today my house is facing foreclosure, bills continue To mount, and I have found that at 69 years old no one Wants to employ you.

In closing, I don't want to give up on the United States Government, the Judicial Branch, or the United States Justice Department, but how can you all stand by and let this happen to my family?

I served this country during Viet Nam, I believe in this country. But while many of the other creditors in this manipulated bankruptcy, have the ability to "write off" their losses, the American employee is so unprotected, and only have the United States Government to protect us. What is happening to my family on "your watch" should never be allowed to happen.

I am asking you to please review my case before any judgment from the court is rendered. If the Dolan's (cablevision) have my annuity/ life insurance policy they should turn it over to me. If they (the Dolan's) can't find same, then I ask you to please leave my claim as a "secured" creditor, which I believe I am.

On behalf of my family, I thank you for your interest in this very important matter.

                God Bless,

                Philip C. Franzese
                Claim # 2872


Cc: Chandler Bigelow 111