# SIGN-IN-SHEET

**CASE NAME: Tribune Company**
**CASE NO. 08-13141 -KJC**

**COURTROOM LOCATION: 5**
**DATE: 10/28/09**

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew M°Gure | Lazedis Rath + Cosh | Committee |
| Kevin Collins | Bifferato LLC | Dan Neil, et al. |
| Kyle Stublus | Cole Schotz | Tribune |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |