IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| TRIBUNE COMPANY, ) | |
| ) | Adv. Proc. No.: 09-50445 (KJC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAN NEIL, CORIE BROWN, HENRY ) | |
| WEINSTEIN, WALTER ROCHE, JR., ) | |
| MYRON LEVIN, AND JULIE ) | |
| MAKINEN, individuals, on behalf of ) | |
| themselves and on behalf of all others ) | |
| similarly situated, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Thomas R. Meites, Esquire, to represent Dan Neil, Corie Brown, Henry Weinsten, Walter Roche, Jr., Myron Levin and Julie Makinen, individuals on behalf of themselves and on behalf of all others similarly situated in this action.

Dated: October 28, 2009
       Wilmington, Delaware

                                         Ian Connor Bifferato (#3273)
                                         Thomas F. Driscoll III (#4703)
                                         Kevin G. Collins (#5149)
                                         BIFFERATO LLC
                                         800 N. King Street, Plaza Level
                                         Wilmington DE 19801
                                         Tel. (302) 225-7600
                                         Fax. (302) 254-5383

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25 has been paid to the Clerk of Court for District Court.

Thomas R. Meites, Esquire
Meites, Mulder, Mollica & Glink
20 S. Clark Street, Suite 1500
Chicago, IL 60603
Tel: (312) 263-0272
Facsimile: (312) 263-2942
email: trmeites@mmmglaw.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge