**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: November 17, 2009 at 4:00 pm (EST) |
| | Hearing Date: Only if objection filed |

## NOTICE OF APPLICATION

TO:   THE NOTICE PARTIES.

The Sixth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 through September 30, 2009 ("Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $36,160.00 and interim expenses in the amount of $97.50.

Objections to the Application, if any, are required to be filed on or before November 17, 2009, at 4:00 p.m. (EST) ("Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn: J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent: Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn: Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn: Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN

-2-

ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:   October 28, 2009
         Saint Louis, Missouri

                                STUART MAUE

                                By: _____
                                Steven C. Schwendemann, Esq.
                                3840 McKelvey Road
                                St. Louis, Missouri 63044
                                Telephone: (314) 291-3030
                                Facsimile: (314) 291-6546
                                E-mail:    tribunebkr@smmj.com

                                **Fee Examiner**