UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: November 17, 2009 at 4:00 pm (EST)<br>Hearing Date: Only if objection filed |

SIXTH MONTHLY APPLICATION OF STUART MAUE
AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *(nunc pro tunc* to February 20, 2009) |
| Period for which compensation and reimbursement is sought: | September 1, 2009 through September 30, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $36,160.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $    97.50 |

This is a monthly application.

This monthly application includes 1.80 hours incurred in connection with the preparation of fee applications.

Prior applications: This is the Sixth Monthly Application filed. The following is disclosed regarding the prior applications:

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Compensation Period | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | Not Applicable |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | $55,960.00 | Not Applicable |
| 07/27/2009 | 06/01/2009 - 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.20 |
| 08/26/2009 | 07/01/2009 - 07/31/2009 | $96,100.00 | $176.60 | $76,880.00 | $176.60 |
| 09/29/2009 | 08/01/2009 - 08/31/2009 | 64,308.00 | 328.40 |  |  |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| Linda K. Cooper | Senior Legal Auditor | $325.00 | 7.10 | $ 2,307.50 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 73.00 | 20,075.00 |
| Pamela S. Snyder | Senior Legal Auditor | $275.00 | 37.80 | 10,395.00 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 12.30 | 3,382.50 |
|  |  | Grand Total: | 130.20 | $36,160.00 |
|  |  | Blended Rate: | $277.73 |  |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
| --- | --- | --- |
| Legal Auditing | 130.20 | $36,160.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | --- |
| Photocopies (975 copies @ $0.10 per page) | $97.50 |
| Total | $97.50 |