# EXHIBIT A

**STUART MAUE**
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/14/2009 | PSS | 2.70 | Reconcile fees in database to hard copy of interim application. | 742.50 |
| | | 1.30 | Review expenses requested in application and draft expense section of report. | 357.50 |
| 09/15/2009 | PSS | 2.90 | Continue to review expenses requested in application and draft expense section of report. | 797.50 |
| | | **6.90** | | **$1,897.50** |

STUART MAULE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 09/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 6.90 = | $1,897.50 |
| | | **Total for Legal Auditors:** | **6.90** | **$1,897.50** |
| | | **Total Hours Worked:** | **6.90** | |
| | | **Total Hours Billed:** | **6.90** | **$1,897.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 10/26/2009
Invoice Number: R693 - 1025497
Matter Number: 1025497
Firm: Alvarez & Marsal, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/10/2009 | PSS | 0.10 | Reconcile fees in database to hard copy of interim application. | 27.50 |
| 09/11/2009 | PSS | 2.70 | Review expenses requested in application and draft expense section of report. | 742.50 |
| | | 3.50 | Continue to reconcile fees in database to hard copy of interim application. | 962.50 |
| 09/17/2009 | JEP | 3.90 | Began the review of billing entries and the identification and classification of task descriptions referencing conferences. | 1,072.50 |
| 09/18/2009 | JEP | 3.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing conferences. | 1,017.50 |
| 09/21/2009 | JEP | 3.40 | Continued the review of billing entries and the further identification and classification of task descriptions referencing conferences. | 935.00 |
| 09/22/2009 | JEP | 5.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing conferences, both nonfirm and intraoffice conferences. | 1,567.50 |
| 09/23/2009 | JEP | 2.90 | Continued the review of billing entries and the further identification and classification of billing entries referencing intraoffice and nonfirm conferences. | 797.50 |
| | | 4.70 | Continued the review of billing entries and the further identification and classification of block-billed tasks to be divided into individual task descriptions for further review, analysis and classification. | 1,292.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing travel activities. | 110.00 |
| | | 0.90 | Continued the review of billing entries and the identification and classification of task descriptions referencing billed in half-hour or full-hour time increments. | 247.50 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of days in which timekeepers billed more than sixteen hours. | 82.50 |
| 09/24/2009 | JEP | 2.60 | Continued the review of billing entries and the identification and classification of task descriptions referencing nonfirm conferences. | 715.00 |
| | | 0.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing nonfirm conferences. | 192.50 |
| | | 2.90 | Continued the review of billing entries and the identification and reclassification of previously block billed task descriptions into appropriate activity categories, including those referencing conferences and legal research. | 797.50 |
| | | 2.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing intraoffice conferences. | 632.50 |

STUART MAUL
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025497**
**Matter Number: 1025497**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/25/2009 | JEP | 1.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the retention/compensation of Alvarez & Marsal and other case professionals. | 495.00 |
| | | 3.20 | Continued the review of billing entries and began the identification and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 880.00 |
| | | 3.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 1,017.50 |
| 09/28/2009 | JEP | 4.90 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 1,347.50 |
| | | 5.20 | Continued the review of billing entries and the further classification and identification of task descriptions referencing multiple attendance at nonfirm conferences. | 1,430.00 |
| 09/29/2009 | JEP | 3.80 | Continued the review of billing entries and finalized the identification and classification of task descriptions referencing multiple attendance at nonfirm conferences and events. | 1,045.00 |
| | | 5.80 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 1,595.00 |
| | | **69.10** | | **$19,002.50** |

*STUART MAUL*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025497**
**Matter Number: 1025497**
**Firm: Alvarez & Marsal, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 09/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 62.80 = | $17,270.00 |
| Pamela S. Snyder | PSS | 275.00 x | 6.30 = | $1,732.50 |
| **Total for Legal Auditors:** | | | **69.10** | **$19,002.50** |
| **Total Hours Worked:** | | | **69.10** | |
| **Total Hours Billed:** | | | **69.10** | **$19,002.50** |

STUART MAUL
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Activity<br>Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/03/2009 | PSS | 1.10 | Review expenses requested in monthly applications and draft expense section of report. | 302.50 |
| 09/04/2009 | PSS | 0.80 | Continue to review expenses requested in monthly applications and draft expense section of report. | 220.00 |
| | | **1.90** | | **$522.50** |

STUART*MAULE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 09/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.90 = | $522.50 |
| | | **Total for Legal Auditors:** | **1.90** | **$522.50** |
| | | **Total Hours Worked:** | **1.90** | |
| | | **Total Hours Billed:** | **1.90** | **$522.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025415**
**Matter Number: 1025415**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/16/2009 | LKC | 0.10 | Draft e-mail to L. Raiford regarding redacted entries. | 32.50 |
| 09/29/2009 | PSS | 0.60 | Per instructions from the firm, modify redacted entries to conform to hard copy. | 165.00 |
| 09/30/2009 | PSS | 7.60 | Per instructions from the firm, continue to modify redacted entries to conform to hard copy. | 2,090.00 |
| | | **8.30** | | **$2,287.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 10/26/2009
Invoice Number: R693 - 1025415
Matter Number: 1025415
Firm: Jenner & Block LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 09/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 x | 0.10 = | $32.50 |
| Pamela S. Snyder | PSS | 275.00 x | 8.20 = | $2,255.00 |
| **Total for Legal Auditors:** | | | **8.30** | **$2,287.50** |
| **Total Hours Worked:** | | | **8.30** | |
| **Total Hours Billed:** | | | **8.30** | **$2,287.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024396**
**Matter Number: 1024396**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/22/2009 | LKC | 0.10 | Telephone conference with Adam Landis regarding final report for Landis Rath first interim application. | 32.50 |
| | | 0.30 | Review and finalize draft of final report for Landis Rath first interim application. | 97.50 |
| | | 0.20 | Verification of report and exhibits with PSS. | 65.00 |
| 09/22/2009 | PSS | 0.20 | Review final report and exhibits with LKC. | 55.00 |
| | | **0.80** | | **$250.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024396**
**Matter Number: 1024396**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 09/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 0.60 | = | $195.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.20 | = | $55.00 |
| **Total for Legal Auditors:** | | | | **0.80** | | **$250.00** |
| **Total Hours Worked:** | | | | **0.80** | | |
| **Total Hours Billed:** | | | | **0.80** | | **$250.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024896**
**Matter Number: 1024896**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/17/2009 | LKC | 1.10 | Review and analyze classification of block billing, vaguely described activities, and intraoffice conferences. | 357.50 |
| | | 0.60 | Review and revise preliminary report for Landis second interim application. | 195.00 |
| 09/17/2009 | PSS | 3.00 | Prepare exhibits to accompany preliminary report. | 825.00 |
| 09/22/2009 | LKC | 0.40 | Review and revise preliminary report for Landis second interim fee application. | 130.00 |
| | | 0.20 | Review and verify amounts in exhibits and report with PSS. | 65.00 |
| 09/22/2009 | PSS | 0.20 | Review preliminary report and exhibits with LKC. | 55.00 |
| 09/23/2009 | LKC | 0.70 | Review and revise final draft of preliminary report for Landis second interim application. | 227.50 |
| 09/23/2009 | PSS | 0.10 | Final review and verification of preliminary report and exhibits. | 27.50 |
| | | **6.30** | | **$1,882.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024896**
**Matter Number: 1024896**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 09/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 x | 3.00 = | $975.00 |
| Pamela S. Snyder | PSS | 275.00 x | 3.30 = | $907.50 |
| **Total for Legal Auditors:** | | | **6.30** | **$1,882.50** |
| **Total Hours Worked:** | | | **6.30** | |
| **Total Hours Billed:** | | | **6.30** | **$1,882.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025356**
**Matter Number: 1025356**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/23/2009 | PSS | 2.10 | Reconcile fees in database to fees requested in interim application. | 577.50 |
| | | **2.10** | | **$577.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 10/26/2009
Invoice Number: R693 - 1025356
Matter Number: 1025356
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 09/30/2009**

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 2.10 = | $577.50 |
|---|---|---|---|---|

Total for Legal Auditors: **2.10** **$577.50**

Total Hours Worked: **2.10**

Total Hours Billed: **2.10** **$577.50**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024406**
**Matter Number: 1024406**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/09/2009 | LKC | 0.10 | Review and respond to e-mail(s) from G. Ravert regarding report for McDermott Will first interim application. | 32.50 |
| | | **0.10** | | **$32.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024406**
**Matter Number: 1024406**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 09/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 0.10 | = | $32.50 |
| | | **Total for Legal Auditors:** | | **0.10** | | **$32.50** |
| | | **Total Hours Worked:** | | **0.10** | | |
| | | **Total Hours Billed:** | | **0.10** | | **$32.50** |



**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025511**
**Matter Number: 1025511**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/04/2009 | PSS | 0.30 | Reconcile fees in database to hard copy of interim application. | 82.50 |
| 09/08/2009 | PSS | 0.40 | Reconcile fees in database to hard copy of interim application. | 110.00 |
| 09/09/2009 | PSS | 3.60 | Continue to reconcile fees in database to hard copy of interim application. | 990.00 |
| | | 1.90 | Review expenses requested in application and draft expense section of report. | 522.50 |
| 09/11/2009 | KCT | 0.10 | Review and analyze fee entries related to double billing and potential double billing. | 27.50 |
| | | 0.90 | Review and analyze fee entries related to conferences. | 247.50 |
| | | 0.50 | Review and analyze fee entries related to intraoffice conferences. | 137.50 |
| | | 0.70 | Review and analylze fee entries related to nonfirm conferences. | 192.50 |
| | | 0.20 | Review and analyze fee entries related to intraoffice multiple attendance. | 55.00 |
| 09/15/2009 | KCT | 0.30 | Review and analyze fee entries related to transient billers. | 82.50 |
| | | 0.30 | Review and analyze fee entries related to questioned nonfirm multiple attendance. | 82.50 |
| | | 0.60 | Review and analyze fee entries related to administrative/clerical activity. | 165.00 |
| | | 0.50 | Review and analyze fee entries related to nonfirm multiple attendance. | 137.50 |
| 09/16/2009 | KCT | 1.00 | Review and analyze uncategorized fee entries for additional billing issues. | 275.00 |
| | | 0.70 | Review and analyze fee entries related to other vague activity. | 192.50 |
| | | 0.20 | Review and analyze fee entries related to vague conferences. | 55.00 |
| | | 0.30 | Review and analyze fee entries related to firm's case professional retention. | 82.50 |
| | | 0.40 | Review and analyze fee entries related to legal research. | 110.00 |
| | | 0.40 | Review and analyze fee entries categorized as vague activity. | 110.00 |
| | | 0.10 | Review and analyze fee entries categorized as clerical with particular attention to examples of clerical activity. | 27.50 |
| | | 0.20 | Review and analyze fee entries categorized as intraoffice conferences. | 55.00 |
| | | 0.10 | Review and analyze fee entries categorized as multiple attendance. | 27.50 |
| | | 0.10 | Review and analyze blocked fee entries that contain categorized activity. | 27.50 |
| | | 0.20 | Review and analyze fee entries related to additional administrative activity. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to travel and nonworking travel. | 27.50 |
| | | 1.30 | Review and analyze fee entries related to administrative/clerical activity. | 357.50 |
| | | 0.10 | Review and analyze fee entries related to potential days billed in excess of 16.00 hours and potential blocked billing. | 27.50 |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025511**
**Matter Number: 1025511**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/18/2009 | KCT | 0.10 | Review and analyze fee entries categorized as transient billers. | 27.50 |
| | | 0.50 | Review and analyze fee entries related to potential blocked billing. | 137.50 |
| | | 0.30 | Review and analyze fee entries categorized as vague activity. | 82.50 |
| | | 1.00 | Draft fee auditor's preliminary report to firm's second interim application. | 275.00 |
| | | 1.10 | Review, revise and finalize fee auditor's preliminary report to firm's second interim application. | 302.50 |
| | | **18.50** | | **$5,087.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 10/26/2009
Invoice Number: R693 - 1025511
Matter Number: 1025511
Firm: Paul, Hastings, Janofsky & Walker
LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 09/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 6.20 = | $1,705.00 |
| Kathy C. Tahan | KCT | 275.00 x | 12.30 = | $3,382.50 |
| **Total for Legal Auditors:** | | | **18.50** | **$5,087.50** |
| **Total Hours Worked:** | | | **18.50** | |
| **Total Hours Billed:** | | | **18.50** | **$5,087.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025235**
**Matter Number: 1025235**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/09/2009 | JEP | 5.20 | Reviewed and analyzed billing entries and further classified same into appropriate categories, including conferences, multiple attendance, clerical activities, blocked tasks, vague entries and retention compensation activities. | 1,430.00 |
| | | 3.20 | Drafted fee examiner's preliminary report regarding firm's second interim fee application. | 880.00 |
| 09/10/2009 | JEP | 1.80 | Continued drafting fee examiner's preliminary report regarding firm's second interim fee application. | 495.00 |
| | | **10.20** | | **$2,805.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1025235**
**Matter Number: 1025235**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 09/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Janet E. Papageorge | JEP | 275.00 | x | 10.20 | = | $2,805.00 |
| | | **Total for Legal Auditors:** | | **10.20** | | **$2,805.00** |
| | | **Total Hours Worked:** | | **10.20** | | |
| | | **Total Hours Billed:** | | **10.20** | | **$2,805.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/17/2009 | PSS | 2.00 | Prepare exhibits to accompany preliminary report. | 550.00 |
| | | **2.00** | | **$550.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 09/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 2.00 | = | $550.00 |
| **Total for Legal Auditors:** | | | | **2.00** | | **$550.00** |
| **Total Hours Worked:** | | | | **2.00** | | |
| **Total Hours Billed:** | | | | **2.00** | | **$550.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 09/30/2009** | | | | |
| 09/06/2009 | LKC | 1.50 | Preparation of Stuart Maue fifth monthly fee application, notice and cover sheet. | 487.50 |
| 09/08/2009 | LKC | 0.10 | Telephone conference with P. Proger at Jones Day regarding preliminary report and new contact information. | 32.50 |
| 09/09/2009 | PSS | 0.50 | Review applications received today. | 137.50 |
| 09/10/2009 | LKC | 0.40 | Review e-mail and attached fee applicaton from P. Ratkowiak regarding fee applications for Cole Schotz. | 130.00 |
| | | 0.40 | Review e-mail and attached fee applications from Young Kim at AlixPartners. | 130.00 |
| 09/11/2009 | LKC | 0.60 | Conference with G. Ravert and B. Rubin regarding response to report for first interim period. | 195.00 |
| 09/11/2009 | PSS | 0.20 | Review applications received today. | 55.00 |
| 09/16/2009 | LKC | 0.30 | Preparation of Certificate of No Objection for Stuart Maue fourth interim fee application. | 97.50 |
| | | **4.00** | | **$1,265.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 10/26/2009**
**Invoice Number: R693 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|

**For Professional Services through 09/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| Linda K. Cooper | LKC | 325.00 | x | 3.30 | = | $1,072.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| **Total for Legal Auditors:** | | | | **4.00** | | **$1,265.00** |
| **Total Hours Worked:** | | | | **4.00** | | |
| **Total Hours Billed:** | | | | **4.00** | | **$1,265.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 09/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 X | 7.10 = | $2,307.50 |
| Janet E. Papageorge | JEP | 275.00 X | 73.00 = | $20,075.00 |
| Pamela S. Snyder | PSS | 275.00 X | 37.80 = | $10,395.00 |
| Kathy C. Tahan | KCT | 275.00 X | 12.30 = | $3,382.50 |
| Total for Legal Auditors: | | | 130.20 | $36,160.00 |
| Total Hours Worked: | | | 130.20 | |
| Total Hours Billed: | | | 130.20 | $36,160.00 |