# EXHIBIT B

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.  Invoice Date: 10/27/2009
Invoice Number: R693 - Expenses

**TRIBUNE - SEPTEMBER EXPENSES**

<u>PHOTOCOPIES:</u>

    975 at $0.10/Page    $97.50

**TOTAL EXPENSES:**    **$97.50**