**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491    FAX (302) 573-6497**

| | |
|---|---|
| ROBERTA A. DEANGELIS | WILLIAM K. HARRINGTON |
| ACTING U.S. TRUSTEE | ASSISTANT U.S. TRUSTEE |

---

**REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE**

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting of creditors for the following case(s):

**DEBTOR:**        Chicago National League Ball Club, LLC

**CASE NO.:**      09-13496 (KJC)

**DATE:**          November 19, 2009

**TIME:**          10:00 A.M.

**LOCATION:**      **J. Caleb Boggs Federal Building, 5th Floor, Room 5209**

By:    /s/ Joseph J. McMahon, Jr.
          Joseph J. McMahon, Jr.

Dated:  October 28, 2009