# EXHIBIT A

Summary of CES Filed PrePetition and 503 Claim against Tribune Company

CES contracted with Tribune Company under 3 separate NAESB Agreements:

| | NAESB Contracting Party | NAESB Contracting Signee | NAESB Contract Date | NAESB Contract Number | NAESB Confirmation Number | Accounts per Agency Agreement | Account # per Agency Agreement | CES Bill Group Number | A CES Invoice Amount 10/01/08-10/31/08 | B CES Invoice Amount 11/01/08-11/30/08 | C CES Invoice Amount 12/01/08-12/07/08 | A+B+C CES PrePetition Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Chicago Tribune | H. Jack Devedjian, P.E | 8/7/2006 | 2004829 | 3 | Chicago Tribune | 2500023049352 | TRI90001 | $ 1,788.38 | $ 5,480.58 | $ 978.96 | $ 8,247.92 |
| | | | | | | Chicago Tribune | 2500005051344 | TRI90001 | $ 2,878.58 | $ 5,293.25 | $ 2,071.64 | $ 10,243.47 |
| | | | | | | Chicago Tribune | 2500002917627 | TRI90001 | $ 1,372.16 | $ 2,087.62 | $ 1,260.76 | $ 4,720.54 |
| | | | | | | Chicago Tribune FCN | 5500025710268 | TRI90001 | $ 4,006.25 | $ 6,128.86 | $ 1,541.07 | $ 11,676.18 |
| | | | | | | Sub-total | | | $ 10,045.37 | $ 18,990.31 | $ 5,852.43 | $ 34,888.11 |
| 2 | Tribune Company | Mary Jo Mandula | 8/7/2006 | 2004830 | 4 | Tribune Properties a/k/a Wrigley Field | 2500000192350 | TRI11001 | | | | |
| | | | | | | Tribune Properties a/k/a Wrigley Field | 2500000192379 | TRI11001 | Per Mike Riley at Chicago Tribune: These 5 Wrigley Field Accounts are not part of the bankruptcy filing, therefore, CES was paid for these accounts for the prepetition periods. | | | |
| | | | | | | Tribune Properties a/k/a Wrigley Field | 2500000192398 | TRI11001 | | | | |
| | | | | | | Tribune Properties a/k/a Wrigley Field | 2500000192401 | TRI11001 | | | | |
| | | | | | | Tribune Properties a/k/a Wrigley Field | 2500000192416 | TRI11001 | | | | |
| | | | | | | Sub-total | | | $ - | $ - | $ - | $ - |
| | | Mary Jo Mandula | 8/7/2006 | 2004830 | 3 | Tribune Properties | 2500011264378 | TRI15001 | $ 30,408.77 | $ 45,284.62 | $ 17,319.09 | $ 93,012.48 |
| | | | | | | Sub-total | | | $ 30,408.77 | $ 45,284.62 | $ 17,319.09 | $ 93,012.48 |
| 3 | WGN Continental Broadcasting Co | Marc Drazin | 8/7/2006 | 2004831 | 3 | WGN Continental Broadcast | 1500001890347 | TRI12001 | $ 5,641.41 | $ 7,918.68 | $ 2,898.37 | $ 16,458.46 |
| | | | | | | Sub-total | | | $ 5,641.41 | $ 7,918.68 | $ 2,898.37 | $ 16,458.46 |
| | | | | | | | | Total | $ 46,095.55 | $ 72,193.61 | $ 26,069.89 | $ 144,359.05 |

| Accounts | Account # | Bill Group | A CES Invoice Amount 10/01/08-10/31/08 | B CES Invoice Amount 11/18/08-11/30/08 | C CES Invoice Amount 12/01/08-12/07/08 | A+B+C CES 503 Admin Claim Amount |
|---|---|---|---|---|---|---|
| Chicago Tribune | 2500023049352 | TRI90001 | $ - | $ 906.02 | $ 978.96 | $ 1,884.98 |
| Chicago Tribune | 2500005051344 | TRI90001 | $ - | $ 2,483.85 | $ 2,071.64 | $ 4,555.49 |
| Chicago Tribune | 2500002917627 | TRI90001 | $ - | $ 1,945.73 | $ 1,260.76 | $ 3,206.49 |
| Chicago Tribune FCN | 5500025710268 | TRI90001 | $ - | $ 2,655.84 | $ 1,541.07 | $ 4,196.91 |
| Sub-total | | | $ - | $ 7,991.44 | $ 5,852.43 | $ 13,843.87 |
| Tribune Properties | 2500011264378 | TRI15001 | $ - | $ 22,660.15 | $ 17,319.09 | $ 39,979.24 |
| Sub-total | | | $ - | $ 22,660.15 | $ 17,319.09 | $ 39,979.24 |
| WGN Continental Broadcast | 1500001890347 | TRI12001 | $ - | $ 3,756.01 | $ 2,898.37 | $ 6,654.38 |
| Sub-total | | | $ - | $ 3,756.01 | $ 2,898.37 | $ 6,654.38 |
| Total | | | $ - | $ 34,407.60 | $ 26,069.89 | $ 60,477.49 |