# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 9/1/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Conversation with G. Weitman re: information filed in monthly financial statements .5 |
| 9/9/2009 | Tribune Company | Zilka, Jeffrey R. | 1.5 | 1050 | Meet with G. Weitman and T. Holt at Tribune; discuss emergence timeline |
| 9/17/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | 175 | Review updated calendar of events |
| 9/23/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Discuss matters slated to be reviewed by the court on 9/23 and 9/24. |
| 9/24/2009 | Tribune Company | Zilka, Jeffrey R. | 0.75 | 525 | Discuss media coverage of ruling re: access with G. Weitman .5 Advise client re: payment of first three months held-back fees .25 |
| | | **September 2009 TOTAL** | **3.5** | **$ 2,450.00** | |