# **EXHIBIT A**

Compensation by Professional

| Name | Group | Rank | Total hours | Bill rate | Service subtotal |
|---|---|---|---|---|---|
| Chris Kudrna | Business Valuation / Intangibles | Senior 1&2 | 13.4 | 275.00 | 3,685.00 |
| Clark Wen | Business Valuation / Intangibles | Manager | 2.0 | 375.00 | 750.00 |
| Josh Putnam | Business Valuation / Intangibles | Senior Manager | 10.7 | 475.00 | 5,082.50 |
| Matt Jones | Business Valuation / Intangibles | Manager | 15.0 | 375.00 | 5,625.00 |
| Matthew Howley | Business Valuation / Intangibles | PPED | 6.5 | 525.00 | 3,412.50 |
| Mike Kearns | Business Valuation / Intangibles | Senior 1&2 | 37.2 | 275.00 | 10,230.00 |
| Tariq Hussain | Business Valuation / Intangibles | Senior Manager | 2.0 | 475.00 | 950.00 |
| Stefan Wojcickyj | Business Valuation / Intangibles | PPED | 1.0 | 525.00 | 525.00 |
| | | Total: | 87.8 | | 30,260.00 |

## **EXHIBIT B**

# ⋽⫯ ERNST & YOUNG

INVOICE NUMBER: US0130137387

October 27, 2009

**Tribune Company**
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| Bank of America - Chic. 96550 |
| P.O. Box 96550 |
| Chicago, IL 60693 |
| EIN: 34-6565596 |

BU: **US002**    CLIENT NUMBER: **60025315**

PROJECT NUMBER: **14641406**

Billing for time and expenses from September 1, 2009 through September 30, 2009 for SFAS 142 2009 valuation services pursuant to the Engagement Agreement dated May 15, 2009.

| | |
|---|---:|
| Fees | $30,260 |
| Expenses | 100 |
| **Total Due** | **$30,360** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

**CLIENT COPY**

# REMITTANCE ADVICE

≡*ll* ERNST & YOUNG

INVOICE NUMBER: US0130137387

October 27, 2009

**Tribune Company**
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

| PLEASE REMIT TO: |
|---|
| Ernst & Young |
| Bank of America - Chic. 96550 |
| P.O. Box 96550 |
| Chicago, IL 60693 |
| |
| EIN: 34-6565596 |

BU: US002    CLIENT NUMBER: 60025315

*Total Due*  $30,360

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# **EXHIBIT C**

LEGAL02/31502925v1

Expenses by Professional

| Name | Group | Rank | Date | Activity | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|---|---|
| Kathy Lalka | Business Valuation / Intangibles | Staff | 14 Sep | Step 2 Calculations (Intangibles) | Other (see description) | Royalty rate information on print publishing from Royalty Source | 100.00 |
| | | | | | | Total: | 100.00 |

Expenses by Activity

| | Expenses |
|---|---|
| Initial Planning | 0.00 |
| Step 1 Calculations | 0.00 |
| Step 2 Calculations (Intangibles) | 100.00 |
| Technical review and analysis w/ Client & PwC | 0.00 |
| Technical review and analysis, Step 1 calculations | 0.00 |
| Technical review and analysis, Step 2 intangibles | 0.00 |
| Technical review and analysis, Step 2 personal property | 0.00 |
| Technical review and analysis, Step 2 leasehold intangibles | 0.00 |
| Step 2 Calculations (Personal Property) | 0.00 |
| Review of Real Property Analyses | 0.00 |
| Leased property valuations | 0.00 |
| Total: | $100.00 |

Expenses by Professional

| | Expenses |
|---|---|
| Kathy Lalka | 100.00 |
| Total: | $100.00 |

Expenses by Category

| | Expenses |
|---|---|
| Local Transportation | 0.00 |
| Local Meals | 0.00 |
| Out of Town Transportation | 0.00 |
| Out of Town Meals | 0.00 |
| Out of Town Lodging | 0.00 |
| Other (see description) | 100.00 |
| Total: | $100.00 |

# EXHIBIT D

Compensation by Activity

| Activity | Total hours | Service subtotal |
|---|---|---|
| Initial Planning | 0.0 | 0.00 |
| Step 1 Calculations | 18.3 | 5,032.50 |
| Step 2 Calculations (Intangibles) | 18.5 | 6,047.50 |
| Technical review and analysis w/ Client & PwC | 30.1 | 10,907.50 |
| Technical review and analysis, Step 1 calculations | 14.9 | 5,872.50 |
| Technical review and analysis, Step 2 intangibles | 6.0 | 2,400.00 |
| Technical review and analysis, Step 2 personal property | 0.0 | 0.00 |
| Technical review and analysis, Step 2 leasehold intangibles | 0.0 | 0.00 |
| Step 2 Calculations (Personal Property) | 0.0 | 0.00 |
| Review of Real Property Analyses | 0.0 | 0.00 |
| Leased property valuations | 0.0 | 0.00 |
| Total: | 87.8 | $30,260.00 |

## **EXHIBIT E**

| Professional | Rank | Date | Hours | Description | Activity | Bill rate | Subtotal |
|---|---|---|---|---|---|---|---|
| Josh Putnam | Senior Manager | 1-Sep-09 | 1.0 | Call with PwC and Tribune regarding FCC license valuations | Technical review and analysis w/ Client & PwC | 475.00 | 475.00 |
| Matt Jones | Manager | 1-Sep-09 | 1.0 | Discussion with PwC regarding revised results | Technical review and analysis w/ Client & PwC | 375.00 | 375.00 |
| Clark Wen | Manager | 2-Sep-09 | 1.0 | Update of FCC license assumptions | Step 2 Calculations (Intangibles) | 375.00 | 375.00 |
| Josh Putnam | Senior Manager | 2-Sep-09 | 0.8 | Call to discuss PwC valuation requirements for FCC licenses | Technical review and analysis w/ Client & PwC | 475.00 | 380.00 |
| Josh Putnam | Senior Manager | 2-Sep-09 | 0.5 | Review of FCC valuations with PwC | Technical review and analysis w/ Client & PwC | 475.00 | 237.50 |
| Chris Kudma | Senior 1&2 | 3-Sep-09 | 5.0 | NAA follow-up analysis | Technical review and analysis w/ Client & PwC | 275.00 | 1,375.00 |
| Clark Wen | Manager | 3-Sep-09 | 1.0 | Update of FCC license assumptions | Step 2 Calculations (Intangibles) | 375.00 | 375.00 |
| Josh Putnam | Senior Manager | 3-Sep-09 | 1.0 | Review of FCC valuations with PwC | Technical review and analysis w/ Client & PwC | 475.00 | 475.00 |
| Mike Kearns | Senior 1&2 | 3-Sep-09 | 2.3 | Revision of NAA valuations | Step 2 Calculations (Intangibles) | 475.00 | 1,092.50 |
| Josh Putnam | Senior Manager | 3-Sep-09 | 2.0 | Revision of NAA valuations per Tribune Company and PwC feedback | Step 2 Calculations (Intangibles) | 275.00 | 550.00 |
| Josh Putnam | Senior Manager | 4-Sep-09 | 0.5 | Call to discuss NAA valuations | Technical review and analysis w/ Client & PwC | 475.00 | 237.50 |
| Chris Kudma | Senior 1&2 | 8-Sep-09 | 1.1 | Conference call with Gina, Brian 7 Nick Re: NAA Valuation methodology and assumptions | | | |
| Chris Kudma | Senior 1&2 | 8-Sep-09 | 0.8 | Math Check of revised Step 1 analysis per new forecasts | Step 2 Calculations (Intangibles) | 275.00 | 302.50 |
| Josh Putnam | Senior Manager | 8-Sep-09 | 0.5 | Revision of NAA valuations | Technical review and analysis, Step 1 calculations | 275.00 | 220.00 |
| Matthew Howley | PPED | 8-Sep-09 | 1.8 | Reviewing new forecast implementation | Step 2 Calculations (Intangibles) | 475.00 | 237.50 |
| Matt Jones | Manager | 8-Sep-09 | 3.0 | Reviewing new forecast implementation Discussion with Tribune Company regarding revised draft exhibits | Technical review and analysis, Step 1 calculations | 525.00 | 945.00 |
| | | 8-Sep-09 | | | Technical review and analysis, Step 1 calculations | 375.00 | 1,125.00 |
| Matt Jones | Manager | 8-Sep-09 | 1.0 | incorporating revised forecast projections | | | |
| Matt Jones | Manager | 8-Sep-09 | 1.0 | Reviewing new forecast implementation | Technical review and analysis w/ Client & PwC | 375.00 | 375.00 |
| Mike Kearns | Senior 1&2 | 8-Sep-09 | 6.2 | Step 1 updated based on new forecasts | Technical review and analysis, Step 1 calculations | 375.00 | 375.00 |
| | | 8-Sep-09 | | Discussion with Tribune Company regarding revised draft exhibits | Step 1 Calculations | 275.00 | 1,705.00 |
| Mike Kearns | Senior 1&2 | 9-Sep-09 | 1.8 | incorporating revised forecast projections | | | |
| Matt Jones | Manager | 9-Sep-09 | 1.0 | Reviewing new forecast implementation | Technical review and analysis w/ Client & PwC | 275.00 | 495.00 |
| Matt Jones | Manager | 9-Sep-09 | 1.0 | Discussion with Tribune Company regarding revised draft exhibits | Technical review and analysis, Step 1 calculations | 375.00 | 375.00 |
| | | 9-Sep-09 | | incorporating revised forecast projections | | | |
| Mike Kearns | Senior 1&2 | 9-Sep-09 | 2.4 | Discussions with Tribune Managemenet regarding reconciliation workpapers | Technical review and analysis w/ Client & PwC | 375.00 | 375.00 |
| Mike Kearns | Senior 1&2 | 9-Sep-09 | 5.6 | Step 1 updated based on new forecasts | Technical review and analysis, Step 1 calculations | 275.00 | 660.00 |
| Chris Kudma | Senior 1&2 | 10-Sep-09 | 2.6 | Updating NAA to new methodology per PwC comments | Step 1 Calculations | 275.00 | 1,540.00 |
| Matthew Howley | PPED | 10-Sep-09 | 0.9 | Reviewing new forecast implementation | Step 2 Calculations (Intangibles) | 275.00 | 715.00 |
| Matt Jones | Manager | 10-Sep-09 | 2.0 | Reviewing new forecast implementation | Technical review and analysis, Step 1 calculations | 525.00 | 472.50 |
| Tariq Hussain | Senior Manager | 10-Sep-09 | 2.0 | Review of revised Step 1 calculations | Technical review and analysis, Step 1 calculations | 375.00 | 750.00 |
| Josh Putnam | Senior Manager | 14-Sep-09 | 0.5 | Revision of NAA valuations | Technical review and analysis, Step 1 calculations | 475.00 | 950.00 |
| Mike Kearns | Senior 1&2 | 14-Sep-09 | 2.0 | Preperation of revised audit review questions | Step 2 Calculations (Intangibles) | 475.00 | 237.50 |
| Chris Kudma | Senior 1&2 | 15-Sep-09 | 2.0 | Updating NAA to new methodology per PwC comments | Technical review and analysis w/ Client & PwC | 275.00 | 550.00 |
| Josh Putnam | Senior Manager | 15-Sep-09 | 0.5 | Revision of NAA valuations | Step 2 Calculations (Intangibles) | 275.00 | 550.00 |
| Matthew Howley | PPED | 15-Sep-09 | 0.5 | Status call and project review with Tribune Company | Step 2 Calculations (Intangibles) | 475.00 | 237.50 |
| Mike Kearns | Senior 1&2 | 15-Sep-09 | 3.0 | Preperation of revised audit review questions | Technical review and analysis w/ Client & PwC | 525.00 | 262.50 |
| Matthew Howley | PPED | 16-Sep-09 | 1.0 | Status call and project review with Tribune Company | Technical review and analysis w/ Client & PwC | 275.00 | 825.00 |
| Mike Kearns | Senior 1&2 | 16-Sep-09 | 2.0 | Status call with Tribune Company regarding results of new forecast implementation | Technical review and analysis w/ Client & PwC | 525.00 | 525.00 |
| Matt Jones | Manager | 17-Sep-09 | 2.0 | Review of revisions requested by Tribune Company | Technical review and analysis w/ Client & PwC | 275.00 | 550.00 |
| Matt Jones | Manager | 18-Sep-09 | 2.0 | Review of revisions requested by Tribune Company | Technical review and analysis, Step 2 intangibles | 375.00 | 750.00 |
| Stefan Wojcickyj | PPED | 18-Sep-09 | 1.0 | Technical review of the updated FCC and NAA valuations | Technical review and analysis, Step 2 intangibles | 375.00 | 750.00 |
| Josh Putnam | Senior Manager | 21-Sep-09 | 0.6 | Preperation of audit review questions regarding San Diego NAA | Technical review and analysis, Step 2 intangibles | 525.00 | 525.00 |
| Chris Putnam | Senior 1&2 | 22-Sep-09 | 1.9 | Addressing PwC audit review questions on NAA | Technical review and analysis w/ Client & PwC | 475.00 | 285.00 |
| Josh Putnam | Senior Manager | 24-Sep-09 | 2.5 | Preperation of audit review questions regarding NAA | Technical review and analysis w/ Client & PwC | 275.00 | 522.50 |
| Matthew Howley | PPED | 24-Sep-09 | 2.3 | Review of valuation project and audit question responses | Technical review and analysis w/ Client & PwC | 475.00 | 1,187.50 |
| Matt Jones | Manager | 24-Sep-09 | 1.0 | Review of responses to broadcasting responses to PwC | Technical review and analysis w/ Client & PwC | 525.00 | 1,207.50 |
| Mike Kearns | Senior 1&2 | 24-Sep-09 | 5.7 | Preperation of revised audit review questions | Technical review and analysis, Step 2 intangibles | 375.00 | 375.00 |
| Mike Kearns | Senior 1&2 | 25-Sep-09 | 2.3 | Preperation of Tribune Company workpapers | Step 1 Calculations | 275.00 | 1,567.50 |
| Mike Kearns | Senior 1&2 | 29-Sep-09 | 4.2 | Preperation of Tribune Company workpapers | Step 1 Calculations | 275.00 | 632.50 |
| | | | | | | | 1,155.00 |
| Total: | | | 87.8 | | | | 30,260.00 |