**EXHIBIT A**

**(Fee Statement)**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803552

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter

PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending September 30, 2009 | $4,990.00 |
| **Current Fees and Costs Due** | **$4,990.00** |
| **Total Balance Due** | **$4,990.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803552

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009          $4,990.00

| | |
|---|---|
| **Current Fees and Costs Due** | **$4,990.00** |
| **Total Balance Due** | **$4,990.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803552

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

**Post-Petition General Matter**                                      **$4,990.00**

## B110   Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/02/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/03/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/04/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/08/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/11/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1803552

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/14/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/15/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/16/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/21/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/22/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/23/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/25/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 09/28/09 | ALE | Review Tribune case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 09/29/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1803552

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/30/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| | **Subtotal:  B110   Case Administration** | | **2.00** | | **415.50** |

## B113   Pleadings Review

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/29/09 | GES3 | Review docket filings (0.3) | 0.30 | 810.00 | 243.00 |
| | **Subtotal:  B113   Pleadings Review** | | **0.30** | | **243.00** |

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/09 | JBB3 | Work on supplemental conflicts search (0.6) | 0.60 | 205.00 | 123.00 |
| 09/01/09 | SSP2 | Email A. Eissing and J. Brown regarding supplemental conflicts checks (0.1) | 0.10 | 425.00 | 42.50 |
| 09/02/09 | JBB3 | Draft third supplement to declaration and exhibit per S. Park (0.7) | 0.70 | 205.00 | 143.50 |
| 09/02/09 | RPR | Work on July fee statement (0.9) | 0.90 | 320.00 | 288.00 |
| 09/02/09 | SSP2 | Review supplemental affidavit of disinterestedness (0.2); review filings of supplemental parties in interests (0.1) | 0.30 | 425.00 | 127.50 |
| 09/03/09 | RPR | Revise July fee application (0.5); forward July fee application and exhibits to K. Newmarch for review (0.1) | 0.60 | 320.00 | 192.00 |
| 09/03/09 | SSP2 | Review July fee application (0.8) | 0.80 | 425.00 | 340.00 |
| 09/04/09 | RPR | Finalize July fee application and exhibits for court filing (0.3); prepare and forward to Cole Schotz for same (0.1) | 0.40 | 320.00 | 128.00 |

Tribune Company
75245-00001
Invoice No. 1803552

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/09/09 | SSP2 | Email supplemental declaration to K. Stickles for filing (0.1) | 0.10 | 425.00 | 42.50 |
| 09/15/09 | RPR | Work on August monthly billing statement (1.3) | 1.30 | 320.00 | 416.00 |
| 09/17/09 | SSP2 | Review fee auditor report for Chadbourne (0.2) | 0.20 | 425.00 | 85.00 |
| 09/21/09 | JPB7 | Review August fee statement for privilege (0.5) | 0.50 | 550.00 | 275.00 |
| 09/23/09 | JPB7 | Further review August fee statement for privilege (0.5) | 0.50 | 550.00 | 275.00 |
| 09/25/09 | RPR | Revise August fee statement (0.4); forward comments to L. Llobrera (0.1); prepare draft eighth monthly fee application (August) (1.4) | 1.90 | 320.00 | 608.00 |
| 09/29/09 | GES3 | Review and draft correspondence regarding objections to fee applications (0.1) | 0.10 | 810.00 | 81.00 |
| 09/29/09 | JBB3 | Work on supplemental conflicts check (1.0) | 1.00 | 205.00 | 205.00 |
| 09/29/09 | RPR | Prepare draft eighth monthly fee application (August) (1.4) and exhibits (0.7); forward same to S. Park (0.1); revise August fee application per S. Park's comments (0.3); forward August fee application and exhibits to K. Newmarch (0.1) | 2.60 | 320.00 | 832.00 |
| 09/29/09 | SSP2 | Review and comment on fee application (0.3) | 0.30 | 425.00 | 127.50 |
| **Subtotal: B160   Fee/ Employment Applications** | | | **12.90** | | **4,331.50** |

Tribune Company
75245-00001
Invoice No. 1803552

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 0.40 | 810.00 | 324.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 1.00 | 550.00 | 550.00 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 1.80 | 425.00 | 765.00 |
| ALE | Allison L. Eissing | PARALEGAL | 0.10 | 260.00 | 26.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 7.70 | 320.00 | 2,464.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 4.20 | 205.00 | 861.00 |

**Current Fees and Costs**      $4,990.00

**Total Balance Due**      $4,990.00

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803553

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### 34th Street Lease
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009

$2,152.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$2,152.50** |
| **Total Balance Due** | **$2,152.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    October 16, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1803553

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009                        $2,152.50

**Current Fees and Costs Due**                                  **$2,152.50**
**Total Balance Due**                                           **$2,152.50**

**Wiring Instructions:**                   **Remittance Address:**
  Bank of America                            Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                          191 N. Wacker Drive
  CHIPS Address:  0959                       30th Floor
  SWIFT Address:  BOFAUS3N                   Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
    Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803553

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

**<u>34th Street Lease</u>**                                                                  **$2,152.50**

**B131   Sale of Real Estate**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 09/29/09 | MM19 | Telephone conference with J. Rheeling (0.3); revise loan documents per J. Rheeling (1.2) | 1.50 | 615.00 | 922.50 |
| 09/30/09 | MM19 | Revise New York loan documents (2.0) | 2.00 | 615.00 | 1,230.00 |
| | **Subtotal:  B131   Sale of Real Estate** | | **3.50** | | **2,152.50** |

**Timekeeper Summary**

| <u>ID</u> | <u>Timekeeper Name</u> | <u>Class</u> | <u>Hours</u> | <u>Rate</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| MM19 | Michael J. McCarthy | ASSOCIATE | 3.50 | 615.00 | 2,152.50 |

|  | |
|---|---|
| **Current Fees and Costs** | **$2,152.50** |
| **Total Balance Due** | **$2,152.50** |

LEGAL_US_E # 85533726.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803554

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009                    $2,927.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$2,927.50** |
| **Total Balance Due** | **$2,927.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803554

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009           $2,927.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$2,927.50** |
| **Total Balance Due** | **$2,927.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    October 16, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL 60611-4096                             Invoice Number: 1803554

Attn: David Eldersveld, Esq.                       PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

## Lease Rejections                                                    $2,927.50

### B113  Pleadings Review

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/09 | GES3 | Review docket filings (0.4) | 0.40 | 810.00 | 324.00 |
| 09/02/09 | GES3 | Review docket filings (0.5) | 0.50 | 810.00 | 405.00 |
| 09/11/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| | **Subtotal:  B113  Pleadings Review** | | **1.10** | | **891.00** |

### B185  Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/09 | GES3 | Correspondence with D. Kazan regarding fifth omnibus hearing and lease rejections (0.2); correspondence with S. Pater and K. Kansa regarding status (0.1); correspondence with K. Kansa (0.2); correspondence with B. Fields regarding vacating premises (0.1) | 0.60 | 810.00 | 486.00 |
| 09/01/09 | TJC3 | Review correspondence regarding surrender of Insertco lease space (0.2) | 0.20 | 595.00 | 119.00 |

LEGAL_US_E # 85533726.1

Tribune Company
75245-00003
Invoice No. 1803554

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/02/09 | GES3 | Correspondence with D. Kazan, K. Kansa, B. Hauserman, S. Pater and B. Fields regarding rejection filing (0.2); review proposed order and notice of withdrawal (0.3); correspondence with B. Hauserman regarding Insertco lease (0.2); review lease rejection order (0.2) | 0.90 | 810.00 | 729.00 |
| 09/02/09 | TJC3 | Review correspondence regarding rejection of Insertco lease and pleadings related to same (0.5) | 0.50 | 595.00 | 297.50 |
| 09/11/09 | GES3 | Telephone conference with B. Hauserman regarding security deposit status (0.2); review correspondence and lease materials regarding same (0.3) | 0.50 | 810.00 | 405.00 |
| **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | | | **2.70** | | **2,036.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 3.10 | 810.00 | 2,511.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 0.70 | 595.00 | 416.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$2,927.50** |
| **Total Balance Due** | **$2,927.50** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

October 16, 2009

Please refer to
Invoice Number: 1803555

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2009 | $167.50 |
| Costs incurred and advanced | 12.39 |
| **Current Fees and Costs** | **$179.89** |
| **Total Balance Due** | **$179.89** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803555

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2009 | $167.50 |
| Costs incurred and advanced | 12.39 |
| **Current Fees and Costs Due** | **$179.89** |
| **Total Balance Due** | **$179.89** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**PaulHastings**

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803555

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

## KTLA

**$167.50**

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/09/09 | FLH | Correspondence to S. Kalt regarding buyer payment of supplemental property tax bill (0.2) | 0.20 | 335.00 | 67.00 |
| 09/11/09 | FLH | Review correspondence and first amendment to lease in connection with landlord obligation to obtain subordination non-disturbance attornment agreement from existing lender (0.3) | 0.30 | 335.00 | 100.50 |
| **Subtotal: B185   Assumption/ Rejection of Leases and Contracts** | | | **0.50** | | **167.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| FLH | Felicia L. Holley | PARALEGAL | 0.50 | 335.00 | 167.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$179.89** |
| **Total Balance Due** | **$179.89** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803556

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### Stamford

PHJ&W LLP File# 75245-00014
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009                        $675.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$675.00** |
| **Total Balance Due** | **$675.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
   Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803556

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009       $675.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$675.00** |
| **Total Balance Due** | **$675.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803556

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

**Stamford**                                                          **$675.00**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/15/09 | JSR6 | Prepare ownership history for Stamford and Greenwich properties that were sold in 2008 (0.5); organize 1031 exchange documents regarding same (0.5) | 1.00 | 675.00 | 675.00 |
| | **Subtotal:  B250   Real Estate** | | **1.00** | | **675.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.00 | 675.00 | 675.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$675.00** |
| **Total Balance Due** | | **$675.00** |

LEGAL_US_E # 85533726.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803557

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### New York State R.E. Transfer Tax
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009 .......................................... $1,012.50

| | |
|---|---|
| **Current Fees and Costs Due** | **$1,012.50** |
| **Total Balance Due** | **$1,012.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803557

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**New York State R.E. Transfer Tax**
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009                                    $1,012.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$1,012.50** |
| **Total Balance Due** | **$1,012.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

October 16, 2009

Please refer to
Invoice Number: 1803557

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

### New York State R.E. Transfer Tax                      $1,012.50

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/09 | JSR6 | Review issues regarding claim by State of New York for transfer taxes owing for year ending December 2007 (0.5) | 0.50 | 675.00 | 337.50 |
| 09/28/09 | JSR6 | Review claims by State of New York for real estate transfer taxes for year ending December 2007 (1.0) | 1.00 | 675.00 | 675.00 |
| | **Subtotal:  B131   Sale of Real Estate** | | **1.50** | | **1,012.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.50 | 675.00 | 1,012.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$1,012.50** |
| **Total Balance Due** | | **$1,012.50** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803558

PHJ&W Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2009 | $41,905.00 |
| Costs incurred and advanced | 32.33 |
| **Current Fees and Costs** | **$41,937.33** |
| **Prior Balance Due** | **$43,525.50** |
| **Total Balance Due** | **$85,462.83** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803558

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2009 | $41,905.00 |
| Costs incurred and advanced | 32.33 |
| **Current Fees and Costs Due** | **$41,937.33** |
| **Prior Balance Due** | **$43,525.50** |
| **Total Balance Due** | **$85,462.83** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

Tribune Company
75245-00026
Invoice No. 1803558

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 07/28/09 | 1792937 | $6,609.40 | $5,287.60 | $0.00 | $1,321.80 |
| 08/28/09 | 1797261 | $15,987.00 | $0.00 | $0.00 | $15,987.00 |
| 09/21/09 | 1799281 | $26,216.70 | $0.00 | $0.00 | $26,216.70 |

| | |
|---|---|
| **Total Prior Due** | **$43,525.50** |
| **Balance Due** | **$85,462.83** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**PaulHastings**

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

October 16, 2009

Please refer to
Invoice Number: 1803558

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

**Sale of 250 Miller Place, Hicksville**                                          **$41,905.00**

Tribune Company
75245-00026
Invoice No. 1803558

## B131  Sale of Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/09 | DJP2 | Review purchase agreement issues related to Hicksville property (1.4) | 1.40 | 790.00 | 1,106.00 |
| 09/01/09 | JSR6 | Review issues regarding Tribune's motion to court approving sale (2.0); revise individual pages of purchase agreement (1.5); review organizational documents of purchaser (1.0) | 4.50 | 675.00 | 3,037.50 |
| 09/08/09 | JSR6 | Telephone conference with L. Goldman (0.4); address purchaser's concerns regarding Tribune motion seeking order approving the sale (1.0) | 1.40 | 675.00 | 945.00 |
| 09/08/09 | MM19 | Telephone conference with J. Rheeling (0.2) | 0.20 | 615.00 | 123.00 |
| 09/09/09 | MM19 | Prepare promissory note (0.5) | 0.50 | 615.00 | 307.50 |
| 09/10/09 | MM19 | Prepare promissory note (1.0) | 1.00 | 615.00 | 615.00 |
| 09/11/09 | JSR6 | Telephone conference with L. Goldman regarding Tribune's motion to approve sale (0.5); telephone conference with K. Kansa regarding same (0.2); review concerns raised by purchaser regarding same (0.5); review issues regarding terms for loan documents (1.3) | 2.50 | 675.00 | 1,687.50 |
| 09/11/09 | MM19 | Prepare promissory note (0.5); prepare assignment of leases and rents (1.0); prepare environmental indemnity (2.0); prepare mortgage (1.0) | 4.50 | 615.00 | 2,767.50 |
| 09/12/09 | MM19 | Prepare New York mortgage (2.0) | 2.00 | 615.00 | 1,230.00 |
| 09/14/09 | MM19 | Revise all loan documents (1.3) | 1.30 | 615.00 | 799.50 |
| 09/16/09 | JSR6 | Review drafts of loan documents for seller financing (1.7); prepare comments regarding same (1.3) | 3.00 | 675.00 | 2,025.00 |

Tribune Company
75245-00026
Invoice No. 1803558

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 09/16/09 | MM19 | Review revised New York loan documents (1.0) | 1.00 | 615.00 | 615.00 |
| 09/17/09 | JSR6 | Revise drafts of loan documents (4.0); prepare email memorandum to S. Pater regarding same (0.5) | 4.50 | 675.00 | 3,037.50 |
| 09/17/09 | MM19 | Revise New York loan documents (1.0) | 1.00 | 615.00 | 615.00 |
| 09/18/09 | DJP2 | Review bankruptcy strategy to address purchaser concern (1.1) | 1.10 | 790.00 | 869.00 |
| 09/18/09 | MM19 | Review J. Rheeling comments to documents (1.0) | 1.00 | 615.00 | 615.00 |
| 09/19/09 | MM19 | Prepare guaranty agreement (1.5); revise loan documents per J. Rheeling comments (2.0) | 3.50 | 615.00 | 2,152.50 |
| 09/20/09 | JSR6 | Prepare letter to purchaser regarding motion to approve sale (0.5); review revised loan documents (0.5) | 1.00 | 675.00 | 675.00 |
| 09/20/09 | MM19 | Revise New York loan documents (0.5) | 0.50 | 615.00 | 307.50 |
| 09/21/09 | JSR6 | Prepare loan documents (2.5); review issues raised in buyer's due diligence (0.5) | 3.00 | 675.00 | 2,025.00 |
| 09/21/09 | MM19 | Telephone conference with J. Rheeling (0.2); revise all New York loan documents (1.8) | 2.00 | 615.00 | 1,230.00 |
| 09/22/09 | JSR6 | Review matters disclosed by title insurance commitment (0.8) and actions needed to clear title (1.7) | 2.50 | 675.00 | 1,687.50 |
| 09/25/09 | JSR6 | Telephone conference with L. Goldman regarding buyer's due diligence (0.4); telephone conference with S. Pater and J. Semaris regarding same (0.3); analyze issues regarding buyer's due diligence (1.0); analyze issues regarding loan documents (1.0) | 2.70 | 675.00 | 1,822.50 |

Tribune Company
75245-00026
Invoice No. 1803558

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/28/09 | JSR6 | Prepare closing documents (2.5); prepare preliminary closing cost statement (1.0) | 3.50 | 675.00 | 2,362.50 |
| 09/29/09 | JSR6 | Review buyer's comments to loan documents (2.4); telephone conference with L. Goldman regarding loan documents (1.2); telephone conference with S. Pater regarding buyer's comments to loan documents (0.3); telephone conference with M. McCarthy regarding loan documents (0.3); prepare revisions to loan documents (1.0) | 5.20 | 675.00 | 3,510.00 |
| 09/30/09 | JSR6 | Revise loan documents (2.0); telephone conference with L. Goldman regarding loan documents (1.0); analyze possibility of obtaining releases of existing mortgages on the property (0.5) | 3.50 | 675.00 | 2,362.50 |
| | **Subtotal:  B131   Sale of Real Estate** | | **58.30** | | **38,530.00** |

## B241  Environmental Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/09 | JSR6 | Telephone conference with L. Goldman regarding environmental matters (0.5); review issues raised by buyer's due diligence (1.0); review issues raised by buyer regarding loan documents (1.0) | 2.50 | 675.00 | 1,687.50 |
| 09/28/09 | JSR6 | Telephone conference with S. Pater, M. Anderson, J. Semaris, P. D'Avazano, C. Wencel, J. Perrazo, K. Lumpe, J. Listritto regarding environmental matters (1.0); review issues raised in buyer's environmental due diligence (0.5) | 1.50 | 675.00 | 1,012.50 |
| | **Subtotal:  B241   Environmental Issues** | | **4.00** | | **2,700.00** |

Tribune Company
75245-00026
Invoice No. 1803558

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/15/09 | JSR6 | Work on loan documents regarding seller financing (1.0) | 1.00 | 675.00 | 675.00 |
| | **Subtotal:  B250   Real Estate** | | **1.00** | | **675.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 2.50 | 790.00 | 1,975.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 42.30 | 675.00 | 28,552.50 |
| MM19 | Michael J. McCarthy | ASSOCIATE | 18.50 | 615.00 | 11,377.50 |

| | |
|---|---|
| **Current Fees and Costs** | $41,937.33 |
| **Prior Balance Due** | 43,525.50 |
| **Total Balance Due** | $85,462.83 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**PaulHastings**

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

October 16, 2009

Please refer to
Invoice Number: 1803559

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Melville Condemnation**
PHJ&W LLP File# 75245-00027
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009

$675.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$675.00** |
| **Prior Balance Due** | **$20,692.00** |
| **Total Balance Due** | **$21,367.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                  October 16, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                           Please refer to
Chicago, IL  60611-4096                          Invoice Number: 1803559

Attn:  David Eldersveld, Esq.                    PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**Melville Condemnation**
PHJ&W LLP File# 75245-00027
Daniel J. Perlman

Legal fees for professional services
for the period ending September 30, 2009                              $675.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$675.00** |
| **Prior Balance Due** | **$20,692.00** |
| **Total Balance Due** | **$21,367.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85533726.1

Tribune Company
75245-00027
Invoice No. 1803559

### REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 08/28/09 | 1797262 | $18,194.50 | $0.00 | $0.00 | $18,194.50 |
| 09/21/09 | 1799282 | $2,497.50 | $0.00 | $0.00 | $2,497.50 |

**Total Prior Due**          **$20,692.00**

**Balance Due**          **$21,367.00**

Tribune Company                                                      Page 3
75245-00027
Invoice No. 1803559


Tribune Company                             October 16, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                      Please refer to
Chicago, IL  60611-4096                     Invoice Number: 1803559

Attn:  David Eldersveld, Esq.               PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2009

**Melville Condemnation**                                        **$675.00**


**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/22/09 | JSR6 | Review notice of synopsis and determination of findings issued by Suffolk County and other issues regarding potential condemnation action (1.0) | 1.00 | 675.00 | 675.00 |
| | **Subtotal:  B131   Sale of Real Estate** | | **1.00** | | **675.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.00 | 675.00 | 675.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$675.00** |
| **Prior Balance Due** | **20,692.00** |
| **Total Balance Due** | **$21,367.00** |

# EXHIBIT B

## (Expenses Statement)

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $35.42 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $9.30 |
| Photocopy Charges ($0.10 per page) | | $0.00 |
| Facsimile | | $0.00 |
| **TOTAL** | | **$44.72** |

Tribune Company                                  October 16, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                           Please refer to
Chicago, IL  60611-4096                          Invoice Number: 1803555

Attn:  David Eldersveld, Esq.                    PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

**KTLA**
PHJ&W LLP File# 75245-00013

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 09/09/2009 | PHJW | UPS 09/09/09 Scott M. Kalt, Jeffer Mangels Butler & Mar, Los Angeles, CA 90067 1Z9305432597056568 (MAN) | | | 12.39 |
| | | **Total Costs** | | | **$12.39** |

Tribune Company                                    October 16, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1803558

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

## Sale of 250 Miller Place, Hicksville
PHJ&W LLP File# 75245-00026

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 09/01/2009 | PHJW | UPS 09/01/09 Lawrence Goldman Malman & Goldman White Plains, NY 10605 1Z3F8W750198265915 (MAN) | | | 14.93 |
| 09/23/2009 | DJP2 | Courier Service - Chicago Messenger Service, Inv. #492824, 08/30/09, PHJW to Tribune Company | | | 8.10 |
| 09/08/2009 | PHJW | Long Distance Telephone Charges | | | 1.30 |
| 09/11/2009 | PHJW | Long Distance Telephone Charges | | | 1.80 |
| 09/25/2009 | PHJW | Long Distance Telephone Charges | | | 1.60 |
| 09/29/2009 | PHJW | Long Distance Telephone Charges | | | 4.60 |
| | | **Total Costs** | | | **$32.33** |