# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 28, 2009 02:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

### *Matter:*

Omnibus

**R / M #:**   0 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Agenda Item #1 - Order Due