# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mark Silverschotz | Partner. Joined Firm in 2008. Member of NJ Bar since 1981. Member of NY Bar since 1984. | $600.00 | .60 | $360.00 |
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 19.50 | $10,042.50 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | .60 | $297.00 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | 7.90 | $3,397.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 6.50 | $942.50 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 4.30 | $537.50 |
| Grand Total: | | | 39.40 | $15,576.50 |
| Blended Rate: | | | | $395.34 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $492.88 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 23.40 | $10,938.50 |
| Insurance Counseling – 00005 | 5.10 | $2,053.50 |
| Marsh – 60008 | 2.30 | $1,028.50 |
| Fee Applications – 00009 | 8.60 | $1,556.00 |
| **TOTAL:** | **39.40** | **$15,576.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1918948
Invoice Date: October 21, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through September 30, 2009

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $10,938.50 | $4.60 | $10,943.10 |
| RE: | Insurance Counseling 503842.00005 | $2,053.50 | $0.00 | $2,053.50 |
| RE: | Marsh 503842.00008 | $1,028.50 | $0.00 | $1,028.50 |
| RE: | Fee Applications 503842.00009 | $1,556.00 | $236.85 | $1,792.85 |
|  | **Current Invoice Total:** | **$15,576.50** | **$241.45** | **$15,817.95** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 071000505
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1918948)

October 21, 2009　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice: 1918948
RE:　　Reliance/Times Mirror　　　　　　　　　　　　　　　　　　　　　Page 2
　　　　(503842.00004)


RE:　**Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/02/09 | PRW | Telephone conference with client regarding offer to purchase claim (.20); reviewed proposed agreement regarding same (.20); prepared e-mail to client regarding analysis of same (.20). | 0.60 |
| 09/02/09 | JDS | Analyzed claim purchase proposal (.2) and telephone conference with client regarding same (.1); analyzed damages data in connection with upcoming mediation (.4); telephone conference with client and bankruptcy counsel regarding issues related to upcoming mediation with Reliance-in-Liquidation (.2). | 0.90 |
| 09/03/09 | TPL | E-mail exchange regarding mediation preparation. | 0.30 |
| 09/03/09 | JDS | Prepared draft communication to opposing counsel regarding upcoming mediation with Reliance-in-Liquidation (.6); analyzed issues related to same (.3); telephone conference with client regarding same (.2). | 1.10 |
| 09/04/09 | JDS | Communications with client regarding upcoming mediation with Reliance-in-Liquidation. | 0.20 |
| 09/08/09 | JDS | Analyzed and exchanged emails with client regarding mediation issues. | 0.20 |
| 09/09/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 09/09/09 | TPL | E-mail exchange regarding settlement mediation. | 0.20 |
| 09/09/09 | JDS | Prepared communication to opposing counsel regarding Tribune's damages claimed against Reliance estate. | 0.60 |
| 09/10/09 | JDS | Telephone conference with client regarding issues related to upcoming mediation with Reliance-in-Liquidation. | 0.80 |
| 09/11/09 | JDS | Continued analysis of issues related to mediation with Reliance-in-Liquidation. | 0.50 |
| 09/13/09 | TPL | Drafted Settlement Agreement for use in connection with mediation. | 5.00 |
| 09/14/09 | TPL | Analyzed settlement issues and prepared regarding mediation. | 0.40 |
| 09/14/09 | TPL | Revised draft Settlement Agreement. | 0.90 |
| 09/14/09 | JDS | Conferred with client team regarding strategy, approach, preparation for upcoming mediation (2.0); analyzed issues regarding same and regarding draft settlement agreement (.8). | 2.80 |
| 09/15/09 | SS | Reviewed and catalogued case correspondence. | 0.40 |

October 21, 2009  Invoice: 1918948
RE:      Reliance/Times Mirror  Page 3
         (503842.00004)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/15/09 | TPL | Drafted e-mail regarding possible timing of distribution in Reliance insolvency. | 0.60 |
| 09/15/09 | JDS | Drafted mediation memorandum to Referee Bailey in connection with upcoming settlement mediation with Reliance in Liquidation. | 1.30 |
| 09/16/09 | JDS | Worked on mediation memorandum. | 0.30 |
| 09/17/09 | TPL | E-mail exchange regarding Reliance's bad faith withdrawal from mediation. | 0.20 |
| 09/17/09 | JDS | Analyzed and revised draft settlement proposal document for mediation (.80); worked on drafting mediation memorandum for Referee (.30); analyzed e-mail from Reliance counsel P. Rothbardt unilaterally cancelling mediation session (.20); followed up and telephone conference with Referee Bailey regarding same (.70); communications with client regarding same (.40). | 2.40 |
| 09/18/09 | JDS | Telephone conference with Referee Bailey and opposing counsel (P. Rothbart and J. Hyle) regarding Reliance's decision to cancel settlement mediation (.50); analyzed and exchanged e-mails regarding same (.20); telephone conferences with client regarding same (.90). | 1.60 |
| 09/21/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 09/21/09 | JDS | Analyzed letter from Referee Bailey to Judge Leadbetter regarding conclusion of settlement efforts (.3); communications with Referee and opposing counsel regarding destruction of confidential agreement provided to same in connection with planned mediation (.2). | 0.50 |
| 09/22/09 | TPL | Analyzed strategy for further proceedings in Liquidation Court. | 0.30 |
| 09/22/09 | JDS | Analyzed email from Referee Bailey regarding disposition of confidential document provided in connection with planned mediation (.10); analyzed issues related to requested case management hearing (.30); analyzed and exchanged emails regarding same (.20). | 0.60 |
| 09/25/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |

TOTAL FEES:  $10,938.50

**CURRENT DISBURSEMENTS**

09/30/2009  Duplicating/Printing/Scanning                                    4.60
                                                    Total Disbursements      4.60

October 21, 2009 Invoice: 1918948
RE: Reliance/Times Mirror Page 4
(503842.00004)

Fees & Disbursements $10,943.10

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 13.80 | 515.00 | 7,107.00 |
| PRW | P.R. Walker-Bright | 0.60 | 495.00 | 297.00 |
| TPL | T.P. Law | 7.90 | 430.00 | 3,397.00 |
| SS | S. Somoza | 1.10 | 125.00 | 137.50 |
|    |   | 23.40 |   | 10,938.50 |

October 21, 2009                                                                                          Invoice: 1918948
RE:        Insurance Counseling                                                                           Page 5
           (503842.00005)

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/02/09 | JDS | Analyzed issues regarding upcoming D&O, FLI renewals. | 0.20 |
| 09/03/09 | JDS | Analyzed issues regarding scope of coverage under liability insurance policy (.4); communications with client regarding same (.2). | 0.60 |
| 09/08/09 | SS | Prepared new file for Ivan Bates claims (.10); revised index of sub folders to reflect new folder (.10). | 0.20 |
| 09/11/09 | SS | Reviewed and catalogued correspondence and prepared new file folders. | 0.80 |
| 09/15/09 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 09/15/09 | JDS | Telephone conference with client regarding scope of coverage under various third-party liability insurance policies. | 0.50 |
| 09/16/09 | JDS | Analyzed and exchanged e-mails with client regarding response to insurer claim denial letter. | 0.20 |
| 09/22/09 | JDS | Analyzed denial letter from insurer regarding third-party suit (.2) and drafted response to same (.3). | 0.50 |
| 09/23/09 | JDS | Communications with insurer counsel J. Bailey (Drinker Biddle) regarding third-party claim. | 0.20 |
| 09/28/09 | MDS | E-mails P. Walker-Bright regarding insurance issue | 0.20 |
| 09/28/09 | JDS | Telephone conferences with client regarding insurance coverage issues related to various claim issues. | 0.70 |
| 09/29/09 | MDS | Telephone conference with P. Walker-Bright regarding bankruptcy treatment of insurance issue (.2); research on issue (.2). | 0.40 |

                                    TOTAL FEES:                    $2,053.50


                                                        Fees & Disbursements        $2,053.50

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.90 | 515.00 | 1,493.50 |
| MDS | M.D. Silverschotz | 0.60 | 600.00 | 360.00 |
| SS | S. Somoza | 1.60 | 125.00 | 200.00 |
| | | 5.10 | | 2,053.50 |

October 21, 2009     Invoice: 1918948
RE:    Marsh     Page 7
(503842.00008)

## RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/02/09 | JDS | Telephone conference with client, bankruptcy counsel regarding issues related to prior agreement. | 0.60 |
| 09/03/09 | JDS | Communications with Marsh counsel C. St. Jeanos regarding performance under agreement. | 0.20 |
| 09/04/09 | JDS | Followed up with Marsh counsel regarding issues regarding prior agreement. | 0.10 |
| 09/11/09 | JDS | Telephone conference with bankruptcy counsel regarding issues related to prior agreements in connection with bankruptcy proceeding. | 0.50 |
| 09/15/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 09/17/09 | JDS | Telephone conference with Marsh counsel C. St. Jeanos regarding issues related to prior agreement between parties. | 0.30 |
| 09/18/09 | JDS | Exchanged e-mails with Marsh counsel regarding Reliance cancellation of settlement mediation. | 0.20 |
| 09/25/09 | SS | Reviewed and catalogued case correspondence. | 0.10 |

                         TOTAL FEES:     <u>$1,028.50</u>

                         Fees & Disbursements     $1,028.50

## Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.90 | 515.00 | 978.50 |
| SS | S. Somoza | 0.40 | 125.00 | 50.00 |
| | | 2.30 | | 1,028.50 |

October 21, 2009  
RE:    Fee Applications  
       (503842.00009)

Invoice: 1918948  
Page 8

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/14/09 | LL | Drafted RS 7th Monthly Fee Application (1.2); drafted CNO to RS 5th Monthly Fee Application (.4); e-filed and perfected service of CNO (.4). | 2.00 | 290.00 |
| 09/15/09 | JDS | Analyzed issues related to fee applications. | 0.30 | 154.50 |
| 09/16/09 | SS | Reviewed and compiled second monthly invoices for fee application. | 0.20 | 25.00 |
| 09/16/09 | JDS | Worked on issues related to fee application submissions. | 0.30 | 154.50 |
| 09/17/09 | LL | Prepared CNO to 6th Monthly Fee Application (.4); conferred with C. Falgowski regarding same (.1). | 0.50 | 72.50 |
| 09/17/09 | SS | Reviewed and catalogued invoices. | 0.30 | 37.50 |
| 09/21/09 | LL | Revisions to RS Sixth Monthly CNO (.3); revisions to RS Seventh Monthly Fee Application (.4); e-filed and served same (.4). | 1.10 | 159.50 |
| 09/21/09 | SS | Reviewed and catalogued case correspondence. | 0.30 | 37.50 |
| 09/23/09 | LL | Revisions to RS 7th Monthly Fee Application (.6); draftsd RS 3rd Quarterly Fee Application (.8). | 1.40 | 203.00 |
| 09/23/09 | LL | Drafting RS's Fee Application Spreadsheet (1.4); e-mail correspondence regarding same (.1). | 1.50 | 217.50 |
| 09/23/09 | SS | Reviewed and catalogued case correspondence and invoices. | 0.40 | 50.00 |
| 09/30/09 | JDS | Worked on fee applications. | 0.30 | 154.50 |
| | | TOTAL FEES: | | <u>$1,556.00</u> |

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 09/30/2009 | Outside Duplicating | 236.85 |
| | Total Disbursements | 236.85 |
| | Fees & Disbursements | $1,792.85 |

Case 08-13141-BLS    Doc 2462-3    Filed 10/30/09    Page 12 of 13

October 21, 2009                                                                                                   Invoice: 1918948
RE:     Fee Applications                                                                                          Page 9
         (503842.00009)

**Fee Summary: Fee Applications**

| ID  | Names        | Hours | Rate   | Amount   |
|-----|--------------|-------|--------|----------|
| JDS | J.D. Shugrue | 0.90  | 515.00 | 463.50   |
| SS  | S. Somoza    | 1.20  | 125.00 | 150.00   |
| LL  | L. Lankford  | 6.50  | 145.00 | 942.50   |
|     |              | 8.60  |        | 1,556.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1918948
Invoice Date: October 21, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through September 30, 2009

|  |  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|---|
| RE: | Reliance/Times Mirror | 503842.00004 | $10,938.50 | $4.60 | $10,943.10 |
| RE: | Insurance Counseling | 503842.00005 | $2,053.50 | $0.00 | $2,053.50 |
| RE: | Marsh | 503842.00008 | $1,028.50 | $0.00 | $1,028.50 |
| RE: | Fee Applications | 503842.00009 | $1,556.00 | $236.85 | $1,792.85 |
|  | **Current Invoice Total:** |  | **$15,576.50** | **$241.45** | **$15,817.95** |

**INVOICE IS PAYABLE UPON RECEIPT**