# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $4.60 |
| Outside-Duplicating | IKON | $236.85 |
| **TOTAL** | | **$241.45** |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/15/09 | TPL | Drafted e-mail regarding possible timing of distribution in Reliance insolvency. | 0.60 |
| 09/15/09 | JDS | Drafted mediation memorandum to Referee Bailey in connection with upcoming settlement mediation with Reliance in Liquidation. | 1.30 |
| 09/16/09 | JDS | Worked on mediation memorandum. | 0.30 |
| 09/17/09 | TPL | E-mail exchange regarding Reliance's bad faith withdrawal from mediation. | 0.20 |
| 09/17/09 | JDS | Analyzed and revised draft settlement proposal document for mediation (.80); worked on drafting mediation memorandum for Referee (.30); analyzed e-mail from Reliance counsel P. Rothbardt unilaterally cancelling mediation session (.20); followed up and telephone conference with Referee Bailey regarding same (.70); communications with client regarding same (.40). | 2.40 |
| 09/18/09 | JDS | Telephone conference with Referee Bailey and opposing counsel (P. Rothbart and J. Hyle) regarding Reliance's decision to cancel settlement mediation (.50); analyzed and exchanged e-mails regarding same (.20); telephone conferences with client regarding same (.90). | 1.60 |
| 09/21/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 09/21/09 | JDS | Analyzed letter from Referee Bailey to Judge Leadbetter regarding conclusion of settlement efforts (.3); communications with Referee and opposing counsel regarding destruction of confidential agreement provided to same in connection with planned mediation (.2). | 0.50 |
| 09/22/09 | TPL | Analyzed strategy for further proceedings in Liquidation Court. | 0.30 |
| 09/22/09 | JDS | Analyzed email from Referee Bailey regarding disposition of confidential document provided in connection with planned mediation (.10); analyzed issues related to requested case management hearing (.30); analyzed and exchanged emails regarding same (.20). | 0.60 |
| 09/25/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |

                                    TOTAL FEES:              $10,938.50


**CURRENT DISBURSEMENTS**

09/30/2009  Duplicating/Printing/Scanning                                          4.60
                                                       Total Disbursements         4.60

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/14/09 | LL | Drafted RS 7th Monthly Fee Application (1.2); drafted CNO to RS 5th Monthly Fee Application (.4); e-filed and perfected service of CNO (.4). | 2.00 | 290.00 |
| 09/15/09 | JDS | Analyzed issues related to fee applications. | 0.30 | 154.50 |
| 09/16/09 | SS | Reviewed and compiled second monthly invoices for fee application. | 0.20 | 25.00 |
| 09/16/09 | JDS | Worked on issues related to fee application submissions. | 0.30 | 154.50 |
| 09/17/09 | LL | Prepared CNO to 6th Monthly Fee Application (.4); conferred with C. Falgowski regarding same (.1). | 0.50 | 72.50 |
| 09/17/09 | SS | Reviewed and catalogued invoices. | 0.30 | 37.50 |
| 09/21/09 | LL | Revisions to RS Sixth Monthly CNO (.3); revisions to RS Seventh Monthly Fee Application (.4); e-filed and served same (.4). | 1.10 | 159.50 |
| 09/21/09 | SS | Reviewed and catalogued case correspondence. | 0.30 | 37.50 |
| 09/23/09 | LL | Revisions to RS 7th Monthly Fee Application (.6); draftsd RS 3rd Quarterly Fee Application (.8). | 1.40 | 203.00 |
| 09/23/09 | LL | Drafting RS's Fee Application Spreadsheet (1.4); e-mail correspondence regarding same (.1). | 1.50 | 217.50 |
| 09/23/09 | SS | Reviewed and catalogued case correspondence and invoices. | 0.40 | 50.00 |
| 09/30/09 | JDS | Worked on fee applications. | 0.30 | 154.50 |
| | | TOTAL FEES: | | $1,556.00 |

**CURRENT DISBURSEMENTS**

| | | | |
|---|---|---|---|
| 09/30/2009 | Outside Duplicating | | 236.85 |
| | | Total Disbursements | 236.85 |
| | | Fees & Disbursements | $1,792.85 |