# EXHIBIT A

## Satisfied Claims

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ, 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 08-13141 | Tribune Company | 5/28/2009 | 3625 | $400.00 | Paid via EFT numbers 7700868498 on 1/30/2009 and 7700872754 on 2/5/2009. |
| 2 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13208 | Sun-Sentinel Company | 6/9/2009 | 4149 | $303,098.57* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 3 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13198 | Orlando Sentinel Communications Company | 6/9/2009 | 4150 | $103,066.51* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 4 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13211 | The Hartford Courant Company | 6/9/2009 | 4151 | 353,897.73* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 5 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13173 | Homestead Publishing Co. | 6/9/2009 | 4152 | $5,325.30* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 6 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13187 | Los Angeles Times Newspapers, Inc. | 6/9/2009 | 4153 | $20,990.70* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 7 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13209 | The Baltimore Sun Company | 6/9/2009 | 4154 | $5,424.32* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 8 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13212 | The Morning Call, Inc. | 6/9/2009 | 4155 | $22,699.32* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 9 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13210 | The Daily Press, Inc. | 6/9/2009 | 4156 | $22,049.98* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 10 | ARC HOLDING LTD. DBA SPORTS ACCESS 100 E. ROYAL LANE, SUITE 250 IRVING, TX 75039 | 08-13252 | WGN Continental Broadcasting Company | 6/10/2009 | 4343 | $724.39 | Paid via EFT number 7700873356 on 2/9/2009. |
| 11 | ARC HOLDING, LTD. DBA SPORTS ACCESS 100 E ROYAL LANE SUITE 250 IRVING, TX 75039 | 08-13181 | KPLR, Inc. | 6/10/2009 | 4346 | $1,593.55 | Paid via check numbers 10258 on 2/6/2009 and 11960 on 3/13/2009. |

* : Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

## TRIBUNE COMPANY, ET AL.
## OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 12 ARC HOLDING, LTD. DBA SPORTS ACCESS 100 E ROYAL LANE SUITE 250 IRVING, TX 75039 | 08-13223 | Tribune Broadcasting Company | 6/10/2009 | 4347 | $361.29 | Paid via EFT number 7700874207 on 2/10/2009. |
| 13 AUDIO IMPLEMENTS/GKC 1703 PEARL STREET WAUKESHA, WI 53186 | 08-13141 | Tribune Company | 2/9/2009 | 424 | $85.53 | Paid via EFT number 0002422989 on 3/4/2009. |
| 14 BETZA, GREGORY 12 GOLF ROAD BLOOMFIELD, NJ 7003 | 08-13152 | Chicago Tribune Company | 1/7/2009 | 94 | $1,300.00 | Claimant states all amounts have been paid. |
| 15 BRAGDON, DAVID LINCOLN 1221 SW 10TH NO.1106 PORTLAND, OR 97205 | 08-13222 | Tribune Broadcast Holdings, Inc. | 5/4/2009 | 2398 | $750.00 | Paid via check number 0002452706 on 5/18/2009. |
| 16 BUENA VISTA TELEVISION ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-9750 | 08-13184 | KWGN Inc. | 2/19/2009 | 653 | $3,118,859.00 | Paid via check numbers 9793 on 1/30/2009 and 10525 on 2/13/2009. |
| 17 C & M MARKETING COMMUNICATIONS LTD 5120 WOODWAY NO.5003 HOUSTON, TX 77056 | 08-13181 | KPLR, Inc. | 4/24/2009 | 1490 | $85.00 | Paid via check number 0002457953 on 6/1/2009. |
| 18 CANON U.S.A. C/O HERRICK, FEINSTEIN LLP ATTN: PAUL RUBIN, ESQ., 2 PARK AVENUE NEW YORK, NY 10019 | 08-13183 | KTLA Inc. | 6/12/2009 | 5309 | $133,126.11* | Paid via EFT number 770024045 on 9/30/2009. |
| 19 CLASSIFIED VENTURES, LLC 175 W. JACKSON BLVD., 8TH FL ATTN: CHIEF LEGAL OFFICER CHICAGO, IL 60604 | 08-13141 | Forum Publishing Group, Inc. | 6/12/2009 | 5609 | $152,872.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 20 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Tribune Company | 6/12/2009 | 5610 | $3,781,470.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 21 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Chicago Tribune Company | 6/12/2009 | 5611 | $791,162.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 22 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Chicago Tribune Company | 6/12/2009 | 5612 | $186,821.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 23 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Baltimore Sun Company | 6/12/2009 | 5613 | $29,395.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

## TRIBUNE COMPANY, ET AL.
## OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 24 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Baltimore Sun Company | 6/12/2009 | 5614 | $296,702.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 25 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Morning Call, Inc. | 6/12/2009 | 5615 | $176,333.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 26 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Morning Call, Inc. | 6/12/2009 | 5616 | $10,892.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 27 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Orlando Sentinel Communications Company | 6/12/2009 | 5617 | $403,732.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 28 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Daily Press, Inc. | 6/12/2009 | 5618 | $96,407.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 29 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Hartford Courant Company | 6/12/2009 | 5619 | $34,038.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 30 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Los Angeles Times Newspapers, Inc. | 6/12/2009 | 5620 | $201,468.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 31 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Los Angeles Times Newspapers, Inc. | 6/12/2009 | 5621 | $1,014,583.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 32 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Hartford Courant Company | 6/12/2009 | 5622 | $387,064.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 33 COASTAL SYSTEMS, INC. 1426 SO. RITCHEY STE C SANTA ANA, CA 92705 | 08-13141 | Tribune Company | 2/24/2009 | 542 | $419.89 | Paid via check number 0002468172 on 6/22/2009. |
| 34 DE NOR GRAPHICS 665 LUNT AVE ELK GROVE VILLAGE, IL 60007-5014 | | No Debtor Asserted | 5/18/2009 | 2943 | $37,745.00 | Paid via EFT numbers 7700906265 on 3/27/2009 and 7700911629 on 4/6/2009. |
| 35 DEPARTMENT OF HOMELAND SECURITY SVC C/O ZULKIE PARTNERS LLC, 222 S RIVERSIDE PLZ NO. 2300 CHICAGO, IL 60606-6101 | 08-13141 | Tribune Company | 5/14/2009 | 2771 | $1,583.50 | Paid via EFT numbers 7700938967 on 5/24/2009 and 7700953117 on 6/28/2009. |

Page 3 of 6

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 36 DEPARTMENT OF STATE ATTN BUDGET OFFICER S/EX-EX 2201 C STREET NW, ROOM 7511 HST BLDG WASHINGTON, DC 20520 | 08-13185 | Los Angeles Times Communications LLC | 5/11/2009 | 2648 | $3,931.40 | Paid via check number 0002448585 on 5/6/2009. |
| 37 DUNNE, LEO J 1343 BUCKINGHAM ROAD GROSSE POINTE, MI 48230 | 08-13152 | Chicago Tribune Company | 4/24/2009 | 1513 | $250.00 | Paid via check number 0002462904 on 6/15/2009. |
| 38 EMERLING, SUSAN P O BOX 1037 MALIBU, CA 90265 | | No Debtor Asserted | 4/24/2009 | 1459 | $800.00 | Paid via check number 0002443463 on 4/22/2009. |
| 39 EVERGREEN LANDCARE PO BOX 78002 5007 W WASHINGTON BLVD LOS ANGELES, CA 90016 | | No Debtor Asserted | 4/27/2009 | 1892 | $776.00 | Paid via EFT numbers 7700730520 on 5/4/2009 and 7700933973 on 5/7/2009. |
| 40 GLAVIN SECURITY HARDWARE SPECIALIST 1010 W JACKSON BLVD CHICAGO, IL 60607 | 08-13141 | Tribune Company | 4/24/2009 | 1477 | $1,141.63 | Paid via check numbers 0002443662 on 4/23/2009, 0002444366 on 4/24/2009, 0002446919 on 5/1/2009, and 0002449807 on 5/11/2009. |
| 41 GMC 11 ALLSTATE PARKWAY, SUITE 430 MARKHAM, ON L3R 9T8 CANADA | 08-13227 | Tribune Direct Marketing, Inc. | 5/13/2009 | 2756 | $38,277.00 | Paid via check number 2476206 on 7/30/2009. |
| 42 GODENGO, INC 5766 HOLLIS ST EMERYVILLE, CA 946082514 | | No Debtor Asserted | 3/17/2009 | 761 | $2,200.32 | Paid via EFT numbers 7700872795 on 2/6/2009 and 700914212 on 4/9/2009 . |
| 43 HOMFINDER, LLC ATTN: TIMOTHY FAGAN, PRESIDENT & CEO 175 W. JAKCSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Tribune Company | 6/12/2009 | 5640 | $186,901.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 44 IANNOTTI, RONALD 112 HALF MILE ROAD NORTH HAVEN, CT 6473 | 08-13211 | The Hartford Courant Company | 4/20/2009 | 1055 | Undetermined | Paid via EFT number 7700952931 on 6/10/2009. |
| 45 JING & MIKE COMPANY 73-4325 LIHILIHI PLACE KAILUA-KONA, HI 96740 | 08-13185 | Los Angeles Times Communications LLC | 4/29/2009 | 2064 | $400.00 | Paid via check number 0002472186 on 7/10/2009. |
| 46 K&M NEWSPAPER SERVICES, INC 45 GILBERT ST EXT MONROE, NY 10950 | 08-13227 | Tribune Direct Marketing, Inc. | 1/19/2009 | 268 | $152,565.60 | Paid via check number 0024300345 on 3/20/2009. |
| 47 KELLY CREWS INC. 1823 QUARTER HORSE DR. WOODSTOCK, MD 21163 | 08-13141 | Tribune Company | 1/30/2009 | 340 | $8,116.00 | Paid via EFT numbers 7700868001 on 1/29/2009, 7700906128 and 7700906143 on 3/26/2009, and 7700870584 on 2/4/2009. |
| 48 LEVIT, JOAN 356 AVENUE OF THE STARS NORTH BLENHEIM, NY 12131-1720 | 08-13168 | Forum Publishing Group, Inc. | 5/11/2009 | 2666 | $88.48 | Paid via check number 0002451044 on 6/1/2009. |
| 49 MARCOM 540 HAUER APPLE WAY APTOS, CA 95003 | 08-13182 | KSWB Inc. | 3/30/2009 | 852 | $14,485.50 | Paid via check number 0002487291 on 8/25/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 50 MCLEER, STEPHEN<br>PO BOX 276<br>LANSDOWNE, PA 19050 | | No Debtor Asserted | 4/20/2009 | 1160 | $1,580.00 | Paid via check numbers 0002452283 and 0002452283 on 5/15/2009. |
| 51 MUÑOZ, SERGIO<br>2113 B MARSHALL FIELD LN<br>REDONDO BEACH, CA 90278 | 08-13175 | Hoy Publications, LLC | 4/23/2009 | 1543 | $300.00 | Paid via EFT number 7700954607 on 6/10/2009. |
| 52 NEREIM, VIVIAN<br>4546 N LEAVITT<br>CHICAGO, IL 60625 | 08-13191 | New Mass. Media, Inc. | 5/8/2009 | 2597 | $143.00 | Paid via check number 0002461683 on 6/28/2009. |
| 53 OLSON, THOMAS E<br>60670 TIMBERKNOLL DRIVE<br>MACUNGIE, PA 18062 | 08-13212 | The Morning Call, Inc. | 4/22/2009 | 1329 | $100.00 | Paid via check number 0002461315 on 6/9/2009. |
| 54 OMNITURE, INC.<br>KYLE PANKRATZ,<br>550 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 | 08-13141 | Tribune Company | 6/12/2009 | 4987 | $11,500.00 | Paid via check numbers 0002462283 on 6/12/2009 and 0002470723 on 7/7/2009. |
| 55 PALMER, ANN THERESE<br>1570 CHRISTINA LN<br>LAKE FOREST, IL 60045 | 08-13152 | Chicago Tribune Company | 4/27/2009 | 1952 | $500.00 | Paid via EFT number 7700957262 on 6/15/2009. |
| 56 PRECO, INC<br>7500 E. MCDONALD DRIVE<br>SUITE 200A<br>SCOTTSDALE, AZ 85250 | | No Debtor Asserted | 1/21/2009 | 264 | $12,277.72 | Paid via check number 2416460 on 2/17/2009. |
| 57 PUZZLE FEATURES SYNDICATE<br>1839 SEVEN HILLS DRIVE<br>HEMET, CA 92545 | 08-13236 | Tribune Media Services, Inc. | 4/23/2009 | 1562 | $300.00 | Paid via EFT number 7700953986 on 6/9/2009. |
| 58 R.J. CORMAN RAILROAD<br>CO-ALLENTOWN LINES<br>PO BOX 788, 101 R.J. CORMAN DRIVE<br>NICHOLASVILLE, KY 40340-0788 | 08-13212 | The Morning Call, Inc. | 2/23/2009 | 514 | $24,555.00 | Paid via check number 002436469 on 4/6/2009. |
| 59 RADIOSTORES.COM<br>1462 MONTEREY DRIVE  SUITE 100<br>GLENVIEW, IL 60026 | 08-13252 | WGN Continental Broadcasting Company | 5/11/2009 | 2643 | $1,099.00 | Paid via check number 0002463600 on 6/16/2009. |
| 60 SCARBOROUGH RESEARCH CORP<br>770 BROADWAY<br>13TH FLOOR<br>NEW YORK, NY 10003 | 08-13181 | KPLR, Inc. | 5/7/2009 | 2531 | $4,197.56 | Paid via third party on 7/24/2009. |
| 61 SEGERDAHL CORPORATION, THE<br>1351 SOUTH WHEELING ROAD<br>WHEELING, IL 60090 | 08-13227 | Tribune Direct Marketing, Inc. | 1/2/2009 | 81 | $311,995.18 | Paid via EFT number 7700896687 on 3/16/2009. |
| 62 SGW TELEPROMPTER SOLUTIONS<br>INC<br>844 SOUTH 8TH AVE<br>LAGRANGE, IL 60525-2949 | 08-13152 | Chicago Tribune Company | 5/11/2009 | 2682 | $187.25 | Paid via EFT number 7700935398 on 5/12/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 63 SIGNODE SERVICE BUSINESS 3456 RIDGE RAVE ARLINGTON HEIGHTS, IL 60004 | | No Debtor Asserted | 2/2/2009 | 353 | $1,105.53 | Paid via EFT number 7700911625 on 4/6/2009. |
| 64 SPENSER COMMUNICATIONS, INC. 800 E. ARROW HWY COVINA, CA 91722 | | No Debtor Asserted | 2/6/2009 | 422 | $58,450.63 | Paid via EFT numbers 7708900178 and 7700890179 on 3/29/2009. |
| 65 SUNGARD AVAILABILITY SERVICES MAUREEN A. MCGREEVEY. ESQUIRE 680 E. SWEDESFORD ROAD WAYNE, PA 19087 | 08-13211 | The Hartford Courant Company | 5/28/2009 | 3235 | $1,488.00 | Paid via EFT numbers 700954399 on 6/10/2009, 7700911011 on 4/22/2009, and 7700954760 on 6/10/2009. |
| 66 THE SAVO GROUP, LTD 525 WEST VAN BUREN SUITE 1100 CHICAGO, IL 60607 | 08-13185 | Los Angeles Times Communications LLC | 4/27/2009 | 1829 | $24,062.50 | Paid via EFT number 7700974315 on 8/2/2009. |
| 67 UNISOURCE PO BOX 409884 ATLANTA, GA 30384-9884 | 08-13208 | Sun-Sentinel Company | 5/8/2009 | 2600 | $11,130.00 | Paid via EFT number 7700916541 on 4/10/2009. |
| 68 UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP ATTN: SHARON J. GLANCZ 100 UNIVERSAL CITY PLAZA, BLDG 1440, 32ND FL UNIVERSAL CITY, CA 91608 | 08-13184 | KWGN Inc. | 6/11/2009 | 4683 | $90,024.96 | Paid via check number 10540 on 2/13/2009. |
| 69 UNIVERSAL PROTECTION SERVICE PO BOX 512719 LOS ANGELES, CA 90051 | 08-13141 | Tribune Company | 1/28/2009 | 331 | $84,634.65 | Paid via EFT number 7700893805 on 3/11/2009. |
| 70 WIECZOREK, DAVE 259 S MILTON GLEN ELLYN, IL 60137 | 08-13208 | Sun-Sentinel Company | 4/20/2009 | 1123 | $131.25 | Paid via EFT number 7700871743 on 5/5/2009. |
| 71 WILKINSON, JENNIFER CRUTCHER 219 W LAFAYETTE AVENUE BALTIMORE, MD 21217 | 08-13209 | The Baltimore Sun Company | 4/20/2009 | 1156 | $800.00 | Paid via check number 0002461865 on 6/9/2009. |
| 72 WILMINGTON INSTRUMENT COMPANY INC 332 N FRIES AVE WILMINGTON, CA 90744 | 08-13185 | Los Angeles Times Communications LLC | 4/17/2009 | 972 | $801.66 | Paid via EFT number 7700924479 on 4/23/2009. |
| 73 ZEP MANUFACTURING COMPANY ENGEL, HAIRSTON & JOHANSON, P.C. ATTN: JONATHAN E. RAULSTON, P.O. BOX 11405 BIRMINGHAM, AL 35202 | 08-13141 | Tribune Company | 39930 | 2258 | $506.04 | Paid via check numbers 0002452493 on 5/18/2009 and 0002455802 on 5/27/09. |
| | | | | Total | $11,778,649.01 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.