**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No.** ____ |

### ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("SATISFIED CLAIMS")

Upon consideration of the Objection[2] of the Debtors, by which the Debtors respectfully request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

Satisfied Claims set forth on Exhibit A attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Satisfied Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the Debtors reserve the right to amend, modify, or supplement this Objection, and to file additional objections to claims asserted in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# EXHIBIT A

## Satisfied Claims

<pre>
TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS
</pre>

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ, 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 08-13141 | Tribune Company | 5/28/2009 | 3625 | $400.00 | Paid via EFT numbers 7700868498 on 1/30/2009 and 7700872754 on 2/5/2009. |
| 2 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13208 | Sun-Sentinel Company | 6/9/2009 | 4149 | $303,098.57* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 3 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13198 | Orlando Sentinel Communications Company | 6/9/2009 | 4150 | $103,066.51* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 4 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13211 | The Hartford Courant Company | 6/9/2009 | 4151 | 353,897.73* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 5 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13173 | Homestead Publishing Co. | 6/9/2009 | 4152 | $5,325.30* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 6 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13187 | Los Angeles Times Newspapers, Inc. | 6/9/2009 | 4153 | $20,990.70* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 7 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13209 | The Baltimore Sun Company | 6/9/2009 | 4154 | $5,424.32* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 8 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13212 | The Morning Call, Inc. | 6/9/2009 | 4155 | $22,699.32* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 9 | AGFA CORPORATION ATTN JOHN DESMOND 100 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2199 | 08-13210 | The Daily Press, Inc. | 6/9/2009 | 4156 | $22,049.98* | Paid via EFT numbers 7700912256, 7700911539, 7700911760, 7700911846, 7700912103, 7700912159 on 4/6/09. |
| 10 | ARC HOLDING LTD. DBA SPORTS ACCESS 100 E. ROYAL LANE, SUITE 250 IRVING, TX 75039 | 08-13252 | WGN Continental Broadcasting Company | 6/10/2009 | 4343 | $724.39 | Paid via EFT number 7700873356 on 2/9/2009. |
| 11 | ARC HOLDING, LTD. DBA SPORTS ACCESS 100 E ROYAL LANE SUITE 250 IRVING, TX 75039 | 08-13181 | KPLR, Inc. | 6/10/2009 | 4346 | $1,593.55 | Paid via check numbers 10258 on 2/6/2009 and 11960 on 3/13/2009. |

<pre>
* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.        Page 1 of 6
</pre>

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 12 ARC HOLDING, LTD. DBA SPORTS ACCESS 100 E ROYAL LANE SUITE 250 IRVING, TX 75039 | 08-13223 | Tribune Broadcasting Company | 6/10/2009 | 4347 | $361.29 | Paid via EFT number 7700874207 on 2/10/2009. |
| 13 AUDIO IMPLEMENTS/GKC 1703 PEARL STREET WAUKESHA, WI 53186 | 08-13141 | Tribune Company | 2/9/2009 | 424 | $85.53 | Paid via EFT number 0002422989 on 3/4/2009. |
| 14 BETZA, GREGORY 12 GOLF ROAD BLOOMFIELD, NJ 7003 | 08-13152 | Chicago Tribune Company | 1/7/2009 | 94 | $1,300.00 | Claimant states all amounts have been paid. |
| 15 BRAGDON, DAVID LINCOLN 1221 SW 10TH NO.1106 PORTLAND, OR 97205 | 08-13222 | Tribune Broadcast Holdings, Inc. | 5/4/2009 | 2398 | $750.00 | Paid via check number 0002452706 on 5/18/2009. |
| 16 BUENA VISTA TELEVISION ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-9750 | 08-13184 | KWGN Inc. | 2/19/2009 | 653 | $3,118,859.00 | Paid via check numbers 9793 on 1/30/2009 and 10525 on 2/13/2009. |
| 17 C & M MARKETING COMMUNICATIONS LTD 5120 WOODWAY NO.5003 HOUSTON, TX 77056 | 08-13181 | KPLR, Inc. | 4/24/2009 | 1490 | $85.00 | Paid via check number 0002457953 on 6/1/2009. |
| 18 CANON U.S.A. C/O HERRICK, FEINSTEIN LLP ATTN: PAUL RUBIN, ESQ, 2 PARK AVENUE NEW YORK, NY 10019 | 08-13183 | KTLA Inc. | 6/12/2009 | 5309 | $133,126.11* | Paid via EFT number 7701024045 on 9/30/2009. |
| 19 CLASSIFIED VENTURES, LLC 175 W. JACKSON BLVD., 8TH FL ATTN: CHIEF LEGAL OFFICER CHICAGO, IL 60604 | 08-13141 | Forum Publishing Group, Inc. | 6/12/2009 | 5609 | $152,872.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 20 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Tribune Company | 6/12/2009 | 5610 | $3,781,470.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 21 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Chicago Tribune Company | 6/12/2009 | 5611 | $791,162.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 22 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Chicago Tribune Company | 6/12/2009 | 5612 | $186,821.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |
| 23 CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Baltimore Sun Company | 6/12/2009 | 5613 | $29,395.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488,7701018489, 7701018490 on 9/22/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 24 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Baltimore Sun Company | 6/12/2009 | 5614 | $296,702.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 25 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Morning Call, Inc. | 6/12/2009 | 5615 | $176,333.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 26 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Morning Call, Inc. | 6/12/2009 | 5616 | $10,892.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 27 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Orlando Sentinel Communications Company | 6/12/2009 | 5617 | $403,732.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 28 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Daily Press, Inc. | 6/12/2009 | 5618 | $96,407.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 29 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Hartford Courant Company | 6/12/2009 | 5619 | $34,038.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 30 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Los Angeles Times Newspapers, Inc. | 6/12/2009 | 5620 | $201,468.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 31 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | Los Angeles Times Newspapers, Inc. | 6/12/2009 | 5621 | $1,014,583.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 32 | CLASSIFIED VENTURES, LLC ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL CHICAGO, IL 60604 | 08-13141 | The Hartford Courant Company | 6/12/2009 | 5622 | $387,064.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 33 | COASTAL SYSTEMS, INC. 1426 SO. RITCHEY STE C SANTA ANA, CA 92705 | 08-13141 | Tribune Company | 2/24/2009 | 542 | $419.89 | Paid via check number 0002468172 on 6/22/2009. |
| 34 | DE NOR GRAPHICS 665 LUNT AVE ELK GROVE VILLAGE, IL 60007-5014 | | No Debtor Asserted | 5/18/2009 | 2943 | $37,745.00 | Paid via EFT numbers 7700906265 on 3/27/2009 and 7700911629 on 4/6/2009. |
| 35 | DEPARTMENT OF HOMELAND SECURITY SVC C/O ZULKIE PARTNERS LLC, 222 S RIVERSIDE PLZ NO. 2300 CHICAGO, IL 60606-6101 | 08-13141 | Tribune Company | 5/14/2009 | 2771 | $1,583.50 | Paid via EFT numbers 7700938967 on 5/24/2009 and 7700953117 on 6/28/2009. |

# TRIBUNE COMPANY, ET AL.
## OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 36 | DEPARTMENT OF STATE<br>ATTN BUDGET OFFICER S/EX-EX<br>2201 C STREET NW, ROOM 7511 HST BLDG<br>WASHINGTON, DC 20520 | 08-13185 | Los Angeles Times Communications LLC | 5/11/2009 | 2648 | $3,931.40 | Paid via check number 0002448585 on 5/6/2009. |
| 37 | DUNNE, LEO J<br>1343 BUCKINGHAM ROAD<br>GROSSE POINTE, MI 48230 | 08-13152 | Chicago Tribune Company | 4/24/2009 | 1513 | $250.00 | Paid via check number 0002462904 on 6/15/2009. |
| 38 | EMERLING, SUSAN<br>P O BOX 1037<br>MALIBU, CA 90265 | | No Debtor Asserted | 4/24/2009 | 1459 | $800.00 | Paid via check number 0002443463 on 4/22/2009. |
| 39 | EVERGREEN LANDCARE<br>PO BOX 78002 5007 W WASHINGTON BLVD<br>LOS ANGELES, CA 90016 | | No Debtor Asserted | 4/27/2009 | 1892 | $776.00 | Paid via EFT numbers 7700730520 on 5/4/2009 and 7700933973 on 5/7/2009. |
| 40 | GLAVIN SECURITY HARDWARE SPECIALIST 1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | 08-13141 | Tribune Company | 4/24/2009 | 1477 | $1,141.63 | Paid via check numbers 0002443662 on 4/23/2009, 0002444366 on 4/24/2009, 0002446919 on 5/1/2009, and 0002449807 on 5/11/2009. |
| 41 | GMC<br>11 ALLSTATE PARKWAY, SUITE 430<br>MARKHAM, ON L3R 9T8 CANADA | 08-13227 | Tribune Direct Marketing, Inc. | 5/13/2009 | 2756 | $38,277.00 | Paid via check number 2476206 on 7/30/2009. |
| 42 | GODENGO, INC<br>5766 HOLLIS ST<br>EMERYVILLE, CA 946082514 | | No Debtor Asserted | 3/17/2009 | 761 | $2,200.32 | Paid via EFT numbers 7700872795 on 2/6/2009 and 700914212 on 4/9/2009. |
| 43 | HOMFINDER, LLC<br>ATTN: TIMOTHY FAGAN, PRESIDENT & CEO<br>175 W. JAKCSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | 08-13141 | Tribune Company | 6/12/2009 | 5640 | $186,901.00 | Paid via EFT numbers 7701018485, 7701018486, 7701018488, 7701018489, 7701018490 on 9/22/2009. |
| 44 | IANNOTTI, RONALD<br>112 HALF MILE ROAD<br>NORTH HAVEN, CT 6473 | 08-13211 | The Hartford Courant Company | 4/20/2009 | 1055 | Undetermined | Paid via EFT number 7700952931 on 6/10/2009. |
| 45 | JING & MIKE COMPANY<br>73-4325 LIHILIHI PLACE<br>KAILUA-KONA, HI 96740 | 08-13185 | Los Angeles Times Communications LLC | 4/29/2009 | 2064 | $400.00 | Paid via check number 0002472186 on 7/10/2009. |
| 46 | K&M NEWSPAPER SERVICES, INC<br>45 GILBERT ST EXT<br>MONROE, NY 10950 | 08-13227 | Tribune Direct Marketing, Inc. | 1/19/2009 | 268 | $152,565.60 | Paid via check number 0024300345 on 3/20/2009. |
| 47 | KELLY CREWS INC.<br>1823 QUARTER HORSE DR.<br>WOODSTOCK, MD 21163 | 08-13141 | Tribune Company | 1/30/2009 | 340 | $8,116.00 | Paid via EFT numbers 7700868001 on 1/29/2009, 7700906128 and 7700906143 on 3/26/2009, and 7700870584 on 2/4/2009. |
| 48 | LEVIT, JOAN<br>356 AVENUE OF THE STARS<br>NORTH BLENHEIM, NY 12131-1720 | 08-13168 | Forum Publishing Group, Inc. | 5/11/2009 | 2666 | $88.48 | Paid via check number 0002451044 on 6/1/2009. |
| 49 | MARCOM<br>540 HAUER APPLE WAY<br>APTOS, CA 95003 | 08-13182 | KSWB Inc. | 3/30/2009 | 852 | $14,485.50 | Paid via check number 0002487291 on 8/25/2009. |

* - indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 50 MCLEER, STEPHEN<br>PO BOX 276<br>LANSDOWNE, PA 19050 | | No Debtor Asserted | 4/20/2009 | 1160 | $1,580.00 | Paid via check numbers 0002452283 and 0002452283 on 5/15/2009. |
| 51 MUNOZ, SERGIO<br>2113 B MARSHALL FIELD LN<br>REDONDO BEACH, CA 90278 | 08-13175 | Hoy Publications, LLC | 4/23/2009 | 1543 | $300.00 | Paid via EFT number 7700954607 on 6/10/2009. |
| 52 NEREIM, VIVIAN<br>4546 N LEAVITT<br>CHICAGO, IL 60625 | 08-13191 | New Mass. Media, Inc. | 5/8/2009 | 2597 | $143.00 | Paid via check number 0002461683 on 6/28/2009. |
| 53 OLSON, THOMAS E<br>60670 TIMBERKNOLL DRIVE<br>MACUNGIE, PA 18062 | 08-13212 | The Morning Call, Inc. | 4/22/2009 | 1329 | $100.00 | Paid via check number 0002461315 on 6/9/2009. |
| 54 OMNITURE, INC.<br>KYLE PANKRATZ,<br>550 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 | 08-13141 | Tribune Company | 6/12/2009 | 4987 | $11,500.00 | Paid via check numbers 0002462883 on 6/12/2009 and 0002470723 on 7/7/2009. |
| 55 PALMER, ANN THERESE<br>1570 CHRISTINA LN<br>LAKE FOREST, IL 60045 | 08-13152 | Chicago Tribune Company | 4/27/2009 | 1952 | $500.00 | Paid via EFT number 7700957262 on 6/15/2009. |
| 56 PRECO, INC<br>7500 E. MCDONALD DRIVE<br>SUITE 200A<br>SCOTTSDALE, AZ 85250 | | No Debtor Asserted | 1/21/2009 | 264 | $12,277.72 | Paid via check number 2416460 on 2/17/2009. |
| 57 PUZZLE FEATURES SYNDICATE<br>1839 SEVEN HILLS DRIVE<br>HEMET, CA 92545 | 08-13236 | Tribune Media Services, Inc. | 4/23/2009 | 1562 | $300.00 | Paid via EFT number 7700953986 on 6/9/2009. |
| 58 R.J. CORMAN RAILROAD<br>CO-ALLENTOWN LINES<br>PO BOX 788, 101 R.J. CORMAN DRIVE<br>NICHOLASVILLE, KY 40340-0788 | 08-13212 | The Morning Call, Inc. | 2/23/2009 | 514 | $24,555.00 | Paid via check number 002436469 on 4/6/2009. |
| 59 RADIOSTORES.COM<br>1462 MONTEREY DRIVE SUITE 100<br>GLENVIEW, IL 60026 | 08-13252 | WGN Continental Broadcasting Company | 5/11/2009 | 2643 | $1,099.00 | Paid via check number 0002463600 on 6/16/2009. |
| 60 SCARBOROUGH RESEARCH CORP<br>770 BROADWAY<br>13TH FLOOR<br>NEW YORK, NY 10003 | 08-13181 | KPLR, Inc. | 5/7/2009 | 2531 | $4,197.56 | Paid via third party on 7/24/2009. |
| 61 SEGERDAHL CORPORATION, THE<br>1351 SOUTH WHEELING ROAD<br>WHEELING, IL 60090 | 08-13227 | Tribune Direct Marketing, Inc. | 1/2/2009 | 81 | $311,995.18 | Paid via EFT number 7700896687 on 3/16/2009. |
| 62 SGW TELEPROMPTER SOLUTIONS INC<br>844 SOUTH 8TH AVE<br>LAGRANGE, IL 60525-2949 | 08-13152 | Chicago Tribune Company | 5/11/2009 | 2682 | $187.25 | Paid via EFT number 7700935398 on 5/12/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.
OMNIBUS OBJECTION 5 - EXHIBIT A - SATISFIED CLAIMS

| Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|
| 63 SIGNODE SERVICE BUSINESS<br>3456 RIDGE RAVE<br>ARLINGTON HEIGHTS, IL 60004 | | No Debtor Asserted | 2/2/2009 | 353 | $1,105.53 | Paid via EFT number 7700911625 on 4/6/2009. |
| 64 SPENSER COMMUNICATIONS, INC.<br>800 E. ARROW HWY<br>COVINA, CA 91722 | | No Debtor Asserted | 2/6/2009 | 422 | $58,450.63 | Paid via EFT numbers 770890178 and 7700890179 on 3/29/2009. |
| 65 SUNGARD AVAILABILITY SERVICES<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | 08-13211 | The Hartford Courant Company | 5/28/2009 | 3235 | $1,488.00 | Paid via EFT numbers 700954399 on 6/10/2009, 7700911011 on 4/2/2009, and 7700954760 on 6/10/2009. |
| 66 THE SAVO GROUP, LTD<br>525 WEST VAN BUREN<br>SUITE 1100<br>CHICAGO, IL 60607 | 08-13185 | Los Angeles Times Communications LLC | 4/27/2009 | 1829 | $24,062.50 | Paid via EFT number 7700974315 on 8/2/2009. |
| 67 UNISOURCE<br>PO BOX 409884<br>ATLANTA, GA 30384-9884 | 08-13208 | Sun-Sentinel Company | 5/8/2009 | 2600 | $11,130.00 | Paid via EFT number 7700916541 on 4/10/2009. |
| 68 UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA, BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | 08-13184 | KWGN Inc. | 6/11/2009 | 4683 | $90,024.96 | Paid via check number 10540 on 2/13/2009. |
| 69 UNIVERSAL PROTECTION SERVICE<br>PO BOX 512719<br>LOS ANGELES, CA 90051 | 08-13141 | Tribune Company | 1/28/2009 | 331 | $84,634.65 | Paid via EFT number 7700893805 on 3/11/2009. |
| 70 WIECZOREK, DAVE<br>259 S MILTON<br>GLEN ELLYN, IL 60137 | 08-13208 | Sun-Sentinel Company | 4/20/2009 | 1123 | $131.25 | Paid via EFT number 7700871743 on 5/5/2009. |
| 71 WILKINSON, JENNIFER CRUTCHER<br>219 W LAFAYETTE AVENUE<br>BALTIMORE, MD 21217 | 08-13209 | The Baltimore Sun Company | 4/20/2009 | 1156 | $800.00 | Paid via check number 0002461865 on 6/9/2009. |
| 72 WILMINGTON INSTRUMENT COMPANY INC<br>332 N FRIES AVE<br>WILMINGTON, CA 90744 | 08-13185 | Los Angeles Times Communications LLC | 4/17/2009 | 972 | $801.66 | Paid via EFT number 7700924479 on 4/23/2009. |
| 73 ZEP MANUFACTURING COMPANY<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>ATTN: JONATHAN E. RAULSTON, P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | 08-13141 | Tribune Company | 39930 | 2258 | 506.04 | Paid via check numbers 0002452493 on 5/18/2009 and 0002455802 on 5/27/09. |
| | | | | Total | $11,778,649.01 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.