# EXHIBIT A

# Amended Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | Claims to be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 1 | 23252 VIA CAMPO VERDE LLC<br>290 TOYOPA DR.<br>PACIFIC PALISADES, CA 90272 | NO DEBTOR ASSERTED | 867 | $870,051.04 | Claim amended by 6262 | 23252 VIA CAMPO VERDE LLC<br>290 TOYOPA DR<br>PACIFIC PALISADES, CA 90272-4462 | 08-13185 | 6262 | $870,051.04 |
| 2 | A&C COMMUNICATIONS LTD INC<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | 08-13168 | 2833 | $7,360.00 | Claim amended by 6298 | A&C COMMUNICATIONS, LTD INC.<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | 08-13168 | 6298 | $6,195.00 |
| 3 | ALPERT'S NEWSPAPER DELIVERY SERVICE, INC.<br>5 GREAT JONES STREET<br>NEW YORK, NY 10012-1158 | NO DEBTOR ASSERTED | 546 | $2,069.79 | Claim amended by 6251 | ALPERTS NEWSPAPER DELIVERY SERVICE INC<br>5 GREAT JONES STREET<br>NEW YORK, NY 10012 | 08-13254 | 6251 | $2,069.79 |
| 4 | ASM CAPITAL III, L.P.<br>TRANSFEROR: TROPIC OIL COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 08-13208 | 282 | $17,506.40 | Claim amended by 6095 | ASM CAPITAL<br>TROPIC OIL COMPANY (ORIGINAL CREDITOR)<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13208 | 6095 | $17,506.40 |
| 5 | BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | NO DEBTOR ASSERTED | 4423 | $929.82 | Claim amended by 6199 | BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | 08-13211 | 6199 | $929.82 |
| 6 | CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | NO DEBTOR ASSERTED | 193 | $36,482.85 | Claim amended by 6188 | CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 08-13141 | 6188 | $35,650.25 |
| 7 | CURRERI, GARY<br>12148 NW 52 COURT<br>CORAL SPRINGS, FL 33076 | NO DEBTOR ASSERTED | 517 | $7,460.00 | Claim amended by 6297 | A&C COMMUNICATIONS, LTD INC.<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | 08-13208 | 6297 | $2,230.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A – AMENDED CLAIMS

| | Claims to be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 8 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13253 | 2813 | $625.30 | Claim amended by 6237 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13253 | 6237 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13181 | 2817 | $55,214.95 | Claim amended by 6132 | DEPT OF TREASURY INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 08-13181 | 6132 | $0.00 |
| | | | | | Claim amended by 6145 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13181 | 6145 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13222 | 2819 | $12,836.65 | Claim amended by 6238 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13222 | 6238 | $0.00 |
| 11 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13245 | 587 | $635,500.00 | Claim amended by 6244 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13245 | 6244 | $0.00 |
| 12 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13225 | 589 | $2,131.10 | Claim amended by 6234 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13225 | 6234 | $86.10 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A – AMENDED CLAIMS

| | Name | Claims to be Expunged Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Remaining Claims Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 13 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13215 | 590 | $9,225.00 | Claim amended by 6228 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13215 | 6228 | $2,789.50 |
| 14 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13200 | 591 | $15,175.00 | Claim amended by 6231 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13200 | 6231 | $0.00 |
| 15 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13209 | 918 | $4,198.00 | Claim amended by 6227 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13209 | 6227 | $200.00 |
| 16 | KLEIN, JOHN F - JK PRODUCTIONS 5116 ADMIRAL PL SARASOTA, FL 34231 | NO DEBTOR ASSERTED | 495 | $3,600.00 | Claim amended by 6248 | JOHN KLEIN/JK PRODUCTIONS 5116 ADMIRAL PLACE SARASOTA, FL 34231 | 08-13241 | 6248 | $3,600.00 |
| 17 | MARCO OUTDOOR ADVERTISING, INC. 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | NO DEBTOR ASSERTED | 791 | $9,345.00 | Claim amended by 6259 | MARCO OUTDOOR ADVERTISING 629 SOUTH CLAIBORNE AVE NEW ORLEANS, LA 70113 | 08-13244 | 6259 | $9,345.00 |
| 18 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 3194 | $14,244.94* | Claim amended by 6268 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 6268 | $13,983.19 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | Claims to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 19 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 5987 | $32,457.94 | Claim amended by 6268 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 6268 | $13,983.19 |
| 20 | ORLANDO MAGIC, LTD. ZACHARY J. BANCROFT, ESQ.; LOWNDES DROSDICK, ET AL.; P.O. BOX 2809 ORLANDO, FL 32802 | 08-13141 | 2845 | $13,059.68 | Claim amended by 6239 | ORLANDO MAGIC, LTD. ZACHARY J. BANCROFT, ESQ. LOWNDES DROSDICK, ET AL.; P.O. BOX 2809 ORLANDO, FL 32802 | 08-13198 | 6239 | $13,059.68 |
| 21 | PETRO TV LLC 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | NO DEBTOR ASSERTED | 792 | $2,500.00 | Claim amended by 6257 | PETRO TV 629 SOUTH CLAIBORNE AVE NEW ORLEANS, LA 70113 | 08-13244 | 6257 | $2,500.00 |
| 22 | RITCHIE, CAROLINA C 1712 SW 12 CT FT LAUDERDALE, FL 33312 | NO DEBTOR ASSERTED | 2110 | $2,400.00 | Claim amended by 6223 | RITCHIE, CAROLINA C. 1712 SW 12 COURT FORT LAUDERDALE, FL 33312 | 08-13208 | 6223 | $1,200.00 |
| 23 | SAMMCO, INC. 2735 DERBY ST BERKELEY, CA 94705 | NO DEBTOR ASSERTED | 247 | $18,927.37 | Claim amended by 6196 | SAMMCO, INC. 2735 CERBY ST BERKELEY, CA 94705 | 08-13141 | 6196 | $18,927.37 |
| 24 | SOFTWARE CONSULTING SERVICES LLC 630 SELVAGGIO DR NO.420 NAZARETH, PA 18064 | 08-13173 | 1487 | $10,099.80 | Claim amended by 6240 | SOFTWARE CONSULTING SERVICES 630 SELVAGGIO DR, SUITE 420 NAZARETH, PA 18064 | 08-13173 | 6240 | $1,500.00 |
| 25 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13169 | 462 | $5,081.48 | Claim amended by 6130 | STATE OF FLORIDA-DEPT OF REVENUE BANKRUPTCY SECTION C/O FREDERICK F. RUDZIK PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13169 | 6130 | $300.81 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | Claims to be Expunged | | | | Reason for proposed disallowance | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | | Name | Case Number | Claim # | Total Claim Dollars |
| 26 | STREETER PRINTING C.O PRINTING INDUSTRIES ASSOCIATION COLLECTION SERVICE, INC. 5800 S. EASTERN AVE, STE 400 LOS ANGELES, CA 90040 | NO DEBTOR ASSERTED | 319 | $4,175.32 | Claim amended by 6195 | STREETER PRINTING C.O PRINTING INDUSTRIES ASSOCIATION COLLECTION SERVICE, INC. 5800 S. EASTERN AVE, STE 400 LOS ANGELES, CA 90040 | 08-13182 | 6195 | $4,175.32 |
| 27 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | NO DEBTOR ASSERTED | 868 | $588.31 | Claim amended by 6250 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13241 | 6250 | $588.31 |
| 28 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13184 | 965 | $47.58 | Claim amended by 6256 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13184 | 6256 | $47.58 |
| 29 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | NO DEBTOR ASSERTED | 966 | $1,599.61 | Claim amended by 6269 | SZABO ASSOCIATES, INC. C/O SZABO ASSOCIATES, INC. 3355 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13212 | 6269 | $1,599.61 |
| 30 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 | 08-13141 | 4985 | $169,228.13 | Claim amended by 6243 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 | 08-13141 | 6243 | $66,261.65 |
| | | | Total | $1,964,121.06 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.