# **PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No.** \_\_\_\_ |

## ORDER SUSTAINING DEBTORS' SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("AMENDED CLAIMS")

Upon consideration of the Objection[2], by which the Debtors request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging the Amended Claims set forth on Exhibit A

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims asserted in these chapter 11 cases; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on the Exhibit attached hereto, and the parties' rights with respect to the "Remaining Claims" are reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

46429/0001-6085408v1

# EXHIBIT A

## Amended Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | Claims to be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 1 | 23252 VIA CAMPO VERDE LLC<br>290 TOYOPA DR.<br>PACIFIC PALISADES, CA 90272 | NO DEBTOR ASSERTED | 867 | $870,051.04 | Claim amended by 6262 | 23252 VIA CAMPO VERDE LLC<br>290 TOYOPA DR<br>PACIFIC PALISADES, CA 90272-4462 | 08-13185 | 6262 | $870,051.04 |
| 2 | A&C COMMUNICATIONS LTD INC<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | 08-13168 | 2833 | $7,360.00 | Claim amended by 6298 | A&C COMMUNICATIONS, LTD INC.<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | 08-13168 | 6298 | $6,195.00 |
| 3 | ALPERT'S NEWSPAPER DELIVERY SERVICE, INC.<br>5 GREAT JONES STREET<br>NEW YORK, NY 10012-1158 | NO DEBTOR ASSERTED | 546 | $2,069.79 | Claim amended by 6251 | ALPERTS NEWSPAPER DELIVERY SERVICE INC<br>5 GREAT JONES STREET<br>NEW YORK, NY 10012 | 08-13254 | 6251 | $2,069.79 |
| 4 | ASM CAPITAL III, L.P.<br>TRANSFEROR: TROPIC OIL COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 08-13208 | 282 | $17,506.40 | Claim amended by 6095 | ASM CAPITAL<br>TROPIC OIL COMPANY (ORIGINAL CREDITOR)<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13208 | 6095 | $17,506.40 |
| 5 | BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | NO DEBTOR ASSERTED | 4423 | $929.82 | Claim amended by 6199 | BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | 08-13211 | 6199 | $929.82 |
| 6 | CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | NO DEBTOR ASSERTED | 193 | $36,482.85 | Claim amended by 6188 | CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 08-13141 | 6188 | $35,650.25 |
| 7 | CURRERI, GARY<br>12148 NW 52 COURT<br>CORAL SPRINGS, FL 33076 | NO DEBTOR ASSERTED | 517 | $7,460.00 | Claim amended by 6297 | A&C COMMUNICATIONS, LTD INC.<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | 08-13208 | 6297 | $2,230.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | Claims to be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 8 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13253 | 2813 | $625.30 | Claim amended by 6237 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13253 | 6237 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13181 | 2817 | $55,214.95 | Claim amended by 6132 | DEPT OF TREASURY INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 08-13181 | 6132 | $0.00 |
| | | | | | Claim amended by 6145 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13181 | 6145 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13222 | 2819 | $12,836.65 | Claim amended by 6238 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13222 | 6238 | $0.00 |
| 11 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13245 | 587 | $635,500.00 | Claim amended by 6244 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13245 | 6244 | $0.00 |
| 12 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13225 | 589 | $2,131.10 | Claim amended by 6234 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13225 | 6234 | $86.10 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | Claims to be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 13 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13215 | 590 | $9,225.00 | Claim amended by 6228 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13215 | 6228 | $2,789.50 |
| 14 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13200 | 591 | $15,175.00 | Claim amended by 6231 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13200 | 6231 | $0.00 |
| 15 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13209 | 918 | $4,198.00 | Claim amended by 6227 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13209 | 6227 | $200.00 |
| 16 | KLEIN, JOHN F - JK PRODUCTIONS 5116 ADMIRAL PL SARASOTA, FL 34231 | NO DEBTOR ASSERTED | 495 | $3,600.00 | Claim amended by 6248 | JOHN KLEIN/JK PRODUCTIONS 5116 ADMIRAL PLACE SARASOTA, FL 34231 | 08-13241 | 6248 | $3,600.00 |
| 17 | MARCO OUTDOOR ADVERTISING, INC. 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | NO DEBTOR ASSERTED | 791 | $9,345.00 | Claim amended by 6259 | MARCO OUTDOOR ADVERTISING 629 SOUTH CLAIBORNE AVE NEW ORLEANS, LA 70113 | 08-13244 | 6259 | $9,345.00 |
| 18 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 3194 | $14,244.94* | Claim amended by 6268 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 6268 | $13,983.19 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | Claims to be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 19 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 5987 | $32,457.94 | Claim amended by 6268 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 6268 | $13,983.19 |
| 20 | ORLANDO MAGIC, LTD. ZACHARY J. BANCROFT, ESQ.; LOWNDES DROSDICK, ET AL.; P.O. BOX 2809 ORLANDO, FL 32802 | 08-13141 | 2845 | $13,059.68 | Claim amended by 6239 | ORLANDO MAGIC, LTD. ZACHARY J. BANCROFT, ESQ. LOWNDES DROSDICK, ET AL.; P.O. BOX 2809 ORLANDO, FL 32802 | 08-13198 | 6239 | $13,059.68 |
| 21 | PETRO TV LLC 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | NO DEBTOR ASSERTED | 792 | $2,500.00 | Claim amended by 6257 | PETRO TV 629 SOUTH CLAIBORNE AVE NEW ORLEANS, LA 70113 | 08-13244 | 6257 | $2,500.00 |
| 22 | RITCHIE, CAROLINA C 1712 SW 12 CT FT LAUDERDALE, FL 33312 | NO DEBTOR ASSERTED | 2110 | $2,400.00 | Claim amended by 6223 | RITCHIE, CAROLINA C. 1712 SW 12 COURT FORT LAUDERDALE, FL 33312 | 08-13208 | 6223 | $1,200.00 |
| 23 | SAMMCO, INC. 2735 DERBY ST BERKELEY, CA 94705 | NO DEBTOR ASSERTED | 247 | $18,927.37 | Claim amended by 6196 | SAMMCO, INC. 2735 CERBY ST BERKELEY, CA 94705 | 08-13141 | 6196 | $18,927.37 |
| 24 | SOFTWARE CONSULTING SERVICES LLC 630 SELVAGGIO DR NO.420 NAZARETH, PA 18064 | 08-13173 | 1487 | $10,099.80 | Claim amended by 6240 | SOFTWARE CONSULTING SERVICES 630 SELVAGGIO DR, SUITE 420 NAZARETH, PA 18064 | 08-13173 | 6240 | $1,500.00 |
| 25 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13169 | 462 | $5,081.48 | Claim amended by 6130 | STATE OF FLORIDA-DEPT OF REVENUE BANKRUPTCY SECTION C/O FREDERICK F. RUDZIK PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13169 | 6130 | $300.81 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 6: EXHIBIT A -- AMENDED CLAIMS

| | | Claims to be Expunged | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 26 | STREETER PRINTING C.O PRINTING INDUSTRIES ASSOCIATION COLLECTION SERVICE, INC. 5800 S. EASTERN AVE, STE 400 LOS ANGELES, CA 90040 | NO DEBTOR ASSERTED | 319 | $4,175.32 | Claim amended by 6195 | STREETER PRINTING C.O PRINTING INDUSTRIES ASSOCIATION COLLECTION SERVICE, INC. 5800 S. EASTERN AVE, STE 400 LOS ANGELES, CA 90040 | 08-13182 | 6195 | $4,175.32 |
| 27 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | NO DEBTOR ASSERTED | 868 | $588.31 | Claim amended by 6250 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13241 | 6250 | $588.31 |
| 28 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13184 | 965 | $47.58 | Claim amended by 6256 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13184 | 6256 | $47.58 |
| 29 | SZABO ASSOCIATES, INC. 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | NO DEBTOR ASSERTED | 966 | $1,599.61 | Claim amended by 6269 | SZABO ASSOCIATES, INC. C/O SZABO ASSOCIATES, INC. 3355 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13212 | 6269 | $1,599.61 |
| 30 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 | 08-13141 | 4985 | $169,228.13 | Claim amended by 6243 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 | 08-13141 | 6243 | $66,261.65 |
| | | | Total | $1,964,121.06 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.