UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Objection Deadline: November 23, 2009 at 4:00 pm (EST)**<br>**Hearing Date:** Only if objection filed |

## SECOND INTERIM QUARTERLY FEE REQUEST
## OF STUART MAUE AS FEE EXAMINER

Name of applicant: Stuart Maue

Authorized to provide
professional services to: Fee Examiner to the Court

Date of retention: March 19, 2009

Period for which compensation
and reimbursement is sought: June 1, 2009 through August 31, 2009

Amount of compensation sought: $58,937.50[1]

Amount of expense reimbursement: $ 0.00

This is an interim application.

| Monthly Fee Period, Date Filed and Docket No. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date, Docket No. | Fees Paid (80%) | Expenses Paid (100%) | Amount of Holdback Fees (20%) |
|---|---|---|---|---|---|---|
| Third Monthly Application<br>06/01/09 – 06/30/09<br>7/27/09<br>Docket No. 1829 | $118,202.50 | $13.60 | 8/18/09<br>Docket No. 1977 | $94,562.00 | $13.60 | $23,640.50 |
| Fourth Monthly Application<br>07/01/09 – 07/31/09<br>8/26/09<br>Docket No. 2028 | $96,100.00 | $176.60 | 9/15/09<br>Docket No. 2120 | $76,880.00 | $176.60 | $19,220.00 |
| Fifth Monthly Application<br>08/01/09 – 08/31/09<br>9/29/09<br>Docket No. 2245 | $80,385.00 | $328.40 | 10/26/09<br>Docket No. 2419 | $0.00 | $0.00 | $16,077.00 |

---

[1] Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members, Stuart Maue has been paid $235,750.00, representing 80% of the fees and $518.60, representing 100% of the expenses.