IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 243, 395, 429, 2037 & 2333** |

## SUPPLEMENTAL AFFIDAVIT OF DOUGLAS E. DEUTSCH IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF CHADBOURNE & PARKE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

DOUGLAS E. DEUTSCH declares as follows:

1. I am an attorney-at-law, duly admitted to practice before all of the courts of the State of New York, as well as the United States District Court for the Southern District of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

NY4 - 214340.01

New York, the United States District Court for the Eastern District of New York, and the United States District Court for the Eastern District of Michigan.  I am a member of the firm of Chadbourne & Parke LLP ("Chadbourne" or the "Firm"), which maintains (i) a principal office for the practice of law at 30 Rockefeller Plaza, New York, New York 10112, (ii) regional offices in Washington, D.C., and Los Angeles, and (iii) foreign offices in Mexico City, London, Beijing, Moscow, St. Petersburg, Warsaw, Almaty, Kyiv, and Dubai.

2. I submit this supplemental affidavit on behalf of Chadbourne in accordance with this Court's Order Directing (I) Joint Administration of Chapter 11 Cases and (II) that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, et al. be made Applicable to Chapter 11 Case of Chicago National League Ball Club, LLC (the "CNLBC Order") [Docket No. 2333].

3. Unless otherwise stated, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon Chadbourne's completion of further review or as additional information becomes available to Chadbourne, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

### Background

4. On December 8, 2008 (the "Petition Date"), Tribune Company and one hundred ten of it subsidiaries (collectively, the "Tribune Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  On December 10, 2008, the Bankruptcy Court entered an order consolidating the Tribune Debtors' chapter 11 cases for procedural purposes only.

5. On December 18, 2008, the Office of the United States Trustee for Region 3 appointed an Official Committee of Unsecured Creditors (the "Committee"). As a result of subsequent resignations and additional appointments, the membership of the Committee changes from time to time.

6. On December 18, 2008 (the "Retention Date"), the Committee met with and selected Chadbourne as its counsel, and Landis Rath & Cobb as its co-counsel. By order dated February 20, 2009 [Docket No. 429], the Bankruptcy Court (i) granted the Committee's application to employ and retain Chadbourne as counsel to the Committee (the "Application") [Docket No. 243] and (ii) approved the employment and retention of Chadbourne as counsel to the Committee, nunc pro tunc to the Retention Date.

7. As discussed in the Affidavit of David M. LeMay dated January 16, 2009 (the "LeMay Affidavit") [Docket No. 243] accompanying the Application, Chadbourne undertook an extensive examination of its files and records to determine whether it had any connections or other relationships with parties in interest in the Tribune Debtors' chapter 11 cases. In the LeMay Affidavit, Chadbourne identified those creditors or other parties in interest (or potential parties in interest) in the Tribune Debtors' chapter 11 cases that Chadbourne represents or has represented or with which Chadbourne has a connection.

### The CNLBC Order

8.     On October 12, 2009, Chicago National League Ball Club, LLC ("CNLBC" and together with the Tribune Debtors, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. On October 14, 2009, the Bankruptcy Court entered the CNLBC Order, pursuant to which the Tribune Debtors' chapter 11 cases are being jointly administered with CNLBC's chapter 11 case.

9.     In accordance with the CNLBC Order, Chadbourne has undertaken an extensive examination of its files and records to determine whether it has any connections or other relationships with creditors or other parties in interest in CNLBC's chapter 11 case. Chadbourne submits this affidavit to disclose information with respect to certain additional interested or potentially interested parties in light of CNLBC's bankruptcy filing and the entry of the CNLBC Order.

### Chadbourne's Disclosure Procedures

10.     Under Chadbourne's disclosure procedures (as described in the LeMay Affidavit), I have reviewed the names of significant parties-in-interest in these cases provided to me by counsel to the Debtors. The parties-in-interest are identified on Exhibit 1 attached hereto, and include CNLBC and: (a) its Current and Former Directors and Officers; (b) its Twenty Largest Unsecured Creditors; and (c) those entities identified by the Debtors as Counterparties to Formation Agreement (collectively, the "CNLBC Parties").

11.     Except as previously disclosed in the LeMay Affidavit with respect to Chadbourne's representations of (i) JPMorgan Chase Bank, N.A. and (ii) Merrill Lynch & Co. and/or their respective affiliates or subsidiaries in various matters unrelated to these chapter 11 cases, Chadbourne has no connections with any of the CNLBC Parties.

12. Neither I, nor Chadbourne nor any partner or associate thereof, as far as I have been able to ascertain, holds or represents an interest adverse to the Debtors or their estates in the matters for which Chadbourne is proposed to be retained. Accordingly, I believe Chadbourne is a "disinterested person" as defined in Bankruptcy Code section 101(14), and except as set forth herein, Chadbourne does not have any "connections" to disclose under Bankruptcy Rule 2014 as a result of CNLBC's bankruptcy filing. Furthermore, while employed by the Committee, Chadbourne shall not represent any entity having an adverse interest in connection with the Debtors' chapter 11 cases.

_____
Douglas E. Deutsch

Sworn to and subscribed before
me this ___ day of October 2009.

_____
Notary Public

FRANCISCO VAZQUEZ
Notary Public, State of New York
No. 02VA6013920
Qualified in New York County
Commission Expires Dec. 27, 20__

# **EXHIBIT 1**

## RULE 2014 LIST – CHICAGO NATIONAL LEAGUE BALL CLUB, LLC

### DEBTOR

Chicago National League Ball Club, LLC

### DEBTOR'S CURRENT AND FORMER DIRECTORS AND OFFICERS

Harry A. Amsden*
Chandler Bigelow III*
David P. Eldersveld*
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman*
Michael R. Lufrano
Mark E. McGuire
John F. Poelking*
Jodi L. Reischl
Jack Rodden*
Patrick M. Shanahan*
Gerald A. Spector*

### TWENTY LARGEST UNSECURED CREDITORS

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA*
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation*
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

---

* This party was included in the Rule 2014 list of Tribune Company, et al.

CH1 4969858v.1

## COUNTERPARTIES TO FORMATION AGREEMENT

Chicago Cubs Dominican Baseball Operations, LLC
Chicago National League Ball Club, LLC
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company[*]
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC