IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Related to Docket Nos. 1298, 1712 & 2333 |

**SUPPLEMENTAL AFFIDAVIT OF ERNST & YOUNG LLP PURSUANT TO
RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AND THE ORDER DIRECTING (I) JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) THAT CERTAIN ORDERS AND OTHER
PLEADINGS ENTERED OR FILED IN THE CHAPTER 11 CASES OF
TRIBUNE COMPANY, *ET AL.* BE MADE APPLICABLE TO CHAPTER 11
CASE OF CHICAGO NATIONAL LEAGUE BALL CLUB LLC**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Order Directing (I) Joint Administration of Chapter 11 Cases and (II) that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (1355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510): Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626): Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844): Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicugoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121): Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, l.l.0 (6327); forsalebyowner.com corp. (0219); ForSaleByOwnercom Referral Services, LLC (9205): Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); l lean & Crown Advertising, Inc. (9808); 14omeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIALI Inc. (4014); KPLR, Inc. (7943): KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc, (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603): Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612): Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337): Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMI S I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc, (1629); Tribune Direct Marketing, Inc., (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License. Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); VuluMail, lac. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, *et al.* Be Made Applicable to Chapter 11 Case of Chicago National League Ball Club LLC (the "Joint Administration Order") [Docket No. 2333], Matthew Howley, being duly sworn, deposes and says:

1. I am a partner in Ernst & Young, LLP ("E&Y LLP"), a professional services firm which maintains an office at 5 Times Square, New York, N.Y. 10036, among other locations. I submit this supplemental affidavit on behalf of E&Y LLP (the "Supplemental Affidavit"), pursuant to Bankruptcy Rule 2014(a) and the Joint Administration Order, as a supplement to the Affidavit Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) in Support of Application for Order Authorizing Retention and Employment of Ernst & Young LLP in Connection with Valuation and Business Modeling, and Market Survey Services for the Debtors and Debtors in Possession *Nunc Pro Tunc* to May 31, 2009 (as supplemented from time to time, the "Original Affidavit") annexed to Debtors' Application for an Order Authorizing Debtors to Retain and Employ Ernst and Young LLP to Provide (I) Valuation and Business Modeling Services and (II) Market Survey Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, Nunc Pro Tunc to May 31, 2009 [Docket No. 1298] filed by the Tribune Company and its affiliated debtors (collectively, the "Debtors").

2. The facts set forth in this Supplemental Affidavit are based either upon my personal knowledge, upon information and belief, or in certain circumstances, upon client matter records kept in the ordinary course of business, which were reviewed by me or another employee of E&Y LLP under my supervision and direction.

3. In connection with the Joint Administration Order, counsel to the Debtors provided E&Y LLP with a list of additional parties-in-interest related to the Chicago National

League Ball Club, LLC and its debtor affiliates (collectively, the "CNLBC Debtors"), a copy of which list is annexed hereto as Exhibit A (the "Supplemental List").

4. Pursuant to the procedures described in the Original Affidavit, E&Y LLP has searched or caused to be searched certain databases to determine whether E&Y LLP has provided in the recent past or is currently providing services to the parties-in-interest listed in the Supplemental List (collectively, the "Supplemental Parties-in-Interest"). To the extent that E&Y LLP's research of relationships with Supplemental Parties-in-Interest indicated that E&Y LLP has in the recent past, or currently has, a client relationship with such Supplemental Parties-in-Interest in matters unrelated to these chapter 11 cases, E&Y LLP has so indicated in the attached Exhibit B to this Supplemental Affidavit.

5. E&Y LLP is currently a party or participant in certain litigation matters involving Supplemental Parties-in-Interest. Case information and the Supplemental Parties-in-Interest involved in these matters are provided in Exhibit C to this Supplemental Affidavit.

6. JP Morgan Chase Bank, NA, one of the Supplemental Parties-in-Interest, is a lender to E&Y LLP under its Revolving Credit Program.

7. E&Y LLP may perform services for its clients that relate to the CNLBC Debtors merely because such clients may be creditors or counterparties to transactions with the CNLBC Debtors whose assets and liabilities may thus be affected by the CNLBC Debtors' status. If such clients of E&Y LLP are Supplemental Parties-in-Interest, then Exhibit B hereto indicates that they are clients of E&Y LLP.

8. E&Y LLP provides certain tax advisory, tax compliance and audit services to Major League Baseball, which includes preparation of Form K-1's issued to CNLBC or its affiliates, and audits of financial statements that are provided to CNLBC or its affiliates.

3

9. Except as otherwise set forth herein, to the best of E&Y LLP's knowledge, information, and belief formed after reasonable inquiry, E&Y LLP's relationships with the Supplemental Parties-in-Interest are unrelated to the Debtors and these cases.

10. To the best of my knowledge, information, and belief formed after reasonable inquiry, E&Y LLP does not hold nor represent any interest materially adverse to the CNLBC Debtors in the matters for which E&Y LLP is retained, and the employment of E&Y LLP is not prohibited by or improper under Bankruptcy Rule 5002.

11. To the best of my knowledge, information, and belief formed after reasonable inquiry, and as set forth in detail in my Original Affidavit and this Supplemental Affidavit, E&Y LLP remains a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that E&Y LLP:

(a) is not a creditor, equity security holder or an insider of the Debtors;

(b) is not and was not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

(c) does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

The foregoing representation is based on our understanding that as a prepetition services provider to for the Debtors, E&Y LLP was not an "employee" of the Debtors as that term is used in the Bankruptcy Code.

12. Accordingly, I believe that E&Y LLP remains eligible for retention by the Debtors under the Bankruptcy Code.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 29th day of October, 2009.

_____
Matthew Howley

Sworn to and subscribed before me this 29th day of October, 2009.

_____
Notary Public

My Commission Expires: June 8, 2010

OFFICIAL SEAL
WILMA M. BLAGAICH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-8-2010

# EXHIBIT A

# RULE 2014 LIST – CHICAGO NATIONAL LEAGUE BALL CLUB, LLC

## DEBTOR

Chicago National League Ball Club, LLC

## DEBTOR'S CURRENT AND FORMER DIRECTORS AND OFFICERS

Harry A. Amsden[*]
Chandler Bigelow III[*]
David P. Eldersveld[*]
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman[*]
Michael R. Lufrano
Mark E. McGuire
John F. Poelking[*]
Jodi L. Reischl
Jack Rodden[*]
Patrick M. Shanahan[*]
Gerald A. Spector[*]

## TWENTY LARGEST UNSECURED CREDITORS

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA[*]
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation[*]
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

---

[*] This party was included in the Rule 2014 list of Tribune Company, et al.

**COUNTERPARTIES TO FORMATION AGREEMENT**

Chicago Cubs Dominican Baseball Operations, LLC
Chicago National League Ball Club, LLC
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company[*]
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC

# EXHIBIT B

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtor | Chicago National League Ball Club, LLC | x | | |
| Debtor Current and Former Officers | Brian F. Litman | x | | |
| Debtor Current and Former Officers | Chandler Bigelow III | x | | |
| Debtor Current and Former Officers | Crane H. Kenney | x | | |
| Debtor Current and Former Officers | David P. Eldersveld | x | | |
| Debtor Current and Former Officers | Gerald A. Spector | x | | |
| Debtor Current and Former Officers | Harry A. Amsden | x | | |
| Debtor Current and Former Officers | Jack Rodden | x | | |
| Debtor Current and Former Officers | James J. Hendry | x | | |
| Debtor Current and Former Officers | Jodi L. Reischl | x | | |
| Debtor Current and Former Officers | John F. Poelking | x | | |
| Debtor Current and Former Officers | Mark E. McGuire | x | | |
| Debtor Current and Former Officers | Michael R. Lufrano | x | | |
| Debtor Current and Former Officers | Oneri Fleita | x | | |
| Debtor Current and Former Officers | Patrick M. Shanahan | x | | |
| Counterparties to Formation Agreement | Chicago Cubs Dominican Baseball Operations, LLC | x | | |
| Counterparties to Formation Agreement | Chicago National League Ball Club, LLC | x | | |
| Counterparties to Formation Agreement | Diana-Quentin, LLC | x | | |
| Counterparties to Formation Agreement | RAC Education Trust OSA, LLC | x | | |
| Counterparties to Formation Agreement | Ricketts Acquisition LLC | x | | |
| Counterparties to Formation Agreement | Tribune Company | | x | x |
| Counterparties to Formation Agreement | Tribune Sports Network Holdings, LLC | x | | |
| Counterparties to Formation Agreement | Wrigley Field Premium Ticket Services, LLC | x | | |
| Twenty Largest Unsecured Creditors | BD&A | x | | |
| Twenty Largest Unsecured Creditors | Boise Hawks Baseball Club LLC | x | | |
| Twenty Largest Unsecured Creditors | Bunzl | x | | |
| Twenty Largest Unsecured Creditors | Chicago Cubs Charities | x | | |
| Twenty Largest Unsecured Creditors | Chicago Transit Authority | x | | |
| Twenty Largest Unsecured Creditors | Complejo Latinoamericana Baseball | x | | |
| Twenty Largest Unsecured Creditors | Cubs Care | x | | |
| Twenty Largest Unsecured Creditors | Daytona Cubs | x | | |
| Twenty Largest Unsecured Creditors | Ernie Banks International Inc. | x | | |
| Twenty Largest Unsecured Creditors | Hampton Inn and Suites | x | | |
| Twenty Largest Unsecured Creditors | Jose Serra | x | | |
| Twenty Largest Unsecured Creditors | JP Morgan Chase Bank | | x | x |
| Twenty Largest Unsecured Creditors | Luis Vizcaino | x | | |
| Twenty Largest Unsecured Creditors | Major League Baseball | | x | x |
| Twenty Largest Unsecured Creditors | Merrill Lynch Capital Corporation | | x | x |
| Twenty Largest Unsecured Creditors | Northwestern Memorial Hospital | | | x |
| Twenty Largest Unsecured Creditors | Profinancial Services Inc. | x | | |
| Twenty Largest Unsecured Creditors | Structural Shop Ltd. | x | | |
| Twenty Largest Unsecured Creditors | The Langham Huntington Pasadena | x | | |
| Twenty Largest Unsecured Creditors | Westin Diplomat Resort & Spa | x | | |

# EXHIBIT C

## EXHIBIT C—
## Litigation Matters Involving Supplemental Parties-in-Interest and E&Y LLP

1. JPMorgan Securities Inc; JP Morgan Chase and Co; J.P. Morgan Chase Bank, N.A; and/or JP Morgan Chase & Company f/k/a Chase Manhattan Bank & Trust Company is/are: (a) co-defendant with, among others, E&Y LLP in litigation pending in the Supreme Court of the State of New York, County of New York (Index No: 04114728); (b) co-defendant with, among others, E&Y LLP in litigation pending in the 24th Judicial District Court Parish of Jefferson State of Louisiana (Case No: 654-939); (c) co-defendant with, among others, E&Y LLP in a litigation pending in the State of New Mexico, County of Santa Fe, First Judicial District Court (No: D-101-CV-2008-01895); (d) co-defendant with, among others, E&Y LLP in litigation pending in the United States District Court for the Southern District of New York (Civ. No. 09-2363).

2. Merrill Lynch Pierce, Fenner & Smith Inc., et al., is/are: (a) co-defendant with, among others, E&Y LLP in litigation pending in the United States District Court for the Southern District of New York (Civil Action No: 09-3161); (b) co-defendant with, among others, E&Y LLP in litigation pending in the United States District Court for the Northern District of Georgia (Civil Action 1-09-CV-1310); (c) co-defendant with, among others, E&Y LLP in litigation pending in the United States District Court for the Southern District of New York (Case No: 09-CV-3976); (d) co-defendant with, among others, E&Y LLP in litigation pending in the United States District Court for the Southern District of New York (1:09-cv-2363); and (e) co-defendant with, among others, E&Y LLP in litigation pending in The United States District Court for the Northern District of Alabama, Southern Division (Civil Action No: CV-09-B-1976-S).