# Notice Recipients

District/Off: 0311−1                         User: NancyL                           Date Created: 11/3/2009
Case: 08−13141−KJC                    Form ID: van441                       Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp         Kevin Millen

TOTAL: 1