IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Related to Docket Nos. 146, 447 and 2333 |

## SECOND SUPPLEMENTAL DECLARATION OF JEFF ZILKA IN SUPPORT OF ORDER AUTHORIZING DEBTORS TO RETAIN AND EMPLOY DANIEL J. EDELMAN, INC. AS CORPORATE COMMUNICATIONS AND INVESTOR RELATIONS CONSULTANTS, *NUNC PRO TUNC* TO THE PETITION DATE

STATE OF ILLINOIS                 )
                                         ) ss:
COUNTY OF COOK               )

      I, Jeff Zilka, being duly sworn, deposes and states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205; Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2532); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.     I am the Executive Vice President of Financial Communications of Daniel J. Edelman, Inc. ("Edelman"), a public relations firm with its co-headquarters offices located at 200 East Randolph Street, 63rd Floor, Chicago, IL 60601 and 250 Hudson Street, New York, NY 10013. I make this second supplemental declaration (the "Second Supplemental Declaration") on behalf of Edelman. I am generally familiar with Edelman's day-to-day operations, business affairs, practices, clients and books and records. Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein.

2.     On December 8, 2008 (the "Petition Date"), all of the above-captioned debtors and debtors-in-possession (collectively, the "Initial Debtors") except for Chicago National League Ball Club, LLC ("CNLBC") each filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et al. (as amended, the "Bankruptcy Code"). On December 26, 2008, the Initial Debtors filed their application [Dkt. No. 146] (the "Application") for an order authorizing the employment of Edelman as corporate communications and investor relations consultants in the Debtors' jointly-administered chapter 11 cases. In support of the Application, the Initial Debtors filed a declaration executed by myself on behalf of Edelman.

3.     Additionally, Edelman conducted supplemental conflict checks with respect to interested or potentially interested parties. In connection with Edelman's retention in the Debtors' cases and its supplemental conflict checks, I submitted a supplemental disclosure on February 24, 2009 [Dkt. No. 447].

4.     On October 12, 2009, CNLBC filed its voluntary petition under Chapter 11 of the Bankruptcy Code. On October 14, 2009, the court entered an order [Dkt. No. 2333] (the "CNLBC Order") directing that the chapter 11 case of CNLBC be jointly administered with the cases of the Initial Debtors (collectively, the "Debtors"). Pursuant to the CNLBC Order, it is necessary for Edelman to submit this supplemental disclosure so that the retention of Edelman as

2

corporate communications and investor relations consultants can be extended to CNLBC. Accordingly, I now submit this second supplemental declaration with respect to certain additional interested or potentially interested parties.

5. After reviewing the results of the original conflict check and the supplemental conflict checks completed by Edelman, to the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor Edelman nor any professional thereof holds or represents an interest adverse to the Debtors or their respective estates, and Edelman is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, in that (a) Edelman has no connection with the Debtors, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth in my original declaration and as set forth herein; (b) Edelman is not a creditor, equity security holder or insider of the Debtors; (c) Edelman is not and was not, within two years of the Petition Date, a director, officer, or employee of the Debtors; and (d) Edelman neither holds nor represents an interest materially adverse to the Debtors, their respective estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in Debtors, or for any other reason. Accordingly, I believe that Edelman is a "disinterested person," as defined in and required by the Bankruptcy Code.

6. Attached hereto as <u>Exhibit A</u> is a supplemental list of interested parties, provided by the Debtors in conjunction with the CNLBC case.

7. Attached hereto as <u>Exhibit B</u> is a supplemental list of current and former clients that have been or are being represented by Edelman in matters unrelated to the Debtors' cases.

Exhibit B supplements the declaration I submitted in connection with the Application, as well as the supplemental declaration I submitted to the Court on February 24, 2009 [Dkt. No. 447].

Executed on November 3, 2009     Respectfully submitted,

_____
Jeff Zilka

## Exhibit A

Case 08-13141-BLS   Doc 2482   Filed 11/03/09   Page 5 of 9

## RULE 2014 LIST – CHICAGO NATIONAL LEAGUE BALL CLUB, LLC

### DEBTOR

Chicago National League Ball Club, LLC

### DEBTOR'S CURRENT AND FORMER DIRECTORS AND OFFICERS

Harry A. Amsden*
Chandler Bigelow III*
David P. Eldersveld*
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman*
Michael R. Lufrano
Mark E. McGuire
John F. Poelking*
Jodi L. Reischl
Jack Rodden*
Patrick M. Shanahan*
Gerald A. Spector*

### TWENTY LARGEST UNSECURED CREDITORS

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA*
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation*
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

---

* This party was included in the Rule 2014 list of Tribune Company, et al.

**COUNTERPARTIES TO FORMATION AGREEMENT**

Chicago Cubs Dominican Baseball Operations, LLC
Chicago National League Ball Club, LLC
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company[*]
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC

2

**<u>Exhibit B</u>**

## INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED EDELMAN IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES

| Interested Party | Relationship to the Debtors | Relationship to Edelman |
|---|---|---|
| Tribune Company | Debtor | Current client of Edelman in matters unrelated to the Debtors' Chapter 11 cases |
| JPMorgan Chase Bank, N.A. | Unsecured Creditor | Current client of Edelman in matters unrelated to the Debtors or their Chapter 11 cases |
| Major League Baseball | Unsecured Creditor | Former client of Edelman in matters unrelated to the Debtors or their Chapter 11 cases |
| Merrill Lynch Capital Corporation | Unsecured Creditor | Former client of Edelman in matters unrelated to the Debtors or their Chapter 11 cases |
| Westin Diplomatic Resort and Spa | Unsecured Creditor | Former client of Edelman in matters unrelated to the Debtors or their Chapter 11 cases |