## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 139, 267, 424, 2333 and 2408** |

## FOURTH SUPPLEMENTAL AFFIDAVIT OF JAMES F. CONLAN IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss.: |
| COUNTY OF COOK | ) | |

JAMES F. CONLAN declares as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.     I am a partner in the law firm of Sidley Austin LLP ("Sidley" or the "Firm") and am resident at its office located at One South Dearborn Street in Chicago, Illinois 60603.  I make this fourth supplemental affidavit (the "Fourth Supplemental Affidavit") in support of the extension and application of the Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. § 327(a) and 1107, Nunc Pro Tunc to the Petition Date (Docket No. 435, Feb. 20, 2009), to the chapter 11 case of Chicago National League Ball Club, LLC ("CNLBC"), pursuant to the procedures set forth in the Order Directing (I) Joint Administration of Chapter 11 Cases and (II) that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, et al. be made applicable to the Chapter 11 Case of Chicago National League Ball Club, LLC (entered Oct. 14, 2009) (the "CNLBC Joint Administration Order") [Tribune Docket No. 2333; CNLBC Docket No. 16].  Unless otherwise stated in this Fourth Second Supplemental Affidavit, I have personal knowledge of the facts set forth herein.

2.     This Fourth Supplemental Affidavit augments the disclosures to the Court concerning Sidley's engagement in my original affidavit in support of Sidley's retention on December 26, 2008 ("Original Affidavit"), my first supplemental affidavit submitted on January 23, 2009 (the "First Supplemental Affidavit"), my second supplemental affidavit submitted on February 19, 2009 (the "Second Supplemental Affidavit"), and my third supplemental affidavit submitted on October 23, 2009 (the "Third Supplemental Affidavit").

3.     As general reorganization and bankruptcy counsel to each of the Debtors, Sidley has represented and will continue to represent CNLBC in connection with these jointly administered chapter 11 cases.  As directed by the CNLBC Joint Administration Order, Sidley has conducted a series of searches of its conflicts databases to identify representations of and

connections to creditors and other parties in interest (or potential parties in interest) in the

chapter 11 case of CNLBC.  Specifically, Sidley has searched its databases to identify, during the

last five (5) years, any (i) circumstances in which Sidley represented clients other than CNLBC,

or its Debtor and non-debtor affiliates, in matters involving CNLBC; (ii) representations by

Sidley of the current and former directors and officers of CNLBC; (iii) representations by Sidley

of CNLBC's twenty (20) largest unsecured creditors (as set forth on the listing of such creditors

filed with CNLBC's chapter 11 petition); (iv) representations by Sidley of counterparties to the

Formation Agreement involving the disposition of CNLBC's assets, other than CNLBC's Debtor

and non-Debtor affiliates; and (v) other related parties, all as set forth on Exhibit A attached

hereto.

    4.  The results of the foregoing searches are summarized in the chart set forth

in Exhibit B hereto.  As set forth in greater detail in Exhibit B, and subject to any explanations

and/or exceptions contained therein, Sidley (a) does not hold or represent any interest adverse to

CNLBC's estate in matters upon which it is to be engaged, and (b) remains a "disinterested

person" with respect to all of the Debtors within the meaning of section 101(14) of the

Bankruptcy Code.

    5.  This Fourth Supplemental Affidavit is made without prejudice to Sidley's

rights to supplement further its disclosures in the Debtors' chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct.

James F. Conlan

Sworn to and subscribed before me
this _3 rd_ day of _Nov._ 2009

Notary Public

```
"OFFICIAL SEAL"
BONNIE FRANSON
Notary Public, State of Illinois
My Commission Expires February 22, 2013
```

## __EXHIBIT A__

### RULE 2014 LIST – CHICAGO NATIONAL LEAGUE BALL CLUB, LLC

#### DEBTOR

Chicago National League Ball Club, LLC

#### DEBTOR'S CURRENT AND FORMER DIRECTORS AND OFFICERS

Harry A. Amsden[*]
Chandler Bigelow III[*]
David P. Eldersveld[*]
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman[*]
Michael R. Lufrano
Mark E. McGuire
John F. Poelking[*]
Jodi L. Reischl
Jack Rodden[*]
Patrick M. Shanahan[*]
Gerald A. Spector[*]

#### TWENTY LARGEST UNSECURED CREDITORS

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA[*]
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation[*]
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.

The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

#### COUNTERPARTIES TO FORMATION AGREEMENT

Chicago Cubs Dominican Baseball Operations, LLC[†]
Chicago National League Ball Club, LLC
Diana-Quentin, LLC[†]
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company[*]
Tribune Sports Network Holdings, LLC[†]
Wrigley Field Premium Ticket Services, LLC[†]

#### OTHER RELATED PARTIES

Thomas S. Ricketts

---

[*] This party was also included the Rule 2014 list of Tribune Company, et al., and any connections of Sidley to this party were disclosed in Sidley's initial application for retention in these chapter 11 cases.

[†] Non-Debtor affiliate of Chicago National League Ball Club, LLC and Tribune Company, et al.

## **EXHIBIT B**

## CONFLICTS SEARCH SUMMARY[1]

(i)    Circumstances in which Sidley has represented clients other than CNLBC, and other than Tribune Company, et al. and/or its non-debtor affiliates, in matters involving CNLBC:

       1.    Sidley currently serves as outside counsel to the Major League Baseball Players' Association ("MLBPA"), the recognized collective bargaining representative of all Major League Baseball players.  Sidley advises and represents MLBPA in internal personnel matters and in litigation.  The MLBPA represents all Major League Baseball players, including the players for the Chicago Cubs, but does not bargain with any club or player individually. Sidley's representation of the MLBPA is unrelated to these chapter 11 cases.

(ii)    Representations by Sidley of current and former directors and officers of CNLBC:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(iii)    Representations by Sidley of CNLBC's twenty largest unsecured creditors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| J.P. Morgan Chase Bank, N.A. | None |
| Merrill Lynch Capital | |
| Northwestern Memorial Hospital | |
| Starwood Hotels and Resorts Worldwide Inc. (entity related to Westin Diplomat Resort & Spa) | |

(iv)    Representations by Sidley of parties to the Formation Agreement, other than Tribune Company, et al. and/or its non-debtor affiliates:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(v)    Representations by Sidley of other related parties

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Incapital LLC (entity related to Thomas S. Ricketts) | Trustees of the Ricketts Family Trusts (entity related to Thomas S. Ricketts) |

---

[1] The information included in this Exhibit reflects Sidley's active and former representations during the last five (5) years.