# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 322, 1861and 2333** |

## SECOND SUPPLEMENTAL AFFIDAVIT OF NORMAN L. PERNICK PURSUANT TO 11 U.S.C. § 327(a) AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

STATE OF DELAWARE          )
                                              )  ss:
COUNTY OF NEW CASTLE    )

I, Norman L. Pernick, being duly sworn, depose and say as follows:

1.          I am an attorney at law admitted to practice before this Court and a member in the

law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), which maintains

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (9479); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

offices for the practice of law at 500 Delaware Avenue, Suite 1410, Wilmington, Delaware. The Firm also maintains offices in Hackensack, New Jersey, New York, New York and Baltimore, Maryland.

2.    I submit this second supplemental affidavit (the "Second Supplemental Affidavit") on behalf of Cole Schotz in connection with the retention and employment of Cole Schotz as co-counsel to the Debtors (as defined below).

### Cole Schotz's Retention

3.    On January 7, 2009, the affidavit of Norman L. Pernick (the "Initial Affidavit") was filed in support of the application of Tribune Company, et al., debtors and debtors in possession (the "Initial Debtors") for an order authorizing the employment and retention of Cole Schotz as co-counsel to the Initial Debtors [Docket No. 172].

4.    On February 3, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order authorizing retention and employment of Cole Schotz as co-counsel to the Initial Debtors *nunc pro tunc* to the Petition Date [Docket No. 322].

5.    On July 29, 2009, the Supplemental Affidavit of Norman L. Pernick Pursuant to 11 U.S.C. Section 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure was filed with the Court (the "Supplemental Affidavit") [Docket No. 1861].

### The CNLBC Order

6.    On October 12, 2009, Chicago National League Ball Club, LLC ("CNLBC") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. CNLBC is an affiliate of the Initial Debtors.

7.    On October 14, 2009, the Court entered the Order Directing (I) Joint Administration of Chapter 11 Cases and (II) that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, et al. be made applicable to the Chapter 11

46429/0001-6064647v2

Case of Chicago National League Ball Club, LLC (the "CNLBC Order") [Docket No. 2333], which directed that the chapter 11 case of CNLBC be jointly administered with the cases of the Initial Debtors (collectively, the "Debtors").

8.     In accordance with the CNLBC Order, Cole Schotz has researched its client database to determine whether it has any connections or other relationships with the entities that were identified to Cole Schotz by Sidley Austin LLP, including (i) CNLBC, (ii) the current and former directors and officers of CNLBC, (iii) CNLBC's twenty largest unsecured creditors, and (iv) the counterparties to the Formation Agreement (collectively, the "CNLBC Parties"), all as detailed on Exhibit 1 hereto and incorporated herein.  All of the CNLBC Parties were searched through Cole Schotz's computer system, and the list of the CNLBC Parties was also circulated to all attorneys at Cole Schotz to determine whether Cole Schotz has any relationship therewith.

9.     This Second Supplemental Affidavit discloses that Cole Schotz currently represents the following party who may be a party in interest, or affiliate of a party in interest, in matters wholly unrelated to these chapter 11 cases:

> Westin Diplomat Resort & Spa is a creditor of CLNBC.  Cole Schotz represents Starwood Hotel, an affiliate of Westin Hotels, in matters wholly unrelated to the Debtors' cases.

10.    To the best of my knowledge, except as specifically disclosed in the Initial Affidavit, Supplemental Affidavit and Second Supplemental Affidavit, Cole Schotz neither holds nor represents an interest adverse to the Debtors.   If any new material relevant facts or relationships are discovered or arise, Cole Schotz will promptly file a supplemental affidavit pursuant to Rule 2014(a) of Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 3rd day of November, 2009.

_____
Norman L. Pernick

Sworn and subscribed to before me
this 3rd day of November, 2009.

_____
NOTARY PUBLIC

PAULINE Z. RATKOWIAK
NOTARY PUBLIC STATE OF DELAWARE
MY COMMISSION EXPIRES 1/26/2011

46429/0001-6064647v2

## EXHIBIT 1

**Debtor**
Chicago National League Ball Club, LLC

**Debtor's Current And Former Directors And Officers**
Harry A. Amsden
Chandler Bigelow III
David P. Eldersveld
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman
Michael R. Lufrano
Mark E. McGuire
John F. Poelking
Jodi L. Reischl
Jack Rodden
Patrick M. Shanahan
Gerald A. Spector

**Twenty Largest Unsecured Creditors**
BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

**Counterparties To Formation Agreement**
Chicago Cubs Dominican Baseball Operations, LLC
Chicago National League Ball Club, LLC
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC