**EXHIBIT B**

[REED SMITH SEARCH RESULTS]

Below are clients for whom Reed Smith performs work unrelated to the Debtors:

**Twenty Largest Unsecured Creditors (Consolidated)**

Merrill Lynch Capital Corp. - RS has current client work for Merrill Lynch, Merrill Lynch Pierce Fenner, Merrill Lynch (Asia Pacific) Ltd., Merrill Lynch Far East Ltd., Merrill Lynch Global Bank, Merrill Lynch Bank & Trust Co., Merrill Lynch International, Merrill Lynch Pierce Fenner & Smith Inc. & Merrill Lynch Commodities.

JP Morgan Chase Bank, NA – RS has current client work for JP Morgan Chase Bank, NA.

Hampton Inn and Suites – RS has current client work for Hilton Hotel Corp., which is a subsidiary of Hampton Inn and Suites.

Bunzl – RS has current client work for Bunzl USA Inc.