**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.,*[1] | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on Tuesday, November 3, 2009, I filed the *First Supplemental Declaration of John Dempsey on Behalf of Mercer (US) Inc. as Compensation Consultant* (the "Declaration") electronically through the CM/ECF system and served same upon the Parties listed on the attached Electronic Mail Notice List, and on Wednesday, November 4, 2009 the Declaration was served by U.S. mail to those listed on the attached Manual Notice List.

---

[1] The Debtors in these chapter 11 cases are: Tribune Company; 435 Production Company; 5800 Sunset Productions Inc.; Baltimore Newspaper Networks, Inc.; California Community News Corporation; Candle Holdings Corporation; Channel 20, Inc.; Channel 39, Inc.; Channel 40, Inc.; Chicago Avenue Construction Company; Chicago River Production Company; Chicago Tribune Company; Chicago Tribune Newspaper, Inc.; Chicago Tribune Press Service, Inc.; ChicagoLand Microwave Licensee, Inc.; Chicagoland Publishing Company; Chicagoland Television News, Inc.; Courant Specialty Products, Inc.; Direct Mail Associates, Inc.; Distribution Systems of America, Inc.; Eagle New Media Investments, LLC; Eagle Publishing Investments, LLC, forsalebyowner.com corp.; ForSaleByOwner.com Referral Services, LLC; Fortify Holdings Corporation; Forum Publishing Group, Inc.; Gold Coast Publications, Inc.; GreenCo, Inc.; Heart &Crown Advertising, Inc.; Homeowners Realty, Inc.; Homestead Publishing Co.; Hoy, LLC; Hoy Publications, LLC; InsertCo, Inc.; Internet Foreclosure Service, Inc.; JuliusAir Company, LLC; JuliusAir Company II, LLC; KIAH Inc.; KPLR, Inc.; KSWB Inc.; KTLA Inc.; KWGN Inc.; Los Angeles Times Communications LLC; Los Angeles Times International, Ltd.; Los Angeles Times Newspapers, Inc.; Magic T Music Publishing Company; NBBF, LLC; Neocomm, Inc.; New Mass. Media, Inc.; New River Center Maintenance Association, Inc.; Newscom Services, Inc.; Newspaper Readers Agency, Inc.; North Michigan Production Company; North Orange Avenue Properties, Inc.; Oak Brook Productions, Inc.; Orlando Sentinel Communications Company; Patuxent Publishing Company; Publishers Forest Products Co. of Washington; Sentinel Communications News Ventures, Inc.; Shepard's Inc.; Signs of Distinction, Inc.; Southern Connecticut Newspapers, Inc.; Star Community Publishing Group, LLC; Stemweb, Inc.; Sun-Sentinel Company; The Baltimore Sun Company; The Daily Press, Inc.; The Hartford Courant Company; The Morning Call, Inc.; The Other Company LLC; Times Mirror Land and Timber Company; Times Mirror Payroll Processing Company, Inc.; Times Mirror Services Company, Inc.; TMLH 2, Inc.; TMLS I, Inc.; TMS Entertainment Guides, Inc.; Tower Distribution Company; Towering T Music Publishing Company; Tribune Broadcast Holdings, Inc.; Tribune Broadcasting Company; Tribune Broadcasting Holdco, LLC; Tribune Broadcasting News Network, Inc.; Tribune California Properties, Inc.; Tribune Direct Marketing, Inc.; Tribune Entertainment Company; Tribune Entertainment Production Company; Tribune Finance, LLC; Tribune Finance Service Center, Inc.; Tribune License, Inc.; Tribune Los Angeles, Inc.; Tribune Manhattan Newspaper Holdings, Inc.; Tribune Media Net, Inc.; Tribune Media Services, Inc.; Tribune Network Holdings Company; Tribune New York Newspaper Holdings, LLC; Tribune NM, Inc.; Tribune Publishing Company; Tribune Television Company; Tribune Television Holdings, Inc.; Tribune Television New Orleans, Inc.; Tribune Television Northwest, Inc.; ValuMail, Inc.; Virginia Community Shoppers, LLC; Virginia Gazette Companies, LLC; WATL, LLC; WCWN LLC; WDCW Broadcasting, Inc.; WGN Continental Broadcasting Company; WLVI Inc.; WPIX, Inc.; and WTXX Inc.

Dated: November 4, 2009                                     Mercer (US) Inc.

                                                      By:     /s/ Aaron L. Hammer
                                                                       One of Its Attorneys

                                                                       Aaron L. Hammer, Esq. (IL No. 6243069)
                                                                       Devon J. Eggert, Esq. (IL No. 6289425)
                                                                       FREEBORN & PETERS LLP
                                                                       311 South Wacker Drive, Suite 3000
                                                                       Chicago, Illinois 60606
                                                                       Telephone:  312.360.6000
                                                                       Facsimile:  312.360.6571

**SERVICE LIST**

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Michael S. Amato    mamato@rmfpc.com
Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
Thomas V. Askounis    taskounis@askounisdarcy.com
John M. August    jaugust@herrick.com, courtnotices@herrick.com
Mary E. Augustine    maugustine@ciardilaw.com, vfrew@ciardilaw.com
Allison Rebecca Axenrod    allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
Zachary J. Bancroft    zachary.bancroft@lowndes-law.com
Ian Connor Bifferato    cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
Mark M. Billion    mbillion@pszjlaw.com
William Pierce Bowden    wbowden@ashby-geddes.com
William S. Brody    wbrody@buchalter.com
William R. Brodzinski    wbrodzinski@mrvlaw.com
Glenn A. Brown    glenn.brown@realworldlaw.com, noticeme.realworldlaw@gmail.com;mike.pistek@realworldlaw.com
William E. Callahan, Jr.    william.callahan@leclairryan.com, kim.doss-knicely@leclairryan.com
Paul J. Catanese    pcatanese@mcguirewoods.com
Camela J. Chapman    cchapman@co.ho.md.us
William E. Chipman    chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com
Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
Kevin G. Collins    kcollins@bifferato.com
Mark D. Collins    collins@RLF.com, rbgroup@rlf.com
Andrew S. Conway    Aconway@taubman.com
Robert L. Cook    robert_cook@tax.state.ny.us
Linda K Cooper    l.cooper@smmj.com
L. Jason Cornell    jcornell@foxrothschild.com, dkemp@foxrothschild.com
Angie M. Cowan    cowan@ask-attorneys.com
John D. Demmy    jdd@stevenslee.com
John P. Dillman    houston_bankruptcy@publicans.com
Caroline R. Djang    crd@jmbm.com
Thomas F. Driscoll    tdriscoll@bifferato.com
Michael E. Emrich    notice@regencap.com
Margaret Fleming England    mengland@eckertseamans.com
Brian G. Esders    besders@abato.com
Justin Cory Falgowski    jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
Sherry Ruggiero Fallon    sfallon@trplaw.com
Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
Adolph F. Fellmeth    fred.fellmeth@vitecgroup.com

John V. Fiorella     jfiorella@archerlaw.com
Katisha D. Fortune     fortune@rlf.com, rbgroup@rlf.com
Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
Jerome Bennett Friedman     jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com
Gregg M. Galardi     debank@skadden.com;christopher.heaney@skadden.com;larry.morton@skadden.com
Patrick Theodore Garvey     garveyp@jbltd.com, danelskis@jbltd.com
Yonatan Gelblum     yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
Ronald S. Gellert     delawarebankruptcy@escm.com;rgellert@eckertseamans.com
Elizabeth Sara Goldberg     goldberg.elizabeth@dol.gov
Scott Golden     sagolden@hhlaw.com
Douglas R. Gonzales     dgonzales@wsh-law.com
Donald L. Gouge     dgouge@gougelaw.com, lmartin@gougelaw.com
Aaron L. Hammer     ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
Michael A. Henry     mhenry@grossmcginley.com
Christine Zuehlke Heri     heri-christine@dol.gov, sol-chi@dol.gov;goldberg.elizabeth@dol.gov
R. Karl Hill     khill@svglaw.com, cday@svglaw.com
Adam Hiller     ahiller@phw-law.com
Daniel K. Hogan     dkhogan@dkhogan.com, keharvey@dkhogan.com
Jennifer R. Hoover     jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;bsandler@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
Joseph H. Huston     jhh@stevenslee.com
Ericka Fredricks Johnson     erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com
Michael Joseph Joyce     mjoyce@crosslaw.com
Susan E. Kaufman     skaufman@coochtaylor.com
William M. Kelleher     wkelleher@gfmlaw.com
Bryan Krakauer     bkrakauer@sidley.com
Adam G. Landis     landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@ashby-geddes.com
Neil Raymond Lapinski     nrl@elliottgreenleaf.com
Thomas G. Macauley     bankr@zuckerman.com
Robert W. Mallard     mallard.robert@dorsey.com
Julie A. Manning     bankruptcy@goodwin.com
Katharine L. Mayer     kmayer@mccarter.com
Garvan F. McDaniel     gmcdaniel@bglawde.com, ydalton@bglawde.com
Frank F. McGinn     ffm@bostonbusinesslaw.com
Matthew B. McGuire     mcguire@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Dennis A. Meloro     bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com
Rachel B. Mersky     rmersky@monlaw.com
George R. Mesires     george.mesires@bfkn.com

Curtis S. Miller    cmiller@mnat.com, aconway@mnat.com
Cynthia E. Moh    cmoh@eapdlaw.com
Carol E. Momjian    cmomjian@attorneygeneral.gov
Sheryl L. Moreau    deecf@dor.mo.gov
Adam Scott Moskowitz    asmcapital@aol.com
Kerri K Mumford    mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com
Carl D. Neff    cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com
Jami B. Nimeroff    jnimeroff@bsnlawyers.com
Edward Patrick O'Brien    eobrien@sbchlaw.com
Mona A. Parikh    parikh@lrclaw.com, dero@lrclaw.com,panchak@lrclaw.com,;dellose@lrclaw.com
Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com
John C. Phillips    cah@pgslaw.com;scs@pgslaw.com
Joan E. Pilver    joan.pilver@po.state.ct.us
Dana S. Plon    dplon@sirlinlaw.com
Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com
David William Reimann    dreimann@reimannlawgroup.com
Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
Fred B. Ringel    fbr@robinsonbrog.com
Richard A. Robinson    rrobinson@reedsmith.com
Martha E. Romero    romero@dslextreme.com
Frederick Brian Rosner    frosner@mrs-law.com, frosner@mrs-law.com
Sommer Leigh Ross    slross@duanemorris.com
John Henry Schanne    schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
Michael Alan Schloss    schloos.michael@dol.gov
Steven C. Schwendemann    s.schwendemann@smmj.com
Elaine M Seid    emseid@mstpartners.com
Maurie J. Shalmone    maurie@longacrellc.com
Joseph Emil Shickich    jshickich@riddellwilliams.com
Laurie Selber Silverstein    bankruptcy@potteranderson.com
Christopher Page Simon    csimon@crosslaw.com
Wayne M. Smith    wayne.smith@warnerbros.com
Patricia K. Smoots    psmoots@mcguirewoods.com
James E. Sorenson    jsorenson@wggdlaw.com, bk@wggdlaw.com
J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com

William David Sullivan    bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
Jay Teitelbaum    jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
Christina Maycen Thompson    cthompson@cblh.com
Judy D. Thompson    jdthompson@poynerspruill.com
Edward J. Tredinnick    etredinnick@greeneradovsky.com
Matthew J. Troy    matthew.troy@usdoj.gov
United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
Pamela K. Webster    pwebster@buchalter.com
Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
William Douglas White    wdw@mccarthywhite.com
Eric R. Wilson    KDWBankruptcyDepartment@kelleydrye.com
Jeffrey C. Wisler    jwisler@cblh.com
Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com

**Manual Notice List via U.S. mail**

Ariel B. Brignole
c/o Timothy Brignole, Esq.
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106

Barger & Wolen, LLP
Attn: Gary A. Bresee
650 California Street
Ninth Floor
San Francisco, CA 94108-2800

C B Blackard
301 E Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Corey Smith Bott
Abato Rubenstein and Abato, PA
809 Gleneagles Court Suite 320
Baltimore, MD 21286

Broward County Revenue Collection Division
Edward A. Dion, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Ronald K. Brown
Law Office of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660

Casey Bukro
2445 Cowper Avenue
Evanston, IL 60201

Chicago Portfolio, LLC
EKL Williams PLLC
901 Warrenville Rd. #175
Lisle, IL 60532

Leslie A Cohen
Leslie Cohen Law PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

Comcast Spotlight
Comcast
c/o Furman Gregory LLC, 75 Federal Stree
Ninth Floor
Boston, Ma 02110

6

Timothy J. Conklin  
Foster & Buick  
2040 Aberdeen Court  
Sycamore, IL 60178  

D Elaine Conway  
Jackson Walker LLP  
Jackson & Walker LLP  
1401 McKinney St Ste 1900  
Houston, TX 77010  

Mayra Cruz  
1855 Coble Drive  
Deltona, FL 32738  

Heather Marie Fossen Forrest  
Jackson Walker L.L.P.  
901 Main Street, Suite 6000  
Dallas, TX 75202  

Robert L Hanley  
Nolan, Plumhoff & Williams, Chtd  
Suite 700- Nottingham Centre  
502 Washington Ave  
Towson, MD 21204  

Hogan & Hartson LLP  
875 Third Avenue  
New York, NY 10022  

Frank R. Kauders  
925 Old Metairie Drive  
Metairie, LA 70001-6306  

Lazard Freres & Co. LLC  
30 Rockefeller Plaza  
New York, NY 10020  

Joshua G. Losardo  
Belkin Burden Wenig & Goldman, LLP  
270 Madison Avenue  
New York, NY 10016  

James F. Conlan  
Sidley Austin LLP  
One South Dearborn Street  
Chicago, IL 60603  

Cop-Hanging Moss, LLC  
c/o Todd M. Hoepker, P.A.  
P O Box 3311  
Orlando, FL 32802-3311  

J. Scott Douglass  
909 Fannin, Suite 1800  
Houston, TX 77010  

Marie Goldenberg  
Ruskin Moscou Faltischek, PC  
1455 RXR Plaza  
Uniondale, NY 11556  

Harris Corporation  
c/o Anthony Deglomine, III  
1025 W. NASA Blvd.  
Mail Station A-11A  
Melbourne, FL 32919  

IBM CORPORATION  
c/o Beverly H. Shideler  
Two Lincoln Centre  
Oakbrook Terrace, IL 60181  

Law Offices of Gerald S. Sack, LLC  
836 Farmington Avenue, Suite 109  
West Hartford, CT 06119  

George T. Lees, III  
Rawle & Henderson, LLP  
300 Delaware Ave, Suite 1015  
P.O. Box 588  
Wilmington, DE  

McDermott Will & Emery LLP  
227 W. Monroe  
Chicago, IL 60606

David McNulty  
517 RT 1 South, Suite 1109  
Iselin, NJ 08830

Thomas R. Meites  
Meites Mulder Mollica & Glink  
20 S. Clark Street, Suite 1500  
Chicago, IL 60603

Maria Ann Milano  
Riddell Williams P.S.  
1001 4th Ave Ste 4500  
Seattle, WA 98154-1192

Kenneth Miller  
Ervin Cohen & Jessup, LLP  
9401 Wilshire Blvd., 9th Floor  
Beverly Hills, CA 90212

Navistar Leasing Company  
425 N. Martingale Road, 18th Floor  
Schaumburg, IL 60173

Ramona Neal  
11311 Chinden Boulevard  
Mailstop 314  
Boise, ID 83714-0021

Orange County Treasurer - Tax Collector  
P.O. Box 1438  
Santa Ana, CA 92702-1438

Personal Plus, Inc.  
c/o Kelly Singer  
Squire, Sanders & Dempsey LLP  
40 N. Central Ave., #2700  
Phoenix, AZ 85004

R.R. Donnelly & Sons Company  
800 Red Brook Boulevard  
Owings Mills, MD 21117

Seaport Group LLC  
360 Madison Avenue, 22nd Floor  
New York, NY 10017

Dean S. Sommer  
Young Sommer Ward Ritzenberg Wooley  
Executive Woods  
5 Palisades Drive  
Albany, NY 12205

South Florida Stadium Corporation  
Cohen Seglias Pallas Greenhall & Furman  
Nemours Building, Suite 1130  
1007 North Orange Street  
Wilmington, DE 19801

SunGard Availability Services LP  
c/o Maureen A. McGreevey  
680 E. Swedesford Road  
Wayne, PA 19087

TRB (Creditor DBF, Crednum  
Grippo & Elden  
111 S. Wacker Dr.  
Suite 5100  
Chicago, IL 60606

The Commonwealth of Massachusetts  
Department of Revenue  
Litigation Bureau - Bankruptcy Unit  
100 Cambridge Street 7th Floor  
P.O. Box 9564  
Boston, MA 02114

Travelers  
ATTN: Mike Lynch-Account Resolution  
One Tower Square  MN  
Hartford, CT 06183

| | |
|---|---|
| Marilyn Ann Wethekam<br>Horwood Marcus & Berk Chartered<br>180 North LaSalle Street<br>Suite 3700<br>Chicago, IL 60601 | TW Telecom Inc.<br>10475 Park Meadows Drive #400<br>Littleton, CO 80124 |