# EXHIBIT A



**ZUCKERMAN SPAEDER LLP**    1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

November 4, 2009

Tribune Company                                    Invoice:269526
c/o Kenneth P. Kansa                                 Client: 12464
Sidley Austin LLP                                    Matter: 0001
One South Dearborn                                EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Bank Claims

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2009.

By Graeme W. Bush
   134.70  hours at  $725.00  per hour          $    97,657.50

By Marshall S. Wolff
   53.70  hours at  $675.00  per hour          $    36,247.50

By Peter R. Kolker
   61.00  hours at  $650.00  per hour          $    39,650.00

By James Sottile
   66.80  hours at  $650.00  per hour          $    43,420.00

By Thomas G. Macauley
   77.30  hours at  $570.00  per hour          $    44,061.00

By Andrew N. Goldfarb
   76.10  hours at  $520.00  per hour          $    39,572.00

By Lisa J. Stevenson
   33.60  hours at  $520.00  per hour          $    17,472.00

By Caroline Judge Mehta
   24.30  hours at  $500.00  per hour          $    12,150.00

By Martin G. Deptula
   36.60  hours at  $465.00  per hour          $    17,019.00

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

By Laura E. Neish
    4.10  hours at  $450.00  per hour      $   1,845.00

By Nathan M. Berman
    25.20  hours at  $425.00  per hour     $   10,710.00

By Virginia W. Guldi
    14.20  hours at  $325.00  per hour     $   4,615.00

By Scott A. Hanna
    9.70  hours at  $280.00  per hour      $   2,716.00

By Rey Caling
    0.50  hours at  $195.00  per hour      $    97.50

By Kimberley Wilson
    1.70  hours at  $165.00  per hour      $    280.50

By Jeanne Trahan Faubell
    2.80  hours at  $165.00  per hour      $    462.00

By Diana Gillig
    0.70  hours at  $155.00  per hour      $    108.50

     TOTAL FEES        $   368,083.50

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0001

Peter R. Kolker

| 09/03/09 | 3.00 | Attend meeting at C&P regarding analysis of solvency issues. |
| 09/03/09 | 0.80 | Prepare for meeting with C&P. |
| 09/04/09 | 1.00 | Review relativity materials regarding structure of transactions. |
| 09/08/09 | 0.50 | Review materials relating to restructuring proposal and creation of holding companies. |
| 09/09/09 | 1.20 | Review issues for fraudulent conveyance claim formulation. |
| 09/09/09 | 1.80 | Review financing structure from Tribune documents. |
| 09/09/09 | 1.20 | Review solvency analysis and comparison. |
| 09/10/09 | 1.80 | Review structure of financing to develop potential fraudulent conveyance claim. |
| 09/10/09 | 1.80 | Confer with A. Goldfarb regarding structure of complaint. |
| 09/10/09 | 0.50 | Email to T. Macauley regarding status of non-debtor guarantors. |
| 09/11/09 | 1.60 | Review Lyondell fraudulent conveyance complaint for outline to draft complaint. |
| 09/11/09 | 0.80 | Prepare emails regarding issues for draft complaint. |
| 09/11/09 | 1.00 | Review background description of financing for draft complaint. |
| 09/14/09 | 1.20 | Review structure of funding and elements of complaint. |
| 09/14/09 | 0.40 | Telephone conference with T. Macauley regarding bankruptcy issues with complaint. |
| 09/14/09 | 0.70 | Review outline of complaint. |
| 09/14/09 | 1.00 | Review intercompany model prepared by Alix Partners. |
| 09/15/09 | 2.50 | Review elements for Complaint. |
| 09/15/09 | 0.80 | Confer with M. Wolff regarding finance issues relating to guarantee and intercompany loans. |
| 09/15/09 | 0.70 | Review C&P memorandum regarding likely creditor defenses and legal issues. |

| 09/16/09 | 1.20 | Review loan documents guarantees and pledge agreement. |
| 09/16/09 | 4.30 | Confer with M. Wolff, J. Sottile, T. Macauley and A. Goldfarb regarding causes of action and formulation of complaint. |
| 09/17/09 | 1.50 | Review legal memorandums regarding potential claims. |
| 09/17/09 | 1.00 | Outline possible claims. |
| 09/18/09 | 0.80 | Team meeting regarding 09/17 negotiations. |
| 09/18/09 | 2.20 | Prepare draft complaint. |
| 09/21/09 | 1.30 | Review fact-related emails for complaint drafting. |
| 09/21/09 | 1.50 | Review loan documents for consideration of draft complaint. |
| 09/22/09 | 3.30 | Attend meeting with Alix Partners regarding solvency analysis. |
| 09/22/09 | 1.40 | Prepare draft complaint. |
| 09/23/09 | 3.50 | Prepare draft Complaint. |
| 09/24/09 | 3.20 | Prepare draft complaint. |
| 09/25/09 | 3.50 | Prepare draft Complaint. |
| 09/25/09 | 0.60 | Review cases relevant to pleading requirement. |
| 09/26/09 | 4.20 | Prepare draft Complaint. |
| 09/26/09 | 0.30 | Prepare memorandum to team regarding draft Complaint. |
| 09/28/09 | 0.80 | Review comments on draft complaint from T. Macauley and G. Bush. |
| 09/28/09 | 0.40 | Review Board of Directors Minutes. |
| 09/29/09 | 1.30 | Confer with G. Bush, J. Sottile, A. Goldfarb and T. Macauley (via telephone) regarding elements of complaint and needed changes. |
| 09/30/09 | 0.40 | Review email regarding Davis Polk position. |

James Sottile

| 09/01/09 | 0.80 | Review/analyze Duff and Phelps March 2007 reports as part of solvency analysis. |
| 09/02/09 | 0.50 | Teleconference with Graeme Bush, P. Kolker, T. Macauley and A. Goldfarb regarding key issues on solvency analysis and evaluation of potential fraudulent transfer claims arising from LBO. |

| | | |
|---|---|---|
| 09/02/09 | 0.30 | Review/analyze Moelis analysis of distributions to creditors in different scenarios. |
| 09/02/09 | 0.30 | Teleconference with T. Zink (Chadbourne) and Z. Jamal, (Moelis) regarding Moelis views on Duff and Phelps solvency analysis and distribution to creditors in different scenarios. |
| 09/03/09 | 3.00 | Meeting with Graeme Bush and P. Kolker (Zuckerman) and H. Seife, D. LeMay, T. Zink and M. Ashley (Chadbourne), B. den Uyl and M. Rule (Alix) and Moelis representatives to discuss Alix Partners analysis of solvency opinions and related issues. |
| 09/04/09 | 1.60 | Review/analyze Alix presentation regarding solvency issues and key documents relating thereto. |
| 09/04/09 | 0.90 | Outline key solvency issues. |
| 09/09/09 | 0.50 | Call with G. Bush and T. Zink and M. Ashley (Chadbourne) regarding issues concerning interview. |
| 09/09/09 | 0.50 | Begin preparation for interview by review proposed topics and questions and identifying additional topics/questions. |
| 09/09/09 | 1.10 | Review/analyze key legal memos and cases regarding solvency issues to prepare for creditors committee meeting. |
| 09/10/09 | 0.40 | Meeting with H. Seife and D. LeMay (Chadbourne) and G. Bush and T. Macauley to prepare for meeting of unsecured creditors committee. |
| 09/10/09 | 2.70 | Participate in meeting of unsecured creditors committee. |
| 09/10/09 | 1.00 | Meeting with H. Seife, D. LeMay, T. Zink and M. Ashley (Chadbourne) and G. Bush to discuss solvency analysis and prepare for meeting with banks regarding same. |
| 09/10/09 | 0.20 | Participate in call with S. Katz (banks' counsel) and H. Seife, D. LeMay, T. Zink and M. Ashley (Chadbourne) and G. Bush regarding 2004 motion by Centerbridge. |
| 09/10/09 | 0.40 | Discuss key issues on solvency analysis and evaluation of potential claims regarding LBO with G. Bush. |
| 09/11/09 | 1.90 | Review/analyze key documents in preparation for interview. |
| 09/11/09 | 1.10 | Review/analyze key cases relevant to solvency analysis. |
| 09/14/09 | 3.40 | Review/analyze documents to prepare for interview. |
| 09/14/09 | 0.90 | Outline key issues for interview. |

| | | |
|---|---|---|
| 09/14/09 | 0.30 | Teleconference with Moelis representatives and T. Macauley regarding solvency analysis and preparation for meeting with lenders. |
| 09/15/09 | 1.00 | Review documents to prepare for interview. |
| 09/15/09 | 2.40 | Meeting with M. Ashley and T. Zink (Chadbourne), B. den Uyl and M. Rule (Alix Partners) and G. Bush to prepare for interview. |
| 09/15/09 | 4.40 | Participate in interview. |
| 09/16/09 | 1.60 | Meeting with P. Kolker, A. Goldfarb, T. Macauley and G. Bush regarding key issues on the strategy with respect to potential claims arising from LBO, including solvency. |
| 09/16/09 | 2.10 | Review/analyze documents regarding solvency issues to prepare for meeting with Lender's tomorrow. |
| 09/16/09 | 0.40 | Review and edit Alix Partner discussion materials for meeting with Lenders regarding solvency issues. |
| 09/17/09 | 1.00 | Prepare for meetings with Chadbourne and Lenders regarding solvency and other issues relevant to potential claims arising from LBO by review key legal memos from Chadbourne and relevant documents. |
| 09/17/09 | 0.50 | Discuss key issues regarding solvency with G. Bush to prepare for meetings with Chadbourne and lenders. |
| 09/17/09 | 2.50 | Meeting with Chadbourne lawyers, M. Rule and B. den Uyl (Alix Partners) and Moelis representatives and G. Bush to prepare for meeting with Lenders. |
| 09/17/09 | 0.50 | Outline statement to lenders regarding solvency issues. |
| 09/17/09 | 1.50 | Meeting with Lenders' representatives, Chadbourne lawyers, Alix Partners representatives and G. Bush regarding solvency issues. |
| 09/18/09 | 1.00 | Meeting with G. Bush, P. Kolker, T. Macauley and A. Goldfarb to discuss next stops in development of potential fraudulent transfer claims following meeting with lenders regarding solvency issues. |
| 09/18/09 | 0.10 | E-mail correspondence with G. Bush (Zuckerman), M. Ashley and T. Zink (Chadbourne) and M. Rule (Alix Partners) regarding documents relating to solvency presentation. |

| 09/18/09 | 1.80 | Further review/analysis of documents generated in connection with solvency opinions as part of evaluation of solvency arguments. |
| 09/21/09 | 2.40 | Continued review/analysis of important documents relevant to solvency analysis, including review of Duff & Phelps opinion. |
| 09/22/09 | 1.20 | Prepare for meeting with M. Rule (Alix) and Chadbourne and Zuckerman lawyers to analyze key solvency issues by review key documents identified by Alix. |
| 09/22/09 | 5.50 | Participate in meeting with M. Rule (Alix), M. Ashley and T. Zink (Chadbourne), G. Bush, P. Kolker, T. Macauley, M. Wolff, M. Deptula and A. Goldfarb (Zuckerman) lawyers to analyze key solvency issues and relevant documents. |
| 09/22/09 | 0.50 | Meeting with G. Bush and M. Wolff to discuss further analysis required on key solvency issues and impact of potential plan filing. |
| 09/23/09 | 0.20 | Meeting with G. Bush (Zuckerman) regarding possible filing of non-consensual plan and impact on potential fraudulent transfer claims. |
| 09/23/09 | 0.50 | Teleconference with G. Bush (Zuckerman) and H. Seife (Chadbourne) regarding possible filing of non-consensual plan and impact on potential fraudulent transfer claims. |
| 09/23/09 | 0.30 | Draft comments on G. Bush plan of action regarding potential fraudulent transfer claims. |
| 09/23/09 | 1.40 | Analysis of contribution claims among guarantors and effect on solvency analysis; review article and key cases regarding same. |
| 09/23/09 | 0.40 | Analyze Moelis distribution scenarios. |
| 09/23/09 | 0.10 | E-mail correspondence with T. Macauley regarding same. |
| 09/23/09 | 1.30 | Analysis of effects of intercompany debt on distribution to bondholders in several different scenarios. |
| 09/24/09 | 1.20 | Review/presentations and documents relating to the inter-company model and analyze effects intercompany claims. |
| 09/24/09 | 0.40 | Review/analyze Adelphia decision. |
| 09/25/09 | 0.70 | Further analysis of effect of inter-company claims. |
| 09/25/09 | 0.40 | Discussion with M. Wolff and T. Macauley regarding effect of intercompany claims. |

| 09/28/09 | 0.10 | Meeting with G. Bush regarding intercompany claims scenarios run by Alix. |
| 09/28/09 | 0.80 | Begin review/analysis of draft complaint. |
| 09/28/09 | 1.20 | Review/analyze JP Morgan Chase documents relevant to solvency analysis. |
| 09/29/09 | 1.10 | Complete review/analysis of draft complaint asserting fraudulent transfer claims relating to LBO. |
| 09/29/09 | 1.50 | Meeting with G. Bush, P. Kolker, A. Goldfarb, M. Wolff and T. Macauley (by phone) regarding draft complaint. |
| 09/29/09 | 0.90 | Draft/edit asserting fraudulent transfer claims relating to LBO. |
| 09/30/09 | 0.70 | Review/analyze key cases on solvency analysis in situations involving guarantees within corporate enterprise. |
| 09/30/09 | 1.40 | Review/analyze additional documents from lenders' files relevant to solvency analysis. |

Caroline Judge Mehta

| 09/23/09 | 0.40 | Review sections of Chadbourne & Parke report on Tribune bankruptcy and potential claims. |
| 09/23/09 | 0.40 | Meet with Andrew Goldfarb regarding background facts and research needed on equitable subordination of lenders' claims. |
| 09/23/09 | 2.80 | Legal research on equitable subordination. |
| 09/24/09 | 0.10 | Telephone conference with Andrew Goldfarb regarding equitable subordination research. |
| 09/24/09 | 6.40 | Legal research on equitable subordination issues, including insider status of lenders in leveraged buyouts. |
| 09/25/09 | 1.20 | Read and analyze cases on equitable subordination claims against lenders. |
| 09/28/09 | 6.60 | Draft memoranda summarizing legal research on equitable subordination issues, including insider status of lenders in leveraged buyouts. |
| 09/29/09 | 6.20 | Finish drafting memoranda summarizing legal research on equitable subordination issues, including insider status of lenders in leveraged buyouts. |
| 09/30/09 | 0.20 | Confer with Graeme Bush, Andrew Goldfarb, Tom Macauley regarding factual analysis of equitable subordination claims. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 09/01/09 | 1.50 | Revise internal ZS work plan, meeting with G. Bush re same. |
| 09/01/09 | 0.10 | Send and review e-mails regarding Chadbourne & Parke preliminary report. |
| 09/01/09 | 0.60 | Review discovery materials, status of discovery. |
| 09/02/09 | 0.30 | Call with M. Ashley regarding discovery status, email to ZS team regarding same. |
| 09/02/09 | 0.50 | Meeting with ZS Tribune team regarding case updates, strategy and status. |
| 09/02/09 | 0.70 | Review discovery materials and documents. |
| 09/02/09 | 0.50 | Confer with M. Wolff regarding contingent guarantee legal research, identify and forward materials. |
| 09/03/09 | 0.40 | Attention to Relativity database. |
| 09/03/09 | 0.30 | Review discovery e-mails. |
| 09/03/09 | 0.40 | Confer with M. Wolff and P. Kolker re valuation of upstream guarantees, solvency analyses. |
| 09/04/09 | 0.50 | Confer with M. Wolff re contingent guarantees research, approach to financial and solvency analyses. |
| 09/08/09 | 1.30 | Review JP Morgan documents. |
| 09/08/09 | 0.50 | Start database with key information from documents. |
| 09/08/09 | 0.60 | Review discovery notebook, e-mails re discovery. |
| 09/08/09 | 0.60 | Review N. Berman memo on 546(e). |
| 09/08/09 | 0.20 | Attention to Merrill Lynch Confidentiality Agreement, review retention order regarding same. |
| 09/09/09 | 0.20 | Confer with P. Kolker regarding debt structure, Complaint. |
| 09/09/09 | 0.80 | Review legal memos on collapsing LBOs and settlement payment defense. |
| 09/09/09 | 0.30 | Review Lyondell motion to dismiss. |
| 09/09/09 | 0.20 | Review potential stipulation resolving 2004 motion. |
| 09/09/09 | 0.20 | Review sections of C&P preliminary report. |
| 09/09/09 | 0.30 | Review and send e-mails regarding same. |
| 09/09/09 | 0.30 | Confer with T. Macauley regarding same. |
| 09/09/09 | 1.20 | Review caselaw regarding same. |

| 09/10/09 | 2.20 | Meeting with P. Kolker to discuss legal and factual issues relevant to complaint. |
| 09/10/09 | 0.40 | Review cases and materials on contributions of co-guarantors. |
| 09/10/09 | 0.30 | Review Moelis recovery analysis. |
| 09/10/09 | 0.90 | Conduct legal research on issues relating to guarantees. |
| 09/10/09 | 0.10 | Review guarantee agreement. |
| 09/10/09 | 0.10 | Begin review of memo on other potential causes of action. |
| 09/10/09 | 1.00 | Prepare for meeting with P. Kolker. |
| 09/10/09 | 0.20 | Confer with T. Macauley about draft complaint issues. |
| 09/10/09 | 0.60 | Conduct legal research on recovery of interest and principal payments. |
| 09/10/09 | 0.70 | Conduct legal research on potential lender defenses. |
| 09/11/09 | 0.20 | Assist preparation for interview. |
| 09/11/09 | 0.10 | Confer with P. Kolker re preparation of complaint outline. |
| 09/11/09 | 0.40 | Review of discovery and collections available to R. Zuckerman, Tribune team, attention to confidentiality agreements in connection with same. |
| 09/11/09 | 0.30 | Confer with L. Stevenson re follow-up to research, e-mails re same. |
| 09/13/09 | 1.20 | Begin outline for complaint, including analyzing legal issues in connection with same. |
| 09/13/09 | 0.10 | Email re Merrill Lynch confidentiality agreement. |
| 09/14/09 | 0.90 | Review 4/2007 Tender Offer document and financial statements. |
| 09/14/09 | 0.40 | Confer with L. Stevenson re LBO legal research, including, review and analyze memo re same, send email to L. Stevenson regarding same. |
| 09/14/09 | 0.50 | Review Alix Partners 9/10/09 presentation. |
| 09/14/09 | 1.00 | Prepare initial outline for complaint. |
| 09/14/09 | 0.40 | Attention to Merrill Lynch/Bank of America document production issues. |
| 09/15/09 | 4.40 | Legal research on contribution rights. |
| 09/15/09 | 0.30 | Confer with M. Wolff and P. Kolker regarding complaint issues. |

| | | |
|---|---|---|
| 09/15/09 | 0.20 | Attention to confidentiality addenda, ZS document access. |
| 09/16/09 | 1.60 | Meeting with P. Kolker and T. Macauley regarding complaint issues. |
| 09/16/09 | 1.30 | Meeting with ZS Tribune team regarding various case issues including interview, solvency issues, discovery matters. |
| 09/16/09 | 2.10 | Legal research on contribution rights issues. |
| 09/16/09 | 0.50 | Review indenture documents and documents regarding borrowings on Relativity. |
| 09/16/09 | 0.30 | Review draft legal memos on Bridge and Incremental Facilities. |
| 09/16/09 | 0.30 | Review draft Alix presentation for meeting with lenders, email to Tribune team regarding same. |
| 09/16/09 | 0.20 | Review Alix inter-company model, 9/10/09 solvency presentation. |
| 09/16/09 | 0.20 | Review 2004 filing related to Rustic Canyon discovery, review other discovery correspondence regarding Rustic Canyon in connection with same. |
| 09/17/09 | 3.00 | Fact research regarding FCC approval of ESOP LBO transaction. |
| 09/17/09 | 0.20 | Review and analyze G. Bush email regarding legal research and legal strategy. |
| 09/17/09 | 0.20 | Confer with P. Kolker regarding 546(e) issue and memorandum. |
| 09/17/09 | 0.40 | Meeting with M. Wolff regarding produced documents on Relativity database. |
| 09/17/09 | 0.20 | Review response to Law Debenture motion. |
| 09/17/09 | 0.30 | Conduct fact research regarding Credit Agreement. |
| 09/17/09 | 0.30 | Attention to case management and legal research project updates. |
| 09/18/09 | 0.50 | Internal Zuckerman Spaeder team meeting about case status, developments, and strategy. |
| 09/18/09 | 2.00 | Attention to Alix Partners specific requests, including review of discovery responses and e-mails to R. Schwinger (Chadbourn & Parke) regarding same. |
| 09/19/09 | 0.30 | Review Alix 9/10/09 analysis. |

| 09/20/09 | 3.60 | Attention to committee discovery and outstanding discovery issues from all discovery targets, including prepare table and memorandum regarding same. |
|---|---|---|
| 09/20/09 | 0.30 | Send e-mails to C&P and ZS Tribune team regarding same. |
| 09/21/09 | 3.60 | Conduct document review relating to credit agreement, bridge loan, and June 2007 implementation of Stage One of LBO. |
| 09/21/09 | 0.70 | Revise memorandum regarding outstanding discovery issues from the lenders and other parties, including e-mails with Zuckerman Spaeder and Chadbourne & Parker regarding same. |
| 09/21/09 | 0.40 | Attention to case management and work assignments within Zuckerman Spaeder. |
| 09/22/09 | 6.50 | Meeting with Alix Partners, Chadbourne & Parke, and Zuckerman Spaeder team regarding solvency analyses. |
| 09/22/09 | 1.50 | Review and respond to e-mails regarding case strategy and issues, including potential Centerbridge common interest agreement and Zuckerman Spaeder litigation strategy and timing. |
| 09/22/09 | 0.50 | Prepare for meeting with Alix Partners, Chadbourne & Parke and Zuckerman Spaeder team. |
| 09/22/09 | 0.50 | Confer with M. Deptula regarding meeting. |
| 09/23/09 | 0.60 | Review team analyses and questions regarding contribution rights and insolvency issues, respond to same. |
| 09/23/09 | 0.40 | Confer with C. Mehta regarding legal research project regarding insider issues. |
| 09/24/09 | 0.30 | Confer with M. Deptula via phone and email regarding document review relating to bankruptcy petition and FCC filings. |
| 09/24/09 | 0.40 | Review Zuckerman Spaeder internal communications regarding solvency and recovery issues. |
| 09/24/09 | 0.20 | Confer with M. Wolff regarding contribution rights research. |
| 09/24/09 | 0.20 | Confer with C. Mehta regarding equitable subordination research. |
| 09/24/09 | 0.10 | Email M. Rule (ALIX) regarding latest VRC production. |
| 09/24/09 | 1.10 | Attention to ongoing research projects, including email T. Macauley regarding same. |

| | | |
|---|---|---|
| 09/24/09 | 0.40 | Review memorandum on state-law cause of action and cases cited therein. |
| 09/24/09 | 0.20 | Email M. Deptula regarding same. |
| 09/24/09 | 0.40 | Review 546(e) memorandum from N. Berman. |
| 09/25/09 | 2.40 | Attention to outstanding research projects, including reviewing status and schedule and conferring with Zuckerman Spaeder team regarding same. |
| 09/25/09 | 0.50 | Confer with S. Hanna regarding document research project regarding bank engagement letters. |
| 09/25/09 | 1.30 | Conduct review of Tribune FCC filings. |
| 09/25/09 | 0.20 | Email G. Bush regarding tribune FCC submissions and docket. |
| 09/25/09 | 1.10 | Research and draft memorandum regarding lenders' roles. |
| 09/27/09 | 0.20 | Attention to Houlihan Lokey discovery, including review of e-mails and send e-mails about requesting additional information. |
| 09/27/09 | 0.20 | Review draft complaint. |
| 09/28/09 | 0.30 | Review advisory firms' engagement letters. |
| 09/28/09 | 0.10 | Email Zuckerman Spaeder Tribune team regarding engagement letters. |
| 09/28/09 | 0.60 | Review Zuckerman Spaeder e-mails regarding draft complaint and draft complaint. |
| 09/28/09 | 0.20 | Review certain Board minutes from November and December 2008. |
| 09/28/09 | 0.10 | Review G. Bush's markups of Common Interest Agreement. |
| 09/28/09 | 0.20 | E-mails to L. Stevenson, C. Mehta and M. Deptula regarding additional research. |
| 09/29/09 | 1.60 | Meet with Zuckerman Spaeder team to discuss various issues, including complaint, case status, project update, solvency issues. |
| 09/29/09 | 0.10 | Confer with L. Neish regarding research project. |
| 09/30/09 | 0.70 | Call with Chadbourne & Parke and Sidley regarding Debtors' production methodology, adequacy, and timeline. |
| 09/30/09 | 0.40 | Draft and circulate internal memorandum summarizing call regarding discovery of Debtors. |

| 09/30/09 | 0.40 | Review C. Mehta memorandum on insider status and equitable subordination. |
| 09/30/09 | 0.20 | Email G. Bush and C. Mehta regarding insider issue. |
| 09/30/09 | 0.10 | Email G. Bush regarding Debtors discovery issues. |

Lisa J. Stevenson

| 09/01/09 | 3.80 | Legal research regarding collapsing LBO transactions. |
| 09/01/09 | 0.20 | Confer with A. Goldfarb regarding same. |
| 09/02/09 | 5.00 | Draft research memo regarding collapsing LBO transactions. |
| 09/03/09 | 6.50 | Research and draft memo regarding collapsing LBO transactions. |
| 09/04/09 | 3.00 | Draft legal memo regarding collapsing LBO transactions. |
| 09/08/09 | 2.80 | Draft memo on collapsing LBO transactions. |
| 09/09/09 | 1.90 | Finalize memo on collapsing LBO transactions. |
| 09/09/09 | 0.10 | E-mail A. Goldfarb re: same. |
| 09/11/09 | 0.20 | Review email from A. Goldfarb regarding additional legal research on collapsing LBO transactions. |
| 09/11/09 | 1.50 | Review legal research regarding same. |
| 09/11/09 | 0.30 | Telephone conference with A. Goldfarb regarding same. |
| 09/14/09 | 4.00 | Revise legal memo regarding collapsing LBO transactions. |
| 09/14/09 | 0.20 | E-mail with A. Goldfarb regarding revised memo. |
| 09/14/09 | 3.80 | Legal research regarding solvency analysis. |
| 09/15/09 | 0.30 | Conference with A. Goldfarb regarding legal research project. |

Thomas G. Macauley

| 09/01/09 | 1.10 | Participate on call with counsel regarding Centerbridge, Law Debenture and Chadbourne regarding LBO issues and 2004 motion. |
| 09/01/09 | 0.70 | Participate on weekly call of committee professionals. |
| 09/01/09 | 0.30 | Speak with G. Bush regarding Centerbridge call. |
| 09/02/09 | 0.40 | Analyze issues regarding effect of subordination on recovery scenario. |
| 09/02/09 | 0.20 | Draft note to V. Patel regarding same. |

| 09/02/09 | 1.40 | Review cases regarding subordination remedy. |
| 09/02/09 | 0.30 | Speak with N. Berman regarding research issues. |
| 09/02/09 | 1.70 | Review cases and Chadbourne memo regarding partial subordination of debt. |
| 09/02/09 | 0.30 | Analyze issues regarding stock dividends. |
| 09/02/09 | 0.70 | Participate on internal call regarding case status and research. |
| 09/02/09 | 0.20 | Analyze issues regarding parent creditor standing. |
| 09/03/09 | 0.20 | Draft note to M. Rule regarding solvency opinions. |
| 09/03/09 | 0.40 | Exchange notes with V. Patel regarding recovery scenarios. |
| 09/03/09 | 0.40 | Review public filings. |
| 09/03/09 | 0.10 | Exchange notes with N. Berman regarding 546(e) analysis. |
| 09/03/09 | 2.50 | Participate on call with Alix, Moelis and Chadbourne regarding insolvency. |
| 09/03/09 | 1.10 | Review and analyze issues regarding date of insolvency. |
| 09/04/09 | 0.20 | Exchange notes with M. Rule regarding insolvency analysis. |
| 09/04/09 | 0.20 | Review correspondence between committee professionals regarding scheduling of 2004 motion. |
| 09/04/09 | 0.40 | Respond to G. Bush question regarding Rosner meeting. |
| 09/04/09 | 0.20 | Speak with G. Bush regarding same. |
| 09/08/09 | 0.30 | Analyze issues regarding guarantees. |
| 09/08/09 | 0.40 | Participate on call with committee professionals. |
| 09/08/09 | 0.30 | Draft internal note summarizing same. |
| 09/08/09 | 0.60 | Review Lyondell docket and documents. |
| 09/08/09 | 0.70 | Review memo on 546(e) and analyze issues regarding same. |
| 09/08/09 | 0.40 | Review documents and analyze issues regarding intercompany claims. |
| 09/08/09 | 0.50 | Analyze issues regarding avoidance of guarantees. |
| 09/08/09 | 0.70 | Review cases and analyze issues regarding subordination of claims. |
| 09/09/09 | 1.30 | Review fraudulent transfer cases. |
| 09/09/09 | 0.40 | Analyze issues regarding application to case. |
| 09/09/09 | 0.30 | Review Alix presentation. |

2414881.1

| 09/09/09 | 0.20 | Review proposed order from Law Debenture. |
| 09/09/09 | 0.20 | Speak with A. Goldfarb regarding 546(e). |
| 09/09/09 | 0.40 | Review SEC filings. |
| 09/09/09 | 0.20 | Discuss Law Debenture meeting with G. Bush. |
| 09/09/09 | 1.80 | Meet with counsel for Law Debenture and Centerbridge regarding case discussion. |
| 09/09/09 | 0.50 | Analyze issues regarding results. |
| 09/10/09 | 0.10 | Review summary of meeting yesterday. |
| 09/10/09 | 0.20 | Analyze issues regarding affidavit for 2004 response. |
| 09/10/09 | 0.20 | Review memo on discovery status. |
| 09/10/09 | 0.60 | Meet with Chadbourne prior to committee meeting. |
| 09/10/09 | 3.50 | Participate at committee meeting. |
| 09/10/09 | 0.30 | Speak with P. Kolker and A. Goldfarb regarding standing issues. |
| 09/11/09 | 0.40 | Respond to internal questions regarding non-debtor guarantors. |
| 09/11/09 | 0.10 | Exchange notes with N. Berman regarding 546(e) research. |
| 09/11/09 | 0.50 | Participate on call with counsel for Centerbridge and Law Debenture regarding protocol. |
| 09/11/09 | 0.20 | Review proposed order by Rosner. |
| 09/11/09 | 0.60 | Draft salient points to protocol. |
| 09/11/09 | 0.10 | Review local rule regarding 2004 motion. |
| 09/11/09 | 0.10 | Speak with D. Deutsche regarding declaration. |
| 09/11/09 | 0.30 | Review hot documents. |
| 09/12/09 | 0.20 | List potential memos to draft. |
| 09/12/09 | 0.70 | Draft memo regarding subordination of claims. |
| 09/12/09 | 0.50 | Respond to P. Kolker regarding procedural question for complaint. |
| 09/12/09 | 0.30 | Draft note to V. Patel regarding recovery scenarios. |
| 09/12/09 | 0.90 | Draft memo on intercompany claims. |
| 09/12/09 | 0.70 | Analyze responses to bank defenses. |
| 09/12/09 | 1.00 | Draft memo regarding Adelphia decision. |

| 09/12/09 | 1.00 | Draft G. Bush declaration regarding 2004 motion. |
| 09/12/09 | 0.50 | Review and analyze issues regarding recovery scenarios. |
| 09/14/09 | 0.40 | Analyze issues regarding avoidance of repayments. |
| 09/14/09 | 0.50 | Review and edit draft declaration regarding 2004 response. |
| 09/14/09 | 0.90 | Review and analyze issues regarding draft response to 2004 motion. |
| 09/14/09 | 0.40 | Speak with Moelis regarding insolvency and recovery issues. |
| 09/14/09 | 0.20 | Speak with J. Sottile regarding same. |
| 09/14/09 | 0.10 | Review Lyondell docket. |
| 09/14/09 | 0.20 | Review note from Rosner and letter by Katz regarding 2004 motion. |
| 09/14/09 | 0.10 | Review correspondence with Seife regarding same. |
| 09/14/09 | 0.20 | Analyze issues regarding creditor standing. |
| 09/14/09 | 0.20 | Review comments to draft declaration. |
| 09/14/09 | 0.20 | Speak with G. Bush regarding same. |
| 09/14/09 | 0.60 | Draft comments to Rule 2004 response. |
| 09/14/09 | 0.10 | Exchange notes with D. Deutsche regarding same. |
| 09/14/09 | 0.30 | Speak with D. Deutsche regarding same. |
| 09/14/09 | 0.60 | Review and revise declaration. |
| 09/15/09 | 0.80 | Review and analyze issues regarding memos begun over weekend. |
| 09/15/09 | 0.20 | Review revised recovery scenarios. |
| 09/15/09 | 0.20 | Exchange notes with D. Deutsche regarding declaration. |
| 09/15/09 | 0.20 | Exchange notes with G. Bush regarding same. |
| 09/15/09 | 0.20 | Speak with D. LeMay, D. Deutsche and G. Bush regarding response. |
| 09/15/09 | 0.10 | Review revised declaration. |
| 09/15/09 | 0.20 | Review negotiations with Rosner. |
| 09/16/09 | 3.70 | Meet with internal team to discuss yesterday's meeting, tomorrow's meeting, case issues and complaint. |
| 09/16/09 | 0.20 | Exchange notes internally regarding same. |
| 09/16/09 | 0.40 | Work on memo regarding loan document review. |

| 09/16/09 | 0.20 | Speak with G. Bush regarding same. |
| 09/16/09 | 0.30 | Exchange notes with D. Deutsche and A. Landis regarding declaration. |
| 09/18/09 | 0.20 | Review summary of 6/4/07 credit facility amendment and analyze issues regarding same. |
| 09/18/09 | 0.10 | Review exchange with Rosner regarding protocol. |
| 09/18/09 | 1.00 | Participate on internal call to analyze issues from yesterday's lender meeting. |
| 09/18/09 | 0.20 | Review emails regarding analysis of credit facility. |
| 09/20/09 | 0.10 | Review correspondence with Alix regarding Tuesday meeting. |
| 09/20/09 | 0.10 | Review letter from VRC counsel regarding production. |
| 09/21/09 | 0.30 | Review and analyze issues regarding 546(e) memo. |
| 09/21/09 | 0.20 | Review correspondence with M. Rule regarding meeting tomorrow. |
| 09/21/09 | 0.10 | Review list of document custodians. |
| 09/21/09 | 0.10 | Review summary of agent powers under credit facility. |
| 09/21/09 | 0.20 | Review documents regarding tomorrow's meeting. |
| 09/21/09 | 0.40 | Analyze issues regarding collapsing transactions. |
| 09/21/09 | 2.40 | Work on memo regarding subordination of claims. |
| 09/22/09 | 5.70 | Meet with Chadbourne attorneys and Alix to address solvency opinions and documents and intercompany analysis. |
| 09/23/09 | 0.80 | Draft internal emails regarding most recent recovery scenario. |
| 09/23/09 | 0.10 | Review document on Interlinks. |
| 09/23/09 | 1.50 | Review SEC filings. |
| 09/23/09 | 0.80 | Analyze and outline theory of potential count for complaint. |
| 09/23/09 | 0.80 | Review Chadbourne report. |
| 09/23/09 | 0.10 | Review 9/24 committee agenda. |
| 09/23/09 | 0.20 | Review 9/24 hearing agenda. |
| 09/23/09 | 0.30 | Review objections to 2004 motion. |
| 09/23/09 | 0.10 | Exchange notes with G. Bush regarding status of 2004 motion. |

2414881.1

| | | |
|---|---|---|
| 09/23/09 | 1.30 | Review cases on other financial theories for fraudulent transfer. |
| 09/23/09 | 0.10 | Review notice regarding cancellation of hearing on 2004 motion. |
| 09/24/09 | 0.20 | Review stipulation regarding 2004 motion and accompanying confidentiality agreement. |
| 09/24/09 | 0.30 | Respond to J. Sottile regarding intercompany claims. |
| 09/24/09 | 0.50 | Review questions posed by M. Wolff regarding intercompany model and analyze issues regarding same. |
| 09/24/09 | 0.30 | Exchange notes with A. Goldfarb regarding 546(e) and equitable subordination research. |
| 09/24/09 | 0.90 | Speak with M. Wolff regarding intercompany model. |
| 09/24/09 | 0.10 | Review list of research assignments. |
| 09/25/09 | 0.40 | Analyze issues and review intercompany model. |
| 09/25/09 | 0.30 | Speak with J. Sottile and M. Wolff regarding same. |
| 09/25/09 | 0.40 | Speak with G. Bush regarding same. |
| 09/25/09 | 0.30 | Analyze issues regarding equitable subordination research. |
| 09/25/09 | 0.10 | Exchange notes with A. Goldfarb regarding substantive consolidation. |
| 09/28/09 | 0.20 | Review intercompany modifications and analyze issues regarding same. |
| 09/28/09 | 0.20 | Review Board minutes. |
| 09/28/09 | 0.50 | Review and analyze issues regarding complaint. |
| 09/28/09 | 1.70 | Draft memo regarding structure of complaint. |
| 09/28/09 | 0.10 | Review note to Chadbourne regarding common interest agreement. |
| 09/29/09 | 0.40 | Review draft complaint. |
| 09/29/09 | 0.40 | Review SEC filings. |
| 09/29/09 | 1.10 | Analyze issues regarding intercompany transactions. |
| 09/29/09 | 0.40 | Participate on call of committee professionals. |
| 09/29/09 | 0.10 | Analyze issues regarding standing memo. |
| 09/29/09 | 1.50 | Participate on internal call regarding draft complaint and research status. |

| 09/29/09 | 0.20 | Draft note to C. Mehta regarding recent decision. |
| 09/29/09 | 0.30 | Analyze issues regarding constructive fraud allegations. |
| 09/29/09 | 0.20 | Review indenture trustee filings in Lyondell. |
| 09/30/09 | 0.50 | Analyze issues regarding insolvency of subsidiaries. |
| 09/30/09 | 0.20 | Review memo on equitable subordination. |
| 09/30/09 | 0.20 | Review Lyondell committee's response to motion to dismiss. |
| 09/30/09 | 0.20 | Review and analyze issues regarding document showing repayments. |
| 09/30/09 | 0.20 | Review summaries of calls with agent's counsel and committee member's counsel. |
| 09/30/09 | 0.20 | Research and review cases regarding potential forms of fraudulent transfer. |
| 09/30/09 | 0.40 | Review background of Chadbourne report and analyze issues regarding same. |
| 09/30/09 | 0.20 | Analyze issues regarding relativity. |

Marshall S. Wolff

| 09/02/09 | 1.00 | Commence review of cases regarding verification of guarantee obligation. |
| 09/02/09 | 0.50 | Telephone conference with Andrew Goldfarb regarding guarantee issue. |
| 09/03/09 | 0.40 | Confer with Andrew Goldfarb and Peter Kolker regarding guarantee issues. |
| 09/03/09 | 6.10 | Legal research on impact of guarantees and read cases and materials. |
| 09/04/09 | 2.50 | Read and review Tender Offer disclosure, financial estimate. |
| 09/04/09 | 1.10 | Review report and Tender Offer statement. |
| 09/04/09 | 0.30 | Draft e-mail to Graeme Bush regarding loan document review and financial analysts. |
| 09/04/09 | 0.40 | Meet with Andrew Goldfarb regarding fraudulent conveyance theories. |
| 09/09/09 | 0.50 | Confer with Peter Kolker regarding case. |
| 09/09/09 | 0.50 | Read memorandum regarding collapsing transaction for purposes of fraudulent conveyance. |

| 09/09/09 | 0.50 | E-mail to Andrew Goldfarb with additional questions. |
| 09/15/09 | 0.30 | E-mail to Andrew Goldfarb regarding guarantee analysis. |
| 09/15/09 | 1.00 | Meet with Peter Kolker, Andrew Goldfarb regarding upstream guarantees. |
| 09/15/09 | 1.00 | Read materials regarding guarantee avoidance. |
| 09/15/09 | 1.50 | Review materials regarding intercompany model and treatment of intercompany debt. |
| 09/16/09 | 0.30 | Review e-mails regarding Tribune case. |
| 09/16/09 | 2.30 | Prepare for and meeting with Tribune team regarding report on interview and discussion of issues regarding complaint. |
| 09/16/09 | 0.30 | E-mails regarding fraudulent conveyance analysis. |
| 09/17/09 | 0.40 | Meet with Andrew Goldfarb regarding produced documents on Relativity database. |
| 09/17/09 | 2.10 | Read and review Credit Agreement, Pledge, and related loan documents. |
| 09/17/09 | 0.30 | Exchange of e-mails with Peter Kolker regarding pledge of stock. |
| 09/17/09 | 0.30 | Exchange of e-mails with Andrew Goldfarb regarding payments on the Notes. |
| 09/17/09 | 0.40 | Exchange of e-mails with Peter Kolker regarding 5/17/07 Credit Agreement. |
| 09/18/09 | 0.30 | Confer with Andrew Goldfarb regarding database. |
| 09/18/09 | 0.50 | Read loan documents. |
| 09/18/09 | 0.30 | Draft e-mail to Peter Kolker to answer question regarding loan document review. |
| 09/18/09 | 0.20 | Read e-mail regarding June 4, 2007, transaction closing. |
| 09/18/09 | 0.30 | Draft e-mail to Team regarding closing of 2007 loan transaction. |
| 09/18/09 | 0.80 | Meet with Graeme Bush, James Sottile, et al., regarding meeting with Banks. |
| 09/18/09 | 1.00 | Review loan documents. |
| 09/18/09 | 0.30 | Draft reply e-mail to Peter Kolker regarding solvency representations in the May-June 2007 transaction documents. |

| 09/18/09 | 0.60 | Confer with Peter Kolker and Andrew Goldfarb regarding solvency issue. |
| 09/18/09 | 0.40 | Read solvency memoranda prepared by Chadbourne & Parke LLP. |
| 09/21/09 | 2.40 | Review loan documents. |
| 09/21/09 | 0.40 | Meet with Peter Kolker to discuss issues for document review. |
| 09/21/09 | 0.20 | E-mail regarding loan document issues. |
| 09/21/09 | 0.50 | Review loan documents. |
| 09/21/09 | 0.60 | Meet with Peter Kolker regarding same. |
| 09/21/09 | 0.40 | Locate documents for review. |
| 09/21/09 | 0.90 | Review of bank loan documents. |
| 09/21/09 | 0.30 | E-mail regarding Agent. |
| 09/22/09 | 6.50 | Prepare for and meeting with Alix Partners representatives and Chadbourne & Parke representatives regarding VRC analysis. |
| 09/22/09 | 0.30 | Confer internally regarding avoidance, subordination theory. |
| 09/23/09 | 0.50 | Read Graeme Bush memorandum regarding Plan of Action and read response to same, and prepare response. |
| 09/23/09 | 0.50 | Attention to loan document review and locate and organize Second Phase documents for review. |
| 09/23/09 | 0.40 | Read Graeme Bush memorandum regarding status of various issues and respond to same. |
| 09/23/09 | 0.20 | Review recovery scenarios resulting from avoidance and subordination. |
| 09/23/09 | 0.70 | Review e-mail from James Sottile regarding contribution among co-guarantors and reply to same. |
| 09/23/09 | 0.20 | Legal research regarding contribution among co-guarantors. |
| 09/23/09 | 0.20 | Read memoranda regarding effect of avoiding December 2007 transaction. |
| 09/23/09 | 0.60 | Review Indemnity and Contribution Agreement signed by Guarantor Subs in December 2007 and discuss same with Peter Kolker. |
| 09/23/09 | 0.30 | Discussion regarding Indemnity and Subordination Agreement. |

| 09/23/09 | 0.50 | Draft e-mail to Team regarding contribution and subordination of guarantor rights. |
| 09/24/09 | 0.80 | Read intercompany model, subordination agreement and e-mails regarding same. |
| 09/24/09 | 0.40 | Prepare e-mail with questions about operation of model and claims allocation. |
| 09/24/09 | 0.30 | E-mails regarding intercompany obligations. |
| 09/24/09 | 0.30 | Confer with Graeme Bush regarding effect of contribution agreement on solvency analysis. |
| 09/24/09 | 0.20 | E-mail to Peter Kolker responding to question regarding avoidance of indemnity, contribution and subordination agreements. |
| 09/24/09 | 0.30 | Confer with Andrew Goldfarb regarding research topics. |
| 09/24/09 | 0.20 | Exchange of e-mails with Peter Kolker regarding intercompany loan. |
| 09/24/09 | 0.80 | Review intercompany model and telephone conference with Thomas Macauley regarding same. |
| 09/25/09 | 0.10 | E-mails regarding intercompany model. |
| 09/25/09 | 0.40 | Discuss intercompany model with James Sottile and Thomas Macauley. |
| 09/25/09 | 0.20 | Confer with Peter Kolker regarding issues on drafting complaint. |
| 09/25/09 | 0.20 | Read memorandum regarding leader roles. |
| 09/29/09 | 1.50 | Attend team meeting regarding Complaint. |
| 09/29/09 | 0.20 | Confer with Peter Kolker regarding complaint. |
| 09/29/09 | 0.30 | Read e-mails regarding case. |
| 09/30/09 | 0.30 | Draft e-mail regarding subordination of contribution claims in solvency analysis. |
| 09/30/09 | 0.30 | E-mail regarding solvency analysis of guarantors. |
| 09/30/09 | 0.40 | Locate Merger Agreement and commence review of same. |
| 09/30/09 | 1.20 | Obtain merger agreement and e-mails to team regarding solvency analysis. |

Graeme W. Bush

| 09/01/09 | 0.50 | Work on document discovery and confer with Andrew Goldfarb regarding same. |
| 09/01/09 | 0.70 | Committee professionals call. |
| 09/01/09 | 0.90 | Prepare for and telephone conference with Messrs. Seife and LeMay regarding Rule 2004 Motion, inquiries regarding retention and cooperation with debtors. |
| 09/01/09 | 1.20 | Telephone conference with Messrs. Golden, Seife, LeMay, Rosner, Glenn regarding Rule 2004 motion and related matters. |
| 09/01/09 | 0.40 | Telephone conference with David LeMay regarding ALIX Partners. |
| 09/02/09 | 0.90 | E-mails with Messrs. Goldfarb and Sottile, et al. regarding ALIX sensitivity analyses and evaluate same. |
| 09/02/09 | 0.50 | Work on Centerbridge including e-mails with Messrs. Goldfarb and Ashley regarding documents requested and consideration of request for access. |
| 09/02/09 | 0.90 | Prepare for and meeting with Tribune team regarding developments in case and status of work assignments. |
| 09/03/09 | 0.40 | E-mails regarding meetings with Messrs. Rosner and Golden. |
| 09/03/09 | 1.00 | Review ALIX information and confer with James Sottile regarding financial analysis and meeting with ALIX. |
| 09/03/09 | 2.50 | Meeting with ALIX, Chadbourne, James Sottile, Peter Kolker and Thomas Macauley regarding solvency analysis. |
| 09/04/09 | 0.50 | Telephone conferences and e-mails regarding retention. |
| 09/04/09 | 0.60 | Review work assignments and e-mail Marshall Wolff, et al. regarding same. |
| 09/04/09 | 1.70 | Work on financial analysis, including review and work on questions regarding ALIX presentation. |
| 09/05/09 | 2.50 | Review financial materials. |
| 09/06/09 | 3.00 | Review deal documents and analyze. |
| 09/08/09 | 1.40 | Make preparations for meetings with Messrs. Golden and Rosner, including review of e-mails from David Rosner and e-mail discussion with Messrs. Seife and LeMay. |
| 09/08/09 | 0.40 | Review memo regarding document productions. |
| 09/08/09 | 0.40 | Meeting with Andrew Goldfarb regarding status of projects. |

| 09/08/09 | 0.30 | E-mails regarding Rule 2004 hearing. |
|---|---|---|
| 09/09/09 | 0.40 | Review e-mails regarding legal issue on solvency analysis. |
| 09/09/09 | 0.90 | Review e-mails, prepare for and attend telephone conference with James Sottile, Ashley and Theodore Zink regarding interview ground rules. |
| 09/09/09 | 3.20 | Prepare for meeting with Messrs. Rosner and Golden, including review of draft Rule 2004 stipulation and meeting with Thomas Macauley. |
| 09/09/09 | 0.80 | Review draft financial presentation. |
| 09/09/09 | 0.40 | Consider work assignments and telephone conference with Peter Kolker regarding complaint. |
| 09/09/09 | 0.70 | Analyze and confer with Thomas Macauley regarding financial issues regarding guarantees and intercompany accounts. |
| 09/09/09 | 0.90 | Review draft materials from financial advisor for UCC meeting. |
| 09/10/09 | 0.70 | E-mails and review protocol from David Rosner and Kasowitz regarding cooperation. |
| 09/10/09 | 1.30 | Telephone conferences and e-mails with Katz and confer with Messrs. Seife, LeMay, Sottile regarding Rule 2004 Motion and meetings with lenders. |
| 09/10/09 | 4.50 | Review materials and prepare for and attend UCC meeting. |
| 09/11/09 | 1.30 | Work on Rule 2004 response. |
| 09/11/09 | 0.30 | Telephone conference with Davis Polk regarding Rule 2004 Motion. |
| 09/11/09 | 0.70 | E-mails Rosner and telephone conference with Messrs. Rosner, Golden, et al. regarding Rule 2004 resolution. |
| 09/11/09 | 2.20 | Prepare for interview, including review documents. |
| 09/11/09 | 1.20 | Prepare for telephone conference and telephone conference with Davis Polk and Chadbourne regarding meeting protocol. |
| 09/13/09 | 0.40 | Review e-mails regarding questions for financial advisor. |
| 09/14/09 | 3.50 | Prepare for interview, including review documents, e-mails with co-counsel and confer with James Sottile. |
| 09/14/09 | 2.30 | E-mails regarding Rule 2004 and review draft affidavit and cooperation brief and comment. |

| | | |
|---|---|---|
| 09/15/09 | 0.70 | Telephone conferences and e-mails with Thomas Macauley and David LeMay regarding draft opposition brief. |
| 09/15/09 | 3.50 | Prepare for meetings with debtor, including review documents, outline and confer with James Sottile. |
| 09/15/09 | 2.50 | Meeting with ALIX partners regarding financial analysis. |
| 09/15/09 | 5.00 | Meeting with Mark Ashley, Theodore Zink, debtor and advisors. |
| 09/15/09 | 0.70 | Confer with debtor's counsel, including Bryan Krakauer, and Mark Ashley, Theodore Zink, James Sottile regarding Rule 2004 motion and plan process. |
| 09/15/09 | 0.60 | E-mails with David Rosner, Sharon Katz, et al. regarding Rule 2004 motion. |
| 09/16/09 | 1.70 | Work on presentation from ALIX, including review draft, and e-mails regarding edits. |
| 09/16/09 | 1.40 | Review research on solvency analysis, including e-mails with Theodore Zink and review draft research memos. |
| 09/16/09 | 0.50 | Contact David LeMay and confer with Thomas Macauley regarding response to Rule 2004 and GWB affidavit. |
| 09/16/09 | 1.30 | Confer with Messrs. Kolker, Goldfarb, Macauley and Sottile regarding factual and legal issues affecting claims and complaint. |
| 09/16/09 | 2.20 | Work on resolution of Rule 2004 Motion, including review draft protocol and draft stipulation and conference agreements from David Rosner, telephone call with David Rosner, telephone conference with Messrs. Rosner, Krakauer and Sharon Katz, and telephone call with David LeMay. |
| 09/17/09 | 1.30 | Work on Rule 2004 resolution with Law Debenture, including review and revise draft protocol and confer with Chadbourne regarding same and e-mails with David Rosner. |
| 09/17/09 | 3.20 | Prepare for meeting with Lenders and ALIX, review materials and confer with James Sottile. |
| 09/17/09 | 2.60 | Meeting with ALIX, Howard Seife, David LeMay, Ashleigh Blaylock, Theodore Zink, and Moelis. |
| 09/17/09 | 0.70 | Confer with Howard Seife regarding UCC meeting and attend UCC meeting. |
| 09/17/09 | 2.00 | Attend Lenders meeting. |

| 09/18/09 | 0.80 | Meeting with team regarding status of investigation and litigation plan. |
|---|---|---|
| 09/18/09 | 0.40 | Review materials regarding loan document review. |
| 09/18/09 | 0.70 | Review materials regarding FCC submission. |
| 09/18/09 | 0.50 | Work on document productions, including review e-mail regarding status of responses. |
| 09/18/09 | 0.40 | E-mails regarding request for information from JPM financial advisor. |
| 09/18/09 | 0.70 | Work on Rosner stipulation and Rule 2004 motion. |
| 09/18/09 | 1.10 | Prepare for meeting with financial advisor and e-mails regarding issues. |
| 09/19/09 | 3.40 | Review documents regarding financial analysis. |
| 09/20/09 | 2.50 | Review documents regarding financial analysis and solvency opinions in preparation for meeting with financial advisor. |
| 09/20/09 | 0.60 | Draft memo regarding discovery. |
| 09/20/09 | 0.60 | E-mails with ALIX and team regarding document review and legal issues. |
| 09/21/09 | 1.60 | Work on document productions, including review of draft e-mail regarding open items and correspondence from Winston regarding VRC productions. |
| 09/21/09 | 1.80 | Work on resolution of Rule 2004 motion, including telephone conferences with Bryan Krakauer, and review and revise draft confidentiality agreements and stipulation, and e-mail exchanges with David Rosner. |
| 09/21/09 | 0.60 | Attend to request for documents from debtor's advisor. |
| 09/21/09 | 0.50 | Analyze need for and targets of testimonial evidence. |
| 09/22/09 | 6.50 | Prepare for and attend meeting with ALIX, ZS team, Messrs. Zink and Ashley regarding financial analysis of solvency opinions and intercompany analysis. |
| 09/22/09 | 2.10 | Work on responses and settlement of to Rule 2004 motion, including review numerous e-mails and draft stipulations and confidentiality orders, and telephone conferences with Messrs. Rosner and LeMay. |
| 09/22/09 | 0.70 | Telephone conference with committee professionals. |
| 09/22/09 | 0.30 | E-mails with Messrs. Goldfarb and Schwinger regarding document production issues. |

| 09/23/09 | 0.70 | Prepare for telephone conference with Howard Seife and telephone conference with Messrs. Seife and Sottile regarding status of claim evaluation. |
| 09/23/09 | 1.40 | Analyze subsidiary guarantee issues, including confer with Marshall Wolff regarding terms of guarantees and e-mail discussion with Messrs. Sottile and Macauley. |
| 09/23/09 | 1.20 | Work on stipulation resolving Rule 2004 Motion, including review of numerous e-mails from parties to stipulation and draft changes, review confidentiality agreement. |
| 09/23/09 | 0.90 | Review, revise and edit draft cooperation protocol with Centerbridge and Law Debenture, and e-mails to David Rosner and Chadbourne & Park regarding same. |
| 09/23/09 | 0.50 | Confer with Andrew Goldfarb regarding work assignments and review status report regarding same. |
| 09/24/09 | 0.50 | Participate in committee weekly telephone conference. |
| 09/24/09 | 1.40 | Review e-mails internally and confer with Marshall Wolff regarding analysis of subsidiary guarantee issues. |
| 09/24/09 | 0.20 | Telephone message from UCC member. |
| 09/24/09 | 0.30 | E-mails with Messrs. Schwinger and Goldfarb regarding VRC document production. |
| 09/25/09 | 1.90 | Work on common interest agreement, including review and revise draft, and telephone conference with Chadbourne & Park regarding comments and edits. |
| 09/25/09 | 0.80 | Analyze legal and factual issues regarding subsidiary guarantors. |
| 09/25/09 | 0.30 | E-mails regarding interview. |
| 09/25/09 | 0.30 | E-mails with Andrew Goldfarb and internal regarding financial analysis. |
| 09/25/09 | 0.40 | Review revised memo regarding lender issues. |
| 09/25/09 | 0.60 | Review materials regarding FCC filing; e-mails internal and with Chadbourne & Park. |
| 09/27/09 | 2.50 | Review e-mail and draft complaint and comment and revise. |
| 09/27/09 | 1.80 | Draft memo regarding subordination and guarantee obligations. |
| 09/28/09 | 1.10 | Work on intercompany analysis, including conference with James Sottile and review of e-mails from ALIX. |

| 09/28/09 | 1.20 | Review, revise and comment on draft complaint, and e-mail team regarding same. |
|---|---|---|
| 09/28/09 | 0.80 | Review and revise draft common interest agreement and e-mail Chadbourne and Parke and telephone conference with David LeMay regarding same. |
| 09/28/09 | 0.80 | Consider Rule 2004 examination targets and confer with James Sottile and telephone conference with David LeMay regarding same. |
| 09/28/09 | 0.50 | Review deal documents. |
| 09/29/09 | 1.90 | Work on witness list for Rule 2004 exam and review documents from database. |
| 09/29/09 | 1.60 | Prepare for a meeting with team regarding draft complaint and other issues. |
| 09/29/09 | 0.30 | Messages from committee members and return calls. |
| 09/29/09 | 1.60 | Work on common interest issues, including review confidential agreements and e-mails regarding same, and review draft common interest agreement, and telephone conference with David Rosner. |
| 09/30/09 | 1.30 | Review and revise common interest agreement, including review changes from Chadbourne and e-mails from Chadbourne and to Messrs. Rosner and Golden. |
| 09/30/09 | 1.70 | Review repayment data and analyze. |
| 09/30/09 | 0.80 | Telephone conference with Jay Teitelbaum and draft memo regarding same. |
| 09/30/09 | 1.40 | Address banks' questions, including telephone conference with Messrs. Katz and Wagner, and e-mails with Katz and Chadbourne regarding same. |
| 09/30/09 | 0.70 | Document production issues, including review memo regarding document production by debtor and e-mails regarding same, and review e-mails regarding document productions by JPM. |
| 09/30/09 | 1.20 | Review legal memo regarding equitable subordination and e-mails to team regarding follow up. |

Nathan M. Berman

| 09/02/09 | 0.20 | Telephone conference with Tom Macauley regarding same and settlement payment issue. |
|---|---|---|

| 09/02/09 | 2.20 | Conduct legal research regarding entity liability for debt following LBO. |
| 09/03/09 | 1.30 | Revise memorandum regarding same. |
| 09/03/09 | 1.90 | Conduct additional legal research regarding 546(e) defense. |
| 09/05/09 | 4.30 | Revise 546(e) memorandum. |
| 09/05/09 | 2.90 | Conduct legal research regarding same. |
| 09/06/09 | 3.20 | Revise 546(e) memorandum. |
| 09/08/09 | 0.20 | Exchange e-mails with Andrew Goldfarb regarding 546(e) memorandum. |
| 09/08/09 | 3.40 | Revise 546(e) memorandum. |
| 09/09/09 | 2.90 | Research case law relating to guarantees. |
| 09/09/09 | 0.40 | Receipt and review of memorandum of law in support of motion to dismiss based upon 546(e) grounds in Lyondell matter. |
| 09/09/09 | 2.10 | Research in connection with same. |
| 09/11/09 | 0.20 | Exchange e-mail with Tom Macauley regarding 546(e) research. |

**Laura E. Neish**

| 09/29/09 | 0.40 | Review committee report. |
| 09/30/09 | 3.70 | Review Tribune report. |

**Virginia W. Guldi**

| 09/02/09 | 3.50 | Legal research regarding standing issues and timing of insolvency. |
| 09/02/09 | 0.50 | Meet with T. Macauley regarding same. |
| 09/02/09 | 0.50 | Review SEC filings regarding terms of LBO. |
| 09/09/09 | 0.50 | Draft memo regarding standing of trustee to pursue derivative claims against lenders. |
| 09/09/09 | 2.00 | Legal research regarding same. |
| 09/10/09 | 2.50 | Draft memo regarding standing of trustee to pursue derivative claims against lenders. |
| 09/14/09 | 2.70 | Draft memo regarding standing issues in the context of bankruptcy claims. |

| 09/25/09 | 2.00 | Draft memo regarding standing issues. |

**Martin G. Deptula**

| 09/08/09 | 0.50 | Review additional background materials relating to the LBO transaction. |
| 09/08/09 | 2.20 | Conduct legal research to determine viability of certain state-law cause of action. |
| 09/08/09 | 2.00 | Conduct legal research to determine viability of another state-law cause of action. |
| 09/08/09 | 1.50 | Follow up on legal research concerning settlement payment issue. |
| 09/08/09 | 1.20 | Update draft memorandum discussing viability of potential state law claims against the LBO lenders. |
| 09/09/09 | 2.80 | Update draft memorandum analyzing various state law claims against the LBO lenders. |
| 09/09/09 | 4.20 | Research state-law claims in LBO context under various state laws. |
| 09/22/09 | 5.80 | Attend meeting with co-counsel and Alix Partners and Zuckerman Spaeder's D.C. offices. |
| 09/23/09 | 1.70 | Review and analyze internal memorandum and correspondence contained in Zuckerman Spaeder files to acquire background knowledge of litigation. |
| 09/23/09 | 0.80 | Conduct document searches to locate various FCC submissions. |
| 09/24/09 | 4.30 | Search for documents regarding the filing of the Tribune's bankruptcy petition. |
| 09/24/09 | 1.80 | Assist Andrew Goldfarb in searching and reviewing documents submitted to the FCC by the Tribune in support of the Leveraged Buyout Transaction. |
| 09/25/09 | 2.50 | Review and analyze documents to locate relevant documents and news articles discussing the Tribune's bankruptcy filing. |
| 09/25/09 | 1.80 | Conduct legal research relating to various standing issues arising from potential state-law claims and the claims/losses that can be asserted on behalf of creditors. |
| 09/25/09 | 1.00 | Review and analyze documents submitted to the FCC pursuant to the leveraged buyout transaction. |

| 09/28/09 | 1.00 | Review and analyze documents submitted to the FCC pursuant to the leveraged buy-out transaction. |
| 09/28/09 | 1.50 | Review and analyze documents regarding Tribune's bankruptcy filing. |

**Scott A. Hanna**

| 09/18/09 | 0.20 | Meeting with P. Kolker regarding background of Tribune bankruptcy and parameters of upcoming document review. |
| 09/25/09 | 0.20 | Meeting with A. Goldfarb regarding background of Tribune bankruptcy and parameters of electronic document review regarding engagement letters of syndicating banks. |
| 09/28/09 | 4.20 | Electronic document review of Relativity database regarding engagement letters. |
| 09/28/09 | 0.50 | Draft email to A. Goldfarb regarding same. |
| 09/29/09 | 0.90 | Electronic document review of Relativity database regarding engagement letters. |
| 09/29/09 | 0.30 | Draft email to A. Goldfarb regarding same. |
| 09/30/09 | 2.70 | Electronic document review of Relativity database regarding key players at JPMorgan. |
| 09/30/09 | 0.70 | Review Preliminary Report to the Official Committee of Unsecured Creditors of Tribune regarding background of company and April 2007 transaction. |

**Rey Caling**

| 09/08/09 | 0.50 | Per A. Goldfarb's request, provide document review support in case map. |

**Kimberley Wilson**

| 09/03/09 | 0.10 | Pull case for Marshall Wolff. |
| 09/09/09 | 0.20 | Get two cases for Andrew Goldfarb. |
| 09/10/09 | 0.30 | Pull article for Andrew Goldfarb. |
| 09/16/09 | 0.80 | Research and pull discovery responses in another case relating to guarantee and contribution rights. |
| 09/24/09 | 0.30 | Get the Sam Zell transcript for Nicole Jackson. |

**Jeanne Trahan Faubell**

| 09/11/09 | 0.50 | Research in financial press and on the internet for articles describing or analyzing the nature, background, and context of the Tribune Co. ESOP transaction, for use in preparing the complaint. |
| 09/14/09 | 2.30 | Research internet regarding reports on ratings from and investigate on rating agencies. |

**Diana Gillig**

| 09/01/09 | 0.10 | Pull agenda from docket and forward same to T. Macauley. |
| 09/01/09 | 0.10 | Review docket regarding omnibus hearing dates. |
| 09/08/09 | 0.10 | Review Lyondell docket regarding adversary against banks. |
| 09/28/09 | 0.20 | Review related case Lyondell docket. |
| 09/30/09 | 0.20 | Review Lyondell docket. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

November 4, 2009

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:269527
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2009.

By Graeme W. Bush
    4.10  hours at  $725.00  per hour      $     2,972.50

By Thomas G. Macauley
    10.20  hours at  $570.00  per hour      $     5,814.00

By Diana Gillig
    5.60  hours at  $155.00  per hour      $     868.00

        TOTAL FEES      $     9,654.50

2414873.1

November 4, 2009                                                    Page 2

DESCRIPTION OF SERVICES                              CLIENT: 12464
                                                     MATTER: 0002

Thomas G. Macauley

| 09/01/09 | 0.20 | Analyze issues regarding same. |
| 09/01/09 | 0.50 | Prepare for US Trustee call. |
| 09/01/09 | 0.30 | Participate on call with J. McMahon, Chadbourne and Landis. |
| 09/01/09 | 0.10 | Review request from US Trustee regarding supplemental affidavit. |
| 09/02/09 | 0.10 | Review response from J. McMahon. |
| 09/02/09 | 0.90 | Draft supplemental declaration. |
| 09/02/09 | 0.10 | Contact J. McMahon regarding same. |
| 09/02/09 | 0.10 | Draft note to G. Bush regarding same. |
| 09/02/09 | 0.10 | Speak with him regarding same. |
| 09/02/09 | 0.10 | Draft note regarding same to Chadbourne and Landis. |
| 09/02/09 | 0.30 | Review comments and analyze issues regarding same. |
| 09/02/09 | 0.20 | Finalize declaration. |
| 09/02/09 | 0.10 | Draft note to J. McMahon regarding same. |
| 09/02/09 | 0.10 | Review 9/4 hearing agenda. |
| 09/02/09 | 0.20 | Exchange notes with D. LeMay regarding status. |
| 09/03/09 | 0.20 | Exchange notes with M. McGuire regarding certification of counsel on application. |
| 09/03/09 | 0.10 | Review order approving application. |
| 09/17/09 | 0.10 | Review note from Landis paralegal regarding fee application process. |
| 09/21/09 | 0.30 | Analyze issues regarding 1st monthly fee application. |
| 09/22/09 | 0.30 | Analyze issues and exchange notes with G. Bush regarding disclosures in time detail. |
| 09/23/09 | 0.40 | Draft note internally regarding billing of time to conform with local rules. |
| 09/23/09 | 0.20 | Draft note to D. LeMay regarding redaction of time detail. |
| 09/23/09 | 0.20 | Draft note to Chadbourne regarding same. |

| 09/23/09 | 0.20 | Review August time detail with attention to work product. |
| 09/24/09 | 0.20 | Review fee examiner and interim compensation orders. |
| 09/24/09 | 0.10 | Review responses from Chadbourne regarding time detail. |
| 09/24/09 | 0.50 | Review August time detail with attention to work product. |
| 09/25/09 | 1.80 | Review revised time detail with attention to work product and local rule compliance. |
| 09/28/09 | 0.10 | Review interim compensation order. |
| 09/28/09 | 0.10 | Review local rules. |
| 09/28/09 | 0.30 | Work on monthly fee application. |
| 09/29/09 | 0.20 | Analyze issues regarding fee application. |
| 09/30/09 | 1.10 | Work on August monthly fee application. |
| 09/30/09 | 0.20 | Analyze issues regarding information in monthly fee application. |
| 09/30/09 | 0.20 | Exchange notes with G. Bush regarding application. |

Graeme W. Bush

| 09/01/09 | 0.90 | Prepare for call with UST and telephone conference with Messrs. McMahon, Seife, LeMay, Macauley and Landis. |
| 09/03/09 | 0.60 | E-mails and conferences with David LeMay regarding retention application and Order from Court. |
| 09/22/09 | 0.40 | E-mails with Thomas Macauley regarding fee application and review billing entries. |
| 09/23/09 | 0.30 | E-mails with Thomas Macauley regarding billing. |
| 09/29/09 | 0.70 | Review draft billing exhibit for fee application. |
| 09/30/09 | 1.20 | Review draft fee application and billing records and e-mails with Thomas Macauley regarding same. |

Diana Gillig

| 09/11/09 | 0.10 | Review docket regarding Zuckerman's retention. |
| 09/11/09 | 0.10 | Forward order regarding retention of Zuckerman to A. Goldfarb. |
| 09/28/09 | 0.50 | Revise invoices regarding Zuckerman's first fee application. |
| 09/28/09 | 0.10 | Contact accounting regarding invoices. |

November 4, 2009                                                                                                Page 4

| 09/28/09 | 0.50 | Review costs and prepare itemization exhibit regarding Zuckerman's first fee application. |
|---|---|---|
| 09/28/09 | 1.40 | Draft Zuckerman's first monthly fee application. |
| 09/29/09 | 1.60 | Continue drafting Zuckerman's fist fee application. |
| 09/30/09 | 0.70 | Draft Zuckerman's first fee application. |
| 09/30/09 | 0.30 | Draft certificate of service for Zuckerman's 1st fee application. |
| 09/30/09 | 0.30 | Revise Zuckerman's 1st monthly fee application. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

November 4, 2009

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:269528
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2009.

| | | |
|---|---|---|
| By Graeme W. Bush<br>13.00  hours at  $725.00  per hour | $ | 9,425.00 |
| By James Sottile<br>26.10  hours at  $650.00  per hour | $ | 16,965.00 |
| By Thomas G. Macauley<br>10.90  hours at  $570.00  per hour | $ | 6,213.00 |
| TOTAL FEES | $ | 32,603.00 |

2414882.1

November 4, 2009                                                                                              Page 2

DESCRIPTION OF SERVICES                                                       CLIENT: 12464
                                                                             MATTER: 0003

James Sottile

| 09/03/09 | 3.00 | Travel to New York for meeting with committee professionals. |
| 09/03/09 | 3.00 | Travel to DC following meeting. |
| 09/10/09 | 3.50 | Travel to New York for meeting of unsecured creditor's committee. |
| 09/10/09 | 3.10 | Travel to DC following meeting of unsecured creditors committee. |
| 09/15/09 | 3.00 | Travel to Chicago. |
| 09/15/09 | 4.00 | Travel back to DC. |
| 09/17/09 | 2.50 | Travel to New York for meetings. |
| 09/17/09 | 4.00 | Travel back to D.C. |

Thomas G. Macauley

| 09/09/09 | 1.60 | Travel to New York for meetings. |
| 09/10/09 | 2.80 | Return from New York meetings. |
| 09/16/09 | 2.60 | Travel to/from Washington DC for internal meetings. |
| 09/22/09 | 3.90 | Travel to/from Washington for meetings. |

Graeme W. Bush

| 09/03/09 | 1.50 | Travel to New York, NY for meeting with committee professionals. |
| 09/04/09 | 2.00 | Travel to Washington, DC from New York, NY. |
| 09/09/09 | 1.50 | Travel to New York, NY for committee meeting. |
| 09/10/09 | 1.50 | Travel to Washington, DC from New York, NY. |
| 09/15/09 | 2.50 | Travel to and from Chicago, IL. |
| 09/17/09 | 4.00 | Travel to and from New York, NY for meetings. |