# EXHIBIT B

416453.1

Tribune Company
Zuckerman Spaeder LLP
2nd Monthly Fee Application
Period 9/1/09-9/30/09

| EXPENSES | AMOUNT | DATE OF SERVICE | ATTORNEY | TOTALS |
|---|---|---|---|---|
| | | | | |
| TRAIN | $ 209.60 | 9/8/2009 | | |
| | | | | |
| Total | $ 209.60 | | | $ 209.60 |
| | | | | |
| AIR TRAVEL | $ 1,460.20 | 9/14/2009 | | |
| | | | | |
| Total | $ 1,460.20 | | | $ 1,460.20 |
| | | | | |
| HOTEL | 325.64 | 9/8/2009 | | |
| | 958.66 | 9/14/2009 | | |
| | $ 269.08 | 9/29/2009 | | |
| | | | | |
| Total | $ 1,553.38 | | | $ 1,553.38 |
| | | | | |
| TAXI SERVICE | $ 44.70 | 9/8/2009 | | |
| | $ 154.00 | 9/14/2009 | | |
| | $ 70.00 | 9/29/2009 | | |
| | | | | |
| Total | $ 268.70 | | | $ 268.70 |
| | | | | |
| MEALS / MISC | $ 4.30 | 9/8/2009 | Tips | |
| | $ 40.00 | 9/17/2009 | Baggage Fee | |
| | $ 96.00 | 9/29/2009 | Meals | |
| | | | | |
| Total | $ 140.30 | | | $ 140.30 |
| | | | | |
| LOCAL TRAVEL - ARNOW TRANSP. | $ 77.00 | 9/15/2009 | | |
| | | | | |
| Total | $ 77.00 | | | $ 77.00 |
| | | | | |
| INHOUSE COPY | $ 1.00 | 9/9/2009 | | |
| | $ 2.70 | 9/10/2009 | | |
| | $ 190.00 | 9/11/2009 | | |
| | $ 0.10 | 9/14/2009 | | |
| | $ 8.00 | 9/18/2009 | | |
| | $ 393.00 | 9/22/2009 | | |
| | | | | |
| Total | $ 594.80 | | | $ 594.80 |
| | | | | |
| WESTLAW RESEARCH | $ 6,973.89 | 8/31/2009 | | |
| | | | | |
| Total | $ 6,973.89 | | | $ 6,973.89 |
| | | | | |
| LEXIS RESEARCH | $ 1,143.28 | 8/31/2009 | | |
| | | | | |
| Total | $ 1,143.28 | | | $ 1,143.28 |
| | | | | |
| LONG DISTANCE CALLS | $ 1.32 | 9/2/2009 | | |
| | $ 2.28 | 9/3/2009 | | |
| | $ 1.20 | 9/9/2009 | | |
| | $ 2.88 | 9/11/2009 | | |
| | $ 3.96 | 9/14/2009 | | |
| | $ 5.52 | 9/16/2009 | | |
| | $ 8.52 | 9/22/2009 | | |
| | $ 3.60 | 9/23/2009 | | |
| | $ 5.04 | 9/25/2009 | | |
| | $ 1.68 | 9/28/2009 | | |
| | $ 1.68 | 9/29/2009 | | |
| | $ 1.68 | 9/30/2009 | | |
| Total | $ 39.36 | | | $ 39.36 |
| | | | | |

Zuckerman Spaeder LLP
2nd Monthly Fee Application
Period 9/1/09-9/30/09

| | | | | |
|---|---|---|---|---|
| SECRETARIAL OVERTIME | $ 60.00 | 9/11/2009 | | |
| Total | $ 60.00 | | | $ 60.00 |
| GRAND TOTAL | | | | $ 12,520.51 |