# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Related to Docket Nos. 235, 481 and 2333 |

## SUPPLEMENTAL DECLARATION OF PHILIP A. PROGER

Phillip A. Proger declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at law admitted and in good standing to practice law in the State of Ohio and the District of Columbia.

2. I am a partner in the law firm of Jones Day ("Jones Day"), and I am duly authorized to make this additional declaration (the "Supplemental Declaration") on behalf of Jones Day.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

3.      On December 8, 2008 (the "Petition Date"), all of the above-captioned debtors and debtors-in-possession (collectively, the "Initial Debtors") except for Chicago National League Ball Club, LLC ("CNLBC") each filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 USC §§ 101-1532 (as amended, the "Bankruptcy Code"). On January 15, 2009, the Initial Debtors filed an application to retain Jones Day as special counsel for certain litigation matters pursuant to §§ 327 and 1107 of the Bankruptcy Code [Docket No. 235] (the "Retention Application"). The Retention Application was accompanied by a declaration, which contained disclosures and representations required under § 327(a) of the bankruptcy Code and Bankruptcy Rules 2014(a) and 2016 (the "Initial Declaration").

## CNLBC Supplemental Disclosure

4.      On October 12, 2009 CNLBC filed its voluntary petition under Chapter 11 of the Bankruptcy Code. On October 14, 2009, the court entered an order [Docket No. 2333] (the "CNLBC Order") directing that the chapter 11 case of CNLBC be jointly administered with the cases of the Initial Debtors (collectively, the "Debtors"). Pursuant to the CNLBC Order, it is necessary for Jones Day to submit this supplemental disclosure so that the retention of Jones Day as special counsel can be extended to CNLBC. Accordingly, I now submit this additional Supplemental Declaration with respect to certain additional interested or potentially interested parties.

5.      Attached hereto as Exhibit A is a supplemental list of interested parties, provided by the Debtors in conjunction with the CNLBC case. Attached hereto as Exhibit B is a supplemental list of current and former clients and affiliates thereof that have been or are being represented by Jones Day in matters unrelated to the Debtors' cases. Exhibit B supplements the affidavit I submitted in connection with the Retention Application.

## Other Supplemental Disclosures

6.  This Supplemental Declaration further discloses 39 additional connections. Jones Day is representing the following parties in capacities which are completely unrelated to the Debtors' bankruptcy proceedings and the services being performed for the Debtors by Jones Day:

(1) Gulf South Pipeline Company LP
(2) Sony Pictures Entertainment
(3) Aegon USA Realty Advisors, Inc
(4) Morgan Stanley Realty Inc.
(5) Scotia Fondos, S.A. de C.V., Sociedad Operadora de Sociedades de Inversion, Grupo Financiero Scotiabank Inverlat
(6) Stichting Pensioenfonds ABP
(7) Mitsui Life Insurance Company Limited
(8) Franklin Advisers, Inc.
(9) Patriarch Partners Management Group, LLC
(10) Emergency Medical Services Corporation
(11) Unicredit Banca SpA
(12) Ad Hoc Committee of DX Mezzanine Lenders (the committee includes, among others, European Capital Financial Services ltd and Babson Capital Europe LTD)
(13) Neuberger Investment Management Japan Limited
(14) Primus Financial Holding Company Limited
(15) CBIZ, Inc.
(16) Canyon Capital Advisors LLC
(17) Citizens Financial Group, Inc.
(18) Bain Capital Inc.
(19) GlaxoSmithKline Plc
(20) Rabobank
(21) Hero Corporate Service Limited
(22) Ford Motor company
(23) Hy-Ko Products Company
(24) Pentwater Capital Management, LP
(25) Deutsche Telekon AG
(26) Ad Hoc Committee for the Subordinated Creditors in the potential restructuring of the Hellas Telecommunications Group (the committee includes, among others, Pioneer Investment and Aladdin Capital Management UK LLP)
(27) ValleyCrest Companies
(28) Ad Hoc Committee of Noteholders of Chemtura Corp. (the committee includes, among others, R3/Blackrock, Inc., Marathon Asset Management,

|       |                                                                                                                                                                                  |
|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | Knighthead Capital, Gruss Asset Management, York Capital and Fidelity Investments)                                                                                               |
| (29)  | Viveris                                                                                                                                                                          |
| (30)  | Volkswagon AG                                                                                                                                                                    |
| (31)  | Husky Injection Molding Systems Asia-Pacific Ltd                                                                                                                                 |
| (32)  | CitiGroup, Inc.                                                                                                                                                                  |
| (33)  | Ad Hoc Committee of Noteholders of Station Casinos Inc. (the committee includes, among others, Oaktree Capital Management LP, Serengeti Asset Management LP and Western Asset Management Co.) |
| (34)  | Twentieth Century Fox Film Corporation                                                                                                                                           |
| (35)  | Threadneedle Property Investments Limited                                                                                                                                        |
| (36)  | Neuberger Berman LLC                                                                                                                                                             |
| (37)  | Oaktree Capital Management, L.P.                                                                                                                                                 |
| (38)  | Barclays Bank PLC                                                                                                                                                                |
| (39)  | The Weinstein Company                                                                                                                                                            |

## Conclusion

7.      Except as specifically disclosed in this Supplemental Declaration and the Initial Declaration, to the best of my knowledge, information and belief formed after reasonable inquiry by Jones Day attorneys acting under my direction, and except as otherwise set forth herein or in the Initial Declaration or the exhibits attached thereto, the partners, counsel, and associates of Jones Day: (i) do not have any connection with the Debtors, their creditors, any other parties-in-interest known to me, their respective attorneys and accountants, the United States Trustee for Region 3 (the "United States Trustee"), or any person employed in the office of the United States Trustee, in accordance with Bankruptcy Rule 2014(a) and (ii) do not hold or represent any interest adverse to the Debtors or their estates with respect to the Litigation Matters (as defined in the Initial Declaration) on which Jones Day is to be employed and retained in accordance with § 327(e) of the Bankruptcy Code. Accordingly, I believe that Jones Day remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or to the estates with respect to the matters on which it is to be retained.

8. To the extent that I become aware of any additional connections and/or relations that may be relevant to Jones Day's representation of the Debtors, I will file an additional Supplemental Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2009

*P. [signature]*
_____
Phillip A. Proger, Esq.

# EXHIBIT A

## SUPPLEMENTAL TO SCHEDULE 1 FOR
## FIRST SUPPLEMENTAL DISCLOSURE REGARDING THE
## COMBINED TRIBUNE DEBTORS AS OF OCTOBER 20, 2009

### TRIBUNE COMPANY, *ET AL.*

### INTERESTED PARTIES

**Debtor**

Chicago National League Ball Club LLC

**Debtor's Current and Former Directors and Officers**

Harry A. Amsden
Chandler Bigelow III
David P. Eldersveld
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman
Michael R. Lufrano
Mark E. McGuire
John F. Poelking
Jodi L. Reischl
Jack Rodden
Patrick M. Shanahan
Gerald A. Spector

**Counterparties to Formation Agreement**

Chicago Cubs Dominican Baseball Operations LLC
Chicago National League Ball Club LLC
Diana-Quentin LLC
RAC Education Trust OSA LLC
Ricketts Acquisition LLC
Tribune Company
Tribune Sports Network Holdings LLC
Wrigley Field Premium Ticket Services LLC

**Twenty Largest Unsecured Creditors**

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International, Inc.
Hampton Inn and Suites
JPMorgan Chase Bank, N.A.
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation
Northwestern Memorial Hospital
Profinancial Services, Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

CHI-1688738v3

# EXHIBIT B

## SUPPLEMENT TO SCHEDULE 2 FOR
## FIRST SUPPLEMENTAL DISCLOSURE REGARDING
## THE COMBINED TRIBUNE DEBTORS AS OF OCTOBER 20, 2009

### TRIBUNE COMPANY, *ET AL.*

### SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS UNRELATED TO THE COMBINED TRIBUNE DEBTORS OR THEIR CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[2]** | | |
| Chicago Cubs Charities<br><br>Chicago Cubs Dominican Baseball Operations LLC | Large Unsecured Creditor<br><br>Counterparty to Formation Agreement | • An individual affiliated with related entity Chicago Cubs Baseball Franchise is a current Jones Day client (opened 2009). |
| Hampton Inn and Suites | Large Unsecured Creditor | • Affiliated entity Hampton Inn Tropicana is an affiliated entity of current client *Jackson-Shaw Company*. |

---

[2] The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

CLI-1753850v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *JPMorgan Chase Bank, N.A.* | Large Unsecured Creditor | - *JPMorgan Chase Bank, N.A.* is: (a) a current client; and (b) a joint venture participant with current client *Anchor Capital Investment LLC*;<br>- Parent company *JPMorgan Chase, National Association* is: (a) a current client; and (b) a stockholder of former client Geobiotics LLC (closed 2009);<br>- Affiliate company *JPMorgan Securities Limited* is a current client;<br>- Affiliate company *Bear Stearns & Co., Inc.* is: (a) a current client; and (b) a stockholder of current clients *Hilite International, Inc.* and *International Automotive Components Group LLC*;<br>- Affiliate companies Bear Stearns Investment Products, Inc. and Bear Stearns Credit Products, Inc. are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br>- Affiliate company JPMorgan Europe Limited is a member of current client *Ad Hoc Committee of Autodis Mezzanine Bondholders*;<br>- Affiliate company JPMorgan Capital is a stockholder of former client Nexpak Corporation (closed 2009); and<br>- Affiliate companies JPMorgan Partners Asia (closed 2007); Chase Bank of Texas, N.A., JPMorgan Australia Securities Ltd. and Washington Mutual Bank, F.A. (all closed 2008); and JPMorgan Plc, JPMorgan Cazenove Limited and One Equity Partners II, L.P. (all closed 2009) are former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Merrill Lynch Capital Corporation | Large Unsecured Creditor | - Parent company **Bank of America Corporation** is: (a) a current client; and (b) a stockholder of former client Giant Industries, Inc. (closed 2009);<br>- Affiliate companies **DSP Merrill Lynch Limited**, **Merrill Lynch Asia Pacific Ltd.**, **Merrill Lynch Europe Plc** and **Merrill Lynch International** are current clients;<br>- Affiliate company **Merrill Lynch & Co., Inc.** is: (a) a current client; (b) a co-client with current client **CS First Boston, Inc.**; and (c) the employer of four individuals who are former Jones Day clients (all closed 2008);<br>- Affiliate company Merrill Lynch Pierce Fenner & Smith is the employer of two individuals who are current Jones Day clients (both opened 2007);<br>- Affiliate company Merrill Lynch Credit Products LLC is a member of current client **Bi-Lo Ad Hoc Committee**;<br>- Affiliated entities Merrill Lynch Debt Strategies Fund II, Inc., Merrill Lynch Global Investment Series and Merrill Lynch Senior Floating Rate Portfolio are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br>- Affiliate company Banc of America Securities LLC is: (a) a stockholder of current client **International Automotive Components Group LLC**; and (b) a former member of former client Murray Energy Ad Hoc Committee (closed 2009); and<br>- Affiliate companies BA Capital Advisors Limited and Merrill Lynch International (Australia) Limited are former clients (both closed 2007). |
| *Northwestern Memorial Hospital* | Large Unsecured Creditor | - *Northwestern Memorial Hospital* and *Illinois Finance Authority* are current co-clients. |