IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, *et al.* ) | Case No. 08-13141 (KJC) |
| ) | |
| Debtors. ) | Jointly Administred |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Stevens & Lee, P.C., hereby withdraws its appearance as counsel for CF 4242 Bryn Mawr LLC in the referenced case. Please serve no further documents upon Stevens & Lee, P.C.

Dated: November 5, 2009

Respectfully submitted,

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P. C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
Email: jhh@stevenslee.com

*Counsel for CF 4242 Bryn Mawr LLC*