**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| TRIBUNE COMPANY, <u>et al.</u>,1 ) | Case No. 08- 13141 (KJC) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) | **Objection Deadline:** |
| ) |  **November 27, 2009** |
| ) | Hearing Date:  N/A |

**NINTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

Name of Applicant:                                       Alvarez & Marsal North America, LLC

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Speciality Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404): KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publisher Forests Products Co. of  Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368): The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720): TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | February 13, 2009 effective as of December 8, 2008 |
| Period for which compensation and reimbursement are sought: | September 1, 2009 through September 30, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $  528,887.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $      3,204.71 |

This is an:     _X_ monthly     ___ interim     ___ final application.

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | $423,110.00 |
| Expenses at 100% | 3,204.71 |
| Total: | $426,314.71 |

| Prior Applications | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
| 3/20/09 [558] | 12/8/2008 through 1/31/2009 | $1,750,295.00 | $8,959.29 | 4/15/2009 [1026] | $1,400,556.00 | $8,959.29 | $350,139.00 |
| 4/3/2009 [858] | 2/1/2009 through 2/28/2009 | $1,061,861.00 | $17,085.39 | 4/29/2009 [1106] | $ 849,488.80 | $17,085.39 | $212,372.20 |
| 4/29/2009 [1115] | 3/1/2009 through 3/31/2009 | $1,294,259.00 | $10,403.66 | 5/22/2009 [1227] | $1,035,407.20 | $10,403.66 | $258,851.80 |
| 6/5/2009 [1301] | 4/1/2009 through 4/30/2009 | $1,068,295.00 | $10,099.00 | 6/30/2009 [1666] | $854,636.00 | $10,099.00 | $213,659.00 |
| 7/7/2009 [1691] | 5/1/2009 through 5/31/2009 | $701,658.50 | $6,207.84 | 7/30/2009 [1870] | $561,326.80 | $6,207.84 | $140,331.70 |
| 8/17/2009 [1969] | 6/1/2009 through 6/30/2009 | $646,794.00 | $7,002.20 | 9/11/2009 [2108] | $517,435.20 | $7,002.20 | $129,358.80 |
| 9/8/2009 [2102] | 7/1/2009 through 7/31/2009 | $700,890.00 | $7,170.36 | 10/1/2009 [2257] | $560,712 | $7,170.36 | $140,178.00 |
| 9/25/2009 [2228] | 8/1/2009 through 8/31/2009 | $598,529.50 | $1,976.25 | 10/19/2009 [2384] | $478,823.60 | $1,976.25 | $119,705.90 |

*SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009*

## SUMMARY OF TIME & FEES BY PROFESSIONAL

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| *Restructuring* | | | | |
| Tom Hill | Managing Director | $700 | 91.9 | $64,330.00 |
| Brian Whittman | Managing Director | $650 | 93.9 | $61,035.00 |
| Steve Kotarba | Managing Director | $475 | 62.0 | $29,450.00 |
| Anthony Alvizu | Senior Director | $525 | 1.0 | $525.00 |
| Jodi Ehrenhofer | Director | $375 | 186.7 | $70,012.50 |
| Mark Zeiss | Director | $350 | 28.1 | $9,835.00 |
| Jonathan Scheffrahn | Manager | $400 | 8.1 | $3,240.00 |
| Robert Spigner | Manager | $325 | 20.8 | $6,760.00 |
| Richard Stone | Sr. Associate | $400 | 197.4 | $78,960.00 |
| Stuart Kaufman | Sr. Associate | $400 | 123.2 | $49,280.00 |
| Nicholas Rothrock | Sr. Associate | $350 | 18.3 | $6,405.00 |
| Matt Frank | Associate | $350 | 152.8 | $53,480.00 |
| Richard Niemerg | Consultant | $300 | 1.4 | $420.00 |
| Jeff Sielinski | Consultant | $275 | 33.0 | $9,075.00 |
| Andrew Whitney | Consultant | $250 | 14.6 | $3,650.00 |
| Jeff Gilleland | Consultant | $250 | 61.5 | $15,375.00 |
| Mark Berger | Analyst | $300 | 95.4 | $28,620.00 |
| Sean Hough | Analyst | $300 | 90.6 | $27,180.00 |
| Lauren Hoeflich | Consultant | $275 | 5.1 | $1,402.50 |
| Angela Bergman | Consultant | $250 | 7.0 | $1,750.00 |
| Elizabeth Johnston | Analyst | $250 | 20.2 | $5,050.00 |
| Mary Napoliello | Paraprofessional | $185 | 16.5 | $3,052.50 |
| **Total** | | | **1,329.5** | **$528,887.50** |
| | **Blended Rate $397.81** | | | |

4

## SUMMARY OF TIME & FEES BY MATTER CODE

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| Accounting | Address accounting cut-off issues and liabilities subject to compromise. | 15.1 | $6,740.00 |
| AP/Vendor Issues | Accounts Payable, Vendor, and Payroll issues other than those related to contracts. | 151.3 | $52,315.00 |
| Avoidance Actions | Assist the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code. | 152.5 | $61,375.00 |
| Business Plan | Assist the Debtors with the preparation of the business plan and performing analysis for potential strategic alternatives. | 14.5 | $8,055.00 |
| Cash Flow | Assist the Debtors with preparation of the cash management motion, preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. | 6.7 | $3,890.00 |
| Claims | Prepare for the claims bar date and reviewing claims filed against the Debtor. | 252.6 | $92,072.50 |
| Communication | Assist the Debtor with Communication documents. | 12.1 | $4,840.00 |
| Contract | Assist the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, and with the analysis of contract rejection claims. | 2.8 | $1,915.00 |
| Creditor | Preparation for and attendance at meetings or calls with secured or unsecured creditors and their advisors on mattes other than information requests. | 106.3 | $49,160.00 |
| Disposition | Assist the Debtors with non-core asset dispositions. | 463.4 | $178,757.50 |
| Electronic Discovery | Assist the Debtors and Debtors counsel with an information request from the Unsecured Creditors Committee of the Tribune Company which included the collection of electronic data from numerous custodians, the processing of the data into a standard review format, analysis of the data, and production to Debtors counsel for review. | 27.4 | $10,170.00 |
| Employee | Assist the Debtors with employee communications, development of severance and retention plans, and related matters. | 2.0 | $1,160.00 |
| Fee Application | Preparation of monthly and interim fee applications in accordance with court guidelines. | 18.7 | $4,202.50 |
| Leases and Real Estate | Assist the Debtors with business unit profitability analysis and determination of potential leases to assume or reject, and analysis of cure costs, and analysis of potential rejection claims. | 5.7 | $2,785.00 |
| Liquidation Analysis | Assist the Debtors with liquidation analysis. | 10.8 | $4,320.00 |

| | | | |
|---|---|---|---|
| Monthly Operating Report | Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. | 40.7 | $17,550.00 |
| Motions | Research for and preparation of Motions. | 10.0 | $4,790.00 |
| Operations | Assist the Debtors with various matters associated with implementing their business plan. | 16.8 | $11,540.00 |
| Plan of Reorganization | Assist the Debtors in the preparation of the plan of reorganization. | 17.1 | $11,300.00 |
| Travel | Billable travel time (reflects 50% of time incurred). | 3.0 | $1,950.00 |
| | **Total** | **1,329.5** | **$528,887.50** |
| | **Blended Rate $397.81** | | |

## SUMMARY OF EXPENSES BY CATEGORY

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Airfare | Various | $289.20 |
| Lodging | Various | $425.57 |
| Meals | Various | $1,326.57 |
| Miscellaneous | Various | $96.92 |
| Transportation | Various | $1,066.45 |
| Total | | **$3,204.71** |

Annexed hereto are the following schedules for total compensation and reimbursement of expenses sought by the Applicant for the Compensation Period:

1. Exhibit A – Summary of Time by Task

2. Exhibit B – Summary of Time Detail by Professional

3. Exhibit C – Summary of Time Detail by Task by Professional

4. Exhibit D – Time Detail by Task Code which includes a daily time log detailing the activities and services performed by the Applicant on behalf of the Debtor

5. Exhibit E – Summary of Expense by Category

6. Exhibit F - Expense Detail by Professional which includes a breakdown of the Applicant's expenses incurred.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, <u>et al.</u>,1 | ) | Case No. 08- 13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Objection Deadline:** |
| | ) | **November 27, 2009** |
| | ) | **Hearing Date:  N/A** |

**NINTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL
NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING
ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
<u>THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009</u>**

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Speciality Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404): KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publisher Forests Products Co. of  Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368): The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720): TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232): Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

For its Ninth Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "Monthly Fee Statement") Alvarez & Marsal North America, LLC (the "Applicant"), restructuring advisors to the Debtors and Debtors-in-Possession (the "Debtors"), respectfully represents as follows:

### A.  BACKGROUND

1.  On December 8, 2008 (the "Commencement Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

2.  Pursuant to an order entered on February 13, 2009, the employment of Applicant as restructuring advisors to the Debtors was authorized effective as of December 8, 2008.

3.  Applicant has rendered services on behalf of the Debtors from September 1, 2009 through September 30, 2009 (the "Application Period") totaling 1,329.5 hours, and in connection therewith requests allowance of monthly compensation in the amount of $528,887.50, and reimbursement of expenses in the amount of $3,204.71.

4.  Applicant maintains contemporaneous records of the time expended for the professional services and expenses related thereto performed in connection with these Chapter 11 cases and such records are maintained in the ordinary course of its business.  These records provide a detailed description of the services rendered and expenses incurred during the

period for which this Application is being made.  Applicant's time records in the sum of $528,887.50 regarding the Chapter 11 proceedings are annexed hereto as <u>Exhibit D</u>.

### B.  DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

5. Applicant's services on behalf of the Debtors are described in detail in <u>Exhibit D</u>.  In general, Applicant assisted the Debtors in routine bankruptcy matters and represented the Debtors in meetings with creditors, advisors, customers and others.

6. To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries in <u>Exhibit D</u> into the following categories:

   a. <u>Accounting</u>.  This category includes time spent by Applicant assisting the Debtors with the bankruptcy related accounting matters.  During the Application Period, the Applicant assisted the Debtors with identifying and categorizing liabilities subject to compromise, responding to questions from divisional finance staff on bankruptcy matters, and with analyzing intercompany balances and transactions.  The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $6,740.00 (15.1 hours).

   b. <u>AP, Vendor and Human Resource Issues</u>.  This category includes time spent related to Accounts Payable, Vendor, and Human Resource issues other than those related to contracts. During the Application Period, the Applicant assisted the Debtors a number of tasks in this area including (a) continued oversight of segregating pre vs. post-petition invoices and monitoring payments under various "first day" orders, (b) responding to inquiries from vendors and ongoing  negotiations with vendors regarding credit terms and other contract iss<u>ues </u>(including associated vender reconciliations), (c) reviewing potential pension and other benefit obligations, (d) assisting the Debtors with carrying out the court ordered payment and

3

reconciliation procedures for ordinary course professionals, (e) assisting the Debtors in responding to shut-off notices from utility providers, and (f) assisting the Debtors with review of potential escheatment issues. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $52,315.00 (151.3 hours).

    c. <u>Avoidance Actions</u>. This category includes time assisting the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $61,375.00 (152.5 hours).

    d. <u>Business Plan</u>. This category includes time assisting the Debtors with the preparation of the business plan, performing analysis for potential strategic alternatives, and laying the groundwork for a plan negotiation process. During the Application Period, the Applicant assisted with review of information for a 5-year business plan, review of current year financial performance, and sensitivity analysis related to current year financial performance. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $8,055.00 (14.5 hours).

    e. <u>Cash</u>. This category includes time spent assisting the Debtors with preparation of the cash management motion, preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $3,890.00 (6.7 hours).

    f. <u>Claims</u>. This category includes time spent reviewing the claims filed against the Debtors as well as company data in order to assist in the reconciliation of such claims and/or to identify and collect additional liability data for possible future amendments to

the Schedules.  The Applicant worked with the Debtors to (i) develop team-specific reconciliation processes, (ii) review and channel filed claims per the established review protocol, (iii) provide regular reporting on reconciliation efforts both to the reconciliation team as well as the Debtors' and Committee's professionals and (iv) coordinate and participate in the overall claims reconciliation effort as necessary.  In addition, the Applicant worked with Epiq, the Official Notice and Claims Agent, to review these processes to ensure efforts were not duplicated.  The Applicant also worked on claims estimates to support the plan negotiation process.  During the Application Period the Applicant coordinated and assisted the Debtor in the review and reconciliation of a large portion of the over 6,000 claims filed and assisted counsel with the first four omnibus claims objections which were filed in September.  The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $92,072.50 (252.6 hours).

    g. <u>Communications</u>.  This category includes time assisting the Debtors with communication issues.  The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $4,840.00 (12.1 hours).

    h. <u>Contracts</u>.  This category includes time spent assisting the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, and with the analysis of contract rejection claims. During the Application Period, the Applicant assisted the Debtors with a number of ongoing contract negotiations.  The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $1,915.00 (2.8 hours).

    i. <u>Creditors</u>.  This category includes time spent preparing for and attending meetings or calls with the Debtor's lenders and unsecured creditors and their financial

and investment banking advisors, responding to frequent information requests, and managing an extensive on-line data room to assist in the efficient dissemination of documents. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $49,160.00 (106.3 hours).

j. Disposition. This category includes time assisting the Debtors with the disposition of non-core assets. During the Application Period, the Applicant assisted the Debtors with a pending transaction involving the Debtors' interest in the Chicago Cubs, including the preparation of a notice matrix, statements & schedules, and other planning activities for a potential bankruptcy filing to facilitate the transaction. Chicago National League Ball Club LLC subsequently filed for bankruptcy on October 12, 2009. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $178,757.50 (463.4 hours).

k. Electronic Discovery. This category includes time spent assisting the Debtors and Debtors' counsel with an information request from the Unsecured Creditors Committee of the Tribune Company which includes the collection of electronic data from numerous custodians, the processing of the data into a standard review format, analysis of the data, and production to Debtors' counsel for review. Processing includes tasks such as extraction of metadata, de-duplication, and exception handling. Analysis is primarily related to reports such as histograms and file detail reports. Production includes such tasks as creating Concordance load files, verifying the accuracy of the exports and encrypting the productions for secure delivery. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $10,170.00 (27.4 hours).

l. <u>Employee</u>. This category includes time assisting the Debtors with employee communications, development of severance and retention plans and related matters. During the Application Period, the Applicant assisted the Debtors with various general human resource questions related to the bankruptcy as well as issues related to severance and bonus programs including negotiation of the 2009 management incentive plan. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $1,160.00 (2.0 hours).

m. <u>Fee Application.</u> This category includes time incurred for the preparation of the monthly and interim fee statements in compliance with court guidelines. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $4,202.50 (18.7 hours).

n. <u>Leases and Real Estate</u>. This category includes time assisting the Debtors with determination of potential leases to assume or reject, analysis of cure costs, and analysis of potential rejection claims. This category also includes assisting with disposition of non-core real estate. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $2,785.00 (5.7 hours).

o. <u>Liquidation Analysis.</u> This category includes time assisting the Debtor with preparation of a liquidation analysis as required under the "best interests test" for the Debtor's Disclosure Statement to the Plan of Reorganization. During the Application Period, the Applicant continued the process of gathering information, vetting key assumptions, finalizing the model required for the liquidation analysis, and drafting the liquidation analysis. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $4,320.00 (10.8 hours).

        p.      <u>Monthly Operating Report.</u>  This category includes time assisting the Debtors with the initial operating report, the monthly operating report, reporting under rule 2015.3, and other requests or reporting for the Office of the United States Trustee.  During the Application Period, the Applicant assisted the Debtors in reviewing the August monthly operating report filed on September 29, 2009.  The Applicant also continued to work with the Debtors and their counsel to respond to comments from the US Trustee regarding various reporting issues and worked with the Debtors accounting staff on an analysis of liabilities subject to compromise.  Finally, the Applicant assisted the Debtors in negotiating final requirements related to rule 2015.3 which concluded with an order entered on September 2, 2009 and the filing of a supplemental 2015 report on October 6, 2009.  The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $17,550.00 (40.7 hours).

        q.      <u>Motions</u>.  This category includes time researching and assisting with the preparation of motions and the implementation of certain court orders.  During the Application Period, the Applicant also assisted the Debtors with preparation for discovery related to certain pending motions.  The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $4,790.00 (10.0 hours).

        r.      <u>Operations</u>.  This category includes time reviewing the Debtors business performance and assisting the Debtors with matters related to the general operation of their business as well as implementation of their business plan.  The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $11,540.00 (16.8 hours).

s. <u>Plan of Reorganization.</u> This category includes time assisting the Debtors in the preparation and negotiation of the plan of reorganization and disclosure statement. During the Application Period, the Applicant assisted in the formulation and review of initial drafts of the disclosure statement and plan of reorganization. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $11,300.00 (17.1 hours).

t. <u>Travel</u>. This category contains non-working travel time on behalf of the Debtor. This time was billed at ½ the time incurred. The total fees sought under this category for the period September 1, 2009 through September 30, 2009 are $1,950.00 (3.0 hours).

The foregoing general description of services rendered in specific areas is not intended to be exhaustive of the scope of Applicant's activities on behalf of the Debtors in this case. The time records attached as <u>Exhibit D</u> present more completely the work performed by Applicant in each billing category during the period covered by this Application.

7. Applicant believes that the post-petition services rendered during the period September 1, 2009 through September 30, 2009 on behalf of the Debtors are reasonably worth the sum of $528,887.50, and Applicant requests the allowance of such sum. The blended hourly rate for all services post-petition rendered by Applicant is $397.81.

8. Applicant further requests reimbursement of costs expended on behalf of the Debtors for the period September 1, 2009 through September 30, 2009 in connection with these Chapter 11 proceedings in the sum of $3,204.71 as set forth in the summary attached as <u>Exhibit E</u>. The detailed expense items incurred by professional is attached and outlined as <u>Exhibit F</u>.

9. The expenses incurred by Applicant may include long distance telephone calls, over-night delivery, travel expenses, local messenger service, meals, postage and duplicating charges, all of which Applicant normally bills to its non-bankruptcy clients at rates calculated to compensate Applicant for only the actual cost of the expense. Applicant does not charge for facsimiles.

10. Applicant has reviewed the requirements of Del.Bankr.LR 2016-2 and believes that this Application complies with the requirements of the same.

WHEREFORE, Applicant prays this Court enter an Order allowing Applicant monthly compensation in the sum of $528,887.50 and reimbursement of costs expended September 1, 2009 through September 30, 2009 in the sum of $3,204.71, directing prompt payment of the same by the Debtors to the extent not previously paid, and granting such other and further relief as may be just.

Dated: November 6, 2009
      Chicago, Illinois

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

_/s/ Thomas E. Hill_

Thomas E. Hill
55 W. Monroe Street
Suite 4000
Chicago, IL 60603
Telephone:  312.601.4226
Facsimile: 312.803.1875
thill@alvarezandmarsal.com

Restructuring Advisors for the Debtors
*and Debtors-in-Possession*