# EXHIBIT A

**Tribune Co.** 

Time Log

Moelis & Company
**Summary of Hours Worked**
**September 1, 2009 - September 30, 2009**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 21.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 16.5 |
| John Momtazee | Managing Director, Media | 11.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 34.5 |
| Larry Kwon | Vice President, Restructuring Group | 26.0 |
| Ashish Ajmera | Vice President, Media | 29.0 |
| Evan Glucoft | Associate | 42.0 |
| Vishal Patel | Analyst | 64.5 |
| | **Total Moelis Team Hours** | **245.0** |

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.0 |
| Zul Jamal | Sr. Vice President | 34.5 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 29.0 |
| Evan Glucoft | Associate | 42.0 |
| Vishal Patel | Analyst | 64.5 |
| **Total** | | **245.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 09/01/09 | 1.0 | Review of Solvency Analysis |
| Zul Jamal | 09/01/09 | 2.0 | Review of Solvency Analysis |
| Zul Jamal | 09/01/09 | 2.0 | Review of March D&P Report |
| Ashish Ajmera | 09/01/09 | 2.0 | Review of March D&P Report |
| Evan Glucoft | 09/01/09 | 2.0 | Review of March D&P Report |
| Zul Jamal | 09/02/09 | 1.5 | Case Review |
| Thane Carlston | 09/02/09 | 1.0 | Case Review |
| Navid Mahmoodzadegan | 09/02/09 | 1.0 | Case Review |
| John Momtazee | 09/02/09 | 0.5 | Case Review |
| Zul Jamal | 09/02/09 | 1.0 | Call with Zuckerman |
| Ashish Ajmera | 09/02/09 | 1.0 | Call with Zuckerman |
| Evan Glucoft | 09/02/09 | 1.0 | Call with Zuckerman |
| Vishal Patel | 09/02/09 | 1.0 | Call with Zuckerman |
| Zul Jamal | 09/02/09 | 2.0 | Recovery Analysis |
| Larry Kwon | 09/02/09 | 3.0 | Recovery Analysis |
| Vishal Patel | 09/02/09 | 3.0 | Recovery Analysis |
| Evan Glucoft | 09/02/09 | 2.0 | Media Update |
| Vishal Patel | 09/02/09 | 4.0 | Media Update |
| Thane Carlston | 09/03/09 | 0.5 | Recovery Analysis |
| Navid Mahmoodzadegan | 09/03/09 | 0.5 | Recovery Analysis |
| Zul Jamal | 09/03/09 | 1.0 | Recovery Analysis |
| Larry Kwon | 09/03/09 | 0.5 | Recovery Analysis |
| Vishal Patel | 09/03/09 | 2.0 | Recovery Analysis |
| Navid Mahmoodzadegan | 09/04/09 | 1.5 | Review of case materials |
| Evan Glucoft | 09/06/09 | 2.0 | Media Update |
| Vishal Patel | 09/07/09 | 4.0 | Media Update |
| Zul Jamal | 09/08/09 | 1.0 | Professional Meeting & Internal Catch up meeting |
| Evan Glucoft | 09/08/09 | 1.0 | Professional Meeting & Internal Catch up meeting |
| Vishal Patel | 09/08/09 | 1.0 | Professional Meeting & Internal Catch up meeting |
| Navid Mahmoodzadegan | 09/08/09 | 1.0 | Internal prep for UCC meeting |
| John Momtazee | 09/08/09 | 1.0 | Internal prep for UCC meeting |
| Thane Carlston | 09/08/09 | 0.5 | Internal prep for UCC meeting |
| Larry Kwon | 09/08/09 | 0.5 | Internal prep for UCC meeting |
| Zul Jamal | 09/09/09 | 1.0 | Call with Chadboure re: recovery analaysis |
| Larry Kwon | 09/09/09 | 1.0 | Call with Chadboure re: recovery analaysis |
| Thane Carlston | 09/09/09 | 2.0 | Review of historial market analysis |
| John Momtazee | 09/09/09 | 2.0 | Review of historial market analysis |
| Larry Kwon | 09/09/09 | 2.0 | Review of historial market analysis |
| Zul Jamal | 09/09/09 | 2.0 | Review of historial market analysis |
| Larry Kwon | 09/09/09 | 1.0 | Review of Alix presentation |

**Tribune Co.**  
**MOELIS & COMPANY**  
Time Log - September 2009

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.0 |
| Zul Jamal | Sr. Vice President | 34.5 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 29.0 |
| Evan Glucoft | Associate | 42.0 |
| Vishal Patel | Analyst | 64.5 |
| **Total** | | **245.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 09/09/09 | 1.0 | Review of Alix presentation |
| Thane Carlston | 09/10/09 | 2.5 | UCC Committee Meeting |
| John Momtazee | 09/10/09 | 2.5 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 09/10/09 | 2.5 | UCC Committee Meeting |
| Larry Kwon | 09/10/09 | 2.5 | UCC Committee Meeting |
| Zul Jamal | 09/10/09 | 1.0 | UCC Committee Meeting |
| Ashish Ajmera | 09/10/09 | 2.5 | UCC Committee Meeting |
| Evan Glucoft | 09/10/09 | 2.5 | UCC Committee Meeting |
| Vishal Patel | 09/10/09 | 2.5 | UCC Committee Meeting |
| Thane Carlston | 09/11/09 | 1.5 | Catch up on recent case news / valuation perspectives |
| Navid Mahmoodzadegan | 09/11/09 | 1.5 | Catch up on recent case news / valuation perspectives |
| Zul Jamal | 09/11/09 | 1.5 | Catch up on recent case news / valuation perspectives |
| Ashish Ajmera | 09/11/09 | 0.5 | Catch up on recent case news / valuation perspectives |
| Evan Glucoft | 09/11/09 | 0.5 | Catch up on recent case news / valuation perspectives |
| Vishal Patel | 09/11/09 | 1.0 | Catch up on recent case news / valuation perspectives |
| Larry Kwon | 09/11/09 | 0.5 | Review of case materials |
| Evan Glucoft | 09/13/09 | 2.0 | Media Update |
| Vishal Patel | 09/13/09 | 3.0 | Media Update |
| Zul Jamal | 09/14/09 | 0.5 | Scheduling for the week |
| Larry Kwon | 09/14/09 | 0.5 | Scheduling for the week |
| Ashish Ajmera | 09/14/09 | 0.5 | Scheduling for the week |
| Vishal Patel | 09/14/09 | 0.5 | Scheduling for the week |
| Larry Kwon | 09/14/09 | 1.0 | Recovery Analysis |
| Ashish Ajmera | 09/14/09 | 1.0 | Recovery Analysis |
| Vishal Patel | 09/14/09 | 5.0 | Recovery Analysis |
| Thane Carlston | 09/14/09 | 1.0 | Review of Recovery Analysis & update on solvency analysis |
| Navid Mahmoodzadegan | 09/14/09 | 1.0 | Review of Recovery Analysis & update on solvency analysis |
| Zul Jamal | 09/15/09 | 0.5 | Professional Meeting |
| Ashish Ajmera | 09/15/09 | 0.5 | Professional Meeting |
| Evan Glucoft | 09/15/09 | 0.5 | Professional Meeting |
| Vishal Patel | 09/15/09 | 0.5 | Professional Meeting |
| Navid Mahmoodzadegan | 09/16/09 | 1.5 | Update on Case with Ashish / Past emails |
| Ashish Ajmera | 09/16/09 | 1.5 | Update on Case with Navid & Media update |
| Navid Mahmoodzadegan | 09/17/09 | 1.5 | UCC Committee Meeting |
| John Momtazee | 09/17/09 | 1.5 | UCC Committee Meeting |
| Thane Carlston | 09/17/09 | 1.5 | UCC Committee Meeting |
| Zul Jamal | 09/17/09 | 1.5 | UCC Committee Meeting |
| Larry Kwon | 09/17/09 | 1.5 | UCC Committee Meeting |
| Ashish Ajmera | 09/17/09 | 1.5 | UCC Committee Meeting |
| Vishal Patel | 09/17/09 | 1.5 | UCC Committee Meeting |

**Tribune Co.**  **MOELIS & COMPANY**
Time Log - September 2009

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.0 |
| Zul Jamal | Sr. Vice President | 34.5 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 29.0 |
| Evan Glucoft | Associate | 42.0 |
| Vishal Patel | Analyst | 64.5 |
| **Total** | | **245.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 09/18/09 | 4.0 | Meeting with DPW, Chadbourne, Zuckerman |
| Zul Jamal | 09/18/09 | 6.0 | Meeting with DPW, Chadbourne, Zuckerman |
| Larry Kwon | 09/18/09 | 4.0 | Meeting with DPW, Chadbourne, Zuckerman |
| Evan Glucoft | 09/18/09 | 5.0 | Meeting with DPW, Chadbourne, Zuckerman |
| Vishal Patel | 09/20/09 | 3.0 | Media Update |
| Evan Glucoft | 09/21/09 | 2.0 | Media Update |
| Larry Kwon | 09/22/09 | 1.0 | Recovery Analysis |
| Ashish Ajmera | 09/22/09 | 1.0 | Recovery Analysis |
| Evan Glucoft | 09/22/09 | 1.0 | Recovery Analysis |
| Vishal Patel | 09/22/09 | 2.0 | Recovery Analysis |
| Thane Carlston | 09/23/09 | 0.5 | Internal prep for UCC meeting; review of case |
| Zul Jamal | 09/23/09 | 0.5 | Internal prep for UCC meeting; review of case |
| Ashish Ajmera | 09/23/09 | 0.5 | Internal prep for UCC meeting; review of case |
| Larry Kwon | 09/23/09 | 1.0 | Internal prep for UCC meeting; review of case |
| Evan Glucoft | 09/23/09 | 1.0 | Internal prep for UCC meeting; review of case |
| Vishal Patel | 09/23/09 | 1.0 | Internal prep for UCC meeting; review of case |
| Vishal Patel | 09/23/09 | 3.0 | Review of Updated Budget |
| Thane Carlston | 09/23/09 | 0.5 | Call with Creditor counsel |
| Thane Carlston | 09/24/09 | 2.0 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 09/24/09 | 2.0 | UCC Committee Meeting |
| Zul Jamal | 09/24/09 | 2.0 | UCC Committee Meeting |
| Ashish Ajmera | 09/24/09 | 2.0 | UCC Committee Meeting |
| Evan Glucoft | 09/24/09 | 2.0 | UCC Committee Meeting |
| Vishal Patel | 09/24/09 | 2.0 | UCC Committee Meeting |
| Zul Jamal | 09/24/09 | 4.0 | Review of Updated Budget |
| Larry Kwon | 09/24/09 | 3.5 | Review of Updated Budget |
| Ashish Ajmera | 09/24/09 | 5.0 | Review of Updated Budget |
| Evan Glucoft | 09/24/09 | 5.0 | Review of Updated Budget |
| Vishal Patel | 09/24/09 | 5.0 | Review of Updated Budget |
| Evan Glucoft | 09/25/09 | 4.0 | Variance analysis of updated budget |
| Vishal Patel | 09/25/09 | 8.0 | Variance analysis of updated budget |
| Navid Mahmoodzadegan | 09/25/09 | 1.5 | Discussion of Updated Budget |
| John Momtazee | 09/25/09 | 1.5 | Discussion of Updated Budget |
| Ashish Ajmera | 09/25/09 | 1.5 | Discussion of Updated Budget |
| John Momtazee | 09/25/09 | 2.0 | Call with Lazard re: preliminary valuation metrics |
| Thane Carlston | 09/25/09 | 2.0 | Call with Lazard re: preliminary valuation metrics |
| Zul Jamal | 09/25/09 | 2.0 | Call with Lazard re: preliminary valuation metrics |
| Larry Kwon | 09/25/09 | 2.0 | Call with Lazard re: preliminary valuation metrics |
| Ashish Ajmera | 09/25/09 | 2.0 | Call with Lazard re: preliminary valuation metrics |
| Vishal Patel | 09/26/09 | 3.0 | Media Update |

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.0 |
| Zul Jamal | Sr. Vice President | 34.5 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 29.0 |
| Evan Glucoft | Associate | 42.0 |
| Vishal Patel | Analyst | 64.5 |
| **Total** | | **245.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 09/27/09 | 3.0 | Media Update |
| Vishal Patel | 09/27/09 | 2.0 | Media Update |
| Ashish Ajmera | 09/27/09 | 1.0 | Media Update |
| Thane Carlston | 09/28/09 | 1.0 | Internal discussion re: upcoming case matters |
| Navid Mahmoodzadegan | 09/28/09 | 1.0 | Internal discussion re: upcoming case matters |
| Zul Jamal | 09/28/09 | 1.0 | Internal discussion re: upcoming case matters |
| Ashish Ajmera | 09/28/09 | 3.0 | Review of Updated Budget |
| Evan Glucoft | 09/28/09 | 4.0 | Review of Updated Budget |
| Vishal Patel | 09/28/09 | 6.0 | Review of Updated Budget |
| Zul Jamal | 09/29/09 | 0.5 | Professional Meeting |
| Larry Kwon | 09/29/09 | 0.5 | Professional Meeting |
| Evan Glucoft | 09/29/09 | 0.5 | Professional Meeting |
| Vishal Patel | 09/29/09 | 0.5 | Professional Meeting |
| Ashish Ajmera | 09/30/09 | 1.0 | Review of Updated Budget |
| Evan Glucoft | 09/30/09 | 1.0 | Review of Updated Budget |
| | **Total** | **245.0** | |