# EXHIBIT B

**Tribune Co.**

Moelis & Company - September 2009 Expense Summary

|  | September 2009 |
|---|---:|
| Airfare | $ 1,303.90 |
| Lodging | 700.00 |
| Travel / Overtime / Weekend meals | 211.54 |
| Taxi / Transportation / Parking | 354.02 |
| Presentations | 11.50 |
| Other | 106.25 |
| **Total** | **$ 2,687.21** |

**Tribune Co.**
Moelis & Company - September 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| Airfare | 9/10/2009 | Airfare | united airlines - one way - los angeles to ny - business class | Evan Glucoft | $1,662.60 | $600.00 |
| Airfare | 9/10/2009 | Airfare | protravel booking fee | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 9/10/2009 | Airfare | airline segment fee | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 9/10/2009 | Airfare | airline segment fee | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 9/10/2009 | Airfare | airline segment fee | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 9/10/2009 | Airfare | airline segment fee | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 9/15/2009 | Airfare | protravel booking fee | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 9/15/2009 | Airfare | airline segment fee | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 9/15/2009 | Airfare | united airlines - ny to la - business class | Evan Glucoft | 1,662.60 | 600.00 |
| | | | | **Total Requested** | | **$1,303.90** |
| **LODGING** | | | | | | |
| Lodging | 9/16/2009 | Lodging | sixty thompson - 5 night stay - room rate: $599.00 - plus tip | Evan Glucoft | $695.85 | $350.00 |
| Lodging | 9/17/2009 | Lodging | sixty thompson - 5 night stay - room rate: $599.00 - plus tip | Evan Glucoft | 695.85 | 350.00 |
| | | | | **Total Requested** | | **$700.00** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals | 8/11/2009 | Meals Travel | Traveling Meal Baja Fresh | Ashish Ajmera | $13.36 | $13.36 |
| Meals | 8/12/2009 | Meals Travel | Traveling Meal Yushi Midtown | Ashish Ajmera | 11.11 | 11.11 |
| Meals | 8/12/2009 | Meals Travel | Traveling Meal Longwood Gourmet | Ashish Ajmera | 10.91 | 10.91 |
| Meals | 8/13/2009 | Meals Travel | Traveling Meal Longwood Gourmet | Ashish Ajmera | 20.94 | 20.94 |
| Meals | 8/14/2009 | Meals Travel | Traveling Meal Longwood Gourmet | Ashish Ajmera | 5.28 | 5.28 |
| Meals | 9/16/2009 | Meals Travel | meals traveling - bar pitti | Evan Glucoft | 39.00 | 39.00 |
| Meals | 9/17/2009 | Meals Travel | meals traveling - room service - sixty thompson | Evan Glucoft | 31.72 | 31.72 |
| Meals | 9/18/2009 | Meals Travel | meals traveling - mcdonalds | Evan Glucoft | 9.22 | 9.22 |
| Meals | 8/10/2009 | Meals Travel | Meals traveling in NY for project | John C. Momtazee | 15.00 | 15.00 |
| Meals | 8/11/2009 | Meals Travel | Meals traveling in NY for Tribune mtgs | John C. Momtazee | 15.00 | 15.00 |
| Meals | 9/16/2009 | Meals-Minibar | minibar at sixty thompson | Evan Glucoft | 15.00 | 15.00 |
| Meals | 9/17/2009 | Meals-Minibar | minibar at sixty thompson | Evan Glucoft | 10.00 | 10.00 |
| Meals | 9/18/2009 | Meals-Minibar | minibar at sixty thompson | Evan Glucoft | 15.00 | 15.00 |
| | | | | **Total Requested** | | **$211.54** |
| **TAXI / TRANSPORTATION / PARKING** | | | | | | |
| Transportation | 8/14/2009 | Mileage | roundtrip mileage LAX to Office | Ashish Ajmera | $13.38 | $13.38 |
| Transportation | 9/13/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 51.00 | 51.00 |
| Transportation | 9/16/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 8.70 | 8.70 |
| Transportation | 9/17/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 15.48 | 15.48 |
| Transportation | 9/17/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 6.30 | 6.30 |
| Transportation | 9/17/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 14.03 | 14.03 |
| Transportation | 9/17/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 13.70 | 13.70 |
| Transportation | 9/17/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 15.40 | 15.40 |
| Transportation | 9/17/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 11.61 | 11.61 |
| Transportation | 9/18/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 8.97 | 8.97 |
| Transportation | 9/18/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 12.60 | 12.60 |
| Transportation | 9/18/2009 | Taxi/Car Service | cab in ny | Evan Glucoft | 51.00 | 51.00 |
| Transportation | 9/24/2009 | Taxi/Car Service | Car Service from airport to Manhattan for meeting for Tribune | Navid A. Mahmoodzadegan | 131.85 | 131.85 |
| | | | | **Total Requested** | | **$354.02** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $11.50 | $11.50 |
| | | | | **Total Requested** | | **$11.50** |
| **OTHER** | | | | | | |
| Internet Service | 9/17/2009 | Communications | internet in the room of sixty thompson | Evan Glucoft | $10.00 | $10.00 |
| Courier | 9/10/2009 | Courier | TDS Document Services, Inc. | | 96.25 | 96.25 |
| | | | | **Total Requested** | | **$106.25** |
| | | | | **Month Total** | **$** | **2,687.21** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip. We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City
   - Hotel rooms in New York City subject to $350 per night cap