**<u>EXHIBIT A</u>**

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL  60611
ATTN: DONALD J. LIEBENTRITT

OCTOBER 30, 2009
INVOICE # 9149292

CUETO

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009                          $6,250.00

DISBURSEMENTS                                         778.34

TOTAL INVOICE                                       $7,028.34

LAW OFFICES
### JENNER & BLOCK LLP
330 N, WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL  60611 INVOICE # 9149292
ATTN: DONALD J. LIEBENTRITT

OCTOBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009

CUETO                  MATTER NUMBER -     10024

| | | | | | |
|---|---|---|---|---|---|
| 9/03/09 | DLB | 3.00 | 62 5.0 0 | { L120 } {A109} Prepared for hearing (1.0); traveled to Belleville, Illinois re same (2.00). | 1,875.00 |
| 9/04/09 | DLB | 6.00 | 62 5.0 0 | { L120 } {A101} Prepared for and attended hearing (4.0); traveled back to Chicago (2.0). | 3,750.00 |
| 9/08/09 | DLB | 1.00 | 62 5.0 0 | { L120 } {A104} Reviewed and analyzed opinions in related cases dismissing Cueto's claims. | 625.00 |
| | | 10.00 | | PROFESSIONAL SERVICES | 6,250.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 9/03/09 | Out of Town Travel, D. Berman, 09/03-04/09, Belleville, IL (Attend Hearing) | 746.77 |
| 9/28/09 | Photocopy Expense | 20.52 |
| 9/29/09 | Photocopy Expense | .52 |
| 9/30/09 | Photocopy Expense | 10.53 |
| | TOTAL DISBURSEMENTS | 778.34 |

INVOICE TOTAL     $ 7,028.34

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 10.00 | 625.00 | 6,250.00 |
| TOTAL | 10.00 | | 6,250.00 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

OCTOBER 30, 2009
INVOICE # 9149337

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2009 | $1,071.00 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $1,071.00 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9149337

OCTOBER 30, 2009

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009

FEE APPLICATION

MATTER NUMBER -   10164

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 9/24/09 | LSR | 1.30 | { L210 } {A103} Drafted August fee application. | 422.50 |
| 9/25/09 | MHM | 1.80 | { L210 } {A104} Reviewed invoices and prepared summary charts for monthly fee statement. | 486.00 |
| 9/25/09 | LSR | .50 | { L210 } {A103} Edited August fee application. | 162.50 |
| | | 3.60 | PROFESSIONAL SERVICES | 1,071.00 |

**INVOICE TOTAL**          $ 1,071.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.80 | 325.00 | 585.00 |
| MICHAEL H. MATLOCK | 1.80 | 270.00 | 486.00 |
| TOTAL | 3.60 | | 1,071.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER 10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

OCTOBER 30, 2009
INVOICE # 9149338

### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009                                    $800.00

DISBURSEMENTS                                                        0.00

TOTAL INVOICE              $800.00

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9149338

OCTOBER 30, 2009

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009

MORGAN STANLEY SWAP                                   MATTER NUMBER -   10180

| 9/02/09 | MZH | .50 | { L120 } {A107}Telephone conference with Sidley and J. Rodden, C. Bigelow re MS ███████ strategy. | 362.50 |
| 9/29/09 | DJB | .50 | { L190 } {A107} Telephone conference with S. Grosshandler; e-mail re same. | 437.50 |
| | | 1.00 | PROFESSIONAL SERVICES | 800.00 |

**INVOICE TOTAL**              $ !Undefined Bookmark, FEETOTAL1

| **SUMMARY OF PROFESSIONAL SERVICES** | | | |
|---|---|---|---|
| **NAME** | **HOURS** | **RATE** | **AMOUNT** |
| DAVID J. BRADFORD | 0.50 | 875.00 | 437.50 |
| MARC B. HANKIN | 0.50 | 725.00 | 362.50 |
| TOTAL | 1.00 | | 800.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554