**<u>EXHIBIT B</u>**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Photocopy Expense | $31.57 |
| Travel Expense | $746.77 |
| **Total** | **$778.34** |