## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | CHAPTER 11 |
| | (Jointly Administered) |
| **TRIBUNE COMPANY, et. al**[1] | |
| | Case No. 08-13141 (KJC) |
| Debtors | |
| | Ref. docket no. 1325 |

| | |
|---|---|
| **TRIBUNE MEDIA SERVICES, INC.** | Adv. Pro. No. 09-50486 (KJC) |
| Plaintiff, | |
| v. | |
| **WARREN BEATTY,** | |
| Defendant | Ref. docket no. 7 |

### ORDER

AND NOW, this 9th day of November, 2009, upon consideration of:

(1)    Defendant Warren Beatty's Motion to Dismiss Complaint Under Rule 12(b) for Improper Venue and Lack of Personal Jurisdiction (the "Motion to Dismiss") (Adv. D.I. 7), and the Plaintiff's response in opposition thereto, after oral argument, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** and **DECREED** that:

(A)    the Motion to Dismiss is **DENIED**; and

(B)    A status conference to discuss the efficacy of this adversary proceeding in light of this Court's disposition of the Stay Motion (as defined below) will be held in Courtroom No. 5, on **Tuesday, December 1, 2009, at 10:00 a.m.**, and

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (Bky. Case No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (Main Case D.I. 43)(collectively, the "Debtors" or "Tribune").

(2) The Motion For Relief From The Automatic Stay Under Bankruptcy Code Section 362(d)(1) To Allow Warren Beatty To Proceed With Litigation In California District Court (Main Case D.I. 1325)(the "Stay Motion"), the Debtors' objection thereto, and all documents related thereto, and the Court having considered the arguments of counsel; and for the reasons set forth in the foregoing Memorandum, the Court having found that sufficient cause exists justifying modification of the automatic stay, it is hereby **ORDERED** and **DECREED** that

(A) the Stay Motion is **GRANTED** as provided herein;

(B) pursuant to Bankruptcy Code section 362(d), the automatic stay provisions of Bankruptcy Code section 362(a) are hereby modified for the limited purpose of allowing the 2008 California Action, which is styled Warren Beatty v. Tribune Media Services, Inc., 08–cv-07662-DDP-SS (C.D.Ca. 2008), to continue and proceed in all respects, including (without limitation) dispositive motions, pleadings, discovery, trial, entry of judgment, and post-judgment proceedings in the California District Court only, and

(C) Beatty must return to this Court for any further relief after disposition of the matter by the California District Court.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: J. Kate Stickles, Esquire[2]

---

[2]Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties, and provide a courtesy copy to Judge Pregerson, and file a Certificate of Service with the Court.