# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Objection Deadline: November 23, 2009 at 4 p.m. (ET)**<br>**Hearing Date: December 1, 2009 at 10 a.m. (ET)** |

## MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER DIRECTING THE USE OF AN AMENDED CAPTION IN THE DEBTORS' CASES PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m) AND 2002(n)

The debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases, by and through their undersigned counsel, hereby move this Court, pursuant to section 105(a) of title 11 of the United States Code, 11

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rules 1005, 2002(m) and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order directing the use of an amended caption in the Debtors' chapter 11 cases. The relief requested herein is for the limited purpose of changing the caption in the Debtors' chapter 11 cases to reflect the change of Debtor Chicago National League Ball Club, LLC's ("CNLBC") name to Tribune CNLBC, LLC. In support of the Motion, the Debtors respectfully represent as follows:

## STATUS OF THE CASE AND JURISDICTION

1. On December 8, 2008, Tribune Company ("Tribune"), a debtor and debtor in possession in the above-captioned cases, and certain of its affiliates (collectively, the "Initial Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Initial Cases"). The Initial Cases were consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

2. On October 12, 2009, CNLBC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Its case was consolidated for procedural purposes only with the Initial Cases and is jointly administered with the Initial Cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 pursuant to an order of the Bankruptcy Court entered on October 14, 2009 [Docket No. 2333].

3. The Debtors have continued in possession of their respective properties and have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee.

4.      On December 18, 2008, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are section 105(a) of the Bankruptcy Code, and Bankruptcy Rules 1005, 2002(m) and 2002(n).

## BACKGROUND

6.      CNLBC, together with Tribune Sports Network Holdings, LLC, Wrigley Field Premium Ticket Services, LLC n/k/a Tribune WFPT, LLC, Diana-Quentin, LLC n/k/a Tribune DQ, LLC, and Chicago Cubs Dominican Baseball Operations, LLC n/k/a/ Tribune DB, LLC (collectively, the "Cubs Entities"), owned and operated the Chicago Cubs Major League Baseball franchise. Tribune and the Cubs Entities entered into that certain Formation Agreement dated August 21, 2009 (the "Formation Agreement"), by which Tribune and the Cubs Entities, along with several counterparties, proposed to enter into a business combination (the "Business Combination") involving the business, assets and operations of the Chicago Cubs Major League Baseball franchise (the "Cubs Business"). The Formation Agreement and its ancillary agreements govern the Business Combination in which Tribune and its affiliates, including CNLBC, contributed the assets of the Cubs Business and other related assets to a joint venture. The joint venture, which today operates the Cubs Business, is controlled by a party unaffiliated with Tribune, with the Cubs Entities collectively retaining a five percent (5%) membership interest therein.

7.    The Court approved the Business Combination and Formation Agreement as to the Initial Debtors by an order entered on September 24, 2009[2] and approved the Business Combination and Formation Agreement as to CNLBC by an order entered on October 14, 2009[3]. The Business Combination transaction closed on October 27, 2009.

8.    Pursuant to Section 4.17 of the Formation Agreement, each of the Cubs Entities was required to amend its certificate of formation and operating agreement to change its name upon the closing of the transaction. On October 27, 2009, CNLBC changed its name to Tribune CNLBC, LLC, in accordance with the laws of the state of Delaware. A copy of the Certificate of Amendment to Certificate of Formation of CNLBC is attached hereto as <u>Exhibit A</u>.

## RELIEF REQUESTED

9.    By this Motion, the Debtors seek entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m) and 2002(n), directing the use of an amended caption that has been revised to reflect the change in name from Chicago National League Ball Club, LLC, to Tribune CNLBC, LLC, in the footnoted list of Debtors. The new caption shall read as follows:

---

[2] <u>See</u> Order Pursuant To 11 U.S.C. §§ 105(a), 363 And 365 (I) Authorizing Debtors And Debtors In Possession To (A) Enter Into And Perform Obligations Under Formation Agreement And Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests In Wrigley Field, Comcast Sports Network And Related Assets Free And Clear Of All Liens, Claims, Rights, Interests And Encumbrances, And (C) Assume And Assign Executory Contracts; (II) Authorizing Debtor Tribune Company To Enter Into Guarantees of Debt Financing, (III) Authorizing Debtor WGN Continental Broadcast Company To Enter Into And Perform Obligations Under Radio And Television Broadcast Agreements, And (IV) Granting Related Relief. [Docket No. 2213]

[3] <u>See</u> Order Pursuant to 11 U.S.C. §§ 105(a), 363 And 365 (I) Authorizing Chicago national League Ball Club, LLC To (A) Enter Into And Perform Obligations Under Formation Agreement And Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net And Related Assets Free And Clear Of All Liens, Claims, Rights, Interests and Encumbrances, (C) Assume And Assign Executory Contracts, (D) Operate And Pay Obligations Related to Cubs Business In The Ordinary Course Subject To Formation Agreement And Major League Baseball Rules And Regulations, And (E) Pledge Membership Interest In Chicago Baseball Holdings, LLC; (II) Recognizing Sufficiency Of Notice; (III) Waiving Certain Actions; And (IV) Granting Related Relief. [Docket No. 2332]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

10. The Debtors' use of the amended caption is necessary to effectuate the Formation Agreement and indeed is a condition of the Formation Agreement as approved by the Court. The relief sought herein is entirely procedural and will prejudice no creditor or other party-in-interest. Granting the relief sought in this Motion will, however, enable the Debtors to fulfill Tribune's obligations under the Formation Agreement, accurately reflect the applicable company records, and prevent confusion among parties doing business with the Chicago Cubs Major League Baseball franchise. Accordingly, it is necessary and appropriate and in the best interest of the Debtors' estates, creditors and other parties-in-interest to modify the caption of the Debtors' chapter 11 cases as set forth above.

## NOTICE

11. Notice of this Motion has been provided to (i) the Office of the United States Trustee; (ii) counsel to the Committee; (iii) counsel to the steering committee for the Debtors' prepetition lenders; (iv) counsel to the administrative agents for the post-petition lenders; (v) counsel for the indenture trustees for the Debtors' prepetition notes; and (vi) all parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors submit that no further notice need be given.

WHEREFORE, the Debtors request that this Court enter an order directing the use of an amended caption and granting such further relief as is necessary or appropriate.

Dated: Wilmington, Delaware
November 10, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
Allison E. Ross
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION