# Exhibit A

# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "CHICAGO NATIONAL LEAGUE BALL CLUB, LLC", CHANGING ITS NAME FROM "CHICAGO NATIONAL LEAGUE BALL CLUB, LLC" TO "TRIBUNE CNLBC, LLC", FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF OCTOBER, A.D. 2009, AT 1:48 O'CLOCK P.M.

4479329  8100

090967294

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W Bullock, Secretary of State

AUTHENTICATION: 7605635

DATE: 10-27-09

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:56 PM 10/27/2009*
*FILED 01:48 PM 10/27/2009*
*SRV 090967294 - 4479329 FILE*

CERTIFICATE OF AMENDMENT
TO
CERTIFICATE OF FORMATION
OF
**CHICAGO NATIONAL LEAGUE BALL CLUB, LLC**

\* \* \*

1. The name of the limited liability company is Chicago National League Ball Club, LLC.

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

The name of the limited liability company is Tribune CNLBC, LLC.

IN WITNESS WHEREOF, the undersigned on behalf of the Company has duly executed this Certificate of Amendment as of this 27th day of October, 2009.

CHICAGO NATIONAL LEAGUE BALL
CLUB, LLC

By: /s/ Crane H. Kenney
Name: Crane H. Kenney
Title: Chairman

CHIC_4510089.1