# **<u>EXHIBIT B</u>**

46429/0001-6111483V1

## THIRD AMENDMENT
## TO LEASE

THIS THIRD AMENDMENT TO LEASE ("Third Amendment") is made and entered into by and between DIABLO INVESTMENT CO., a Nevada corporation ("Lessor"), and LOS ANGELES TIMES COMMUNICATIONS LLC, a Delaware limited liability company ("Lessee"), as successor-in-interest to the Los Angeles Times, a Division of The Times Mirror Company, a Delaware corporation ("Original Lessee")

### Recitals:

A.    Pursuant to that certain Standard Industrial/Commercial Single Tenant Lease – Net, dated as of June 1, 1993 (the "Original Lease") as amended by that certain First Amendment to Lease, dated as of September 1, 2003, Second Amendment to Lease dated as of July 1, 2008, and Agreement Relating to Lease dated May 30, 2009 (collectively, the "Lease"), Lessor leased to Lessee certain real property which constitutes an approximately 40,000 square feet free standing single-tenant industrial building (the "Building") on approximately 154,028 square feet of land together with all applicable and allocated parking and loading areas thereon located at 1369 South State College Boulevard, Anaheim, California (the "Premises").

B.    Lessee is a "Debtor" in Case No. 08-13141 (the "Bankruptcy Proceeding") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

C.    Lessor and Lessee each desire to amend the Lease to reduce the Base Rent and to terminate the Lessee's right to reject the Lease in the Bankruptcy Proceeding.

D.    Except as herein provided, all other provisions, conditions and terms of the Lease shall remain unchanged and in full force and effect, unmodified by this Third Amendment.

NOW, THEREFORE, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Lessor and Lessee agree as follows:

1    Capitalized Terms. All capitalized terms used herein not specifically defined in this Third Amendment shall have the meanings described as such terms in the Lease.

2    Adjustment of Base Rent. Upon Approval (as defined below) and retroactively effective as of September 1, 2009, the Base Rent schedule set forth in paragraph 2 of the Second Amendment to Lease is hereby deleted and the following is substituted as the Base Rent schedule:

| | |
|---|---|
| September 1, 2009 through August 31, 2010 | $20,000.00 per month. |
| September 1, 2010 through August 31, 2011 | $20,600.00 per month. |
| September 1, 2011 through August 31, 2012 | $21,218.00 per month. |
| September 1, 2012 through August 31, 2013 | $21,854.00 per month. |

3. **Authority.** Lessor and Lessee each have full power and authority to execute, enter into and perform this Third Amendment and the persons signing this Third Amendment on behalf of Lessee and Lessor have been fully authorized to do so by all necessary entity action on the part of the party for whom each has signed.

4. **Condition to Third Amendment.** This Third Amendment shall have no force or effect unless and until Lessee, upon motion to the Bankruptcy Court, assumes the Lease, as amended by this Third Amendment. If Lessee fails to file or obtain on or before December 15, 2009, Bankruptcy Court approval ("Approval") of its unconditional assumption of the Amended Lease, then this Third Amendment shall be void and of no force or effect. Until Approval, Lessee shall continue to pay Base Rent as set out in the Lease (prior to this Third Amendment) and upon Lessor's receipt of a copy of the Approval, Lessor shall credit against the next Base Rent then due any Base Rent paid by Lessee for the period beginning September 1, 2009 in excess of the amounts stated in Section 2 above.

5. **Lease in Full Force.** Upon Approval, except for the provisions which are inconsistent with this Third Amendment and those terms, covenants and conditions for which performance has heretofore been completed, all other terms, covenants and conditions of the Lease shall remain in full force and effect provided the Agreement Relating to Lease dated May 30, 2009 shall have no further force or effect.

6. **Counterparts.** This Third Amendment may be executed in counterparts, each of which shall be deemed an original part and all of which together shall constitute a single agreement.

7. **Recitals Incorporated.** Each and all of the Recitals to this Third Amendment are incorporated herein and made a part of this Third Amendment for all purposes.

[Signature page follows.]

IN WITNESS WHEREOF, the parties have executed this Third Amendment as of the date first above written.

**LESSOR:**

DIABLO INVESTMENT CO.
a Nevada corporation

By: *Charles Belly*

Title: PRESIDENT

**LESSEE:**
LOS ANGELES TIMES COMMUNICATIONS LLC,
a Delaware limited liability company

By: *Chris Avetisan*

Title: Chief Financial Officer