UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
(302) 573-6491    FAX (302) 573-6497

ROBERTA A. DEANGELIS                                              WILLIAM K. HARRINGTON
ACTING U.S. TRUSTEE                                               ASSISTANT U.S. TRUSTEE

*AMENDED* REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting of creditors for the following case(s):

**DEBTOR:**       Chicago National League Ball Club, LLC

**CASE NO.:**     09-13496 (KJC)

**DATE:**         December 14, 2009

**TIME:**         1:00 P.M.

**LOCATION:**     **J. Caleb Boggs Federal Building, 5th Floor, Room 2112**

    By:    /s/ Joseph J. McMahon, Jr.
            Joseph J. McMahon, Jr.

Dated: November 12, 2009