## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
| In re:<br><br>CHICAGO NATIONAL LEAGUE BALL CLUB, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-13495 (KJC)<br><br>**Related to Document No.: 546** |

### FEE EXAMINER'S FINAL REPORT
### REGARDING COMBINED MONTHLY AND FIRST QUARTERLY APPLICATION OF
### MCDERMOTT WILL & EMERY LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Inc. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Stuart Maue, acting in its capacity as fee examiner in the above-captioned bankruptcy, submits this final report with respect to the Combined Monthly and First Quarterly Application of McDermott Will & Emery LLP ("McDermott Will") for the period from December 8, 2008, through February 28, 2009 ("Application"), seeking approval of fees that total $530,504.50. In an Amended Certification of No Objection, filed June 16, 2009, McDermott Will agreed to reduce its fee request to $419,637.00. The firm requested reimbursement of expenses that total $6,808.20. McDermott Will is Special Counsel to Debtors for Domestic Legal Matters.

### Background

1.    Stuart Maue reviewed the Application, including each of the billing and expense entries shown in the exhibits to the monthly statements and application, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and general legal precedence of the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.    This report includes exhibits detailing and supporting the findings discussed. Each time entry associated with a specific category, as well as a summary of the total hours and fees are displayed in the exhibit. Tasks included in a specific category reviewed are underlined and for purpose of context, the other tasks within the same entry are displayed but not underlined.

3.    Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount "blocked billed," Stuart Maue assigns an equal proportional amount of time to each of the tasks in a block billed entry. This methodology has been adopted by

courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem of block billing. The alternative to using proportional time is to question the blocked entry in its entirety.

4.      Stuart Maue prepared and submitted a preliminary report to McDermott Will and the firm responded to that report in writing. Upon completion of our review of the firm's response to the preliminary report, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

**Discussion of Findings**

**Reconciliation of Fees and Expenses**

5.      In an Amended Certification of No Objection, filed June 16, 2009, docket number 1571, McDermott Will amended its fee request to seek approval of fees in the amount of $419,637.00 and expenses in the amount of $6,808.20. The Amended Certificate of No Objection states:

> Subsequent to the filing of the CNO, counsel for the Debtors was advised that the United States Trustee (the "UST") expressed concern regarding the Quarterly Application. The UST and McDermott (together, the "Parties") have resolved the UST's concern by agreeing that McDermott will not seek payment of the disputed fees, in the amount of $110,867.50 (the "Disputed Fees"), at this time.

The firm's invoices did not identify which fee entries were included in the "Disputed Fees." A summary attached to the Application indicates that a Project Category entitled "Fee/Retention Applications" totaled $110,867.50. However, in the invoices the "Fee/Retention Applications" entries were combined with the entries in the project category entitled "Chapter 11 Restructuring." The firm further advised in written communications that they could not identify which entries were included in the "Fee/Retention Applications" project but used the fee amount for that category as the "Disputed Fees." Stuart Maue reviewed the fee entries in the Application and identified the entries that appear to relate to the firm's retention and compensation and therefore presumably

constitute the "Disputed Fees." The entries identified by Stuart Maue totaled $114,427.50. The fee entries are discussed in paragraph 13 and are identified as McDermott Retention/Compensation entries.

Stuart Maue recomputed the fees and expenses requested in the Application. The hours billed by each professional were totaled and these amounts were multiplied by that individual's hourly rates. Because the "Disputed Fees" were part of the Application, the recomputation includes those fees. The recomputation of fees initially revealed that the requested amount was $1,872.50 less than the computed amount; however, entries totaling $1,002.00 that are presumed to have been included in the "Disputed Fees" were removed from the recomputation due to the firm's agreement to reduce its fee request. The remaining discrepancy, $870.50, is the result of task hours within certain entries that do not equal the time billed for those entries as a whole. The discrepancy and the related entries are displayed below:

| Invoice Number | Entry Number | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | |
| 1987658 | 172 | Opper | 01/28/09 | $490.00 | 3.50 | 3.30 | $1,715.00 | $1,617.00 | 0.20 | $    98.00 |
| 1987660 | 263 | Rubin | 02/12/09 | $915.00 | 7.10 | 7.00 | $6,496.50 | $6,405.00 | 0.10 | 91.50 |
| | | | | | | | | **Total Overcharges** | **0.30** | **$  189.50** |
| | | | | | | | | | | |
| **Undercharges** | | | | | | | | | | |
| 1987004 | 34 | Ravert | 12/15/08 | $585.00 | 3.00 | 3.10 | $1,755.00 | $1,813.50 | (0.10) | ($    58.50) |
| 1987658 | 94 | Finkelstein | 01/16/09 | $580.00 | 5.60 | 5.85 | $3,248.00 | $3,393.00 | (0.25) | (145.00) |
| 1987658 | 138 | Rubin | 01/24/09 | $915.00 | 1.10 | 1.30 | $1,006.50 | $1,189.50 | (0.20) | (183.00) |
| 1987658 | 192 | Ravert | 01/28/09 | $585.00 | 6.80 | 7.20 | $3,978.00 | $4,212.00 | (0.40) | (234.00) |
| 1987660 | 317 | Ravert | 02/06/09 | $585.00 | 5.50 | 6.40 | $3,217.50 | $3,744.00 | (0.90) | (526.50) |
| 1987660 | 264 | Rubin | 02/13/09 | $915.00 | 5.70 | 6.70 | $5,215.50 | $6,130.50 | (1.00) | (915.00) |
| | | | | | | | | **Total Undercharges** | **(2.85)** | **($2,062.00)** |
| | | | | | | | | | | |
| | | | | | | | | **Net Total Discrepancy** | **(2.55)** | **($1,872.50)** |
| | | | | | | | **Less:  Discrepancy included in "Disputed Fees"** | | 1.60 | 1,002.00 |
| | | | | | | | | **Remaining Fee Discrepancy** | **(0.95)** | **($  870.50)** |

The figures in this report reflect the fees computed by Stuart Maue. The recomputation of expenses revealed no difference between the amount requested and the amount computed.

### Review of Fees

6. **Firm Staffing.** The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed

time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11." The Application provided the names, positions, and hourly rates of the McDermott Will professionals and paraprofessionals who billed to this matter. This matter was staffed with 26 professionals, including 17 partners, 2 counsel, and 7 associates. A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm invoiced a total of 875.05 hours with associated fees of $532,377.00.[2] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 648.85 | 74% | $462,313.00 | 87% |
| Counsel | 1.50 | * | 1,032.50 | * |
| Associate | 224.70 | 26% | 69,031.50 | 13% |
| TOTAL | 875.05 | 100% | $532,377.00 | 100% |

* Less than 1%

The blended hourly rate for the McDermott Will professionals is $608.40.

7.    **Hourly Rate Increases.**    McDermott Will did not increase the hourly rates of any timekeepers during the first interim period.

8.    **Transient Timekeepers.**    The activities of those timekeepers whose participation appears to be limited and sporadic become questionable if the value of their involvement and necessity of their contribution is unclear. Stuart Maue identified eleven McDermott Will professionals and paraprofessionals that billed fewer than 10.00 hours during this interim period.[3] Stuart Maue recognizes that some professionals or paraprofessionals have specialized knowledge or expertise and they may be called upon to provide services to the case on a limited basis; however, it appears that some of these timekeepers had minimal involvement in the case and bill for activities that may have been performed by other timekeepers or timekeepers billing at a lower rate. The billing entries of these

---

[2] This amount represents the fees computed by Stuart Maue.
[3] Partner William P. Smith also billed fewer than 10.00 hours, but each of his entries appeared related to the McDermott Retention/Compensation and accordingly he was not included in the transient timekeeper exhibit.

timekeepers total 12.80 hours and $6,632.00 in associated fees, as displayed in Exhibit D to the preliminary report.   Stuart Maue requested that McDermott Will provide additional information regarding the role of the timekeepers identified as transient billers.

In response to the preliminary report, McDermott Will provided specific, detailed information regarding the role and contribution of each of the questioned timekeepers.   Stuart Maue accepts the explanation provided by the firm and does not make a recommendation for a reduction in fees associated with the timekeepers.   As we make no recommendation for a reduction in the fees for transient timekeepers, no exhibit is included with the final report.

9.      **Complete and Detailed Task Descriptions.**   Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary."   The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity.   Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.   Time entries for court hearings and conferences should identify the subject of the hearing or conference."   Contrary to the requirements of the Local Rules and the Guidelines, several activity descriptions in the Application were not sufficiently detailed.

Stuart Maue identified certain vaguely described activities, totaling 19.45 hours with $15,065.75 in associated fees, as displayed in Exhibit C to the preliminary report.   Using Exhibit C to illustrate the problems posed by vaguely described time entries, Stuart Maue requested that McDermott Will provide sufficient detail for each entry in future applications.   As there is no recommendation for a reduction in the fees for these entries, the exhibit is omitted from the final report.

10.      **Block Billing.**   The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry."   (Section II.D.5).   McDermott Will block billed 16 of its entries, totaling 32.85 hours and $23,144.50 in fees, as displayed

in Exhibit D to the preliminary report. Many of the block billed entries combine conferences with other activities rather than separately billing for each discrete activity. Using Exhibit D to illustrate the effects of block billed time entries, Stuart Maue requested that McDermott Will bill each discrete activity separately in future applications. Because there is no recommendation for a reduction in the fees for these entries, the exhibit is omitted from the final report.

11.    **Conferences, Hearings, and Other Events.** Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994).

a.    **Nonfirm Conferences, Hearings, and Events.** Stuart Maue identified those occasions when two or more Mercer timekeepers bill for attendance at the same nonfirm conference, hearing, or other event. Contrary to Local Rule 2016-2, neither the Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 47.85 hours with $37,193.25 in associated fees, were displayed in Exhibit E to the preliminary report. Stuart Maue requested that McDermott Will provide a brief explanation of the necessity of the multiple billers. The firm responded by explaining the roles played by the three primary partners and the efficiency obtained by the presence of more than one partner at certain meetings and events. Given the circumstances of this representation and the facts presented, Stuart Maue accepts the explanation provided by McDermott Will and does not make a recommendation for a reduction in fees associated with these entries. As there is no recommendation for a reduction in the fees for these entries, Exhibit E is omitted from the final report.

      **b.**    **Intraoffice Conferences.**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by McDermott Will for intraoffice conferences total 117.60 hours with $77,759.50 in associated fees, which represents approximately 15% of the total fees requested in the Application. The entries were displayed in Exhibit F to the preliminary report. In many instances, two or more firm professionals billed to attend the same internal conference, totaling 84.80 hours with $58,302.00 in associated fees. Stuart Maue requested that McDermott Will provide an explanation for the necessity of more than one participant billing for the same intraoffice conference. The firm responded with detail about certain meetings and events, including the critical issues involved in meetings related to the structure of the reorganized debtors. Given the circumstances of this representation and the role of the individuals involved, Stuart Maue accepts the explanation provided by McDermott Will and does not make a recommendation for a reduction in fees associated with these entries. Accordingly, Exhibit F is omitted from the final report.

      12.    **Administrative Activities.**    Stuart Maue did not identify any entries describing administrative activities in the Application.

      13.    **Clerical Activities.**    Stuart Maue did not identify any entries describing clerical activities in the Application.

      14.    **McDermott Retention/Compensation.**    As set forth in paragraph 4, Stuart Maue reviewed and identified entries related to the retention and compensation of McDermott Will. The firm billed 174.80 hours with associated fees of $114,427.50 for activities related to firm's retention and applications for compensation, which represents approximately 21% of the total fees billed by the firm. The fee entries identified as McDermott Retention/Compensation activities were displayed in Exhibit G to the preliminary report. McDermott Will commented as follows:

> As noted in the Certificate of No Objection, McDermott does not seek payment of the Disputed Fees at this time but reserves its right to seek payment in the future. To the extent that McDermott seeks payment of

the Disputed Fees in the future, McDermott will address the Fee Examiner's concerns, if any, at that time.

As the firm conditionally agreed to a reduction in fees resulting from work related to its retention and compensation, Stuart Maue recommends reducing the fees requested by $114,427.50. The time entries and related fees are displayed in Exhibit G attached hereto.

### Review of Expenses

15.    **Complete and Detailed Itemization of Expenses.**   The Guidelines in Section II.E.3 provide: "Factors relevant to a determination that the expense is proper include ... whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred."   McDermott Will provided an itemization for most of its expenses that includes the category, the description, the amount, and the name of the timekeeper incurring the charge; however, the date the charges were incurred was not provided. Without the date of the charge, Stuart Maue was unable to determine whether the expenses were incurred prior to the date of retention, are duplicated, or are noncompliant with the Local Rules and Guidelines.   The expenses that did not include the date the charge was incurred were displayed in Exhibit H to the preliminary report and total $5,739.25.

In response to the preliminary report, the firm provided the date each expense charge was incurred. Based upon the additional information provided, Stuart Maue makes no recommendation for a reduction in the fees for the entries. Accordingly, Exhibit H is omitted from this report.

16.    **Pre-retention Expenses.**   The Application included a request for reimbursement of at least one expense that was incurred prior to December 8, 2008, the firm's effective date of retention. In correspondence to Stuart Maue, McDermott Will agreed to withdraw its request for payment of this expense, totaling $150.08.

17.    **Photocopies.**  The firm's photocopy charges comply with the Local Rules' ceiling of charging a maximum of $0.10 per page.

18.    **Computer-Assisted Legal Research.**    Local    Rule 2016-2 (e)(iii)    states    that computer-assisted legal research charges shall not be more than the actual cost.  The firm billed $5,058.26 for computer-assisted legal research, and Stuart Maue requested that the firm provide additional information regarding how the charges for computer-assisted legal research are determined and billed to the estate.  McDermott Will responded as follows:

> McDermott examined the computerized research charges included in the fee request and determined that such charges will not be included in the Tribune bill.  McDermott does not seek reimbursement of such charges and will deduct the amount of $5,058.26 from a future fee request.

As the firm stated it does not seek reimbursement for the computerized research charges, Stuart Maue recommends that the request for expense reimbursement be reduced by $5,058.26 for the computer-assisted legal research expenses.

19.    **Facsimile.**  McDermott Will did not request reimbursement for facsimile charges.

20.    **Travel Expenses.**  The firm billed for travel expenses associated with one trip and combined all of the expenses into one entry without any indication as to the name of the timekeeper incurring the charge or the date the expense was incurred.  Due to the lack of information, Stuart Maue could not determine the type of travel expenses incurred (i.e., hotel, airfare, meals, etc.) or to determine whether the charges were reasonable and necessary.  The following table displays the expense entry that was not sufficiently detailed:

| Invoice Number | Amount | Description |
|---|---|---|
| 1987660 | $800.20 | Travel Expenses Travel to New York for meeting. |

In response to Stuart Maue's preliminary report, McDermott Will provided an itemization of the charges that are included in this travel expense, the name of the person incurring the

charge, and the dates of travel.  Given the supplemental information provided, Stuart Maue has no objection to this expense entry.

21.    **Local Transportation.**  McDermott Will requested reimbursement of $110.16 for two car service charges which may relate to overtime transportation.  Although a firm may have a policy that personnel may be reimbursed for travel home and meals when working late, such charges are generally considered part of the firm's overhead.  The transportation charges at issue are displayed in the following table:

| Invoice Number | Amount | Description |
|---|---|---|
| 1987658 | $48.96 | Transportation/Parking XYZ TWO WAY RADIO SERVICE INC.; INVOICE #1343410-7848260, 02/04/09, MCGEE-10473 |
| 1987658 | $61.20 | Transportation/Parking XYZ TWO WAY RADIO SERVICE INC.; INVOICE # 1343410-1305179. 02/04/09, DEFULGINTIS-20 BAY 32 ST |

Stuart Maue requested that McDermott Will provide an explanation for the purpose of the transportation charges.  The firm responded by stating that the charges were for transportation home outside of normal business hours.  Stuart Maue recommends that the request for expense reimbursement be reduced by $110.16 for the overtime transportation expenses.

### Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above.  Stuart Maue recommends the approval of fees in the amount of $416,947.50 ($530,504.50 minus $113,557.00) and reimbursement of expenses in the amount of $1,489.70 ($6,808.20 minus $5,318.50) for the period from December 8, 2008, through February 28, 2009.

Respectfully submitted,

**STUART MAUE**

By: _____
John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# APPENDIX A

**MCDERMOTT WILL & EMERY LLP**

## SUMMARY OF FINDINGS

### Combined Monthly and First Quarterly Application (December 8, 2008 through February 28, 2009)

#### A.      Amounts Requested and Computed

| | | |
|---|---:|---:|
| Fees Requested | $530,504.50 | |
| Expenses Requested | 6,808.20 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $537,312.70 |
| Fees Computed | $532,377.00 | |
| Expenses Computed | 6,808.20 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $539,185.20 |
| Discrepancy Included in Disputed Fees | ($   1,002.00) | |
| Remaining Fee Discrepancy | (870.50) | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($   1,872.50) |

#### B.      Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---:|---:|
| Fees Requested | $530,504.50 | |
| *Fee Discrepancy (not included in Disputed Fees)* | *$      870.50* | |
| *Recommended Reduction for McDermott Retention/ Compensation* | *(114,427.50)* | |
| Subtotal | *($113,557.00)* | |
| RECOMMENDED FEE ALLOWANCE | | $416,947.50 |
| Expenses Requested | $6,808.20 | |
| *Agreed Reduction for Pre-retention Expenses* | *($   150.08)* | |
| *Agreed Reduction for Computer-Assisted Legal Research* | *(5,058.26)* | |
| *Recommended Reduction for Overtime Transportation* | *(110.16)* | |
| Subtotal | *($5,318.50)* | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 1,489.70 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $418,437.20 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 12th day of November, 2009.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Blake D. Rubin, Esq.
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, DC 20005-3096

John L. Decker, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

**McDermott, Will & Emery**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0342 | Rubin, Blake D. | PARTNER | $915.00 | $915.00 | 169.90 | $155,458.50 |
| 0343 | Whiteway, Andrea M. | PARTNER | $750.00 | $750.00 | 141.80 | $106,350.00 |
| 7799 | Ravert, Gary O. | PARTNER | $585.00 | $585.00 | 114.00 | $66,690.00 |
| 0344 | Finkelstein, Jon G. | PARTNER | $580.00 | $580.00 | 104.85 | $60,813.00 |
| 8708 | Opper, Mark A. | PARTNER | $490.00 | $490.00 | 33.20 | $16,268.00 |
| 6673 | Levine, Philip J. | PARTNER | $835.00 | $835.00 | 18.00 | $15,030.00 |
| 7004 | Selby, Joseph H. | PARTNER | $505.00 | $505.00 | 28.90 | $14,594.50 |
| 803 | Compernolle, Paul J. | PARTNER | $715.00 | $715.00 | 12.80 | $9,152.00 |
| 0915 | Raicht, Geoffrey T. | PARTNER | $715.00 | $715.00 | 12.80 | $9,152.00 |
| 3210 | Smith, William P. | PARTNER | $795.00 | $795.00 | 4.80 | $3,816.00 |
| 1551 | Gruemmer, Brooks B. | PARTNER | $690.00 | $690.00 | 3.80 | $2,622.00 |
| 751 | Zucker, Daniel N. | PARTNER | $795.00 | $795.00 | 1.00 | $795.00 |
| 8311 | Lin, Christopher | PARTNER | $480.00 | $480.00 | 1.50 | $720.00 |
| 7142 | Gordon, Amy M. | PARTNER | $610.00 | $610.00 | 0.50 | $305.00 |
| 9903 | Fernando, Raymond M. | PARTNER | $570.00 | $570.00 | 0.50 | $285.00 |
| 7943 | Wales, Samuel W. | PARTNER | $540.00 | $540.00 | 0.30 | $162.00 |
| 5705 | Mikulina, Jennifer M. | PARTNER | $500.00 | $500.00 | 0.20 | $100.00 |

No. of Billers for Position: 17    Blended Rate for Position: $712.51    648.85    $462,313.00

% of Total: 74.15%    % of Total: 86.84%

| 9975 | Ackerson, Fred M. | COUNSEL | $615.00 | $615.00 | 1.00 | $615.00 |
| 2572 | Feldgarden PC, Robert | COUNSEL | $835.00 | $835.00 | 0.50 | $417.50 |

No. of Billers for Position: 2    Blended Rate for Position: $688.33    1.50    $1,032.50

% of Total: 0.17%    % of Total: 0.19%

| 0109 | Chan, Gale E. | ASSOCIATE | $320.00 | $320.00 | 73.20 | $23,424.00 |
| 9085 | McCurry, Patrick J. | ASSOCIATE | $305.00 | $305.00 | 65.20 | $19,886.00 |
| 1075 | Dodds, Danica C. | ASSOCIATE | $280.00 | $280.00 | 46.50 | $13,020.00 |
| 8450 | Shuman, Timothy S. | ASSOCIATE | $320.00 | $320.00 | 35.30 | $11,296.00 |
| 9071 | Edwards, Kathleen I. | ASSOCIATE | $300.00 | $300.00 | 3.40 | $1,020.00 |
| 8466 | Fuchs, Daniel S. | ASSOCIATE | $315.00 | $315.00 | 0.80 | $252.00 |

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT STANDARD RATES
**McDermott, Will & Emery**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 8579 | Acton, Peter | ASSOCIATE | $445.00 | $445.00 | 0.30 | $133.50 |
| | No. of Billers for Position: 7 | Blended Rate for Position: | $307.22 | | 224.70 | $69,031.50 |
| | | | | | % of Total: 25.68% | % of Total: 12.97% |
| | Total No. of Billers: 26 | Blended Rate for Report: | $608.40 | | 875.05 | $532,377.00 |

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Finkelstein, J | 5.20 | 3,016.00 |
| Raicht, G | 11.30 | 8,079.50 |
| Ravert, G | 112.00 | 65,520.00 |
| Rubin, B | 17.40 | 15,921.00 |
| Smith, W | 4.80 | 3,816.00 |
| Whiteway, A | 24.10 | 18,075.00 |
| | 174.80 | $114,427.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Chapter 11 Restructuring | 174.80 | 114,427.50 |
| | 174.80 | $114,427.50 |

EXHIBIT G
MCDERMOTT WILL RETENTION/COMPENSATION
McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/08/08 Mon | Ravert, G 1987004/30 | 2.00 | 2.00 | 1,170.00 | 1.40 0.30 0.30 | F F F | 1 2 3 | MATTER NAME: Chapter 11 Restructuring REVIEW REVISED DECLARATION AND COMMENT ON SAME (1.40); TELEPHONE CONFERENCES WITH A. WHITEWAY AND B. RUBIN REGARDING SAME (.30); COMMUNICATIONS WITH K. KANSA AND B. LOHAN REGARDING 327(E) RETENTION APPLICATION (.30). |
| 12/08/08 Mon | Rubin, B 1987004/14 | 1.40 | 1.40 | 1,281.00 | 0.40 1.00 | F F | 1 2 | MATTER NAME: Chapter 11 Restructuring PROJECT ALPHA - CORRESPONDENCE REGARDING RETENTION ISSUES (.40); REVIEW AND EDIT DECLARATION (1.00). |
| 12/09/08 Tue | Ravert, G 1987004/31 | 8.60 | 8.60 | 5,031.00 | 6.60 0.50 0.20 0.40 0.30 0.30 0.30 | F F F F F F F | 1 2 3 4 5 6 7 | MATTER NAME: Chapter 11 Restructuring REVIEW AND ANALYZE CONFLICTS CHECK LIST SUPPLIED BY DEBTORS AND DRAFT DISCLOSURES IN CONNECTION WITH MCDERMOTT 327(E) RETENTION APPLICATION (6.6); TELEPHONE CALL WITH B. RUBIN REGARDING SAME (.5); TELEPHONE CALL WITH A. WHITEWAY REGARDING DRAFT RETENTION APPLICATION (.2); EMAIL COMMUNICATIONS WITH K. KANSA REGARDING TIMING ISSUES, UPDATED DISCLOSURES AND DRAFT APPLICATION (.4); DRAFT DETAILED EMAIL MEMO TO B. RUBIN AND A. WHITEWAY CONCERNING RETENTION MATTERS (.3); COMMUNICATIONS WITH B. LOHAN ABOUT REVISED MASTER CONFLICTS LIST (3); REVIEW AND BLACKLINE NEW LIST AND ROUTE SAME FOR COMPARISONS (.3). |
| 12/09/08 Tue | Rubin, B 1987004/15 | 1.80 | 0.80 | 732.00 | 0.20 0.80 0.80 | F F F | 1 2 3 | MATTER NAME: Chapter 11 Restructuring CORRESPONDENCE REGARDING ISSUES RELATING TO CREDITORS AND EQUITY HOLDERS LIST (.20); REVIEW AND EDIT DECLARATION (.80); REVIEW AND COMMENT ON MOTION (.80). |
| 12/09/08 Tue | Whiteway, A 1987004/3 | 2.10 | 0.40 | 300.00 | 0.20 1.50 0.20 0.20 | F F F F | 1 2 3 4 | MATTER NAME: Chapter 11 Restructuring RESTRUCTURING - CORRESPONDENCE WITH MR. ELDERSVELD (.20); REVIEW WARRANT OWNERSHIP DOCUMENTATION (1.50); CORRESPOND WITH SIDLEY REGARDING RETENTION ISSUES (.20); CONFERENCE WITH MR. RAVERT REGARDING SAME (.20). |
| 12/10/08 Wed | Whiteway, A 1987004/4 | 0.60 | 0.60 | 450.00 | | F | 1 | MATTER NAME: Chapter 11 Restructuring DRAFT APPLICATION INFORMATION. |
| 12/11/08 Thu | Ravert, G 1987004/32 | 2.50 | 2.50 | 1,462.50 | 1.20 0.50 0.20 0.20 0.40 | F F F F F | 1 2 3 4 5 | MATTER NAME: Chapter 11 Restructuring REVIEW AND EDIT DEBTORS' DRAFT OF MCDERMOTT'S RETENTION APPLICATION (1.2); MAKE CONFORMING CHANGES TO DECLARATION (.5); TELEPHONE CALL WITH B. RUBIN REGARDING SAME (.2); COMMUNICATIONS WITH K. KANSA AND B. LOHAN REGARDING SAME (.2); CONTINUE TO REVIEW UPDATED MASTER CONFLICTS LIST (.4). |
| 12/11/08 Thu | Whiteway, A 1987004/5 | 1.20 | 1.20 | 900.00 | 1.00 0.20 | F F | 1 2 | MATTER NAME: Chapter 11 Restructuring REVIEW AND DRAFT SECTION 327 APPLICATION (1.0); CORRESPOND WITH CO-COUNSEL REGARDING SAME (.2). |
| 12/12/08 Fri | Ravert, G 1987004/33 | 1.70 | 0.90 | 526.50 | 0.50 0.80 0.40 | F F F | 1 2 3 | MATTER NAME: Chapter 11 Restructuring TELEPHONE CALL WITH B. RUBIN REGARDING RETENTION AND CONFLICT ISSUES (.5); TELEPHONE AND EMAIL COMMUNICATIONS WITH K. DEWIS AND J. JUNG REGARDING CIT(.8); REVISE DISCLOSURES (.4). |

~  See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/12/08 Fri | Rubin, B 1987004/16 | 0.50 | 0.50 | 457.50 | 0.20 0.30 | F F | 1 2 | MATTER NAME: Chapter 11 Restructuring CORRESPONDENCE REGARDING RETENTION ISSUES (.20); CONFERENCE CALLS REGARDING SAME (.30). |
| 12/15/08 Mon | Ravert, G 1987004/34 | 3.00 | 3.10 | 1,813.50 | 1.20 0.10 0.20 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.10 0.20 | F F F F F F F F F F F F F F F F F F | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 | MATTER NAME: Chapter 11 Restructuring DRAFT ADDITIONAL DISCLOSURES FOR 327(E) RETENTION APPLICATION (1.2); EMAIL COMMUNICATIONS WITH J. GROSBERG REGARDING SAME (.1); TELEPHONE CALL WITH B. RUBIN REGARDING SAME (.2); EMAIL COMMUNICATIONS WITH C. PAUL REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH S. OLDER REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH N. WHITE REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH L. KRZYWONOS REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH C. HARRINGTON REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH F. ACKERSON REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH J. GROSBERG REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH J. PAWLOW REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH M. BROWN REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH C. DONOVAN REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH L. YODER REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH J. GROSBERG REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH P. HAMBURGER REGARDING SAME (.1); EMAIL COMMUNICATIONS WITH P. PANTANO REGARDING SAME (.1); COMMUNICATIONS WITH B. LOHAN AND K. KANSA REGARDING ADDITIONAL DETAIL ON NAMES ON MASTER CONFLICT LIST (.2). |
| 12/16/08 Tue | Ravert, G 1987004/35 | 1.60 | 1.60 | 936.00 | 0.20 0.50 0.20 0.70 | F F F F | 1 2 3 4 | MATTER NAME: Chapter 11 Restructuring TELEPHONE CALL WITH B. RUBIN REGARDING ADDITIONAL CHANGES TO DISCLOSURES (.2); REVISE SAME AND ROUTE BLACKLINE (.5); EMAIL TO K. KANSA AND B. LOHAN REGARDING TIMING (.2); ADDITIONAL FOLLOW-UP REGARDING CONFLICTS LIST AND RELATED MATTERS (.7). |
| 12/17/08 Wed | Ravert, G 1987004/36 | 1.00 | 1.00 | 585.00 | 0.60 0.40 | F F | 1 2 | MATTER NAME: Chapter 11 Restructuring ADDITIONAL FOLLOW-UP COMMUNICATIONS WITH B. RUBIN REGARDING FINALIZING RETENTION APPLICATION (.6); REVIEW ADDITIONAL CONFLICTS AND MASTER CONFLICTS LIST AND ADDRESS ISSUES REGARDING SAME (.4). |
| 12/18/08 Thu | Ravert, G 1987004/37 | 2.00 | 2.00 | 1,170.00 | 0.60 1.40 | F F | 1 2 | MATTER NAME: Chapter 11 Restructuring ADDITIONAL FOLLOW-UP COMMUNICATIONS REGARDING CONFLICTS MATTERS AND MASTER CONFLICT LIST (.6); REVIEW AND REVISE RETENTION APPLICATION, DECLARATION, ORDER AND DISCLOSURES AND ROUTE SAME TO B. RUBIN AND A. WHITEWAY FOR REVIEW (1.4). |
| 12/18/08 Thu | Whiteway, A 1987004/8 | 0.80 | 0.80 | 600.00 | 0.40 0.40 | F F | 1 2 | MATTER NAME: Chapter 11 Restructuring REVIEW RETENTION APPLICATION (.40); COMMENT ON DECLARATION (.40). |
| 12/22/08 Mon | Ravert, G 1987004/38 | 0.50 | 0.50 | 292.50 | 0.20 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: Chapter 11 Restructuring REVIEW TRIBUNE DOCKET SHEET REGARDING RETENTION APPLICATIONS (.2); DRAFT AND SEND EMAIL WITH ATTACHMENTS TO K. KANSA REGARDING STATUS OF 327(E) APPLICATION (.2); COMMUNICATIONS WITH B. RUBIN REGARDING SAME (.1). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/23/08 Tue | Ravert, G 1987004/39 | 0.30 | 0.30 | 175.50 | | F | MATTER NAME: Chapter 11 Restructuring<br>1  COMMUNICATIONS WITH K. KANSA, A. WHITEWAY AND B. RUBIN REGARDING FINALIZING MCDERMOTT'S 327(E) APPLICATION. |
| 12/24/08 Wed | Ravert, G 1987004/40 | 0.30 | 0.30 | 175.50 | | F | MATTER NAME: Chapter 11 Restructuring<br>1  CHECK DOCKET SHEET AND EMAIL B. RUBIN AND A. WHITEWAY REGARDING STATUS OF MCDERMOTT'S RETENTION APPLICATION. |
| 12/26/08 Fri | Ravert, G 1987004/41 | 0.80 | 0.80 | 468.00 | 0.50 0.20 0.10 | F<br>F<br>F | MATTER NAME: Chapter 11 Restructuring<br>1  REVIEW COMMENTS OF DEBTORS TO MCDERMOTT'S 327(E) APPLICATION AND DISCUSS SAME WITH K. KANSA (.5);<br>2  COMMUNICATIONS WITH A. WHITEWAY AND B. RUBIN REGARDING SAME (.2);<br>3  ADDITIONAL COMMUNICATIONS WITH K. KANSA REGARDING SAME (.1). |
| 12/29/08 Mon | Ravert, G 1987004/42 | 0.50 | 0.50 | 292.50 | 0.30 0.20 | F<br>F | MATTER NAME: Chapter 11 Restructuring<br>1  REVIEW DOCKET SHEET AND MCDERMOTT RETENTION APPLICATION FOR FILING ERRORS (.3);<br>2  COMMUNICATIONS WITH B. RUBIN AND A. WHITEWAY REGARDING SAME (.2). |
| 01/09/09 Fri | Ravert, G 1987658/182 | 0.20 | 0.20 | 117.00 | | F | MATTER NAME: Chapter 11 Restructuring<br>1  CHECK DOCKET FOR OBJECTIONS TO RETENTION APPLICATION AND EMAIL B. RUBIN AND A. WHITEWAY REGARDING SAME. |
| 01/16/09 Fri | Ravert, G 1987658/183 | 0.80 | 0.80 | 468.00 | 0.40 0.30 0.10 | F<br>F<br>F | MATTER NAME: Chapter 11 Restructuring<br>1  REVIEW QUESTIONS POSED BY UNITED STATES TRUSTEE IN CONNECTION WITH MCDERMOTT'S 327(E) RETENTION (.4);<br>2  TELEPHONE CONFERENCE WITH B. RUBIN, A. WHITEWAY AND R. FINKELSTEIN REGARDING SAME (.3);<br>3  EMAIL TO J. MCMAHON (UST) REGARDING TIME TO DISCUSS (.1). |
| 01/20/09 Tue | Ravert, G 1987658/184 | 0.50 | 0.50 | 292.50 | 0.20 0.20 0.10 | F<br>F<br>F | MATTER NAME: Chapter 11 Restructuring<br>1  REVIEW EMAIL FROM K. KANSA REGARDING COMMUNICATIONS FROM J. MCMAHON AND RESPOND TO SAME (.20);<br>2  EMAILS TO AND FROM A. WHITEWAY AND B. RUBIN REGARDING SAME (.20);<br>3  FOLLOW-UP COMMUNICATIONS WITH J. MCMAHON REGARDING CALL ON FRIDAY AND ROUTE DIAL-IN NUMBER FOR SAME (.10). |
| 01/20/09 Tue | Rubin, B 1987658/134 | 1.30 | 1.30 | 1,189.50 | 0.20 1.10 | F<br>F | MATTER NAME: Chapter 11 Restructuring<br>1  CORRESPONDENCE REGARDING RETENTION OBJECTION DEADLINE (.2);<br>2  REVIEW U.S. TRUSTEE OBJECTIONS AND FORMULATE RESPONSES (1.1). |
| 01/20/09 Tue | Whiteway, A 1987658/114 | 0.20 | 0.20 | 150.00 | | F | MATTER NAME: Chapter 11 Restructuring<br>1  CORRESPONDENCE REGARDING US TRUSTEE ISSUES. |
| 01/21/09 Wed | Ravert, G 1987658/185 | 0.30 | 0.30 | 175.50 | | F | MATTER NAME: Chapter 11 Restructuring<br>1  COMMUNICATIONS REGARDING UST'S CONCERNS WITH MCDERMOTT APPLICATION. |
| 01/22/09 Thu | Finkelstein, J 1987658/96 | 4.30 | 1.80 | 1,044.00 | 0.80 1.00 2.50 | F<br>F<br>F | MATTER NAME: Chapter 11 Restructuring<br>1  REVIEW SECTION 327(E) APPLICATION AND AFFIDAVIT (.8 HOURS);<br>2  DISCUSS U.S. TRUSTEE QUESTIONS WITH COUNSEL (1 HOUR);<br>3  DISCUSS RESTRUCTURING ISSUES WITH COUNSEL (2.5 HOURS). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/22/09 Thu | Ravert, G 1987658/186 | 1.10 | 1.10 | 643.50 | 1.00 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH B. RUBIN AND J. FINKELSTEIN TO DISCUSS THE J. MCMAHON'S CONCERNS WITH MCDERMOTT'S 327(E) RETENTION APPLICATION (1.); |
| | | | | | 0.10 | F | 2 | COMMUNICATIONS WITH K. KANSA REGARDING AVAILABILITY TO DISCUSS SAME (.1). |
| 01/22/09 Thu | Rubin, B 1987658/136 | 5.70 | 1.50 | 1,372.50 | 1.90 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* RESEARCH TO DEVELOP LIST OF ISSUES TO BE ANALYZED (1.90); |
| | | | | | 0.80 | F | 2 | PREPARATION FOR AND CONFERENCE WITH MR. SHUMAN REGARDING NO NET VALUE RESEARCH (.80); |
| | | | | | 1.50 | F | 3 | CONFERENCE WITH MS. WHITEWAY REGARDING 108 RESEARCH (1.50); |
| | | | | | 1.00 | F | 4 | PREPARATION FOR AND CONFERENCE WITH CO-COUNSEL REGARDING RETENTION ISSUES AND QUESTIONS FROM U.S. TRUSTEE (1.00); |
| | | | | | 0.50 | F | 5 | FOLLOW UP REGARDING ANSWERS TO QUESTIONS (.50). |
| 01/23/09 Fri | Finkelstein, J 1987658/98 | 1.00 | 1.00 | 580.00 | | F | 1 | *MATTER NAME: Chapter 11 Restructuring* PARTICIPATE IN CONFERENCE CALL WITH U.S. TRUSTEE AND GARY RAVERT REGARDING US TRUSTEE'S QUESTIONS. |
| 01/23/09 Fri | Ravert, G 1987658/187 | 4.80 | 4.80 | 2,808.00 | 0.20 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* REVIEW AND RESPOND TO EMAIL FROM B. RUBIN RESPONDING TO J. MCMAHON INFORMATION REQUEST (.2); |
| | | | | | 1.00 | F | 2 | PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH B. RUBIN AND J. MCMAHON REGARDING NUMEROUS UST QUESTIONS (1.0); |
| | | | | | 1.65 | A | 3 | RESEARCH LEGAL ISSUES AND FACTUAL RAISED BY J. MCMAHON |
| | | | | | 1.65 | A | 4 | AND DRAFT EMAIL TO B. RUBIN REGARDING SAME (3.3); |
| | | | | | 0.30 | F | 5 | TELEPHONE CALL WITH G. PALMER TO FOLLOW-UP ON J. MCMAHON'S QUESTIONS ABOUT PAST EMPLOYMENT (.3). |
| 01/23/09 Fri | Rubin, B 1987658/137 | 5.80 | 2.50 | 2,287.50 | 1.50 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* PREPARATION FOR AND CONFERENCE CALL WITH CLIENTS AND LAZARD PERSONNEL REGARDING ISSUES TO BE RESOLVED IN CONNECTION WITH POSSIBLE MASTER LLC STRUCTURE (1.5); |
| | | | | | 1.80 | F | 2 | DEVELOP ISSUES LIST AND CONFERENCE WITH CO-COUNSEL REGARDING SAME (1.8); |
| | | | | | 1.20 | F | 3 | PREPARATION FOR AND CONFERENCE CALL WITH TRUSTEE REGARDING RETENTION ISSUES (1.2); |
| | | | | | 0.70 | F | 4 | RESPOND TO AND FOLLOW UP REGARDING INFORMATION REQUESTS FROM TRUSTEE (.7); |
| | | | | | 0.60 | F | 5 | REVIEW MEMO AND ANALYSIS PILLOWTEX ISSUE (.6). |
| 01/24/09 Sat | Ravert, G 1987658/188 | 0.70 | 0.70 | 409.50 | 0.30 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* EMAIL COMMUNICATIONS WITH B. RUBIN REGARDING J. MCMAHON INQUIRIES (.3); |
| | | | | | 0.40 | F | 2 | TELEPHONE CONFERENCE WITH B. RUBIN REGARDING SAME (.4). |
| 01/24/09 Sat | Rubin, B 1987658/138 | 1.10 | 1.00 | 915.00 | 0.70 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* REVIEW PILLOWTEX CASE (.70); |
| | | | | | 0.30 | F | 2 | CONFERENCE CALL WITH MR. RAVERT REGARDING RETENTION ISSUES (.30); |
| | | | | | 0.30 | F | 3 | RESPOND TO CREDITOR COMMITTEE QUESTIONS (.30). |
| 01/25/09 Sun | Ravert, G 1987658/189 | 0.30 | 0.30 | 175.50 | 0.30 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* REVIEW AND MODIFY ATTORNEY LIST AND ROUTE TO J. MCMAHON WITH COMMENTS (.3). |
| 01/26/09 Mon | Finkelstein, J 1987658/100 | 4.40 | 1.40 | 812.00 | 2.00 | F | 1 | *MATTER NAME: Chapter 11 Restructuring* DRAFT ISSUES MEMO (2 HOURS); |
| | | | | | 1.00 | F | 2 | DISCUSS STRUCTURE MEMO WITH PATRICK MCCURRY (1 HOUR); |
| | | | | | 1.40 | F | 3 | REVIEW PAYMENT SCHEDULE AND DISCUSS WITH GARY RAVERT (1.4 HOURS). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/26/09 Mon | Ravert, G 1987658/190 | 5.40 | 5.40 | 3,159.00 | 0.30 | F | 1 | MATTER NAME: Chapter 11 Restructuring COMMUNICATIONS WITH B. RUBIN, C. LOWRY AND J. FINKELSTEIN REGARDING J. MCMAHON AND COMMITTEE INFORMATION REQUESTS (.3); |
| | | | | | 0.30 | F | 2 | TELEPHONE CALL WITH J. FINKELSTEIN AND C. LOWRY REGARDING PAYMENT HISTORY REQUESTED BY J. MCMAHON (.3); |
| | | | | | 1.80 | F | 3 | BEGIN REVIEW OF PAYMENT HISTORY AND CONSIDER J. MCMAHON'S PREFERENCE ARGUMENTS (1.8); |
| | | | | | 0.20 | F | 4 | TELEPHONE CALL WITH C. LOWRY REGARDING PRINTING OF INVOICES (.2); |
| | | | | | 0.10 | F | 5 | TELEPHONE CALL WITH J. FINKELSTEIN REGARDING ADJOURNMENT OF HEARING OR EXTENSION OF OBJECTION DEADLINE (.1); |
| | | | | | 2.70 | F | 6 | RESEARCH THIRDCIRCUIT LAW REGARDING ORDINARY BUSINESS TERMS (2.7). |
| 01/26/09 Mon | Whiteway, A 1987658/118 | 1.00 | 0.50 | 375.00 | 0.50 | F | 1 | MATTER NAME: Chapter 11 Restructuring CORRESPONDENCE REGARDING US TRUSTEE ISSUES (.5); |
| | | | | | 0.50 | F | 2 | REVIEW AND RESPOND TO CHADBOURNE CORRESPONDENCE (.5). |
| 01/27/09 Tue | Finkelstein, J 1987658/101 | 3.00 | 1.00 | 580.00 | 0.50 | F | 1 | MATTER NAME: Chapter 11 Restructuring DISCUSS TAX ISSUES WITH PATRICK MCCURRY (.5 HOURS); |
| | | | | | 0.50 | F | 2 | DISCUSS TAX ISSUES WITH TIM SHUMAN (.5 HOURS); |
| | | | | | 1.00 | F | 3 | REVIEW PAYMENT SCHEDULE AND DISCUSS WITH ANDREA WHITEWAY AND GARY RAVERT (1 HOUR); |
| | | | | | 0.50 | A | 4 | DISCUSS RESTRUCTURING ISSUES MEMO WITH BLAKE RUBIN AND ANDREA WHITEWAY, |
| | | | | | 0.50 | A | 5 | REVISE RESTRUCTURING ISSUES MEMO AND DISTRIBUTE (1 HOUR). |
| 01/27/09 Tue | Raicht, G 1987658/79 | 1.50 | 1.50 | 1,072.50 | 0.80 | F | 1 | MATTER NAME: Chapter 11 Restructuring PREPARE FOR AND PARTICIPATE IN OFFICE CONFERENCE WITH G. RAVERT REGARDING RETENTION STATUS (.80); |
| | | | | | 0.40 | F | 2 | TELEPHONE CALL WITH H. FREISHTAT REGARDING SAME (.40); |
| | | | | | 0.30 | F | 3 | REVIEW B. RUBIN AFFIDAVIT (.30). |
| 01/27/09 Tue | Ravert, G 1987658/191 | 11.00 | 11.00 | 6,435.00 | 3.00 | F | 1 | MATTER NAME: Chapter 11 Restructuring REVIEW THIRD CIRCUIT DECISION REGARDING J. MCMAHON INQUIRIES AND DRAFT MEMO TO B. RUBIN REGARDING RESPONSE TO J. MCMAHON (3.0); |
| | | | | | 8.00 | F | 2 | REVIEW INVOICES AND FIFTEEN MONTHS OF PAYMENT HISTORY (8.0). |
| 01/27/09 Tue | Whiteway, A 1987658/119 | 1.00 | 0.60 | 450.00 | 0.40 | F | 1 | MATTER NAME: Chapter 11 Restructuring RESEARCH AND ANALYSIS OF TRIBUNE REPORTING FORM 1099-OID (.4); |
| | | | | | 0.60 | F | 2 | RESPOND TO US TRUSTEE ISSUES (.6). |
| 01/28/09 Wed | Raicht, G 1987658/80 | 1.00 | 1.00 | 715.00 | | F | | MATTER NAME: Chapter 11 Restructuring PREPARE FOR AND PARTICIPATE IN OFFICE CONFERENCE WITH G. RAVERT REGARDING REFERENCE ANALYSIS. |
| 01/28/09 Wed | Ravert, G 1987658/192 | 6.80 | 7.20 | 4,212.00 | 0.40 | F | 1 | MATTER NAME: Chapter 11 Restructuring TELEPHONE CALL WITH C. LOWRY REGARDING PAYMENT SCHEDULE REQUESTED BY J. MCMAHON (.4); |
| | | | | | 0.30 | F | 2 | TELEPHONE CALL WITH A. WHITEWAY AND J. FINKELSTEIN REGARDING RESPONSES TO J. MCMAHON (.3); |
| | | | | | 2.70 | F | 3 | RESEARCH ISSUES IN CONNECTION WITH PILLOWTEX AND APPLICATION THEREOF IN RETENTION MATTERS (2.7); |
| | | | | | 0.80 | F | 4 | OFFICE CONFERENCE WITH G. RAICHT CONCERNING RESPONSES TO J. MCMAHON (.8); |
| | | | | | 3.00 | F | 5 | CONTINUE DRAFT RESPONSE TO J. MCMAHON (3.0). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/28/09 Wed | Whiteway, A 1987658/120 | 4.00 | 0.50 | 375.00 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| | | | | | 0.50 | F | 1 | CORRESPONDENCE AND ANALYSIS REGARDING US TRUSTEE ISSUES (.5); |
| | | | | | 0.50 | F | 2 | ANALYSIS OF REV. RUL 99-5 ISSUES (.5); |
| | | | | | 0.20 | F | 3 | CONFERENCE WITH MS. CHAN REGARDING SAME (.2); |
| | | | | | 1.00 | F | 4 | TELEPHONE CONFERENCE WITH MS. KLEINBERG REGARDING TAX ISSUES (1.0); |
| | | | | | 0.60 | F | 5 | REVIEW AND COMMENT ON MASTER LLC ISSUES MEMO (.6); |
| | | | | | 1.20 | F | 6 | RESEARCH TAX ISSUES RAISED BY MS. KLEINBERG (1.2). |
| 01/29/09 Thu | Raicht, G 1987658/81 | 0.30 | 0.30 | 214.50 | | F | 1 | *MATTER NAME: Chapter 11 Restructuring* TELEPHONE CALL WITH G. RAVERT REGARDING PAYOUT ISSUES. |
| 01/29/09 Thu | Ravert, G 1987658/193 | 7.50 | 7.50 | 4,387.50 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| | | | | | 5.20 | F | 1 | CONTINUE PREFERENCE AND ORDINARY COURSE DEFENSE ANALYSIS AND DRAFTING LETTER TO J. MCMAHON REGARDING SAME (5.20); |
| | | | | | 0.50 | F | 2 | TELEPHONE CALL WITH C. LOWRY REGARDING PAYMENT SCHEDULE (.50); |
| | | | | | 0.70 | F | 3 | DETAILED EMAIL TO B. RUBIN, A. WHITEWAY AND J. FINKELSTEIN REGARDING PAYMENT HISTORY (.70); |
| | | | | | 0.40 | F | 4 | COMMUNICATIONS WITH B. SMITH AND G. RAICHT REGARDING SAME (.40); |
| | | | | | 0.70 | F | 5 | NUMEROUS COMMUNICATIONS REGARDING A. WHITEWAY, J. FINKELSTEIN AND C. LOWRY REGARDING PAYMENT HISTORY (.70). |
| 01/29/09 Thu | Whiteway, A 1987658/121 | 5.10 | 0.80 | 600.00 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| | | | | | 0.80 | F | 1 | CORRESPONDENCE AND ANALYSIS REGARDING US TRUSTEE ISSUES (.8); |
| | | | | | 0.50 | F | 2 | ANALYSIS OF REV. RUL 99-5 ISSUES (.5); |
| | | | | | 0.50 | F | 3 | CONFERENCE WITH MS. DODDS REGARDING STEP TRANSACTION (.5); |
| | | | | | 0.50 | F | 4 | REVIEW LAZARD EDITS TO ISSUES MEMO (.5); |
| | | | | | 0.80 | F | 5 | TELEPHONE CONFERENCE WITH MR. LARSEN AND MR. ELDERSVELD REGARDING DAVIS POLK (.8); |
| | | | | | 1.50 | F | 6 | RESEARCH TAX ISSUES RAISED BY MASTER LLC STRUCTURE (1.5); |
| | | | | | 0.50 | F | 7 | TELEPHONE CONFERENCE WITH MR. SHANAHAN AND MS. MELGAREJO REGARDING OID REPORTING ON PHONES AND OTHER DEBT INSTRUMENTS (.5). |
| 01/30/09 Fri | Raicht, G 1987658/82 | 0.50 | 0.50 | 357.50 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| | | | | | 0.30 | F | 1 | OFFICE CONFERENCE WITH B. KOON REGARDING TRIBUNES BILLS (.30); |
| | | | | | 0.20 | F | 2 | TELEPHONE CALL WITH G. RAVERT REGARDING SAME (.20). |
| 01/30/09 Fri | Ravert, G 1987658/194 | 5.20 | 5.20 | 3,042.00 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| | | | | | 1.70 | F | 1 | OFFICE CONFERENCE WITH T. CROSIER REGARDING PREFERENCE ANALYSIS (1.70); |
| | | | | | 0.30 | F | 2 | TELEPHONE CALL WITH G. RAICHT REGARDING PAYMENT SCHEDULE (.30); |
| | | | | | 2.60 | F | 3 | REVIEW PRELIMINARY PREFERENCE ANALYSIS (2.60); |
| | | | | | 0.60 | F | 4 | NUMEROUS COMMUNICATIONS CONCERNING PAYMENT HISTORY AND RELATED MATTERS (.60). |
| 01/31/09 Sat | Ravert, G 1987658/195 | 3.00 | 3.00 | 1,755.00 | | F | 1 | *MATTER NAME: Chapter 11 Restructuring* COMPARE INVOICES AND PAYMENTS TO PREFERENCE ANALYSIS IN RESPONSE TO J. MCMAHON REQUEST. |
| 02/02/09 Mon | Raicht, G 1987660/202 | 1.00 | 1.00 | 715.00 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| | | | | | 0.50 | F | 1 | REVIEW BILLS AND PAYMENT SCHEDULE SPREADSHEET (.50); |
| | | | | | 0.50 | F | 2 | TELEPHONE CALL WITH M. BURKE AND G. RAVERT REGARDING SAME (.50). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/02/09 Mon | Ravert, G 1987660/313 | 4.50 | 4.50 | 2,632.50 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 2.50 | F | 1 | CONTINUE REVIEW OF BILLS AND PAYMENT SCHEDULE (2.50); |
| | | | | | 0.70 | F | 2 | COMMUNICATIONS WITH A. WHITEWAY, C. LOWRY, L. BURKE, T. CROSIER AND G. RAICHT REGARDING INVOICES, SCHEDULE, OBJECTION DEADLINE AND RELATED MATTERS (.70); |
| | | | | | 0.80 | F | 3 | UPDATE PAYMENT SCHEDULE WITH DATES OF SERVICE (.80); |
| | | | | | 0.50 | F | 4 | REVIEW PAYMENT HISTORY (.50). |
| 02/03/09 Tue | Raicht, G 1987660/203 | 1.00 | 1.00 | 715.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 0.20 | F | 1 | REVIEW REVISED PREFERENCE ANALYSIS (.20); |
| | | | | | 0.50 | F | 2 | COMMUNICATIONS WITH C. LOWRY AND G. RAVERT REGARDING INVOICE DATES (.50); |
| | | | | | 0.20 | F | 3 | TELEPHONE CALL WITH L. BURKE AND G. RAVERT REGARDING PAYMENT SCHEDULE (.20); |
| | | | | | 0.10 | F | 4 | OFFICE CONFERENCE WITH G. RAVERT REGARDING MODIFIED PAYMENT SCHEDULE AND POTENTIAL UST ARGUMENTS (.10). |
| 02/03/09 Tue | Ravert, G 1987660/314 | 3.30 | 3.30 | 1,930.50 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 0.60 | F | 1 | OFFICE CONFERENCE WITH T. CROSIER REGARDING CLARIFICATIONS TO PAYMENT SCHEDULE (.60); |
| | | | | | 0.70 | F | 2 | COMMUNICATIONS WITH B. RUBIN, T. CROSIER AND G. RAICHT REGARDING MWE PAYMENT SCHEDULE IN TRIBUNE MATTER (.70); |
| | | | | | 0.30 | F | 3 | REVIEW COMMENTS OF C. LOWRY TO PAYMENT SCHEDULE (.30); |
| | | | | | 0.40 | F | 4 | REVIEW REVISED PAYMENT SCHEDULE FROM B. RUBIN (.40); |
| | | | | | 0.30 | F | 5 | COMMUNICATIONS WITH A. WHITEWAY REGARDING UPDATES OF DATES OF SERVICE (.30); |
| | | | | | 0.20 | F | 6 | REVIEW AND REVISE PREFERENCE ANALYSIS BASED ON UPDATED PAYMENT SCHEDULE (.20); |
| | | | | | 0.50 | F | 7 | COMMUNICATIONS WITH C. LOWRY AND G. RAICHT REGARDING INVOICE DATES (.50); |
| | | | | | 0.20 | F | 8 | TELEPHONE CALL WITH L. BURKE AND G. RAICHT REGARDING PAYMENT SCHEDULE (.20); |
| | | | | | 0.10 | F | 9 | OFFICE CONFERENCE WITH G. RAICHT REGARDING MODIFIED PAYMENT SCHEDULE AND POTENTIAL UST ARGUMENTS (.10). |
| 02/03/09 Tue | Whiteway, A 1987660/237 | 4.30 | 1.50 | 1,125.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 1.50 | F | 1 | PREPARATION FOR CORRESPONDENCE WITH US TRUSTEE (1.5); |
| | | | | | 0.80 | F | 2 | REVIEW CORRESPONDENCE REGARDING COD QUESTIONS (.8); |
| | | | | | 2.00 | F | 3 | PREPARATION FOR AND TELEPHONE CONFERENCE REGARDING MASTER LLC TAX ISSUES (2.0). |
| 02/04/09 Wed | Ravert, G 1987660/315 | 4.50 | 4.50 | 2,632.50 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 1.70 | F | 1 | REVIEW PREFERENCE ANALYSIS IN CONTEMPLATION OF PILLOWTEX PAYMENT (1.70); |
| | | | | | 0.80 | F | 2 | OFFICE CONFERENCE WITH T. CROSIER REGARDING INVOICES AND PAYMENT HISTORY AS REFLECTED ON PREFERENCE ANALYSIS (.80); |
| | | | | | 0.40 | F | 3 | TELEPHONE CALL WITH B. RUBIN AND A. WHITEWAY REGARDING MODIFIED SPREADSHEET (.40); |
| | | | | | 0.50 | F | 4 | COMMUNICATIONS WITH L. BURKE AND G. RAICHT REGARDING PAYMENT SCHEDULE (.50); |
| | | | | | 1.10 | F | 5 | BEGIN ORDINARY COURSE DEFENSE ANALYSIS (1.10). |
| 02/05/09 Thu | Ravert, G 1987660/316 | 5.20 | 5.20 | 3,042.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 0.70 | F | 1 | REVISIONS TO PREFERENCE ANALYSIS, NEW VALUE DEFENSES AND ORDINARY COURSE DEFENSES (.70); |
| | | | | | 1.00 | F | 2 | NUMEROUS TELEPHONE CALLS WITH A. RUTKOFF, G. RAICHT, B. RUBIN AND L. BURKE REGARDING SAME (1.00); |
| | | | | | 0.80 | F | 3 | COMMUNICATIONS WITH T. CROSIER REGARDING SAME (.80); |
| | | | | | 0.70 | A | 4 | REVIEW NEW/ADDITIONAL INVOICES |
| | | | | | 0.70 | A | 5 | AND DISCUSS PROPER DISCLOSURE OF NEWSDAY PAYMENT (1.40); |
| | | | | | 0.90 | F | 6 | TELEPHONE CALLS AND EMAIL COMMUNICATIONS WITH C. LOWRY REGARDING INVOICE AND PAYMENT QUESTIONS (.90); |
| | | | | | 0.40 | F | 7 | TELEPHONE CALL WITH A. WHITEWAY REGARDING PAYMENT SCHEDULE AND PRESENTATION OF SAME (.40). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/05/09 Thu | Rubin, B 1987660/257 | 6.30 | 2.00 | 1,830.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 1.50 | F | 1 | REVIEW AND COMMENT ON FINANCIAL MODEL (1.5); |
| | | | | | 1.30 | F | 2 | PREPARATION FOR AND CONFERENCE CALL WITH CLIENTS REGARDING SAME (1.3); |
| | | | | | 1.00 | F | 3 | CORRESPONDENCE AND INTERNAL MEETINGS REGARDING RESPONSE TO US TRUSTEE (1.0); |
| | | | | | 0.30 | F | 4 | TELEPHONE CONFERENCE REGARDING RESPONSE TO US TRUSTEE WITH SIDLEY PERSONNEL (.3); |
| | | | | | 1.00 | F | 5 | CONFERENCE REGARDING MASTER LLC TAX AND ESOP ISSUES WITH CO-COUNSEL (1.0); |
| | | | | | 1.20 | F | 6 | REVIEW AND EDIT MEMO REGARDING COD ORDER ISSUES (1.2). |
| 02/05/09 Thu | Whiteway, A 1987660/239 | 5.30 | 4.30 | 3,225.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 2.00 | A | 1 | CORRESPONDENCE |
| | | | | | 2.00 | A | 2 | AND INTERNAL MEETING REGARDING RESPONSE TO US TRUSTEE (4.0); |
| | | | | | 0.30 | F | 3 | TELEPHONE CONFERENCE REGARDING US TRUSTEE WITH MR. KRAKAUER (.3); |
| | | | | | 1.00 | F | 4 | RESEARCH MASTER LLC TAX ISSUES REGARDING CORPORATION V. PTP V. PARTNERSHIP (1.0). |
| 02/06/09 Fri | Raicht, G 1987660/204 | 2.00 | 2.00 | 1,430.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 1.00 | F | 1 | TELEPHONE CALL WITH A. RUTKOFF AND OTHERS REGARDING RETENTION ISSUES (1.00); |
| | | | | | 0.30 | F | 2 | FOLLOW-UP TELEPHONE CALLS REGARDING SAME (.30); |
| | | | | | 0.70 | F | 3 | REVIEW AND ANALYSIS REGARDING SAME (.70). |
| 02/06/09 Fri | Ravert, G 1987660/317 | 5.50 | 6.40 | 3,744.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 3.70 | F | 1 | NUMEROUS CONFERENCE CALLS WITH B. RUBIN, A. RUTKOFF, G. RAICHT, L. BURKE, A. WHITEWAY AND B. SMITH REGARDING PAYMENT SCHEDULE AND MODIFICATIONS THERETO (3.70); |
| | | | | | 2.70 | F | 2 | REVISE SAME AND DRAFT EXPLANATION OF NEWSDAY PAYMENT AND INVOICES (2.70). |
| 02/06/09 Fri | Rubin, B 1987660/258 | 6.30 | 2.20 | 2,013.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 1.20 | F | 1 | PREPARE RESPONSE TO US TRUSTEE (1.2); |
| | | | | | 1.00 | F | 2 | CONFERENCE WITH CO-COUNSEL REGARDING SAME (1.0); |
| | | | | | 2.50 | F | 3 | RESEARCH AND ANALYSIS REGARDING DISGUISED SALE ISSUES RELATING TO MASTER LLC (2.5); |
| | | | | | 0.80 | A | 4 | RESEARCH AND ANALYSIS REGARDING ESOP ISSUES |
| | | | | | 0.80 | A | 5 | AND CONFERENCE WITH CO-COUNSEL REGARDING SAME (1.6). |
| 02/06/09 Fri | Smith, W 1987660/332 | 1.40 | 1.40 | 1,113.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | | F | 1 | CONFER WITH A.RUTKOFF AND G.RAVERT REGARDING RETENTION ISSUES. |
| 02/06/09 Fri | Whiteway, A 1987660/240 | 6.30 | 3.80 | 2,850.00 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 2.80 | F | 1 | PREPARE RESPONSE TO US TRUSTEE (2.8); |
| | | | | | 1.00 | F | 2 | CONFERENCE WITH MR. RUBIN AND MR. RUTKOFF REGARDING SAME (1.0); |
| | | | | | 2.50 | F | 3 | CONFERENCE WITH MR. RUBIN AND MR. FINKELSTEIN REGARDING MASTER LLC ISSUES (2.5). |
| 02/09/09 Mon | Ravert, G 1987660/318 | 3.50 | 3.50 | 2,047.50 | | | | MATTER NAME: Chapter 11 Restructuring |
| | | | | | 0.30 | F | 1 | COMMUNICATIONS WITH L. BURKE REGARDING PAYMENT SCHEDULE (.30); |
| | | | | | 0.30 | F | 2 | TELEPHONE CONFERENCE WITH A. RUTKOFF REGARDING SAME (.30); |
| | | | | | 1.40 | F | 3 | TELEPHONE CONFERENCE WITH A. RUTKOFF AND B. SMITH REGARDING PAYMENT SCHEDULE (1.40); |
| | | | | | 0.70 | F | 4 | PREPARE FOR CONFERENCE CALL WITH GROUP TO DISCUSS SAME (.70); |
| | | | | | 0.40 | F | 5 | REVIEW AND ANALYZE REVISED PAYMENT SCHEDULE (.40); |
| | | | | | 0.40 | F | 6 | EMAIL TO GROUP SUMMARIZING ANALYSIS (.40). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/10/09 Tue | Raicht, G 1987660/205 | 1.50 | 1.50 | 1,072.50 | 1.20 0.30 | F F | 1 2 | *MATTER NAME: Chapter 11 Restructuring* PREPARE FOR AND PARTICIPATE IN TELEPHONE CALL WITH TRIBUNE REGARDING RETENTION (1.20); FOLLOW-UP E-MAIL REGARDING SAME (.30). |
| 02/10/09 Tue | Ravert, G 1987660/319 | 5.30 | 5.30 | 3,100.50 | 0.60 1.20 0.50 1.80 1.20 | F F F F F | 1 2 3 4 5 | *MATTER NAME: Chapter 11 Restructuring* TELEPHONE CONFERENCE WITH A. RUTKOFF, B. SMITH, AND G. RAICHT REGARDING TRIBUNE RETENTION (.60); NUMEROUS FOLLOW-UP CALLS AND EMAILS WITH B. RUBIN, A. WHITEWAY, W. RAY, M. FAYHEE, L. BURKE, A. RUTKOFF, G. RAICHT AND B. SMITH (1.20); TELEPHONE CALL WITH J. MCMAHON REGARDING PAYMENT SPREADSHEET (.50); REVIEW AND REVISE ORDINARY COURSE DEFENSE CHARTS (1.80); COMMUNICATIONS REGARDING SAME AND ROUTE SAME TO TEAM WITH COMMENTS (1.20). |
| 02/10/09 Tue | Rubin, B 1987660/261 | 2.00 | 0.80 | 732.00 | 1.00 0.20 0.80 | F F F | 1 2 3 | *MATTER NAME: Chapter 11 Restructuring* REVIEW AND COMMENT ON CORPORATE RESTRUCTURING SLIDE DECK (1.00); CORRESPONDENCE REGARDING SAME (.20); REVIEW AND RECONCILE BILLING AND PAYMENT SPREADSHEET (.8). |
| 02/10/09 Tue | Smith, W 1987660/333 | 1.50 | 1.50 | 1,192.50 | 0.50 1.00 | F F | 1 2 | *MATTER NAME: Chapter 11 Restructuring* REVIEW BILLING AND PAYMENT SPREADSHEET (.50); CONFER WITH G.RAVERT, A.RUTKOFF, M.FAYHEE REGARDING SAME (1.00). |
| 02/10/09 Tue | Whiteway, A 1987660/242 | 1.00 | 1.00 | 750.00 | | F | 1 | *MATTER NAME: Chapter 11 Restructuring* REVIEW INFORMATION IN RESPONSE TO US TRUSTEE. |
| 02/11/09 Wed | Raicht, G 1987660/206 | 2.50 | 2.50 | 1,787.50 | 0.70 0.80 1.00 | F F F | 1 2 3 | *MATTER NAME: Chapter 11 Restructuring* REVIEW AND COMMENT ON COVER LETTER TO UST (.70); TELECONFERENCE WITH A. RUTKOFF AND B. SMITH REGARDING RETAINER (.80); OFFICE CONFERENCES WITH G. RAVERT REGARDING SAME (1.0). |
| 02/11/09 Wed | Ravert, G 1987660/320 | 3.80 | 3.80 | 2,223.00 | | F F F F | 1 2 3 4 | *MATTER NAME: Chapter 11 Restructuring* TELEPHONE AND EMAIL COMMUNICATIONS WITH A. RUTKOFF, B. SMITH, G. RAICHT AND W. RAY CONCERNING SPREADSHEET FOR UST; PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH B. RUBIN, A. WHITEWAY, G. RAICHT, M. FAYHEE, A. RUTKOFF AND B. SMITH; DRAFT COVER LETTER TO UST AND ROUTE SAME TO B. SMITH FOR COMMENTS; REVISE AND ROUTE SAME TO B. RUBIN AND A. WHITEWAY. |
| 02/11/09 Wed | Rubin, B 1987660/262 | 4.90 | 1.00 | 915.00 | 0.50 0.50 1.20 0.30 1.00 1.40 | A A F F F F | 1 2 3 4 5 6 | *MATTER NAME: Chapter 11 Restructuring* REVIEW AND COMMENT ON SPREADSHEETS RESPONDING TO TRUSTEE AND CONFERENCE WITH CO-COUNSEL REGARDING SAME (1.0); ANALYSIS AND REVIEW TAX ISSUES REGARDING MASTER LLC (1.2); REVIEW MEMO REGARDING ESOP (.3); PREPARATION FOR AND CONFERENCE CALL WITH DAVIS POLK REGARDING MASTER LLC STRUCTURE ISSUES (1.0); PREPARE FOR MEETING REGARDING SAME (1.4). |
| 02/11/09 Wed | Smith, W 1987660/334 | 1.50 | 1.50 | 1,192.50 | 0.50 0.80 0.20 | F F F | 1 2 3 | *MATTER NAME: Chapter 11 Restructuring* REVIEW MOST RECENT PAYMENT HISTORY SPREADSHEET (.50); CONFER WITH B.RUBIN, A.WHITEWAY, M.FAYHEE, A.RUTKOFF REGARDING SAME (.80); FOLLOW-UP CALLS REGARDING SAME (.20). |

~ See the last page of exhibit for explanation

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/11/09 Wed | Whiteway, A 1987660/243 | 3.80 | 1.30 | 975.00 | 0.80 | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>TELEPHONE CONFERENCE WITH MR. SMITH AND MR. RAVERT REGARDING US TRUSTEE INFOMATION REQUESTS (.8): |
| | | | | | 0.50 | F | 2 | REVIEW AND COMMENT ON INFORMATION IN RESPONSE TO US TRUSTEE (.5): |
| | | | | | 1.20 | F | 3 | ANALYSIS AND REVIEW TAX ISSUES REGARDING MASTER LLC (1.2): |
| | | | | | 0.30 | F | 4 | REVIEW MR. GRANADOS CORRESPONDENCE REGARDING ESOP (.3): |
| | | | | | 1.00 | F | 5 | TELEPHONE CONFERENCE WITH DAVIS POLK REGARDING MASTER LLC STRUCTURE (1.0). |
| 02/12/09 Thu | Ravert, G 1987660/321 | 0.80 | 0.30 | 175.50 | 0.30 | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>COMMUNICATIONS WITH A. RUTKOFF CONCERNING TRIBUNE MATTER (.30): |
| | | | | | 0.20 | F | 2 | COMMUNICATIONS WITH A. WHITEWAY CONCERNING SAME (.20): |
| | | | | | 0.30 | F | 3 | TELEPHONE CALL AND EMAIL TO W. RAY CONCERNING UPDATED SPREADSHEET (.30). |
| 02/12/09 Thu | Whiteway, A 1987660/244 | 6.60 | 0.60 | 450.00 | 3.00 | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>RESEARCH 707 ISSUES (3.0): |
| | | | | | 1.00 | F | 2 | REVIEW CREDIT AGREEMENT PROVISIONS (1.0): |
| | | | | | 1.00 | F | 3 | CONFERENCE WITH MR. RUBIN AND MR. FINKELSTEIN REGARDING ISSUES RAISED BY DAVIS POLK (1.0): |
| | | | | | 0.50 | F | 4 | ANALYSIS OF INFORMATION REGARDING US TRUSTEE (.5): |
| | | | | | 0.10 | F | 5 | CORRESPONDENCE WITH MR. RAVERT (.1): |
| | | | | | 0.50 | F | 6 | TELEPHONE CONFERENCE WITH MR. GRANADOS AND MR. MERTEN REGARDING ESOP ISSUES (.5): |
| | | | | | 0.50 | F | 7 | ANALYSIS OF ESOP LEASED EMPLOYEE ISSUE (.5). |
| 02/13/09 Fri | Ravert, G 1987660/322 | 1.00 | 1.00 | 585.00 | | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>COMMUNICATIONS WITH B. SMITH, A. RUTKOFF AND A. RUBIN REGARDING FINAL SPREADSHEET AND COVER LETTER TO J. MCMAHON AND TIMING REGARDING SAME. |
| 02/14/09 Sat | Ravert, G 1987660/323 | 1.00 | 1.00 | 585.00 | 0.70 | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>COMMUNICATIONS WITH B. RUBIN AND B. SMITH REGARDING FINAL SPREADSHEETS AND COVER LETTER (.70): |
| | | | | | 0.30 | F | 2 | REVIEW REVISED SPREADSHEET AND MODIFICATIONS TO COVER LETTER (.30). |
| 02/14/09 Sat | Rubin, B 1987660/265 | 2.50 | 2.00 | 1,830.00 | 1.70 | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>REVIEW AND EDIT SPREADSHEETS AND COVER LETTER RELATING TO RETENTION (1.70): |
| | | | | | 0.30 | F | 2 | CORRESPONDENCE REGARDING SAME (.30): |
| | | | | | 0.50 | F | 3 | REVIEW AND REVISE MASTER LLC STRUCTURE ISSUE LIST AND CIRCULATE (.5). |
| 02/14/09 Sat | Whiteway, A 1987660/245 | 5.50 | 5.50 | 4,125.00 | 4.00 | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>REVIEW RETENTION APPLICATION ISSUES AND PREPARE SPREADSHEETS (4.0): |
| | | | | | 1.50 | F | 2 | CORRESPONDENCE RE US TRUSTEE RESPONSE REQUIREMENTS (1.5) |
| 02/16/09 Mon | Whiteway, A 1987660/246 | 0.50 | 0.50 | 375.00 | | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>REVIEW AND COMMENT ON RESPONSE TO US TRUSTEE. |
| 02/17/09 Tue | Ravert, G 1987660/324 | 1.10 | 1.10 | 643.50 | 0.20 | F | 1 | *MATTER NAME: Chapter 11 Restructuring*<br>COMMUNICATIONS WITH B. SMITH AND G. RAICHT REGARDING EMAIL AND SPREADSHEET TO UST (.20): |
| | | | | | 0.40 | F | 2 | DRAFT EMAIL TO UST AND ROUTE SAME (.40): |
| | | | | | 0.50 | F | 3 | FOLLOW-UP COMMUNICATIONS WITH B. RUBIN, F. VASQUEZ AND J. MCMAHON REGARDING ADJOURNMENT OF HEARING (.50). |

~ See the last page of exhibit for explanation

EXHIBIT G
MCDERMOTT WILL RETENTION/COMPENSATION
McDermott, Will & Emery

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/17/09 | Rubin, B | 3.50 | 0.40 | 366.00 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| Tue | 1987660/267 | | | | 0.20 | A | 1 | CONFERENCE WITH CO-COUNSEL REGARDING ESOP ISSUES |
| | | | | | 0.20 | A | 2 | AND CORRESPONDENCE REGARDING SAME (.4): |
| | | | | | 0.20 | F | 3 | CORRESPONDENCE REGARDING REQUEST TO EXTEND RETENTION OBJECTION DEADLINE (.2): |
| | | | | | 2.50 | F | 4 | RESEARCH AND ANALYSIS REGARDING ISSUES RAISED BY MR. DIMON (2.5): |
| | | | | | 0.40 | F | 5 | CONFERENCE CALL WITH CLIENT (.4). |
| 02/17/09 | Smith, W | 0.40 | 0.40 | 318.00 | | | | *MATTER NAME: Chapter 11 Restructuring* |
| Tue | 1987660/335 | | | | | F | 1 | REVIEW FINAL REVISIONS TO PAYMENT HISTORY SPREADSHEET. |
| Total | | | 174.80 | $114,427.50 | | | | |
| Number of Entries: | 86 | | | | | | | |

EXHIBIT G

MCDERMOTT WILL RETENTION/COMPENSATION

McDermott, Will & Emery

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Finkelstein, J | 5.20 | 3,016.00 |
| Raicht, G | 11.30 | 8,079.50 |
| Ravert, G | 112.00 | 65,520.00 |
| Rubin, B | 17.40 | 15,921.00 |
| Smith, W | 4.80 | 3,816.00 |
| Whiteway, A | 24.10 | 18,075.00 |
| | 174.80 | $114,427.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Chapter 11 Restructuring | 174.80 | 114,427.50 |
| | 174.80 | $114,427.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

A    Task Hours Allocated By Fee Auditor

F    FINAL BILL