# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company

**Case No.:** 08–13141–KJC

**Chapter:** 11

## CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Kevin Millen filed a Notice of Appeal on October 29, 2009 regarding the Order Sustaining Debtors' Second Omnibus Objection (Non–Substantive) to Claims

The Notice of Appeal may be viewed at docket number 2479. The order on appeal may be viewed at docket number 2271.

David D. Bird  
CLERK OF COURT

Date: 11/13/09  
(VAN–440)