# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: NancyL | Date Created: 11/13/2009 |
| Case: 08−13141−KJC | Form ID: van440 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
op          Parcels, Inc.

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
            Kevin Millen        1704 Lanier Lane        Memphis, TN 38117

TOTAL: 1