# **PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. ____ |

ORDER SUSTAINING DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

("INSUFFICIENTLY SUPPORTED CLAIMS")

Upon consideration of the Tenth Omnibus (Non-Substantive) Objection[2] of the Debtors to claims (the "Objection"), by which the Debtors respectfully request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

Rule 3007-1, disallowing and expunging the Insufficiently Supported Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Insufficiently Supported Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the notwithstanding anything contained in the Objection or the Exhibits attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to this Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       December _____, 2009

                                                _____
                                                The Honorable Kevin J. Carey
                                                Chief United States Bankruptcy Judge

# **EXHIBIT A**

## **Insufficiently Supported Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ARIZONA REPUBLIC, THE 200 E VAN BUREN ST. PHOENIX, AZ 85004 | 08-13141 | Tribune Company | 04/27/2009 | 2259 | $1,767.86 | Insufficient Documentation |
| 2 | ASHLEY, BRIDGET B 3085 ELM AVE LONG BEACH, CA 90807 | 08-13185 | Los Angeles Times Communications LLC | 05/07/2009 | 2563 | Undetermined | Insufficient Documentation |
| 3 | BANKS JR, GRANTLIN 6426 S. KENWOOD, 2N CHICAGO, IL 60637 | | No Debtor Asserted | 05/15/2009 | 2865 | $50,000.00 | Insufficient Documentation |
| 4 | BARNHARDT CECH, LAURA C 10 TANGLEWOOD RD CATONSVILLE, MD 21228 | 08-13209 | The Baltimore Sun Company | 02/02/2009 | 345 | $1,800.00 | Insufficient Documentation |
| 5 | BELAND, DAVID C 309 CORNELL DRIVE APT#D BURBANK, CA 91504 | | No Debtor Asserted | 06/01/2009 | 3350 | Undetermined | Insufficient Documentation |
| 6 | BISBORT, ALAN 23 QUELL CT CHESHIRE, CT 06410 | | No Debtor Asserted | 04/22/2009 | 1345 | $125.00 | Insufficient Documentation |
| 7 | BONAR, SAMANTHA 1922 GARFIAS DR PASADENA, CA 91104 | 08-13141 | Tribune Company | 05/05/2009 | 2437 | Undetermined | Insufficient Documentation |
| 8 | BORRESEN, CARYN L 525 N. ADA, #37 CHICAGO, IL 60622 | 08-13141 | Tribune Company | 06/08/2009 | 3734 | $1,584.20 | Insufficient Documentation |
| 9 | BROWN, RENEE 42 CATOONA LANE STAMFORD, CT 06902 | 08-13141 | Tribune Company | 06/11/2009 | 4846 | Undetermined | Insufficient Documentation |
| 10 | BROWN, TRACEY K N 198 EUCLID ST W HARTFORD, CT 06112 | | No Debtor Asserted | 05/11/2009 | 2700 | $5,000.00 | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 11 | CAMPOS, TRACY<br>4703 SAILBOAT BAY APT 2D<br>LISLE, IL 605321473 | 08-13141 | Tribune Company | 04/30/2009 | 2108 | $3,000.00 | Insufficient Documentation |
| 12 | CARR, GEORGE S<br>7215 BRIGHT AVENUE APT #603<br>WHITTIER, CA 90602 | | No Debtor Asserted | 04/23/2009 | 1626 | Undetermined | Insufficient Documentation |
| 13 | CASE, LINDA<br>103 PARK AVENUE<br>WETHERSFIELD, CT 06109 | | No Debtor Asserted | 05/15/2009 | 2843 | $10,000.00 | Insufficient Documentation |
| 14 | CAULER, BETTY<br>2212 W TILGHMAN ST.<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/04/2009 | 2301 | Undetermined | Insufficient Documentation |
| 15 | CUNNINGHAM, JEFFREY<br>1413 BRACKIN CT.<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 02/02/2009 | 346 | $100.00 | Insufficient Documentation |
| 16 | DECARLO, DONALD<br>4518 N AVENIDA RONCA<br>TUSCON, AZ 85750 | 08-13252 | WGN Continental Broadcasting Company | 05/04/2009 | 2429 | Undetermined | Insufficient Documentation |
| 17 | DORCIUS, JHON<br>1112 S SWINTON AVE<br>DELRAY BEACH, FL 33444 | | No Debtor Asserted | 05/04/2009 | 2319 | $300.00 | Insufficient Documentation |
| 18 | EISWERT, CHARLENE<br>627 FALCONER ROAD<br>JOPPA, MD 21085 | | No Debtor Asserted | 05/04/2009 | 2414 | Undetermined | Insufficient Documentation |
| 19 | ENTERCOM COMMUNICATION - SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | | No Debtor Asserted | 04/22/2009 | 1320 | Undetermined | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 20 | ENTERCOM PORTLAND 700 SW BANCROFT ST PORTLAND, OR 97239 | | No Debtor Asserted | 04/21/2009 | 1221 | Undetermined | Insufficient Documentation |
| 21 | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST PORTLAND, OR 97239 | | No Debtor Asserted | 04/21/2009 | 1220 | Undetermined | Insufficient Documentation |
| 22 | ESCOBAR, MARIA I. 2734 CARAMBOLA CIR S COCONUT CREEK, FL 330662593 | 08-13198 | Orlando Sentinel Communications Company | 12/24/2008 | 41 | $626.85 | Insufficient Documentation |
| 23 | FOSS, JAMESON 1820 JAMES AVE. #SC MIAMI BEACH, FL 33139 | 08-13143 | 5800 Sunset Productions Inc. | 06/01/2009 | 3351 | $2,250.00 | Insufficient Documentation |
| 24 | FRANZINO, JAMES 16250 WINNERS CIRCLE DR DELRAY BEACH, FL 33446 | | No Debtor Asserted | 04/23/2009 | 1566 | $465.00 | Insufficient Documentation |
| 25 | FRANZINO, JAMES 16250 WINNERS CIR DR DELRAY BEACH, FL 33446 | | No Debtor Asserted | 05/07/2009 | 2868 | $465.00 | Insufficient Documentation |
| 26 | FREEMAN, WADE W. 2572 TALLMAPLE LOOP OCOEE, FL 34761 | 08-13198 | Orlando Sentinel Communications Company | 04/28/2009 | 2030 | $165.00 | Insufficient Documentation |
| 27 | GE CAPITAL FLEET SERVICES C/O AARON N. CHAPIN REED SMITH LLP 10 S. WACKER DRIVE CHICAGO, IL 60606 | 08-13141 | Tribune Company | 06/12/2009 | 5579 | $53,069.48 | Insufficient Documentation |
| 28 | GOODRICH, DANIEL 152 BAYWAY AVENUE BRIGHTWATERS, NY 11718 | | No Debtor Asserted | 04/23/2009 | 1558 | Undetermined | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 29 | GREEN, DOROTHY<br>11911 SAN VICENTE BLVD, SUITE 320<br>LOS ANGELES, CA 90049 | | No Debtor Asserted | 04/20/2009 | 1200 | $250.00 | Insufficient Documentation |
| 30 | GRIMES, INGRID<br>1716 EAST 54TH STREET<br>CHICAGO, IL 60615 | 08-13252 | WGN Continental Broadcasting Company | 04/23/2009 | 1576 | $1,875.00 | Insufficient Documentation |
| 31 | HALL, JOSEPH<br>1144 NORTH STRICKER STREET<br>BALTIMORE, MD 21217 | 08-13141 | Tribune Company | 04/24/2009 | 1505 | $80,000.00 | Insufficient Documentation |
| 32 | HOWELL, KARL<br>2502 LOYOLA SOUTHWAY<br>BALTIMORE, MD 21215 | | No Debtor Asserted | 05/28/2009 | 3244 | $600.00 | Insufficient Documentation |
| 33 | HOWELL, KARL<br>2502 LOYOLA SOUTHWAY<br>BALTIMORE, MD 21215 | | No Debtor Asserted | 05/28/2009 | 3245 | $300.00 | Insufficient Documentation |
| 34 | HUNTER, WALTER<br>6008 MARQUETTE RD<br>BALTIMORE, MD 21206 | 08-13173 | Homestead Publishing Co. | 04/20/2009 | 1194 | $995.00 | Insufficient Documentation |
| 35 | IZADPANAH, KAMRAN<br>325 S. BERKELEY AVENUE<br>PASADENA, CA 91107 | | No Debtor Asserted | 04/20/2009 | 1201 | $67,500.00 | Insufficient Documentation |
| 36 | JENNER, DONALD<br>17840 GREENWOOD DRIVE<br>TINLEY PARK, IL 60477 | | No Debtor Asserted | 04/23/2009 | 1623 | $4,500.00 | Insufficient Documentation |
| 37 | JONES, RICHARD<br>14 SAN MARCOS LN<br>ALISO VIEJO, CA 92656-1626 | 08-13235 | Tribune Media Net, Inc. | 05/29/2009 | 3298 | $20,000.00 | Insufficient Documentation |
| 38 | KEENAN, NANCY<br>601 E WALNUT ST<br>PERKASIE, PA 18944 | | No Debtor Asserted | 05/11/2009 | 2696 | $175.00 | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 39 | KELLY, JAMES C. 20154 ZIMMERMAN PL. SANTA CLARITA, CA 91390 | 08-13141 | Tribune Company | 06/12/2009 | 4978 | Undetermined | Insufficient Documentation |
| 40 | LOCKARD, SARAN 2423 CHELSEA STREET ORLANDO, FL 32803 | | No Debtor Asserted | 12/23/2008 | 31 | $1,575.00 | Insufficient Documentation |
| 41 | MEANEY, THOMAS 124 REMSEN ST APT 13 BROOKLYN, NY 112014228 | 08-13141 | Tribune Company | 04/20/2009 | 1112 | $400.00 | Insufficient Documentation |
| 42 | MOORE, MARY G 20 ROGERS ST APT 2 SOUTH BOSTON, MA 02127 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/03/2009 | 3470 | Undetermined | Insufficient Documentation |
| 43 | NAJJAR, NABIL 522 GOURAUD ST NO.3A GERMAYZEH BEIRUT, | | No Debtor Asserted | 05/26/2009 | 3200 | $1,000.00 | Insufficient Documentation |
| 44 | NEFF, LAWRENCE 1169 PENN DRIVE ANDREAS, PA 18211 | | No Debtor Asserted | 12/15/2008 | 4 | $300.00 | Insufficient Documentation |
| 45 | NOVO MACDONALD, VIVIAN 266 GRANDVIEW TERR HARTFORD, CT 06114 | | No Debtor Asserted | 04/22/2009 | 1365 | $80.00 | Insufficient Documentation |
| 46 | NYP HOLDINGS, INC. HOGAN & HARTSON LLP ATTN: IRA S. GREENE, ESQ 875 THIRD AVE NEW YORK, NY 10022 | 08-13208 | Sun-Sentinel Company | 06/12/2009 | 4879 | $28,719.79 | Insufficient Documentation |
| 47 | OFFOR, KINGSLEY 15 CHABLIS DRIVE DIX HILLS, NY 11746 | 08-13141 | Tribune Company | 04/20/2009 | 1133 | $12,985.00 | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 48 | OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | 08-13141 | Tribune Company | 05/04/2009 | 2378 | $29,827.00 | Insufficient Documentation |
| 49 | ORENSTEIN, BETH W.<br>104 CANDLEWYCKE LANE<br>NORTHAMPTON, PA 18067-1794 | | No Debtor Asserted | 12/19/2008 | 19 | $560.00 | Insufficient Documentation |
| 50 | PARIKH, RAHUL<br>509 MATISSE COURT<br>WALNUT CREEK, CA 94597 | 08-13185 | Los Angeles Times Communications LLC | 05/01/2009 | 2202 | $250.00 | Insufficient Documentation |
| 51 | PARKER, CHRIS<br>VENDOR # 135268<br>561 EDINBOROUGH DR.<br>BAY VILLAGE, OH 44140 | | No Debtor Asserted | 02/19/2009 | 501 | $400.00 | Insufficient Documentation |
| 52 | PERSONAL PLUS, INC.<br>SQUIRE, SANDERS & DEMPSEY LLP<br>C/O KELLY SINGER<br>40 N. CENTRAL AVE., # 2700<br>PHOENIX, AZ 85004 | 08-13141 | Tribune Company | 06/12/2009 | 5606 | Undetermined | Insufficient Documentation |
| 53 | PROSPERI, CHRISTOPHER<br>P.O. BOX 1152<br>SIMSBURY, CT 06070 | | No Debtor Asserted | 04/27/2009 | 1840 | $120.00 | Insufficient Documentation |
| 54 | REAVEN, STEVE<br>2058 N. WESTERN AVE. #302<br>CHICAGO, IL 60647 | | No Debtor Asserted | 03/06/2009 | 643 | $40.00 | Insufficient Documentation |
| 55 | RUSSELL, MARY H.<br>842 W. CHALMERS PLACE<br>CHICAGO, IL 60614 | | No Debtor Asserted | 12/22/2008 | 23 | $350.00 | Insufficient Documentation |
| 56 | SILVER, MARC<br>4418 STANFORD STREET<br>CHEVY CHASE, MD 20815 | | No Debtor Asserted | 05/20/2009 | 2998 | $1,000.00 | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 57 | STIDHAM, JESSICA<br>1439 SW 5TH CART<br>FORT LAUDERDALE, FL 33312 | | No Debtor Asserted | 03/02/2009 | 609 | $125.00 | Insufficient Documentation |
| 58 | TROUT, STEVE R<br>PO BOX 1155<br>TINLEY PARK, IL 60477 | | No Debtor Asserted | 06/05/2009 | 3603 | Undetermined | Insufficient Documentation |
| 59 | VALE, CHRISTOPHER R<br>5360 LANDING RD<br>ELKRIDGE, MD 21075 | | No Debtor Asserted | 04/22/2009 | 1314 | $75.00 | Insufficient Documentation |
| 60 | VANN, BARNITA P.<br>PO BOX 359<br>CHICAGO, IL 60690 | 08-13141 | Tribune Company | 06/12/2009 | 5425 | Undetermined | Insufficient Documentation |
| 61 | WALKER, KAROLYN M<br>1457 W. 37TH STREET<br>RIVIERA BEACH, FL 33404 | 08-13208 | Sun-Sentinel Company | 04/22/2009 | 1332 | $300.00 | Insufficient Documentation |
| 62 | WELLS, ROBBY S<br>PO BOX 345<br>SAUNEMIN, IL 61769 | | No Debtor Asserted | 06/08/2009 | 3660 | $7,178.49 | Insufficient Documentation |
| 63 | WEST, KIM<br>2520 MOOSE DEER DRIVE<br>ONTARIO, CA 91761 | | No Debtor Asserted | 05/15/2009 | 2831 | Undetermined | Insufficient Documentation |
| 64 | WINGENBACH, GERRY<br>PO BOX 2741<br>PARK CITY, UT 84060 | | No Debtor Asserted | 05/11/2009 | 2689 | $600.00 | Insufficient Documentation |
| 65 | WOEBER, PATRICIA<br>6 BARTEL COURT<br>TIBURON, CA 94920 | | No Debtor Asserted | 05/05/2009 | 2444 | $700.00 | Insufficient Documentation |
| 66 | WOLFE, ROBERT<br>715 WILSON STREET<br>NORTH WOODMERE, NY 11581 | 08-13231 | Tribune Finance Service Center, Inc. | 04/20/2009 | 1022 | $1,000.00 | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.