## **<u>PROPOSED ORDER</u>**

46429/0001-6116554V1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No.** ____ |

## ORDER SUSTAINING DEBTORS' ELEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("SATISFIED CLAIMS")

Upon consideration of the Eleventh Omnibus (Non-Substantive) Objection[2] of the Debtors to claims (the "Objection"), by which the Debtors respectfully request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

46429/0001-6116554V1

Rule 3007-1, disallowing and expunging the Satisfied Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

    ORDERED that the Objection is sustained; and it is further

    ORDERED that the Satisfied Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

    ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

    ORDERED that the notwithstanding anything contained in the Objection or the Exhibits attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

    ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       December _____, 2009

                                        The Honorable Kevin J. Carey
                                        Chief United States Bankruptcy Judge

# EXHIBIT A

## Satisfied Claims

46429/0001-6116554V1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ABDAN, JACK YAACOV<br>7527 E SIERRA DR<br>BOCA RATON, FL 33433-3385 | 08-13208 | Sun-Sentinel Company | 04/23/2009 | 1600 | $495.00 | Paid via EFT number 7700869641 on 2/4/2009. |
| 2 | ACADEMY OF MOTION PICTURE ARTS AND SCIENCES<br>8949 WILSHIRE BOULEVARD<br>BEVERLY HILLS, CA 90211-1972 | 08-13183 | KTLA Inc. | 05/04/2009 | 2337 | $7,500.00 | Paid via check number 0002447572 on 5/4/2009. |
| 3 | AIR 2 WEB INC<br>1230 PEACHTREE STREET NE 12TH FL<br>ATLANTA, GA 30309 | | No Debtor Asserted | 05/04/2009 | 2284 | $5,100.97 | Paid via check number 0002449780 on 5/18/2009. |
| 4 | ALMAN, ISADORA<br>917 WALNUT STREET<br>ALAMEDA, CA 94501 | | No Debtor Asserted | 12/23/2008 | 30 | $1,815.00 | Paid via check number 2421402 on 2/27/2009. |
| 5 | APPLE, CHARLES ARTHUR<br>3113 ROCKWATER WAY<br>VIRGINIA BEACH, VA 23456 | 08-13209 | The Baltimore Sun Company | 04/29/2009 | 2071 | $900.00 | Paid via check number 2462193 on 6/11/2009. |
| 6 | ARONSON, CLAIRE<br>722 SAN REMO DRIVE<br>WESTON, FL 33326 | 08-13169 | Gold Coast Publications, Inc. | 01/26/2009 | 318 | $35.00 | Paid via check number 2415988 on 2/13/2009. |
| 7 | BADEN, LYNN E.<br>1118 STARFISH LANE<br>TARPON SPRINGS, FL 34689 | | No Debtor Asserted | 01/20/2009 | 283 | $690.00 | Paid via check number 2450785 on 5/12/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 8 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 53 | $355.60 | Paid via EFT number 7700939692 on 5/18/2009. |
| 9 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 54 | $349.30 | Paid via EFT number 7700939692 on 5/18/2009. |
| 10 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 55 | $100.00 | Paid via EFT number 7700888157 on 3/3/2009. |
| 11 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 56 | $334.90 | Paid via EFT number 7700939692 on 5/18/2009. |
| 12 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 57 | $348.40 | Paid via EFT number 7700939692 on 5/18/2009. |
| 13 | BEM, JENNIFER<br>356 LONG MEADOW WAY<br>ARNOLD, MD 21012 | 08-13200 | Patuxent Publishing Company | 04/20/2009 | 1183 | $1,760.00 | Paid via EFT number 7700954691 on 6/10/2009 and 7700902055 on 3/20/2009. |
| 14 | BERNARDO, JOHN<br>854 NW 87TH AVE. #404<br>MIAMI, FL 33172 | | No Debtor Asserted | 02/09/2009 | 436 | $400.00 | Paid via check number 2426594 on 3/13/2009. |
| 15 | BOJANOWSKI, ERIC<br>1901 FILLMORE ST. SUITE 205<br>HOLLYWOOD, FL 33020 | 08-13168 | Forum Publishing Group, Inc. | 01/26/2009 | 316 | $720.00 | Paid via EFT number 7700921389 on 4/20/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 16 | BOYARSKY, BENJAMIN WILLIAM 2135 GREENFIELD AVE LOS ANGELES, CA 90025 | 08-13187 | Los Angeles Times Newspapers, Inc. | 01/16/2009 | 246 | $900.00 | Paid via check number 2407731 on 1/22/2009. |
| 17 | BREMEC, JANICE 1950 N TAMARIND AVE NO.331 LOS ANGELES, CA 90068 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1989 | $200.00 | Paid via check number 2463622 on 6/16/2009. |
| 18 | CAMERON, MICHAEL 4826 N WINTHROP NO.1N CHICAGO, IL 60640 | | No Debtor Asserted | 05/04/2009 | 2424 | $900.00 | Paid via EFT number 7700953251 on 6/9/2009 and 7700954785 on 6/11/2009. |
| 19 | CARNAHAN, JONATHAN CHARLES 5828 DELTA STREET ORLANDO, FL 32807 | 08-13198 | Orlando Sentinel Communications Company | 05/04/2009 | 2388 | $80.00 | Paid via EFT number 7700957848 on 6/16/2009. |
| 20 | CARTER, ROBERT 50 ERBACH CRESCENT BADEN, ON N3A 2L3 | 08-13187 | Los Angeles Times Newspapers, Inc. | 04/29/2009 | 2067 | $900.00 | Paid via check number 0002444624 on 4/23/2009. |
| 21 | CARTER, ROBERT 50 ERBACH CRESCENT BADEN, ON N3A 2L3 | 08-13185 | Los Angeles Times Communications LLC | 05/01/2009 | 2220 | $900.00 | Paid via check number 0002444624 on 4/23/2009. |
| 22 | COOPER, CHARLES B. 1155 W. 4TH ST. # 22 ONTARIO, CA 91762 | | No Debtor Asserted | 01/20/2009 | 289 | $490.00 | Paid via EFT number 7700860940 on 1/20/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 23 | CRUZ, MAYRA<br>1855 COBLE DR.<br>DELTONA, FL 32738 | 08-13236 | Tribune Media Services, Inc. | 12/26/2008 | 49 | $2,414.05 | Paid via EFT number 7700865920 on 1/28/2009, 7700850439 on 12/28/2008, and 7700864665 on 1/26/2009. |
| 24 | DE MARTINI, THOMAS<br>225 RED SCHOOL LANE K-3<br>PHILLIPSBURG, NJ 08865 | 08-13141 | Tribune Company | 01/15/2009 | 304 | $1,500.00 | Paid via EFT number 7700864814 on 1/26/2009. |
| 25 | DORA GUADALUPE PICOS AGUILERA<br>PEDRO ASCENCIO # 717 FRACC. VIRREYES<br>HERMOSILLO, SONORA, | 08-13236 | Tribune Media Services, Inc. | 12/29/2008 | 60 | $1,579.50 | Paid via EFT number 7700867869 on 1/29/2009. |
| 26 | DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | 08-13141 | Tribune Company | 06/08/2009 | 3737 | $450.00 | Paid via EFT number 7700921362 on 4/20/2009. |
| 27 | DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | 08-13141 | Tribune Company | 04/20/2009 | 1033 | $10,046.90 | Paid via check number 2440907 on 4/16/2009. |
| 28 | DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | 08-13185 | Los Angeles Times Communications LLC | 04/20/2009 | 1034 | $846.90 | Paid via check number 2439243 on 4/13/2009. |
| 29 | ENGLE, SHAENA<br>10916 MOORPARK ST NO.7<br>TOLUCA LAKE, CA 91602 | 08-13185 | Los Angeles Times Communications LLC | 04/30/2009 | 2169 | $475.00 | Paid via check number 2346710 on 7/30/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 30 | ESCOBAR, MARIA I. 2734 CARAMBOLA CIR S COCONUT CREEK, FL 330662593 | 08-13168 | Forum Publishing Group, Inc. | 12/24/2008 | 42 | $195.75 | Paid via EFT number 7700896006 on 3/13/2009. |
| 31 | ESCOBAR, MARIA I. 2734 CARAMBOLA CIR S COCONUT CREEK, FL 330662593 | 08-13169 | Gold Coast Publications, Inc. | 12/24/2008 | 45 | $1,188.75 | Paid via EFT number 7700857463 on 1/12/2009 and 7700854066 on 1/2/2009. |
| 32 | FELSHER, JOHN N 434 SOUTH ALDERWOOD STREET WINTER SPRINGS, FL 32708 | | No Debtor Asserted | 04/27/2009 | 1800 | $300.00 | Paid via EFT number 7700840367 on 12/1/2009. |
| 33 | FENSTERMAKER, MORIA 2333 COOLIDGE ST ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/04/2009 | 2355 | $299.60 | Paid via EFT number 7700940436 on 5/19/2009. |
| 34 | FONTANA, GINA 2893 S.W. 22ND CIR. 46-C DELRAY BEACH, FL 33445 | | No Debtor Asserted | 01/29/2009 | 334 | $2,285.00 | Paid via EFT number 7700877344 on 2/13/2009 and 7700863498 on 1/22/2009. |
| 35 | FREY, RONALD 505 SNYDERS RD PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 04/23/2009 | 1657 | $410.08 | Paid via check number 0002430911 on 3/24/2009. |
| 36 | FREY, RONALD 505 SNYDER RD PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 04/23/2009 | 1658 | $410.08 | Paid via check number 0002430911 on 3/24/2009. |
| 37 | GAYLE, ASHLEY ELISABETH 6657 BRANCH ROAD HAYES, VA 23072 | | No Debtor Asserted | 05/11/2009 | 2710 | $500.00 | Paid via EFT number 7701002390 on 8/26/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 38 | GUY & SONS INC<br>1050 WEST VAN BUREN<br>CHICAGO, IL 60607 | 08-13152 | Chicago Tribune Company | 04/21/2009 | 1225 | $325.13 | Paid via EFT number 7701044557 on 11/3/2009. |
| 39 | HANSON, ERIC<br>4444 UPTON AVE S.<br>MINNEAPOLIS, MN 55410 | 08-13185 | Los Angeles Times Communications LLC | 05/22/2009 | 3059 | $1,400.00 | Paid via check number 2463636 on 6/16/2009. |
| 40 | HARRYS MOBILE REPAIR<br>189A EWLL RD<br>WILLIAMSBURG, VA 23188 | | No Debtor Asserted | 04/23/2009 | 1603 | $419.68 | Paid via EFT number 7700094 5308 on 5/27/2009. |
| 41 | HESS, CHARLES<br>859 S MURFIELD RD<br>LOS ANGELES, CA 90005 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1822 | $400.00 | Paid via EFT number 7700936155 on 5/12/2009. |
| 42 | HILL, TODD<br>331 IRON ST<br>LEHIGHTON, PA 18235 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1963 | Undetermined | Paid via check number 0002504390 on 10/7/2009. |
| 43 | HOWELL, DAVID<br>405B SPRING STREET<br>BETHLEHEM, PA 18018 | 08-13212 | The Morning Call, Inc. | 05/11/2009 | 2713 | $600.00 | Paid via EFT number 7700954137 on 6/9/2009. |
| 44 | HUMBERTO TAKESHI BARRIOS MIYATA<br>REFORMA # 177 NTE. COL. BALDERRAMA<br>HERMOSILLO, SONORA, | 08-13236 | Tribune Media Services, Inc. | 12/29/2008 | 59 | $4,010.00 | Paid via EFT number 7700877521 on 2/13/2009, 7700896972 on 3/16/2009, and 7700862405 on 1/21/2009. |
| 45 | IDAMERICA<br>941 CORPORATE LANE<br>CHESAPEAKE, VA 23320 | | No Debtor Asserted | 02/09/2009 | 430 | $641.57 | Paid via EFT number 7700879294 on 2/17/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 46 | ILIFF, ANDREW R<br>216 BISHOP ST    APT 206<br>NEW HAVEN, CT 06511 | | No Debtor Asserted | 04/20/2009 | 1146 | $130.00 | Paid via EFT number 7700948685 on 6/2/2009. |
| 47 | JAMES, SUSAN E.<br>4534 HILLARD AVENUE<br>LA CANADA, CA 91011 | | No Debtor Asserted | 01/06/2009 | 89 | $76.25 | Paid via EFT number 7700860949 on 1/20/2009. |
| 48 | JEFF SCIORTINO PHOTOGRAPHY<br>764 N MILWAUKEE AVENUE<br>CHICAGO, IL 60622 | 08-13152 | Chicago Tribune Company | 04/20/2009 | 1195 | $2,000.00 | Paid via EFT number 7700941732 on 5/21/2009. |
| 49 | JFA REAL ESTATE, INC.<br>ATTN: CRAIG ROTH<br>2050 S. BUNDY DR. #245<br>LOS ANGELES, CA 90025 | 08-13183 | KTLA Inc. | 03/27/2009 | 825 | $3,623.01 | Paid via check number 0002436070 on 4/6/2009. |
| 50 | KEENAN, STEFANIE<br>1417 N. CATALINA ST.<br>LOS ANGELES, CA 90027 | | No Debtor Asserted | 12/31/2008 | 75 | $9,000.00 | Paid via EFT number 7700903124 on 3/24/2009. |
| 51 | KESSLER, ARAN<br>1804 PEACHTREE DRIVE<br>VALPARAISO, IN 46383 | 08-13185 | Los Angeles Times Communications LLC | 04/23/2009 | 1596 | $358.30 | Paid via check number 2463646 on 6/16/2009. |
| 52 | LA CANADA FLINTRIDGE<br>4529 ANGELES CREST HWY NO.102<br>LA CANADA, CA 91011 | | No Debtor Asserted | 04/24/2009 | 1446 | $16,000.00 | Paid via check number 0002462718 on 6/12/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 53 | LANCASTER, WILLIAM<br>931 CROMWELL BRIDGE<br>TOWSON, MD 21286 | 08-13209 | The Baltimore Sun Company | 05/01/2009 | 2229 | $6,547.08 | Paid via check number 0002516946 on 11/9/2009. |
| 54 | LEON, MARK<br>3401 SYCAMORE ST<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/26/2009 | 3191 | $130.45 | Paid via EFT number 7700940545 on 5/19/2009. |
| 55 | LUSTIG, CAROL<br>9740 NW 51ST ST.<br>CORAL SPRINGS, FL 33076 | | No Debtor Asserted | 01/12/2009 | 222 | $1,402.50 | Paid via EFT number 7700903737 on 3/25/2009. |
| 56 | MARIMAN, ANDREW<br>422 WASHINGTON STREET<br>KLAMATH FALLS, OR 97601 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1707 | $799.90 | Paid via EFT number 7700958050 on 6/16/2009. |
| 57 | MAYNE, NICHOLAS<br>11681 SW 17TH CT<br>MIRAMAR, FL 33025 | | No Debtor Asserted | 12/16/2008 | 6 | $1,500.00 | Paid via EFT number 7700872742 on 2/5/2009. |
| 58 | MEJIA, MICHELLE A.<br>C/O BROOKWELL<br>2725 NE 1ST AVE<br>WILTON MANORS, FL 33334 | | No Debtor Asserted | 01/16/2009 | 250 | $440.50 | Paid via EFT number 7700877400, on 2/13/2009. |
| 59 | MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | 08-13141 | Tribune Company | 12/22/2008 | 24 | $360.00 | Paid via EFT number 7700851596 on 12/26/2008. |
| 60 | MILLER KAPLAN ARASE AND CO<br>4123 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602-2828 | 08-13152 | Chicago Tribune Company | 05/04/2009 | 2298 | $6,000.00 | Paid via EFT number 7700992290 on 8/6/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 61 | MOORE, HEIDI<br>4533 N WHIPPLE ST<br>CHICAGO, IL 60625 | | No Debtor Asserted | 04/06/2009 | 898 | $250.00 | Paid via EFT number 7700911497 on 4/3/2009. |
| 62 | MORGENSTERN, MICHAEL<br>9 COACH LN<br>CHERRY HILL, NJ 08002 | 08-13211 | The Hartford Courant Company | 04/27/2009 | 1942 | $500.00 | Paid via EFT number 7700953735 on 6/9/2009. |
| 63 | OBTIVA CORPORATION<br>566 W ADAMS STE 400<br>CHICAGO, IL 60661 | | No Debtor Asserted | 05/05/2009 | 2453 | $10,292.50 | Paid via EFT number 7700848602 on 12/22/2008. |
| 64 | ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | 08-13141 | Tribune Company | 01/20/2009 | 291 | $65.00 | Paid via EFT number 7700857446 on 1/12/2009. |
| 65 | ORVIDAS, KEN<br>16724 NE 138TH CT.<br>WOODINVILLE, WA 98072 | 08-13187 | Los Angeles Times Newspapers, Inc. | 01/12/2009 | 225 | $1,600.00 | Paid via check number 2428617 on 3/18/2009. |
| 66 | PAGLIARO, LAURA<br>621 MERCHANTS SQ<br>LANCASTER, PA 176018815 | 08-13175 | Hoy Publications, LLC | 05/20/2009 | 2997 | $1,350.00 | Paid via EFT number 7700954609 on 6/10/2009. |
| 67 | PARKER, HONEY<br>PO BOX 982080<br>PARK CITY, UT 84098 | 08-13187 | Los Angeles Times Newspapers, Inc. | 04/27/2009 | 1957 | $1,200.00 | Paid via EFT number 7700874276 on 2/10/2009. |
| 68 | PARSONS, LEIF<br>634 MANHATTAN AVE FL3<br>BROOKLYN, NY 11222 | 08-13141 | Tribune Company | 06/10/2009 | 4282 | $350.00 | Paid via check number 2463660 on 6/16/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 69 | PEREZ, KATERINA<br>67 SAINT JOHNS AVE<br>VALLEY STREAM, NY 11580 | | No Debtor Asserted | 01/28/2009 | 329 | $2,100.00 | Claimant stated all amounts have been paid. |
| 70 | PLATFORM-A INC., AN AOL LLC COMPANY<br>TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | 08-13152 | Chicago Tribune Company | 01/15/2009 | 235 | $216,404.98 | Paid via check number 7700848609 on 12/22/2008. |
| 71 | RAHE, ELIZABETH<br>5180 POLK LANE<br>OLIVE BRANCH, MS 38654 | 08-13169 | Gold Coast Publications, Inc. | 12/22/2008 | 21 | $4,200.00 | Paid via EFT number 7700857480 on 1/12/2009. |
| 72 | RAISH, JASON<br>3069 COUNTY RD 119<br>CANISTEO, NY 14823 | 08-13141 | Tribune Company | 06/04/2009 | 3485 | $500.00 | Paid via EFT number 7700954397 on 6/10/2009. |
| 73 | REYSEN, NATE<br>715 MICHIGAN AVE APT 2<br>MIAMI BEACH, FL 331396076 | 08-13236 | Tribune Media Services, Inc. | 01/12/2009 | 216 | $4,400.00 | Paid via EFT number 7700864202 on 1/22/2009 and 7700877510 on 2/13/2009. |
| 74 | RICIGLIANO, MICHAEL C<br>3628 EASTWOOD DR.<br>BALTIMORE, MD 21206 | 08-13141 | Tribune Company | 06/05/2009 | 3611 | $200.00 | Paid via EFT number 7700958063 on 6/16/2009. |
| 75 | RODRIGUEZ, KRISTINE B.<br>1917 E. ILLINOIS ST<br>WHEATON, IL 60187 | 08-13141 | Tribune Company | 01/05/2009 | 84 | $360.00 | Paid via check number 2406459 on 1/20/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 76 | ROTH, AARON<br>7251 E DESERT MOON LOOP<br>TUCSON, AZ 857500921 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1987 | $1,000.00 | Paid via check number 2461249 on 6/9/2009 and 0002463670 on 6/16/2009. |
| 77 | SCHASSLER, KATHLEEN<br>24 VERNONDALE CT<br>SOUTHINGTON, CT 06489 | | No Debtor Asserted | 01/08/2009 | 201 | $125.00 | Paid via EFT number 7700860682 on 1/20/2009. |
| 78 | SEDAM, STEPHEN<br>2609 GREENMONT DR<br>FORT COLLINS, CO 80524-1942 | 08-13185 | Los Angeles Times Communications LLC | 04/23/2009 | 1572 | $900.00 | Paid via EFT number 7700958070 on 6/16/2009. |
| 79 | SHOEMAKER, TIMOTHY<br>124 N. 3RD STREET APT 2R<br>EASTON, PA 18042 | | No Debtor Asserted | 01/15/2009 | 239 | $850.00 | Paid via EFT number 7700864837 on 1/26/2009. |
| 80 | SQUIER, WILLIAM GEORG<br>75 RIDGE PARK AVE<br>STAMFORD, CT 06905 | 08-13191 | New Mass. Media, Inc. | 04/20/2009 | 1101 | $50.00 | Paid via EFT number 7700948688 on 6/2/2009. |
| 81 | STARK, ERNA TAYLOR<br>629 LINDA VISTA AVE<br>PASADENA, CA 91105 | 08-13185 | Los Angeles Times Communications LLC | 05/18/2009 | 2964 | $162.94 | Paid via EFT number 7700958076 on 6/16/2009. |
| 82 | STARZYK, KARA<br>13230 SW 32ND COURT<br>FORT LAUDERDALE, FL 33330 | 08-13141 | Tribune Company | 03/13/2009 | 729 | $1,300.00 | Paid via EFT number 7700920908 on 4/17/2009. |
| 83 | STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | 08-13141 | Tribune Company | 01/08/2009 | 196 | $1,800.00 | Paid via EFT number 7700860771 on 1/20/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 84 | TAPLINGER, MATTHEW<br>156 FRANKLIN ST APT 2R<br>BROOKLYN, NY 112222134 | 08-13152 | Chicago Tribune Company | 04/27/2009 | 1882 | $125.00 | Paid via EFT number 7700957746 on 6/16/2009. |
| 85 | TELEVISION BUREAU OF ADVERTISING INC.<br>3 EAST 54TH STREET, 10TH FL<br>NEW YORK, NY 10022-3108 | 08-13184 | KWGN Inc. | 05/26/2009 | 3160 | $1,243.00 | Paid via check number 13767 on 4/24/2009. |
| 86 | TRIEMER, ISABELL<br>3 SPRINGTIDE CT<br>MIDDLE RIVER, MD 21220 | | No Debtor Asserted | 04/30/2009 | 2142 | $100.00 | Paid via check number 2432381 on 3/26/2009. |
| 87 | TULLIS, ANDREW J<br>20124 WAPITI CT<br>BEND, OR 97702 | 08-13185 | Los Angeles Times Communications LLC | 05/18/2009 | 2934 | $335.80 | Paid via check number 2463682 on 6/16/2009. |
| 88 | TURNER, WILLIAM<br>5931 MICHAELS XING<br>OREFIELD, PA 18069 | 08-13212 | The Morning Call, Inc. | 05/11/2009 | 2712 | $579.68 | Paid via EFT number 7700931371 on 5/5/2009 and 7700903566 on 3/24/2009. |
| 89 | VANZILE, JON<br>3740 NE 15 TERRACE<br>POMPANO BEACH, FL 33064 | | No Debtor Asserted | 04/23/2009 | 1581 | $150.00 | Paid via check number 2451033 on 5/13/2009. |
| 90 | WALK, JAMES<br>446 FREEHALL ST<br>MERTZTOWN, PA 19539 | 08-13212 | The Morning Call, Inc. | 04/20/2009 | 1108 | $410.08 | Paid via EFT number 7700865779 on 1/27/2009. |
| 91 | ZOHAR LAZAR INC<br>28 BROAD ST<br>KINDERHOOK, NY 12106 | 08-13152 | Chicago Tribune Company | 05/04/2009 | 2312 | $800.00 | Paid via EFT number 7700957760 on 6/16/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.