UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Related to Docket No. 2564** |

# DOCUMENT TO BE KEPT UNDER SEAL

**Amended Master Services Agreement Between
Tribune Publishing Company and Hewlett-Packard Corporation**

Dated: Wilmington, Delaware
　　　November 13, 2009

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kenneth P. Kansa<br>Jillian K. Ludwig<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>　　-and-<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br><br>ATTORNEYS FOR DEBTORS AND<br>DEBTORS IN POSSESSION | HEWLETT-PACKARD COMPANY<br>Ramona S. Neal<br>Senior Counsel<br>11307 Chinden Blvd. MS 314<br>Boise, Idaho 83714<br>Telephone: (208) 396-6484<br>Facsimile: (208) 396-3958 |

46429/0001-6116758V1