# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company

**Case No.:** 08−13141−KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Kevin Millen filed a Notice of Appeal on October 29, 2009 regarding the Order Sustaining Debtors' Second Omnibus Objection (Non−Substantive) to Claims

The Notice of Appeal may be viewed at docket number 2479. The order on appeal may be viewed at docket number 2271.

David D. Bird
CLERK OF COURT

Date: 11/13/09
(VAN−440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: NancyL               Page 1 of 1           Date Rcvd: Nov 13, 2009
Case: 08-13141                Form ID: van440            Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 15, 2009.
        +Kevin Millen,   1704 Lanier Lane,   Memphis, TN 38117-7006

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op          Parcels, Inc.
                                                                                                                    TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2009**                            **Signature:** _/s/ Joseph Speetjens_