# EXHIBIT A

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028654 |
| Invoice Date: | 07/31/2009 |

## Remittance Copy
### Billing for services rendered through 06/30/2009

0040 General Employee Benefits Matters
Client/Reference Number: 0000000847

| | |
|---|---|
| Total Services | $ 2,315.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,315.50** |

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 5,415.00 |

| | |
|---|---|
| Total Outstanding Balance | 8,235.00 |
| Total Balance Due | $ 10,550.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028654 |
| Invoice Date: | 07/31/2009 |

## Client Copy
### Billing for services rendered through 06/30/2009

0040 General Employee Benefits Matters
Client/Reference Number: 0000000847

| | |
|---|---|
| Total Services | $ 2,315.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,315.50** |

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 5,415.00 |

| | |
|---|---|
| Total Outstanding Balance | 8,235.00 |
| Total Balance Due | $ 10,550.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2028654
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 06/18/09 | P. Compernolle | 0.50 | Telephone conference with M. Melgarejo regarding stock purchase plan (.20); research regarding same (.30). |
| 06/18/09 | J. Adams | 0.30 | Work on issues related to partnership's ability to adopt ESPP and ISOs for its employees. |
| 06/19/09 | P. Compernolle | 2.00 | Review materials regarding participation of partnership subsidiary in various plans (1.00); telephone conference with M. Melgarajo regarding Star LLC tax issues (.30); research regarding controlled group issues (.70). |
| 06/19/09 | J. Adams | 0.50 | Work on Star LLC tax issues (.20); telephone conference with P. Compernolle and M. Melgarajo regarding same (.30). |

|  | **Total Hours** | **3.30** | **Total For Services** | **$2,315.50** |
| --- | --- | --- | --- | --- |
|  |  |  | **Total This Invoice** | **$2,315.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2028654

07/31/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0040 Gener al Employee Benefits Matters | 3.30 | 2,315.50 | 0.00 | 0.00 | 2,315.50 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058659 |
| Invoice Date: | 07/31/2009 |

## Client Copy
### Billing for services rendered through 06/30/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---:|
| Total Services | $ 9,621.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 9,621.50** |

| Invoice | Date | |
|---|---|---:|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |

| | |
|---|---:|
| Total Outstanding Balance | 43,454.30 |
| Total Balance Due | $ 53,075.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2058659
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/01/09 | A. Gordon | 0.50 | Conference call with K. Dansart and S. O'Connor regarding life insurance issues with Unimerica. |
| 06/03/09 | A. Gordon | 1.80 | Review Unimerica agreement and revise same (1.50); forward PLR regarding self-insured life insurance benefits (.30). |
| 06/04/09 | P. Compernolle | 0.30 | Review materials regarding taxation of life insurance plan proceeds. |
| 06/04/09 | A. Gordon | 2.80 | Research premium tax issue for self-insured life insurance. |
| 06/04/09 | L. Chartoff | 0.30 | Statutory research IL life insurance premium tax. |
| 06/09/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding reduction in post-employment benefit coverage. |
| 06/09/09 | A. Gordon | 3.30 | Discuss COBRA changes for deceased employee with P. Compernolle (.30); review Illinois statute regarding premium tax and respond to question from K. Dansart regarding same (.20); review pharmacy e-mail from R. DeBoer (.50); draft response to R. DeBoer's question regarding Unimerica and review contract regarding same (.50). |
| 06/10/09 | P. Compernolle | 1.00 | Research regarding post-employment coverage under medical plan (.80); telephone conference with K. Dansart regarding post-employment coverage under medical plan (.20). |
| 06/10/09 | A. Gordon | 0.50 | Draft e-mail to K. Dansart regarding SPD language (.20); review life insurance e-mail from S. O'Connor (.30). |
| 06/12/09 | A. Gordon | 1.30 | Left message with K. Dansart regarding premium tax and PLR (.10); review Blue Cross Data Exchange Agreement |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058659 |
| Invoice Date: | 07/31/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | and discuss same with R. DeBuer (1.20). |
| 06/16/09 | A. Gordon | 0.80 | Review BCBS retiree medical rebate agreement (.50); draft e-mail to R. DeBoer regarding same (.30). |
| 06/19/09 | P. Compernolle | 0.50 | Review materials regarding United Healthcare life insurance issue. |
| 06/19/09 | A. Gordon | 0.80 | Conference call with R. DeBoer regarding BCBS Part D agreement (.40); conference call with S. O'Connor, R. DeBoer and K. Dansart regarding life insurance (.40). |
| 06/22/09 | P. Compernolle | 0.30 | Review open issues in medical plan agreement. |
| 06/25/09 | P. Compernolle | 0.50 | Telephone conference with K. Dansart regarding COBRA continuation coverage for discontinued business unit. |
| 06/25/09 | A. Gordon | 0.50 | Discuss Insetco with P. Compernolle and K. Dansart. |

|  | **Total Hours** | **15.50** | **Total For Services** | **$9,621.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| L. Chartoff | 0.30 | 45.00 |
| P. Compernolle | 2.90 | 2,073.50 |
| A. Gordon | 12.30 | 7,503.00 |
| **Totals** | **15.50** | **$9,621.50** |
| | **Total This Invoice** | **$9,621.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028656 |
| Invoice Date: | 07/31/2009 |

## Remittance Copy
### Billing for services rendered through 06/30/2009

0047 ESOP
Client/Reference Number: 0000001574

Total Services $ 12,748.00

Total Costs and Other Charges Posted Through Billing Period 0.00

**Total This Invoice** **$ 12,748.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028656 |
| Invoice Date: | 07/31/2009 |

---

## Client Copy
### Billing for services rendered through 06/30/2009

---

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---:|
| Total Services | $ 12,748.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 12,748.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2028656
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/08/09 | W. Merten | 1.20 | Review email from P. Compernolle regarding ESOP distributions due at end of month (.20); conversation with L. Granados regarding same .20); review email from P. Compernolle to B. Rubin and article regarding banks possibly taking over (.20); meet with P. Compernolle regarding delaying distributions (.20); review P. Compernolle's email to L. Granados regarding distributions (.20); correspondence with L. Granados regarding email from D. Liebentritt (.20). |
| 06/09/09 | P. Compernolle | 2.80 | Review correspondence regarding participant request for documents; research regarding same. |
| 06/09/09 | W. Merten | 1.60 | Review email from D. Liebentritt requesting information from Employee Benefit Committee on behalf of Trustee (.2); telephone call to L. Granados regarding same (.2); send email to M. Graham regarding cases cited (.2); telephone conversation with P. Compernolle regarding same (.2); call with L. Granados regarding similar litigation which he has been involved in (.2); leave message with D. Liebentritt regarding same (.1); calls to M. Graham and P. Compernolle regarding same (.1); review emails from M. Graham and P. Compernolle regarding same (.1); conversations with M. Graham and P. Compernolle regarding same emails (.1); leave follow up message with D. Liebentritt regarding similar litigation which he was involved in (.1); review emails from L. Granados and P. Compernolle regarding same (.1) |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2028656
Invoice Date: 07/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/09 | L. Granados | 1.00 | Check plan document regarding distribution delay language (.40); email P. Compernolle regarding same (.30); email B. Merten regarding participant information demand (.30). |
| 06/09/09 | M. Graham | 3.80 | Conferences with P. Compernolle regarding request for plan documents from ESOP litigation plaintiffs (.50); review correspondence from D. Feinberg regarding request for plan documents (.50); research cases cited in same (2.30); conference with W. Merten and P. Compernolle regarding strategy for response (.50). |
| 06/09/09 | J. Holdvogt | 1.50 | Research IRS guidance re: Pension Protection Act participant notice requirements for ESOP response to disclosure request (1.00); confer with P. Compernolle re: plan notice and disclosure requirements related to participant request (.50). |
| 06/10/09 | P. Compernolle | 0.30 | Review status of participant information request. |
| 06/10/09 | W. Merten | 0.50 | Review email from L. Granados to P. Compernolle regarding timing as to distributions (.2). Follow-up regarding message from D. Liebentritt (.1). Meet with P. Compernolle and M. Graham regarding same (.3). |
| 06/12/09 | P. Compernolle | 0.50 | Telephone conference with K. Lantry regarding distributions (.20); telephone conference with M. Bourgon regarding same (.30). |
| 06/15/09 | P. Compernolle | 0.50 | Review open disclosure issues. |
| 06/16/09 | P. Compernolle | 1.30 | Review counsel requirement for documents in lawsuit (.20); review issues in distributions (.20); review discrimination testing issues (.20); telephone conference with M. Bourgon regarding letters to retirees (.20); telephone conference with D. Liebentritt regarding document request (.50). |
| 06/16/09 | W. Merten | 0.70 | Review e-mail from P. Compernolle regarding correspondence with D. Liebentritt (so as to follow-up regarding Sunday deadline) (.20); discussion with P. Compernolle regarding Section 409(p) analysis "go-forward basis" (.20); related follow-up with P. Compernolle; conversation with P. Compernolle regarding call to be made to D. Liebentritt (returning his call); conversation with D. Liebentritt, P. Compernolle, |

# McDermott
# Will & Emery

Tribune Company

Client:            020336
Invoice:           2028656
Invoice Date:      07/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and M. Graham regarding returning call to D. Liebentritt (.20); related discussions regarding distribution language (.10). |
| 06/16/09 | M. Graham | 0.80 | Conference with P. Compernolle regarding response to request for plan documents in ESOP litigation (.20); review case law regarding same (.20); telephone call with D. Liebentritt, B. Merten and P. Compernolle regarding response to plan document request (.40). |
| 06/17/09 | P. Compernolle | 1.00 | Telephone conference with M. Bourgon regarding distribution letter (.30); review response regarding same (.30); email to D. Liebentritt regarding attorney request for documents (.40). |
| 06/17/09 | W. Merten | 0.40 | Review emails regarding distributions (from D. Liebentritt and C. Bigelow) (.20); review email from P. Compernolle regardind same (.20). |
| 06/17/09 | M. Graham | 0.80 | Review draft response to request for plan documents in ESOP litigation (.40); conference with P. Compernolle regarding same (.40). |
| 06/19/09 | P. Compernolle | 0.30 | Review status of response to document request. |
| 06/19/09 | W. Merten | 0.20 | Conversation with P. Compernolle regarding conversations with D. Liebentritt regarding materials to be sent to IRS by Monday. |
| 06/29/09 | P. Compernolle | 0.50 | E-mail to M. Bourgon regarding ESOP issues including contributions and allocations. |

|  | **Total Hours** | **19.70** | **Total For Services** | **$12,748.00** |
|--|--|--|--|--|
|  |  |  | **Total This Invoice** | **$12,748.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2028656

07/31/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|-------------|-------|------|------------------------|----------|-------|
| 0047 ESOP | 19.70 | 12,748.00 | 0.00 | 0.00 | 12,748.00 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028670 |
| Invoice Date: | 07/31/2009 |

## Remittance Copy
## Billing for services rendered through 06/30/2009

Total by Matter
    0502 Subchapter S Election                     $ 8,077.27
    Client/Reference Number: 0000001844

Total Services                                   $ 8,057.50

Total Costs and Other Charges Posted Through Billing Period     19.77

**Total This Invoice**                           **$ 8,077.27**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028670 |
| Invoice Date: | 07/31/2009 |

## Client Copy
### Billing for services rendered through 06/30/2009

Total by Matter
    0502 Subchapter S Election                                $ 8,077.27
    Client/Reference Number: 0000001844

Total Services                                          $ 8,057.50

Total Costs and Other Charges Posted Through Billing Period        19.77

**Total This Invoice**                                  **$ 8,077.27**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2028670
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0502          Subchapter S Election
                      Client/Reference Number: 0000001844

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/29/09 | B. Rubin | 1.20 | Conference with J. Finkelstein regarding swap termination issues (.3); research and analysis regarding tax issues (.9). |
| 06/29/09 | J. Finkelstein | 1.70 | Review swap termination issues and discuss with B. Rubin. |
| 06/30/09 | W. Pomierski | 2.00 | Call with B. Rubin and J. Finkelstein to discuss swap unwind issues in connection with S corporation provisions (.70); review of swap documents, and prepare outline of tax considerations for same (1.30). |
| 06/30/09 | D. Zucker | 0.30 | Discussion with B. Pomierski regarding whether gain on interest rate swap should be subject to built-in gains tax. |
| 06/30/09 | B. Rubin | 3.00 | Research and analysis regarding swap termination issues (.5); preparation for and conference call with client regarding same (1.3); conference call with P. Pomierski and J. Finkelstein regarding same (.70); review materials from client regarding dispute (.5). |
| 06/30/09 | J. Finkelstein | 2.50 | Review swap termination issues and participate in conference call with P. Shanahan, J. Rodden and B. Rubin (1.80); participate in conference call with B. Pomierski and B. Rubin (.70). |

|  | **Total Hours** | **10.70** | **Total For Services**          **$8,057.50** |
|--|-----------------|-----------|-----------------------------------------------|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2028670
Invoice Date:  07/31/2009

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| J. Finkelstein | 4.20 | 2,436.00 |
| W. Pomierski | 2.00 | 1,540.00 |
| B. Rubin | 4.20 | 3,843.00 |
| D. Zucker | 0.30 | 238.50 |
| **Totals** | **10.70** | **$8,057.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|-------:|
| Telecommunications | 19.77 |
| **Total Costs and Other Charges** | **$19.77** |
| **Total This Invoice** | **$8,077.27** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058660 |
| Invoice Date: | 07/31/2009 |

## Client Copy
### Billing for services rendered through 06/30/2009

Total by Matter
    0504 Corporate/Credit Agreement/PHONES        $ 50,220.90
    Client/Reference Number: 0000001846

Total Services        $ 50,199.50

Total Costs and Other Charges Posted Through Billing Period    21.40

**Total This Invoice**    **$ 50,220.90**

| Invoice | Date | | |
|---|---|---|---|
| 1994712 | 04/22/2009 | 4,982.90 | |
| 2006371 | 05/22/2009 | 5,448.30 | |

Total Outstanding Balance    10,431.20

Total Balance Due    $ 60,652.10

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2058660
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0504        Corporate/Credit Agreement/PHONES
                    Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/16/09 | P. Levine | 3.30 | Conference with B. Rubin and A. Whiteway regarding PHONES transaction (1.0); review draft opinion regarding same (2.30). |
| 06/16/09 | B. Rubin | 4.20 | Review and edit draft opinion regarding same (3.2); preparation for and conference with P. Levine and A. Whiteway regarding same (1.0). |
| 06/16/09 | A. Whiteway | 1.00 | Preparation for and conference with P. Levine regarding opinion review. |
| 06/17/09 | P. Levine | 5.80 | Review draft opinion regarding PHONES (2.0); research same (3.80). |
| 06/17/09 | B. Rubin | 2.80 | Review and edit draft opinion (2.0); preparation for and conference with co-counsel (.80). |
| 06/18/09 | P. Levine | 2.80 | Research cancellation of debt issue (1.70); conference with B. Rubin, A. Whiteway and M. Wilder regarding same (1.10). |
| 06/18/09 | G. Chan | 1.10 | Review PHONES opinion. |
| 06/18/09 | A. Whiteway | 2.10 | Conference with P. Levine (1.10); review tax opinion (1.0). |
| 06/18/09 | M. Wilder | 2.50 | Discussions with P. Levine and brief research into Centennial Savings issue and contingent payment debt instrument provisions (2.0); review of Opinion and other materials (.50). |
| 06/19/09 | P. Levine | 4.00 | Conference with G. Chan and M. Wilder regarding PHONES opinion (2.0); research contingent payment debt-instruments (2.0). |
| 06/19/09 | G. Chan | 2.20 | Prepare for conference regarding PHONES opinion (2.0); conference P. Levine and M. Wilder regarding PHONES |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2058660
Invoice Date:  07/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | opinion (2.0). |
| 06/19/09 | M. Wilder | 4.00 | Research into Centennial Savings argument and interactions with contingent debt rules in OID regulations (2.0); conference with P. Levine and G. Chan to review opinion letter (2.0). |
| 06/21/09 | G. Chan | 1.30 | Review P. Levine's comments on PHONES opinion (.50); draft PHONES short form opinion (.50); revise PHONES supporting memorandum (.30). |
| 06/22/09 | P. Levine | 2.80 | Research retirement of PHONES. |
| 06/22/09 | B. Rubin | 2.00 | Review and edit draft opinion. |
| 06/22/09 | M. Wilder | 1.50 | Research into contingent payment debt regulations and Centennial Savings issue. |
| 06/24/09 | G. Chan | 4.80 | Draft PHONES short form opinion (2.80); draft PHONES litigation risk analysis memo (2.00). |
| 06/25/09 | R. Feldgarden, PC | 0.50 | Discussion with M. Wilder regarding nature of income on settlement of PHONES. |
| 06/25/09 | P. Levine | 0.30 | Conference with G. Chan regarding PHONES memorandum. |
| 06/25/09 | G. Chan | 5.90 | Draft PHONES opinion supporting memo (5.60); discuss issues regarding same with P. Levine (.30). |
| 06/25/09 | M. Wilder | 0.50 | Discuss Centennial Savings authorities with R. Feldgarden and P. Levine. |
| 06/29/09 | G. Chan | 8.10 | Revise PHONES litigation risk analysis memorandum (7.40); discuss OID and contingent payment debt instrument rules with M. Wilder (.70). |
| 06/29/09 | M. Wilder | 0.70 | Discussion of CPDI rules and relevant facts with G. Chan. |
| 06/30/09 | P. Levine | 4.80 | Review litigation risk memorandum (.50); research treatment of contingent debt instrument (3.30); conference with M. Wilder and G. Chan regarding same (1.00). |
| 06/30/09 | G. Chan | 5.80 | Review litigation risk analysis memorandum regarding PHONES (1.00); discuss contingent payment debt instrument rules and "unscheduled retirement" issue with M. Wilder and P. Levine (1.00); research same (3.80). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2058660
Invoice Date:  07/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/30/09 | M. Wilder | 5.30 | Research into contingent payment debt regulations (3.30); discussion of technical issues with P. Levine and G. Chan (1.00); review and revise draft opinion memo (1.00). |

| | Total Hours | 80.10 | Total For Services | $50,199.50 |
|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| G. Chan | 29.20 | 9,344.00 |
| R. Feldgarden, PC | 0.50 | 417.50 |
| P. Levine | 23.80 | 19,873.00 |
| B. Rubin | 9.00 | 8,235.00 |
| A. Whiteway | 3.10 | 2,325.00 |
| M. Wilder | 14.50 | 10,005.00 |
| **Totals** | **80.10** | **$50,199.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 21.40 |
| **Total Costs and Other Charges** | **$21.40** |
| **Total This Invoice** | **$50,220.90** |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2058656 | |
| Invoice Date: | 07/31/2009 | |

Total Outstanding Balance                              789,258.53

Total Balance Due                                    $ 824,943.83

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028672 |
| Invoice Date: | 07/31/2009 |

---

## Remittance Copy
### Billing for services rendered through 06/30/2009

---

Total by Matter
0507 Newsday                                                                $ 3,971.00
Client/Reference Number: 0000001849

Total Services                                                                            $ 3,971.00

Total Costs and Other Charges Posted Through Billing Period                                    0.00

**Total This Invoice**                                                                    **$ 3,971.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028672 |
| Invoice Date: | 07/31/2009 |

---

## Client Copy
### Billing for services rendered through 06/30/2009

---

Total by Matter
    0507 Newsday                                          $ 3,971.00
    Client/Reference Number: 0000001849

Total Services                                           $ 3,971.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                              **$ 3,971.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2028672
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507       Newsday
                   Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/09 | A. Whiteway | 1.00 | Telephone conference with client regarding opinion issues. |
| 06/15/09 | P. McCurry | 2.00 | Call with B. Rubin and A. Whiteway regarding final revisions to tax opinion (.50); revise tax opinion (1.50). |
| 06/16/09 | P. McCurry | 0.20 | Revise and finalize Newsday tax opinion. |
| 06/16/09 | A. Whiteway | 1.40 | Review and finalize memorandum in support of tax opinion. |
| 06/17/09 | B. Rubin | 0.20 | Review proposed letter to PwC; conference with co-counsel regarding same; correspondence regarding same. |
| 06/18/09 | B. Rubin | 1.20 | Conference with co-counsel regarding privilege issues (.20); preparation for and conference call with clients regarding same (.50); follow up regarding identity of PwC personnel involved in earlier privilege issue (.30); correspondence regarding same (.20). |
| 06/23/09 | R. Greenhouse | 0.30 | Respond to question regarding privilege. |

**Total Hours**    **6.30**        **Total For Services**    **$3,971.00**

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| R. Greenhouse | 0.30 | 219.00 |
| P. McCurry | 2.20 | 671.00 |
| B. Rubin | 1.40 | 1,281.00 |

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
|---|---|---|
| | Invoice: | 2028672 |
| | Invoice Date: | 07/31/2009 |

| Name | Hours | Amount |
|---|---|---|
| A. Whiteway | 2.40 | 1,800.00 |
| **Totals** | **6.30** | **$3,971.00** |
| | **Total This Invoice** | **$3,971.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028661 |
| Invoice Date: | 07/31/2009 |

---

## Remittance Copy
### Billing for services rendered through 06/30/2009

---

| | | |
|---|---|---|
| Total by Matter | | |
| 0509 Newsday/Benefits | $ 515.00 | |
| Client/Reference Number: 0000001851 | | |
| | | |
| Total Services | | $ 515.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 515.00** |

| **Invoice** | **Date** | | |
|---|---|---|---|
| 1987017 | 04/13/2009 | 3,450.00 | |
| | | | |
| Total Outstanding Balance | | | 3,450.00 |
| | | | |
| Total Balance Due | | | $ 3,965.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2028661 |
| Invoice Date: | 07/31/2009 |

## Client Copy
### Billing for services rendered through 06/30/2009

| | | |
|---|---|---|
| Total by Matter | | |
| 0509 Newsday/Benefits | $ 515.00 | |
| Client/Reference Number: 0000001851 | | |
| | | |
| Total Services | | $ 515.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 515.00** |

| Invoice | Date | | |
|---|---|---|---|
| 1987017 | 04/13/2009 | 3,450.00 | |
| | | | |
| Total Outstanding Balance | | | 3,450.00 |
| | | | |
| Total Balance Due | | | $ 3,965.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2028661
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0509       Newsday/Benefits
                   Client/Reference Number: 0000001851

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/04/09 | A. Whiteway | 0.20 | Review correspondence; circulate to client. |
| 06/18/09 | R. Greenhouse | 0.50 | Review draft letter to PWC regarding work product privilage (.10); meeting with B. Rubin and A. Whiteway regarding work product privilege (.20); telephone call with client and follow-up regarding same (.20). |

|  | **Total Hours** | **0.70** | **Total For Services** | **$515.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| R. Greenhouse | 0.50 | 365.00 |
| A. Whiteway | 0.20 | 150.00 |
| **Totals** | **0.70** | **$515.00** |
|  | **Total This Invoice** | **$515.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058656 |
| Invoice Date: | 07/31/2009 |

## Client Copy
### Billing for services rendered through 06/30/2009

Total by Matter
    0515 Chapter 11 Restructuring          $ 35,685.30

Total Services          $ 35,672.00

Total Costs and Other Charges Posted Through Billing Period          13.30

**Total This Invoice**          **$ 35,685.30**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:  020336
Invoice:  2058656
Invoice Date: 07/31/2009

Total Outstanding Balance       789,258.53

Total Balance Due         $ 824,943.83

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

07/31/2009

Invoice: 2058656
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/01/09 | M. Weinstein | 0.10 | Review docket for entry of fee order. |
| 06/02/09 | P. Compernolle | 1.50 | Review materials for PBGC request for minor league pension documents (.50); telephone conference with K. Dansart regarding same (1.00). |
| 06/02/09 | J. Holdvogt | 0.80 | Review data room for Cubs transaction for additional documents re: Cubs NUPP and Minor League Pension Plan in connection with preparing list of plan documents for Tribune bankruptcy issues. |
| 06/02/09 | G. Ravert | 0.20 | Communications with K. Stickles regarding entry of fee order (.2). |
| 06/02/09 | B. Tiemann | 1.50 | Review minor league player pension plan documents in response to PBGC request for documents (.50); conference with P. Compernolle regarding same (1.00). |
| 06/03/09 | P. Compernolle | 0.80 | Prepare list of documents for various pension plans in response to PBGC request for pension plan documents and participant information. |
| 06/03/09 | J. Holdvogt | 0.90 | Review and revise list of plan documents for NUPP pension plan and Minor League Players Pension Plan in connection with bankruptcy issues (.80); confer with P. Compernolle re: issues related to plan documents (.10). |
| 06/03/09 | M. Opper | 0.30 | Review memos from D. Dodds and G. Chan; brief discussion with B. Rubin. |
| 06/04/09 | M. Opper | 3.50 | Review D. Dodds revised memorandum on step transaction doctrine (1.00); make significant additional revisions and reorganizing of memo (2.50). |
| 06/05/09 | M. Opper | 1.30 | Review step transaction memo (.50); review case law discussion of when step transaction doctrine used to reorder transaction steps (.80). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2058656
Invoice Date:  07/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/09 | A. Whiteway | 0.20 | Review correspondence regarding TVFN filing issues. |
| 06/08/09 | P. Compernolle | 1.00 | Email to K. Lantry on ESOP distribution (.30); review plan document regarding timing of distributions (.70). |
| 06/08/09 | M. Opper | 5.30 | Work on extensive revisions to step transaction memo (4.30); review revenue rulings pertaining to step transaction issues (1.00). |
| 06/08/09 | D. Dodds | 0.80 | Research for step transaction memo (.60); email to M. Opper regarding the same (.20). |
| 06/09/09 | P. Levine | 0.30 | Conference with M. Opper regarding step transaction issues. |
| 06/09/09 | M. Opper | 4.00 | Discuss legal issue with D. Dodds regarding step transaction (.50); meeting with P. Levine regarding step transaction memo (.30); revise and send draft of step transaction memo to P. Levine and D. Dodds (3.20). |
| 06/09/09 | D. Dodds | 1.00 | Revise step transaction memo; discussion with M. Opper regarding the same; research regarding the same. |
| 06/10/09 | P. Levine | 3.30 | Review step transaction memorandum (2.30); conference with M. Opper regarding same (1.00). |
| 06/10/09 | M. Opper | 4.00 | Review changes to step transaction memo (1.00); follow-up review of 1.1274-5 memo and brief discussion with D.Dodds regarding same (.20); discuss changes to step transaction memo with P. Levine (1.00); review 99-5 memorandum (1.00); send 99-5 memo to P. Levine for review (.10); discuss 99-5 memo and step transaction memo with J. Finkelstein (.70). |
| 06/10/09 | D. Dodds | 0.20 | Discuss 1.1274-5 memo with M. Opper. |
| 06/11/09 | P. Levine | 2.50 | Review memorandum regarding Master LLC restructuring (2.00); conference with M. Opper regarding same (.50). |
| 06/11/09 | M. Opper | 1.00 | Discuss 99-5 memo with P. Levine (.50); work on integrating memo and step transaction memo (.50). |
| 06/11/09 | D. Dodds | 1.50 | Read and review revised step transaction memo (.80); email to M. Opper regarding the same (.20); revisions to the same (.50). |
| 06/12/09 | M. Opper | 0.50 | Discuss issue with T. Shuman regarding case law on step transaction doctrine (.30); discuss issue with D. Dodds (.20). |
| 06/12/09 | D. Dodds | 0.20 | Discuss Step Transaction memo with M. Opper. |

# McDermott
# Will & Emery

| | | | |
|---|---|---|---|
| Tribune Company | | Client: | 020336 |
| | | Invoice: | 2058656 |
| | | Invoice Date: | 07/31/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/15/09 | P. Levine | 0.80 | Review court holding argument (.50); conference with M. Opper regarding same(.30). |
| 06/15/09 | G. Ravert | 0.90 | Review docket sheet (.2); email to K. Stickles regarding fees (.1); email B. Rubin regarding same (.1); additional follow-up with B. Rubin concerning March and April fee statements and delayed payment from estates (.4). |
| 06/15/09 | M. Opper | 1.00 | Review memo insert from D. Dodds in step transaction issue (.20); discuss memo with P. Levine (.30); discuss memo portion prepared by J. Selby with J. Selby and review same for inclusion in step transaction memo (.50). |
| 06/15/09 | D. Dodds | 2.50 | Revise Step Transaction memo; conduct research and read case law and Rulings regarding the same. |
| 06/16/09 | G. Ravert | 0.80 | Communications with K. Stickles regarding certificate of no objection (.2); forward draft of same to B. Rubin with comments (.2); begin review of April bills (.4). |
| 06/16/09 | M. Opper | 3.30 | Review and edit step transaction memo (1.80); analyze additional section regarding substance over form doctrine (1.00); update memo to be consistent with relevant facts (.50). |
| 06/17/09 | P. Levine | 0.30 | Conference with M. Opper regarding recast of Master LLC transaction. |
| 06/17/09 | G. Ravert | 3.30 | Review bills in matter numbers 515, 40, 41, 42, 504, 500 and 47 for compliance with bankruptcy requirements (1.6); telephone call with B. Rubin regarding delay in payment from estate (.2); telephone calls with W. Merten and P. Compernolle about ESOP matter (.4); draft email to P. Compernolle regarding same (.5); review and respond to email from B. Rubin concerning fee statement (.4); communications with M. Simons regarding call from Tribune Treasury (.2). |
| 06/17/09 | M. Opper | 0.50 | Review revised step transaction memo (.10); discuss substance over form argument with P. Levine (.30); email to D. Dodds regarding same (.10). |
| 06/18/09 | G. Ravert | 2.80 | Review Tribune bills for compliance with bankruptcy requirements (2.6); communications with B. Rubin regarding same (.2). |
| 06/18/09 | M. Opper | 1.50 | Discuss requested changes to step transaction memo with D. Dodds (.50); review changes to memo received by |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2058656
Invoice Date:  07/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | D.Dodds (.30); update memo and send to B. Rubin, A. Whiteway, and J. Finkelstein (.70). |
| 06/18/09 | B. Rubin | 1.80 | Review and edit memo regarding step-transaction issues (1.4); research and analysis regarding same (.4). |
| 06/18/09 | D. Dodds | 1.50 | Revise step transaction memo (1.00); discuss the same with M. Opper (.50). |
| 06/25/09 | M. Opper | 2.00 | Review built-in gains tax memo (.60); research and review rules in McKee treatise (.60); update memo on 1374 tax (.80). |
| 06/26/09 | M. Opper | 6.80 | Review and revise 1374 tax memo regarding indemnification payments (1.00); review preamble to 1.1374-4 regs. (.60); substantially revise memo and send to B. Rubin, A. Whiteway, and J. Finkelstein (5.20). |
| 06/29/09 | G. Ravert | 0.30 | Review emails concerning bills and email B. Rubin regarding same (.3). |
| 06/30/09 | G. Ravert | 0.30 | Communications with M. Simons and B. Rubin regarding prebills and compliance with Bankruptcy Code (.3). |

| | **Total Hours** | **67.10** | **Total For Services** | **$35,672.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 3.30 | 2,359.50 |
| D. Dodds | 7.70 | 2,156.00 |
| J. Holdvogt | 1.70 | 714.00 |
| P. Levine | 7.20 | 6,012.00 |
| M. Opper | 35.00 | 17,150.00 |
| G. Ravert | 8.60 | 5,031.00 |
| B. Rubin | 1.80 | 1,647.00 |
| B. Tiemann | 1.50 | 420.00 |
| M. Weinstein | 0.10 | 32.50 |

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:    2058656
Invoice Date:  07/31/2009

| Name | Hours | Amount |
|------|-------|--------|
| A. Whiteway | 0.20 | 150.00 |
| **Totals** | **67.10** | **$35,672.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Photocopy<br>Device 09NYK16C. 07799 | 6.80 |
| Photocopy<br>Device 09NYK16C. 07799 | 6.20 |
| Telecommunications<br>Ext. 75598 called CHICAGO, (312) 222-5158. | 0.30 |

**Total Costs and Other Charges**    **$13.30**

**Total This Invoice**    **$35,685.30**