# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038849 |
| Invoice Date: | 08/31/2009 |

## Remittance Copy
### Billing for services rendered through 07/31/2009

0040 General Employee Benefits Matters
Client/Reference Number: 0000000847

| | |
|---|---|
| Total Services | $ 357.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 357.50** |

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 5,415.00 |
| 2028654 | 07/31/2009 | 2,315.50 |

| | |
|---|---|
| Total Outstanding Balance | 10,550.50 |
| Total Balance Due | $ 10,908.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038849 |
| Invoice Date: | 08/31/2009 |

## Client Copy
**Billing for services rendered through 07/31/2009**

0040 General Employee Benefits Matters
Client/Reference Number: 0000000847

| | |
|---|---:|
| Total Services | $ 357.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 357.50** |

| Invoice | Date | |
|---|---|---:|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 5,415.00 |
| 2028654 | 07/31/2009 | 2,315.50 |

| | |
|---|---:|
| Total Outstanding Balance | 10,550.50 |
| Total Balance Due | $ 10,908.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2038849
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/17/09 | P. Compernolle | 0.50 | Telephone conference with K. Dansart regarding safe harbor design (.20); research same (.30). |

|  | **Total Hours** | **0.50** |  | **Total For Services** | **$357.50** |
|--|--|--|--|--|--|
|  |  |  |  | **Total This Invoice** | **$357.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2038849

08/31/2009

## Invoice Totals

| | Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0040 | General Employee Benefits Matters | 0.50 | 357.50 | 0.00 | 0.00 | 357.50 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038850 |
| Invoice Date: | 08/31/2009 |

## Remittance Copy
### Billing for services rendered through 07/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 27,872.00 |
| Total Costs and Other Charges Posted Through Billing Period | 10.60 |
| **Total This Invoice** | **$ 27,882.60** |

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 30,659.50 |
| 2025154 | 05/22/2009 | 2,307.00 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2028655 | 07/31/2009 | 9,658.90 |

| | |
|---|---|
| Total Outstanding Balance | 79,486.40 |
| Total Balance Due | $ 107,369.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038850 |
| Invoice Date: | 08/31/2009 |

## Client Copy
### Billing for services rendered through 07/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---:|
| Total Services | $ 27,872.00 |
| Total Costs and Other Charges Posted Through Billing Period | 10.60 |
| **Total This Invoice** | **$ 27,882.60** |

| Invoice | Date | |
|---|---|---:|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 30,659.50 |
| 2025154 | 05/22/2009 | 2,307.00 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2028655 | 07/31/2009 | 9,658.90 |

| | |
|---|---:|
| Total Outstanding Balance | 79,486.40 |
| Total Balance Due | $ 107,369.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2038850
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041    Welfare Plans
                Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/01/09 | J. Isaac | 0.50 | Review client e-mail and creditable coverage chart regarding certification for Massachusetts state creditable coverage and Tribune Company's medical, dental, and vision benefits plan. |
| 07/07/09 | A. Gordon | 1.50 | Review UHC documents in preparation for 7/9 meeting. |
| 07/08/09 | P. Compernolle | 0.50 | Review CMS COBRA correspondence for K. Dansart. |
| 07/08/09 | S. Nash | 0.30 | Office conference with Paul Compernolle regarding ARRA COBRA subsidy appeal. |
| 07/08/09 | A. Gordon | 2.30 | Research CMS appeal responsibility (.50); discuss same with K. Dansart and P. Compernolle (.50); draft response to Maximus for K. Dansart (1.00); review United Health Care open issues (.30). |
| 07/08/09 | J. Isaac | 1.80 | Research minimum creditable coverage requirements under Massachusetts' law (.80); review and analyze Massachusetts' regulations and other regulatory guidance (.50); analyze Massachusetts' requirements as against compliance chart provided by client (.50). |
| 07/09/09 | P. Compernolle | 0.50 | Conference with A. Gordon regarding issues in UHC contract. |
| 07/09/09 | A. Gordon | 5.30 | Meeting with R. DeBoer and S. O'Connor regarding UHC contract (3.00); draft alternative tax and litigation language (1.30); begin drafting issue sheet (1.00). |
| 07/10/09 | A. Gordon | 0.30 | Left message for S. O'Connor regarding Massachusetts health care review (.10); review UHC changes (.20). |
| 07/10/09 | J. Isaac | 4.50 | Apply Massachusetts' minimal creditable coverage requirements to welfare summary plan description (1.00); analyze summary plan description's provisions |

# McDermott
# Will & Emery

Tribune Company

Client:     020336<br>
Invoice:    2038850<br>
Invoice Date:  08/31/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | concerning preventive and primary care, emergency services, hospitalization, outpatient services, prescription drugs, and mental health and substance abuse services for compliance with 2009 minimal creditable coverage requirements and update coverage chart with results (2.00); analyze summary plan description's provisions concerning excluded services, disclosure of deductible, copays, and coinsurance, in-network and prescription drug deductible amounts; update chart with results (1.50). |
| 07/13/09 | A. Gordon | 6.30 | Prepare issue list of outstanding issues for UHC contract (2.00); compare same to correspondence from R. DeBoer (3.50); prepare for and discuss Massachusetts analysis with J. Isaac and S. O'Connor (.80). |
| 07/13/09 | J. Isaac | 3.50 | Review and analyze Tribune Company Medical, Dental and Vision Benefits Summary Plan Description for compliance with Massachusetts' minimum creditable coverage requirements for 2009 (1.00); analyze SPD for compliance with state requirements concerning deductibles, benefit limitations, preventive care office visits, and other requirements (1.00); incorporate results of analysis into chart for client (1.00); discuss results of analysis with A Gordon (.50). |
| 07/14/09 | P. Compernolle | 0.50 | Review status of UHC contract and medical plan document. |
| 07/14/09 | A. Gordon | 4.50 | Finalize issues for UHC contract review (3.00); draft e-mail regarding same to S. O'Connor and R. DeBoer (1.50). |
| 07/15/09 | A. Gordon | 2.30 | Review Massachusetts creditable coverage review and discuss edits to same with J. Isaac (1.50); review edits to the issue list from R. DeBoer (.50); draft response to life insurance payment e-mail from S. O'Connor (.30). |
| 07/15/09 | J. Isaac | 0.20 | Make final revisions to chart detailing Massachusetts minimum creditable coverage compliance review for client's welfare plan summary plan description. |
| 07/16/09 | P. Compernolle | 0.50 | Review emails from S. O'Connor regarding life insurance issues. |
| 07/16/09 | A. Gordon | 0.50 | Conference with P. Compernolle regarding life insurance payment (.20); review e-mail regarding same (.30). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2038850
Invoice Date:  08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/16/09 | J. Isaac | 2.50 | Analyze additional Massachusetts state minimum creditable coverage requirements beginning in 2010 (1.00); conduct compliance review of welfare plan summary plan description to determine if the plan meets additional 2010 requirements (1.50). |
| 07/22/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart on employee notice for change in life insurance carriers. |
| 07/22/09 | A. Gordon | 3.50 | Attend UHC conference call regarding changes to the ASA contract (1.50); conference with R. DeBoer and S. O'Connor regarding life insurance issues (.50); review and revise Section 7 of the ASA contract (1.50). |
| 07/23/09 | A. Gordon | 0.30 | Review email from R. DeBoer regarding UHC agreement and draft response to same. |
| 07/27/09 | A. Gordon | 0.30 | Discuss wrap plan with J. Isaac. |
| 07/27/09 | J. Isaac | 0.30 | Organize welfare wrap plan document and discuss project details with A Gordon. |
| 07/29/09 | A. Gordon | 0.50 | Conference call with R. DeBoer and S. O'Connor regarding life insurance. |
| 07/29/09 | A. Gordon | 3.30 | Review UHC documents. |
| 07/30/09 | A. Gordon | 4.80 | Conference call with UHC and Tribune regarding life insurance (1.50); review and discuss life insurance documents with R. DeBoer, S. O'Connor and K. Dansart (3.30). |
| 07/31/09 | P. Compernolle | 0.30 | Review documents in termination of insurance contracts. |
| 07/31/09 | A. Gordon | 0.50 | Review and revise UHC life insurance termination letter. |

| | **Total Hours** | **52.40** | **Total For Services** | **$27,872.00** |
|---|---|---|---|---|

**Costs and Other Charges**

| **Description** | **Amount** |
|-----------------|------------|
| Photocopy | 10.60 |
| | |
| **Total Costs and Other Charges** | **$10.60** |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038850 |
| Invoice Date: | 08/31/2009 |

**Total This Invoice**          **$27,882.60**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2038850

08/31/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0041   Welfare Plans | 52.40 | 27,872.00 | 10.60 | 0.00 | 27,882.60 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038851 |
| Invoice Date: | 08/31/2009 |

---

## Remittance Copy
### Billing for services rendered through 07/31/2009

---

0046 Tribune Savings Plan-Gen.

| | |
|---|---|
| Total Services | $ 4,323.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,323.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038851 |
| Invoice Date: | 08/31/2009 |

## Client Copy
### Billing for services rendered through 07/31/2009

0046 Tribune Savings Plan-Gen.

| | |
|---|---|
| Total Services | $ 4,323.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,323.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2038851
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0046          Tribune Savings Plan-Gen.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/07/09 | P. Compernolle | 0.30 | Review proposed design for safe harbor discrimination testing. |
| 07/07/09 | R. Fernando | 3.80 | Research regarding safe harbor requirements for qualified automatic contribution arrangements (2.00); draft memo outlining additional points to consider in implementing same effective January 1, 2010 (1.00); office conference with P. Compernolle regarding same (.80). |
| 07/08/09 | P. Compernolle | 1.00 | Email to S. OConnor regarding proposed plan design (.50); telephone conference with M. Bourgon regarding related issues (.50). |
| 07/17/09 | R. Fernando | 0.70 | Research application of ADP testing rules in connection with a one-year service requirement for safe harbor matching contributions (.40); draft email to P. Compernolle regarding same (.30). |
| 07/20/09 | P. Compernolle | 1.00 | Research for K. Dansart on design issues regarding revised plan. |
| 07/20/09 | R. Fernando | 0.20 | Office conference with P. Compernolle to discuss application of ADP testing to one-year service requirement for safe harbor matching contribution. |

|  |  |  |  |  |
|--|--|--|--|--|
| **Total Hours** | **7.00** | | **Total For Services** | **$4,323.50** |
| | | | **Total This Invoice** | **$4,323.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2038851

08/31/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0046  Tribune Savings Plan-Gen. | 7.00 | 4,323.50 | 0.00 | 0.00 | 4,323.50 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038852 |
| Invoice Date: | 08/31/2009 |

---

## Remittance Copy
### Billing for services rendered through 07/31/2009

---

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 7,078.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,078.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038852 |
| Invoice Date: | 08/31/2009 |

---

## Client Copy
### Billing for services rendered through 07/31/2009

---

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 7,078.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,078.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2038852
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/09/09 | P. Compernolle | 0.50 | Review Principal plan discrimination testing material for K. Dansart. |
| 07/09/09 | W. Merten | 0.50 | Review emails from P. Compernolle and K. Dansart regarding key employees, Section 1042 and Section 409(p). |
| 07/10/09 | P. Compernolle | 0.50 | Review issues in ESOP testing for IRS. |
| 07/13/09 | P. Compernolle | 1.00 | Review material regarding discrimination testing and other IRS requirements. |
| 07/13/09 | W. Merten | 0.30 | Meet with P. Compernolle regarding Section 409(p) issues and discussions to be had with D. Liebentritt. |
| 07/14/09 | P. Compernolle | 0.50 | Update on plan testing for Internal Revenue Code. |
| 07/16/09 | P. Compernolle | 2.50 | Telephone conference with K. Lantry, M. Bourgon regarding plan of reorganization and ESOP issues (.50); review documents regarding same (1.50), draft insert for plan of reorganization (.50). |
| 07/16/09 | W. Merten | 0.20 | Meet with P. Compernolle regarding Section 409(p) analysis regarding Section 409(p) in light of situation pursuant to which Duff & Phelps derives a value at 12/31. |
| 07/16/09 | S. Schaefer | 2.30 | Review the disclosure documents and the plan of reorganization (1.0);  Assess options for the plan if current proposed cancellation of shares occurs (.70); Discussions with B. Merten and preparation response regarding 409P issues (.6). |
| 07/17/09 | P. Compernolle | 0.50 | Review and revise insert to reorganization filings describing ESOP. |
| 07/17/09 | S. Schaefer | 1.00 | Assessment of ESOP provisions for valuation issues |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2038852
Invoice Date:  08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/28/09 | W. Merten | 0.10 | related to interim valuations (.8).  Communication with P. Compernolle regarding same (.2). Meet with P. Compernolle regarding Section 4(p) concerns; continue follow up with regard to same; telephone call to Principal regarding same. |

|  |  |  |  |
|--|--|--|--|
| **Total Hours** | **9.90** | **Total For Services** | **$7,078.50** |
|  |  | **Total This Invoice** | **$7,078.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2038852

08/31/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0047  ESOP | 9.90 | 7,078.50 | 0.00 | 0.00 | 7,078.50 |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038857 |
| Invoice Date: | 08/31/2009 |

---

## Remittance Copy
### Billing for services rendered through 07/31/2009

---

Total by Matter
    0502 Subchapter S Election                  $ 31,392.75
    Client/Reference Number: 0000001844

Total Services                                $ 31,352.50

Total Costs and Other Charges Posted Through Billing Period      40.25

**Total This Invoice**                           **$ 31,392.75**

| **Invoice** | **Date** | |
|---|---|---|
| 2028670 | 07/31/2009 | 8,077.27 |

Total Outstanding Balance                         8,077.27

Total Balance Due                            $ 39,470.02

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038857 |
| Invoice Date: | 08/31/2009 |

## Client Copy
### Billing for services rendered through 07/31/2009

Total by Matter
    0502 Subchapter S Election            $ 31,392.75
    Client/Reference Number: 0000001844

Total Services           $ 31,352.50

Total Costs and Other Charges Posted Through Billing Period     40.25

**Total This Invoice**        **$ 31,392.75**

| Invoice | Date | | |
|---|---|---|---|
| 2028670 | 07/31/2009 | 8,077.27 | |

Total Outstanding Balance        8,077.27

Total Balance Due        $ 39,470.02

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2038857
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0502          Subchapter S Election
                      Client/Reference Number: 0000001844

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/01/09 | W. Pomierski | 1.50 | Finished review of interest rate swap documentation relating to Times Mirror swaps (1.00); began review of tax authorities relating to treatment of early termination payments on notional principal contracts (.50). |
| 07/01/09 | D. Zucker | 0.80 | Research, discussions with W. Pomierski, M. Eltaki regarding whether gain on termination of interest rate swap should be subject to built-in gains tax. |
| 07/01/09 | M. Opper | 3.00 | Follow-up research on 1374 issue regarding indemnity payment for built-in gains taxes (1.00); update memo on 1374 issue with respect to indemnification provision (2.00). |
| 07/01/09 | M. Eltaki | 1.00 | Office conference with W. Pomierski and D. Zucker to discuss research project (.80); office conference with W. Pomierski to discuss research project (.20). |
| 07/01/09 | J. Finkelstein | 0.20 | Review email from W. Pomierski regarding swap termination. |
| 07/02/09 | W. Pomierski | 1.30 | Continued review of tax issues relating to timing and character of swap termination gain for S corporation analysis of same. |
| 07/02/09 | M. Opper | 1.80 | Research 1374 issue and update memorandum to further discuss RBIG limitation rule. |
| 07/02/09 | M. Eltaki | 3.80 | Research whether termination payments on an interest rate swap entered into before an S election are built-in capital gains (3.0); office conference with W. Pomierski to discuss research (.80). |
| 07/04/09 | M. Eltaki | 0.50 | Research whether termination payments on an interest rate swap entered into before an S election are built-in |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2038857
Invoice Date:  08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/06/09 | W. Pomierski | 1.70 | capital gains.<br>Prepare for and meet with M. Eltaki to discuss conclusions relating to swap termination payment (.50); review of tax authorities under hedging timing regulations for application of same (1.20). |
| 07/06/09 | M. Opper | 7.00 | Review COD income and tax attribute memo (1.00); research tax reporting regulations under section 6050(p) (2.00); revise memorandum (1.00); review IRS rulings cited in the memo (1.00); substantially review section regarding reduction of depreciable basis (2.00). |
| 07/06/09 | M. Eltaki | 1.00 | Research whether termination payments on an interest rate swap entered into before an S election are built-in capital gains. |
| 07/07/09 | W. Pomierski | 1.50 | Discuss swap termination issues with M. Eltaki (.50); revise outline of tax considerations and positions on early termination payment under built in gains tax (1.00). |
| 07/07/09 | M. Eltaki | 1.80 | Research whether termination payments on an interest rate swap entered into before an S election are built-in capital gains (1.30); office conference with W. Pomierski to discuss research (.50). |
| 07/08/09 | W. Pomierski | 1.00 | Revisions to outline of hedge termination treatment under built-in gains provisions. |
| 07/08/09 | M. Eltaki | 2.00 | Office conference with W. Pomierski to discuss research (.50); draft analysis section of outline for whether termination payments of interest rate swaps qualify as built-in capital gain (1.50). |
| 07/09/09 | W. Pomierski | 1.30 | Research hedge accounting implications under built in gains tax and revise outline of tax considerations for same. |
| 07/09/09 | D. Zucker | 0.30 | Discussions with W. Pomierski re: whether gains from hedging transaction are subject to built-in gains tax. |
| 07/09/09 | M. Eltaki | 5.00 | Research and draft insert for outline discussing whether termination payments on a notional principal contract constitute built-in gain for Section 1374 purposes (4.50); office conference with W. Pomierski to discuss research and outline (.50). |
| 07/09/09 | B. Rubin | 0.20 | Conference with Mr. Pomierski regarding application of BIG tax to hedge termination. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2038857
Invoice Date:  08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/10/09 | W. Pomierski | 1.10 | Meet with M. Eltaki regarding tax research (.50); review of tax research materials from same relating to hedge timing considerations for swap termination gain analysis (.60). |
| 07/13/09 | W. Pomierski | 0.80 | Discuss inserts relating to hedge timing rules for swap termination outline and revise same. |
| 07/13/09 | M. Eltaki | 2.30 | Research whether termination payment constitutes a capital gain (2.0); review outline discussing whether termination payment constitutes capital gain (.30). |
| 07/14/09 | W. Pomierski | 1.20 | Discuss final draft of outline of S corporation built-in gains tax issues for B. Rubin (.70); discuss changes to same with M. Eltaki (.50). |
| 07/14/09 | M. Eltaki | 1.30 | Research whether termination payment constitutes a capital gain (1.00); review outline discussing whether termination payment constitutes capital gain (.30). |
| 07/16/09 | W. Pomierski | 0.30 | Review of hedge timing transitional rules in connection with swap termination gain issues. |
| 07/17/09 | W. Pomierski | 0.40 | Finished revisions to draft of outline of hedge accounting considerations for swap termination, incorporate same into summary of built-in gain analysis. |
| 07/20/09 | R. Greenhouse | 1.50 | Review draft opinion and memorandum and provide comments to P. Levine. |
| 07/20/09 | B. Rubin | 1.90 | Hedge Termination - Review and comment on discussion memo regarding application of built-in gains tax (1.3); research and analysis regarding same (.6). |
| 07/20/09 | J. Finkelstein | 0.50 | Discuss hedge termination with B. Rubin (.20); discuss hedge termination with M. Malgarejo (.30). |
| 07/21/09 | W. Pomierski | 0.80 | Call with B. Rubin and JFinkelstein to discuss changes swap termination issues under built in gains tax (.60); discuss changes to outline with M. Eltaki (.20). |
| 07/21/09 | D. Zucker | 0.30 | Discussions with W. Pomierski regarding application of built-in gains tax to gains from hedging transactions. |
| 07/21/09 | M. Eltaki | 4.50 | Prepare for and office conference with W. Pomierski, J. Finkelstein and B. Ruben to discuss built-in gain tax (1.00); review and revise built-in gain tax memorandum (3.50). |
| 07/21/09 | J. Finkelstein | 1.00 | Review hedge termination memo and participate in conference call with B. Pomierski and B. Rubin |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038857 |
| Invoice Date: | 08/31/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | regarding same. |
| 07/22/09 | W. Pomierski | 0.70 | Review of changes to outline relating to hedge termination |
| | | | gains from M. Eltaki. |
| 07/22/09 | M. Eltaki | 1.00 | Review and revise outline discussing built-in gain tax. |
| 07/23/09 | M. Eltaki | 1.00 | Review and revise built-in gains outline. |
| 07/24/09 | W. Pomierski | 0.80 | Finished revisions to revised outline of tax considerations for swap termination tax considerations. |
| 07/27/09 | J. Finkelstein | 1.50 | Discuss hedge termination with B. Rubin and W. Pomierski and review memo. |
| 07/28/09 | W. Pomierski | 0.30 | Discuss changes to summary of tax issues for interest rate swap termination with JFinkelstein. |
| 07/28/09 | J. Finkelstein | 1.00 | Review swap termination memo and distribute. |

| | **Total Hours** | **60.90** | **Total For Services** | **$31,352.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| M. Eltaki | 25.20 | 7,686.00 |
| J. Finkelstein | 4.20 | 2,436.00 |
| R. Greenhouse | 1.50 | 1,095.00 |
| M. Opper | 11.80 | 5,782.00 |
| W. Pomierski | 14.70 | 11,319.00 |
| B. Rubin | 2.10 | 1,921.50 |
| D. Zucker | 1.40 | 1,113.00 |
| **Totals** | **60.90** | **$31,352.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Business Meals | 29.25 |
| Photocopy | 10.40 |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2038857 | |
| Invoice Date: | 08/31/2009 | |

| Description | Amount |
|---|---|
| Telecommunications | 0.60 |
| **Total Costs and Other Charges** | **$40.25** |
| **Total This Invoice** | **$31,392.75** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058658 |
| Invoice Date: | 08/31/2009 |

## Client Copy
### Billing for services rendered through 07/31/2009

Total by Matter
    0504 Corporate/Credit Agreement/PHONES        $ 105,793.10
    Client/Reference Number: 0000001846

Total Services        $ 105,750.50

Total Costs and Other Charges Posted Through Billing Period        42.60

**Total This Invoice**        **$ 105,793.10**

| Invoice | Date | |
|---|---|---|
| 1994712 | 04/22/2009 | 4,982.90 |
| 2006371 | 05/22/2009 | 5,448.30 |

Total Outstanding Balance        10,431.20

Total Balance Due        $ 116,224.30

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2058658
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0504          Corporate/Credit Agreement/PHONES
                      Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/01/09 | P. Levine | 4.80 | Research contingent payment debt instruments (3.80); conference with M. Wilder and G. Chan regardind same (1.00) |
| 07/01/09 | G. Chan | 7.50 | Research contingent debt payment instrument rules and history of Reg. 1.61-12 (3.00); discuss contingent payment debt instrument rules with P. Levine and M. Wilder (1.00); revise PHONES memo (3.50). |
| 07/01/09 | B. Rubin | 1.70 | Review and comment on draft opinion (1.5); conference with Mr. Levine regarding same (.2). |
| 07/01/09 | A. Whiteway | 1.40 | Review draft opinion (1.20); conference with Mr. Levine regarding same (.20). |
| 07/01/09 | M. Wilder | 4.80 | Further review of OID provisions and draft opinion memo (4.00); discuss same with P. Levine (.30); telephone call to Ned Blanchard regarding same (.50). |
| 07/02/09 | D. Zucker | 0.50 | Research, review and respond to e-mail from P. Levine re: tax treatment of early retirement of PHONES instruments. |
| 07/02/09 | P. Levine | 2.80 | Conference with M. Wilder and G. Chan regarding contingent payment debt instruments (1.00); research same (1.80). |
| 07/02/09 | G. Chan | 7.60 | Research OID regulations 1.163-7 and 1.163-4 (3.00); discuss OID research and contingent payment debt instrument rules with P. Levine and M. Wilder (1.00); revise PHONES memo (3.30); review comments on PHONES memo with P. Levine and M. Wilder (.30). |
| 07/02/09 | B. Rubin | 2.30 | Review and edit draft opinion (1.9); research and analysis regarding same (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2058658
Invoice Date:  08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/02/09 | M. Wilder | 4.20 | Review of draft opinion (3.00); continued discussion of CPDI issue with P. Levine and G. Chan (1.00); phone call to Ned Blanchard of IRS regarding same (.20). |
| 07/03/09 | P. Levine | 3.80 | Telephone conference with M. Wilder regarding opinion letter (1.00); conference with G. Chan regarding PHONES memo (1.00); review PHONES memorandum (1.80). |
| 07/03/09 | G. Chan | 3.60 | Research economic performance (1.00); revise PHONES memo (1.60); discuss comments with P. Levine regarding PHONES memo (1.00). |
| 07/03/09 | M. Wilder | 4.00 | Further review of opinion letter (3.00); conversations with P. Levine regarding revisions to opinion letter (1.00). |
| 07/04/09 | G. Chan | 3.50 | Revise PHONES memo (2.30); research additional cases following Centennial Savings Bank (1.00); email same to P. Levine and M. Wilder (.20). |
| 07/05/09 | P. Levine | 1.00 | Review PHONES memorandum. |
| 07/06/09 | W. Pomierski | 0.40 | Review of email from PLevine relating to contingent interest calculations and impact of early termination of debt (.20), brief review of OID regulations relating to same (.20). |
| 07/06/09 | P. Levine | 3.00 | Conference with M. Wilder and G. Chan regarding tax treatment of PHONES (1.00); review memorandum regarding same (2.00). |
| 07/06/09 | G. Chan | 3.80 | Revise PHONES supporting memorandum (2.80); discuss memorandum with P. Levine and M. Wilder (1.00). |
| 07/06/09 | R. Clary | 0.50 | Research with respect to tax consequences of early retirements of PHONES instruments. |
| 07/06/09 | M. Wilder | 2.80 | Review drafts of opinion letter (1.80); discuss changes with G. Chan and P. Levine (1.00). |
| 07/07/09 | P. Levine | 6.50 | Review draft PHONES memorandum (5.50); conference with M. Wilder and G. Chan regarding same (1.00). |
| 07/07/09 | G. Chan | 7.30 | Revise PHONES supporting memorandum (6.30); discuss revisions and comments with P. Levine and M. Wilder (1.00). |
| 07/07/09 | M. Wilder | 6.30 | Extensive revisions to Phones opinion (4.00); discussion of changes with P. Levine and G. Chan (1.00); review |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2058658
Invoice Date:    08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and draft language regarding Philip Morris case (1.00); review judicial deference authorities (.30). |
| 07/08/09 | P. Levine | 2.50 | Review PHONES tax opinion and litigation risk memorandum (1.50); conference with M. Wilder and G. Chan regarding same (1.00). |
| 07/08/09 | G. Chan | 3.50 | Revise PHONES opinion supporting memo (1.00); discuss revisions with P. Levine and M. Wilder (.50); revise PHONES opinion (1.50); discuss revisions with P. Levine and M. Wilder (.50). |
| 07/08/09 | B. Rubin | 2.60 | Review and edit draft short-form opinion and supporting memo. |
| 07/08/09 | A. Whiteway | 0.50 | Review revised supporting memo. |
| 07/08/09 | D. Dodds | 1.30 | Cite check tax opinion regarding retirement of PHONES. |
| 07/08/09 | M. Wilder | 2.50 | Final revisions to opinion memo (1.00); discuss revisions with P. Levine and G. Chan (1.00); review and discussion of short-form opinion letter with P. Levine and file (.50). |
| 07/09/09 | D. Dodds | 5.00 | Cite check tax opinion regarding retirement of PHONES. |
| 07/13/09 | B. Rubin | 4.20 | Review and edit draft opinion (1.0); review and edit draft supporting memo (2.1); research and analysis (1.1). |
| 07/15/09 | G. Chan | 1.70 | Revise PHONES memo (1.00); review B. Rubin's comments to PHONES memo and opinion (.70). |
| 07/15/09 | B. Rubin | 2.40 | Review and edit revised draft opinion (2.20); correspondence with co-counsel regarding same (.20). |
| 07/16/09 | R. Greenhouse | 0.50 | Advice to P. Levine on Circular 230. |
| 07/16/09 | P. Levine | 3.00 | Review PHONES memorandum and opinion (2.50); conference with B. Rubin, A. Whiteway, M. Wilder, G. Chan and R. Greenhouse re same (.50). |
| 07/16/09 | G. Chan | 6.90 | Review revised closing agreement (1.00); revise PHONES memorandum and opinion (2.90); conference with B. Rubin, A. Whiteway, P. Levine, M. Wilder and R. Greenhouse regarding PHONES (.50); research application of section 108 to section 1374 (2.50). |
| 07/16/09 | B. Rubin | 2.80 | Review and edit revised draft opinion and back-up memo (2.0); preparation for and conference with co-counsel regarding same (.8). |
| 07/16/09 | A. Whiteway | 0.80 | Review opinion memo (.30); conference with co-counsel (.50). |
| 07/16/09 | M. Wilder | 1.50 | Review drafts of opinion letter (.50); meetings with P. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2058658
Invoice Date:  08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Levine and G. Chan regarding same (.50); discuss changes with B. Rubin, A. Whiteway, P. Levine and G. Chan (.50). |
| 07/17/09 | P. Levine | 3.80 | Review PHONES opinion and memorandum (2.80); conference with M. Wilder and G. Chan regarding same (1.00). |
| 07/17/09 | G. Chan | 5.00 | Conference with P. Levine and M. Wilder regarding PHONES opinion and memo (1.00); review and revise same (4.00). |
| 07/17/09 | B. Rubin | 3.50 | Review and edit revised draft opinion and memo (3.00); research and analysis regarding same (.50). |
| 07/17/09 | A. Whiteway | 3.00 | Review and edit revised draft opinion and memo (2.50); research and analysis regardind same (.50). |
| 07/17/09 | M. Wilder | 2.50 | Review G. Chan's changes to various drafts of the opinion letter and memo (1.50); discuss same with G. Chan and P. Levine (1.00). |
| 07/20/09 | P. Levine | 0.30 | Conference with R. Greenhouse and G. Chan regarding PHONES memorandum. |
| 07/20/09 | G. Chan | 1.40 | Conference with R. Greenhouse and P. Levine regarding PHONES opinion and memo (.30); revise and review same (1.10). |
| 07/20/09 | B. Rubin | 1.80 | Review and edit revised draft memo and opinion (1.5); research and analysis regarding same (.3). |
| 07/20/09 | A. Whiteway | 2.00 | Review and edit revised draft memo and opinion (1.50); research and analysis regarding same (.50). |
| 07/21/09 | B. Rubin | 2.00 | Review and edit revised draft opinion and memo. |
| 07/22/09 | P. Levine | 0.30 | Review B. Rubin comments regarding PHONES opinion. |
| 07/22/09 | G. Chan | 0.70 | Review B. Rubin's comments to PHONES opinion and memo. |
| 07/22/09 | B. Rubin | 2.00 | Review and comment on revised draft opinion and memo (2.0). |
| 07/23/09 | P. Levine | 0.50 | Review PHONES memorandum and opinion. |
| 07/23/09 | G. Chan | 3.50 | Conference with B. Rubin regarding PHONES memo and opinion (.50); revise PHONES memo and opinion (3.00). |
| 07/23/09 | B. Rubin | 2.40 | Review and comment on revised draft opinion and memo (1.8); preparation for and conference with Ms. Chan regarding same (.6). |
| 07/23/09 | M. Wilder | 1.00 | Review draft short form opinion and supporting memo |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058658 |
| Invoice Date: | 08/31/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | and discuss changes with G. Chan. |
| 07/24/09 | R. Greenhouse | 0.50 | Review revised opinion and memorandum for Circular 230 compliance. |
| 07/24/09 | G. Chan | 1.30 | Revise PHONES memo and opinion. |
| 07/24/09 | B. Rubin | 1.90 | Review and edit revised draft opinion and supporting memo (1.7); conference with Ms Whiteway regarding same (.2). |
| 07/27/09 | G. Chan | 0.20 | Telephone call with B. Rubin regarding PHONES memo. |
| 07/27/09 | B. Rubin | 2.00 | Review and finalize opinion and supporting memo (1.9); transmit to client (.1). |
| 07/27/09 | A. Whiteway | 2.50 | Review and comment on tax opinion. |

| | **Total Hours** | **169.90** | | **Total For Services** | **$105,750.50** |
|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| G. Chan | 57.50 | 18,400.00 |
| R. Clary | 0.50 | 192.50 |
| D. Dodds | 6.30 | 1,764.00 |
| R. Greenhouse | 1.00 | 730.00 |
| P. Levine | 32.30 | 26,970.50 |
| W. Pomierski | 0.40 | 308.00 |
| B. Rubin | 31.60 | 28,914.00 |
| A. Whiteway | 10.20 | 7,650.00 |
| M. Wilder | 29.60 | 20,424.00 |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2058658
Invoice Date:   08/31/2009

| Name | Hours | Amount |
|------|-------|--------|
| D. Zucker | 0.50 | 397.50 |
| **Totals** | **169.90** | **$105,750.50** |

**Costs and Other Charges**

| Description | Amount |
|-------------|--------|
| Photocopy | 42.60 |
| **Total Costs and Other Charges** | **$42.60** |
| **Total This Invoice** | **$105,793.10** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038868 |
| Invoice Date: | 08/31/2009 |

## Remittance Copy
### Billing for services rendered through 07/31/2009

Total by Matter
    0507 Newsday                                       $ 5,659.25
    Client/Reference Number: 0000001849

Total Services                                                 $ 4,780.50

Total Costs and Other Charges Posted Through Billing Period     878.75

**Total This Invoice**                                     **$ 5,659.25**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038868 |
| Invoice Date: | 08/31/2009 |

## Client Copy
### Billing for services rendered through 07/31/2009

Total by Matter
    0507 Newsday                                   $ 5,659.25
    Client/Reference Number: 0000001849

Total Services                                                   $ 4,780.50

Total Costs and Other Charges Posted Through Billing Period         878.75

**Total This Invoice**                                         **$ 5,659.25**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2038868
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/08/09 | A. Whiteway | 1.20 | Review and analysis of Remedial Allocation spreadsheet. |
| 07/08/09 | J. Finkelstein | 1.50 | Review remedial allocation schedule. |
| 07/09/09 | A. Whiteway | 2.00 | Preparation for and telephone conference with Mr. Shanahan and Ms. Melgarejo regarding remedial allocation schedules. |
| 07/09/09 | J. Finkelstein | 1.50 | Review remedial allocation schedules and participate in conference call with Tribune regarding same. |
| 07/13/09 | B. Rubin | 0.20 | Correspondence with PWC regarding PWC review; arrange logistics. |
| 07/16/09 | B. Rubin | 0.50 | Draft memo to PWC regarding Newsday tax analysis. |

|  | **Total Hours** | **6.90** | **Total For Services** | **$4,780.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 3.00 | 1,740.00 |
| B. Rubin | 0.70 | 640.50 |

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
| --- | --- | --- |
| | Invoice: | 2038868 |
| | Invoice Date: | 08/31/2009 |

| Name | Hours | Amount |
| --- | --- | --- |
| A. Whiteway | 3.20 | 2,400.00 |
| **Totals** | **6.90** | **$4,780.50** |

## Costs and Other Charges

| Description | Amount |
| --- | --- |
| Document Retrieval | 875.00 |
| Photocopy | 3.60 |
| Telecommunications | 0.15 |
| **Total Costs and Other Charges** | **$878.75** |
| **Total This Invoice** | **$5,659.25** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038862 |
| Invoice Date: | 08/31/2009 |

---

## Remittance Copy
### Billing for services rendered through 07/31/2009

---

Total by Matter
    0515 Chapter 11 Restructuring            $ 22,212.07

Total Services                                        $ 22,145.00

Total Costs and Other Charges Posted Through Billing Period      67.07

**Total This Invoice**                               **$ 22,212.07**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 230,071.83 |
| 2006377 | 05/22/2009 | 232,525.40 |
| 2018478 | 06/30/2009 | 169,575.18 |
| 2028665 | 07/31/2009 | 35,726.67 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038862 |
| Invoice Date: | 08/31/2009 |

Total Outstanding Balance                                     1,196,428.28

Total Balance Due                                       $ 1,218,640.35

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2038862 |
| Invoice Date: | 08/31/2009 |

---

## Client Copy
### Billing for services rendered through 07/31/2009

---

Total by Matter
    0515 Chapter 11 Restructuring         $ 22,212.07

Total Services          $ 22,145.00

Total Costs and Other Charges Posted Through Billing Period      67.07

**Total This Invoice**          **$ 22,212.07**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 230,071.83 |
| 2006377 | 05/22/2009 | 232,525.40 |
| 2018478 | 06/30/2009 | 169,575.18 |
| 2028665 | 07/31/2009 | 35,726.67 |

Total Outstanding Balance          1,196,428.28

Total Balance Due          $ 1,218,640.35

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

**Tax Identification #: 36-1453176**
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

08/31/2009

Invoice: 2038862
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/07/09 | M. Opper | 3.80 | Continue review and revision of COD income and tax attribute reduction memo (2.00); review rulings listed in memo and consider need for further analysis (1.00); discuss blackline changes with G. Chan (.80). |
| 07/08/09 | M. Opper | 0.30 | Review contingent tax liability memo for additional improvements in order to finalize. |
| 07/09/09 | M. Opper | 0.80 | Make additional edits to COD/tax attribute reduction memo (.30); brief discussion with G. Chan regarding memo (.30); review Field Service Advice memo (.20). |
| 07/09/09 | G. Chan | 1.50 | Review revised COD memo (1.2); discuss comments with M. Opper (0.3). |
| 07/13/09 | M. Opper | 1.00 | Review changes by G. Chan to COD income memorandum (.30); update COD memo (.50); send revised draft to B. Rubin, A. Whiteway, and J. Finkelstein (.20). |
| 07/13/09 | G. Chan | 1.20 | Revise COD memo. |
| 07/17/09 | G. Ravert | 1.00 | Office conferences with J. Zajac regarding Tribune bills and fee applications deadline (.4); communications with B. Rubin regarding same (.1); review time records regarding upcoming fee statements (.3); telephone call with M. Simons regarding same (.2). |
| 07/17/09 | J. Zajac | 5.00 | Meeting with G. Ravert regarding fee applications (.5); review final order regarding fee statements (.3); review past fee application (.3); meeting with G. Ravert regarding same (.5); review May fees for matters 0515, 0041, 0042, 0507, and 0047 to ensure they comply with the bankruptcy requirements (3.2); Communicate with M. Simmons regarding the same (.2). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2038862 |
| Invoice Date: | 08/31/2009 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/20/09 | G. Ravert | 0.50 | Communications with J. Zajac regarding upcoming fee statements and bankruptcy court requirements in connection therewith. |
| 07/20/09 | J. Zajac | 3.50 | Review June pre-bills for matters 0500, 0502, 0504, 0506, 0507, 0509, 0515, 0040, 0041, 0047, 0016, 0018,0505 for compliance with bankruptcy requirements (3.0); call with M. Simons regarding the same (.2); meeting with G. Ravert regarding the same (.2); email with M. Simons regarding March and April invoices (.1) |
| 07/21/09 | G. Ravert | 0.80 | Office conference with J. Zajac regarding fee statement (.2); review and comment on draft fee statement (.6). |
| 07/21/09 | J. Zajac | 3.50 | Meeting with G. Ravert regarding drafting monthly fee statements (.2); draft and revise March fee statement (2.4); meeting with G. Ravert regarding settlement with U.S. Trustee and overpayments received (.2); review June pre-bills for matter 0047 to ensure compliance with bankruptcy requirements (.4); correspond with M. Simons regarding the same (.2); correspond with M. Simons regarding March and April invoices (.1). |
| 07/22/09 | G. Ravert | 0.40 | Office conference with J. Zajac regarding monthly fee statement. |
| 07/22/09 | J. Zajac | 2.20 | Meeting with G. Ravert regarding fee statements (.2); review and revise June prebills to comply with bankruptcy rules (1.0); Review March and April invoices to draft their respective fee statements (1.0). |
| 07/23/09 | J. Zajac | 6.00 | Draft and revise March fee statements (2.5); Draft and revise April fee statements (2.5); Review May invoices in preparation to draft May fee statements (.5); Draft May fee statements (.5). |
| 07/24/09 | G. Ravert | 0.20 | Communications with J. Zajac regarding Tribune fee statements. |
| 07/24/09 | J. Zajac | 1.10 | Draft May fee statement (1.0), email M. Simons regarding status of revisions to invoices (.1) |
| 07/27/09 | G. Ravert | 0.90 | Review drafts of fee statements for March and April 2009 (.7); communications with B. Rubin and P. Compernolle regarding related matters (.2). |
| 07/27/09 | J. Zajac | 6.00 | Review and correct revised invoices for March for matters 0515, 0041, 0504, 0047, 0040, 0042 to comply |

# McDermott
# Will & Emery

Tribune Company

<table>
<tr><td></td><td></td><td></td><td>Client:</td><td>020336</td></tr>
<tr><td></td><td></td><td></td><td>Invoice:</td><td>2038862</td></tr>
<tr><td></td><td></td><td></td><td>Invoice Date:</td><td>08/31/2009</td></tr>
</table>

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with bankruptcy rules (1.2); Review and correct invoices for April for matters 0515, 0507, 0504, 0041, 0042, 0047 to comply with bankruptcy rules (1.0); review and correct invoices for May matters 0507, 0041, 0042, 0047, 0515 to comply with bankruptcy rules (1.0), meeting with G. Ravert regarding fee statements (.5); draft and revise fee statement for March (2.3). |
| 07/27/09 | B. Rubin | 1.20 | Review and comment on discussion memo regarding impact of hedge termination (.8); research and analysis (.4). |
| 07/28/09 | G. Ravert | 1.00 | Review and revise monthly fee statements for March and April 2009 (.8); office conferences with J. Zajac regarding same (.2). |
| 07/28/09 | J. Zajac | 6.50 | Correspondences with M. Simons regarding revisions to the March fee statements (.3); prepare for and meeting with G. Ravert regarding revisions to March fee statements (.3); calls with M. Bogovich regarding bar status of attorneys (.2); calls with C. Dyke, E. Vogel, J. Berman, J. Stuckey, and S. Clarke regarding bar status of attorneys (.5); meetings with G. Ravert regarding revisions to fee applications (.6); correspondence with M. Simons regarding billing rates (.1); revisions to March fee statement incorporating monetary amounts, hours, billing rates, and bar status of attorneys (1.5); revisions to April fee statement incorporating monetary amounts, hours, billing rates, and bar status of attorneys (1.3); revisions to May fee statement incorporating monetary amounts, hours, billing rates, and bar status of attorneys (1.2); correspondences with B. Rubin regarding fee statements and revisions (.3); correspondences with B. Rubin and G. Ravert regarding filing schedule (.2). |
| 07/28/09 | B. Rubin | 1.70 | Review and edit discussion memo regarding swap termination (1.4); research and analysis regarding same (.3). |
| 07/29/09 | G. Ravert | 0.20 | Communications with J. Zajac and B. Rubin regarding fee statements. |
| 07/29/09 | J. Zajac | 2.00 | Calls with S. Nash, N. Scaefer, and M. White regarding fee statement information (.3); review B. Rubin's |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2038862
Invoice Date:   08/31/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | revisions to fee statements and make revisions (.2); review dockets for other fee statements and send to B. Rubin (.2); Review DIP documents (1.3). |
| 07/30/09 | G. Ravert | 0.40 | Communications with J. Zajac regarding finalizing March and April bills and Ledes format for Examiner. |
| 07/30/09 | J. Zajac | 1.50 | Review revisions regarding March and April invoices (.5); revise March fee statement with billing rates for attorneys and fees for each attorney (.3); revise April fee statement with billing rates for attorneys and fees for each attorney (.2); emails to M. Simons regarding ledes files (.2); review email from P. Pierce regarding missing fee statement information (.1); revise March fee statement regarding same (.1) email to B. Rubin and G. Ravert with finalized fee statements (.1) |
| 07/31/09 | G. Ravert | 0.50 | Communications with J. Zajac regarding finalizing, filing and serving March and April bills and Ledes format for Examiner and issues related thereto (.4); communications with B. Rubin regarding same (.1). |
| 07/31/09 | J. Zajac | 0.50 | Meeting with G. Ravert regarding filing fee statements (.1); revisions to March and April fee statements (.2); emails to G. Ravert, B. Rubin, and K. Stickles regarding filing statements. |

| | **Total Hours** | **55.20** | **Total For Services** | **$22,145.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| G. Chan | 2.70 | 864.00 |
| M. Opper | 5.90 | 2,891.00 |
| G. Ravert | 5.90 | 3,451.50 |
| B. Rubin | 2.90 | 2,653.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2038862
Invoice Date:  08/31/2009

| Name | Hours | Amount |
|------|-------|--------|
| J. Zajac | 37.80 | 12,285.00 |
| **Totals** | **55.20** | **$22,145.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Computer Research | 15.28 |
| Pacer Billing Cycle: 4/1/09 - 6/30/09 | |
| Computer Research | 24.64 |
| Pacer Billing Cycle: 4/1/09 - 6/30/09 | |
| Photocopy | 6.60 |
| Device 09NYK16C. | |
| Photocopy | 11.80 |
| Device 09NYK16C. | |
| Photocopy | 1.20 |
| Device 09NYK16C. | |
| Photocopy | 6.80 |
| Device 09NYK16C. | |
| Telecommunications | 0.45 |
| Ext. 75639 called WILMINGTON, (302) 652-3131. | |
| Telecommunications | 0.30 |
| Ext. 75639 called WILMINGTON, (302) 651-2001. | |

**Total Costs and Other Charges**     **$67.07**

**Total This Invoice**     **$22,212.07**