# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048076 |
| Invoice Date: | 09/28/2009 |

## Remittance Copy
## Billing for services rendered through 08/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 17,135.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 17,135.00** |

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 30,659.50 |
| 2025154 | 05/22/2009 | 2,307.00 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2028655 | 07/31/2009 | 9,658.90 |
| 2038850 | 08/31/2009 | 27,882.60 |

| | |
|---|---|
| Total Outstanding Balance | 107,369.00 |
| Total Balance Due | $ 124,504.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048076 |
| Invoice Date: | 09/28/2009 |

## Client Copy
### Billing for services rendered through 08/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 17,135.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 17,135.00** |

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 30,659.50 |
| 2025154 | 05/22/2009 | 2,307.00 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2028655 | 07/31/2009 | 9,658.90 |
| 2038850 | 08/31/2009 | 27,882.60 |

| | |
|---|---|
| Total Outstanding Balance | 107,369.00 |
| Total Balance Due | $ 124,504.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/28/2009

Invoice: 2048076
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041       Welfare Plans
                   Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/03/09 | A. Gordon | 0.50 | Review indemnification language in UHC contract and draft e-mail to R. DeBoer and S. O'Connor regarding same. |
| 08/07/09 | J. Isaac | 1.80 | Review welfare plan documents provided by client in preparation for drafting of wrap plan document (.80); specifically analyze medical, dental and vision summary plan description to determine rules relating to, e.g., eligibility, enrollment, and certificates of coverage (.10). |
| 08/07/09 | J. Isaac | 0.10 | Discuss with S. O'Connor various questions relating to welfare wrap plan document. |
| 08/07/09 | J. Isaac | 0.80 | Begin draft of medical and dental supplements for welfare wrap plan document. |
| 08/11/09 | J. Isaac | 1.50 | Analyze summary plan description provisions discussing rules for insurance-related benefits for inclusion in wrap plan document (.10); compare rules relating to, e.g., eligibility, funding, and enrollment between plans (.50). |
| 08/11/09 | J. Isaac | 1.00 | Draft wrap plan provisions based on summary plan description details for AD&D, EAP, and life insurance supplements. |
| 08/12/09 | J. Isaac | 1.00 | Analyze provisions of flexible spending account plan's summary plan description for incorporation as individual health care and dependent care flex spending account supplements in wrap plan document. |
| 08/12/09 | J. Isaac | 0.80 | Draft wrap plan document supplement provisions for flexible spending accounts based on analysis of summary plan description. |
| 08/13/09 | A. Gordon | 1.30 | Prepare for UHC meeting by reviewing edits. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2048076
Invoice Date:  09/28/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/13/09 | A. Gordon | 0.80 | Conference with S. O'Connor and R. DeBoer regarding UHC documents. |
| 08/13/09 | A. Gordon | 1.30 | Conference with UHC regarding contract provision. |
| 08/13/09 | A. Gordon | 1.00 | Revise contract provisions. |
| 08/13/09 | J. Isaac | 0.80 | Begin analysis of welfare plans' summary plan description provisions required to complete main body of wrap plan document (.40); analyze summary plan descriptions for rules relating to, e.g., plan administration and funding of benefits (.40). |
| 08/14/09 | A. Gordon | 0.30 | Review and revise the litigation section of the UHC agreement. |
| 08/14/09 | A. Gordon | 0.50 | Draft e-mail to R. DeBoer and S. O'Connor regarding same. |
| 08/17/09 | A. Gordon | 0.50 | Review indemnification language in subsection 13.2 of the United Healthcare contract. |
| 08/17/09 | J. Isaac | 1.50 | Analyze medical, dental, vision, flex spending account, and insurance summary plan description provisions describing rules for impact on coverage and enrollment options upon change in status for purposes of incorporation into wrap plan document (1.0); analyze summary plan description provisions relating to impact of leave on coverage for same purpose (.50). |
| 08/17/09 | J. Isaac | 0.80 | Draft wrap plan provisions relating to change in status and leaves of absence based on analysis of summary plan descriptions. |
| 08/18/09 | A. Gordon | 0.30 | Conference call with S. O'Connor regarding UHC contract and retiree medical. |
| 08/18/09 | A. Gordon | 1.30 | Review and revise UHC contract language and e-mail S. O'connor same. |
| 08/20/09 | A. Gordon | 0.50 | Conference calls with United Healthcare, R. DeBoer and S. O'Connor regarding UHC contracts. |
| 08/21/09 | J. Isaac | 2.50 | Continue work on welfare wrap plan document (1.0); analyze summary plan descriptions to determine rules regarding, e.g., employee pre- and post-tax contributions, payment of benefits, claims procedures, reimbursement and subrogation, and amendment authority (1.0); note rules for incorporation into plan document (.50). |
| 08/21/09 | J. Isaac | 1.00 | Draft wrap plan document provisions incorporating |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2048076
Invoice Date:  09/28/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | analysis of rules contained in summary plan descriptions. |
| 08/24/09 | A. Gordon | 1.50 | Review and revise the LTD Administrative Agreement. |
| 08/25/09 | A. Gordon | 2.30 | Review and revise the Unimerica disability agreements. |
| 08/26/09 | A. Gordon | 2.80 | Review and revise the short-term disability agreement with Unimerica. |
| 08/27/09 | A. Gordon | 4.30 | Review and finalize edits to the LTD and STD Unimerica agreements. |
| 08/28/09 | J. Isaac | 1.70 | Review draft wrap plan document for outstanding issues (.50); analyze client-provided documents for answers (1.0); organize remaining issues for discussion with A Gordon (.20). |
| 08/31/09 | A. Gordon | 0.50 | Review wrap plan document with J. Isaac. |
| 08/31/09 | A. Gordon | 1.00 | Review and revise document. |
| 08/31/09 | J. Isaac | 0.80 | Prepare for and discuss outstanding issues and questions relating to wrap plan document with A Gordon. |

| **Total Hours** | **36.80** | **Total For Services** | **$17,135.00** |
|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| A. Gordon | 20.70 | 12,627.00 |
| J. Isaac | 16.10 | 4,508.00 |
| **Totals** | **36.80** | **$17,135.00** |
| | **Total This Invoice** | **$17,135.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048077 |
| Invoice Date: | 09/28/2009 |

## Remittance Copy
### Billing for services rendered through 08/31/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 844.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 844.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048077 |
| Invoice Date: | 09/28/2009 |

## Client Copy
### Billing for services rendered through 08/31/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 844.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 844.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/28/2009

Invoice: 2048077
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047          ESOP
                      Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/17/09 | W. Merten | 0.20 | Review article regarding buy-out probe. |
| 08/27/09 | W. Merten | 0.10 | Follow-up regarding Form 5500 with P. Compernolle. |
| 08/31/09 | J. Holdvogt | 1.50 | Research IRS guidance re: Form 5500 deadlines and requirements, DFVCP delinquent filer program and potential penalties related to Form 5500 deadline for ESOP in connection with 2008 ESOP allocation. |

| | **Total Hours** | **1.80** | **Total For Services** | **$844.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Holdvogt | 1.50 | 630.00 |
| W. Merten | 0.30 | 214.50 |
| **Totals** | **1.80** | **$844.50** |
| | **Total This Invoice** | **$844.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048080 |
| Invoice Date: | 09/28/2009 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2009

---

Total by Matter
    0502 Subchapter S Election
    Client/Reference Number: 0000001844          $ 2,992.58

Total Services                  $ 2,957.00

Total Costs and Other Charges Posted Through Billing Period      35.58

**Total This Invoice**               **$ 2,992.58**

| Invoice | Date | | |
|---|---|---|---|
| 2028670 | 07/31/2009 | 8,077.27 | |
| 2038857 | 08/31/2009 | 31,392.75 | |

Total Outstanding Balance             39,470.02

Total Balance Due              $ 42,462.60

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048080 |
| Invoice Date: | 09/28/2009 |

## Client Copy
### Billing for services rendered through 08/31/2009

Total by Matter
    0502 Subchapter S Election            $ 2,992.58
    Client/Reference Number: 0000001844

Total Services      $ 2,957.00

Total Costs and Other Charges Posted Through Billing Period      35.58

**Total This Invoice**      **$ 2,992.58**

| Invoice | Date | |
|---|---|---|
| 2028670 | 07/31/2009 | 8,077.27 |
| 2038857 | 08/31/2009 | 31,392.75 |

Total Outstanding Balance      39,470.02

Total Balance Due      $ 42,462.60

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/28/2009

Invoice: 2048080
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0502    Subchapter S Election
Client/Reference Number: 0000001844

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/10/09 | W. Pomierski | 1.00 | Discuss S corp built in gains issue with B.Rubin and J.Finkelstein (.30), review of memo in preparation for call with client, and participated on call with P.Shanahan and M.Melgarejo to discuss same (.70). |
| 08/10/09 | B. Rubin | 1.20 | Review memo regarding treatment of hedge termination gain under BIG tax (.50); preparation for and conference call with clients regarding same (.70). |
| 08/10/09 | J. Finkelstein | 1.50 | Prepare for and discuss swap termination memo with B. Pomierski and B. Rubin (.50); prepare for and participate in conference call with Tribune regarding swap termination (1.0). |
| 08/20/09 | R. Greenhouse | 0.30 | Analyze circular 230 question. |

| | **Total Hours** | **4.00** | **Total For Services** | **$2,957.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 1.50 | 870.00 |
| R. Greenhouse | 0.30 | 219.00 |
| W. Pomierski | 1.00 | 770.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2048080
Invoice Date:  09/28/2009

| Name | Hours | Amount |
|------|------:|-------:|
| B. Rubin | 1.20 | 1,098.00 |
| **Totals** | **4.00** | **$2,957.00** |

**Costs and Other Charges**

| Description | Amount |
|-------------|-------:|
| Telecommunications | 35.58 |
| **Total Costs and Other Charges** | **$35.58** |
| **Total This Invoice** | **$2,992.58** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048086 |
| Invoice Date: | 09/28/2009 |

## Remittance Copy
### Billing for services rendered through 08/31/2009

Total by Matter
    0504 Corporate/Credit Agreement/PHONES              $ 7,397.00
    Client/Reference Number: 0000001846

Total Services                $ 7,397.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**        **$ 7,397.00**

| Invoice | Date | |
|---|---|---|
| 1994712 | 04/22/2009 | 24,918.40 |
| 2006371 | 05/22/2009 | 27,296.75 |
| 2028671 | 07/31/2009 | 50,678.83 |
| 2038866 | 08/31/2009 | 106,015.08 |

Total Outstanding Balance        208,909.06

Total Balance Due        $ 216,306.06

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048086 |
| Invoice Date: | 09/28/2009 |

---

## Client Copy
### Billing for services rendered through 08/31/2009

---

Total by Matter
 0504 Corporate/Credit Agreement/PHONES          $ 7,397.00
 Client/Reference Number: 0000001846

Total Services                                                    $ 7,397.00

Total Costs and Other Charges Posted Through Billing Period              0.00

**Total This Invoice**                                              **$ 7,397.00**

| Invoice | Date | | |
|---|---|---|---|
| 1994712 | 04/22/2009 | 24,918.40 | |
| 2006371 | 05/22/2009 | 27,296.75 | |
| 2028671 | 07/31/2009 | 50,678.83 | |
| 2038866 | 08/31/2009 | 106,015.08 | |

Total Outstanding Balance                                    208,909.06

Total Balance Due                                            $ 216,306.06

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/28/2009

Invoice: 2048086
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0504    Corporate/Credit Agreement/PHONES
Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/18/09 | B. Rubin | 0.50 | Review closing agreement from Mr. Shanahan (.30); review draft opinion and memo (.20). |
| 08/18/09 | A. Whiteway | 0.90 | Review closing agreement from Mr. Shanahan. |
| 08/19/09 | B. Rubin | 1.00 | Preparation for and conference call with clients (.50); revise PHONES opinion and supporting memo (.50). |
| 08/19/09 | A. Whiteway | 1.00 | Preparation for and telephone conference with Mr. Shanahan (.50); review and revise tax opinion (.50). |
| 08/20/09 | P. Levine | 0.50 | Review PHONES opinion (.20); conference with M. Wilder and G. Chan regarding same (.30). |
| 08/20/09 | G. Chan | 2.50 | Review client comments to PHONES memo and opinion (1.3); prepare for and discuss changes with P. Levine, M. Wilder, and R. Greenhouse (0.6); review spreadsheets regarding issue price (0.6). |
| 08/20/09 | B. Rubin | 2.40 | Revise opinion based on client comments (1.50); review Circular 230 issue (.50); conference with Opinion Committee regarding assumptions; correspondence (.40). |
| 08/20/09 | A. Whiteway | 1.00 | Review materials from Ms. Melgarejo regarding tax opinion (.70); review and revise tax opinion (.30). |
| 08/20/09 | M. Wilder | 0.40 | Reviewed revisions to opinion and memo and discussed with P. Levine and G. Chan. |
| 08/21/09 | G. Chan | 0.50 | Revise PHONES memo. |

| | **Total Hours** | **10.70** | **Total For Services** | **$7,397.00** |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:    2048086
Invoice Date:  09/28/2009

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| G. Chan | 3.00 | 960.00 |
| P. Levine | 0.50 | 417.50 |
| B. Rubin | 3.90 | 3,568.50 |
| A. Whiteway | 2.90 | 2,175.00 |
| M. Wilder | 0.40 | 276.00 |
| **Totals** | **10.70** | **$7,397.00** |
| **Total This Invoice** | | **$7,397.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048087 |
| Invoice Date: | 09/28/2009 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2009

---

Total by Matter
    0507 Newsday
    Client/Reference Number: 0000001849       $ 1,395.70

Total Services    $ 1,372.50

Total Costs and Other Charges Posted Through Billing Period    23.20

**Total This Invoice**    **$ 1,395.70**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048087 |
| Invoice Date: | 09/28/2009 |

## Client Copy
### Billing for services rendered through 08/31/2009

Total by Matter
   0507 Newsday                                            $ 1,395.70
   Client/Reference Number: 0000001849

Total Services                                                    $ 1,372.50

Total Costs and Other Charges Posted Through Billing Period                23.20

**Total This Invoice**                                           **$ 1,395.70**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/28/2009

Invoice: 2048087
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/31/09 | B. Rubin | 1.50 | Review and comment on draft tax return. |
| | **Total Hours** | **1.50** | **Total For Services**        $1,372.50 |

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| B. Rubin | 1.50 | 1,372.50 |
| **Totals** | **1.50** | **$1,372.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 23.20 |
| **Total Costs and Other Charges** | **$23.20** |
| **Total This Invoice** | **$1,395.70** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048085 |
| Invoice Date: | 09/28/2009 |

## Remittance Copy
### Billing for services rendered through 08/31/2009

Total by Matter
    0515 Chapter 11 Restructuring                    $ 9,179.18

Total Services                                                              $ 9,019.00

Total Costs and Other Charges Posted Through Billing Period                    160.18

**Total This Invoice**                                                      **$ 9,179.18**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 230,071.83 |
| 2006377 | 05/22/2009 | 232,525.40 |
| 2018478 | 06/30/2009 | 169,575.18 |
| 2028665 | 07/31/2009 | 35,726.67 |
| 2038862 | 08/31/2009 | 22,212.07 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2048085
Invoice Date:  09/28/2009

Total Outstanding Balance                          1,218,640.35

Total Balance Due                              $ 1,227,819.53

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2048085 |
| Invoice Date: | 09/28/2009 |

## Client Copy
### Billing for services rendered through 08/31/2009

Total by Matter
    0515 Chapter 11 Restructuring            $ 9,179.18

Total Services                                                    $ 9,019.00

Total Costs and Other Charges Posted Through Billing Period            160.18

**Total This Invoice**                                          **$ 9,179.18**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 230,071.83 |
| 2006377 | 05/22/2009 | 232,525.40 |
| 2018478 | 06/30/2009 | 169,575.18 |
| 2028665 | 07/31/2009 | 35,726.67 |
| 2038862 | 08/31/2009 | 22,212.07 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2048085
Invoice Date:  09/28/2009

Total Outstanding Balance                              1,218,640.35

Total Balance Due                              $ 1,227,819.53

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Dusseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/28/2009

Invoice: 2048085
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/12/09 | G. Ravert | 0.20 | Review email from M. Simons regarding June bills and discuss same with J. Zajac. |
| 08/12/09 | J. Zajac | 1.20 | Review and respond to email from M. Simons regarding June pre-bills (.2); begin review June pre-bills for compliance with bankruptcy rules (1.0). |
| 08/13/09 | J. Zajac | 1.50 | Review June pre-bills to ensure compliance with bankruptcy rules (.5); review revisions to May bills to ensure compliance with bankruptcy rules (.5); communications with G. Ravert regarding same (.4); draft email to M. Simons regarding same (.1). |
| 08/14/09 | G. Ravert | 0.30 | Communications with fee examiner regarding time records (.1); communications with J. Zajac regarding same (.2). |
| 08/18/09 | J. Zajac | 2.50 | Review prebills for July for matters 40, 41, 46, 47, 500, 502, 504, 505, 507, and 515 to ensure compliance with bankruptcy rules. |
| 08/20/09 | J. Zajac | 0.50 | Communications with M. Simons regarding May and July invoices (.4); send May and July invoices to M. Simons (.1). |
| 08/24/09 | G. Ravert | 0.20 | Communications with J. Zajac regarding July Tribune bills. |
| 08/24/09 | J. Zajac | 1.00 | Office conference with G. Ravert regarding certificates of no objections (.1); Review compensation order regarding objection deadline (.1); email regarding time line of upcoming motions for B. Rubin (.7); review email response from B. Rubin regarding same (.1). |
| 08/25/09 | G. Ravert | 0.40 | Office conference with J. Zajac regarding Tribune CONs (.2); follow-up with J. Zajac and review CONs regarding |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2048085
Invoice Date: 09/28/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | same (.2). |
| 08/25/09 | J. Zajac | 1.20 | Email to M. Simons regarding May, June and July revisions (.2); meeting with G. Ravert regarding certificate of no objection for March and April fee statements (.2); communications with K. Stickles regarding same (.5); review and revise certificates (.3). |
| 08/26/09 | J. Zajac | 4.00 | Draft and revise May fee statement (2.0); Review quarterly fee application models (1.0); begin to draft second quarterly fee application (1.0). |
| 08/27/09 | G. Ravert | 1.60 | Review and edit May fee statement (.5); review and edit second quarterly fee application (.8); discuss edits with J. Zajac (.3). |
| 08/27/09 | J. Zajac | 5.00 | Draft and revise second quarterly fee application (3.0); draft June fee statement (1.0); revise July prebills to conform with bankruptcy rules (.8); emails to M. Simons regarding same (.2). |
| 08/28/09 | G. Ravert | 0.50 | Office conference with J. Zajac regarding finalizing filing May fee statements (.3); review correspondence from M. Simons regarding same (.2). |
| 08/28/09 | J. Zajac | 1.50 | Prepare for and meeting with G. Ravert regarding May fee statement and second quarterly fee application (.4); revisions regarding same (.5); revise remaining July prebills to conform with Bankruptcy rules (.5); email to M. Simons regarding same (.1). |
| 08/31/09 | G. Ravert | 0.90 | Review examiner's interim report concerning McDermott application. |
| 08/31/09 | B. Rubin | 0.70 | Review fee examiner's report (.6); correspondence with Mr. Ravert regarding response (.1). |

**Total Hours**    23.20        **Total For Services**    **$9,019.00**

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| G. Ravert | 4.10 | 2,398.50 |
| B. Rubin | 0.70 | 640.50 |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2048085
Invoice Date:    09/28/2009

| Name | Hours | Amount |
|------|-------|--------|
| J. Zajac | 18.40 | 5,980.00 |
| **Totals** | **23.20** | **$9,019.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications<br>Ext. 68425 called NEW YORK, (212) 450-4198. | 1.50 |
| Transportation/Parking<br>Boston Coach Invoice 206339 dated 8/16/09 / Transportation Charges 8/12/09 | 158.68 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$160.18** |
| **Total This Invoice** | **$9,179.18** |