IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: Tribune Company et al | | Docket Item #3 |

| | | |
|---|---|---|
| Kevin Millen | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 09-863 |
| v. | ) | |
| | ) | |
| | ) | |
| Tribune Company et al | ) | |
| | ) | Bankruptcy Case No.08-13141 |
| | | AP No.09-90 |
| Appellee | | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/2/09 was docketed in the District Court on 11/13/09:

> Order Sustaining Debtors' Fourth Omnibus Objection (Non-Substantive) to Claim

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                  Peter T. Dalleo
                                                  Clerk of Court

Date:   November 13, 2009

To:     U.S. Bankruptcy Court
          Counsel