# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING FIRST INTERIM FEE APPLICATION OF
## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the First Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. for the period from December 8, 2008, through February 28, 2009 ("Application"), seeking approval of fees totaling

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

$318,780.00 and reimbursement of expenses totaling $25,502.08.  Cole, Schotz, Meisel, Forman & Leonard, P.A ("Cole Schotz") is co-counsel to the Debtors.

### Background

1.      Stuart Maue reviewed the Application, including each of the billing and expense entries shown in the exhibits to the monthly statements and the Application, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and general legal precedence of the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.      This report includes exhibits detailing and supporting the findings discussed.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  Tasks included in a specific category are underlined and for purpose of context, the other tasks within the same entry are displayed but not underlined.

3.      Stuart Maue's methodology for analyzing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing.  Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount blocked billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks in a block billed entry.  This methodology has been adopted by courts when evaluating fees and ruling on fee applications.  *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999).  Courts have found this proportional method of analyzing block billing a reasonable solution to the problem of block billing.  The alternative to using proportional time is to question the blocked entry in its entirety.

4.     Stuart Maue issued a preliminary report of our findings to Cole Schotz, and in turn the firm submitted a detailed response that included both general and specific information regarding the billing issues raised.  After consideration of the firm's written response and our direct communication with the firm, Stuart Maue prepared this final report to the Court for its consideration.

## Discussion of Findings

## Recomputation of Fees and Expenses

5.     Stuart Maue recomputed the fees and expenses requested in the Application.  The hours billed by each professional or paraprofessional were totaled and these amounts were multiplied by that individual's hourly rate.  The recomputation of fees and expenses revealed no difference between the amount requested and the amount computed.

## Review of Fees

6.     **Firm Staffing.**  The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11."  The Application provided the names, positions, and hourly rates of the Cole Schotz professionals and paraprofessionals who billed to this matter.  The matter was staffed with ten professionals and paraprofessionals, consisting of five members, three associates, and two paralegals.  A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm billed a total of 771.30 hours with associated fees of $318,780.00.  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Member | 496.90 | 64% | $259,925.00 | 82% |
| Associate | 50.20 | 7% | 16,473.00 | 5% |
| Paralegal | 224.20 | 29% | 42,382.00 | 13% |
| TOTAL | 771.30 | 100% | $318,780.00 | 100% |

The blended hourly rate for the Cole Schotz professionals is $505.21 and the blended hourly rate for professionals and paraprofessionals is $413.30.

7.    **Potential Double Billing.**  Stuart Maue examined the Application for billing entries or entry activities that appear to be duplicated (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments).  Five entries were identified as potential double billing and were displayed in Exhibit B to the preliminary report.  The questioned tasks, totaling 0.90 hour with $432.00 in associated fees, were highlighted in bold and marked with an ampersand [&] in the exhibit.  Stuart Maue requested that Cole Schotz review the entries and provide an explanation for the duplications.

In response to the preliminary report, Cole Schotz stated the firm could not determine with certainty whether the entries reflect multiple communications on the same topic on the same date or were duplicate time entries erroneously input into the billing system.  In an abundance of caution, Cole Schotz withdraws the request for compensation for the five entries in the amount of $432.00.  The entries in question are displayed in Exhibit B attached hereto.

8.    **Transient Timekeepers.**  Tasks performed by timekeepers whose participation in the matter is limited and sporadic becomes questionable if the value of their involvement and the necessity of their contribution is unclear.  Of the ten professionals and paraprofessionals that billed to the matter during the interim period, five billed less than 10.00 hours.  Stuart Maue recognizes that some professionals or paraprofessionals have specialized knowledge or expertise and may be called upon to provide services to the case on a limited basis; however, it appears that some of these timekeepers had minimal involvement in the case and billed for activities that may have been performed by other

timekeepers or timekeepers billing at a lower rate.  Stuart Maue requested that Cole Schotz provide additional information regarding the role of the four timekeepers identified as potentially transient billers.  The billing entries of the timekeepers, totaling 14.40 hours and $6,513.00 in associated fees, were set forth in Exhibit C to the preliminary report.

In response to the preliminary report, Cole Schotz provided a detailed explanation regarding the specific expertise or experience with regard to discrete legal issues of each of the attorneys identified in the exhibit.  Given the detail provided and the role of the firm in this matter, Stuart Maue accepts the firm's explanation and does not recommend any reduction in fees due to potentially transient timekeepers.  As no reduction is recommended, Exhibit C is omitted from this report.

9.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary."  The rules further require fee applications to include complete and detailed activity descriptions and that each description shall include the nature and subject matter of the activity.  Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference."  Activity descriptions for the review of documents and correspondence should identify the document or the person or party who prepared the document or correspondence and its subject matter.  Cole Schotz invoiced time entries that described the activity performed as "attention to," a phrase that does not provide sufficient information regarding the action taken (i.e., review, draft, revise, etc.).  The entries identified as vaguely described activities, totaling 2.80 hours with $1,344.00 in associated fees, were displayed in Exhibit D to the preliminary report.

In response to the preliminary report, Cole Schotz stated the firm will make every effort to ensure that in the future all time entries are sufficiently detailed. As Stuart Maue makes no recommendation for a fee reduction, Exhibit D is omitted from this report.

10. **Block Billing.** The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). Cole Schotz block billed 39 entries, totaling 65.30 hours and $30,633.50 in associated fees. The entries were displayed in Exhibit E to the preliminary report. Many of the block billed entries combine conferences with other activities rather than separately billing for each discrete activity. In response to the preliminary report, Cole Schotz stated the firm will make every effort to ensure all professionals bill each discrete activity separately. As Stuart Maue makes no recommendation for a fee reduction based upon block billing, Exhibit E is omitted from this report.

11. **Conferences, Hearings, and Other Events.** Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" and Section II.D.5 of the Guidelines states "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In Re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994). Stuart Maue identified all conferences, hearings, and other events and classified them either as a nonfirm conference, hearing, or other event, or as an intraoffice conference. Nonfirm conferences are identified as a conference attended by at least one person from outside the firm. Intraoffice conferences are identified as conferences attended exclusively by firm personnel. Contrary to Local Rule 2016-2, neither the Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.

a.    **Nonfirm Conferences, Hearings, and Events.**    Stuart Maue identified occasions when two or more Cole Schotz timekeepers billed to attend the same nonfirm conference, hearing, or other event. The entries, totaling 44.95 hours with $23,260.00 in associated fees, were displayed in Exhibit F to the preliminary report. The entries for all attendees, except the timekeeper who appeared to be the most responsible at the event (i.e., the timekeeper who conducted a meeting rather than simply attended the meeting), totaling 23.70 hours with $12,958.00 in associated fees, were highlighted in bold and marked with an ampersand [&] in the exhibit. Stuart Maue requested that Cole Schotz provide a brief explanation of the necessity of the multiple timekeepers.

In response to the preliminary report, Cole Schotz provided a lengthy and detailed explanation of the firm's staffing of the matter, the need for more than one professional to be involved in various aspects of the case to ensure all obligations and deadlines are met, and the logistics and timing requirements that necessitated the distribution of tasks among different timekeepers. The firm also specifically addressed the conferences and events included in the exhibit, providing an explanation of the purpose/subject matter and the need for each firm attendee. Given the detailed information provided by Cole Schotz, Stuart Maue makes no recommended reduction to the fees incurred for multiple attendance, and accordingly Exhibit F is omitted from this report.

b.    **Intraoffice Conferences.**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by Cole Schotz for intraoffice conferences total 42.13 hours with $17,701.08 in associated fees, which represent approximately 6% of the total fees requested in the Application. In some instances, two or more firm professionals and/or paraprofessionals billed to attend the same internal conference. The intraoffice conferences attended by more than one timekeeper total 12.42 hours with $5,420.92 in associated fees. The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold and marked with an ampersand [&] in Exhibit G to the

preliminary report. Stuart Maue requested that Cole Schotz provide a brief explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the preliminary report, Cole Schotz provided an explanation of the necessity of various categories of intraoffice communication, which in many instances represented appropriate attorney oversight of paralegal tasks. As Stuart Maue makes no recommendation for a fee reduction resulting from intraoffice conferences, Exhibit G is omitted from this report.

12.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Likewise, activities relating to the training and assignment of tasks to staff members or the supervision of any administrative functions should be considered a cost of doing business and a factor considered in establishing the firm's hourly rates. Also included in administrative tasks is time expended to review and edit time entries and invoices. "Where the time entries require revision to conform to the court's standards, the editing services are administrative functions that are not compensable even if they are performed by a professional." *See In Re CF & I Fabricators of Utah,* 131 B.R. 474, 485 (D. Utah 1991). As a general rule, time expended by a firm in performing conflicts checks required as a condition of the firm's retention is not compensable and would also be considered an administrative activity. *See In Re ACT Manufacturing, Inc.,* 281 B.R. 468, 490 (Bankr. D. Mass. 2002). Stuart Maue identified two tasks in the Application, totaling 3.10 hours with $1,488.00 in associated fees, which may constitute administrative activities; the entries were displayed in Exhibit H to the preliminary report.

In response to the preliminary report, Cole Schotz explained that while the two entries reference a conflict check, the performance of which would be administrative, the activity actually performed was the preparation of the firm's affidavit in support of the retention application (which required review of the conflict data). Stuart Maue agrees with the firm that the activities were not

administrative, and accordingly makes no recommendation for a fee reduction resulting from administrative tasks. Exhibit H is omitted from this report.

13.    **Clerical Activities.** Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel. Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying. Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members. "Fees for services that are purely clerical, ministerial, or administrative should be disallowed." *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989). In this Court there has been a practice by Stuart Maue and other fee auditors of recommending that clerical activities be paid at the rate of $80.00 per hour. It is Stuart Maue's intent to follow that same practice in this case. The entries identified as clerical activities were displayed in Exhibit I to the preliminary report and total 24.72 hours with $5,537.17 in associated fees.

In response to the preliminary report, Cole Schotz provided a detailed description for the three primary activities identified as potentially clerical in nature, including an explanation of the legal acumen necessary to perform the tasks. The firm agreed that two of the time entries describe work that is clerical in nature and therefore should be reduced to the clerical hourly rate. Stuart Maue accepts the firm's explanations and voluntary reduction, and accordingly recommends a fee reduction in the amount of $159.50 for clerical activities. The reduction reflects the fees resulting from all time entries displayed in Exhibit I to this report reduced to an hourly rate of $80.00.

14.    **Cole Schotz Retention/Compensation.** Stuart Maue reviewed and identified entries related to the firm's retention and compensation. Cole Schotz billed 33.80 hours with associated fees of $14,631.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 5% of the total fees billed by the firm. The fee entries identified as

-9-

retention/compensation activities were displayed in Exhibit J to the preliminary report.  As Stuart Maue

makes no recommendation for a fee reduction, Exhibit J is omitted from this report.

### Review of Expenses

15.    **Complete and Detailed Itemization of Expenses.**  The Guidelines in Section II.E.3

state "Factors relevant to a determination that the expense is proper include ... Whether applicant has

provided a detailed itemization of all expenses including the date incurred, description of expense

(e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name

of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified

by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline

travel, etc.) and by the month incurred."  Cole Schotz provided an itemization for its expenses that

included the category, the date, the description, and the amount, and the name of the timekeeper who

incurred the charge.

16.    **Preretention Expenses.**  The Application included a request for reimbursement of one

expense incurred prior to December 8, 2008, the firm's effective date of retention.  The expense was a

Westlaw charge for computer assisted legal research which was incurred prior to the date of retention

but was not invoiced by Westlaw until after the retention date.  In response to the preliminary report,

Cole Schotz explained in writing and in discussion with Stuart Maue that there was no means for the

firm to accurately quantify the charge until Westlaw provided the bill.  Stuart Maue makes no

recommendation for an expense reduction for the Westlaw charge.

17.    **Photocopies.**  Local Rule 2016-2 (e)(iii) states "The motion shall state the requested

rate for copying charges (which shall not exceed $0.10 per page)."  The firm requested reimbursement

of $3,313.00 for duplication charges.  Cole Schotz stated in the monthly applications that its rate for

copying charges is $0.10 per page; however, all of the internal copies were billed at a rate of $0.20 per

page.  The overcharge for duplication charges is $1,656.50.  Cole Schotz contacted Stuart Maue

regarding the firm's inadvertent overcharge for photocopies during the first interim period, and voluntarily agreed to a reduction of all copy charges that exceed $0.10 per page.  Accordingly, we recommend an expense reduction in the amount of $1,656.50 as shown in the attached Exhibit K.

18.    **Overtime Expenses.**    Cole Schotz requested reimbursement of secretarial overtime totaling $156.63 and overtime transportation totaling $55.00.  In response to the preliminary report, the firm provided an explanation of the necessity of the charges in question and stated that no objection was raised when Cole Schotz stated in the firm's retention application that it would seek reimbursement for such charges.  Stuart Maue makes no recommendation for an expense reduction for the overtime expenses invoiced by Cole Schotz.

19.    **Working Meals.**    Cole Schotz requested reimbursement of $1,043.59 for working meals.  It was not possible to determine if the meals related to meetings with people outside the firm or meals solely for employees of Cole Schotz that were not related to travel.  Stuart Maue requested that Cole Schotz provide an explanation for the purpose of the meal charges displayed in Exhibit L to the preliminary report.  In response, Cole Schotz provided specific detail and explanation for each of the meals in question.  Stuart Maue makes no recommendation for an expense reduction for the working meals, and accordingly Exhibit L is omitted from this report.

20.    **Vaguely Described Travel Expenses.**    The firm requested reimbursement for transportation expenses including car service and public transportation services that were not sufficiently detailed.  For some of the expenses, the firm did not indicate the name of the person incurring the charge.  For other charges, the firm did not provide the location where the charge was incurred, whether it was related to local or out-of-town travel, or the purpose or necessity of the charge.  The charges, totaling $869.87, were displayed in Exhibit M to the preliminary report.  Stuart Maue requested that Cole Schotz provide additional information regarding the transportation expenses displayed in the exhibit.

In response to the preliminary report, the firm provided a detailed description of each charge and an explanation of the necessity of the transportation costs.  As we make no recommended expense reduction, Exhibit M is omitted from this report.

## Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above.  Stuart Maue recommends the approval of fees in the amount of $318,188.50 ($318,780.00 minus $591.50) and reimbursement of expenses in the amount of $23,845.58 ($25,502.08 minus $1,656.50) for the period from December 8, 2008, through February 28, 2009.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:     (314) 291-6546
tribune.bkr@smmj.com

**Fee Examiner**

## APPENDIX A

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

### SUMMARY OF FINDINGS

#### First Interim Fee Application (December 8, 2008 through February 28, 2009)

##### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $318,780.00 | |
| Expenses Requested | 25,502.08 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $344,282.08 |
| | | |
| Fees Computed | $318,780.00 | |
| Expenses Computed | 25,502.08 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $344,282.08 |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---|---|---|
| Fees Requested | $318,780.00 | | |
| *Agreed Reduction for Potential Double Billing* | | *($432.00)* | |
| *Agreed Reduction for Clerical Activities* | | *(159.50)* | |
| | Subtotal | *($591.50)* | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $318,188.50 |
| | | | |
| Expenses Requested | $ 25,502.08 | | |
| *Agreed Reduction for Photocopies* | | *($1,656.50)* | |
| | Subtotal | *($1,656.50)* | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 23,845.58 |
| | | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $342,034.08 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 18th day of November, 2009.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John L. Decker, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| JKS | Stickles, J. Kate | MEMBER | $480.00 | $480.00 | 348.20 | $167,136.00 |
| NLP | Pernick, Norman L. | MEMBER | $650.00 | $650.00 | 128.10 | $83,265.00 |
| MFB | Bonkowski, Michael F. | MEMBER | $525.00 | $525.00 | 9.40 | $4,935.00 |
| WU | Usatine, Warren | MEMBER | $237.50 | $475.00 | 10.60 | $4,370.00 |
| MJP | Politan, Mark J. | MEMBER | $365.00 | $365.00 | 0.60 | $219.00 |
| No. of Billers for Position: 5 | | Blended Rate for Position: | $523.09 | | 496.90 | $259,925.00 |
| | | | | % of Total: | 64.42% | % of Total: 81.54% |
| PJR | Reilley, Patrick J. | ASSOCIATE | $330.00 | $330.00 | 45.80 | $15,114.00 |
| KMM | McKinley, Karen M. | ASSOCIATE | $315.00 | $315.00 | 2.60 | $819.00 |
| GDD | Dean, G. David | ASSOCIATE | $300.00 | $300.00 | 1.80 | $540.00 |
| No. of Billers for Position: 3 | | Blended Rate for Position: | $328.15 | | 50.20 | $16,473.00 |
| | | | | % of Total: | 6.51% | % of Total: 5.17% |
| PVR | Ratkowiak, Pauline Z. | PARALEGAL | $190.00 | $190.00 | 217.00 | $41,230.00 |
| KAS | Stahl, Kimberly A. | PARALEGAL | $160.00 | $160.00 | 7.20 | $1,152.00 |
| No. of Billers for Position: 2 | | Blended Rate for Position: | $189.04 | | 224.20 | $42,382.00 |
| | | | | % of Total: | 29.07% | % of Total: 13.30% |
| Total No. of Billers: 10 | | Blended Rate for Report: | $413.30 | | 771.30 | $318,780.00 |

EXHIBIT B

POTENTIAL DOUBLE BILLING

Cole, Schotz, Meisel, Forman & Leonard, P.A.

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Stickles, J | 1.60 | 768.00 |
| | 1.60 | $768.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Stickles, J | 0.90 | 432.00 |
| | 0.90 | $432.00 |

EXHIBIT B

POTENTIAL DOUBLE BILLING

Cole, Schotz, Meisel, Forman & Leonard, P.A.

POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases | 0.10 | 48.00 |
| Executory Contracts | 0.10 | 48.00 |
| Reports; Statements and Schedules | 0.80 | 384.00 |
| Utilities/Sec. 366 Issues | 0.40 | 192.00 |
| Vendor Matters | 0.20 | 96.00 |
| | 1.60 | $768.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases | 0.00 | 0.00 |
| Executory Contracts | 0.10 | 48.00 |
| Reports; Statements and Schedules | 0.50 | 240.00 |
| Utilities/Sec. 366 Issues | 0.20 | 96.00 |
| Vendor Matters | 0.10 | 48.00 |
| | 0.90 | $432.00 |

EXHIBIT F

POTENTIAL DOUBLE BILLING

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 12/31/08 Wed | Stickles, J 640514-210/393 | 0.20 | 0.20 | 96.00 | | 1 | MATTER NAME: Utilities/Sec. 366 Issues<br>CONFERENCE WITH D. SAVENGNAGO RE: RESPONSE TO UTILITY MOTION |
| 12/31/08 Wed | Stickles, J 640514-210/396 | 0.20 | 0.20 | 96.00 | & | 1 | MATTER NAME: Utilities/Sec. 366 Issues<br>CONFERENCE WITH D. SAVENGNAGO RE: RESPONSE TO UTILITY MOTION |
| 01/12/09 Mon | Stickles, J 643632-220/1011 | 0.10 | 0.10 | 48.00 | | 1 | MATTER NAME: Vendor Matters<br>REVIEW E-MAIL FROM J. BOELTER RE: 20 DAY ORDER |
| 01/12/09 Mon | Stickles, J 643632-220/1013 | 0.10 | 0.10 | 48.00 | & | 1 | MATTER NAME: Vendor Matters<br>REVIEW E-MAIL FROM J. BOELTER RE: 20 DAY ORDER |
| 01/13/09 Tue | Stickles, J 643632-10/7 | 0.10 | 0.10 | 48.00 | | 1 | MATTER NAME: Asset Dispositions, Sales, Uses, and Leases<br>E-MAIL TO J. HENDERSON RE: DOW JONES MOTION |
| 01/13/09 Tue | Stickles, J 643632-90/455 | 0.10 | 0.10 | 48.00 | & | 1 | MATTER NAME: Executory Contracts<br>E-MAIL TO J. HENDERSON RE: DOW JONES MOTION |
| 02/09/09 Mon | Stickles, J 645166-170/867 | 0.20 | 0.20 | 96.00 | | 1 | MATTER NAME: Reports: Statements and Schedules<br>REVIEW E-MAIL FROM N. PERNICK RE: REVISED STATEMENT RE: 2015.3 MOTION |
| 02/09/09 Mon | Stickles, J 645166-170/869 | 0.10 | 0.10 | 48.00 | & | 1 | MATTER NAME: Reports: Statements and Schedules<br>REVIEW E-MAIL FROM N. PERNICK RE: REVISED STATEMENT RE: 2015.3 MOTION |
| 02/09/09 Mon | Stickles, J 645166-170/871 | 0.10 | 0.10 | 48.00 | & | 1 | MATTER NAME: Reports: Statements and Schedules<br>REVIEW E-MAIL FROM N. PERNICK RE: REVISED STATEMENT RE: 2015.3 MOTION |
| 02/11/09 Wed | Stickles, J 645166-170/899 | 0.10 | 0.10 | 48.00 | | 1 | MATTER NAME: Reports: Statements and Schedules<br>REVIEW E-MAIL FROM B. WHITMAN RE: MOR |
| 02/11/09 Wed | Stickles, J 645166-170/904 | 0.10 | 0.10 | 48.00 | & | 1 | MATTER NAME: Reports: Statements and Schedules<br>E-MAIL FROM B. WHITMAN RE: MOR |
| 02/11/09 Wed | Stickles, J 645166-170/907 | 0.10 | 0.10 | 48.00 | & | 1 | MATTER NAME: Reports: Statements and Schedules<br>E-MAIL FROM B. WHITMAN RE: MOR |
| 02/11/09 Wed | Stickles, J 645166-170/912 | 0.10 | 0.10 | 48.00 | & | 1 | MATTER NAME: Reports: Statements and Schedules<br>REVIEW E-MAIL FROM B. WHITMAN RE: MOR |

EXHIBIT F

POTENTIAL DOUBLE BILLING

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| | TOTAL OF ALL ENTRIES | | 1.60 | $768.00 | |
| | TOTAL ENTRY COUNT: | 13 | | | |
| | TOTAL TASK COUNT: | 13 | | | |
| | TOTAL OF & ENTRIES | | 0.90 | $432.00 | |
| | TOTAL ENTRY COUNT: | 8 | | | |
| | TOTAL TASK COUNT: | 8 | | | |

EXHIBIT F

POTENTIAL DOUBLE BILLING

Cole, Schotz, Meisel, Forman & Leonard, P.A.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Stickles, J | 1.60 | 768.00 |
| | 1.60 | $768.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Stickles, J | 0.90 | 432.00 |
| | 0.90 | $432.00 |

EXHIBIT F

POTENTIAL DOUBLE BILLING

Cole, Schotz, Meisel, Forman & Leonard, P.A.

SUMMARY OF HOURS AND FEES BY MATTER FOR
POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases | 0.10 | 48.00 |
| Executory Contracts | 0.10 | 48.00 |
| Reports; Statements and Schedules | 0.80 | 384.00 |
| Utilities/Sec. 366 Issues | 0.40 | 192.00 |
| Vendor Matters | 0.20 | 96.00 |
|  | 1.60 | $768.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR
POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases | 0.00 | 0.00 |
| Executory Contracts | 0.10 | 48.00 |
| Reports; Statements and Schedules | 0.50 | 240.00 |
| Utilities/Sec. 366 Issues | 0.20 | 96.00 |
| Vendor Matters | 0.10 | 48.00 |
|  | 0.90 | $432.00 |

EXHIBIT I

CLERICAL ACTIVITIES

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ratkowiak, P | 1.45 | 275.50 |
| | 1.45 | $275.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 1.45 | 275.50 |
| | 1.45 | $275.50 |

EXHIBIT I  PAGE 1 of 3

EXHIBIT I

CLERICAL ACTIVITIES

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 12/09/08 Tue | Ratkowiak, P 640514-40/29 | 0.50 | 0.25 | 47.50 | *MATTER NAME: Case Administration*<br>1 CONFERENCE WITH K. STICKLES AND<br>2 DOWNLOAD AGREEMENTS FOR J. BOELTER |
| 02/11/09 Wed | Ratkowiak, P 645166-40/537 | 1.20 | 1.20 | 228.00 | *MATTER NAME: Case Administration*<br>1 ATTENTION TO FILE ORGANIZATION |
| Total | | | 1.45 | $275.50 | |
| Number of Entries: | 2 | | | | |

EXHIBIT I  PAGE 2 of 3

EXHIBIT I

CLERICAL ACTIVITIES

Cole, Schotz, Meisel, Forman & Leonard, P.A.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ratkowiak, P | 1.45 | 275.50 |
| | 1.45 | $275.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 1.45 | 275.50 |
| | 1.45 | $275.50 |

EXHIBIT I  PAGE 3 of 3

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/08/08 | 640514/7 | 20.60 | 10.30 | PHOTOCOPYING QTY: 103 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/08/08 | 640514/6 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/08/08 | 640514/2 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/08/08 | 640514/3 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/08/08 | 640514/4 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/08/08 | 640514/5 | 2.00 | 1.00 | PHOTOCOPYING QTY: 10 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/09/08 | 640514/15 | 3.00 | 1.50 | PHOTOCOPYING QTY: 15 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/09/08 | 640514/14 | 4.80 | 2.40 | PHOTOCOPYING QTY: 24 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/09/08 | 640514/13 | 12.00 | 6.00 | PHOTOCOPYING QTY: 60 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/09/08 | 640514/12 | 1.60 | 0.80 | PHOTOCOPYING QTY: 8 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/09/08 | 640514/11 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/09/08 | 640514/16 | 1.80 | 0.90 | PHOTOCOPYING QTY: 9 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/09/08 | 640514/10 | 59.60 | 29.80 | PHOTOCOPYING QTY: 298 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/10/08 | 640514/31 | 0.60 | 0.30 | PHOTOCOPYING QTY: 3 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/10/08 | 640514/30 | 2.80 | 1.40 | PHOTOCOPYING QTY: 14 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/10/08 | 640514/29 | 3.60 | 1.80 | PHOTOCOPYING QTY: 18 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/10/08 | 640514/28 | 0.20 | 0.10 | PHOTOCOPYING QTY: 1 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/10/08 | 640514/32 | 79.00 | 39.50 | PHOTOCOPYING QTY: 395 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/11/08 | 640514/41 | 18.80 | 9.40 | PHOTOCOPYING QTY: 94 |

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/11/08 | 640514/42 | 18.60 | 9.30 | PHOTOCOPYING QTY: 93 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/11/08 | 640514/43 | 9.80 | 4.90 | PHOTOCOPYING QTY: 49 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/11/08 | 640514/44 | 13.00 | 6.50 | PHOTOCOPYING QTY: 65 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/12/08 | 640514/60 | 1.60 | 0.80 | PHOTOCOPYING QTY: 8 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/19/08 | 640514/72 | 6.20 | 3.10 | PHOTOCOPYING QTY: 31 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/19/08 | 640514/73 | 39.80 | 19.90 | PHOTOCOPYING QTY: 199 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/22/08 | 640514/77 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/22/08 | 640514/78 | 26.00 | 13.00 | PHOTOCOPYING QTY: 130 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/23/08 | 640514/85 | 37.00 | 18.50 | PHOTOCOPYING QTY: 185 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/23/08 | 640514/86 | 3.60 | 1.80 | PHOTOCOPYING QTY: 18 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/24/08 | 640514/88 | 14.20 | 7.10 | PHOTOCOPYING QTY: 71 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/26/08 | 640514/90 | 2.00 | 1.00 | PHOTOCOPYING QTY: 10 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/26/08 | 640514/91 | 1.00 | 0.50 | PHOTOCOPYING QTY: 5 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/26/08 | 640514/92 | 0.60 | 0.30 | PHOTOCOPYING QTY: 3 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/26/08 | 640514/93 | 105.40 | 52.70 | PHOTOCOPYING QTY: 527 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 12/26/08 | 640514/94 | 4.60 | 2.30 | PHOTOCOPYING QTY: 23 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/08/09 | 643632/26 | 82.60 | 41.30 | PHOTOCOPYING QTY: 413 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/09/09 | 643632/28 | 276.80 | 138.40 | PHOTOCOPYING QTY: 1384 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/09/09 | 643632/29 | 22.20 | 11.10 | PHOTOCOPYING QTY: 111 |

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/09/09 | 643632/30 | 43.00 | 21.50 | PHOTOCOPYING QTY: 215 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/09/09 | 643632/31 | 7.80 | 3.90 | PHOTOCOPYING QTY: 39 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/09/09 | 643632/32 | 61.40 | 30.70 | PHOTOCOPYING QTY: 307 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/12/09 | 643632/50 | 5.40 | 2.70 | PHOTOCOPYING QTY: 27 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/12/09 | 643632/51 | 5.60 | 2.80 | PHOTOCOPYING QTY: 28 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/13/09 | 643632/53 | 22.60 | 11.30 | PHOTOCOPYING QTY: 113 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/13/09 | 643632/54 | 59.80 | 29.90 | PHOTOCOPYING QTY: 299 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/13/09 | 643632/55 | 15.60 | 7.80 | PHOTOCOPYING QTY: 78 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/14/09 | 643632/58 | 2.40 | 1.20 | PHOTOCOPYING QTY: 12 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/14/09 | 643632/59 | 1.20 | 0.60 | PHOTOCOPYING QTY: 6 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/14/09 | 643632/60 | 62.60 | 31.30 | PHOTOCOPYING QTY: 313 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/14/09 | 643632/61 | 0.60 | 0.30 | PHOTOCOPYING QTY: 3 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/14/09 | 643632/62 | 67.20 | 33.60 | PHOTOCOPYING QTY: 336 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/15/09 | 643632/65 | 15.00 | 7.50 | PHOTOCOPYING QTY: 75 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/15/09 | 643632/64 | 15.40 | 7.70 | PHOTOCOPYING QTY: 77 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/15/09 | 643632/66 | 198.40 | 99.20 | PHOTOCOPYING QTY: 992 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/15/09 | 643632/69 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/15/09 | 643632/68 | 8.80 | 4.40 | PHOTOCOPYING QTY: 44 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/15/09 | 643632/67 | 12.20 | 6.10 | PHOTOCOPYING QTY: 61 |

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|--------------:|------------------:|-------------|
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/16/09 | 643632/81 | 19.20 | 9.60 | PHOTOCOPYING QTY: 96 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/16/09 | 643632/82 | 25.40 | 12.70 | PHOTOCOPYING QTY: 127 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/16/09 | 643632/83 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/16/09 | 643632/84 | 8.40 | 4.20 | PHOTOCOPYING QTY: 42 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/16/09 | 643632/85 | 5.20 | 2.60 | PHOTOCOPYING QTY: 26 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/16/09 | 643632/86 | 1.00 | 0.50 | PHOTOCOPYING QTY: 5 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/19/09 | 643632/96 | 2.60 | 1.30 | PHOTOCOPYING |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/20/09 | 643632/97 | 2.80 | 1.40 | PHOTOCOPYING QTY: 14 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/21/09 | 643632/99 | 1.40 | 0.70 | PHOTOCOPYING QTY: 7 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/22/09 | 643632/106 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/23/09 | 643632/107 | 1.00 | 0.50 | PHOTOCOPYING QTY: 5 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/26/09 | 643632/116 | 10.20 | 5.10 | PHOTOCOPYING QTY: 51 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/26/09 | 643632/115 | 0.20 | 0.10 | PHOTOCOPYING QTY: 1 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/26/09 | 643632/114 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/26/09 | 643632/117 | 0.80 | 0.40 | PHOTOCOPYING QTY: 4 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/29/09 | 643632/129 | 64.60 | 32.30 | PHOTOCOPYING QTY: 323 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/29/09 | 643632/130 | 2.40 | 1.20 | PHOTOCOPYING QTY: 12 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/29/09 | 643632/131 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 01/29/09 | 643632/132 | 8.80 | 4.40 | PHOTOCOPYING QTY: 44 |

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| 01/29/09 | 643632/133 | 4.40 | 2.20 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 22 |
| 01/29/09 | 643632/134 | 37.00 | 18.50 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 185 |
| 01/30/09 | 643632/148 | 12.00 | 6.00 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 60 |
| 01/30/09 | 643632/149 | 1.20 | 0.60 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 6 |
| 01/30/09 | 643632/152 | 16.80 | 8.40 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 84 |
| 01/30/09 | 643632/151 | 0.60 | 0.30 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 3 |
| 01/30/09 | 643632/150 | 4.20 | 2.10 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 21 |
| 02/02/09 | 645166/102 | 5.60 | 2.80 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 28 |
| 02/02/09 | 645166/103 | 58.80 | 29.40 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 294 |
| 02/02/09 | 645166/104 | 154.00 | 77.00 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 770 |
| 02/02/09 | 645166/105 | 142.40 | 71.20 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 712 |
| 02/02/09 | 645166/106 | 10.20 | 5.10 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 51 |
| 02/02/09 | 645166/107 | 2.40 | 1.20 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 12 |
| 02/02/09 | 645166/108 | 21.60 | 10.80 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 108 |
| 02/03/09 | 645166/110 | 0.40 | 0.20 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 2 |
| 02/03/09 | 645166/111 | 1.20 | 0.60 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 6 |
| 02/03/09 | 645166/112 | 16.00 | 8.00 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 80 |
| 02/03/09 | 645166/113 | 64.00 | 32.00 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 320 |
| 02/03/09 | 645166/114 | 17.40 | 8.70 | *MATTER NAME: Exp - Expenses*<br>PHOTOCOPYING QTY: 87 |

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/03/09 | 645166/115 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/03/09 | 645166/116 | 16.00 | 8.00 | PHOTOCOPYING QTY: 80 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/04/09 | 645166/124 | 0.20 | 0.10 | PHOTOCOPYING QTY: 1 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/04/09 | 645166/125 | 2.40 | 1.20 | PHOTOCOPYING QTY: 12 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/05/09 | 645166/127 | 4.20 | 2.10 | PHOTOCOPYING QTY: 21 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/06/09 | 645166/130 | 13.20 | 6.60 | PHOTOCOPYING QTY: 66 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/06/09 | 645166/131 | 5.20 | 2.60 | PHOTOCOPYING QTY: 26 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/09/09 | 645166/134 | 2.60 | 1.30 | PHOTOCOPYING QTY: 13 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/09/09 | 645166/135 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/09/09 | 645166/136 | 12.40 | 6.20 | PHOTOCOPYING QTY: 62 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/10/09 | 645166/138 | 1.60 | 0.80 | PHOTOCOPYING QTY: 8 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/10/09 | 645166/140 | 4.20 | 2.10 | PHOTOCOPYING QTY: 21 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/10/09 | 645166/139 | 25.40 | 12.70 | PHOTOCOPYING QTY: 127 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/11/09 | 645166/142 | 0.80 | 0.40 | PHOTOCOPYING QTY: 4 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/11/09 | 645166/143 | 0.80 | 0.40 | PHOTOCOPYING QTY: 4 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/11/09 | 645166/145 | 2.20 | 1.10 | PHOTOCOPYING QTY: 11 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/11/09 | 645166/144 | 8.20 | 4.10 | PHOTOCOPYING QTY: 41 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/11/09 | 645166/146 | 8.00 | 4.00 | PHOTOCOPYING QTY: 40 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/12/09 | 645166/150 | 0.60 | 0.30 | PHOTOCOPYING QTY: 3 |

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/12/09 | 645166/151 | 28.00 | 14.00 | PHOTOCOPYING QTY: 140 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/13/09 | 645166/157 | 1.20 | 0.60 | PHOTOCOPYING QTY: 6 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/13/09 | 645166/156 | 405.00 | 202.50 | PHOTOCOPYING QTY: 2025 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/13/09 | 645166/155 | 14.00 | 7.00 | PHOTOCOPYING QTY: 70 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/13/09 | 645166/154 | 124.40 | 62.20 | PHOTOCOPYING QTY: 622 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/14/09 | 645166/159 | 1.00 | 0.50 | PHOTOCOPYING QTY: 5 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/14/09 | 645166/160 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/15/09 | 645166/161 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/15/09 | 645166/162 | 92.40 | 46.20 | PHOTOCOPYING QTY: 462 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/15/09 | 645166/163 | 6.60 | 3.30 | PHOTOCOPYING QTY: 33 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/17/09 | 645166/165 | 55.20 | 27.60 | PHOTOCOPYING QTY: 276 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/17/09 | 645166/166 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/18/09 | 645166/171 | 0.20 | 0.10 | PHOTOCOPYING QTY: 1 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/18/09 | 645166/170 | 7.00 | 3.50 | PHOTOCOPYING QTY: 35 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/18/09 | 645166/169 | 27.20 | 13.60 | PHOTOCOPYING QTY: 136 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/18/09 | 645166/168 | 0.20 | 0.10 | PHOTOCOPYING QTY: 1 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/18/09 | 645166/172 | 18.20 | 9.10 | PHOTOCOPYING QTY: 91 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/19/09 | 645166/179 | 24.40 | 12.20 | PHOTOCOPYING QTY: 122 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/19/09 | 645166/180 | 18.20 | 9.10 | PHOTOCOPYING QTY: 91 |

EXHIBIT K

Photocopies at $0.20/page

Cole, Schotz, Meisel, Forman & Leonard, P.A.

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/19/09 | 645166/181 | 1.20 | 0.60 | PHOTOCOPYING QTY: 6 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/19/09 | 645166/182 | 0.20 | 0.10 | PHOTOCOPYING QTY: 1 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/19/09 | 645166/183 | 36.80 | 18.40 | PHOTOCOPYING QTY: 184 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/19/09 | 645166/184 | 18.40 | 9.20 | PHOTOCOPYING QTY: 92 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/19/09 | 645166/185 | 35.80 | 17.90 | PHOTOCOPYING QTY: 179 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/20/09 | 645166/188 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/20/09 | 645166/190 | 36.20 | 18.10 | PHOTOCOPYING QTY: 181 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/20/09 | 645166/189 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/23/09 | 645166/193 | 1.20 | 0.60 | PHOTOCOPYING QTY: 6 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/25/09 | 645166/194 | 28.60 | 14.30 | PHOTOCOPYING QTY: 143 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/25/09 | 645166/196 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/25/09 | 645166/195 | 1.00 | 0.50 | PHOTOCOPYING QTY: 5 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/25/09 | 645166/197 | 0.40 | 0.20 | PHOTOCOPYING QTY: 2 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/26/09 | 645166/202 | 0.20 | 0.10 | PHOTOCOPYING QTY: 1 |
| | | | | *MATTER NAME: Exp - Expenses* |
| 02/26/09 | 645166/201 | 9.60 | 4.80 | PHOTOCOPYING QTY: 48 |
| | | $3,313.00 | $1,656.50 | |