IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| | Jointly Administered |
| Debtors. | Objection Deadline: November 23, 2009 at 4:00 p.m. (EDT)<br>Hearing Date: December 1, 2009 at 10:00 a.m. (EDT) |

**RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The New York State Department of Taxation and Finance ("DTF"), by and through New York State Attorney General Andrew M. Cuomo, responds to the Debtors' Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), as follows:

1. The Objection seeks to expunge Claim No. 3194 and Claim No. 5987 on the grounds that both claims have been amended and superceded by Claim No. 6268.

2. Claim No. 3194 was filed on May 26, 2009, prior to the bar date of June 12, 2009. It asserts assessments for sales taxes for the period ending November 30, 2008, and for corporate income taxes for the calendar years ending 2004, 2005 and 2006.

3. Claim No. 5897 was filed after the bar date. It asserts the same assessments as set forth in Claim No. 3194, except it includes an additional sales tax assessment for the period ending August 31, 2008.

4.	Claim No. 6268 was filed after the bar date. However, it sets forth the same assessments that were asserted in Claim No. 3194. While it is DTF's position that Claim No. 6268 relates back to a timely-filed claim and is therefore not subject to being expunged as late-filed, DTF does not want to give up Claim No. 3194 if the Debtors' intend to challenge the timeliness of Claim No. 6268 in a future objection.

5.	DTF therefore opposes the Objection unless Claim No. 6268 is treated as timely-filed. In the alternative, DTF will agree to withdraw Claim No. 6268, as well as Claim No. 5897, thereby reestablishing Claim No. 3194 as its surviving claim.

Dated:  November 20, 2009
	Albany, New York

> Respectfully submitted,
> Andrew M. Cuomo
> Attorney General of the State of New York
>
> By:/s/Norman P. Fivel
> Norman P. Fivel
> Assistant Attorney General
> Litigation Bureau
> The Capitol
> Albany, New York   12224-0341
> Telephone: (518) 473-6082
> Facsimile: (518) 473-1572
> Email: Norman.Fivel@oag.state.ny.us