**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,** | **Case No. 08-13141(KJC)**<br>**Jointly Administered** |
| **Debtors.** | Objection Deadline: November 23, 2009 at 4:00 p.m.<br>Hearing Date: December 1, 2009 at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 20th day of November, 2009, I electronically filed and served the **Response by New York State Department of Taxation and Finance to Debtors' Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via overnight mail the following:

| | |
|---|---|
| **Sidley Austin LLP** | **Cole, Schotz, Meisel, Forman & Leonard, P.A.** |
| **One South Dearborn Street** | **500 Delaware Avenue, Suite 1410** |
| **Chicago, Illinois   60603** | **Wilmington, DE   19801** |

Executed on November 20, 2009

/s/ Norman P. Fivel
Norman P. Fivel
