# **EXHIBIT A**

**From:** Schaible, Damian S. [mailto:damian.schaible@dpw.com]
**Sent:** Friday, February 27, 2009 4:57 PM
**To:** Deutsch, Douglas; Bernstein, Donald S.
**Cc:** Seife, Howard; LeMay, David; MIRIAM.KULNIS@chase.com; Kevin.C.Kelley@chase.com; Dworkin, Meyer C.; Smit, Daniel
**Subject:** RE: Tribune -- Senior Lenders' Reimbursement Request

Doug, Thanks for your note. I can confirm the understanding below.

Best regards,
Damian

---

Damian S. Schaible
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Phone: 212 450-4580
Fax: 212 450-3580
email: damian.schaible@dpw.com

---

**From:** Deutsch, Douglas [mailto:DDeutsch@chadbourne.com]
**Sent:** Friday, February 27, 2009 4:35 PM
**To:** Bernstein, Donald S.; Schaible, Damian S.
**Cc:** Seife, Howard; LeMay, David
**Subject:** Tribune -- Senior Lenders' Reimbursement Request

Gentlemen:

Certain non-debtor affiliates of Tribune Company that are guarantors under a Senior Credit Facility (the "Non-Debtors") propose to reimburse JP Morgan, as Administrative Agent under the Senior Credit Facility (the "Agent"), and certain lenders under that facility that make up a steering committee for the rest of the lenders (the "Steering Committee") for certain expenses that the Agent and Steering Committee contend are reimbursable by the Non-Debtors under the guaranties. The Agent and the Steering Committee also seek a $ 7.5 million retainer (the "Retainer") to be funded by the Non-Debtors to ensure payment of these fees.

The Committee was not asked to support the foregoing proposal but only to confirm that it does not object to the payment of these fees. The Committee will not object, subject to the following conditions:

- General
    - The Agent and the Steering Committee seek reimbursement of reasonable fees and expenses of only the following professionals of the Agent and/or certain members of the Steering Committee: (a) Davis Polk & Wardwell; (b) Richards, Layton & Finger; (c) FTI; (d) Blackstone; and (e) Kramer Levin Naftalis & Frankel.

- All fees of the above-noted professionals are to be paid on an hourly basis except Blackstone. Blackstone is to be paid a flat monthly fee of $200,000 (credited against the Restructuring Fee after one year) and a Restructuring Fee of $5.5 million.

    o The agreement of the Committee not to object to the Non-Debtors reimbursing the fees and expenses of Kramer Levin is subject to the continuing condition that Kramer Levin is the only lender professional being reimbursed by the Non-Debtors under the Senior Facility (as distinct from those professionals retained by the Agent).

    o The Senior Lenders agree to provide quarterly summaries of all fees promptly following the expiration of each quarter (beginning with the four months ending 4/31/2009).

    o The Agent and/or the Debtors will notify the U.S. Trustee of the Non-Debtors' intent to reimburse Senior Lenders' professional fees before any payment is made.

- Blackstone

    o The Agent agrees that the Retainer will not be used to pay Blackstone's Restructuring Fee.

    o The Agent will notify the Committee before requesting payment of any Restructuring Fee or other similar fee, and the Agent and the Steering Committee acknowledge and agree that the Committee has preserved any rights it might otherwise have to object to Blackstone's proposed Restructuring Fee on any basis, including reasonableness.

    o The Agent agrees to report to and discuss with the Committee the scope of and the continuing need for Blackstone's work/involvement approximately five months from the date hereof.

- Reservation of Rights

    o The Committee reserves any and all rights it might have to object to the reasonableness of any fees and expenses to be reimbursed by the Non-Debtors, and generally reserves all of its rights with respect to the foregoing except as specifically noted above.

Please confirm that the Committee's understanding of this matter is consistent with the Agent's understanding.

-- Doug

**Douglas E. Deutsch** | Counsel
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5169 | **fax** 646-710-5169
ddeutsch@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/ddeutsch.vcf