## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Hennigan, Bennett & Dorman, LLP ("HBD") and Young, Conaway, Stargatt & Taylor, LLP ("YCST") hereby appear in the above captioned cases as counsel and proposed counsel, respectively, for the creditors and parties in interest identified on *Exhibit A* hereto.

Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, HBD and YCST request that copies of all notices and pleadings, including, without limitation, any motion, objection, complaint, demand, pleading or request, and any notice of the above, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, email, telex or otherwise filed with regard to the above case and proceedings therein, be addressed as follows:

| | |
|---|---|
| Bruce Bennett, Esq.<br>James O. Johnston, Esq.<br>Joshua D. Morse, Esq.<br>HENNIGAN, BENNETT & DORMAN, LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone: (213) 694-1200<br>Telecopier: (213) 694-1234<br>bennettb@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>morsej@hbdlawyers.com | Robert S. Brady, Esq.<br>M. Blake Cleary, Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899 0391<br>Telephone: (302) 571-6600<br>Telecopier: (302) 571-1253<br>rbrady@ycst.com<br>mbcleary@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronic mail, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance shall not be deemed or construed to be a waiver of rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to any rights in connection with the above-captioned chapter 11 case and pending related appeals; or (5) to any other rights, claims, actions, setoffs, or recoupments.

Dated: November 20, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ BkCl

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Proposed counsel to creditors identified on Exhibit A*

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to creditors identified on Exhibit A*

## Exhibit A

Anchorage Advisors, L.L.C.
Avenue Investments, LP
Avenue Special Situations Fund IV, L.P.
Avenue - CDP Global Opportunities Fund, L.P. (US)
Avenue International Master, LP (Master)
Avenue Special Situations Fund V, L.P.
Canyon Capital Advisors, LLC
Contrarian Funds LLC
CVI GVF (Lux) Master S.a.r.l.
Goldman Sachs Loan Partners
Greywolf Capital Partners II LP
Greywolf Capital Overseas Master Fund
Greywolf CLO I Ltd
James River Insurance
Northwoods Capital IV, Limited
Northwoods Capital V, Limited
Northwoods Capital VI, Limited
Northwoods Capital VII, Limited
Northwoods Capital VIII, Limited
Silver Oak Capital, LLC
KKR Financial CLO 2005-1, Ltd.
KKR Financial CLO 2006-1, Ltd.
KKR Financial CLO 2007-1, Ltd.
Oregon Public Employees Retirement Fund
KKR Financial Holdings III, LLC
KKR Strategic Capital Holdings I, L.P.
Knighthead Master Fund, L.P.
LMA SPC for and on behalf of MAP84 Segregated Portfolio
Latigo Master Fund Ltd.
LP MA1, Ltd.
SEG LP MA2, L.P.
SEG Latigo Master Fund Ltd.
Newstart Factors, Inc.
Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts
Scoggin Capital Management LP II
Scoggin International Fund LTD.
Scoggin Worldwide Distressed Fund, LTD
Taconic Market Dislocation Fund II LP
Taconic Market Dislocation Master Fund II LP

Taconic Capital Partners 1.5 LP
Taconic Opportunity Fund LP
Värde Investment Partners, L.P.
Viking Global Equities LP
Viking Global Equities II LP
VGE III Portfolio Ltd.
Waterstone Market Neutral Master Fund, Ltd
Waterstone Market Neutral Mac51 Fund, Ltd
York Capital Management, L.P.