IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

**JOINT VERIFIED STATEMENT OF REPRESENTATION OF MORE
THAN ONE CREDITOR BY HENNIGAN BENNETT & DORMAN, LLP
AND YOUNG CONAWAY STARGATT & TAYLOR, LLP**

James O. Johnston, on behalf of Hennigan Bennett & Dorman, LLP ("HBD"), and Robert S. Brady, on behalf of Young Conaway Stargatt & Taylor, LLP ("YCST"), as legal counsel and proposed legal counsel, respectively, for more than one creditor in these jointly-administered chapter 11 cases, hereby file their Joint Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and state:

1. On December 8, 2008, Tribune Company ("Tribune") and certain of its subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. HBD represents a number of individual creditors in connection with holdings of indebtedness governed by the Credit Agreement, dated as of May 17, 2007 (as amended, the "Credit Agreement"), by and among Tribune, each lender from time to time party thereto, and certain financial institutions as administrative agent, syndication agent, co-documentation agents, and joint lead arrangers and joint bookrunners.

3. The names and addresses of the creditors represented by HBD (collectively, the "Lenders") are identified on Exhibit A, attached hereto. The aggregate principal amount of claims held by the Lenders against the Debtors currently totals approximately $4.2 billion.

767641.2

4. HBD does not represent the Lenders as a committee and does not undertake to represent the interests of any creditor, party in interest, or other entity that has not signed a retention agreement with HBD.

5. HBD's representation of the Lenders commenced as of October 13, 2009. HBD subsequently contacted YCST and requested that it serve as Delaware counsel with respect to the matter. YCST is in the process of becoming formally engaged by each of the Lenders.

6. Neither HBD nor YCST hold any prepetition claim or interest against the Debtors.

I, Robert S. Brady, on behalf of YCST, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: November 20, 2009        YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Proposed counsel to the Lenders*

I, James O. Johnston, on behalf of HBD, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: November 20, 2009        HENNIGAN, BENNETT & DORMAN, LLP

_Jim Johnston_ with permission
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to the Lenders*

767641.2

# EXHIBIT A

767641.2

| Lender | Address |
| --- | --- |
| Anchorage Advisors, L.L.C. | 610 Broadway, 6th Floor<br>New York, NY 10012 |
| Avenue Investments, LP<br>Avenue Special Situations Fund IV, L.P.<br>Avenue - CDP Global Opportunities Fund, L.P. (US)<br>Avenue International Master, LP (Master)<br>Avenue Special Situations Fund V, L.P. | 535 Madison Avenue, 14th Floor<br>New York, NY 10022 |
| Canyon Capital Advisors, LLC | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Contrarian Funds LLC | 411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 |
| CVI GVF (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC<br>12700 Whitewater Dr.<br>Minnetonka, MN 55343-9439 |
| Goldman Sachs Loan Partners | 1 New York Plaza, 49th Floor<br>New York, NY 10004 |
| Greywolf Capital Partners II LP<br>Greywolf Capital Overseas Master Fund<br>Greywolf CLO I Ltd | 4 Manhattanville Road, Suite 201<br>Purchase, NY 10577 |
| James River Insurance Company<br>Northwoods Capital IV, Limited<br>Northwoods Capital V, Limited<br>Northwoods Capital VI, Limited<br>Northwoods Capital VII, Limited<br>Northwoods Capital VIII, Limited<br>Silver Oak Capital, LLC | 245 Park Avenue<br>New York, NY 10167 |
| KKR Financial CLO 2005-1, Ltd.<br>KKR Financial CLO 2006-1, Ltd.<br>KKR Financial CLO 2007-1, Ltd.<br>Oregon Public Employees Retirement Fund<br>KKR Financial Holdings III, LLC<br>KKR Strategic Capital Holdings I, L.P. | 555 California Street, 50th Floor<br>San Francisco, CA 94104 |

767641.2

| Lender | Address |
|---|---|
| Knighthead Master Fund, L.P.<br>LMA SPC for and on behalf of MAP84 Segregated Portfolio | 623 Fifth Avenue, 29th Floor<br>New York, NY 10022 |
| Latigo Master Fund Ltd.<br>LP MA1, Ltd.<br>SEG LP MA2, L.P.<br>SEG Latigo Master Fund Ltd. | 590 Madison Ave<br>New York, NY 10022 |
| Newstart Factors, Inc. | 2 Stamford Plaza, Suite 1501<br>281 Tresser Boulevard<br>Stamford, CT 06901 |
| Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts | 333 S. Grand Avenue, 28th Floor<br>Los Angeles, CA 90071 |
| Scoggin Capital Management LP II<br>Scoggin International Fund LTD.<br>Scoggin Worldwide Distressed Fund, LTD | 660 Madison Ave Fl 20<br>New York, NY 10065 |
| Taconic Market Dislocation Fund II LP<br>Taconic Market Dislocation Master Fund II LP<br>Taconic Capital Partners 1.5 LP<br>Taconic Opportunity Fund LP | 450 Park Avenue, 9th Floor<br>New York, NY 10022 |
| Värde Investment Partners, L.P. | 8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN 55437 |
| Viking Global Equities LP<br>Viking Global Equities II LP<br>VGE III Portfolio Ltd. | 280 Park Avenue, 33rd Floor<br>New York, NY 10017 |
| Waterstone Market Neutral Master Fund, Ltd<br>Waterstone Market Neutral Mac51 Fund, Ltd | 2 Carlson Parkway, Suite 260<br>Minneapolis, MN 55447 |
| York Capital Management, L.P. | 767 Fifth Avenue 17th Floor<br>New York, NY 10153 |

767641.2