- 1-

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors | Jointly Administered<br>**Hearing Date: December 1, 2009 @ 10:00 a.m. ET**<br>**Objection Deadline: November 23, 2009 @ 4:00 p.m. ET** |

## CERFITICATE OF SERVICE

- 1-

- 2-

I declare that:

I am employed in the county of Santa Clara, State of California; I am over the age of eighteen (18) and not a party to the within-entitled action; my business address is 10 Almaden Blvd., Ste. 1460, San Jose, California, 95113.

On <u>November 20, 2009</u>, I served the following:

**LESSOR'S LIMITED OBJECTION TO SPECIFIC TERMS OF
PROPOSED ORDER (I) AUTHORIZING
DEBTOR LOS ANGELES TIMES COMMUNICATONS LLC
TO ASSUME ITS UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND
(II) SETTING CURE AMOUNT WITH RESPECT THERETO**

on the interested parties in said action at the following addresses::

| SIDELEY AUSTIN LLP<br>Bryan Krakauer<br>Kenneth P. Kansa<br>Alison L. Triggs<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone (312) 853-7000<br>Facsimile (312) 853-7036 | COLE, SCHOLTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick<br>J.Kate Stickles<br>500 Delaware Avenue, Suite 1410<br>Wilmington DE  19801<br>Telephone (302) 652-3131<br>Facsimile (302) 652-3117 |

[X]    (FEDERAL EXPRESS)  I caused such envelope(s) to be transmitted to the above addresses by depositing with Federal Express, fully prepaid at San Jose, California.

[X]    (BY FACSIMILE)  I caused such document(s) to be transmitted by facsimile only on those entities as noted with facsimile numbers.

[X]    (FEDERAL)  I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on  <u>November 20, 2009</u>, at San Jose, California.

        */S/ Natalie Alejandro*
        NATALIE ALEJANDRO