# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Fifth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period October 1, 2009 through October 31, 2009 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Fifth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 23d day of November, 2009.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.8 | 200.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 510 | 49.0 | 24,990.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 53.4 | 38,715.00 |
| Krista E. Gallagher | Paralegal (since 2007); Communications; n/a | 145 | 0.4 | 58.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 20.4 | 13,566.00 |
| Daniel A. Kirkpatrick | Associate (since 2003); Communications; 2003 (VA) & 2004 (DC) | 335 | 18.5 | 6,197.50 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 43.6 | 28,122.00 |
| Jacob Lubetkin | Paralegal (2007); Litigation; n/a | 140 | 5.7 | 798.00 |
| Christopher L. Meazell | Of Counsel (since 2007); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 17.3 | 6,920.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 5.1 | 1,224.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 255 | 18.7 | 4,768.50 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 (WI) | 420 | 232.3 | 97,566.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 167.8 | 96,485.00 |
| **TOTALS** | | | **633.0** | **319,610.00** |
| **BLENDED RATE** | | | | **504.9131122** |

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Sidley's current billing rates that became effective on January 1, 2009 and continuing until Dow Lohnes's next Firm-wide rate adjustment will be $725 per hour.

**COMPENSATION BY PROJECT CATEGORY
FOR THE PERIOD FROM
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 615.7 | 312,690.00 |
| Fee Applications 08656.0101 | 17.3 | 6,920.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **633.0** | **319,610.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

November 23, 2009                                                    Page 1

Tribune Company                                                     Invoice 517987
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through October 31, 2009
FCC/Broadcast Matters

| | | |
|---|---|---|
| 10/01/09 | Correspondence with Sidley Austin re Plan timing (0.4); review issues re FCC applications (0.9). | |
| | C. Burrow | 1.30 hrs. |
| 10/01/09 | Research failing station waiver decisions (1.1); prepare for and participate in telephone conference with J. Fiorini, J. Riehm (Wiley) re M. Fratrik reports (1.3); review newspaper and print media lists for exhibits to cross-ownership waiver requests regarding same (2.2). | |
| | D. Kirkpatrick | 4.60 hrs. |
| 10/01/09 | Correspondence to M. Gibson re sample assignment applications (0.4); telephone conference with M. Gibson re same (0.2); research re procedural issues for assignment applications (0.8); draft comments re same (0.2). | |
| | J. Pila | 1.60 hrs. |
| 10/01/09 | Telephone conference with lenders' counsel (J. Fiorini and J. Riehm) regarding Indianapolis market satellite and Hartford market duopoly waiver requests and economist (M. Fratrik) market competition reports regarding applications to FCC for assignment of broadcast licenses in bankruptcy (0.7); preparation of revised Indianapolis market economist report regarding same (0.5); review weekly print publication lists for exhibits to Chicago, Miami and Hartford cross-ownership waiver requests regarding same (1.2). | |
| | J. Rademacher | 2.40 hrs. |
| 10/01/09 | Review revised Plan with lenders' counsel revisions (1.2);  review revised Plan with update on FCC application exhibit changes (0.5); review court filings on cross-ownership and impact on requested waivers (0.5). | |

November 23, 2009                                            Page 2

Tribune Company                                        Invoice 517987

|  |  |  |
|---|---|---|
|  | J. Feore | 2.20 hrs. |

10/01/09 — Telephone conference with W. Washburn (Tribune) regarding sample FCC application (0.2); review correspondence from E. Heller (Wiley) regarding revised FCC application exhibits (0.9); correspondence with Sidley & Austin regarding tax identification numbers to apply for FCC FRN reference numbers (0.6); correspondence to E. Heller (Wiley) regarding form of application exhibits (0.4); review issues regarding electronic access numbers for FCC filings (0.5).

J. Logan                              2.60 hrs.

10/01/09 — Preparation for and telephone conference with J. Fiorini (Wiley) and J. Riehm (Wiley) re Hartford and Indianapolis "shells" and BIA reports (2.0); telephone conference with J. Bayes (Wiley) re ABC circulation data (0.2); review newspaper lists (0.9); review emails re BIA reports (0.2); finalize and email LA print list to lenders' counsel (1.1).

M. Swanson                         4.40 hrs.

10/02/09 — Review and analyze Wiley Rein edits to the Reorganization Plan (1.9); revise Wiley Rein edits to the Reorganization Plan (0.6); correspondence with Sidley Austin re Plan timing (0.3); revise Wiley Rein draft of the FCC application exhibits (0.7).

C. Burrow                           3.50 hrs.

10/02/09 — Review and revise reconciled lists of daily and weekly newspapers (2.1); research re marketability and sales of CW affiliates (1.0).

D. Kirkpatrick                      3.10 hrs.

10/02/09 — Research and analysis of 2009 Tribune market share revenue data compared to 2007 data for Hartford, NY, LA, Miami and Chicago regarding applications to assign FCC licenses in bankruptcy (1.2); research regarding CW affiliate sales since 2008 for B. Byrnes declaration regarding same (2.7); review and analysis of list of print publications for Chicago market regarding applications to assign FCC licenses in bankruptcy (1.8).

J. Rademacher                      5.70 hrs.

10/02/09 — Review revised disclosure statement and revised Plan (1.2); telephone conferences with lender's counsel re FCC applications (0.9); review bankruptcy options and possible trust issues (0.5).

J. Feore                            2.60 hrs.

10/02/09 — Review revised drafts from Wiley firm re inserts to draft Reorganization Plan.

J. Logan                            0.70 hrs.

10/02/09 — Review re status and changes to Hartford and Indianapolis filings (0.4), newspaper data lists (0.4)and B. Byrnes declaration (0.7); email client re Indianapolis and Hartford "shells" and data questions (0.4); review re print data issues in Miami, Hartford and Chicago (0.4); email client re same (0.6); email M. Fratrik (BIA) re

|  |  |  |
|---|---|---|
|  | composite changes to Indianapolis report (0.2); exchange emails with client re ABC data (0.1); email lenders' counsel re print issues (0.6); telephone conference with J. Bayes (Wiley) re draft status and timing (0.2); email client re call with lenders' counsel (0.2); telephone conference with client re timing, Form 323 and data collection (0.4); review re B. Byrnes' declaration (0.7); email client re Form 323 (0.1). |  |
|  | M. Swanson | 5.40 hrs. |
| 10/03/09 | Research regarding CW affiliate sales since 2008 for B. Byrnes declaration regarding applications to assign FCC licenses in bankruptcy (3.5); prepare B. Byrnes declaration regarding efforts to sell Hartford station WTXX(TV)(3.6). |  |
|  | J. Rademacher | 7.10 hrs. |
| 10/03/09 | Correspondence to J. Boelter (Sidley & Austin) regarding proposed changes in Reorganization Plan draft from senior lenders' FCC counsel. |  |
|  | J. Logan | 0.70 hrs. |
| 10/03/09 | Review CW chart re B. Byrnes declaration. |  |
|  | M. Swanson | 0.20 hrs. |
| 10/04/09 | Research regarding CW affiliate sales since 2008 for B. Byrnes declaration regarding applications to assign FCC licenses in bankruptcy (0.8); prepare B. Byrnes declaration regarding efforts to sell Hartford station WTXX(TV)(1.3). |  |
|  | J. Rademacher | 2.10 hrs. |
| 10/04/09 | Review trust short form option (0.5); review issues raised by Tribune counsel re Tribune use of trust (0.3). |  |
|  | J. Feore | 0.80 hrs. |
| 10/04/09 | Research related to B. Byrnes data and declaration (2.0); review 2007 filings (1.0); draft B. Byrnes declaration (2.5). |  |
|  | M. Swanson | 5.50 hrs. |
| 10/05/09 | Correspondence with Sidley Austin re Plan timing (0.6); prepare for and participate in conference call with Wiley Rein re Reorganization Plan FCC issues and descriptions re same (1.7). |  |
|  | C. Burrow | 2.30 hrs. |
| 10/05/09 | Review print circulation data re cross-ownership waiver requests(0.8); prepare for and participate in telephone conference with J. Fiorini and J. Riehm re Hartford and Indianapolis waivers (1.8); review LA print reconciliation (1.8); prepare revised B. Byrnes declaration (1.7); research re historical CW station sales prices (1.8); review and revise NY cross-ownership waiver request (1.6). |  |
|  | D. Kirkpatrick | 8.70 hrs. |
| 10/05/09 | Research re post-bankruptcy licensees (0.1); revise chart re same (0.1). |  |

Tribune Company

|  |  |  |
|---|---|---|
| | J. Pila | 0.20 hrs. |

| | | |
|---|---|---|
| 10/05/09 | Preparation of draft Indianapolis market satellite waiver request (1.3), Hartford duopoly waiver (1.4) and NY cross-ownership waiver request (1.8) regarding applications to FCC for assignment of broadcast licenses in bankruptcy; research and preparation of declaration of B. Byrnes regarding same (2.1); review and analysis of declaration G. Mazzaferri and supporting financial information regarding Hartford market duopoly waiver request regarding same (1.7); correspondence with L. Washburn regarding WTXX programming for Hartford market duopoly request regarding same (0.6). | |
| | J. Rademacher | 8.90 hrs. |
| 10/05/09 | Review trust option for Tribune and FCC applications / filings (0.9); prepare final waiver showings and FCC application preparation (0.9); conference with lenders' counsel re stock ownership and classes of new Tribune stock (0.7). | |
| | J. Feore | 2.50 hrs. |
| 10/05/09 | Review correspondence from D. Liebentritt re line of trust arrangement (0.4); review and analysis of issues regarding use of a trust arrangement in current application structure (0.8); review and analysis of procedural issues in connection with possible trust slip (0.9); review Plan changes and revised exhibit in preparation for conference with Wiley firm regarding Plan mechanisms for FCC compliance (0.9); conference with J. Heller and W. Johnsen (Wiley) regarding Plan mechanisms for FCC compliance and application exhibits (0.9); telephone conferences with J. Langdon regarding taxpayer identification numbers for FRN assignments and prospects for reorganization of Tribune subsidiaries (0.5); memorandum regarding approach to filing issues in view of prospect of changed control path for licensee entities (0.5). | |
| | J. Logan | 4.90 hrs. |
| 10/05/09 | Exchange emails with lenders' counsel re LA print list (0.2); review re Hartford data status (0.6); telephone conference with client re same (0.2); exchange emails with lenders' counsel re labor data issues (0.2); work on NY "shell" changes (1.2); research re 2007 FCC "confidential" amendment (0.3); email client re same (0.1); exchange emails with client re status of B. Byrnes declaration (0.1); finalize and email B. Byrnes declaration to client (2.5); email exchange with lenders' counsel re revisions to M. Fratrik (BIA) report on NY (0.2); review and revise NY "shell" changes (0.8); revise email to client re Hartford programming (0.4); review client's changes to B. Byrnes' declaration (0.2); telephone conference with client re status of WTXX financial data and email lenders' counsel re same (0.3); email lenders' counsel re NY "shell" status (0.1); review WTXX financials (1.5); review clients' changes to Indianapolis and Hartford "shells" (0.7); email NY and LA print lists to client (0.1). | |
| | M. Swanson | 9.70 hrs. |

Tribune Company

| | | |
|---|---|---|
| 10/06/09 | Correspondence with Sidley Austin re Plan timing (0.5); conference call with Sidney Austin re Plan structure, FCC issues and dual classes of stock (1.4); prepare and forward edits to the FCC exhibits to Wiley Rein (1.1); prepare and forward sample FCC EEO forms to Wiley Rein (0.8). | |
| | C. Burrow | 3.80 hrs. |
| 10/06/09 | Review G. Mazzafieri declaration and supporting documentation. | |
| | D. Kirkpatrick | 2.10 hrs. |
| 10/06/09 | Research and analysis of issues regarding draft declaration of G. Mazzaferri regarding financial information for Hartford duopoly waiver request regarding applications to FCC for assignment of broadcast licenses in bankruptcy (2.3); correspondence with lenders' counsel (J. Fiorini) regarding financial information for Hartford market duopoly request regarding same (0.3); review and analysis of updated voice count data provided by M. Fratrik regarding same (0.8); preparation of correspondence with lenders' counsel (E. Reed) regarding voice count regarding same (0.2); preparation of draft cross-ownership shell for NY market regarding same (2.4); preparation of draft declaration of B. Byrnes for Hartford duopoly waiver request regarding same (0.6). | |
| | J. Rademacher | 6.60 hrs. |
| 10/06/09 | Telephone conference with Sidley attorneys re draft Plan and disclosure statement (1.1); review FCC stock ownership issues (0.4), foreign ownership compliance (0.5) and FCC certificates (0.5). | |
| | J. Feore | 2.50 hrs. |
| 10/06/09 | Review comments from senior lenders' FCC counsel in preparation for telephone conference call with Tribune bankruptcy counsel (0.9); review status of ownership waiver exhibits in preparation for telephone conference with Sidley (0.2); telephone conference with B. Krakauer and J. Hennes regarding FCC issues in connection with proposal for multiple classes of stock and warrant structure and proposals to return to single class of stock post-bankruptcy (1.1); correspondence to J. Langdon (Sidley) regarding FCC license subsidiaries and requirements for prior FCC consent for changes to subsidiary structure (0.6); review revised exhibits from lenders' counsel regarding explanations in FCC application of steps to be taken for ownership compliance (0.8). | |
| | J. Logan | 3.60 hrs. |
| 10/06/09 | Exchange emails with client re status of G. Mazzaferri declaration (0.1); revise same (0.6); email draft of same to lenders' counsel (0.1); telephone conference with client re Hartford data (0.2); telephone conference with client re NY "shell" (0.3); review and revise Hartford duopoly "shell" (0.9); review re WTXX 2007 amendment (0.3); review re Hartford programming (0.2); finalize and email B. Byrnes declaration to lenders' counsel (0.9); email exchanges with lenders' counsel re LA print lists and forward same to client (0.4); finalize duopoly "shell" and email to lenders' counsel (0.7); email | |

Tribune Company

|  |  |  |
|---|---|---|
|  | exchange with lenders' counsel re changes to NY "shell" (0.1); finalize and email Indianapolis "shell" changes to lenders' counsel (0.8); review re lenders' counsel questions on radio data (0.2); review revised WTXX materials and email same and G. Mazzaferri declaration to lenders' counsel (0.5). |  |
|  | M. Swanson | 6.30 hrs. |
| 10/06/09 | Review and analyze issues pertaining to temporary waivers. |  |
|  | M. Hays | 0.40 hrs. |
| 10/07/09 | Correspondence with Sidley Austin re Plan timing (0.8); review and revise FCC exhibits for Plan (0.9). |  |
|  | C. Burrow | 1.70 hrs. |
| 10/07/09 | Prepare NY market cross-ownership waiver request regarding FCC applications for assignment of licenses in bankruptcy (6.5); telephone conference with lenders' counsel regarding Hartford market duopoly waiver request and Indianapolis market satellite showing regarding same (0.7); correspondence with lenders' counsel regarding changes to cross-ownership waiver requests regarding same (1.4). |  |
|  | J. Rademacher | 8.60 hrs. |
| 10/07/09 | Review markups of NY and LA waiver requests (0.9); analysis of extent of waiver relief requested (0.6); review proposal re dual stock and director review for reorganized company and FCC issues (1.2). |  |
|  | J. Feore | 2.70 hrs. |
| 10/07/09 | Review proposed revisions to consolidated FCC exhibit from FCC counsel to senior lenders (0.6); review correspondence from L. Washburn (Tribune) regarding changes to draft FCC exhibits (0.3). |  |
|  | J. Logan | 0.90 hrs. |
| 10/07/09 | Review re possible cross-ownership notice of inquiry (0.2); exchange emails with lenders' counsel re WTXX issues (0.2); review re print circulation data (1.0); telephone conference with client re NY "shell" changes (0.2); email exchange with lenders' counsel re same (0.1); preparation for and telephone conference with lenders' counsel re Hartford and Indianapolis econometric reports, "shells" and data (2.2); telephone conference with client re NY "shell" issues (0.4); telephone conference with lenders' counsel re same and "shell" finalization issues (0.4); review re FCC form exhibits (0.6); research, review and revise lenders' counsel LA print reconciliation list (1.0); email circulation data to lenders' counsel (0.4); review and revise NY "shell" (3.8); email same to lenders' counsel (0.3). |  |
|  | M. Swanson | 10.80 hrs. |
| 10/08/09 | Preparation of draft FCC Form 327 CARS license assignment applications. |  |
|  | A. Mejia (Practice Group Professional) | 1.20 hrs. |
| 10/08/09 | Participate in conference call re status of Class B stock (1.0); review revised FCC sections of the Plan (0.6); review FCC issues for |  |

|  |  |  |
|---|---|---|
| | disclosure statement (0.7). | |
| | C. Burrow | 2.30 hrs. |
| 10/08/09 | Research re CARS authorizations (0.2); review model CARS assignment application (0.1); draft comments re same (0.1). | |
| | J. Pila | 0.40 hrs. |
| 10/08/09 | Research print publications in LA market for cross-ownership waiver regarding transfer of FCC licenses in bankruptcy (5.2); preparation of documents reconciling LA print publications lists of print publications with lists prepared by economist M. Fratrik regarding same (3.7); review Hartford duopoly waiver request prepared by lenders' counsel regarding same (0.6); review Indianapolis satellite/duopoly waiver request prepared by lenders' counsel regarding same (0.4). | |
| | J. Rademacher | 9.90 hrs. |
| 10/08/09 | Review and update draft Plan and FCC provisions re stock/board and compliance (1.0); telephone conference with Tribune, lenders and lenders' counsel re Plan issues and updates (1.0); analysis and review of FCC applications for transfer of control, waiver showings, LA and NY exhibits (1.2). | |
| | J. Feore | 3.20 hrs. |
| 10/08/09 | Review markup of Plan draft from Sidley in preparation for conference call with bankruptcy counsel to senior lenders (0.4); telephone conference call with bankruptcy counsel to senior lenders, bankruptcy counsel to company and FCC counsel to senior lenders regarding stock structure for reorganized Tribune and potential for a mechanism to sunset non-voting stock class and regarding approach for allocating warrants and stock to parties with significant foreign ownership (0.9); correspondence with B. Krakauer regarding draft FCC exhibit from senior lender regarding multiple stock classes (0.3). | |
| | J. Logan | 1.60 hrs. |
| 10/08/09 | Review re changes related to description of remaining Newsday interest (1.3); email lenders' counsel re same (0.1); review re Indianapolis data issues (0.5); email lenders' counsel re same (0.2); research re recalculation of LA print issues raised by lenders' counsel (2.5); telephone conference with LA Wave representatives re same (0.3); review and revise email to lenders' counsel re LA print issue (0.5); exchange emails with lenders' counsel re status of "shells" (0.1); email client re same (0.1). | |
| | M. Swanson | 5.60 hrs. |
| 10/09/09 | Review revised Reorganization Plan for FCC changes. | |
| | C. Burrow | 1.40 hrs. |
| 10/09/09 | Review NY (2.2), LA (1.6), Chicago (1.7), Miami (0.8) and Hartford (1.4) cross-ownership waiver requests regarding FCC applications to assign television licenses in bankruptcy; prepare correspondence with lender's counsel regarding Hartford duopoly | |

Tribune Company                                                          Invoice 517987

|  |  |  |
|---|---|---|
|  | waiver request (1.5); research regarding FCC requirements for showing of negative cash flow in duopoly waiver showings regarding same (1.3); review economist M. Fratrik Hartford duopoly market study regarding same (0.4). |  |
|  | J. Rademacher | 10.90 hrs. |
| 10/09/09 | Review revised Plan with FCC regulatory provisions (1.3); telephone conference with lenders' counsel re FCC ownership reporting, certificates and stock classes (1.0). |  |
|  | J. Feore | 2.30 hrs. |
| 10/09/09 | Telephone conference with J. Langdon (Sidley) regarding FCC licensing process (0.4); correspondence with J. Langdon (Sidley) re questions regarding FCC license list (0.1); review revised Plan draft with senior lenders' counsel's comments (0.3). |  |
|  | J. Logan | 0.80 hrs. |
| 10/09/09 | Research and review re "failing" station data related to "free cash flow" demonstration for FCC waiver (1.9); email client re same (0.2); review and revise email to J. Fiorini (Wiley) re Section 73.3566 (0.2); email exchange with E. Reed (Wiley) re cross-ownership "shells" (0.3); email exchange with client re same (0.3); telephone conference with J. Bayes (Wiley) re "shell" review timing (0.3); review client's requested changes accepted/not accepted by lenders' counsel (2.7); review NY "shell" (4.4); telephone conference with T. Law (Wave) re LA print data (0.2). |  |
|  | M. Swanson | 10.50 hrs. |
| 10/10/09 | Review NY (3.9), LA (3.4), Chicago (1.4), Miami (1.1) and Hartford (1.3) cross-ownership waiver requests regarding FCC applications to assign television licenses in bankruptcy. |  |
|  | J. Rademacher | 11.10 hrs. |
| 10/10/09 | Review draft disclosure statement and FCC-related sections (1.0); work on revisions re FCC procedures and waivers/appeals of NBCO (1.2); revise and update memo re Tribune's appellate rights re existing waivers (0.8). |  |
|  | J. Feore | 3.00 hrs. |
| 10/10/09 | Review draft disclosure statement regarding open FCC issues (0.8); review issues regarding supplements to disclosure statement (0.7). |  |
|  | J. Logan | 1.50 hrs. |
| 10/10/09 | Review and revise NY "shell". |  |
|  | M. Swanson | 3.60 hrs. |
| 10/11/09 | Review and revise disclosure statement. |  |
|  | C. Burrow | 1.30 hrs. |
| 10/11/09 | Review draft disclosure statement (2.8); draft comments re FCC sections of draft disclosure statement (0.8). |  |
|  | J. Pila | 3.60 hrs. |
| 10/11/09 | Review NY (1.0), LA (1.8), Chicago (3.2), Miami (2.3) and |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | Hartford (3.1) cross-ownership waiver requests regarding FCC applications to assign television licenses in bankruptcy; review stockholders disclosure statement for conformity with waiver requests regarding same (0.4).<br>J. Rademacher | 11.80 hrs. |
| 10/11/09 | Review and revise disclosure statement (2.0); review record of changes to "shells" and email E. Washburn re same (0.9); review re NY "shell" and data (2.1); review LA "shell" and data (4.9).<br>M. Swanson | 9.90 hrs. |
| 10/11/09 | Review correspondence.<br>M. Hays | 0.20 hrs. |
| 10/12/09 | Research data request re market growth statistics.<br>A. Mejia (Practice Group Professional) | 1.50 hrs. |
| 10/12/09 | Conference call with J. Henderson and K. Mills (Sidley) re disclosure statement (0.5); review and revise disclosure statement (4.3).<br>C. Burrow | 4.80 hrs. |
| 10/12/09 | Draft FCC approval section for disclosure statement (2.2); revise risk factor section of disclosure statement (1.4).<br>J. Pila | 3.60 hrs. |
| 10/12/09 | Review and revise Hartford market cross-ownership waiver request regarding FCC applications to assign licenses in bankruptcy (4.2); telephone conference with L. Washburn regarding status of cross-ownership waiver requests in NY, LA, Chicago, Miami and Hartford regarding same (0.6); research regarding cross-ownership waiver requests for NY, LA, Chicago, Miami and Hartford regarding same (4.3); review stockholders disclosure statement regarding same (1.1).<br>J. Rademacher | 10.20 hrs. |
| 10/12/09 | Telephone conference with D. Liebentritt, B. Krakauer and lenders' counsel regarding disclosure statement and FCC issues(0.9); review disclosure statement with FCC sections (1.1); telephone conference with counsel for Creditors Committee regarding status of FCC applications, ownership issues and disclosures (0.9).<br>J. Feore | 2.90 hrs. |
| 10/12/09 | Review draft disclosure statement issues in preparation for telephone conference with Sidley Austin on FCC disclosures (0.9); telephone conference with J. Henderson and K. Mills (Sidley) regarding FCC-related matters to be addressed in disclosure statement (0.8); outline FCC sections to be prepared for disclosure statement (0.8); research and analysis regarding description of FCC multiple ownership rules and procedures for compliance (0.8); review Plan draft in connection with revisions to disclosure statement draft (0.6).<br>J. Logan | 3.90 hrs. |

| | | |
|---|---|---|
| 10/12/09 | Research and updates to chart of Tribune broadcast and non-broadcast licenses. | |
| | K. Gallagher (Paralegal) | 0.40 hrs. |
| 10/12/09 | Preparation for and telephone conference with J. Henderson (Sidley) and K. Mills (Sidley) re FCC-related changes to disclosure statement (1.3); review re Tribune FCC regulatory fee issue (0.3); preparation for and telephone conference with L. Washburn re regulatory fee issue, circulation and review of cross-ownership "shells," Hartford financial data and FCC public notices (1.1); review and revise Chicago "shell" (5.7); review re FCC public notice issue (0.6). | |
| | M. Swanson | 9.00 hrs. |
| 10/12/09 | Review and analyze issues regarding effect of dismissal of appeals by Zell, ESOP Plan, or EGI-TRB on continued viability of NBCO waivers (2.1); review and analyze isues regarding condition subsequent and condition precedent (1.4); revise appellate memo to incorporate changes to plan of reorganization (1.9); review and edit memo (1.8. | |
| | M. Hays | 7.20 hrs. |
| 10/12/09 | Review red-light issues and processes as they impact regulatory fee waiver. | |
| | S. Anderson (Practice Group Professional) | 0.30 hrs. |
| 10/13/09 | Research data request re market growth statistics. | |
| | A. Mejia (Practice Group Professional) | 0.50 hrs. |
| 10/13/09 | Review and revise disclosure statement (6.5); forward same to J. Henderson and K. Mills at Sidley Austin (0.4). | |
| | C. Burrow | 6.90 hrs. |
| 10/13/09 | Revise draft disclosure statement re FCC approval section. | |
| | J. Pila | 1.70 hrs. |
| 10/13/09 | Review draft Miami market cross-ownership waiver request regarding applications to FCC for assignment of broadcast licenses in bankruptcy (2.1); correspondence with E. Reed (Wiley) regarding Miami market cross-ownership waiver request and LA print publication exhibit to LA cross-ownership waiver request regarding same (0.8); research regarding all market cross-ownership waiver requests regarding same (4.2); correspondence with lenders' counsel (J. Fiorini) regarding updated MVPD penetration figures for Hartford duopoly waiver request regarding same (0.2); telephone conference with T. Lau (LA Wave publications) regarding publication of Mt. Washington Star-Review for LA market print publications exhibit to cross-ownership waiver request regarding same (0.3). | |
| | J. Rademacher | 7.60 hrs. |
| 10/13/09 | Telephone conferences with counsel for Creditors Committee regarding review of FCC issues (1.0); telephone conference with S. Sheehan re lobby efforts on Hill and FCC re transfer (0.6); review | |

Tribune Company                                    Invoice 517987

|  |  |  |
|---|---|---|
|  | and revise draft disclosure statement re FCC regulations and policies (1.2); edit waiver showings for FCC (0.4). | |
|  | J. Feore | 3.20 hrs. |
| 10/13/09 | Telephone conference with FCC counsel to senior lenders regarding status of ownership of proposed assignee and items to be included in disclosure statement (0.4); revisions to summary section on FCC matters in disclosure statement (0.9); prepare description of stock and warrant issuance for disclosure statement (0.9); review and analysis of status of pending review of FCC waivers and effect of further waivers on appeals (0.7); review disclosure agreement revisions regarding compliance with draft Reorganization Plan (0.8). | |
|  | J. Logan | 3.70 hrs. |
| 10/13/09 | Review E. Reed (Wiley) email re Class A's and LPTVs (0.2); review and revise Chicago "shell" (3.0); review missing data question re Miami "shell" (0.3); review and revise Miami shell (0.9); review re paper circulation issue (0.3); review M. Fratrik data (1.2). | |
|  | M. Swanson | 4.70 hrs. |
| 10/13/09 | Research issues regarding standing, injury in fact, and effect on continued existence of NBCO waivers (1.6); analyze issues and conduct research regarding interpretation of condition subsequent (1.2); review and analyze procedural issues regarding effect of actions in bankruptcy or at FCC on appellate case (1.1); revise factual section to augment description of FCC proceeding and appeal; review and edit memo (2.6); correspondence regarding memo (.20). | |
|  | M. Hays | 6.70 hrs. |
| 10/14/09 | Review and revise disclosure statement (6.4); forward revised disclosure statement to K. Mills and J. Henderson (0.4). | |
|  | C. Burrow | 6.80 hrs. |
| 10/14/09 | Cite check and proof read Memorandum regarding analysis of issues regarding temporary NBCO waivers. | |
|  | J. Lubetkin (Paralegal) | 5.70 hrs. |
| 10/14/09 | Revise disclosure statement re litigation and media ownership waivers. | |
|  | J. Pila | 3.80 hrs. |
| 10/14/09 | Research regarding 2003 and 2006 FCC studies regarding use of Internet for local news regarding use of studies in all market cross-ownership waiver requests regarding applications to FCC to assign broadcast licenses in bankruptcy (2.4); research regarding out-of-market stations significantly viewed status in Hartford market regarding Hartford market duopoly request regarding same (2.8); research regarding Chicago (0.8), NY (1.2) and LA (0.6) cross-ownership shells regarding same; research FCC review securities disclosure statement regarding same (0.3); telephone conference with L. Washburn regarding all market cross-ownership waiver requests regarding same (1.3). | |

Tribune Company                                      Invoice 517987

|  |  |  |
|---|---|---|
|  | J. Rademacher | 9.40 hrs. |

10/14/09     Telephone conference with D. Liebentritt re FCC issues (0.5); telephone conference with counsel for Creditors Committee re FCC processing (0.8); review management agreement, amendments and FCC/filing issues (1.0); research re Tribune cross-ownership appeal rights (0.9) and review of waiver changes (0.5).

         J. Feore       3.70 hrs.

10/14/09     Revisions to FCC section of proposed disclosure statement (0.8); review and analysis regarding appellate section of disclosure statement and effect of further waivers on pending litigation (0.9); revisions to FCC waiver risk factors in proposed disclosure statement (0.8); revisions to draft disclosure statement to conform FCC sections (0.8).

         J. Logan       3.30 hrs.

10/14/09     Exchange emails with J. Fiorini (Wiley) re M. Fratrik Hartford duopoly report (0.1); review re significant viewing issue in Hartford "shell" (0.4); review and revise FCC-related sections of disclosure statement and draft cross-ownership section of same (4.0); telephone conference and exchange emails with L. Washburn re cross-ownership insert (0.8); revise cross-ownership insert (0.3); review and revise Miami "shell" (2.9); telephone conference with L. Washburn re "shells" (0.6).

         M. Swanson       9.10 hrs.

10/14/09     Review and analyze issues regarding effect of new waivers on existing proceedings (.90); review FCC Transfer Order (1.4); review and edit Disclosure statement to include reference to condition subsequent to effectiveness of waivers (1.1).

         M. Hays       3.40 hrs.

10/15/09     Correspondence with K. Mills and J. Henderson (Sidley) re disclosure statement.

         C. Burrow       0.40 hrs.

10/15/09     Telephone conference with lenders' counsel (J. Fiorini and J. Riehm) regarding Hartford market duopoly waiver request and Indianapolis market satellite waiver request regarding applications to FCC to assign broadcast licenses in bankruptcy (0.6); correspondence with lenders' counsel regarding significant viewing of out of market stations in Hartford DMA regarding same (0.3); preparation of Chicago market cross-ownership waiver request regarding same (5.1); research regarding Chicago market cross-ownership waiver request regarding same (2.4); correspondence with L. Washburn regarding Chicago market cross-ownership and Hartford market duopoly waiver requests regarding same (1.2); preparation of LA market cross-ownership waiver request regarding same (1.6); correspondence with lenders' counsel (E. Reed) regarding LA market print publications exhibit to cross-ownership waiver request regarding same (0.2).

Tribune Company

|  |  |  |
|---|---|---|
|  | J. Rademacher | 11.40 hrs. |
| 10/15/09 | Review draft disclosure statement (0.4); review proposed FCC and regulatory revisions and updates to same (10.6); research re Tribune's waivers, requested further relief from FCC and possible grant conditions from FCC (1.5). | |
|  | J. Feore | 2.50 hrs. |
| 10/15/09 | Preparation for and telephone conference with J. Fiorini (Wiley) and J. Riehm (Wiley) re Hartford and Indianapolis "shells" and factual issues (2.3); telephone conference with L. Washburn re Hartford and Indianapolis (0.2); telephone conference with J. Bayes re overall timing, status and subsidiary designations (0.3); email L. Washburn re same (0.4); review re disclosure statement updates (0.3); review, revise and send email to client re Hartford and Indianapolis issues (0.9); review and revise cross-ownership "shells" (5.6). | |
|  | M. Swanson | 10.00 hrs. |
| 10/15/09 | Review and analyze portions of the disclosure statement relating to structure of entity to assume licenses, new waiver applications (1.1); review and analyze additional issues regarding condition subsequent in light of new waivers (.80). | |
|  | M. Hays | 1.90 hrs. |
| 10/16/09 | Review revisions to the Reorganization Plan (0.9); conference call with J. Boelter (Sidley) re same (0.2). | |
|  | C. Burrow | 1.10 hrs. |
| 10/16/09 | Review disclosure statement discussion of FCC regulation and application progress (1.0); telephone conference with FCC re pending cross-ownership waiver appeals, Third Circuit review and appellate rights (0.8); work on FCC transfer application (0.4). | |
|  | J. Feore | 2.20 hrs. |
| 10/16/09 | Review FCC issues regarding comments of senior lenders' FCC counsel regarding FCC matters. | |
|  | J. Logan | 0.60 hrs. |
| 10/16/09 | Review and revise cross-ownership "shells". | |
|  | M. Swanson | 1.30 hrs. |
| 10/17/09 | Review revised ownership waiver requests for FCC (0.4); work on final FCC exhibits (0.5). | |
|  | J. Feore | 0.90 hrs. |
| 10/17/09 | Review and revise Miami "shell". | |
|  | M. Swanson | 0.50 hrs. |
| 10/18/09 | Prepare and edit Chicago (3.4), NY (2.7) and LA (1.2) market cross-ownership waiver requests regarding applications to FCC to assign broadcast licenses in bankruptcy; research and preparation of correspondence with G. Mazzaferri regarding required showing for necessary capital expenses for "failing" station waiver regarding Hartford market duopoly waiver request regarding same (0.9). | |

November 23, 2009                                      Page 14

Tribune Company                                       Invoice 517987

|  |  |  |
|---|---|---|
|  | J. Rademacher | 8.20 hrs. |
| 10/18/09 | Review and revise Miami "shell" (0.5) and Hartford "shell" (0.7); review Chicago "shell" (0.6) and NY "shell" changes (2.1). | |
|  | M. Swanson | 3.90 hrs. |
| 10/19/09 | Research re D.C. Circuit Comcast decision (0.3); draft comments re same (0.1). | |
|  | J. Pila | 0.40 hrs. |
| 10/19/09 | Research and preparation of NY (4.7), LA (4.8), Chicago (3.2), Miami (1.8) and Hartford (0.7) market cross-ownership waivers regarding applications FCC to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 15.20 hrs. |
| 10/19/09 | Review further revisions in cross-ownership waiver shells and updates thereto (1.0); telephone conference with Creditors Committee counsel re draft applications and status (0.7). | |
|  | J. Feore | 1.70 hrs. |
| 10/19/09 | Review and revise NY "shell" (3.3), LA "shell" (2.8), Hartford "shell" (1.8) and Miami "shell" (2.6). | |
|  | M. Swanson | 10.50 hrs. |
| 10/20/09 | Research and preparation of NY (2.0), LA (1.9), Chicago (1.6), Miami (3.1) and Hartford (3.9) market cross-ownership waivers regarding applications FCC to assign broadcast licenses in bankruptcy; research regarding Hartford duopoly waiver request regarding same (1.4). | |
|  | J. Rademacher | 13.90 hrs. |
| 10/20/09 | Telephone conference with S. Sheehan re FCC visits and follow-up (0.4); review requested waiver "asks" and FCC draft on ownership (0.8); research re pending appellate rights and court appeal (0.8). | |
|  | J. Feore | 2.00 hrs. |
| 10/20/09 | Review re Miami "shell" changes and corrections (1.3); review re Hartford "shell" changes and corrections and revise same (3.1); preparation for and telephone conference with E. Washburn re in-house review (0.2); preparation for and telephone conference with lenders' counsel re timing and process (0.4); research re financial data (1.9); review M. Fratrik changes (1.0). | |
|  | M. Swanson | 7.90 hrs. |
| 10/21/09 | Review exhibits to cross-ownership waiver requests (0.8); telephone call with E. Reed (Wiley Rein) regarding same (0.3). | |
|  | A. Mejia (Practice Group Professional) | 1.10 hrs. |
| 10/21/09 | Correspondence with K. Mills (Sidley) re disclosure statement (0.3); review and revise disclosure statement (3.7). | |
|  | C. Burrow | 4.00 hrs. |
| 10/21/09 | Review second Sidley draft disclosure statement(1.5); draft | |

Tribune Company

|            | comments re same (0.3). | |
|---|---|---|
|            | J. Pila | 1.80 hrs. |
| 10/21/09 | Research and preparation of NY (1.2), LA (1.3), Chicago (1.4), Miami (1.5) and Hartford (2.1)market cross-ownership waivers regarding applications FCC to assign broadcast licenses in bankruptcy; research regarding Hartford duopoly waiver request regarding same (2.3). | |
|            | J. Rademacher | 9.80 hrs. |
| 10/21/09 | Telephone conferences with Creditors Committee counsel re FCC issues (0.4) and follow-up call with lenders' counsel (0.6); review disclosure Plan re stock issues, warrants and FCC compliance (0.9). | |
|            | J. Feore | 1.90 hrs. |
| 10/21/09 | Review changes in Sidley version of disclosure statement pertaining to FCC related matters (0.9); analysis regarding draft disclosure statement sections noted by Sidley for FCC comment or further clarification (0.8). | |
|            | J. Logan | 1.70 hrs. |
| 10/21/09 | Review factual appendices (2.3); finalize "shell" comments (1.9); work on disclosure statement (1.7). | |
|            | M. Swanson | 5.90 hrs. |
| 10/21/09 | Review Tribune 2008 Transfer Order; analyze issues regarding six month stay; correspondence regarding same. | |
|            | M. Hays | 0.30 hrs. |
| 10/22/09 | Review exhibits to cross-ownership waiver requests. | |
|            | A. Mejia (Practice Group Professional) | 0.50 hrs. |
| 10/22/09 | Research re Chinese weeklies in LA re waiver request (0.7); draft comments re same (0.1). | |
|            | J. Pila | 0.80 hrs. |
| 10/22/09 | Research LA print publications regarding attachment to LA cross-ownership waiver request regarding FCC applications to assign licenses in bankruptcy (5.3); prepare correspondence to lenders' counsel regarding LA print publications regarding same (1.4); telephone conference with lenders' counsel (E. Reed and J. Bayes) regarding status of cross-ownership waiver requests in NY, LA, Chicago, Miami and Hartford regarding same (0.7); review economist (M. Fratrik) and divestiture reports for NY, LA, Chicago, Miami and Hartford (0.8); review stockholders disclosure statement regarding same (0.6). | |
|            | J. Rademacher | 8.80 hrs. |
| 10/22/09 | Telephone conferences with counsel for unsecured creditors re FCC application issues (0.8); telephone conferences with lenders' counsel re preparation, waivers and timing issues (0.7); telephone conference with S. Sheehan re FCC and Hill lobby issues (0.5); review updated FCC waiver requests (1.0). | |

Tribune Company

|  |  |  |
|---|---|---|
|  | J. Feore | 3.00 hrs. |

| 10/22/09 | Review and revise FCC sections of draft disclosure statement on multiple ownership compliance (0.8); revisions to risk section of disclosure statement and waiver sections (1.4). |
|---|---|

|  | J. Logan | 2.20 hrs. |
|---|---|---|

| 10/22/09 | Research and review re LA print issue (1.9); preparation for and telephone conference with lenders' counsel (1.8); review re disclosure statement changes (2.6). |
|---|---|

|  | M. Swanson | 5.50 hrs. |
|---|---|---|

| 10/23/09 | Conference call with K. Mills (Sidley) re disclosure statement issues (0.7); review and revise disclosure statement (3.9). |
|---|---|

|  | C. Burrow | 4.60 hrs. |
|---|---|---|

| 10/23/09 | Telephone conference with K. Mills and S. Langdon regarding stockholders disclosure statement for Reorganization Plan (0.7); review stockholders disclosure statement for Reorganization Plan (0.4); telephone conference with D. Wiley, J. Bayes, E. Reed and M. Fiorini regarding progress of FCC applications for assignment of broadcast licenses in bankruptcy (0.8); review and research print media exhibit to LA market cross-ownership waiver request regarding same (2.3); review economist's (M. Fratrik) market competition reports for cross-ownership waiver requests in NY, LA, Chicago, Miami and Hartford regarding same (3.1); prepare revisions to Hartford market duopoly waiver request regarding same (0.6). |
|---|---|

|  | J. Rademacher | 7.90 hrs. |
|---|---|---|

| 10/23/09 | Telephone conferences with counsel for Creditors Committee re stock, warrant and alien ownership issues (1.0); telephone conference with company's bankruptcy counsel re disclosure statement and FCC issues (0.8); analysis re updates to waivers (0.8); telephone conference with lenders' counsel re FCC applications and FCC lobby (1.0). |
|---|---|

|  | J. Feore | 3.60 hrs. |
|---|---|---|

| 10/23/09 | Telephone conference with K. Mills and J. Langdon (Sidley) regarding disclosure statement issues relating to FCC matters (0.9); prepare further revisions to FCC portions of disclosure statement to clarify points raised in telephone conference with Sidley (0.8); review outline from FCC counsel to senior lenders regarding remaining steps in application (0.4); telephone conference with J. Bayes, R. Wiley, W. Johnsen (FCC counsel to senior lenders) regarding remaining steps to complete FCC application exhibits and related filing information (0.7); revisions to disclosure statement regarding additional information relevant to exhibits in FCC waiver proceeding (0.9); prepare additional inserts and changes to disclosure statement (0.8); telephone conference with counsel to Creditors' Committee regarding status of FCC waiver and application matters and mechanisms for compliance (0.6). |
|---|---|

Tribune Company                                    Invoice 517987

|  |  |  |
|---|---|---|
|  | J. Logan | 5.10 hrs. |
| 10/23/09 | Preparation for and telephone conference with K. Mills and Sidley lawyers re disclosure statement (2.9); review re Hartford data issues (0.4); preparation for and telephone conference with lenders' counsel re application issues (2.0); review re G. Mazzaferi declaration issues (0.8); review re M. Fratrik issues (0.4). | |
|  | M. Swanson | 6.50 hrs. |
| 10/23/09 | Review issues regarding inclusion of request for tandem sale option. | |
|  | M. Hays | 0.30 hrs. |
| 10/24/09 | Review economist's (M. Fratrik) market competition reports for cross-ownership waiver requests in NY, LA, Chicago, Miami and Hartford regarding applications to FCC for assignment of licenses in bankruptcy (2.4); prepare revisions to Hartford market duopoly waiver request regarding same (0.7). | |
|  | J. Rademacher | 3.10 hrs. |
| 10/24/09 | Review changes to disclosure statement draft for Tribune corporate counsel. | |
|  | J. Logan | 0.80 hrs. |
| 10/24/09 | Review and revise disclosure statement. | |
|  | M. Swanson | 1.50 hrs. |
| 10/25/09 | Review and research print media and other exhibits for cross-ownership waiver requests for NY (2.4), LA (0.7), Chicago (0.8), Miami (1.1) and Hartford (0.8) markets regarding applications to FCC for assignment of licenses in bankruptcy. | |
|  | J. Rademacher | 5.80 hrs. |
| 10/26/09 | Review and revise disclosure statement (1.7); forward revised disclosure statement to K. Mills (Sidley) (0.2). | |
|  | C. Burrow | 1.90 hrs. |
| 10/26/09 | Review and research print media and other exhibits for cross-ownership waiver requests for NY (1.2), LA (1.1), Chicago (0.4), Miami (0.5) and Hartford (0.4) markets regarding applications to FCC for assignment of licenses in bankruptcy; edit economist's (M. Fratrik) market competition reports for cross-ownership waiver requests in NY (0.8), LA (0.6), Chicago (0.7), Miami (0.4) and Hartford (0.3) regarding same; edit economist's (M. Fratrik) transactions report regarding same (1.2). | |
|  | J. Rademacher | 7.60 hrs. |
| 10/26/09 | Revisions to disclosure statement regarding FCC regulatory section (0.9); review draft document for disclosure statement to Sidley (0.8). | |
|  | J. Logan | 1.70 hrs. |
| 10/26/09 | Review re Indianapolis data issues (0.1); review re disclosure statement issue (0.1). | |
|  | M. Swanson | 0.20 hrs. |

Tribune Company

| | | |
|---|---|---|
| 10/27/09 | Conference call with J. Boelter (Sidley) re FCC structure (0.4); review issues re use of warrants and Class B stock re same (0.5). | |
| | C. Burrow | 0.90 hrs. |
| 10/27/09 | Research and preparation of correspondence with S. Rabb regarding viewing of out-of-market stations in Hartford DMA for duopoly and cross-ownership waivers in Hartford market regarding FCC applications for assignment of broadcast licenses in bankruptcy (0.6); preparation of declaration of G. Mazzaferri regarding capital expenditures for WTXX(TV) for Hartford market duopoly waiver request regarding same (0.9); correspondence with lenders' counsel (J. Fiorini) regarding significant viewing of out-of-market stations in Hartford market for duopoly waiver request (0.5); prepare Hartford market duopoly waiver request regarding same (1.9); review print media exhibits to NY (0.6), LA (0.6), Chicago (0.7), Miami (0.5) and Hartford (0.3) cross-ownership waiver requests for consistency with stockholders' disclosure statement and text of cross-ownership waiver requests regarding same. | |
| | J. Rademacher | 6.60 hrs. |
| 10/27/09 | Review issues regarding operating manual for shared services agreement. | |
| | J. Logan | 0.20 hrs. |
| 10/27/09 | Review re ABC circulation data (0.4); review re G. Mazzaferi declaration and failing station data and revision to same (2.0); review FCC precedent on free cash flow (1.1); review changes to Hartford waiver (0.9); review re Hartford research data and changes (0.9). | |
| | M. Swanson | 5.30 hrs. |
| 10/28/09 | Research re minority investor protections and attributable interests (1.2); draft memorandum re same (0.8). | |
| | J. Pila | 0.80 hrs. |
| 10/28/09 | Preparation of Indianapolis market satellite waiver request regarding FCC applications for assignment of broadcast licenses in bankruptcy (2.1); preparation of Hartford market duopoly waiver request regarding same (2.6); research and preparation of LA market print media exhibit for cross-ownership waiver request regarding same (1.1); telephone conference with lenders' counsel (J. Bayes) regarding same (0.2); telephone conference with L. Washburn regarding same (0.6); research regarding outstanding issues in NY (0.4), LA (0.6), Chicago (0.4), Miami (0.4) and Hartford (0.7) cross-ownership waiver requests regarding same. | |
| | J. Rademacher | 9.10 hrs. |
| 10/28/09 | Telephone conferences with counsel for unsecured creditors counsel to review issues of voting rights on Class B stock, FCC case law and support for non-attribution. | |
| | J. Feore | 1.50 hrs. |
| 10/28/09 | Review and analysis regarding analogous FCC decisions supporting | |

Tribune Company

|  |  |  |
|---|---|---|
|  | Journal-Register-type rights as non-attributable stockholder powers. | |
|  | J. Logan | 0.80 hrs. |
| 10/28/09 | Exchange email with J. Fiorini (Wiley) re Indianapolis status and Hartford signal issue (0.2); review research re latter (0.3); preparation for and telephone conference with L. Washburn re revisions to Hartford and Indianapolis waivers, timing and filing issues (2.1); review and revise impact of client's changes to Indianapolis waiver (0.9); telephone conference with J. Bayes (Wiley) re timing and status of waiver drafts (0.3); review M. Fratrik reports re same (0.7). | |
|  | M. Swanson | 4.50 hrs. |
| 10/29/09 | Preparation of NY (0.6), LA (0.6), Chicago (0.8), Miami (0.5) and Hartford (0.5) market cross-ownership waiver request regarding FCC applications for assignment of licenses in bankruptcy; correspondence with lenders' counsel (J. Bayes and E. Reed) regarding same (0.2); telephone conference with FCC staff regarding potential holds on Tribune license transfers regarding same (0.4); telephone conference with L. Washburn regarding same (0.4); preparation of Hartford market duopoly waiver request regarding same (1.4); preparation of declaration of G. Mazzaferri to accompany Hartford market duopoly request regarding same (0.5). | |
|  | J. Rademacher | 5.90 hrs. |
| 10/29/09 | Telephone conferences with Creditors Committee counsel re stock issues (0.4); review stock rights and FCC restrictions re Plan (0.8). | |
|  | J. Feore | 1.20 hrs. |
| 10/29/09 | Research and analysis regarding memorandum regarding FCC support for non-attribution of Journal Register-type shareholder rights; work on memorandum and additional support for non-attribution for Class B stock. | |
|  | J. Logan | 1.50 hrs. |
| 10/29/09 | Telephone conferences with L. Johnson (FCC) re possible application "holds" (0.4); telephone conferences with A. Singh (FCC) re possible Enforcement Bureau holds (0.4); review and revise letter to FCC re enforcement information (0.2); review Hartford DTV expenses and email exchanges with G. Mazzeferi re same (0.3); review re changes to M. Fratrik "separation analysis" (0.2); review client's proposed changes to "shells" and revisions re same (2.0); review re changes to G. Mazzaferi declaration (0.9); review re M. Fratrik reports (0.8. | |
|  | M. Swanson | 5.20 hrs. |
| 10/30/09 | Hartford market factual research for application and waiver exhibits. | |
|  | A. Mejia (Practice Group Professional) | 0.30 hrs. |
| 10/30/09 | Research and preparation of Hartford market duopoly waiver request regarding applications to FCC for assignment of licenses in bankruptcy. | |

November 23, 2009                                          Page 20

Tribune Company                                    Invoice 517987

|  | J. Rademacher | 6.70 hrs. |
|---|---|---|

| 10/30/09 | Telephone conference with Creditors Committee counsel re FCC applications, waivers and public interest showings (0.8); telephone conference with lenders' counsel (0.2); review issues on draft shells for waivers (0.3). | |
|---|---|---|
|  | J. Feore | 1.30 hrs. |

| 10/30/09 | Revisions to memorandum on FCC precedent for non-attribution of Journal Register-type shareholder voting rights. | |
|---|---|---|
|  | J. Logan | 0.80 hrs. |

| 10/30/09 | Review re Denver call sign issue (0.1); review re Hartford significant viewing issue (0.4); review re changes to Hartford duopoly shell (1.8); review re Wiley's revised Hartford "shell" and changes (2.0); email exchanges with E. Washburn re same (0.1). | |
|---|---|---|
|  | M. Swanson | 4.40 hrs. |

| 10/30/09 | Prepare draft of letter to FCC Enforcement Branch regarding possible FCC complaints. | |
|---|---|---|
|  | S. Anderson (Practice Group Professional) | 0.50 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 49.00 |
| FEORE | 53.40 |
| HAYS | 20.40 |
| LOGAN | 43.60 |
| SWANSON | 167.80 |
| RADEMACHER | 232.30 |
| KIRKPATRICK | 18.50 |
| PILA | 18.70 |
| ANDERSON | 0.80 |
| MEJIA | 5.10 |
| GALLAGHER | 0.40 |
| LUBETKIN | 5.70 |
| TOTAL | 615.70 |

Fees for Professional Services ........................................................................ $     312690.00

| COURIER SERVICE | $ | 50.67 |
|---|---|---|
| INFORMATION SERVICES | $ | 29.47 |
| LEXIS-NEXIS | $ | 845.20 |
| POSTAGE | $ | 0.43 |
| REPRODUCTION | $ | 994.42 |

<table>
<tr><td></td><td>November 23, 2009</td><td></td><td>Page 21</td></tr>
</table>

Tribune Company                                                    Invoice 517987

| | TELEPHONE | $ | 36.12 |
|---|---|---|---|
| 09/25/09 | Berry Best Services LTD.; INVOICE#: 52740909; DATE: 9/25/2009 - FCC Research | $ | 87.24 |

Total Reimbursable Costs .......................................................... $      2043.55
Total Current Billing For This File................................................ $    314733.55


Our File # 08656.0101          For Services Through October 31, 2009
Retention and Fee Applications


| 10/02/09 | Preparation of fourth monthly fee application. | |
|---|---|---|
| | C. Meazell | 1.40 hrs. |
| 10/07/09 | Preparation of fourth monthly fee application (0.2); preparation of first interim fee application (0.7). | |
| | C. Meazell | 0.90 hrs. |
| 10/08/09 | Preparation of fourth monthly fee application (0.4); preparation of first interim fee application (0.7). | |
| | C. Meazell | 1.10 hrs. |
| 10/09/09 | Preparation of fourth monthly fee application (0.6); preparation of first interim fee application (0.8). | |
| | C. Meazell | 1.40 hrs. |
| 10/14/09 | Preparation of first interim fee application (4.2); telephone conference with Delaware counsel regarding same (0.2). | |
| | C. Meazell | 4.40 hrs. |
| 10/15/09 | Preparation of fourth monthly fee application (2.0); telephone conference with S. Scwendemann (Stuart Maue) regarding fee application support documentation (0.2). | |
| | C. Meazell | 2.20 hrs. |
| 10/16/09 | Revise fourth monthly fee application. | |
| | C. Meazell | 1.10 hrs. |
| 10/19/09 | Research regarding supplemental conflicts information for Cubs bankruptcy (0.6); preparation of correspondence with Delaware counsel regarding same (0.2). | |
| | C. Meazell | 0.80 hrs. |
| 10/21/09 | Preparation of fourth monthly fee application (2.2); preparation of correspondence with Delaware counsel regarding same(0.5). | |
| | C. Meazell | 2.70 hrs. |
| 10/23/09 | Research regarding supplemental conflicts information for Cubs bankruptcy (0.3); preparation of affidavit regarding same (0.4). | |
| | C. Meazell | 0.70 hrs. |

November 23, 2009                                             Page 22

Tribune Company                                              Invoice 517987

| | | |
|---|---|---|
| 10/26/09 | Preparation of correspondence to fee examiner regarding fourth monthly fee application and additional documentation. | |
| | C. Meazell | 0.30 hrs. |
| 10/29/09 | Research regarding conflicts issues for Cubs bankruptcy. | |
| | C. Meazell | 0.30 hrs. |

### BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 17.30 |
| TOTAL | 17.30 |

Fees for Professional Services ........................................................ $     6920.00

Total Current Billing For This File................................................ $     6920.00

Total Current Billing for This Invoice............................................ $    321,653.55

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
### Please make checks payable to:
### Dow Lohnes PLLC
### Attention Finance Department
### 1200 New Hampshire Avenue, NW, Suite 800
### Washington, DC  20036-6802

November 23, 2009

Tribune Company                                                             Invoice 517987
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through October 31, 2009
FCC/Broadcast Matters
    TOTAL DUE FOR THIS MATTER ............................................................ $        314,733.55

Our File # 08656.0101          For Services Through October 31, 2009
Retention and Fee Applications
    TOTAL DUE FOR THIS MATTER ............................................................ $          6,920.00

    Total Current Billing for This Invoice ........................................................ $        321,653.55

Wire Instructions:

    Bank Name: Wachovia Bank, N.A.
    ABA Routing #:  0540-0122-0
         1300 I Street, NW
         Washington, DC  20005
    Account Name: Dow Lohnes Main Operating Account

# REMITTANCE COPY

# **EXHIBIT C**

# **Excel Spreadsheet**

# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | |
| Duplicating Charges (1) | | 994.42 |
| Court Costs | | |
| Document Delivery Services | | |
| Document Services | | |
| Facsimile Charges (1) | | |
| Filing Fees | | |
| Ground Transportation | | |
| Lexis Research Service (2) | Lexis | 845.20 |
| Meals Out-of-Town | | |
| Meals | | |
| Messenger Services | UPS | 50.67 |
| Overtime Services | | |
| Document Production | | |
| Postage | | 0.43 |
| Search Services | Pacer | 29.47 |
| Search Services | Berry Best Services | 87.24 |
| Telephone Tolls | | 36.12 |
| Travel/Lodging | | |
| Westlaw Research Service (2) | | |
| **Total** | | **2,043.55** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii)


(2)  Charges for computer-assisted legal research are set at a rate that realizes no more than Dow Lohnes's actual cost.