IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) <br> ) Jointly Administered <br> ) <br> ) Re: Docket Nos. 2567 and 2593 <br> ) <br> ) Status Conference: December 1, 2009, at 10:00 a.m. (Eastern) <br> ) <br> ) |

**CREDIT AGREEMENT LENDERS' STATUS CONFERENCE STATEMENT
REGARDING LEVERAGED ESOP TRANSACTIONS
AND OUTSTANDING DISCOVERY REQUESTS THERETO**

The Credit Agreement Lenders,[1] as holders of approximately $4.4 billion principal amount of indebtedness arising under the Tribune Company Senior Secured Credit Agreement, dated as of May 17, 2007 (as amended, the "Credit Agreement"), submit this Statement regarding the status conference ordered by the Court with respect to discovery and related matters concerning various parties' investigation of alleged issues involving the Leveraged ESOP Transactions.

As holders of more than half of the Credit Agreement indebtedness, the Credit Agreement Lenders likely will be involved – as defendants and potential counter-claimants – in any litigation commenced with respect to the Leveraged ESOP Transactions. The Credit Agreement Lenders also are the largest creditors in these cases, by a wide margin. The Credit Agreement Lenders therefore are keenly interested in the discovery conducted with respect to the Leveraged ESOP Transactions and the rapid conclusion of these cases, the pendency of which is harming the Debtors' businesses and likely impacting enterprise value.

---

[1]   The Credit Agreement Lenders are the entities identified on *Exhibit A* hereto.

Accordingly, the Credit Agreement Lenders share the Debtors' objective of "bring[ing] the review of the Leveraged ESOP Transactions to an expeditious conclusion in a manner which is fair and equitable to the major creditor constituencies, and to do so without prolonged and expensive litigation that would cause significant harm to the Debtors and their estates." Motion Of The Debtors For A Status Conference Pursuant To 11 U.S.C. § 105(d) Regarding The Leveraged ESOP Transactions And Outstanding Discovery Requests Related Thereto [docket # 2567] (the "Motion") ¶ 9.

In particular, the Credit Agreement Lenders are concerned with the slow and secret nature of the "investigation" being conducted by the Official Committee of Unsecured Creditors (the "Committee"). The Motion indicates that the Committee has sought "informal" discovery (meaning, no formal Rule 2004 requests and no public disclosure of the entities from whom discovery has been requested) from "more than 30 entities and persons involved in the Leveraged ESOP Transactions." Motion ¶ 8. Although the Debtors, JPMorgan Chase Bank N.A., Valuation Research Corporation, and Duff & Phelps have shared their production materials with the Credit Agreement Lenders, and are commended for doing so, other parties have not responded to the Credit Agreement Lenders' request for such materials, and the Credit Agreement Lenders do not even know the identify of many of the "more than 30 entities and persons" who have produced information to the Committee.

This is unacceptable. Having run up more than $5 million in fees purportedly "investigating" the transactions just through September (the latest month for which fee information is available), including substantial fees for drafting and preparing a complaint, the Committee has advanced well beyond the stage of "investigation" and "analysis" and into litigation preparation mode. The Committee is now doing nothing more than pre-complaint discovery, without the standard protections afforded to litigants under the adversary proceeding rules (including such basic protections as, for example, disclosure of parties from whom discovery is sought). Further discovery under Rule 2004 is abusive and should be terminated.

At a minimum, in order to level the playing field, protect the rights of all parties in interest, and avoid what could easily devolve into a litigation morass of monumental proportions, the Credit Agreement Lenders request that the Court order the following:

1. The Committee should immediately disclose the identity of all persons and entities from whom it has requested information or documents regarding the Leveraged ESOP Transactions.

2. The Credit Agreement Lenders should be given access to all documents and information produced to the Committee, including documents and information produced in the future. (The Credit Agreement Lenders, of course, are willing to agree to the same confidentiality arrangements agreed to by the Committee).

3. The Credit Agreement Lenders should be afforded the right to attend any depositions conducted by the Committee or other parties in interest with respect to the Leveraged ESOP Transactions and to examine witnesses at those depositions.

4. Given the disparate information flow and the fact that no litigation has yet been commenced, the fact of a deposition conducted informally or pursuant to Rule 2004 should not serve as a substitute for depositions available under the adversary proceeding rules once litigation is commenced, and no witness may be excused from submitting to a properly-noticed deposition in accordance with the adversary proceeding rules due to the fact that the witness previously was deposed as part of the Committee's pre-litigation "investigation" process.

The Credit Agreement Lenders look forward to addressing these issues at the status conference, and working with the Debtors and other parties in interest in resolving the alleged issues with respect to the Leveraged ESOP Transactions and bringing these cases to a rapid and successful conclusion.

Dated: November 24, 2009	YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Proposed counsel to the Credit Agreement Lenders*

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to the Credit Agreement Lenders*

## **Exhibit A**

Anchorage Advisors, L.L.C.
Avenue Investments, LP
Avenue Special Situations Fund IV, L.P.
Avenue - CDP Global Opportunities Fund, L.P. (US)
Avenue International Master, LP (Master)
Avenue Special Situations Fund V, L.P.
Canyon Capital Advisors, LLC
Contrarian Funds LLC
CVI GVF (Lux) Master S.a.r.l.
Goldman Sachs Loan Partners
GoldenTree Credit Opportunities Financing I, Limited
GoldenTree 2004 Trust
GoldenTree Leverage Loan Master Fund, Ltd.
GoldenTree Credit Opportunities Second Financing, Limited
GoldenTree MultiStrategy Subsidiary, LLC
GoldenTree MultiStrategy Financing, Limited
GN3 SIP Limited
Greywolf Capital Partners II LP
Greywolf Capital Overseas Master Fund
Greywolf CLO I Ltd
James River Insurance
Northwoods Capital IV, Limited
Northwoods Capital V, Limited
Northwoods Capital VI, Limited
Northwoods Capital VII, Limited
Northwoods Capital VIII, Limited
Silver Oak Capital, LLC
KKR Financial CLO 2005-1, Ltd.
KKR Financial CLO 2006-1, Ltd.
KKR Financial CLO 2007-1, Ltd.
Oregon Public Employees Retirement Fund
KKR Financial Holdings III, LLC
KKR Strategic Capital Holdings I, L.P.
Knighthead Master Fund, L.P.
LMA SPC for and on behalf of MAP84 Segregated Portfolio
Latigo Master Fund Ltd.
LP MA1, Ltd.
SEG LP MA2, L.P.
SEG Latigo Master Fund Ltd.
Newstart Factors, Inc.

Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts
Scoggin Capital Management LP II
Scoggin International Fund LTD.
Scoggin Worldwide Distressed Fund, LTD
Taconic Market Dislocation Fund II LP
Taconic Market Dislocation Master Fund II LP
Taconic Capital Partners 1.5 LP
Taconic Opportunity Fund LP
Värde Investment Partners, L.P.
Viking Global Equities LP
Viking Global Equities II LP
VGE III Portfolio Ltd.
Waterstone Market Neutral Master Fund, Ltd
Waterstone Market Neutral Mac51 Fund, Ltd
York Capital Management, L.P.

DB02:8974267.1                                                                                                                            068968.1001

DB02:8974267.1                                                                                                                                                                068968.1001