## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 24th day of November, 2009, I caused a true and correct copy of the foregoing *Joinder and Response of Deutsche Bank Trust Company Americas, Indenture Trustee under the 1992 Indenture, the 1996 Indenture and the 1997 Indenture in the Relief Sought by Law Debenture Trust Company of New York in its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments.* to be served upon the below listed counsel by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ Katharine L. Mayer
Katharine L. Mayer (#3758)

**HAND DELIVERY**
Garvan F. MCDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

David Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**HAND DELIVERY**
Mark D. Collins
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Howard Seife
David LeMay
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**HAND DELIVERY**
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Leonard S. Shifflett
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

**HAND DELIVERY**
Daniel K. Astin
Ciardi Ciardi & Astin
919 Market Street, 7th Floor
Wilmington, DE 19801

Karen E. Wagner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10022

**HAND DELIVERY**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bruce Bennett
James O. Johnston
HENNIGAN, BENNETT & DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

ME1 9338582v.1

**HAND DELIVERY**
Robert S. Brady
M. Blake Cleary
Young Conway Stargatt & Taylor, LLP
The Branywine Building - 17th Floor
1000 West Street
Wilmington, DE 19899

ME1 9338582v.1