# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, [1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| In re: | Chapter 11 |
| CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, | Case No. 09-13495 (KJC) |
| Debtor. | **Related to Docket No. 2441** |

## FEE EXAMINER'S FINAL REPORT
## REGARDING FIRST INTERIM FEE APPLICATION OF
## PRICEWATERHOUSECOOPERS LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the First Interim Fee Application of PricewaterhouseCoopers LLP for the period from December 8, 2008, through February 28, 2009 ("Application"), seeking approval of fees totaling $776,078.00 and reimbursement of expenses totaling $15,489.89.   PricewaterhouseCoopers LLP ("PwC") serves as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors-in-Possession.

## Background

1.    Stuart Maue reviewed the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and general legal precedence of the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.    This report includes exhibits detailing and supporting the findings discussed.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.   Tasks included in a specific category reviewed are underlined and for purpose of context, the other tasks within the same entry are displayed but not underlined.

3.    Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing.  Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount blocked billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks in a block billed entry.  This methodology has been adopted by courts when evaluating fees and ruling on fee applications.  *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999).  Courts have found this proportional method of analyzing block billing a reasonable

solution to the problem of block billing. The alternative to using proportional time is to question the blocked entry in its entirety.

4.     Stuart Maue issued a preliminary report of our findings to PwC, and in turn the firm submitted a detailed written response. After consideration of PwC's response and the additional information contained therein, Stuart Maue prepared this final report to the Court for its consideration.

## Discussion of Findings

## Recomputation of Fees and Expenses

5.     In the application for retention of PwC that was approved with modifications, PwC stated it would seek compensation for Audit Engagement Letters based on a fixed fee structure and would provide a summary of hours by professional for those services. PwC estimated the fees in connection with the Audit Engagement Letters to be $1,815,000.00, not including reasonable out-of-pocket expenses. PwC further stated the firm would seek compensation for other professional services on an hourly basis and that "PwC will submit a narrative summary of each project category describing the services offered, identification of each professional, number of hours spent and the amount of compensation requested, as well as reasonably detailed records of its hourly fees that shall set forth a description of the services rendered by each professional and the amount of time spent on each date."

6.     The Application requested a total of $605,000.00 for fixed fee services for the 2008 Consolidated Audit and provided a summary of the professionals, their positions, and the associated hours which totaled 2,563.10.

7.     Stuart Maue recomputed the fees and expenses requested in the Application related to hourly services. The hours billed by each professional and paraprofessional were totaled and multiplied by the individual's hourly rate. In the first monthly application, the firm stated that it received a $50,000.00 retainer, which was applied to 39.50 hours incurred from December 1, 2008 to December 8, 2008, for a total of $20,981.00. The remaining $29,019.00 was identified as a retainer for post-petition services. Based on the fee detail provided by PwC, the fees for the first monthly

application total $168,283.50.  The firm reduced the requested amount by the post-petition retainer, resulting in fees of $139,264.50 for the first monthly application.  Because the hours and fees for the post-petition retainer were included in the fee detail in the Application, as expected Stuart Maue's recomputation reflects that the fees computed are $29,019.00 more than the fees requested.  The recomputation of expenses revealed no difference between the expenses requested and the computed amount.

**Review of Fees**

8.      **Firm Staffing.**  The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11."  The Application provided the names, positions, and hourly rates of the PwC professionals and paraprofessionals who billed to this matter.  The matter was staffed with 26 individuals, consisting of 4 partners, 1 senior managing director, 4 directors, 1 senior manager, 2 managers, 5 senior associates, 6 associates, 1 professional assistant, and 2 administrative personnel.  A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm billed a total of 476.60 hours with associated fees of $200,097.00[2] for the hourly services.  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 66.30 | 14% | $ 49,600.00 | 25% |
| Senior Managing Director | 6.00 | 1% | 3,600.00 | 2% |
| Director | 137.40 | 29% | 74,630.00 | 37% |
| Senior Manager | 16.50 | 3% | 7,100.00 | 3% |
| Manager | 43.10 | 9% | 17,227.50 | 9% |
| Senior Associate | 63.40 | 13% | 17,345.00 | 9% |
| Associate | 139.90 | 29% | 30,199.50 | 15% |

---

[2] This amount is based on the fees computed by Stuart Maue.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Professional Assistant | 0.50 | * | 72.50 | * |
| Administrative | 3.50 | * | 322.50 | * |
| **TOTAL** | 476.60 | 100% | $200,097.00 | 100% |

\* Less than 1%

The blended hourly rate for the PwC professionals is $422.27, and the blended hourly rate for professionals and paraprofessionals is $419.84.

9.    **Hourly Rate Increases.**  PwC increased the hourly rates of one timekeeper during the first interim period.  The PwC application for retention stated the "hourly rates charged by PwC professionals differ based on, among other things, each professional's level of experience, which may be altered from time to time."  The rate of senior manager Dan Drobac increased from $425.00 to $450.00 per hour on February 1, 2009.  The fees attributable to this rate increase total $87.50.

10.    **Transient Timekeepers.**  Tasks performed by timekeepers whose participation is limited and sporadic becomes questionable if the value of their involvement and the necessity of their contribution is unclear.  Thirteen PwC timekeepers billed less than 10.00 during the interim period. Stuart Maue recognizes that some professionals or paraprofessionals have specialized knowledge or expertise and may be called upon to provide services on a limited basis; however, it appears some professionals had minimal involvement and billed for activities that other timekeepers, or timekeepers billing at a lower rate, may have performed.  The billing entries of the potentially transient timekeepers totaled 31.70 hours and $13,955.50 in associated fees and were set forth in Exhibit B to the preliminary report.

In response to the preliminary report, PwC provided an explanation of the role and necessity of the timekeepers in question.  Based upon the firm's analysis, PwC agreed to a voluntary fee reduction in the amount of $829.50 resulting from the fees incurred by three individuals.  Stuart Maue agrees with the firm regarding the three transient timekeepers and accepts the explanations provides for the remaining potentially transient timekeepers.  The agreed upon reduction is displayed in Exhibit B to this report.

11.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further require fee applications to include complete and detailed activity descriptions and that each description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." All but two of the activity descriptions in the Application were sufficiently detailed, an accordingly Stuart Maue makes no recommendation for a fee reductions resulting from vaguely described time entries.

12.    **Conferences, Hearings, and Other Events.** Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" and Section II.D.5 of the Guidelines states "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In Re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994). Stuart Maue identified all conferences, hearings, and other events and classified them either as a nonfirm conference, hearing, or other event, or as an intraoffice conference. Nonfirm conferences are identified as a conference attended by at least one person from outside the firm. Intraoffice conferences are identified as conferences attended exclusively by firm personnel. Contrary to Local Rule 2016-2, neither the Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.

a.    **Nonfirm Conferences, Hearings, and Events.** Stuart Maue identified occasions when two or more PwC timekeepers bill to attend the same nonfirm conference, hearing, or

other event.  The entries, totaling 16.40 hours with $8,722.50 in associated fees, were displayed in Exhibit C to the preliminary report.  The entries for all attendees, except the timekeeper who appeared to be the most responsible at the event (i.e., the timekeeper who conducted a meeting rather than simply attended the meeting), were highlighted in bold and marked with an ampersand [&] in the exhibit and totaled 8.20 hours with $4,317.50 in associated fees.

        In response to the preliminary report, PwC provided general information regarding the firm's intent to provide the Debtors with the most efficient analysis, and specific details regarding the meetings and events.  Given the detailed information provided by PwC, Stuart Maue makes no recommended reduction to the fees incurred for multiple attendance, and accordingly Exhibit C is omitted from this report.

      **b.**     **<u>Intraoffice Conferences.</u>**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The fees billed by PwC for intraoffice conferences total 51.00 hours with $23,940.00 in associated fees, which computes to approximately 12% of the total fees requested in the Application.  The entries were displayed on Exhibit D to the preliminary report.  In some instances, two or more firm professionals and/or paraprofessionals billed to attend the same internal conference.  The conferences attended by more than one timekeeper total 50.00 hours with $23,398.00 in associated fees.  The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold print and marked with an ampersand [&] in Exhibit D.  Stuart Maue requested that PwC provide a brief explanation for the necessity of more than one participant billing for an intraoffice conference.

        PwC's response to the issue of intraoffice conferences was consistent with the response regarding multiple attendance.  The firm again provided specific details regarding the meetings identified and justified the participation of various personnel.  Based upon the information provided by PwC, Stuart Maue makes no recommendation for a fee reduction resulting from intraoffice conferences.  Exhibit D is omitted from this report.

13.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  Likewise, activities relating to the training and assignment of tasks to staff members or the supervision of any administrative functions should be considered a cost of doing business and a factor considered in establishing the firm's hourly rates.  Also included in administrative tasks is time expended to review and edit time entries and invoices.  "Where the time entries require revision to conform to the court's standards, the editing services are administrative functions that are not compensable even if they are performed by a professional."  *See In Re CF & I Fabricators of Utah,* 131 B.R. 474, 485 (D. Utah 1991).  As a general rule, time expended by a firm in performing conflicts checks required as a condition of the firm's retention is not compensable and would also be considered an administrative activity.  *See In Re ACT Manufacturing, Inc.,* 281 B.R. 468, 490 (Bankr. D. Mass. 2002).  The entries describing administrative activities, totaling 26.80 hours and $8,256.00 in associated fees, were displayed in Exhibit E to the preliminary report.

In response to the preliminary report, PwC segregated the potentially administrative activities into three categories, and provided a detailed explanation of why two of the categories do not constitute administrative work.  Given the additional information and context provided, Stuart Maue does not make a recommendation for a fee reduction for the related time entries.  The third category created by PwC consists of a time entry for which the firm agrees to reduce the fee request.  The administrative entry, displayed in Exhibit E to this report, amounts to $110.00 and that it is Stuart Maue's recommendation that PwC's fee request is reduced by that amount.

14.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries or support personnel.  Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying.  Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants,

paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members. "Fees for services that are purely clerical, ministerial, or administrative should be disallowed." *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989). In this Court there has been a practice by Stuart Maue and other fee examiners of recommending that clerical activities be paid at the rate of $80.00 per hour. It is Stuart Maue's intent to follow that same practice in this case. The entries identified as clerical activities were displayed in Exhibit F to the preliminary report and totaled 5.85 hours with $1,182.00 in associated fees.

In response to the preliminary report, PwC agreed to reduce the hourly rate applied to the clerical activities to $80.00. Accordingly, Stuart Maue recommends a fee reduction in the amount of $661.50 for clerical activities. The reduction reflects the fees resulting from the reduced hourly rate applied to all time entries displayed in Exhibit F to this report.

15.    **PwC Retention/Compensation.**  Stuart Maue reviewed and identified entries related to the firm's retention and compensation. PwC billed 96.80 hours with associated fees of $34,321.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 17% of the total fees billed by the firm. The fee entries identified as retention/compensation activities were displayed in Exhibit G to the preliminary report. Given the percentage of fees apparently devoted to retention/compensation activities, Stuart Maue requested that PwC provide an explanation of the work performed.

In response to the preliminary report, PwC provided a detailed explanation for the two primary tasks at issue. In each case, PwC professionals were required to ensure compliance with the firm's terms of retention, which differ from PwC's ordinary course of business, and to satisfy inquiries from the U.S. Trustee and the Creditors Committee Counsel. Given the detail and context provided, Stuart Maue makes no recommendation for a fee reduction. Exhibit G is omitted from this report.

## Review of Expenses

16.    **Complete and Detailed Itemization of Expenses.**    The Guidelines in Section II.E.3 state "Factors relevant to a determination that the expense is proper include ... Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred."   PwC provided an itemization for the firm's expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

17.    **Travel Expenses**

a.    **Airfare.**  PwC requested reimbursement for airfare charges totaling $2,422.04. The charges included one fare in the amount of $1,152.89 for travel from Chicago to New York on January 8, 2009, by William T. England.  Stuart Maue was unable to determine the fare class for this ticket and requested that PwC provide that information for the charge displayed in the following table.

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 012009-60 | 12/30/08 | $1,152.89 | 0109E0119: UNITED AIRLINES MIAMI LAKES FL - ROUNDTRIP ECONOMY AIRFARE ON 1/08/2009.[AIRFARE][WILLIAM T ENGLAND] [2008 CONSOLIDATED AUDIT] |

In response to the preliminary report, PwC determined that the airfare was first class, and voluntarily agreed to an expense reduction in the amount of $582.89 representing the difference between economy and first class airfare between O'Hare and JFK airports.

b.    **Travel Meals.**  PwC requested reimbursement for travel meals in the amount of $2,105.62.  Based on prior rulings of this Court, the amount billed should not exceed $15.00 per person for breakfast, $25.00 per person for lunch, and $50.00 per person for dinner.  Several meal charges displayed in the following table appear to exceed the amounts allowed by the Court.

| Invoice Number | Entry Date | Amount | Description | Meal Type | Ceiling (Multiplied by Number of Attendees) | Amount in Excess of Ceiling |
|---|---|---|---|---|---|---|
| 012009-60 | 12/09/08 | $51.19 | 0109E0013: MARRIOTT LOSANGE DWT LOS ANGELES CA -DINNER- SELF.[MEALS][MEREDITH A FLITTNER] [2008 CONSOLIDATED AUDIT] | Dinner | $50.00 | $1.19 |
| 012009-60 | 12/11/08 | $22.25 | 0109E0027: LEVY @ STAPLES - IN LOS ANGELES CA -BREAKFAST - SELF.[MEALS][MEREDITH A FLITTNER] [2008 CONSOLIDATED AUDIT] | Breakfast | $15.00 | $7.25 |
| 012009-60 | 12/15/08 | $174.14 | 0109E0062: ROYS #2506 306802025 LOS ANGELES CA - DINNER -A. SULLIVAN, A. JOHANNS, AND SELF.[MEALS][SHERI L MEYERS] 2008 CONSOLIDATED AUDIT] | Dinner | $150.00 | $24.14 |
| 012009-60 | 12/16/08 | $175.00 | 0109E0070: THE PALM LOS ANGELES CA - DINNER - A. JOHANNS, A. SULLIVAN, AND SELF.[MEALS][SHERI L MEYERS] [2008 CONSOLIDATED AUDIT] | Dinner | $150.00 | $25.00 |
| 012009-60 | 12/17/08 | $112.84 | 0109E0079: PETES CAFE AND BAR 6 LOS ANGELES CA -DINNER - LAT SITE VISIT.[MEALS][DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT] | Dinner | $50.00 | $62.84 |
| 012009-60 | 12/18/08 | $252.71 | 0109E0091: CIUDAD RESTAURANT 80 LOS ANGELES CA -DINNER - LAT SITE VISIT.[MEALS][DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT] | Dinner | $50.00 | $202.71 |
| 012009-60 | 12/19/08 | $38.60 | 0109E0100: GORDEN BIERSCH050033 LOS ANGELES CA -PARTIAL LUNCH - LAT SITE VISIT.[MEALS][DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT] | Lunch | $25.00 | $13.60 |

In response to the preliminary report, PwC explained that the dinner held on December 17, 2008, included four individuals, and accordingly fit within the Court's meal schedule. However, the remaining six meal charges include costs in excess of the Court's schedule, and accordingly PwC agreed to an expense reduction in the amount of $273.89.

18.    **Overtime Transportation.**  PwC requested reimbursement for overtime transportation costs in the amount of $107.00.  Although a firm may have a policy that personnel may be reimbursed for expenses for travel home after working late, such charges are generally considered part of the firm's overhead.  The charges are displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 012009-60 | 12/19/08 | $22.00 | 0109E0099: YELLOW CAB - CHICAGO, IL - TAXI FROM HOME TO OFFICE TO RETURN BINDERS.[PUBLIC/GROUND TRANSPORTATION][ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 12/21/08 | $15.00 | 0109E0109: PARKING CHARGE FOR WORKING ON WEEKEND. -TRIBUNE WORK ON SUNDY.[PARKING][WILLIAM T ENGLAND] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 01/05/09 | $48.00 | 0109E0121: CHICAGO YELLOW CAB - TAXI FROM OFFICE TO HOME AFTER HOURS (4 DAYS).[PUBLIC/GROUND TRANSPORTATION][SHERI L MEYERS] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 01/29/09 | $8.00 | 0109E0136: TAXI - TAXI FROM OFFICE TO HOME; WORKING LATE.[PUBLIC/GROUND TRANSPORTATION][SUMAIRA MARYUM AKHTAR] [2008 CONSOLIDATED AUDIT] |
| 012009-10 | 01/15/09 | $14.00 | 0109E0142: CHOICE TAXI - TAXI FROM OFFICE TO HOME; WORKING LATE.[PUBLIC/GROUND TRANSPORTATION][CARLEY E FINKENTHAL][GENERAL COMPENSATION ADVISORY SERVICES] |

In response to the preliminary report, PwC agreed to an expense reduction in the amount of $107.00.

19.    **Overtime Meals.**  PwC requested reimbursement of $2,371.62 for meals.  It appears that meals totaling $2,105.62 relate to travel.  The remaining meals, totaling $266.00, appear to be for PwC employees that were not related to travel.  Although a firm may have a policy that personnel may be reimbursed for working meals, these charges are generally considered part of the firm's overhead. Stuart Maue requests that PwC provide an explanation for the purpose of these meal charges, which are displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 012009-60 | 12/19/08 | $77.48 | 0109E0103: CORNERBAKERY245 CHICAGO IL - BREAKFAST WITH J. SPAHN, M. SULLIVAN, A. JOHANNS, AND SELF.[MEALS][MEAGHAN K SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 01/10/09 | $6.46 | 0109E0131: POTBELLY 002 5429298 CHICAGO IL - LUNCH -WORKING WEEKEND.[MEALS][DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 01/10/09 | $11.80 | 0109E0132: POTBELLY 002 5429298 CHICAGO IL - LUNCH - D. DROBAC AND SELF.[MEALS][SHERI L MEYERS] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 01/28/09 | $9.70 | 0109E0135: WALGREENS #2742 0000 CHICAGO - BREAKFAST.[MEALS][ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 01/30/09 | $72.48 | 0109E0137: CORNERBAKERY245 CHICAGO - BREAKFAST (J. SPAHN, M. SULLIVAN, AND SELF).[MEALS][ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 012009-10 | 01/20/09 | $5.14 | 0109E0147: FRESH CHOICE EXPRESS DALLAS TX - LUNCH - SELF.[MEALS][CHARLES WHEELER][GENERAL COMPENSATION ADVISORY SERVICES] |

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 012009-60 | 12/12/08 | $76.14 | 0109E0034: CORNERBAKERY245 CHICAGO IL - BREAKFAST J. SPAHN, M. SULLIVAN, AND SELF.[MEALS][MEAGHAN K SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 012009-60 | 12/16/08 | $6.80 | 0109E0069: POTBELLY 007 5429298 CHICAGO IL - LUNCH - SELF.[MEALS][SHERI L MEYERS] [2008 CONSOLIDATED AUDIT] |

In response to the preliminary report, PwC agreed to an expense reduction in the amount of $266.00.

### Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above. Stuart Maue recommends the approval of fees in the amount of $774,477.00 ($776,078.00 minus $1,601.00) and reimbursement of expenses in the amount of $14,260.11 ($15,489.89 minus $1,229.78) for the period from December 8, 2008, through February 28, 2009.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# APPENDIX A

## PRICEWATERHOUSECOOPERS LLP

### SUMMARY OF FINDINGS

#### First Interim Fee Application (December 8, 2008 through February 28, 2009)

##### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $776,078.00 | |
| Expenses Requested | 15,489.89 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $791,567.89 |
| | | |
| Fees Computed | $200,097.00 | |
| Expenses Computed | 15,489.89 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $215,586.89 |
| | | |
| Fixed Fee Services for the 2008 Consolidated Audit | $605,000.00 | |
| Retainer for Post-Petition Services | (29,019.00) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $575,981.00 |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $776,078.00 | |
| *Agreed Reduction for Transient Timekeepers* | | *($   829.50)* |
| *Agreed Reduction for Administrative Activities* | | *(110.00)* |
| *Agreed Reduction for Clerical Activities* | | *(661.50)* |
| Subtotal | | *($1,601.00)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $774,477.00 |
| | | |
| Expenses Requested | $15,489.89 | |
| *Agreed Reduction for First Class Airfare* | | *($   582.89)* |
| *Agreed Reduction for Travel Meals* | | *(273.89)* |
| *Agreed Reduction for Overtime Transportation* | | *(107.00)* |
| *Agreed Reduction for Overtime Meals* | | *(266.00)* |
| Subtotal | | *($1,229.78)* |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 14,260.11 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $788,737.11 |

EXHIBIT F

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**PricewaterhouseCoopers LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| CWHE | Wheeler, Charles | PARTNER | $750.00 | $750.00 | 32.80 | $24,600.00 |
| PCPE | Perry, Paul C. | PARTNER | $750.00 | $750.00 | 27.50 | $20,625.00 |
| SNOL | Olsen, Scott N. | PARTNER | $750.00 | $750.00 | 5.00 | $3,750.00 |
| JLKR | Krueger, Janet L. | PARTNER | $625.00 | $625.00 | 1.00 | $625.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: $748.11 | | | 66.30 | $49,600.00 |
| | | | | % of Total: 13.91% | % of Total: 24.79% | |
| JTWI | Winks, J. Timothy | SR MANAG DIREC | $600.00 | $600.00 | 6.00 | $3,600.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: $600.00 | | | 6.00 | $3,600.00 |
| | | | | % of Total: 1.26% | % of Total: 1.80% | |
| AGOO | Goodyear, Anne | DIRECTOR | $550.00 | $550.00 | 124.10 | $68,255.00 |
| ATHA | Thacher, Alex | DIRECTOR | $450.00 | $450.00 | 6.40 | $2,880.00 |
| BWYE | Yerre, Brandon William | DIRECTOR | $550.00 | $550.00 | 3.90 | $2,145.00 |
| WJOZ | Jozaitis, William | DIRECTOR | $450.00 | $450.00 | 3.00 | $1,350.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: $543.16 | | | 137.40 | $74,630.00 |
| | | | | % of Total: 28.83% | % of Total: 37.30% | |
| DDRO | Drobac, Dan | SR. MANAGER | $425.00 | $450.00 | 16.50 | $7,100.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: $430.30 | | | 16.50 | $7,100.00 |
| | | | | % of Total: 3.46% | % of Total: 3.55% | |
| ACSM | Smith, Andrea Clark | MANAGER | $400.00 | $400.00 | 42.60 | $17,040.00 |
| EAKA | Kaminski, Elizabeth A. | MANAGER | $375.00 | $375.00 | 0.50 | $187.50 |
| | No. of Billers for Position: 2 | Blended Rate for Position: $399.71 | | | 43.10 | $17,227.50 |
| | | | | % of Total: 9.04% | % of Total: 8.61% | |
| KCHA | Chakravarti, Kamal | SR. ASSOCIATE | $275.00 | $275.00 | 34.50 | $9,487.50 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**PricewaterhouseCoopers LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| SMFI | Finseth, Shonda M. | SR. ASSOCIATE | $290.00 | $290.00 | 19.10 | $5,539.00 |
| SILO | Lovitch, Samuel I. | SR. ASSOCIATE | $225.00 | $225.00 | 6.90 | $1,552.50 |
| LCAO | Cao, Lishan | SR. ASSOCIATE | $275.00 | $275.00 | 2.00 | $550.00 |
| SEMI | Miller, Susan E. | SR. ASSOCIATE | $240.00 | $240.00 | 0.90 | $216.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: | $273.58 | | 63.40 | $17,345.00 |
| | | | | % of Total: | 13.30% | % of Total: 8.67% |
| CEFI | Finkenthal, Carley E. | ASSOCIATE | $215.00 | $215.00 | 66.80 | $14,362.00 |
| AJAC | Jackson, Ashra | ASSOCIATE | $215.00 | $215.00 | 38.30 | $8,234.50 |
| SMST | Stendahl, Subashi M. | ASSOCIATE | $225.00 | $225.00 | 14.50 | $3,262.50 |
| TSWI | Swindle, Travis | ASSOCIATE | $215.00 | $215.00 | 14.90 | $3,203.50 |
| MLAN | Antonelli, Michael L. | ASSOCIATE | $215.00 | $215.00 | 5.00 | $1,075.00 |
| ELGA | Gargir, Erez Lavi | ASSOCIATE | $155.00 | $155.00 | 0.40 | $62.00 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $215.86 | | 139.90 | $30,199.50 |
| | | | | % of Total: | 29.35% | % of Total: 15.09% |
| CLGR | Griffin, Cynthia Louise | PROF ASSISTANT | $145.00 | $145.00 | 0.50 | $72.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $145.00 | | 0.50 | $72.50 |
| | | | | % of Total: | 0.10% | % of Total: 0.04% |
| PAME | Melody, Patricia Ann | ADMINISTRATIVE | $90.00 | $90.00 | 2.00 | $180.00 |
| RJSI | Siwinski, Ronald J. | ADMINISTRATIVE | $95.00 | $95.00 | 1.50 | $142.50 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $92.14 | | 3.50 | $322.50 |
| | | | | % of Total: | 0.73% | % of Total: 0.16% |
| | Total No. of Billers: 26 | Blended Rate for Report: | $419.84 | | 476.60 | $200,097.00 |

EXHIBIT B

TRANSIENT TIMEKEEPERS

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Gargir, E | 0.40 | 62.00 |
| Krueger, J | 1.00 | 625.00 |
| Siwinski, R | 1.50 | 142.50 |
| | 2.90 | $829.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims Consulting Services | 0.40 | 62.00 |
| Monthly, Interim and Final Fee Applications | 2.50 | 767.50 |
| | 2.90 | $829.50 |

EXHIBIT B

TRANSIENT TIMEKEEPERS

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Gargir, E | 02/26/09 022009-20/35 | Thu | 0.40 | 0.40 | 62.00 | *MATTER NAME: Claims Consulting Services*<br>1  0209H0035: PRINTING AND ORGANIZING CLIENT CORRESPONDENCE IN FILE. |
| | NUMBER OF ENTRIES: | 1 | | 0.40 | 62.00 | |
| Krueger, J | 02/02/09 022009-40/60 | Mon | 1.00 | 1.00 | 625.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0209H0059: MEETING WITH A. CLARK SMITH (PWC) TO DISCUSS TIME REPORTING. |
| | NUMBER OF ENTRIES: | 1 | | 1.00 | 625.00 | |
| Siwinski, R | 02/16/09 022009-40/69 | Mon | 1.50 | 1.50 | 142.50 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0209H0068: REVIEW CORRESPONDENCE REGARDING TRIBUNE BANKRUPTCY AND TIME REPORTING INSTRUCTIONS AND PREPARE E-MAIL COMMUNICATION FROM W. JOZAITS (PWC) WITH REGARD TO CUSTOMIZED TIME REPORTING FOR TRIBUNE COMPANY AND TEMPLATE. |
| | NUMBER OF ENTRIES: | 1 | | 1.50 | 142.50 | |
| Total | | | | 2.90 | $829.50 | |
| Number of Entries: | 3 | | | | | |

EXHIBIT B

TRANSIENT TIMEKEEPERS

PricewaterhouseCoopers LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Gargir, E | 0.40 | 62.00 |
| Krueger, J | 1.00 | 625.00 |
| Siwinski, R | 1.50 | 142.50 |
| | 2.90 | $829.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims Consulting Services | 0.40 | 62.00 |
| Monthly, Interim and Final Fee Applications | 2.50 | 767.50 |
| | 2.90 | $829.50 |

EXHIBIT E

ADMINISTRATIVE ACTIVITIES

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Goodyear, A | 0.20 | 110.00 |
| | 0.20 | $110.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| General Compensation Advisory Services | 0.20 | 110.00 |
| | 0.20 | $110.00 |

EXHIBIT E

ADMINISTRATIVE ACTIVITIES

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 01/20/09 Tue | Goodyear, A 012009-10/252 | 0.20 | 0.20 | 110.00 | | *MATTER NAME: General Compensation Advisory Services*<br>1  0109H0174: REVIEW LOGISTICS AND ARRANGE TO DELIVER COURIER SERVICE. |
| Total | | | 0.20 | $110.00 | | |
| Number of Entries: | 1 | | | | | |

EXHIBIT E

ADMINISTRATIVE ACTIVITIES

PricewaterhouseCoopers LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Goodyear, A | 0.20 | 110.00 |
| | 0.20 | $110.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| General Compensation Advisory Services | 0.20 | 110.00 |
| | 0.20 | $110.00 |

EXHIBIT F

CLERICAL ACTIVITIES

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Goodyear, A | 0.35 | 192.50 |
| Melody, P | 2.00 | 180.00 |
| Smith, A | 1.40 | 560.00 |
| Stendahl, S | 0.20 | 45.00 |
| | 3.95 | $977.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Employment Applications and Other Court Filings | 1.30 | 520.00 |
| General Compensation Advisory Services | 2.35 | 372.50 |
| Monthly, Interim and Final Fee Applications | 0.20 | 45.00 |
| Relationship Check and Disinterestedness | 0.10 | 40.00 |
| | 3.95 | $977.50 |

EXHIBIT F

CLERICAL ACTIVITIES

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 12/24/08 Wed | Smith, A 012009-30/304 | 0.50 | 0.50 | 200.00 | *MATTER NAME: Employment Applications and Other Court Filings*<br>1  0109H0226: DISTRIBUTE FINAL COURT DOCUMENTS TO SIDLEY FOR FILING. |
| 12/24/08 Wed | Smith, A 012009-30/305 | 0.20 | 0.20 | 80.00 | *MATTER NAME: Employment Applications and Other Court Filings*<br>1  0109H0227: DISTRIBUTE TO DEBTORS' COUNSEL FOR FILING. |
| 12/24/08 Wed | Smith, A 012009-50/339 | 0.20 | 0.10 | 40.00 | *MATTER NAME: Relationship Check and Disinterestedness*<br>1  0109H0261: INCORPORATE ADDITIONAL CLIENT INFORMATION INTO THE SCHEDULE 2 AND REVISE AFFIDAVIT DISCLOSURES;<br>2  CREATE PDF FOR PARTNER SIGNATURE. |
| 12/30/08 Tue | Goodyear, A 012009-10/141 | 0.70 | 0.35 | 192.50 | *MATTER NAME: General Compensation Advisory Services*<br>1  0109H0063: CIRCULATE NEW LTI DECK AND<br>2  COORDINATE CALLS WITH TEAMS. |
| 01/15/09 Thu | Melody, P 012009-10/220 | 0.50 | 0.50 | 45.00 | *MATTER NAME: General Compensation Advisory Services*<br>1  0109H0142: DOCUMENT DEVELOPMENT AND PRINTING AT THE REQUEST OF A. GOODYEAR (PWC) FOR THE RESTRUCTURING BONUS PLAN. |
| 01/20/09 Tue | Melody, P 012009-10/256 | 1.50 | 1.50 | 135.00 | *MATTER NAME: General Compensation Advisory Services*<br>1  0109H0178: DOCUMENT DEVELOPMENT AND PRINTING FOR THE RESTRUCTURING BONUS PLAN. |
| 02/27/09 Fri | Smith, A 022009-30/57 | 0.60 | 0.60 | 240.00 | *MATTER NAME: Employment Applications and Other Court Filings*<br>1  0209H0056: DISTRIBUTE SUPPLEMENTAL DECLARATION TO DEBTORS COUNSEL AND US TRUSTEE. |
| 02/27/09 Fri | Stendahl, S 022009-40/79 | 0.20 | 0.20 | 45.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0209H0078: ADDING SIGNATURE AND COMBINING ALL EXHIBITS INTO ONE DELIVERABLE TO BE SENT TO COUNSEL. |
| | | | 3.95 | $977.50 | |

Total

Number of Entries:        8

EXHIBIT F

CLERICAL ACTIVITIES

PricewaterhouseCoopers LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Goodyear, A | 0.35 | 192.50 |
| Melody, P | 2.00 | 180.00 |
| Smith, A | 1.40 | 560.00 |
| Stendahl, S | 0.20 | 45.00 |
| | 3.95 | $977.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Employment Applications and Other Court Filings | 1.30 | 520.00 |
| General Compensation Advisory Services | 2.35 | 372.50 |
| Monthly, Interim and Final Fee Applications | 0.20 | 45.00 |
| Relationship Check and Disinterestedness | 0.10 | 40.00 |
| | 3.95 | $977.50 |