# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SECOND MONTHLY FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL AND ACCOUNTING ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION
### FOR THE PERIOD OF AUGUST 1, 2009 THROUGH OCTOBER 31, 2009

| Name of Applicant: | Deloitte & Touche LLP |
|---|---|

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
|---|---|
| Date of Retention: | Effective June 26, 2009 by Order Entered August 11, 2009 |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2009 through October 31, 2009[2] |
| Amount of compensation sought as actual, reasonable and necessary: | $50,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $0.00 |

This is a(n):   __X__ monthly   _____ interim   _____ final application

Requested Payment Amount: **$50,000.00**

Fees at 80% **$40,000.00**

Expenses at 100% **$0.00**

## SUMMARY OF PREVIOUSLY FILED FEE APPLICATION

This is the Second Monthly Fee Application filed by Deloitte & Touche LLP. Deloitte has previously issued one monthly fee invoice to the Debtors for interim payment.

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| First Quarterly Fee Application - July 2009 - September 2009 | | | | | | | | |
| 1 | 8/24/2009 | 07/01/2009 07/31/2009 | $ 84,010.00 | $ 163.93 | | | | |
| | Total | | $ 84,010.00 | $ 163.93 | | | | |

---

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## SUMMARY OF PROFESSIONALS – PRO-FORMA PREPARATION SERVICES
## AUGUST 1, 2009 THROUGH OCTOBER 31, 2009

| Professional by Billing Category | Professional's Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Pro-Forma Preparation Services** | | | | |
| Pete Leadstrom | Partner | 550 | 6.3 | 3,465.00 |
| Marc Weinstein | Director | 550 | 1.6 | 880.00 |
| Sean Conroy | Sr. Manager | 475 | 4.2 | 1,995.00 |
| Ryan Stecz | Sr. Manager | 475 | 14.8 | 7,030.00 |
| Alice Loo | Sr. Manager | 475 | 0.5 | 237.50 |
| Korwin Roskos | Sr. Manager | 475 | 5.8 | 2,755.00 |
| Patrick Conway | Manager | 425 | 25.8 | 10,965.00 |
| Steve McCullough | Manager | 425 | 9.0 | 3,825.00 |
| Mark Smeraglinolo | Senior | 350 | 28.3 | 9,905.00 |
| Soraya King | Senior | 350 | 18.2 | 6,377.50 |
| Liz Diubek | Tax Consultant | 300 | 8.6 | 2,565.00 |
| **Total Hours and Compensation** | | | **123.1** | **50,000.00** |

The Tribune Company
Deloitte & Touche LLP - Pro Forma Preparation Services
Details of Hours and Compensation by Project and Date
For the Period August 1, 2009 through October 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/3/09 | Marc Weinstein | Director | Meet with Deloitte state tax team related to tax impacts on pro forma financial statements | 550 | 0.6 | 330.00 |
| 8/3/09 | Ryan Stecz | Senior Manager | Meet with Deloitte state tax team related to tax impacts on pro forma financial statements | 475 | 2.1 | 997.50 |
| 8/3/09 | Alice Loo | Senior Manager | Call with client to discuss pro forma financial statements | 475 | 0.5 | 237.50 |
| 8/3/09 | Korwin Roskos | Senior Manager | Meet with Deloitte state tax team related to tax impacts on pro forma financial statements | 475 | 0.5 | 237.50 |
| 8/3/09 | Soraya King | Senior | Meet with Deloitte state tax team related to tax impacts on pro forma financial statements | 350 | 2.0 | 700.00 |
| 8/3/09 | Soraya King | Senior | Evaluation of state income tax impacts on pro forma financial statements | 350 | 2.8 | 980.00 |
| 8/3/09 | Liz Diubek | Tax Consultant | Prepare state income tax impacts on pro forma financial statements | 300 | 1.7 | 510.00 |
| 8/3/09 | Liz Diubek | Tax Consultant | Prepare state income tax impacts on pro forma financial statements | 300 | 1.5 | 450.00 |
| 8/3/09 | Liz Diubek | Tax Consultant | Prepare state income tax impacts on pro forma financial statements | 300 | 1.3 | 390.00 |
| 8/4/09 | Marc Weinstein | Director | Telephone Call with client regarding information for income tax impact on pro forma financial statements | 550 | 0.7 | 385.00 |
| 8/4/09 | Ryan Stecz | Senior Manager | Internal discussions regarding the pro forma financial statements being prepared and the manner in which certain entities/assets will be reflected in those statements. Additional research related to the bankruptcy aspects that should be considered in connection with the calculation of deferred taxes going forward. | 475 | 2.8 | 1,330.00 |
| 8/4/09 | Korwin Roskos | Senior Manager | Discussion with client regarding state income tax impacts on pro forma financial statements | 475 | 1.1 | 522.50 |
| 8/4/09 | Korwin Roskos | Senior Manager | Drafted and sent email to client regarding state income tax impacts on pro forma financial statements | 475 | 0.4 | 190.00 |
| 8/4/09 | Pat Conway | Manager | Review of pro forma financial statement model and analysis updated for adjustments identified to date | 425 | 3.0 | 1,275.00 |
| 8/4/09 | Steve McCullough | Manager | Evaluation of income tax provision and deferred tax balances as impacts pro forma financial statements | 425 | 2.2 | 935.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/4/09 | Steve McCullough | Manager | Evaluation of income tax provision and deferred tax balances as impacts pro forma financial statements | 425 | 2.8 | 1,190.00 |
| 8/4/09 | Mark Smeraglinolo | Senior | Preparing footnote disclosures related to pro forma financials | 350 | 2.1 | 735.00 |
| 8/4/09 | Mark Smeraglinolo | Senior | Discuss pro forma financials and related footnotes with T. Lightfoot (Tribune) | 350 | 0.7 | 245.00 |
| 8/4/09 | Mark Smeraglinolo | Senior | Update pro forma financial statements workbook after discussions with Tribune | 350 | 1.6 | 560.00 |
| 8/4/09 | Mark Smeraglinolo | Senior | Continue drafting footnotes for pro forma financials | 350 | 1.6 | 560.00 |
| 8/4/09 | Mark Smeraglinolo | Senior | Research and continued updating pro formas financials for adjustments | 350 | 2.0 | 700.00 |
| 8/4/09 | Soraya King | Senior | Discussion with client regarding PBC materials and subsequent analyzing of state income tax impacts on pro forma financial statements | 350 | 2.6 | 910.00 |
| 8/4/09 | Liz Diubek | Tax Consultant | Evaluation of state income tax impacts on pro forma financial statements | 300 | 1.3 | 375.00 |
| 8/4/09 | Sean Conroy | Senior Manager | Review memo on pro forma materiality and calculations prepared for pro forma project. Discuss with P. Conway (Deloitte) | 475 | 0.8 | 380.00 |
| 8/4/09 | Ryan Stecz | Senior Manager | Internal discussions regarding progress with respect to the tax provision calculation, deferred tax calculation and other pro forma adjustments. | 475 | 2.6 | 1,235.00 |
| 8/4/09 | Korwin Roskos | Senior Manager | Preparation of budget for state income tax procedures related to pro forma financial statements | 475 | 0.3 | 142.50 |
| 8/5/09 | Pat Conway | Manager | Review and preparation of accounting memo documenting materiality considerations in relation to pro forma financial statements | 425 | 1.7 | 722.50 |
| 8/5/09 | Pat Conway | Manager | Research and analysis on the accounting for deferred revenue and sale-leaseback valuation and impact on pro forma financial statements | 425 | 1.8 | 765.00 |
| 8/5/09 | Pat Conway | Manager | Review and preparation of accounting memo documenting materiality considerations in relation to pro-forma adjustments | 425 | 0.7 | 297.50 |
| 8/5/09 | Pat Conway | Manager | Discuss memo on pro forma materiality and calculations for project project with S. Conroy (Deloitte) | 425 | 0.8 | 340.00 |
| 8/5/09 | Mark Smeraglinolo | Senior | Updating pro forma financials for comments from Deloitte | 350 | 0.8 | 280.00 |
| 8/5/09 | Mark Smeraglinolo | Senior | Reviewing new PBC materials provided by Tribune Company related to pro forma financial statements | 350 | 2.3 | 805.00 |
| 8/5/09 | Mark Smeraglinolo | Senior | Research and preparation of deferred revenue memo as related to pro forma financial statement process | 350 | 0.9 | 315.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/5/09 | Soraya King | Senior | Evaluation of state income tax impacts on pro forma financial statements | 350 | 2.0 | 700.00 |
| 8/5/09 | Soraya King | Senior | Evaluation of state income tax impacts on pro forma financial statements | 350 | 1.3 | 455.00 |
| 8/5/09 | Liz Diubek | Tax Consultant | Evaluation of state income tax impacts on pro forma financial statements | 300 | 0.3 | 75.00 |
| 8/6/09 | Pete Leadstrom | Partner | Meet with Deloitte pro forma team to discuss comments on materiality and pro forma form and content memos | 550 | 0.4 | 220.00 |
| 8/6/09 | Pete Leadstrom | Partner | Prepare for and meet with D&T pro forma team to discuss fair value adjustment potentially identified to date including deferred revenue and sale leaseback transactions. | 550 | 1.3 | 715.00 |
| 8/6/09 | Pete Leadstrom | Partner | Review materiality and pro forma form and content memo for pro forma project | 550 | 1.7 | 935.00 |
| 8/6/09 | Ryan Stecz | Senior Manager | Internal discussions regarding progress with respect to the tax model and update regarding the accounting team's model for tax impact on pro forma financials. Also continued work on preparation of a memo to document that tax process. | 475 | 1.7 | 807.50 |
| 8/6/09 | Pat Conway | Manager | Met with P. Leadstrom (Deloitte) to discuss and review his comments on the materiality and form and content pro forma financials memos. In addition held discussion regarding potential fair value adjustments related to deferred revenue and sale leaseback transactions. | 425 | 2.1 | 892.50 |
| 8/6/09 | Pat Conway | Manager | Preparation of a draft agenda for our client meeting to discuss status of pro forma project | 425 | 0.7 | 297.50 |
| 8/6/09 | Pat Conway | Manager | Status meeting with the Company to discuss current open items | 425 | 0.5 | 212.50 |
| 8/6/09 | Pat Conway | Manager | Review of pro-forma model and analysis updated for adjustments identified to date | 425 | 2.2 | 935.00 |
| 8/6/09 | Pat Conway | Manager | Research and analysis on the accounting for deferred revenue and sale-leaseback valuation and impact on pro forma financial statements | 425 | 2.6 | 1,105.00 |
| 8/6/09 | Pat Conway | Manager | Meeting with company to discuss current status and issued identified including the valuation of deferred revenue, sale-leaseback transactions, and the fair value of debt | 425 | 0.9 | 382.50 |
| 8/6/09 | Mark Smeraglinolo | Senior | Prepare and research for overall pro forma financial process memo | 350 | 2.8 | 980.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/6/09 | Mark Smeraglinolo | Senior | Prepare deferred revenue memo as relates to pro forma financial statements | 350 | 2.4 | 840.00 |
| 8/6/09 | Mark Smeraglinolo | Senior | Review updated PBC materials for pro forma financials provided by T. Lightfoot (Tribune) | 350 | 0.3 | 105.00 |
| 8/7/09 | Korwin Roskos | Senior Manager | Internal discussions about status of project and outstanding information needed to complete pro forma project, email exchange with client about outstanding information needed to complete project and review of additional information received from client. | 475 | 0.8 | 380.00 |
| 8/7/09 | Pat Conway | Manager | Meeting with M. Smeraglinolo (Deloitte) to discuss the method for valuing certain material leases as well as the documentation requirements within the pro forma financial model and related memo | 425 | 0.9 | 382.50 |
| 8/7/09 | Pat Conway | Manager | Updating internal time tracking records for all team members pro forma financials | 425 | 1.9 | 807.50 |
| 8/7/09 | Pat Conway | Manager | Update of pro-forma form and content memo and materiality memo for comments received on further review. | 425 | 1.7 | 722.50 |
| 8/7/09 | Pat Conway | Manager | Research and documentation of accounting issues related to the pro-forma financials | 425 | 1.4 | 595.00 |
| 8/7/09 | Steve McCullough | Manager | Compile a list of questions for the company based on data provided to-date related to tax impact on pro forma project | 425 | 1.5 | 637.50 |
| 8/7/09 | Mark Smeraglinolo | Senior | Update deferred revenue memo for pro forma project | 350 | 1.2 | 420.00 |
| 8/7/09 | Mark Smeraglinolo | Senior | Meeting with P. Conway (Deloitte) to discuss the valuation of certain material leases and as well as updating the overall pro forma financial process memo to reflect the discussion. | 350 | 2.1 | 735.00 |
| 8/7/09 | Mark Smeraglinolo | Senior | Research and prepare memo regarding pro forma financials impact of broadcast rights | 350 | 1.8 | 630.00 |
| 8/10/09 | Pete Leadstrom | Partner | Meet with Nick Chakiris and Todd Lightfoot (Tribune) for status update on pro forma financial statement process | 550 | 1.2 | 660.00 |
| 8/10/09 | Marc Weinstein | Director | Internal discussions about tax status on pro forma financial statements | 550 | 0.3 | 165.00 |
| 8/10/09 | Ryan Stecz | Senior Manager | Reviewing the pro forma support binder that has been prepared to document our process.  Also reviewed a list of outstanding questions and issues and discussed the list internally.  Finally attended an internal update meeting to discuss project status and next steps. | 475 | 2.3 | 1,092.50 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/10/09 | Korwin Roskos | Senior Manager | Evaluation of state income tax impacts on pro forma financial statements | 475 | 0.4 | 190.00 |
| 8/10/09 | Pat Conway | Manager | Review research related to significance test and related calculations and impact on pro forma financials | 425 | 1.9 | 807.50 |
| 8/10/09 | Mark Smeraglinolo | Senior | Update meeting with Tribune company and Deloitte to discuss status and timing | 350 | 1.2 | 420.00 |
| 8/10/09 | Mark Smeraglinolo | Senior | Deloitte meeting to de-brief after meeting with Tribune regarding project status. Topics included discussion of action items to take and conclude before leaving field. | 350 | 0.3 | 105.00 |
| 8/10/09 | Mark Smeraglinolo | Senior | Research regarding significance test (Cubs) and reviewing Company calculations and impact on pro forma financials | 350 | 1.2 | 420.00 |
| 8/10/09 | Mark Smeraglinolo | Senior | Updating pro forma financials for comments from P. Conway (Deloitte) | 350 | 0.9 | 315.00 |
| 8/10/09 | Mark Smeraglinolo | Senior | Researching accounting for broadcast rights/ updating memo / reviewing PBC | 350 | 1.0 | 350.00 |
| 8/10/09 | Soraya King | Senior | Review and researching applicable tax rates and weightings and impact on pro forma financials project | 350 | 2.5 | 875.00 |
| 8/10/09 | Liz Diubek | Tax Consultant | Evaluation of state income tax impacts on pro forma financial statements | 300 | 1.3 | 390.00 |
| 8/10/09 | Liz Diubek | Tax Consultant | Evaluation of state income tax impacts on pro forma financial statements | 300 | 1.3 | 375.00 |
| 8/11/09 | Steve McCullough | Manager | Meet with client to discuss open items, observations, and next steps related to pro forma financial statement process | 425 | 2.5 | 1,062.50 |
| 8/11/09 | Mark Smeraglinolo | Senior | Meeting with T. Lightfoot (Tribune) regarding PBC materials and questions on pro forma financials | 350 | 0.3 | 105.00 |
| 8/11/09 | Mark Smeraglinolo | Senior | Updating status documents / workflow summary / review | 350 | 0.8 | 280.00 |
| 8/11/09 | Soraya King | Senior | Evaluation of state and local income tax impacts on pro forma financial statements | 350 | 1.2 | 420.00 |
| 8/11/09 | Soraya King | Senior | Evaluation of client PBC information and understanding of tax impacts on pro forma financials | 350 | 2.3 | 805.00 |
| 8/12/09 | Pete Leadstrom | Partner | Meeting with Deloitte to discuss status of pro forma project and related questions. Key topics included status of memos prepared for client, pro forma workbook adjustments, and accounting treatment discussions. | 550 | 0.7 | 385.00 |
| 8/12/09 | Pete Leadstrom | Partner | Meet with Tribune team (B. Litman, N. Chakiris, T. Lightfoot) and Deloitte team to discuss updated timeline | 550 | 1.0 | 550.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/12/09 | Sean Conroy | Senior Manager | Review pro forma adjustments for certain Tribune lease arrangements. | 475 | 0.4 | 190.00 |
| 8/12/09 | Sean Conroy | Senior Manager | Research fair value impacts on leases for pro forma adjustments | 475 | 0.3 | 142.50 |
| 8/12/09 | Sean Conroy | Senior Manager | Meet with B. Litman, N. Chakiris, and T. Lightfoot (Tribune) and Deloitte to discuss status of pro forma project. | 475 | 1.0 | 475.00 |
| 8/12/09 | Sean Conroy | Senior Manager | Conduct call with R. Stecz (Deloitte) regarding status of pro forma project timing. | 475 | 0.4 | 190.00 |
| 8/12/09 | Sean Conroy | Senior Manager | Review and comment on pro forma form and content memo, discuss with P. Conway (Deloitte). | 475 | 1.3 | 617.50 |
| 8/12/09 | Ryan Stecz | Senior Manager | Preparation for a meeting with client regarding our progress to date on the Pro forma project. Attend the meeting and discuss our progress and open issues and questions. | 475 | 1.9 | 902.50 |
| 8/12/09 | Ryan Stecz | Senior Manager | Internal meeting to get an update on the project including information about which entities will be included / excluded in the pro forma statements. | 475 | 1.0 | 475.00 |
| 8/12/09 | Ryan Stecz | Senior Manager | Conduct call with S. Conroy (Deloitte) regarding status of pro forma project timing | 475 | 0.4 | 190.00 |
| 8/12/09 | Korwin Roskos | Senior Manager | Internal discussions about Tribune pro forma project | 475 | 0.7 | 332.50 |
| 8/12/09 | Korwin Roskos | Senior Manager | Review of data and ETR calculation binder and impact of these items on pro forma financials | 475 | 1.6 | 760.00 |
| 8/12/09 | Pat Conway | Manager | Meeting with Tribune and Deloitte to discuss status/workflows/ and timeline of pro forma project | 425 | 1.0 | 425.00 |
| 8/12/09 | Soraya King | Senior | Meeting with client to discuss computations and status of pro forma project | 350 | 1.5 | 532.50 |
| **Total - Hours and Compensation for Pro-Forma Preparation Services** | | | | | **123.1** | **$ 50,000.00** |