IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08 – 13141 (KJC)<br>Jointly Administered<br><br>**Hearing Date: December 1, 2009 at 10:00 a.m. (ET)**<br>**Related Docket Nos. 2407, 2616** |

## JOINDER OF CENTERBRIDGE CREDIT ADVISORS LLC TO LAW DEBENTURE TRUST COMPANY OF NEW YORK'S (I) MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS, AND (II) RESPONSE TO THE DEBTORS' MOTION TO EXTEND <u>THEIR EXCLUSIVITY PERIODS</u>

Centerbridge Credit Advisors LLC, on behalf of funds advised by itself and its affiliates (collectively, "CCA"), by and through its undersigned counsel, hereby joins (the "Joinder") in (i) the Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (the "Fee Motion") [Docket No. 2407], and (ii) the Response (the "Exclusivity Response") to the Debtors' Motion (the "Exclusivity Motion") to Extend Their Exclusivity Periods [Docket No. 2616], each of which was filed by Law Debenture Trust Company of New York ("Law Debenture").[1] In support of this Joinder, CCA respectfully submits as follows:

### BACKGROUND

1. On December 8, 2008 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Fee Motion or the Exclusivity Response, as the case may be.

"Bankruptcy Code"). The Debtors' chapter 11 cases are being jointly administered and have been consolidated for procedural purposes only.

2. Since the Petition Date, the Debtors have continued in possession of their properties and have continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases.

3. On October 23, 2009, Law Debenture filed the Fee Motion.

4. On November 13, 2009, the Debtors filed the Exclusivity Motion.

5. On November 24, 2009, Law Debenture filed the Exclusivity Response.

## CCA'S JOINDER

6. Based on the facts available, CCA adopts as if set forth herein the arguments set forth in (i) the Fee Motion, and (ii) the Exclusivity Response, and, accordingly, files this Joinder in support thereof.

*[remainder of page is intentionally blank]*

## CONCLUSION

For the foregoing reasons, CCA respectfully requests: (i) the entry of an order, pursuant to sections 105(a) and 363 of the Bankruptcy Code, compelling and directing: (a) termination of the Unauthorized Fee Payments, (b) an accounting of the Unauthorized Fee Payments, and (c) disgorgement of the Unauthorized Fee Payments; (ii) that Tribune be granted only a limited extension of its exclusive periods that provides the parties a true and transparent opportunity to achieve a consensual resolution of the LBO claims and, by extension, these chapter 11 cases; and (iii) such other and further relief as the Court deems just, proper and equitable.

Dated: November 24, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (DE Bar No. 2436)
Mark M. Billion (DE Bar No. 5263)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
ljones@pszjlaw.com
mbillion@pszjlaw.com
and

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
Philip C. Dublin
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
dgolden@akingump.com
pdublin@akingump.com

*Counsel for Centerbridge Credit Advisors LLC*