**CERTIFICATE OF SERVICE**

   Garvan F. McDaniel hereby certifies that on November 24, 2009, he caused copies of the *Law Debenture Trust Company of New York's Response to the Debtors' Motion to Extend Their Exclusivity Periods* and the Reply *of Law Debenture Trust Company of New York in Support of its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties in the manner indicated:

**Via First Class U.S. Mail**:
Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman Pernick, Esq.
J. Kate Stickles , Esq.
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to Debtors)

Howard Seife, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for Creditors' Committee)

Adam G. Landis, Esquire
Matthew B McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
 (Counsel to Creditors' Committee)

Sharon Katz, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to JPMorgan Chase –
Administrative Agent)

Mark D. Collins
Katisha D. Fortune
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
(Counsel to JPMorgan Chase –
Administrative Agent)

Madlyn Gleich Primoff
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel to Merrill Lynch Capital
Corporation – Administrative Agent)

1

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Counsel to Merrill Lynch Capital
Corporation – Administrative Agent)

Claudia Hammerman
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(Counsel to Citigroup Global Markets –
Financial Advisor to Tribune)

Matthew Morningstar
Morgan Stanley & Co., Inc.
1585 Broadway
New York, NY 10036
(Financial Advisors to the Special
Committee of the Board of Directors)

Evan Jones
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
(Counsel to Bank of America, N.A. –
Financial Advisor to Tribune)

Michael Mayer
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(Valuation Research Corporation – Advisor
to the Board of Directors Concerning
Solvency)

Office Of The United States Trustee
Joseph J. McMahon, Jr., Esq.
United States Dept. Of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

Abato, Rubenstein and Abato, P.A.
Attn: Corey Smith Bott
Brian G. Esders
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

Acxiom Corporation
Attn. C.B. Blackard, III
Corporate Counsel
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Allison, Slutsky & Kennedy, PC
Angie M. Cowan
230 W Monroe St, Ste 2600
Chicago, IL 60606

Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Archer & Greiner, Pc
John V. Fiorella, Esq.
300 Delaware Ave, Ste 1370
Wilmington, DE 19801

Askounis & Darcy, Pc
Attn: Thomas V. Asdounis, Esq.
401 North Michigan Avenue, Ste 550
Chicago, IL 60611

Banc Of America Bridge LLC
Lynn D. Simmons, Sr. Vice President
Bank Of America Strategic Solutions
Mail Code: Il1-231-11-19
231 South LaSalle Street
Chicago, IL 60604

Barack Ferrazzano Kirschbaum &
Nagelberg LLP
Attn. George R. Mesires, Esq.
200 West Madison St., Suite 3900
Chicago, IL 60606

Barclays Capital Inc.
Attn: US Client Valuations Group

200 Park Avenue
New York, NY 10166

Barger & Wolen LLP
Attn: Gary A. Bresee
Peter J. Felsenfeld, Esqs.
650 California Street, 9th Floor
San Francisco, CA 94108

Bartlett Hackett Feinberg Pc
Frank F. McGinn (MA BBO# 564729)
155 Federal St, 9th Fl
Boston, MA  02110

Belkin Burden Wenig & Goldman, LLP
Attn: Joshua G. Losardo, Esq.
270 Madison Avenue
New York, NY 10016

Benesch, Friedlander, Coplan
& Aronoff, LLP
Attn. David M. Neumann, Esquire
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Benesch, FriedlanDEr, Coplan
& Aronoff, LLP
Attn. Bradford J. Sandler
Jennifer R. Hoover,
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Bifferato LLC
Attn: Ian Connor Bifferato
Kevin Collins, Esq.
800 N. King Street, Plaza Level
Wilmington, DE 19801

Broward County
Attn: Jeffrey J. Newton
County Attorney For Broward County
 Gov't Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Brown Rudnick LLP
Attn. Robert J. Stark

Daniel J. Saval, Esq.
Seven Times Square
New York, NY 10036

Brown Stone Nimeroff Llc
Attn. Jami B. Nimeroff, Esq.
4 East 8th Street, Suite 400
Wilmington, DE 19801

Bryan Cave LLP
Attn: Michelle McMahon, Esq.
1290 Avenue Of The Americas
New York, NY 10104

Buchalter Nemer
Pamela Kohlman Webster
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Buchalter Nemer, A Professional
Corporation
Shawn M. Christianson, Esq.
333 Market Street, 25th Fl
San Francisco, CA 94105-2126

Callahan & Blaine
Attn: Edward Susolik, Esquire
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

Canon USA, Inc.
Attn Ruth Wienstein
1 Canon Plaza
New Hyde Park, NY 11042

CapitalSource Finance LLC
Attn: Joanne Fungaroli, Esq.
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Chadbourne & Parke LLP
Attn Howard Seife
David M. Lemay
Dogulas E. Deutsch
30 Rockefeller Plaza
New York, NY 10112

3

Christine Z. Heri
Office Of The Solicitor
United States Department Of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

Citicorp North America, Inc
Attn: Tim Dillworth
450 Mamaroneck Avenue, Suite A
Harrison, NY 10528-2402

Cohen Weiss & Simon LLP
Attn Babette A. Ceccoti
330 West 42nd Street
New York, NY 10036

Cole Schotz Meisel Forman & Leonard, PA
Norman L Pernick, Esq.
J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Connolly Bove Lodge & Hutz LLP
Attn: Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street; Po Box 2207
Wilmington, DE 19899

Cooch & Taylor PA
Attn: Susan E. Kaufman, Esq.
1000 West Street, 10th Floor
Wilmington, DE 19801

Cotchett, Pitre & McCARthy
Attn: Philip Gregory, Esq.
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Cross & Simon LLC
919 North Market Street 11th Floor
Wilmington, DE 19801

Croudace & Dietrich LLP
Attn. Mark A Nitikman, Esquire
4750 Von Karman Avenue
Newport Beach, CA 92660

Crowell & Moring LLP
Attn. Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, NY 10022

Davis Polk & Ward
Attn: Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
450 Lexington Avenue
New York, NY 10017

Deutsche Bank AG
60 Wall Street
New York, NY 10005

Deutsche Bank National Trust Co.
Attn: David Contino, Vice President
Global Transaction Bank Trust
  & Sec. Serv
25 Deforest Ave, Mail Stop: Sum01-0105
Summit, NJ 07901

Draper & Goldberg, PLLC
Attn. Adam Hiller
Michelle Berkeley-Ayres
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Duane Morris LLP
Attn. Michael R. Lastowski
Sommer L. Ross
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Eckert, Seamans, Cherin & Mellot, Llc
Attn. Margaret F. England, Esquire
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Edwards Angell Palmer & Dodge LLP
Attn: Stuart M. Brown, Esq.
919 N. Market St, Ste 1500
Wilmington, DE 19801

Elizabeth Goldberg
United States Department Of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, Dc 20013

Elliott Greenleaf
Attn William M. Kelleher
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Ervin Cohen & Jessup LLP
Kenneth Miller, Esq.
9401 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

Fox Rothschold LLP
Attn. L. Jason Cornell, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Frank/Gecker LLP
Attn. Joseph D. Frank
325 North LaSalle Street, Suite 625
Chicago, Il 60654

Fred Fellmeth, Esq. General Counsel
Broadcast Systems Division
The Vitec Group Plc
101 Bilby Road
Hackettstown, Nj 07840

Freeborn & Peters LLP
Attn: Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
311 South Wacker Drive, Suite 3000
Chicago, Il 60606

Furman Gregory LLC
Donald R. Furman Jr.
75 Federal St, 9th Fl
Boston, Ma 02110

Gohn Hankey & Stichel LLP
Counsel To Corestaff Services
Attn Jan I Berlage
201 North Charles Street
Baltimore, MD 21201

Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
Attn. Brian M. Dougherty
835 McClintock Drive, Second Floor
Willowbrook, Il 60527

Greene Radovsky Maloney Share & Hennigh LLP
Edward J. Tredinnick, Esq.
Four Embarcarcadero Center, Ste 4000
San Francisco, CA 94111

Harris Corporation
AnthoNY DEglomine, Iii
1025 W. Nasa Blvd
Mail Stop A-11A
Melbourne, Fl 32919

Herrick Feinstein LLP
Counsel To Canon USA Inc.
Intelsat Corporation
Attn Paul Rubin
Stephen B. Selbst
Two Park Avenue
New York, NY 10016

Hewlett-Packard Company
Attn: Ms. Ramona Neal, Corporate Counsel
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

Hewlett-Packard Company
Attn: Mr. Ken Higman, Sr.
Default & Recovery Analy
2125 E. Katella Ave., Suite 400
Anaheim, CA 92806

Hogan & Hartson LLP
Attn: Scott A. Golden,
Ira S. Greene
875 Third Avenue
New York, NY 10022

Howard County Office Of Law
Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Asst County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

IBM Corporation
Attn Beverly H Shideler
Two Lincoln Centre
Villa Park, Il 60181

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Attn: Room 1150
31 Hopkins Plaza
Baltimore, MD 21201

International Union UAW
Attn: Susanne M. Mitchell, Esq.
8000 E. Jefferson Avenue
Detroit, MI 48214

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

Jackson Walker LLP
Attn: Bruce J. Ruzinsky
D. Elaine Conway
1401 McKinney Street, Suite 1900
Houston, TX 77010

Jakson Walker LLP
Attn. Heather M. Forrest
901 Main Street, Suite 6000
Dallas, TX 75202

JP Morgan Chase Bank, NA
1111 Fannin, 10th Floor
Houston, TX 77002

JPMorgan Chase Bank, NA
Attn: Miriam Kulnis
One Chase Plaza
New York, NY 10005

K&L Gates LLP
Attn: Jeffrey N. Rich, Esq.
599 Lexington Ave.
New York, NY 10022-6030

K&L Gates LLP
Charles R. Smith, Esq.
Henry W. Oliver Building
535 Smithfield St.
Pittsburgh, PA 15222-2312

Kaye Scholer LLP
Attn: Margo B Schonholtz
Madlyn Gleich Primoff
425 Park Ave
New York, NY 10022

Kelley Drye & Warren LLP
Erick R. Wilson, Esq.
Howard S.Steel, Esq.
101 Park Avenue
New York, NY 10178

Landis Rath & Cobb LLP
Attn Adam G Landis
Matthew B McGuire
919 Market Street, Suite 1800
Wilmington, DE 19801

Leclairryan, A Professional Corporation
Attn. William E. Callahan, Jr. Esquire
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 2400-1200

Leclairryan, A Professoinal Corp.
Attn. David W. Phillips
Two Penn Plaza East
Newark, NJ 07105

Lewis, Feinberg, Lee, Renaker
  & Jackson, P.C.
Attn: Daniel Feinberg
Angelica K. Jongco
Nina Wasow
1330 Broadway, Suite 1800
Oakland, CA 94612

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Linebarger Goggan Blair & Sampson LLP
Counsel To Harris County
Attn John P Dillman
P.O. Box 3064
Houston, TX 77253-3064

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Ste 1600
Dallas, TX 75201

LownDEs, Drosdick, Doster, Kantor
  and Reed, P.A.
Attn: Zachary J. Bancroft, Est.
450 S. Orange Ave, Suite 800
Orlando, FL 32801

Maureen A. McGreevey, Esquire
Senior Litigation Counsel
Sungard
682 E. Swedesford Road
Wayne, PA 19087

Mayer Brown LLP
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbra Yan, Esq.
1675 Broadway
New York, NY 10019

McCarter & English, LLP
Attn: David Adler, Esq.
G. Amanda Mallan, Esq.
245 Park Ave, 27th Fl
New York, NY 10167

McCarter & English, LLP
Attn: Katharine L. Mayer, Esq.
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801

McGuire Woods LLP
Attn. Paul J. Catanese
Patricia K. Smoots
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

McPharlin Sprinkles & Thomas, LLP
Attn. Elain M. Seid
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Meites, Mulder, Mollica & Glink
Attn: Thomas Meites
Michael Mulder
20 S. Clark Street, Suite 1500
Chicago, Il 60603

Merrill Lynch CApital Corporation
Attn: ShARon Hawkins
Loan Operations
600 E. Las Colinas Blvd., Suite 1300
Irving, TX 75039

Merrill Lynch Capital Corporation
Attn: Michael O'Brien
4 World Financial Center
250 Vesey Street
New York, NY 10080

Messana Rosner & Stern, LLP
Frederick B. Rosner, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Michael A. Cox, Attorney General
Deborah B. Waldmeir, Assistant AG
State Of Michigan, Dept. Of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, Mi 48202I

Michael Schloss
Office Of The Solicitor
United States Department Of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC 20013

Missouri Department Of Revenue
Attn: Sheryl L. Moreau
Special Assistant Attorney General
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Monzack Mersky McLaughlin & Browder,.
Attn. Rachel B. Mersky, Esquire
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Morgan Stanley Fixed Income
Attn: Carolyn Adler
1585 Broadway, 2nd Floor
New York, NY 10036

Much Shelist Denenberg Ament and
Rubenstein, PC
Attn: Colleen E. McManus
191 North Wacker Drive, Ste 1800
Chicago, IL 60606

Mulherin Rehfeldt & Varchetto, P.C.
Attn: William J. Ulrich, Jr.
William R. Brodzinski
211 S. Wheaton Avenue, Suite 200
Wheaton, Il 60187

Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

New York State Department Of Taxation
And Finance
Attn. Robert L. Cook, District Tax Attorney
333 East Washington St., 3rd Floor
Syracuse, NY 13202

Nolan, Plumhoff & Williams, Chartered
Attn. Robert L. Hanley, Jr. Esquire
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

Office Of Attorney General
Attn. Carol E. Momjian
Senior Deputy Attorney
General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Pension Benefit Guaranty Corporation
Attn: Frank A Anderson
Cassandra R Burton
Kartar S. Khalsa, Esq
Office Of The Chief Counsel
1200 K Street, NW
Washington, Dc 20005-4026

Pepper Hamilton LLP
Attn. David B. Stratton
Leigh-Anne M. Raport
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Potter Anderson & Corroon LLP
Attn: Laurie Silverstein, Esq.
Hercules Plaza
1313 N Market St, Po Box 951
Wilmington, DE 19899-0951
Poyner Spruill LLP
Judy D. Thompson, Esq.
301 South College Street, Ste 2300
Charlotte, Nc 28202

Proskauer Rose LLP
Attn: Martin S. Zohn, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067

Richards, Layton & Finger, PA
Attn: Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
920 North King Street
Wilmington, DE 19801

Riddell Williams, P.S.
Attn. Joseph E. Shickich, Jr. & Maria Ann Milano
1001- 4th Avenue, Suite 4500
Seattle, WA 98154-1192

Robinson Brog Leinwand Green Genovese & Gluck Pc
Attn. Fred B. Ringel, Esq.
1345 Avenue Of The Americas
New York, NY 10105

Ruskin Moscou Faltischek, P.C.
Attn. Michael S. Amato, Esq.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

Securities & Exchange Commission
15th & Pennsylvania Ave, N.W.
Washington, Dc 20020

Securities And Exchange Commission 100 F Street, NE
Washington, Dc 20549

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill, Esq.
222 Delaware Avenue, Ste 1500
P.O. Box 68
Wilmington, DE 19899

Shipman & Goodwin LLP
Attn. Julie A. Manning, Esq.
One Constitution Plaza
Hartford, Ct 06103-1919

Sidley Austin LLP
Attn: Kenneth P. Kansa Esq.
One South Dearborn
Chicago, Il 60603

Sirlin Gallogly & Lesser, P.C.
Attn. Dana S. Plon, Esquire
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Squire, Sanders & Dempsey LLP
Attn: Kelly Singer, Esq.
Two Renaissance Squaree
40 North Central Ave, Ste 2700
Phoenix, AZ 85004-4498

Stempel Bennett Claman & Hochberg Pc
Attn: Edmond P O'Brien Esq
675 Third Avenue 31st Floor
New York, NY 10017

Stevens & Lee, P.C.
Attn: Joseph H. Huston, Jr.
1105 North Market Street, 7th Fl
Wilmington, DE 19801

Stuart Maue
Attn: Linda K. Cooper
Fee Examiner
3840 McKelvey Rd
St. Louis, MO 63044

Teitelbaum & Baskin, LLP
Attn: Jay Teitelbaum
3 Barker Avenue, Third Floor
White Plains, NY 10601

The Reimann Law Group
Attn: David W. Reimann, Esquire
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

The Seaport Group LLC
Attn Scott Friedberg
360 Madison Avenue 22nd Floor
New York, NY 10017

Todd M. Hoepker, Esq.
Post Office Box 3311
Orlando, Fl 32802-3311

Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Attn: Nils Larsen, Managing Director
C/o Equity Group Investments
Two North Riverside Plaza, Ste 1700
Chicago, Il 60606

Travelers
National Accounts
1 Tower SquARe-5mn
Hartford, Ct 06183-4044

Tressler Soderstorm Maloney & Press, LLP
Attn. Jacqueline A. Criswell
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

Twentieth Television, Inc.
Attn: Jodie Rea
2121 Avenue Of The Stars, Suite 1754
Los Angeles, CA 90067

Tybout Redfearn and Pell
Attn. Sherry Ruggiero Fallon
750 Shipyard Drive, Suite 400
Wilmington, DE 19899-2092

U.S. Department Of Justice
Attn. Yonatan Gelblum, Trial Atty., Tax Division
555 4th St. NW Room 6110
P.O. Box 227
Washington, DC 20044

Unisys Corporation
Attn. Janet Fitzpatrick, Legal Assistant
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

United States Department Of Justice
Civil Division
Matthew J. Troy, Esq.
1100 L Street, N.W.
Room 10006
Washington, Dc 20530

United States Department Of Labor
Office Of The Solicitor
Elizabeth S. Goldberg, Esquire
Plan Benefits Security Division
Washington, Dc 20013

United States Treasury
Office Of The Treasurer
1500 Pennsylvania Avenue, NW
Room 2134
Washington, Dc 20220

US Attorney's Office
Ellen W. Slights, Esq
1201 Market St, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Vorys Sater Seymour & Pease LLP
As Counsel For AOL LLC & Its Related Entities
Attn Tiffany Strelow Cobb
52 East Gay Street
Columbus, OH 43215

Warner Bros. Television Distribution, Inc.
Attn: Wayne M. Smith, Esq.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

Weiss Serota Helfman Pastoriza Cole & Boniske P.L.
Attn: Douglas R. Gonzales, Esq.
200 East Broward Boulevard, St. 1900
Fort Lauderdale, Fl 33301

William Hughes
200 W. Madison Street
Chicago IL 60606

| | |
|---|---|
| Williams Gautier Gwynn Deloach & Sorenson PA<br>Attn James E Sorenson<br>D Tyler Leuven<br>Chad D. Heckman,<br>Jared S Gardner<br>Mary Linzee Van Leuven<br>Post Office Box 4128<br>Tallahassee, Fl 32315-4128 | Wilmington Trust Company<br>Attn. Patrick J. Healy, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |
| Willkie Farr & Gallagher LLP<br>Attn. Alan J. Lipkin<br>Jeremy E. Crystal, Esq.<br>787 Seventh Avenue<br>New York, NY 10019 | Zwerdlking Paul Kahn & Wolly Pc<br>Counsel To Washington-Baltimore Newspaper Guild,<br>Local 32035, Tng-Cwa<br>Attn Robert E. Paul Esq.<br>1025 Connecticut Avenue NW Suite 712<br>Washington, DC 20036-542 |

Dated: November 25, 2009
      Wilmington, Delaware

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*