# EXHIBIT A



1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802

November 23, 2009

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:269929
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Litigation Counsel / Bank Claims

## STATEMENT

  For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2009.

| | | |
|---|---|---|
| By Graeme W. Bush<br>80.80  hours at  $725.00  per hour | $ | 58,580.00 |
| By Marshall S. Wolff<br>26.50  hours at  $675.00  per hour | $ | 17,887.50 |
| By Peter R. Kolker<br>32.10  hours at  $650.00  per hour | $ | 20,865.00 |
| By James Sottile<br>28.40  hours at  $650.00  per hour | $ | 18,460.00 |
| By Thomas G. Macauley<br>38.30  hours at  $570.00  per hour | $ | 21,831.00 |
| By Andrew N. Goldfarb<br>113.80  hours at  $520.00  per hour | $ | 59,176.00 |
| By Caroline Judge Mehta<br>30.10  hours at  $500.00  per hour | $ | 15,050.00 |
| By Martin G. Deptula<br>24.50  hours at  $465.00  per hour | $ | 11,392.50 |
| By Laura E. Neish<br>30.90  hours at  $450.00  per hour | $ | 13,905.00 |

November 23, 2009                                                                                    Page 2

By Nathan M. Berman
    1.30  hours at  $425.00  per hour                                  $         552.50

By Virginia W. Guldi
    9.00  hours at  $325.00  per hour                                  $      2,925.00

By A. Paul Pineau
    59.20  hours at  $300.00  per hour                                $    17,760.00

By Benjamin L. Krein
    51.90  hours at  $355.00  per hour                                $    18,424.50

By Scott A. Hanna
    109.90  hours at  $280.00  per hour                              $    30,772.00

By Jer-Wei (Jay) Chen
    0.80  hours at  $245.00  per hour                                  $       196.00

By Kimberley Wilson
    1.70  hours at  $165.00  per hour                                $       280.50

By Jeanne Trahan Faubell
    0.60  hours at  $165.00  per hour                                $        99.00

By Diana Gillig
    1.50  hours at  $155.00  per hour                                $       232.50

             TOTAL FEES                              $    308,389.00

             TOTAL EXPENSES                      $         0.00

             TOTAL FEES AND EXPENSES THIS PERIOD    $    308,389.00

November 23, 2009                                                                                     Page 3

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                          MATTER: 0001

Peter R. Kolker

| 10/01/09 | 0.40 | Review memorandum regarding solvency of guarantor. |
| 10/01/09 | 0.80 | Review draft complaint comments from G. Bush. |
| 10/05/09 | 1.20 | Review G. Bush comments to draft complaint. |
| 10/05/09 | 1.40 | Confer with G. Bush regarding revisions to draft complaint. |
| 10/05/09 | 0.40 | Telephone conference with M. Wolff regarding loan document issues relevant to draft complaint. |
| 10/06/09 | 0.50 | Review emails regarding communication with UCC regarding payment of fees and relation of non-debtor subsidiaries. |
| 10/07/09 | 2.40 | Prepare revised draft complaint (portion). |
| 10/12/09 | 0.60 | Review memorandum regarding equitable subordination and insider status. |
| 10/12/09 | 4.30 | Review and revise draft complaint. |
| 10/13/09 | 2.60 | Prepare draft complaint - revised. |
| 10/13/09 | 0.50 | Review memoranda from C. Mehta regarding equitable subordination. |
| 10/14/09 | 2.20 | Revise draft complaint. |
| 10/16/09 | 0.40 | Review decision regarding equitable subordination. |
| 10/16/09 | 2.80 | Prepare revised draft complaint. |
| 10/17/09 | 1.40 | Prepare draft complaint revisions. |
| 10/17/09 | 0.40 | Prepare memorandum regarding changes to draft complaint. |
| 10/19/09 | 1.50 | Confer with A. Goldfarb, C. Mehta, G. Bush and T. Macauley (via phone) and J. Sottile (via phone) regarding strategy and issues relating to possible causes of action. |
| 10/20/09 | 0.40 | Review intercompany loans issues for consideration of complaint. |
| 10/21/09 | 0.40 | Confer with A. Goldfarb regarding intercompany loan issue and documents to review. |
| 10/21/09 | 0.80 | Review intercompany loan model. |
| 10/22/09 | 1.20 | Review intercompany loan schedules. |

| 10/22/09 | 1.00 | Confer with M. Rule and H. Lee (Alix Partners), A. Goldfarb and M. Wolff regarding intercompany payable model. |
| 10/22/09 | 0.70 | Review potential changes to complaint. |
| 10/26/09 | 1.20 | Confer with G. Bush, T. Macauley, M. Wolff and A. Goldfarb (Sottile by phone) regarding solvency analysis and related matters. |
| 10/26/09 | 0.30 | Review documents relating to review of LBO loan. |
| 10/26/09 | 0.50 | Confer with A. Goldfarb regarding Alix Partners analysis of intercompany loan and distribution issues. |
| 10/27/09 | 0.80 | Review documents relating to complaint modifications. |
| 10/28/09 | 1.00 | Review and revise complaint with T. Macauley comments. |

James Sottile

| 10/01/09 | 1.80 | Review/analyze documents from Relativity database concerning linkage of two steps of LBO transaction. |
| 10/01/09 | 1.20 | Draft outline of key points in solvency analysis. |
| 10/02/09 | 0.90 | Further analysis of effect of intercompany transfers in various scenarios. |
| 10/08/09 | 0.50 | Teleconference with G. Bush, A. Goldfarb, and representatives of Alix Partners regarding analysis of inter-company claims. |
| 10/08/09 | 1.20 | Further analysis regarding effect of intercompany claims. |
| 10/08/09 | 1.40 | Edit draft complaint. |
| 10/09/09 | 0.20 | Teleconference with D. LeMay (Chadbourne) regarding Chicago Cubs sale. |
| 10/09/09 | 0.30 | Review/analyze order approving Chicago Cubs sale. |
| 10/09/09 | 1.30 | Further analysis of effect of different scenarios regarding intercompany claims. |
| 10/09/09 | 1.20 | Analyze alternative arguments regarding effect of December 2007 insolvency. |
| 10/12/09 | 1.50 | Analyze merits of equitable subordination arguments, including review of key cases. |
| 10/13/09 | 1.50 | Review/analyze key documents regarding solvency identified by Chadbourne and internal reviews. |

| 10/14/09 | 0.50 | Participate in call with M. Ashley, T. Zink and C. Rivera (Chadbourne) and A. Goldfarb regarding timing of solvency analysis. |
| 10/14/09 | 0.80 | Review/analyze detailed intercompany claims model prepared by Alix. |
| 10/14/09 | 1.00 | Participate in call with Alix and Moelis and G. Bush, T. Macauley and A. Goldfarb regarding detailed intercompany model and key assumptions. |
| 10/15/09 | 0.30 | Review/analyze decision regarding equitable subordination. |
| 10/19/09 | 1.30 | Participate in team conference call regarding Rule 2004 examinations and document discovery regarding same, analysis of key legal and factual issues and retention of expert. |
| 10/22/09 | 1.50 | Draft/edit complaint. |
| 10/23/09 | 0.80 | Review documents relevant to solvency from collection of key documents on database. |
| 10/26/09 | 1.10 | Participate in team meeting regarding status of discovery and legal and factual analysis regarding merits of potential claims relating to LBO. |
| 10/27/09 | 0.50 | Further analysis of potential challenge to intercompany loan transactions. |
| 10/27/09 | 2.10 | Draft comprehensive work plan for analysis of potential claims regarding LBO and draft of complaint. |
| 10/28/09 | 0.20 | Meet with Graeme Bush regarding comprehensive work plan for analysis of potential LBO claims. |
| 10/28/09 | 0.50 | Participate in conference call with counsel for Debtor, Chadbourne lawyers and Graeme Bush and Andrew Goldfarb regarding status of key issues in bankruptcy and potential LBO claims. |
| 10/29/09 | 0.50 | Meetings with Graeme Bush to discuss overall work plan for completion of analysis of potential claims regarding LBO. |
| 10/29/09 | 1.10 | Revise and add to overall work plan for completion of analysis of potential claims regarding LBO. |
| 10/29/09 | 1.10 | Participate in call with Graeme Bush, Andrew Goldfarb and lawyers from Kasowitz and Akin Gump regarding document discovery and evaluation of potential claims regarding LBO. |

| 10/30/09 | 1.50 | Further analysis of integration of LBO transaction in evaluating Tribune solvency and review key decisions and documents regarding same. |
| 10/30/09 | 0.60 | Participate in team meeting regarding work plan to complete analysis of fraudulent conveyance claims and draft complaint. |

Caroline Judge Mehta

| 10/01/09 | 0.50 | Meet with Andrew Goldfarb to discuss factual background relevant to possible equitable subordination claims. |
| 10/01/09 | 1.10 | Perform additional research on possible equitable subordination claims. |
| 10/02/09 | 1.60 | Review and analyze factual material relating to potential equitable subordination claims. |
| 10/05/09 | 0.50 | Meet with Andrew Goldfarb to review database searching relevant to equitable subordination theories. |
| 10/05/09 | 1.50 | Review and analyze draft complaint for factual material relevant to equitable subordination theories. |
| 10/05/09 | 1.90 | Factual research in database regarding potential equitable subordination claims. |
| 10/06/09 | 3.20 | Perform legal research relating to potential equitable subordination claims. |
| 10/06/09 | 0.50 | Meet with Andrew Goldfarb regarding status of research on equitable subordination claim. |
| 10/06/09 | 1.50 | Review all available Board meeting minutes. |
| 10/06/09 | 1.20 | Continue factual research for purposes of assessing equitable subordination claims. |
| 10/08/09 | 7.40 | Draft memo analyzing viability of various claims in light of factual and legal research regarding same. |
| 10/09/09 | 2.60 | Complete drafting memo analyzing viability of various claims in light of factual and legal research regarding same. |
| 10/13/09 | 1.50 | Continue analysis of equitable subordination claims with reference to precedent. |
| 10/18/09 | 0.20 | Review agreement and analyze for purposes of potential equitable subordination claim. |
| 10/18/09 | 1.20 | Review new draft complaint from Peter Kolker and, in light of same, e-mail Zuckerman Spaeder team with input on equitable subordination strategy. |

| 10/19/09 | 1.20 | Internal team meeting regarding strategy and next steps. |
|---|---|---|
| 10/19/09 | 0.20 | Review and analyze complaint and list of potential witnesses. |
| 10/19/09 | 0.20 | Meet with Andrew Goldfarb regarding factual research needed for equitable subordination claims. |
| 10/26/09 | 1.10 | Attend Tribune internal team meeting regarding strategy and next steps in investigating claims. |
| 10/26/09 | 0.50 | Review factual materials to identify additional witnesses and edit witness chart. |
| 10/28/09 | 0.50 | Review and analyze factual materials relevant to equitable subordination claims. |

Andrew N. Goldfarb

| 10/01/09 | 1.60 | Begin drafting memorandum on contribution rights including research in conjunction with same. |
|---|---|---|
| 10/01/09 | 0.40 | Confer with L. Neish regarding legal research project. |
| 10/01/09 | 0.30 | Prepare and send e-mails to Zuckerman Spaeder Tribune team regarding legal research project updates and transaction documents. |
| 10/01/09 | 0.30 | Confer with C. Mehta regarding next phase of equitable subordination research project. |
| 10/01/09 | 0.30 | Confer with L. Stevenson regarding next phase of research project. |
| 10/01/09 | 1.30 | Attention to documents identified by Alix Partners in connection with lenders' request to G. Bush, including email to G. Bush regarding same. |
| 10/01/09 | 0.60 | Review cases regarding upstream guarantees, including email to internal Tribune team regarding same. |
| 10/01/09 | 0.10 | Confer with P. Kolker and J. Sottile regarding case status and strategy. |
| 10/05/09 | 0.40 | Participate in conference call with Chadbourne & Parke (Seife, Ashley, Nellos) and G. Bush. |
| 10/05/09 | 0.40 | Confer with C. Mehta regarding research project on equitable subordination. |
| 10/05/09 | 0.50 | Review Alix Partners email response regarding solvency scenarios. |

| | | |
|---|---|---|
| 10/05/09 | 1.90 | Document research to identify discovery/deposition targets, revise memorandum regarding same. |
| 10/05/09 | 0.40 | Review Section 546(e) briefs in Lyondell. |
| 10/05/09 | 0.30 | Review Chadbourne & Parke's memorandum on relevant dates for solvency analysis, Zuckerman Spaeder e-mails regarding same. |
| 10/05/09 | 0.50 | Continue drafting memorandum on contribution rights and valuation, including caselaw review regarding same. |
| 10/05/09 | 0.30 | Send email to Zuckerman Spaeder team regarding legal analysis for solvency. |
| 10/05/09 | 0.10 | Call M. Rule regarding same. |
| 10/06/09 | 0.30 | Confer with G. Bush regarding project organization and research, and meeting with Law Debenture counsel. |
| 10/06/09 | 0.70 | Attention to discovery, including sending e-mails to Schwinger and Nellos regarding discovery updates and confidentiality status. |
| 10/06/09 | 0.50 | Meeting with M. Wolff regarding merger agreement and solvency analysis project. |
| 10/06/09 | 0.10 | Call with L. Stevenson regarding solvency analysis project. |
| 10/06/09 | 0.70 | Prepare for meeting with Kasowitz. |
| 10/06/09 | 0.50 | Confer with C. Mehta regarding fact and legal research on equitable subordination. |
| 10/06/09 | 0.30 | Review merger agreement from April 2007. |
| 10/06/09 | 0.10 | Telephone conference with D. Rosner. |
| 10/06/09 | 0.40 | Participate in UCC professionals' telephone conference call. |
| 10/06/09 | 0.30 | Email to Zuckerman Spaeder team summarizing UCC professionals' call. |
| 10/06/09 | 0.20 | Confer with S. Hanna regarding fact research project. |
| 10/06/09 | 0.20 | Review contribution rights case. |
| 10/06/09 | 0.30 | Attention to memorandum on contribution rights. |
| 10/07/09 | 4.40 | Meeting with counsel for bondholders, including prepare for same. |
| 10/07/09 | 0.40 | Analyze intercompany claims, including conference with G. Bush regarding same. |

| 10/07/09 | 0.30 | Draft email to Chadbourne & Parke et al. regarding common interest agreement, and lender access to documents. |
| 10/08/09 | 2.50 | Legal research on insolvency and intercompany claims. |
| 10/08/09 | 0.80 | Review intercompany claims spreadsheet. |
| 10/08/09 | 0.40 | Participate in conference call with G. Bush and Alix Partners regarding intercompany analysis. |
| 10/08/09 | 0.40 | Attention to discovery targets and document production issues. |
| 10/08/09 | 0.30 | Confer with C. Mehta regarding equitable subordination project. |
| 10/08/09 | 0.50 | Review chart on merger agreement conditions, including document review and analysis for same. |
| 10/08/09 | 1.00 | Review caselaw and draft memorandum on contribution rights. |
| 10/08/09 | 0.50 | Conference with S. Hanna and M. Wolff regarding fact research project. |
| 10/09/09 | 3.80 | Legal research and drafting memorandum on contribution rights. |
| 10/09/09 | 0.50 | Conference with B. Krein regarding fact research project on insolvency. |
| 10/09/09 | 0.30 | Conference with C. Mehta regarding research. |
| 10/09/09 | 0.50 | Conference and e-mails with P. Pineau regarding research project on collapsing transaction. |
| 10/09/09 | 0.30 | Exchange e-mails with counsel for Centerbridge regarding materials about intercompany claims. |
| 10/09/09 | 0.30 | Review e-mails regarding ongoing discovery issues and productions. |
| 10/09/09 | 0.10 | Review memorandum sent by T. Macauley on equitable subordination. |
| 10/10/09 | 1.70 | Research contribution rights, including drafting and revising memorandum regarding same. |
| 10/11/09 | 3.80 | Research, draft, revise memorandum on contribution. |
| 10/11/09 | 0.40 | Analyze various legal issues including equitable subordination, contribution rights. |

| 10/12/09 | 0.20 | Email Centerbridge/Law Debenture counsel regarding documents. |
| 10/12/09 | 0.70 | Review and edit C. Mehta's memorandum regarding equitable subordination, including email to internal Tribune team regarding same. |
| 10/12/09 | 0.30 | Review memorandum on equitable subordination. |
| 10/12/09 | 0.10 | Email T. Macauley regarding same. |
| 10/12/09 | 0.30 | Attention to status of Zuckerman Spaeder projects and case management, including discovery agreements with Morgan Stanley regarding lenders' access to materials. |
| 10/12/09 | 4.60 | Revise, finalize, and circulate memorandum on contribution rights. |
| 10/13/09 | 0.50 | Confer with G. Bush regarding case issues and calls with Chadbourne & Parke. |
| 10/13/09 | 0.20 | Confer with C. Mehta regarding role of agent. |
| 10/13/09 | 1.00 | Call with Zink, Ashley, Rivera et al. (Chadbourne & Parke) to discuss research on solvency-related project, progress and coordination. |
| 10/13/09 | 1.00 | Email to Zuckerman Spaeder Tribune Team regarding call with Chadbourne & Parke about call to discuss research on solvency-related project, progress and coordination. |
| 10/13/09 | 0.20 | E-mails to ALIX regarding intercompany claims spreadsheet and model. |
| 10/13/09 | 0.40 | Call with Tribune UCC professionals regarding ESOP LBO. |
| 10/13/09 | 0.30 | Email to Zuckerman Spaeder team regarding call regarding ESOP LBO. |
| 10/13/09 | 0.40 | Review M. Deptula follow up memorandum on state-law research. |
| 10/13/09 | 0.50 | Review decision and key cite references. |
| 10/13/09 | 0.10 | Email to Tribune internal team regarding potential state-law claim and Deptula memorandum regarding same. |
| 10/13/09 | 0.90 | Confer with P. Pineau regarding research project on solvency timing and evidence, including follow-up to same and review memorandum on "collapsing the transaction" in connection with same. |

| 10/13/09 | 0.30 | Locate, review, and circulate certain documents per Sottile request. |
| 10/13/09 | 0.20 | Review spreadsheet model on intercompany claims. |
| 10/13/09 | 0.20 | Review e-mails from R. Schwinger about confidentiality agreement and discovery issues. |
| 10/13/09 | 0.30 | Review order approving Cubs sale. |
| 10/13/09 | 0.40 | Review recent opinion and cases in connection with same. |
| 10/13/09 | 0.10 | Review spreadsheet on merger closing conditions. |
| 10/14/09 | 1.60 | Meeting/telephone call with Zuckerman Spaeder Tribune team and ALIX and Moelis regarding intercompany account, including prep for same. |
| 10/14/09 | 0.50 | Call with Chadbourne & Parke and J. Sottile regarding solvency timing and analysis. |
| 10/14/09 | 1.00 | Review documents in connection with common interest agreement with Law Debenture and Centerbridge. |
| 10/14/09 | 0.20 | Conference with P. Pineau regarding solvency legal and fact project and analysis. |
| 10/14/09 | 0.40 | Conference with P. Kolker regarding complaint related issues. |
| 10/14/09 | 0.40 | Review intercompany model. |
| 10/14/09 | 0.30 | Review recent decision. |
| 10/14/09 | 0.10 | Attention to Chandler confidentiality agreement. |
| 10/14/09 | 0.30 | Conference with G. Bush regarding documents, deposition scheduling. |
| 10/14/09 | 0.20 | Review JP Morgan engagement letter with Tribune, email G. Bush and C. Mehta regarding same. |
| 10/14/09 | 0.10 | Review discovery and production related e-mails. |
| 10/14/09 | 0.10 | Conference call with D. Rosner, C. Montenegro and M. Stein. |
| 10/14/09 | 0.10 | Review and send documents to A. Glenn and M. Stein (Kasowitz) regarding subordination. |
| 10/15/09 | 1.20 | Review recent decision. |
| 10/15/09 | 0.80 | Locate and send via email documents to Law Debenture counsel. |

| 10/15/09 | 0.50 | Review and response to e-mails regarding solvency and recovery theories. |
|----------|------|--------------------------------------------------------------------------|
| 10/15/09 | 0.10 | Review M. Wolff's email regarding contribution agreements. |
| 10/15/09 | 0.10 | Review e-mails about equitable subordination case from H. Seife, including email to C. Mehta regarding same. |
| 10/16/09 | 0.20 | Conference with P. Pineau regarding legal analysis project on collapsing the transaction. |
| 10/16/09 | 0.10 | Locate and send P. Pineau copy of requested document. |
| 10/16/09 | 1.30 | Investigate potential experts, including calls to V. Patel and L. Kwon at Moelis, and E. Pryzbylko at Chadbourne & Parke. |
| 10/16/09 | 0.20 | Call with R. Butcher regarding Morgan Stanley document underlying Alix analysis. |
| 10/16/09 | 0.10 | Review G. Bush's e-mails regarding deposition scheduling for VRC. |
| 10/16/09 | 0.30 | Email A. Nellos at Chadbourne regarding document productions in connection with providing materials to common interest agreement. |
| 10/16/09 | 0.10 | Review and send e-mails with R. Schwinger regarding discovery, including concerning document requests to Bank of America and Barclays. |
| 10/17/09 | 0.70 | Review recent opinion. |
| 10/17/09 | 0.10 | Send e-mails to Chadbourne & Parke regarding discovery issues, legal research memoranda. |
| 10/18/09 | 0.40 | Review P. Pineau draft memorandum on solvency research and analysis. |
| 10/18/09 | 0.30 | Email G. Bush regarding draft memorandum on solvency research. |
| 10/18/09 | 2.40 | Revise and edit draft memorandum on solvency research. |
| 10/18/09 | 0.10 | Email C. Montenegro (Kasowitz) regarding document production from Debtors. |
| 10/19/09 | 1.60 | Attend Zuckerman Spaeder team meeting regarding investigation. |
| 10/19/09 | 0.40 | Prepare for Zuckerman Spaeder team meeting, including conference with G. Bush and review of documents. |
| 10/19/09 | 1.00 | Review and send numerous e-mails with Kasowitz (C. Montenegro and M. Stein). |

| 10/19/09 | 0.20 | Call with C. Montenegro (Kasowitz) regarding state of email production. |
| 10/19/09 | 0.50 | Review documents concerning potential deposition witnesses at debtor. |
| 10/19/09 | 0.20 | Calls with E. Przybylko (Chadbourne & Parke) regarding experts. |
| 10/19/09 | 0.20 | Email Zuckerman Spaeder team regarding experts, potential witnesses. |
| 10/19/09 | 1.60 | Review draft document requests to Bank of America and Barclays, including email to counsel regarding suggested revisions and review documents in connection with same. |
| 10/19/09 | 0.30 | Attention to confidentiality agreements. |
| 10/19/09 | 0.40 | Revise draft memorandum on solvency argument, including review of merger agreement and caselaw relevant to same. |
| 10/20/09 | 0.30 | Conference calls with M. Stein (Kasowitz) regarding document discovery and confidentiality agreements. |
| 10/20/09 | 0.10 | Conference calls with R. Schwinger regarding confidentiality. |
| 10/20/09 | 0.10 | Conference with G. Bush before Tribune Committee professionals' meeting. |
| 10/20/09 | 1.50 | Participate in weekly professionals' meeting. |
| 10/20/09 | 1.00 | Revise solvency/collapsing memorandum, email Zuckerman Spaeder Tribune team regarding same. |
| 10/20/09 | 1.30 | Review documents on database. |
| 10/20/09 | 0.20 | E-mails with R. Schwinger and A. Nellos regarding document and discovery issues. |
| 10/20/09 | 0.30 | Review Sidley memorandum regarding document collection protocol and privilege. |
| 10/20/09 | 0.20 | Conference with B. Krein regarding document review assignment. |
| 10/21/09 | 0.30 | Conference calls with M. Stein (Kasowitz) regarding discovery issues. |
| 10/21/09 | 1.00 | Confer with P. Kolker regarding intercompany issues, document review issues. |
| 10/21/09 | 0.40 | Confer with J. Sottile regarding collapsing and solvency arguments. |

| | | |
|---|---|---|
| 10/21/09 | 0.20 | Review notes of call with Alix regarding intercompany accounts. |
| 10/21/09 | 0.30 | E-mails to (and review e-mails from) Schwinger and M. Stein regarding confidentiality and document issues. |
| 10/21/09 | 1.40 | Legal research on contribution rights. |
| 10/21/09 | 0.50 | Begin drafting follow-up memorandum to contribution rights. |
| 10/21/09 | 0.60 | Review recent transcripts regarding contribution issues. |
| 10/21/09 | 0.40 | Review decision regarding same. |
| 10/21/09 | 0.40 | Review and revise M. Ashley's draft memorandum and letter regarding Debtors' document production and privilege issues. |
| 10/21/09 | 0.20 | Locate and send documents to P. Kolker. |
| 10/22/09 | 1.20 | Meeting with P. Kolker to discuss intercompany claims issues, including review intercompany model spreadsheet and Alix powerpoint regarding same. |
| 10/22/09 | 0.40 | Attention to case management, including project status and work assignments. |
| 10/22/09 | 0.20 | Call with L. Kwon (Moelis) regarding potential experts. |
| 10/22/09 | 1.80 | Document review for potential deponents. |
| 10/22/09 | 1.00 | Meeting with P. Kolker and Wolff and ALIX regarding intercompany issues. |
| 10/22/09 | 0.20 | Review and send e-mails with important documents. |
| 10/23/09 | 0.10 | Send email to Chadbourne & Parke regarding additional discovery requests. |
| 10/23/09 | 0.20 | Exchange e-mails with counsel for VRC, Chadbourne & Parke regarding VRC discovery production. |
| 10/24/09 | 0.70 | Legal research on contribution rights. |
| 10/25/09 | 3.40 | Research and analyze facts and law relevant to insolvency analysis memorandum. |
| 10/25/09 | 1.20 | Revise draft insolvency analysis memorandum. |
| 10/25/09 | 0.30 | Email to Zuckerman Spaeder Tribune team regarding insolvency analysis memorandum. |
| 10/26/09 | 1.50 | Zuckerman Spaeder internal team meeting about case substance, solvency analyses, updates and organization. |

| | | |
|---|---|---|
| 10/26/09 | 0.50 | Review caselaw on "collapsing the transaction" and contingent liabilities. |
| 10/26/09 | 0.30 | Confer with T. Macauley regarding contingent liability issues. |
| 10/26/09 | 0.30 | Confer with M. Wolff regarding fact research project concerning Merger Agreement. |
| 10/26/09 | 0.50 | Confer with M. Stein and C. Montenegro (Kasowitz) regarding discovery and document issues. |
| 10/26/09 | 0.30 | Confer with P. Pineau regarding fact and legal research project. |
| 10/26/09 | 0.20 | Review JPM analyses of Tribune. |
| 10/26/09 | 0.20 | Review and analyze substantive internal Zuckerman Spaeder team e-mails about intercompany issues and scenarios. |
| 10/26/09 | 0.40 | Review results of B. Krein fact research, including review documents and conference with B. Krein regarding next project. |
| 10/26/09 | 0.30 | Meeting with P. Kolker to discuss issues relevant to complaint. |
| 10/26/09 | 0.10 | Attention to revised D&P confidentiality agreement. |
| 10/26/09 | 0.20 | Attention to case management and organization of Zuckerman Spaeder team and projects, including e-mails. |
| 10/27/09 | 0.20 | Confer with M. Wolff regarding research project. |
| 10/27/09 | 1.70 | Participate in weekly professionals conference call, including preparation for same. |
| 10/27/09 | 0.10 | Confer with C. Mehta regarding potential witnesses. |
| 10/27/09 | 0.70 | Confer with P. Pineau regarding memorandum, solvency issues, fact research on LBO. |
| 10/27/09 | 0.20 | Draft and send email to Kasowitz regarding discovery issues. |
| 10/27/09 | 0.10 | Draft and send e-mails to Chadbourne & Parke, Landis, and others regarding discovery issues for Citigroup, etc. |
| 10/27/09 | 0.20 | Confer via email with M. Ashley and T. Zink regarding Houlihan Lokey potential deponent. |
| 10/27/09 | 0.30 | Review Houlihan Lokey documents. |
| 10/27/09 | 0.20 | Call, email, and speak to Houlihan Lokey counsel regarding deposition scheduling. |

| 10/27/09 | 0.10 | Review and send email regarding potential expert. |
| 10/27/09 | 0.30 | Review cases related to contingent liabilities. |
| 10/27/09 | 0.20 | Confer with B. Krein, including review Chadbourne & Parke's issues tag memorandum. |
| 10/27/09 | 0.20 | Review and analyze Zuckerman Spaeder e-mails regarding solvency analysis. |
| 10/28/09 | 0.50 | Calls with M. Deptula regarding VRC solvency opinion research. |
| 10/28/09 | 0.60 | Participate in call of UCC counsel and Debtors' counsel. |
| 10/28/09 | 0.20 | Conference with G. Bush and J. Sottile regarding case management and strategy. |
| 10/28/09 | 0.30 | Confer with B. Krein regarding Tribune fact research. |
| 10/28/09 | 1.40 | Fact research, including focus on Board Special Committee meetings and materials. |
| 10/28/09 | 0.40 | Attention to document discovery and production issues. |
| 10/29/09 | 0.10 | Call with M. Ashley regarding VRC documents. |
| 10/29/09 | 0.20 | E-mails with M. Deptula regarding VRC fact research. |
| 10/29/09 | 1.00 | Participate in conference call with G. Bush, J. Sottile, and counsel to Centerbridge and Law Debenture. |
| 10/29/09 | 2.70 | Fact research on Special Committee activities, analyst reports, VRC activity. |
| 10/29/09 | 0.30 | E-mails with A. Nellos regarding document production issues. |
| 10/30/09 | 0.70 | Attend Zuckerman Spaeder team meeting. |
| 10/30/09 | 0.10 | Review and send e-mails about custodian issues. |
| 10/30/09 | 0.20 | Review draft work plan in preparation for Zuckerman Spaeder team meeting. |
| 10/30/09 | 0.10 | Call with M. Deptula regarding VRC research. |
| 10/30/09 | 0.20 | Email counsel regarding deposition scheduling and preparation. |
| 10/30/09 | 0.20 | Review documents identified by Chadbourne & Parke. |
| 10/30/09 | 0.10 | Confer with C. Mehta regarding document review. |
| 10/31/09 | 2.20 | Review and edit draft of memorandum on solvency analysis. |

| 10/31/09 | 0.20 | Email to G. Bush and J. Sottile about draft brief. |

**Thomas G. Macauley**

| 10/01/09 | 0.20 | Analyze issues regarding decisions avoiding upstream guarantees. |
| 10/05/09 | 0.30 | Analyze issues regarding timing of fraudulent transfer analysis. |
| 10/06/09 | 0.40 | Participate on call with committee professionals. |
| 10/06/09 | 0.20 | Review and comment on summary of call and issues raised. |
| 10/06/09 | 0.20 | Analyze issues regarding Rosner meeting tomorrow. |
| 10/06/09 | 0.20 | Draft note to D. Deutsche regarding affiliate issues. |
| 10/06/09 | 0.30 | Speak with D. Deutsche regarding same. |
| 10/06/09 | 0.40 | Review documents on Intralinks regarding same. |
| 10/06/09 | 0.50 | Draft summary of same for file. |
| 10/07/09 | 0.20 | Analyze issues regarding meeting with Centerbridge and Law Debenture. |
| 10/08/09 | 0.20 | Analyze issues regarding intercompany claims. |
| 10/09/09 | 2.10 | Review and analyze issues regarding memo on derivative standing. |
| 10/09/09 | 1.70 | Review and edit memo regarding subordination of claims. |
| 10/09/09 | 0.50 | Review and edit memo regarding intercompany claims. |
| 10/09/09 | 0.20 | Review memo on Debtors' discovery. |
| 10/09/09 | 0.20 | Review interview notes. |
| 10/12/09 | 0.30 | Analyze issues regarding effect of subordination of claims. |
| 10/12/09 | 0.10 | Analyze issues regarding insolvency expert. |
| 10/12/09 | 0.60 | Review equitable subordination memo and analyze issues regarding same. |
| 10/12/09 | 0.30 | Analyze issues regarding upcoming lenders' meeting. |
| 10/12/09 | 0.80 | Review memo and cases and analyze standing issues. |
| 10/13/09 | 0.20 | Review memo regarding contribution rights. |
| 10/13/09 | 0.20 | Review Cubs' petition and article regarding same. |
| 10/13/09 | 0.20 | Review summary and analyze issues regarding call today with committee professionals regarding investigation. |

| 10/13/09 | 0.20 | Analyze issues regarding intercompany claims analysis. |
| 10/13/09 | 0.30 | Review Lyondell docket and reply brief. |
| 10/14/09 | 0.30 | Review and comment on summary of call with Chadbourne regarding legal research. |
| 10/14/09 | 0.10 | Analyze issues regarding Lyondell oral argument. |
| 10/14/09 | 1.10 | Participate on call with Alix and Moelis regarding intercompany claims model. |
| 10/14/09 | 0.70 | Review recent fraudulent transfer decision. |
| 10/19/09 | 0.20 | Review and analyze issues regarding internal meeting agenda. |
| 10/19/09 | 0.50 | Review SEC filings. |
| 10/19/09 | 1.00 | Participate in internal status meeting (joined late). |
| 10/19/09 | 0.30 | Analyze issues regarding subordination of claims. |
| 10/19/09 | 0.80 | Research and analyze issues regarding intercompany transaction and guarantees. |
| 10/19/09 | 1.80 | Review article and decisions regarding valuation. |
| 10/20/09 | 0.10 | Review agenda for committee professionals call. |
| 10/20/09 | 1.50 | Participate on professionals call. |
| 10/20/09 | 1.90 | Review fraudulent transfer decisions. |
| 10/21/09 | 0.40 | Review SEC filings. |
| 10/21/09 | 0.60 | Review and analyze issues regarding fraudulent decisions. |
| 10/21/09 | 0.50 | Outline theory on same. |
| 10/21/09 | 0.60 | Research and analyze issues regarding privilege assertion. |
| 10/22/09 | 0.20 | Speak with A. Goldfarb regarding intercompany claim issues. |
| 10/22/09 | 0.20 | Review hot documents. |
| 10/22/09 | 0.70 | Begin drafting memo regarding two fraudulent transfer decisions. |
| 10/26/09 | 0.30 | Review Law Debenture motion regarding lender fees. |
| 10/26/09 | 0.40 | Analyze issues regarding collapsing transactions. |
| 10/26/09 | 0.30 | Exchange emails with C&P regarding potential experts. |
| 10/26/09 | 0.30 | Draft emails to potential experts. |
| 10/26/09 | 0.80 | Review cases and analyze issues regarding contingent liabilities. |

2436243.1

| 10/26/09 | 1.10 | Attend internal meeting regarding case status. |
| 10/26/09 | 0.30 | Speak with potential testifying expert. |
| 10/26/09 | 0.90 | Review draft complaint and analyze issues regarding same. |
| 10/26/09 | 0.80 | Outline comments to draft complaint. |
| 10/27/09 | 0.10 | Review Rosner letter to Katz regarding discovery. |
| 10/27/09 | 0.10 | Review agenda for committee professionals call. |
| 10/27/09 | 1.50 | Participate on committee professionals call. |
| 10/27/09 | 0.30 | Analyze issues regarding intercompany transaction. |
| 10/27/09 | 1.40 | Draft comments to draft complaint. |
| 10/27/09 | 1.50 | Review list of articles from 2007 and selected articles. |
| 10/27/09 | 0.50 | Review valuation decisions. |
| 10/28/09 | 0.20 | Analyze issues regarding draft complaint. |
| 10/28/09 | 0.90 | Outline notes with factual research. |
| 10/29/09 | 1.90 | Draft memo regarding review of articles. |
| 10/29/09 | 0.10 | Review Zell article. |
| 10/30/09 | 0.10 | Review list of potential expert possibilities. |

**Marshall S. Wolff**

| 10/01/09 | 0.20 | Confer with James Sottile regarding solvency of guarantor subs. |
| 10/02/09 | 2.00 | Read documents regarding merger agreement. |
| 10/02/09 | 1.00 | Legal research of cases regarding voiding upstream guarantees. |
| 10/05/09 | 0.30 | Telephone conference with Peter Kolker regarding contingencies to merger. |
| 10/05/09 | 0.80 | Read memorandum regarding solvency analysis and draft e-mail to team regarding same. |
| 10/05/09 | 0.40 | Read e-mails regarding effect of merger agreement on solvency analysis and respond to same. |
| 10/06/09 | 0.20 | Confer with Graeme Bush regarding analysis of obligations posed by Merger Agreement. |
| 10/06/09 | 0.50 | Meet with Andrew Goldfarb regarding obligations under Merger Agreement. |

| | | |
|---|---|---|
| 10/07/09 | 2.30 | Attention to work regarding analysis of additions to Merger Agreement. |
| 10/08/09 | 1.00 | Review e-mails regarding intercompany claims and confer with Graeme Bush regarding same. |
| 10/09/09 | 0.90 | Meet with Scott Hanna and Andrew Goldfarb regarding analysis of Merger Agreement. |
| 10/09/09 | 1.00 | Review merger agreement and related documents. |
| 10/09/09 | 0.40 | Review documents and prepare chart analyzing merger consummation. |
| 10/14/09 | 0.90 | Read documents regarding merger agreement and analysis of conditions to same. |
| 10/14/09 | 0.20 | Attention to solvency analysis. |
| 10/14/09 | 0.20 | Read e-mails regarding calls with Chadbourne. |
| 10/15/09 | 0.50 | Read e-mail from Graeme Bush regarding subordination of intercompany claims and respond to same. |
| 10/16/09 | 0.20 | Read e-mail regarding conditions to merger. |
| 10/16/09 | 0.50 | Read memorandum regarding contribution rights. |
| 10/16/09 | 0.90 | Read memoranda on equitable subordination and related factual issues. |
| 10/16/09 | 0.50 | Read memoranda and e-mails regarding merger conditions and intercompany claims analysis. |
| 10/19/09 | 1.70 | Meet with team regarding tasks and research issues. |
| 10/22/09 | 0.30 | Telephone conference with Peter Kolker regarding call with Alix representatives. |
| 10/22/09 | 0.70 | Telephone call with Alix representatives regarding effect of avoiding claims on creditor recovery. |
| 10/25/09 | 2.00 | Review documents regarding merger conditions and e-mail regarding same. |
| 10/26/09 | 0.20 | Read e-mails regarding collapsing analysis and respond to same. |
| 10/26/09 | 0.60 | Meet with Andrew Goldfarb to discuss conditions to transaction and analysis of financial condition. |
| 10/26/09 | 0.30 | Meet with Scott Hanna regarding analysis of conditions and associated prior analysis. |
| 10/26/09 | 0.30 | Legal research regarding solvency analysis. |

| 10/26/09 | 0.50 | Review loan commitment and other loan documents regarding obligations. |
| 10/26/09 | 1.30 | Attend meeting of team. |
| 10/27/09 | 0.20 | Meet with Andrew Goldfarb regarding collapsing research. |
| 10/27/09 | 0.50 | Discuss with Peter Kolker the analysis of Step 2 transaction. |
| 10/27/09 | 0.20 | Read e-mails regarding intercompany transaction. |
| 10/29/09 | 1.10 | Prepare revisions to analysis of merger conditions and circulate to team with e-mail regarding same. |
| 10/29/09 | 0.50 | Read Peter Kolker memorandum regarding second step financing and draft response to same. |
| 10/29/09 | 0.20 | Read document regarding changes to financing terms. |
| 10/29/09 | 0.20 | Review document regarding financing conditions. |
| 10/30/09 | 0.80 | Meeting of team regarding tasks and assignments. |

Graeme W. Bush

| 10/01/09 | 0.60 | Prepare for and telephone conference with Messrs. Seife and LeMay regarding JPM developments, Centerbridge and Law Debenture arrangements, document production and other pending matters. |
| 10/01/09 | 0.20 | Telephone conference with David LeMay regarding Rule 2004 discovery. |
| 10/01/09 | 0.40 | E-mails regarding Rule 2004, et al. regarding documents requested by lenders. |
| 10/01/09 | 0.20 | E-mails with Messrs. Rosner and Golden regarding Common Interest Agreement and common interest meeting. |
| 10/01/09 | 0.30 | E-mails with Sharon Katz regarding potential meeting regarding financial analysis. |
| 10/01/09 | 0.40 | E-mails with Davis Polk and Andrew Goldfarb regarding documents request. |
| 10/01/09 | 1.10 | Review e-mails and case law and analysis regarding upstream guarantees. |
| 10/02/09 | 0.60 | Attend to common interest agreement, including e-mails with Messrs. Rosner and Golden and arrange meeting with same. |
| 10/02/09 | 0.40 | Attend to document review protocol, including e-mails with Messrs. Ashley and Goldfarb and confer with James Sottile regarding telephone conference regarding same. |

| 10/02/09 | 0.20 | E-mails with Sharon Katz regarding proposed meeting with lenders regarding financial analysis. |
| 10/02/09 | 0.90 | Review memo and documents regarding potential witnesses for Rule 2004 exam. |
| 10/03/09 | 2.00 | Review research memos regarding defense issues to fraudulent transfer case. |
| 10/04/09 | 2.50 | Review legal research regarding solvency issues. |
| 10/05/09 | 0.60 | Prepare for and telephone conference with Messrs. Seife and LeMay regarding JPM developments, Centerbridge and Law Debenture arrangements, document production and other pending matters. |
| 10/05/09 | 0.20 | Telephone conference with David LeMay regarding Rule 2004 discovery. |
| 10/05/09 | 0.90 | Prepare for and telephone conference with Chadbourne & Parke regarding Relativity and document searching and coding. |
| 10/05/09 | 1.40 | Review draft complaint and meeting with Peter Kolker regarding drafting and strategic points. |
| 10/06/09 | 2.40 | Work on common interest agreement, including negotiations with Centerbridge and Law Debenture, telephone conferences regarding same and review and revise agreement. |
| 10/06/09 | 0.80 | Telephone conferences with David LeMay regarding UCC approval of Common Interest agreement. |
| 10/06/09 | 1.60 | Review financial analysis and outline agenda for meeting with Centerbridge and Law Debenture. |
| 10/06/09 | 0.60 | Work on document production issues. |
| 10/06/09 | 0.70 | Work on witnesses and planning witness examinations. |
| 10/06/09 | 0.40 | Work on meetings with lenders, including e-mails with lenders, including e-mails with Mses. Katz and Wagner. |
| 10/07/09 | 0.40 | E-mails regarding modifications to Common Interest Agreement. |
| 10/07/09 | 1.30 | Prepare for meeting with Kasowitz Benson and Akin Gump attorneys, including review agenda presentations and conferences with Andrew Goldfarb. |
| 10/07/09 | 4.00 | Meeting with Kasowitz Benson and Akin Gump attorneys regarding common interest and cooperation. |

| 10/07/09 | 0.30 | Telephone conference with Sharon Katz and confer internal regarding meeting with lenders on financial analysis. |
| 10/07/09 | 1.80 | Analyze intercompany solvency issues; including analyze intercompany spreadsheets and e-mails to internal team. |
| 10/08/09 | 0.30 | Telephone conference with Howard Seife regarding Committee telephone conference and Law Debenture meeting. |
| 10/08/09 | 0.50 | UCC telephone conference. |
| 10/08/09 | 0.70 | Prepare for and telephone conference with ALIX regarding intercompany analysis and confer with Andrew Goldfarb regarding same. |
| 10/08/09 | 1.20 | Work on analysis of intercompany accounts. |
| 10/08/09 | 0.30 | Confer with Marshall Wolff regarding guarantee analysis. |
| 10/08/09 | 1.10 | Work on document productions and confidential agreements for Law Debenture and Centerbridge and confer with Andrew Goldfarb regarding same, and e-mails with Chadbourne. |
| 10/09/09 | 0.40 | Telephone conferences with Messrs Seife and David regarding status regarding lenders. |
| 10/09/09 | 0.60 | E-mails regarding cooperation with Law Debenture and Centerbridge regarding documents. |
| 10/10/09 | 0.70 | Telephone conference with Messrs. Seife, LeMay, Zink, Deutsch regarding coordination and status of projects and reports on developments. |
| 10/13/09 | 0.60 | Review e-mail regarding equitable subordination and read case. |
| 10/13/09 | 0.40 | Review documents from document search. |
| 10/13/09 | 1.20 | Review e-mail and memo regarding contribution rights. |
| 10/13/09 | 0.90 | Review documents selected from lenders production. |
| 10/13/09 | 0.40 | E-mails regarding request for documents relating to ALIX analysis. |
| 10/14/09 | 1.00 | Telephone conference with ALIX, Moelis, James Sottile, Andrew Goldfarb to explain intercompany spreadsheet from Debtors. |
| 10/14/09 | 2.50 | Review recent decision. |

| | | |
|---|---|---|
| 10/14/09 | 0.90 | Work on cooperation with Kasowitz and Akin, including e-mails and telephone conferences regarding documents, telephone call with David Rosner regarding recent decision and other matters. |
| 10/14/09 | 0.40 | Review intercompany spreadsheet and e-mail with James Sottile and Andrew Goldfarb regarding same. |
| 10/14/09 | 0.30 | E-mails with Messrs. Glenn and Wolff regarding intercreditor agreement. |
| 10/15/09 | 1.20 | Meeting with James Sottile regarding work plan, experts, analysis of key theories, recent decision. |
| 10/15/09 | 0.40 | E-mails with Marshall Wolff regarding intercompany claim and subordination. |
| 10/15/09 | 1.70 | Work on intercompany claim waterfall scenarios and spreadsheet. |
| 10/15/09 | 0.20 | E-mails regarding LBO meeting and coordination with Chadbourne & Parke. |
| 10/16/09 | 1.20 | Work on scheduling depositions, including review potential witnesses; e-mail with Chadbourne & Parke and internal regarding depositions, and telephone conferences with counsel for witnesses. |
| 10/16/09 | 0.80 | Draft agenda for team meeting and e-mails regarding same. |
| 10/16/09 | 0.90 | Work on expert witnesses, including e-mails regarding potential witnesses and review of bios. |
| 10/16/09 | 0.40 | Confer with Peter Kolker regarding draft complaint. |
| 10/16/09 | 0.30 | E-mails with ALIX regarding documents and financial information from Debtor. |
| 10/19/09 | 1.20 | Prepare for and team meeting regarding complaint, research, document production, depositions and other pending matters. |
| 10/19/09 | 0.50 | E-mails and review drafts regarding document requests to banks. |
| 10/19/09 | 0.40 | Analyze and evaluate potential witnesses. |
| 10/20/09 | 0.20 | E-mails regarding experts. |
| 10/20/09 | 0.20 | Review weekly update from ALIX. |
| 10/20/09 | 0.20 | E-mails and consideration of document production to David Rosner and confidentiality. |

| 10/20/09 | 0.70 | Telephone conference with UCC professionals and prepare for same. |
| 10/20/09 | 0.90 | Review and respond to e-mails from Andrew Goldfarb and Chadbourne & Parke regarding document production issues. |
| 10/21/09 | 1.50 | Work on legal analysis of solvency, including review and send e-mails regarding same. |
| 10/22/09 | 0.60 | Work on document production issues. |
| 10/22/09 | 0.40 | Legal analysis of solvency and guarantor issues. |
| 10/22/09 | 0.50 | Work on scheduling examinations, including of solvency witnesses. |
| 10/22/09 | 0.70 | Review documents identified from third party productions. |
| 10/23/09 | 0.30 | E-mails regarding new targets for document requests. |
| 10/23/09 | 0.60 | E-mails and telephone conferences with VRC and D&P regarding witness examinations. |
| 10/23/09 | 0.30 | E-mails regarding document production issues. |
| 10/23/09 | 0.40 | Review documents identified from third party productions. |
| 10/25/09 | 0.60 | Review e-mails and forwarded documents from JPM production. |
| 10/26/09 | 1.20 | Prepare for and meet with team regarding pending items. |
| 10/26/09 | 0.60 | E-mails to Chadbourne regarding examinations of solvency witnesses. |
| 10/26/09 | 0.80 | Internal e-mails and review resumes regarding experts. |
| 10/27/09 | 1.50 | Professionals telephone conference. |
| 10/27/09 | 0.40 | Telephone conference with Howard Seife. |
| 10/27/09 | 0.80 | E-mails regarding document production and depositions. |
| 10/27/09 | 0.20 | Telephone conference with Sharon Katz. |
| 10/27/09 | 0.40 | E-mails with James Sottile regarding work plan. |
| 10/27/09 | 0.50 | Confer internally regarding aspects of deal structure and review e-mails from James Sottile and Thomas Macauley regarding same. |
| 10/28/09 | 0.40 | Telephone conference with B. Den Uyl regarding financial matters and experts. |
| 10/28/09 | 0.80 | Telephone conference with debtors professionals. |

| 10/28/09 | 0.60 | Telephone conference with UCC Chair, counsel and Howard Seife. |
| 10/28/09 | 0.30 | E-mails and telephone conference with Howard Seife regarding meeting with debtors. |
| 10/28/09 | 0.40 | E-mails regarding special committee minutes. |
| 10/28/09 | 0.50 | Work on scheduling witnesses, including e-mails regarding same. |
| 10/28/09 | 0.20 | E-mails regarding privilege issues. |
| 10/28/09 | 0.40 | E-mails to David Rosner, et al. regarding conference call schedule and subject matter. |
| 10/28/09 | 1.20 | Telephone conference with Messrs. Rosner, Golden, et al. regarding coordination of investigation and prepare for same. |
| 10/28/09 | 0.70 | Review and revise work plan and confer with James Sottile regarding same. |
| 10/29/09 | 0.70 | UCC call. |
| 10/29/09 | 1.20 | Telephone conference with Messrs. Goldfarb, Sottile, Rosner, Stein, Golden regarding coordination of efforts. |
| 10/29/09 | 0.50 | Telephone conference with Howard Seife regarding timing and Lenders request for meeting. |
| 10/29/09 | 0.60 | Meetings with James Sottile regarding work plan and review draft of same. |
| 10/29/09 | 0.40 | Revise, review work plan and confer with James Sottile regarding same. |
| 10/29/09 | 0.80 | Review e-mails with documents identified from third party productions. |
| 10/30/09 | 0.30 | Telephone conference with Bryan Krakauer regarding witnesses. |
| 10/30/09 | 0.90 | Prepare for and attend team meeting regarding status of projects. |
| 10/30/09 | 0.30 | E-mails regarding documents from third parties. |
| 10/30/09 | 0.80 | Work on witness scheduling, including e-mails regarding VRC dates and witnesses, and follow up regarding debtor and D&P witnesses. |
| 10/30/09 | 0.20 | E-mails regarding fee petition. |
| 10/31/09 | 2.40 | Review documents in preparation for depositions. |

| 10/31/09 | 0.50 | E-mails regarding VRC analysis. |
| 10/31/09 | 0.40 | E-mails Andrew Goldfarb regarding solvency research memo. |

**Nathan M. Berman**

| 10/01/09 | 1.10 | Receipt and review Oppositions to Motion to Dismiss under 546(e) in Lyondell case. |
| 10/06/09 | 0.20 | Conference with Marty Deptula regarding Section 546(e) and preemption. |

**Laura E. Neish**

| 10/01/09 | 0.40 | Telephone conversation with Andrew Goldfarb regarding fraudulent conveyance analysis. |
| 10/02/09 | 4.30 | Review case law regarding fraudulent conveyances. |
| 10/05/09 | 3.00 | Review case law regarding fraudulent conveyances. |
| 10/06/09 | 4.10 | Review report, legal research regarding fraudulent conveyances. |
| 10/07/09 | 1.00 | Conduct legal research regarding fraudulent conveyance claims. |
| 10/13/09 | 0.70 | Review legal research regarding fraudulent conveyance claims. |
| 10/14/09 | 3.80 | Review legal research regarding fraudulent conveyance claims. |
| 10/15/09 | 0.50 | Conduct legal research on fraudulent conveyance issue. |
| 10/16/09 | 1.00 | Review cases regarding fraudulent conveyance. |
| 10/19/09 | 0.30 | Telephone conversation with Andrew Goldfarb regarding case status. |
| 10/20/09 | 5.10 | Research, draft memorandum regarding fraudulent conveyance issue. |
| 10/21/09 | 1.50 | Draft memorandum regarding fraudulent conveyance issue. |
| 10/22/09 | 4.50 | Draft memorandum regarding fraudulent conveyance issue. |
| 10/23/09 | 0.70 | Draft memorandum regarding fraudulent conveyances. |

**Virginia W. Guldi**

| 10/02/09 | 3.50 | Draft standing memorandum. |
| 10/05/09 | 5.00 | Memo regarding standing issues. |

| 10/19/09 | 0.30 | Review subordination memo. |
| 10/19/09 | 0.20 | Discuss same with T. Macauley. |

**Martin G. Deptula**

| 10/06/09 | 6.50 | Legal research follow up on potential state law claim and defenses against a lender. |
| 10/06/09 | 0.20 | Draft memorandum to Andrew Goldfarb concerning legal research. |
| 10/08/09 | 2.50 | Draft memorandum to Andrew Goldfarb concerning various legal research issues relating to various state law claims that the creditors' committee may seek to assert against the lenders. |
| 10/28/09 | 0.20 | Telephone conference with Andrew Goldfarb regarding the initial solvency opinion issued by VRC. |
| 10/28/09 | 3.40 | Review and analyze documents regarding same. |
| 10/29/09 | 5.50 | Review and analyze electronic documents relating to VRC solvency opinion. |
| 10/30/09 | 6.20 | Review and analyze electronic documents relating to VRC solvency opinion. |

**A. Paul Pineau**

| 10/09/09 | 0.50 | Read executive summary report by Chadbourne & Parke. |
| 10/11/09 | 2.00 | Read report by Chadbourne & Parke. |
| 10/11/09 | 0.90 | Review memorandum of Lisa Stevenson regarding collapsing the various financial transactions. |
| 10/12/09 | 1.00 | Read Chadbourne & Parke report. |
| 10/12/09 | 1.40 | Review documents in electronic case file and research cases on collapsing the transactions. |
| 10/13/09 | 0.60 | Telephone call with Andrew Goldfarb regarding background of case and plans for memorandum regarding solvency. |
| 10/13/09 | 0.70 | Review memoranda regarding Chadbourne & Parke's view on issues for purposes of determining Tribune's solvency. |
| 10/13/09 | 1.80 | Review draft complaint. |
| 10/14/09 | 0.30 | Telephone call with Andrew Goldfarb regarding incurrence of obligations. |
| 10/14/09 | 0.90 | Review May 2007 Credit Agreement. |

| | | |
|---|---|---|
| 10/15/09 | 0.90 | Review transfer and execution of credit documents. |
| 10/15/09 | 1.40 | Online document review regarding plans for second step financing. |
| 10/15/09 | 2.80 | Began section of memorandum regarding case law on collapsing transactions. |
| 10/15/09 | 0.30 | Research of bankruptcy court's equitable powers. |
| 10/15/09 | 0.50 | Legal research regarding lender commitments. |
| 10/16/09 | 6.70 | Draft and revise memorandum on collapsing and timing. |
| 10/16/09 | 1.00 | Online document review regarding consummation of Merger. |
| 10/16/09 | 0.30 | Telephone call with Andrew Goldfarb regarding memorandum on collapsing and timing. |
| 10/26/09 | 1.10 | Review memoranda regarding date for solvency analysis. |
| 10/26/09 | 1.00 | Review memoranda regarding debtor's obligation to consummate merger. |
| 10/27/09 | 6.70 | Online document review regarding Merger Agreement. |
| 10/27/09 | 0.80 | Telephone call with Andrew Goldfarb regarding memorandum, fact research and collapsing transaction. |
| 10/27/09 | 3.00 | Online document review and research regarding FCC approval of Merger and draft memorandum on same. |
| 10/28/09 | 0.20 | Research regarding FCC approval of Merger. |
| 10/28/09 | 1.60 | Review documents on Major League Baseball's approval of Merger and draft memorandum on same. |
| 10/28/09 | 1.00 | Review documents on stock conversion and draft memorandum on same. |
| 10/28/09 | 0.30 | Draft memorandum on Merger Agreement condition. |
| 10/28/09 | 0.70 | Draft memorandum on Merger Agreement's termination provisions. |
| 10/28/09 | 0.80 | Draft memorandum on conditions to Step Two financing. |
| 10/28/09 | 0.60 | Research availability of financial information as of June 4, 2007. |
| 10/28/09 | 1.20 | Review and revise memorandum on consummation of Merger. |
| 10/28/09 | 3.10 | Draft memorandum on the Merger Agreement's requirement of a solvency opinion. |

| 10/29/09 | 7.30 | Draft memorandum regarding solvency and loan obligations. |
| 10/29/09 | 0.30 | Research regarding obligations under the Hart-Scott-Rodino Act. |
| 10/30/09 | 5.50 | Draft and revise memorandum regarding solvency of debtor and loan obligations at that time. |

Benjamin L. Krein

| 10/09/09 | 0.20 | Initial meeting with Andrew Goldfarb to discuss case background. |
| 10/13/09 | 3.40 | Review background materials. |
| 10/13/09 | 0.50 | Perform test searches in database. |
| 10/13/09 | 0.50 | Attend software training session. |
| 10/13/09 | 0.60 | Test document review software. |
| 10/14/09 | 2.00 | Continue to review background materials. |
| 10/14/09 | 0.90 | Begin to conduct searches of documents in database relating to assignment. |
| 10/14/09 | 0.30 | Test document database. |
| 10/15/09 | 6.20 | Continue searches of documents in database relating to research assignment. |
| 10/16/09 | 1.50 | Continue searches of documents in database relating to research assignment. |
| 10/19/09 | 3.60 | Analyze debtor's documents concerning solvency issue. |
| 10/20/09 | 6.50 | Analyze produced documents concerning solvency issue and confer with Andrew Goldfarb. |
| 10/21/09 | 1.60 | Analyze documents re: solvency issue; review e-mail from Andrew Goldfarb regarding next project. |
| 10/22/09 | 4.90 | Analyze documents regarding solvency issue; quality-check previously-completed tagging. |
| 10/23/09 | 4.10 | Quality-check previously-completed tagging and e-mail to Andrew Goldfarb regarding same. |
| 10/26/09 | 0.10 | Confer with Andrew Goldfarb regarding status of existing assignment and new assignment. |
| 10/27/09 | 3.50 | Analyze and tag database documents evidencing parties' knowledge of ESOP transaction. |
| 10/27/09 | 0.20 | Confer with Andrew Goldfarb regarding same. |

2436243.1

| | | |
|---|---|---|
| 10/28/09 | 0.50 | Further review of database documents evidencing parties' knowledge of ESOP transaction. |
| 10/28/09 | 0.80 | Analyze e-mails regarding same. |
| 10/28/09 | 0.20 | Confer with Andrew Goldfarb regarding same, next steps. |
| 10/29/09 | 4.30 | Continue to analyze e-mails. |
| 10/29/09 | 0.50 | Begin drafting memorandum summarizing document analysis work. |
| 10/29/09 | 2.10 | Analyze Citigroup and Merrill Lynch documents. |
| 10/30/09 | 2.90 | Analyze additional J.P. Morgan documents. |

Scott A. Hanna

| | | |
|---|---|---|
| 10/01/09 | 7.50 | Electronic document review of JPMorgan and Merrill Lynch productions in Relativity database to determine key players at respective banks. |
| 10/02/09 | 2.70 | Electronic document review of Merrill Lynch production in Relativity database to determine key players at respective banks. |
| 10/02/09 | 5.60 | Draft memorandum to G. Bush regarding same. |
| 10/07/09 | 7.50 | Electronic document review of Relativity database of all productions regarding Step Two of the merger agreement. |
| 10/09/09 | 4.80 | Electronic document review of Relativity database of all productions regarding Merger Agreement. |
| 10/09/09 | 0.60 | Meeting with M. Wolff and A. Goldfarb to discuss same. |
| 10/09/09 | 2.10 | Electronic document review of Relativity database of all productions regarding Step Two of the merger. |
| 10/13/09 | 7.20 | Electronic document review of Relativity database of all productions regarding Merger Agreement and approval of merger. |
| 10/13/09 | 1.30 | Draft email memorandum to M. Wolff and A. Goldfarb regarding same. |
| 10/14/09 | 5.40 | Electronic document review of Relativity database of all productions regarding Merger Agreement, approval of shareholders and FCC. |
| 10/14/09 | 2.10 | Assemble review binders of materials regarding shareholder approval. |

| 10/15/09 | 7.50 | Targeted electronic document review of Relativity database and JPMorgan productions regarding Step Two Merger Agreement and FCC approval. |
| 10/16/09 | 2.20 | Electronic document review of Relativity database of all productions regarding Merger Agreement and FCC approval. |
| 10/16/09 | 1.40 | Draft update email to M. Wolff and A. Goldfarb regarding same. |
| 10/19/09 | 4.80 | Electronic document review of Relativity database of all productions regarding Merger Agreement and FCC approval. |
| 10/21/09 | 1.20 | Electronic document review of Relativity database of all productions regarding Merger Agreement and FCC approval. |
| 10/22/09 | 6.90 | Electronic document review of Relativity database of all productions regarding Merger Agreement and FCC approval. |
| 10/23/09 | 1.10 | Electronic document review of Relativity database of all productions regarding Merger Agreement and FCC approval. |
| 10/23/09 | 6.30 | Electronic document review of Relativity database of all productions regarding Merger Agreement condition. |
| 10/23/09 | 0.20 | Draft email to M. Wolff and A. Goldfarb regarding same. |
| 10/26/09 | 1.90 | Electronic document review of Relativity database of all productions regarding Merger Agreement condition. |
| 10/26/09 | 0.20 | Meet and confer with M. Wolff regarding electronic search of Relativity database regarding Step One of merger agreement. |
| 10/26/09 | 5.20 | Electronic document review of Relativity databases regarding same. |
| 10/26/09 | 0.40 | Retrieve Commitment Letters. |
| 10/27/09 | 8.60 | Electronic document review of Relativity databases regarding Step One of merger agreement. |
| 10/28/09 | 3.60 | Electronic document review of Relativity databases regarding Step One of merger agreement. |
| 10/29/09 | 4.60 | Electronic document review of Relativity databases regarding Step One of merger agreement. |
| 10/30/09 | 7.00 | Electronic document review of Relativity databases regarding Step One of merger agreement. |

Jer-Wei (Jay) Chen

| 10/01/09 | 0.80 | Prepare case law for Laura Neish's review. |

Kimberley Wilson

| 10/13/09 | 0.60 | Pull recent decision for Andrew Goldfarb. |
| 10/21/09 | 0.50 | Pull lower court decisions for Andrew Goldfarb. |
| 10/26/09 | 0.60 | Make arrangements for a runner to retrieve lower court documents from archives for Andrew Goldfarb. |

Jeanne Trahan Faubell

| 10/09/09 | 0.30 | Research to locate and retrieve a law review article. |
| 10/27/09 | 0.10 | Research in Westlaw to locate and retrieve recent decision. |
| 10/27/09 | 0.20 | From earlier search result of numerous articles, select and retrieve articles requested by Thomas Macauley. |

Diana Gillig

| 10/01/09 | 1.00 | Review conflicts research. |
| 10/15/09 | 0.10 | Review docket. |
| 10/20/09 | 0.40 | Pull 15 cases for T. Macauley. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

November 23, 2009

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:269930
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2009.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 0.40  hours at  $725.00  per hour | $ | 290.00 |
| By Thomas G. Macauley | | |
| 1.40  hours at  $570.00  per hour | $ | 798.00 |
| By Diana Gillig | | |
| 1.10  hours at  $155.00  per hour | $ | 170.50 |
| | | |
| TOTAL FEES | $ | 1,258.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 1,258.50 |

2436242.1

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                          MATTER: 0002


Thomas G. Macauley

| 10/01/09 | 0.30 | Review and finalize monthly fee application. |
| 10/01/09 | 0.20 | Analyze issues regarding fee application for fee examiner. |
| 10/12/09 | 0.20 | Speak with S. Schwendemann regarding first monthly fee application. |
| 10/15/09 | 0.10 | Speak with Landis paralegal regarding interim fee application deadline. |
| 10/15/09 | 0.30 | Analyze issues regarding need for supplemental affidavit and search. |
| 10/22/09 | 0.10 | Review CNO for 1st interim fee application. |
| 10/22/09 | 0.10 | Review chamber procedures regarding same. |
| 10/27/09 | 0.10 | Analyze issues regarding need for supplemental search. |

Graeme W. Bush

| 10/15/09 | 0.40 | Telephone conference with Danny Golden and confer with Thomas Macauley regarding supplemental disclosure. |

Diana Gillig

| 10/01/09 | 0.10 | Contact team members regarding 1st fee application. |
| 10/01/09 | 0.30 | Revise fee application. |
| 10/01/09 | 0.20 | Electronically file fee application. |
| 10/01/09 | 0.20 | Prepare service of same. |
| 10/01/09 | 0.10 | Forward filed fee application to team. |
| 10/22/09 | 0.10 | Review docket. |
| 10/22/09 | 0.10 | Draft certificate of no objection regarding ZS first fee application. |



**ZUCKERMAN SPAEDER LLP**                    1800 M STREET, NW SUITE 1000
                                             WASHINGTON, DC 20036-5802

November 17, 2009

Tribune Company                                          Invoice:269931
c/o Kenneth P. Kansa                                       Client: 12464
Sidley Austin LLP                                        Matter: 0003
One South Dearborn                                       EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Non-Working Travel Time

---

STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2009.

By Thomas G. Macauley
    3.40 hours at $570.00 per hour                    $      1,938.00
                                                      _____

            TOTAL FEES                                $      1,938.00

            TOTAL EXPENSES                            $          0.00

            TOTAL FEES AND EXPENSES THIS PERIOD       $      1,938.00

November 17, 2009                                                                                    Page 2

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                                                    MATTER: 0003

Thomas G. Macauley
10/26/09              3.40   Travel to/from Washington, DC for internal meetings.