# EXHIBIT B

416453.1

Tribune Company
Zuckerman Spaeder LLP
3rd Monthly Fee Application
Period 10/1/09 - 10/31/09

| EXPENSES | AMOUNT | DATE OF SERVICE | ATTORNEY | TOTALS |
|---|---|---|---|---|
| AIR/TRAIN TRAVEL | $ 1,694.30 | 9/17/2009 | | |
| | $ 4,444.55 | 9/25/2009 | | |
| | $ 470.99 | 10/9/2009 | | |
| Total | $ 6,609.84 | | | $ 6,609.84 |
| HOTEL | $ 539.20 | 10/28/2009 | | |
| Total | $ 539.20 | | | $ 539.20 |
| TAXI SERVICE | $ 92.00 | 9/25/2009 | | |
| Total | $ 92.00 | | | $ 92.00 |
| MEALS / MISC | $ 100.00 | 10/20/2009 | | |
| | $ 73.75 | 10/30/2009 | | |
| | $ 173.75 | | | $ 173.75 |
| Total | | | | |
| | $ 75.00 | 10/9/2009 | | |
| LOCAL TRAVEL - LIMOUSINE | | | | |
| | $ 75.00 | | | $ 75.00 |
| Total | | | | |
| | $ 44.00 | 10/1/2009 | | |
| INHOUSE COPY | $ 7.80 | 10/7/2009 | | |
| | $ 1.50 | 10/19/2009 | | |
| | $ 97.60 | 10/29/2009 | | |
| | $ 392.60 | 10/30/2009 | | |
| | $ 543.50 | | | $ 543.50 |
| Total | | | | |
| | $ 30.64 | 10/30/2009 | | |
| PACER RESEARCH | | | | |
| | $ 30.64 | | | $ 30.64 |
| Total | | | | |
| | $ 5,516.55 | 9/30/2009 | | |
| WESTLAW RESEARCH | | | | |
| | $ 5,516.55 | | | $ 5,516.55 |
| Total | | | | |
| | $ 1,190.12 | 9/30/2009 | | |
| LEXIS RESEARCH | | | | |
| | $ 1,190.12 | | | $ 1,190.12 |
| Total | | | | |
| | $ 77.83 | 10/28/2009 | | |
| SOUNDPATH - CONFERENCE CALLS | | | | |
| | $ 77.83 | | | $ 77.83 |
| Total | | | | |
| | $ 0.24 | 10/1/2009 | | |
| LONG DISTANCE CALLS | $ 0.24 | 20/5/09 | | |
| | $ 1.68 | 10/6/2009 | | |
| | $ 1.68 | 10/7/2009 | | |
| | $ 1.68 | 10/8/2009 | | |
| | $ 0.48 | 10/9/2009 | | |
| | $ 1.20 | 10/12/2009 | | |
| | $ 3.48 | 10/13/2009 | | |
| | $ 0.12 | 10/14/2009 | | |
| | $ 1.08 | 10/15/2009 | | |
| | $ 0.96 | 10/16/2009 | | |
| | $ 1.08 | 10/19/2009 | | |
| | $ 1.92 | 10/20/2009 | | |
| | $ 1.92 | 10/21/2009 | | |

|  | $ | 5.40 | 10/26/2009 |  |  |  |
|---|---|---|---|---|---|---|
|  | $ | 1.68 | 10/27/2009 |  |  |  |
|  | $ | 0.24 | 10/28/2009 |  |  |  |
|  | $ | 0.24 | 10/30/2009 |  |  |  |
|  |  |  |  |  |  |  |
|  | $ | 25.32 |  |  | $ | 25.32 |
| Total |  |  |  |  |  |  |
|  | $ | 20.70 | 10/30/2009 |  |  |  |
| POSTAGE |  |  |  |  |  |  |
|  | $ | 20.70 |  |  | $ | 20.70 |
| Total |  |  |  |  |  |  |
| GRAND TOTAL |  |  |  |  | $ | 14,894.45 |