# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### October 1, 2009 through October 31, 2009

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 42.10 | $20,620.00 |
| Committee Meetings | 003 | 45.20 | 26,905.00 |
| Creditor Communications | 004 | 4.20 | 3,339.00 |
| Business Operations | 007 | 64.40 | 34,595.00 |
| Asset Disposition/Sale | 008 | 36.00 | 24,621.50 |
| Claims Administration/Bar Date | 009 | 2.40 | 1,524.00 |
| Fee/Retention Applications | 010 | 55.10 | 21,823.50 |
| Plan and Disclosure Statement | 011 | 7.30 | 6,875.50 |
| Employee Issues | 014 | 2.90 | 1,841.50 |
| Relief from Stay Issues | 015 | 1.20 | 588.00 |
| General Litigation | 017 | 2.40 | 973.00 |
| Non-Working Travel* | 018 | 7.10 | 3,014.25 |
| Review of PrePetition Financings | 019 | 3,163.30 | 1,523,989.50 |
| **Total** | | **3,433.60** | **$1,670,709.75** |

* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through October 31, 2009

Our Matter #19804.002
          BANKRUPTCY GENERAL

| | | | |
|---|---|---|---|
| 10/01/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/02/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 10/02/09 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and calendar (.2); exchange e-mails with Helen Lamb re: Debtors' e-mail inquiry (.1); review various court postings (.3); follow-up with Delaware counsel re: next week's hearing (.1). | 0.70 hrs. |
| 10/05/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/05/09 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 10/05/09 | M. S. TOWERS | Review docket and relevant filings | 0.60 hrs. |
| 10/05/09 | D. E. DEUTSCH | Review daily reports, pleadings therein and calendar (.2). | 0.20 hrs. |
| 10/06/09 | D. E. DEUTSCH | Exchange e-mails with Josh Gold re: issue on posting of Committee materials (.2). | 0.20 hrs. |
| 10/06/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

|            |                |                                                                                                                                                                                                                                              |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | case calendar based on current docket entries (.20); conferences with D. LeMay re: posting notification (.20); post certain materials to Intralinks (.60).                                                                                     |            |
| 10/06/09   | D. E. DEUTSCH  | Review draft agenda for tomorrow's meeting with Debtors' counsel (.2).                                                                                                                                                                        | 0.20 hrs.  |
| 10/06/09   | J. GOLD        | Draft and circulate agenda for 10/7 call with Debtor professionals.                                                                                                                                                                          | 0.40 hrs.  |
| 10/06/09   | H. SEIFE       | Emails with Kaye Scholer regarding Committee seat.                                                                                                                                                                                            | 0.40 hrs.  |
| 10/07/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.80). | 1.30 hrs.  |
| 10/07/09   | D. E. DEUTSCH  | Calls with Adam Landis re: hearing matters (.2); review various case-related e-mails (.2).                                                                                                                                                    | 0.40 hrs.  |
| 10/07/09   | D. M. LeMAY    | Weekly call w/Sidley regarding pending case matters.                                                                                                                                                                                          | 0.50 hrs.  |
| 10/08/09   | D. E. DEUTSCH  | Review last two pleading reports, pleadings therein and related calendar (.3).                                                                                                                                                                | 0.30 hrs.  |
| 10/08/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10).                       | 0.40 hrs.  |
| 10/08/09   | H. SEIFE       | Review emails regarding Committee vacancy.                                                                                                                                                                                                    | 0.40 hrs.  |
| 10/09/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize                                                                            | 0.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3

|  |  |  |  |
|---|---|---|---|
|  |  | case calendar based on current<br>docket entries (.10). |  |
| 10/09/09 | D. M. LeMAY | Review all latest court filings. | 1.80 hrs. |
| 10/10/09 | D. E. DEUTSCH | Review daily report, pleadings<br>therein and case calendar (.2);<br>review various case-related<br>e-mails (.2). | 0.40 hrs. |
| 10/12/09 | D. M. LeMAY | Review all latest court filings. | 1.50 hrs. |
| 10/12/09 | D. E. DEUTSCH | Follow-up with David Bava re:<br>tomorrow's hearing matters (.1);<br>exchange e-mails with Howard Seife<br>to discuss action items (.3). | 0.40 hrs. |
| 10/12/09 | D. BAVA | Review and analysis of docket<br>sheets, including Neil district<br>court litigation and adversary<br>proceeding re: daily case activity<br>(.40); review, revise and finalize<br>case calendar based on current<br>docket entries (.20). | 0.60 hrs. |
| 10/12/09 | J. GOLD | Draft (.3) and circulate (.2)<br>agenda for Tuesday conference call<br>w/ Debtors' professionals. | 0.50 hrs. |
| 10/13/09 | D. BAVA | Review and analysis of docket<br>sheets, including Neil district<br>court litigation and adversary<br>proceeding re: daily case activity<br>(.50); review, revise and finalize<br>case calendar based on current<br>docket entries (.20). | 0.70 hrs. |
| 10/13/09 | D. E. DEUTSCH | E-mail to Jason Gold re: action<br>items related to upcoming meetings<br>(.2); review draft agenda for<br>meeting with Debtors and edit same<br>(.2). | 0.40 hrs. |
| 10/13/09 | D. E. DEUTSCH | E-mail Howard Seife re: next steps<br>on vacant Committee seat (.1);<br>call to Madlyn Primoff re:<br>Committee resignation matters (.2). | 0.30 hrs. |
| 10/13/09 | J. GOLD | Revise (.4) and circulate (.3)<br>agenda for weekly call with<br>Debtors' professionals. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| 10/14/09 | D. E. DEUTSCH | Prepare for today's meeting with Debtors' professional team (.3); participate in meeting with Debtors' professional team (.4); discuss Committee seat vacancy next steps and other matters with Howard Seife (.3). | 1.00 hrs. |

| 10/14/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.40). | 0.90 hrs. |

| 10/14/09 | H. SEIFE | Emails with Kaye Scholer regarding Committee vacancy. | 0.40 hrs. |

| 10/15/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.50). | 1.30 hrs. |

| 10/15/09 | D. E. DEUTSCH | Review daily report, pleading therein and calendar (.3); follow-up with Helen Lamb re: Committee member matter (.1); e-mail Alan Holtz and Brad Hall re: pending projects and related next steps on same (.2); update action item list (.3). | 0.90 hrs. |

| 10/15/09 | D. E. DEUTSCH | Exchange emails (.2) and hold two calls with party potentially interested in serving on Committee (.2); follow-up calls re: Committee membership with U.S. Trustee (.2) | 0.60 hrs. |

| 10/16/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.40). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    November 23, 2009
435 N. MICHIGAN AVENUE    Invoice ******
CHICAGO, IL 60611    Page    5

| 10/17/09 | D. E. DEUTSCH | Telephone conversation with Damian Schaible re: Committee vacancy (.2). | 0.20 hrs. |
|---|---|---|---|
| 10/19/09 | D. E. DEUTSCH | Review and edit draft agenda (.2); e-mail Josh Gold re: Committee agenda and agenda for meeting with Debtors' professionals (.2). | 0.40 hrs. |
| 10/19/09 | J. GOLD | Draft (.2) and circulate (.1) agenda for 10/21 call with Debtors' professionals. | 0.30 hrs. |
| 10/19/09 | J. GOLD | Prepare agenda for Tuesday meeting with Debtors' professionals (.8); revise (.6) and distribute same (.3). | 1.70 hrs. |
| 10/19/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/20/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20). | 0.70 hrs. |
| 10/20/09 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: meeting with Debtors' professionals (.2). | 0.20 hrs. |
| 10/21/09 | D. E. DEUTSCH | Prepare for (.3) and participate in call with Debtors' professionals re: pending matters (.4). | 0.70 hrs. |
| 10/21/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| 10/22/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); post certain memoranda to Intralinks (.30). | 0.60 hrs. |
|---|---|---|---|
| 10/22/09 | D. E. DEUTSCH | Review daily pleading reports for last week (out of office), pleadings therein and court calendar (.4). | 0.40 hrs. |
| 10/23/09 | D. E. DEUTSCH | Review daily report, pleadings therein and calendar (.1). | 0.10 hrs. |
| 10/23/09 | D. M. LeMAY | Review of all most recent court filings. | 1.30 hrs. |
| 10/23/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/26/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 10/26/09 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 10/26/09 | D. E. DEUTSCH | Review daily report, pleadings therein and calendar (.3); e-mail David LeMay re: Wednesday's hearing (.1). | 0.40 hrs. |
| 10/27/09 | D. E. DEUTSCH | Exchange e-mails with Committee's Delaware counsel re: Wednesday's hearing (.2); meeting with Howard Seife and David LeMay re: general case next steps (.5); review and edit draft agenda for meeting with Debtors' counsel (.1). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 10/27/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |
|---|---|---|---|
| 10/27/09 | J. GOLD | Prepare (.4) and circulate (.1) Agenda for call with Debtors' professionals. | 0.50 hrs. |
| 10/28/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 10/28/09 | D. E. DEUTSCH | Prepare for (.3) and participate in call with Debtors' re: general case matters (.4); review court postings (.1); partial (telephonically) in court hearing (.4). | 1.20 hrs. |
| 10/28/09 | J. GOLD | Prepare for call with Debtors' professionals. | 0.30 hrs. |
| 10/28/09 | H. SEIFE | Conference call with B.Krakauer regarding case staus and meeting. | 0.40 hrs. |
| 10/29/09 | H. LAMB | Review court dockets (.2); prepare and distribute updated report of new pleadings filed (.3) and updated case calendar (.2). | 0.70 hrs. |
| 10/29/09 | D. E. DEUTSCH | Review court postings (.1); e-mail David Bava re: 341 meeting item (.1); review last two pleading reports, pleadings therein and calendar (.2); review Tribune news article and follow-up on posting for Committee (.2). | 0.60 hrs. |
| 10/29/09 | M. S. TOWERS | Post article to Intralinks | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 23, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    8

| 10/30/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

**Total Fees for Professional Services.............. $20,620.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 7.00 | 5775.00 |
| H. SEIFE | 955.00 | 1.60 | 1528.00 |
| D. E. DEUTSCH | 635.00 | 11.00 | 6985.00 |
| D. BAVA | 260.00 | 16.60 | 4316.00 |
| M. S. TOWERS | 395.00 | .80 | 316.00 |
| H. LAMB | 260.00 | .70 | 182.00 |
| J. GOLD | 345.00 | 4.40 | 1518.00 |
| TOTALS | | 42.10 | 20620.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                             For Services Through October 31, 2009

  Our Matter #19804.003
            COMMITTEE MEETINGS
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/05/09 | D. M. LeMAY | Revise meeting agenda (.2) and review prior meeting minutes (.4). | 0.60 hrs. |
| 10/05/09 | J. GOLD | Edit Committee meeting minutes of 9/24/09. | 0.90 hrs. |
| 10/05/09 | J. GOLD | Draft and distribute agenda for 10/6/09 Professionals meeting. | 0.50 hrs. |
| 10/05/09 | M. S. TOWERS | Revise meeting minutes for 9/10/09 and 9/17/09 Committee meetings | 0.60 hrs. |
| 10/05/09 | D. E. DEUTSCH | Revise agenda for meeting with Committee's professionals and exchange related e-mails (.2). | 0.20 hrs. |
| 10/06/09 | D. E. DEUTSCH | Review materials and edit agenda for Thursday's Committee meeting (.3); outline issue for Committee discussion on Thursday (.4); review comments from Committee chairs re: Thursday's agenda (.1) and modify agenda to reflect same (.1). | 0.90 hrs. |
| 10/06/09 | M. S. TOWERS | Revise 9/10/09 and 9/17/09 Committee meeting minutes | 0.30 hrs. |
| 10/06/09 | D. M. LeMAY | Weekly update call of Committee professionals. | 0.50 hrs. |
| 10/06/09 | D. M. LeMAY | Review and revise minutes of three prior meetings. | 0.90 hrs. |
| 10/06/09 | J. GOLD | Draft and prepare for posting minutes for 9/24, 9/17, 9/10 Committee calls. | 1.20 hrs. |
| 10/06/09 | J. GOLD | Prepare materials for 10:00 AM conference call w/ Committee professionals. | 0.40 hrs. |
| 10/06/09 | J. GOLD | Draft and circulate agendas for 10/8 Committee call. | 0.30 hrs. |
| 10/07/09 | J. GOLD | Revise and post to Intralinks Committee meeting minutes from 9/10, 9/17, 9/24. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| 10/07/09 | J. GOLD | Prepare materials for 10 AM Committee professionals conference call. | 0.40 hrs. |
|---|---|---|---|
| 10/07/09 | M. S. TOWERS | Revise 10/8 Committee meeting agenda (.2) and draft Intralinks note and alert (.1). | 0.30 hrs. |
| 10/07/09 | H. SEIFE | Preparation for Committee meeting. | 0.80 hrs. |
| 10/08/09 | H. SEIFE | Preparation for Committee meeting (1.8); telephonic Committee meeting (1.1). | 2.90 hrs. |
| 10/08/09 | D. E. DEUTSCH | Prepare for (.5) and participate in meeting with Creditors' Committee (.9). | 1.40 hrs. |
| 10/08/09 | M. A. ALPERT | Attended part of Committee meeting on Cubs transaction (0.7). | 0.70 hrs. |
| 10/08/09 | J. GOLD | Prepare formal minutes from 10/8 Committee meeting. | 1.50 hrs. |
| 10/08/09 | J. GOLD | Prepare for (1.3) and monitor/ record minutes (.9) on Committee Conference Call | 2.20 hrs. |
| 10/12/09 | D. E. DEUTSCH | Review and edit agenda for tomorrow's Committee professional meeting (.2). | 0.20 hrs. |
| 10/12/09 | D. M. LeMAY | Prepare for next Committee meeting (.2). Review draft minutes (.4). | 0.60 hrs. |
| 10/13/09 | D. M. LeMAY | Weekly call of Committee Professionals. | 0.60 hrs. |
| 10/13/09 | D. E. DEUTSCH | Review materials to prepare for meeting with Committee professionals re: pending matters (.4) and participate in meeting on same (.7); review and edit draft agenda for Committee meeting (.2). | 1.30 hrs. |
| 10/13/09 | J. GOLD | Draft (.3) and circulate (.2) agenda for weekly call with Committee professionals. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3

| | | | |
|---|---|---|---|
| 10/13/09 | J. GOLD | Draft (.5) and revise (.2) minutes from 10/8 Committee Telephonic Meeting. | 0.70 hrs. |
| 10/14/09 | D. E. DEUTSCH | Follow-up with David Bava on e-mail distributions to Committee re: Thursday's Committee meeting (.2). | 0.20 hrs. |
| 10/14/09 | D. M. LeMAY | Review agenda for Committee call. | 0.30 hrs. |
| 10/15/09 | D. E. DEUTSCH | Exchange e-mails with co-chair re: today's call (.1); prepare for (.3) and participate in Committee meeting (1.1). | 1.50 hrs. |
| 10/15/09 | H. SEIFE | Preparation for Committee meeting (1.1); telephonic meeting with Creditors' Committee (1.2). | 2.30 hrs. |
| 10/15/09 | D. M. LeMAY | Review draft minutes of last Committee meeting. | 0.40 hrs. |
| 10/15/09 | J. GOLD | Prepare for (1.4) and record minutes (1.1) of Committee telephonic meeting. | 2.50 hrs. |
| 10/16/09 | J. GOLD | Review and prepare for posting 10/8 Committee meeting minutes. | 0.30 hrs. |
| 10/16/09 | J. GOLD | Draft minutes of 10/15/09 Committee meeting. | 1.50 hrs. |
| 10/19/09 | J. GOLD | Prepare materials for 10/20 call with Committee professionals. | 0.20 hrs. |
| 10/19/09 | J. GOLD | Draft (.2) and circulate (.1) agenda for 10/22 call with Committee. | 0.30 hrs. |
| 10/20/09 | D. E. DEUTSCH | Prepare for today's call with Committee professionals (.3); participate in part of Committee professional call (.6). | 0.90 hrs. |
| 10/20/09 | D. E. DEUTSCH | E-mail Committee chairs and counsel re: Committee meeting matter (.2); e-mail Helen Lamb re: cancellation of Committee meeting and related action items (.2); exchange additional e-mails with Committee chairs re: same (.1). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     4

| | | | |
|---|---|---|---|
| 10/26/09 | D. E. DEUTSCH | Review and edit draft agenda for tomorrow's meeting w/ Committee professionals (.1); e-mail Marc Ashley re: edit to same (.1). | 0.20 hrs. |
| 10/26/09 | D. M. LeMAY | Review and revise draft minutes of last Committee meeting. | 0.40 hrs. |
| 10/27/09 | J. GOLD | Prepare for Committee Professionals meeting (.4); prepare (.3) and circulate (.1) Agenda for Thurs. meeting with Committee. | 0.80 hrs. |
| 10/27/09 | D. E. DEUTSCH | Prepare for (.5) and participate in part of meeting with Committee professionals (.9); review, check files and edit draft agenda for Thursday's Committee meeting (.3); respond to inquiry from Edward Sassower re: Thursday's Committee meeting (.1); address inquiry from Committee chairs re: Thursday's meeting (.1). | 1.90 hrs. |
| 10/27/09 | D. M. LeMAY | Prepare for (.4) and participate in weekly call of Committee Professionals (1.0). | 1.40 hrs. |
| 10/28/09 | J. GOLD | Revise and post agenda for 10/29/09 Committee conference call | 0.30 hrs. |
| 10/28/09 | J. GOLD | Research Committee meeting minutes re issues on compensation of lender professionals. | 0.50 hrs. |
| 10/29/09 | J. GOLD | Prepare for today's telephonic Committee meeting (.6); record minutes of today's Committee call (.8); draft minutes from Committee call (1.1). | 2.50 hrs. |
| 10/29/09 | D. M. LeMAY | Attend weekly Committee Meeting. | 0.70 hrs. |
| 10/29/09 | H. SEIFE | Preparation for Committee meeting (1.1); participate in telephonic Committee meeting (.8). | 1.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5
```

| 10/29/09 | D. E. DEUTSCH | Review materials for today's Committee call (.4); participate in today's Committee call (.7) and participate in post meeting discussion on action items with with Howard Seife (.2). | 1.30 hrs. |
| 10/30/09 | J. GOLD | Revise 10/29 Committee meeting minutes. | 0.50 hrs. |

**Total Fees for Professional Services.............. $26,905.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 6.40 | 5280.00 |
| H. SEIFE | 955.00 | 7.90 | 7544.50 |
| M. A. ALPERT | 795.00 | .70 | 556.50 |
| D. E. DEUTSCH | 635.00 | 10.50 | 6667.50 |
| M. S. TOWERS | 395.00 | 1.20 | 474.00 |
| J. GOLD | 345.00 | 18.50 | 6382.50 |
| TOTALS | | 45.20 | 26905.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     1
```

                            For Services Through October 31, 2009

Our Matter #19804.004
        CREDITOR COMMUNICATIONS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/06/09 | D. E. DEUTSCH | Telephone conversation with Buena Vista re: inquiry on proposed stipulation (.2); e-mail David LeMay re: same (.1). | 0.30 hrs. |
| 10/08/09 | D. E. DEUTSCH | Review e-mail and follow-up on request from Committee member's counsel (Jay Teitelbaum) (.2). | 0.20 hrs. |
| 10/13/09 | D. E. DEUTSCH | Review inquiry to David Bava from creditor re: access to certain Committee information (.2); follow-up call to creditor re: same (.1). | 0.30 hrs. |
| 10/14/09 | D. E. DEUTSCH | Review and respond to inquiry from JPMorgan's counsel re: tomorrow's meeting (.2); telephone conversation with creditor (BOA) re: various case matters (.2). | 0.40 hrs. |
| 10/15/09 | D. E. DEUTSCH | Review and respond to data request from PBGC (.2); review and respond to information request from Jay Teitelbaum (.1). | 0.30 hrs. |
| 10/22/09 | D. E. DEUTSCH | Telephone conversation with counsel to creditor (Christine Bahr) (.1). | 0.10 hrs. |
| 10/26/09 | H. SEIFE | Conference call with Committee chair (Wayne Smith) and counsel regarding case strategy. | 1.00 hrs. |
| 10/28/09 | H. SEIFE | Conference call with Wayne Smith, Graeme Bush, Edward Sassower regarding case strategy. | 1.10 hrs. |
| 10/29/09 | D. E. DEUTSCH | Telephone conversation with counsel to Data Service Solution re: general case status (.2); review and respond to inquiry from Buena Vista (.1). | 0.30 hrs. |
| 10/30/09 | D. E. DEUTSCH | Exchange e-mails and hold call with Buena Vista (Gabrielle Davis) re: case inquiry (.2). | 0.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

**Total Fees for Professional Services.............   $3,339.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 2.10 | 2005.50 |
| D. E. DEUTSCH | 635.00 | 2.10 | 1333.50 |
| TOTALS |  | 4.20 | 3339.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through October 31, 2009

Our Matter #19804.007
            BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 10/01/09 | D. E. DEUTSCH | Review update on FCC matters (.5); review related case summaries (.9). | 1.40 hrs. |
| 10/03/09 | D. E. DEUTSCH | Review AlixPartners' weekly financial report (.2); review transcript and decision from recent relevant FCC case (.4); review memorandum on FCC matters and edit same (.9); e-mail James Stenger on same (.1); e-mail David LeMay and Howard Seife re: next steps on FCC matters (.2). | 1.80 hrs. |
| 10/03/09 | H. SEIFE | Review of draft memo on FCC issues. | 1.00 hrs. |
| 10/05/09 | D. E. DEUTSCH | Review materials on termination of business venture between LA Times and Washington Post (.3); e-mail AlixPartners team on same (.1). | 0.40 hrs. |
| 10/05/09 | D. M. LeMAY | Review and revise most recent draft of memo regarding FCC issues in plan of reorganization. | 1.70 hrs. |
| 10/05/09 | J. A. STENGER | Review and work on memorandum to committee on FCC applications (.8) and research re FCC proceedings on NBCO rule revisions (1.0). | 1.80 hrs. |
| 10/07/09 | H. SEIFE | Review of Moelis weeky update. | 0.30 hrs. |
| 10/08/09 | H. SEIFE | Review of AlixPartners weekly report (.3); review of FCC issues (.8). | 1.10 hrs. |
| 10/08/09 | D. E. DEUTSCH | Discuss FCC matters with Howard Seife (.2); call with Damian Schaible (JPMorgan's counsel) re: FCC matters and other items (.4). | 0.60 hrs. |
| 10/09/09 | D. E. DEUTSCH | Exchange multiple e-mails with Lenders' counsel (.2) and James Stenger re: next steps on FCC matters (.3). | 0.50 hrs. |
| 10/10/09 | D. E. DEUTSCH | Review AlixPartners' weekly Debtors' business analysis (.2). | 0.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    2
```

| | | | |
|---|---|---|---|
| 10/12/09 | J. A. STENGER | Research re foreign ownership issue (1.3); t/c with J Feore, FCC counsel for debtor re same (.6); office conf with M.Strand re foreign ownership research (.3); office conf with D.Deutsch re prep for conf call with lender counsel (.4); t/c with lender counsel re preparation of FCC applications and foreign ownership issues (.5); office corresp with M.Strand re same and re revisions to memorandum to committee on FCC application process (.4). | 3.50 hrs. |
| 10/12/09 | M. STRAND | Review memo RE: FCC analysis for the Committee (.8); participate in conference call with Wiley Rein, Davis Polk RE: same (.5). | 1.30 hrs. |
| 10/12/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: outstanding issues and next steps on FCC matters (.3); prepare for meeting with lenders' FCC counsel (.5); participate in pre-meeting with James Stenger (.4); participate in call with lenders' counsel (.5); follow-up calls with James Stenger (.2) and Bryan Krakauer re: foreign ownership issues (.2); draft e-mail to James Stenger re: next analytic steps (.3); review and respond to inquiry from Damian Schaible re: FCC issues (.3); exchange additional related e-mails (.2). | 2.90 hrs. |
| 10/13/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC issues and required follow-up (.3). | 0.30 hrs. |
| 10/13/09 | H. SEIFE | Review of Moelis report | 0.40 hrs. |
| 10/13/09 | M. STRAND | Review and revise latest memo advising Committee of FCC issues (1.0); office conference w/ J. Stenger RE: same (.3). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    3

| 10/13/09 | J. A. STENGER | Office corresp with D.Deutsch re foreign ownership issues (.3); and research re same (1.0); t/c with J Feore, FCC counsel to Debtor, re same (.4); revise memorandum to committee re foreign ownership and FCC application issues (2.0). | 3.70 hrs. |
|---|---|---|---|
| 10/14/09 | D. E. DEUTSCH | Review FCC report for Committee and edit same (.9); related call with James Stenger (.3). | 1.20 hrs. |
| 10/15/09 | H. SEIFE | Review of AlixPartners report. | 0.30 hrs. |
| 10/15/09 | J. A. STENGER | Review and revise memorandum on FCC applications (.9); office conf and corresp with M.Strand re same (.2); corresp with lender counsel re same (.5). | 1.60 hrs. |
| 10/20/09 | D. E. DEUTSCH | Telephone conversation with Alan Holtz re: FCC research issue (.3). | 0.30 hrs. |
| 10/20/09 | H. SEIFE | Review of Alix report (.3); review of Moelis report (.3). | 0.30 hrs. |
| 10/22/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC matters (.2); exchange e-mails with Brad Hall (AlixPartners) re: analysis required in furtherance of FCC issue review (.2); review memorandum from Debtors on joint venture with McClathey (.3); review FCC related materials (.6); hold conference call with lenders' counsel, lenders' FCC counsel and Chadbourne FCC team re: FCC matters (.8); related follow-up call with James Stenger (.2); draft update memorandum to Committee re: FCC matters (.4); follow-up on posting of same (.1); e-mail James Stenger on open item (.1). | 2.90 hrs. |
| 10/22/09 | M. STRAND | Call w/ Wiley Rein and Davis Polk RE: attribution, foreign ownership issues and filing application with FCC (.8); review final memo to Committee RE: same (.6), office conference with J.Stenger RE: same | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    November 23, 2009
435 N. MICHIGAN AVENUE                          Invoice ******
CHICAGO, IL 60611                               Page    4

|            |                 | (.2); review and comment on summary of meeting notes (.3). |            |
|------------|-----------------|---|------------|
| 10/22/09   | J. A. STENGER   | Prep for call with lender FCC counsel (0.5) re transferee side of FCC applications; t/c with lender's FCC counsel re same (0.7); prep office memo re follow-up to conf call on lender FCC application proposals (0.7); research re FCC cases on Class B shareholder rights (1.3) | 3.20 hrs. |
| 10/23/09   | J. A. STENGER   | Revisions to office memo re lender FCC counsel proposals (0.6); t/c with Debtor FCC counsel re FCC applications and Class B stock (.7) and prep office memo re same (1.0); research re FCC case law re same (1.4). | 3.70 hrs. |
| 10/23/09   | M. STRAND       | Office conference with J.Stenger RE: researching ownership structures cited by Wiley Rein on conference call of 10/22 and those referenced by Company's FCC counsel (.4); review FCC records for documents relating to similar precedent transaction (.9); email material documents to J. Stenger for his review (.3); research bankruptcy docket for Journal Register for material documents (1.0) and email to J. Stenger for his review (.4). | 3.00 hrs. |
| 10/23/09   | D. E. DEUTSCH   | Review e-mails re: update from Debtors' FCC counsel update (.2). | 0.20 hrs. |
| 10/26/09   | D. E. DEUTSCH   | Review materials on FCC matters (.4); e-mails James Stenger re: same (.1); e-mail Alan Holtz re: pending analysis related to same (.1). | 0.60 hrs. |
| 10/26/09   | M. STRAND       | Review email from J. Stenger and D. Deutsch RE: FCC application. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 23, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    5

| 10/26/09 | J. A. STENGER | Prep corresp to D Deutsch re draft FCC applications (0.5); research re information required in FCC application exhibits (1.3) | 1.80 hrs. |
|---|---|---|---|
| 10/27/09 | J. A. STENGER | Prep corresp to D Deutsch re review of prior FCC applications (0.5); research re FCC case law on NBCO rule and foreign ownership rule (2.6) | 3.10 hrs. |
| 10/27/09 | M. STRAND | Review email from J. Stenger and D. Deutsch RE: raising issues regarding FCC application with Debtor's counsel (.3), research prior FCC filings in the Zell matter, including applications, review and discuss w/ J. Stenger (.6). | 0.90 hrs. |
| 10/27/09 | D. E. DEUTSCH | Review FCC memo and attached materials (.2) and exchange e-mails with James Stenger re: FCC next steps (.2). | 0.40 hrs. |
| 10/28/09 | D. E. DEUTSCH | Review e-mails from AlixPartners re: JV agreement (.2). | 0.20 hrs. |
| 10/28/09 | M. STRAND | Case research RE: foreign ownership. | 0.20 hrs. |
| 10/28/09 | J. A. STENGER | Review corresp from W Johnson re proposed Class B rights (1.0) and research re FCC case law re same (1.6); prep corresp to J Feore re same (0.2). | 2.80 hrs. |
| 10/28/09 | J. GOLD | Review Tribune - Knight Ridder joint venture contract re fund distribution inquiry. | 1.10 hrs. |
| 10/28/09 | H. SEIFE | Review of AlixPartners financial report on Debtors. | 0.30 hrs. |
| 10/29/09 | J. A. STENGER | Research re FCC media ownership decisions and foreign ownership decisions (3.0); t/c with J Feore re same (0.5). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page     6

| | | | |
|---|---|---|---|
| 10/29/09 | M. STRAND | Research RE: multiple ownership rules (.2) and email J. Stenger RE: same (.1). | 0.30 hrs. |
| 10/29/09 | D. E. DEUTSCH | Review weekly AlixPartners' business report (.2); review Moelis media report (.3). | 0.50 hrs. |
| 10/30/09 | D. E. DEUTSCH | Review materials on JV agreement (.1) and e-mail Josh Gold on same (.1). | 0.20 hrs. |
| 10/30/09 | J. A. STENGER | Research re FCC case law (1.4) and prep corresp to J Feore re draft FCC applications (1.2). | 2.60 hrs. |
| 10/30/09 | H. SEIFE | Review of AlixPartners report on third quarter results. | 0.50 hrs. |
| 10/31/09 | D. E. DEUTSCH | Review FCC memoranda from John Fiore (Wiley Rein) and from James Stenger (.5); draft e-mail to John Fiore and Bryan Krakauer re: FCC issues (.2); draft proposed outline of presentation for Committee on FCC matters (.7); exchange related e-mails with James Stenger (.2); review materials on FCC foreign ownership/attribution rules (.8). | 2.40 hrs. |

**Total Fees for Professional Services..............  $34,595.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 1.70 | 1402.50 |
| H. SEIFE | 955.00 | 4.20 | 4011.00 |
| J. A. STENGER | 475.00 | 31.30 | 14867.50 |
| D. E. DEUTSCH | 635.00 | 17.00 | 10795.00 |
| J. GOLD | 345.00 | 1.10 | 379.50 |
| M. STRAND | 345.00 | 9.10 | 3139.50 |
| TOTALS | | 64.40 | 34595.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                              For Services Through October 31, 2009

Our Matter #19804.008
          ASSET DISPOSITION
```

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/01/09 | H. SEIFE | Review of Cubs transaction updates. | 0.40 hrs. |
| 10/02/09 | H. SEIFE | Review of emails regarding Cubs status. | 0.30 hrs. |
| 10/05/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/05/09 | H. SEIFE | Review of Cubs pleadings. | 0.80 hrs. |
| 10/06/09 | D. E. DEUTSCH | Calls with Marc Alpert re: Cubs transaction updates (.2); review various e-mails related to same (.2). | 0.40 hrs. |
| 10/06/09 | M. A. ALPERT | Correspondence with D.Deutsch re: Cubs transaction (0.2); reviewed documents re: same (1.5). | 1.70 hrs. |
| 10/07/09 | M. A. ALPERT | Correspondence with D.Deutsch re: Cubs transaction (0.1); reviewed documents re: same (1.4). | 1.50 hrs. |
| 10/07/09 | H. SEIFE | Review of revised Cubs documents/pleadings. | 0.80 hrs. |
| 10/07/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/08/09 | M. A. ALPERT | Email (.2) and conference (.2) with D.Deutsch re: hearing on Cubs. | 0.40 hrs. |
| 10/08/09 | H. SEIFE | Review of emails regarding Cubs transaction. | 0.40 hrs. |
| 10/08/09 | D. E. DEUTSCH | Review revised Cubs transaction court papers and mark-up of order (2.9); follow-up call to Ken Kansa re: issues with same (.2); e-mail Marc Alpert re: participating in next week's hearing (.1); conversations with Howard Seife (.1) and Marc Alpert re: next week's hearing on Cubs' transaction (.2). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2

| | | | |
|---|---|---|---|
| 10/09/09 | D. E. DEUTSCH | Exchange e-mails (.1) and calls with Bryan Krakauer and Ken Kansa re: Cubs transaction issue (.1); call and e-mail with Marc Alpert on same (.1). | 0.30 hrs. |
| 10/09/09 | H. SEIFE | Preparation for Cubs hearing on transaction. | 0.60 hrs. |
| 10/09/09 | M. A. ALPERT | Review correspondence re: Cubs transaction. | 0.30 hrs. |
| 10/09/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/10/09 | D. E. DEUTSCH | Review multiple e-mails re: Cubs closing (.3); exchange related e-mails with Marc Alpert (.1); e-mail Ken Kansa re: status of matters related to Superstation (.1); review revised Cubs' court filings (1.1). | 1.60 hrs. |
| 10/12/09 | D. BAVA | Prepare materials and outline for hearing re: Cubs transaction. | 1.10 hrs. |
| 10/12/09 | D. E. DEUTSCH | Review revised Cubs court filing documents (1.1); follow-up e-mail to Ken Kansa (.1); review and comparison of new court Cubs filing provisions to prior Tribune court filings (.5); telephone conversation with Ken Kansa re: change to provisions (.2); preliminary review of Cubs materials posted to docket (.3). | 2.20 hrs. |
| 10/12/09 | H. SEIFE | Review of Chapter 11 filings regarding Cubs (1.3); prepare for Court hearing on transaction (.8). | 2.10 hrs. |
| 10/13/09 | H. SEIFE | Preparation for Cubs hearing (2.8); attend hearing on Cubs transaction (1.2). | 4.00 hrs. |
| 10/13/09 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: today's hearing on Cubs transaction (.2); call with Marc Alpert re: results of same and drafting possible memo to Committee on same (.2); review agreement re: Superstation (.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 10/13/09 | M. A. ALPERT | Prepared for Cubs hearing (0.9); attended Cubs hearing (1.1). | 2.00 hrs. |
| 10/13/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/14/09 | M. A. ALPERT | Reviewed Superstation extension. | 0.40 hrs. |
| 10/14/09 | H. SEIFE | Review of signed Cubs order. | 0.20 hrs. |
| 10/15/09 | M. A. ALPERT | Reviewed Superstation extension. | 0.40 hrs. |
| 10/15/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/19/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/21/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/23/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/26/09 | D. E. DEUTSCH | Review update memorandum re: Cubs transaction (.1). | 0.10 hrs. |
| 10/27/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/28/09 | H. SEIFE | Conference call with M.Alpert regarding Cubs closing. | 0.30 hrs. |
| 10/28/09 | K. NASHAT | Review correspondence re: closing of Cubs transaction. | 0.30 hrs. |
| 10/29/09 | K. NASHAT | Reviewed Estimated Special Distribution Amount calculation (1.2); drafted memo re: closing of Cubs transactions (.9); TCs M. Alpert re: same (.2). | 2.30 hrs. |
| 10/29/09 | H. SEIFE | Review of closing summary and adjustments. | 0.70 hrs. |
| 10/29/09 | D. E. DEUTSCH | Review e-mails re: Cubs transaction (.2); exchange e-mails and related materials with Brad Hall and Alan Holtz re: research on Cubs proceeds issue (.3). | 0.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     4
```

| | | | |
|---|---|---|---|
| 10/29/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 10/30/09 | K. NASHAT | Review correspondence re: closing of Cubs transaction. | 0.30 hrs. |

**Total Fees for Professional Services.............. $24,621.50**

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 10.60 | 10123.00 |
| M. A. ALPERT | 795.00 | 6.70 | 5326.50 |
| D. E. DEUTSCH | 635.00 | 9.20 | 5842.00 |
| D. BAVA | 260.00 | 1.10 | 286.00 |
| S. CHAN | 245.00 | 5.50 | 1347.50 |
| K. NASHAT | 585.00 | 2.90 | 1696.50 |
| TOTALS | | 36.00 | 24621.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                          For Services Through October 31, 2009

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


10/26/09   D. E. DEUTSCH      Review materials and e-mail Brad      0.20 hrs.
                             Hall re: required follow-up on
                             claim issue with Alvarez & Marsal
                             (.2).

10/28/09   D. E. DEUTSCH      Exchange multiple e-mails with        0.50 hrs.
                             Brad Hall (AlixPartners) re:
                             review of convenience claims (.3);
                             review memorandum from
                             AlixPartners on proposed process
                             to address certain
                             (non-convenience) claims (.2).

10/29/09   D. E. DEUTSCH      Review report from AlixPartners       1.00 hrs.
                             re: convenience claims (.2);
                             e-mail Brad Hall re: follow-up
                             with Debtors on same (.1); review
                             draft motion from Debtors re:
                             omnibus claim procedures (.5);
                             e-mail Delaware counsel re:
                             follow-up facts related to same
                             (.2).

10/30/09   D. E. DEUTSCH      Exchange e-mails with Ken Kansa       0.70 hrs.
                             re: draft claim processes motion
                             (.3); follow-up with Matt McGuire
                             on Delaware analysis related to
                             same (.1); e-mail Josh Gold re:
                             related follow-up tasks (.1);
                             request changes from Debtors to
                             draft claim motion (.2).


          **Total Fees for Professional Services.............   $1,524.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | 2.40 | 1524.00 |
| TOTALS | | 2.40 | 1524.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through October 31, 2009

Our Matter #19804.010
        FEE/RETENTION APPLICATIONS


| | | | |
|---|---|---|---|
| 10/01/09 | D. E. DEUTSCH | Exchange e-mails with Gil Bradshaw and, in part, Josh Gold re: various fee statement related assignments (.3). | 0.30 hrs. |
| 10/02/09 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: next steps/status on first quarterly fee applications (.2). | 0.20 hrs. |
| 10/02/09 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application (September). | 5.50 hrs. |
| 10/05/09 | G. BRADSHAW | Review of ordinary course professional proposed payments (2.9). | 2.90 hrs. |
| 10/05/09 | J. GOLD | Meeting with G. Bradshaw re. monitoring of Debtor's ordinary course professional expenses and payments | 0.90 hrs. |
| 10/06/09 | G. BRADSHAW | Review of proposed ordinary course professional payments for August 2009 (.5). | 0.50 hrs. |
| 10/06/09 | H. LAMB | Begin preparation of Third Interim Fee Application. | 1.20 hrs. |
| 10/07/09 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee statement (September). | 3.50 hrs. |
| 10/08/09 | H. LAMB | Begin preparation of Ninth Monthly Fee Application. | 2.20 hrs. |
| 10/08/09 | D. E. DEUTSCH | E-mail Gilbert Bradshaw re: fee analysis for Committee (.1). | 0.10 hrs. |
| 10/09/09 | H. LAMB | Finalize draft of Third Interim Fee Application. | 0.50 hrs. |
| 10/10/09 | D. E. DEUTSCH | Review and edit third quarterly fee application (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2


| 10/13/09 | D. BAVA | Prepare fee summary analysis on fee issue for second quarter. | 1.70 hrs. |
|----------|---------|---------------------------------------------------------------|-----------|
| 10/13/09 | D. E. DEUTSCH | Review summary analysis on professional billings (including Lenders,) for Committee and edit same (.7); e-mail Lenders' counsel re: inquiry related to same (.1). | 0.80 hrs. |
| 10/13/09 | J. GOLD | Review 2nd quarter professionals fee submissions (1.4) and create spreadsheet (.7) for distribution to committee | 2.10 hrs. |
| 10/13/09 | J. GOLD | Review docket for new ordinary course professional filings and update tracking chart | 0.70 hrs. |
| 10/14/09 | D. BAVA | Revise fee summary analysis for second quarter. | 0.90 hrs. |
| 10/14/09 | H. LAMB | Finalize Third Interim Fee Application and forward to local counsel for filing (.4); email to Committee members regarding submission of September expenses (.2). | 0.60 hrs. |
| 10/14/09 | H. LAMB | Further preparation of monthly fee application. | 1.70 hrs. |
| 10/15/09 | D. E. DEUTSCH | Review additional materials from lenders on professional fees (.2); follow-up discussions with Joshua Gold (.1) and David Bava re: final review and analysis of summary fee report (.2); draft related posting note (.1). | 0.60 hrs. |
| 10/15/09 | J. GOLD | Review updated second quarter professionals fee submissions. | 0.70 hrs. |
| 10/16/09 | D. E. DEUTSCH | Review and revise monthly fee application (4.4); | 4.40 hrs. |
| 10/20/09 | H. LAMB | Review of expense detail in preparation of monthly fee application (1.0) and follow up on certain items (.7); preparation of exhibits to monthly fee application (1.2); finalize draft of fee application (.8). | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page     3

| | | | |
|---|---|---|---|
| 10/21/09 | H. LAMB | Review Committee expenses/receipts and prepare summary of same for next request for expense reimbursement (1.0); review research on interested parties to Cubs and summarize for supplemental disclosure to Court (1.2). | 2.20 hrs. |
| 10/21/09 | D. E. DEUTSCH | Conference with David Bava to discuss update to fee summary for Committee (.2); follow-up discussions with Josh Gold re: e-mails to certain Committee members related to same (.2). | 0.40 hrs. |
| 10/21/09 | J. GOLD | Review of debtor's ordinary course professionals payments for September (1.8); and update ordinary course tracking chart (1.7). | 3.50 hrs. |
| 10/22/09 | J. GOLD | Review motion for payment of administrative expenses and summarize for D. Deutsch. | 0.30 hrs. |
| 10/22/09 | D. E. DEUTSCH | Discuss supplemental affidavit filing with Helen Lamb (.1); review materials related to same (.3); conference with Frank Vazquez re: required next steps (.1). | 0.50 hrs. |
| 10/22/09 | F. VAZQUEZ | Review and revise fee application (.4); conf w/Deutsch re supplemental affidavit (.2); review joint administration order (.2); conf w/McGuire re retention isues (.1). | 0.90 hrs. |
| 10/22/09 | H. SEIFE | Review of Law Debenture motion regarding fee disgorgement for seminar lenders. | 0.50 hrs. |
| 10/23/09 | F. VAZQUEZ | Conf w/Deutsch re effect of Cubs on retention (.3); draft email on interested parties (.7); followup conf w/Deutsch re same (.2); review and revise retention application (.2). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


10/23/09   F. VAZQUEZ        Email to/from McGuire re:              0.10 hrs.
                             supplemental affidavit.

10/23/09   D. E. DEUTSCH     Review and edit draft notice to        0.40 hrs.
                             firm re: Cubs filing and
                             interested parties (.2); discuss
                             same and next steps on affidavit
                             with Frank Vazquez (.2).

10/23/09   J. GOLD           Email D. Deutsch re quarterly          0.30 hrs.
                             ordinary course professional fee
                             report (.2); call K. Kansa re.
                             Centerpoint administrative expense
                             motion (.1).

10/23/09   J. GOLD           Review ordinary course                0.40 hrs.
                             professional order re proper
                             procedures in exceeding the
                             monthly approved cap (.3), discuss
                             same w/ D. Deutsch (.1).

10/25/09   D. E. DEUTSCH     Review materials related to Law        0.70 hrs.
                             Debenture motion and payment of
                             senior lender fees (.4); review
                             related e-mail from David LeMay
                             (.1); draft posting memo to
                             Committee on same (.2).

10/26/09   D. E. DEUTSCH     Exchange e-mails with lenders'         0.20 hrs.
                             counsel (Damian Schaible) re: Law
                             Debenture motion (.2).

10/26/09   H. LAMB           Finalize fee application (.5) and      0.90 hrs.
                             Committee expense request (.2) and
                             forward to local counsel for
                             filing (.2).

10/27/09   J. GOLD           Review weekly ordinary course          0.90 hrs.
                             professional affidavits (.5),
                             update tracking chart for same (.4)

10/27/09   F. VAZQUEZ        Email to/from Deutsch re                0.20 hrs.
                             supplemental affidavit (.1); email
                             to/from McGuire re supplemental
                             affidavit (.1).

10/28/09   F. VAZQUEZ        Review prior retention affidavits      3.30 hrs.
                             (.5); draft supplemental affidavit
                             re retention (2.7); email to/from
                             Deutsch re affidavit (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page     5

| | | | |
|---|---|---|---|
| 10/29/09 | F. VAZQUEZ | Email to and from Deutsch re supplemental affidavit (.1); review and revise draft supplemental affidavit (.4); email to McGuire re supplemental affidavit (.1) | 0.60 hrs. |
| 10/30/09 | F. VAZQUEZ | Conf w/Deutsch re suplemental afidavit (.1); finalize supplemental affidavit (.1); email to/from McGuire re affidavit (.1). | 0.30 hrs. |
| 10/31/09 | D. E. DEUTSCH | Review materials and cases cited by Law Debenture in motion re: senior lenders fee (.7); review e-mails with Law Debenture re: possible discovery related to motion (.1); exchange e-mails with Howard Seife on same (.2). | 1.00 hrs. |

**Total Fees for Professional Services..............** $21,823.50

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | .50 | 477.50 |
| D. E. DEUTSCH | 635.00 | 10.00 | 6350.00 |
| F. VAZQUEZ | 595.00 | 6.80 | 4046.00 |
| D. BAVA | 260.00 | 2.60 | 676.00 |
| G. BRADSHAW | 345.00 | 3.40 | 1173.00 |
| H. LAMB | 260.00 | 22.00 | 5720.00 |
| J. GOLD | 345.00 | 9.80 | 3381.00 |
| TOTALS | | 55.10 | 21823.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through October 31, 2009
  Our Matter #19804.011
            PLAN AND DISCLOSURE STATEMENT


| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/07/09 | H. SEIFE | Review of plan creditor trust issues. | 1.40 hrs. |
| 10/08/09 | H. SEIFE | Meeting with D.Bernstein regarding plan issues. | 1.50 hrs. |
| 10/09/09 | H. SEIFE | Review of plan issues. | 1.60 hrs. |
| 10/14/09 | H. SEIFE | Conference call with Sidley regarding plan status. | 0.50 hrs. |
| 10/19/09 | H. SEIFE | Consideration of plan issues. | 1.30 hrs. |
| 10/28/09 | D. E. DEUTSCH | Review memorandum from Moelis on comparative plan analysis (.2); e-mail Howard Seife on same (.1). | 0.30 hrs. |
| 10/28/09 | H. SEIFE | Conference call with Sidley regarding plan status. | 0.50 hrs. |
| 10/29/09 | H. SEIFE | Review of Zell interview regarding plan process. | 0.20 hrs. |

          **Total Fees for Professional Services.............    $6,875.50**


                      TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| H. SEIFE | 955.00 | 7.00 | 6685.00 |
| D. E. DEUTSCH | 635.00 | .30 | 190.50 |
| TOTALS | | 7.30 | 6875.50 |