```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through October 31, 2009

Our Matter #19804.014
            EMPLOYEE ISSUES

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/06/09 | D. E. DEUTSCH | Review news article on MIP (.2); follow-up e-mail to David Bava re: posting same for Committee review (.2). | 0.40 hrs. |
| 10/23/09 | D. E. DEUTSCH | Call with counsel to severed employee re: agreed severance agreement (.3); review materials related to same (.1); call with Kevin Lantry (Debtors' counsel) re: same and related matters (.2). | 0.60 hrs. |
| 10/25/09 | D. E. DEUTSCH | Review notice on severance payments (.2); e-mail Brad Hall at AlixPartners re: required follow-up on same (.1). | 0.30 hrs. |
| 10/26/09 | D. E. DEUTSCH | Review e-mail from AlixPartners (Alan Leung) re: proposed severance payments (.2). | 0.20 hrs. |
| 10/29/09 | D. E. DEUTSCH | Review cases on severance issue per request by ex-employee counsel (.9); telephone conversation with Kevin Lantry re: same (.2). | 1.10 hrs. |
| 10/30/09 | D. E. DEUTSCH | Call with counsel (Christine Bahr) to severed employee re: settlement of issues (.3). | 0.30 hrs. |

**Total Fees for Professional Services..............    $1,841.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page     2

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. E. DEUTSCH | | 635.00 | 2.90 | 1841.50 |
| | TOTALS | | 2.90 | 1841.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    1
```

For Services Through October 31, 2009

Our Matter #19804.015
      RELIEF FROM STAY ISSUES

| | | | |
|---|---|---|---|
| 10/05/09 | G. BRADSHAW | Review of lift stay motions and prepare report on lift stay issues in Tribune bankruptcy proceedings. | 0.60 hrs. |
| 10/29/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry (Debtors' counsel) re: possible settlement of two lift stay matters (.4); review materials related to same (.2). | 0.60 hrs. |

**Total Fees for Professional Services.............**     **$588.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | .60 | 381.00 |
| G. BRADSHAW | 345.00 | .60 | 207.00 |
| TOTALS | | 1.20 | 588.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through October 31, 2009

Our Matter #19804.017
             GENERAL LITIGATION

| | | | |
|---|---|---|---|
| 10/03/09 | D. E. DEUTSCH | Review Neil litigation response (.5); | 0.50 hrs. |
| 10/05/09 | G. BRADSHAW | Review of filings and pleadings in Neil litigation in Northern District of Illinois (.5). | 0.50 hrs. |
| 10/06/09 | G. BRADSHAW | Review of Neil litigation documents (.3). | 0.30 hrs. |
| 10/22/09 | J. GOLD | Meeting with D. Deutsch re pending adversary proceeding issues (.3), follow up with Debtors' counsel (.2); research adversary proceeding dockets (.3). | 0.80 hrs. |
| 10/29/09 | J. GOLD | Review adversary proceeding dockets for relevant developments. | 0.30 hrs. |

**Total Fees for Professional Services.............    $973.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | .50 | 317.50 |
| G. BRADSHAW | 345.00 | .80 | 276.00 |
| J. GOLD | 345.00 | 1.10 | 379.50 |
| TOTALS | | 2.40 | 973.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                            For Services Through October 31, 2009

Our Matter #19804.018
         TRAVEL


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/13/09 | M. A. ALPERT | Non-working travel to and from Wilmington for Cubs hearing (4.7). | 4.70 hrs. |
| 10/13/09 | H. SEIFE | Non-working return travel from Wilmington to New York. | 2.40 hrs. |


        **Total Fees for Professional Services.............. $6,028.50**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE |  | 955.00 | 2.40 | 2292.00 |
| M. A. ALPERT |  | 795.00 | 4.70 | 3736.50 |
|  | TOTALS |  | 7.10 | 6028.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             November 23, 2009
435 N. MICHIGAN AVENUE                                    Invoice ******
CHICAGO, IL 60611                                         Page    1

                              For Services Through October 31, 2009
Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


10/01/09   D. BAVA          Review and analysis of docket          0.20 hrs.
                            sheet re: large case LBO
                            litigation issues (.20).

10/01/09   H. SEIFE         Conference call with G.Bush            2.80 hrs.
                            regarding investigation issues
                            (.8); work on protocol and
                            indenture issues (1.0); emails
                            regarding discovery issues (.4);
                            review of emails regarding cash
                            flow projections (.6).

10/01/09   N. T. ZINK       Off-line second step document          7.90 hrs.
                            review in connection with
                            investigation (3.7); attention to
                            discovery issues (.2); review
                            memoranda re solvency and creditor
                            trust issues (1.2); second step
                            on-line review of documents (1.2);
                            review and revise deal timeline
                            and comprehensive list of parties
                            (1.6).

10/01/09   R. A. SCHWINGER  Detailed review of bond indentures     5.40 hrs.
                            and e-mail summary re same (i/c/w
                            common interest agreement) (1.6);
                            TCs with M. Rossell re Trust
                            Indenture Act issues relating to
                            same (0.3) and prepare summary of
                            his comments (0.9); e-mails with
                            David Neier re status of VRC
                            document production issues (0.3);
                            detailed e-mail to Joe Drayton re
                            support for proposed list of MLCC
                            e-mail custodians to search (1.3)
                            including e-mails with A. Nellos
                            re data backup for same (1.0).

10/01/09   T. J. MCCORMACK  Review legal research memos on         1.30 hrs.
                            issues re: claims against
                            shareholders, fiduciary duty
                            claims, etc. (1.2); prepare for
                            upcoming meeting on status (0.1).

10/01/09   C. L. RIVERA     On-line review of documents            3.40 hrs.
                            produced in connection with
                            investigation of ESOP transaction
                            (3.2); telephone conversation with
                            T. Zink re: arguments for/against

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | lender 546(e) defense (0.2). |  |
| 10/01/09 | D. M. LeMAY | Call w/ZS re: open issues w/Banks and Kasowitz (.6).  Respond to R. Schwinger question re: TIA disclosure issue re: Law Debenture (.2). | 0.80 hrs. |
| 10/01/09 | D. E. DEUTSCH | Review draft motion related to financing transaction matters (1.6) and discuss edits to same with Josh Gold (.3); follow-up with Debtors counsel (Ken Kansa) re: request from creditor for certain background information (.2). | 2.10 hrs. |
| 10/01/09 | A. K. NELLOS | Review documents for solvency and certain issues from second-tier review (6.0); work with first-tier reviewers regarding certain document questions from M. Ashley (.4); review documents responsive to inquiries (.5) and respond to questions from M. Ashley relating to discovery (.4); review progress of document reviewers (.9) and assign additional documents for review (1.0); speak with Beth Miller regarding witness prep for VRC and Duff & Phelps (.3); review various e-mail correspondence relating to discovery issues (.8). | 10.30 hrs. |
| 10/01/09 | E. M. MILLER | Review VRC and D&P documents re query from M Ashley re communications with TRB (0.4) Draft and send e-mail to M Ashley re same (0.1) Review VRC documents re question from M Ashley (0.4) Draft and send e-mail to M Ashley re financial models from TRB sent to VRC (0.1). | 1.00 hrs. |
| 10/01/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 10/01/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (2.6); reviewed materials regarding discovery efforts (2.4); reviewed materials regarding solvency analysis (.8); reviewed legal research memoranda (.8); review email communications regarding status of ESOP transaction investigation (1.3). | 7.90 hrs. |
| --- | --- | --- | --- |
| 10/01/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.1). | 3.10 hrs. |
| 10/01/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 10/01/09 | T. P. CASTELL | Review and analyze Tribune background materials in advance of meeting to discuss due diligence (1.1); begin to review and analyze preliminary report to official committee of unsecured creditors of tribune (.9). | 2.00 hrs. |
| 10/01/09 | W. BAKARE | Create chronology of produced materials for attorney use per A. Nellos request. | 4.40 hrs. |
| 10/01/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.70 hrs. |
| 10/01/09 | E. PRZYBYLKO | Review and analysis of cases cited in master memorandum re potential claims. | 4.60 hrs. |
| 10/01/09 | L. F. MOLONEY | Correspondence with A. Nellos re. adding Navigant documents and native files and reviewed Relativity database (1.2); T/C and correspondence with P. Kelley at Complete Document Source re. adding additional Navigant documents and obtaining a total data volume (.4); review and process media for loading onto Relativity (.7). | 2.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 23, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    4
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.30 hrs. |
| 10/01/09 | B. DYE | Researching long arm statutes in connection with UFTA/UFCA claims (0.7); online review of documents produced in connection with ESOP transactions (1.4) | 2.10 hrs. |
| 10/01/09 | J. GOLD | Online review of documents produced in connection with investigation of ESOP transaction. | 5.10 hrs. |
| 10/01/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |
| 10/01/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 10/01/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.50 hrs. |
| 10/01/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (7.1). | 7.10 hrs. |
| 10/01/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.90 hrs. |
| 10/01/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.40 hrs. |
| 10/01/09 | M. ROSSELL | Calls with Schwinger regarding TIA issue (.3); review indentures and TIA regarding notices and trustee's duties to send information/reports to holders (.5). | 0.80 hrs. |
| 10/02/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 10/02/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 10.20 hrs. |
| 10/02/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 10/02/09 | J. GOLD | Online review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |
| 10/02/09 | B. DYE | Online review of documents produced in connection with ESOP transaction. | 7.30 hrs. |
| 10/02/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 10/02/09 | L. F. MOLONEY | Processing Debtor's documents from web repository for loading onto Relativity (1.2); Correspondence with P. Kelley at Complete Document Source re. loading new documents (.6); Reviewed original media with checking data files for fielded data and text corresponding with those documents missing text (1.1). | 2.90 hrs. |
| 10/02/09 | E. PRZYBYLKO | Research re LBO cases in connection with investigation. | 6.10 hrs. |
| 10/02/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.00 hrs. |
| 10/02/09 | W. BAKARE | Review chronology of production materials for attorney use per A. Nellos request. | 3.40 hrs. |
| 10/02/09 | B. G. CARSON | Meet with A.Nellos re: background of investigation and document review. | 0.50 hrs. |
| 10/02/09 | T. P. CASTELL | Attend meeting with A.Nellos and B.Carson re: background of investigation and document review. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


10/02/09    T. P. CASTELL      On-line review of documents          2.00 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

10/02/09    A. KRONSTADT       On-line review of documents          2.40 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

10/02/09    M. D. ASHLEY       Reviewed documents produced in       5.90 hrs.
                               connection with ESOP transaction
                               investigation (2.4); reviewed
                               materials regarding discovery
                               efforts (1.0); reviewed materials
                               regarding VRC deposition (1.4);
                               reviewed materials regarding
                               solvency analysis (.7);
                               communications with R.Schwinger
                               regarding discovery issues (.4).

10/02/09    P. TANCK           On-line review of documents         10.50 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

10/02/09    D. E. DEUTSCH      E-mail Joshua Gold re: edits draft    0.20 hrs.
                               litigation pleading (.2).

10/02/09    A. K. NELLOS       Review progress of document         10.80 hrs.
                               reviewers (1.2) and assign
                               additional documents (.8); meeting
                               with new document reviewers to
                               review background of case and
                               document review (.5); Coordinate
                               with first-tier reviewers to
                               search for various materials per
                               requests of R. Schwinger and M.
                               Ashley (.7); confirm points to
                               follow up with Navigant's
                               production (.3); speak with L.
                               Moloney regarding various issues
                               with production (.4); discuss
                               various discovery issues with R.
                               Schwinger (.5); Respond to various
                               discovery-related questions from
                               M. Ashley (.4); Review documents
                               for solvency and other issues from
                               second-tier review (6.0).

10/02/09    C. L. RIVERA       On-line review of documents          2.10 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


10/02/09   F. VAZQUEZ          Second tier review of documents        2.00 hrs.
                               produced in connection
                               w/pre-petition investigation.

10/02/09   T. J. MCCORMACK     Confer team re: discovery underway     1.90 hrs.
                               from Tribune and various third
                               parties (0.5); review
                               search/organ. protocols (0.8);
                               review form of D&O complaint by
                               Committee (0.6).

10/02/09   R. A. SCHWINGER     Detailed e-mail to Joe Drayton re      7.30 hrs.
                               proposed MLCC search terms (1.4);
                               prepare summary of 9/30/09 Drayton
                               TC re MLCC e-mail search
                               methodology (0.6); review J.
                               Drayton response to same, and plan
                               strategy for next moves (1.6);
                               follow-up meetings with M. Ashley
                               (0.3) and A. Nellos (0.4) re same;
                               e-mail to Tim Woods re Navigant
                               document and e-mail production
                               issues (0.8), including e-mails
                               with A. Nellos re background
                               information needed to compose
                               e-mail (0.6); review Len Shifflett
                               letter re Foundations' document
                               production issues (0.3); further
                               attention to research memos for
                               Stage Two report (0.6); review
                               notes of 9/30/09 TC with Debtors'
                               counsel re document production
                               (0.5), and TC with A. Nellos re
                               expected upcoming activity noted
                               in same (0.2).

10/02/09   N. T. ZINK          Review emails from M. Rule of         0.20 hrs.
                               AlixPartners re solvency related
                               documents (.2).

10/02/09   H. SEIFE            Review of emails regarding VRC and    1.50 hrs.
                               projections (.8); review of emails
                               regarding discovery issues (.7).

10/02/09   D. BAVA             Review and analysis of docket        0.20 hrs.
                               sheet re: large case LBO
                               litigation issues (.20).

10/03/09   A. K. NELLOS        Online review and comparison of      3.00 hrs.
                               documents related to the ESOP
                               transaction (second- tier review)

| 10/03/09 | E. M. MILLER | Review and exchange e-mails with M Ashley re VRC documents for VRC witnesss examination. | 0.30 hrs. |
| 10/03/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 10/03/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (5.0). | 5.00 hrs. |
| 10/03/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.90 hrs. |
| 10/03/09 | B. DYE | On-line review of documents produced in connection with ESOP investigation. | 1.20 hrs. |
| 10/03/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 10/03/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.50 hrs. |
| 10/03/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/03/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (5.5). | 5.50 hrs. |
| 10/04/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.40 hrs. |
| 10/04/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 10/04/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    9

| | | | |
|---|---|---|---|
| 10/04/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 11.00 hrs. |
| 10/04/09 | J. GOLD | Online review of documents produced in connection with ESOP transaction. | 3.50 hrs. |
| 10/04/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.5). | 2.50 hrs. |
| 10/04/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 10/04/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 10/04/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 10/04/09 | M. D. ASHLEY | Reviewed discovery materials regarding ESOP transaction investigation (1.7). | 1.70 hrs. |
| 10/04/09 | E. M. MILLER | Research D&P documents from data room in preparation of D&P witness examination (4.5); Review documents and draft index re same (0.6) | 5.10 hrs. |
| 10/04/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 2.20 hrs. |
| 10/04/09 | H. SEIFE | Review of Kasowitz comments to protocol. | 0.80 hrs. |
| 10/05/09 | H. SEIFE | Review and revise common interest agreement (.8); email G.Bush regarding Law Debenture meeting (.4); meeting re discovery  status with T.Zink, M.Ashley (.9); conference call with ZS regarding discovery (.8); review of potential witness list (.6); review of memos regarding fraudulent conveyance action (1.6). | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   10


10/05/09   D. BAVA            Review and analysis of docket          0.20 hrs.
                             sheet of similar large case re:
                             LBO litigation issues (.20).

10/05/09   M. IACOPELLI       Meeting with E. Miller re:  D&P        6.00 hrs.
                             documents (.4); Review of D&P
                             materials prepared by A. Nellos
                             (1.0) and research certain missing
                             documents (4.6).

10/05/09   R. A. SCHWINGER    Review, prepare comments on ZS's       6.50 hrs.
                             latest markup of common interest
                             agreement with Law Debenture
                             (0.7); very long/detailed e-mail
                             to Joe Drayton re issues as to
                             MLCC's proposed e-mail search
                             methodology (3.2) including
                             meetings/e-mails with A. Nellos to
                             gather statistical information
                             needed for same (.8) and reviewing
                             JPM/TRB e-mails to MLCC personnel
                             (0.8); e-mails to Joel Feuer (re
                             Rustic Canyon) and Michael Pullos
                             (re D&P) as to status of open
                             document production issues (0.4);
                             e-mail to David Neier re
                             illegible/mis-printed VRC
                             documents (0.2); review document
                             issues raised by Alix (.4).

10/05/09   N. T. ZINK         Review M. Ashley email re              5.70 hrs.
                             involvment of possible otehr bank
                             and reply to same (.1); conference
                             with H. Seife, M. Ashley, A.
                             Nellos, and T. McCormack re
                             document review and deposition
                             planning (.4); phone conference
                             with Zuckerman Spaeder re document
                             review and deposition planning
                             (.8); further conference with H.
                             Seife, M. Ashley and A. Nellos re
                             timeline, parties and further
                             deposition planning (.4); prepare
                             timeline (.4); review abandonment
                             issue (.1); online second-tier
                             document review in connection with
                             investigtation (3.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   11

| 10/05/09 | T. J. MCCORMACK | Meeting with team in prep of conference call re: document review (0.5); conf. call with ZS on status of all discovery, activity (0.8); review third-party claim analysis in report (1.7). | 3.00 hrs. |
|---|---|---|---|
| 10/05/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing. | 1.30 hrs. |
| 10/05/09 | C. L. RIVERA | Correspondence re: meeting on abandonment theory (0.2); on-line review of documents produced in connection with investigation of ESOP transaction (0.9). | 1.10 hrs. |
| 10/05/09 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents (.9); conference with T. Zink, H. Seife, T. McCormack, M. Ashley, G. Bush, and A. Goldfarb regarding discovery issues and potential depositions (1.0); Meet with M. Ashley regarding "hot document" binders and division among key issues (.5); Speak with L. Moloney regarding Relativity issues (.8); Review materials in Relativity related to discovery issues (specifically, related to e-mails) in connection with Merrill Lynch (3.1); Review various e-mails and other correspondence related to discovery (.4); Review materials forwarded by Zuckerman regarding potential deponents, Relativity and related correspondence (1.4). | 9.30 hrs. |
| 10/05/09 | D. E. DEUTSCH | Review materials related to bondholder information request (.5); exchange e-mails with Brad Hall and Alan Holtz re: follow-up on same (.4); edit related responsive materials (.2); research re: filing litigation-related motion (3.4); follow-up with Moelis re: bondholder information request (.2); conference with Jason Gold | 4.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12
```

| | | | |
|---|---|---|---|
| | | to discuss further research re: drafting motion (.2). | |
| 10/05/09 | D. M. LeMAY | Review latest proposed revision of Joint Interest Agreement, including Kasowitz proposed changes (1.2).  E-mail Schwinger and Seife w/comments (.3). | 1.50 hrs. |
| 10/05/09 | E. M. MILLER | Brief phone call with A Nellos re documents for VRC and D&P witness examination (0.3). Review documents for D&P witness examination (0.8). Brief meetings with M Iacopelli re same (0.3). | 1.40 hrs. |
| 10/05/09 | M. D. ASHLEY | Reviewed materials regarding discovery efforts (2.6); prepared for meetings regarding discovery strategy and issues (1.2); team meetings regarding discovery issues (.8); conference call with Chadbourne team and Zuckerman regarding discovery strategy (.8); reviewed materials produced in connection with ESOP transaction investigation) (2.4); meeting with A. Nellos regarding review of key documents (.4); reviewed materials regarding possible depositions (1.2). | 9.40 hrs. |
| 10/05/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 10/05/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.50 hrs. |
| 10/05/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.20 hrs. |
| 10/05/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.70 hrs. |
| 10/05/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 23, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   13

| | | | |
|---|---|---|---|
| 10/05/09 | L. F. MOLONEY | Process new media for loading onto Relativity (1.8); Reviewing Relativity database and corresponding with P. Kelley and M. Isbrecht re. issues with viewing full-text of documents (1.5). | 3.30 hrs. |
| 10/05/09 | E. PRZYBYLKO | Review transaction documents (1.8); and research re potential claims (2.5). | 4.30 hrs. |
| 10/05/09 | B. DYE | UFTA/UFCA conflict of law and jurisdiction research (7.2); Online review of documents in connection with ESOP transactions (3.0) | 10.20 hrs. |
| 10/05/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 10/05/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 10/05/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.70 hrs. |
| 10/05/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (3.3); corresponded by email with Alexandra Nellos re: same (.1). | 3.40 hrs. |
| 10/05/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 10/05/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.20 hrs. |
| 10/06/09 | M. S. TOWERS | Research (1.6) and draft (1.2) Committee motion for standing to file claims. | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| | | | |
|---|---|---|---|
| 10/06/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 10/06/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.10 hrs. |
| 10/06/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (1.8); corresponded by email with Alexandra Nellos re: same (.1). | 1.90 hrs. |
| 10/06/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.60 hrs. |
| 10/06/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 10/06/09 | B. DYE | Meeting with T. Zink, H. Seife, and C. Rivera to discuss abandonment issue (1.0); meeting with T. Zink and C. Rivera to discuss abandonment issue and collapsing research (.5); researching contingent liability issue (8.5); Online review of documents produced in connection with ESOP transactions (2.0) | 12.00 hrs. |
| 10/06/09 | J. GOLD | Review and revise draft motion for Committee's standing to bring actions on behalf of Debtor. | 1.20 hrs. |
| 10/06/09 | E. PRZYBYLKO | Research re advisor claims (3.2) review master memo re same (1.2). | 4.40 hrs. |
| 10/06/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 10/06/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   15

| | | | |
|---|---|---|---|
| 10/06/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.50 hrs. |
| 10/06/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 10/06/09 | M. D. ASHLEY | Reviewed materials regarding possible depositions (4.6); reviewed materials regarding discovery efforts (1.4); conference call with R. Schwinger, A. Nellos and Landis regarding discovery efforts (.6); review emails regarding discovery efforts (.8). | 7.40 hrs. |
| 10/06/09 | G. BRADSHAW | Online review of documents produced in connection with the investigation of the ESOP transaction (.3). | 0.30 hrs. |
| 10/06/09 | E. M. MILLER | Review and exchange e-mails with M Ashley re identification of GreatBanc, VRC and D&P witnesses for examination (0.3) Review documents in data room and in witness prep binders re same (0.9). | 1.20 hrs. |
| 10/06/09 | D. M. LeMAY | Review latest changes to Joint Defense Agreement w/Law Debenture and Centerbridge (1.3). Two t/cs w/G. Bush re: same (.3). Prepare posting memo to the Committee re: same (.8). Phone calls to all Committee members to obtain approvals for Joint Defense Agreement and respond to questions (2.2). Conference w/HSeife re: deposition strategy and timing (.4). | 5.00 hrs. |
| 10/06/09 | D. E. DEUTSCH | Review and final edits to updated listing for Centerbridge counsel per request (.3); meeting with Meghan Towers to discuss research assignment re: court filing (.4); telephone conversation with Tom MaCauley at Zuckerman Spaeder re: case questions (.3); follow-up research related to same (.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


10/06/09   A. K. NELLOS       Participate in call with local         8.40 hrs.
                              counsel at Landis (Dan and
                              Rebecca) and Bob Schwinger and
                              Marc Ashley from Chadbourne
                              regarding discovery issues (.5);
                              Update discovery materials to be
                              distributed externally (to
                              Chadbourne/ Landis/Zuckerman)
                              (3.2); Review progress of
                              discovery (1.0) and assign
                              additional documents (1.3); Review
                              materials in Relativity related to
                              questions asked by M. Ashley
                              regarding potential deponents
                              (.9); Discuss with M. Iacopelli
                              project related to hot docs index
                              (.4); Review correspondence
                              received regarding new documents
                              (.3); Review materials produced by
                              Debtors relating to production
                              posted to datasite (.8).

10/06/09   C. L. RIVERA       Preparation for (0.6) and meeting      3.30 hrs.
                              with H. Seife, T. Zink and B. Dye
                              re: analysis of possible options
                              to pursue state claims against
                              shareholders (1.1); meeting with
                              T. Zink and B. Dye re: follow up
                              research, next steps, requested
                              memo (0.5); research re:
                              obligations/when incurred (1.1).

10/06/09   F. VAZQUEZ         Conf w/Zink re Director officer        0.30 hrs.
                              underwriting agreement.

10/06/09   C. E. HORD         T/c T. Zink re: presentation to        3.40 hrs.
                              lenders re: new theory on date of
                              fraudulent conveyance (0.1);
                              review materials from T. Zink
                              (2.8) and prep analysis of
                              fraudulent conveyance timing issue
                              (.5).

10/06/09   T. J. MCCORMACK    Analysis of fact witnesses to          3.10 hrs.
                              depose (0.8); receipt and review
                              prior research memos on numerous
                              issues (2.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17


10/06/09   N. T. ZINK          Second tier on-line document         4.90 hrs.
                               review (.8); conference with H.
                               Seife, C. Rivera and B. Dye re
                               section 546 and 544 issues (1.0);
                               further conference with C. Rivera
                               and B. Dye re section 544 issues
                               (.5); research section 544, 546
                               and 548 issues (1.8); second tier
                               off-line document review (.8).

10/06/09   R. A. SCHWINGER     Review latest version of common      4.00 hrs.
                               interest agreement with Law
                               Debenture and prepare comments on
                               same (0.7); TC with Jim Allison re
                               Murray Devine document production
                               (0.2) and e-mail summary re same
                               (0.2); e-mails re document
                               production status to Charles Smith
                               (re TESOP/GreatBanc), Joel Feuer
                               (re Rustic Canyon and Chandler
                               Trust/directors), David Bradford
                               (re Zell/EGI et al.) (0.7);
                               conference call with Dan Rath,
                               Rebecca Butcher, M. Ashley, A.
                               Nellos re status of LR&C's
                               discovery efforts (0.7) and review
                               follow-up e-mails re same (0.2);
                               prepare updated discovery summary
                               for ZS to share with Kasowitz/Akin
                               (0.7) including meetings with A.
                               Nellos re same (0.2); e-mails re
                               latest additional production of
                               Board/Committee minutes/materials
                               by Debtors (0.4).

10/06/09   R. A. SCHWINGER     Reveiw e-mails re status of          1.90 hrs.
                               discovery as to BoA and its role
                               in transactions (1.5); various
                               e-mails to ZS re discovery status
                               (0.4).

10/06/09   M. IACOPELLI        Prepared detailed index to the       3.20 hrs.
                               Solvency Step 1 and 2008 binders
                               at the request of A. Nellos.

10/06/09   D. BAVA            Review and analysis of docket         0.20 hrs.
                               sheet of similar large case re:
                               LBO litigation issues (.20).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    18

| 10/06/09 | H. SEIFE | Review of revised protocol (.7); emails G.Bush regarding same (.5); conference with T.Zink and C.Rivera regarding legal issues and research regarding LBO claims (1.1); review of Goldman report (.3); review of highlighted discovery documents (2.8). | 5.40 hrs. |

| 10/07/09 | H. SEIFE | Review of documents relating to solvency analysis (2.4); review of legal issues relating to defense to claims (1.7); review emails coordinating discovery issues (.8). | 4.90 hrs. |

| 10/07/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |

| 10/07/09 | M. IACOPELLI | Prepared detailed index to the Solvency Step 2, Citigroup, Foundations and GreatBanc materials at the request of A. Nellos. | 6.80 hrs. |

| 10/07/09 | N. T. ZINK | Review solvency measurement date issue (.4); conference with B. Dye and C. Rivera re solvency measurement date issue and related memorandum (1.5); review Tribune June 30, 2007 10-Q (.8); review Merger Agreement (.8); review accounting standards for merger liabilities (1.4); phone conference with T. Alexander re accounting standards (.2); phone conference with J. Melmed and P. Kolyer re accounting standards for merger liabilities (.5); phone conference with H. Stewart re standards (.1); | 5.70 hrs. |

| 10/07/09 | R. A. SCHWINGER | E-mail to various directors' counsel re open document production issues (0.4); e-mails re VRC production status (0.2); e-mails re LR&C discovery activity (0.3); attention to Kasowitz cooperation tasks per ZS e-mail request (0.6). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    November 23, 2009
435 N. MICHIGAN AVENUE                           Invoice ******
CHICAGO, IL 60611                                Page   19


| 10/07/09 | T. J. MCCORMACK | Review of all processes in place for analysis of documents, electronic information (1.7); review case law on solvency issues, tests re: same (1.2); review materials on fraudulent conveyance analysis in LBO settings (0.9). | 3.80 hrs. |
|---|---|---|---|
| 10/07/09 | C. E. HORD | Review 2007 merger agreement in connection w/ fraudulent conveyance issue (1.2); voice mail C. Rivera re: other documents needed (0.2). | 1.40 hrs. |
| 10/07/09 | F. VAZQUEZ | Conf w/Dye re solvency issues (.1); review articles re criticism of solvency opinions (1.2); conf w/Zink re solvency issues (.3). | 1.60 hrs. |
| 10/07/09 | C. L. RIVERA | Meeting with B. Dye re: solvency analysis (0.9); meeting with T. Zink and B. Dye re: solvency analysis, accounting issues, contingent liability case law (1.5); analysis of merger agreement obligations in solvency test and drafting related memo outline of argument (1.0). | 3.40 hrs. |
| 10/07/09 | D. M. LeMAY | Continue calls to all Committee members to obtain unanimous approval for Joint Defense Agreement with Law Debenture and Centerbridge (3.3).  Prepare posting materials regarding same for the Committee (.3). | 3.60 hrs. |
| 10/07/09 | E. M. MILLER | Review data room for documents for D&P witness prep (0.4) Review and highlight documents culled from data room for D&P witness prep (3.6). | 4.00 hrs. |
| 10/07/09 | A. K. NELLOS | Review progress of document reviewers(1.0) and assign additional documents (1.3); Review documents for solvency and other issues from second-tier review (3.9). | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   20


| 10/07/09 | F. E. CREAZZO | Telephone conference with A Nellos re: case background and document review (0.2); Review various internal memos on document review, parties involved and investigation report (1.6). | 1.80 hrs. |
| 10/07/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (2.6); reviewed materials regarding possible depositions (2.7); reviewed materials regarding discovery efforts (.8); review emails regarding status of ESOP transaction investigation (.7). | 6.80 hrs. |
| 10/07/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/07/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.50 hrs. |
| 10/07/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.50 hrs. |
| 10/07/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 10/07/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.50 hrs. |
| 10/07/09 | E. PRZYBYLKO | Review discovery requests and related documents (3.0); confs. with A. Nellos re same (.3). | 3.30 hrs. |
| 10/07/09 | J. MELMED | Call with Ted Zink and follow up research into M&A accounting treatment of "collapsing" debt tranches. | 2.50 hrs. |
| 10/07/09 | B. DYE | Meeting with T. Zink and C. Rivera regarding contingent liability research (1.5); researching contingent liability issue (7.2); Online review of documents produced in connection with ESOP | 9.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    21

|            |                |                                                                                         |            |
|------------|----------------|-----------------------------------------------------------------------------------------|------------|
|            |                | transaction (1.1).                                                                      |            |
| 10/07/09   | J. NOBLE       | Online review of documents produced in connection with investigation of ESOP transaction. | 4.00 hrs.  |
| 10/07/09   | I SAFIER       | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.60 hrs.  |
| 10/07/09   | K. ZAFRAN      | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs.  |
| 10/07/09   | M. S. TOWERS   | Continued to research and draft Committee motion for standing.                          | 4.70 hrs.  |
| 10/07/09   | J. P. NARVAEZ  | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs.  |
| 10/08/09   | M. A. BLAND    | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs.  |
| 10/08/09   | M. S. TOWERS   | Continued to research (1), draft (6.1) and revise (.6) Committee motion for standing.   | 7.70 hrs.  |
| 10/08/09   | K. ZAFRAN      | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.70 hrs.  |
| 10/08/09   | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.20 hrs. |
| 10/08/09   | I SAFIER       | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.20 hrs.  |
| 10/08/09   | J. NOBLE       | Online review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs.  |
| 10/08/09   | F. PERKINS     | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   22


10/08/09   J. GOLD           Online review of documents              1.50 hrs.
                             produced by JPMorgan in connection
                             with investigation of ESOP
                             transaction.

10/08/09   B. DYE            Meeting with T. Zink and C. Rivera      12.50 hrs.
                             to discuss collapsing issue (.6);
                             Researching collapsing issue
                             (8.6); Online review of documents
                             produced in connection with ESOP
                             transactions (3.3)

10/08/09   K. A. GIULIANO    On-line review of documents             5.00 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

10/08/09   E. PRZYBYLKO      Conf. with R. Schwinger, T.             4.40 hrs.
                             McCormack, A. Nellos re discovery
                             issus (1.6); review documents to
                             third-party claim investigation
                             (2.8).

10/08/09   L. F. MOLONEY     Correspondence with A. Nellos and       1.80 hrs.
                             M. Isbrecht at Complete Document
                             Source re. Relativity issues (.7);
                             processing new media for loading
                             into Relativity (1.1).

10/08/09   A. KRONSTADT      On-line review of documents             4.40 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

10/08/09   A. DUFFY          Online review of documents              1.20 hrs.
                             produced in connection with ESOP
                             Transaction.

10/08/09   E. GRIMALDI       On-line review of documents             8.30 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

10/08/09   P. TANCK          On-line review of documents             3.00 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

10/08/09   M. D. ASHLEY      Reviewed documents produced in          7.50 hrs.
                             connection with ESOP transaction
                             investigation (4.4); reviewed
                             materials regarding possible
                             depositions (1.7); reviewed
                             materials regarding discovery
                             efforts (1.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   23

| | | | |
|---|---|---|---|
| 10/08/09 | M. RICHMOND | Research Tribune Company SEC filings between 4/1/07 and 5/25/07 for C.Rivera. | 1.50 hrs. |
| 10/08/09 | F. E. CREAZZO | Attend meeting for training on document review in connection with ESOP investigation. | 0.50 hrs. |
| 10/08/09 | A. K. NELLOS | Meeting with T. McCormack, R. Schwinger, and E. Przybylko, regarding discovery issues in connection with third-party claims (1.6); Update discovery memo and related materials for Committee update (3.4); Check progress of document review (.9) and assign additional documents (1.0); Online review and comparison of documents related to the ESOP transaction (second- tier review) (.9 ); Review documents for solvency and other issues from second-tier review (5.4). | 13.20 hrs. |
| 10/08/09 | E. M. MILLER | Review and highlight documents culled from data room for D&P witness prep (2.0). | 2.00 hrs. |
| 10/08/09 | D. E. DEUTSCH | Review action list and e-mail litigation team re: update on discovery memorandum (.2). | 0.20 hrs. |
| 10/08/09 | C. L. RIVERA | Analysis re: obligations under merger agreement, binding impact (1.4); research re: same (0.7); confer with B. Dye re: same (0.1); confer with C. Hord re: related disclosure schedules, agreement to merger agreement (0.2); call and correspondence re: same with A. Nellos (0.3); meeting with T. Zink and C. Hord re: company financing obligations incurred in connection with merger agreement (0.6); meeting with T. Zink and B. Dye re: follow up obligation and executory contract research, next steps (0.6); research/review cases re: collapsing (0.9); research re: Xonics line of cases (1.1); correspondence re: SEC filings relating to merger period (0.6), | 7.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    24

|            |                   | reviewing same (0.8). |            |
|------------|-------------------|-----------------------|------------|
| 10/08/09   | F. VAZQUEZ        | Second tier review of documents produced in connection w/investigation of prepetition financing (2.3); email to/from Deutsch and Nellos re discovery status (.2); email to/from Nellos re Merrill website (.1). | 2.60 hrs. |
| 10/08/09   | C. E. HORD        | Meeting w/ T. Zink and C. Rivera re: fraudulent conveyance issue. | 0.50 hrs. |
| 10/08/09   | T. J. MCCORMACK   | Receipt and review D&O materials (0.8); receipt and review research memos on various subjects (1.2); attend meeting with litigation team on discovery and third party claims (1.5). | 3.50 hrs. |
| 10/08/09   | R. A. SCHWINGER   | Meeting with T. McCormack, E. Przybylko, A. Nellos re current document review/analysis procedures and their integration with our analysis of potential claims (1.5); e-mail to Michael Pullos (re Duff & Phelps) re confidentiality issues as to Davis Polk and Kasowitz/Akin (0.8); e-mail to David Neier (re VRC) (0.2) and various follow-up e-mails, re confidentiality issue as to Davis Polk (0.3); e-mails re BoA discovery issues (0.5); e-mails with Vince Herron (re Houlihan) re Kasowitz/Akin confidentiality issues (0.4); e-mail to Joel Feuer (re RCP) re Kasowitz/Akin confidentiality issues (0.4); e-mails re Zell/EGI e-mail production (0.2). | 4.30 hrs. |
| 10/08/09   | R. A. SCHWINGER   | E-mail to David Bradford (re Zell/EGI) re Kasowitz/Akin confidentiality issues (0.4); review productivity statistics re document intake and review processing (0.5). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   25


| | | | |
|---|---|---|---|
| 10/08/09 | N. T. ZINK | Conference with H. Seife re memorandum of relevant parties and their respective roles (.1); phone conference with B. Den Uyl and M. Brown of AlixPartners re accounting for mergers (.2); further consideration of appropriate disclosure of leveraged ESOP obligations (.4); phone conference with J. Sottile re solvency issues (.2); review deal documents in reference to May-December insolvency issue (1.2); off-line second tier document review in connection with investigation (1.1). conference with C. Rivera and B. Dye re memoranda topics, status and next steps (.8). | 4.00 hrs. |
| 10/08/09 | M. IACOPELLI | Prepared detailed index to the Houlihan Lokey and JPMorgan materials at the request of A. Nellos (4.6); Prepared detailed index to the JPMorgan E-mail materials (2.2). | 6.80 hrs. |
| 10/08/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 10/08/09 | H. SEIFE | Review of research memos on fraudulent conveyance issues. | 1.40 hrs. |
| 10/09/09 | H. SEIFE | Review of produced key documents (1.4); emails with G.Bush regarding investigation issues (.4). | 1.80 hrs. |
| 10/09/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.10). | 0.10 hrs. |
| 10/09/09 | R. A. SCHWINGER | Draft Houlihan confidentiality addendum re Kasowitz/Akin (0.3) and e-mails with Vince Herron re same (0.2); meeting with A. Nellos re drafting latest discovery status report to the Committee (0.4); outlining new points to include in next report (0.4); review J. Drayton e-mail re MLCC | 2.40 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | e-mail search methodology issues (0.5); draft confidentiality agreement for Chandler trusts/directors and e-mail to Joel Feuer re same (0.3); e-mail re BoA discovery issues (0.3). |  |
| 10/09/09 | M. IACOPELLI | Prepared detailed index to the Merrill Lynch, Equity Research and Morgan Stanley materials at the request of A. Nellos (4.6); Chronologized second tier hot documents at the request of A. Nellos (2.2). | 6.80 hrs. |
| 10/09/09 | T. J. MCCORMACK | Follow up with discovery team on all issues, projects underway (.9); review legal research memos (1.8). | 2.70 hrs. |
| 10/09/09 | F. VAZQUEZ | Conf w/Young Yoo re VRC solvency issues(.2); email to Nellos re discovery document (1). | 0.30 hrs. |
| 10/09/09 | D. M. LeMAY | T/c from Sottile re: effect of Cubs sale on LBO investigation (.3).  Conference w/HS re: his meetings w/Davis Polk (.5).  T/c w/G. Bush regarding same (.2). | 1.00 hrs. |
| 10/09/09 | C. L. RIVERA | Legal analysis re: obligations/definitions included in solvency analysis by VRC (0.6); drafting related section to memorandum (0.7); review research/cases re: calculations of certain obligations in solvency analysis (1.3); confer with B. Dye re: same (0.3); reviewing credit agreement terms re: second step transactions (0.6). | 3.50 hrs. |
| 10/09/09 | E. M. MILLER | Brief meeting with M Iacopelli re preparation of D&P witness prep materials ( 0.2) Prepare same (1.3) Draft and send e-mail to M Ashley re issues re same (0.4). | 1.90 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/09/09 | A. K. NELLOS | Review documents for solvency and other issues from second-tier review (1.9); Discuss various issues related to documents and Relativity with L. Moloney (.4); Review progress of first- and second- tier reviewers (.8) and assign additional documents (.5); Prepare update memo to the Committee (1.5). | 5.10 hrs. |
| 10/09/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation (2.4); reviewed materials regarding possible depositions (1.2). | 3.60 hrs. |
| 10/09/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 10/09/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.00 hrs. |
| 10/09/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.30 hrs. |
| 10/09/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction. | 3.80 hrs. |
| 10/09/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.80 hrs. |
| 10/09/09 | E. PRZYBYLKO | TC with F. Vazquez re discovery requests (.2); review documents re discovery time frame (1.8); confs. with C. Pignatelli, B. Galiano re case background and assignments (.5); review research memoranda re claim investigation (1.0); research re D/O claims (1.6). | 5.10 hrs. |
| 10/09/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   28


| 10/09/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.50 hrs. |
|---|---|---|---|
| 10/09/09 | B. DYE | Researching collapsing issue (.4); researching solvency issue in connection with collapsing research (6.8) | 7.20 hrs. |
| 10/09/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.70 hrs. |
| 10/09/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 10/09/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 10/09/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 11.40 hrs. |
| 10/09/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (9.8); corresponded by email with Alexandra Nellos re: same (.1). | 9.90 hrs. |
| 10/09/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 10/09/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.20 hrs. |
| 10/09/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 10/09/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.40 hrs. |