| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/10/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (8.6) | 8.60 hrs. |
| 10/10/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.10 hrs. |
| 10/10/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (3.8). | 3.80 hrs. |
| 10/10/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 10/10/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.5) | 2.50 hrs. |
| 10/10/09 | D. M. LeMAY | Conference call of ZS and C&P teams regarding latest meeting w/DPW and next steps. | 0.70 hrs. |
| 10/10/09 | D. E. DEUTSCH | Review pleadings and part of complaint filed in unrelated LBO case (1.0); begin review and editing of motion related to avoidance actions (1.1); participate in call with Zuckerman Spaeder team and C&P team re: litigation next steps (.8). | 2.90 hrs. |
| 10/10/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of LBO. | 4.20 hrs. |
| 10/10/09 | R. A. SCHWINGER | Outlining/organizing points for response to Joe Drayton e-mail re MLCC e-mail search methodology and related issues under local rules. | 2.10 hrs. |
| 10/10/09 | H. SEIFE | Conference call with G.Bush and litigation team regarding strategy and coordination. | 0.90 hrs. |
| 10/11/09 | R. A. SCHWINGER | Continue planning points for response to Joe Drayton re MLCC e-mail search methodology issues. | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   30


| 10/11/09 | A. K. NELLOS | Review progress of document review (.5); respond to questions from document reviewer (.2) and assign additional documents (.7). | 1.40 hrs. |
|---|---|---|---|
| 10/11/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.7) | 4.70 hrs. |
| 10/11/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.7). | 2.70 hrs. |
| 10/11/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 10/11/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 10/11/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 10/11/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.80 hrs. |
| 10/11/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with ESOP investigation. | 3.50 hrs. |
| 10/11/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/11/09 | B. DYE | Online review of documents produced in connection with ESOP transaction. | 4.70 hrs. |
| 10/11/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (9.2). | 9.20 hrs. |
| 10/11/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   31

| 10/11/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.50 hrs. |
|---|---|---|---|
| 10/12/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
| 10/12/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.40 hrs. |
| 10/12/09 | C. PIGNATELLI | Met with Eric Przybylko (.2) and began researching potential breach of fiduciary duty claim issue (1.0); reviewed preliminary report (.8); conducted preliminary research of public sources (.6). | 2.60 hrs. |
| 10/12/09 | B. DYE | Research obligation & merger agreement/executory contract for T. Zink and C. Rivera (5.5); Online review of documents produced in connection with ESOP transactions (5.3) | 10.80 hrs. |
| 10/12/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 10/12/09 | J. GOLD | Online review of Documents produced by JPM in connection with ESOP investigation. | 4.00 hrs. |
| 10/12/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.10 hrs. |
| 10/12/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (10.7); corresponded by email with Alexandra Nellos re: same (.2). | 10.90 hrs. |
| 10/12/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/12/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (7.3); receive production from K&L Gates, Gibson Dunn, JPMorgan, & Sidley and circulate cover-letters (.4) and facilitate processing of documents in database (0.9). | 8.60 hrs. |
| 10/12/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.00 hrs. |
| 10/12/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.70 hrs. |
| 10/12/09 | E. PRZYBYLKO | Review key email correspondence re investigation of potential claims | 0.60 hrs. |
| 10/12/09 | L. F. MOLONEY | Correspondence with A. Nellos and K. Zafran re. additional data and documents to be loaded onto Relativity (.2); process new media for loading onto Relativity (3.0); Reviewing discs and data files to acsertain page and document counts for A. Nellos (.4) | 3.60 hrs. |
| 10/12/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 10/12/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.60 hrs. |
| 10/12/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction. | 0.70 hrs. |
| 10/12/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/12/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (2.4); reviewed materials regarding discovery efforts (1.3); reviewed materials regarding possible depositions (1.8); review emails and other | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   33

|  |  |  |  |
|---|---|---|---|
|  |  | communications regarding status of ESOP transaction investigation (1.2). |  |
| 10/12/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 12.00 hrs. |
| 10/12/09 | A. K. NELLOS | Prepare update report on discovery for committee (5.9);  Review progress of document review (1.4); send various e-mails regarding same to several reviewers (.9). | 8.20 hrs. |
| 10/12/09 | D. E. DEUTSCH | Review materials (.2) and prepare agenda for meeting with Committee's LBO/ESOP professionals (.2); discuss revisions to agenda with Howard Seife (.2); follow-up e-mails to Tom McCormack and Bob Schwinger re: additional possible issues to address with Zuckerman team (.3); exchange e-mails with Josh Gold re: LBO action items (.2). | 1.10 hrs. |
| 10/12/09 | E. M. MILLER | Review supplemental VRC production in connection with preparation of VRC witness examination (5.8). | 5.80 hrs. |
| 10/12/09 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: 548 defense (0.5); telephone conversation with B. Dye re: status of various research (0.2); drafting/revising memorandum re: merger agreement/solvency analysis (2.0); reviewing merger agreement re: same (0.8); reviewing solvency valuation cases from B. Dye (1.7); research re: 546(e) defense in related LBO adversary (0.6) and correspondence to Chadbourne team re: same (0.2). | 6.00 hrs. |
| 10/12/09 | R. A. SCHWINGER | Draft lengthy e-mail to Joe Drayton re MLCC e-mail production issues (2.8); editing draft of latest discovery update report to Committee(2.6) including numerous e-mails with A. Nellos re same (0.5); e-mails re BoA/Barclays | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   34

|  |  |  |  |
|---|---|---|---|
|  |  | discovery (0.5); review newly-arrived document productions from Zell/EGI, TESOP/GreatBanc, Rustic Canyon, Debtors, JPM (0.5). |  |
| 10/12/09 | T. J. MCCORMACK | Receipt and review draft agenda on all issues for discussion on 10/13 and comment re: same (0.3); receipt and review legal research on settlement/securities defense under 546(e) (0.7); receipt and review of certain fact materials pulled from document review (0.6); analysis of research/case law on standing issues for Committee to assert fiduciary duty claims (1.5). | 3.10 hrs. |
| 10/12/09 | F. VAZQUEZ | Conf w/Zink and C. Rivera re: discovery issues (.3); follow-up conf w/Zink re same (.2); conf w/Seife re Barclays & BofA documents (.2); email to/from Schwinger re Barclays & BofA discovery (.4); email to/from Zink re Barclays & BofA discovery (.2); call to Landis re Barclays & BofA (.1); email to/from Butler re Barclays & BofA (.1); review/memo re discovery status (.3); email to Zink re discovery status (.1). | 1.90 hrs. |
| 10/12/09 | H. SEIFE | Emails regarding Debtor response to info requests (.7); review of equity investment valuation emails (.8); review of reply memo regarding 546(e) defense (1.2); review of draft discovery memo (.5). | 3.20 hrs. |
| 10/12/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 10/12/09 | N. T. ZINK | Conference with F. Vazquez and C. Rivera re research re potential defenses to fraudulent transfer claim (.3); second tier on-line document review in connection with investigation (4.1) off-line second tier document review (1.2). | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   35

| 10/12/09 | M. IACOPELLI | Continued preparation of detailed index to the Equity Research materials at the request of A. Nellos (1.6); Chronologized second tier hot documents at the request of A. Nellos ( 5.2). | 6.80 hrs. |
|---|---|---|---|
| 10/13/09 | M. IACOPELLI | Continued preparation of detailed index to the Equity Research materials at the request of A.Nellos. | 6.80 hrs. |
| 10/13/09 | N. T. ZINK | Phone conference with Moelis and Alix Partners re investigation of prepetition financings (.5); conference with M. Ashley re deposition strategy (.1); further on-line second tier review of documents (2.1); review May-December solvency issue and relevant provisions of agreements relating thereto (.8); phone conference with A. Goldfarb and team re same (.8); further off-line second tier document review (1.2); further consideration of May-December insolvency issue (.6); | 6.10 hrs. |
| 10/13/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20); telephone conference with Chambers re: scheduling of hearing on motion to dismiss (.10). | 0.30 hrs. |
| 10/13/09 | H. SEIFE | Review email regarding expert witness (.8); review emails regarding status of Debtors' document production (.4); review of Tribune Board materials (.3). | 1.50 hrs. |
| 10/13/09 | F. VAZQUEZ | Conf w/C. Rivera, Ashley and Zink re discovery and next steps (.8); conf w/C. Rivera and T.Zink re fraudulent conveyance analysis (.5); review cases re certain 548 defenses and other fraudulent conveyance issues (1.2); conf w/Young Yoo re certain 548 defenses (.3); email to/from Zink re valuation experts (.2); email | 3.40 hrs. |

|            |                  | to/from Butler re Barclays & BofA (.2); email to/from Nellos re Merrill website (.2). | |
|------------|------------------|-----------|-----------|
| 10/13/09   | T. J. MCCORMACK  | Review status of legal research on fiduciary duty claims (0.8); review expert issues (0.5). | 1.30 hrs. |
| 10/13/09   | R. A. SCHWINGER  | Attend LBO/ESOP professionals meeting to report on discovery issues (0.8); review e-mails re BoA discovery (0.4); review e-mails re VRC confidential documents needed by DPW (0.4); draft letter agreement re D&P confidential documents needed by DPW (0.6); draft letter addendum to add Kasowitz/Akin into D&P confidentiality agreement (0.5); review e-mail re background on proposed expert witness (0.5); draft letter addendum to add Kasowitz/Akin into Zell/EGI confidentiality agreement (0.4); meeting with A. Nellos re inquiries to reviewers and Kasowitz/Akin plans (0.3). | 3.90 hrs. |
| 10/13/09   | C. L. RIVERA     | Telephone conversation and correspondence with B. Dye re: research on enforcing merger agreements, collapsing doctrine (0.7); preparation for (0.6) and call with T. Zink, M. Ashley, F. Vazquez, E. Przyblko, and A. Goldfarb re: status of various issues (0.9); meeting with T. Zink and F. Vazquez re: solvency test date, related analysis (0.4); reviewing cases re: test date (1.5). | 4.10 hrs. |
| 10/13/09   | D. E. DEUTSCH    | Review memorandum to Committee on discovery process and edit same (1.1); e-mail David Bava re: posting of same (.2); e-mail Robert Schwinger re: possible expert and related issue (.2). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      November 23, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    37

| 10/13/09 | A. K. NELLOS | Meet with reviewer (Faryal Malik) re: document review (.6); Review progress of document reviewers (1.0) and assign additional documents (1.3); Speak with L. Moloney and Complete Documents re various issues in Relativity (1.1); Review various correspondence related to discovery issues (.7); emails with first-tier and second-tier reviewers on status of review (1.3); Revise discovery memorandum and related materials for committee (6.3). | 12.30 hrs. |
|---|---|---|---|
| 10/13/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.50 hrs. |
| 10/13/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (2.6). | 2.60 hrs. |
| 10/13/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (2.6); reviewed materials regarding open discovery issues (2.2); reviewed materials regarding possible depositions (1.2); team meeting regarding status of ESOP transaction investigation (.7); conference call with T. Zink, C. Rivera, Zuckerman Spaeder regarding solvency issues (1.0); review emails regarding ESOP transaction investigation (.8). | 8.50 hrs. |
| 10/13/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (5.0) | 5.00 hrs. |
| 10/13/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (.8). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   38

| | | | |
|---|---|---|---|
| 10/13/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.10 hrs. |
| 10/13/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.10 hrs. |
| 10/13/09 | E. PRZYBYLKO | Attend portion of weekly meeting w/Committee professionals on status of investigation (0.4); research re experts (0.6); Telephone conference with Chadbourne team and Zuckerman team re research projects for claims investigation (0.8) | 1.80 hrs. |
| 10/13/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.80 hrs. |
| 10/13/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.40 hrs. |
| 10/13/09 | F. MALIK | Review memo on background of investigation (1.1) and meeting with A.Nellos re: document review (.6). | 1.70 hrs. |
| 10/13/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.90 hrs. |
| 10/13/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 10/13/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (2.2); researched issue re: certain section 548 defense is applied differently in LBO cases (2.1); meeting with Francisco Vazquez re: same (.2). | 4.50 hrs. |
| 10/13/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   39


| 10/13/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
|---|---|---|---|
| 10/13/09 | B. DYE | Research specific performance of merger agreement (4.1); researching collapsing cases in fraudulent transfer context (4.1); Online review of documents produced in connection with ESOP transactions (3.3) | 11.50 hrs. |
| 10/13/09 | C. PIGNATELLI | Continued reserch on possible breach of fiduciary duty claims (2.3); reviewed preliminary report and relevant materials cited therein (1.2). | 3.50 hrs. |
| 10/13/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.30 hrs. |
| 10/13/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 10/13/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.90 hrs. |
| 10/14/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 10/14/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.40 hrs. |
| 10/14/09 | C. PIGNATELLI | Continued research on possible breach of fiduciary duty claims (.8); reviewed preliminary report and relevant materials cited therein (.8). | 1.60 hrs. |
| 10/14/09 | E. WEISSMAN | Review and process new media received for Relativity database. | 2.50 hrs. |
| 10/14/09 | B. DYE | Researching collapsing in a fraudulent transfer case and state law fraudulent conveyances (6.0); Online review of documents produced in connection with ESOP | 10.10 hrs. |

|            |            | transactions (4.1). |            |
|------------|------------|---------------------|------------|
| 10/14/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 10/14/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 10/14/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (6); attend meeting with team on status of same (.6). | 6.60 hrs. |
| 10/14/09 | J. NOBLE | Conf. w/ M. Ashley, and ESOP transaction document review team re: status of investigation and next steps (0.7).  Online review of documents produced in connection with investigation of ESOP transaction (2.8). | 3.50 hrs. |
| 10/14/09 | K. ZAFRAN | Meeting with first tier reviewers on status of discovery (0.6); prepare summary of meeting re discovery issues (1.3); on-line review of documents produced in connection with investigation of ESOP transaction (5.2). | 7.10 hrs. |
| 10/14/09 | Y. YOO | Continued researching issue re: section 548 defense in LBO cases (2.4); attended meeting with Francisco Vazquez re: same (.2); corresponded by email with Francisco Vazquez re: same (.2); continued on-line review of documents produced in connection with investigation of ESOP Transaction (1); attended team meeting re: status of document review (.6). | 4.40 hrs. |
| 10/14/09 | F. MALIK | Participate in meeting with M. Ashley and T. Zink re: strategy for reviewing of production documents (0.8). Review report on investigation (0.8); Review tagging documentation for performing document review (0.5); | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   41


|            |                 | Online review of documents produced in connection with investigation of ESOP transaction (1.1). |           |
|------------|-----------------|--------------------------------------------------------------------------------------------------|-----------|
| 10/14/09   | E. GRIMALDI     | On-line review of documents produced in connection with investigation of ESOP transaction (8.0); attend working group meeting with regard to on-line review of documents (.7). | 8.70 hrs. |
| 10/14/09   | K. A. GIULIANO  | Attend team meeting re status of document review (.7); conduct on-line review of documents produced in connection with investigation of ESOP Transaction (2.3). | 3.00 hrs. |
| 10/14/09   | T. P. CASTELL   | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.50 hrs. |
| 10/14/09   | A. KRONSTADT    | Team meeting to discuss status of review of documents in connection with ESOP transaction (.6). | 0.60 hrs. |
| 10/14/09   | A. DUFFY        | Team meeting to discuss status of online review of documents produced in connection with the ESOP Transaction. | 0.60 hrs. |
| 10/14/09   | M. D. ASHLEY    | Team meeting with first-tier reviewers regarding document review issues (.7); meeting with team in preparation for call on discovery status (.7); conference call with T. Zink, C. Rivera, Zuckerman Spaeder regarding solvency issues (.8); meeting with T. Zink, C. Rivera regarding solvency issues (.3); attend post conference meeting with team to discuss next steps (.7); conference call with team and Sidley Austin regarding discovery issues (1.0); reviewed materials regarding ESOP transaction investigation (1.6); reviewed materials regarding open discovery issues (1.4); reviewed materials regarding possible depositions | 8.70 hrs. |

|            |                  | (1.5).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |            |
|------------|------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 10/14/09   | T. L. STEVENSON  | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (1.8).                                                                                                                                                                                                                                                                                                                                                                                                                                        | 1.80 hrs.  |
| 10/14/09   | P. TANCK         | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 8.00 hrs.  |
| 10/14/09   | A. K. NELLOS     | Attend meeting with first-tier reviewers on status of document review (.6); Review progress of document reviewers' work (.9) and assign additional documents (1.0); Speak with L. Moloney regarding Relativity issues (.5 ); Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.0).                                                                                                                                                                                                                   | 5.00 hrs.  |
| 10/14/09   | E. M. MILLER     | Research D&P and VRC documents in data room for M Ashley (0.3).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 0.30 hrs.  |
| 10/14/09   | C. L. RIVERA     | Review recent fraudulent conveyance ruling re: solvency, other related issues (1.2); review VRC engagement (0.2); research recent pleadings in related LBO adversary (.6); conference call with T. Zink, M. Ashley, A. Goldfarb and J. Sottille re: solvency test date (0.7); confer with T. Zink and M. Ashley re: same and VCR matters (0.4); telephone conversation with B. Dye re: collapsing research (0.3); drafting talking points memo re: merger agreement (0.9); correspondence re: same (0.3).                                              | 4.60 hrs.  |
| 10/14/09   | D. M. LeMAY      | Review TOUSA fraudulent transfer decision.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 1.70 hrs.  |
| 10/14/09   | R. A. SCHWINGER  | Conference call with Bryan Kavanagh, Jim Bendernagel re discovery status, with H. Seife, T. Zink. M. Ashley (0.9); "pre-call" preparation meeting with H. Seife, T. Zink, M. Ashley (0.6); post-call re meeting next                                                                                                                                                                                                                                                                                                                                 | 4.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    43

|  |  |  |  |
|---|---|---|---|
|  |  | tasks with H. Seife, T. Zink, M. Ashley (0.6); e-mails with A. Nellos re document review/issues raised in post-call meeting (0.6); e-mails to Sharon Katz re JPM production status and getting DPW access to confidential D&P documents (0.8); e-mails to clarify which D&P documents DPW would get access to (0.4); e-mails to David Neier re getting DPW access to confidential VRC documents (0.4); e-mail to Kasowitz/Akin re status of getting them access to documents produced to Committee in discovery (0.5). |  |
| 10/14/09 | R. A. SCHWINGER | Review emails re getting confidentiality agreement with Chandler Trusts/directors executed (0.4); exchange voice-mails with Howard Levi (outside counsel to Murray Devine) (0.2); and e-mail to team re same (0.4). | 1.00 hrs. |
| 10/14/09 | F. VAZQUEZ | Conf w/Young Yoo re certain 548 defense (.3); review cases and treatise re certain 548 and other defenses (4.3); conf w/Zink re discovery (.3). | 4.90 hrs. |
| 10/14/09 | H. SEIFE | Meeting with litigation team regarding discovery and investigation status and issues (.6); conference call with Sidley regarding discovery and timing (1.0); meeting with litigation team regarding issues going forward (.5); review of select discovery documents (1.0). | 3.10 hrs. |
| 10/14/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.40). | 0.40 hrs. |
| 10/14/09 | N. T. ZINK | Review case law on section 548 issues (.4); conference with first tier document reviewers re new avenues of focus for document review (.8); on-line second tier document review (1.6); phone conference with J. Sottile and A. | 6.70 hrs. |

|            |                 | Goldfarb re solvency issue (.5); conference with C. Rivera and M. Ashley re solvency and discovery issues (.5); conference with H. Seife, B. Schwinger and M. Ashley re discovery issues (.5); phone conference with H. Seife, M. Ashley, B. Schwinger, B. Krakauer and J. Bendernagel re status of discovery and deposition planning (1.0); further conference with C. Rivera re solvency and related memoranda (.2); further on-line second tier document review (1.2) | |
| 10/14/09 | M. IACOPELLI | Continued preparation of detailed index to the Equity Research and VRC materials at the request of A. Nellos. | 6.80 hrs. |
| 10/15/09 | M. IACOPELLI | Continued prepartion of detailed index to the VRC materials at the request of A. Nellos. | 6.80 hrs. |
| 10/15/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 10/15/09 | H. SEIFE | Review of discovery status (.7); review of motion and briefs regarding certain 546 issue (1.6); review of key documents produced in discovery (1.5). | 3.80 hrs. |
| 10/15/09 | F. VAZQUEZ | Conf w/Butcher re B of A and Barclays discovery (.1); conf w/Young Yoo re 548 issues (.3); second tier review of documents produced in connection w/investigation of pre-petition financing (10.2); email to/from Zink and Ashley re secure stip commitment (.1); email to/from Zink re discovery status (.1) . | 10.80 hrs. |
| 10/15/09 | R. A. SCHWINGER | E-mails re DPW access to D&P confidential documents (0.9); TC with Howard Levi re Murray Devine (.2) and follow-up e-mails re same (0.2); e-mail re status of VRC and D&P productions, in view of deposition planning (0.4); e-mail | 2.20 hrs. |

|            |                  | to Joe Drayton re need to get MLCC e-mail issues resolved, including review of Local Rule requirements (0.5). | |
|------------|------------------|---|---|
| 10/15/09 | N. T. ZINK | Second tier on-line document review in connection with investigation (1.0); review May-December solvency issue (.3); conference with C. Rivera and B. Dye re memoranda preparation (.3); second tier off-line document review in connection with investigation (3.0). | 4.60 hrs. |
| 10/15/09 | C. L. RIVERA | Meeting with T. Stevenson and B. Dye re: jurisdiction/state law issues (0.7); meeting with T. Zink and B. Dye re: road map re: state law claims (0.7); drafting memorandum and related analysis re: road map to state claims (0.9); research re: legal effect of certain covenants (1.6). | 3.90 hrs. |
| 10/15/09 | E. M. MILLER | Review supplemental VRC production in connection with preparation of VRC witness examination (3.1). | 3.10 hrs. |
| 10/15/09 | D. E. DEUTSCH | Draft memo to litigation team re: agenda and meeting schedule for next Tuesday (.3). | 0.30 hrs. |
| 10/15/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 12.00 hrs. |
| 10/15/09 | T. L. STEVENSON | Research regarding personal jurisdiction under state long-arm statute. | 6.70 hrs. |
| 10/15/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (4.6); reviewed materials regarding discovery efforts (1.2); reviewed materials regarding possible depositions (2.3); review emails and other communications regarding status of ESOP transaction investigation (.8). | 8.90 hrs. |

| 10/15/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (9.0) | 9.00 hrs. |
| 10/15/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.7). | 1.70 hrs. |
| 10/15/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.80 hrs. |
| 10/15/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 10/15/09 | F. MALIK | Online review of documents produced in connection with investigation of ESPO transaction. | 1.50 hrs. |
| 10/15/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 10/15/09 | E. PRZYBYLKO | Research re potential solvency experts | 0.60 hrs. |
| 10/15/09 | L. F. MOLONEY | Prepare requested productions as per A. Nellos for delivery to other entities (4.8); Correspondence with Complete Document Source re. issues with Navigant documents (.4). | 5.20 hrs. |
| 10/15/09 | Y. YOO | Continued researching issue re: certain section 548 defense in LBO cases. | 1.40 hrs. |
| 10/15/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.50 hrs. |
| 10/15/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 10/15/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   47

| | | | |
|---|---|---|---|
| 10/15/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 10/15/09 | B. DYE | Researching state law fraudulent transfer claims (6.9); Online review of documents produced in connection with ESOP transaction (2.5) | 9.40 hrs. |
| 10/15/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.50 hrs. |
| 10/15/09 | C. PIGNATELLI | Continued research on possible breach of fiduciary duty claims. | 0.70 hrs. |
| 10/15/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.40 hrs. |
| 10/16/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (1.6); reviewed summary and other related documents circulated in connection with the first-tier review meeting (0.5). | 2.10 hrs. |
| 10/16/09 | C. PIGNATELLI | Continued research on possible breach of fiduciary duty claims (1.2); reviewed preliminary report and relevant materials cited therein (.5); discussions with Eric Przybylko re same (.3). | 2.00 hrs. |
| 10/16/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 10/16/09 | B. DYE | Drafting memo on state law fraudulent transfer issue. | 3.70 hrs. |
| 10/16/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with investigation of ESOP transaction. | 2.00 hrs. |

| 10/16/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
|---|---|---|---|
| 10/16/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 10/16/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
| 10/16/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.80 hrs. |
| 10/16/09 | L. F. MOLONEY | Prepare requested productions as per A. Nellos for delivery to other entities (5.1); Correspondence with Complete Document Source re. status of loading TRB preffix documents, VRC documents and getting a complete document and page count for the newly added data. (.4) | 5.60 hrs. |
| 10/16/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 10/16/09 | F. MALIK | Online review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |
| 10/16/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.20 hrs. |
| 10/16/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 10/16/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 10/16/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.9). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   49


10/16/09    M. D. ASHLEY         Reviewed materials produced in          8.60 hrs.
                                 connection with ESOP transaction
                                 investigation (4.2); reviewed
                                 materials regarding possible
                                 depositions (1.4); reviewed
                                 materials regarding timeline of
                                 events (1.2); reviewed materials
                                 regarding discovery efforts (.9);
                                 meeting with T. Zink and A. Nellos
                                 regarding timeline and other
                                 discovery-related projects (.9).


10/16/09    F. E. CREAZZO        On-line review of documents            5.20 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction
                                 (5.2)


10/16/09    T. L. STEVENSON      Research re personal jurisdiction      6.30 hrs.
                                 (3.8); and drafting memorandum
                                 regarding same (2.5).


10/16/09    P. TANCK             On-line review of documents            9.50 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction.


10/16/09    A. K. NELLOS         Meet with T.Zink and M. Ashley         9.40 hrs.
                                 related to key document materials,
                                 timeline, and key players
                                 materials (1.1); Speak with L.
                                 Moloney related to various
                                 discovery issues (.9); Review
                                 progress of document review (1.0)
                                 and assign additional documents
                                 (1.1); Review documents for
                                 second/third-tier review (of hard
                                 copy documents to be
                                 reviewed/organized according to
                                 key materials) ( 5.3).


10/16/09    E. M. MILLER         Review and exchange e-mails with M     0.40 hrs.
                                 Ashley re D&P and VRC document
                                 review for witness examination.


10/16/09    C. L. RIVERA         Drafting/revising memorandum re:       3.60 hrs.
                                 creditors' trust road map (2.1);
                                 legal research re: termination of
                                 automatic stay (0.3); confer with
                                 B. Dye re: same, and state law
                                 research (0.6); review
                                 correspondence re: VRC-related
                                 research (0.2); drafting/revising
                                 merger agreement memorandum (0.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    50

| | | | |
|---|---|---|---|
| 10/16/09 | R. A. SCHWINGER | E-mails with Rebecca Butcher re S&P document request status and recent relevant litigation (0.6); review e-mails re review of document request to BoA (0.4); review e-mails re current status with George Dougherty (re FitzSimons), Len Shifflett (re Foundations), Joel Feuer (re Rustic Canyon), David Bradford (Zell/EGI), Michael Pullos (re D&P) (0.8); review disks of documents for Kasowitz/Akin, including drafting letter re providing them same (0.7); meeting with A. Nellos re current status of review completed and timetables (0.3); review e-mail re LR&C's progress re their discovery areas (0.3). | 3.10 hrs. |
| 10/16/09 | N. T. ZINK | Second tier on-line review of documents in connection with investigation (3.2); work on structure memorandum (.8); review May-December insolvency issue (.4); meet with M.Ashley and A.Nellos re: discovery status (.9); further offline document review in connection with investigation (1.4). | 6.70 hrs. |
| 10/16/09 | T. J. MCCORMACK | Follow up on status of document review, discovery issues. | 0.80 hrs. |
| 10/16/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing (.6); draft discussion re specific 548 defenses (1.7); conf w/Zink re discovery status and 548 defenses (.2); email to/from Ashley & Schwinger re B of A (.2); email to Zink & Ashley re FCC approval (.1); email to/from Butcher re B of A and Barclays (.2); email to Schwinger & Ashley re JPM document (.1). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            November 23, 2009
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page    51


| | | | |
|---|---|---|---|
| 10/16/09 | H. SEIFE | Review of research on certain 548 defenses (1.1); review of potential third party claims and structure issues (2.2). | 3.30 hrs. |
| 10/16/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 10/16/09 | M. IACOPELLI | Prepared detailed index to the Duff & Phelps materials at the request of A. Nellos (1.8); Research Relativity additional VRC documents to be included in witness prep (4.4); prepared Witness prep binders for Citigroup, Equity Research, JP Morgan and Tribune at the request of A. Nellos. (.6). | 6.80 hrs. |
| 10/17/09 | N. T. ZINK | Research May-December solvency issue (2.1). | 2.10 hrs. |
| 10/17/09 | C. L. RIVERA | Drafting/revising memo re: merger agreement (1.1); reviewing personal jurisdiction analysis from T. Stevenson (0.5); reviewing covenant not to sue/surety analysis (0.3). | 1.90 hrs. |
| 10/17/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review). | 4.80 hrs. |
| 10/17/09 | T. L. STEVENSON | Revising memorandum regarding personal jurisdiction and research related to same. | 1.20 hrs. |
| 10/17/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (3.5). | 3.50 hrs. |
| 10/17/09 | F. MALIK | Online review of documents produced in connection with investigation of ESOP transaction. | 5.30 hrs. |
| 10/17/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with investigation of ESOP transaction. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    52


10/17/09    B. DYE            Online review of documents         2.10 hrs.
                              produced in connection with ESOP
                              transactions

10/17/09    J. P. NARVAEZ     On-line review of documents        2.50 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

10/17/09    R. V. KORETSKI    Online review of documents        10.20 hrs.
                              produced in connection with
                              investigation of ESOP Transaction
                              (10.2).

10/18/09    R. V. KORETSKI    Online review of documents         4.20 hrs.
                              produced in connection with
                              investigation of ESOP Transaction
                              (4.2).

10/18/09    J. P. NARVAEZ     On-line review of documents        1.00 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

10/18/09    B. DYE            Online review of documents         4.70 hrs.
                              produced in connection with ESOP

10/18/09    J. GOLD           Online review of documents         1.20 hrs.
                              produced by JPMorgan in connection
                              with investigation of ESOP
                              transaction.

10/18/09    J. NOBLE          Online review of documents         6.50 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

10/18/09    B. G. CARSON      On-line review of documents        5.10 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

10/18/09    F. MALIK          Online review of documents         1.10 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

10/18/09    K. A. GIULIANO    On-line review of documents        3.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

10/18/09    A. DUFFY          Online review of documents         1.30 hrs.
                              produced in connection with the
                              ESOP transaction (1.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   53


| 10/18/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
|---|---|---|---|
| 10/18/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 10/18/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (0.8); Draft e-mail to A Nellos and K Zafran re: certain results from review (0.2) | 1.00 hrs. |
| 10/18/09 | M. D. ASHLEY | Reviewed materials regarding discovery progress. | 0.70 hrs. |
| 10/18/09 | A. K. NELLOS | Review materials in preliminary report in conjunction with timeline project per discussion with T. Zink and M. Ashley. | 4.20 hrs. |
| 10/18/09 | E. M. MILLER | Review supplemental VRC production in connection with preparation of VRC witness examination. | 4.80 hrs. |
| 10/18/09 | C. L. RIVERA | Correspondence to T. Zink and B. Dye re: merger agreement analysis. | 0.20 hrs. |
| 10/18/09 | F. VAZQUEZ | Second tier reivew of documents produced in connection w/investigation of pre-petition financing. | 2.20 hrs. |
| 10/19/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing (1.0); email to/from Ashley & Butcher re BofA and Barclay's discovery (.2); email to/from Nellos & Schwinger re JPM document (.1); email to/from Bailey & Nellos re JPM discovery (.1). | 1.40 hrs. |
| 10/19/09 | R. A. SCHWINGER | E-mails (0.2) and TCs (0.2) with Michael Pullos, Matthew Stein re D&P confidentiality agreement addendum re Kasowitz; circulating execution version of addendum for signatures (0.3); sending | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    54


|           |                  | non-confidential discovery materials to Kasowitz/Akin (0.8); TC with Michael Pullos re outstanding issues as to D&P document production (0.2); review/analyze detailed revised e-mail production proposal from MLCC (1.4); conferences with A. Nellos re analyzing changes in search terms/e-mail custodians from latest Committee/MLCC proposals (0.8). |           |
|-----------|------------------|---|---|
| 10/19/09  | T. J. MCCORMACK  | Comment on and finalize agenda for 10/20 status call (0.8); prep for meeting (1.1). | 1.90 hrs. |
| 10/19/09  | M. IACOPELLI     | Prepared detailed index to the Duff & Phelps materials at the request of A. Nellos (1.4); Research Relativity additional VRC documents to be included in witness prep at the Request of E. Miller (5.6). | 7.00 hrs. |
| 10/19/09  | D. BAVA          | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 10/19/09  | H. SEIFE         | Review of additional discovery requests (.8); review of Sidley response regarding discovery (.6); review of Merrill response (.4). | 1.80 hrs. |
| 10/19/09  | C. L. RIVERA     | Preparation for (0.2) and telephone conversation with T. Stevenson re: jurisdiction research (0.3); meeting with Y. Yoo re: covenant not to sue research (0.5); meeting with B. Dye re: status of various research (0.2); telephone conversation with T. Zink re: status of open issues (0.2); reviewing comments to creditor trust analysis (0.4); research re: related LBO proceeding (0.5). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   55

| | | | |
|---|---|---|---|
| 10/19/09 | E. M. MILLER | Review supplemental VRC document production in Relativity in connection with preparation of VRC witness examination. | 5.10 hrs. |
| 10/19/09 | A. K. NELLOS | Review progress of first and second tier reviewers (1.0); add documents (.9); and send several e-mails to team (1.0); follow up on various issues with L. Moloney and E.Weissman and Complete Documents related to Relativity and materials to be sent to Kasowitz (1.2); Work on timeline (3.6);  Review and circulate several key documents circulated by reviewers (.6); Review correspondence regarding status of discovery from Duff & Phelps and other parties (.3); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.4). | 10.00 hrs. |
| 10/19/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (3.8); reviewed materials regarding discovery efforts (1.3); reviewed and edited draft discovery requests (.7); reviewed materials regarding possible depositions (1.5); reviewed materials regarding Debtors' document production (1.2); review emails and other communications regarding status of ESOP transaction investigation (.9). | 9.40 hrs. |
| 10/19/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (8.0) | 8.00 hrs. |
| 10/19/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 12.00 hrs. |

| 10/19/09 | T. L. STEVENSON | Telephone call with C. Rivera to discuss personal jurisdiction research (.1); further research regarding same (4.1); reviewing preliminary report in connection with personal jurisdiction research (1.4).  Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (2.1). | 7.70 hrs. |
|---|---|---|---|
| 10/19/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.10 hrs. |
| 10/19/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.30 hrs. |
| 10/19/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.6). | 1.60 hrs. |
| 10/19/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.00 hrs. |
| 10/19/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 10/19/09 | E. PRZYBYLKO | Research re potential testifying experts (0.8) | 0.80 hrs. |
| 10/19/09 | L. F. MOLONEY | Review and process media for loading onto Relativity (2.1); Correspondence with P. Kelley and M. Isbrecht re. issues with loading documents and issues with internet access (.7) | 2.80 hrs. |
| 10/19/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |
| 10/19/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with ESOP investigation. | 3.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   57
```

| 10/19/09 | B. DYE | Online review of documents produced in connection with ESOP transactions | 2.80 hrs. |
|---|---|---|---|
| 10/19/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.60 hrs. |
| 10/19/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.60 hrs. |
| 10/19/09 | Y. YOO | Researched issue re: covenant not to sue (6.5); meeting with Christy Rivera re: same (.6). | 7.10 hrs. |
| 10/19/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.50 hrs. |
| 10/19/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 10/19/09 | E. WEISSMAN | Discuss Casemap/TimeMap and filed sharing issues with A. Nellos. | 1.20 hrs. |
| 10/19/09 | C. PIGNATELLI | Continued research on possible breach of fiduciary duty claims (1.6); reviewed preliminary report and relevant materials cited therein (.9); emailed Eric Przybylko re same (.2). | 2.70 hrs. |
| 10/20/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |
| 10/20/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (3.5). | 3.50 hrs. |
| 10/20/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 10/20/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   58
```

| | | | |
|---|---|---|---|
| 10/20/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.60 hrs. |
| 10/20/09 | B. DYE | Researching and drafting memo on Moody's and S&P ratings (1.8); drafting memo on VRC engagement letter (2.0); Online review of documents produced in connection with ESOP transactions (3.6) | 7.40 hrs. |
| 10/20/09 | E. PRZYBYLKO | Weekly status meeting with team re: LBO investigation. | 1.20 hrs. |
| 10/20/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.00 hrs. |
| 10/20/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (.6). | 0.60 hrs. |
| 10/20/09 | B. SCHUBECK | Research trust documents for the Chandler Trusts. | 1.60 hrs. |
| 10/20/09 | T. P. CASTELL | On-line review of documents produced in connection investigation of ESOP Transaction. | 1.00 hrs. |
| 10/20/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction (5.7).  Correspondence with A. Nello re: same (.2). | 5.90 hrs. |
| 10/20/09 | T. L. STEVENSON | Research regarding obtaining personal jurisdiction over certain potential defendants (1.2); Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (2.5). | 3.70 hrs. |
| 10/20/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 12.00 hrs. |
| 10/20/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.5) | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   59


| 10/20/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (3.2); reviewed materials regarding discovery efforts (1.1): reviewed materials regarding VRC and Duff & Phelps depositions (2.3); prepare for (.4) and weekly team conference call regarding LBO investigation (1.2); review emails regarding status of ESOP transaction investigation (.8). | 9.00 hrs. |
| 10/20/09 | A. K. NELLOS | Review progress of document reviewers (.8); assign additional documents (.9); and exchange e-mails with A. Kronstadt related to issues with VRC production (.3); Exchange e-mails with T. Zink and M. Ashley regarding initial timeline (.4); Continue to work on timeline (3.5); Review materials circulated related to VRC in connection with deposition preparation (.9). | 6.80 hrs. |
| 10/20/09 | E. M. MILLER | Review supplemental VRC document production in Relativity in connection with preparation of VRC witness examination (4.8); Draft and send two e-mails to M Ashley re VRC documents (1.0). | 5.80 hrs. |
| 10/20/09 | H. SEIFE | Preparation for meeting with investigation team (1.0); meeting with Zuckerman and Chadbourne team regarding investigation issues (1.3); review of investigation strategy/timing and open issues (2.2). | 4.50 hrs. |
| 10/20/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 10/20/09 | T. J. MCCORMACK | Review of expert analysis and possible retention (0.9); meeting with team on all issues, status of discovery (1.2). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   60


10/20/09   R. A. SCHWINGER   Attend LBO/ESOP professionals'          7.80 hrs.
                             meeting/conference call to address
                             discovery issues (1.4); e-mails
                             with Andrew Goldfarb re Kasowitz
                             confidentiality agreement issues
                             (0.6); revising and finalizing
                             detailed response to MLCC's latest
                             proposal re e-mail production
                             protocols (2.8) including
                             reviewing research on Relativity
                             database materials as to potential
                             e-mail custodians to be included
                             in protocol (2.0); and e-mails
                             with K. Zafran re this research
                             (0.3); e-mails re Kasowitz
                             confidentiality agreement issues
                             to Joel Feuer (re Rustic Canyon)
                             (0.4) and with Vince Herron (re
                             Houlihan) (0.3).

10/20/09   F. VAZQUEZ        Second tier review of documents        1.80 hrs.
                             produced in connection
                             w/investigation of pre-petition
                             financing.

10/21/09   F. VAZQUEZ        Second tier review of documents        4.20 hrs.
                             produced in connection
                             w/investigation of pre-petition
                             financing (.8); email to/from
                             Seife re subsequent use of 2004
                             discovery (.3); review case-law
                             treaties re subsequent use of 2004
                             testimony (2.5); draft email re
                             subsequent use of 2004 testimony
                             (.6).

10/21/09   F. VAZQUEZ        Email to/from Ashley/Zink re hot       0.80 hrs.
                             documents (.2); conf w/Golz re
                             2004 research (.2) email to/from
                             Nellos re Calpers (.1); email
                             to/from Seife & Schwinger re
                             participants & notice of 2004 exam
                             (.3).

10/21/09   N. T. ZINK        Off-line second tier document          0.50 hrs.
                             review in connection with
                             investigation.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    61


10/21/09   R. A. SCHWINGER      Review e-mail re GreatBanc          5.80 hrs.
                                production issues (0.3); e-mails
                                re MLCC request re deposition and
                                use of Rule 2004 deposition in
                                subsequent adversary proceedings
                                (1.9); e-mails with Andrew
                                Goldfarb re Kasowitz
                                confidentiality agreement issues
                                (0.7); review e-mails re VRC
                                production issues (0.5); review
                                drafts of response to Debtor's
                                discovery protocol summary (1.3)
                                including meeting with M. Ashley
                                re suggested revisions to same and
                                marking up revised draft (0.6); TC
                                with Len Shifflett re Foundations'
                                e-mail production (0.5).

10/21/09   H. SEIFE             Review of Merrill depositions       3.90 hrs.
                                inquiry (.3); emails regarding
                                discovery request issues (.8);
                                review of Rule 2004 issue
                                regarding use of deps (.7); review
                                of discovery results and documents
                                (2.1).

10/21/09   D. BAVA              Review and analysis of docket       0.20 hrs.
                                sheet in similar large case re:
                                LBO litigation issues (.20).

10/21/09   M. IACOPELLI         Review and prepare VRC e-mails in   2.40 hrs.
                                chron order at the request of E.
                                Miller.

10/21/09   E. M. MILLER         Brief phone call with A Nellos re   5.80 hrs.
                                VRC and D&P documents for time
                                line (0.2); Review and organize
                                addtional VRC documents for VRC
                                witness preparation (1.5); Brief
                                meeting with M Iacopelli re same
                                (0.2); e-mail to M Ashley re same
                                (0.1); Review TRB and JPM
                                documents in Relativity for VRC
                                witness preparation (3.8).

10/21/09   A. K. NELLOS         Review progress of document        10.30 hrs.
                                reviewers (1.0) and add additional
                                documents as needed (1.3); Work on
                                timeline (2.4); Review second-tier
                                documents in connection with key
                                document compilation (5.6).