```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    62
```

| | | | |
|---|---|---|---|
| 10/21/09 | C. L. RIVERA | Confer with B. Dye re: VRC research (0.2); review memo re: same (0.3). | 0.50 hrs. |
| 10/21/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (2.5); reviewed materials regarding planned depositions (1.8); reviewed materials regarding discovery issues (.6); drafted and revised response to Debtors' summary of document production protocol and privilege issues and reviewed related materials (2.6); meet with R.Schwinger re discovery issue (.6); conference call with D. Deutsch and Sidley Austin regarding bankruptcy proceedings and status of LBO investigation (.4); reviewed materials regarding 2004 examinations (.8). | 9.30 hrs. |
| 10/21/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.2) | 4.20 hrs. |
| 10/21/09 | T. L. STEVENSON | Research regarding obtaining personal jurisdiction in Illinois over certain potential defendants (2.0) and e-mail correspondence to C. Rivera regarding same (.1); Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (3.4). | 5.50 hrs. |
| 10/21/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |
| 10/21/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.80 hrs. |
| 10/21/09 | F. MALIK | Online review of documents produced in connection with investigation of ESOP transaction. | 4.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       November 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   63
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/21/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 10/21/09 | B. DYE | Editing memo on VRC engagement letter (1.2); Online review of documents produced in connection with ESOP transactions (2.8) | 4.00 hrs. |
| 10/21/09 | J. GOLD | Research re admissibility of 2004 examination testimony in adv. proceeding | 1.10 hrs. |
| 10/21/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with investigation of ESOP transaction. | 4.10 hrs. |
| 10/21/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.30 hrs. |
| 10/21/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.50 hrs. |
| 10/21/09 | Y. YOO | Corresponded by email with Alexandra Nellos re: Greatbanc's responsiveness to our requests for documents (.5); continued on-line review of documents produced in connection with investigation of ESOP Transaction (3.1). | 3.60 hrs. |
| 10/21/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 10/21/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (3.2); Completion of chart of responsiveness for GreatBanc (2.5). | 5.70 hrs. |
| 10/21/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |

| 10/21/09 | E. WEISSMAN | Research additional timeline software that works interactively with multiuser access at request of A.Nellos. | 1.80 hrs. |
| 10/22/09 | E. WEISSMAN | Review issues for sharing timelines. | 0.90 hrs. |
| 10/22/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 10/22/09 | J. P. NARVAEZ | Prepared list of Greatbanc documents provided in comparison to documents requested. | 0.50 hrs. |
| 10/22/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 10/22/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.50 hrs. |
| 10/22/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 10/22/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 10/22/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.70 hrs. |
| 10/22/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with ESOP investigation. | 5.40 hrs. |
| 10/22/09 | J. GOLD | Research evidentiary issues re potential adversary proceeding | 1.70 hrs. |
| 10/22/09 | J. NOBLE | Review important documents re: investigation of ESOP transaction circulated to document review team (0.2); online review of documents produced in connection with investigation of ESOP transaction. (2.6). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   65


| 10/22/09 | B. DYE | Revising VRC engagement letter memo (.8); Online review of documents produced in connection with ESOP transactions (4.8); editing Roadmap memo for C. Rivera and T. Zink (4.2) | 9.80 hrs. |
|---|---|---|---|
| 10/22/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/22/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 10/22/09 | F. MALIK | Online review of documents produced in connection with investigation of ESOP transaction. | 5.20 hrs. |
| 10/22/09 | E. PRZYBYLKO | Review key documents located in productions to date re potential recovery claims | 0.30 hrs. |
| 10/22/09 | L. F. MOLONEY | Review and process media for loading onto Relativity, (2.3); Correspondence with A. Nellos and P. Kelley at complete Document Source re. additional searching issues and loading new documents and data (.6) | 2.90 hrs. |
| 10/22/09 | A. KRONSTADT | Reviewed document request list and indicated whether documents responsive to such requests were received (.2).  On-line review of documents produced in connection with investigation of ESOP Transaction (6.9). | 7.10 hrs. |
| 10/22/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.90 hrs. |
| 10/22/09 | B. SCHUBECK | Research WSJournal for articles on Tribune during specific date. | 0.80 hrs. |
| 10/22/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.2). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   66


| 10/22/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (4.4). | 4.40 hrs. |
| 10/22/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (9.5) | 9.50 hrs. |
| 10/22/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (3.3); revised and finalized letter to Debtors' counsel regarding document production issues (.8) and reviewed related materials (.6); reviewed materials regarding VRC and Duff & Phelps depositions (1.4); reviewed materials regarding discovery issues (1.0); reviewed materials regarding Board minutes and presentations (.8); reviewed materials regarding Rule 2004 examinations (.7); review emails and other communications regarding status of ESOP transaction investigation (.9). | 9.50 hrs. |
| 10/22/09 | C. L. RIVERA | Revise VRC memo (0.2); review comments re: road map memo (0.3); confer with B. Dye re: follow-up research (0.2); meeting with T. Zink and B. Dye re: memos, creditor trust analysis (0.3); correspondence re: JPM discovery (0.3). | 1.30 hrs. |
| 10/22/09 | A. K. NELLOS | Review of key/hot documents circulated by reviewers (1.2); online review of database related to same (1.4); Review progress of document reviewers (1.0) and assign additional documents for review (1.3); Respond to various questions from M. Ashley related to documents and discovery issues (1.2); Work on timeline/chronology project related to key facts (3.1); Online review and comparison of documents related to the ESOP transaction (second- tier | 11.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   67


                              review) (1.8).

10/22/09   E. M. MILLER       Review e-mail from Alix Partners        5.70 hrs.
                              re VRC work product chronogology
                              (0.2); Review VRC document
                              productions in Relativity to draft
                              VRC chronology in connection with
                              VRC witness examination (4.1);
                              Draft and send partial VRC
                              chronology to M Ashley re same
                              (1.4).

10/22/09   D. BAVA            Review and analysis of docket          0.20 hrs.
                              sheet in similar large case re:
                              LBO litigation issues (.20).

10/22/09   M. IACOPELLI       Updated Solvency index to include      6.70 hrs.
                              additional Key documents for Step
                              1 (3.3); arranged Step 1 Solvency
                              documents into chron order and
                              updated binders (3.4).

10/22/09   H. SEIFE           Review of research on 2004 exam        3.40 hrs.
                              admissibility (.5); review of
                              documents pulled in review (1.3);
                              preparation for Committee
                              presentation on investigation
                              (1.6).

10/22/09   N. T. ZINK         Further off-line second step           1.60 hrs.
                              document review in connection with
                              ESOP investigation.

10/22/09   R. A. SCHWINGER    Review JPM "hot doc" and follow-up      3.00 hrs.
                              on same (0.6); TC with Gail Zweig
                              re Murray Devine status and
                              summary e-mail re same (0.4);
                              review F. Vazquez research re use
                              of 2004 depositions (0.3) and
                              e-mail observations as to same
                              (0.4); review e-mails re VRC
                              document production
                              issues/inquiries (1.3).

10/22/09   T. J. MCCORMACK    Review certain documents from          2.10 hrs.
                              review as to key issues (0.8);
                              analyze issues re: standing for
                              claims (1.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   68


10/22/09   F. VAZQUEZ          Review and finalize memo re 2004        3.50 hrs.
                               exam and use in subsequent trial
                               (1.2); conf w/Gold re 2004 exam
                               (.1); email to/from Schwinger re
                               2004 exam (.1); review "hot"
                               document circulated by Zink (.2);
                               conf w/Dye re hot documents (.2);
                               email to/from Rath & Butcher re
                               2004 exams (.1); email to/from
                               Butcher & Nellos re:  Morgan
                               Stanley documents (.1); email
                               to/from Ashley & Butcher re B of A
                               and Barclays (.2); second tier
                               review of documents produced in
                               connection w pre-petition
                               investigation. (1.3).

10/23/09   F. VAZQUEZ          Review "hot" documents and second       3.60 hrs.
                               tier review of documents produced
                               in connection with investigation
                               (3.2); review email from Butcher
                               re 2004 exam (.2); email to/from
                               Nellos re SES (.1); email to/from
                               Zink and Ashley re SES (.1).

10/23/09   T. J. MCCORMACK     Receipt and review materials on         0.90 hrs.
                               document review, contemporaneous
                               documents.

10/23/09   N. T. ZINK          On-line second step document            5.00 hrs.
                               review in connection with
                               investigation (2.8); review and
                               provided comment re section 546
                               memorandum (1.2);offline document
                               review in connection with
                               investigation (1.0).

10/23/09   M. IACOPELLI        Updated Solvency index to include       6.80 hrs.
                               additional Key documents for Step
                               2 and 2008 (2.2); prepared Step 2
                               and 2008 Solvency documents into
                               chron order and updated binders
                               (2.2); Updated Equity Reaseach and
                               Navigant indexes to include
                               additional Key documents (1.2);
                               arranged Equity Research and
                               Navigant documents into chron
                               order and updated binders (1.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   69


| 10/23/09 | D. BAVA | Review and analysis of docket sheet in large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 10/23/09 | H. SEIFE | Review of Merrill document response (.4); review of 2007 media coverage of transaction (.4); review Landis report (.5); preparation of strategy/plan regarding LBO investigation (1.6). | 2.90 hrs. |
| 10/23/09 | E. M. MILLER | Review VRC document productions in Relativity to draft VRC chronology in connection with VRC witness examination (4.0); Draft and send further VRC chronology to M Ashley re same (1.9) Review and exchange e-mails with A Nellos re issues with VRC documents (0.3). | 6.20 hrs. |
| 10/23/09 | A. K. NELLOS | Work on timeline related to key documents/issues (3.9); Review progress of document reviewers (.8) and assign additional documents related to same (1.1); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.4). | 7.20 hrs. |
| 10/23/09 | D. E. DEUTSCH | Review new motion filed by Law Debenture (.4) and discuss same with Howard Seife (.1); review investigation related e-mails (.2); draft posting note for Committee (.2); follow-up with David Bava on same (.1). | 1.00 hrs. |
| 10/23/09 | C. L. RIVERA | Review correspondence re: discovery (0.3); research re: LBO related lawsuits (0.7). | 1.00 hrs. |
| 10/23/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.2) | 3.20 hrs. |
| 10/23/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (5.7). | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   70


| 10/23/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation (3.3); reviewed materials regarding discovery issues (2.0); reviewed materials regarding Rule 2004 examinations (.4); reviewed materials regarding depositions (1.3); review emails regarding status of ESOP transaction investigation (1.1). | 8.10 hrs. |
| 10/23/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.5). | 2.50 hrs. |
| 10/23/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 10/23/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.30 hrs. |
| 10/23/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 10/23/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.60 hrs. |
| 10/23/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/23/09 | B. DYE | Online review of documents produced in connection with ESOP transaction (3.2); reviewing and revising the Roadmap memo for C. Rivera and T. Zink (3.9). | 7.10 hrs. |
| 10/23/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.20 hrs. |
| 10/23/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |

| 10/23/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
|---|---|---|---|
| 10/23/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 10/23/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |
| 10/23/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 10/23/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 10/23/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.20 hrs. |
| 10/23/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 10/23/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 10/24/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 10/24/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (6.0). | 6.00 hrs. |
| 10/24/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (4.0). | 4.00 hrs. |
| 10/24/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    72


| 10/24/09 | B. DYE | Online review of documents produced in connection with ESOP transactions | 4.80 hrs. |
| 10/24/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 10/24/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 10/24/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.2) | 4.20 hrs. |
| 10/24/09 | N. T. ZINK | Offline document review in connection with investigation of pre-petition financing. | 2.90 hrs. |
| 10/25/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing (2.7) | 2.70 hrs. |
| 10/25/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (1.0) | 1.00 hrs. |
| 10/25/09 | M. D. ASHLEY | Reviewed materials regarding potential depositions (1.2); reviewed materials regarding status of litigation (.6). | 1.80 hrs. |
| 10/25/09 | D. E. DEUTSCH | Review case on fraudulent conveyance issues (1.2). | 1.20 hrs. |
| 10/25/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 2.60 hrs. |
| 10/25/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/25/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    73


| | | | |
|---|---|---|---|
| 10/25/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.7). | 1.70 hrs. |
| 10/25/09 | B. DYE | Online review of documents produced in connection with ESOP transactions. | 9.50 hrs. |
| 10/25/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 10/25/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (12.8). | 12.80 hrs. |
| 10/26/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.70 hrs. |
| 10/26/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 10/26/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 10/26/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 10/26/09 | Y. YOO | Corresponded by email with Alexandra Nellos re: VRC's responsiveness to our requests for documents (.1); continued researching issue re: whether a covenant not to sue is distinguishable from a release of state fraudulent conveyance claims (1.8); corresponded by email with Christy Rivera and Bonnie Dye re: same (.7); attended meeting with Christy Rivera re: same (.1). | 2.70 hrs. |
| 10/26/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   74

| | | | |
|---|---|---|---|
| 10/26/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 10/26/09 | B. DYE | Meeting with T. Zink and C. Rivera re Second Report and research memos (1.1); revising Creditor Trust roadmap memo (5.9); online review of documents produced in connection with ESOP transactions (3.0). | 10.00 hrs. |
| 10/26/09 | J. GOLD | Online review of Documents provided by JPM in connection with investigation of ESOP transaction (4.2); research into prior standing motions (.3) | 4.50 hrs. |
| 10/26/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 10/26/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 10/26/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (5.9). | 5.90 hrs. |
| 10/26/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.60 hrs. |
| 10/26/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.30 hrs. |
| 10/26/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/26/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.00 hrs. |
| 10/26/09 | L. F. MOLONEY | Correspondence and discussions with A. Nellos re. changes requested within Relativity (.4); follow-up with Complete Document Source re. necessary changes (1.0); review and process media | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   75


|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                 |            |
|------------|----------------|---|---|
|            |                | with new documents and data and verifying contents for loading onto Relativity (1.3).                                                                                                                                                                                                                                                                                                                                             |            |
| 10/26/09   | L. ARYANI      | Online review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                                                                                                                                                        | 0.40 hrs.  |
| 10/26/09   | E. PRZYBYLKO   | Correspondence with T. McCormack re testifying experts.                                                                                                                                                                                                                                                                                                                                                                          | 0.30 hrs.  |
| 10/26/09   | A. K. NELLOS   | Review production from VRC and issues related to production in order to follow up with counsel for VRC (David Neier) (3.3); Review progress of document reviewers (1.2) and assign additional documents for review (1.3); Update statistics based on review for internal meeting (2.2); Speak with L. Moloney regarding various issues with Relativity (.8); Review questions from M. Ashley regarding documents and respond thereto (.7); Exchange e-mails with reviewers related to questions about production (.5). | 10.00 hrs. |
| 10/26/09   | D. E. DEUTSCH  | Review materials for litigation team meeting (.9); participate in meeting (.8); hold meeting with Committee chair and Howard Seife re: litigation issues (.9); discuss litigation research issue with Josh Gold (.2) and review related materials (.2); draft short memorandum to Howard Seife on same (.2).                                                                                                                         | 2.80 hrs.  |
| 10/26/09   | E. M. MILLER   | Review data room re mis-dated VRC e-mails (2.0); e-mail to A Nellos re same (0.3); Review and respond to e-mail from A Nellos re VRC work product documents (0.5); Further review of data room re mis-dated VRC documents (2.3); Brief phone calls and exchange of e-mails with A Nellos and B Schwinger re same (0.4); Draft list re same (1.0)                                                                                      | 6.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   76

| | | | |
|---|---|---|---|
| 10/26/09 | D. M. LeMAY | Meeting of C&P investigation team to review status of open projects and to prepare second report to the Committee (1.1).  Conference w/H. Seife re: strategy on bankruptcy bondholder issues (0.4); review Law Debenture Motion re: Lender fee disgorgement issues (1.3). | 2.80 hrs. |
| 10/26/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (2.3); reviewed materials regarding possible depositions (1.7); reviewed materials regarding discovery efforts (.6); reviewed materials regarding status of ESOP transaction investigation (1.4); prepared for team meeting regarding next steps in investigation (.7); team meeting regarding next steps in investigation (1.0). | 7.70 hrs. |
| 10/26/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (4.4); telephone call with C. Rivera regarding research related to Private Actions Trust (.2); research regarding suits brought by Private Actions Trust (2.3); drafting summary related to lawsuits by Private Actions Trust (.5). | 7.40 hrs. |
| 10/26/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.30 hrs. |
| 10/26/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing | 0.80 hrs. |
| 10/26/09 | C. L. RIVERA | Meetings with T. Zink and B. Dye re: open research issues on solvency test date and creditor trust theories (0.6); confer with Y. Yoo re: status of covenant not to sue research (0.3); confer with | 3.50 hrs. |

|            |                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |            |
|------------|------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                  | B. Dye re: personal jurisdiction research (0.2); review same prepared by T. Stevenson (0.4) and confer with T. Stevenson re: standing/jurisdiction research re: trust option (0.4); review results (0.4); analysis re: same (1.2). |            |
| 10/26/09   | T. J. MCCORMACK  | Attention to inquiry from Zuckerman on expert lists, analysis, etc. (0.5); review third-party claim issues for later meeting (1.0); meeting of team on report update including third-party claims (1.1). | 2.60 hrs.  |
| 10/26/09   | R. A. SCHWINGER  | Finalize Kasowitz/Akin addendum to D&P confidentiality agreement (0.3), including circulating final revised version for execution (0.3); review e-mails re Alix's follow-up requests to VRC (0.4); detailed e-mails to David Neier re technical issues as to particular documents in VRC production (2.7) including consultation with A. Nellos re background information needed for same (0.5); analyze Joe Drayton e-mail re revised MLCC e-mail production proposal (0.6); e-mail to Joe Drayton re MLCC e-mail production (0.3); e-mail to Jim Ducayet re Holden/Morrison production issues (0.2). | 5.30 hrs.  |
| 10/26/09   | N. T. ZINK       | Second tier on-line document review in connection with investigation (2.8); conference with C. Rivera re status of solvency and trust memoranda (.1); conference with C. Rivera and B. Dye re memoranda status (.4); additional second tier on-line document review (3.0). | 6.30 hrs.  |
| 10/26/09   | H. SEIFE         | Meeting with investigation team regarding strategy (1.0); conference with Committee chair re: discovery status (.9); work on interim report to Committee (1.4). | 3.30 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   78

| 10/26/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
|---|---|---|---|
| 10/26/09 | M. IACOPELLI | Updated Houlihan Lokey, Duff & Phelps and JPMorgan to include additional Key documents (2.2); arranged Houlihan Lokey, Duff & Phelps and JPMorgan documents into chron order and updated binders (2.4); Met with E. Miller re VRC witness prep (.3); prepare VRC documents in chron order (1.9). | 6.80 hrs. |
| 10/27/09 | M. IACOPELLI | Prepare indexes to key documents for 2006, Tribune, Great banc, Merrill Lynch and JPMorgan E-mails to include additional Key documents (3.0); arranged key documents for 2006, Tribune, Great banc, Merrill Lynch, JPMorgan E-mails documents into chron order and updated binders (3.2); Met with E. Miller re VRC materials (.2); prepared binders sets of VRC documents for Zuckerman (.8). | 7.20 hrs. |
| 10/27/09 | D. BAVA | Review and analysis of docket sheet re: large case LBO litigation issues (.30); telelphone conference with chambers re: status conference hearing date (.10). | 0.40 hrs. |
| 10/27/09 | H. SEIFE | Review of investigation materials to determine strategy (.8); conference with D.LeMay, T.Zink regarding strategy (.5); conference call with Zuckerman and Committee professionals regarding investigation (.8); work on interim report (1.6). | 3.70 hrs. |
| 10/27/09 | N. T. ZINK | Conference with H. Seife re phone conference with co-chair counsel re status of investigation and next steps (.4); prepare for all professional call (.2); participate on all professional call re status of  investigation of pre-petition financings (1.0); second tier off-line document | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   79

|  |  |  |  |
|---|---|---|---|
|  |  | review in connection with investigation (2.6); confer with A. Goldfarb and M. Ashley re appropriate Houlihan Lokey deponent (.2); review Houlihan Lokey document production (.6). |  |
| 10/27/09 | R. A. SCHWINGER | Attend LBO Professionals meeting to address discovery and related issues (0.8); detailed e-mail to David Neier re problem with dates of certain VRC e-mails (1.2); e-mail to Charles Smith re GreatBanc/TESOP discovery status (0.3); e-mails re discovery from banks who declined to participate (0.4). | 2.70 hrs. |
| 10/27/09 | T. J. MCCORMACK | Review expert issues (0.7); review DE case law on fiduciary duties in various settings (0.8); participate in meeting with team and Committee professionals re: discovery status (0.8). | 2.30 hrs. |
| 10/27/09 | C. L. RIVERA | Meeting with B. Dye re: outline of interim report (0.4); analysis re: possible arguments in connection with plan (0.6); confer with Y. Yoo re: status of covenant not to sue research (0.2); review possible arguments re: collapsing theory (0.4); correspondence with T. Zink re: upcoming hearing (0.1). | 1.70 hrs. |
| 10/27/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing (3.5); email to/from Nellos & Zink and Ashley re Calpers(.2); emails to/from Ashley re future discovery from banks (.3); conf w/Zink re discovery from banks. (.1); email to/from Butcher re discovery from banks (.2). | 4.30 hrs. |
| 10/27/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (6.5) | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   80


| 10/27/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (4.7). | 4.70 hrs. |

| 10/27/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (1.8); reviewed materials regarding VRC and Duff & Phelps depositions (3.8); reviewed materials regarding discovery issues (.9); prepared for team meeting regarding status of investigation (.9); team meeting regarding status of investigation (1.0); meeting with A. Nellos regarding key document materials and preparation of interim report (.6). | 9.00 hrs. |

| 10/27/09 | D. M. LeMAY | T/c from S. Katz re: Kasowitz discovery request (.4).  E-mail C&P, ZS and Landis regarding same (.2). | 0.60 hrs. |

| 10/27/09 | E. M. MILLER | Review and exchange e-mails with B Schwinger re e-mail mis-dating problems with VRC documents (0.3); Review and exchange e-mails with M Ashley and A Nellos re documents and chronology for VRC and D&P witness examination (0.5; Review VRC documents re VRC witness examination (0.7); Revise index for same (0.3); Review and respond to e-mail from M Ashley re VRC work product chronology (0.3); Review VRC documents for chronology (0.9; Review and exchange e-mails with M Ashley and A Nellos re VRC documents (0.2); Draft and send enclosure for VRC documents to Zuckerman firm (0.2). | 3.40 hrs. |

| 10/27/09 | A. K. NELLOS | Meeting with M. Ashley regarding chronology for report (.6); Review progress of document reviewers (1.3) and assign additional documents (1.0); Review various e-mails relating to VRC production (1.2); Work on key document materials and chronology (4.2). | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    81


| 10/27/09 | E. PRZYBYLKO | Prepare for (.3) and attend weekly meeting with Committee professionals re: discovery status (1.0). | 1.30 hrs. |
|---|---|---|---|
| 10/27/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.80 hrs. |
| 10/27/09 | L. ARYANI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 10/27/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 11.50 hrs. |
| 10/27/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |
| 10/27/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.2). | 1.20 hrs. |
| 10/27/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 10/27/09 | J. GOLD | Research re. potential grounds for adversary proceeding based on violation of covenants | 0.40 hrs. |
| 10/27/09 | J. GOLD | Online review of documents produced by JPM in connection with investigation of ESOP transaction. | 6.60 hrs. |
| 10/27/09 | B. DYE | Meeting with T. Zink and C. Rivera to discuss Second Report issues (.8); Preparing Second Report to Creditors Committee (6.7); Online review of documents produced in connection with ESOP transactions (4.0). | 11.50 hrs. |
| 10/27/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   82


| 10/27/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.90 hrs. |
|---|---|---|---|
| 10/27/09 | Y. YOO | Continued researching issued re: (.3); attended meeting with Christy Rivera re: same (.2); corresponded by email with Christy Rivera re: same (.1). | 0.60 hrs. |
| 10/27/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.30 hrs. |
| 10/27/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.90 hrs. |
| 10/27/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 10/28/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 10/28/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |
| 10/28/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (6.7). | 6.70 hrs. |
| 10/28/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 10/28/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |
| 10/28/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.20 hrs. |
| 10/28/09 | F. PERKINS | Research on third party claims for tomorrow's meeting with T. McCormack. | 3.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   83
```

| 10/28/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
|---|---|---|---|
| 10/28/09 | Y. YOO | Corresponded by email with Christy Rivera re: covenant not to sue issue (.2). | 0.20 hrs. |
| 10/28/09 | B. DYE | Online review of documents produced in connection with ESOP transactions (3.6); drafting and revising the Road Map memo and the Solvency memo for C. Rivera and T. Zink (6.3) | 9.90 hrs. |
| 10/28/09 | J. GOLD | Online review of documents produced by JPM in connection with investigation of ESOP transaction. | 6.20 hrs. |
| 10/28/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 10/28/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.6). | 2.60 hrs. |
| 10/28/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 10/28/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 10/28/09 | L. ARYANI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 10/28/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.20 hrs. |
| 10/28/09 | E. PRZYBYLKO | TCs with T. McCormack re third-party claim investigation (.7); confs. with T. Stevenson re same (.4). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   84

| | | | |
|---|---|---|---|
| 10/28/09 | E. M. MILLER | Review and update VRC hot doc binder with documents from VRC witness examination binders (2.8) Review and respond to e-mail from M Ashley re D&P work product (0.8). | 3.60 hrs. |
| 10/28/09 | D. E. DEUTSCH | Review e-mails re: Law Debenture motion (.2). | 0.20 hrs. |
| 10/28/09 | D. E. DEUTSCH | Exchange e-mails with Ali Nellos re: creating updated report for Committee on discovery progress (.2). | 0.20 hrs. |
| 10/28/09 | A. K. NELLOS | Review progress of document reviewers (.8) and assign additional documents (.7); follow up with document reviewers regarding same (.6); work on review of materials for key binders / Chronology (1.9); Work on update for committee meeting (3.6); discuss issues with production with Lori Moloney (.7). | 8.30 hrs. |
| 10/28/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (3.8); reviewed materials regarding potential third-party claims (2.4); reviewed materials regarding VRC depositions (1.6); reviewed materials regarding discovery issues (.4); prepared for conference call with Debtors' counsel regarding status of investigation (.4); conference call with Debtors' counsel regarding bankruptcy proceedings and status of investigation (.5); conference call with F. Vazquez and R. Butcher (Landis) regarding document requests to additional banks (.3); review emails regarding status of investigation (.8). | 10.20 hrs. |
| 10/28/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (4.5).  Reviewing potential claims that can be | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            November 23, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   85


|            |                 | asserted against third parties (3.8).                                                                                                                                                                                                                                                                                                                                                                                                                                                         |            |
|------------|-----------------|---|------------|
| 10/28/09   | F. E. CREAZZO   | On-line review of documents produced in connection with investigation of ESOP Transaction (3.5) | 3.50 hrs. |
| 10/28/09   | F. VAZQUEZ      | Conf w/Zink re discovery from banks (.3); second tier review of documents produced in connection w/pre-petition investigation (1.7); conf w/Ashley & Butcher re discovery from banks (.3); email to/from Zink & Ashley re second step (.1); email to/from Zink & Ashley re Raven Asset Management (.2); email to/from Nellos re Raven Asset Management (.1); email to/from Butcher & Ashley re discovery for banks (.1); review update of discovery statutes (.1). | 2.90 hrs. |
| 10/28/09   | C. L. RIVERA    | Meeting with T. Zink and B. Dye re: covenant not to sue analysis and collapsing issues (.5); review cases re: covenant not to sue (1.8); review cases re: trustee rights under 544 (2.1); drafting/revising related analysis (0.8); correspondence re: conference/scheduling issue (0.1). | 5.30 hrs. |
| 10/28/09   | T. J. MCCORMACK | Conference with team members re: legal and factual research for third-party claims, including DE standards, ongoing fact analysis, options for asserting claims (1.7); review relevant DE case law (2.2). | 3.90 hrs. |
| 10/28/09   | R. A. SCHWINGER | Follow-up re D&P addendum re Kasowitz/Akin (0.2); e-mails with A. Nellos re discovery interim update report (0.3). | 0.50 hrs. |
| 10/28/09   | N. T. ZINK      | Second tier off-line review of documents in connection with investigation (1.8); prepare outline of interim report (1.1); exchange emails with M. Ashley re third party claims (.1); second | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   86

|          |              |                                                                 |          |
|----------|--------------|-----------------------------------------------------------------|----------|
|          |              | tier on-line document review in connection with investigation of ESOP transaction (3.8). |          |
| 10/28/09 | H. SEIFE     | Review of materials obtained in discovery (1.2); work on interim report (1.4). | 2.60 hrs. |
| 10/28/09 | D. BAVA      | Review and analysis of docket sheet re: large case LBO litigation issues (.40). | 0.40 hrs. |
| 10/28/09 | M. IACOPELLI | Review and updated indexes to Citigroup, Foundations, and Morgan Stanley to include additional Key documents (2.2); arranged key documents for Citigroup, Foundations, Morgan Stanley documents into chron order and updated binders (2.3); Chronologized second tier hot documents at the request of A. Nellos (2.4). | 6.90 hrs. |
| 10/29/09 | M. IACOPELLI | Prepared set of Tribune Board Meeting documents in specific order for litigators (1.0); prepared a corresponding index to board meeting documents (1.2). | 2.20 hrs. |
| 10/29/09 | H. SEIFE     | Review of produced relevant documents (1.4); work on interim report (.8). | 2.20 hrs. |
| 10/29/09 | N. T. ZINK   | Second tier on-line review of documents in connection with investigation of pre-petition financings (2.5); conference with M. Ashley, T. Stevenson and R. Kirby re third-party claims issues (1.2);  begin drafting interim report to the Committee re additional legal issues and recitation of relevant facts learned through discovery (1.5); review minutes of special committee meetings (.1); additional second tier off-line document review in connection with investigation (.8). | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    87

| | | | |
|---|---|---|---|
| 10/29/09 | R. A. SCHWINGER | TC with Gail Zweig re Murray Devine document production issues, and e-mail summary re same (0.2); finalize Murray Devine confidentiality agreement (0.2); review e-mails re fully-executed D&P addendum re Kasowitz/Akin access to D&P documents (0.5) follow-up re various open D&P document production issues (0.4); meeting with A. Nellos re Relativity system issues (0.4). | 1.90 hrs. |
| 10/29/09 | T. J. MCCORMACK | Review cases on fiduciary duty questions in bankruptcy context (1.2); confers with team on D&O issues, fact development, options for claims (.9); review fact analysis on fiduciary duty issues (1.3). | 3.40 hrs. |
| 10/29/09 | C. L. RIVERA | Confer with B. Dye re: status of related LBO hearing, follow-up research re standing (0.5); drafting insert to memo re: trustee standing and review related cases (0.9). | 1.40 hrs. |
| 10/29/09 | F. VAZQUEZ | Email to and from Butcher re discovery from Banks. | 0.10 hrs. |
| 10/29/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.2) | 4.20 hrs. |
| 10/29/09 | T. L. STEVENSON | Research regarding potential claims that can be asserted against third parties (4.1).  Met with T. Zink, M. Ashley and B. Kirby regarding third party claims (1.2); drafting summary e-mail of legal issues related to third party claims (.7); Met with B. Kirby and F. Perkins regarding research topics related to third party claims (.5); researching issues and reviewing caselaw related to third party claims (2.1). | 8.60 hrs. |

| | | | |
|---|---|---|---|
| 10/29/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (3.4); reviewed materials regarding VRC and Duff & Phelps depositions (1.6); reviewed materials regarding potential third-party claims (1.8); meeting with T. Zink, T. Stevenson, R. Kirby regarding potential third-party claims (1.3); review emails regarding status of investigation (1.2). | 9.30 hrs. |
| 10/29/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/29/09 | A. K. NELLOS | Check progress of reviewers (1.0) and assign new documents (1.1); prepare information regarding Step 1 and Step 2 per request of M. Ashley (.7); Send materials regarding board minutes to Zuckerman (.8); prepare information related to custodians of records (1.9); discuss with Lori Moloney and representatives of Complete documents issues with productions and Relativity (.9); work on review of materials for key binders / Chronology (3.9). | 10.30 hrs. |
| 10/29/09 | D. E. DEUTSCH | Review and edit discovery report (.3); follow-up e-mail to Howard Seife on update to Committee re: same (.1); review caselaw on specific fraudulent conveyance issue (.5). | 0.90 hrs. |
| 10/29/09 | E. M. MILLER | Review e-mail exchanges between M Ashley and Alix re VRC work product (0.5) Review VRC documents re same (1.0) Draft and send e-mail to M Ashley re same (0.3) Draft chronology re same (0.4) | 2.20 hrs. |
| 10/29/09 | L. F. MOLONEY | Discussions with A.Nellos re: status of loading new production material and other issues with Relativity (.7); reviewed Relativitiy database and and conference with P.Kelley at | 1.30 hrs. |

|            |                 | Complete Docs re new project (.6).                                              |           |
|------------|-----------------|---------------------------------------------------------------------------------|-----------|
| 10/29/09   | K. A. GIULIANO  | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/29/09   | E. GRIMALDI     | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.70 hrs. |
| 10/29/09   | T. P. CASTELL   | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 10/29/09   | A. KRONSTADT    | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 10/29/09   | A. DUFFY        | Online review of documents produced in connection with the ESOP Transaction (1.8). | 1.80 hrs. |
| 10/29/09   | F. MALIK        | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.10 hrs. |
| 10/29/09   | F. PERKINS      | Research on third party claims for tomorrow's meeting with T. McCormack. | 4.10 hrs. |
| 10/29/09   | J. GOLD         | Online review of documents produced by JPM in connection with investigation of ESOP transaction. | 6.30 hrs. |
| 10/29/09   | B. DYE          | Researching and revising Roadmap memo (4.1); attending Lyondell status conference re 546(e) defense (3.6); online review of documents produced in connection with ESOP transactions (1.4) | 9.10 hrs. |
| 10/29/09   | F. PERKINS      | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 10/29/09   | I SAFIER        | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   90


| 10/29/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.1); review JPMorgan binders and record relevant portions of documents in JPM binder chart (2.7). | 3.80 hrs. |
| 10/29/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.60 hrs. |
| 10/29/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (6.0). | 6.00 hrs. |
| 10/29/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 10/29/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.80 hrs. |
| 10/29/09 | R. M. KIRBY | Meeting w/Tammy Stevenson, Marc Ashley, and Ted discussing possible third party claims and necessary research to be done with respect thereto. | 1.00 hrs. |
| 10/30/09 | R. M. KIRBY | Conducting legal research on obstacles to bringing breach of fiduciary duty claims under Delaware law (6.1). Discussing research findings and issues w/T McCormack (1.9). | 8.00 hrs. |
| 10/30/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.10 hrs. |
| 10/30/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (6.0). | 6.00 hrs. |
| 10/30/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       November 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    91


| 10/30/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |
|---|---|---|---|
| 10/30/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.50 hrs. |
| 10/30/09 | B. DYE | Preparing roadmap memo and solvency memo for T. Zink's review (6.8); updating T. Zink on status of Lyondell hearing re Collapsing issue and 546(e) defense (.8); on-line review of documents produced in connection with investigation of ESOP transaction (2.5). | 10.10 hrs. |
| 10/30/09 | J. GOLD | Online review of documents produced by JPMorgan in connection with ESOP investigation. | 3.70 hrs. |
| 10/30/09 | F. PERKINS | Research on third party claims for today's meeting with T. McCormack. | 7.00 hrs. |
| 10/30/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 10/30/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 10/30/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.40 hrs. |
| 10/30/09 | K. GARRY | Chronologized second tier hot docs at request of A.Nellos. | 2.50 hrs. |
| 10/30/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 10/30/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page    92

| 10/30/09 | F. MALIK | Phone call with A. Nellos RE: on-line review of documents produced in connection with investigation of ESOP transaction | 0.50 hrs. |
|---|---|---|---|
| 10/30/09 | E. M. MILLER | Review e-mail exchanges between M Ashley and Alix re VRC and D&P work product (0.8) Review VRC and D&P documents re same (4.2) Draft and send e-mails to M Ashley re same (0.4) | 5.40 hrs. |
| 10/30/09 | D. E. DEUTSCH | Review relevant materials in response to informal discovery request from Law Debenture (3.1). | 3.10 hrs. |
| 10/30/09 | A. K. NELLOS | Review online database related to materials identified relating to Step 1/Step 2 transactions and relating to recognition of being over-leveraged per request of M. Ashley (3.9); Review progress of document reviewers (1.0) and assign additional documents (1.2); Review/synthesize materials for key binders and chronology (2.1). | 8.20 hrs. |
| 10/30/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (3.2); reviewed materials regarding potential third-party claims (1.8); reviewed materials regarding VRC and Duff & Phelps depositions (1.5); reviewed materials regarding discovery issues (.6); review communications regarding status of investigation (.8). | 7.90 hrs. |
| 10/30/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 10/30/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.7) | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   93

| | | | |
|---|---|---|---|
| 10/30/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of prepetition financing (4.3); conf w/Zink & McCormack re third party claims (.3); review JPM document (.1); email to/from Zink re equity analysis (.1). | 4.80 hrs. |
| 10/30/09 | C. L. RIVERA | Revising draft memo (0.3); confer with B. Dye re: memos to T. Zink (0.2); confer with T. Zink re: same (0.3). | 0.80 hrs. |
| 10/30/09 | T. J. MCCORMACK | Analysis of issues regarding third party claims (1.8); confs. R. Kirby, T. Zink and M. Ashley re: same (2.1); analysis of DE case law on various standing issues (0.8); review status of Tribune document production (0.7); confer H. Seife re: status (0.3). | 5.70 hrs. |
| 10/30/09 | N. T. ZINK | Further second tier on-line document review (.5); review and revise memorandum on section 546 issues and strategies re same (5.8); conference with H. Seife re status of interim report (.1). | 6.40 hrs. |
| 10/30/09 | R. A. SCHWINGER | Review e-mail re latest JPM "hot document" (0.2); e-mails with Matthew Stein (Kasowitz) re confidentiality agreement addenda re Kasowitz/Akin (0.4); draft revised confidentiality agreement addenda re Kasowitz/Akin for Houlihan, Zell/EGI and Rustic Canyon (1.2) and draft e-mails to their counsel re same (.4). | 2.20 hrs. |
| 10/30/09 | H. SEIFE | Review of D&O policies (.4); conference with T.McCormack regarding third party claims (.3); preparation for meeting with Company and Sidley (1.6). | 2.30 hrs. |
| 10/30/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.40). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             November 23, 2009
435 N. MICHIGAN AVENUE                                    Invoice ******
CHICAGO, IL 60611                                         Page   94


| | | | |
|---|---|---|---|
| 10/31/09 | N. T. ZINK | Review and revise memorandum on section 544 and 546 issues (3.0); second tier on-line document review (.7); review and revise Interim Report (1.6). | 5.30 hrs. |
| 10/31/09 | F. VAZQUEZ | Email to and from Zink re roadmap (.1); conference with Zink re next steps (.3); review memo re next steps and roadmap (.2); second tier discovery in connection with invesitgation of pre-petition financing (.4); email to and from Nellos re Raven Asset (.1) | 1.10 hrs. |
| 10/31/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.2) | 4.20 hrs. |
| 10/31/09 | A. K. NELLOS | Review progress of document reviewers (.2) and add additional documents where needed (.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 1.60 hrs. |
| 10/31/09 | D. E. DEUTSCH | Review materials on relevant issues raised inTousa case (.9). | 0.90 hrs. |
| 10/31/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.50 hrs. |
| 10/31/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.80 hrs. |
| 10/31/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (7.3). | 7.30 hrs. |
| 10/31/09 | B. DYE | Online review of documents produced in connection with ESOP transactions | 2.60 hrs. |
| 10/31/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (12.8). | 12.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 23, 2009
Invoice ******
Page   95

Total Fees for Professional Services..............$1,523,989.50

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| C. E. HORD | 855.00 | 5.30 | 4531.50 |
| D. M. LeMAY | 825.00 | 17.70 | 14602.50 |
| H. SEIFE | 955.00 | 70.10 | 66945.50 |
| M. ROSSELL | 795.00 | .80 | 636.00 |
| N. T. ZINK | 765.00 | 106.10 | 81166.50 |
| R. A. SCHWINGER | 755.00 | 92.70 | 69988.50 |
| T. J. MCCORMACK | 795.00 | 49.40 | 39273.00 |
| M. D. ASHLEY | 625.00 | 183.50 | 114687.50 |
| B. G. CARSON | 395.00 | 26.40 | 10428.00 |
| D. E. DEUTSCH | 635.00 | 24.70 | 15684.50 |
| E. GRIMALDI | 395.00 | 135.90 | 53680.50 |
| E. M. MILLER | 565.00 | 81.00 | 45765.00 |
| E. PRZYBYLKO | 595.00 | 40.20 | 23919.00 |
| F. E. CREAZZO | 565.00 | 98.20 | 55483.00 |
| F. MALIK | 345.00 | 75.90 | 26185.50 |
| F. VAZQUEZ | 595.00 | 70.60 | 42007.00 |
| J. MELMED | 645.00 | 2.50 | 1612.50 |
| K. A. GIULIANO | 535.00 | 63.20 | 33812.00 |
| L. ARYANI | 345.00 | 22.20 | 7659.00 |
| T. P. CASTELL | 535.00 | 72.00 | 38520.00 |
| D. BAVA | 260.00 | 5.30 | 1378.00 |
| K. GARRY | 170.00 | 2.50 | 425.00 |
| M. IACOPELLI | 225.00 | 109.60 | 24660.00 |
| W. BAKARE | 215.00 | 7.80 | 1677.00 |
| A. K. NELLOS | 565.00 | 208.40 | 117746.00 |
| C. L. RIVERA | 595.00 | 66.20 | 39389.00 |
| C. PIGNATELLI | 395.00 | 13.10 | 5174.50 |
| J. P. NARVAEZ | 395.00 | 38.20 | 15089.00 |
| M. A. BLAND | 395.00 | 23.10 | 9124.50 |
| M. S. TOWERS | 395.00 | 14.20 | 5609.00 |

```
P. TANCK                   535.00  124.00         66340.00
R. V. KORETSKI             465.00  102.00         47430.00
R. M. KIRBY                395.00    9.00          3555.00
T. I. CANKOREL             465.00  119.80         55707.00
T. L. STEVENSON            535.00   74.60         39911.00
A. DUFFY                   345.00   61.00         21045.00
A. KRONSTADT               345.00   81.90         28255.50
B. DYE                     345.00  217.90         75175.50
B. SCHUBECK                120.00    2.40           288.00
E. WEISSMAN                240.00    6.40          1536.00
F. PERKINS                 345.00  136.40         47058.00
G. BRADSHAW                345.00     .30           103.50
I SAFIER                   345.00  170.30         58753.50
J. GOLD                    345.00   78.50         27082.50
J. NOBLE                   345.00   53.50         18457.50
K. ZAFRAN                  345.00  104.90         36190.50
L. F. MOLONEY              295.00   34.40         10148.00
M. RICHMOND                125.00    1.50           187.50
Y. YOO                     345.00   57.70         19906.50
                   TOTALS          3163.30      1523989.50
```