# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

October 1, 2009 through and including October 31, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 5.30 | $3,153.50 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | 24.70 | $12,967.50 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 46.80 | $17,550.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 33.00 | $12,210.00 |
| James S. Green, Jr. | Associate; admitted DE 2003 | May, 2003 | $300.00 | .50 | $150.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 13.90 | $3,822.50 |
| Kimberly A. Brown | Associate; admitted DE 2008 | N/A | $260.00 | 51.20 | $13,312.00 |
| Michelle M. Dero | Paralegal | N/A | $200.00 | 1.10 | $220.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 32.20 | $6,440.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | .70 | $126.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 2.50 | $312.50 |
| | | | Total | 211.90 | $70,264.00 |

**Blended Rate: $331.59**

{698.001-W0004268.}