# EXHIBIT "B"

# EXHIBIT "B"

Official Committee of Unsecured Creditors

November 24, 2009
Account No:   698-001
Statement No:    10640

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|       |                                              | Fees       | Hours  |
|-------|----------------------------------------------|-----------:|-------:|
| B112  | Asset Disposition                            | 52.00      | 0.20   |
| B122  | Case Administration                          | 2,834.00   | 13.10  |
| B124  | Claims Administration & Objections           | 1,506.00   | 4.00   |
| B128  | Fee/Employment Objections                    | 130.00     | 0.50   |
| B133  | LBO and Related Transactions                 | 45,072.50  | 124.10 |
| B134  | Hearings                                     | 1,739.00   | 6.40   |
| B136  | LRC Retention & Fee Matters                  | 10,701.00  | 35.00  |
| B138  | Creditors' Committee Meetings/Communications | 3,978.00   | 9.90   |
| B140  | Creditor Inquiries                           | 40.00      | 0.20   |
| B144  | Non-LRC Retention & Fee Matters              | 4,211.50   | 18.50  |
| **B100** | **Bankruptcy Task Codes**                 | **$70,264.00** | **211.90** |

{698.001-W0004350.}

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors

November 24, 2009
Account No:   698-001
Statement No:    10640

Tribune Company, et al. bankruptcy

### Fees through 10/31/2009

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 10/02/2009 | KAB | B112 | A100 | Review docket (.1), summarize Court's Order Authorizing Tribune NM, Inc. to Sell Certain Real Property (.1) | 0.20 | 52.00 |
|  |  |  |  | **B112 - Asset Disposition** | **0.20** | **52.00** |
| 10/01/2009 | FAP | B122 | A100 | Briefly review AlixPartners weekly update | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly update | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated committee contact list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Paul Hastings eighth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of PWC seventh fee application; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review notice of Zuckerman Spaeder first fee application; update critical dates | 0.10 | 20.00 |
| 10/02/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review notice of Sidley Austin eighth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review notice of Reed Smith third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Reed Smith seventh monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review orders granting first, second, third and fourth omnibus objection to claims | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Briefly review order authorizing sale of Hicksville, NY property | 0.10 | 20.00 |
| 10/05/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| 10/06/2009 | FAP | B122 | A100 | Review notice of Cole Schotz eighth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket (.1), email A. Landis, M. McGuire, and M. Parikh re: no new substantive filings (.1) | 0.20 | 52.00 |

{698.001-W0004350.}

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 10/07/2009 | FAP | B122 | A100 | Briefly review Moelis weekly update | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review and circulate agenda for 10/8 committee mtg. | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly update | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review notice of Jenner Block monthly fee application; update critical dates | 0.10 | 20.00 |
| 10/08/2009 | FAP | B122 | A100 | Review notice of McDermott Will monthly fee application; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| 10/09/2009 | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
| 10/12/2009 | FAP | B122 | A100 | Review notice of McDermott Will second interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Ernst & Young's first, second and third monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
|  | KAB | B122 | A100 | Review docket (.1), email A. Landis, M. Mcguire, and M. Parikh re: no new substantive filings (.1) | 0.20 | 52.00 |
| 10/13/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Briefly review notice of submission of Kenney, Bigelow and Martell declarations in support of proposed business combination | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket (.1), email A. Landis, M. McGuire, and M. Parikh re: no new substantive filings (.1) | 0.20 | 52.00 |
| 10/14/2009 | FAP | B122 | A100 | Briefly review Moelis weekly update | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review agenda for 10/15 committee mtg. and circulate | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order effecting Cubs proposed business combination | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review CNLBC joint admin order and update critical dates | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Review order approving Dow Lohnes retention | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review and summarize Court's Orders re: cubs sale | 0.70 | 182.00 |
|  | KAB | B122 | A100 | Review and summarize Order re: joint administration of Chapter 11 Cases (.3) email summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.40 | 104.00 |
| 10/15/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly update | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Lazard seventh monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Lazard eighth monthly fee application; update critical dates | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Review notice of PWC eighth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Cole Schotz third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Dow Lohnes first interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Jenner Block third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Lazard second interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Stuart Maue interim fee application; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| 10/16/2009 | FAP | B122 | A100 | Review notice of Sidley Austin third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Jones Day third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Deloitte Touche first interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Mercer first interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Mercer June monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Mercer July monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Mercer August monthly fee application; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review notice of Paul Hastings third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Lazard third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Alvarez third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of E&Y first interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Daniel Edelman second interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review 10/8 committee mtg. minutes and circulate | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of PWC third interim fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | File maintenance and organization of pleadings | 0.20 | 40.00 |
| 10/19/2009 | KAB | B122 | A100 | Review Docket | 0.20 | 52.00 |
|  | FAP | B122 | A100 | Review Intralinks updated court calendar | 0.10 | 20.00 |
| 10/20/2009 | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review H. Lamb's email cancelling 10/22 committee mtg.; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 10/21/2009 FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 20.00 |
| 10/22/2009 KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| 10/23/2009 FAP | B122 | A100 | Review notice of Centerpoint motion for payment of admin expense claim; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review Chadbourne memo re: FCC process | 0.10 | 20.00 |
| 10/26/2009 FAP | B122 | A100 | Review notice of Law Debenture motion to terminate and disgorge payment of LBO lenders fees; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review re-notice of hearing re: Law Debenture motion to terminate and disgorge; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review amended notice of motion re: Centerpoint motion for payment of admin claim; update critical dates | 0.10 | 20.00 |
| 10/27/2009 KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| FAP | B122 | A100 | Review notice of Dow Lohnes fourth monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
| FAP | B122 | A100 | Email exchanges with M. Parikh re: updated creditor committee and review of second amended notice for same | 0.10 | 20.00 |
| 10/28/2009 KAB | B122 | A100 | Review Docket | 0.10 | 26.00 |
| FAP | B122 | A100 | Briefly review September monthly operating report | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Sidley Austin ninth monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review and circulate 10/29 mtg. agenda | 0.10 | 20.00 |
| LR | B122 | A100 | File maintenance and organization re: correspondence | 0.10 | 18.00 |
| 10/29/2009 FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Stuart Maue monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review UST request to schedule CNLBC 341 meeting; update critical dates | 0.10 | 20.00 |
| KAB | B122 | A100 | Review Trustee's request for 341 hearing | 0.10 | 26.00 |
| FAP | B122 | A100 | Briefly review Exhibit A to Centerpoint Amended Motion for Payment of Administrative Expenses | 0.10 | 20.00 |
| FAP | B122 | A100 | Update 2002 list re: Eliott Greenleaf updated address | 0.10 | 20.00 |
| FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
| 10/30/2009 KAB | B122 | A100 | Review Docket | 0.10 | 26.00 |
| FAP | B122 | A100 | Review notice of Daniel Edelman seventh fee application; update critical dates | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | <u>Hours</u> | |
|---|---|---|---|---|---|
| FAP | B122 | A100 | Review notice of Ernst & Young fourth application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Paul Hastings ninth fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Reed Smith eighth fee application; update critical dates | 0.10 | 20.00 |
| | | | **B122 - Case Administration** | **13.10** | **2,834.00** |
| 10/02/2009 KAB | B124 | A100 | summarize Court's Order Sustaining Debtors' First Omnibus Objection, Court's Order Sustaining Debtors' Fourth Omnibus Objection, Court's Order Sustaining Debtors' Third Omnibus Objection (.3), email summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.40 | 104.00 |
| 10/23/2009 KAB | B124 | A102 | Review and summarize Centerpoint's 503(b) claim motion (.3) circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.40 | 104.00 |
| 10/26/2009 KAB | B124 | A100 | Review and summarize CenterPoint's amended administrative expense claim (.2), circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 78.00 |
| 10/29/2009 KAB | B124 | A100 | Review and summarize P. Frezese letter (.2) and circulate summary to A. Landis, M. McGuire, and M. Parikh | 0.30 | 78.00 |
| MBM | B124 | A100 | review Centerpoint claims administration motion (.9); email from Deutsch re: same (.1); conference with Landis re: same (.1) | 1.10 | 407.00 |
| 10/30/2009 MBM | B124 | A100 | Review of claims resolution procedures (.4); conference with Landis re: same (.1); emails from/to Deutsch re: same (.2) | 0.70 | 259.00 |
| AGL | B124 | A100 | Review and analyze proposed claim procedures (.6); emails to and from deutsch and mcguire re: same (.2) | 0.80 | 476.00 |
| | | | **B124 - Claims Adm. & Objection** | **4.00** | **1,506.00** |
| 10/26/2009 KAB | B128 | A100 | Review and summarize Law Debenture's objection and request for disgorgement of the LBO Lender's professional fees (.4) circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.50 | 130.00 |
| | | | **B128 - Fee/Empl. Objections** | **0.50** | **130.00** |
| 10/01/2009 RLB | B133 | A100 | Discuss production status with DBR (.2) E-mails with co-counsel (.3) and counsel to Citigroup (.2) and Morgan Stanley (.2) re: pending document production. | 0.90 | 337.50 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy

|            |     |      |      | | Hours | |
|------------|-----|------|------|---|-------|---|
| 10/02/2009 | DBR | B133 | A100 | Review production from targets of LBO investigation | 3.20 | 1,680.00 |
|            | FAP | B133 | A100 | Coordinate Citigroup discovery production (.1); correspondence to F. Vazquez re: same (.1) | 0.20 | 40.00 |
|            | RLB | B133 | A100 | Call with counsel to Morgan Stanley re: additional document production (.2) Draft summary of current status of production from LRC investigation targets (.5)   Review documents produced by Citigroup to augment list of proposed ESI search terms (.9). | 1.60 | 600.00 |
| 10/03/2009 | RLB | B133 | A100 | E-mails with co-counsel re: Citigroup production. | 0.30 | 112.50 |
| 10/05/2009 | AGL | B133 | A100 | Emails to and from and calls with jim allison re: vrc opinion issues, discovery | 0.60 | 357.00 |
|            | DBR | B133 | A100 | Prepare for call with committe re: status (.5); follow up with targets re: investigation (1.6) | 2.10 | 1,102.50 |
|            | RLB | B133 | A100 | E-mail with DBR (.2) regarding ESI search terms for investigation targets.  Call with DBR to discuss same (.2).  E-mail with Citigroup counsel re: ESI search terms (.4) | 0.80 | 300.00 |
| 10/06/2009 | DBR | B133 | A100 | Consult with Butcher re: investigations of Citi, Morgan, S&P; (1.3); working on investigations (1.4;) prepare for and participate in a call with counsel for committe re: investigations (1.1); | 3.80 | 1,995.00 |
|            | RLB | B133 | A100 | E-mail with counsel to Goldman Sachs re: document production (.4)  E-mail with counsel to Morgan Stanley re: continued document production and ESI search terms (.4) Call with counsel to Morgan Stanley re: same (.3) Prepare updated status report for DBR on document production from investigation targets (.7).  Call with co-counsel at Chadbourne including RAS, AN, MA, FV re: status of document production from targets, electronic discovery issues and overall discovery strategy (1.0)  Forwards status reports to co-counsel (.2)  E-mail with counsel to Citigroup re: ESI (.4) | 3.40 | 1,275.00 |
| 10/07/2009 | RLB | B133 | A100 | Review common interest agreement (.5)  E-mail with co-counsel re: addenda to confidentiality agreements for Law Debenture and Centerbridge (.2) | 0.70 | 262.50 |
| 10/08/2009 | MBM | B133 | A100 | Review SP 2004 motion (.5); conference with Butcher re: same (.2); review research re: rating agency privilege issues (1.4) | 2.10 | 777.00 |
|            | KAB | B133 | A100 | Discuss document review project with R. Butcher | 0.20 | 52.00 |

                                                                    Page: 7
Official Committee of Unsecured Creditors                November 24, 2009
                                                         Account No:  698-001
                                                         Statement No:   10640

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | Draft Rule 2004 Motion to Standard & Poor's (1.2) Discuss with MBM (.3)   Research re: potential defense to production by S&P (.9) E-mails re: confidentiality addenda with co-counsel (.4) and counsel to Morgan Stanley (.2) and Goldman Sachs (.2) | 3.20 | 1,200.00 |
| 10/09/2009 | RLB | B133 | A100 | Draft status update re: document production from investigation targets (.6); discuss status of investigations with D. Rath (.9); E-mail with co-counsel re: same (.2) | 1.70 | 637.50 |
|  | DBR | B133 | A100 | Review status of investigations with Butcher and consult re: memo for same(.9); review memo re: investigation status (.3) | 1.20 | 630.00 |
| 10/12/2009 | RLB | B133 | A100 | E-mails with counsel to Morgan Stanley re: production of documents to lenders (.4) E-mail with co-counsel re: MS production (.2) Review documents re: Barclays and Bank of America for discovery requests (1.3) E-mails with co-counsel and DBR re: service of document requests on additional parties, Barclays and Bank of America (.6)   Call with co-counsel re: requests (.2) Begin drafting requests to Barclays and Bank of America (.3) | 3.00 | 1,125.00 |
| 10/13/2009 | KAB | B133 | A100 | Email R. Butcher re: document review project | 0.10 | 26.00 |
|  | KAB | B133 | A100 | Review committee preliminary report re: 2007 transactions | 1.60 | 416.00 |
|  | RLB | B133 | A100 | Call with MS counsel re: document production to lenders and ESI production (.6)   Barclays discussion of requests with co-counsel (.3) Drafting Barclays and bank of America document requests (.8) | 1.70 | 637.50 |
| 10/14/2009 | RLB | B133 | A100 | Organize review of documents received from Goldman and Citigroup.(.3)   Review of Citigroup documents (.6)   E-mail with counsel to S&P re: background of investigation and document requests (.5)   Review confidentiality agreement (.2) re: Chandler trusts, arrange execution (.1) and circulate to co-counsel by e-mail (.1) | 1.80 | 675.00 |
|  | FAP | B133 | A100 | Briefly review Chadbourne memo re: updated status of discovery | 0.10 | 20.00 |
|  | KAB | B133 | A100 | Discuss LBO investigation document review with R. Butcher (.1), review Citigroup documents produced re: LBO investigation (.4) | 0.50 | 130.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | <u>Hours</u> |  |
|---|---|---|---|---|---|---|
| 10/15/2009 | DBR | B133 | A100 | Review and respond to e-mails from Schwinger & Butcher relating to Chandler trust confidentiality agreements(.2); review and execute Chandler Trust Confidentiality Agreement and circulate same for execution by others (.3); review Bof A subpoena and revise (.7); review Barclays subpoena and revise (.7); confer with Butcher re: above issues (.4) | 2.30 | 1,207.50 |
|  | KAB | B133 | A102 | Review/analyze recent FL case re: fraudulent transfers (2.2); circulate same to McGuire (.1) | 0.20 | 52.00 |
|  | RLB | B133 | A100 | Finalize list of ESI search terms for Citigroup (.6)  E-mail with Citigroup re: same and custodians (.4)  E-mails to (.4) and from (.4) counsel to Goldman re: status of document production, additional categories of documents to be produced and expanded confidentiality agreement.  Call with co-counsel re: Barclays requests (.3)  E-mail with MS re: documents (.3) | 2.40 | 900.00 |
| 10/16/2009 | DBR | B133 | A100 | Working on Barclays and Bof A subpoenas(1.1); communications with Vazquez and Butcher re: same (.5) | 1.60 | 840.00 |
|  | KAB | B133 | A104 | Continue review of documents produced by citi | 1.40 | 364.00 |
|  | RLB | B133 | A100 | Finish drafting (.9) revise and edit (.4) discovery requests to Barclays and Bank of America.  E-mail with co-counsel re: document requests (.4) Highlight revisions to requests (.4) and forward revisions to co-counsel (.2)  Draft status report re: status of investigation targets (.5)  E-mail with Citigroup counsel re: documents (.3) E-mails with MS re: document production (.3) Call from S& P counsel (.2) re: document production | 3.60 | 1,350.00 |
| 10/19/2009 | KAB | B133 | A100 | Continue review and analysis of documents produced by citi re: LBO | 7.90 | 2,054.00 |
|  | RLB | B133 | A100 | Revise document requests to Bank of America and Barclays (.5)  E-mail with co-counsel re: requests to same (.5)  Discuss production review and analysis of documents with Kim Brown (.4) | 1.40 | 525.00 |
| 10/20/2009 | KAB | B133 | A100 | Continue review and analysis of documents produced by citi re: the LBO | 7.10 | 1,846.00 |
| 10/21/2009 | KAB | B133 | A100 | Continue review and analysis of documents produced by citi re: the LBO | 4.50 | 1,170.00 |
| 10/22/2009 | KAB | B133 | A100 | Continue review and analysis of documents produced by Citi re: the LBO | 0.80 | 208.00 |
|  | DBR | B133 | A100 | Analyze issues relating to use of 2004 materials and testimony (1.1); confer with Butcher and Vazquez (.3) | 1.40 | 735.00 |

{698.001-W0004350.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| JSG | B133 | A100 | Research and analysis issues re:: use of 2004 materials | 0.50 | 150.00 |
| RLB | B133 | A100 | Discuss issue of admissibility of 2004 testimony with WEC (.2) MDO(.2) AGL (.1) DBR(.1).  Additional research re: Third Circuit precedent (.8) on issue of admissibility.  E-mail with Chadbourne re: admissibility issue (.4)  Prepare Barclays document requests for service (.3)  Research re: service parties for Barclays and Bank of America (.7)  E-mails with Michael Paskin re: document production and extension of confidentiality agreement (.7)  E-mails with co-counsel re: conflict of interest (.3)  E-mails (.4) and call (.3) with Morgan Stanley counsel re: additional document production and ESI production.  E-mails with counsel to Citigroup re: ESI production (.6) | 5.10 | 1,912.50 |
| 10/23/2009 DBR | B133 | A100 | Further research and analysis re: 2004 testimony (1.1); confer with Butcher re: same(.3) | 1.40 | 735.00 |
| FAP | B133 | A100 | Coordinate Morgan Stanley document production (.1); discussion with R. Butcher re: same (.1); correspondence to F. Vazquez re: same (.1) | 0.30 | 60.00 |
| KAB | B133 | A100 | Discuss with R. Butcher re: research 2004 testimony (.1), prepare memo re: same (1.7), circulate memo to R. Butcher (.1) | 1.90 | 494.00 |
| RLB | B133 | A100 | Begin review of S&P documents from co-counsel for revised document requests (.9)  E-mail with co-counsel at Chadbourne re: same (.2)  Research re: 2004 admissibility issue (.6)  Discussion of same with Kim Brown (.2) and Dan Rath (.2)  Review case law re: admissibility (.3)  Draft summary of case law and practical application re: 2004 admissibility for co-counsel at Chadbourne (.7) Review letter from Morgan Stanley re: ongoing production (.4) Draft Tribune status update for the week (.5) and forward to co-counsel (.2) | 4.20 | 1,575.00 |
| 10/26/2009 DBR | B133 | A100 | Review and execute Duff and Phelps confidentiality addendum (.3); review status of investigations(.8) and follow up with Butcher on status of all investigations (.7) | 1.80 | 945.00 |
| LR | B133 | A100 | Prepare letter and documents for fedex package to Barclays Bank and Bank of America's general counsel and directors re: production discovery | 0.40 | 72.00 |
| RLB | B133 | A100 | Document review for Morgan Stanley additional production (3.2)  E-mails with co-counsel re: Morgan Stanley production (.4) E-mails with co-counsel re: LBO status call (.4) | 4.00 | 1,500.00 |

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 10/27/2009 | KAB | B133 | A100 | Continue review and analysis of documents produced by Citi re: LBO | 2.60 | 676.00 |
| | DBR | B133 | A100 | Confer with McGuire re: professionals call (.3); discuions with Butcher re: investigations(.3); review investigation summaries(.7); begin inquiry re:investigations of Bayern; bank of Tokyo; Mitzuho; United Oversees bank; Rabobank; Raymond James (.8) | 2.10 | 1,102.50 |
| | RLB | B133 | A100 | Call with Committee counsel regarding status of LBO investigation and strategy for completion of investigation including pending document requests, depositions and reports to the Committee. (1.6) | 1.60 | 600.00 |
| | MBM | B133 | A100 | Review and analyze Tousa decision | 2.90 | 1,073.00 |
| 10/28/2009 | DBR | B133 | A100 | Consult w/Butcher re: investigations of Bayern LB; Bank of Tokyo-Mitsubishi;Mitzuho, U.S. Bank;United Overseas Bank;Rabobank International; and Raymond James Bank; | 1.50 | 787.50 |
| | KAB | B133 | A100 | Continue review and analysis of documents produced by Citi re: LBO | 3.70 | 962.00 |
| | RLB | B133 | A100 | E-mail with law debenture and centerbridge counsel re: addenda to Goldman confi agreement (.3) call with same re: same (.2) E-mail with Goldman counsel re: addition (.3) E-mail with co-counsel re: declining bank document requests (.3) Call with co-counsel re: declining banks document requests (.3) E-mail with co-counsel re: barclays and bank of america requests (.3)  Call with Citigroup re: ESI list, custodians and date range (.4) Review revised list (.5) and comment (.3) | 2.90 | 1,087.50 |
| | MBM | B133 | A100 | Continue review and analysis of Tousa opinion | 1.60 | 592.00 |
| 10/29/2009 | KAB | B133 | A100 | Continue review and analysis of documents produced by Citi | 4.80 | 1,248.00 |
| | RLB | B133 | A100 | E-mail with counsel to Citigroup re: addendum to confidentiality agreement (centerbridge/law debenture) (.4)  E-mail with co-counsel re: document requests for non-participating banks (.3) Drafting document requests to non-participating banks (.9)  E-mail with counsel to Goldman re: confidentiality agreement (.4) | 2.00 | 750.00 |
| 10/30/2009 | DBR | B133 | A100 | Follow up w/Butcher and targets re: investigations of Bayern; bank of Tokoyo; Mitzuho; United Oversees bank; Rabobank; Raymond James (1.0); review materials relating to investigations of same (.8); confer with Butcher re: above (.5) | 2.30 | 1,207.50 |
| | KAB | B133 | A100 | Continue review and analysis of documents produced by Citi | 6.60 | 1,716.00 |

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | RLB | B133 | A100 | Call (.2) and e-mail (.3) with Kasowitz counsel re: addenda to confidentiality agreement with Goldman. | 0.50 | 187.50 |
| | | | | **B133-LBO & Related Trans** | **124.10** | **45,072.50** |
| 10/02/2009 | FAP | B134 | A100 | Review agenda for 10/6/09 hearing | 0.10 | 20.00 |
| | FAP | B134 | A100 | Review amended agenda cancelling 10/6 hearing | 0.10 | 20.00 |
| 10/09/2009 | FAP | B134 | A100 | Email exchanges with debtors' para re: agenda for CNLBC transaction approval hearing | 0.10 | 20.00 |
| 10/12/2009 | FAP | B134 | A100 | Review agenda for 10/13 hearing (.1); retrieve pleadings and prepare hearing file (1.7); discussion with M. McGuire re: same (.1) | 1.90 | 380.00 |
| 10/13/2009 | FAP | B134 | A100 | Finalize hearing binder | 0.20 | 40.00 |
| | MBM | B134 | A100 | prepare for and attend Cubs first day/sale hearing | 2.70 | 999.00 |
| 10/22/2009 | FAP | B134 | A100 | Calls with Doman Trasncription re: 8/14 and 9/25 hearing transcripts | 0.10 | 20.00 |
| | FAP | B134 | A100 | Calls with Veritext Reporting re: 8/11 and 10/13 hearing transcripts | 0.10 | 20.00 |
| | FAP | B134 | A100 | Calls with J&J Transcribers re: 8/31 and 9/24 hearing transcripts | 0.10 | 20.00 |
| 10/26/2009 | FAP | B134 | A100 | Review agenda for 10/28 hearing | 0.10 | 20.00 |
| 10/27/2009 | FAP | B134 | A100 | Email exchanges with D. Lemay and D. Deutsch re: telephonic appearance at 10/28 hearing (.1); coordinate with courtcall for same (.2) | 0.30 | 60.00 |
| | FAP | B134 | A100 | Prepare 10/28 hearing binder | 0.30 | 60.00 |
| 10/28/2009 | FAP | B134 | A100 | Review order scheduling future omni hearing dates; update critical dates | 0.10 | 20.00 |
| 10/29/2009 | FAP | B134 | A100 | Email exchanges with transcriber re: 10/13 hearing (.1); email exchanges with clerk's office re: confirmation of transcription company (.1) | 0.20 | 40.00 |
| | | | | **B134 - Hearings** | **6.40** | **1,739.00** |
| 10/01/2009 | MBM | B136 | A100 | Review final report from fee examiner re: 1st interim (.9); review of Chadbourne response re: same (.3); conferences and emails with Parikh re: same (.4) | 1.60 | 592.00 |
| | MAP | B136 | A100 | Emails to/from McGuire re: LRC Response to Fee Examiner Report (.2); emails to/from Becker re: same (.1). | 0.30 | 82.50 |

Official Committee of Unsecured Creditors                          November 24, 2009
                                                                  Account No:   698-001
                                                                  Statement No:    10640


Tribune Company, et al. bankruptcy


                                                                  __Hours__

| | | | | | |
|---|---|---|---|---|---|
| 10/05/2009 | MAP | B136 | A103 | Emails to/from McGuire and discussions with McGuire re: revisions to LRC Response to Fee Examiner Final Report (.2); review and incorporate revisions to same per comments from McGuire (.3); additions to LRC Response per comments from McGuire (.5); review and make additional revisions to same (1.6); email revised version of same to McGuire (.1). | 2.70 | 742.50 |
| 10/06/2009 | MAP | B136 | A103 | Review and confirm Landis and McGuire revisions to LRC Response to Fee Examiner Final Report (.7); make add'l revisions to same (.3). | 1.00 | 275.00 |
| | MBM | B136 | A100 | Draft and revise response to fee examiner report (2.5); research re: clerical activity charges for response (.8) | 3.30 | 1,221.00 |
| 10/07/2009 | FAP | B136 | A100 | Prepare affidavit of service for LRC response to examiner report for first interim fee application (.1); file and serve response (.4) | 0.50 | 100.00 |
| | MAP | B136 | A103 | Discussion w/ Landis re: revisions to LRC Response to Fee Examiner Final Report (.1); review and incorporate revisions to same (.7). | 0.80 | 220.00 |
| 10/12/2009 | FAP | B136 | A100 | Begin review/revise September prebills | 0.30 | 60.00 |
| 10/13/2009 | FAP | B136 | A100 | Email exchanges with M. Parikh re: revisions to September prebills | 0.10 | 20.00 |
| | FAP | B136 | A100 | Continue review/revise September prebills (.6); discussion with K. Brown re: same (.1); discussion with M.Parikh re: same (.1) | 0.80 | 160.00 |
| | KAB | B136 | A100 | Discuss prebills with F. Panchak (.2), review and revise prebills (1.2) | 1.40 | 364.00 |
| | MAP | B136 | A100 | Emails to/from and discussions with Panchak re:  September prebill review | 0.20 | 55.00 |
| 10/14/2009 | FAP | B136 | A100 | Draft LRC third interim fee application (1.0); draft notice for same (.1) | 1.10 | 220.00 |
| | CL | B136 | A103 | Edits to LRC September pre-bill | 0.40 | 50.00 |
| | FAP | B136 | A100 | Further revisions to September pre-bills (.5); discussion with K. Brown re: same (.1) | 0.60 | 120.00 |
| 10/15/2009 | MBM | B136 | A100 | Review preliminary fee auditor report re: 2nd interim fee app (.6); prepare response to same (.3) | 0.90 | 333.00 |
| 10/16/2009 | AGL | B136 | A100 | Review and revise response to fee auditor 2nd informal report | 0.50 | 297.50 |
| | MBM | B136 | A100 | Continue review of 2nd preliminary fee examiner report (1.1); prepare response to same (1.6) | 2.70 | 999.00 |
| 10/19/2009 | MAP | B136 | A100 | Emails to/from Lewicki re: conflict check re: cubs-related parties (.1); discussion of same with Lewicki (.1) | 0.20 | 55.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | MAP | B136 | A100 | Review and revise September prebill (.3); discussion w Panchack re: same (.1); discussion w/ Lewicki re: edits to same (.1). | 0.50 | 137.50 |
| | CL | B136 | A103 | Revision to LRC September draft bill | 1.00 | 125.00 |
| 10/20/2009 | FAP | B136 | A100 | Email exchanges with A. Landis and M. McGuire re: responses to LRC eighth monthly fee application | 0.10 | 20.00 |
| | FAP | B136 | A100 | Draft Certificate of No Objection to LRC eighth monthly fee application | 0.10 | 20.00 |
| 10/21/2009 | FAP | B136 | A100 | Prepare affidavit of service for Certificate of No Objection to LRC eighth monthly fee application (.1); file and serve Certificate of No Objection (.3) | 0.40 | 80.00 |
| | CL | B136 | A103 | Additional edits to LRC September draft bill | 0.30 | 37.50 |
| | MAP | B136 | A100 | Review and revise September prebill (.2); discussions with Panchack and Lewicki re: same (.1) | 0.30 | 82.50 |
| | MAP | B136 | A100 | Draft LRC Ninth Monthly Fee App | 1.00 | 275.00 |
| 10/23/2009 | FAP | B136 | A100 | Draft notice for LRC ninth monthly fee application | 0.10 | 20.00 |
| | LR | B136 | A100 | Assist M. Parikh and M. Ifill re: fee application reports and invoice re: same | 0.20 | 36.00 |
| | MAP | B136 | A100 | Revise prebill for LRC 9th Monthly Fee App (.2); discussions with Ifill, Nuble, McGuire and Panchak re: same (.2); emails to /from McGuire re: same (.1); continue drafting LRC 9th Monthly Fee App (.3); revise same per edits from McGuire (.1). | 0.90 | 247.50 |
| | MBM | B136 | A100 | Review and revise monthly fee application (1.0); conferences with Parikh re: same (.4) | 1.40 | 518.00 |
| 10/25/2009 | MAP | B136 | A100 | Emails to/from Landis and McGuire re: revisions to LRC 9th Monthly Fee App | 0.10 | 27.50 |
| 10/26/2009 | MAP | B136 | A100 | Revise LRC 9th Monthly Fee App per edits from Landis (.1); discussions with Panchak and Lewicki re: finalizing and filing of same (.1) | 0.20 | 55.00 |
| | MAP | B136 | A100 | Emails to/from McGuire and Becker re: LRC Supplemental Affidavit to retention application (.1); review list of additional parties in interest (.1); review order re: joint administration (.1); review Initial Affidavit (.2) and LRC Retention App (.2); begin drafting 2nd supplemental Landis affidavit (1.2). | 1.90 | 522.50 |
| | CL | B136 | A103 | Finalize LRC September invoice | 0.80 | 100.00 |
| | FAP | B136 | A100 | File and coordinate service of LRC ninth monthly fee application | 0.40 | 80.00 |

{698.001-W0004350.}

Tribune Company, et al. bankruptcy

                                                                        Hours


| | | | | Hours | |
|---|---|---|---|---|---|
| 10/27/2009 AGL | B136 | A100 | Final edits to response to fee examiner report (informal re: 2nd application) (.1) and email same to cooper (.1) and emails to and from new attorney on fee examiner assignment (.2) | 0.40 | 238.00 |
| FAP | B136 | A100 | Email to S. Schwendemann re: September fee and expense detail | 0.10 | 20.00 |
| FAP | B136 | A100 | Review LRC response to preliminary examiner report re: second interim fee applications; update critical dates for final report (.1); follow-up discussion with A. Landis re: transient timekeeper fees (.1) | 0.20 | 40.00 |
| MAP | B136 | A100 | Emails to/from and discussions with McGuire re: revisions / comments to Second Supplemental Affidavit (.3); revise same (.6); emails to/from Panckak re: same (.2); emails to/from and discussion with Landis re: comments to same (.1); discussions with Lewicki re: further edits to same (.2); discussion with McGuire and Landis re: status of draft of same (.1). | 1.50 | 412.50 |
| AGL | B136 | A100 | Review and revise supplemental disclosure re: cubs filing (.7); conferences with parikh (.1) and mcguire (.1) re: same | 0.90 | 535.50 |
| MBM | B136 | A100 | Review and revise 2nd supplemental retention affidavit re: Cubs filing | 1.40 | 518.00 |
| 10/28/2009 MAP | B136 | A100 | Review Second Supplemental Affidavit (.1); edits to same (.2); discussion w/ Lewicki and Landis re: same (.1). | 0.40 | 110.00 |
| FAP | B136 | A100 | File and coordinate service of second supplemental affidavit of LRC in support of retention | 0.30 | 60.00 |
| AGL | B136 | A100 | Finalize supplemental declaration re: cubs disclosures (.5); emails to and from fee examiner re: 2nd preliminary report (.2) | 0.70 | 416.50 |
| | | | **B136 - LRC Ret. & Fee Matters** | **35.00** | **10,701.00** |
| 10/06/2009 MBM | B138 | A100 | Prepare for (.3) and attend committee professionals meeting (.6) | 0.90 | 333.00 |
| 10/08/2009 AGL | B138 | A100 | Review materials distributed in connection with committee conference call (.4); attend call re: agenda items listed (.7) | 1.10 | 654.50 |
| MBM | B138 | A100 | Prepare for (.4) and participate in telephonic committee meeting (1.2) | 1.60 | 592.00 |
| 10/12/2009 MBM | B138 | A100 | Emails to/from Duetsche re: committee professionals call (.2); review materials in preparation for same (.6) | 0.80 | 296.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 10/14/2009 MBM | B138 | A100 | Prepare for (.2) and attend committee professionals conference call re: case status (.9) | 1.10 | 407.00 |
| MBM | B138 | A100 | Prepare for (.1) and attend meeting with committee and debtor professionals (.5) | 0.60 | 222.00 |
| 10/26/2009 AGL | B138 | A100 | Emails to and from group re: agenda for committee professionals' meeting (.2); conference with mcguire re: coverage/lbo issues for same (.1) | 0.30 | 178.50 |
| 10/27/2009 MBM | B138 | A100 | Prepare for (.4) and attend committee professionals meeting (1.4) | 1.80 | 666.00 |
| 10/28/2009 MBM | B138 | A100 | Prepare for (.1) and attend meeting with committee and debtors professionals (.5) | 0.60 | 222.00 |
| 10/29/2009 MBM | B138 | A100 | Prepare for (.3) and attend telephonic committee meeting (.8) | 1.10 | 407.00 |
| | | | | ---- | -------- |
| | | | **B138 - Creditors' Cmte Mtgs** | **9.90** | **3,978.00** |
| 10/15/2009 FAP | B140 | A100 | Call with G. Hutchinson re: claims agent for stockholders | 0.10 | 20.00 |
| 10/22/2009 FAP | B140 | A100 | Call with N. Geverri, Spectrum Mgmt. re: creditor inquiry | 0.10 | 20.00 |
| | | | | ---- | ----- |
| | | | **B140 - Creditor Inquiries** | **0.20** | **40.00** |
| 10/02/2009 MBM | B144 | A100 | Emails with Landis and Deutsch re: fee auditor issues | 0.40 | 148.00 |
| 10/06/2009 FAP | B144 | A100 | Email exchanges with A. Leung re: confirm filing date and status of third interim | 0.10 | 20.00 |
| 10/09/2009 FAP | B144 | A100 | Email exchanges with V. Patel re: responses to Moelis seventh fee application | 0.10 | 20.00 |
| FAP | B144 | A100 | Email exchanges with debtors' para re: filing date for quarterly fee applications | 0.10 | 20.00 |
| 10/12/2009 FAP | B144 | A100 | Draft Certificate of No Objection to Moelis' seventh monthly fee application (.1); draft affidavit of service for same (.1) | 0.20 | 40.00 |
| FAP | B144 | A100 | File and serve Certificate of No Objection to Moelis seventh fee application (.4); follow-up email to V. Patel re: same (.1) | 0.50 | 100.00 |
| 10/13/2009 FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne third interim fee application | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      | | **Hours** | |
|------------|-----|------|------|---|---|---|
| | FAP | B144 | A100 | Email exchanges with A. Holtz re: third interim fee application (.1); review same in preparation of filing (.1); prepare notice for same (.1); prepare affidavit of service for same (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service of AlixPartners third interim fee application (.4); follow-up email to A. Holtz re: same (.1) | 0.50 | 100.00 |
| 10/14/2009 | FAP | B144 | A100 | Review Chadbourne third interim fee application in preparation of filing (.1); draft notice for same (.1) | 0.20 | 40.00 |
| | FAP | B144 | A100 | Email exchanges with V. Patel re: status of Moelis third interim and examiners final report | 0.10 | 20.00 |
| | KAB | B144 | A100 | Review and summarize Order Authorizing Debtors to Retain Dow Lohnes (.1) email summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| | FAP | B144 | A100 | Review Moelis 8th fee app in preparation of filing (.1); draft notice (.1); draft affidavit of service (.1); file and coordinate service of same (.4); follow-up email to V. Patel re: notification of filing (.1) | 0.80 | 160.00 |
| | MBM | B144 | A100 | Review Moelis interim fee application (.4); and 8th monthly (.3) | 0.70 | 259.00 |
| 10/15/2009 | FAP | B144 | A100 | Multiple email exchanges and calls with V. Patel re: draft Moelis third interim (.3); review same (.1); follow-up discussion with M. McGuire re: same (.1) | 0.50 | 100.00 |
| | FAP | B144 | A100 | Review/revise Moelis third interim fee application (.2); draft notice for same (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | File and coordinate service of LRC third interim fee application | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service of Chadbourne third interim fee application (.4); follow-up email to H. Lamb re: same (.1) | 0.50 | 100.00 |
| | FAP | B144 | A100 | File and coordinate service of Moelis third interim fee application (.4); follow-up email to V. Patel re: same (.1) | 0.50 | 100.00 |
| | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, Moelis and LRC third interim fee application (.1); file same (.1) | 0.20 | 40.00 |
| | MAP | B144 | A100 | Email from McGuire re: Zuckerman quarterly fee app (.1); review and analyze interim compensation procedures order (.2), Zuckerman retention app (.2), and Zuckerman first monthly fee app (.1); prepare summary re: timing / filing of Zuckerman quarterly fee app (.2); emails to/from McGuire re: same (.1); telephone call to McCauley re: same (.1); email to McGuire re: follow-up re: same (.1); discussion with Panchak re: same (.1). | 1.20 | 330.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | MBM | B144 | A100 | Call with Deutsch re: Zuckerman fee app (.2); conference with Parikh re: same (.2); review of interim fee procedures (.2); further conferences with Parikh re: same (.1) | 0.70 | 259.00 |
| 10/16/2009 | FAP | B144 | A100 | Review second quarterly fee summary for debtors, committee and lenders | 0.10 | 20.00 |
| | FAP | B144 | A100 | Review J. McClellan memo re: supplemental disclosures relating to CNLBC and deadline for filing same | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with Chadbourne team re: responses to eighth fee app and members' sixth application | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with AlixPartners re: responses to eighth monthly fee application | 0.10 | 20.00 |
| 10/19/2009 | FAP | B144 | A100 | Draft Certificate of No Objection to Chadbourne eighth monthly fee application | 0.10 | 20.00 |
| | FAP | B144 | A100 | Draft Certificate of No Objection to AlixPartners eighth monthly fee application | 0.10 | 20.00 |
| | FAP | B144 | A100 | Draft Certificate of No Objection to Members sixth monthly application | 0.10 | 20.00 |
| | MMD | B144 | A100 | Scan and electronically file Certificate of No Objection to Chadbourne's Eighth Monthly Application | 0.20 | 40.00 |
| | MMD | B144 | A100 | Scan and electronically file Certificate of No Objection to AlixPartner's Eighth Monthly Application | 0.20 | 40.00 |
| | MMD | B144 | A100 | Scan and electronically file Certificate of No Objection to Committee Members Sixth Monthly Application for Reimbursement | 0.20 | 40.00 |
| | MMD | B144 | A100 | Prepare Certificates of No Objection regarding Chadbourne and AlixPartners Eighth and Committee Members Sixth Monthly Applications for service | 0.20 | 40.00 |
| | MMD | B144 | A100 | Prepare Affidavit of Service regarding Certificates of No Objection regarding Chadbourne and AlixPartners Eighth and Committee Members Sixth Monthly Applications | 0.10 | 20.00 |
| | MMD | B144 | A100 | Scan and electronically file Affidavit of Service regarding Certificates of No Objection regarding Chadbourne and AlixPartners Eighth and Committee Members Sixth Monthly Applications | 0.20 | 40.00 |
| 10/20/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: notification of filing Chadbourne and Members Certificates of No Objection | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with A. Holtz and A. Leung re: notification of filing AlixPartners certificate of no objection | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | FAP | B144 | A100 | Multiple calls with H. Lamb re: Chadbourne and Parke's eighth monthly fee application filed in error and Certificate of No Objection thereto (.2); review J. McClelland's email and H. Lamb email exchanges re: same (.1); review docket and service copy of fee application (.2); discussions with K. Mumford and M. McGuire re: same (.1); draft notice of withdrawal (.1); draft affidavit of service (.1) | 0.80 | 160.00 |
| | FAP | B144 | A100 | File and serve notice of withdrawal of Certificate of No Objection to Chadbourne eighth monthly fee application (.4); follow-up email to H. Lamb re: same (.1) | 0.50 | 100.00 |
| 10/21/2009 | FAP | B144 | A100 | Follow-up call with H. Lamb re: corrected Chadbourne eighth fee application (.1); follow-up discussions with M. McGuire re: same (.1); draft notice of corrected fee application (.3); file and serve same (.5) | 1.00 | 200.00 |
| | FAP | B144 | A100 | Further revisions to September prebills | 0.20 | 40.00 |
| 10/22/2009 | FAP | B144 | A100 | Prepare affidavit of service for notice of corrected Chadbourne & Parke eighth fee application (.1); file same (.1) | 0.20 | 40.00 |
| | MBM | B144 | A100 | call with Vasquez re: supplemental 2014 disclosures | 0.30 | 111.00 |
| 10/23/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: members seventh fee application and expense summary (.1); review same in preparation of drafting application (.1) | 0.20 | 40.00 |
| 10/26/2009 | FAP | B144 | A100 | Draft/revise members seventh monthly application (.4); draft notice for same (.1) | 0.50 | 100.00 |
| | FAP | B144 | A100 | Email exchanges with H. Lamb re: status of re-filing Certificate of No Objection for Chadbourne eighth monthly fee application | 0.10 | 20.00 |
| | FAP | B144 | A100 | Review and compile Chadbourne ninth fee application in preparation of filing (.3); draft notice for same (.1) | 0.40 | 80.00 |
| | MAP | B144 | A100 | Review and revise Committee Members' 7th Monthly Fee App (.6); discussions with Panchak re: same (.1). | 0.70 | 192.50 |
| | FAP | B144 | A100 | Review AlixPartners fee application in preparation of filing (.1); email exchanges with A. Holtz re: same (.1); draft notice for same (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | File and coordinate service of Chadbourne ninth fee application (.6); follow-up email to H. Lamb re: same (.1) | 0.70 | 140.00 |
| | FAP | B144 | A100 | File and coordinate service of Committee Members seventh monthly application (.3); follow-up email to H. Lamb re: same (.1) | 0.40 | 80.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B144 | A100 | File and serve AlixPartners ninth monthly fee application (.4); follow-up email to A. Holtz re: same (.1) | 0.50 | 100.00 |
| 10/28/2009 | FAP | B144 | A100 | Review M. McGuire and A. Holtz email exchanges re: third supplemental declaration of AlixPartners (.1); file and coordinate service of same (.3); follow-up email to A. Holtz re: notification of filing same (.1) | 0.50 | 100.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for third supplemental declaration of AlixPartners and second supplemental affidavit of LRC (.1); file same (.1) | 0.20 | 40.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for committee professionals' ninth fee applications (.1); file same (.1) | 0.20 | 40.00 |
| 10/30/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: status of Certificate of No Objection to Chadbourne eighth monthly fee application | 0.10 | 20.00 |

|  |  |  |
|---|---|---|
| **B144 - Non-LRC Ret. & Fee Matt** | **18.50** | **4,211.50** |
| **For Current Services Rendered** | **211.90** | **70,264.00** |