# EXHIBIT "C"

{698.001-W0004268.}

Official Committee of Unsecured Creditors                              November 24, 2009
                                                                  Account No:   698-001
                                                                  Statement No:    10640

Tribune Company, et al. bankruptcy

                              **Expenses**

              Postage                                    16.60
              Copying                                   130.10
              Overnight Delivery                        172.48
              Courier Fees                            1,109.30
              Outside Duplication Services            2,341.07
              Electronic Filing - Lexis                 82.05
              Electronic Filing - PACER                 57.68
              US Postage                               778.63
              Court Reporter fees                      335.70
              Conference Call Service                    5.81
                                                     --------
              **Total Expenses Thru 10/31/2009**      **$5,029.42**

{698.001-W0004350.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 08/11/2009 | AGL | U | B100 | E217 | | 29.70 | Court Reporter fee Veritext New York Reporting Co. | 394 |
| *Subtotal for Transaction Date 08/11/2009* | | | | | Billable | 29.70 | | |
| 698.001 | 09/29/2009 | AGL | U | B100 | E216 | | 42.50 | Courier Fee - Advance TriState Courier & Carriage | 365 |
| *Subtotal for Transaction Date 09/29/2009* | | | | | Billable | 42.50 | | |
| 698.001 | 09/30/2009 | AGL | U | B100 | E208 | | 57.68 | Electronic Filing PACER-Advance | 382 |
| *Subtotal for Transaction Date 09/30/2009* | | | | | Billable | 57.68 | | |
| 698.001 | 10/01/2009 | AGL | U | B100 | E101 | 0.100 | 5.10 | Copying | 363 |
| *Subtotal for Transaction Date 10/01/2009* | | | | | Billable | 5.10 | | |
| 698.001 | 10/02/2009 | AGL | U | B100 | E221 | | 32.86 | Overnight Delivery FedEx | 351 |
| 698.001 | 10/02/2009 | AGL | U | B100 | E211 | | 413.82 | Outside printing - Advance Digital Legal Services, LLC - 50946 | 368 |
| *Subtotal for Transaction Date 10/02/2009* | | | | | Billable | 446.68 | | |
| 698.001 | 10/06/2009 | AGL | U | B100 | E226 | | 5.81 | Conference Call Service American Teleconferencing Services Ltd. - DBR | 395 |
| *Subtotal for Transaction Date 10/06/2009* | | | | | Billable | 5.81 | | |
| 698.001 | 10/07/2009 | AGL | U | B100 | E101 | 0.100 | 11.00 | Copying | 364 |
| 698.001 | 10/07/2009 | AGL | U | B100 | E108 | | 6.10 | Postage | 375 |
| 698.001 | 10/07/2009 | AGL | U | B100 | E216 | | 20.00 | Courier Fee - Advance TriState Courier & Carriage | 396 |
| *Subtotal for Transaction Date 10/07/2009* | | | | | Billable | 37.10 | | |
| 698.001 | 10/12/2009 | AGL | U | B100 | E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - 50914 | 366 |
| 698.001 | 10/12/2009 | AGL | U | B100 | E210 | | 5.25 | US Postage # Digital Legal Services, LLC - 50914 | 367 |
| 698.001 | 10/12/2009 | AGL | U | B100 | E101 | 0.100 | 1.00 | Copying | 377 |
| 698.001 | 10/12/2009 | AGL | U | B100 | E216 | | 72.00 | Courier Fee - Advance TriState Courier & Carriage | 397 |
| *Subtotal for Transaction Date 10/12/2009* | | | | | Billable | 82.10 | | |
| 698.001 | 10/13/2009 | AGL | U | B100 | E211 | | 240.49 | Outside printing - Advance Digital Legal Services, LLC - 50951 | 369 |
| 698.001 | 10/13/2009 | AGL | U | B100 | E210 | | 161.04 | US Postage # Digital Legal Services, LLC - 50951 | 370 |
| 698.001 | 10/13/2009 | AGL | U | B100 | E101 | 0.100 | 5.40 | Copying | 378 |
| 698.001 | 10/13/2009 | AGL | U | B100 | E217 | | 41.40 | Court Reporter fee Veritext New York Reporting Co. | 393 |
| 698.001 | 10/13/2009 | AGL | U | B100 | E216 | | 297.00 | Courier Fee - Advance TriState Courier & Carriage | 398 |
| *Subtotal for Transaction Date 10/13/2009* | | | | | Billable | 745.33 | | |
| 698.001 | 10/14/2009 | AGL | U | B100 | E211 | | 45.63 | Outside printing - Advance Digital Legal Services, LLC - 50960 | 371 |
| 698.001 | 10/14/2009 | AGL | U | B100 | E210 | | 12.05 | US Postage # Digital Legal Services, LLC - 50960 | 372 |
| 698.001 | 10/14/2009 | AGL | U | B100 | E101 | 0.100 | 47.20 | Copying | 379 |
| 698.001 | 10/14/2009 | AGL | U | B100 | E101 | 0.100 | 8.00 | Copying | 380 |
| 698.001 | 10/14/2009 | AGL | U | B100 | E216 | | 53.40 | Courier Fee - Advance TriState Courier & Carriage | 399 |
| *Subtotal for Transaction Date 10/14/2009* | | | | | Billable | 166.28 | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|---|------|--------|---|-------|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | Description | Ref # |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 10/15/2009 | AGL | U | B100 | E211 | | 678.56 | Outside printing - Advance Digital Legal Services, LLC - 50976 | 373 |
| 698.001 | 10/15/2009 | AGL | U | B100 | E210 | | 250.80 | US Postage # Digital Legal Services, LLC - 50976 | 374 |
| 698.001 | 10/15/2009 | AGL | U | B100 | E216 | | 297.00 | Courier Fee - Advance TriState Courier & Carriage | 400 |
| 698.001 | 10/15/2009 | AGL | U | B100 | E221 | | 22.92 | Overnight Delivery FedEx | 422 |

Subtotal for Transaction Date 10/15/2009          Billable     1,249.28

| 698.001 | 10/16/2009 | AGL | U | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage | 401 |

Subtotal for Transaction Date 10/16/2009          Billable     17.40

| 698.001 | 10/19/2009 | AGL | U | B100 | E108 | | 5.25 | Postage | 376 |
| 698.001 | 10/19/2009 | AGL | U | B100 | E101 | 0.100 | 5.40 | Copying | 381 |
| 698.001 | 10/19/2009 | AGL | U | B100 | E108 | | 5.25 | Postage | 388 |
| 698.001 | 10/19/2009 | AGL | U | B100 | E216 | | 10.00 | Courier Fee - Advance TriState Courier & Carriage | 408 |

Subtotal for Transaction Date 10/19/2009          Billable     25.90

| 698.001 | 10/20/2009 | AGL | U | B100 | E101 | 0.100 | 3.00 | Copying | 389 |
| 698.001 | 10/20/2009 | AGL | U | B100 | E216 | | 20.00 | Courier Fee - Advance TriState Courier & Carriage | 409 |

Subtotal for Transaction Date 10/20/2009          Billable     23.00

| 698.001 | 10/21/2009 | AGL | U | B100 | E211 | | 6.41 | Outside printing - Advance Digital Legal Services, LLC - 51055 | 384 |
| 698.001 | 10/21/2009 | AGL | U | B100 | E210 | | 5.25 | US Postage # Digital Legal Services, LLC - 51055 | 385 |
| 698.001 | 10/21/2009 | AGL | U | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 410 |

Subtotal for Transaction Date 10/21/2009          Billable     47.66

| 698.001 | 10/22/2009 | AGL | U | B100 | E217 | | 35.10 | Court Reporter fee J & J Court Transcribers, Inc. - Federal Court Expedited on 8/31 & 9/24/2009 | 383 |

Subtotal for Transaction Date 10/22/2009          Billable     35.10

| 698.001 | 10/23/2009 | AGL | U | B100 | E211 | | 200.00 | Outside printing - Advance Digital Legal Services, LLC - 51115 | 404 |
| 698.001 | 10/23/2009 | AGL | U | B100 | E221 | | 33.49 | Overnight Delivery FedEx | 406 |

Subtotal for Transaction Date 10/23/2009          Billable     233.49

| 698.001 | 10/26/2009 | AGL | U | B100 | E211 | | 301.86 | Outside printing - Advance Digital Legal Services, LLC - 51092 | 386 |
| 698.001 | 10/26/2009 | AGL | U | B100 | E210 | | 44.60 | US Postage # Digital Legal Services, LLC - 51092 | 387 |
| 698.001 | 10/26/2009 | AGL | U | B100 | E101 | 0.100 | 3.80 | Copying | 390 |
| 698.001 | 10/26/2009 | AGL | U | B100 | E101 | 0.100 | 37.80 | Copying | 391 |
| 698.001 | 10/26/2009 | AGL | U | B100 | E221 | | 83.21 | Overnight Delivery FedEx | 407 |
| 698.001 | 10/26/2009 | AGL | U | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 411 |

Subtotal for Transaction Date 10/26/2009          Billable     507.27

| 698.001 | 10/27/2009 | AGL | U | B100 | E101 | 0.100 | 2.40 | Copying | 392 |

Subtotal for Transaction Date 10/27/2009          Billable     2.40

| 698.001 | 10/28/2009 | AGL | U | B100 | E211 | | 262.35 | Outside printing - Advance Digital Legal Services, LLC - 51105 | 402 |
| 698.001 | 10/28/2009 | AGL | U | B100 | E210 | | 161.04 | US Postage # Digital Legal Services, LLC - 51105 | 403 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 10/28/2009 | AGL | U | B100 | E216 | | 208.00 | Courier Fee - Advance TriState Courier & Carriage | 412 |
| Subtotal for Transaction Date 10/28/2009 | | | | | | Billable | 631.39 | | |
| 698.001 | 10/29/2009 | AGL | U | B100 | E217 | | 229.50 | Diana Doman, Court Reporter fee | 421 |
| Subtotal for Transaction Date 10/29/2009 | | | | | | Billable | 229.50 | | |
| 698.001 | 10/30/2009 | AGL | U | B100 | E211 | | 188.10 | Outside printing - Advance Digital Legal Services, LLC - 51181 | 413 |
| 698.001 | 10/30/2009 | AGL | U | B100 | E210 | | 138.60 | US Postage # Digital Legal Services, LLC - 51181 | 414 |
| Subtotal for Transaction Date 10/30/2009 | | | | | | Billable | 326.70 | | |
| 698.001 | 10/31/2009 | AGL | U | B100 | E212 | | 82.05 | Electronic Filing LEXIS - Advance LexisNexis | 405 |
| Subtotal for Transaction Date 10/31/2009 | | | | | | Billable | 82.05 | | |

| Total for Client ID 698.001 | | | | | | Billable | 5,029.42 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

| | | | | | | Billable | 5,029.42 | | |
|---|---|---|---|---|---|---|---|---|---|