# EXHIBIT "B"

### EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

October 1, 2009 through and including October 31, 2009

| Project Code | Description | Hours | Amount |
|---|---|---:|---:|
| 005735.00001 | Business Analysis | 15.40 | $7,734.00 |
| 005735.00004 | Current Financials | 235.50 | 108,320.00 |
| 005735.00005 | Prospective Financials | 2.20 | 1,309.00 |
| 005735.00006 | Vendor Issues | 5.20 | 2,340.00 |
| 005735.00007 | Employee Issues | 4.00 | 1,843.50 |
| 005735.00008 | Plan of Reorganization | 19.30 | 10,528.00 |
| 005735.00010 | Claims & Recoveries | 20.10 | 10,255.50 |
| 005735.00011 | Misc. Motions | 3.70 | 1,853.50 |
| 005735.00012 | Asset Sales | 7.30 | 3,505.50 |
| 005735.00014 | Avoidance Actions | 590.85 | 243,908.75 |
| 005735.00015 | UCC Meetings | 16.70 | 10,617.50 |
| 005735.00017 | Billing and Retention | 34.70 | 16,805.00 |
| **Total Fees Incurred** | | **954.95** | **$419,020.25** |

15

Invoice #    2022399-1

Re:      Business Analysis
Client/Matter #   005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/09 | YK | Reviewed and analyzed recent competitor and industry news including Moelis updates. | 0.70 |
| 10/01/09 | BH | Review and analyze the reasons behind the shutdown of wire service joint venture with the Washington Post. Request information from Debtors advisors. | 0.40 |
| 10/02/09 | BH | Review and analyze information provided by Debtors advisors on the motivation to exit the joint venture between the L.A. Times and Washington Post. Obtain data on the alternative resources Debtor will use in replacement of this arrangement. | 0.70 |
| 10/05/09 | BH | Review and compare reports available in the N.Y. Times on newspaper publication financial results with the current trends at Tribune. Include results of analysis in UCC weekly report. | 0.40 |
| 10/06/09 | YK | Reviewed and analyzed recent industry reports, publications and Moelis media update. | 0.60 |
| 10/07/09 | HYL | Reviewed Moelis weekly industry update document | 0.60 |
| 10/08/09 | HYL | Gathered and reviewed industry and competitor data for reporting to the UCC. | 1.10 |
| 10/09/09 | YK | Reviewed and analyzed recently posted industry reports, including Moelis updates. | 0.50 |
| 10/14/09 | HYL | Reviewed Moelis weekly media industry update document. | 0.60 |
| 10/14/09 | HYL | Followed up with Debtors' advisors regarding outstanding open requests related to weekly cash questions and other financial data requests. | 0.20 |
| 10/14/09 | BH | Review latest Moelis industry update report. | 0.80 |
| 10/14/09 | YK | Reviewed and analyzed Moelis media report. | 0.70 |
| 10/15/09 | YK | Reviewed and analyzed relevant industry and competitor activities. | 0.80 |
| 10/20/09 | HYL | Reviewed and analyzed LA Times Major Category and Market Share reports. | 0.40 |
| 10/20/09 | HYL | Reviewed Moelis weekly industry update. | 0.30 |
| 10/21/09 | YK | Reviewed and analyzed Moelis media reports. | 0.40 |
| 10/21/09 | BH | Review articles on performance of other newspapers and broadcast companies for comparison to Tribune and comments in our weekly report to the UCC. | 0.80 |
| 10/22/09 | YK | Reviewed and analyzed recent developments in the publishing and broadcasting industry. | 1.10 |
| 10/23/09 | YK | Reviewed and analyzed recent developments in the publishing and broadcasting industry. | 0.80 |
| 10/29/09 | YK | Reviewed recent Moelis report. | 0.40 |
| 10/29/09 | BH | Review and analyze recent comments of Sam Zell published | 0.50 |

Invoice #                2022399-1

Re:                      Business Analysis
Client/Matter #          005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | in regards to the Tribune bankruptcy. |  |
| 10/29/09 | HYL | Reviewed and requested additional information regarding period circulation information. | 0.40 |
| 10/29/09 | HYL | Gathered and reviewed industry data for reporting to UCC. | 1.10 |
| 10/30/09 | YK | Reviewed and analyzed recent developments among industry and competitors. | 1.10 |
|      |      | **Total Hours** | **15.40** |

Invoice #                2022399-1

Re:                      Business Analysis
Client/Matter #          005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 4.70 | 510.00 | 2,397.00 |
| Brad Hall | 3.60 | 595.00 | 2,142.00 |
| Young Kim | 7.10 | 450.00 | 3,195.00 |
| **Total Hours & Fees** | **15.40** | | **7,734.00** |

Invoice #                   2022399-2

Re:                         Current Financials
Client/Matter #             005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/09 | ANL | Prepared weekly status update to UCC. | 2.10 |
| 10/01/09 | ANL | Analyzed and reviewed weekly cash flow results and revenue flash reports. Reviewed historical Q3 weekly results. | 2.70 |
| 10/01/09 | ANL | Reviewed July and August monthly management report. | 1.60 |
| 10/01/09 | HYL | Prepared and reviewed cash data related to weekly report to UCC. | 1.30 |
| 10/01/09 | HYL | Reviewed monthly operating report for period 8/3/09 to 8/30/09. | 0.90 |
| 10/01/09 | YK | Reviewed and analyzed recently posted financials, including pacing reports for the recent week and other operating statistics. | 0.80 |
| 10/01/09 | BH | Review outstanding information requests and prepare schedule for follow-up with Debtors advisors. | 0.40 |
| 10/02/09 | YK | Reviewed and analyzed recently posted financials, including pacing reports for the recent week. | 0.90 |
| 10/02/09 | ANL | Prepared weekly report to the UCC. | 1.80 |
| 10/02/09 | ANL | Reviewed July and August monthly management report. | 0.80 |
| 10/02/09 | ANL | Analyzed and reviewed updated 13 week cash flow forecast from the Debtors. Prepared summary of the updated forecast for UCC. | 2.20 |
| 10/02/09 | HYL | Updated and reviewed weekly report to UCC. | 1.10 |
| 10/05/09 | YK | Reviewed and analyzed recent docket items, including 2276 and recently posted financials, including pacing reports for the recent week and other operating statistics. | 0.90 |
| 10/05/09 | ANL | Reviewed Q4 2008 and August monthly management reports.  Reviewed LA Times income statement to identify impact of LATWP dissolution. | 1.80 |
| 10/05/09 | ANL | Analyzed and reviewed weekly cash flow and revenue results. | 1.20 |
| 10/05/09 | BH | Review and analyze information provided by Debtors advisors on weekly financial results. Draft and edit weekly report to UCC on financial activity for the week. | 3.20 |
| 10/06/09 | BH | Review and analyze the monthly financial performance as indicated in the Brown Book for July and August. Compare actual results to plan. | 2.80 |
| 10/06/09 | ANL | Prepared summary of LATWP partnership. Reviewed and revised weekly status update to UCC. | 2.30 |

Invoice #                2022399-2

Re:                      Current Financials
Client/Matter #          005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/06/09 | ANL | Analyzed and reviewed updated 13 week cash flow forecast from the Debtors. | 1.20 |
| 10/06/09 | AH | Review weekly AlixPartners report to UCC | 0.50 |
| 10/06/09 | YK | Reviewed and analyzed recently posted docket items (such as 2277) and financial reports. | 0.50 |
| 10/07/09 | YK | Reviewed and analyzed docket items, including items involving claims transfers. | 1.20 |
| 10/07/09 | ANL | Reviewed and analyzed weekly cash flow results and revenue flash reports for publishing and broadcasting. | 1.60 |
| 10/08/09 | HYL | Prepared and updated cash and industry news sections of the weekly report to UCC. | 2.70 |
| 10/08/09 | ANL | Analyzed weekly revenue and cash flow results for week ended October 4. Prepared weekly status report to the UCC. | 2.50 |
| 10/08/09 | YK | Reviewed and analyzed recently posted docket items and financial reports, including cash flow comparisons. | 0.80 |
| 10/08/09 | BH | Review and analyze data provided on the latest weekly financial results and flash reports. | 1.30 |
| 10/09/09 | ANL | Prepared publishing and broadcasting weekly summaries and cash flow summaries for the weekly status report to the UCC. | 1.80 |
| 10/09/09 | YK | Reviewed and analyzed recently posted financials, including pacing reports for the recent week and other operating statistics. | 0.80 |
| 10/09/09 | HYL | Reviewed August Monthly Operating support documentation. | 0.90 |
| 10/12/09 | HYL | Reviewed and analyzed August monthly operating report including focus and follow-up request regarding intercompany receivables and payables. | 2.30 |
| 10/12/09 | ANL | Reviewed and revised weekly status update. | 1.10 |
| 10/12/09 | YK | Reviewed and analyzed docket items, including various filings for transfer of claims. | 0.80 |
| 10/12/09 | YK | Reviewed and revised weekly status report to the UCC. | 0.90 |
| 10/12/09 | BH | Review and analyze financial information provided by Debtors advisors. Draft and edit comments in the UCC weekly report of actual financial performance by Tribune. | 2.70 |
| 10/12/09 | BH | Review and analyze August MOR and request additional information from Debtors advisors. | 1.60 |
| 10/13/09 | YK | Reviewed and analyzed docket items, including items | 0.50 |

Invoice #              2022399-2

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | related to claims transfer to 3rd parties. | |
| 10/13/09 | ANL | Revised 13 week cash flow analysis and revenue flash reports. | 1.80 |
| 10/13/09 | ANL | Reviewed and analyzed monthly management operating reports. | 2.30 |
| 10/14/09 | HYL | Reviewed and analyzed weekly flash data and preliminary Q309 operating results. | 0.90 |
| 10/14/09 | AH | Review weekly report to UCC | 0.30 |
| 10/14/09 | ANL | Analyzed and reviewed weekly cash results and revenue data. Prepared weekly status report to UCC. | 2.20 |
| 10/14/09 | ANL | Reviewed and analyzed Q3 2009 management operating report. | 0.80 |
| 10/14/09 | BH | Review weekly report to UCC and make edits before posting the report as final. | 1.40 |
| 10/14/09 | BH | Review and analyze latest MOR and update trend analysis with current month information. | 1.50 |
| 10/15/09 | BH | Review and analyze notes from weekly call with Debtors advisors. | 0.50 |
| 10/15/09 | YK | Participated in professionals' call regarding recent operating performance.  Call was hosted by A&M and Tribune. | 0.50 |
| 10/15/09 | YK | Reviewed and analyzed cash flow schedules provided by the Debtor and Debtor's advisor. | 2.20 |
| 10/15/09 | YK | Reviewed and analyzed broadcasting operating results schedule, recently posted by the Debtor. | 1.90 |
| 10/15/09 | YK | Reviewed and analyzed publishing operating schedules provided by the Debtor. | 1.20 |
| 10/15/09 | ANL | Prepared for and participated in weekly call with A&M and Tribune management to discuss weekly cash flow and revenue results. | 1.20 |
| 10/15/09 | ANL | Reviewed and analyzed weekly newspaper revenue flash, broadcasting pacing report, and weekly cash flow results. | 2.20 |
| 10/15/09 | ANL | Analyzed 13 week cash flow forecast. | 1.30 |
| 10/15/09 | HYL | Reviewed and analyzed weekly flash data and cash variance report. | 0.90 |
| 10/16/09 | YK | Reviewed and analyzed recently posted reports, including Q3 Brook Brown. | 0.80 |
| 10/16/09 | YK | Reviewed and analyzed cash flow schedules provided by the Debtor. | 0.80 |

Invoice #                 2022399-2

Re:                       Current Financials
Client/Matter #           005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/16/09 | YK | Reviewed and analyzed broadcasting operating results schedules provided by the Debtor. | 0.80 |
| 10/16/09 | YK | Reviewed and analyzed publishing operating results schedules provided by the Debtor. | 0.80 |
| 10/16/09 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 10/16/09 | ANL | Analyzed and reviewed Q3 management operating report and other management reports for historical periods. | 3.80 |
| 10/16/09 | BH | Review weekly financial data provided by Debtor and their advisors. Provide request for answers to questions necessary for preparation of weekly report to UCC. | 1.80 |
| 10/16/09 | TP | Reviewed and analyzed publishing revenue, expenses and operating cash flow for Q3 2009. | 2.10 |
| 10/18/09 | TP | Reviewed and analyzed consolidated operating results for Q3. | 2.30 |
| 10/19/09 | TP | Reviewed and analyzed publishing segment operating results for Q3 and September 2009. | 3.40 |
| 10/19/09 | HYL | Reviewed Q3 2009 operating reports. Prepared and reviewed reported to UCC on Q3 2009 operating results. | 2.60 |
| 10/19/09 | ANL | Analyzed and reviewed July, August and Q3 management operating reports. | 2.80 |
| 10/19/09 | ANL | Prepared summary of Q3 broadcasting income statement, July, August and September broadcasting results. | 2.30 |
| 10/19/09 | ANL | Prepared summary of Q3, July, August and September consolidated income statement. | 1.80 |
| 10/19/09 | ANL | Prepared presentation on Q3, July, August and September broadcasting revenue details. | 1.40 |
| 10/19/09 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 10/19/09 | BH | Review, analysis and editing of weekly report to the UCC based upon most recent weeks financial information. | 2.40 |
| 10/20/09 | BH | Review, analyze and edit a report on Q3 financial results and comparison to 2009 Plan. | 3.40 |
| 10/20/09 | ANL | Analyzed and reviewed historical Broadcasting revenue detail and expenses detail from January 2009 through September 2009. | 3.10 |
| 10/20/09 | ANL | Prepared analysis of broadcasting gross advertising trends. | 1.20 |
| 10/20/09 | ANL | Prepared presentation on Broadcasting Q3 2009 results. | 3.20 |
| 10/20/09 | ANL | Reviewed and analyzed Gannett Q3 2009 results. | 1.70 |
| 10/20/09 | HYL | Prepared and review Q3 operating results report to UCC. | 4.40 |

Invoice #            2022399-2

Re:                 Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/20/09 | TP | Reviewed and analyzed commercial printing and delivery operating results for Q3. | 3.10 |
| 10/20/09 | TP | Drafted presentation materials for publishing operating results for Q3 presentation to UCC. | 2.70 |
| 10/20/09 | TP | Reviewed and analyzed publishing operating results for Q3. | 4.30 |
| 10/20/09 | AH | Review weekly report to UCC | 0.30 |
| 10/21/09 | TP | Analyzed and reviewed operating cash flow for Q3 2009. | 1.70 |
| 10/21/09 | TP | Analyzed and reviewed commercial printing and delivery results for Q3 2009. Prepared summary of results for Q3 brown book. | 2.90 |
| 10/21/09 | TP | Analyzed publishing expenses for Q3 2009 operating results. Prepared summary of publishing expenses for Q3 brown book. | 1.60 |
| 10/21/09 | TP | Prepared summary of Q3 operating results for the Publishing business by segment. | 1.30 |
| 10/21/09 | TP | Reviewed, revised and edited Q3 brown book presentation to the Unsecured Creditors Committee and counsel. | 2.30 |
| 10/21/09 | YK | Reviewed and analyzed recent operating statistics, such as market share schedules. | 0.80 |
| 10/21/09 | HYL | Reviewed and updated Q309 operating report to UCC. | 4.10 |
| 10/21/09 | ANL | Reviewed and revised UCC report on Q3 Operating Results. | 2.20 |
| 10/21/09 | ANL | Analyzed and reviewed weekly cash flow and revenue results. | 1.80 |
| 10/22/09 | ANL | Reviewed and revised equity income analysis for UCC presentation. | 2.60 |
| 10/22/09 | ANL | Reviewed and revised publishing Q3 revenue and expenses analysis for UCC presentation. | 2.30 |
| 10/22/09 | ANL | Reviewed and analyzed New York Times Q3 2009 results and Gannett Q3 2009 results for comparable analysis. | 2.10 |
| 10/22/09 | ANL | Prepared summary of Q1 through Q3 2009 corporate expenses. | 1.30 |
| 10/22/09 | YK | Reviewed and analyzed selected docket items, such as claims transfers. | 0.70 |
| 10/22/09 | YK | Reviewed and analyzed cash flow schedules provided by the Debtor. Identified and followed up on issues to address. | 2.40 |
| 10/22/09 | YK | Reviewed and analyzed broadcasting operating results schedules provided by the Debtor. | 2.10 |
| 10/22/09 | YK | Reviewed and analyzed publishing operating results | 2.10 |

Invoice #            2022399-2

Re:                 Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | schedules provided by the Debtor. | |
| 10/22/09 | TP | Analyzed and reviewed Q3 operating results of Tribune's Publishing segment in comparison to New York Times, Gannett, and McClatchy. Prepared comparison of publishing results. | 3.40 |
| 10/22/09 | TP | Reviewed and analyzed Q3 operating results of Tribune's broadcasting segment. Compared to broadcasting competitors. | 2.10 |
| 10/22/09 | TP | Reviewed and revised Q3 2009 Operating Report. | 1.70 |
| 10/23/09 | HYL | Reviewed and updated Q309 operating results report to UCC. | 3.30 |
| 10/23/09 | ANL | Reviewed and analyzed weekly cash results. Prepared questions for Debtors regarding Cubs proceeds and investment accounts. | 2.10 |
| 10/23/09 | ANL | Prepared summary of commercial printing & delivery revenue and OCF for Q1 through Q3 2009. | 1.80 |
| 10/23/09 | ANL | Prepared summary weekly broadcast pacings, publishing revenue results, and weekly cash results. | 1.70 |
| 10/23/09 | ANL | Reviewed and revised Summary of Q3 Operating Results to the UCC. | 1.30 |
| 10/23/09 | YK | Reviewed and analyzed docket items, including item #2403 (re an energy services vendor). | 0.60 |
| 10/23/09 | YK | Reviewed and analyzed cash flow schedules provided by the Debtor through the online data room.  Followed up on any outstanding issues to clarify. | 1.60 |
| 10/23/09 | YK | Reviewed and analyzed broadcasting operating schedule. Followed up on any outstanding issues. | 1.20 |
| 10/23/09 | YK | Reviewed and analyzed publishing operating results schedules provided by the Debtor. | 1.50 |
| 10/23/09 | HYL | Follow-up with Debtors' advisors regarding current week cash variance explanation. | 0.40 |
| 10/23/09 | BH | Review and analyze the Q3 financial reports of Tribune and edit report for presentation to UCC. | 3.70 |
| 10/26/09 | ANL | Prepared Q3 2009 report to UCC revisions. | 1.70 |
| 10/26/09 | YK | Reviewed and revised weekly presentation to the UCC. | 0.30 |
| 10/26/09 | AH | Review Q3 report on operations for UCC. | 1.70 |
| 10/27/09 | YK | Reviewed and revised the UCC weekly status report. | 0.50 |
| 10/27/09 | YK | Reviewed recently posted financial data, including | 0.80 |

Invoice #         2022399-2

Re:             Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | consolidated intercompany updates provided by the Debtor. | |
| 10/27/09 | ANL | Reviewed and revised weekly status update. | 1.20 |
| 10/28/09 | HYL | Updated and finalized weekly report to UCC. | 0.40 |
| 10/28/09 | HYL | Updated and reviewed Q309 operating results report to the UCC. | 1.20 |
| 10/28/09 | AH | Review weekly report to UCC | 0.50 |
| 10/28/09 | BH | Review, analyze and revise report on Tribune weekly financial performance. | 2.10 |
| 10/28/09 | YK | Reviewed, revised and posted the final draft of UCC weekly status presentation. | 0.40 |
| 10/28/09 | YK | Reviewed and analyzed recently posted financial reports including consolidated financial statements and UCC agenda. | 0.70 |
| 10/29/09 | YK | Attended professionals' conference call hosted by A&M and the Debtor.  Reviewed recent operating performance. | 0.50 |
| 10/29/09 | BH | Make edits to final draft of Quarterly Report to UCC on Q3 results of Tribune. | 1.70 |
| 10/29/09 | BH | Review information provided by Tribune advisors on most recent weekly performance and pacing results. | 0.70 |
| 10/29/09 | BH | Review and analyze most recent Brown Book information and comparison to Plan and expected year end OCF performance. | 2.50 |
| 10/29/09 | HYL | Reviewed week 43 cash variance and 13 week cash forecast. | 0.80 |
| 10/29/09 | HYL | Reviewed and analyzed period 9 monthly operating report. | 0.90 |
| 10/29/09 | ANL | Prepared for and participated in weekly call with A&M and Tribune management to discuss weekly cash flow and revenue results. | 1.20 |
| 10/29/09 | ANL | Analyzed and reviewed 13 week cash flow forecast.  Analyzed period to date revenue flash reports and ABC reports. | 3.10 |
| 10/29/09 | ANL | Prepared weekly status report to the UCC. | 1.30 |
| 10/29/09 | YK | Reviewed and analyzed recently posted financial reports provided by the Debtor, including pacing reports and five year plan model. | 1.10 |
| 10/29/09 | YK | Reviewed and revised presentation to the UCC. | 0.60 |
| 10/29/09 | YK | Reviewed and analyzed cash flow projection versions to actual results. | 1.40 |
| 10/30/09 | ANL | Prepared weekly status report to the UCC. | 1.60 |

Invoice #             2022399-2

Re:                   Current Financials
Client/Matter #       005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/30/09 | ANL | Analyzed and reviewed Audit Bureau of Circulation (ABC) reports. Analyzed Tribune circulation results for Q3 and year to date. | 2.70 |
| 10/30/09 | ANL | Analyzed and reviewed 13 week cash flow forecast. | 1.20 |
| 10/30/09 | YK | Reviewed and analyzed cash flow trends and forecasts provided by the Debtor.  Compared prior projections with actual results. | 2.40 |
| 10/30/09 | YK | Reviewed and revised draft version of status report to the UCC. | 0.90 |
| 10/30/09 | YK | Reviewed recently posted financial reports and docket items, such as five year model summaries. | 0.80 |
| | | **Total Hours** | **235.50** |

Invoice #              2022399-2

Re:                    Current Financials
Client/Matter #        005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 3.30 | 790.00 | 2,607.00 |
| Harold Y Lee | 29.10 | 510.00 | 14,841.00 |
| Brad Hall | 33.70 | 595.00 | 20,051.50 |
| Albert Leung | 94.00 | 450.00 | 42,300.00 |
| Young Kim | 40.50 | 450.00 | 18,225.00 |
| Tristan Peitz | 34.90 | 295.00 | 10,295.50 |
| **Total Hours & Fees** | **235.50** | | **108,320.00** |

Invoice #               2022399-3

Re:                     Prospective Financials
Client/Matter #         005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/28/09 | BH | Review updated 5 year Plan model provided by Debtors advisors and responses to inquiries regarding same by other advisors. | 2.20 |
| | | **Total Hours** | **2.20** |

Invoice #             2022399-3

Re:                  Prospective Financials
Client/Matter #      005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 2.20 | 595.00 | 1,309.00 |
| **Total Hours & Fees** | **2.20** | | **1,309.00** |

Invoice #           2022399-4

Re:                 Vendor Issues
Client/Matter #     005735.00006

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 10/12/09 | YK | Reviewed and analyzed contract summaries and vendor disbursement schedules provided by the Debtor. | 1.80 |
| 10/13/09 | YK | Reviewed and analyzed contract summaries and vendor disbursement schedules provided by the Debtor. | 1.70 |
| 10/15/09 | YK | Reviewed and analyzed contract summary and vendor disbursement schedules provided by A&M on behalf of the Debtor. | 1.10 |
| 10/21/09 | YK | Reviewed and analyzed contract and vendor schedules. | 0.60 |
| | | **Total Hours** | **5.20** |

Invoice #              2022399-4

Re:                    Vendor Issues
Client/Matter #        005735.00006

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Young Kim | 5.20 | 450.00 | 2,340.00 |
| **Total Hours & Fees** | **5.20** | | **2,340.00** |

Invoice #              2022399-5

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/09/09 | ANL | Reviewed and analyzed management incentive plans, stock option plans, and restricted stock plans. | 2.80 |
| 10/25/09 | ANL | Analyzed and reviewed severance payments to insiders for ChicagoLand and InsertCo. | 0.90 |
| 10/25/09 | BH | Review payments regarding InsertCo employees for compliance with Motion procedures. | 0.30 |
| | | **Total Hours** | **4.00** |

Invoice #             2022399-5

Re:                   Employee Issues
Client/Matter #       005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 0.30 | 595.00 | 178.50 |
| Albert Leung | 3.70 | 450.00 | 1,665.00 |
| **Total Hours & Fees** | **4.00** | | **1,843.50** |

Invoice #              2022399-6

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 10/09/09 | BH | Review and analyze the potential shareholders and percentage of ownership in the event of varying outcomes to review of claim positions between the bank lenders and bondholders. | 1.40 |
| 10/12/09 | AH | Discuss 5% holder analysis and other case updates with D. Deutsch (Chadbourne) | 0.40 |
| 10/13/09 | BH | Prepare financial model to evaluate shareholder equity positions in varying outcomes of claims priority between banks and bondholders. | 2.70 |
| 10/17/09 | BH | Provide status update to the model for evaluating shareholder levels exceeding 5% in various Plan of Reorganization claim outcomes. | 0.70 |
| 10/19/09 | BH | Review and analysis of information on the holders of bonds and senior bank debt. Preparation of a model to evaluate potential shareholder equity levels based upon different outcomes of claims between banks and bondholders. | 3.60 |
| 10/19/09 | HYL | Researched, reviewed and analyzed equity ownership information related to plan of reorganization. | 1.10 |
| 10/19/09 | TP | Analyzed potential equity ownership scenarios based on plan of reorganization and fraudulent conveyance. | 2.70 |
| 10/19/09 | ANL | Analyzed and reviewed Bloomberg information on bondholder list for each Tribune issue. | 1.80 |
| 10/20/09 | AH | Calls with D. Deutsch (Chadbourne) and M. Kulnis (UCC Chair) re: 5% equity analysis, and review emails re: same | 0.70 |
| 10/21/09 | HYL | Reviewed and prepared analysis regarding 5% equity ownership and 25% foreign ownership as related to plan of reorganization. | 1.10 |
| 10/23/09 | AH | Review Chadbourne memo re: FCC approval process | 0.80 |
| 10/27/09 | HYL | Reviewed and revised 5% equity ownership analysis. | 0.80 |
| 10/30/09 | BH | Review status of model for potential equity share holdings with varying valuations and claims treatment between banks and bondholders. Review income statements as of May 2007 for earnings trends in relation to balance sheet equity to determine estimate of liquidity by legal entity. | 1.50 |
| | | **Total Hours** | **19.30** |

Invoice #          2022399-6

Re:              Plan of Reorganization
Client/Matter #   005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.90 | 790.00 | 1,501.00 |
| Harold Y Lee | 3.00 | 510.00 | 1,530.00 |
| Brad Hall | 9.90 | 595.00 | 5,890.50 |
| Albert Leung | 1.80 | 450.00 | 810.00 |
| Tristan Peitz | 2.70 | 295.00 | 796.50 |
| **Total Hours & Fees** | **19.30** | | **10,528.00** |

Invoice #                    2022399-7

Re:                          Claims & Recoveries
Client/Matter #              005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/09 | ANL | Analyzed and reviewed updated current claims report and reconciliation report. | 0.70 |
| 10/01/09 | ANL | Prepared for and participated in telephonic meeting with Alvarez & Marsal regarding Current Active Claims Report and status of the claims reconciliation process. | 0.90 |
| 10/01/09 | BH | Review and analyze latest file on status of claims review provided by Debtors advisors. | 1.70 |
| 10/01/09 | HYL | Prepared for and participated in discussion with Debtor's Advisors regarding current status of claims analysis, next steps and timeline. Also discussed open request items including insider transactions and updated 13 week cash forecast. | 1.10 |
| 10/02/09 | HYL | Reviewed status update memo on claims process to C&P. | 0.20 |
| 10/02/09 | ANL | Analyzed and reviewed updated current claims report and reconciliation report. Prepared memo for UCC counsel on status. | 1.80 |
| 10/05/09 | ANL | Reviewed order and exhibits of the first, second, third and fourth omnibus objection to claims. | 0.80 |
| 10/12/09 | ANL | Analyzed and reviewed current active claims report by claim type. | 1.20 |
| 10/26/09 | BH | Review and analyze schedule of planned payment of convenience claims provided by Debtors advisors. | 1.30 |
| 10/27/09 | BH | Review draft motion for settlement procedures and claims objections. | 0.70 |
| 10/27/09 | ANL | Reviewed and analyzed updated claims analysis provided by Debtors. | 2.10 |
| 10/28/09 | HYL | Reviewed and discussed with A&M (Brian Whitman & Stu Kaufman) analysis supporting a $1,000 convenience class at the parent company as well as timing and next steps. | 1.20 |
| 10/29/09 | HYL | Reviewed and analyzed convenience class analysis including evaluation of alternate dollar levels and impact to number of claimants covered and incremental cost. Prepared write-up of analysis. Held follow-up with A. Holtz (AlixPartners). | 2.60 |
| 10/29/09 | AH | Review Debtors' claims analysis, including convenience class and discuss with H. Lee (AlixPartners). | 0.40 |
| 10/29/09 | BH | Review and analyze Tribune treatment of convenience claims and answers to questions about the schedules provided. Draft memo to Chadbourne with findings. | 1.60 |
| 10/30/09 | ANL | Analyzed and reviewed convenience claims analysis. | 1.80 |

Invoice #    2022399-7

Re:      Claims & Recoveries
Client/Matter #   005735.00010

                 **Total Hours**   **20.10**

Invoice #            2022399-7

Re:                 Claims & Recoveries
Client/Matter #     005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.40 | 790.00 | 316.00 |
| Harold Y Lee | 5.10 | 510.00 | 2,601.00 |
| Brad Hall | 5.30 | 595.00 | 3,153.50 |
| Albert Leung | 9.30 | 450.00 | 4,185.00 |
| **Total Hours & Fees** | **20.10** | | **10,255.50** |

Invoice #            2022399-8

Re:                 Misc. Motions
Client/Matter #     005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/26/09 | YK | Reviewed docket items, including Law Debenture Trust's motions (#2407). | 2.40 |
| 10/26/09 | BH | Review and analyze the motion for disgorgement of fees paid to senior lenders. Review total fees paid to lenders to date. | 1.30 |
| | | **Total Hours** | **3.70** |

Invoice #              2022399-8

Re:                    Misc. Motions
Client/Matter #        005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 1.30 | 595.00 | 773.50 |
| Young Kim | 2.40 | 450.00 | 1,080.00 |
| **Total Hours & Fees** | **3.70** | | **1,853.50** |

Invoice #                2022399-9

Re:                      Asset Sales
Client/Matter #          005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/09/09 | BH | Request an accounting of the intended investment of Cubs proceeds to be received from Cubs transaction. | 0.30 |
| 10/12/09 | BH | Review information on the intended investment of Cubs proceeds and compare to the requirements in the motion to approve the transaction. | 0.30 |
| 10/14/09 | YK | Reviewed and analyzed docket order regarding Cubs transaction, docket item 2332 and associated exhibits. | 1.50 |
| 10/15/09 | YK | Reviewed and analyzed Cubs-sale related court documents. | 0.80 |
| 10/28/09 | BH | Review data provided by Tribune advisors on Cubs proceeds deposits and investment accounts. | 0.30 |
| 10/28/09 | HYL | Requested and reviewed Cubs transaction proceeds bank account allocation. | 0.60 |
| 10/28/09 | ANL | Analyzed and reviewed Cubs sale procedures and post sale proceeds transfer information and bank account information. | 1.30 |
| 10/29/09 | ANL | Analyzed and reviewed JPM bank statements related to Cubs proceeds. Discuss funds transfer with counsel. | 1.30 |
| 10/29/09 | HYL | Followed-up and requested additional supporting information related to Cubs transaction proceeds. | 0.60 |
| 10/30/09 | HYL | Reviewed Cubs proceeds statement and responses by Debtors to related 13 week cash forecast questions. | 0.30 |
| | | **Total Hours** | **7.30** |

Invoice #               2022399-9

Re:                     Asset Sales
Client/Matter #         005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 1.50 | 510.00 | 765.00 |
| Brad Hall | 0.90 | 595.00 | 535.50 |
| Albert Leung | 2.60 | 450.00 | 1,170.00 |
| Young Kim | 2.30 | 450.00 | 1,035.00 |
| **Total Hours & Fees** | **7.30** | | **3,505.50** |

Invoice #                 2022399-10

Re:                       Avoidance Actions
Client/Matter #           005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/09 | MFR | Review of CIT valuation analyses. | 1.20 |
| 10/01/09 | MFR | Review of Navigant documentation gaps / communication with counsel (Chadbourne & Parke) regarding same. | 0.70 |
| 10/01/09 | MFR | Review and analysis of late September projections from Debtor / communication with Chadbourne regarding the same. | 3.40 |
| 10/01/09 | MFR | Communication with Chadbourne regarding document request from JPMorgan. | 0.30 |
| 10/01/09 | MFR | Correspondence with Chadbourne regarding discovery. | 0.50 |
| 10/01/09 | BH | Review and analyze data on payments made to Insiders in the one year period before filing. Request additional detail on the reason for payments to specific individuals. | 1.50 |
| 10/01/09 | AMJ | Analyzed various Citi 2006 valuation documents to determine any significant differences from the 2007 analysis and their potential impact on APLLP's analysis. | 3.10 |
| 10/01/09 | AMJ | Review and analysis of public Company financial information for Park Hill. | 1.40 |
| 10/01/09 | AMJ | Reviewed and summarized various Tribune documents (early 2007 e-mails) received in September production. Focused on identifying documents relating to pre-close solvency. | 1.90 |
| 10/01/09 | CR | Reviewed and revised document index updates. | 0.90 |
| 10/01/09 | CR | Reviewed documents from Relativity data site. | 3.90 |
| 10/02/09 | CR | Reviewed and revised document index. | 1.10 |
| 10/02/09 | CR | Reviewed Debtor documents from Relativity data site. | 6.90 |
| 10/02/09 | AMJ | Obtained various legal documents in the Tribune September document production. Reviewed documents for any information which relates to pre-close solvency. | 2.60 |
| 10/02/09 | AMJ | Obtained various emails pertaining to legal documents in the Tribune September document production. Reviewed documents for any information which relates to pre-close solvency. | 2.80 |
| 10/02/09 | BH | Review and analyze additional information on payments made to Insiders in the one year period prior to filing. Draft status memo to Chadbourne on review. | 1.30 |
| 10/02/09 | MFR | Review of Citi documents related to valuation and projections / communication with Chadbourne regarding the same. | 2.20 |

Invoice #                2022399-10

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/02/09 | MFR | Review of Debtor September projections / communication with Chadbourne regarding illegibility issues in projections. | 1.10 |
| 10/04/09 | AMJ | Reviewed and summarized documents received in Tribune September document production. Documents included e-mails, legal documents and supporting graphs/charts for presentations. Identified all documents that related to pre-close solvency and potentially could impact fraudulent conveyance analysis. | 8.40 |
| 10/05/09 | CR | Reviewed documents from Relativity data site. | 3.10 |
| 10/05/09 | CR | Reviewed and analyzed documents from Relativity data site. (2.8) Held discussion with M. Rule (AlixPartners) (0.3) | 3.10 |
| 10/05/09 | CR | Reviewed and analyzed documents from Relativity data site. | 3.20 |
| 10/05/09 | MFR | Review and analysis of various Zell financial models. | 2.10 |
| 10/05/09 | MFR | Communication with Chadbourne regarding VRC and Duff & Phelps discovery issues. | 1.10 |
| 10/05/09 | MFR | Review and analysis of downside projections prepared by the Debtors / communication with Chadbourne regarding the same. | 0.90 |
| 10/05/09 | MFR | Review and analysis of JPMorgan financial models. | 1.80 |
| 10/05/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding document review status. | 0.30 |
| 10/06/09 | MFR | Communication with Chadbourne regarding outstanding discovery issues. | 0.80 |
| 10/06/09 | MFR | Review and analysis of Goldman Sachs April 2007 analyst report. | 1.20 |
| 10/06/09 | ANL | Reviewed insider transactions and claims summary details. | 2.60 |
| 10/06/09 | AMJ | Reviewed and summarized miscellaneous graphs and charts in Tribune September document production. | 3.30 |
| 10/06/09 | AMJ | Reviewed and summarized various Tribune 2007 e-mails relating to pension benefits, legal documents and sensitivity models in the 1st half of 2007. | 1.90 |
| 10/06/09 | YK | Reviewed and analyzed confidential communication from Chadbourne & Parke attorneys. Reviewed drafts of pending agreements. | 1.10 |
| 10/06/09 | CR | Reviewed and revised document index. | 1.60 |
| 10/06/09 | CR | Reviewed and analyzed documents from Relativity data site (Tribune docs). | 3.90 |
| 10/06/09 | EG | Assembled and organized Tribune supporting material | 1.00 |

| Invoice #        | 2022399-10         |
| Re:              | Avoidance Actions  |
| Client/Matter #  | 005735.00014       |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|      |           | binders |  |
| 10/07/09 | CR | Reviewing and updating document index. (1.0) Held discussion with M. Rule (AlixPartners). (0.6) | 1.60 |
| 10/07/09 | CR | Reviewed and analyzed documents from Relativity data site. | 3.70 |
| 10/07/09 | ABL | Review of financial information re ESOP and discussion with APLLP team members | 2.00 |
| 10/07/09 | BH | Review and analyze additional detail provided by Debtors advisors on the nature of all payments to Insiders in the one year prior to filing. Compare actual payments to company policy at the time of payment. | 1.10 |
| 10/07/09 | BH | Discuss Intercompany claims model with the Zuckerman attorneys. Explain the type of transactions creating Intercompany balances and the impact of varying claim values in a sensitivity analysis. | 0.70 |
| 10/07/09 | MJB | Researched debt and solvency accounting standards | 1.30 |
| 10/07/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding document review status. | 0.60 |
| 10/07/09 | HYL | Reviewed insider transaction summary schedule and supporting plan documents. | 0.80 |
| 10/07/09 | AMJ | Obtained various Tribune documents in the September document production.  Reviewed various 2007 e-mails relating to transaction solvency opinion and transaction legal documents for any data that may impact fraudulent conveyance analysis. | 2.80 |
| 10/07/09 | AMJ | Reviewed and summarized Tribune documents received in September production.  Documents consist of various presentations and supporting charts.  Focused on identifying pre-close solvency information. | 2.30 |
| 10/07/09 | ANL | Reviewed and analyzed insider payments prior to bankruptcy filing and key employee compensation programs. | 1.30 |
| 10/07/09 | ANL | Analyzed and reviewed intercompany model presentation and support. | 1.30 |
| 10/08/09 | ANL | Prepared for and participated in conference call with G. Bush (Zuckerman Spader) to discuss Intercompany claims model. | 0.80 |
| 10/08/09 | ANL | Reviewed intercompany claims model and balance sheet information. | 2.20 |
| 10/08/09 | ANL | Reviewed and insider payments prior to bankruptcy filing | 2.60 |

Invoice #            2022399-10

Re:                 Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and key employee compensation programs. | |
| 10/08/09 | RBD | Valuation review of documents | 4.50 |
| 10/08/09 | AMJ | Reviewed and summarized JPM 2007 e-mail documents received in October document production. Identified all pre-close solvency data. | 3.10 |
| 10/08/09 | AMJ | Reviewed and summarized various JPM documents received in the October production relating to 2007 emails, transaction presentations and legal documents. Identified all documents containing pre-solvency information which hasn't been seen before in other productions. | 2.05 |
| 10/08/09 | HYL | Prepared for and participated in discussion with Andrew Goldfarb and Graeme Bush of Zuckerman regarding the intercompany model. | 0.90 |
| 10/08/09 | AH | Call with Zuckerman Spader team re: new financial information request re: solvency analysis | 0.50 |
| 10/08/09 | BH | Participate in phone call with Zuckerman firm to discuss the workings of the Intercompany claims model. | 0.50 |
| 10/08/09 | BH | Review and analyze the available historic financial information presented on a legal entity versus business unit basis as made available on Datasite. | 1.60 |
| 10/08/09 | MJB | Researched debt and solvency accounting standards. | 0.70 |
| 10/08/09 | YK | Reviewed revised version of confidential document from Chadbourne. | 0.60 |
| 10/08/09 | CR | Reviewed and revised document index. | 1.70 |
| 10/08/09 | CR | Reviewed and analyzed debtor documents from Relativity data site. | 3.30 |
| 10/08/09 | CR | Reviewed and analyzed JPM documents from Relativity data site. | 3.40 |
| 10/08/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information. | 2.40 |
| 10/08/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 1.10 |
| 10/09/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 4.40 |
| 10/09/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 2.10 |
| 10/09/09 | CR | Reviewed and analyzed VRC documents from Relativity data site (2.8). Held conversation with M. Rule (AlixPartners) (0.5) | 3.30 |

Invoice #               2022399-10

Re:                     Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/09/09 | CR | Reviewed and revised document index. | 1.20 |
| 10/09/09 | CR | Reviewed and analyzed debtor's internal communication documents on Relativity data site. | 2.90 |
| 10/09/09 | BH | Request legal entity Financial Statement information from the Debtor as of May 2007 (Balance Sheet and Income Statement) | 0.30 |
| 10/09/09 | HYL | Reviewed and analyzed insider payment summary schedule and supporting documentation. | 3.30 |
| 10/09/09 | HYL | Prepared and responded to questions regarding intercompany model for Andrew Goldfarb and Graeme Bush of Zuckerman. | 1.10 |
| 10/09/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding case status. | 0.50 |
| 10/09/09 | ANL | Analyzed and reviewed payments to current and former insiders. | 1.80 |
| 10/10/09 | AMJ | Reviewed and summarized JPM documents (TS 2007 e-mails). Focused on identifying any documents that may impact fraudulent conveyance analysis. | 3.60 |
| 10/10/09 | AMJ | Reviewed and summarized JPM documents (GT 2007 e-mails). Focused on identifying any documents that may impact fraudulent conveyance analysis. | 3.90 |
| 10/10/09 | AMJ | Reviewed and summarized various JPM production documents (financials, legal and presentations) belonging to GT. Focused on identifying information that may impact pre-close solvency analysis. | 3.80 |
| 10/11/09 | AMJ | Reviewed and summarized various JPM production documents (financials, legal and presentations) belonging to TS. Focused on identifying information that may impact pre-close solvency analysis. | 2.60 |
| 10/12/09 | AMJ | Reviewed and summarized various JPM documents (1st half 2007 emails and attachments) received in the October document production. Focused on pre-close solvency information. | 2.20 |
| 10/12/09 | HYL | Researched and followed-up with Marc Ashley (Chadbourne) regarding requested information from Debtors. | 0.30 |
| 10/12/09 | BH | Follow-up with Debtors advisors on the status of legal entity financial information as of May 2007. Request information on what is available as completed within the system and what is needed to be compiled from the system. | 0.50 |

Invoice #                2022399-10

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/12/09 | ANL | Reviewed and analyzed Tribune Company Transitional Compensation Plan for Executive employees and 2005 amendments. | 1.80 |
| 10/12/09 | ANL | Reviewed 2007 management equity incentive plan and phantom equity payments. | 2.10 |
| 10/12/09 | ANL | Reviewed management incentive plans and other stock award plans. | 2.30 |
| 10/12/09 | ANL | Reviewed insider payments for current and former insiders prior to bankruptcy. | 1.20 |
| 10/12/09 | MFR | Correspondence with counsel re: outstanding information requests. | 1.00 |
| 10/12/09 | RBD | Review valuation /solvency related documents | 5.20 |
| 10/12/09 | CR | Review and revisions to document index. | 1.40 |
| 10/12/09 | CR | Reviewed and analyzed VRC documents from Relativity data site. | 5.40 |
| 10/12/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 3.10 |
| 10/12/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 6.20 |
| 10/13/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.40 |
| 10/13/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 2.80 |
| 10/13/09 | CR | Reviewed VRC documents from Relativity data site for valuation information. | 3.10 |
| 10/13/09 | CR | Reviewed and analyzed debtor (Tribune) internal communication documents from data site. | 2.60 |
| 10/13/09 | CR | Reviewed and revised debtor document index files. | 2.20 |
| 10/13/09 | RBD | Document review | 3.70 |
| 10/13/09 | HYL | Discussed and coordinated meeting with Zuckerman to review intercompany model. | 0.30 |
| 10/13/09 | HYL | Prepared for Zuckerman review of detailed intercompany model. | 0.50 |
| 10/13/09 | JB | Assembled and organized supporting Tribune documents. | 1.00 |
| 10/14/09 | HYL | Prepared for and participated in meeting with Zuckerman and Moelis for a detailed review and discussion of the intercompany model prepared by Debtors. | 1.50 |
| 10/14/09 | BH | Follow-up with Debtors advisors on Financial Statement | 0.40 |

Invoice #              2022399-10

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | information by legal entity as of May 2007. | |
| 10/14/09 | AH | Conference call with Zuckerman Spader team to review Debtors' intercompany model | 1.10 |
| 10/14/09 | MJB | Reviewed and analyzed VRC valuation documents | 1.10 |
| 10/14/09 | AMJ | Reviewed and summarized various JPM documents received in the October document production. | 1.10 |
| 10/14/09 | MFR | Review of discovery status. | 0.60 |
| 10/14/09 | MFR | Review of select JPMorgan emails. | 0.50 |
| 10/14/09 | MFR | Review of VRC documents / correspondence to counsel re: gaps. | 0.70 |
| 10/14/09 | MFR | Correspondence with Chadbourne regarding Duff & Phelps documents. | 0.80 |
| 10/14/09 | MFR | Review of Houlihan Lokey documents. | 3.10 |
| 10/14/09 | MFR | Review and analysis of JPMorgan financial models. | 1.10 |
| 10/14/09 | CR | Analyzed VRC equity investment valuations as of April/May 2007. | 2.10 |
| 10/14/09 | CR | Analyzed equity investment valuations from VRC in November and December of 2007. | 2.20 |
| 10/14/09 | CR | Reviewed VRC valuation documents from Relativity data site. | 2.90 |
| 10/14/09 | EG | Assembled Tribune supporting material binders and organized with tabs. | 1.25 |
| 10/14/09 | CR | Reviewed and revised VRC document indices. | 2.30 |
| 10/14/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 2.60 |
| 10/14/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 4.20 |
| 10/15/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.00 |
| 10/15/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 2.70 |
| 10/15/09 | CR | Held discussion with M. Rule (AlixPartners) | 0.50 |
| 10/15/09 | CR | Reviewed and analyzed VRC documents from Relativity data site. | 5.00 |
| 10/15/09 | CR | Reviewed and revised VRC and debtor document indices. | 2.30 |
| 10/15/09 | MFR | Review of JPMorgan documents. | 3.60 |
| 10/15/09 | MFR | Review of Rustic Canyon documents. | 3.90 |

Invoice #              2022399-10

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/15/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding case status. | 0.50 |
| 10/15/09 | ANL | Reviewed management incentive plans and other stock award plans. | 1.80 |
| 10/15/09 | RBD | Review valuation documents | 2.70 |
| 10/15/09 | HYL | Prepared and reviewed follow up request for insider transaction information. | 0.30 |
| 10/16/09 | HYL | Researched and reviewed related to equity ownership analysis based on plan of reorganization. | 0.40 |
| 10/16/09 | BH | Review and analyze latest data on amount and type of payments made to Insiders in the one year period before filing date. | 0.80 |
| 10/16/09 | ANL | Reviewed and analyzed payments to insiders. | 1.10 |
| 10/16/09 | MFR | Review of key JPMorgan documents. | 8.20 |
| 10/16/09 | CR | Reviewed and analyzed VRC documents for valuation data. | 3.30 |
| 10/16/09 | CR | Reviewed debtor documents from Relativity data site. | 2.30 |
| 10/16/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 2.70 |
| 10/16/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.80 |
| 10/17/09 | BH | Update legal counsel on the status of obtaining legal entity financial information as of May 2007 and follow-up with Debtors advisors to obtain the detail. | 0.30 |
| 10/19/09 | MFR | Review Zell produced documents. | 3.30 |
| 10/19/09 | MFR | Review and analysis of various VRC solvency drafts of Step 1 opinion. | 5.30 |
| 10/19/09 | RBD | Review valuation documents | 2.20 |
| 10/19/09 | CR | Reviewed and revised production document index. | 1.90 |
| 10/19/09 | CR | Reviewed and analyzed EGI Law documents. | 2.70 |
| 10/19/09 | CR | Reviewed and analyzed VRC documents from Relativity data site. | 2.90 |
| 10/19/09 | CR | Reviewed Chandler documents for valuation data. | 2.50 |
| 10/20/09 | CR | Held conversation with M. Rule (AlixPartners) re project status. | 0.40 |
| 10/20/09 | CR | Reviewed and revised document index for additional production. | 1.70 |
| 10/20/09 | CR | Reviewed and analyzed VRC documents. | 5.80 |

Invoice #    2022399-10

Re:      Avoidance Actions
Client/Matter #   005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/20/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 1.70 |
| 10/20/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 3.30 |
| 10/20/09 | RBD | Tribune call with attorneys and review documents | 3.70 |
| 10/20/09 | MFR | Review of various Morgan Stanley documents. | 2.70 |
| 10/20/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding case status. | 0.40 |
| 10/20/09 | MFR | Discussion re: issues with Relativity documents web site / communication with counsel regarding the same. | 0.60 |
| 10/20/09 | MFR | Review and analysis of additional draft of VRC's Step 1 solvency analysis. | 3.20 |
| 10/20/09 | AMJ | Reviewed and summarized various JPM documents belonging to JS (includes emails, presentations and memos). Focused on identifying any information relating to pre-close solvency. | 2.10 |
| 10/21/09 | HYL | Reviewed and analyzed May 2007 Tribune Company legal entity financial statements (balance sheet and income statement). (0.5) Held discussion with M. Rule re lenders. (0.6) | 1.10 |
| 10/21/09 | JB | Assembled and organized supporting documents for Tribune. | 0.75 |
| 10/21/09 | ANL | Analyzed and reviewed payments to current and former insiders. | 2.30 |
| 10/21/09 | MFR | Discussion with H. Lee (AlixPartners) regarding senior lenders. | 0.60 |
| 10/21/09 | MFR | Discussion with B. Den Uyl (AlixPartners) regarding case status and work flows. | 1.00 |
| 10/21/09 | MFR | Development of list of interested parties for potential expert testifier. | 1.50 |
| 10/21/09 | MFR | Review of various Debtor documents. | 2.20 |
| 10/21/09 | MFR | Discussion of case status with C. Rubel (AlixPartners). | 0.30 |
| 10/21/09 | MFR | Correspondence with Zuckerman regarding a potential call on intercompany loans. | 0.20 |
| 10/21/09 | MFR | Communication with counsel regarding the VRC production and information gaps. | 1.10 |
| 10/21/09 | RBD | Reviewed VRC valuation documents. (3.2) Held discussion regarding case status with M. Rule (AlixPartners) (1.0) | 4.20 |

Invoice #              2022399-10

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/21/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.20 |
| 10/21/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 3.10 |
| 10/21/09 | CR | Reviewed and revised production document review index. | 1.70 |
| 10/21/09 | CR | Reviewed VRC communication documents from Relativity data site. | 2.70 |
| 10/21/09 | CR | Reviewed VRC marketing documents from Relativity data site. | 2.80 |
| 10/21/09 | CR | Reviewed and analyzed VRC production from Relativity data side for valuation data. | 2.40 |
| 10/21/09 | CR | Reviewed JPM documents from Relativity data site. (2.1) Discussed case status with M. Rule (AlixPartners) (0.3) | 2.40 |
| 10/21/09 | EG | Assembled Tribune supporting materials. | 1.00 |
| 10/22/09 | CR | Reviewed and revised production document index. | 1.20 |
| 10/22/09 | CR | Reviewed and analyzed EGI Law documents from Relativity data site. | 3.10 |
| 10/22/09 | CR | Reviewed Tribune production from Relativity data site. | 2.30 |
| 10/22/09 | CR | Reviewed VRC documents from Relativity data site for valuation data. | 1.90 |
| 10/22/09 | CR | Compared and analyzed VRC valuations across presentation dates. | 1.90 |
| 10/22/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 2.80 |
| 10/22/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.20 |
| 10/22/09 | RBD | Review emails from counsel | 0.50 |
| 10/22/09 | MFR | Review and analysis of certain VRC and JPMorgan key documents. | 1.70 |
| 10/22/09 | MFR | Review of VRC discovery requests / communication with counsel regarding information gaps in VRC's production. | 1.30 |
| 10/22/09 | MFR | Review of various Debtor documents. (2.1) Held discussion with Zuckerman attorneys and H. Lee (AlixPartners) regarding intercompany issues. (1.7) | 3.80 |
| 10/22/09 | MFR | Call with Zuckerman regarding intercompany loans. | 0.80 |
| 10/22/09 | MFR | Review of certain JPMorgan documents at counsel's request / communication with counsel regarding the same. | 1.40 |

Invoice #                 2022399-10

Re:                       Avoidance Actions
Client/Matter #           005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/22/09 | HYL | Prepared for and participated in intercompany loan meeting with Zuckerman (Peter Kolker and Andrew Goldfarb) and Mark Rule (AlixPartners). Prepared response to follow-up questions. | 1.70 |
| 10/22/09 | HYL | Reviewed and analyzed May 2007 balance sheet and income statement. | 3.10 |
| 10/22/09 | BH | Review May 2007 legal entity financial information provided by Tribune advisors. | 0.60 |
| 10/23/09 | HYL | Prepared and reviewed 5% equity analysis model. | 0.80 |
| 10/23/09 | CR | Review and analysis of VRC valuation timeline for Step 1 transaction solvency opinions. | 2.80 |
| 10/23/09 | MFR | Review and analysis of various VRC drafts of Step 2 solvency opinion. | 6.10 |
| 10/23/09 | RBD | Review hot documents and valuation documents | 2.20 |
| 10/23/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site. | 3.00 |
| 10/23/09 | JLL | Reviewed Tribune documents for valuation information. | 1.00 |
| 10/23/09 | CR | Searched for and compiled production documents for timeline analysis. | 1.20 |
| 10/25/09 | AMJ | Reviewed and summarized various JPM documents received (JS documents). Documents included e-mails, presentations and legal documents associated with Tribune transaction. Focused on identifying information related to pre-close solvency. | 2.10 |
| 10/26/09 | AMJ | Reviewed and summarized various YC, RA, BB, CW, FG and MG documents received. Focused on identifying pre-close solvency information. | 3.30 |
| 10/26/09 | RBD | Review valuation documents | 3.40 |
| 10/26/09 | MFR | Review of various MT Foundation documents. | 2.80 |
| 10/26/09 | MFR | Review of various JPMorgan documents. | 1.30 |
| 10/26/09 | MFR | Review of VRC document at request of counsel / communication to Chadbourne regarding the same. | 0.40 |
| 10/26/09 | MFR | Review and analysis of VRC's process and work product related to the Step 1 opinion / correspondence to counsel regarding the same. | 4.40 |
| 10/26/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.40 |
| 10/26/09 | JLL | Prepared document index with descriptions of Tribune | 2.60 |

Invoice #              2022399-10

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | documents reviewed. | |
| 10/27/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.00 |
| 10/27/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 3.00 |
| 10/27/09 | EG | Assembled Tribune supporting documents and organized with tabs. | 2.50 |
| 10/27/09 | MFR | Review of VRC documents at request of counsel / communication to counsel regarding the same. | 0.40 |
| 10/27/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding case status. | 0.30 |
| 10/27/09 | MFR | Review and analysis of VRC valuation supporting documents. | 3.70 |
| 10/27/09 | MFR | Review of various Zell documents. | 3.00 |
| 10/27/09 | AMJ | Reviewed and summarized various JPM documents (DM, JK and MG files).  Focused on identifying any pre-close information that may impact the fraudulent conveyance analysis. | 2.20 |
| 10/27/09 | CR | Reviewed and analyzed Zell legal documents from Relativity data site. | 2.70 |
| 10/27/09 | CR | Reviewed and revised Relativity document review index. | 1.30 |
| 10/27/09 | CR | Reviewed Rustic Canyon Partners documents from Relativity data site. (2.3)  Held discussion with M. Rule re case status (0.3). | 2.60 |
| 10/27/09 | CR | Reviewed McCormick Tribune Foundation documents for valuation data on Relativity data site. | 2.10 |
| 10/27/09 | JB | Assembled and organized supporting documents for Tribune. | 2.50 |
| 10/28/09 | JB | Assembled and organized supporting Tribune documents. | 4.00 |
| 10/28/09 | CR | Reviewed Great Banc documents from Relativity site for valuation information. | 2.70 |
| 10/28/09 | CR | Reviewed and revised Relativity review document index. | 1.70 |
| 10/28/09 | CR | Analyzed debtor document production for valuation-related data. | 2.70 |
| 10/28/09 | AMJ | Reviewed and summarized various PM documents received; mainly e-mails and presentations regarding going private transaction.  Focused on pre-close solvency information. | 2.10 |
| 10/28/09 | MFR | Review of various JPMorgan documents. | 4.10 |

Invoice #                2022399-10

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/28/09 | MFR | Discussion with B. Den Uyl regarding case status and work flows. | 0.50 |
| 10/28/09 | RBD | Review valuation documents (3.0)  Held meeting with M. Rule (0.5) | 3.50 |
| 10/28/09 | MFR | Review and analysis of VRC's process and work product related to the Step 2 opinion. | 3.90 |
| 10/28/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 4.80 |
| 10/28/09 | JLL | Populated document index with descriptions of Tribune documents reviewed. | 2.90 |
| 10/29/09 | JLL | Populated document index with descriptions of Tribune documents reviewed. | 3.10 |
| 10/29/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.20 |
| 10/29/09 | SP | Reviewed and analyzed documents produced by JP Morgan Chase | 3.50 |
| 10/29/09 | MFR | Review and analysis of VRC's process and work product related to the Step 2 opinion. Communication with counsel regarding the same. | 2.60 |
| 10/29/09 | MFR | Review and analysis of Duff & Phelps various engagement letters and subsequent work product related to each engagement. Communication with counsel on the same. | 3.10 |
| 10/29/09 | RBD | Creditors' Committee call and review documents | 3.20 |
| 10/29/09 | MFR | Review and analysis of Duff & Phelps documents and workbooks. | 3.00 |
| 10/29/09 | MFR | Discussion with counsel regarding VRC's various Step 1 valuations. | 0.50 |
| 10/29/09 | CR | Analyzed D&P invoices and engagement letters for valuation timelines. | 1.70 |
| 10/29/09 | CR | Reviewed and analyzed Duff & Phelps native files from Relativity production. | 2.40 |
| 10/29/09 | CR | Reviewed and revised Relativity review document index for new production. | 1.90 |
| 10/29/09 | CR | Reviewed Great Banc documents from Relativity data site for valuation data. | 2.60 |
| 10/29/09 | CR | Reviewed RCP and trustee documents from Relativity data site. | 1.90 |
| 10/30/09 | CR | Analysis and summary of production from September | 1.90 |

Invoice #             2022399-10

Re:                   Avoidance Actions
Client/Matter #       005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | through October. | |
| 10/30/09 | CR | Reviewed and analyzed Zell legal documents from Relativity.  (2.8) Held discussion with M. Rule (0.3). | 3.10 |
| 10/30/09 | CR | Analysis of Zell valuation model with differing financing assumptions. | 2.60 |
| 10/30/09 | CR | Reviewed and analyzed Zell production for valuation data from Relativity. | 2.30 |
| 10/30/09 | AMJ | Reviewed and summarized various JPM documents. | 0.60 |
| 10/30/09 | BH | Review and analyze financial information provided as of May 2007 and determine method of summarizing results for legal counsel review. | 1.20 |
| 10/30/09 | MFR | Review and analysis of Duff & Phelps documents and workbooks. | 5.10 |
| 10/30/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding case status. | 0.30 |
| 10/30/09 | RBD | Review valuation documents | 1.80 |
| 10/30/09 | ANL | Analyzed and reviewed solvency analyses and balance sheet tests. | 1.20 |
| 10/30/09 | SP | Reviewed documents produced by JP Morgan Chase | 1.00 |
| 10/30/09 | JLL | Reviewed and analyzed Tribune documents from Relativity data site for valuation and solvency information | 5.40 |
| 10/30/09 | JLL | Prepared document index with descriptions of Tribune documents reviewed. | 2.60 |
| 10/31/09 | AMJ | Reviewed and summarized NK, JS, and SK emails and email attachments to identify all pre-close solvency information that may impact a fraudulent conveyance analysis. | 2.30 |
| | | **Total Hours** | **590.85** |

Invoice #          2022399-10

Re:                Avoidance Actions
Client/Matter #    005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 40.80 | 835.00 | 34,068.00 |
| Alan Holtz | 1.60 | 790.00 | 1,264.00 |
| Alan B Lee | 2.00 | 790.00 | 1,580.00 |
| Mark F Rule | 119.60 | 510.00 | 60,996.00 |
| Harold Y Lee | 16.10 | 510.00 | 8,211.00 |
| Brad Hall | 10.80 | 595.00 | 6,426.00 |
| Marc J Brown | 3.10 | 595.00 | 1,844.50 |
| Albert Leung | 26.40 | 450.00 | 11,880.00 |
| Young Kim | 1.70 | 450.00 | 765.00 |
| Jeff L Lack | 115.80 | 380.00 | 44,004.00 |
| Stefan Piotrowski | 4.50 | 295.00 | 1,327.50 |
| Adam M Janovsky | 67.55 | 295.00 | 19,927.25 |
| Christopher Rubel | 166.90 | 295.00 | 49,235.50 |
| Jennifer Braverman | 8.25 | 170.00 | 1,402.50 |
| Erin Green | 5.75 | 170.00 | 977.50 |
| **Total Hours & Fees** | **590.85** | | **243,908.75** |

Invoice #                    2022399-11

Re:                          UCC Meetings
Client/Matter #              005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/06/09 | BH | Participate in weekly UCC professionals update call with Chadbourne. | 0.30 |
| 10/06/09 | AH | Weekly UCC professionals update call | 0.40 |
| 10/08/09 | AH | Weekly UCC meeting (telephonic) | 0.50 |
| 10/08/09 | BH | Preparation of comments for presenting information on financial results for the UCC meeting scheduled for today. | 1.00 |
| 10/08/09 | BH | Participate telephonically in UCC meeting and present financial report to the Committee. | 0.70 |
| 10/13/09 | BH | Participate in weekly UCC professionals call with Chadbourne. | 0.60 |
| 10/13/09 | AH | Weekly update call with UCC professionals and avoidance action update call | 1.00 |
| 10/15/09 | AH | Weekly UCC conference call | 0.80 |
| 10/15/09 | BH | Preparation of comments to UCC for presentation of weekly financial results. | 0.80 |
| 10/15/09 | BH | Telephonic participation in UCC meeting and presentation of financial results. | 1.00 |
| 10/20/09 | BH | Participate in weekly professionals call with Chadbourne. | 1.50 |
| 10/20/09 | AH | Weekly update call with UCC professionals | 1.50 |
| 10/20/09 | MFR | Participation on UCC professional's conference call. | 1.50 |
| 10/27/09 | MFR | Participation on UCC professional's conference call. | 1.50 |
| 10/27/09 | BH | Participate in weekly professionals call with Chadbourne. | 1.40 |
| 10/29/09 | BH | Preparation of comments regarding Tribune financial performance for UCC meeting today. | 1.00 |
| 10/29/09 | BH | Participate telephonically in Tribune UCC meeting and present financial information. | 0.60 |
| 10/29/09 | AH | Participate in weekly UCC meeting (telephonic) | 0.60 |
| | | **Total Hours** | **16.70** |

Invoice #                2022399-11

Re:                      UCC Meetings
Client/Matter #          005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.80 | 790.00 | 3,792.00 |
| Mark F Rule | 3.00 | 510.00 | 1,530.00 |
| Brad Hall | 8.90 | 595.00 | 5,295.50 |
| **Total Hours & Fees** | **16.70** | | **10,617.50** |

Invoice #                2022399-12

Re:                      Billing and Retention
Client/Matter #          005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/09 | ANL | Prepared third interim fee application and data for fee examiner. | 2.20 |
| 10/01/09 | YK | Prepared September 2009 fee application. | 0.40 |
| 10/07/09 | ANL | Prepared September 2009 fee application. | 1.30 |
| 10/08/09 | YK | Reviewed a draft of third interim fee application motion. | 0.50 |
| 10/08/09 | YK | Prepared September 2009 fee application. | 0.80 |
| 10/09/09 | YK | Prepared September 2009 fee application. | 1.20 |
| 10/09/09 | AH | Review 3rd Quarterly fee application | 0.40 |
| 10/09/09 | ANL | Prepared third interim fee application and exhibits. | 1.60 |
| 10/11/09 | YK | Prepared September 2009 fee application. | 1.40 |
| 10/12/09 | YK | Prepared September 2009 fee application. | 1.40 |
| 10/13/09 | YK | Reviewed and revised 3rd interim fee application motion. | 0.50 |
| 10/13/09 | YK | Prepared September 2009 fee application. | 1.10 |
| 10/14/09 | YK | Prepared September 2009 fee application. | 0.90 |
| 10/14/09 | YK | Prepared data from interim fee application. | 1.50 |
| 10/14/09 | ANL | Reviewed and analyzed September fee application. | 1.20 |
| 10/15/09 | YK | Prepared September 2009 fee application. | 1.20 |
| 10/15/09 | ANL | Prepared September fee application and exhibits. | 1.60 |
| 10/16/09 | ANL | Reviewed and revised September fee application and exhibits. | 1.10 |
| 10/18/09 | YK | Prepared and submitted data file for interim fee application. | 1.50 |
| 10/19/09 | YK | Prepared September 2009 fee application. | 1.50 |
| 10/20/09 | YK | Prepared September 2009 fee application. | 0.50 |
| 10/21/09 | YK | Prepared September 2009 fee application. | 1.90 |
| 10/23/09 | YK | Prepared September 2009 fee application. | 1.40 |
| 10/23/09 | AH | Review September fee application | 2.20 |
| 10/23/09 | ANL | Reviewed and revised September fee application, exhibits and motion. | 1.80 |
| 10/25/09 | YK | Prepared September 2009 fee application. | 1.50 |
| 10/26/09 | ANL | Reviewed and revised September fee application and motion. | 1.20 |
| 10/27/09 | AH | Work on supplemental disclosure affidavit, including discussions with AlixPartners GC | 0.90 |
| | | **Total Hours** | **34.70** |

Invoice #              2022399-12

Re:                    Billing and Retention
Client/Matter #        005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 3.50 | 790.00 | 2,765.00 |
| Albert Leung | 12.00 | 450.00 | 5,400.00 |
| Young Kim | 19.20 | 450.00 | 8,640.00 |
| **Total Hours & Fees** | **34.70** | | **16,805.00** |