# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Expenses | Amount |
| --- | ---: |
| Cab Fare/Ground Transportation | $509.72 |
| Meals & Tips | 314.93 |
| Parking & Tolls | 64.00 |
| Research | 88.00 |
| **Total Disbursements** | **$976.65** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 09/08/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In-town) | $17.00 |
| 09/08/09 | Meals & Tips Mark Rule-Dinner (In-town) | 20.00 |
| 09/09/09 | Cab Fare/Ground Transportation Mark Rule-Cab To Office | 17.00 |
| 09/09/09 | Cab Fare/Ground Transportation Mark Rule-Cab To Airport | 40.00 |
| 09/09/09 | Cab Fare/Ground Transportation Cab Fare for RULE MARK (In-town) | 91.41 |
| 09/09/09 | Meals & Tips Mark Rule-Dinner | 18.00 |
| 09/10/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home From Airport | 40.00 |
| 09/10/09 | Cab Fare/Ground Transportation Cab Fare for RULE MARK (In-town) | 64.31 |
| 09/10/09 | Meals & Tips Mark Rule-Dinner | 19.00 |
| 09/15/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In-town) | 17.00 |
| 09/15/09 | Meals & Tips Mark Rule-Dinner (In-town) | 17.00 |
| 09/16/09 | Cab Fare/Ground Transportation Mark Rule-Cab To Airport | 40.00 |
| 09/17/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home From Airport | 40.00 |
| 09/17/09 | Meals & Tips Mark Rule-Dinner | 21.00 |
| 09/22/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home From Airport | 40.00 |
| 09/22/09 | Meals & Tips Mark Rule-Dinner | 14.00 |
| 09/23/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In-town) | 17.00 |
| 09/23/09 | Meals & Tips Mark Rule-Dinner (In-town) | 18.00 |
| 10/01/09 | Parking & Tolls Albert Leung | 32.00 |
| 10/05/09 | Research - - VENDOR: Pacer Service Center | 88.00 |
| 10/08/09 | Parking & Tolls Young Kim | 20.00 |
| 10/17/09 | Meals & Tips Young Kim-Dinner (In-town) | 22.00 |
| 10/17/09 | Parking & Tolls Young Kim | 12.00 |
| 10/19/09 | Cab Fare/Ground Transportation Albert Leung (In-town) | 11.00 |
| 10/19/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home Late (In-town) | 12.00 |
| 10/19/09 | Meals & Tips Albert Leung-Dinner (In-town) | 35.00 |
| 10/20/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home Late (In-town) | 11.00 |
| 10/20/09 | Meals & Tips Tristan Peitz-Dinner-Late Dinner (In-town) | 29.29 |
| 10/21/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home Late (In-town) | 11.00 |
| 10/21/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi Ride From The Chicago Office To My Home (In-town) | 15.00 |
| 10/21/09 | Meals & Tips Christopher Rubel-Dinner (In-town) | 12.84 |
| 10/21/09 | Meals & Tips - - VENDOR: American Express Meals & Tips - - | 17.66 |

| Date | Disbursement Description | Amount |
|---|---|---|
|  | VENDOR: American Express Meals & Tips Tristan Peitz-Dinner-Late Dinner (In-town) |  |
| 10/22/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home Late (In-town) | 11.00 |
| 10/28/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi Ride From The Chicago Office To My Home (In-town) | 15.00 |
| 10/28/09 | Meals & Tips Tristan Peitz-Dinner-Late Dinner (In-town) | 15.14 |
| 10/28/09 | Meals & Tips Christopher Rubel-Dinner (In-town) | 12.84 |
| 10/29/09 | Meals & Tips Tristan Peitz-Dinner-Dinner Late (In-town) | 43.16 |
|  | **Total Disbursements** | **$976.65** |