**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

**ENTRY OF APPEARANCE**

**PLEASE ENTER THE APPEARANCE** of James F. Bailey, Jr., Esquire of The Bailey Law Firm, P.A. on behalf of Movant Simone Conigliaro.

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., ESQUIRE
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Movant Simone Conigliaro*

Dated:  November 25, 2009