**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 25th day of November, 2009 one copy of the foregoing ***ENTRY OF APPEARANCE FOR MOVANT SIMONE CONIGLIARO*** was served on the following counsel of record via electronic filing:

**Bryan Krakauer**
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

**Carl D. Neff**
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801

**J. Kate Stickles**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Adam G. Landis**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Michael A. Henry**
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

**Patrick Theodore Garvey**
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

**William S. Brody**
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., ESQUIRE
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Movant Simone Conigliaro*