# EXHIBIT 1

▮▮▮▮▮▮▮▮▮▮

**From:** Lantry, Kevin T.
**Sent:** Thursday, January 22, 2009 5:36 PM
**To:** 'Suneel.Mandava@lazard.com'
**Cc:** 'David.Kurtz@lazard.com'; Krakauer, Bryan
**Subject:** FW: Tribune

**Attachments:** Forbearance Agmt Original.DOC; Redline.rtf

**Redacted**

**From:** Krakauer, Bryan
**Sent:** Tuesday, January 20, 2009 10:54 AM
**To:** 'Mayer, Thomas Moers'; Schaible, Damian S.; Bernstein, Donald S.; Mannal, Douglas
**Cc:** Eldersveld, David; Liebentritt, Don; Lantry, Kevin T.; David.Kurtz@lazard.com
**Subject:** Tribune

 

Forbearance Agmt   Redline.rtf (152 KB)
Original.DOC ...

As discussed last night, attached for your review are the Tribune's proposed modifications to the draft Forbearance Agreement.

Also, as I discussed with Damian yesterday, the Debtors will move the hearing date for the Cash Management Order to February 20, 2009, with an objection date for the Steering Committee of February 13, 2009, to give the Steering Committee time to analyze cash management information the Debtors are providing to FTI and to address possible modifications to the language of the order so as to avoid prejudice to parties due to the movement of cash.

- Bryan Krakauer


Bryan Krakauer
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Phone: 312-853-7515
E-Mail: bkrakauer@sidley.com

1

# EXHIBIT 2

**From:** Larsen, Nils [nlarsen@tribune.com]
**Sent:** Thursday, January 22, 2009 4:50 PM
**To:** MIRIAM.KULNIS@chase.com
**Cc:** Bigelow, Chandler; Nils Larsen
**Subject:** RE: Forbearance issues

Miriam:

I just heard from Moelis with regard to the UCC's decision to allow the process on the Cubs to move forward. We understand you will send us a letter reserving rights and are interested in continued exchange of information. I appreciate your confidence and support in this regard. You have my commitment to work closely with the professionals and others through the process.

I understand the concern surrounding the inclusion of the Debtors. We can discuss further in the morning. The intent of our mark-up is not to proffer something the court and the UCC are likely to reject. We are not being cute on the fee question.

Thanks for the heads-up and we will be prepared to address tomorrow morning.

Nils

---

**From:** MIRIAM.KULNIS@chase.com [mailto:MIRIAM.KULNIS@chase.com]
**Sent:** Thursday, January 22, 2009 4:42 PM
**To:** Larsen, Nils
**Cc:** Bigelow, Chandler; Nils Larsen
**Subject:** RE: Forbearance issues


well I can tell you that one of the big issues is the desire to make the Debtors parties to the agmt. I think the SC feels that it's best if only non-debtors are parties and it would be more likely to get approved by the court if the debtors were not a party. We are worried that if the debtors are parties the UCC may object to it and it would get denied. I will be frank (as I always am with you) that some are wondering if the company really wants the court to reject this so that the company has an excuse not to pay the fees. So that's a big heads up and you should think about that in advance of tomorrow's call.

Miriam T. Kulnis
Executive Director
JPMorgan Chase Bank
277 Park Avenue - 8th Floor
New York, NY 10172
Phone (212)622-4526
Fax (212) 622-4557

---

"Larsen, Nils" <nlarsen@tribune.com>

01/22/2009 05:02 PM

To <MIRIAM.KULNIS@chase.com>, "Nils Larsen" <nlarsen@egii.com>, "Bigelow, Chandler" <CBigelow@tribune.com>
cc
Subject RE: Time change

Miriam:

That was my understanding on time throughout. We look forward to the

10/29/2009

TRB_LD000073
CONFIDENTIAL

discussion.

I believe that Bryan will be reaching out to DPW to ascertain a sense
for the open items to help make the call more productive tomorrow if
possible.

Nils

-----Original Message-----
From: MIRIAM.KULNIS@chase.com [mailto:MIRIAM.KULNIS@chase.com]
Sent: Thursday, January 22, 2009 11:49 AM
To: Nils Larsen; Bigelow, Chandler
Subject: Time change

Sorry w regard to my prior email we are requesting a call at 10:30 AM
eastern.


------------------------------------------
This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure under
applicable law. If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution, or use of the
information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission and any
attachments are believed to be free of any virus or other defect that
might affect any computer system into which it is received and opened,
it is the responsibility of the recipient to ensure that it is virus
free and no responsibility is accepted by JPMorgan Chase & Co., its
subsidiaries and affiliates, as applicable, for any loss or damage
arising in any way from its use.
If you received this transmission in error, please immediately contact
the sender and destroy the material in its entirety, whether in
electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

10/29/2009

TRB_LD000074
CONFIDENTIAL

# EXHIBIT 3

**From:** Schaible, Damian S.
**Sent:** Thursday, March 05, 2009 7:41 PM
**To:** 'bkrakauer@sidley.com'; Bernstein, Donald S.
**Cc:** Dworkin, Meyer C.
**Subject:** Re: Tribune — Agent's Professional Fees

Bryan, Based on your description of your conversation last week and Joe's description of the same conversation when we spoke, you didn't ask for his permission and you didn't tell him you were waiting for his consent (both correctly) but instead told him the non-debtors intended to pay around the middle of this week. We sent him the engagement letters he asked for last friday and haven't heard a word since. Why wouldn't you just pay at this point? Have there been further conversations I am not aware of?

Best, Damian

---

**From:** Krakauer, Bryan
**To:** Bernstein, Donald S.
**Cc:** Schaible, Damian S.; Dworkin, Meyer C.
**Sent:** Thu Mar 05 18:59:25 2009
**Subject:** Re: Tribune -- Agent's Professional Fees

I was not able to connect with McMahon today, but will try again first thing tomorrow. I agree we should get this behind us.

----------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Bernstein, Donald S. <donald.bernstein@dpw.com>
To: Krakauer, Bryan
Cc: Schaible, Damian S. <damian.schaible@dpw.com>; Dworkin, Meyer C. <meyer.dworkin@dpw.com>
Sent: Thu Mar 05 16:43:51 2009
Subject: Tribune -- Agent's Professional Fees

Bryan --

I am on the road, but I just wanted to follow up on the status of the professional fee issue. Have you had a chance yet to pursue it with the UST?

Best regards,

Don

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity,

Confidential

JPM2_00000439

investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*