## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | Jointly Administered |
| | : | Hearing Date: January 27, 2010 @ 10:00 a.m. |
| Debtors. | : | Objections Due: January 20, 2010 @ 4:00 p.m. |

## <u>NOTICE OF MOTION</u>

TO:

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

J. Kate Stickles
Cole Schotz Meisel Forman &
Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

William S. Brody
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

You are required to file a response to the Motion of Simone and Victoria Conigliaro for Relief from Automatic Stay to Permit the Continuation of State Court Action on or before January 20, 2010 at 4:00 p.m. (EST).

**HEARING ON THE MOTION WILL BE HELD** on **January 27, 2010 at 10:00 a.m.** in the United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801.

**ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE JANUARY 20, 2010 AT 4:00 PM (EST). FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

THE BAILEY LAW FIRM, P.A.


/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Plaintiff Simone Conigliaro*