**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

**ORDER**

The Court, having reviewed the Motion of Simone and Victoria Conigliaro for Relief from Automatic Stay to Permit the Continuation of State Court Action and there having been no opposition, hereby grants the Motion for Relief from Automatic Stay.

**IT IS SO ORDERED** this _____ day of _____, 2009.

_____
J., U. S. Bankruptcy Court