11/17/09

Hello,

The Tribune Company has satisfied my claim. Thank you.

John Bernardo, claim #436

*John Bernardo*

854 NW 87th Ave. #404
Miami, FL 33172