IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: Dec. 1 2009 at 10:00 a.m.** |
| | ) | |

UNITED STATES' RESPONSE TO DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS

The United States of America, a creditor in this bankruptcy case, responds to the Debtors' Sixth Omnibus Objection to claims 2813, 2817, and 2819 filed by the Internal Revenue Service as follows:

1.　Debtors object to the above claims on the grounds that they were amended by claims 6237, 6132/6145, and 6238, respectively.

2.　The United States concedes that all three claims have been replaced by the amended claims, which assert no money owed. The taxes on the original proofs of claim were abated by the Internal Revenue Service after the debtors provided additional information to the Internal Revenue Service..

3.　Since the United States agrees that the claims have been amended, it does not object to the relief sought in Debtors' Sixth Omnibus Objection.

//

//

4633554.1

Dated: November 25, 2009.

*/s/ Yonatan Gelblum*
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 305-3136
yonatan.gelblum@usdoj.gov
Counsel for United States of America

4633554.1