**EXHIBIT A**

CHI-1729611v1

# JONES DAY

Potential Newspaper Acquisition #1   Page 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 09/02/09 | P A PROGER | 1.40 | 1,260.00 |

Review antitrust analysis of content sharing (.80); conference call with Xanders, Goller and Stanton regarding content sharing with      (.30); conference with Xanders and Cribbing regarding rep services (.30).

| | | | |
|---|---|---|---|
| 09/03/09 | P A PROGER | 0.40 | 360.00 |

Review of      having rights to host story on the Web.

| | | | |
|---|---|---|---|
| 09/08/09 | P A PROGER | 0.40 | 360.00 |

Review of      license restrictions (.10); draft language regarding same (.30).

| **TOTAL** | | **2.20**    USD | **1,980.00** |

# JONES DAY

Advice on Antitrust Matters                                                                 Page 1

---

09/03/09    D N CHI                                              0.90                    315.00
    Draft and revise July fee application.

09/04/09    D N CHI                                              0.70                    245.00
    Draft and revise July fee application.

09/04/09    AK SOBCZAK                                           1.20                    300.00
    Draft, review and revise cover pages for July 2009 fee statement (1.00); e-mails with Schaefer and Chi regarding same (.20).

09/09/09    D N CHI                                              0.80                    280.00
    Review and analyze and summarize fee examiner's preliminary report regarding second interim fee application.

09/10/09    P A PROGER                                           0.70                    630.00
    Conference call with          and          regarding          (.40); telephone call with          regarding same (.30).

09/11/09    P A PROGER                                           0.60                    540.00
    Initial factual analysis regarding          (.40); telephone conference with Thomas re same (.20).

09/11/09    R C THOMAS                                           0.40                    190.00
    Analyze materials regarding proposed deal with          (.20); telephone conference with Proger regarding same (.20).

09/13/09    P A PROGER                                           1.30                  1,170.00
    Review circulation information (.60); review bankruptcy documents regarding sale or auction of          (.70).

09/14/09    P A PROGER                                           1.30                  1,170.00
    Conference call with          regarding antitrust analysis of          (.50); review follow-up information (.80).

09/14/09    AK SOBCZAK                                           1.00                    250.00
    Review and revise August fee application (.90); e-mails with Schaefer regarding same (.10).

09/15/09    P A PROGER                                           0.50                    450.00
    Review additional information and data from Tribune regarding

09/16/09    C A ARNETT                                           2.00                    350.00
    Print client documents for Thomas and assemble binders in preparation for meetings.

09/16/09    D N CHI                                              0.30                    105.00
    Reconcile payment with fee applications.

09/16/09    J DEVERINES                                          0.20                     65.00
    Office conference with Thomas regarding mapping          and          respective market share.

09/16/09    P A PROGER                                           0.40                    360.00
    Review additional information regarding          proposal (.30); phone conference with Thomas regarding same (.10).

09/16/09    AK SOBCZAK                                           0.20                     50.00
    Review August 2009 fee application (.10); e-mails with Chi regarding same (.10).

09/16/09    R C THOMAS                                           1.70                    807.50
    Analyze materials regarding proposed deal with          (.60); draft legal memorandum regarding analysis (.80); office conference with Deverines regarding mapping project (.20); phone conference with Proger regarding same (.10).

09/17/09    P A PROGER                                           0.40                    360.00
    Review of additional data from Tribune regarding          proposal.

09/17/09    R C THOMAS                                           0.90                    427.50
    Analyze materials regarding proposed deal with          (.70); phone conference with          regarding same (.20).

## JONES DAY

Advice on Antitrust Matters                                                                                          Page 2

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 09/18/09 | C A ARNETT | 0.30 | 52.50 |

Prepare and assemble materials for Thomas for meeting.

| 09/18/09 | J DEVERINES | 8.70 | 2,827.50 |

Map          and          customers density distribution and respective market share for Thomas, including the          customers density distribution, the customers distribution and an overlay of the two publications customers density distribution.

| 09/18/09 | P A PROGER | 0.80 | 720.00 |

Review information and data regarding          (.30); continued antitrust analysis (.50).

| 09/18/09 | R C THOMAS | 2.60 | 1,235.00 |

Analyze materials regarding proposed deal with          (2.10); phone conference with Klemm regarding same (.50).

| 09/19/09 | R C THOMAS | 2.30 | 1,092.50 |

Analyze materials regarding proposed deal with          .

| 09/20/09 | P A PROGER | 1.60 | 1,440.00 |

Review additional advertising information regarding          proposal (.50); continued review of overlap analysis (.60); telephone conference with Thomas regarding same (.50).

| 09/20/09 | R C THOMAS | 4.90 | 2,327.50 |

Analyze materials regarding proposed deal with          (1.90); draft legal memorandum regarding analysis (2.00) and telephone conference with Proger regarding same (.50); telephone conference with          regarding same (.50).

| 09/21/09 | D N CHI | 3.40 | 1,190.00 |

Draft, review and revise July and August fee application (1.90); review and respond to fee examiners letter regarding second interim fee application (1.50).

| 09/21/09 | J DEVERINES | 1.00 | 325.00 |

Review and revise          and          market penetration maps (.80); office conference with Thomas regarding same (.20).

| 09/21/09 | P A PROGER | 0.40 | 360.00 |

Telephone call with          and          regarding next steps (.20); follow-up regarding additional information and analysis (.20).

| 09/21/09 | P A PROGER | 2.60 | 2,340.00 |

Review of          ,          ,          with          , efficiencies, cross-media Competition (1.10); conference call with Tribune Team regarding same (1.50).

| 09/21/09 | AK SOBCZAK | 1.00 | 250.00 |

Draft, review and revise cover sheets for July and August fee application (.80); e-mails with Chi regarding same (.20).

| 09/21/09 | R C THOMAS | 2.60 | 1,235.00 |

Prepare for and participate in teleconference with Proger and client regarding          (1.30); draft legal memorandum regarding analysis (.70) and phone conference with Proger regarding same (.20); phone conference with          regarding same (.20); office conference with Deverines regarding market penetration maps project (.20).

| 09/23/09 | P A PROGER | 0.90 | 810.00 |

Review additional information regarding          proposal.

| 09/23/09 | AK SOBCZAK | 0.20 | 50.00 |

E-mails with Schaefer regarding revisions to fee application.

| 09/23/09 | AK SOBCZAK | 0.50 | 125.00 |

Review and revise August fee application (.40); e-mails with Chi regarding same (.10).

| 09/24/09 | AK SOBCZAK | 0.20 | 50.00 |

Scan and e-mail updated fee application to Chi.

| 09/25/09 | D N CHI | 0.50 | 175.00 |

Finalize and coordinate filing of July and August fee application.

# JONES DAY

Advice on Antitrust Matters                                                                 Page 3

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 09/25/09 | R C THOMAS | 0.10 | 47.50 |

Review correspondence from                 regarding materials for analysis of                 transaction.

| 10/06/09 | AK SOBCZAK | 1.50 | 375.00 |

Draft and review notice of filing September fee application (.20); prepare and serve September fee application (.20); emails with Hoffmann regarding second interim fee application (.10); draft, review and revise cover pages and notice of filing for second interim fee application (1.00).

| 10/07/09 | AK SOBCZAK | 3.00 | 750.00 |

Review and revise September 2009 fee statement (.90); and e-mail to Schaefer (.10); draft, review and revise cover pages for 3rd interim fee application (1.80); e-mails and phone calls with Chi regarding same (.20).

| 10/12/09 | D N CHI | 1.20 | 420.00 |

Draft/revise third interim fee application.

| 10/12/09 | D N CHI | 0.40 | 140.00 |

Review/revise Jones Day September bill and draft fee application.

| 10/20/09 | D N CHI | 0.40 | 140.00 |

Review/analyze Cubs supplemental disclosure issues.

| 10/21/09 | L C FISCHER | 3.20 | 720.00 |

Draft and revise disclosure documents relating to Tribune/Chicago Cubs  (1.75); review and analyze conflict inquiry reports in connection with same (1.50).

| 10/28/09 | D N CHI | 1.30 | 455.00 |

Draft supplemental disclosure for Cubs.

| 10/29/09 | D N CHI | 0.70 | 245.00 |

Revise supplemental Cubs disclosure.

**TOTAL**                                                                 61.80          USD     27,962.50

**EXHIBIT B**

CHI-1729611v1

# JONES DAY

Tribune Company                                                                          Page 1

Advice on Antitrust Matters

## DISBURSEMENT DETAIL - November 13, 2009

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **CALLING CARD CHARGES** | | | | |
| 09/30/09 | P A PROGER | WAS | 3.26 | |
| | Calling card charges 03-Aug-2009 | | | |
| | **Calling card charges Subtotal** | | | 3.26 |
| **COLOR DUPLICATION CHARGES** | | | | |
| 09/24/09 | WAS ACCOUNTING | WAS | 3.00 | |
| | Color duplication charges through 09/24/2009 | | | |
| | **Color duplication charges Subtotal** | | | 3.00 |
| **CONFERENCE CHARGES** | | | | |
| 09/24/09 | R C THOMAS | WAS | 2.75 | |
| | Conference charges 25-Aug-2009 | | | |
| | **Conference Charges Subtotal** | | | 2.75 |
| **DUPLICATION CHARGES** | | | | |
| 09/10/09 | CHI ACCOUNTING | CHI | 0.60 | |
| | Duplication charges through 09/10/2009 | | | |
| 09/24/09 | WAS ACCOUNTING | WAS | 263.60 | |
| | Duplication charges through 09/24/2009 | | | |
| 09/29/09 | WAS ACCOUNTING | WAS | 6.14 | |
| | Duplication charges - SEPTEMBER 2009 | | | |
| | **Duplication charges Subtotal** | | | 270.34 |
| **LEXIS SEARCH FEES** | | | | |
| 09/09/09 | D N CHI | CHI | 11.21 | |
| | Lexis search fees: 09/09/2009 | | | |
| 09/09/09 | D N CHI | CHI | 12.11 | |
| | Lexis search fees: 09/09/2009 | | | |
| | **Lexis search fees Subtotal** | | | 23.32 |
| **LONG DISTANCE CHARGES** | | | | |
| 09/17/09 | WAS ACCOUNTING | WAS | 4.05 | |
| | Long distance charges through 09/17/2009 | | | |
| 09/24/09 | WAS ACCOUNTING | WAS | 6.15 | |
| | Long distance charges through 09/24/2009 | | | |
| | **Long distance charges Subtotal** | | | 10.20 |
| **Total** | | | USD | 312.87 |
| **Grand Total** | | | USD | 312.87 |

# EXHIBIT C

CHI-1729611v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.   I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1729611v1

2. I have read the Fifth Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from September 1, 2009 through October 31, 2009 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: November 25, 2009

/s/ Phillip A. Proger
Phillip A. Proger

CHI-1729611v1