# **EXHIBIT A**

## **SUMMARY OF FEE AND EXPENSE REQUEST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## APPLICATION OF SEYFARTH SHAW LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS EMPLOYMENT LITIGATION COUNSEL TO THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS FOR THE PERIOD OF OCTOBER 1, 2009 <u>THROUGH OCTOBER 31, 2009</u>

| | |
|---|---|
| Name of Applicant: | **Seyfarth Shaw LLP** |
| Authorized to Provide Professional Services in the Ordinary Course of Business to: | **Debtors** |
| Date of Ordinary Course Professional Retention: | **January 15, 2009** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Date of Ordinary Course Professional Retention: | **January 15, 2009** |
| Period for Which Compensation and Reimbursement is Sought: | **October 1, 2009 through October 31, 2009** |
| Amount of compensation sought as actual, reasonable and necessary: | **$99,580.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | **$1,516.15** |

This is a(n): __X__ monthly _____ interim _____ final application

Requested Payment Amount:

Fees at 80%                          **$79,664.00**

Expenses at 100%                     **$1,516.15**

2

# **EXHIBIT B**

# **FEE SUMMARY**

**FEE SUMMARY FOR THE PERIOD FROM**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward W. Bergmann | Partner/ Labor & Employment Admitted 1966 | $ 680.00 | 0.30 | $204.00 |
| Malerie Halperin | Paralegal/ Labor & Employment N/A | $ 275.00 | 0.10 | $27.50 |
| Timothy L. Hix | Partner/ Labor & Employment Admitted 1996 | $ 380.00 | 0.80 | $380.00 |
| Dennis Hyun | Associate/ Labor & Employment Admitted 2003 | $ 400.00 | 122.20 | $48,880.00 |
| Jon D. Meer | Partner/ Labor & Employment Admitted 1989 | $ 570.00 | 51.50 | $29,355.00 |
| Kristin E. Michaels | Partner/ Labor & Employment Admitted 1991 | $ 570.00 | 8.60 | $4,902.00 |
| Camille Olson | Partner/ Labor & Employment Admitted 1983 | $ 600.00 | 0.80 | $544.00 |
| Gerald Pauling | Partner/ Labor & Employment Admitted 1992 | $ 560.00 | 1.50 | $840.00 |
| Natascha B. Riesco | Associate/ Labor & Employment Admitted 2004 | $ 390.00 | 17.40 | $6,786.00 |
| Jeremy P. Sherman | Partner / Labor & Employment Admitted 1976 | $ 685.00 | 15.00 | $10,275.00 |
| Brandon L. Spurlock | Associate/ Labor & Employment Admitted 2002 | $ 365.00 | 1.80 | $657.00 |
| Mitchel D. Whitehead | Partner/ Employee Benefits Admitted 1978 | $ 640.00 | 0.80 | $512.00 |
| Simon Yang | Associate/ Labor & Employment Admitted 2008 | $ 285.00 | 25.60 | $7,296.00 |
| **TOTALS** | | | **246.40** | **$110,658.50** |
| **Less Discount** | | | | **$99,580.00** |

CH2 20230831.1

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Los Angeles Times – General Matters (33175-1) | 0.80 | $380.00 |
| General (57634-1) | 11.50 | $7,877.50 |
| Labor – General (12575-1) | 7.10 | $4,136.00 |
| Corporate Labor Relations Matters (36377-1) | 5.00 | $2,849.00 |
| Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 199.40 | $85,558.50 |
| JoAnn Parker v. Case No. 2009L010092 (57634-6) | 18.90 | $7,626.00 |
| Guild Labor Matters (12575-28) | 2.90 | $1,687.50 |
| Country Club Matter (17832-34) | 0.80 | $544.00 |
| **TOTALS** | **246.40** | **$110,658.50** |
| **Less Discount** | | **$99,580.00** |

2

CH2 20230831.1

# EXHIBIT C

# EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $2.08 |
| Facsimile | | $24.56 |
| Local Travel | | $15.38 |
| Travel | | $18.00 |
| Lexis Research Service | Lexis | $25.77 |
| Filing Fees | Clerk, Los Angeles Superior Court | $40.00 |
| Attorney Services | Nationwide Legal, Inc. | $62.10 |
| Messenger | Nationwide Legal, Inc. | $114.45 |
| Westlaw Research Service | Westlaw | $122.01 |
| Court Fees | Clerk, Circuit Court of Cook County | $198.00 |
| Copying | | $893.80 |
| **TOTAL** | | **$1,516.15** |

CH2 20230831.1

# EXHIBIT D

# FEE AND EXPENSE DETAIL



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657354
0276 33175 / 33175-000001
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through October 31, 2009

## <u>Los Angeles Times - General Matters 0000000985</u>

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 10/26/09 | T. Hix | L212 | 0 | Telephone conference with client regarding Answer to Fennel v. Chicago Tribune (1.2); prepare answer (.6). | 0.80 | 380.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.80 | |
| **Total Fees** | | $380.00 |
| **Less Discount** | | (<u>$38.00)</u> |
| **Total Fees After Discount** | | $342.00 |

## <u>Timekeeper Summary</u>

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1657354

Page 2

Los Angeles Times (Sherman)

| T. Hix | Partner | - | 0.80 | hours at | $475.00 | per hour |
|--------|---------|---|------|----------|---------|----------|

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 10/26/09 | Copying | 1.40 |

| | |
|---|---|
| **Total Disbursements** | 1.40 |
| **Total Amount Due** | $343.40 |

CH1 11842989.2



**SEYFARTH** SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1657354
0276 33175 / 33175-000001
Los Angeles Times - General Matters 0000000985

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $380.00 |
| Less Discount | ($38.00) |
| Total Fees after Discount | $342.00 |
| Total Disbursements | 1.40 |
| Total Fees and Disbursements This Statement | $343.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657874
0276 57634 / 57634-000001
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through October 31, 2009

### General 0000000998

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/14/09 | J. Sherman | C300 | 0 | Research in connection with MFN project (3.0); review of IAM, Pressmen and Drivers contracts in connection with same (1.0); begin drafting opinion letter to client (4.0). | 8.00 | 5,480.00 |
| 10/15/09 | J. Sherman | C300 | 0 | Finalize opinion letter regarding MFN project. | 3.00 | 2,055.00 |
| 10/26/09 | J. Sherman | C300 | 0 | E-mail correspondence and telephone conference with client regarding press and IAM MFN issue. | 0.50 | 342.50 |

| | | |
|---|---|---|
| **Total Hours** | 11.50 | |
| **Total Fees** | | $7,877.50 |
| **Less Discount** | | ($787.75) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

**Total Fees After Discount**                                                                    $7,089.75

**Timekeeper Summary**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 11.50 | hours at | $685.00 | per hour |

**Total Disbursements**                                                                          0.00

**Total Amount Due**                                                                             $7,089.75



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1657874
0276 57634 / 57634-000001
General 0000000998

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,877.50 |
| Less Discount | ($787.75) |
| Total Fees after Discount | $7,089.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $7,089.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1659003
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through October 31, 2009

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/12/09 | N. Riesco | L250 | 0 | Review notes concerning witness interviews (.4); draft position statement in response to charge (.5). | 0.90 | 351.00 |
| 10/13/09 | N. Riesco | L250 | 0 | Draft position statement in response to charge (4.2); communications with client concerning relevant employment policies, update on court hearing and status of LTD benefits (.3). | 4.50 | 1,755.00 |
| 10/14/09 | N. Riesco | L250 | 0 | Draft, edit and revise position statement in response to charge of disability discrimination (2.8); communications from client regarding correspondence sent to Plaintiff regarding LTD benefits (.2). | 3.00 | 1,170.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

CHI 11845268.2



SEYFARTH ATTORNEYS SHAW LLP

Invoice No. 1659003

Page 2

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 10/15/09 | N. Riesco | L250 | 0 | Communications with client regarding dates of STD absences and requested policies (.3); review and analyze CTC employee handbook and key policies, including STD and LTD policies (.4); draft, edit and revise position statement in response to disability discrimination charge (2.8). | 3.50 | 1,365.00 |
| 10/16/09 | N. Riesco | L250 | 0 | Draft, edit and revise position statement in response to charge of discrimination along with accompanying exhibits. | 2.70 | 1,053.00 |
| 10/21/09 | G. Pauling II | L250 | 0 | Review/revise position statement. | 1.50 | 840.00 |
| 10/21/09 | N. Riesco | L250 | 0 | Review G. Pauling edits to position statement and revise accordingly (.2); communications with client concerning changes to position statement and pending items to confirm (.5); draft letter to investigator requesting extension to finalize position statement (.3); communications with client regarding factual items to confirm in connection with position statement (.3). | 1.30 | 507.00 |
| 10/22/09 | N. Riesco | L250 | 0 | Revise and edit position statement per client comments (.2); communications with client regarding STD issues (.1). | 0.30 | 117.00 |
| 10/23/09 | N. Riesco | L250 | 0 | Communications with client concerning outstanding information related to position statement is response to charge of disability discrimination (.2); revise and edit position statement (.3). | 0.50 | 195.00 |
| 10/26/09 | N. Riesco | L250 | 0 | Finalize and file position statement in response to charge of discrimination and accompanying exhibits. | 0.30 | 117.00 |



Invoice No. 1659003

Page 3

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/29/09 | N. Riesco | L190 | 0 | Telephone conference with EEOC investigator regarding confusion to numbering of Plaintiff's EEOC charges (.1); review and organize company documents regarding state court cases and charge of disability discrimination (.3). | 0.40 | 156.00 |

**Total Hours**        18.90

**Total Fees**        $7,626.00

**Less Discount**        ($762.60)

**Total Fees After Discount**        $6,863.40

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 1.50 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 17.40 | hours at | $390.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 10/02/09 | Copying | 61.00 |
| 10/08/09 | Copying | 0.60 |
| 10/13/09 | Copying | 3.40 |
| 10/21/09 | Copying | 0.40 |
| 10/26/09 | Copying | 4.60 |
| | **Facsimile** | |
| 10/21/09 | Facsimile | 2.05 |
| 10/26/09 | Facsimile | 12.25 |
| | **Court Fees** | |



Chicago Tribune Company

| 10/12/09 | Court Fees -  CLERK,CIRCUIT CT.COOK COUNTY APPEARANCE FEE(NO JURY DEMAND) | 198.00 |

**Total Disbursements**      282.30

**Total Fees And Disbursements This Statement**      $7,145.70

**Less Unallocated Cash**      ($12.20)

**Total Amount Due**      $7,133.50



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1659003
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,626.00 |
| Less Discount | ($762.60) |
| Total Fees after Discount | $6,863.40 |
| Total Disbursements | 282.30 |
| Total Fees and Disbursements This Statement | $7,145.70 |
| Less Unallocated Cash | ($12.20) |
| Total Due | $7,133.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657872
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2009

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/14/09 | K. Michaels | C300 | 0 | Telephone conference with client regarding Pressmen issues. | 0.30 | 171.00 |
| 10/15/09 | K. Michaels | C300 | 0 | Review of GCIU Pressmen contract in connection with pressroom dispute. | 0.30 | 171.00 |
| 10/16/09 | K. Michaels | C300 | | E-mail to client regarding Pension Protection Act information. | 0.30 | 171.00 |
| 10/18/09 | K. Michaels | C300 | 0 | Review of GCIU assistant foreman arbitration (1.0); review of briefs and award in connection with pressroom issues (.5). | 1.50 | 855.00 |
| 10/19/09 | K. Michaels | C300 | 0 | Telephone conference with client regarding pressroom issues. | 0.40 | 228.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/22/09 | M. Whitehead | C300 | 0 | Telephone conference with client regarding PPA questions involving the GCIU plan (.3); follow-up research regarding surcharge issue (.5). | 0.80 | 512.00 |
| 10/22/09 | K. Michaels | C300 | | Review of e-mail correspondence from client and attached draft letter to the Guild regarding wage diversions in response to GCIU retirement fund surcharges (.4); review of correspondence from GCIU retirement fund regarding surcharges (.3); review of GCIU collective bargaining agreement (.3). | 1.00 | 570.00 |
| 10/23/09 | K. Michaels | C300 | | Various telephone conferences with client regarding Company GCIU fund issues. | 1.00 | 570.00 |
| 10/23/09 | K. Michaels | C300 | | Research Maryland state wage and hour issues. | 0.20 | 114.00 |
| 10/23/09 | E. Bergmann | C300 | 0 | Research regarding wage and hour issues. | 0.30 | 204.00 |
| 10/27/09 | K. Michaels | C300 | 0 | Telephone conference with client regarding ERISA issues. | 0.20 | 114.00 |
| 10/27/09 | K. Michaels | C300 | 0 | Telephone conference with client regarding GCIU fund issues. | 0.80 | 456.00 |

**Total Hours**     7.10

**Total Fees**     $4,136.00

**Less Discount**     ($413.60)

**Total Fees After Discount**     $3,722.40

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Whitehead | Partner | - | 0.80 | hours at | $640.00 | per hour |
| K. Michaels | Partner | - | 6.00 | hours at | $570.00 | per hour |
| E. Bergmann | Senior Partner | - | 0.30 | hours at | $680.00 | per hour |



Invoice No. 1657872

Page 3

Baltimore Sun

| Disbursements | Value | |
|---|---|---|
| Long Distance Telephone | 2.08 | |
| **Total Disbursements** | | 2.08 |
| **Total Amount Due** | | $3,724.48 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1657872
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,136.00 |
| Less Discount | ($413.60) |
| Total Fees after Discount | $3,722.40 |
| Total Disbursements | 2.08 |
| Total Fees and Disbursements This Statement | $3,724.48 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657871
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2009

**Guild Labor Matters 0000001483**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/09/09 | J. Sherman | C300 | 0 | Review of Guild health care information request (.1); telephone conference with client regarding same (.2). | 0.30 | 205.50 |
| 10/19/09 | K. Michaels | | | Telephone conference with client regarding responding to Guild grievance over performance of bargaining unit work by non-unit employees. | 0.20 | 114.00 |
| 10/20/09 | K. Michaels | C300 | 0 | Telephone conference with client to respond to question regarding future parking rate increases. | 0.10 | 57.00 |
| 10/20/09 | K. Michaels | C300 | 0 | Review of draft letter to Guild from client in response to step 1 grievance (.3); editing same (.2). | 0.50 | 285.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/20/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from client and attached draft letter to the Guild regarding parking rate increase. | 0.50 | 285.00 |
| 10/20/09 | K. Michaels | C300 | 0 | Telephone conference with client regarding responding to Guild step 1 grievance concerning April 29 layoffs (.3); conference regarding parking rate increases at Chesapeake garage (.2). | 0.50 | 285.00 |
| 10/20/09 | K. Michaels | C300 | 0 | Revising draft letter to Guild regarding parking rate increase. | 0.30 | 171.00 |
| 10/30/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from client and attached letter from Guild regarding Step 2 grievance concerning layoffs (.3); review of draft response to Guild Step 2 grievance from client (.2). | 0.50 | 285.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.90 | |
| **Total Fees** | | $1,687.50 |
| **Less Discount** | | ($168.75) |
| **Total Fees After Discount** | | $1,518.75 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $685.00 | per hour |
| K. Michaels | Partner | - | 2.60 | hours at | $570.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 10/28/09 | Facsimile | 2.26 |



Baltimore Sun

**Total Disbursements**                                                                 2.26

**Total Amount Due**                                                              $1,521.01



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657871
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,687.50 |
| Less Discount | ($168.75) |
| Total Fees after Discount | $1,518.75 |
| Total Disbursements | 2.26 |
| Total Fees and Disbursements This Statement | $1,521.01 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657876
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through October 31, 2009

## Corporate Labor Relations Matters 0000001096

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/01/09 | B. Spurlock | L120 | 0 | Conduct legal research to regarding the professional employee exemption under California law. | 1.80 | 657.00 |
| 10/02/09 | J. Sherman | C300 | 0 | Review and edit memorandum to client regarding KTLA bargaining issues; transmit same to client; study research in connection with same. | 3.00 | 2,055.00 |
| 10/19/09 | J. Sherman | C300 | 0 | Telephone conference with client regarding possible secondary picketing at Tribune Tower and response to same. | 0.20 | 137.00 |

**Total Hours** 5.00

**Total Fees** $2,849.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1657876

Page 2

Tribune Company/Sherman

| | |
|---|---|
| **Less Discount** | ($284.90) |
| **Total Fees After Discount** | $2,564.10 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 3.20 | hours at | $685.00 | per hour |
| B. Spurlock | Associate | - | 1.80 | hours at | $365.00 | per hour |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | **Online Research** | |
| 09/30/09 | Inv#: 0909057441 User: EASTMAN, MOLLY LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 22.51 |
| 09/30/09 | Inv#: 0909057441 User: EASTMAN, MOLLY SHEPARD'S SERVICE LEGAL CITATION SERVICES | 3.26 |

| | |
|---|---|
| **Total Disbursements** | 25.77 |
| **Total Amount Due** | $2,589.87 |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657876
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,849.00 |
| Less Discount | ($284.90) |
| Total Fees after Discount | $2,564.10 |
| Total Disbursements | 25.77 |
| Total Fees and Disbursements This Statement | $2,589.87 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1658759
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2009

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/01/09 | J. Meer | L210 | 0 | Prepare reply brief for demurrer to second amended complaint. | 1.00 | 570.00 |
| 10/01/09 | S. Yang | L250 | 0 | Draft declaration of D. Hyun in support of motion to compel appearance at deposition with requested documents. | 2.60 | 741.00 |
| 10/01/09 | S. Yang | L250 | 0 | Revise legal argument for motion to compel appearance at deposition with requested documents. | 4.20 | 1,197.00 |
| 10/01/09 | D. Hyun | C200 | 0 | Legal research regarding defamation and interference with business advantage. | 0.40 | 160.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/01/09 | D. Hyun | C200 | 0 | Continued work on draft of opposition memorandum of points and authorities regarding motion to quash subpoena on ESPN. | 5.70 | 2,280.00 |
| 10/01/09 | D. Hyun | L430 | 0 | Review and revise ex parte application to compel deposition and production of documents at deposition. | 0.50 | 200.00 |
| 10/02/09 | J. Meer | L210 | 0 | Finalize reply papers for demurrer to complaint and prepare same for filing. | 1.80 | 1,026.00 |
| 10/02/09 | J. Meer | L390 | 0 | Review email from plaintiff's counsel regarding motion for protective order and attached protective order (.1); revise same (.7); review email from plaintiff's counsel objecting to Notice of Deposition on October 9, 2009 (.1); prepare status update for clients (.3). | 1.20 | 684.00 |
| 10/02/09 | S. Yang | L250 | 0 | Draft proposed order for motion to compel (.5); revise motion to compel (3.7). | 4.20 | 1,197.00 |
| 10/02/09 | D. Hyun | L430 | 0 | Continued work on draft of opposition memorandum of points and authorities regarding motion to quash subpoena on KTLA. | 0.50 | 200.00 |
| 10/02/09 | D. Hyun | L430 | 0 | Continued work on draft of opposition memorandum of points and authorities regarding motion to quash subpoena on ESPN. | 6.30 | 2,520.00 |
| 10/02/09 | D. Hyun | L430 | 0 | Continued review and revise ex parte application to compel deposition of plaintiff. | 1.60 | 640.00 |
| 10/03/09 | S. Yang | L250 | 0 | Revise motion to compel and declaration in support of motion to compel. | 1.80 | 513.00 |



Invoice No. 1658759

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/05/09 | J. Meer | L350 | 0 | Review various emails from plaintiff's counsel regarding protective order for documents to be produced (.3); review revisions to protective order (.1); revise opposition to Motion to Quash third-party subpoena (1.5); revise ex parte application for motion to compel plaintiff's deposition (.5). | 2.40 | 1,368.00 |
| 10/05/09 | D. Hyun | C400 | 0 | Draft meet and confer email regarding protective order. | 0.80 | 320.00 |
| 10/05/09 | D. Hyun | C400 | 0 | Draft meet and confer email regarding deposition of plaintiff. | 1.30 | 520.00 |
| 10/05/09 | D. Hyun | L310 | 0 | Draft second set of requests for production of documents to plaintiff. | 1.30 | 520.00 |
| 10/05/09 | D. Hyun | L310 | 0 | Draft first set of special interrogatories to plaintiff. | 1.60 | 640.00 |
| 10/05/09 | D. Hyun | L310 | 0 | Draft first set of form interrogatories to plaintiff. | 0.50 | 200.00 |
| 10/05/09 | D. Hyun | L320 | 0 | Review and revise plaintiff's drafted stipulated protective order. | 0.80 | 320.00 |
| 10/06/09 | J. Meer | L390 | 0 | Lengthy exchange of emails with plaintiff's counsel regarding protective order involving plaintiff's obligation to mitigate damages (1.2); review proposed revisions to protective order (.3); lengthy exchange of emails with plaintiff's counsel regarding deposition priority issues (1.0); telephone conference with plaintiff's counsel regarding same (.3); revise motion to compel plaintiff to appear at his deposition and produce responsive documents (.8). | 3.60 | 2,052.00 |
| 10/06/09 | S. Yang | L190 | 0 | Review exhibits for declaration in support of motion to compel. | 0.20 | 57.00 |
| 10/06/09 | D. Hyun | C400 | 0 | Review and respond to emails sent by plaintiff's counsel regarding discovery issues. | 0.60 | 240.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1658759

Page 4

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/07/09 | D. Hyun | C400 | 0 | Draft email memo to plaintiff's counsel regarding necessary revisions to protective order and deposition of plaintiff. | 0.60 | 240.00 |
| 10/07/09 | D. Hyun | L210 | 0 | Review and revise stipulated protective order revised by plaintiff. | 0.70 | 280.00 |
| 10/08/09 | J. Meer | L350 | 0 | Revise motion to compel plaintiff's deposition (.4); revise declaration regarding same (.6); revise exhibits regarding same (.5); revise oppositions to plaintiff's motions for protective order (.5); prepare for hearing for demurrer (2.4); meet and confer with plaintiff's counsel regarding deposition dates (.4). | 4.80 | 2,736.00 |
| 10/08/09 | S. Yang | L190 | 0 | Designate and prepare exhibits for ex parte motion to compel. | 1.60 | 456.00 |
| 10/08/09 | D. Hyun | C400 | 0 | Draft letter to plaintiff's counsel providing ex parte notice of application required by California Rules of Court. | 0.60 | 240.00 |
| 10/08/09 | D. Hyun | L430 | 0 | Draft memorandum of points and authorities in opposition to motion to quash subpoena on NBC. | 1.30 | 520.00 |
| 10/08/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in opposition to motion to quash ESPN subpoena. | 2.20 | 880.00 |
| 10/08/09 | D. Hyun | L430 | 0 | Review, revise and finalize ex parte application papers to compel deposition of plaintiff and to produce documents at deposition, including application, declaration of Jon Meer, and proposed order. | 3.30 | 1,320.00 |
| 10/08/09 | D. Hyun | L430 | 0 | Begin draft of declaration of Hyun in support of oppositions to plaintiff's motions to quash. | 1.60 | 640.00 |
| 10/08/09 | D. Hyun | L430 | 0 | Draft memorandum of points and authorities in opposition to motion to quash subpoena on Azcar USA. | 1.80 | 720.00 |

CHI 11844872.2



Invoice No. 1658759

Page 5

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/09/09 | J. Meer | L390 | 0 | Appear at hearing for demurrer and hearing for ex parte motion to compel (2.0); prepare notice of ruling to be filed with the Court regarding same (.5); prepare letter to plaintiff's counsel regarding deposition issues (.5); prepare email to clients regarding case status (.5). | 3.50 | 1,995.00 |
| 10/09/09 | S. Yang | C200 | 0 | Research requirements for compliance with deposition notice. | 0.70 | 199.50 |
| 10/09/09 | D. Hyun | C200 | 0 | Legal research regarding defamation requires proof of injury to reputation, publication to add argument to oppositions to motions to quash. | 0.80 | 320.00 |
| 10/09/09 | D. Hyun | L430 | 0 | Draft compendium of non-California authorities cited in oppositions to motions to quash. | 0.50 | 200.00 |
| 10/09/09 | D. Hyun | L430 | 0 | Review, revise and finalize opposition to motion to quash subpoena on ESPN. | 1.40 | 560.00 |
| 10/09/09 | D. Hyun | L430 | 0 | Review, revise and finalize opposition to motion to quash subpoena on NBC. | 0.90 | 360.00 |
| 10/09/09 | D. Hyun | L430 | 0 | Review, revise and finalize opposition to motion to quash subpoena on Azcar. | 1.20 | 480.00 |
| 10/09/09 | D. Hyun | L430 | 0 | Review, revise and finalize opposition to motion to quash subpoena on KTLA. | 0.80 | 320.00 |
| 10/12/09 | J. Meer | L190 | 0 | Review plaintiff's objections to document request (.5); review and revise protective order (.5); prepare for plaintiff's deposition (1.5). | 2.50 | 1,425.00 |
| 10/12/09 | S. Yang | L330 | 0 | Prepare outline for deposition of C. Neuman. | 3.50 | 997.50 |



Invoice No. 1658759

Page 6

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/12/09 | D. Hyun | C200 | 0 | Continued legal research regarding elements of defamation, defenses and statute of limitations, television stations in California, articles regarding employers conducting background searches including civil lawsuit records. | 2.80 | 1,120.00 |
| 10/12/09 | D. Hyun | L210 | 0 | Draft answer to second amended complaint. | 2.40 | 960.00 |
| 10/12/09 | D. Hyun | L330 | 0 | Revise outline for deposition of plaintiff Chris Neuman. | 1.50 | 600.00 |
| 10/12/09 | D. Hyun | L430 | 0 | Appearance at court for ex parte application to compel deposition. | 3.20 | 1,280.00 |
| 10/13/09 | J. Meer | L330 | 0 | Take plaintiff's deposition (7.0); meet and confer with plaintiff's counsel regarding outstanding issues (1.0); review additional documents produced by plaintiff (.3). | 8.30 | 4,731.00 |
| 10/14/09 | J. Meer | L190 | 0 | Review draft of plaintiff's deposition transcripts and annotate same (2.0); outline motion for summary judgment (.5). | 2.50 | 1,425.00 |
| 10/14/09 | D. Hyun | L330 | 0 | Review and analyze rough transcript of plaintiff's deposition. | 3.20 | 1,280.00 |
| 10/14/09 | D. Hyun | L430 | 0 | Plan and prepare for motion for summary judgment. | 0.50 | 200.00 |
| 10/15/09 | J. Meer | L190 | 0 | Take plaintiff's deposition (7.0); meet and confer with plaintiff's counsel regarding outstanding issues (.5); review additional documents produced by plaintiff (.8). | 8.30 | 4,731.00 |
| 10/16/09 | J. Meer | L190 | 0 | Review most recent revisions to proposed protective order (.2); exchange voicemails with plaintiff's counsel regarding same (.3). | 0.50 | 285.00 |



Invoice No. 1658759

Page 7

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/19/09 | J. Meer | L120 | 0 | Revise answer to complaint (.5); phone conference with plaintiff's counsel for meet and confer regarding discovery issues (.7); prepare email to plaintiff's counsel regarding same (.5). | 1.70 | 969.00 |
| 10/19/09 | D. Hyun | C200 | 0 | Legal research (.5); draft memo regarding relation back doctrine and statute of limitations for defamation (1.9). | 2.40 | 960.00 |
| 10/19/09 | D. Hyun | L430 | 0 | Plan and prepare for motion for summary judgment. | 0.60 | 240.00 |
| 10/20/09 | J. Meer | L190 | 0 | Review plaintiff's reply papers for motions for protective order, related declarations and exhibits (.5); review research for motion for summary judgment as to defamation claim (.5); outline motion for summary judgment and related papers (.6); final meet and confer with plaintiff's counsel regarding protective order for documents to be produced (.7); exchange emails with plaintiff's counsel regarding same (.3); outline motion to compel documents to be produced by plaintiff (.8); prepare email to clients regarding case status update (.2). | 3.60 | 2,052.00 |
| 10/20/09 | S. Yang | L120 | 0 | Plan and prepare for motion to compel and motion for summary judgment. | 1.90 | 541.50 |
| 10/20/09 | D. Hyun | L430 | 0 | Begin draft of motion for summary judgment. | 1.20 | 480.00 |
| 10/20/09 | D. Hyun | L430 | 0 | Plan and prepare motion to compel and motion for summary judgment. | 1.90 | 760.00 |
| 10/20/09 | D. Hyun | L430 | 0 | Review and analyze plaintiff's reply memorandum in support of his motion to quash subpoenas. | 0.60 | 240.00 |



Invoice No. 1658759

Page 8

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/21/09 | J. Meer | L390 | 0 | Review research regarding issues on prior restraint of speech in connection with allegations of defamation (1.0); prepare email to plaintiff's counsel regarding same and insisting on production of previously requested documents (.3). | 1.30 | 741.00 |
| 10/21/09 | S. Yang | C200 | 0 | Legal research for motion to compel. | 0.70 | 199.50 |
| 10/21/09 | S. Yang | L410 | 0 | Review C. Neuman's deposition transcript for upcoming motions. | 1.10 | 313.50 |
| 10/21/09 | D. Hyun | C200 | 0 | Legal research regarding defamation. | 2.50 | 1,000.00 |
| 10/21/09 | D. Hyun | L320 | 0 | Review and analyze documents produced by plaintiff. | 1.70 | 680.00 |
| 10/21/09 | D. Hyun | L430 | 0 | Draft sur-reply in support of opposition to plaintiff's motions to quash. | 1.80 | 720.00 |
| 10/21/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 2.90 | 1,160.00 |
| 10/22/09 | J. Meer | L320 | 0 | Review additional documents produced by plaintiff at his deposition (.7); review plaintiff's deposition transcript and annotate same (1.0). | 1.70 | 969.00 |
| 10/22/09 | S. Yang | L190 | 0 | Conference with clerk in Department 32 regarding calendaring upcoming motion to compel. | 0.10 | 28.50 |
| 10/22/09 | D. Hyun | C200 | 0 | Legal research regarding defamation. | 2.80 | 1,120.00 |
| 10/22/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 3.90 | 1,560.00 |
| 10/23/09 | J. Meer | L190 | 0 | Revise outline for motion for summary judgment; revise outline for second session of plaintiff's deposition. | 1.60 | 912.00 |
| 10/23/09 | D. Hyun | C200 | 0 | Legal research regarding common interest privilege and raising safety issues. | 1.20 | 480.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/23/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 7.30 | 2,920.00 |
| 10/23/09 | D. Hyun | L430 | 0 | Review and revise stipulated protective order. | 0.80 | 320.00 |
| 10/26/09 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding case status and deposition outline issues (.5); exchange emails with plaintiff's counsel regarding documents that still need to be produced by plaintiff (.2); review and revise outline for motion for summary judgment (.5). | 1.20 | 684.00 |
| 10/26/09 | D. Hyun | L330 | 0 | Separate and prepare additional exhibits for second session of Plaintiff's deposition. | 0.80 | 320.00 |
| 10/26/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 5.60 | 2,240.00 |
| 10/27/09 | S. Yang | L250 | 0 | Draft motion to compel appearance at deposition with production of documents. | 1.60 | 456.00 |
| 10/27/09 | D. Hyun | C200 | 0 | Legal research regarding defamation. | 0.50 | 200.00 |
| 10/27/09 | D. Hyun | C400 | 0 | Review and analyze emails sent by plaintiff's counsel and draft response regarding discovery issues. | 0.50 | 200.00 |
| 10/27/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 7.80 | 3,120.00 |
| 10/28/09 | S. Yang | L250 | 0 | Draft motion to compel C. Neuman's appearance at deposition with production of documents. | 0.80 | 228.00 |
| 10/28/09 | D. Hyun | C200 | 0 | Legal research regarding of distinct acts contained within one summary judgment issues. | 1.30 | 520.00 |



SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 1658759

Page 10

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/28/09 | D. Hyun | L430 | 0 | Begin draft of notice of motion and motion for summary judgment. | 0.60 | 240.00 |
| 10/28/09 | D. Hyun | L430 | 0 | Draft declaration of J. Meer in support of motion for summary judgment. | 0.60 | 240.00 |
| 10/28/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 6.90 | 2,760.00 |
| 10/29/09 | S. Yang | C200 | 0 | Legal research for motion to compel. | 0.60 | 171.00 |
| 10/29/09 | D. Hyun | L310 | 0 | Draft objection to deposition subpoena for B. Lopez-Nash. | 0.50 | 200.00 |
| 10/29/09 | D. Hyun | L310 | 0 | Draft objection to plaintiff's notice of deposition of I. Goldstone for November 3rd. | 1.20 | 480.00 |
| 10/29/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 5.80 | 2,320.00 |
| 10/29/09 | M. Halperin | L310 | 0 | Preparation of communication to the case attorneys for a status on the October 26, 2009 hearing on plaintiff's motion to quash. | 0.10 | 27.50 |
| 10/30/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 5.30 | 2,120.00 |

**Total Hours**                                                            199.40

**Total Fees**                                                          $85,558.50

**Less Discount**                                                      ($8,555.85)

**Total Fees After Discount**                                          $77,002.65



Ira H. Goldstone

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 51.50 | hours at | $570.00 | per hour |
| S. Yang | Associate | - | 25.60 | hours at | $285.00 | per hour |
| D. Hyun | Associate | - | 122.20 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.10 | hours at | $275.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Attorney Services** | |
| 10/14/09 | Attorney Services - NATIONWIDE LEGAL, INC 9/18/09 | 62.10 |
| | **Local Messenger** | |
| 10/13/09 | Local Messenger - NATIONWIDE LEGAL, INC 9/4/09 | 52.50 |
| 10/13/09 | Local Messenger - NATIONWIDE LEGAL, INC 9/11/09 | 36.75 |
| 10/14/09 | Local Messenger - NATIONWIDE LEGAL, INC 9/18/09 | 25.20 |
| | **Filing Fees** | |
| 10/28/09 | Filing Fees - CLERK, LOS ANGELES SUPERIOR CT | 40.00 |
| | **Copying** | |
| 10/02/09 | Copying | 42.80 |
| 10/09/09 | Copying | 416.00 |
| 10/13/09 | Copying | 129.00 |
| 10/22/09 | Copying | 63.40 |
| 10/30/09 | Copying | 171.20 |
| | **Facsimile** | |
| 10/09/09 | Facsimile | 8.00 |
| | **Online Research** | |
| 10/12/09 | Online Research - Westlaw 08/09 | 122.01 |
| | **Local Travel** | |
| 10/27/09 | Local Travel - DENNIS S. HYUN MILEAGE - HEARING FOR DEMURRER TO SECOND AMENDED @ LASC 10/09/09 | 15.38 |
| | **Travel** | |



Invoice No. 1658759

Page 12

Ira H. Goldstone

| 10/27/09 | Travel - DENNIS S. HYUN PARKING- HEARING FOR DEMURRER TO SECOND AMENDED @ LASC 10/09/09 | 18.00 |
|---|---|---|

**Total Disbursements**                                                 1,202.34

**Total Amount Due**                                                  $78,204.99



<br />SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1658759
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $85,558.50 |
| Less Discount | ($8,555.85) |
| Total Fees after Discount | $77,002.65 |
| Total Disbursements | 1,202.34 |
| Total Fees and Disbursements This Statement | $78,204.99 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N

CHI 11844872.2



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1659016
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through October 31, 2009

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/09/09 | C. Olson | C300 | 0 | Discussion with client regarding e-mails and review of contract and documents regarding bonding company. | 0.80 | 544.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 0.80 | |
| **Total Fees** | | | | | | $544.00 |
| **Less Discount** | | | | | | (\$54.40) |
| **Total Fees After Discount** | | | | | | $489.60 |

### Timekeeper Summary

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1659016

Page 2

Los Angeles Times

| C. Olson | Partner | - | 0.80 | hours at | $680.00 | per hour |
|----------|---------|---|------|----------|---------|----------|

**Total Disbursements**                                              0.00

**Total Amount Due**                                              $489.60



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Julie K. Xanders, Esq.                                    Invoice No. 1659016
Senior Vice President, Legal                      0276 17832 / 17832-000034
Los Angeles Times                           Country Club Matter 0000001901
202 West First Street
5th Floor
Los Angeles, CA  90012

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $544.00 |
| Less Discount | ($54.40) |
| Total Fees after Discount | $489.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $489.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:         PAYMENT MAY BE MADE BY WIRE TO:
SEYFARTH SHAW LLP                                     Bank of America
131 S. DEARBORN STREET, SUITE 2400        ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
CHICAGO, IL 60603-5577                              ACCOUNT NUMBER: 5201743357
                                                                     ABA - WIRE PAYMENT NUMBER: 026-009-593
                                                                     ABA - ACH PAYMENT NUMBER: 081-904-808
                                                                     SWIFT CODE: BOFAUS3N