IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | Objection Date: December 15, 2009 at 4:00 p.m. |
| : | Hearing Date: *Only if Objections are filed* |

**TENTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ,
MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO
THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

Name of Applicant:  COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Authorized to Provide Professional
Services to:  **Tribune Company, *et al.***

Date of Retention:  February 3, 2009 *nunc pro tunc* to December 8, 2008

Period for which Compensation
and Reimbursement is sought:  **October 1, 2009 through October 31, 2009**

Amount of Compensation sought as
actual, reasonable and necessary:  **$60,948.00**

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:  **$10,706.61**

This is a:  **Tenth Monthly Application**

The time expended for the preparation of the Applicant's ninth and tenth monthly fee applications will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | $187,130.40/$21,827.87 |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | $67,893.60/$3,674.21 |
| 3rd | 5/21/09 | 3/1/09 – 3/31/09 | $93,216/$4,574.28 | $74,572.80/$4,574.28 |
| 4th | 5/29/09 | 4/1/09 – 4/30/09 | $85,538.50/$9,310.40 | $68,430.80/$9,310.40 |
| 5th | 7/14/09 | 5/1/09 – 5/31/09 | $77,805.50/$3,025.90 | $62,244.40/$3,025.90 |
| 6th | 7/22/09 | 6/1/09 – 6/30/09 | $106,998.50/$5,684.58 | $85,598.80/$5,684.58 |
| 7th | 8/28/09 | 7/1/09 – 7/31/09 | $87,804.50/$8,160.20 | $70,243.60/$8,160.20 |
| 8th | 10/2/09 | 8/1/09 – 8/31/09 | $106,819/$4,367.14 | $85,455.20/$4,367.14 |
| 9th | 11/25/09 | 9/1/09 – 9/30/09 | $70,349/$6,301.43 | *pending* |
| 10th | 11/25/09 | 10/31/09 – 10/31/09 | $60,948/$10,706.61 | *pending* |

46429/0001-6142842v1

## TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY ATTORNEY
## OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $700.00 | 6.2 | $4,340.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $550.00 | 5.7 | $3,135.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $550.00 | 69.2 | $38,060.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $365.00 | 0.2 | $73.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $210.00 | 70.7 | $14,847.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $170.00 | 2.9 | $493.00 |
| **TOTALS** | | | | 154.90 | $60,948.00 |

**Blended Rate: $393.47**

\*   This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2009).

46429/0001-6142842v1

## TRIBUNE COMPANY, *et al.*

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Asset Dispositions, Sales, Uses and Leases (Section 363) | 11.5 | $5,278.00 |
| Automatic Stay Matters/Litigation | 0.2 | $110.00 |
| Case Administration | 41.9 | $18,326.00 |
| Claims Analysis, Administration and Objections | 15.1 | $7,219.00 |
| Committee Matters and Creditor Meetings | 0.6 | $420.00 |
| Creditor Inquiries | 0.4 | $84.00 |
| Employee Matters | 1.7 | $1,055.00 |
| Fee Application Matters/Objections | 38.5 | $10,268.00 |
| Leases (Real Property) | 0.3 | $165.00 |
| Litigation/General (Except Automatic Stay Relief) | 2.9 | $1,595.00 |
| Preparation for and Attendance at Hearings | 18.3 | $6,631.00 |
| Press/Public Affairs | 0.2 | $110.00 |
| Reorganization Plan | 0.2 | $110.00 |
| Reports; Statements and Schedules | 6.0 | $2,348.00 |
| Retention Matters | 10.2 | $3,675.00 |
| U.S. Trustee Matters and Meetings | 0.9 | $427.00 |
| Utilities/Sec. 366 Issues | 0.8 | $267.00 |
| Vendor Matters | 0.3 | $165.00 |
| General Corporate Advice | 4.9 | $2,695.00 |
| **TOTAL** | **154.90** | **$60,948.00** |

## TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (15,324 pages @ $0.10/page) | | $1,532.40 |
| Telephone | | $13.76 |
| Postage | | $120.69 |
| Telephonic Appearance | *CourtCall* | $294.00 |
| Document Retrieval/Court Documents | *PACER Service Center* | $8.32 |
| Filing Fee (Petition) | *USBC* | $1,039.00 |
| Overtime (Secretarial) | | $640.20 |
| Certified Copies | *Parcels, Inc.* | $83.00 |
| Transcript | *Veritext; J&J Transcribers; Diana Doman Transcribing* | $1,622.00 |
| Travel Expenses (working meals, car service) | *Purebread; Urban Café; Toscano to Go; Dave's Limousine* | $2,019.13 |
| Electronic Filing Service Fee | *Parcels, Inc.* | $65.00 |
| Messenger Service | *Parcels, Inc.* | $121.50 |
| Overnight Delivery | *Federal Express* | $1,326.11 |
| Outside Photocopying | *Parcels, Inc.* | $1,404.49 |
| Outside Postage | *Parcels, Inc.* | $53.71 |
| Outside Telecopier | *Parcels, Inc.* | $296.25 |
| Legal Research | *Westlaw* | $67.05 |
| **TOTAL** | | **$10,706.61** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | **Objection Date: December 15, 2009 at 4:00 p.m.** |
| : | **Hearing Date:** *Only if Objections are filed* |

## TENTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $60,948.00, and reimbursement of expenses in the amount of $10,706.61 for the period from October 1, 2009 through October 31, 2009 (the "Application"), and respectfully represents as follows:

### Introduction

1.  On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3.  On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee

46429/0001-6142842v1

Members (the "Fee Order"). In accordance with the Fee Order, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees and 100% of the disbursements requested.

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

### Relief Requested

6. Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim approval of compensation for professional services rendered, in the amount of $60,948.00, and reimbursement of actual and necessary expenses incurred, in the amount of $10,706.61, in serving as co-counsel to the Debtors during the period October 1, 2009 through October 31, 2009.

### Allowance of Compensation

7. Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

8. Attached hereto as Exhibit "B" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from October 1, 2009 through October 31, 2009. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

46429/0001-6142842v1

9. The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which the Applicant rendered services for the time period covered by this Application. The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "B".

a) <u>Asset Dispositions, Sales, Uses, and Leases (Section 363)</u> (11.5 hours; $5,278.00). This category includes time spent related to the *Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Chicago National League Ball Club, LLC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, (C) Assume and Assign Executory Contracts, (D) Operate and Pay Obligations Related to Cubs Business in the Ordinary Course Subject to Formation Agreement and Major League Baseball Rules and Regulations, and (E) Pledge Membership Interest in Chicago Baseball Holdings, LLC; (II) Recognizing Sufficiency of Notice; (III) Waiving Certain Actions and (IV) Granting Related Relief,* including review, analysis and filing of the second amended cure exhibit and notice of submission of declarations.

b) <u>Case Administration</u> (41.9 hours; $18,326.00). This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, maintaining a critical dates chart, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, conferences with co-counsel regarding tasks, division of labor and strategies, and other miscellaneous tasks not otherwise separately

3

classifiable. This category also included time spent related to the filing of the chapter 11 petition for Chicago National League Ball Club, LLC and related first-day pleadings.

    c)    <u>Claims Analysis, Administration and Objections</u> (15.1 hours; $7,219.00). This category includes time spent related to filing certifications of no objection regarding the first, second and third omnibus objections to claims, a certification of counsel regarding the fourth omnibus objection to claims, and reviewing, revising and filing the fifth and sixth omnibus objections to claims.

    d)    <u>Fee Application Matters/Objections</u> (38.5 hours; $10,268.00). This category includes time spent preparing and filing Applicant's monthly and interim fee applications, as well as time spent corresponding with the Debtor's other professionals regarding their fee applications, preparing and filing other professionals' fee applications, preparing and filing certifications with respect to fee applications, and preparing and filing notices with respect to payment of ordinary course professionals.

    e)    <u>Preparation for and Attendance at Hearings</u> (18.3 hours; $6,631.00). This category includes time spent attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

**Reimbursement of Expenses**

10.    Attached hereto as Exhibit "C" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors. These costs for which reimbursement is requested total $10,706.61. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, petition filing fee, certified copy

4

46429/0001-6142842v1

charges, messenger service, telephonic appearance charges, travel expenses, transcript charges, overtime, electronic filing charges, document retrieval and legal research charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $60,948.00 for professional services rendered, and $10,706.61 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: November 25, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *[signature]*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

5

46429/0001-6142842v1