# EXHIBIT A



**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1025496**
**Matter Number: 1025496**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/27/2009 | JJS | 6.80 | Balancing expenses and fees for Third Interim Fee Application. | 1,870.00 |
| 10/29/2009 | PSS | 4.40 | Review expenses requested in interim application and draft expense section of report. | 1,210.00 |
| | | 0.70 | Review reconciliation of fees and verify accuracy of schedules. | 192.50 |
| | | **11.90** | | **$3,272.50** |

# STUART MAUE
### LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025496
Matter Number: 1025496
Firm: AlixPartners, LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 5.10 = | $1,402.50 |
| Jeffrey J. Struif | JJS | 275.00 x | 6.80 = | $1,870.00 |
| | **Total for Legal Auditors:** | | 11.90 | $3,272.50 |
| | **Total Hours Worked:** | | 11.90 | |
| | **Total Hours Billed:** | | 11.90 | $3,272.50 |



STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025497
Matter Number: 1025497
Firm: Alvarez & Marsal, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/01/2009 | JEP | 5.20 | Continued the review of billing entries and the identification and classification of task descriptions referencing questioned multiple attendance at nonfirm conferences. | 1,430.00 |
| | | 1.60 | Continued the review of billing entries and then began the identification and classification of task descriptions referencing legal research activities. | 440.00 |
| | | 0.20 | Continued the review of billing entries and the identification and classification of task descriptions billed by transient timekeepers. | 55.00 |
| | | 2.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing clerical activities. | 660.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing potentially double-billed entries and questioned double-billed entries. | 82.50 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing travel activities, including nonworking travel and travel billed at more than half-rate or half time. | 82.50 |
| 10/02/2009 | JEP | 1.10 | Continued the review of billing entries and the further identification and classification of task descriptions referencing administrative activities. | 302.50 |
| | | 1.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing legal research activities. | 467.50 |
| | | 3.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing other vaguely task descriptions. | 935.00 |
| | | 3.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing vaguely described conferences. | 1,045.00 |
| 10/05/2009 | JEP | 6.20 | Continued the review of billing entries and the further identification and classification of vaguely described tasks. | 1,705.00 |
| | | 2.20 | Continued the review of billing entries and the further identification and classification of additional conferences, including both intraoffice and nonfirm conferences. | 605.00 |
| 10/06/2009 | JEP | 1.80 | Continued the review of billing entries and the further identification and classification of task descriptions referencing intraoffice conferences. | 495.00 |
| | | 5.30 | Continued the review of billing entries and the further identification and classification of task descriptions referencing other vaguely described tasks. | 1,457.50 |
| | | 1.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm conferences. | 330.00 |



STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025497
Matter Number: 1025497
Firm: Alvarez & Marsal, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/07/2009 | JEP | 4.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing vaguely described conferences and other vaguely described tasks. | 1,292.50 |
| | | 3.60 | Continued the review of billing entries and the further identification and classification of task descriptions referencing intraoffice and nonfirm conferences and multiple attendance at same. | 990.00 |
| 10/08/2009 | JEP | 1.20 | Continued the review of billing entries and the further identification and classification task descriptions referencing intraoffice and nonfirm conferences. | 330.00 |
| | | 7.90 | Continued the identification and classification of block-billed entries. | 2,172.50 |
| 10/13/2009 | JEP | 0.70 | Continued the review of billing entries and the further identification and classification of tasks billed by transient timekeepers. | 192.50 |
| | | 0.60 | Continued the review of billing entries and the further identification and classification of tasks billed in time increments other than tenths of an hour. | 165.00 |
| | | 0.90 | Continued the review of billing entries and the further analysis and review of tasks that were block-billed by the firm and the classification of the individual tasks within blocked entries. | 247.50 |
| | | 0.40 | Continued drafting list of billing issues. | 110.00 |
| | | 1.10 | Continued the review of billing entries and the further identification and classification of task descriptions referencing clerical activities. | 302.50 |
| | | 0.80 | Drafted list of exhibits to accompany preliminary report regarding firm's second interim fee application. | 220.00 |
| 10/19/2009 | DB | 0.40 | Review interim report memo in advance of report preparation. | 110.00 |
| | | 4.30 | Review and verification of multiple attendance analysis. | 1,182.50 |
| 10/20/2009 | DB | 1.20 | Review and verification of questioned categories (travel, double billing, transient, etc). | 330.00 |
| 10/26/2009 | DB | 2.90 | Revised analysis regarding vague conferences and vaguely described activities. | 797.50 |
| 10/26/2009 | JMM | 0.30 | Prepared spreadsheet of intraoffice conferencing and multiple attendance entries. | 82.50 |
| 10/27/2009 | DB | 2.20 | Continued review and verification of multiple attendance analysis. | 605.00 |
| 10/28/2009 | DB | 2.70 | Drafting and revision to preliminary report. | 742.50 |
| | | **72.60** | | **$19,965.00** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025497
Matter Number: 1025497
Firm: Alvarez & Marsal, LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 13.70 | = | $3,767.50 |
| Janet M. Marchlewski | JMM | 275.00 | x | 0.30 | = | $82.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 58.60 | = | $16,115.00 |
| **Total for Legal Auditors:** | | | | 72.60 | | $19,965.00 |
| **Total Hours Worked:** | | | | 72.60 | | |
| **Total Hours Billed:** | | | | 72.60 | | $19,965.00 |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/05/2009 | DB | 1.90 | Review of orders, local rules, retention agreements, and other materials relevant to fees, verification of analysis, and drafting reports. | 522.50 |
| 10/06/2009 | DB | 5.40 | Review and verification of questioned fee categories. | 1,485.00 |
| 10/08/2009 | JJS | 1.30 | Balancing fees for invoices 13134930, 13135080, and 13135260. | 357.50 |
| 10/20/2009 | PSS | 0.90 | Revise expense section of report. | 247.50 |
| 10/22/2009 | DB | 4.30 | Review and verification of intraoffice conferencing analysis. | 1,182.50 |
| | | 5.20 | Review, revision and verification of mulitple attendence analysis. | 1,430.00 |
| 10/22/2009 | JMM | 0.60 | Prepared spreadsheets of Intraoffice and Multiple Attendance entries. | 165.00 |
| 10/28/2009 | DB | 3.30 | Drafting and revision to preliminary report. | 907.50 |
| | | **22.90** | | **$6,297.50** |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 20.10 | = | $5,527.50 |
| Janet M. Marchlewski | JMM | 275.00 | x | 0.60 | = | $165.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.90 | = | $247.50 |
| Jeffrey J. Struif | JJS | 275.00 | x | 1.30 | = | $357.50 |
| | **Total for Legal Auditors:** | | | 22.90 | | $6,297.50 |
| | **Total Hours Worked:** | | | 22.90 | | |
| | **Total Hours Billed:** | | | 22.90 | | $6,297.50 |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/05/2009 | JJS | 3.30 | Entering timekeepers and balancing fees for invoices 1313490, 13135080, and 13135260. | 907.50 |
| 10/08/2009 | PSS | 0.50 | Reconcile fees in database to hard copy of interim application. | 137.50 |
| 10/09/2009 | PSS | 2.70 | Continue to reconcile fees in database to hard copy of interim application. | 742.50 |
| 10/12/2009 | PSS | 7.10 | Continue to reconcile fees in database to hard copy of interim application. | 1,952.50 |
| | | 0.60 | Review expenses requested in monthly applications and draft expense section of report. | 165.00 |
| 10/13/2009 | PSS | 2.80 | Continue to review expenses requested in monthly applications and draft expense section of report. | 770.00 |
| 10/20/2009 | PSS | 0.90 | Continue to review expenses requested in monthly applications and draft expense section of report. | 247.50 |
| | | **17.90** | | **$4,922.50** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025499
Matter Number: 1025499
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 14.60 | = | $4,015.00 |
| Jeffrey J. Struif | JJS | 275.00 | x | 3.30 | = | $907.50 |
| | **Total for Legal Auditors:** | | | **17.90** | | **$4,922.50** |
| | **Total Hours Worked:** | | | **17.90** | | |
| | **Total Hours Billed:** | | | **17.90** | | **$4,922.50** |

# STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025135
Matter Number: 1025135
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/07/2009 | DB | 2.10 | Review orders and applications in anticipation of verification and drafting fee report. | 577.50 |
| 10/20/2009 | DB | 3.20 | Review and verification and revision of clerical activities. | 880.00 |
| 10/29/2009 | DB | 3.40 | Drafting preliminary audit report and contemporaneous review of questioned fee categories. | 935.00 |
| | | **8.70** | | **$2,392.50** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025135
Matter Number: 1025135
Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 8.70 | = | $2,392.50 |
| Total for Legal Auditors: | | | | 8.70 | | $2,392.50 |
| Total Hours Worked: | | | | 8.70 | | |
| Total Hours Billed: | | | | 8.70 | | $2,392.50 |

# STUART/MAUE
### LEGAL COST ᐯ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025500
Matter Number: 1025500
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/20/2009 | JJS | 2.10 | Balancing fees on invoices 649282, 651422, and 652986. | 577.50 |
| 10/21/2009 | JJS | 3.80 | Balancing fees on invoices 649282, 651422, and 652986. | 1,045.00 |
| 10/22/2009 | PSS | 0.90 | Review reconciliation of fees and verify accuracy of schedules. | 247.50 |
| | | 1.00 | Review expenses requested in interim application and draft expense section of report. | 275.00 |
| 10/23/2009 | PSS | 0.70 | Continue to review expenses requested in interim application and draft expense section of report. | 192.50 |
| | | **8.50** | | **$2,337.50** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025500
Matter Number: 1025500
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 2.60 = | $715.00 |
| Jeffrey J. Struif | JJS | 275.00 x | 5.90 = | $1,622.50 |
| **Total for Legal Auditors:** | | | 8.50 | $2,337.50 |
| **Total Hours Worked:** | | | 8.50 | |
| **Total Hours Billed:** | | | 8.50 | $2,337.50 |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025575
Matter Number: 1025575
Firm: Dow Lohnes PLLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/15/2009 | SS | 0.20 | Telephone call from Chris Mazzell re: interim reports, nunc pro tunc order and monthly reports. | 65.00 |
| 10/22/2009 | PSS | 1.80 | Reconcile fees in database to hard copy of interim application. | 495.00 |
| 10/23/2009 | PSS | 3.10 | Continue to reconcile fees in database to hard copy of interim application. | 852.50 |
| 10/26/2009 | JEP | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing legal research activities relating to the firm's retention/compensation. | 110.00 |
| | | 2.20 | Continued the review of billing entries and the identification and classification of task descriptions referencing legal research activities. | 605.00 |
| | | 1.10 | Continued the review of billing entries and the identification and classification of task descriptions referencing intraoffice and nonfirm conferences. | 302.50 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of attendance at events, conflicts checks activities, long billing days, and double billed entries. | 220.00 |
| | | 1.80 | Began the review of billing entries and the identification and classification of task descriptions referencing conferences. | 495.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing clerical activities. | 82.50 |
| | | 0.50 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 137.50 |
| | | 0.40 | Continued the classification of block-billed task descriptions. | 110.00 |
| | | 0.70 | Continued the review of billing entries and the identification and classification of task descriptions billed in other than tenth-hour time increments. | 192.50 |
| 10/26/2009 | PSS | 1.90 | Review expenses requested in interim application and draft expense section of report. | 522.50 |
| 10/27/2009 | JEP | 3.90 | Began drafting fee examiner's preliminary report regarding firm's first interim fee application and accompanying list of fee exhibits. | 1,072.50 |
| | | 0.70 | Continued the review of billing entries and the identification and entries billed by transient timekeepers. | 192.50 |
| | | 1.60 | Continued the review of billing entries and the identification and classification of other vaguely described tasks. | 440.00 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of vaguely described conferences. | 220.00 |
| | | 1.30 | Continued the review and classification of block-billed tasks. | 357.50 |
| | | 1.10 | Began drafting listing of billing issues. | 302.50 |
| 10/28/2009 | JEP | 1.80 | Continued drafting fee examiner's preliminary report regarding firm's first interim fee application and accompanying list of exhibits. | 495.00 |

## STUART/MAUE
LEGAL COST ⱽ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025575
Matter Number: 1025575
Firm: Dow Lohnes PLLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2009 | | | | |
| | | 26.40 | | $7,270.00 |



**STUART/MAUE**
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025575
Matter Number: 1025575
Firm: Dow Lohnes PLLC

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 275.00 | x | 19.40 | = | $5,335.00 |
| Steven Schwendemann | SS | 325.00 | x | 0.20 | = | $65.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 6.80 | = | $1,870.00 |
| **Total for Legal Auditors:** | | | | **26.40** | | **$7,270.00** |
| **Total Hours Worked:** | | | | **26.40** | | |
| **Total Hours Billed:** | | | | **26.40** | | **$7,270.00** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025415
Matter Number: 1025415
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/01/2009 | PSS | 0.60 | Review billing rates for increases from first interim to second interim periods. | 165.00 |
| | | 3.70 | Per instructions from Jenner, additional modifications to redacted entries to conform to hard copy. | 1,017.50 |
| | | 4.30 | | $1,182.50 |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025415
Matter Number: 1025415
Firm: Jenner & Block LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 4.30 | = | $1,182.50 |
| | **Total for Legal Auditors:** | | | **4.30** | | **$1,182.50** |
| | **Total Hours Worked:** | | | **4.30** | | |
| | **Total Hours Billed:** | | | **4.30** | | **$1,182.50** |



**STUART/MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025356
Matter Number: 1025356
Firm: Lazard Freres & Co. LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/01/2009 | PSS | 0.80 | Continue to reconcile fees in database to fees requested in interim application. | 220.00 |
| 10/19/2009 | PSS | 2.00 | Review expenses requested in monthly applications and draft expense section of report. | 550.00 |
| | | 1.10 | Continue to reconcile fees in database to fees requested in interim application. | 302.50 |
| 10/20/2009 | PSS | 1.80 | Continue to review expenses requested in monthly applications and draft expense section of report. | 495.00 |
| 10/28/2009 | JEP | 0.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing vaguely described conferences. | 220.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing travel activities, including nonworking travel and travel billed at more than half-rate. | 110.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing entries billed in full-hour and half-hour time increments. | 82.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing clerical activities, administrative acitivies, and activities relating to the firm's retention/compensation. | 110.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing potentially double-billed and questioned double-billed entries. | 82.50 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of travel task descriptions related to multiple attendance. | 220.00 |
| | | 0.20 | Continued the review of billing entries for the identification and classification of transient billers. | 55.00 |
| | | 2.80 | Began drafting fee examiner's preliminary report regarding firm's second interim fee application. | 770.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing questioned multiple attendance at nonfirm conferences. | 110.00 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 220.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 82.50 |
| | | 0.30 | Began the review of billing entries and the identification and classification of task descriptions referencing conferences. | 82.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing intraoffice and nonfirm conferences. | 110.00 |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025356
Matter Number: 1025356
Firm: Lazard Freres & Co. LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/30/2009 | JEP | 5.30 | Continued drafting fee examiner's preliminary report regarding firm's second interim fee application, accompanying list of fee/expense exhibits, and listing of billing issues. | 1,457.50 |
| | | 19.20 | | $5,280.00 |

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025356
Matter Number: 1025356
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 13.50 = | $3,712.50 |
| Pamela S. Snyder | PSS | 275.00 x | 5.70 = | $1,567.50 |
| **Total for Legal Auditors:** | | | 19.20 | **$5,280.00** |
| **Total Hours Worked:** | | | 19.20 | |
| **Total Hours Billed:** | | | 19.20 | **$5,280.00** |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1024406
Matter Number: 1024406
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/01/2009 | SS | 0.40 | Review firm's response to the preliminary report. | 130.00 |
| 10/02/2009 | SS | 0.60 | Begin drafting final report. | 195.00 |
| | | **1.00** | | **$325.00** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1024406
Matter Number: 1024406
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Steven Schwendemann | SS | 325.00 x | 1.00 = | $325.00 |
| Total for Legal Auditors: | | | 1.00 | $325.00 |
| Total Hours Worked: | | | 1.00 | |
| Total Hours Billed: | | | 1.00 | $325.00 |



**Tribune Company**

**Invoice Date:** 12/01/2009
**Invoice Number:** R699 - 1025507
**Matter Number:** 1025507
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/19/2009 | PSS | 0.10 | E-mail law firm to request electronic data for May Application. | 27.50 |
| 10/23/2009 | JJS | 5.20 | Balancing fees and expenses on invoices for 2nd Quarterly Fee Application. | 1,430.00 |
| 10/26/2009 | PSS | 2.10 | Review reconciliation of fees and verify accuracy of schedules. | 577.50 |
| | | 0.20 | Review expenses requested in application and draft expense section of report. | 55.00 |
| 10/27/2009 | PSS | 1.70 | Continue to review expenses requested in application and draft expense section of report. | 467.50 |
| 10/28/2009 | PSS | 2.80 | Continue to review expenses requested in application and draft expense section of report. | 770.00 |
| 10/30/2009 | JEP | 3.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing conferencing activities. | 935.00 |
| | | 1.10 | Continued the review of billing entries and the identification and classification of task descriptions referencing intraoffice and nonfirm conferences. | 302.50 |
| | | 0.30 | Began the review of billing entries and the identification and classification of task descriptions referencing travel activities. | 82.50 |
| | | **16.90** | | **$4,647.50** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025507
Matter Number: 1025507
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 4.80 = | $1,320.00 |
| Pamela S. Snyder | PSS | 275.00 x | 6.90 = | $1,897.50 |
| Jeffrey J. Struif | JJS | 275.00 x | 5.20 = | $1,430.00 |
| | **Total for Legal Auditors:** | | **16.90** | **$4,647.50** |
| | **Total Hours Worked:** | | **16.90** | |
| | **Total Hours Billed:** | | **16.90** | **$4,647.50** |

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025377
Matter Number: 1025377
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2009 | | | | |
| 10/26/2009 | SS | 0.20 | Telephone conference with Devon Eggert regarding Mercer's comments to preliminary report. | 65.00 |
| | | **0.20** | | **$65.00** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025377
Matter Number: 1025377
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2009**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Steven Schwendemann | SS | 325.00 x | 0.20 = | $65.00 |
| **Total for Legal Auditors:** | | | **0.20** | **$65.00** |
| **Total Hours Worked:** | | | **0.20** | |
| **Total Hours Billed:** | | | **0.20** | **$65.00** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/07/2009 | DB | 2.20 | Analysis of applications and memorandum re categories for review. | 605.00 |
| 10/20/2009 | DB | 2.10 | Review and verification of clerical, administrative, multiple attendance, intraoffice conferencing, and other fee categories. | 577.50 |
| 10/29/2009 | DB | 4.60 | Drafting preliminary audit report and contemporaneous review of questioned fee categories. | 1,265.00 |
| | | **8.90** | | **$2,447.50** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 8.90 = | $2,447.50 |
| Total for Legal Auditors: | | | 8.90 | $2,447.50 |
| Total Hours Worked: | | | 8.90 | |
| Total Hours Billed: | | | 8.90 | $2,447.50 |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1024897**
**Matter Number: 1024897**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/23/2009 | SS | 0.40 | Review/analyze response from firm to preliminary report. | 130.00 |
| | | 0.40 | Review subsequently filed fee applications to ascertain if adjustments requested in preliminary report were made. | 130.00 |
| | | 0.10 | Review engagement letter and order in preparation of preparing final report. | 32.50 |
| 10/29/2009 | PSS | 0.90 | Preparation of final exhibits and Appendix A to accompany final report. | 247.50 |
| | | **1.80** | | **$540.00** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1024897
Matter Number: 1024897
Firm: Moelis & Company LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Steven Schwendemann | SS | 325.00 | x | 0.90 | = | $292.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.90 | = | $247.50 |
| **Total for Legal Auditors:** | | | | 1.80 | | $540.00 |
| **Total Hours Worked:** | | | | 1.80 | | |
| **Total Hours Billed:** | | | | 1.80 | | $540.00 |

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1024898
Matter Number: 1024898
Firm: Moelis & Company LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2009 | | | | |
| 10/19/2009 | PSS | 0.10 | E-mail firm to request electronic data for May Application. | 27.50 |
| | | **0.10** | | **$27.50** |

# STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1024898
Matter Number: 1024898
Firm: Moelis & Company LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.10 = | $27.50 |
| | | Total for Legal Auditors: | 0.10 | $27.50 |
| | | Total Hours Worked: | 0.10 | |
| | | Total Hours Billed: | 0.10 | $27.50 |

## STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/20/2009 | PSS | 0.50 | Continue to review expenses requested in interim application and draft expense section of report. | 137.50 |
| | | **0.50** | | **$137.50** |

# STUART/MAUE
### LEGAL COST V MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.50 = | $137.50 |
| | | Total for Legal Auditors: | 0.50 | $137.50 |
| | | Total Hours Worked: | 0.50 | |
| | | Total Hours Billed: | 0.50 | $137.50 |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1025514**
**Matter Number: 1025514**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/14/2009 | PSS | 1.70 | Reconcile fees in database to hard copy of interim application. | 467.50 |
| 10/15/2009 | PSS | 0.60 | Continue to reconcile fees in database to hard copy of interim application. | 165.00 |
| | | 0.50 | Review expenses requested in monthly applications and draft expense section of report. | 137.50 |
| | | **2.80** | | **$770.00** |



**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1025514
Matter Number: 1025514
Firm: Reed Smith LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2009**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 2.80 = | $770.00 |
| **Total for Legal Auditors:** | | | **2.80** | **$770.00** |
| **Total Hours Worked:** | | | **2.80** | |
| **Total Hours Billed:** | | | **2.80** | **$770.00** |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/01/2009 | PSS | 0.60 | Update status worksheet to reflect new applications. | 165.00 |
| 10/06/2009 | PSS | 0.90 | Update status worksheet to reflect recent applications. | 247.50 |
| 10/07/2009 | PSS | 0.30 | Update status worksheet to reflect recently filed applications. | 82.50 |
| 10/14/2009 | PSS | 0.60 | Update status worksheet to reflect new applications. | 165.00 |
| 10/15/2009 | PSS | 1.20 | Review PACER and EPIQ and new fee  applications. | 330.00 |
| 10/16/2009 | SS | 0.60 | Review e-mail regarding Cubs Baseball Team Bankruptcy filing and joint administration of cases and Joint Administration Order to determine effect on SMMJ's retention and matters necessary to extend SMMJ employment as Fee Examiner. | 195.00 |
| | | 0.90 | Draft Affidavit for extension of appointment. | 292.50 |
| 10/20/2009 | PSS | 1.80 | Update status worksheet to reflect applications received recently. | 495.00 |
| 10/22/2009 | SS | 0.20 | Revised Affidavit regarding extension of SMMJ employment to Cubs Bankruptcy. | 65.00 |
| | | 0.30 | Prepare Order re: extension of SMMJ employment to Cubs Case. | 97.50 |
| | | 0.10 | Conversation with Cole Schotz regarding possible hearing date of December 1, 2009. | 32.50 |
| | | 0.70 | Draft Second Interim Fee Application of SMMJ. | 227.50 |
| 10/23/2009 | SS | 0.90 | Review outstanding items needed from various firms in preparation for possible hearing date of December 1, 2009 as discussed with Cole Schotz. | 292.50 |
| 10/27/2009 | PSS | 0.10 | Update status worksheet to reflect new fee applications. | 27.50 |
| 10/28/2009 | PSS | 0.10 | Update status worksheet to reflect applications received recently. | 27.50 |
| 10/30/2009 | PSS | 0.50 | Update status worksheet to reflect new applications. | 137.50 |
| | | **9.80** | | **$2,880.00** |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Steven Schwendemann | SS | 325.00 | x | 3.70 | = | $1,202.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 6.10 | = | $1,677.50 |
| | | **Total for Legal Auditors:** | | **9.80** | | **$2,880.00** |
| | | **Total Hours Worked:** | | **9.80** | | |
| | | **Total Hours Billed:** | | **9.80** | | **$2,880.00** |



**Tribune Company**

**Invoice Date: 12/01/2009**
**Invoice Number: R699 - 1026017**
**Matter Number: 1026017**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2009** | | | | |
| 10/12/2009 | SS | 0.10 | Telephone with Tom McCauly regarding treating current application as interim or monthly. | 32.50 |
| | | 0.70 | Review file and application to resolve issue regarding retention date and lack of reference in Order of Court. | 227.50 |
| | | **0.80** | | **$260.00** |

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/01/2009
Invoice Number: R699 - 1026017
Matter Number: 1026017
Firm: Zuckerman Spaeder

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2009**

**Legal Auditors**

| Steven Schwendemann | SS | 325.00 x | 0.80 = | $260.00 |
|---------------------|----|----|------|---------|
| | **Total for Legal Auditors:** | | **0.80** | **$260.00** |
| | **Total Hours Worked:** | | **0.80** | |
| | **Total Hours Billed:** | | **0.80** | **$260.00** |



**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 10/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 X | 51.40 = | $14,135.00 |
| Janet M. Marchlewski | JMM | 275.00 X | 0.90 = | $247.50 |
| Janet E. Papageorge | JEP | 275.00 X | 96.30 = | $26,482.50 |
| Steven Schwendemann | SS | 325.00 X | 6.80 = | $2,210.00 |
| Pamela S. Snyder | PSS | 275.00 X | 57.30 = | $15,757.50 |
| Jeffrey J. Struif | JJS | 275.00 X | 22.50 = | $6,187.50 |
| **Total for Legal Auditors:** | | | **235.20** | **$65,020.00** |
| **Total Hours Worked:** | | | **235.20** | |
| **Total Hours Billed:** | | | **235.20** | **$65,020.00** |

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.

Invoice Date:  12/##/2009
Invoice Number:  R### -  Expenses

## TRIBUNE - OCTOBER EXPENSES

PHOTOCOPIES:

| | | |
|---|---|---|
| 450 at $0.10/Page | | $45.00 |
| **TOTAL EXPENSES:** | | **$45.00** |