# EXHIBIT B

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.

Invoice Date:  12/01/2009
Invoice Number:  R699 -  Expenses

**TRIBUNE - OCTOBER EXPENSES**

PHOTOCOPIES:

450 at $0.10/Page          $45.00

**TOTAL EXPENSES:      $45.00**