# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** December 1, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bus Stearn | RJF | JP Morgan |
| Don Bernstein | Davis Polk | " |
| Dennis Glaze | " | " |
| Sheri Kelly | | |
| Norman Pernick | Cole Schotz | Debtors |
| James Conlon | Sidley Austin | " |
| Bryan Krakauer | " | " |
| Janet Henderson | " | " |
| James Ducayet | " | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 12/01/2009
Calendar Time: 10:00 AM

Amended Calendar 11/30/2009 01:58 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3208572 | Philip Bentley / Doug Mantel | 212-715-9505 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Phillip Bentley / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3215693 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3215714 | Jessica Boelter | 312-853-7030 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3215589 | Brian L. Brager | 201-896-6100 | Hain Capital Group, LLC | Creditor, Hain Capital Group, LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3215689 | Dave Eldersveld / in conference rm | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3208546 | Katherine Gilman | (212) 715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Katherine Gilman / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3215675 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3213448 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase | Creditor, JP Morgan Chase / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3215676 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3215679 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3215768 | Joseph Lamport | 212-299-7673 | Sandelman Partners Multi-Strategy | Interested Party, Joseph Lamport / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3215685 | Don Liebentritt / in conference rm | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3215699 | Jillian McClelland | (312) 853-5761 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3214246 | Richard Paige | 212-583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3199096 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3193977 | Usman Tahir | 212-527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3215757 | Teck Wong | (952) 984-3440 | Carval Investors | Creditor, Carval Investor / LISTEN ONLY |

Peggy Drasal    CourtConfCal2007    Page 2 of 4

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** December 1, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath & Cobb LLP | Creditors' Committee |
| Howard Seife | Chadbourne & Parke LLP | " |
| Douglas Deutsch | " | " |
| Daniel K. Astin | Ciardi Ciardi & Astin | McCormick Tribune Foundation |
| David Rosner / Matt Stein | Kasowitz Benson Torres & Friedman | Law Debenture |
| Darl Golden | Akin Gump Strauss Hauer & Feld | Centerbridge Credit Advisors |
| David Adler | McCarter & English | Deutsche Bank Trust Company |
| Katherine Mayer | " | " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| (scribbled) | (scribbled) | (scribbled) |
| (scribbled) | (scribbled) | " |
| Bruce Bennett / James Johnston | Hennigan Bennett & Dorman | Credit Agreement Lenders |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: December 1, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Macauley | Zuckerman Spaeder | Committee |
| Graeme Bush | " | " |
| Tom Driscoll | B-Flats LLC | Neil Plaintiffs |
| Blake Cleary | Young Conaway Stargatt & Taylor | Credit Agreement Lenders |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Centerbridge |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |
| Madlyn Gleich Primoff | Kaye Scholer LLP | " |
| Joseph Drayton | " | " |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |