IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | : | Chapter 11 |
| --- | --- | --- |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| DEBTORS. | : | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of James O. Johnston to represent the creditors and parties in interest identified on *Exhibit A* hereto in this action.

M. Blake Cleary (No. 3614)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

James O. Johnston
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: 213-694-1200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: December 2, 2009

United States Bankruptcy Judge

12/1/09
2680

## Exhibit A

Anchorage Advisors, L.L.C.
Avenue Investments, LP
Avenue Special Situations Fund IV, L.P.
Avenue - CDP Global Opportunities Fund, L.P. (US)
Avenue International Master, LP (Master)
Avenue Special Situations Fund V, L.P.
Canyon Capital Advisors, LLC
Contrarian Funds LLC
CVI GVF (Lux) Master S.a.r.l.
Goldman Sachs Loan Partners
Greywolf Capital Partners II LP
Greywolf Capital Overseas Master Fund
Greywolf CLO I Ltd
James River Insurance
Northwoods Capital IV, Limited
Northwoods Capital V, Limited
Northwoods Capital VI, Limited
Northwoods Capital VII, Limited
Northwoods Capital VIII, Limited
Silver Oak Capital, LLC
KKR Financial CLO 2005-1, Ltd.
KKR Financial CLO 2006-1, Ltd.
KKR Financial CLO 2007-1, Ltd.
Oregon Public Employees Retirement Fund
KKR Financial Holdings III, LLC
KKR Strategic Capital Holdings I, L.P.
Knighthead Master Fund, L.P.
LMA SPC for and on behalf of MAP84 Segregated Portfolio
Latigo Master Fund Ltd.
LP MA1, Ltd.
SEG LP MA2, L.P.
SEG Latigo Master Fund Ltd.
Newstart Factors, Inc.
Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts
Scoggin Capital Management LP II
Scoggin International Fund LTD.
Scoggin Worldwide Distressed Fund, LTD
Taconic Market Dislocation Fund II LP
Taconic Market Dislocation Master Fund II LP
Taconic Capital Partners 1.5 LP
Taconic Opportunity Fund LP
Värde Investment Partners, L.P.
Viking Global Equities LP
Viking Global Equities II LP
VGE III Portfolio Ltd.
Waterstone Market Neutral Master Fund, Ltd
Waterstone Market Neutral Mac51 Fund, Ltd
York Capital Management, L.P.