**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO:  United States Bankruptcy Court
District of Delaware

AND TO:  Los Angeles Times Communications LLC. ("Debtor")
Case No. 08-13185

Claim # 1419

**MISI COMPANY LTD**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE OPPORTUNITY FUND, L.P.**
810 Seventh Avenue, 33rd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $15,980.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November __30__, 2009.

| M.I.S.I. COMPANY LTD. | LONGACRE OPPORTUNITY FUND, L.P. |
|---|---|
| | By Longacre Opportunity Management, LLC, its General Partner |
| By: _____ | By: _____ |
| Name: Francis T. Gowery | Name: Vladimir Jelisavcic |
| Title: Cfo ? Sr. VP of operations | Title: Manager |