**EXHIBIT A**

**(Fee Statement)**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　　Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809272

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2009 | $5,186.50 |
| Costs incurred and advanced | 3.60 |
| **Current Fees and Costs** | **$5,190.10** |
| **Total Balance Due** | **$5,190.10** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85980504.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809272

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2009 | $5,186.50 |
| Costs incurred and advanced | 3.60 |
| **Current Fees and Costs Due** | **$5,190.10** |
| **Total Balance Due** | **$5,190.10** |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address: 0959
   SWIFT Address: BOFAUS3N
   100 West 33rd Street
   New York, New York 10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85980504.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809272

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2009

**Post-Petition General Matter**                                         $5,186.50

### B110 Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/09 | JBB3 | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 10/02/09 | JBB3 | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 10/05/09 | JBB3 | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 10/06/09 | JBB3 | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 10/07/09 | JBB3 | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 10/08/09 | JBB3 | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                                                          Page 2
75245-00001
Invoice No. 1809272

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/09/09 | JBB3 | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 10/12/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/13/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/14/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/15/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/16/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/19/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/20/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/21/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/22/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/23/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/26/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/27/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |

Tribune Company                                                                 Page 3
75245-00001
Invoice No. 1809272

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/28/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/29/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 10/30/09 | ALE | Review case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| | **Subtotal: B110   Case Administration** | | **2.20** | | **533.50** |

### B113   Pleadings Review

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/09 | GES3 | Review docket filings (0.9) | 0.90 | 810.00 | 729.00 |
| | **Subtotal: B113   Pleadings Review** | | **0.90** | | **729.00** |

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/09 | SSP2 | Review interim compensation order for deadlines (0.1) | 0.10 | 425.00 | 42.50 |
| 10/05/09 | RPR | Work on draft third interim fee application (0.3); forward same to K. Newmarch (0.1) | 0.40 | 320.00 | 128.00 |
| 10/05/09 | SSP2 | Review third interim fee application (0.2) | 0.20 | 425.00 | 85.00 |
| 10/07/09 | RPR | Work on draft September monthly fee application (0.8) | 0.80 | 320.00 | 256.00 |
| 10/09/09 | RPR | Revise third interim fee application per S. Park's comments (0.4); forward same to K. Newmarch and S. Park (0.1) | 0.50 | 320.00 | 160.00 |
| 10/13/09 | RPR | Work on September billing statements (1.1); forward same to L. Llobrera (0.1) | 1.20 | 320.00 | 384.00 |

Tribune Company                                                                                       Page 4
75245-00001
Invoice No. 1809272

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/13/09 | SSP2 | Review interim fee application; email to K. Newmarch regarding the same (0.1) | 0.10 | 425.00 | 42.50 |
| 10/14/09 | RPR | Review revised September fee statements (0.5); forward same to J. Bender for privilege review (0.1) | 0.60 | 320.00 | 192.00 |
| 10/14/09 | SSP2 | Revise interim fee application to reflect adjustments from fee examiner report (0.5) | 0.50 | 425.00 | 212.50 |
| 10/15/09 | RPR | Research, compile and review fee examiner's report for first interim fee period (0.4); insert information in September monthly fee application to reflect fee examiner adjustments (0.3) | 0.70 | 320.00 | 224.00 |
| 10/16/09 | SSP2 | Review order and Cubs' case joint administration motion (0.3); draft supplemental affidavit of disinterestedness for continued retention (0.5) | 0.80 | 425.00 | 340.00 |
| 10/21/09 | SET2 | Update supplemental affidavit of disinterestedness regarding conflicts information (1.0) | 1.00 | 300.00 | 300.00 |
| 10/21/09 | SSP2 | Review and revise supplemental affidavit of disinterestedness (0.2) | 0.20 | 425.00 | 85.00 |
| 10/22/09 | KDN | Edit supplemental affidavit of disclosure regarding Cubs bankruptcy case (0.3); draft email to S. Park regarding supplemental affidavit of disclosure (0.1) | 0.40 | 645.00 | 258.00 |
| 10/22/09 | SSP2 | Email K. Stickles to request filing of Paul Hastings supplemental affidavit (0.1) | 0.10 | 425.00 | 42.50 |
| 10/26/09 | RPR | Work on ninth monthly (September) fee application (1.1) | 1.10 | 320.00 | 352.00 |
| 10/27/09 | RPR | Work on ninth monthly (September) fee application (0.8) | 0.80 | 320.00 | 256.00 |

Tribune Company                                                                    Page 5
75245-00001
Invoice No. 1809272

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/28/09 | RPR | Revise ninth monthly (September) fee application (0.6); forward same to K. Newmarch for review and execution (0.1) | 0.70 | 320.00 | 224.00 |
| 10/28/09 | SSP2 | Review, comment on September fee application (0.6); email signature pages to K. Newmarch (0.1) | 0.70 | 425.00 | 297.50 |
| 10/29/09 | SSP2 | Email K. Stickles to request filing of September fee application (0.1) | 0.10 | 425.00 | 42.50 |
| | **Subtotal:** | **B160   Fee/ Employment Applications** | **11.00** | | **3,924.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 0.90 | 810.00 | 729.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.40 | 645.00 | 258.00 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 2.80 | 425.00 | 1,190.00 |
| ALE | Allison L. Eissing | PARALEGAL | 1.50 | 260.00 | 390.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 6.80 | 320.00 | 2,176.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 1.00 | 300.00 | 300.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 0.70 | 205.00 | 143.50 |

**Current Fees and Costs**                                                    $5,190.10

**Total Balance Due**                                                          $5,190.10

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                  November 30, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                           Please refer to
Chicago, IL  60611-4096                          Invoice Number: 1809273

Attn:  David Eldersveld, Esq.                    PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

### Real Estate Renewal Matters
PHJ&W LLP File# 75245-00005
Daniel J. Perlman


Legal fees for professional services
for the period ending October 31, 2009                          $6,589.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$6,589.50** |
| **Total Balance Due** | **$6,589.50** |

**Wiring Instructions:**                          **Remittance Address:**
  Bank of America                                 Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                               191 N. Wacker Drive
  CHIPS Address:  0959                            30th Floor
  SWIFT Address:  BOFAUS3N                        Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85980504.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809273

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Real Estate Renewal Matters
PHJ&W LLP File# 75245-00005
Daniel J. Perlman

Legal fees for professional services
for the period ending October 31, 2009                          $6,589.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$6,589.50** |
| **Total Balance Due** | **$6,589.50** |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address: 0959
    SWIFT Address: BOFAUS3N
    100 West 33rd Street
    New York, New York  10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 85980504.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                     November 30, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                              Please refer to
Chicago, IL 60611-4096                              Invoice Number: 1809273

Attn: David Eldersveld, Esq.                        PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2009

**Real Estate Renewal Matters**                                        **$6,589.50**

## B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/09 | DJP2 | Review lease (0.8) and termination agreement related to Newsday property at Deshon Drive (0.3) | 1.10 | 790.00 | 869.00 |
| 10/08/09 | JSR6 | Review termination letter regarding termination of Newsday lease for 25 Deshon Drive, Melville, NY (0.7); review lease regarding same (1.3) | 2.00 | 675.00 | 1,350.00 |
| 10/12/09 | DJP2 | Telephone conference with S. Pater at Tribune Company (0.6); review lease for Newsday property at Deshon Drive (0.3); telephone conference with D. Eldersveld at Tribune to discuss same (0.3) | 1.20 | 790.00 | 948.00 |
| 10/16/09 | TJC3 | Prepare memorandum regarding termination of Newsday Deshon Drive lease (1.3) | 1.30 | 595.00 | 773.50 |
| 10/20/09 | DJP2 | Review Newsday lease termination memo (1.5) | 1.50 | 790.00 | 1,185.00 |

Tribune Company                                                          Page 2
75245-00005
Invoice No. 1809273

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/09 | TJC3 | Conference with D. Perlman and J. Rheeling regarding termination of Deshon Drive lease and revise memorandum analyzing Newsday termination of lease (0.4); correspondence with S. Pater regarding same (0.2) | 0.60 | 595.00 | 357.00 |
| 10/21/09 | DJP2 | Review lease termination issues and memorandum addressing same (1.1) | 1.10 | 790.00 | 869.00 |
| 10/21/09 | TJC3 | Correspondence with S. Pater regarding termination of Deshon Drive lease by Newsday (0.4) | 0.40 | 595.00 | 238.00 |
| | **Subtotal: B185   Assumption/ Rejection of Leases and Contracts** | | **9.20** | | **6,589.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 4.90 | 790.00 | 3,871.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 2.00 | 675.00 | 1,350.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 2.30 | 595.00 | 1,368.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$6,589.50** |
| **Total Balance Due** | **$6,589.50** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809274

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

Legal fees for professional services
for the period ending October 31, 2009

$632.00

| | |
|---|---:|
| **Current Fees and Costs Due** | $632.00 |
| **Total Balance Due** | $632.00 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809274

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

Legal fees for professional services
for the period ending October 31, 2009

|  |  |
|---|---|
| | $632.00 |
| **Current Fees and Costs Due** | **$632.00** |
| **Total Balance Due** | **$632.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809274

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2009

**L.A. Times**                                                                        $632.00

**B131  Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/09 | DJP2 | Review division of L.A. Times lot (0.6); telephone conference with S. Pater regarding same (0.2) | 0.80 | 790.00 | 632.00 |
| | **Subtotal:  B131  Sale of Real Estate** | | 0.80 | | 632.00 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 0.80 | 790.00 | 632.00 |

|  |  |
|--|--|
| **Current Fees and Costs** | $632.00 |
| **Total Balance Due** | $632.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809276

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### KTLA
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending October 31, 2009

$10,959.50

| | |
|---|---:|
| **Current Fees and Costs Due** | $10,959.50 |
| **Total Balance Due** | $10,959.50 |

**Wiring Instructions:**
　Bank of America
　ABA # 0260-0959-3
　CHIPS Address:  0959
　SWIFT Address:  BOFAUS3N
　100 West 33rd Street
　New York, New York  10001
　Account Number: 14599-04796
　Account Name: Paul, Hastings, Janofsky & Walker LLP
　Comment: Please refer to the invoice number listed above.

**Remittance Address:**
　Paul, Hastings, Janofsky & Walker LLP
　191 N. Wacker Drive
　30th Floor
　Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

November 30, 2009

Please refer to
Invoice Number: 1809276

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2009 | $10,959.50 |
| **Current Fees and Costs Due** | $10,959.50 |
| **Total Balance Due** | $10,959.50 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

November 30, 2009

Please refer to
Invoice Number: 1809276

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2009

**KTLA**                                                                 $10,959.50

## B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/09 | FLH | Review revised KTLA lease amendment from S. Kalt regarding lender requested changes to first amendment in connection with lender subordination agreement (0.5) | 0.50 | 335.00 | 167.50 |
| 10/15/09 | PAR | Review new KTLA first amendment received from S. Kalt (1.0); review lender form subordination agreement (0.5) | 1.50 | 810.00 | 1,215.00 |
| 10/16/09 | FLH | Prepare summary of KTLA lease provisions on expansion, tenant rights of termination and parking in connection with draft amendment received from landlord's counsel (1.0) | 1.00 | 335.00 | 335.00 |
| 10/16/09 | PAR | Review new KTLA amendment to lease (0.8); prepare memorandum to S. Pater outlining new amendment to lease (1.0) | 1.80 | 810.00 | 1,458.00 |

Tribune Company                                                                 Page 2
75245-00013
Invoice No. 1809276

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/09 | DJP2 | Review new amendment to lease agreement (1.4) and non-disturbance agreement (1.1) | 2.50 | 790.00 | 1,975.00 |
| 10/20/09 | PAR | Telephone conference with D. Perlman regarding KTLA amendment (0.1); telephone conference with R. Chesley regarding bankruptcy issues (0.1); telephone conference with S. Pater (0.3) | 0.50 | 810.00 | 405.00 |
| 10/21/09 | DJP2 | Review proposed amendment (2.1) and non-disturbance agreement (1.0) | 3.10 | 790.00 | 2,449.00 |
| 10/21/09 | PAR | Review proposed amendment (0.2); telephone call with S. Pater and D. Perlman (0.6) | 0.80 | 810.00 | 648.00 |
| 10/23/09 | DJP2 | Review proposed amendment (1.5) and non-disturbance agreement (0.6) | 2.10 | 790.00 | 1,659.00 |
| | | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | **13.80** | | **10,311.50** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/14/09 | PAR | Review new documents from Hudson Capital (0.8) | 0.80 | 810.00 | 648.00 |
| | | **Subtotal:  B250   Real Estate** | **0.80** | | **648.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 7.70 | 790.00 | 6,083.00 |
| PAR | Patrick A. Ramsey | PARTNER | 5.40 | 810.00 | 4,374.00 |
| FLH | Felicia L. Holley | PARALEGAL | 1.50 | 335.00 | 502.50 |

| | |
|---|---|
| **Current Fees and Costs** | $10,959.50 |
| **Total Balance Due** | $10,959.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809277

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### 555 E. Plainfield, Countryside, IL
PHJ&W LLP File# 75245-00020
Daniel J. Perlman

Legal fees for professional services
for the period ending October 31, 2009                                  $324.00

| | |
|---|---:|
| **Current Fees and Costs Due** | $324.00 |
| **Prior Balance Due** | $3,291.00 |
| **Total Balance Due** | $3,615.00 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                   November 30, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                            Please refer to
Chicago, IL  60611-4096                           Invoice Number: 1809277

Attn:  David Eldersveld, Esq.                     PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**555 E. Plainfield, Countryside, IL**
PHJ&W LLP File# 75245-00020
Daniel J. Perlman

Legal fees for professional services
for the period ending October 31, 2009                              $324.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$324.00** |
| **Prior Balance Due** | **$3,291.00** |
| **Total Balance Due** | **$3,615.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 05/29/09 | 1783668 | $4,901.50 | $3,921.20 | $0.00 | $980.30 |
| 06/25/09 | 1788180 | $11,553.50 | $9,242.80 | $0.00 | $2,310.70 |

**Total Prior Due** $3,291.00

**Balance Due** $3,615.00

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                    November 30, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL 60611-4096                             Invoice Number: 1809277

Attn: David Eldersveld, Esq.                       PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2009

## 555 E. Plainfield, Countryside, IL                              $324.00

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/09 | GES3 | Review file regarding Countryside document request (0.3); correspondence with T. Chandran regarding same (0.1) | 0.40 | 810.00 | 324.00 |
| | **Subtotal: B250   Real Estate** | | 0.40 | | 324.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 0.40 | 810.00 | 324.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$324.00** |
| **Prior Balance Due** | 3,291.00 |
| **Total Balance Due** | **$3,615.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

November 30, 2009

Please refer to
Invoice Number: 1809278

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Sun-Sentinel Lease
PHJ&W LLP File# 75245-00023
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2009 | $1,350.00 |
| **Current Fees and Costs Due** | **$1,350.00** |
| **Prior Balance Due** | **$1,604.60** |
| **Total Balance Due** | **$2,954.60** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809278

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Sun-Sentinel Lease
PHJ&W LLP File# 75245-00023
Daniel J. Perlman

Legal fees for professional services
for the period ending October 31, 2009             $1,350.00

| | |
|---|---|
| **Current Fees and Costs Due** | **$1,350.00** |
| **Prior Balance Due** | **$1,604.60** |
| **Total Balance Due** | **$2,954.60** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**REMITTANCE COPY (cont.)**

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 06/25/09 | 1788183 | $8,023.00 | $6,418.40 | $0.00 | $1,604.60 |

|  |  |
|---|---|
| **Total Prior Due** | $1,604.60 |
| **Balance Due** | $2,954.60 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

November 30, 2009

Please refer to
Invoice Number: 1809278

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2009

**Sun-Sentinel Lease**                                                  $1,350.00

**B250  Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/09 | JSR6 | Research identity of Tribune entity regarding ownership of real estate located in Ft. Lauderdale, Florida (2.0) | 2.00 | 675.00 | 1,350.00 |
| | **Subtotal:  B250   Real Estate** | | 2.00 | | 1,350.00 |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Jeffrey S. Rheeling | 2.00  hours at | $675.00 | |

| | |
|---|---|
| **Current Fees and Costs** | $1,350.00 |
| **Prior Balance Due** | 1,604.60 |
| **Total Balance Due** | $2,954.60 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

November 30, 2009

Please refer to
Invoice Number: 1809279

Attn:  David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Sale of 250 Miller Place, Hicksville
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2009 | $51,509.00 |
| Costs incurred and advanced | 0.80 |
| **Current Fees and Costs** | **$51,509.80** |
| **Prior Balance Due** | **$51,699.33** |
| **Total Balance Due** | **$103,209.13** |

**Wiring Instructions:**
　Bank of America
　ABA # 0260-0959-3
　CHIPS Address: 0959
　SWIFT Address:  BOFAUS3N
　100 West 33rd Street
　New York, New York  10001
　Account Number: 14599-04796
　Account Name: Paul, Hastings, Janofsky & Walker LLP
　Comment: Please refer to the invoice number listed above.

**Remittance Address:**
　Paul, Hastings, Janofsky & Walker LLP
　191 N. Wacker Drive
　30th Floor
　Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

November 30, 2009

Please refer to
Invoice Number: 1809279

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Sale of 250 Miller Place, Hicksville

PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2009 | $51,509.00 |
| Costs incurred and advanced | 0.80 |
| **Current Fees and Costs Due** | **$51,509.80** |
| **Prior Balance Due** | **$51,699.33** |
| **Total Balance Due** | **$103,209.13** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
75245-00027
Invoice No. 1809279


Tribune Company                                    November 30, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1809279

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2009

**Sale of 250 Miller Place, Hicksville**                        $51,509.00

**B131  Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/09 | DJP2 | Review mortgage (1.1) and promissory note (1.0) | 2.10 | 790.00 | 1,659.00 |
| 10/01/09 | JSR6 | Telephone conference with L. Goldman regarding loan documents (1.0); telephone conference with S. Pater regarding same (0.4); finalize loan documents (1.5); telephone conference with L. Goldman regarding title insurance exceptions (0.3) | 3.20 | 675.00 | 2,160.00 |
| 10/16/09 | JSR6 | Finalize closing documents in anticipation of closing (2.0) | 2.00 | 675.00 | 1,350.00 |
| 10/19/09 | JPB7 | Review purchase agreement (0.5) | 0.50 | 550.00 | 275.00 |
| 10/19/09 | JSR6 | Work on release of existing deeds of trust recorded against property (2.5) | 2.50 | 675.00 | 1,687.50 |
| 10/20/09 | JPB7 | Coordinate closing of transaction (1.0); review title commitment in furtherance of closing transaction (3.6) | 4.60 | 550.00 | 2,530.00 |
| 10/21/09 | JPB7 | Draft closing checklist (0.8); draft closing document (1.4); coordinate release of title (4.0) | 6.20 | 550.00 | 3,410.00 |

Tribune Company
75245-00027
Invoice No. 1809279

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/09 | JSR6 | Work on title clearance (2.5) | 2.50 | 675.00 | 1,687.50 |
| 10/21/09 | MM19 | Telephone conference with J. Bender regarding loan documents (0.2) | 0.20 | 615.00 | 123.00 |
| 10/21/09 | SET2 | Conference with J, Bender regarding status of entities (0.8); telephone conference and email correspondence with J. Porter at NCR regarding entity status (0.2); research Secretary of State of NY for qualification of Tribune NM (0.5) | 1.50 | 300.00 | 450.00 |
| 10/22/09 | JPB7 | Resolve outstanding title clearance (3.6); multiple telephone conferences with title company (1.6), lender (0.3) and client (0.3) regarding same; revise closing documents (1.0) | 6.80 | 550.00 | 3,740.00 |
| 10/22/09 | JSR6 | Work on title clearance regarding franchise taxes in New York and release of deeds of trust recorded against the property in Hicksville, New York (2.0) | 2.00 | 675.00 | 1,350.00 |
| 10/23/09 | JPB7 | Resolve outstanding title clearance (6.9); revise closing documents (2.7) | 9.60 | 550.00 | 5,280.00 |
| 10/23/09 | JSR6 | Work on title clearance in preparation of closing (2.5) | 2.50 | 675.00 | 1,687.50 |
| 10/23/09 | MM19 | Telephone conference with J. Bender regarding loan documents (0.2) | 0.20 | 615.00 | 123.00 |
| 10/23/09 | SET2 | Email correspondence with J. Porter at NCR regarding cost estimate to register Tribune NM in New York (0.1); office conference with J. Bender regarding New York registration (0.2) | 0.30 | 300.00 | 90.00 |
| 10/26/09 | JPB7 | Revise closing documents (1.4); coordinate release of outstanding title (2.9) | 4.30 | 550.00 | 2,365.00 |

Tribune Company
75245-00027
Invoice No. 1809279

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/26/09 | JSR6 | Review potential unpaid franchise taxes for Tribune NM, Inc. in state of New York (1.5); work on release of deeds of trust of property in Hicksville, New York (1.5); finalize loan documents in anticipation of closing of sale of property in Hicksville, New York (3.0) | 6.00 | 675.00 | 4,050.00 |
| 10/26/09 | MM19 | Prepare Delaware and Nassau County UCC financing statements (0.3); locate form SNDA (0.2) | 0.50 | 615.00 | 307.50 |
| 10/27/09 | JPB7 | Revise closing document (1.2); coordinate clearance of outstanding title (4.0) | 5.20 | 550.00 | 2,860.00 |
| 10/27/09 | JSR6 | Telephone conference with L. Goldman regarding loan documents (0.5); analyze buyer's requested changes to loan documents (1.0) | 1.50 | 675.00 | 1,012.50 |
| 10/28/09 | JPB7 | Coordinate closing of transaction (2.8); revise closing documents (1.4) | 4.20 | 550.00 | 2,310.00 |
| 10/28/09 | JSR6 | Work on release of deeds of trust recorded against property in Hicksville, New York (1.0); telephone conference with M. Melgarejo regarding franchise taxes for Tribune NM, Inc. in New York (0.3); work on potential unpaid franchise taxes in New York (1.2); review buyer's organizational documents and legal opinion (1.5) | 4.00 | 675.00 | 2,700.00 |
| 10/29/09 | JPB7 | Revise closing document (2.7) | 2.70 | 550.00 | 1,485.00 |
| 10/29/09 | JSR6 | Address potential unpaid franchise taxes for Tribune NM, Inc. in New York (1.0); calculate real estate tax prorations (1.0); finalize closing documents in anticipation of closing (1.0) | 3.00 | 675.00 | 2,025.00 |
| 10/29/09 | MM19 | Review borrower opinion letter (0.5); prepare comments to borrower opinion letter (1.0) | 1.50 | 615.00 | 922.50 |

Tribune Company
75245-00027
Invoice No. 1809279

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/29/09 | RPR | Review case docket for Hicksville sale order (0.1); forward email to local counsel requesting certified copy of order for title company (0.1) | 0.20 | 320.00 | 64.00 |
| 10/29/09 | SET2 | Office conference with J. Bender regarding good standing certificate and NY registration (0.2); email correspondence with J. Porter at NCR regarding good standing certificate (0.1) | 0.30 | 300.00 | 90.00 |
| 10/30/09 | JPB7 | Coordinate closing of transaction (1.3) | 1.30 | 550.00 | 715.00 |
| 10/30/09 | JSR6 | Telephone conference with L. Goldman regarding new lease transaction for property in Hicksville, New York (0.5); analyze buyer's proposed revisions to loan document (1.5) | 2.00 | 675.00 | 1,350.00 |
| 10/30/09 | RPR | Follow-up telephone conference with local counsel regarding status of securing certified copy of Hicksville sale order for title company (0.1); forward email to J. Bender regarding successful status of same (0.1) | 0.20 | 320.00 | 64.00 |
| **Subtotal: B131  Sale of Real Estate** | | | **83.60** | | **49,923.00** |

## B240  Tax Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/26/09 | AMS2 | Conference with J. Bender, J. Rheeling regarding NYS franchise tax statute of limitations (0.3) | 0.30 | 910.00 | 273.00 |
| 10/26/09 | MGB3 | Research regarding statute of limitations on NYS franchise tax (0.4) | 0.40 | 505.00 | 202.00 |
| 10/29/09 | MGB3 | Confer with J. Bender regarding real estate transfer tax (0.1) | 0.10 | 505.00 | 50.50 |

Tribune Company
75245-00027
Invoice No. 1809279

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/30/09 | MGB3 | Research regarding bankruptcy exemption to New York state real estate transfer tax (2.1) | 2.10 | 505.00 | 1,060.50 |
| | **Subtotal: B240   Tax Issues** | | 2.90 | | 1,586.00 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AMS2 | Andrew M. Short | PARTNER | 0.30 | 910.00 | 273.00 |
| DJP2 | Daniel J. Perlman | PARTNER | 2.10 | 790.00 | 1,659.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 31.20 | 675.00 | 21,060.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 45.40 | 550.00 | 24,970.00 |
| MGB3 | Matthew G. Brigham | ASSOCIATE | 2.60 | 505.00 | 1,313.00 |
| MM19 | Michael J. McCarthy | ASSOCIATE | 2.40 | 615.00 | 1,476.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 0.40 | 320.00 | 128.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 2.10 | 300.00 | 630.00 |

| | | |
|--|--|--|
| **Current Fees and Costs** | | $51,509.80 |
| **Prior Balance Due** | | 51,699.33 |
| **Total Balance Due** | | $103,209.13 |

# EXHIBIT B

## (Expenses Statement)

**EXPENSE SUMMARY**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $0.00 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $0.80 |
| Photocopy Charges ($0.10 per page) | | $3.60 |
| Outside Photocopying | | $544.00 |
| Facsimile | | $0.00 |
| **TOTAL** | | **$548.40** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809272

PHJ&W Tax ID No. 95-2209675

---

**OCTOBER 2009**

**SUMMARY SHEET**

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 10/14/2009 | RPR | Photocopy Charges | 36 | 0.10 | 3.60 |
| | | **Total Costs** | | | **$3.60** |

Tribune Company                                        November 30, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                 Please refer to
Chicago, IL  60611-4096                                Invoice Number: 1809275

Attn:  David Eldersveld, Esq.                          PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

## OCTOBER 2009

### St. Louis

#### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 10/16/2009 | DJP2 | Outside Printing & Photocopy - Millennia Group, LLC Inv. no. 6783, 06/30/09, Closing binder scanning, copies of CDs or DVDs | | | 544.00 |
| | | **Total Costs** | | | **$544.00** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 30, 2009

Please refer to
Invoice Number: 1809279

PHJ&W Tax ID No. 95-2209675

**OCTOBER 2009**

## SUMMARY SHEET

### Sale of 250 Miller Place, Hicksville
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 10/26/2009 | PHJW | Long Distance Telephone Charges | | | 0.80 |
| | | **Total Costs** | | | **$0.80** |