IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 2441** |

NOTICE OF ERRATA WITH RESPECT TO
AFFIDAVIT OF STEVEN C. SCHWENDEMANN IN SUPPORT OF
ORDER EXTENDING THE APPOINTMENT AND EMPLOYMENT
OF STUART MAUE AS FEE EXAMINER

**PLEASE TAKE NOTICE** that, on October 27, 2009, the Affidavit of Steven C. Schwendemann In Support of Order Extending the Appointment and Employment of Stuart Maue as Fee Examiner (the "Affidavit") [Docket No. 2441] was filed in the above-referenced cases. Pages 2

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and 3 were inadvertently not electronically filed with the Affidavit. Attached hereto is a complete copy of the Affidavit.

Dated: December 3, 2009

STUART MAUE

*/s/ John L. Decker*

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
| In re:<br><br>CHICAGO NATIONAL LEAGUE BALL CLUB, LLC,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 09-13495 (KJC)<br><br>**Related to Document No.: 546**<br><br>**Objection Deadline: November 16, 2009** |

## AFFIDAVIT OF STEVEN C. SCHWENDEMANN IN SUPPORT OF ORDER EXTENDING THE APPOINTMENT AND EMPLOYMENT OF STUART MAUE AS FEE EXAMINER

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

STATE OF MISSOURI )
) ss:
COUNTY OF ST. LOUIS )

I Steven C. Schwendemann, being duly sworn, state as follows:

1. This Affidavit is submitted in support of the extension of Stuart Maue's appointment as Fee Examiner in the above-captioned Jointly Administered bankruptcy proceedings.

2. Stuart Maue is a legal auditing, bill review, and cost management firm located at 3840 McKelvey Road, St. Louis, Missouri, 63044, and employs licensed attorneys; however, Stuart Maue does not engage in the practice of law.

3. On March 19, 2009, this Court entered an order in, *In re: Tribune Company, et al.*, Case Number 08-13141 (KJC) ("Tribune Bankruptcy") at Docket Number 546 appointing Stuart Maue as Fee Examiner.

4. Pursuant to an ORDER DIRECTING (I) JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) THAT CERTAIN ORDERS AND OTHER PLEADINGS ENTERED OR FILED IN THE CHAPTER 11 CASES OF TRIBIUNE COMPANY, ET AL. BE MADE APPLICABLE TO CHAPTER 11 CASE OF CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, entered on October 14, 2009, Stuart Maue is required to affirm that it remains a "disinterested party" within the meaning of the United States Bankruptcy Code.

5. This Affidavit is executed on behalf of Stuart Maue for the purposes of extending its appointment as Fee Examiner in the Jointly Administered Cases and, unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

6. I am employed at Stuart Maue and have been designated as the lead senior legal auditor responsible for the services rendered in these proceedings.

7. I am licensed to practice law in the State of Missouri and the State of Illinois. I am currently a member in good standing in each of these jurisdictions ("active" with respect to Missouri and "inactive" with respect to Illinois).

8. In preparing this Affidavit, I received a list of additional parties for the purpose of conflicts checks from the Debtor's Counsel, a copy of that list is attached as Exhibit A.

9. Insofar as I have been able to ascertain, Stuart Maue does not have connections with any of the parties listed on Exhibit A except Stuart Maue serving as Fee Examiner in the Tribune Bankruptcy.

10. Stuart Maue remains a "disinterested party" in this Case.

11. Subject to the Court's approval, Stuart Maue will continue to charge for its services on an hourly basis as currently doing so in the Tribune Bankruptcy in accordance with its ordinary and customary hourly rates in effect on the date services are rendered.

12. Stuart Maue will maintain detailed, contemporaneous time records and will request reimbursement for actual and necessary expenses incurred in connection with rendering its services and intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the United States Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, the administrative order governing the payment of case professionals, and any other applicable orders entered in these cases.

13. To the best of my knowledge, information and belief, neither I nor any employee or representative of Stuart Maue has any connections with the Office of the United States Trustee's Office for Region 3 or the United States Bankruptcy Court for the District of Delaware that would render Stuart Maue's employment improper.

14. In this case, Stuart Maue has not shared or agreed to share any compensation paid (or to be paid) with any person, other than a managing director, professional, or employee of Stuart Maue.

15. I submit this Affidavit based upon the information available to me as of the date so executed and will promptly supplement this Affidavit should it become inaccurate or incomplete. Except as supplemented hereby, the Affidavit submitted by Linda K. Cooper, dated March 17, 2009, is true and accurate in all respects.

FURTHER AFFIANT SAYETH NAUGHT

Dated: October 27, 2009

FURTHER AFFIANT SAYETH NAUGHT

Dated: October 27, 2009

*Steven C. Schwendemann*
Steven C. Schwendemann

Subscribed and sworn to before me, this 27th day of October, 2009.

*Beverly A. Moore*
Beverly A. Moore
Notary Public

> BEVERLY A. MOORE
> Notary Public - Notary Seal
> State of Missouri
> Commissioned for Jefferson County
> My Commission Expires: November 05, 2012
> Commission Number: 08409154

My Commission Expires:
November 5, 2012

## EXHIBIT "A"

## INTERESTED PARTIES FOR ADDITIONAL CONFLICT CHECKS

**DEBTOR'S CURRENT AND FORMER DIRECTORS AND OFFICERS**

Harry A. Amsden[2]
Chandler Bigelow III[2]
David P. Eldersveld[2]
Oneri Fleita
James J. Hendry
Crane H. Kenney
Brian F. Litman[2]
Michael R. Lufrano
Mark E. McGuire
John F. Poelking[2]
Jodi L. Reischl
Jack Rodden[2]
Patrick M. Shanahan[2]
Gerald A. Spector[2]

**TWENTY LARGEST UNSECURED CREDITORS**

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.
Hampton Inn and Suites
JP Morgan Chase Bank, NA[2]
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation[2]
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

---

[2] This party was included in the Rule 2014 list of Tribune Company, et al.

CH1 4969858v.1

**COUNTERPARTIES TO FORMATION AGREEMENT**

Chicago Cubs Dominican Baseball Operations, LLC
Chicago National League Ball Club, LLC
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company[2]
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC