TRIBUNE COMPANY, et al (Case 08-13141)                                                    Exhibit A

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period September 1, 2009 through September 30, 2009

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 540.50 | $110,000.00 |
| **Subtotal - Fixed Fee Services** | **540.50** | **$110,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 0.80 | $360.00 |
| **Subtotal - Hourly Services** | **0.80** | **$360.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 23.20 | $7,266.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **23.20** | **$7,266.50** |
| **Total Hours and Compensation** | **564.50** | **$117,626.50** |

TRIBUNE COMPANY, et al (Case 08-13141) — Exhibit B-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
September 1, 2009 through September 30, 2009

| Professional | Professional's Position | Hours |
|---|---|---:|
| William T England | Partner | 10.00 |
| Dan Drobac | Senior Manager | 18.00 |
| Matthew B Larsen | Senior Manager | 17.50 |
| Daniel C Chavez | Manager | 11.70 |
| Justin A Spahn | Senior Associate | 48.00 |
| Meaghan K Sullivan | Senior Associate | 83.60 |
| Sheri L Meyers | Senior Associate | 8.50 |
| Steven D Meyer | Senior Associate | 21.50 |
| Abigail E Sullivan | Associate | 132.50 |
| Bradley D Ebenhoeh | Associate | 26.50 |
| Domonique P Hinton | Associate | 1.50 |
| Melissa Mary Begley | Associate | 74.90 |
| Meredith A Flittner | Associate | 84.00 |
| Sumita Basu | Associate | 1.30 |
| Irene Estrada | Administrative | 0.50 |
| Michael Lawrence Komro | Professional Assistant | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **540.50** |
| Total Hours Incurred prior to September 1, 2009 | | 1,242.30 |
| **Total Hours Incurred through September 30, 2009** | | **1,782.80** |

| | |
|---|---:|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | $325,000.00 |
| Remaining Payments for 2009 Consolidated Audit | $1,125,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **$1,450,000.00** |
| **Requested Payment - 2009 Consolidated Audit**  540.50 | **$110,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - September 1, 2009 through September 30, 2009**

| Category | Hours |
| --- | ---: |
| 0200 - Audit Strategy and Meetings with Management | 59.50 |
| 2900 - Information Technology General Controls | 132.00 |
| 3000 - Revenue and Receivables | 8.00 |
| 3650 - Benefits process | 6.00 |
| 9201 - Q2 Interim Review Procedures | 2.80 |
| 9500 - Cubs Transaction | 24.00 |
| CTC Fieldwork | 182.40 |
| FSC-CA Fieldwork | 40.70 |
| TBC Group Office Fieldwork | 40.60 |
| TPC Group Office Fieldwork | 44.50 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **540.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  **Exhibit C-1**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period September 1, 2009 through September 30, 2009

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| William Jozaitis | Director | $450 | 0.80 | $360.00 |
| **Subtotal - Claims Consulting Services** | | | **0.80** | **$360.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 3.40 | $1,870.00 |
| Justin A Spahn | Senior Associate | $330 | 2.00 | $660.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 15.10 | $4,379.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 0.20 | $45.00 |
| Juan Antonio Rosa | Professional Assistant (Bankruptcy) | $125 | 2.50 | $312.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **23.20** | **$7,266.50** |
| **Total Hours and Compensation** | | | **24.00** | **$7,626.50** |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period September 1, 2009 through September 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 9/24/2009 | William Jozaitis | Director | 0909H0001: Review correspondence from Kim Cook (Chicago taxing authority) regarding acceptance of documentation for employer expense tax. | $450.00 | 0.50 | $225.00 |
| 9/24/2009 | William Jozaitis | Director | 0909H0002: Draft written correspondence to Monica Melgarejo (Tribune) to update her on the project status and information received from the Chicago taxing authority. | $450.00 | 0.30 | $135.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **0.80** | **$360.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 9/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0003: Review the July 2009 WIP reconciliation, WIP LT, and TA Report. Request new TA Report. | $290.00 | 0.80 | $232.00 |
| 9/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0004: Import the revised TA report into the July 2009 consolidator and reconcile. | $290.00 | 0.40 | $116.00 |
| 9/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0005: Review the July 2009 WIP reconciliation. | $290.00 | 0.20 | $58.00 |
| 9/3/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 0909H0006: Prepare the July 2009 expense consolidator. | $125.00 | 2.50 | $312.50 |
| 9/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0007: Email correspondence with Dan Drobac (PwC) regarding the WBS codes and categories. Update the July 2009 consolidator accordingly. | $290.00 | 0.20 | $58.00 |
| 9/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0008: Review the July 2009 time consolidator WIP and TA reconciliation. | $290.00 | 0.50 | $145.00 |
| 9/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0009: Review the July 2009 time consolidator; detailed time descriptions, billing categories, and WIP reconciliation. | $290.00 | 3.50 | $1,015.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2009 through September 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0010: Review the July 2009 expense consolidator and send email correspondence to Justin Spahn (PwC) with open items. | $290.00 | 0.60 | $174.00 |
| 9/10/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0909H0011: Review the July 2009 Access database and troubleshoot queries. | $225.00 | 0.20 | $45.00 |
| 9/10/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0012: Review email from Justin Spahn (PwC) and update the consolidator with the billing category information provided. | $290.00 | 0.80 | $232.00 |
| 9/10/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0013: Update the July 2009 consolidator, prepare the Narrative, and re-run the exhibits. | $290.00 | 3.00 | $870.00 |
| 9/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0014: Revise the July 2009 narrative and the exhibits based upon feedback from Dan Drobac (PwC). | $290.00 | 0.80 | $232.00 |
| 9/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0015: Finalize the July 2009 monthly fee application narrative. | $290.00 | 0.80 | $232.00 |
| 9/15/2009 | Andrea Clark Smith | Director (Bankruptcy) | 0909H0016: Review the July 2009 draft narrative and exhibits. | $550.00 | 3.10 | $1,705.00 |
| 9/15/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0017: Review the July 2009 consolidator and transferred hours. | $290.00 | 0.50 | $145.00 |
| 9/17/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0018: Prepare email to Dan Drobac (PwC) regarding the July 2009 Monthly Fee Application. | $290.00 | 0.20 | $58.00 |
| 9/17/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0019: Finalize the July 2009 Monthly Fee Application. | $290.00 | 1.60 | $464.00 |
| 9/21/2009 | Andrea Clark Smith | Director (Bankruptcy) | 0909H0020: Review the July 2009 fee application and distribute to the Partner for review. | $550.00 | 0.30 | $165.00 |
| 9/23/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0021: Review the August 2009 WIP details and prepare email to Juan Rosa (PwC) regarding transfers. | $290.00 | 0.60 | $174.00 |
| 9/28/2009 | Justin A Spahn | Senior Associate (Bankruptcy) | 0909H0022: Prepare and review the August 2009 time details. | $330.00 | 1.00 | $330.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period September 1, 2009 through September 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/29/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0023: Finalize the July 2009 Monthly Fee Application and create the July fee statement. | $290.00 | 0.50 | $145.00 |
| 9/29/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0909H0024: Finalize the July 2009 fee statement. | $290.00 | 0.10 | $29.00 |
| 9/30/2009 | Justin A Spahn | Senior Associate | 0909H0025: Prepare and review the August 2009 time details. | $330.00 | 1.00 | $330.00 |
| Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications | | | | | 23.20 | $7,266.50 |
| Total Hours and Compensation | | | | | 24.00 | $7,626.50 |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit D-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Expenditures by Project and Type
For the Period September 1, 2009 through September 30, 2009

| Transaction Type | Total Expenditures |
|---|---:|
| **2008 Consolidated Audit** | |
| Public/ground transportation | $16.00 |
| **Subtotal - 2008 Consolidated Audit** | **$16.00** |
| **2009 Consolidated Audit** | |
| Parking | $14.00 |
| Public/ground transportation | $99.50 |
| Research | $1,250.00 |
| **Subtotal - 2009 Consolidated Audit** | **$1,363.50** |
| **Total Expenditures** | **$1,379.50** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, November 18, 2009

TRIBUNE COMPANY., et al (Case 08-13141)                                                                         Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2009 through September 30, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2008 Consolidated Audit** | | | | |
| 9/2/2009 | William T England | Public/ground transportation | 0909E0001: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $16.00 |
| Subtotal - 2008 Consolidated Audit | | | | $16.00 |
| **2009 Consolidated Audit** | | | | |
| 8/21/2009 | John A Sandmeier | Public/ground transportation | 0909E0002: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $20.00 |
| 9/3/2009 | Daniel C Chavez | Public/ground transportation | 0909E0003: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND COSO MEETINGS. | $13.00 |
| 9/12/2009 | Daniel C Chavez | Parking | 0909E0004: 201 W MADISON SELF P CHICAGO IL - PARKING AT PWC OFFICE TO TRANSPORT CLIENT FILES. | $14.00 |
| 9/15/2009 | William T England | Public/ground transportation | 0909E0005: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $18.00 |
| 9/15/2009 | Dan Drobac | Public/ground transportation | 0909E0006: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| 9/22/2009 | Daniel C Chavez | Public/ground transportation | 0909E0007: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETINGS. | $6.00 |
| 9/30/2009 | PricewaterhouseCoopers | Research | 0909E0008: MARKET RESEARCH - FOR QUARTERLY COMPILATION REPORT ON TELEVISION REVENUE FOR Q2. | $1,250.00 |
| Subtotal - 2009 Consolidated Audit | | | | $1,335.00 |
| **Tribune 2009 Site Visits** | | | | |
| 9/8/2009 | Abigail E Sullivan | Public/ground transportation | 0909E0009: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $7.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Page 1 of 2
Wednesday, November 18, 2009

TRIBUNE COMPANY., et al (Case 08-13141)  Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2009 through September 30, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 9/14/2009 | Abigail E Sullivan | Public/ground transportation | 0909E0010: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $6.50 |
| 9/22/2009 | Abigail E Sullivan | Public/ground transportation | 0909E0011: YELLOW CAB, CHICAGO, IL - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $15.00 |
| Subtotal - Tribune 2009 Site Visits | | | | $28.50 |
| **Total Expenditures** | | | | **$1,379.50** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Wednesday, November 18, 2009
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.