Howard W. Mylander
746 W. Bitterroot Ct
Nampa, ID 83686

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

November 27, 2009

Re: Claim Number 161, Case Number 6065 in the amount of $20,000.00 as listed in Exhibit A.

I am in receipt of your document no. 2559 filed on 11/13/09 to disallow my rights and expunge the $20,000.00 debt due me from Tribune through my purchase of their Bonds bearing cusip number 896047AE7.

I strongly oppose this move and expect to be paid in full as our agreement calls for.

Most sincerely,

*Howard W. Mylander*
Howard W. Mylander

| B9D (Official Form 9D alt) (Chapter 7 Corporation/Partnership Asset Case) (12/07) | Case Number 09-10750-KJC |
|---|---|

## UNITED STATES BANKRUPTCY COURT District of Delaware

### Notice of
### Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 3/5/09 and was converted to a case under chapter 7 on 6/30/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Monaco Coach Corporation aka Monaco Division, aka Holiday Rambler Division, aka Holiday Rambler Motorized Division, aka Holiday Rambler Towables Division, aka Safari Division, 5, The case has 5 alias and 0 were allowed to be extracted. 91320 Coburg Industrial Way Coburg, OR 97408 | MCC (f.k.a. Monaco Coach Corporation), et al. |
| Case Number: 09-10750-KJC | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: 35-1880244 |
| Attorney for Debtor(s) (name and address): Laura Davis Jones Pachulski Stang Ziehl & Jones LLP 919 N. Market Street 17th Floor Wilmington, DE 19899-8705 Telephone number: 302 652-4100 | Bankruptcy Trustee (name and address): George L. Miller Miller Coffey Tate LLP 8 Penn Center, Suite 950 1628 JFK Boulevard Philadelphia, PA 19103 US Telephone number: 215-561-0950 |

### Meeting of Creditors
Date: August 13, 2009    Time: 03:00 PM
Location: 844 King Street, Room 2112, Wilmington, DE 19801

### Deadline to File a Proof of Claim
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): **11/12/09**        For a governmental unit: **12/28/09**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: 824 Market Street, 3rd Floor Wilmington, DE 19801 Telephone number: 302-252-2900 | For the Court: Clerk of the Bankruptcy Court: David D. Bird |
|---|---|
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: 7/16/09 |

CLAIM FILED 7.30.09. THIS IS FOR CHANGE OF ADDRESS ONLY!

LEE CHRISTENSEN
17518 E. MONTGOMERY ROAD
RIO VERDE, AZ 85263

*LeeC* 11.27.09

6980300246703?