the Tenth Omnibus Objection.  **Specifically, the Tenth Omnibus Objection seeks to disallow in their entirety and expunge each of the claims identified on Exhibit A filed against the Debtors that lack supporting documentation to substantiate such claims and as to which the Debtors' books and records do not demonstrate any basis for the claims.**

PLEASE TAKE FURTHER NOTICE that Responses, if any, to the Tenth Omnibus Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **December 8, 2009 at 4:00 p.m. (EST)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the Tenth Omnibus Objection will be held before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on **December 15, 2009 at 10:00 a.m. (EST).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE TENTH OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 13, 2009

SIDLEY AUSTIN LLP
Bryan Krakauer
Kevin T. Lantry
Kenneth P. Kansa
Bridget J. Hauserman
One South Dearborn Street
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

– and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:      /s/ Norman L. Pernick
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117

ATTORNEY FOR DEBTORS
AND DEBTORS IN POSSESSION

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: December 15, 2009 at 10:00 a.m. EST**<br>**Objection Deadline: December 8, 2009 at 4:00 p.m. EST** |

## DEBTORS' TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("INSUFFICIENTLY SUPPORTED CLAIMS")

> **Claimants receiving this objection should locate their name(s) and claim number(s) on Exhibit A to this Objection. The grounds for the Objection are set forth herein.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 57 | STIDHAM, JESSICA<br>1439 SW 5TH CART<br>FORT LAUDERDALE, FL 33312 | | No Debtor Asserted | 03/02/2009 | 609 | $125.00 | Insufficient Documentation |
| 58 | TROUT, STEVE R<br>PO BOX 1155<br>TINLEY PARK, IL 6047? | | No Debtor Asserted | 06/05/2009 | 3603 | Undetermined | Insufficient Documentation |
| 59 | VALE, CHRISTOPHER R<br>5360 LANDING RD<br>ELKRIDGE, MD 21075 | | No Debtor Asserted | 04/22/2009 | 1314 | $75.00 | Insufficient Documentation |
| 60 | VANN, BARNITA P.<br>PO BOX 359<br>CHICAGO, IL 60690 | 08-13141 | Tribune Company | 06/12/2009 | 5425 | Undetermined | Insufficient Documentation |
| 61 | WALKER, KAROLYN M<br>1457 W. 37TH STREET<br>RIVIERA BEACH, FL 33404 | 08-13208 | Sun-Sentinel Company | 04/22/2009 | 1332 | $300.00 | Insufficient Documentation |
| 62 | WELLS, ROBBY S<br>PO BOX 345<br>SAUNEMIN, IL 61769 | | No Debtor Asserted | 06/08/2009 | 3660 | $7,178.49 | Insufficient Documentation |
| 63 | WEST, KIM<br>2520 MOOSE DEER DRIVE<br>ONTARIO, CA 91761 | | No Debtor Asserted | 05/15/2009 | 2831 | Undetermined | Insufficient Documentation |
| 64 | WINGENBACH, GERRY<br>PO BOX 2741<br>PARK CITY, UT 84060 | | No Debtor Asserted | 05/11/2009 | 2689 | $600.00 | Insufficient Documentation |
| 65 | WOEBER, PATRICIA<br>6 BARTEL COURT<br>TIBURON, CA 94920 | | No Debtor Asserted | 05/05/2009 | 2444 | $700.00 | Insufficient Documentation |
| 66 | WOLFE, ROBERT<br>715 WILSON STREET<br>NORTH WOODMERE, NY 11581 | 08-13231 | Tribune Finance Service Center, Inc. | 04/20/2009 | 1022 | $1,000.00 | Insufficient Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

```
SUN SENTINEL                    VENDOR STATEMENT              PAGE NO: 1                          MASTER PAGE NO: 0769
DCFDVIN.R01                                                   DATE: 11/12/08

014417                                                        INVOICE #: 01369653     ****************************************
HN-PN-45   ZONE 45 WESTN PALM BCH                                                      REMIT TO:                             *
0707-3939  1457 W 27TH ST                                     BEGINNING DATE: 11/03/08 SUN-SENTINEL COMPANY                  *
           RIVIERA BEACH, FL 33404                            ENDING DATE:    11/09/08 333 S.W. 12TH AVENUE                  *
                                                                                       DEERFIELD BEACH, FL                   *
                                                                                       (999) 999-9999                        *
****************************************************************************************************************************
                              PREVIOUS STATEMENTS
```

| | AMT |
|---|---|
| PREVIOUS STATEMENT   000000000 | 0.00 |
| PREVIOUS STATEMENT   000000000 | 0.00 |
| PREVIOUS STATEMENT   000000000 | 0.00 |
| PREVIOUS STATEMENT   000000000 | 0.00 |
| 11/04/08  PREVIOUS STATEMENT   001359174 | 0.00 |
| **TOTAL PREVIOUS STATEMENT** | **0.00** |

**CURRENT STATEMENT**
**DRAW & RETURNS SUMMARY**

| DATE | TRANSACTION | VTRN | ROUTE | EDTN | CATG | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL | RATE | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | SS1 | HDDS | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 6 | 0.1090- | 0.66- |
| 11/09/08 | HME DLV FEE SUN CRED | DFSC | 3939 | SS1 | HDDS | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.2110- | 0.21- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | SS1 | HDPD | 3 | 3 | 3 | 3 | 3 | 0 | 0 | 15 | 0.1090- | 1.65- |
| 11/09/08 | HME DLV FEE SUN CRED | DFSC | 3939 | SS1 | HDPD | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0.2110- | 0.42- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZBRP | HDPD | 3 | 3 | 3 | 2 | 2 | 2 | 0 | 15 | 0.1000- | 1.50- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZFT | HDPD | 2 | 2 | 2 | 2 | 3 | 2 | 0 | 13 | 0.1000- | 1.30- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZIB | HDPD | 3 | 3 | 2 | 2 | 3 | 2 | 0 | 15 | 0.1000- | 1.50- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZNP | HDPD | 4 | 4 | 3 | 3 | 4 | 2 | 0 | 20 | 0.1000- | 2.00- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZNP | HDPD | 4 | 3 | 3 | 4 | 4 | 2 | 0 | 20 | 0.1000- | 2.00- |
| 11/09/08 | HME DLV FEE SUN CRED | DFSC | 3939 | ZNT | HDPD | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0.1000- | 0.30- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZNT | HDPD | 36 | 36 | 36 | 36 | 40 | 41 | 0 | 225 | 0.1000- | 22.50- |
| 12/09/08 | HME DLV FEE SUN CRED | DFSC | 3939 | ZUS | HDPD | 0 | 0 | 0 | 0 | 0 | 0 | 49 | 49 | 0.2000- | 9.80- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZWJ | HDPD | 3 | 3 | 3 | 3 | 3 | 0 | 0 | 15 | 0.1000- | 1.50- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZWJ | HDPD | 43 | 43 | 43 | 42 | 43 | 0 | 0 | 214 | 0.1000- | 21.40- |
| 11/09/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZWK | HDPD | 7 | 7 | 7 | 7 | 7 | 6 | 0 | 41 | 0.1000- | 4.10- |
| | | | | | | | | | | | | **SUBTOTAL DRAW CHARGES** | | | **70.54-** |

**FEE SUMMARY**

| MON | TUE | WED | THU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|
| 1- | 1- | 1- | 1- | 1- | 1- | 1- |
| 3- | 3- | 3- | 3- | 3- | 2- | 2- |

**MISC. TRANSACTIONS**

| TRANSACTION | VTRN | EDTN | CATG | TOTAL | RATE | AMT |
|---|---|---|---|---|---|---|
| RENT CHARGES HD | ORH | SS1 | HDDS | 6- | 0.0100- | 0.07 |
| RENT CHARGES HD | ORH | SS1 | HDPD | 15- | 0.0100- | 0.17 |
| | | | **SUBTOTAL HD FEES** | | | **0.24** |
| | | | **TOTAL HD/SC FEES** | | | **0.24** |

| DATE | TRANSACTION | VTRN | AMT |
|---|---|---|---|
| | HD ROUTE ALLOW | ALHD | 260.00- |
| | HD BOND | BOND | 5.00 |
| | CARRIER PAYMENT | CRPY | 322.30 |
| 11/09/08 | COMP FIN DAILY DB | UFDD | 2.00 |
| 11/09/08 | COMP NYT DAILY DB | UNDD | 70.30 |
| | | | 0.00 |
| | **SUBTOTAL MISC. TRANSACTIONS** | | |
| | **TOTAL CURRENT STATEMENT** | | |
| | **TOTAL CURRENT/PREVIOUS STATEMENT** | | |

**DUE UPON RECEIPT**

| UNAPPLIED | CURRENT | CYCLE#1 | CYCLE#2 | CYCLE#3 | BOND BALANCE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |

```
SUN SENTINEL                          VENDOR STATEMENT                                              MASTER PAGE NO: 0769
DCFDVIN.R01
*********************************************    ***********************************************
014417    KAROLYN WALKER                              PAGE NO: 2            REMIT TO:
HN-PN-45  ZONE 45 WESTN PALM BCH                      DATE: 11/12/08        SUN-SENTINEL COMPANY
          1457 W 27TH ST                                                    333 W. 12TH AVENUE
0707-3939 RIVIERA BEACH, FL 33404     INVOICE #: 01369653                   DEERFIELD BEACH, FL
                                                                            (999) 999-9999
                                      BEGINNING DATE: 11/03/08
                                      ENDING DATE:    11/09/08
*********************************************    ***********************************************
```

HD ROUTE DETAIL

| DATE | TRANSACTION | VTRN | ROUTE | EDTN | CATG | MON | TUE | WED | THU | FRI | SAT | TOTAL | RATE | SUN | RATE | AMT |
|------|-------------|------|-------|------|------|-----|-----|-----|-----|-----|-----|-------|------|-----|------|-----|
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | SS1 | HDDS | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 0.1090- | 1 | 0.2110- | 0.66- |
| 11/09/08 | HME DLV FEE SUN CRED | DFSC | 3939 | SS1 | HDDS | | | | | | | 0 | 0.1000- | 1 | 0.2110- | 0.21- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | SS1 | HDPD | 3 | 3 | 3 | 3 | 3 | | 15 | 0.1090- | | 0.0000 | 1.65- |
| 11/09/08 | HME DLV FEE SUN CRED | DFSC | 3939 | SS1 | HDPD | | | | | | | 0 | 0.1000- | | 0.0000 | 1.60- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZBA | HDPD | | | | | | 12 | 12 | 0.1000- | | 0.0000 | 0.42- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZBRP | HDPD | 3 | 3 | 3 | 3 | 3 | | 15 | 0.1000- | | 0.0000 | 1.20- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZFT | HDPD | 2 | 2 | 2 | 4 | 4 | 3 | 13 | 0.1000- | | 0.0000 | 1.30- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZIB | HDPD | 4 | 4 | 4 | 4 | 4 | | 20 | 0.1000- | | 0.0000 | 2.00- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZNP | HDPD | 4 | 4 | 4 | 4 | 4 | | 20 | 0.1000- | | 0.0000 | 2.00- |
| 11/09/08 | HME DLV FEE SUN CRED | DFSC | 3939 | ZNP | HDPD | | | | | | | 0 | 0.1000- | 3 | 0.1000- | 0.30- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZNT | HDPD | 36 | 36 | 36 | 36 | 40 | 41 | 225 | 0.1000- | | 0.0000 | 22.50- |
| 11/09/08 | HME DLV FEE SUN | DFSC | 3939 | ZUS | HDPD | 3 | 3 | 3 | 3 | 3 | | 15 | 0.1000- | 49 | 0.2000- | 9.80- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZWJ | HDPD | 43 | 43 | 43 | 42 | 43 | | 214 | 0.1000- | | 0.0000 | 1.50- |
| 11/09/08 | HOME DELV FEE DLY CR | DFPC | 3939 | ZWK | HDPD | | | | | | 41 | 41 | 0.1090- | | 0.0000 | 21.40- |
| | SUBTOTAL ROUTE | | | | | | | | | | | | | | | |
| 11/09/08 | | DFPC | 3939 | SS1 | HDDS | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 0.1090- | 1 | 0.2110- | 0.66- |
| 11/09/08 | | DFSC | 3939 | SS1 | HDPD | | | | | | | 0 | 0.1000- | 1 | 0.2110- | 0.21- |
| 11/09/08 | | DFSC | 3939 | SS1 | HDPD | 3 | 3 | 3 | 3 | 3 | | 15 | 0.1090- | | 0.0000 | 1.65- |
| 11/09/08 | | DFPC | 3939 | ZBA | HDPD | | | | | | 12 | 12 | 0.1000- | | 0.0000 | 0.42- |
| 11/09/08 | | DFPC | 3939 | ZBRP | HDPD | 3 | 3 | 3 | 3 | 3 | | 15 | 0.1000- | | 0.0000 | 1.20- |
| 11/09/08 | | DFPC | 3939 | ZFT | HDPD | 2 | 2 | 2 | 4 | 4 | 3 | 13 | 0.1000- | | 0.0000 | 1.50- |
| 11/09/08 | | DFPC | 3939 | ZIB | HDPD | 4 | 4 | 4 | 4 | 4 | | 20 | 0.1000- | | 0.0000 | 1.30- |
| 11/09/08 | | DFSC | 3939 | ZNP | HDPD | 4 | 4 | 4 | 4 | 4 | | 20 | 0.1000- | | 0.0000 | 2.00- |
| 11/09/08 | | DFPC | 3939 | ZNP | HDPD | | | | | | | 0 | 0.1000- | 3 | 0.1000- | 2.00- |
| 11/09/08 | | DFSC | 3939 | ZNT | HDPD | 36 | 36 | 36 | 36 | 40 | 41 | 225 | 0.1000- | | 0.0000 | 22.50- |
| 11/09/08 | | DFPC | 3939 | ZUS | HDPD | 3 | 3 | 3 | 3 | 3 | | 15 | 0.1000- | 49 | 0.2000- | 9.80- |
| 11/09/08 | | DFSC | 3939 | ZWJ | HDPD | 43 | 43 | 43 | 42 | 43 | | 214 | 0.1000- | | 0.0000 | 1.50- |
| 11/09/08 | | DFPC | 3939 | ZWJ | HDPD | | | | | | | 0 | 0.1000- | | 0.0000 | 21.40- |
| 11/09/08 | | DFPC | 3939 | ZWK | HDPD | | | | | | | 0 | 0.1000- | | 0.0000 | 4.10- |

SUN SENTINEL
DCFDVIN.R01

VENDOR STATEMENT

PAGE NO: 1
DATE: 11/25/08

MASTER PAGE NO: 0778

```
*************************************************************************************
```

014417  KAROLYN WALKER
HN-PN-45  ZONE 45 WESTN PALM BCH
0707-3939  1457 W 27TH ST
RIVIERA BEACH, FL 33404

INVOICE #: 01390698

BEGINNING DATE: 11/16/08
ENDING DATE: 11/22/08

REMIT TO:
SUN-SENTINEL COMPANY
333 S.W. 12TH AVENUE
DEERFIELD BEACH, FL
(999) 999-9999

```
*************************************************************************************
```

### PREVIOUS STATEMENTS

| DATE | | | AMT |
|---|---|---|---|
| 11/04/08 | PREVIOUS STATEMENT | 000000000 | 0.00 |
| 11/11/08 | PREVIOUS STATEMENT | 000000000 | 0.00 |
| 11/18/08 | PREVIOUS STATEMENT | 001359174 | 0.00 |
| | PREVIOUS STATEMENT | 001369653 | 0.00 |
| | PREVIOUS STATEMENT | 001381160 | 0.00 |
| | **TOTAL PREVIOUS STATEMENT** | | **0.00** |

### CURRENT STATEMENT DRAW & RETURNS SUMMARY

| DATE | TRANSACTION | VTRN | ROUTE | EDTN | CATG | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL | RATE | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | SS1 | HDDS | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 6 | 0.1090- | 0.66- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | SS1 | HDPD | 2 | 2 | 2 | 2 | 2 | 3 | 0 | 13 | 0.1090- | 1.43- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZBA | HDPD | 2 | 2 | 2 | 2 | 2 | 4 | 0 | 14 | 0.1000- | 1.40- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZBRP | HDPD | 3 | 3 | 3 | 3 | 3 | 0 | 0 | 15 | 0.1000- | 1.50- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZFT | HDPD | 3 | 3 | 3 | 3 | 3 | 3 | 0 | 18 | 0.1000- | 1.80- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZIB | HDPD | 0 | 5 | 5 | 5 | 5 | 5 | 0 | 25 | 0.1000- | 2.50- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZNP | HDPD | 6 | 6 | 6 | 6 | 6 | 5 | 0 | 35 | 0.1000- | 3.50- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZNT | HDPD | 40 | 39 | 38 | 38 | 40 | 43 | 0 | 238 | 0.1000- | 23.80- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZOS | HDPD | 3 | 3 | 3 | 3 | 4 | 0 | 0 | 16 | 0.1000- | 1.60- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZWJ | HDPD | 46 | 46 | 46 | 45 | 46 | 0 | 0 | 229 | 0.1000- | 22.90- |
| 11/23/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZWK | HDPD | 0 | 0 | 0 | 0 | 0 | 43 | 0 | 43 | 0.1000- | 4.30- |
| | | | | | | | | | | | | **SUBTOTAL DRAW CHARGES** | | | **64.89-** |

### FEE SUMMARY

| TRANSACTION | VTRN | ROUTE | EDTN | CATG | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL | RATE | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JC PENNY BY ZONE H/D | ISHC | | SS1 | HDDS | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0.0100- | 0.01- |
| JC PENNY BY ZONE H/D | ISHC | | SS1 | HDPD | 0 | 2 | 2 | 2 | 2 | 0 | 0 | 2 | 0.0100- | 0.02- |
| | | | | | | | | | | SUBTOTAL HD FEES | | | | **0.03-** |
| | | | | | | | | | | TOTAL HD/SC FEES | | | | **0.03-** |

### MISC. TRANSACTIONS

| DATE | TRANSACTION | | | AMT |
|---|---|---|---|---|
| 11/23/08 | CARRIER PAYMENT | CRPY | | 60.92 |
| 11/23/08 | COMP NYT DAILY DB | UNDD | | 2.00 |
| | COMP WSJ DAILY DB | UWDD | | 2.00 |
| | SUBTOTAL MISC. TRANSACTIONS | | | 64.92 |
| | TOTAL CURRENT STATEMENT | | | 0.00 |
| | TOTAL CURRENT/PREVIOUS STATEMENT | | | 0.00 |

### DUE UPON RECEIPT

| UNAPPLIED | CURRENT | CYCLE#1 | CYCLE#2 | CYCLE#3 | BOND BALANCE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |

```
SUN SENTINEL                    VENDOR STATEMENT              PAGE NO: 1                    MASTER PAGE NO: 0753
DCFDVIN.R01                                                  DATE: 11/05/08
***************************************************************************************************
014417                                                                          REMIT TO:        *
     KAROLYN WALKER                                                             SUN-SENTINEL COMPANY *
     ZONE 45 WESTN PALM BCH                    INVOICE #: 01359174              333 S.W. 12TH AVENUE *
HN-PN-45  1457 W 27TH ST                       BEGINNING DATE: 10/27/08         DEERFIELD BEACH, FL  *
0707-3939 RIVIERA BEACH, FL 33404              ENDING DATE:   11/02/08          (999) 999-9999       *
***************************************************************************************************
```

### CURRENT STATEMENT — DRAW & RETURNS SUMMARY

| DATE | TRANSACTION | VTRN ROUTE | ROUTE | EDTN | CATG | MON | TUE | WED | THU | FRI | SAT | TOTAL | RATE | SUN | RATE | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/08 | HOME DELV FEE DLY CR | DDPC | 3939 | SS1 | HDDS | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 0.1090- | 0 | 0.0000 | 0.66- |
| 11/02/08 | HME DLV FEE SUN CRED | DFSC | 3939 | SS1 | HDDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.1090- | 1 | 0.2110- | 0.21- |
| 11/02/08 | HME DELV FEE DLY CR | DDFC | 3939 | SS1 | HDDS | 3 | 3 | 3 | 3 | 3 | 3 | 18 | 0.1090- | 0 | 0.0000 | 1.98- |
| 11/02/08 | HOME DELV FEE SUN CRED | DFSC | 3939 | SS1 | HDPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.1000- | 3 | 0.2110- | 0.63- |
| 11/02/08 | HME DLV FEE SUN CRED | DFSC | 3939 | SS1 | HDPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.1000- | 0 | 0.0000 |  |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZBA | HDPD | 3 | 3 | 3 | 3 | 3 | 11 | 11 | 0.1000- | 0 | 0.0000 | 1.10- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZBRP | HDPD | 3 | 3 | 4 | 5 | 5 | 5 | 15 | 0.1000- | 0 | 0.0000 | 1.20- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZFT | HDPD | 2 | 2 | 2 | 2 | 3 | 5 | 12 | 0.1000- | 0 | 0.0000 | 2.30- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZIB | HDPD | 4 | 4 | 4 | 5 | 5 | 5 | 23 | 0.1000- | 0 | 0.0000 | 2.50- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZNP | HDPD | 4 | 0 | 0 | 0 | 0 | 4 | 25 | 0.1000- | 4 | 0.0000 | 0.40- |
| 11/02/08 | HOME DELV FEE DLY CR | DDPC | 3939 | ZNP | HDPD | 33 | 34 | 33 | 33 | 35 | 37 | 205 | 0.1000- | 0 | 0.1000- | 20.50- |
| 11/02/08 | HME DLV FEE SUN CRED | DFSC | 3939 | ZNT | HDPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 47 | 0.2000- | 9.40- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZNT | HDPD | 4 | 4 | 4 | 4 | 4 | 0 | 20 | 0.1000- | 0 | 0.0000 | 2.00- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZUS | HDPD | 40 | 40 | 40 | 40 | 40 | 0 | 200 | 0.1000- | 0 | 0.0000 | 21.00- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZWJ | HDPD | 40 | 40 | 40 | 40 | 40 | 39 | 39 | 0.1000- | 0 | 0.0000 | 3.90- |
| 11/02/08 | HOME DELV FEE DLY CR | DDFC | 3939 | ZWK | HDPD |  |  |  |  |  |  |  |  |  |  |  |

**SUBTOTAL DRAW CHARGES   68.28-**

| DATE | TRANSACTION | VTRN ROUTE | ROUTE | EDTN | CATG | | | | | | | TOTAL | RATE | SUN | RATE | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RENT CHARGES HD | ORH | | SS1 | HDDS | | | | | | 1- | 6- | 0.0100 | 1- | 0.0100 | 0.07 |
| | RENT CHARGES HD | ORH | | SS1 | HDPD | | | | | | 3- | 18- | 0.0100 | 3- | 0.0100 | 0.21 |

**SUBTOTAL HD FEES   0.28**
**TOTAL HD/SC FEES   0.28**

#### FEE SUMMARY

| MON | TUE | WED | THU | FRI | SAT | TOTAL | RATE | SUN | RATE | AMT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1- | 1- | 1- | 1- | 1- | 1- | 6- | 0.0100 | 1- | 0.0100 | 0.07 |
| 3- | 3- | 3- | 3- | 3- | 3- | 18- | 0.0100 | 3- | 0.0100 | 0.21 |

### MISC. TRANSACTIONS

| DATE | TRANSACTION | CODE | AMT |
|---|---|---|---|
| | HD ROUTE ALLOW | ALHD | 260.00- |
| | HD BOND | BOND | 315.00 |
| | CARRIER PAYMENT | CRPY | |
| 11/02/08 | COMP ZUSDAILY DB | CUDD | 1.00- |
| 11/02/08 | COMP NTT DAILY DB | UNDD | 4.00 |
| 11/02/08 | COMP SS DAILY DB | USDD | 1.00 |
| 11/02/08 | COMP WSJ DAILY DB | UWDD | 68.00 |

**SUBTOTAL MISC. TRANSACTIONS**
**TOTAL CURRENT STATEMENT            0.00**
**TOTAL CURRENT/PREVIOUS STATEMENT   0.00**

```
DUE UPON RECEIPT
UNAPPLIED   CURRENT    CYCLE#1    CYCLE#2    CYCLE#3    BOND BALANCE
   0.00       0.00       0.00       0.00                   5.00
```

```
SUN SENTINEL                          VENDOR STATEMENT                         PAGE NO:  2                              MASTER PAGE NO: 0753
DCFDVIN.R01                                                                    DATE: 11/05/08
****************************************************************************************************
014417     KAROLYN WALKER                                                                          *
HN-PN-45   ZONE 45 WESTN PALM BCH                   INVOICE #: 01359174         REMIT TO:           *
0707-3939  1457 W 27TH ST                           BEGINNING DATE: 10/27/08    SUN-SENTINEL COMPANY *
           RIVIERA BEACH, FL 33404                  ENDING DATE:   11/02/08     333 W. 12TH AVENUE  *
                                                                               DEERFIELD BEACH, FL  *
                                                                               (999) 999-9999       *
****************************************************************************************************
```

HD ROUTE DETAIL

| DATE | TRANSACTION | VTRN | ROUTE | EDTN | CATG | MON | TUE | WED | THU | FRI | SAT | TOTAL | RATE | SUN | RATE | AMT |
|------|-------------|------|-------|------|------|-----|-----|-----|-----|-----|-----|-------|------|-----|------|-----|
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | SS1 | HDDS | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 0.1090- | 0 | 0.0000 | 0.66- |
| 11/02/08 | HME DLV FEE SUN CRED | DFSC | 3939 | SS1 | HDDS | | | | | | | 0 | 0.0000 | 1 | 0.2110- | 0.21- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | SS1 | HDPD | 3 | 3 | 3 | 3 | 3 | 3 | 18 | 0.1090- | 0 | 0.0000 | 1.98- |
| 11/02/08 | HME DLV FEE SUN CRED | DFSC | 3939 | ZBA | HDPD | | | | | | | 0 | 0.0000 | 3 | 0.2110- | 0.63- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZBRP | HDPD | 3 | 3 | 2 | 3 | 3 | 11 | 15 | 0.1000- | 0 | 0.0000 | 1.50- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZFT | HDPD | 2 | 2 | 2 | 2 | 2 | 2 | 12 | 0.1000- | 0 | 0.0000 | 1.20- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZIB | HDPD | 4 | 4 | 4 | 5 | 4 | 5 | 23 | 0.1000- | 0 | 0.0000 | 2.30- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZNP | HDPD | 4 | 4 | 4 | 5 | 4 | 4 | 25 | 0.1000- | 0 | 0.0000 | 2.50- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZNP | HDPD | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0.1000- | 4 | 0.1000- | 0.40- |
| 11/02/08 | HME DLV FEE SUN CRED | DFSC | 3939 | ZNT | HDPD | 33 | 34 | 33 | 33 | 35 | 37 | 205 | 0.0000 | 47 | 0.2000- | 20.50- |
| 11/02/08 | HME DLV FEE SUN CRED | DFSC | 3939 | ZNT | HDPD | 0 | 0 | 0 | 4 | 4 | 0 | 0 | 0.0000 | 47 | 0.2000- | 9.40- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZUS | HDPD | 40 | 40 | 40 | 40 | 40 | 0 | 20 | 0.1000- | 0 | 0.0000 | 2.00- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZWJ | HDPD | 0 | 0 | 0 | 0 | 0 | 39 | 30 | 0.1000- | 0 | 0.0000 | 3.90- |
| 11/02/08 | HOME DELIV FEE DLY CR | DDFC | 3939 | ZWK | HDDS | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0.0000 | 1 | 0.2110- | 0.21- |
| | SUBTOTAL ROUTE | | | | | | | | | | | | | | | |
| | | DFSC | 3939 | SS1 | HDDS | | | | | | | 18 | 0.1090- | 0 | 0.0000 | 1.98- |
| | | DFSC | 3939 | SS1 | HDPD | | | | | | | 0 | 0.0000 | 3 | 0.2110- | 0.63- |
| | | DDFC | 3939 | ZBA | HDPD | 3 | 3 | 3 | 3 | 3 | 11 | 11 | 0.1000- | 3 | 0.0000 | 1.10- |
| | | DDFC | 3939 | ZBRP | HDPD | 2 | 2 | 2 | 2 | 2 | 2 | 15 | 0.1000- | 0 | 0.0000 | 1.50- |
| | | DDFC | 3939 | ZFT | HDPD | 4 | 4 | 4 | 5 | 5 | 5 | 12 | 0.1000- | 0 | 0.0000 | 1.20- |
| | | DDFC | 3939 | ZIB | HDPD | 0 | 0 | 0 | 0 | 0 | 4 | 23 | 0.1000- | 4 | 0.1000- | 2.30- |
| | | DFSC | 3939 | ZNP | HDPD | 33 | 34 | 33 | 33 | 35 | 37 | 25 | 0.0000 | 47 | 0.2000- | 2.50- |
| | | DDFC | 3939 | ZNT | HDPD | | | | | | | 205 | 0.0000 | 47 | 0.2000- | 20.50- |
| | | DFSC | 3939 | ZNT | HDPD | 4 | 4 | 4 | 4 | 4 | 0 | 0 | 0.0000 | 0 | 0.0000 | 20.00- |
| | | DDFC | 3939 | ZWJ | HDPD | 40 | 40 | 40 | 40 | 40 | 200 | 200 | 0.1000- | 0 | 0.0000 | 20.00- |
| | | DDFC | 3939 | ZWK | HDPD | 0 | 0 | 0 | 0 | 0 | 39 | 39 | 0.1000- | 0 | 0.0000 | 3.90- |

```
SUN SENTINEL                    VENDOR STATEMENT              PAGE NO:     3          MASTER PAGE NO: 0753
DCPDVIN.R01                                                  DATE: 11/05/08

***********************************************************************************************************
014417    KAROLYN WALKER                            INVOICE #: 01359174      REMIT TO:                    *
          ZONE 45 WESTN PALM BCH                                             SUN-SENTINEL COMPANY         *
HN-PN-45  1457 W 27TH ST                        BEGINNING DATE: 10/27/08     333 S.W. 12TH AVENUE         *
0707-3939 RIVIERA BEACH, FL 33404                  ENDING DATE: 11/02/08     DEERFIELD BEACH, FL          *
                                                                             (999) 999-9999              *
***********************************************************************************************************

                                              REMITTANCE     PAYMENT
11/04/08    CURRENT STATEMENT      01359174        0.00    _____
            ON ACCOUNT UNAPPLIED                   0.00
                                                   0.00

            PLEASE REMIT
            RETURN THIS PAGE WITH YOUR PAYMENT  IN ENVELOPE PROVIDED
```

x  x  x  Memory TX Result Report ( Nov. 30. 2009 11:59AM ) x  x  x

1)
2)

Date/Time: Nov. 30. 2009 11:56AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 9426 | Memory TX Office Code | 913026523117 | P. 9 | OK | |

--------------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

# **FAX**

| | |
|---|---|
| **TO:** | **Attorneys for Debtors and Debtors in Possession** |
| **FAX#:** | **302-652-3117** |
| **DATE:** | **11/30/09** |
| **RE:** | **Insufficiently Supported Claims** |
| **PAGES** | **10** |
| **FROM:** | **Karolya Walker** |
| **FAX#:** | **840-4828** |

Please be advised that this support documentation that is requested to substantiate my claim.

Thank you for your assistance in this matter.

H    561-881-5452

C    561-389-2647

# FAX

**TO:**      **Attorneys for Debtors and Debtors in Possession**

**FAX#:**    **302-652-3117**

**DATE:**    **11/30/09**

**RE:**      **Insufficiently Supported Claims**

**PAGES**    **10**

**FROM:**    **Karolyn Walker**

**FAX#:**    **840-4828**

Please be advised that this support documentation that is requested to substantiate my claim.

Thank you for your assistance in this matter.

H    561-881-5452

C    561-389-2647