# EXHIBIT B

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 18.00 | $9,270.00 |
| Richard A. Robinson | Partner. Joined firm as partner in 2007. Member of PA bar since 1990 (voluntarily inactive), FL bar since 1994 and DE bar since 2007. | $595.00 | 2.70 | $1,606.50 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | 3.60 | $$1,782.00 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | 8.40 | $3,612.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $360.00 | 2.50 | $900.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 7.80 | $1,131.00 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 3.10 | $387.50 |
| Grand Total: | | | 46.10 | $18,689.00 |
| Blended Rate: | | | | $405.40 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $487.80 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 13.80 | $5,944.00 |
| Insurance Counseling – 00005 | 17.40 | $8,558.00 |
| Marsh – 60008 | .90 | $229.50 |
| Fee Applications – 00009 | 14.00 | $3,957.50 |
| **TOTAL:** | **46.10** | **$18,689.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1931178
Invoice Date: November 18, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through October 31, 2009

|     |                                         | Current Fees | Current Costs | Total for Matter |
|-----|-----------------------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror<br>503842.00004   | $5,944.00    | $2.74         | $5,946.74        |
| RE: | Insurance Counseling<br>503842.00005    | $8,558.00    | $16.30        | $8,574.30        |
| RE: | Marsh<br>503842.00008                   | $229.50      | $0.00         | $229.50          |
| RE: | Fee Applications<br>503842.00009        | $3,957.50    | $441.70       | $4,399.20        |
|     | **Current Invoice Total:**              | **$18,689.00** | **$460.74** | **$19,149.74**   |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1931178)

November 18, 2009 — Invoice: 1931178
RE: Reliance/Times Mirror (503842.00004) — Page 2

## RE: Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/05/09 | TPL | Communications regarding letter to Judge Leadbetter regarding referee appointment. | 0.30 |
| 10/05/09 | JDS | Communications with client regarding Reliance-in-Liquidation payment on GCP claims (.5); analyzed and exchanged emails regarding appointment of referee to decide merits of claims regarding LPT liabilities (.20). | 0.70 |
| 10/06/09 | TPL | Drafted letter to Judge regarding appointment of referee. | 0.10 |
| 10/07/09 | TPL | Drafted e-mail regarding appointment of referee. | 0.30 |
| 10/07/09 | JDS | Telephone conference with client regarding strategy for pursuing LPT claim in Reliance liquidation court (.3); communications with client and local counsel regarding same (.2). | 0.50 |
| 10/08/09 | TPL | Drafted letter to Judge Leadbetter regarding Referee appointment. | 2.80 |
| 10/08/09 | JDS | Telephone conference with client regarding selection of referee to decide merits of Tribune objections to Liquidator's denial of claims regarding LPT liabilities. | 0.20 |
| 10/09/09 | TPL | Drafted letter to Judge Leadbetter regarding appointing of Referee. | 3.00 |
| 10/13/09 | PRW | Reviewed CTIGA invoices and Reliance notices of determination regarding missing payments for some claimants (0.5); prepared letter to Reliance requesting payment for CTIGA claimants overlooked by Reliance (0.5) | 1.00 |
| 10/13/09 | TPL | Reviewed and forwarded PA Supreme Court decision to J. Shugrue. | 0.20 |
| 10/13/09 | JDS | Analyzed issues related to GCP claims pending in Reliance liquidation (.30); worked on letter to Liquidation Court regarding appointment of Referee regarding LPT claims (.20). | 0.50 |
| 10/14/09 | JDS | Analyzed and revised draft letter to Court regarding appointment of Referee (.20); analyzed recent Pennsylvania Supreme Court decision regarding Reliance liquidation issues (.30). | 0.50 |
| 10/15/09 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 10/22/09 | SS | Reviewed and catalogued case correspondence. | 0.70 |
| 10/23/09 | TPL | Analyzed order appointing referee (.2); revised and sent letter to Judge Leadbetter regarding same (1.3). | 1.50 |

November 18, 2009 | Invoice: 1931178
RE: Reliance/Times Mirror (503842.00004) | Page 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/23/09 | JDS | Worked on letter to Court regarding appointment of Referee to decide merits of Tribune's LPT claims. | 0.50 |
| 10/26/09 | JDS | Analyzed decision issued by Referee appointed by Court to decide LPT claims in other Reliance liquidation matter. | 0.20 |
| 10/27/09 | TPL | Analyzed correspondence from Reliance regarding Referee appointment issue. | 0.20 |
| 10/28/09 | JDS | Analyzed correspondence from Liquidator's counsel to Court regarding appointment of Referee to decide substance of LPT claim. | 0.20 |

TOTAL FEES: $5,944.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 10/31/2009 | Telecopy Expense | 1.00 |
| 10/31/2009 | Duplicating/Printing/Scanning | 1.30 |
| 10/31/2009 | Postage Expense | 0.44 |
| | Total Disbursements | 2.74 |
| | Fees & Disbursements | $5,946.74 |

Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.30 | 515.00 | 1,699.50 |
| PRW | P.R. Walker-Bright | 1.00 | 495.00 | 495.00 |
| TPL | T.P. Law | 8.40 | 430.00 | 3,612.00 |
| SS | S. Somoza | 1.10 | 125.00 | 137.50 |
| | | 13.80 | | 5,944.00 |

November 18, 2009            Invoice: 1931178
RE:     Insurance Counseling           Page 4
      (503842.00005)

**RE:**    **Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/06/09 | JDS | Telephone conference with defense counsel regarding insurance issues related to upcoming mediation of third-party lawsuit. | 0.20 |
| 10/08/09 | JDS | Communications with client regarding possible claim issues under third-party liability policies. | 0.90 |
| 10/12/09 | JDS | Analyzed and exchanged e-mails with client regarding notice to insurers under liability policies. | 0.20 |
| 10/13/09 | JDS | Telephone conference with client regarding insurance issues related to mediation of third party suit (.30); telephone conference with bankruptcy counsel regarding same (.20); telephone conference with client and insurer representatives regarding same (.50). | 1.00 |
| 10/14/09 | JDS | Analyzed materials in connection with notice to insurers. | 0.90 |
| 10/15/09 | JDS | Telephone conference with client, defense counsel and insurer representatives regarding mediation of underlying third-party suit (.50); worked on notice communication to insurers regarding third-party claim issue (.80). | 1.30 |
| 10/16/09 | JDS | Analyzed and exchanged e-mails with client regarding notice to insurers. | 0.20 |
| 10/17/09 | JDS | Analyzed and worked on notice and claim issues with insurers regarding third party suits. | 1.30 |
| 10/19/09 | PRW | Worked on issues related to regarding notice and payment of defense costs in connection with third party lawsuits; analyzed documents and correspondence regarding insurer's refusal to pay defense costs for co-counsel in additional insured claims; reviewed letter from counsel for insurer denying coverage for third-party lawsuit. | 1.60 |
| 10/19/09 | JDS | Worked on claim against contractor's insurer for reimbursement of defense costs (1.00); analyzed scope of coverage under third-party liability policy (.30); communications with client regarding same (.20); analyzed correspondence from insurer regarding third-party claim (.30); telephone conference with defense counsel regarding insurance issues related to mediation of third-party suit (.20). | 2.00 |
| 10/20/09 | PRW | Prepared drafts of letters to insurers responding to denials of coverage for related third-party claims. | 1.00 |

November 18, 2009　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice: 1931178
RE:　　Insurance Counseling　　　　　　　　　　　　　　　　　　　　　　Page 5
　　　　(503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/20/09 | JDS | Analyzed third-party liability coverage scope and limits (.30); communications with client regarding same (.30); prepared e-mail to client and defense counsel regarding defense and coverage issues regarding third-party suit (.60). | 1.20 |
| 10/21/09 | JDS | Worked on correspondence to insurers regarding coverage for third-party suit (.20); communications with client regarding insurance question regarding divested entity (.20). | 0.40 |
| 10/22/09 | SS | Reviewed and catalogued case correspondence. | 0.90 |
| 10/23/09 | JDS | Communications with client regarding issues related to insurance for third-party claims and inquiries in bankruptcy proceeding regarding same (.60); analyzed and exchanged e-mails with bankruptcy counsel regarding notice communication to insurers (.20). | 0.80 |
| 10/26/09 | JDS | Telephone conference with bankruptcy counsel regarding insurer notification issues (.3); communications with client regarding inquiry from lender's counsel regarding insurance questions (.1). | 0.40 |
| 10/27/09 | JDS | Telephone conferences with defense counsel regarding insurance-related issues involving and progress of settlement mediation of third-party suit (1.1); telephone conferences with defense counsel, client and insurer representative regarding same (.8); telephone conference with lender's counsel, client regarding insurance-related questions/issues (.5); worked on revising notice communication to insurers (.2). | 2.60 |
| 10/28/09 | JDS | Telephone conference with defense counsel regarding settlement of third party claim in mediation (.1); communications with client regarding notice correspondence to insurers (.2). | 0.30 |
| 10/30/09 | JDS | Telephone conference with client regarding insurance renewal planning. | 0.20 |

　　　　　　　　　　　　　　TOTAL FEES:　　　　　　　　$8,558.00


### CURRENT DISBURSEMENTS

10/31/2009　Duplicating/Printing/Scanning　　　　　　　　　　　　　　　　16.30

　　　　　　　　　　　　　　　　　　　　Total Disbursements　　16.30

　　　　　　　　　　　　　　　　　　　　Fees & Disbursements　　$8,574.30

November 18, 2009 — Invoice: 1931178
RE: Insurance Counseling (503842.00005) — Page 6

## Fee Summary: Insurance Counseling

| ID  | Names              | Hours | Rate   | Amount   |
|-----|--------------------|-------|--------|----------|
| JDS | J.D. Shugrue       | 13.90 | 515.00 | 7,158.50 |
| PRW | P.R. Walker-Bright | 2.60  | 495.00 | 1,287.00 |
| SS  | S. Somoza          | 0.90  | 125.00 | 112.50   |
|     |                    | 17.40 |        | 8,558.00 |

November 18, 2009     Invoice: 1931178
RE:    Marsh     Page 7
       (503842.00008)

**RE: Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/05/09 | JDS | Communications with bankruptcy counsel regarding issues related to prior agreements with Marsh. | 0.30 |
| 10/22/09 | SS | Reviewed and catalogued case correspondence file. | 0.60 |
| | | TOTAL FEES: | $229.50 |
| | | Fees & Disbursements | $229.50 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.30 | 515.00 | 154.50 |
| SS | S. Somoza | 0.60 | 125.00 | 75.00 |
| | | 0.90 | | 229.50 |

November 18, 2009 | Invoice: 1931178
RE: Fee Applications (503842.00009) | Page 8

**RE:   Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/09 | LL | E-mail correspondence regarding edits to 7th Monthly Fee Application (.2); revisions to 7th Monthly & 3rd Interim Fee Applications (.5). | 0.70 | 101.50 |
| 10/01/09 | JCF | Reviewed fee applications for filing. | 0.30 | 108.00 |
| 10/02/09 | LL | Revisions to 7th Monthly (.2); e-file and service of same (.7); revisions to 3rd Interim (.2); e-file and service of same (.6); service e-mail to fee auditor (.1). | 1.80 | 261.00 |
| 10/09/09 | LL | Drafted RS's 8th Monthly Fee Application. | 0.90 | 130.50 |
| 10/12/09 | LL | Drafted RS's fee application. | 0.60 | 87.00 |
| 10/21/09 | LL | Reviewed invoices in connection with Fee Application filing. | 0.40 | 58.00 |
| 10/22/09 | SS | Reviewed and catalogued case correspondence. | 0.50 | 62.50 |
| 10/27/09 | LL | Revisions to RS's 8th Monthly Fee Application (.1); e-mail correspondence regarding same (.1); drafted CNO to RS's 7th Monthly Fee Application (.4). | 0.60 | 87.00 |
| 10/28/09 | LL | Updateed Fee/Costs Spreadsheet (.2); conferred with C. Falgowski regarding RS's 8th Monthly Fee Application (.2). | 0.40 | 58.00 |
| 10/29/09 | JCF | Reviewed fee applications and certificate of no objection for filing (.5); called J. Shugrue regarding supplementing disclosures under Rule 2014 (.1). | 0.60 | 216.00 |
| 10/30/09 | LL | Revisions to RS's 8th Monthly Fee Application (.6); e-file and service of same (.6); revisions to CNO for RS's 7th Monthly Fee Application (.2); e-file and service of same (.3); revisions to fee spreadsheet (.7). | 2.40 | 348.00 |
| 10/30/09 | JCF | Communications with J. Shugrue regarding supplemental disclosures per Rule 2014 (.4); conflict checks and review of order and Rule 2014 list (.9); conferred with R. Robinson regarding supplemental disclosures (.3). | 1.60 | 576.00 |
| 10/30/09 | RAR | Reviewed documents regarding filing supplemental declaration as special counsel. | 2.70 | 1,606.50 |
| 10/30/09 | JDS | Worked on fee application filings. | 0.50 | 257.50 |

November 18, 2009  
RE:    Fee Applications  
        (503842.00009)

Invoice: 1931178  
Page 9

TOTAL FEES:      <u>$3,957.50</u>

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 05/29/2009 | Outside Duplicating Credit - Bankruptcy Mailouts/ | (21.00) |
| 09/14/2009 | Outside Duplicating Mailouts - Bankruptcy Mailouts/Mailouts - Envelo | 24.75 |
| 09/22/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 18.55 |
| 10/05/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 130.25 |
| 10/31/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 104.15 |
| 10/31/2009 | Courier Service - Outside | 185.00 |
|  | Total Disbursements | 441.70 |
|  | Fees & Disbursements | $4,399.20 |

### Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 0.50 | 515.00 | 257.50 |
| RAR | R.A. Robinson | 2.70 | 595.00 | 1,606.50 |
| JCF | J.C. Falgowski | 2.50 | 360.00 | 900.00 |
| SS | S. Somoza | 0.50 | 125.00 | 62.50 |
| LL | L. Lankford | 7.80 | 145.00 | 1,131.00 |
|  |  | 14.00 |  | 3,957.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1931178
Invoice Date: November 18, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through October 31, 2009

|     |                                      | Current Fees | Current Costs | Total for Matter |
|-----|--------------------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror<br>503842.00004 | $5,944.00    | $2.74         | $5,946.74        |
| RE: | Insurance Counseling<br>503842.00005  | $8,558.00    | $16.30        | $8,574.30        |
| RE: | Marsh<br>503842.00008                 | $229.50      | $0.00         | $229.50          |
| RE: | Fee Applications<br>503842.00009      | $3,957.50    | $441.70       | $4,399.20        |
|     | **Current Invoice Total:**           | **$18,689.00** | **$460.74**   | **$19,149.74**   |

**INVOICE IS PAYABLE UPON RECEIPT**