# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $17.60 |
| Telecopy Expenses | | $1.00 |
| Postage Expenses | | $.44 |
| Courier Expenses | Parcels/UPS | $185.00 |
| Outside-Duplicating | IKON | $256.70 |
| **TOTAL** | | **$460.74** |

US_ACTIVE-102757245.1-JCFALGOW

| | | | |
|---|---|---|---|
| November 18, 2009 | | | Invoice: 1931178 |
| RE: | Reliance/Times Mirror (503842.00004) | | Page 3 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/23/09 | JDS | Worked on letter to Court regarding appointment of Referee to decide merits of Tribune's LPT claims. | 0.50 |
| 10/26/09 | JDS | Analyzed decision issued by Referee appointed by Court to decide LPT claims in other Reliance liquidation matter. | 0.20 |
| 10/27/09 | TPL | Analyzed correspondence from Reliance regarding Referee appointment issue. | 0.20 |
| 10/28/09 | JDS | Analyzed correspondence from Liquidator's counsel to Court regarding appointment of Referee to decide substance of LPT claim. | 0.20 |

TOTAL FEES: $5,944.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 10/31/2009 | Telecopy Expense | 1.00 |
| 10/31/2009 | Duplicating/Printing/Scanning | 1.30 |
| 10/31/2009 | Postage Expense | 0.44 |
| | Total Disbursements | 2.74 |
| | Fees & Disbursements | $5,946.74 |

Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.30 | 515.00 | 1,699.50 |
| PRW | P.R. Walker-Bright | 1.00 | 495.00 | 495.00 |
| TPL | T.P. Law | 8.40 | 430.00 | 3,612.00 |
| SS | S. Somoza | 1.10 | 125.00 | 137.50 |
| | | 13.80 | | 5,944.00 |

November 18, 2009 | Invoice: 1931178
RE: Insurance Counseling (503842.00005) | Page 5

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/20/09 | JDS | Analyzed third-party liability coverage scope and limits (.30); communications with client regarding same (.30); prepared e-mail to client and defense counsel regarding defense and coverage issues regarding third-party suit (.60). | 1.20 |
| 10/21/09 | JDS | Worked on correspondence to insurers regarding coverage for third-party suit (.20); communications with client regarding insurance question regarding divested entity (.20). | 0.40 |
| 10/22/09 | SS | Reviewed and catalogued case correspondence. | 0.90 |
| 10/23/09 | JDS | Communications with client regarding issues related to insurance for third-party claims and inquiries in bankruptcy proceeding regarding same (.60); analyzed and exchanged e-mails with bankruptcy counsel regarding notice communication to insurers (.20). | 0.80 |
| 10/26/09 | JDS | Telephone conference with bankruptcy counsel regarding insurer notification issues (.3); communications with client regarding inquiry from lender's counsel regarding insurance questions (.1). | 0.40 |
| 10/27/09 | JDS | Telephone conferences with defense counsel regarding insurance-related issues involving and progress of settlement mediation of third-party suit (1.1); telephone conferences with defense counsel, client and insurer representative regarding same (.8); telephone conference with lender's counsel, client regarding insurance-related questions/issues (.5); worked on revising notice communication to insurers (.2). | 2.60 |
| 10/28/09 | JDS | Telephone conference with defense counsel regarding settlement of third party claim in mediation (.1); communications with client regarding notice correspondence to insurers (.2). | 0.30 |
| 10/30/09 | JDS | Telephone conference with client regarding insurance renewal planning. | 0.20 |

TOTAL FEES: $8,558.00

**CURRENT DISBURSEMENTS**

| 10/31/2009 | Duplicating/Printing/Scanning | | 16.30 |
|---|---|---|---|
| | | Total Disbursements | 16.30 |
| | | Fees & Disbursements | $8,574.30 |

| | | |
|---|---|---|
| November 18, 2009 | | Invoice: 1931178 |
| RE: Fee Applications (503842.00009) | | Page 9 |

                                    TOTAL FEES:                    $3,957.50

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 05/29/2009 | Outside Duplicating Credit - Bankruptcy Mailouts/ | (21.00) |
| 09/14/2009 | Outside Duplicating Mailouts - Bankruptcy Mailouts/Mailouts - Envelo | 24.75 |
| 09/22/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 18.55 |
| 10/05/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 130.25 |
| 10/31/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 104.15 |
| 10/31/2009 | Courier Service - Outside | 185.00 |
| | Total Disbursements | 441.70 |
| | Fees & Disbursements | $4,399.20 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 0.50 | 515.00 | 257.50 |
| RAR | R.A. Robinson | 2.70 | 595.00 | 1,606.50 |
| JCF | J.C. Falgowski | 2.50 | 360.00 | 900.00 |
| SS | S. Somoza | 0.50 | 125.00 | 62.50 |
| LL | L. Lankford | 7.80 | 145.00 | 1,131.00 |
| | | 14.00 | | 3,957.50 |