## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

BRITTANY WHALEN, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On November 25, 2009, I caused to be served the following:

    a.  "Notice of Agenda of Matter Scheduled for Hearing on December 1, 2009 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated November 25, 2009," dated November 24, 2009 [Docket No. 2645], (the "Notice of Agenda"), and

    b.  "Notice of Motion of Debtor Chicago Tribune Company for an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing the Sale of Certain Real Property Located in Countryside, Illinois," date November 25, 2009, to which is attached the "Motion of Debtor Chicago Tribune Company for an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing the Sale of Certain Real Property Located in Countryside, Illinois," dated November 25, 2009 [Docket No. 2666], (the "Motion Authorizing Sale of Property"),

enclosed securely in separate postage-prepaid envelopes, to be delivered as follows:

    i.  the Notice of Agenda, via first class mail to those parties listed on the annexed Exhibit A.

    ii.  the Motion Authorizing Sale of Property, via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Brittany Whalen

Sworn to before me this
1st day of December, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 23252 VIA CAMPO VERDE LLC | 290 TOYOPA DR. PACIFIC PALISADES CA 90272 |
| A&C COMMUNICATIONS LTD INC | 12148 NW 52 CT   Account No. 6487 CORAL SPRINGS FL 33076 |
| ACCOUNTEMPS | DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE   Account No. 01300-000099-000 PLEASANTON CA 94588 |
| AGFA CORPORATION | ATTN JOHN DESMOND 100 CHALLENGER ROAD   Account No. 0556 RIDGEFIELD PARK NJ 07660-2199 |
| ALPERT'S | NEWSPAPER DELIVERY SERVICE, INC. 5 GREAT JONES STREET   Account No. WPIX NEW YORK NY 10012-1158 |
| ARC HOLDING LTD. | DBA SPORTS ACCESS 100 E. ROYAL LANE, SUITE 250   Account No. 3974 IRVING TX 75039 |
| ASM CAPITAL III, L.P. | TRANSFEROR: TROPIC OIL COMPANY 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| AUDIO IMPLEMENTS/GKC | 1703 PEARL STREET   Account No. CN6296 WAUKESHA WI 53186 |
| BETZA, GREGORY | 12 GOLF ROAD BLOOMFIELD NJ 07003 |
| BISHOP, JUNE | 1 DUNHAM ST MIDDLETOWN CT 06457 |
| BRAGDON, DAVID LINCOLN | 1221 SW 10TH  NO.1106 PORTLAND OR 97205 |
| BUENA VISTA TELEVISION | ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-9750 |
| C & M MARKETING | COMMUNICATIONS LTD 5120 WOODWAY NO.5003 HOUSTON TX 77056 |
| CLASSIFIED VENTURES, LLC | 175 W. JACKSON BLVD., 8TH FL ATTN: CHIEF LEGAL OFFICER   Account No. 1063 CHICAGO IL 60604 |
| CLASSIFIED VENTURES, LLC | ATTN: CHIEF LEGAL OFFICER 175 W. JACKSON BLVD., 8TH FL   Account No. 2063 CHICAGO IL 60604 |
| COASTAL SYSTEMS, INC. | 1426 SO. RITCHEY STE C   Account No. IMES # 10683 SANTA ANA CA 92705 |
| CONNECTICUT LIGHT & POWER | NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER PO BOX 2899   Account No. 51861142024 HARTFORD CT 06101-8307 |
| CURRERI, GARY | 12148 NW 52 COURT   Account No. 6487 CORAL SPRINGS FL 33076 |
| DE NOR GRAPHICS | 665 LUNT AVE ELK GROVE VILLAGE IL 60007-5014 |
| DEPARTMENT OF HOMELAND SECURITY | SVC 222 S RIVERSIDE PLZ NO. 2300 C/O ZULKIE PARTNERS LLC CHICAGO IL 60606-6101 |
| DEPARTMENT OF STATE | ATTN  BUDGET OFFICER  S/EX-EX 2201 C STREET  NW ROOM 7511 HST BLDG   Account No. 0578 WASHINGTON DC 20520 |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA PA 19114 |
| DUNNE, LEO J | 1343 BUCKINGHAM ROAD   Account No. 2801 GROSSE POINTE MI 48230 |
| EMERLING, SUSAN | P O BOX 1037 MALIBU CA 90265 |
| EVERGREEN LANDCARE | PO BOX 78002 5007 W WASHINGTON BLVD LOS ANGELES CA 90016 |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108   Account No. 20002881069 ATLANTA GA 30321 |
| GLAVIN SECURITY HARDWARE | SPECIALIST 1010 W JACKSON BLVD   Account No. T777 CHICAGO IL 60607 |
| GMC | 11 ALLSTATE PARKWAY, SUITE 430 MARKHAM ON L3R 9T8 CANADA |
| GODENGO, INC | 5766 HOLLIS ST EMERYVILLE CA 946082514 |
| HOMFINDER, LLC | ATTN: TIMOTHY FAGAN, PRESIDENT & CEO 175 W. JAKCSON BLVD., 8TH FL   Account No. 2063 CHICAGO IL 60604 |
| IANNOTTI, RONALD | 112 HALF MILE ROAD NORTH HAVEN CT 06473 |
| JING & MIKE COMPANY | 73-4325 LIHILIHI PLACE   Account No. 7638 KAILUA-KONA HI 96740 |
| K&M NEWSPAPER SERVICES, INC | 45 GILBERT ST EXT MONROE NY 10950 |
| KELLY CREWS INC. | 1823 QUARTER HORSE DR.   Account No. 2722 WOODSTOCK MD 21163 |
| KLEIN, JOHN F - JK PRODUCTIONS | 5116 ADMIRAL PL SARASOTA FL 34231 |
| LEVIT, JOAN | 356 AVENUE OF THE STARS NORTH BLENHEIM NY 12131-1720 |
| MARCO OUTDOOR ADVERTISING, INC. | 629 SOUTH CLAIBORNE AVENUE   Account No. W002 NEW ORLEANS LA 70113 |
| MARCOM | 540 HAUER APPLE WAY APTOS CA 95003 |
| MCLEER, STEPHEN | PO BOX 276 LANSDOWNE PA 19050 |
| MUNOZ, SERGIO | 2113 B MARSHALL FIELD LN REDONDO BEACH CA 90278 |

| Claim Name | Address Information |
|---|---|
| NEREIM, VIVIAN | 4546 N LEAVITT    Account No. 3720 CHICAGO IL 60625 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| OLSON, THOMAS E | 60670 TIMBERKNOLL DRIVE    Account No. 9106 MACUNGIE PA 18062 |
| OMNITURE, INC. | KYLE PANKRATZ, 550 EAST TIMPANOGOS CIRCLE OREM UT 84097 |
| OMNITURE, INC. | BENJAMIN J. KOTTER DORSEY & WHITNEY LLP 136 SOUTH MAIN STREET, SUITE 1000 SALT LAKE CITY UT 84101 |
| ORLANDO MAGIC, LTD. | ZACHARY J. BANCROFT, ESQ.; LOWNDES DROSDICK, ET AL.; P.O. BOX 2809 ORLANDO FL 32802 |
| PALMER, ANN THERESE | 1570 CHRISTINA LN LAKE FOREST IL 60045 |
| PETRO TV LLC | 629 SOUTH CLAIBORNE AVENUE    Account No. 1153 NEW ORLEANS LA 70113 |
| PRECO, INC | 7500 E. MCDONALD DRIVE SUITE 200A    Account No. TRIB SCOTTSDALE AZ 85250 |
| PUZZLE FEATURES SYNDICATE | 1839 SEVEN HILLS DRIVE HEMET CA 92545 |
| R.J. CORMAN RAILROAD | CO-ALLENTOWN LINES PO BOX 788 101 R.J. CORMAN DRIVE    Account No. R100 NICHOLASVILLE KY 40340-0788 |
| RADIOSTORES.COM | 1462 MONTEREY DRIVE  SUITE 100 GLENVIEW IL 60026 |
| RITCHIE, CAROLINA C | 1712 SW 12 CT FT LAUDERDALE FL 33312 |
| SAMMCO, INC. | 2735 DERBY ST    Account No. 3268 BERKELEY CA 94705 |
| SCARBOROUGH RESEARCH CORP | 770 BROADWAY 13TH FLOOR    Account No. 10192496 NEW YORK NY 10003 |
| SEGERDAHL CORPORATION, THE | 1351 SOUTH WHEELING ROAD    Account No. 0855 WHEELING IL 60090 |
| SGW TELEPROMPTER SOLUTIONS INC | 844 SOUTH 8TH AVE    Account No. 9946 LAGRANGE IL 60525-2949 |
| SIGNODE SERVICE BUSINESS | 3456 RIDGE RAVE    Account No. 764794 ARLINGTON HEIGHTS IL 60004 |
| SOFTWARE CONSULTING SERVICES LLC | 630 SELVAGGIO DR NO.420    Account No. 5780 NAZARETH PA 18064 |
| SPENSER COMMUNICATIONS, INC. | 800 E. ARROW HWY COVINA CA 91722 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION PO BOX 6668    Account No. 5505 TALLAHASSEE FL 32314-6668 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | STATE OF FLORIDA - DEPARTMENT OF REVENUE CLAIMANTS ATTORNEY FREDERICK F. RUDZIK P.O. BOX 6668 TALLAHASSEE FL 32314-6668 |
| STREETER PRINTING | C.O PRINTING INDUSTRIES ASSOCIATION COLLECTION SERVICE, INC. 5800 S. EASTERN AVE, STE 400    Account No. 0026 LOS ANGELES CA 90040 |
| SUNGARD AVAILABILITY SERVICES | MAUREEN A. MCGREEVEY, ESQUIRE 680 E. SWEDESFORD ROAD    Account No. 6606 WAYNE PA 19087 |
| SZABO ASSOCIATES, INC. | 3555 LENOX ROAD NE, 9TH FLOOR ATLANTA GA 30326 |
| THE SAVO GROUP, LTD | 525 WEST VAN BUREN SUITE 1100    Account No. 9106 CHICAGO IL 60607 |
| UNISOURCE | PO BOX 409884 ATLANTA GA 30384-9884 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP | ATTN: SHARON J. GLANCZ 100 UNIVERSAL CITY PLAZA BLDG 1440, 32ND FL    Account No. KWGN UNIVERSAL CITY CA 91608 |
| UNIVERSAL PROTECTION SERVICE | PO BOX 512719    Account No. 1179 LOS ANGELES CA 90051 |
| VERIZON COMMUNICATIONS INC | DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171  17TH STREET NW, SUITE 2100 ATLANTA GA 30363-1031 |
| WIECZOREK, DAVE | 259 S MILTON    Account No. 3169 GLEN ELLYN IL 60137 |
| WILKINSON, JENNIFER CRUTCHER | 219 W LAFAYETTE AVENUE    Account No. 0355 & 3209 BALTIMORE MD 21217 |
| WILMINGTON INSTRUMENT COMPANY INC | 332 N FRIES AVE    Account No. ATIM WILMINGTON CA 90744 |
| ZEP MANUFACTURING COMPANY | ENGEL, HAIRSTON & JOHANSON, P.C. ATTN: JONATHAN E. RAULSTON P.O. BOX 11405 Account No. 0397 BIRMINGHAM AL 35202 |

**Total Creditor Count 74**

**TRB Agenda 11/25/2009**
Morgan Stanley & Co.
Glen Silverstein
Leader & Berkon LLP
630 Third Avenue
New York, NY 10017

**TRB Agenda 11/25/2009**
Merrill Lynch Capital Corporation
Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**TRB Agenda 11/25/2009**
JP Morgan Chase Bank, N.A.
Sharon Katz
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017

**TRB Agenda 11/25/2009**
Citigroup Global Markets, Inc.
David W. Brown
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

**TRB Agenda 11/25/2009**
Valuation Research Corporation (VRC)
David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

**TRB Agenda 11/25/2009**
John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**TRB Agenda 11/25/2009**
Navigant Consulting, Inc.
Attn: Timothy Woods
30 S. Wacker Drive Suite 3100
Chicago, IL 60606

**TRB Agenda 11/25/2009**
Duff & Phelps LLC
Michael S. Pullos
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

**TRB Agenda 11/25/2009**
Houlihan Lokey
Vince Herron
333 South Grand Avenue, Suite 1550
Los Angeles, CA 90071

**TRB Agenda 11/25/2009**
Barclays Bank PLC
c/o Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE  19801

**TRB Agenda 11/25/2009**
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbara Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**TRB Agenda 11/25/2009**
Cantigny Foundation
Robert R. McCormick Tribune Foundation
Attn: MARTIN T. TULLY, Partner
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

**TRB Agenda 11/25/2009**
EGI-TRB, L.L.C., Chai Trust Company, LLC,
Sam Investment Trust, Sam Zell
David Bradford, James L. Thompson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

**TRB Agenda 11/25/2009**
Dennis FitzSimons
George Daugherty
Grippo & Elden
111 S. Wacker Dr.
Chicago, IL 60606

**TRB Agenda 11/25/2009**
Miles White
Cathleen J. Phillips
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

**TRB Agenda 11/25/2009**
Bank of America
Lynn D. Simmons, Sr. Vice President
Banc of America Bridge LLC
Bank of America Solutions
Mail code: IL1-231-11-19
23 1 South LaSalle Street
Chicago, IL 60604

**TRB Agenda 11/25/2009**
Great Banc
Jeffrey N. Rich, Esquire
Charles R. Smith, Esquire
K & L, Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

**TRB Agenda 11/25/2009**
Rustic Canyon Partners
Gibson Dunn & Crutcher LLP
Joel A. Feuer
2029 Century Park East
Los Angeles, CA 90067

**TRB Agenda 11/25/2009**
Goldman Sachs Group Inc.
Attn: Scott Bynum
85 Broad St.
New York, NY 10004

**EXHIBIT B**

*Kevin M. Gensler, Esquire*
*Dommermuth, Brestal, Cobine & West*
*123 Water Street*
*Naperville, IL  60566*

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. ONE BRYANT PARK (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) NEW YORK NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| ANDREW S. CONWAY, ESQUIRE | (COUNSEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ. 300 DELAWARE AVE, STE 1370 (COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.) WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN, ESQ. 500 DELAWARE AVENUE, 8TH AVENUE P.O. BOX 1150 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ. 401 NORTH MICHIGAN AVENUE, STE 550 (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC) CHICAGO IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT BANK OF AMERICA STRATEGIC SOLUTIONS MAIL CODE: IL1-231-11-19 231 SOUTH LASALLE STREET CHICAGO IL 60604 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 200 WEST MADISON ST., SUITE 3900 CHICAGO IL 60606 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP 200 PARK AVENUE ATTN: US CLIENT VALUATIONS GROUP NEW YORK NY 10166 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. BRADFORD J. SANDLER & JENNIFER R. HOOVER, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) 222 DELAWARE AVENUE, SUITE 801 WILMINGTON DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. DAVID M. NEUMANN, ESQUIRE (COUNSEL TO WILMINGTON TRUST COMPANY) 200 PUBLIC SQUARE SUITE 2300 CLEVELAND OH 44114-2378 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. (COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | & GOOD MAN, LLP 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ. (COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-2126 |
| CALLAHAN & BLAINE | ATTN: EDWARD SUSOLIK, ESQUIRE (COUNSEL TO JON VAN SEMUS BY AND THRU NEALA OLSEN) 3 HUTTON DRIVE, NINTH FLOOR SANTA ANA CA 92707 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA NEW HYDE PARK NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ. 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD |

| Claim Name | Address Information |
|---|---|
| CAPITALSOURCE FINANCE LLC | 20815 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| CIARDI CIARDI & ASTIN | DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ., MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ. CITIZENS BANK CENTER 919 NORTH MARKET STREET, STE 700 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) WILMINGTON DE 19801 |
| CITICORP NORTH AMERICA, INC | 750 WASHINGTON BLVD. STAMFORD CT 069013722 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ. MARC J. PHILLIPS, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET; PO BOX 2207 WILMINGTON DE 19899 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. (COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS) 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| CROSS & SIMON LLC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS 919 NORTH MARKET STREET 11TH FLOOR WILMINGTON DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 4750 VON KARMAN AVENUE NEWPORT BEACH CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DEUTSCHE BANK AG | 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST &SEC. SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT NJ 07901 |
| DRAPER & GOLDBERG, PLLC | ATTN. ADAM HILLER & MICHELLE BERKELEY-AYRES (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP) 1500 NORTH FRENCH STREET, 2ND FLOOR 19801 WILMINGTON DE 19801 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS (COUNSEL TO SONY PICTURES TELEVISION, INC.) 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN, ESQ. 919 N. MARKET ST, STE 1500 (COUNSEL TO BARCLAYS BANK PLC) WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60610-4500 |
| FOX ROTHSCHOLD LLP | ATTN. L. JASON CORNELL, ESQUIRE (COUNSEL TO DONNA GERHART GUTMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF E. MICHAEL GUTMAN AKA MICHAEL GUTMAN AKA ELLIOTT M. GUTMAN) 919 N. MARKET STREET, SUITE 1300 P.O. BOX 2323 WILMINGTON DE 19899-2323 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) |

| Claim Name | Address Information |
|---|---|
| FRANK/GECKER LLP | 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 101 BILBY ROAD HACKETTSTOWN NJ 07840 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. FOUR EMBARCARCADERO CENTER, STE 4000 (COUNSEL TO CATELLUS DEVELOPMENT CORP.) SAN FRANCISCO CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HENNIGAN, BENNETT & DORMAN, LLP | ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS. 865 SOUTH FIGUEROA STREET, SUITE 2900 (COUNSEL TO VARIOUS PARTIES LISTED IN NOA) LOS ANGELES CA 90017 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 2125 E. KATELLA AVE. SUITE 400 ANAHEIM CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE VILLA PARK IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR HOUSTON TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS ONE CHASE PLAZA NEW YORK NY 10005 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. HENRY W. OLIVER BUILDING 535 SMITHFIELD ST (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) 425 PARK AVE NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LECLAIRRYAN, A PROFESSIONAL CORPORATION | ATTN. WILLIAM E. CALLAHAN, JR. ESQUIRE (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC. 1800 WACHOVIA TOWER, DRAWER 1200 ROANOKE VA 2400-1200 |
| LECLAIRRYAN, A PROFESSOINAL CORP. | ATTN. DAVID W. PHILLIPS (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC) TWO PENN PLAZA EAST NEWARK NJ 07105 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |

| Claim Name | Address Information |
|---|---|
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 1330 BROADWAY, SUITE 1800 OAKLAND CA 94612 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY) DALLAS TX 75201 |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | ATTN: ZACHARY J. BANCROFT, EST. 450 S. ORANGE AVE, SUITE 800 (COUNSEL TO ORLANDO MAGIC, LTD.) ORLANDO FL 32801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 682 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. G. AMANDA MALLAN, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 N. MARKET STREET, 8TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) WILMINGTON DE 19801 |
| MCGUIRE WOODS LLP | ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN: ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 10 ALMADEN BLVD., SUITE 1460 SAN JOSE CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICAHEL O'BRIEN 4 WORLD FINANCIAL CENTER 250 VESEY STREET NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300 IRVING TX 75039 |
| MESSANA ROSNER & STERN, LLP | FREDERICK B. ROSNER, ESQ. 1000 N. WEST STREET, SUITE 1200 (COUNSEL TO INTELSAT CORPORATION) WILMINGTON DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | ATTN: COLLEEN E. MCMANUS 191 NORTH WACKER DRIVE, STE 1800 (COUNSEL TO CF 4242 BRYN MAWR LLC) CHICAGO IL 60606 |
| MULHERIN REHFELDT & VARCHETTO, P.C. | ATTN: WILLIAM J. ULRICH, JR; WILLIAM R. BRODZINSKI (COUNSEL TO: CRP HOLDINGS C, L.P., A DELAWARE LLC) 211 S. WHEATON AVENUE, SUITE 200 WHEATON IL 60187 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY 333 EAST WASHINGTON ST., 3RD FLOOR SYRACUSE NY 13202 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN: ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| OFFICE OF ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH J. MCMAHON, JR., ESQ. UNITED STATES DEPT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS. 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) WILMINGTON DE 19899 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET (COUNSEL TO: VALUATION RESEARCH CORPORATION) WILMINGTON DE 19806 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| POYNER SPRUILL LLP | JUDY D. THOMPSON, ESQ. 301 SOUTH COLLEGE STREET, STE 2300 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28202 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ. 300 NORTH LASALLE STREET, STE 400 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60654-3422 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. KATISHA D. FORTUNE, ESQ. 920 NORTH KING STREET (COUNSEL TO JPMORGAN CHASE BANK, N.A.) WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN. MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W. WASHINGTON DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY) WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | ATTN. JULIE A. MANNING, ESQ. (COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY) ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN. DANA S. PLON, ESQUIRE (COUNSEL TO UNISYS CORPORATION) 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ. TWO RENAISSANCE SQUARE 40 NORTH CENTRAL AVE, STE 2700 (COUNSEL TO PERSONAL PLUS, INC.) PHOENIX AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STUART MAUE | ATTN: LINDA K. COOPER FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 3 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| TODD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC) POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |

| Claim Name | Address Information |
|---|---|
| TOWER DC, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER EH, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER JK, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER MS, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER PT, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN. SHERRY RUGGIERO FALLON (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.) 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION 555 4TH ST. NW ROOM 6110, P.O. BOX 227 WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. 1100 L STREET, N.W. ROOM 10006 WASHINGTON DC 20530 |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR ELIZABETH S. GOLDBERG, ESQUIRE (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR) PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES ATTN TIFFANY STRELOW COBB 52 EAST GAY STREET COLUMBUS OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY ASSOCIATION INC ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN POST OFFICE BOX 4128 TALLAHASSEE FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE (COUNSEL TO: VALUATION RESEARCH CORPORATION) NEW YORK NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. THE BRADYWINE BUILDING – 17TH FLOOR 1000 WEST STREET, POST OFFICE BOX 391 (COUNSEL TO VARIOUS PARTIES LISTED ON NOA) WILMINGTON DE 19899-0391 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

TRIBUNE COMPANY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 154**

GW DeHaan Real Estate, Inc. (Representing James
Azzar as Purchaser)
Steve DeHaan
3680 44th Street, Suite 101
Grand Rapids, MI 49512

Grubb & Ellis Company (Representing Cawley
Commercial Real Estate)
Ryan Kehoe
9550 W. Higgins Road, Suite 1050
Rosemont, IL 60018

Gene & Terry Callahan (Plainfield Properties LLC)
120 W. 22nd Street, Suite 300
Oak Brook, IL 60523

Chopp Properties (Representing Bob Butler, Allan
Power Plumbing)
Dan Chopp
9100 Plainfield Road
Brookfield, IL 60513

Darwin Realty (Representing Michael & Jennifer
Gain of Benztek, Inc. – UNDER CONTRACT)
Victor DeBoer
970 N. Oak Lawn Avenue, Suite 100
Elmhurst, IL 60126