Nov.30,2009

Saunemin,Il.61769
To The Tenth Onmibus Objection,

   I Robby S. Wells, claim # 3660 omitted the debtor name which is Tribune Co./ Finance Service Center,Inc. on my original claim letter.

   I have enclosed a paperbill for Sept. 1984 and a pay stub for 2006 to show how long we were employed by the Tribune.

   I was terminated May 2008, the Tribune stopped the mileage money and said we could make it on the profit from the papers, no way was that even feasible.  I drove 200 miles every night of the year, and covered eleven towns plus many stores and homes.  I only missed 2 nights because of ground blizzards, of course the papers got delivered the very next day.

   I believe that because of the underhanded way I was terminated and my 24 years of great service that I should be paid 3 months ($7178.49) of severance pay.

   Thank-you for reading my letter of explanation and concern.

                                     Sincerely,
                                     Robby S. Wells

                                   *R. S. Wells*
                                   P.O. Box 345
                                   Saunemin, Il. 61769

TRIBUNE TOWER ROOM 900 Chicago
435 N MICHIGAN AVE
CHICAGO, IL 60611

PHONE: (312) 595-0783
FAX: (312) 329-0420

11000 - 0000067003- 9900497757
MA
WELLS, ROBBY S
PO BOX 345
SAUNEMIN, IL 61769

| VENDOR NAME | WELLS, ROBBY S    MA<br>PO BOX 345<br>SAUNEMIN, IL 61769 |
|---|---|

VENDOR NUMBER: 0000067003
CONTROL NUMBER: 9900497757
DEPOSIT DATE: 03/09/2006
ACCOUNT NUMBER: 375594

| INVOICE NUMBER | INVOICE DATE | VOUCHER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 3RD PERIOD HAULING | 03/06/2006 | A2151915 | $2,392.83 | 0.00 | $2,392.83 |

| | TOTAL GROSS | TOTAL DISCOUNT | TOTAL NET |
|---|---|---|---|
| | $2,392.83 | 0.00 | $2,392.83 |

## SUMMARY OF DEPOSIT NOTICE

CHICAGO TRIBUNE COMPANY
435 N. Michigan Ave.
Chicago, IL 60611

03/09/2006

DEPOSIT AMOUNT

******$2,392.83

DEPOSITED EXACTLY   Two Thousand Three Hundred Ninety-Two and 83/100       DOLLARS

DEPOSITED TO THE ACCOUNT OF   WELLS, ROBBY S
PO BOX 345
SAUNEMIN, IL 61769

**NON NEGOTIABLE**

| INVOICE NUMBER | DATE | VOUCHER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| FLATS 984 | 092484 | FL9925 | 626.00 | | 626.00 |

CHICAGO TRIBUNE CO.
435 N. MICHIGAN AVE.
CHICAGO, ILLINOIS 60611
312-222-3611

| CHECK NUMBER | DATE | VENDOR NO | VENDOR NAME | TOTAL AMOUNT |
|---|---|---|---|---|
| 613607 | 092584 | T8785 | ROBERT WELLS | 626.00 |

865-42

# Chicago Tribune

435 N. MICHIGAN AVE.
DEPT. C D
CHICAGO, IL, 60611

CIRCULATION INVOICE
ROBERT WELLS

54 CENTER ST
SAUNEMIN IL 61769

DIV. 513    ACCOUNT 27350

PERIOD ENDING SEP 23, 84

| DATE OR WK. END | TRANSACTION | EDIT | MON | TUE | WED | THU | FRI | SAT | TOTAL | UNIT RATE | SUNDAY DRAW | SUNDAY EDIT | UNIT RATE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0902 | HOME DELIVERY | MM-3 | 11 | 11 | 11 | 11 | 11 | 11 | 66 | .1750 | | | | 11.55 |
| 0909 | HOME DELIVERY | MM-3 | 11 | 11 | 11 | 11 | 11 | 11 | 66 | .1750 | | | | 11.55 |
| 0916 | HOME DELIVERY | MM-3 | 11 | 11 | 11 | 11 | 11 | 11 | 66 | .1750 | | | | 11.55 |
| 0923 | HOME DELIVERY | MM-3 | 11 | 11 | 11 | 11 | 11 | 11 | 66 | .1750 | | | | 11.55 |
| 0902 | SINGLE COPY | MM-3 | 29 | 29 | 29 | 29 | 29 | 29 | 174 | .2175 | | | | 37.85 |
| 0909 | SINGLE COPY | MM-3 | 29 | 29 | 29 | 29 | 29 | 29 | 174 | .2175 | | | | 37.85 |
| 0916 | SINGLE COPY | MM-3 | 29 | 29 | 29 | 29 | 29 | 29 | 174 | .2175 | | | | 37.85 |
| 0923 | SINGLE COPY | MM-3 | 29 | 29 | 29 | 29 | 29 | 29 | 174 | .2175 | | | | 37.85 |
| | | | | | | | | | | | CURRENT CHARGE | | | $197.60 |
| 0826 | PREVIOUS BALANCE | | | | | | | | | | | | | 308.77 |
| 0917 | RETURNS MON/FRI | | 150 | | | | | | | .2175 | | | | 32.63CR |
| 0917 | RETURNS SAT | | | | | | | 40 | | .2175 | | | | 8.70CR |
| 0918 | PAYMENT | | | | | | | | | | | | | 165.06CR |
| 0919 | RETURNS MON/FRI | | 161 | | | | | | | .2175 | | | | 35.02CR |
| 0919 | RETURNS SAT | | | | | | | 37 | | .2175 | | | | 8.05CR |
| 0904 | EXTRA CREDIT | | | | | | | | | | | | | 105.30CR |
| 0917 | DAT NON ARRIVAL 7/4 | | | | | | | | | | | | | 7.61CR |
| | | | | | | | | | | | UNPAID BALANCE | | | $53.60CR |
| | | | PAYMENT REQUIRED UPON RECEIPT | | | | | | | | | TOTAL AMOUNT DUE | | | $144.00 |

*Handwritten notes:*
Bob/
Looks good
You had no credit
I made $53.60 returns
I am ex use 12

Paid
Oct 11-84