TRIBUNE COMPANY, et al (Case 08-13141)                                                                    Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period October 1, 2009 through October 31, 2009**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 550.90 | $136,000.00 |
| **Subtotal - Fixed Fee Services** | **550.90** | **$136,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 1.00 | $320.00 |
| **Subtotal - Hourly Services** | **1.00** | **$320.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 37.70 | $10,869.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **37.70** | **$10,869.50** |
| **Total Hours and Compensation** | **589.60** | **$147,189.50** |

TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit B

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period October 1, 2009 through October 31, 2009

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 550.90 | $136,000.00 |
| **Subtotal - Fixed Fee Services** | **550.90** | **$136,000.00** |
| **Total Hours and Compensation** | **550.90** | **$136,000.00** |

TRIBUNE COMPANY, et al (Case 08-13141)　　　　　　　　　　　　　　　　　Exhibit B-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
October 1, 2009 through October 31, 2009

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 6.00 |
| James M Maurer | Partner | 5.00 |
| William T England | Partner | 20.00 |
| Monte Jackel | Senior Managing Director | 6.00 |
| Timothy M Byrd | Senior Managing Director | 2.00 |
| Dan Drobac | Senior Manager | 6.00 |
| Matthew B Larsen | Senior Manager | 41.00 |
| Daniel C Chavez | Manager | 3.90 |
| Sumaira Maryum Akhtar | Manager | 25.00 |
| Justin A Spahn | Senior Associate | 38.00 |
| Meaghan K Sullivan | Senior Associate | 76.00 |
| Sheri L Meyers | Senior Associate | 31.00 |
| Steven D Meyer | Senior Associate | 17.50 |
| Abigail E Sullivan | Associate | 80.00 |
| Bradley D Ebenhoeh | Associate | 24.50 |
| Domonique P Hinton | Associate | 4.30 |
| Melissa Mary Begley | Associate | 140.10 |
| Meredith A Flittner | Associate | 21.00 |
| Rekha Lihala | Associate | 0.30 |
| Sumita Basu | Associate | 1.30 |
| Irene Estrada | Administrative | 0.50 |
| Keisha L Fenton | Professional Assistant | 1.00 |
| Michael Lawrence Komro | Professional Assistant | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **550.90** |
| Total Hours Incurred prior to October 1, 2009 | | 1,782.80 |
| **Total Hours Incurred through October 31, 2009** | | **2,333.70** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
October 1, 2009 through October 31, 2009

| Professional | Professional's Position | Hours | |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | | $435,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | | $1,015,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | | **$1,450,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | | 550.90 | $136,000.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - October 1, 2009 through October 31, 2009**

| Category | Hours |
| --- | --- |
| 0200 - Audit Strategy and Meetings with Management | 136.80 |
| 2900 - Information Technology General Controls | 94.00 |
| 3000 - Advertising Revenue and Receivables | 12.50 |
| 3100 - Purchasing and payables process | 8.00 |
| 3200 - Treasury and cash management process | 4.50 |
| 3250 - Investments process | 3.00 |
| 3450 - Goodwill and intangibles process | 2.00 |
| 3650 - Benefits process | 4.00 |
| 3800 - Capital and Equity Process | 0.50 |
| 3900 - Period-end financial reporting process | 3.80 |
| 5500 - Financing process | 0.50 |
| 9202 - Q3 Interim Review Procedures | 39.90 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 3.00 |
| 9500 - Cubs Transaction | 18.00 |
| 9600 - Key Reports Testing | 4.00 |
| CTC Fieldwork | 4.90 |
| FSC-CA Fieldwork | 0.40 |
| KTLA Fieldwork | 2.80 |
| LA Times Site Visit | 2.00 |
| Tribune Interactive Fieldwork | 52.50 |
| WGN Fieldwork | 153.80 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **550.90** |

TRIBUNE COMPANY, et al (Case 08-13141) — Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period October 1, 2009 through October 31, 2009

| Professional by Billing Category | Position | Rate | Total Hours | Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Andrew K Olson | Manager | $320 | 1.00 | $320.00 |
| **Subtotal - Claims Consulting Services** | | | **1.00** | **$320.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.80 | $990.00 |
| Dan Drobac | Senior Manager | $425 | 2.00 | $850.00 |
| Erin E. Brandt | Senior Associate (Bankruptcy) | $290 | 4.00 | $1,160.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 22.80 | $6,612.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 3.70 | $832.50 |
| Fannie Kurniawan | Professional Assistant (Bankruptcy) | $125 | 1.00 | $125.00 |
| Juan Antonio Rosa | Professional Assistant (Bankruptcy) | $125 | 2.40 | $300.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **37.70** | **$10,869.50** |
| **Total Hours and Compensation** | | | **38.70** | **$11,189.50** |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period October 1, 2009 through October 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 10/19/2009 | Andrew K Olson | Manager | 1009H0001: Review City response to audit protest, specifically calculations related to employer's head tax final proposed assessment. | $320.00 | 0.50 | $160.00 |
| 10/20/2009 | Andrew K Olson | Manager | 1009H0002: Review City response to audit protest, specifically calculations related to employer's head tax final proposed assessment. | $320.00 | 0.50 | $160.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **1.00** | **$320.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 10/1/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 1009H0003: Review and finalize the August 2009 expense consolidator. | $125.00 | 0.50 | $62.50 |
| 10/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0004: Assemble the August 2009 consolidator and reconcile to the TA and WIP LT. | $290.00 | 1.50 | $435.00 |
| 10/2/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 1009H0005: Review and finalize the August 2009 expense consolidator. | $125.00 | 0.50 | $62.50 |
| 10/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0006: Review the August 2009 WIP reconciliation. | $290.00 | 2.50 | $725.00 |
| 10/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0007: Meeting with Justin Spahn (PwC) to review the August 2009 WIP hours. | $290.00 | 0.50 | $145.00 |
| 10/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0008: Complete the August 2009 WIP recon and begin to assemble the consolidator and update the personnel tab. | $290.00 | 2.00 | $580.00 |
| 10/3/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0009: Assemble the categories provided by Justin Spahn (PwC) into the August 2009 consolidator. | $290.00 | 1.00 | $290.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period October 1, 2009 through October 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/3/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0010: Reconcile the June 2009 time details within the consolidator to revised TA Report and the WIP LT. | $290.00 | 1.40 | $406.00 |
| 10/6/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0011: Assemble the categories provided by Justin Spahn (PwC) into the August 2009 consolidator. | $290.00 | 1.30 | $377.00 |
| 10/6/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0012: Review the August 2009 detail time descriptions and begin to create the exhibits. | $290.00 | 1.90 | $551.00 |
| 10/6/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0013: Prepare the August 2009 Exhibits. | $290.00 | 0.80 | $232.00 |
| 10/6/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0014: Review the August 2009 expense reconciliation. | $290.00 | 1.00 | $290.00 |
| 10/7/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0015: Finalize the August 2009 time consolidator and prepare the exhibits. | $290.00 | 1.80 | $522.00 |
| 10/7/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0016: Prepare the August 2009 narrative. | $290.00 | 0.80 | $232.00 |
| 10/7/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0017: Review the August 2009 expense consolidator. | $290.00 | 0.20 | $58.00 |
| 10/7/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0018: Finalize review of the August 2009 expense consolidator and update narrative. | $290.00 | 0.70 | $203.00 |
| 10/8/2009 | Andrea Clark Smith | Director (Bankruptcy) | 1009H0019: Review the August 2009 Monthly Fee Application and exhibits. | $550.00 | 1.50 | $825.00 |
| 10/8/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0020: Review the September 2009 WIP LT begin to prepare the time consolidator. | $290.00 | 0.40 | $116.00 |
| 10/8/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0021: Assemble the September 2009 time consolidator. | $290.00 | 2.00 | $580.00 |
| 10/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0022: Revise the August 2009 Monthly Fee Applications based upon feedback received from Dan Drobac and Ron Cook (PwC). Finalize the August 2009 Fee Application. | $290.00 | 0.70 | $203.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period October 1, 2009 through October 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0023: Complete the September 2009 WIP recon and begin to assemble the consolidator and update the personnel tab. | $290.00 | 2.00 | $580.00 |
| 10/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1009H0024: Review the time consolidator with Justin Spahn (PwC). | $290.00 | 0.30 | $87.00 |
| 10/13/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 1009H0025: Complete first draft of the third interim fee application and tables. | $225.00 | 0.30 | $67.50 |
| 10/13/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 1009H0026: Begin to draft the third interim fee application. | $225.00 | 1.30 | $292.50 |
| 10/14/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 1009H0027: Review revisions from Andrea Clark Smith (PwC) regarding the August 2009 fee application. | $225.00 | 0.30 | $67.50 |
| 10/14/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 1009H0028: Revise the August 2009 fees based on upon review, run revised exhibits, update narrative, and update third interim fee application. | $225.00 | 1.80 | $405.00 |
| 10/15/2009 | Andrea Clark Smith | Director (Bankruptcy) | 1009H0029: Finalize the August 2009 Monthly Fee Application and distribute to Counsel. | $550.00 | 0.30 | $165.00 |
| 10/15/2009 | Dan Drobac | Senior Manager | 1009H0030: Review the August 2009 Monthly Fee Application and finalize. | $425.00 | 2.00 | $850.00 |
| 10/21/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 1009H0031: Review the revised September TA Report and incorporate into the time consolidator. | $125.00 | 0.70 | $87.50 |
| 10/26/2009 | Erin E. Brandt | Senior Associate (Bankruptcy) | 1009H0032: Analyze and review time descriptions and expenses related to the September 2009 Monthly Fee Application. Draft email and sent to team. | $290.00 | 1.50 | $435.00 |
| 10/27/2009 | Erin E. Brandt | Senior Associate (Bankruptcy) | 1009H0033: Analyze and prepare email regarding missing time descriptions and dates for the September 2009 Monthly Fee Application. | $290.00 | 1.50 | $435.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period October 1, 2009 through October 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/27/2009 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 1009H0034: Review the revised time descriptions and incorporate into the September 2009 time consolidator. | $125.00 | 1.00 | $125.00 |
| 10/28/2009 | Erin E. Brandt | Senior Associate (Bankruptcy) | 1009H0035: Review missing time provided by team and send update email regarding the September 2009 Monthly Fee Application. | $290.00 | 1.00 | $290.00 |
| 10/30/2009 | Juan Antonio Rosa | Professional Assistant (Bankruptcy) | 1009H0036: Review the September 2009 expense consolidator. | $125.00 | 0.70 | $87.50 |
| Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications | | | | | 37.70 | $10,869.50 |
| **Total Hours and Compensation** | | | | | **38.70** | **$11,189.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit D-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period October 1, 2009 through October 31, 2009**

| Transaction Type | Total Expenditures |
|---|---:|
| **2008 Consolidated Audit** | |
| Parking | $25.00 |
| Public/ground transportation | $71.00 |
| **Subtotal - 2008 Consolidated Audit** | **$96.00** |
| **2009 Consolidated Audit** | |
| Parking | $83.00 |
| Public/ground transportation | $143.00 |
| **Subtotal - 2009 Consolidated Audit** | **$226.00** |
| **Total Expenditures** | **$322.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, December 02, 2009

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period October 1, 2009 through October 31, 2009

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2008 Consolidated Audit** | | | | |
| 10/1/2009 | Timothy M Byrd | Public/ground transportation | 1009E0001: TAXI - TRANSPORTATION TO TRIBUNE FROM PWC OFFICE TO ATTEND CLIENT MEETING. | $8.00 |
| 10/1/2009 | Timothy M Byrd | Public/ground transportation | 1009E0002: TAXI - TRANSPORTATION TO PWC OFFICE FROM TRIBUNE TO ATTEND CLIENT MEETING. | $8.00 |
| 10/1/2009 | Bryan K Turner | Public/ground transportation | 1009E0003: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $10.00 |
| 10/1/2009 | Bryan K Turner | Public/ground transportation | 1009E0004: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $11.00 |
| 10/8/2009 | William T England | Public/ground transportation | 1009E0005: TAXI T/F TRIBUNE BLDG - TRANSPORTATION TO AND FROM PWC TO TRIBUNE TO ATTEND CLIENT MEETING. | $18.00 |
| 10/13/2009 | William T England | Parking | 1009E0006: WRIGLEY LOT 00000020 CHICAGO IL - TRANSPORTATION TO AND FROM PWC TO TRIBUNE TO ATTEND CLIENT MEETING. | $25.00 |
| 10/23/2009 | William T England | Public/ground transportation | 1009E0007: TAXI T/F TRIBUNE BUILDING - TRANSPORTATION TO AND FROM PWC TO TRIBUNE TO ATTEND CLIENT MEETING. | $16.00 |
| Subtotal - 2008 Consolidated Audit | | | | $96.00 |
| **2009 Consolidated Audit** | | | | |
| 8/21/2009 | John A Sandmeier | Public/ground transportation | 1009E0008: TAXI - TRANSPORTATION TO AND FROM PWC TO TRIBUNE TO ATTEND CLIENT PLANNING MEETING. | $20.00 |
| 9/29/2009 | Matthew B Larsen | Public/ground transportation | 1009E0009: TAXI - TAXI TO TRIBUNE FROM PWC OFFICE TO ATTEND CLIENT MEETING. | $6.00 |
| 9/29/2009 | Matthew B Larsen | Public/ground transportation | 1009E0010: TAXI - TAXI TO PWC OFFICE FROM TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Wednesday, December 02, 2009  
Page 1 of 3

TRIBUNE COMPANY., et al (Case 08-13141)                                                                                  Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2009 through October 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 10/5/2009 | Dan Drobac | Public/ground transportation | 1009E0011: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| 10/6/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 1009E0012: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $12.00 |
| 10/8/2009 | Matthew B Larsen | Public/ground transportation | 1009E0013: TAXI - TAXI TO TRIBUNE FROM PWC OFFICE TO ATTEND CLIENT MEETING. | $6.00 |
| 10/8/2009 | Matthew B Larsen | Public/ground transportation | 1009E0014: TAXI - TAXI TO PWC OFFICE FROM TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |
| 10/9/2009 | Dan Drobac | Public/ground transportation | 1009E0015: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| 10/12/2009 | James M Maurer | Public/ground transportation | 1009E0016: TAXI - TRANSPORTATION TO AND FROM PWC TO TRIBUNE TO ATTEND CLIENT PLANNING MEETING. | $12.00 |
| 10/12/2009 | William T England | Parking | 1009E0017: WRIGLEY LOT 00000020 CHICAGO IL - TRANSPORTATION TO AND FROM PWC TO TRIBUNE TO ATTEND CLIENT MEETING. | $35.00 |
| 10/12/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 1009E0018: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $14.00 |
| 10/13/2009 | Dan Drobac | Parking | 1009E0019: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING AT TRIBUNE TOWER TO ATTEND CLIENT MEETING. | $24.00 |
| 10/19/2009 | Dan Drobac | Public/ground transportation | 1009E0020: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $9.00 |
| 10/22/2009 | Matthew B Larsen | Public/ground transportation | 1009E0021: TAXI - TAXI TO TRIBUNE FROM PWC OFFICE TO ATTEND CLIENT MEETING. | $6.00 |
| 10/22/2009 | Matthew B Larsen | Public/ground transportation | 1009E0022: TAXI - TAXI TO PWC OFFICE FROM TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Wednesday, December 02, 2009
Page 2 of 3

TRIBUNE COMPANY., et al (Case 08-13141)    Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period October 1, 2009 through October 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 10/23/2009 | Justin A Spahn | Parking | 1009E0023: PARKING - PARKING AT TRIBUNE TOWER TO ATTEND CLIENT MEETING. | $24.00 |
| 10/26/2009 | Matthew B Larsen | Public/ground transportation | 1009E0024: TAXI - TAXI TO TRIBUNE FROM PWC OFFICE TO ATTEND CLIENT MEETING. | $6.00 |
| 10/26/2009 | Matthew B Larsen | Public/ground transportation | 1009E0025: TAXI - TAXI TO PWC OFFICE FROM TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |
| Subtotal - 2009 Consolidated Audit | | | | $226.00 |
| **Total Expenditures** | | | | **$322.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.