# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 10/5/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Two conversations with Gary Weitman re: media coverage of management incentive plan, timeframe for filing plan of reorg and team transaction .5 |
| 10/15/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Write counseling email re: recommendations for handling media reaction to filings. |
| 10/16/2009 | Tribune Company | Zilka, Jeffrey R. | 0.75 | 525 | Discuss Gerry Kern Medill speech, Sept '09 ABC circulation release on Oct 26, and outlook for filing plan of reorg. |
| 10/21/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | 175 | Discuss project supporting upcoming superstation programming .25 |
| 10/22/2009 | Tribune Company | Crothers, Julia Ann | 0.5 | 238.04 | Research on Marketplace contacts |
| 10/22/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | 175 | Field request from G. Weitman re: NPR "Marketplace." Explain/assign to Julie Crothers .25 |
| 10/26/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | 175 | Review Law Debenture motion re: advisors fees, Tribune coverage .25 |
| 10/27/2009 | Tribune Company | Ricci, Cheryl A | 0.25 | 51.25 | Locate analyst reports |
| 10/27/2009 | Tribune Company | Zilka, Jeffrey R. | 1.5 | 1050 | Discuss financial progress to date with G. Weitman .25; Produce and forward analyst reports on peer companies .25 Read 3Q peer press releases, analyst reports and conference call script 1 hr total: 1.5 |
| 10/28/2009 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Draft email re: peer company comparisons. 75 Discuss with G. Weitman .25 |
| | | **OCTOBER TOTAL** | 5.75 | $ 3,789.29 | |