Chris Parker
561 Edinborough Dr.
Bay Village, OH 44140
(216) 333-2399

December 3, 2009

To Whom It May Concern:

I am writing to object to the Debtor's Tenth Omnibus Objection To Claims Pursuant to Section 502(B) of the Bankruptcy Code. I do not believe you should, or should be allowed to expunge my claim against the Tribune Company for $400, for work done for City Link Magazine in South Florida.

It would appear that the debtors have lost my documentation or not entered it correctly. Please find enclosed a letter from City Link editor Jake Cline, who solicited the two articles in question – interviews with the bands Of Montreal and The Academy Is – which ran in the Decemeber 2, 2008 and December 9, 2008 (respectively) issues of the aforementioned weekly. I was to be paid $200 for each piece. As you have already run my work (please find enclosed copies of the stories, acquired via the Internet since I don't live in South Florida and did not have access to the original print versions), I believe you are obligated to pay me.

If you have any complaint or see any reason why I should not be paid for work already delivered and run in said paper, please contact me forthwith or at your earliest convenience. As it has already been a year since I submitted these pieces, I would hope you would do your best to expedite this claim.

Thank you very much for your time and consideration.

Sincerely,

Chris Parker

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 48 | OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | 08-13141 | Tribune Company | 05/04/2009 | 2378 | $29,827.00 | Insufficient Documentation |
| 49 | ORENSTEIN, BETH W.<br>104 CANDLEWYCKE LANE<br>NORTHAMPTON, PA 18067-1794 | | No Debtor Asserted | 12/19/2008 | 19 | $560.00 | Insufficient Documentation |
| 50 | PARIKH, RAHUL<br>509 MATISSE COURT<br>WALNUT CREEK, CA 94597 | 08-13185 | Los Angeles Times Communications LLC | 05/01/2009 | 2202 | $250.00 | Insufficient Documentation |
| 51 | PARKER, CHRIS<br>VENDOR # 135268<br>561 EDINBOROUGH DR.<br>BAY VILLAGE, OH 44140 | | No Debtor Asserted | 02/19/2009 | 501 | $400.00 | Insufficient Documentation |
| 52 | PERSONAL PLUS, INC. | 08-13141 | Tribune Company | 06/12/2009 | 5606 | Undetermined | Insufficient Documentation |
| 53 | PROSPERI, CHRISTOPHER<br>P.O. BOX 1152<br>SIMSBURY, CT 06070 | | No Debtor Asserted | 04/27/2009 | 1840 | $120.00 | Insufficient Documentation |
| 54 | REAVEN, STEVE<br>2058 N. WESTERN AVE. #302<br>CHICAGO, IL 60647 | | No Debtor Asserted | 03/06/2009 | 643 | $40.00 | Insufficient Documentation |
| 55 | RUSSELL, MARY H.<br>842 W. CHALMERS PLACE<br>CHICAGO, IL 60614 | | No Debtor Asserted | 12/22/2008 | 23 | $350.00 | Insufficient Documentation |
| 56 | SILVER, MARC<br>4418 STANFORD STREET<br>CHEVY CHASE, MD 20815 | | No Debtor Asserted | 05/20/2009 | 2998 | $1,000.00 | Insufficient Documentation |

Squire, Sanders & Dempsey LLP<br>c/o Kelly Singer<br>40 N. Central Ave., # 2700<br>Phoenix, AZ 85004

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Dec. 3, 2009

Chris:

This is to certify that I hired you to interview the bands Of Montreal and the Academy Is for the Dec. 3, 2008 and Dec. 10, 2008 issues, respectively. You are to receive $200 for each of these assignments.

Thank you.

Jake Cline
Editor
City Link magazine
954-356-4941
jcline@citylinkmagazine.com



| | Location | Get listed | Advertise with us | Weather | Traffic |

SEARCH: (e.g."sushi Boca Raton" or "Live music Fort Lauderdale")   GO

Log in | Sign up
Connect with Facebook

home    restaurants    bars & clubs    events    music    movies    tv

Home > South Florida Music > Story > In the flesh

# In the flesh

Whether giving songs to Outback or emulating Alice Cooper, Of Montreal's Kevin Barnes is better off alone

By Chris Parker
City Link Metromix
December 2, 2008

0 comments | Add Your Own

Email    Print View    Share    Add to Favorites    Add to playlist



**photo gallery**

Of Montreal in concert

A wide-angle window into Georgia's fabulous indie...

View Of Montreal in concert Gallery



Kevin Barnes' brainchild, Of Montreal, began in Athens, Ga., during the late 1990s, dovetailing with the then-extant Elephant 6 collective, which included the bands Olivia Tremor Control and Neutral Milk Hotel and pursued catchy, '60s-inflected, psychedelic folk-pop. After exploring the boundaries of this sound for a handful of albums, Of Montreal began experimenting with dancier rhythms on its fifth effort, "Aldhils Aboretum." In 2003, Barnes got married, broke up his band and began recording the critically feted, synth-driven "Satanic Panic in the Attic" by himself. Diving into a new disco-electro-glam-funk sound, Barnes has released three more well-regarded albums under the Of Montreal name, 2005's "The Sunlandic Twins," 2007's "Hissing Fauna, Are You the Destroyer?" and this year's genre-hopping "Skeletal Lamping." Metromix recently spoke to Barnes in Boise, Idaho, where he was enjoying a day off on his way to a show in Seattle.

**You've commented before about how your parents' friends are impressed that you wrote the jingle for Outback Steakhouse. What are your feelings about the competing orthodoxies of indie rock and "real" worlds?**
It's weird because the indie scene has a lot of rules that don't apply to the real world. ... It's not really important to me what an uptight backpacker has to say. A lot of these people couldn't hold themselves to the same rules they want everyone else to follow. That kind of hypocritical stuff is pretty pervasive and irritating in the indie-rock world.

**What was your relationship to Elephant 6?**
I was a fringe participant in that scene just because it wasn't really mine. I wasn't really there from the inception of it. They were kind of the older brothers in a way. I wanted to hang out with the older brothers, if they'd let me. I wasn't in the center of it. I really wanted to be part of it, and it was kind of a cool thing to be part of a group like that, where everyone is sort of on the same page and inspiring and encouraging each other—especially at that time, when indie rock wasn't as popular as it is now. So you really relied on each other more.

**You've been solo for the past few years. How codified is your process?**
Well, I used to work alone, that's how I first started making music. When I was in high school, I had a four-track recorder. That's what I did with all my time because my parents moved around a bit. We ended up in Florida and I didn't have any friends or anything, so I think I created this connection with music that has stayed consistent over the years. The experience of being in a room by myself and creating these musical productions—one instrument at a time—is something I've been doing for a really long time. Of Montreal went through a couple little phases where it has been more collaborative, but that was sort of short-lived. That was only really like, two and a half records.

**The new album feels like an expansion of your penchant for pastiche, and in that way recalls 2001's "Coquelicot Asleep in the Poppies."**
It is similar in that it had a very open and liberated approach to structuring songs. It doesn't really follow many of the pop rules as far as arrangements and orchestrations. I just kind of basically would work on something, and then right after that, I would start something else and piece it all together in a sort of collage style. I went into my home studio and just started experimenting. Whatever I felt like doing that day, I'd work on it. I didn't

really have much of a plan other than that. I just tried to enjoy the process and not really try to force anything to happen.

**The rapidly mutating arrangements and disjointed pacing suggests competing thoughts, offering a sort of roller-coaster ride.**
Yeah, it's close to almost a stream of consciousness, where everything just sort of flows and nothing is any more important than anything else. Sometimes, things will come in and sort of distract your focus and lead you into another place intellectually. ... It's not our most-accessible album but you hope that people who really love music and appreciate the art form will be excited about it. That's really my thought: "Let's do a record for music lovers, not for general consumption necessarily."

**Tell me about your current shows. I heard you are pulling out all the stops.**
We've always done theatrical things in our performances. So we decided, "This time, let's just not worry about money." We played a bunch of festival shows in the summer to build up a decent budget so we could do whatever we wanted. Build up the stage, build up the video side of things and also do a bunch of props. Basically create something completely over-the-top, overstimulating and totally exceptional. It probably has more in common with the stuff people were doing in the '70s, like Alice Cooper and Genesis. Just sort of over-the-top crazy productions. But ours is definitely more high-school drama club.

Add a comment

Please log in to comment

## more on metromix.com


**restaurants »**
Big drinks, bad times


**bars & clubs »**
Give us some 'skin


**events »**
Best bets


**music »**
2010 Grammy nominees revealed


**movies »**
Quick reviews: 'Brothers'

SEARCH: (e.g."sushi Boca Raton" or "Live music Fort Lauderdale")    GO

| Metromix.com | Our Partners | More Metromix Locations: | | | |
|---|---|---|---|---|---|
| About metromix.com | sun-sentinel.com | Atlanta | Denver | Jackson, MS | Palm Springs |
| Blog | Topix.com | Baltimore | Des Moines | Jersey Shore | Phoenix |
| Jobs | Homes for sale | Brevard, FL | Detroit | Lehigh Valley, PA | Reno |
| Copyright & Terms of Service | apartments.com | Chicago | Greenville | Los Angeles | Rochester |
| Privacy policy | careerbuilder.com | Cincinnati | Gulf Coast | Louisville | St. Louis |
| Contact us | cars.com | Cleveland | Hampton Roads, VA | Nashville | Tampa Bay |
| Advertise with us | zap2it.com | Columbus | Honolulu | New York | Tucson |
| Get listed | | Connecticut | Hudson Valley, NY | Orlando | Twin Cities |
| Site map | | Delaware | Indianapolis | Ozarks, MO | Washington D.C. |
| RSS | | | | | |

**Popular Searches: Restaurants**
Atlanta | Chicago | Detroit | Los Angeles | New York | Phoenix | Tampa Bay | Washington D.C. | More Cities...

**Popular Searches: Bars & Clubs**
Atlanta | Chicago | Detroit | Los Angeles | New York | Phoenix | Tampa Bay | Washington D.C. | More Cities...

**Popular places to go in:**
Atlanta | Chicago | Detroit | Los Angeles | New York | Phoenix | Tampa Bay | Washington D.C. | More Cities...

FEEDBACK



 
Home > South Florida Music > Story > Back to school

# Back to school

**When The Academy Is... found it couldn't go home again, it did the next best thing: It wrote an album about high school**

By Chris Parker
City Link Metromix
December 9, 2008

0 comments | Add Your Own

**related links**



**Y100 Jingle Ball**
BankAtlantic Center - 2555 NW 136th Ave. - Sunrise (Sawgrass)
December 12

Email    Print View    Share    Add to Favorites    Add to playlist



The Academy Is ... was formed by a group of teenagers in Chicago's blooming, post-millennial pop-punk scene. Forging friendships with the members of Fall Out Boy and Plain White T's, among others, the quintet produced a batch of early work that percolated like fresh coffee, its harmony-rich songs keyed by frontman William Beckett's sleek crooning. The band's 2005 debut, "Almost Here," garnered widespread acclaim, and The Academy Is ... cultivated a strong grassroots following with nonstop touring. Last year's murky follow-up, "Santi," recalls Weezer's "Pinkerton," but the band's new album, "Fast Times at Barrington High," is a far-sunnier effort. The title refers to the school Beckett and bassist Adam Siska attended, and the album waxes nostalgic for the good old days. Siska spoke to *City Link Metromix.com* from a tour stop in Buffalo, N.Y.

**How do you know Pete Wentz, who eventually helped get you signed to Fueled by Ramen?**
When I was going into high school, our singer was a couple of years older than me, and he had been writing songs of his own on an acoustic guitar. He started playing shows, and one of the shows was with a guy that went by the name Patrick Fallout. I saw this kid play, and he was covering Marvin Gaye songs, and he just had this voice that I'd never heard before. So I struck up a conversation with him afterward, and he started telling me about his band, Fall Out Boy.

**You've gone through three guitarists in three years. What happened?**
I don't even know. It feels like there was some black cloud that came over us for a minute. In order for that to go away, sometimes you have to figure things out internally. We always say, "We see how hard it is for a marriage to work between two people." And then, this is five people, and we don't have the benefit of having sex all the time. We have to live in close quarters and really smell each other, and sometimes that can get a little stressful. I think with Tom [Conrad, the group's second guitarist after Adrian LaTrace] we had been touring for a long time. We've never really talked about it too much, but I think a big part of the reason [he was replaced by current guitarist Michael Guy Chislett] is we could look at him and we felt like he wasn't really happy with us. We're attached to doing this as long as we can, so it's important that everybody be honest and that everyone make sure we're on the same page. It was a really hard thing for us to do.

**Did that contribute to Santi's darker sound?**
Those couple of years we'd been on tour, having it been our first record, we didn't know how to maintain healthy relationships with anyone back home. I think we were stuck in our own little world of the van and then at some point, the bus. We were working in a dark, cluttered warehouse that was really dusty, and I think we really came together, the four of us during that moment in the period before Michael joined us. It was the four of us working there for quite some time and not really knowing what the future had in store for us. Just knowing that we were going to have something and figure it out together. It was definitely a dark time but it was also a really great time because it forced us to just get in and do what we do best, which is play music. [The album's] dark cover with the words *The Academy Is* ... glowing like a bright light coming out of the darkness, I felt like that's what we were going through at the time.

**What prompted the new album, Fast Times at Barrington High School?**
Once we made "Santi," and we went out on tour, I think we really got over that second record, and we saw that

things were still afloat and we went on a fall tour last year and the shows were amazing. All our fans came out in support of that. We just felt really happy and we had a really positive outlook on the music we were playing. Just being home [after the tour] and driving around all the places that we used to be when we were 15-year-old kids, and all the people we used to know are gone. All the [places] we used to go are completely irrelevant now. It's basically a different town. We just wanted to on this record pay tribute to where we were when the band started, and to the people that supported us early on. We kept writing songs. And it seems that the more we kept writing music, the more nostalgia we started feeling for that music, [and] the more we wanted to write about those glory days for us when we started the band.

**So it's a celebration of a coming-of-age period?**
Absolutely. And I think everyone can relate to that. When you're in high school, you think you have yourself figured out. But maybe you don't. But at the same time, that's when you really start to feel like an adult for the first time. Up until then, you're going through the motions, you wake up every morning, you go to school. In high school, it's the first time when it's really safe to dream, and it also could be a reality. When I was 15 and halfway through high school, I left in a van and decided I was never going to look back and make this my life. I think there's something to be said about that, and we want to encourage that in our fans—that anything is really possible as long as you just really go for it and don't let other people make your decisions for you.

Add a comment

Please log in to comment

## more on metromix.com


**restaurants »**
Big drinks, bad times


**bars & clubs »**
Give us some 'skin

**events »**
Best bets


**music »**
2010 Grammy nominees revealed


**movies »**
Quick reviews: 'Brothers'

**SEARCH:** (e.g. "sushi Boca Raton" or "Live music Fort Lauderdale")    GO

| Metromix.com | Our Partners | More Metromix Locations: | | | |
|---|---|---|---|---|---|
| About metromix.com | sun-sentinel.com | Atlanta | Denver | Jackson, MS | Palm Springs |
| Blog | Topix.com | Baltimore | Des Moines | Jersey Shore | Phoenix |
| Jobs | Homes for sale | Brevard, FL | Detroit | Lehigh Valley, PA | Reno |
| Copyright & Terms of Service | apartments.com | Chicago | Greenville | Los Angeles | Rochester |
| Privacy policy | careerbuilder.com | Cincinnati | Gulf Coast | Louisville | St. Louis |
| Contact us | cars.com | Cleveland | Hampton Roads, VA | Nashville | Tampa Bay |
| Advertise with us | zap2it.com | Columbus | Honolulu | New York | Tucson |
| Get listed | | Connecticut | Hudson Valley, NY | Orlando | Twin Cities |
| Site map | | Delaware | Indianapolis | Ozarks, MO | Washington D.C. |
| RSS | | | | | |

**Popular Searches: Restaurants**
Atlanta | Chicago | Detroit | Los Angeles | New York | Phoenix | Tampa Bay | Washington D.C. | More Cities...

**Popular Searches: Bars & Clubs**
Atlanta | Chicago | Detroit | Los Angeles | New York | Phoenix | Tampa Bay | Washington D.C. | More Cities...

**Popular places to go in:**
Atlanta | Chicago | Detroit | Los Angeles | New York | Phoenix | Tampa Bay | Washington D.C. | More Cities...

FEEDBACK