To: The United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

To: Brian Krakauer
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

To: Norman Pernick
500 Delaware Avenue, Suite 1410
Wilmington, Del. 19801

FILED
2009 DEC -7 AM 9:32

To whom it may concern: 

In Case No. 08-13141, re: Tribune Company, et al, I am listed as number 56 in Omnibus Objection 10: Exhibit A: Insufficiently Supported Claims.

I believe it is unjust to expunge my claim because of a lack of "supporting documentation." I would like to submit documentation for the $1,000 that is owed to me.

Lindsey Galloway, an editor at Natural Solutions magazine, asked me to write an article on my experience as the husband of a breast cancer survivor and offered a $1,000 fee. I am submitting e-mails from Ms. Galloway confirming the assignment and the fee (exhibit A). I am a professional writer at National Geographic Magazine and a freelancer as well. In my experience, an email assignment is the normal way of doing business.

I fulfilled all obligations for this assignment. My article appeared on page 64 of the October 2008 issue of Natural Solutions (exhibit B).

I hope that the enclosed material will substantiate my claim. I also submitted a W-9 form and an invoice to Natural Solutions.

I will follow up to determine if additional evidence is needed. If you need to contact me, my e-mail is marcsilver2@gmail.com My daytime phone is 202-857-7623.

Thank you for your consideration.

Marc Silver
4418 Stanford Street
Chevy Chase, Md. 20815



**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**
05/12/08 04:27 PM

To <marc@breastcancerhusband.com>
cc
bcc
Subject A hello and question from an old intern!

Hi Marc,

Hope you and Maya have been doing well over these past two years! You may remember me of U.S. News intern fame(?), and I'm now working at a magazine in Colorado.

I know you're ridiculously busy at NPR, but do you take on freelance work? We're putting together a package on breast cancer, and I immediately thought of you as a writer for an 800-1000 wd essay on your experience as husband helping your wife through diagnosis and beyond. Let me know if you have any interest, and if so, I'll be thrilled at the chance to work with you again!

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog

*Alternative Medicine* is changing its name to
natural SOLUTIONS
VIBRANT HEALTH | BALANCED LIVING
On newsstands NOW!



**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**
05/14/08 02:40 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: nice to hear from you!

History: This message has been replied to and forwarded.

So good to hear from you! Seems like NatGeo is a haven for a lot of ex-Newsers. Helen Fields is there too now, right? Tell her hello if so!

Talking over our cancer package with the other editors, we're thinking that a personal essay would work best. It'd be wonderful to understand not only how you went about supporting your wife when she's diagnosed, but the implications for you as a husband. How do you support yourself? What are the things you worry about? How do you deal with those feelings? The ending could wrap back around to present day, what's the same, what has changed, and of course, what you've taken away from it all. Feel free to take it in the direction that feels right to you (your magazine instincts are the best I've had the pleasure to learn from!)

We usually pay $1/wd, but for an 800 word essay we could pay $1000. The deadline would be June 6 if that's manageable.

Do let me know if you're still interested. I can send you the latest issue too if you'd like to see it. Thanks so much and if nothing else, I'm glad I was able to reconnect with you!

Cheers,

Lindsey

On 5/12/08 12:53 PM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

> Hi Lindsey,
>
> Thanks so much for the note! Maya is going to be very jealous of your job -- she's in love with Colorado!
>
> I'm now at National Geographic and enjoying it very much.
>
> I'd be interested in doing a piece for Natural Solutions. Can I ask if you have any particular topics you'd like me to cover, what the deadline is, and what the magazine pays?
>
> All best,
>
> Marc

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog



**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**
05/16/08 04:33 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: nice to hear from you!

History: This message has been replied to.

Happy Friday! The May and June issues are on their way to you as of yesterday. Attached is a contract. Would you feel more comfortable with a formal assignment letter or would you rather draft a proposal on where you'd like the essay to go? Have a great weekend--I'm sure it's warming up nicely or not-so-nicely in D.C. right now.

On 5/15/08 10:00 AM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

> Hi Lindsey,
>
> I'd definitely be interested. June 6 sounds manageable.
>
> I would like to see an issue:
>
> My mailing address is:
>
> Marc Silver
> 4418 Stanford Street
> Chevy Chase, Md. 20815
>
> marc
>
> **Lindsey Galloway <lindsey@naturalsolutionsmag.com>** 05/14/08 02:40 PM
>
> To
>
> <MSilver@ngs.org>
>
> cc
> Subject
>
> Re: nice to hear from you!
>
> So good to hear from you! Seems like NatGeo is a haven for a lot of ex-Newsers. Helen Fields is there too now, right? Tell her hello if so!
>
> Talking over our cancer package with the other editors, we're thinking that a personal essay would work best. It'd be wonderful to understand not only how you went about supporting your wife when she's diagnosed, but the implications for you as a husband. How do you support yourself? What are the things you worry about? How do you deal with those feelings? The ending could wrap back around to present day, what's the same, what has changed, and of course, what you've taken away from it all. Feel free to take it in the direction that feels right to you (your magazine instincts are the best I've had the pleasure to learn from!)
>
> We usually pay $1/wd, but for an 800 word essay we could pay $1000. The deadline would be June 6 if that's

manageable.

Do let me know if you're still interested. I can send you the latest issue too if you'd like to see it. Thanks so much and if nothing else, I'm glad I was able to reconnect with you!

Cheers,

Lindsey

On 5/12/08 12:53 PM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

Hi Lindsey,

Thanks so much for the note! Maya is going to be very jealous of your job -- she's in love with Colorado!

I'm now at National Geographic and enjoying it very much.

I'd be interested in doing a piece for Natural Solutions. Can I ask if you have any particular topics you'd like me to cover, what the deadline is, and what the magazine pays?

All best,

Marc

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog

Alternative Medicine is changing its name to
natural
SOLUTIONS
VIBRANT HEALTH | BALANCED LIVING
On newsstands NOW!

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog

Silver_Contract1008.doc

Alternative Medicine is changing its name to
natural
SOLUTIONS
VIBRANT HEALTH | BALANCED LIVING
On newsstands NOW!



**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**
05/20/08 05:41 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: nice to hear from you!

History: This message has been replied to and forwarded.

Hey Marc,

Thanks for the paragraph. Using the ideas you presented, these are my thoughts about how the piece would be organized. Of course, this is your essay, so if something's not making sense, we can definitely talk about it.

Intro: While it's certainly tragic that guys walk out on their diagnosed wives, I think it'd be more powerful coming from your own experience. Was that a thought you had when you heard your wife was diagnosed (or ever during treatment)? Did people tell you that? What did go through your head?

Graf 1: Seeing the problem, you immediately want to jump in and "fix" it, like you mention. How did this go over? (Obviously not well in the acupuncture experience!) In a way, it sounds like that impulse becomes a problem itself instead of part of the solution.

Graf 2: You're so focused on doing things for your wife, you have to remember to take care of yourself as well (though the biking, yoga, and even work). Why is this just as important for her as it is for you?

Graf 3: The revelation about what finally works for both of you—in your case, it seems like the balance between finding strength separately (like your your wife needing to still work and exercise and your own activities) and the strength you gain from each other. Can you be more specific here about the "give and take" you mention? What did you have to give (up)? What did you gain from her and from the experience? And like you say, what works for one of you doesn't work for the other—a concrete example would be ideal (yoga/acupuncture maybe worked great for you, but not for her ).

End: Love the idea to end with the fact that if you're lucky, the marriage gets stronger.

If this is resonating with you, do you think you could extrapolate the outline the way you see it? I'll circulate that with our EIC and then we'll leave it in your hands! If anything's not jiving, let me know and we can work it out!

Thanks so much for taking this on. I'm really excited for the essay and think it will turn out really well.

Lindsey

On 5/19/08 9:49 AM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

Oh whoop!

Here it is:

What happens when your wife is diagnosed with breast cancer?
Here's a tidbit that everyone will tell you: Guys walk out. Tragically, some do. Here's another tidbit: Women get rid of an unhelpful husband. That happens, too.
But a lot of guys try to stand by their woman.
That doesn't mean they're perfect. Any breast cancer husband will tell you that men make plenty of mistakes as they try to be the perfect caregiver.

Perhaps the biggest mistake is that they try to fix things. That's what I wanted to do when my wife was diagnosed.
What I learned is that the husband can't fix cancer. And that what he really has to learn to do is to give and to take. You give her what she needs (not what you think she needs). And you each take strength from each other, and from the things that give you strength separately as well. For my wife, that meant continuing to go to work and to exercise when possible. For me, work was also a balm (at least I knew what I was doing at the office), as were running, biking, and yoga (lying on a mat for an hour and just doing what the instructor said was an incredible way to escape from the stresses that come with a diagnosis of cancer).
Along the way, I found out is that what works for one partner doesn't work for the other, and that's okay. And that sometimes a husband's best efforts don't bear fruit – like the time I convinced Marsha to try acupuncture (didn't do a thing for her).
Even today, seven years after my wife's diagnosis, breast cancer remains a part of our life. We've had a few scares about recurrence. Thankfully, they were false alarms. And again, we play that all important game of give and take to get through the anxious days until test results arrive.
So what happens when your wife is diagnosed with breast cancer? If you're lucky, your marriage rests on a more solid foundation because of the experience you went through together, for better and for worse.

**Lindsey Galloway <lindsey@naturalsolutionsmag.com>** 05/19/08 11:29 AM

To

<MSilver@ngs.org>

cc
Subject

Re: nice to hear from you!

I think the attachment disappeared! Could you resend? Thanks,
Lindsey

On 5/19/08 8:41 AM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

Hi Lindsey,

Here's a paragraph about the essay I'd like to do for the magazine. I'm always open to suggestions, so please let me know if this is the kind of material you want, and if there are other points you want me to address.

Thanks,

Marc

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog



Lindsey Galloway <lindsey@naturalsolutionsmag.com>

06/23/08 02:05 PM

To <MSilver@ngs.org>

cc

bcc

Subject Re: nice to hear from you!

History: This message has been replied to.

Hi Marc!

Thanks for checking in. We did get the essay and love love love it! I'm just waiting to hear back from the EIC about any final questions for you. Feel free to send the invoice now and I'll put it in today so it gets processed faster. Hope your having a great summer.
Cheers,
Lindsey

On 6/23/08 8:00 AM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

> Hi Lindsey,
>
> Just wanted to touch base and make sure you received the article!
>
> Best,
>
> Marc

Lindsey Galloway | Associate Editor
Health + Beauty + Web | *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 | Boulder, CO 80301
303-565-2015 | lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog

Alternative Medicine is changing its name to
natural
SOLUTIONS
VIBRANT HEALTH | BALANCED LIVING
On newsstands NOW!



**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**
06/23/08 03:22 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: nice to hear from you!

History: This message has been replied to.

Nothing fancy necessary— just the date, work done, SS#, and total!

If you happen to have a W-9, it'd be great to get that in as well. Let me know if you don't have one and I can send it to you.

On 6/23/08 12:20 PM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

> That's great!
>
> Any rules for making out the invoice? Do you need me to do a tax form as well?
>
> Thanks,
>
> Marc

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog

*Alternative Medicine* is changing its name to
natural SOLUTIONS
VIBRANT HEALTH I BALANCED LIVING
On newsstands NOW!



**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**

06/23/08 03:34 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: nice to hear from you!

History: This message has been replied to.

You can send it to my attention at 2995 Wilderness Place, Suite 205, Boulder, CO 80301.

On 6/23/08 1:27 PM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

> I think I have a current W-9 so I can fill that out and mail it to you with the invoice. What's the address again?
>
> m

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog

*Alternative Medicine* is changing its name to
**natural SOLUTIONS**
VIBRANT HEALTH | BALANCED LIVING
**On newsstands NOW!**



**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**
09/29/08 03:50 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: October issue

History: This message has been replied to.

Of course! I will send out an issue today (our comp copies sometimes take a bit). As for the paycheck, I'll check with accounting and see what's up. I know a round was sent out just this week, so I'm hoping yours was among them. But I will check and let you know!

On 9/29/08 1:39 PM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

> Hi Lindsey,
>
> I just saw the October issue on the newsstand and picked up a copy -- it looks great!
>
> Can I ask if you send out copies to contributors? And also, er, can I ask about the paycheck?
>
> Thanks,
>
> Marc

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog





**Lindsey Galloway <lindsey@naturalsolutionsmag.com>**

10/09/08 12:55 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: October issue

History: This message has been replied to.

Hope you got the issue! I'm told there's another check run scheduled for next week, so look for it around the 17th-20th. Keep me updated if it doesn't show up (I wasn't lying about the embarrassingly slow pace of our financial department...)

Thanks so much for your patience and my sincere apologies for the unacceptable delay.

On 9/29/08 1:54 PM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

> Sounds good!
>
> Thanks,
>
> Marc

Lindsey Galloway I Associate Editor
Health + Beauty + Web I *Natural Solutions* magazine
2995 Wilderness Place, Ste 205 I Boulder, CO 80301
303-565-2015 I lindsey@naturalsolutionsmag.com
www.naturalsolutionsmag.com/blog





Lindsey Galloway <lindsey@naturalsolutionsmag.com>
10/28/08 02:47 PM

To <MSilver@ngs.org>
cc
bcc
Subject Re: checking about the check!

History: This message has been replied to.

Hi Marc,

The bad news from our controller:

I show them both in the system (Marc Silver for $1000...) I apologize that we have to delay their payments. As you know, we are having a very challenging 4th Quarter and our cash flow has been much slower than expectations. The earliest we will be able to pay the invoices is 3 weeks from now (the week of 11/17). We are pursuing two options that could improve this situation and hopefully we will be successful and be able to pay them earlier. However, I cannot promise that at this time. I will keep you posted as we move forward, and if you have any questions in the meantime, please let me know.

Certainly, if Marc would like to speak with me personally, I would be happy to take his call – I just don't have much more news than the above... Sorry about all this! Hopefully we'll be through it sooner than later!

Best regards,

Rebecca

303-565-2013

I know that certainly doesn't sound good, but do feel free to call Rebecca (she's lovely). Though I don't know when it will be, I can promise you that you WILL get paid! My deepest apologies for wrangling you up in this unforeseen situation. Hope everything else is well in D.C.!
Lindsey

On 10/28/08 9:28 AM, "MSilver@ngs.org" <MSilver@ngs.org> wrote:

Hey Lindsey,

Just wanted to touch base -- I haven't yet received the check for the freelance piece and wanted to see if you have any more info!

Hope all is well.

Best,

Marc

LINDSEY GALLOWAY
ASSOCIATE EDITOR
t 303.565.2015 | f 303.440.7446
2995 Wilderness Place | Suite 205
Boulder, Colorado 80301

# SURVIVING TOGETHER

A relationship can be put to the test after diagnosis and through treatment. How one man learned to stop "fixing"—and start listening.

**One sunny Friday in August, my wife called me at work. She'd just had a mammogram, and a no-nonsense radiologist told her, "Sure looks like cancer to me." Here's what I should have said: "Honey, you must be terrified. I'm coming home right now. We'll get through this together."**

Here's what I did say: "Eww, that doesn't sound good."

My wife later told me that in that moment, she thought, *He's not going to be any help at all.*

And her prediction was right—at least at first. But it wasn't that I didn't want to help Marsha. It's just that like many men whose wives face this terrifying diagnosis, I didn't know how.

After Marsha's mammogram, the next step was to schedule a biopsy. For the three days before we saw the surgeon, I thought I would be doing a good deed if I distracted Marsha from the news at hand. She loves reading, so I dragged her to a book festival. She wandered around like a zombie.

I could see the pain in Marsha's eyes but never asked how she was feeling. I didn't want her to tell me she was afraid, because I was afraid—and I didn't know how to comfort her. My hapless efforts to take her mind off cancer were really more about helping me cling to my wishful thinking: Maybe this is a mistake, and the radiologist is wrong! Even if she's right, maybe it won't be so bad!

But that no-nonsense radiologist was right, and it was bad. After a positive biopsy result, we sat in the doctor's office, and I couldn't pretend anymore. The oncologist talked about surgery, chemotherapy, and radiation. In an instant, this wasn't all just a bad dream. It was a very real diagnosis with big implications, and I had to figure out what my job should be.

Luckily, Marsha gave me some hints. She asked me to write down questions she wanted to ask her doctors at follow-up appointments and during her treatments. That was good for her, and good for me. I had something to do that was genuinely helpful. Since I'm a reporter by trade, I also started taking notes at the appointments. I didn't realize how useful that would be at first—it turns out, the stress of a cancer diagnosis can make a patient forget much of what's said.

Yet I still had a lot to learn about being a compassionate caregiver.

When Marsha was considering a double mastectomy, I wanted to make everything OK. I told her I would love her without breasts. I figured I was being the perfect husband.

She gave me a dirty look: "How would you feel if they were going to cut off your penis?" I tried not to take it personally.

I wish I had known about a study that I later came across. Looking at two groups of breast cancer patients—relentless optimists and utter realists—a psychiatrist found the women who let it all out coped better with the stress of treatment and even fared better than their initial prognosis. In other words, a patient needs to express her feelings, and her husband shouldn't try to talk her out of them.

What I learned is that caregivers need to be both selfless and selfish. Fortunately, I've had lots of practice in the latter department. During nine stressful months of treatment, I'd escape on weekends for an hour or so to recharge my cancer-drained batteries. Sometimes, I'd jog or bike. Yoga class was awesome: Instead of trying to control the cancer situation (which no one can really do), I could just lie on the floor and follow a yogi's commands.

For both of us, laughter was the best medicine for the cancer blues. Marsha got a preemptive buzz cut before chemo took its toll, and when we found ourselves at a wig store, suddenly she was Dolly Parton! Then Elvira, Mistress of the Dark! Then a diner waitress we nicknamed "Big Red." We howled together. Laughed till we cried (which, as it turns out, is much better than just plain crying). It was the first good laugh we'd had since the cancer diagnosis, and it made us feel more like our old, pre-cancer selves.

One thing cancer survivors will tell you, however, is that you can never go back to the way it was. In some marriages, a diagnosis leads to divorce. In others, it creates a stronger bond and couples grow closer after the ordeal.

We've had a few scares about recurrence since Marsha's diagnosis in 2001. Each time, I remember my screwups and try to do better. I banish my inner cheerleader. I shut up, and I try to listen to my wife. Because she's the one who knows what she needs.

I think I've come a long way since that summer day when I stumbled on the phone. But ultimately, it's not up to me to decide. I recently asked my wife to grade me as a breast cancer husband. She's a high-school teacher, and she's not an easy marker. "Well, you started out with an F," she said, for failure. "But I like to keep in mind whether someone shows a positive trend." So, she gave me a B-plus.

Best grade I ever earned. ■

---

**MARC SILVER** *is the author of* **Breast Cancer Husband: How to Help Your Wife (and Yourself) Through Diagnosis, Treatment, and Beyond (*Rodale, 2004*).**

PHOTOGRAPHY: KIM COOK; HAIR AND MAKEUP STYLIST: KARI KISCH FOR DONNA BALDWIN TALENT; MODEL: LAURA KUPPERMAN