## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |

-------------------------------------------------------x

### NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 4, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to Lender Steering Committee* were served upon the following counsel via electronic mail:

Bruce Bennett
bennettb@hbdlawyers.com
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

James O. Johnston
johnstonj@hbdlawyers.com
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Dated: December 7, 2009        Respectfully submitted,
      Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900
(302) 429-8600 (fax)
gmcdaniel@bglawde.com

*Co-Counsel for Law Debenture Trust Company*
*of New York*