IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                   :        Chapter 11 Cases
                                         :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                 :        (Jointly Administered)
                                         :
                   Debtors.              :
-------------------------------------------------------x
```

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 4, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to the Debtors* were served upon the following counsel via electronic mail:

Bryan Krakauer, Esq.
bkrakauer@sidley.com
Janet E. Henderson, Esq.
jhenderson@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)


Dated: December 7, 2009                    Respectfully submitted,
       Wilmington, Delaware
                                           /s/ Garvan F. McDaniel
                                           Garvan F. McDaniel (No. 4167)
                                           Bifferato Gentilotti LLC
                                           800 N. King Street, Plaza Level
                                           Wilmington, Delaware 19801
                                           (302) 429-1900
                                           (302) 429-8600 (fax)
                                           gmcdaniel@bglawde.com

                                           *Co-Counsel for Law Debenture Trust Company*
                                           *of New York*