## **CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on December 7, 2009, he caused copies of the ***Law Debenture Trust Company of New York's Notice of Deposition of Lender Steering Committee*** to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via electronic mail:

| | |
|---|---|
| James O. Johnston | Howard Seife, Esquire |
| Bruce Bennett | David M. Lemay, Esquire |
| Hennigan, Bennett & Dorman, LLP | Douglas E. Deutsch |
| 865 South Figueroa Street, Suite 2900 | Chadbourne & Parke LLP |
| Los Angeles, CA 90017 | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| Bryan Krakauer, Esq. | (Counsel for Creditors' Committee) |
| Sidley Austin LLP | |
| One South Dearborn | Adam G. Landis, Esquire |
| Chicago, IL 60603 | Matthew B McGuire, Esquire |
| (Counsel to Debtors) | Mona Parikh, Esquire |
| | Landis Rath & Cobb LLP |
| Norman Pernick, Esq. | 919 Market Street, Suite 1800 |
| J. Kate Stickles , Esq. | Wilmington, DE 19801 |
| Cole, Schotz, Meisel, Forman & Leonard | (Counsel to Creditors' Committee) |
| 500 Delaware Avenue, Suite 1410 | Office Of The United States Trustee |
| Wilmington, DE 19801 | Joseph J. McMahon, Jr., Esq. |
| (Counsel to Debtors) | United States Dept. Of Justice |
| | 844 King Street, Suite 2207 |
| | Lockbox #35 |
| | Wilmington, DE 19899-0035 |

    /s/ Garvan F. McDaniel
    Garvan F. McDaniel (#4167)