IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                   :    Chapter 11 Cases
                                         :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                 :    (Jointly Administered)
                                         :
                            Debtors.     :
-------------------------------------------------------x
```

## LAW DEBENTURE TRUST COMPANY OF NEW YORK'S
## NOTICE OF DEPOSITION OF MIRIAM T. KULNIS

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the **"Federal Rules"**), made applicable to these cases pursuant to Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), Law Debenture Trust Company of New York, by its undersigned attorneys, will take the deposition of Miriam T. Kulis of JP Morgan Case Bank at the offices of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019 on December 17, 2009 at 10:00 a.m., or on such other time and place as the parties shall agree or the Court may direct.

Dated: December 7, 2009
      Wilmington, Delaware

          /s/ Garvan F. McDaniel
      Garvan F. McDaniel (No. 4167)
      **BIFFERATO GENTILOTTI LLC**
      800 N. King Street, Plaza Level
      Wilmington, Delaware 19801
      Tel:  (302) 429-1900
      Fax:  (302) 429-8600

      – and –

      David S. Rosner
      Andrew K. Glenn
      Sheron Korpus
      Kasowitz, Benson, Torres & Friedman LLP
      1633 Broadway
      New York, New York 10019
      Tel:  (212) 506-1700

      *Co-Counsel for Law Debenture Trust Company*
       *of New York*