IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------- x
In re:                            :  Chapter 11
                                  :
TRIBUNE COMPANY, et al.,          :  Case No. 08-13141 (KJC)
                                  :
            Debtors.              :  (Jointly Administered)
                                  :
                                  :
--------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 7th day of December, 2009, copies of *JPMorgan Chase Bank, N.A.'s First Set of Document Requests to Law Debenture Trust Company of New York* were served on the following counsel in the manner indicated:

### Via Hand Delivery and E-Mail

Garvan F. McDaniel
Bifferato, Gentilotti
800 North King Street, Plaza Level
Wilmington, Delaware 19801
gmcdaniel@bglawde.com

-and-

### Via Federal Express and E-Mail

David S. Rosner
Andrew K. Glenn
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
drosner@kasowitz.com
aglenn@kasowitz.com
mstein@kasowitz.com

RLF1 3513147v.1

Dated: December 7, 2009
      Wilmington, Delaware

/s/ *[signature]*

Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*