IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                             : Chapter 11

TRIBUNE COMPANY, et al.,                           : Case No. 08-13141 (KJC)

                  Debtors.            : (Jointly Administered)

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 7th day of December, 2009, copies of *JPMorgan Chase Bank, N.A.'s First Set of Document Requests to Centerbridge Credit Advisors LLC* were served on the following counsel in the manner indicated:

**Via Hand Delivery and E-Mail**

Laura Davis Jones
Mark M. Billion
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
ljones@pszjlaw.com
mbillion@pszjlaw.com

-and-

**Via Federal Express and E-Mail**

Daniel H. Golden
Philip C. Dublin
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, New York 10036
dgolden@akingump.com
pdublin@akingump.com

RLF1 3513136v.1

Dated: December 7, 2009
       Wilmington, Delaware

/s/ Mark D. Collins
_____
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*