FILED
2009 DEC -8  AM 9:14

Dec. 4, 2009

Dear Honorable Judge:
Mr. Kevin J. Carey

I am sorry that I did not mail this in sooner. I want this to be my supporting documentation for the basis of my claim. My Case Number is 08-13141. My claim Number is 2111. And the Debtor Name is Tribune Company. Please send me my Total Claim Dollars.

(over please)

The amount is
$7,680.82.
Thank-You for
your cooperation.
Sincerely
Claudia