# EXHIBIT D

**Schwinger, Robert A.**

**From:** Joseph Drayton [JDrayton@kayescholer.com]
**Sent:** Monday, November 23, 2009 6:34 PM
**To:** Schwinger, Robert A.
**Cc:** Madlyn Primoff
**Subject:** Re: Tribune
**Categories:** Legalkey

Bob,

Merrill has collected the email data for the 12 custodians identified in the email discovery plan agreed to by Merrill and the Creditors' Committee. The size of the collection is 215 GB which is extremely large for 12 custodians over a two year period. Merrill is currently processing the data. The project is a high priority for Merrill which is adhering to the email discovery plan.

Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-7177
(212) 836-6576 (fax)
"Schwinger, Robert A." <RSchwinger@chadbourne.com>

**"Schwinger, Robert A."**
**<RSchwinger@chadbourne.com>**

11/23/2009 06:01 PM

To "Joseph Drayton" <JDrayton@kayescholer.com>
cc
Subject Tribune

Joe, further to our discussion earlier today, I am told that our folks continue to be nagged by Bryan Krakauer of Sidley (and from Mexico, no less), and are scheduled to speak with him at 10:20 a.m. tomorrow about the status. Any info that you could provide us before then that could used in that conversation would be very helpful. Thanks.

Best regards,

R. A. S.

**Robert A. Schwinger**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5364 | **fax** 646-710-5364
rschwinger@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/rschwinger.vcf

Please consider the environment before printing this email.

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

* * * *

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice cont