## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors, | ) | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

TAKE NOTICE that WILLIAM R. BRODZINSKI and MULHERIN REHFELDT & VARCHETTO, P.C., withdraws their appearance in the above-captioned case on behalf of creditor, CRP HOLDINGS, C, L.P.

TAKE FURTHER NOTICE that WILLIAM R. BRODZINSKI and MULHERIN REHFELDT & VARCHETTO, P.C. request to be removed from the service list and to discontinue service of all pleadings and notices in these cases that were previously served upon MULHERIN REHFELDT & VARCHETTO, P.C. Any other or further notices due should be sent directly to the creditor.

DATED: December 9, 2009.

MULHERIN REHFELDT & VARCHETTO, P.C,

By: /s/ William R. Brodzinski
William R. Brodzinski, IL Bar No. 06269461
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, IL 60187
Telephone: 630-653-9300
Fax: 630-653-9316
E-mail: wbrodzinski@mrvlaw.com