# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AMENDMENT TO GLOBAL NOTES
## REGARDING THE DEBTOR'S AMENDED SCHEDULES OF
## ASSETS AND LIABILITIES

Tribune CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) (the "Debtor") is filing its Amended Schedules F (Creditors Holding Unsecured Non Priority Claims) and G (Executory Contracts and Unexpired Leases) (collectively the "Schedules") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors, prepared the Schedules in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the

---

[1] The Tribune Debtors, along with the last four digits of each Tribune Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Tribune Debtors' corporate headquarters and the mailing address for each Tribune Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

"Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes regarding the Debtor's Amended Schedules of Assets and Liabilities (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, <u>all</u> the Schedules. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules.[2]

The Schedules have been prepared by the Debtor's management and are unaudited and subject to further review and potential adjustment and amendment. In preparing the Schedules, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. The Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and inadvertent errors, omissions or inaccuracies may exist. The Debtor reserves all rights to amend or supplement the Schedules.

The Debtor has filed these amended Schedules for the limited purpose of reflecting changes to its liabilities resulting from the contribution of substantially all of its assets and liabilities, other than certain specified assets and liabilities, to Chicago Baseball Holdings, LLC ("New Cubs, LLC") on October 27, 2009, on the terms and conditions set forth in that certain Formation Agreement entered into by the Debtor, among other entities, on August 21, 2009. That contribution of assets and liabilities, along with various other transactions, was approved by the Bankruptcy Court pursuant to an order entered by the Bankruptcy Court on October 14, 2009 (docket no. 2332). As a result of these amendments, all information contained in the Schedules, except where otherwise noted, is as of December 4, 2009, other than information concerning amounts owed by an affiliate of the Debtor to the Debtor, which information is as of September 27, 2009.

Except as necessary to reflect the updated liability information contained in these amended Schedules, nothing herein affects the validity of or information contained in (i) the Statements of Financial Affairs (the "Statements") for the Debtor, or (ii) the Global Notes to the original Schedules of Assets and Liabilities and Statements for the Debtor, each of which were filed by the Debtor with the Bankruptcy Court on October 12, 2009.

The Debtor has not listed on Schedule G counterparties to the various contracts identified on such Schedule where the counterparties are affiliates of the Debtor or of Tribune Company, the Debtor's ultimate parent company.

**Reservation of Rights**. Nothing contained in the Schedules or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-

---

[2] These Global Notes are in addition to any specific notes contained in each Debtor's Schedules. The fact that the Debtor has prepared a "General Note" with respect to any of the Schedules and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such General Note to any of the Debtor's remaining Schedules, as appropriate.

characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

District of Delaware

In re: Tribune CNLBC, LLC, Debtor

Case No. 09-13496

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | | N/A | | |
| B - Personal Property | No | | N/A | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | No | | | N/A | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | | | N/A | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 1,257,673,453.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | N/A |
| TOTAL | | | | 1,257,673,453.52 + Undetermined amounts | |

**B6F (Official Form 6F) (12/07)**

In re   **Tribune CNLBC, LLC**                ,                    Case No. **09-13496**
              **Debtor**                                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JP MORGAN CHASE BANK, NA, AS AGENT <br> ATTN: SHADIA AMINU <br> 1111 FANNIN, 10TH FLOOR <br> HOUSTONE, TX 77002 | X | | Guaranty for Tribune Company Senior Facility | X | X | | Undetermined |
| ACCOUNT NO. <br> MERRILL LYNCH CAPITAL CORP., AS AGENT <br> ATTN: SHARON HAWKINS <br> LOAN OPERATIONS <br> 600 E. LAS COLINAS BLVD., SUITE 1300 <br> IRVING, TX 75039 | X | | Guaranty for Tribune Company Bridge Facility | X | X | | Undetermined |
| ACCOUNT NO. <br> OAK BROOK PRODUCTIONS, INC. <br> 435 NORTH MICHIGAN AVENUE <br> CHICAGO, IL 60611 | | | Intercompany Payable | | | | $0.20 |

  _1_  continuation sheets attached

Subtotal ▶  $ 0.20

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC_____ ,        Case No.  09-13496_____
                      **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,365.13 |
| ACCOUNT NO.<br><br>THE DAILY PRESS, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $6,355.20 |
| ACCOUNT NO.<br><br>TRIBUNE DIRECT MARKETING, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,733.67 |
| ACCOUNT NO.<br><br>TRIBUNE FINANCE SERVICE CENTER, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,257,663,999.32 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 1,257,673,453.32

Total ► $ 1,257,673,453.52 + undetermined amounts
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   Tribune CNLBC, LLC                              ,            Case No.  09-13496
             **Debtor**                                                                                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ANCILLARY BUILDING LEASING, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| CHICAGO BASEBALL HOLDINGS, LLC<br>C/O THOMAS RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Tax Matters Agreement |
| CHICAGO BASEBALL HOLDINGS, LLC<br>C/O THOMAS RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Indemnity Escrow Agreement |
| CHICAGO CUBS BASEBALL CLUB, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| CHICAGO CUBS BASEBALL OPERATIONS DOMINICANA, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |

**B6G (Official Form 6G) (12/07) – Cont.**

In re  Tribune CNLBC, LLC                        ,          Case No.  09-13496
　　　　　　　　**Debtor**                                                     **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JPMORGAN CHASE BANK N.A, as ESCROW AGENT<br>ATTN: LAURA L. RAMSEY, KEVIN BINNINGER, KRISTINA MATEJIC, RORY NOWAKOWSKI, SONNY LUI, SUSIE MOY<br>420 W. VAN BUREN<br>MAIL CODE: IL1-0113<br>CHICAGO, IL 60606 | Indemnity Escrow Agreement |
| MMR TMA GUARANTY CO.<br>C/O THOMAS RICKETTS<br>INCAPITAL LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Tax Matters Agreement |
| NEW WRIGLEY FIELD PREMIUM TICKET SERVICES, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| RAE EDUCATION TRUST OSA, LLC<br>C/O THOMAS RICKETTS<br>INCAPITAL LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| RICKETTS ACQUISITION LLC<br>C/O THOMAS RICKETTS<br>INCAPITAL LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| RICKETTS ACQUISITION LLC<br>C/O THOMAS RICKETTS<br>INCAPITAL LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Tax Matters Agreement |

B6G (Official Form 6G) (12/07) – Cont.

In re   Tribune CNLBC, LLC                         ,                                Case No.  09-13496
                        **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RICKETTS ACQUISITION LLC<br>C/O THOMAS RICKETTS<br>INCAPITAL LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Amended and Restated Limited Liability Company Agreement |
| TRIANGLE PROPERTY HOLDINGS, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| WRIGLEY FIELD ENTERPRISES, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| WRIGLEY FIELD HOLDINGS, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
| WRIGLEY FIELD PARKING OPERATIONS, LLC<br>C/O THOMAS S. RICKETTS<br>INCAPITAL, LLC<br>200 S. WACKER, SUITE 3700<br>CHICAGO, IL 60606 | Formation Agreement |
|  |  |
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Tribune CNLBC, LLC_____, Case No. __09-13496_____ Debtor (if known)

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ Signature: _____ Debtor

Date _____ Signature: _____ (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

X _____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

_____
Social Security No.
(Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Senior Vice President and Chief Financial Officer of Tribune Company, the parent company of Tribune CNLBC, LLC, and Assistant Treasurer of Tribune CNLBC, LLC, declare under penalty of perjury that I or persons under my direction have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that based upon that review they are true and correct to the best of my knowledge, information, and belief.

Date __12-8-09_____ Signature: _____/s/ Chandler Bigelow_____

Chandler Bigelow, III
Assistant Treasurer

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.