**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**STIPULATION BETWEEN THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS AND U.S. BANK NATIONAL
ASSOCIATION PURSUANT TO BANKRUPTCY RULE 2004**

IT IS HEREBY STIPULATED AND AGREED, by and between The Official

Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors"), and U.S. Bank National

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191) and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Association ("U.S. Bank"), by and through their respective undersigned counsel, that, counsel having conferred pursuant to Local Rule 2004-1 of this Court, an order should issue directing U.S. Bank to produce documents and otherwise respond to Committee's "Schedule of Information Requested in Connection with Analysis of the Merger" (the "Request") which was sent to U.S. Bank by the Committee's special counsel by letter dated November 10, 2009 (copy of letter and Request attached hereto as Exhibit A), subject to the terms and conditions set forth hereinbelow.

1.     U.S. Bank agrees to search for and produce any available documents requested in the Request (the "Documents") by sending them to the Committee's special counsel in Washington, D.C., in electronic form.  U.S. Bank agrees to attempt to complete its production by December 31, 2009, and to produce a privilege log with respect to its production by January 15, 2010.

2.     U.S. Bank may in its discretion, but is not required to, serve a written response to the Request.

3.     The Committee and U.S. Bank have entered or will shortly enter into a confidentiality agreement to govern U.S. Bank's production of the Documents.

4.     All production of the Documents shall be without any waiver of attorney-client or any other privilege, or of work-product protection.  U.S. Bank expressly reserves all rights regarding inadvertent production of privileged or work-product material provided under Rule 502 of the Federal Rules of Evidence.

5.     This Stipulation is entered into without prejudice to the rights of either the Committee or U.S. Bank to raise with the Court in the future, and/or to seek additional relief concerning, issues that were the subject of or related to the Request or

2435268.2

the Confidentiality Agreement, or to confer with one another in an attempt to resolve

such issues in the future.

Dated:  December 9, 2009           **ZUCKERMAN SPAEDER LLP**
        Washington, DC

                                   Graeme W. Bush
                                   James Sottile
                                   Andrew N. Goldfarb
                                   1800 M Street, NW, Suite 1000
                                   Washington, DC 20036
                                   (202) 778-1800 (phone)
                                   (202) 822-8106 (facsimile)

                                   -and-

                                   Thomas G. Macauley  (ID No. 3411)
                                   919 Market Street, Suite 990
                                   Wilmington, DE 19801
                                   (302) 427-8133 (phone)
                                   (302) 427 -8242 (facsimile)

                                   *Special Counsel to the Official Committee of
                                   Unsecured Creditors*

                                   **U.S. BANK NATIONAL ASSOCIATION**

                                   Sarah Stroebel
                                   U.S. Bank National Association
                                   U.S. Bancorp Center
                                   800 Nicollet Mall
                                   BC-MN-H21P
                                   Minneapolis, MN 55402
                                   612-303-7879 (phone)
                                   612-303-7880 (facsimile)

                                   *Counsel for U.S. Bank National Association*

3                                                          2435268.2