## CERTIFICATE OF SERVICE

I certify that on the 9h day of December 2009, a copy of the foregoing was served by regular first class mail, postage prepaid, on:

Ms. Sarah Stroebel
U.S. Bank National Association
U.S. Bancorp Center
800 Nicollet Mall
BC-MN-H21P
Minneapolis, MN 55402

_____
Thomas G. Macauley (I.D. No. 3411)

2444161.1