UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                     :   Jointly Administered
                                                             :
          Debtors.                                           :   Hearing Date: (Negative Notice)
------------------------------------------------------------ x   Objections Due: 11/25/21/09 @ 4:00 p.m.

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 2499

The undersigned hereby certifies that he has received no objection or other response to the **Second Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses** (D.I. No. 2499) dated November 5, 2009 (the "Application"). The undersigned further certifies that he has reviewed the court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the notice, objections to the application were to be served no later than 4:00 p.m. on November 25, 2009.

Dated: Wilmington, Delaware
       December 9, 2009

                                          ZUCKERMAN SPAEDER LLP

                                          _____
                                          Thomas G. Macauley (ID No. 3411)
                                          919 Market Street, Suite 990
                                          Wilmington, DE 19801
                                          Telephone: (302) 427-0400
                                          Facsimile: (302) 427-8242

                                          Special Counsel to Official Committee
                                          of Unsecured Creditors

2405963.1