# EXHIBIT A

| | | |
|---|---|---|
| "Schwinger, Robert A." &lt;RSchwinger@chadbourne.com&gt;<br><br>12/04/2009 04:50 PM | To | "'Joseph Drayton'" &lt;JDrayton@kayescholer.com&gt; |
| | cc | "'gbush@zuckerman.com'" &lt;gbush@zuckerman.com&gt;; "Seife, Howard" &lt;HSeife@chadbourne.com&gt;; "'mprimoff@kayescholer.com'" |
| | bcc | |
| | Subject | RE: Tribune |

History: This message has been replied to and forwarded.

Dear Joe,

On a without-prejudice basis, and reserving all its rights, the Committee is willing to have Merrill proceed with the processing, review and production of what you defined in your message below as the "narrowed pool of e-mails", with the understanding that Merrill is still considering how it would proceed regarding what you defined in your message below as the "excluded pool of e-mails". However, after consideration, the Committee is of the view that the time frame for completion that was indicated in Court on December 1, 2009, simply is not feasible, in view of (a) the planned start of substantive negotiations around the second week of January 2010, and (b) the next hearing regarding the exclusivity period that is now scheduled for February 18, 2010.

The Committee's view is that under these circumstances it needs Merrill's e-mail production completed by the end of January 2010. Meeting this target would seem to be a matter of just increasing staffing, whether at whatever outside vendors are being used and/or within your law firm (and/or any other law firms who may be involved on this matter for Merrill). The overall cost in terms of person-hours needed for the job would be unaffected, however. We think this is a feasible and reasonable request, as it is our understanding that most discovery support vendors are quite hungry for business these days, and law firm utilization these days tends not to be what it once was either. If Merrill cannot provide the Committee a firm commitment by the close of business on Monday, December 7, 2009, that it can meet this target, then the Committee intends to file papers with the Court to compel production from Merrill in accordance with this schedule.

Please let us know how Merrill intends to proceed. Thank you.

Best regards,

         R. A. S.

**Robert A. Schwinger**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5364 | **fax** 646-710-5364
rschwinger@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/rschwinger.vcf

Please consider the environment before printing this email.

**From:** Joseph Drayton [mailto:JDrayton@kayescholer.com]

**Sent:** Friday, December 04, 2009 10:44 AM
**To:** Schwinger, Robert A.
**Cc:** 'gbush@zuckerman.com'; Seife, Howard; 'mprimoff@kayescholer.com'
**Subject:** Tribune

Bob,

Merrill has filtered the emails that it collected associated with the 12 custodians identified in the email discovery plan dated October 26, 2009 using the search terms in the plan with the exception of the following 12 terms:

Step 1, Step One, First Step;
Step 2, Step Two, Second Step;
S-Corp*, S Corp*;
Tranche B;
Duff & Phelps, D&P; and
Navigant.

This modification of search terms reduced the current pool of collected emails from approximately 328,000 documents to approximately 277,000 documents (the "narrowed pool of emails"). Merrill is currently considering the Creditors' Committee's request to produce responsive and non-privileged emails within the approximately 51,000 emails collected due to the excluded search terms above of which approximately 8500 were collected due to the search term "Tranche B" (the "excluded pool of emails").

In the meantime, Merrill has decided to move forward with its processing and review of the narrowed pool of emails. Merrill intends to produce responsive and non-privileged emails and use its best efforts to meet or exceed the estimates for both the start and completion of its rolling production that it communicated to the Bankruptcy Court on December 1, 2009.

To the extent that Merrill decides to produce responsive and non-privileged emails within the excluded pool of emails, they will be produced towards the end of Merrill's email production. In this way, Merrill's consideration of the Creditors' Committee's request will have no impact on the timing of its production of emails. To the extent Merrill decides not to process and review the excluded pool of emails, it will inform the Creditors' Committee.

Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-7177
(212) 836-6576 (fax)

```
                                            *    *    *    *

    IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with
    Treasury Department regulations, we inform you that any U.S.
    federal tax advice contained in this correspondence
    (including any attachments) is not intended or written to be
    used, and cannot be used for the purpose of (i) avoiding
    penalties that may be imposed under the U.S. Internal
    Revenue Code or (ii) promoting, marketing or recommending to
    another party any transaction or matter addressed herein.
```

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com