IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that on this 9th day of December 2009, I caused a true and correct copy of the **Objection of Merrill Lynch Capital Corporation to The Motion of the Official Committee of Unsecured Creditors Pursuant to Del. Bankr. L.R. 9006-1(E) for An Order Shortening Notice With Respect To The Motion of The Official Committee Of Unsecured Creditors For An Order Requiring The Production by Date Certain Of Email Documents From Merrill Lynch Capital Corporation Pursuant To Bankruptcy Rule 2004** to be served on the following parties by manner indicated.

**VIA HAND DELIVERY**
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

**VIA EMAIL/AND FIRST CLASS MAIL**
Graeme W. Bush, Esquire
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
Zuckerman Spaeder LLP
1800 M. Street NW, Suite 1000
Washington, D.C. 20036

**VIA HAND DELIVERY**
Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Under penalty of perjury, I declare that the forgoing is true and correct.

*R. Stephen McNeill* (signature)
R. Stephen McNeill

Pac#945582