## EXHIBIT A

## DEFINITIONS

1.  The phrase "relating to" means concerning, referring to, describing, evidencing or constituting.

2.  "Bankruptcy Cases" means the jointly-administered Chapter 11 bankruptcy cases styled In re Tribune Company, et al., Case No. 08-13141, pending in the United States Bankruptcy Court for the District of Delaware.

3.  "Law Debenture" or "you" or "your" means Law Debenture Trust Company of New York and any of its subsidiaries (and any predecessors thereof), directors, officers, employees, affiliates (as defined in the Bankruptcy Code), representatives, advisors, agents, attorneys, associates, associations or any other person acting on your behalf.

4.  "Deutsche Bank" means Deutsche Bank Trust Company of Americas and any of its subsidiaries (and any predecessors thereof), directors, officers, employees, affiliates (as defined in the Bankruptcy Code), representatives, advisors, agents, attorneys, associates, associations or any other person acting on its behalf.

5.  "Centerbridge" means Centerbridge Credit Advisors LLC and any of its subsidiaries (and any predecessors thereof), directors, officers, employees, affiliates (as defined in the Bankruptcy Code), representatives, advisors, agents, attorneys, associates, associations or any other person acting on its behalf.

6.  "UCC" means the Official Committee of Unsecured Creditors appointed in connection with the Bankruptcy Cases.

7. "US Trustee" means the office of the United States Trustee or any representative, employee or agent thereof.

8. The term "Motion" means the motion dated October 23, 2009, filed by Law Debenture titled "Motion of Law Debenture Trust Company of New York to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and for Disgorgement of Past Payments."

9. The term "Payment" or "Payments" means the payments at issue in the Motion.

## INSTRUCTIONS

1. Whenever necessary to bring within the scope of these Topics of Examination that might otherwise be construed to be outside their scope, the use of a verb in any tense shall be construed as the use of that verb in all other tenses.

2. The use of the singular form of any word includes the plural and vice versa. The past tense shall include the present tense and vice versa.

3. The word "through" means "through and including."

4. The term "including" means "including, without limitation."

5. The terms "all," "any," "each," and "every" shall each be construed as all, any, each and every to bring within the scope of the Request or Requests all information that might otherwise be construed to be outside of its scope.

6. The terms "and" and "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of the Request or Requests all information that might otherwise be construed to be outside of its scope.

7.  Each paragraph of these Topics of Examination shall be construed independently and no other paragraph or subparagraph shall be referred to or relied on for the purpose of limiting the scope of any request.

## TOPICS OF EXAMINATION

1.  The allegations contained in your Motion and any supporting papers, including but not limited to the factual basis for those allegations.

2.  The documents produced by Law Debenture in response to JPMorgan Chase Bank, N.A.'s First Set of Document Requests to Law Debenture Trust Company of New York.

3.  The replacement of Deutsche Bank by Law Debenture as Indenture Trustee for the Indenture, dated March 19, 1996, between The Time Mirror Company and Citibank, N.A., as Trustee, including the reasons for the replacement.

4.  Information provided to Law Debenture as successor Indenture Trustee.

5.  The Payments and/or any agreement regarding the Payments.

6.  Law Debenture's knowledge and/or awareness of the Payments or any agreement regarding the Payments.

7.  Law Debenture's decision to object or not to object to the Payments or any agreement regarding the Payments, including the reasons for that decision.

RLF1 3514254v.1