IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In Re:                           :
                                 : Chapter 11
TRIBUNE COMPANY, et al.,         : Case No. 08-13141 (KJC)
                                 : (Jointly Administered)
           Debtors.              :
                                 :
                                 :
---------------------------------x

## JPMORGAN CHASE BANK, N.A.'S NOTICE OF DEPOSITION OF CENTERBRIDGE CREDIT ADVISORS LLC

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P.") 7026, 7030 and 9014 and Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 26 and 30, JPMorgan Chase Bank, N.A., by and through its undersigned counsel, will take the deposition of Centerbridge Credit Advisors LLC ("Centerbridge") on January 8, 2010, at 10:00 a.m., at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, or on such other time and place as the parties shall agree or the Court may direct. The deposition(s) will be conducted under oath by an officer authorized to take such testimony, will be recorded by videotape and/or stenographic means, and will continue from day to day, excluding Sundays and holidays, until completed or adjourned. You are invited to attend and cross-examine.

Pursuant to Fed. R. Bankr. P. 9014 and 7030 and Fed. R. Civ. P. 30(b)(6), Centerbridge shall designate, in advance and in writing, one or more of its officers,

RLF1 3514255v 1

directors, managing agents or other persons who are most qualified to testify on its behalf as to the matters set forth in the attached Exhibit A.

Dated: December 9, 2009
      Wilmington, Delaware

*/s/ Robert J. Stearn*
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*