**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No.  08-13141 (KJC) |
| Debtors | Jointly Administered<br>**Hearing Date:  December 1, 2009 @ 10:00 a.m. ET**<br>**Objection Deadline:  November 23, 2009 @ 4:00 p.m. ET** |

**WITHDRAWAL OF LESSOR'S LIMITED OBJECTION TO SPECIFIC TERMS OF PROPOSED ORDER (I) AUTHORIZING
DEBTOR LOS ANGELES TIMES COMMUNICATONS LLC
TO ASSUME ITS UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND
(II) SETTING CURE AMOUNT WITH RESPECT THERETO [2547]**

Diablo Investment Co. ("Diablo") the lessor of those premises located at 1369 South State College Boulevard, Anaheim, California ("Premises") leased to debtor Los Angeles Times ("LA Times"), timely filed its Limited Objection to Specific Terms of Proposed Order (i) Authorizing Debtor Los Angeles Times Communications LLC to Assume Its Unexpired Lease of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (ii) Setting Cure Amount with Respect Thereto (the "Limited Objection") on November 20, 2009 as document [2609] on the Court's Docket.

- 2-

Diablo and Debtors having resolved Diablo's Limited Objection with the revised

and substitute form of Order submitted by Debtors as document [2770] on the Court's

Docket, Diablo hereby withdraws its Limited Objection.

Dated:  <u>December 9, 2009</u>               Respectfully submitted
                                          McPHARLIN SPRINKLES & THOMAS, LLP

                                          By: /s/ *Elaine M. Seid*
                                              Elaine M. Seid
                                              10 Almaden Blvd., Suite 1460
                                              San Jose, CA  95113
                                              (408) 293-1900
                                              (408) 293-1999

                                              ATTORNEYS FOR LESSOR
                                              DIABLO INVESTMENT CO.