IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket No. 2555 |

### RESPONSE TO THE FEE EXAMINER'S FINAL REPORT REGARDING COMBINED MONTHLY AND FIRST QUARTERLY APPLICATION OF McDERMOTT WILL & EMERY LLP

McDermott Will & Emery LLP ("McDermott") hereby submits this response to the Final Report Regarding Combined Monthly and First Quarterly Application of McDermott Will & Emery LLP (the "Final Report") filed by Stuart Maue, in its capacity as fee examiner appointed in these cases (the "Fee Examiner"), and states as follows:

1. On April 15, 2009, McDermott filed its Combined Monthly and First Quarterly Application for the period from December 8, 2008 through February 28, 2009 (the "Application") seeking allowance of fees in the amount of $530,504.50 and reimbursement of expenses in the amount of $6,808.20.

2. The United States Trustee (the "U.S. Trustee") expressed concern regarding the retention-related fees requested in the Application. The U.S. Trustee and McDermott (together, the "Parties") discussed such concern and agreed that McDermott would not seek, in connection with the Application, payment of the disputed fees in the amount of $110,867.50 (the "Disputed Fees"). The Parties agreed that McDermott reserved its right to seek payment of the Disputed Fees at a later time.

3. On June 16, 2009, McDermott filed an Amended Certificate of No Objection (the "CNO"), in which it noted the agreement with the U.S. Trustee and the reduced amount sought

in the Application. McDermott's fee request, as reflected in the CNO, was reduced from $530,504.50 to $419,637.00, with the difference representing the $110,867.50 in Disputed Fees.

4. On or about August 31, 2009, McDermott received the Fee Examiner's preliminary report (the "Preliminary Report") concerning the Application. The Preliminary Report (i) acknowledged that McDermott was deferring its request for payment of the Disputed Fees, and (ii) determined that the retention-related fees totaled $114,427.50 (the "Deferred Fees"), not $110,867.50.

5. On September 30, 2009, McDermott provided the Fee Examiner with a response (the "Response") to the Preliminary Report. In the Response, McDermott stated that it had no intention of pursuing the Deferred Fees at this time, but that it reserved its right to pursue such fees and to address any concerns of the Fee Examiner regarding such fees at a later time.

6. On November 12, 2009, the Fee Examiner filed its final report (the "Final Report") concerning the Application. The Final Report recommended that McDermott's retention-related fees be reduced by the amount of the Deferred Fees, or by $114,427.50, and that its expense reimbursement request be reduced by $5,318.50, reflecting certain agreed-upon reductions.

7. Following communications between the parties, McDermott and the Fee Examiner have agreed that the Fee Examiner will not seek a reduction of McDermott's retention-related fees at this time and that any such recommendation would be deferred until such time, if ever, that McDermott seeks compensation in connection with the Deferred Fees.

8. Based on the foregoing, McDermott respectfully requests that this Court not rule on the Deferred Fees at this time and allow McDermott's fees in the amount of $416,077.00, representing the original amount requested, $530,504.50, less $114,427.50, and reimbursement

of McDermott's expenses in the amount of $1,489.70, reflecting the reduced expense reimbursement agreed to with the Fee Examiner.

Dated: Washington, District of Columbia
December 10, 2009

McDERMOTT WILL & EMERY LLP

/s/ Gary O. Ravert
Blake D. Rubin (admitted *pro hac vice*)
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8424
Facsimile: (202) 756-8087

and

Gary O. Ravert (admitted *pro hac vice*)
340 Madison Avenue
New York, NY. 10173-1922
Telephone: (212) 547-5598
Facsimile: (212) 547-5444

*Special Counsel for Domestic Legal Matters to Tribune Company, et al.*

Agreed to by Fee Examiner:

By: John L. Decker, Esq.
Attorney to Stuart Maue, Fee Examiner