## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08 – 13141 (KJC)<br>Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Mark M. Billion, hereby certify that on the 24th day of November, 2009, I

caused copies of the following document to be served on the individuals on the attached service

list in the manner indicated:

> *Joinder Of Centerbridge Credit Advisors LLC To Law Debenture Trust Company Of New York's (I) Motion To Terminate Debtor Affiliates' Undisclosed Payment Of Lbo Lenders' Fees And Expenses, For An Accounting, And For Disgorgement Of Past Payments, And (Ii) Response To The Debtors' Motion To Extend Their Exclusivity Periods*

Dated:   December 11, 2009

By: _____

Mark M. Billion (Bar No. 5263)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705
(302) 652-4100 (Telephone)
(302) 652-4400 (Facsimile)
mbillion@pszjlaw.com

-and-

Daniel H. Golden
Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
dgolden@akingump.com
pdublin@akingump.com

*Counsel for Centerbridge Credit Advisors LLC*

Tribune Company/Centerbridge Credit
Advisors
2002 Service List
Case No. 08-13141
Document No. 155199
027 – Hand Delivery
117 – First Class Mail


Laura Davis Jones, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

**Hand Delivery**
Parcels
230 North Market Street
P.O. Box 27
Wilmington, DE .19899

**Hand Delivery**
Office Of The United States Trustee
Joseph J. McMahon, Jr., Esq.
United States Dept. Of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

**Hand Delivery**
Archer & Greiner, PC
John V. Fiorella, Esq.
300 Delaware Ave, Ste 1370
Wilmington, DE 19801

**Hand Delivery**
Benesch, Friedlander, Coplan
& Aronoff, LLP
Attn. Bradford J. Sandler
Jennifer R. Hoover,
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

**Hand Delivery**
Bifferato LLC
Attn: Ian Connor Bifferato
Kevin Collins, Esq.
800 N. King Street, Plaza Level
Wilmington, DE 19801

**Hand Delivery**
Brown Stone Nimeroff LLC
Attn. Jami B. Nimeroff, Esq.
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Cole Schotz Meisel Forman & Leonard, PA
Norman L Pernick, Esq.
J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
Connolly Bove Lodge & Hutz LLP
Attn: Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Hand Delivery**
Cooch & Taylor PA
Attn: Susan E. Kaufman, Esq.
1000 West Street, 10th Floor
Wilmington, DE 19801

**Hand Delivery**
Cross & Simon LLC
919 North Market Street 11th Floor
Wilmington, DE 19801

**Hand Delivery**
Draper & Goldberg, PLLC
Attn. Adam Hiller
Michelle Berkeley-Ayres
1500 North French Street, 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Duane Morris LLP
Attn. Michael R. Lastowski
Sommer L. Ross
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Eckert, Seamans, Cherin & Mellot, LLC
Attn. Margaret F. England, Esquire
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Hand Delivery**
Edwards Angell Palmer & Dodge LLP
Attn: Stuart M. Brown, Esq.
919 N. Market St, Ste 1500
Wilmington, DE 19801

**Hand Delivery**
Elliott Greenleaf
Attn William M. Kelleher
1105 North Market Street, Suite 1700
Wilmington, DE 19801

**Hand Delivery**
Fox Rothschold LLP
Attn. L. Jason Cornell, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

**Hand Delivery**
Landis Rath & Cobb LLP
Attn Adam G Landis
Matthew B McGuire
919 Market Street, Suite 1800
Wilmington, DE 19801

**Hand Delivery**
McCarter & English, LLP
Attn: Katharine L. Mayer, Esq.
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801

**Hand Delivery**
Messana Rosner & Stern, LLP
Frederick B. Rosner, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Monzack Mersky McLaughlin & Browder,.
Attn. Rachel B. Mersky, Esquire
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Pepper Hamilton LLP
Attn. David B. Stratton
Leigh-Anne M. Raport
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**Hand Delivery**
Potter Anderson & Corroon LLP
Attn: Laurie Silverstein, Esq.
Hercules Plaza
1313 N Market St, Po Box 951
Wilmington, DE 19899-0951

**Hand Delivery**
Richards, Layton & Finger, PA
Attn: Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill, Esq.
222 Delaware Avenue, Ste 1500
P.O. Box 68
Wilmington, DE 19899

**Hand Delivery**
Stevens & Lee, P.C.
Attn: Joseph H. Huston, Jr.
1105 North Market Street, 7th Fl
Wilmington, DE 19801

**Hand Delivery**
US Attorney's Office
Ellen W. Slights, Esq
1201 Market St, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

**Hand Delivery**
Wilmington Trust Company
Attn. Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

**First Class Mail**
Abato, Rubenstein and Abato, P.A.
Attn: Corey Smith Bott,
Brian G. Esders
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

**First Class Mail**
Acxiom Corporation
Attn. C.B. Blackard, III
Corporate Counsel
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

**First Class Mail**
Allison, Slutsky & Kennedy, PC
Angie M. Cowan
230 W Monroe St, Ste 2600
Chicago, IL 60606

**First Class Mail**
Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

**First Class Mail**
Askounis & Darcy, PC
Attn: Thomas V. Asdounis, Esq.
401 North Michigan Avenue, Ste 550
Chicago, IL 60611

**First Class Mail**
Banc Of America Bridge LLC
Lynn D. Simmons, Sr. Vice President
Bank Of America Strategic Solutions
Mail Code: 111-231-11-19
231 South LaSalle Street
Chicago, IL 60604

**First Class Mail**
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
Attn: George R. Mesires, Esq.
200 West Madison St., Suite 3900
Chicago, IL 60606

**First Class Mail**
Barclays Capital Inc.
Attn: US Client Valuations Group
200 Park Avenue
New York, NY 10166

**First Class Mail**
Barger & Wolen LLP
Attn: Gary A. Bresee
Peter J. Felsenfeld, Esqs.
650 California Street, 9th Floor
San Francisco, CA 94108

**First Class Mail**
Bartlett Hackett Feinberg PC
Frank F. McGinn (MA BBO# 564729)
155 Federal St, 9th Fl
Boston, MA  02110

**First Class Mail**
Belkin Burden Wenig & Goldman, LLP
Attn: Joshua G. Losardo, Esq.
270 Madison Avenue
New York, NY 10016

**First Class Mail**
Benesch, Friedlander, Coplan & Aronoff,
LLP
Attn. David M. Neumann, Esquire
200 Public Square, Suite 2300
Cleveland, OH  44114-2378

**First Class Mail**
Broward County
Attn: Jeffrey J. Newton
County Attorney For Broward County
Gov't Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

**First Class Mail**
Brown Rudnick LLP
Attn. Robert J. Stark
Daniel J. Saval, Esq.
Seven Times Square
New York, NY 10036

**First Class Mail**
Bryan Cave LLP
Attn: Michelle McMahon, Esq.
1290 Avenue Of The Americas
New York, NY 10104

**First Class Mail**
Buchalter Nemer
Pamela Kohlman Webster
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

**First Class Mail**
Buchalter Nemer, A Professional
Corporation
Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**First Class Mail**
Callahan & Blaine
Attn: Edward Susolik, Esquire
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

**First Class Mail**
Canon USA, Inc.
Attn Ruth Wienstein
1 Canon Plaza
New Hyde Park, NY 11042

**First Class Mail**
CapitalSource Finance LLC
Attn: Joanne Fungaroli, Esq.
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

**First Class Mail**
Chadbourne & Parke LLP
Attn Howard Seife, David M. Lemay,
Dogulas E. Deutsch
30 Rockefeller Plaza
New York, NY 10112

**First Class Mail**
Christine Z. Heri
Office Of The Solicitor
United States Department Of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

**First Class Mail**
Citicorp North America, Inc
Attn: Tim Dillworth
450 Mamaroneck Avenue, Suite A
Harrison, NY 10528-2402

**First Class Mail**
Cohen Weiss & Simon LLP
Attn Babette A. Ceccoti
330 West 42nd Street
New York, NY 10036

**First Class Mail**
Cotchett, Pitre & McCarthy
Attn: Philip Gregory, Esq.
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**First Class Mail**
Croudace & Dietrich LLP
Attn. Mark A Nitikman, Esquire
4750 Von Karman Avenue
Newport Beach, CA 92660

**First Class Mail**
Crowell & Moring LLP
Attn. Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, NY 10022

**First Class Mail**
Davis Polk & Ward
Attn: Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
450 Lexington Avenue
New York, NY 10017

**First Class Mail**
Deutsche Bank AG
60 Wall Street
New York, NY 10005

**First Class Mail**
Deutsche Bank National Trust Co.
Attn: David Contino, Vice President
Global Transaction Bank Trust   & Sec.
Serv
25 Deforest Avenue
Mail Stop: Sum 01-0105
Summit, NJ 07901

**First Class Mail**
Elizabeth Goldberg
United States Department Of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC 20013

**First Class Mail**
Ervin Cohen & Jessup LLP
Kenneth Miller, Esq.
9401 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**First Class Mail**
Frank/Gecker LLP
Attn. Joseph D. Frank
325 North LaSalle Street, Suite 625
Chicago, Il 60654

**First Class Mail**
Fred Fellmeth, Esq. General Counsel
Broadcast Systems Division
The Vitec Group PLC
101 Bilby Road
Hackettstown, NJ 07840

**First Class Mail**
Freeborn & Peters LLP
Attn: Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

**First Class Mail**
Furman Gregory LLC
Donald R. Furman Jr.
75 Federal St, 9th Fl
Boston, MA 02110

**First Class Mail**
Gohn Hankey & Stichel LLP
Counsel To Corestaff Services
Attn Jan I Berlage
201 North Charles Street
Baltimore, MD 21201

**First Class Mail**
Goldstine, Skrodzki, Russian, Nemec And
Hoff, Ltd.
Attn. Brian M. Dougherty
835 McClintock Drive, Second Floor
Willowbrook, IL 60527

**First Class Mail**
Greene Radovsky Maloney Share &
Hennigh LLP
Edward J. Tredinnick, Esq.
Four Embarcadero Center, Ste 4000
San Francisco, CA 94111

**First Class Mail**
Harris Corporation
Anthony Deglomine, III
1025 W. Nasa Blvd
Mail Stop A-11A
Melbourne, Fl 32919

**First Class Mail**
Herrick Feinstein LLP
Attn Paul Rubin
Stephen B. Selbst
Two Park Avenue
New York, NY 10016

**First Class Mail**
Hewlett-Packard Company
Attn: Ms. Ramona Neal, Corporate Counsel
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

**First Class Mail**
Hewlett-Packard Company
Attn: Mr. Ken Higman, Sr.
Default & Recovery Analy
2125 E. Katella Ave., Suite 400
Anaheim, CA 92806

**First Class Mail**
Hogan & Hartson LLP
Attn: Scott A. Golden,
Ira S. Greene
875 Third Avenue
New York, NY 10022

**First Class Mail**
Howard County Office Of Law
Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Asst County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

**First Class Mail**
IBM Corporation
Attn Beverly H Shideler
Two Lincoln Centre
Villa Park, IL 60181

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Internal Revenue Service
Attn: Room 1150
31 Hopkins Plaza
Baltimore, MD 21201

**First Class Mail**
International Union UAW
Attn: Susanne M. Mitchell, Esq.
8000 E. Jefferson Avenue
Detroit, MI 48214

**First Class Mail**
J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

**First Class Mail**
Jackson Walker LLP
Attn: Bruce J. Ruzinsky
D. Elaine Conway
1401 McKinney Street, Suite 1900
Houston, TX 77010

**First Class Mail**
Jakson Walker LLP
Attn. Heather M. Forrest
901 Main Street, Suite 6000
Dallas, TX 75202

**First Class Mail**
JP Morgan Chase Bank, NA
1111 Fannin, 10th Floor
Houston, TX 77002

**First Class Mail**
JPMorgan Chase Bank, NA
Attn: Miriam Kulnis
One Chase Plaza
New York, NY 10005

**First Class Mail**
K&L Gates LLP
Attn: Jeffrey N. Rich, Esq.
599 Lexington Ave.
New York, NY 10022-6030

**First Class Mail**
K&L Gates LLP
Charles R. Smith, Esq.
Henry W. Oliver Building
535 Smithfield St.
Pittsburgh, PA 15222-2312

**First Class Mail**
Kaye Scholer LLP
Attn: Margo B Schonholtz
Madlyn Gleich Primoff
425 Park Ave
New York, NY 10022

**First Class Mail**
Kelley Drye & Warren LLP
Erick R. Wilson, Esq.
Howard S.Steel, Esq.
101 Park Avenue
New York, NY 10178

**First Class Mail**
Leclairryan, A Professional Corporation
Attn. William E. Callahan, Jr. Esquire
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 2400-1200

**First Class Mail**
Leclairryan, A Professional Corp.
Attn. David W. Phillips
Two Penn Plaza East
Newark, NJ 07105

**First Class Mail**
Lewis, Feinberg, Lee, Renaker & Jackson,
P.C.
Attn: Daniel Feinberg
Angelica K. Jongco
Nina Wasow
1330 Broadway, Suite 1800
Oakland, CA 94612

**First Class Mail**
Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
Linebarger Goggan Blair & Sampson LLP
Counsel To Harris County
Attn John P Dillman
P.O. Box 3064
Houston, TX 77253-3064

**First Class Mail**
Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Ste 1600
Dallas, TX 75201

**First Class Mail**
Lowndes, Drosdick, Doster, Kantor and
Reed, P.A.
Attn: Zachary J. Bancroft, Est.
450 S. Orange Ave, Suite 800
Orlando, FL 32801

**First Class Mail**
Maureen A. McGreevey, Esquire
Senior Litigation Counsel
Sungard
682 E. Swedesford Road
Wayne, PA 19087

**First Class Mail**
Mayer Brown LLP
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbra Yan, Esq.
1675 Broadway
New York, NY 10019

**First Class Mail**
McCarter & English, LLP
Attn: David Adler, Esq.
G. Amanda Mallan, Esq.
245 Park Ave, 27th Floor
New York, NY 10167

**First Class Mail**
McGuire Woods LLP
Attn. Paul J. Catanese
Patricia K. Smoots
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

**First Class Mail**
McPharlin Sprinkles & Thomas, LLP
Attn: Elain M. Seid
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

**First Class Mail**
Meites, Mulder, Mollica & Glink
Attn: Thomas Meites
Michael Mulder
20 S. Clark Street, Suite 1500
Chicago, IL 60603

**First Class Mail**
Merrill Lynch CApital Corporation
Attn: ShARon Hawkins
Loan Operations
600 E. Las Colinas Blvd., Suite 1300
Irving, TX 75039

**First Class Mail**
Merrill Lynch Capital Corporation
Attn: Michael O'Brien
4 World Financial Center
250 Vesey Street
New York, NY 10080

**First Class Mail**
Michael A. Cox, Attorney General
Deborah B. Waldmeir, Assistant AG
State Of Michigan, Dept. Of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202I

**First Class Mail**
Michael Schloss
Office Of The Solicitor
United States Department Of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC 20013

**First Class Mail**
Missouri Department Of Revenue
Attn: Sheryl L. Moreau
Special Assistant Attorney General
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

**First Class Mail**
Morgan Stanley Fixed Income
Attn: Carolyn Adler
1585 Broadway, 2nd Floor
New York, NY 10036

**First Class Mail**
Much Shelist Denenberg Ament and
Rubenstein, PC
Attn: Colleen E. McManus
191 North Wacker Drive, Ste 1800
Chicago, IL 60606

**First Class Mail**
Mulherin Rehfeldt & Varchetto, P.C.
Attn: William J. Ulrich, Jr.
William R. Brodzinski
211 S. Wheaton Avenue, Suite 200
Wheaton, IL 60187

**First Class Mail**
Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

**First Class Mail**
New York State Department Of Taxation
And Finance
Attn. Robert L. Cook, District Tax Attorney
333 East Washington St., 3rd Floor
Syracuse, NY 13202

**First Class Mail**
Nolan, Plumhoff & Williams, Chartered
Attn. Robert L. Hanley, Jr. Esquire
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

**First Class Mail**
Office Of Attorney General
Attn. Carol E. Momjian
Sr Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**First Class Mail**
Pension Benefit Guaranty Corporation
Attn: Frank A Anderson
Cassandra R Burton
Kartar S. Khalsa, Esq
Office Of The Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026

**First Class Mail**
Poyner Spruill LLP
Judy D. Thompson, Esq.
301 South College Street, Ste 2300
Charlotte, NC 28202

**First Class Mail**
Proskauer Rose LLP
Attn: Martin S. Zohn, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067

**First Class Mail**
Riddell Williams, P.S.
Attn. Joseph E. Shickich, Jr. & Maria Ann
Milano
1001- 4th Avenue, Suite 4500
Seattle, WA 98154-1192

**First Class Mail**
Robinson Brog Leinwand Green
    Genovese & Gluck Pc
Attn. Fred B. Ringel, Esq.
1345 Avenue Of The Americas
New York, NY 10105

**First Class Mail**
Ruskin Moscou Faltischek, P.C.
Attn. Michael S. Amato, Esq.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

**First Class Mail**
Securities & Exchange Commission
15th & Pennsylvania Ave, N.W.
Washington, DC 20020

**First Class Mail**
Securities And Exchange Commission
100 F Street, NE
Washington, DC 20549

**First Class Mail**
Shipman & Goodwin LLP
Attn. Julie A. Manning, Esq.
One Constitution Plaza
Hartford, CT 06103-1919

**First Class Mail**
Sidley Austin LLP
Attn: Kenneth P. Kansa Esq.
One South Dearborn
Chicago, Il 60603

**First Class Mail**
Sirlin Gallogly & Lesser, P.C.
Attn. Dana S. Plon, Esquire
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

**First Class Mail**
Squire, Sanders & Dempsey LLP
Attn: Kelly Singer, Esq.
Two Renaissance Squaree
40 North Central Ave, Ste 2700
Phoenix, AZ 85004-4498

**First Class Mail**
Stempel Bennett Claman & Hochberg PC
Attn: Edmond P O'Brien Esq
675 Third Avenue 31st Floor
New York, NY 10017

**First Class Mail**
Stuart Maue
Attn: Linda K. Cooper
Fee Examiner
3840 McKelvey Road
St. Louis, MO 63044

**First Class Mail**
Teitelbaum & Baskin, LLP
Attn: Jay Teitelbaum
3 Barker Avenue, Third Floor
White Plains, NY 10601

**First Class Mail**
The Reimann Law Group
Attn. David W. Reimann, Esquire
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

**First Class Mail**
The Seaport Group LLC
Attn Scott Friedberg
360 Madison Avenue 22nd Floor
New York, NY 10017

**First Class Mail**
Todd M. Hoepker, Esq.
Post Office Box 3311
Orlando, Fl 32802-3311

**First Class Mail**
Tower DC, LLC, Tower EH, LLC, Tower
JK, LLC, Tower MS, LLC
Attn: Nils Larsen, Managing Director
C/o Equity Group Investments
Two North Riverside Plaza, Ste 1700
Chicago, IL 60606

**First Class Mail**
Travelers
National Accounts
1 Tower SquARe-5mn
Hartford, CT 06183-4044

**First Class Mail**
Tressler Soderstorm Maloney & Press, LLP
Attn. Jacqueline A. Criswell
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

**First Class Mail**
Twentieth Television, Inc.
Attn: Jodie Rea
2121 Avenue Of The Stars, Suite 1754
Los Angeles, CA 90067

**First Class Mail**
Tybout Redfearn and Pell
Attn. Sherry Ruggiero Fallon
750 Shipyard Drive, Suite 400
Wilmington, DE 19899-2092

**First Class Mail**
U.S. Department Of Justice
Attn. Yonatan Gelblum, Trial Atty., Tax
Division
555 4th St. NW Room 6110
P.O. Box 227
Washington, DC 20044

68700-001\DOCS_DE:155199.1

**First Class Mail**
Unisys Corporation
Attn. Janet Fitzpatrick, Legal Assistant
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

**First Class Mail**
United States Department Of Justice
Civil Division
Matthew J. Troy, Esq.
1100 L Street, N.W., Room 10006
Washington, DC 20530

**First Class Mail**
United States Department Of Labor
Office Of The Solicitor
Elizabeth S. Goldberg, Esquire
Plan Benefits Security Division
Washington, DC 20013

**First Class Mail**
United States Treasury
Office Of The Treasurer
1500 Pennsylvania Avenue, NW
Room 2134
Washington, DC 20220

**First Class Mail**
Vorys Sater Seymour & Pease LLP
As Counsel For AOL LLC & Its Related
Entities
Attn Tiffany Strelow Cobb
52 East Gay Street
Columbus, OH 43215

**First Class Mail**
Warner Bros. Television Distribution, Inc.
Attn: Wayne M. Smith, Esq.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

**First Class Mail**
Weiss Serota Helfman Pastoriza Cole &
Boniske P.L.
Attn: Douglas R. Gonzales, Esq.
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301

**First Class Mail**
Williams Gautier Gwynn Deloach &
Sorenson PA
Attn James E Sorenson
D Tyler Leuven
Chad D. Heckman,
Jared S Gardner
Mary Linzee Van Leuven
Post Office Box 4128
Tallahassee, FL 32315-4128

**First Class Mail**
Willkie Farr & Gallagher LLP
Attn. Alan J. Lipkin
Jeremy E. Crystal, Esq.
787 Seventh Avenue
New York, NY 10019

**First Class Mail**
Zwerdlking Paul Kahn & Wolly PC
Counsel To Washington-Baltimore
Newspaper Guild,
Local 32035, Tng-Cwa
Attn Robert E. Paul Esq.
1025 Connecticut Avenue NW Suite 712
Washington, DC 20036