IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

---------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 8, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to Blackstone Advisory Services L.P.* were served upon the following counsel via electronic mail:

Jill Greenthal
Greenthal@blackstone.com
The BlackstoneGroup
Exchange Place
53 State, 30th Floor
Boston, MA 02109

Flip Huffard
huffard@blackstone.com
The Blackstone Group
345 Park Avenue
31st Floor
New York, NY 10154

Dated: December 11, 2009
      Wilmington, Delaware

Respectfully submitted,

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900
(302) 429-8600 (fax)
gmcdaniel@bglawde.com

*Co-Counsel for Law Debenture Trust Company
of New York*