**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re:** | **:** | **Chapter 11 Cases** |
|  | **:** | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | **:** | **(Jointly Administered)** |
|  | **:** |  |
| **Debtors.** | **:** |  |

-------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 8, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to Richards, Layton & Finger, PA* were served upon the following counsel via electronic mail:

Mark D. Collins
Collins@rlf.com
Richards Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Dated: December 11, 2009                    Respectfully submitted,
      Wilmington, Delaware

      /s/ Garvan F. McDaniel
      Garvan F. McDaniel (No. 4167)
      Bifferato Gentilotti LLC
      800 N. King Street, Plaza Level
      Wilmington, Delaware 19801
      (302) 429-1900
      (302) 429-8600 (fax)
      gmcdaniel@bglawde.com

      *Co-Counsel for Law Debenture Trust Company*
      *of New York*