## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on December 11, 2009, copies of the foregoing

*Notice of Service* were served upon the following via first class mail:


Mark D. Collins
Richards Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Norman Pernick, Esq.
J. Kate Stickles , Esq.
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to Debtors)

Howard Seife, Esquire
David M. Lemay, Esquire
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for Creditors' Committee)

Adam G. Landis, Esquire
Matthew B McGuire, Esquire
Mona Parikh, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
 (Counsel to Creditors' Committee)

Office Of The United States Trustee
Joseph J. McMahon, Jr., Esq.
United States Dept. Of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035


/s/ Garvan F. McDaniel
Garvan F. McDaniel