**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : |
| TRIBUNE COMPANY, <u>et</u> <u>al.</u>, | : |
| | : |
| Debtors. | : |

------------------------------------------------------x

Chapter 11 Cases
Case No. 08-13141 (KJC)
(Jointly Administered)

<u>NOTICE OF SERVICE</u>

Upon information and belief, the undersigned hereby states that on December 8, 2009, true

and correct copies of the *Law Debenture Trust Company of New York's First Set of Document*

*Requests to Huron Consulting Group* were served upon the following counsel via electronic mail:

Josh Hogue
jhogue@huronconsultinggroup.com
Huron Consulting Group
1120 Avenue of the Americas, 8th Floor
New York, New York 10036

Dated: December 11, 2009
      Wilmington, Delaware

Respectfully submitted,

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900
(302) 429-8600 (fax)
gmcdaniel@bglawde.com

*Co-Counsel for Law Debenture Trust Company*
*of New York*