**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| **Debtors.** | : | |

---------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 8, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to Epiq Ediscovery Solutions, Inc.* were served upon the following counsel via electronic mail:

Dan McElhinney
dmcelhinney@epiqsystems.com
Ron Jacobs, Esq.
rjacobs@epiqsystems.com
Epiq Systems, Inc.
757 Third Avenue, 3rd Floor
New York, NY  10017

Dated: December 11, 2009                Respectfully submitted,
       Wilmington, Delaware

                                        /s/ Garvan F. McDaniel
                                        Garvan F. McDaniel (No. 4167)
                                        Bifferato Gentilotti LLC
                                        800 N. King Street, Plaza Level
                                        Wilmington, Delaware 19801
                                        (302) 429-1900
                                        (302) 429-8600 (fax)
                                        gmcdaniel@bglawde.com

                                        *Co-Counsel for Law Debenture Trust Company*
                                        *of New York*