## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------x
In re:                          :      Chapter 11 Cases
                                :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,         :      (Jointly Administered)
                                :
                    Debtors.     :
----------------------------------------------------x
```

### NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 8, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to Kramer Levin Naftalis & Frankel LLP* were served upon the following counsel via electronic mail:

Philip Bentley
pbentley@kramerlevin.com
David E. Blabey, Jr.
dblabey@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Dated: December 11, 2009             Respectfully submitted,
      Wilmington, Delaware

                                     /s/ Garvan F. McDaniel
                                     Garvan F. McDaniel (No. 4167)
                                     Bifferato Gentilotti LLC
                                     800 N. King Street, Plaza Level
                                     Wilmington, Delaware 19801
                                     (302) 429-1900
                                     (302) 429-8600 (fax)
                                     gmcdaniel@bglawde.com

                                     *Co-Counsel for Law Debenture Trust Company*
                                      *of New York*