**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| **Debtors.** | : | |

---------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 8, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to FTI Consulting, Inc.* were served upon the following counsel via electronic mail:

Carlyn R. Taylor
carlyn.taylor@fticonsulting.com
FTI Consulting
1001 17th Street, Suite 1100
Denver, CO 80202


Dated: December 11, 2009          Respectfully submitted,
       Wilmington, Delaware

                                  /s/ Garvan F. McDaniel
                                  Garvan F. McDaniel (No. 4167)
                                  Bifferato Gentilotti LLC
                                  800 N. King Street, Plaza Level
                                  Wilmington, Delaware 19801
                                  (302) 429-1900
                                  (302) 429-8600 (fax)
                                  gmcdaniel@bglawde.com

                                  *Co-Counsel for Law Debenture Trust Company*
                                  *of New York*