**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------x
In re:                                      :      Chapter 11 Cases
                                            :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                    :      (Jointly Administered)
                                            :
                       Debtors.             :
-------------------------------------------------------x
```

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 8, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to Davis Polk & Wardwell LLP* were served upon the following counsel via electronic mail:

Dennis E. Glazer
dennis.glazer@davispolk.com
Sharon Katz
sharon.katz@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017

Dated: December 11, 2009          Respectfully submitted,
       Wilmington, Delaware

                                            /s/ Garvan F. McDaniel
                                            Garvan F. McDaniel (No. 4167)
                                            Bifferato Gentilotti LLC
                                            800 N. King Street, Plaza Level
                                            Wilmington, Delaware 19801
                                            (302) 429-1900
                                            (302) 429-8600 (fax)
                                            gmcdaniel@bglawde.com

                                            *Co-Counsel for Law Debenture Trust Company*
                                            * of New York*