**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| **Debtors.** | : | |

---------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 8, 2009, true and correct copies of the *Law Debenture Trust Company of New York's First Set of Document Requests to Wiley Rein LLP* were served upon the following counsel via electronic mail:

Richard E. Wiley
rwiley@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006

Dated: December 11, 2009
       Wilmington, Delaware

Respectfully submitted,

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900
(302) 429-8600 (fax)
gmcdaniel@bglawde.com

*Co-Counsel for Law Debenture Trust Company*
 *of New York*