# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058205 |
| Invoice Date: | 10/29/2009 |

## Remittance Copy
### Billing for services rendered through 09/30/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---:|
| Total Services | $ 11,234.00 |
| Total Costs and Other Charges Posted Through Billing Period | 2.48 |
| **Total This Invoice** | **$ 11,236.48** |

| Invoice | Date | |
|---|---|---:|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2038850 | 08/31/2009 | 27,882.60 |
| 2048076 | 09/28/2009 | 17,135.00 |

| | |
|---|---:|
| Total Outstanding Balance | 88,471.90 |
| Total Balance Due | $ 99,708.38 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058205 |
| Invoice Date: | 10/29/2009 |

## Client Copy
### Billing for services rendered through 09/30/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 11,234.00 |
| Total Costs and Other Charges Posted Through Billing Period | 2.48 |
| **Total This Invoice** | **$ 11,236.48** |

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2038850 | 08/31/2009 | 27,882.60 |
| 2048076 | 09/28/2009 | 17,135.00 |

| | |
|---|---|
| Total Outstanding Balance | 88,471.90 |
| Total Balance Due | $ 99,708.38 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/29/2009

Invoice: 2058205
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/09 | P. Compernolle | 0.50 | Review materials re domestic partner requirements. |
| 09/01/09 | A. Gordon | 0.50 | Conference calls with K. Dansart regarding domestic partner benefits. |
| 09/01/09 | A. Gordon | 0.30 | Review documents prior to discussion about domestic partnership benefits. |
| 09/02/09 | A. Gordon | 0.20 | Review voice message from K. Dansart about domestic partnership benefits and respond to domestic partner question. |
| 09/02/09 | A. Gordon | 0.30 | Review and respond to S. O'Connor regarding Average Wholesale Price (AWP). |
| 09/02/09 | A. Gordon | 0.30 | Review e-mail to UHC's M. Durinick and C. Herriges regarding same. |
| 09/02/09 | J. Isaac | 0.20 | Draft e-mail to client containing issues related to wrap plan document. |
| 09/03/09 | A. Gordon | 0.50 | Conference call with K. Dansart regarding domestic partner coverage. |
| 09/09/09 | J. Isaac | 3.50 | Review employee communications relating to employee assistance program provided by client (1.0); review life insurance charts provided by client relating to new coverage and carrier (.50); analyze wrap plan provisions previously drafted relating to same (.50); begin final review of of draft wrap plan document (.50); analyze non-supplement portion of draft wrap plan document and incorporate final edits where necessary (.50); update provision relating to limitations period for suits brought post-benefit determination (.50). |
| 09/10/09 | J. Isaac | 2.50 | Continue final updates to wrap plan document (1.00); |

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
|---|---|---|---|
| | | Invoice: | 2058205 |
| | | Invoice Date: | 10/29/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | review medical plan summary plan description for provisions relating to vision benefit (1.00); research Internal Revenue Service and Department of Labor guidance regarding applicability of certain rules to vision benefit (.50). |
| 09/10/09 | J. Isaac | 3.50 | Draft vision benefit supplement for wrap plan document (2.50); update wrap plan document provisions to properly incorporate vision benefit as a separate supplement and plan (.50); edit plan provisions to incorporate final resolution of outstanding issues (.50). |
| 09/11/09 | J. Isaac | 3.00 | Finalize preparation of wrap plan document (1.00); conduct final review of change in status and domestic partner definitions to ensure agreement with all summary plan descriptions (.50); identify provisions of plan document in need of reviewer note (1.00); conduct full review of plan to ensure internal consistency of cross references and use of defined terms (.50). |
| 09/11/09 | J. Isaac | 1.60 | Update wrap plan document provisions relating to definitions of change in status and domestic partner (.60); draft and incorporate internal reviewer notes for client (1.00). |
| 09/14/09 | A. Gordon | 1.00 | Review the Tribune Company medical benefits. |
| 09/14/09 | A. Gordon | 1.30 | Draft an e-mail to S. O'Connor regarding mental health parity compliance. |
| 09/15/09 | W. Quinlan | 0.30 | Review audit letter. |
| 09/15/09 | B. Schafman | 1.00 | Generate reports, gather data and prepare audit response letter. |
| 09/15/09 | A. Gordon | 0.30 | Conference call with S. O'Connor regarding mental health parity. |
| 09/16/09 | S. Nash | 0.70 | Telephone call with Kevin Dansart regarding dependent social security reporting for Medical Secondary Payor purposes (.30); review email from K. Dansert regarding same (.10); review proposed employee communication and current CMS guidance (.30). |
| 09/17/09 | A. Gordon | 0.50 | Attend conference call with United HealthCare, R. DeBoer and S. O'Connor regarding open issues on the ASA. |
| 09/17/09 | A. Gordon | 0.30 | Attend conference call with R. DeBoer and S. O'Connor |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2058205
Invoice Date: 10/29/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | regarding Section 13.2 of the ASA. |
| 09/17/09 | A. Gordon | 0.80 | Draft email to United HealthCare regarding third party claims and revisions to Section 13.2 of the ASA. |
| 09/18/09 | A. Gordon | 0.20 | Review e-mails from S. O'Connor and R. DeBoer. |
| 09/18/09 | A. Gordon | 0.30 | Send e-mail to United Healthcare regarding third party claims. |
| 09/18/09 | A. Gordon | 2.30 | Review and revise the wrap welfare plan and e-mail same. |
| 09/25/09 | A. Gordon | 0.40 | Review e-mail from S. O'Connor regarding suggested changes to Section 13.2 of UHC contract. |
| 09/25/09 | A. Gordon | 0.10 | Draft response to S. O'Connor regarding same. |

| | **Total Hours** | **26.40** | **Total For Services** | **$11,234.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| P. Compernolle | 0.50 | 357.50 |
| A. Gordon | 9.60 | 5,856.00 |
| J. Isaac | 14.30 | 4,004.00 |
| S. Nash | 0.70 | 483.00 |
| W. Quinlan | 0.30 | 208.50 |
| B. Schafman | 1.00 | 325.00 |
| **Totals** | **26.40** | **$11,234.00** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Photocopy | 1.20 |
| Device 01CHI27C. 02534. 9/09/09 | |
| Photocopy | 0.40 |
| Device 01CHI08C. 02334. 9/15/09 | |
| Postage | 0.88 |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058205 |
| Invoice Date: | 10/29/2009 |

**Description** **Amount**

9/16/09

| | |
|---|---|
| **Total Costs and Other Charges** | **$2.48** |
| **Total This Invoice** | **$11,236.48** |

.

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058206 |
| Invoice Date: | 10/29/2009 |

---

## Remittance Copy
### Billing for services rendered through 09/30/2009

---

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 2,717.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,717.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058206 |
| Invoice Date: | 10/29/2009 |

## Client Copy
**Billing for services rendered through 09/30/2009**

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 2,717.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,717.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/29/2009

Invoice: 2058206
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042        Non-Qualified Plans
                    Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/09 | P. Compernolle | 1.50 | Telephone conference with K. Dansart regarding Times Mirror excess plan (.20); review plan (.80); telephone conference with M. Bourgon regarding Tribune plan (.50). |
| 09/02/09 | P. Compernolle | 1.00 | Review Times Mirror excess plan (.30); telephone conference with K. Dansart regarding same (.20); revise plan (.40); email revisions to K. Dansart (.10). |
| 09/10/09 | P. Compernolle | 1.30 | Review Hewitt comments on Times Mirror Excess Plan (.60); telephone conference with K. Dansart regarding excess plan (.20); research and revise plan (.50). |

|  | **Total Hours** | **3.80** | **Total For Services** | **$2,717.00** |
|---|---|---|---|---|
|  |  |  | **Total This Invoice** | **$2,717.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2058206

10/29/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0042  Non-Qualified Plans | 3.80 | 2,717.00 | 0.00 | 0.00 | 2,717.00 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058207 |
| Invoice Date: | 10/29/2009 |

## Remittance Copy
### Billing for services rendered through 09/30/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 19,077.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 19,077.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058207 |
| Invoice Date: | 10/29/2009 |

## Client Copy
### Billing for services rendered through 09/30/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---:|
| Total Services | $ 19,077.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 19,077.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/29/2009

Invoice: 2058207
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047          ESOP
                      Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/09 | P. Compernolle | 0.50 | Telephone conference with M. Bourgon regarding form 550 filing (.20), research regarding Form 5500 filing (.30). |
| 09/01/09 | W. Merten | 0.10 | Discussion with P. Compernolle regarding ancillary considerations in addition to late filing of Form 5500. |
| 09/01/09 | J. Holdvogt | 1.30 | Continue researching IRS guidance re: Form 5500 extensions and deadlines and DFVCP program compliance in connection with ESOP administration (.50); draft summary of considerations for completion of Form 5500 for ESOP (.80). |
| 09/02/09 | J. Holdvogt | 0.80 | Send email summary of Form 5500 issues and DFVCP program options for later filing of ESOP Form 5500 to P. Compernolle. |
| 09/03/09 | P. Compernolle | 0.50 | Research, email to M. Bourgon regarding Form 5500 filings. |
| 09/04/09 | P. Compernolle | 0.50 | Email to M. Bourgon re 5500 filings (.10); research regarding same (.40). |
| 09/04/09 | J. Holdvogt | 0.50 | Confer with P. Compernolle re: DFVCP program procedures for late form 5500 filing for Tribune ESOP (.20); research DOL guidance re: applicable penalties for DFVCP (.30). |
| 09/09/09 | P. Compernolle | 0.50 | E-mail to M. Bourgon re 5500 voluntary delinquent filing. |
| 09/09/09 | J. Holdvogt | 0.50 | Confer with P. Compernolle re: DFVCP procedures for failure to timely submit complete Form 5500 for ESOP (.10); review IRS guidance re: DFVCP program (.40). |
| 09/14/09 | P. Compernolle | 0.50 | Telephone conference with M. Bourgon re Form 5500. |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2058207
Invoice Date: 10/29/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/15/09 | P. Compernolle | 1.00 | Research regarding Form 5500 and penalties for late filing. |
| 09/15/09 | K. Simonsen | 0.30 | Conference with Paul Compernolle regarding considerations for filing of Form 5500 and relevant DOL programs. |
| 09/15/09 | A. Gordon | 0.50 | Conference with P. Compernolle regarding 5500 incomplete filing. |
| 09/16/09 | P. Compernolle | 0.80 | Telephone conference with M. Bourgon and others regarding Form 5500 (.30); review forms regarding same (.50). |
| 09/23/09 | P. Compernolle | 0.50 | Review Principal testing documents. |
| 09/23/09 | W. Merten | 0.30 | Review as to correspondence from Principal Financial Group regarding data collection (.10); related correspondence with Paul Compernolle regarding same (.10); review email from Paul Compernolle regarding ESOP (pertaining to annual data collection) (.10). |
| 09/24/09 | P. Compernolle | 1.00 | Review plan testing forms from Principal (.80); conference with S. Schaefer regarding same (.20). |
| 09/24/09 | W. Merten | 2.20 | Analysis regarding Section 409(p) (1.00); call with Luis Granados regarding same (.20); follow-up with L. Granados regarding theory that discount rate should include fact that deferred compensation payable to players of the Cubs represents no more than an unfunded unsecured promise to pay money in the future (with query as to whether the promise "stands behind" the secured lenders in the Tribune ESOP purchase transaction) (.20); related conversations with Susan Schaefer and Dan Zucker regarding same (.20); draft note to file regarding same (.60). |
| 09/24/09 | S. Schaefer | 1.50 | Discussions with Paul Compernolle regarding request for information from Principal. (.30)   Follow-up discussion with Paul Compernolle regarding issues raised by document request and methodology for responding. (.70) Review Code Section 49A regs regarding Tribune firm compensation and bankruptcy scenario. (.50) |
| 09/24/09 | L. Granados | 0.30 | Telephone conference with B. Merten regarding section 409(p). |
| 09/25/09 | P. Compernolle | 4.00 | Review issues regarding allocation of shares (2.00); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2058207
Invoice Date:  10/29/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review testing issues, including 409(p) issues (1.50); telephone conference with K. Dansart regarding same (.20); conference with B. Merten regarding same (.30). |
| 09/25/09 | W. Merten | 1.90 | Discuss Section 409(p) analysis to be undertaken with Paul Compernolle (.30); continued analysis and discussions regarding same (.30); meet with Paul Compernolle and Susan Schaefer with regard to facts (including new information recently received my McDermott and analysis) (1.00); related follow-up (.30). |
| 09/25/09 | S. Schaefer | 2.90 | Review eligibility issues related to participant who had left mid-year 2008 (.6). Prepare for and discussions with Paul Compernolle and Bill Merten regarding the present value calculation of the deferred comp and other information needed to assess the 409P test (1.5).  Review regulations for exception related to deferred comp prior to 2005, discuss with Paul Compernolle (.8) |
| 09/25/09 | J. Holdvogt | 0.80 | Confer with P. Compernolle re: deferred compensation arrangement issues in connection with transaction and Tribune ESOP; search transaction datasite for deferred compensation plan summaries and documents. |
| 09/28/09 | P. Compernolle | 2.00 | Research regarding 409(p) testing. |
| 09/28/09 | W. Merten | 1.20 | Review e-mail from Paul Compernolle regarding possible exclusion for deferred compensation that was outstanding prior to transaction (.20).  Meet with Paul Compernolle regarding details as to exception and strategy with regard to Principal's proposal (.50).  Also discussed topics for conversation with Blake Rubin and Don Liebentritt regarding treatment of 409 deferred compensation. Related analysis and discussions with Susan Schaefer regarding same (.30). |
| 09/28/09 | S. Schaefer | 0.50 | Follow-up discussions with Bill Merten and Paul Compernolle regarding treatment of 409 deferred compensation (.30).  Review of programs for old ball players (.20). |
| 09/29/09 | W. Merten | 0.20 | Leave message for Elyse Bluth (as to whether deferred compensation discount percentage should (in a hypothetical situation) take into account the fact that an unfunded unsecured promise to pay money in the future |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058207 |
| Invoice Date: | 10/29/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | stands behind secured creditors) (.10). Receive telephone call from Elyse regarding same (.10). |
| 09/30/09 | P. Compernolle | 0.50 | Continue research on 409(p) requirement. |
| 09/30/09 | W. Merten | 0.30 | Conversations with Paul Compernolle as to steps to be taken prior to calls with Blake Rubin and Don Liebentritt (.10). Meet briefly with Paul Compernolle. Discussions with Susan Schaefer regarding same (.20). |

| | | Total Hours | 28.40 | | Total For Services | $19,077.50 |
|---|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| P. Compernolle | 12.30 | 8,794.50 |
| A. Gordon | 0.50 | 305.00 |
| L. Granados | 0.30 | 189.00 |
| J. Holdvogt | 3.90 | 1,638.00 |
| W. Merten | 6.20 | 4,433.00 |
| S. Schaefer | 4.90 | 3,503.50 |
| K. Simonsen | 0.30 | 214.50 |
| **Totals** | **28.40** | **$19,077.50** |
| | Total This Invoice | $19,077.50 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058217 |
| Invoice Date: | 10/29/2009 |

## Remittance Copy
### Billing for services rendered through 09/30/2009

Total by Matter
    0507 Newsday                                  $ 4,778.15
    Client/Reference Number: 0000001849

Total Services                                             $ 4,778.00

Total Costs and Other Charges Posted Through Billing Period           0.15

**Total This Invoice**                                     **$ 4,778.15**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dusseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058217 |
| Invoice Date: | 10/29/2009 |

## Client Copy
### Billing for services rendered through 09/30/2009

Total by Matter
    0507 Newsday                                           $ 4,778.15
    Client/Reference Number: 0000001849

Total Services                                                   $ 4,778.00

Total Costs and Other Charges Posted Through Billing Period     0.15

**Total This Invoice**                                       **$ 4,778.15**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

10/29/2009

Invoice: 2058217
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/09 | B. Rubin | 1.30 | Review LLC Agreement regarding tax return filing process (.30); review and comment on tax return (.50); preparation for and conference call with clients regarding tax returns (.50). |
| 09/01/09 | J. Finkelstein | 1.50 | Review tax returns (1.00); participate in conference call with Tribune regarding same (.50). |
| 09/04/09 | J. Finkelstein | 0.50 | Discuss Newsday tax return with Tribune. |
| 09/16/09 | B. Rubin | 1.50 | Correspondence with client regarding FCC waiver issue (.50); preparation for and conference call with clients, Dow Lohnes (.50); analysis regarding same (.50). |
| 09/25/09 | B. Gruemmer | 0.80 | Reviewing claim from Cablevision and ND formation agreement (.50); reviewing and revising proposed response letter (.30). |
| 09/25/09 | D. Fuchs | 0.80 | Draft response letter regarding Cablevision claim. |
| 09/28/09 | D. Fuchs | 0.80 | Revise response letter to Cablevision regarding American Home Mortgage Claim (.60); office conference with B. Gruemmer re: same (.20). |

|  | **Total Hours** | **7.20** | **Total For Services** | **$4,778.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 2.00 | 1,160.00 |
| D. Fuchs | 1.60 | 504.00 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2058217
Invoice Date:  10/29/2009

| Name | Hours | Amount |
|------|-------|--------|
| B. Gruemmer | 0.80 | 552.00 |
| B. Rubin | 2.80 | 2,562.00 |
| **Totals** | **7.20** | **$4,778.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications<br>Ext. 68426 called CHICAGO, (312) 222-3638. 9/24/09 | 0.15 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$0.15** |
| **Total This Invoice** | **$4,778.15** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058215 |
| Invoice Date: | 10/29/2009 |

---

## Remittance Copy
### Billing for services rendered through 09/30/2009

---

Total by Matter
    0515 Chapter 11 Restructuring      $ 27,824.36

Total Services      $ 27,709.00

Total Costs and Other Charges Posted Through Billing Period      115.36

**Total This Invoice**      **$ 27,824.36**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2038862 | 08/31/2009 | 22,212.07 |
| 2048085 | 09/28/2009 | 9,179.18 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:              020336
Invoice:             2058215
Invoice Date:        10/29/2009

Total Outstanding Balance                                 820,649.78

Total Balance Due                                    $ 848,474.14

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058215 |
| Invoice Date: | 10/29/2009 |

## Client Copy
### Billing for services rendered through 09/30/2009

Total by Matter
    0515 Chapter 11 Restructuring                $ 27,824.36

Total Services                                   $ 27,709.00

Total Costs and Other Charges Posted Through Billing Period       115.36

**Total This Invoice**                               **$ 27,824.36**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2038862 | 08/31/2009 | 22,212.07 |
| 2048085 | 09/28/2009 | 9,179.18 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058215 |
| Invoice Date: | 10/29/2009 |

Total Outstanding Balance                                              820,649.78

Total Balance Due                                                   $ 848,474.14

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

10/29/2009

Invoice: 2058215
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/09 | G. Ravert | 1.10 | Prepare for and office conference with J. Zajac to discuss examiner's report (.6); review draft summary of comments for B. Rubin (.5). |
| 09/01/09 | J. Zajac | 2.00 | Review preliminary report of fee examiner (.3); meeting with G. Ravert regarding same (.2); draft and revise outline of response for G. Ravert and B. Rubin (1.5). |
| 09/01/09 | B. Rubin | 0.50 | Review and analyze fee examiner report. |
| 09/02/09 | G. Ravert | 1.00 | Prepare and participate in telephone conference with B. Rubin and J. Zajac to discuss response to examiner's preliminary report (.7); follow-up conference with J. Zajac regarding drafting response thereto (.3). |
| 09/02/09 | J. Zajac | 0.90 | Call with B. Rubin and G. Ravert regarding response to fee examiner's preliminary report (.4); prepare for and meeting with G. Ravert regarding outlining responses and arguments (.5). |
| 09/09/09 | G. Ravert | 0.80 | Prepare for and office conference with J. Zajac regarding examiner's preliminary report and response thereto and May fee statements (.2); email B. Rubin regarding call with examiner (.3); communications with L. Cooper regarding conference call to discuss preliminary report (.2); follow-up communications with B. Rubin and L. Cooper regarding same (.1). |
| 09/09/09 | J. Zajac | 1.50 | Review August prebills for matters 0041, 0047, 0500, 0502, 0504, 0507, 0515 (1.0); meeting with G. Ravert regarding response to fee examiner's preliminary report (.1); communications with M. Simons regarding dates for expenses (.4). |
| 09/10/09 | G. Ravert | 0.40 | Communications with M. Simons regarding May time |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2058215
Invoice Date:  10/29/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.1); telephone conference with B. Rubin, L. Cooper and J. Zajac regarding examiner's preliminary report and related communications rescheduling call (.3). |
| 09/10/09 | J. Zajac | 0.50 | Review emails from M. Simons regarding May time (.1); revise May and quarterly fee application regarding same (.4). |
| 09/11/09 | G. Ravert | 1.20 | Prepare for meeting with L. Cooper of fee examiner (.1); telephone call with B. Rubin, J. Zajac and L. Cooper regarding preliminary fee report (.6); post call conference with J. Zajac regarding drafting a response (.2); review August fee statements (.3). |
| 09/11/09 | J. Zajac | 1.00 | Prepare for and call with G. Ravert and fee examiner regarding response to preliminary report (.6); begin drafting response to same (.4). |
| 09/11/09 | B. Rubin | 1.20 | Preparation for and conference call with Stuart Maue regarding preliminary fee report. |
| 09/14/09 | J. Zajac | 0.20 | Emails to M. Simons regarding August prebills. |
| 09/15/09 | G. Chan | 1.10 | Conference with B. Rubin, A. Whiteway and J. Finkelstein regarding termination of S election (0.5); analyze code and regulations regarding S election terminations (0.6). |
| 09/16/09 | G. Chan | 4.00 | Research regarding S election termination (3.4); draft memo regarding S election termination rules (0.6). |
| 09/16/09 | J. Finkelstein | 0.80 | Discuss bankruptcy planning with Gale Chan. |
| 09/17/09 | G. Chan | 2.10 | Research regarding S election termination (0.9); draft memo regarding S election termination rules (1.2). |
| 09/17/09 | A. Whiteway | 3.50 | Research S Corp termination issues (3.30); meet with Ms. Chan regarding same (.20). |
| 09/18/09 | G. Chan | 5.70 | Research regarding S election termination (0.9); draft memo regarding S election termination rules (4.8). |
| 09/21/09 | G. Chan | 3.90 | Draft memo regarding S termination rules (2.6); research 2-step process issue regarding bankruptcy plan of reorganization (1.3). |
| 09/22/09 | J. Zajac | 0.50 | Draft response to fee examiner's preliminary report. |
| 09/22/09 | G. Chan | 3.00 | Research 2-step process issue regarding bankruptcy plan of reorganization. |
| 09/22/09 | A. Whiteway | 2.50 | Research S termination issues . |
| 09/23/09 | G. Ravert | 1.10 | Review and edit communication to fee examiner (.4); |

# McDermott
# Will & Emery

Tribune Company

Client:     020336<br>
Invoice:    2058215<br>
Invoice Date:  10/29/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review and edit second quarterly fee application (.5); office conference with J. Zajac regarding same (.2) |
| 09/23/09 | J. Zajac | 4.00 | Revisions to second quarterly fee application (1.5); draft and revise response to fee examiner report (2.5). |
| 09/24/09 | J. Zajac | 1.00 | Review research expenses on quarterly fee application. |
| 09/24/09 | G. Chan | 3.00 | Research 2-step process issue (2.0); revise S election termination memo (1.0). |
| 09/25/09 | G. Ravert | 0.50 | Communications with J. Zajac regarding finalizing response to examiner and second quarterly fee app (.4) communications with B. Rubin regarding same (.1). |
| 09/25/09 | J. Zajac | 5.00 | Draft June fee statement (2.5); Draft July fee statement (2.5). |
| 09/25/09 | G. Chan | 2.20 | Research 2-step process issue. |
| 09/28/09 | G. Ravert | 0.20 | Communications with J. Zajac regarding September and August bills and related matters (.2). |
| 09/28/09 | J. Zajac | 1.10 | Revisions to response to fee examiner's preliminary report and second quarterly fee application (.3); email to B. Rubin regarding same (.1); review August finalized bills to ensure compliance with bankruptcy rules (.3); review expense reports for G. Ravert (.3); communications with M. Simons regarding May fee statement (.1). |
| 09/28/09 | G. Chan | 6.30 | Research respecting 2-step process of bankruptcy plan (5.1); draft S election termination memo (1.2). |
| 09/28/09 | B. Rubin | 0.90 | Review and edit response to fee examiner (.7); conference call with Mr. Ravert regarding response and expense reimbursement issues (.2). |
| 09/29/09 | J. Zajac | 1.00 | Draft August fee statement. |
| 09/30/09 | G. Ravert | 0.20 | Communications with B. Rubin regarding examiner response (.2). |
| 09/30/09 | G. Ravert | 0.40 | Review final and revise response of McDermott to Examiner fee application comments (.2); email L. Cooper regarding same (.2). |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058215 |
| Invoice Date: | 10/29/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/30/09 | J. Zajac | 2.00 | Draft August fee statement (.5); review emails from G. Ravert regarding expenses (.1); revise response to fee examiner (.2); correspondences with M. Simons regarding revisions to May invoices (.2); review April and May invoices for expense totals (.2); revise May fee statement (.8). |

| | **Total Hours** | **68.30** | **Total For Services** | **$27,709.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| G. Chan | 31.30 | 10,016.00 |
| J. Finkelstein | 0.80 | 464.00 |
| G. Ravert | 6.90 | 4,036.50 |
| B. Rubin | 2.60 | 2,379.00 |
| A. Whiteway | 6.00 | 4,500.00 |
| J. Zajac | 20.70 | 6,313.50 |
| **Totals** | **68.30** | **$27,709.00** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Business Meal<br>SeamlessWeb Professional Solutions, Inc.; Invoice #556115 ; Date 08/16/09; Maria M McCants; Order #124058679; Ashby's Catering - Rubin Blake Dc. | 101.78 |
| Outside Copy Services<br>VENDOR: Williams Lea Inc.; INVOICE#: CON-00002297; DATE: 9/1/2009 - August 2009 Consolidated Volume Bill.  IPRO. | 1.80 |
| Outside Copy Services<br>VENDOR: Williams Lea Inc.; INVOICE#: CON-00002297; DATE: 9/1/2009 - August 2009 Consolidated Volume Bill.  IPRO. | 1.83 |
| Outside Copy Services | 0.56 |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2058215 |
| Invoice Date: | 10/29/2009 |

| Description | Amount |
|---|---|
| VENDOR: Williams Lea Inc.; INVOICE#: CON-00002297; DATE: 9/1/2009 - August 2009 Consolidated Volume Bill. IPRO. | |
| Outside Copy Services | 0.39 |
| VENDOR: Williams Lea Inc.; INVOICE#: CON-00002297; DATE: 9/1/2009 - August 2009 Consolidated Volume Bill. IPRO. | |
| Photocopy | 3.00 |
| Device 09NYK09C. 9/09/09 | |
| Telecommunications | 0.30 |
| Ext. 75598 called LADUE, (314) 291-3030. 9/10/09 | |
| Telecommunications | 5.70 |
| Ext. 75598 called LADUE, (314) 291-3030. 9/11/09 | |

**Total Costs and Other Charges**    **$115.36**

**Total This Invoice**    **$27,824.36**