IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Related to Docket No. 2566** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION
FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) FURTHER
EXTENDING DEBTORS EXCLUSIVE PERIODS WITHIN WHICH TO FILE
A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

The undersigned, counsel to the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certifies as follows:

1.   On November 13, 2009, the Notice of Motion (the "Notice") and Debtors' Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) Further Extending Debtors Exclusive Periods

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof (the "Motion") [2] [Docket No. 2566] were filed with the Court.

2.  On November 23, 2009, the Official Committee of Unsecured Creditors' (the "Committee") filed a statement in support of the Motion [Docket No. 2610].

3.  On November 24, 2009, Law Debenture Trust Company of New York ("Law Debenture") filed a Response to the Motion [Docket No. 2616] and Centerbridge Credit Advisors LLC ("Centerbridge") joined in Law Debenture's Response [Docket No. 2630]. The Credit Agreement Lenders and JPMorgan Chase Bank N.A. ("JP Morgan") filed objections to the Motion [Docket No. 2617 and 2619, respectively]. No other responses or objections were filed in response to the Motion.

4.  On December 1, 2009, a hearing was held on the Motion and the Court granted an extension of (i) the Debtors' Exclusive Filing Period to propose a Plan in these chapter 11 cases through and including February 28, 2010, and (ii) the Debtors' Exclusive Solicitation Period to solicit acceptances of a Plan in these chapter 11 cases through and including April 29, 2010. The Court also scheduled an evidentiary hearing for February 18, 2009 at 10:00 a.m. prevailing Eastern Time to consider any request for a further extension of the Debtors' Exclusive Periods. The Court requested counsel submit a proposed form of order reflecting the Court's ruling.

5.  Attached hereto for the Court's Consideration is a proposed Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Debtors' Exclusive Periods Within Which To File A Chapter 11 Plan And To Solicit Acceptances Thereof (the "Proposed Order"), which was circulated to counsel for the United States Trustee, the Creditors' Committee, Law Debenture, Centerbridge, the Credit Agreement Lenders, and JP Morgan.

---

[2]  Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

2

6.  All parties have indicated that they have no objection to the form of Proposed Order. Accordingly, the Debtors respectfully request the Court enter the Proposed Order.

Dated: December 11, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Janet E. Henderson
Candice L. Kline
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION