# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 2822 |

## CERTIFICATE OF SERVICE

I, Carl D. Neff, Esquire, hereby certify that on this 11th day of December, 2009, I caused a copy of the **Limited Objection to Debtors' Expedited Motion for an Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(a)** [Docket No. 2822] to be served upon the parties on the attached service list in the manner indicated.

Dated: December 11, 2009  
Wilmington, Delaware              CIARDI CIARDI & ASTIN

By: ___*/s/ Carl D. Neff*___  
Carl D. Neff (No. 4895)  
919 N. Market Street, Suite 700  
Wilmington, Delaware 19801  
Tel: (302) 658-1100  
Fax: (302) 658-1300  
cneff@ciardilaw.com

**SERVICE LIST**
***VIA* ELECTRONIC MAIL**

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
landis@lrclaw.com

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491
USTPREGION03.WL.ECF@USDOJ.GOV

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax : 312-853-7036
bkrakauer@sidley.com

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131
Fax : 302-652-3117
kstickles@coleschotz.com