IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 2407** |

## NOTICE OF FILING OF LENDER FEE PAYMENT SUMMARY

PLEASE TAKE NOTICE that, the debtors and debtors in possession in the above-captioned cases hereby file the attached summary reflecting certain fees and expenses that have been paid to date by Tribune (FN) Cable Ventures, Inc., a non-debtor subsidiary, to counsel and financial advisors for (i) the agent to the senior lenders under that certain Credit Agreement dated as of May 17, 2007 and (ii) the senior lender steering committee and certain other lenders (collectively, the "Lender Fees"). Payment of the Lender Fees was made pursuant to the guarantee agreement dated as of June 4, 2007.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated:  Wilmington, Delaware
        December 11, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Candice L. Kline
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

*Steering Committee Payment Summary*

| Non-Debtor Entity Making Payment | Entity to Whom Payment Was Made | Date of Payment | Amount of Payment | Invoice Detail | | | | Application of Retainer | Other Adj. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Start Date | End Date | Fees | Expenses | | |
| Tribune Company | JP Morgan Chase Bank | 12/17/2008 | 2,000,000.00 | Retainer | | | | 2,000,000.00 | (1) |
| N/A | FTI Consulting, Inc. | 12/31/2008 | | | | | | (135,475.19) | |
| N/A | FTI Consulting, Inc. | 12/31/2008 | | 12/1/2008 | 11/30/2008 | 428,281.00 | 19,510.71 | (447,791.71) | |
| N/A | Davis Polk & Wardwell | 1/1/2009 | | 12/1/2008 | 11/30/2008 | 411,664.00 | 7,817.26 | (419,481.26) | |
| N/A | Davis Polk & Wardwell | 1/1/2009 | | | | | 7,747.11 | | |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 3/12/2009 | 147,986.00 | 12/1/2008 | 12/31/2008 | 575,187.00 | 22,060.63 | (449,261.63) | |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 3/12/2009 | 597,130.00 | 1/1/2009 | 1/31/2009 | 583,595.00 | 13,535.00 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 3/12/2009 | 23,011.42 | 12/1/2008 | 12/31/2008 | 21,998.50 | 1,012.92 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 3/12/2009 | 4,688.54 | 1/1/2009 | 1/31/2009 | 3,757.50 | 931.04 | | |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 3/12/2009 | 44,358.62 | 12/1/2008 | 12/31/2008 | 42,684.50 | 1,674.12 | | |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 3/12/2009 | 164,576.32 | 1/1/2009 | 1/31/2009 | 161,255.50 | 3,320.82 | | |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 3/12/2009 | 145,676.14 | 1/1/2009 | 1/31/2009 | 298,210.50 | 14,198.74 | (166,733.10) | |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 3/12/2009 | 205,013.64 | | | 200,000.00 | | | |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 3/12/2009 | 7,500,000.00 | | Retainer | 7,500,000.00 | | | |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 4/24/2009 | 612,647.86 | 2/1/2009 | 2/28/2009 | 607,974.60 | 4,673.26 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 4/24/2009 | 3,167.24 | 2/1/2009 | 2/28/2009 | 3,076.00 | 91.24 | | |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 4/24/2009 | 263,004.73 | 2/1/2009 | 2/28/2009 | 255,938.00 | 7,066.73 | | |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 4/24/2009 | 197,984.52 | 3/1/2009 | 3/31/2009 | 200,000.00 | 2,998.16 | | |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 4/24/2009 | 128,309.30 | 2/1/2009 | 2/28/2009 | 126,235.50 | 2,073.80 | | |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 4/24/2009 | 162,695.60 | 3/1/2009 | 3/31/2009 | 158,219.50 | 4,476.10 | | |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 4/28/2009 | 746,958.89 | 3/1/2009 | 3/31/2009 | 732,207.60 | 14,751.29 | | |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 4/28/2009 | 200,947.68 | 4/1/2009 | 4/30/2009 | 200,000.00 | 947.68 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 4/28/2009 | 4,149.20 | 3/1/2009 | 3/31/2009 | 3,992.50 | 156.70 | | |
| Tribune (FN) Cable Ventures, Inc | Eaton Vance | 4/28/2009 | 1,514.54 | | | 827.00 | | 5,013.64 | (9) |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 6/1/2009 | 306,720.54 | 3/1/2009 | 3/31/2009 | 293,992.50 | 12,728.04 | | (2) |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 6/1/2009 | 872,803.04 | 4/1/2009 | 4/30/2009 | 858,963.20 | 13,839.84 | | |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 6/1/2009 | 282,289.80 | 4/1/2009 | 4/30/2009 | 273,950.00 | 8,339.80 | | |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 6/1/2009 | 200,990.41 | 5/1/2009 | 5/31/2009 | 200,000.00 | 990.41 | | |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 6/1/2009 | 146,682.07 | 4/1/2009 | 4/30/2009 | 142,970.00 | 3,712.07 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 6/1/2009 | | 4/1/2009 | 4/30/2009 | 1,352.50 | 19.48 | | (5,013.64) (9) |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 7/13/2009 | 708,967.77 | 5/1/2009 | 5/31/2009 | 694,392.60 | 14,575.17 | | |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 7/10/2009 | 221,747.97 | 5/1/2009 | 5/31/2009 | 214,831.50 | 6,916.47 | | |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 7/10/2009 | 208,131.58 | 6/1/2009 | 6/30/2009 | 200,000.00 | 8,131.58 | | |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 7/13/2009 | 57,488.01 | 5/1/2009 | 5/31/2009 | 56,866.00 | 622.01 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 7/13/2009 | | 5/1/2009 | 5/31/2009 | 1,505.00 | 109.44 | | (1,371.98) (3) |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 7/13/2009 | 107,823.60 | 2/1/2009 | 2/28/2009 | | 107,823.60 | | |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 7/13/2009 | 20,606.79 | 2/1/2009 | 2/28/2009 | | 20,606.79 | | |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 8/20/2009 | 155,562.00 | 3/1/2009 | 3/31/2009 | | 155,562.00 | | |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 8/20/2009 | 9,998.00 | 4/1/2009 | 4/30/2009 | | 19,998.00 | | 3,167.24 (3) |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 8/20/2009 | 146,973.03 | 1/1/2009 | 1/31/2009 | | 146,973.03 | | |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 8/20/2009 | 342,108.15 | 2/1/2009 | 2/28/2009 | | 342,108.15 | | |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 8/20/2009 | 800.00 | 3/1/2009 | 3/31/2009 | | 800.00 | | |
| Tribune (FN) Cable Ventures, Inc | JP Morgan Chase Bank | 8/24/2009 | 10,000.00 | 4/1/2009 | 4/30/2009 | | | 10,000.00 | (4) |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 7/24/2009 | 764,615.44 | 6/1/2009 | 6/30/2009 | 755,972.20 | 8,643.24 | | |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 7/21/2009 | 207,970.91 | 6/1/2009 | 6/30/2009 | 203,079.50 | 4,891.41 | | (5) |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 7/21/2009 | 216,210.43 | 7/1/2009 | 7/31/2009 | 200,000.00 | 16,210.43 | | (6) |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 7/23/2009 | 76,329.85 | 6/1/2009 | 6/30/2009 | 75,818.00 | 511.85 | | (5) |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 7/24/2009 | 3,173.89 | 6/1/2009 | 6/30/2009 | 2,749.00 | 605.71 | | (10,000.00) (4), (5) |
| Tribune (FN) Cable Ventures, Inc | Wiley Rein LLP | 7/24/2009 | 348,901.25 | 6/1/2009 | 6/30/2009 | 348,901.25 | | | (7) |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 8/21/2009 | 1,138,551.45 | 7/1/2009 | 7/31/2009 | 1,115,664.10 | 22,887.35 | | (7) |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 8/18/2009 | 241,276.16 | 7/1/2009 | 7/31/2009 | 240,605.00 | 671.16 | | (7) |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 8/18/2009 | 209,143.37 | 8/1/2009 | 8/31/2009 | 200,000.00 | 9,143.37 | | (180.82) (3) |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 9/4/2009 | 52,181.09 | 7/1/2009 | 7/31/2009 | 50,593.50 | 1,587.59 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 8/21/2009 | 1,143.76 | 7/1/2009 | 7/31/2009 | 1,027.50 | 116.26 | | |
| Tribune (FN) Cable Ventures, Inc | Wiley Rein LLP | 8/21/2009 | 328,520.99 | 7/1/2009 | 7/31/2009 | 328,015.00 | 505.99 | | |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 9/23/2009 | 1,770,819.17 | 8/1/2009 | 8/31/2009 | 1,754,563.90 | 16,255.27 | | |
| Tribune (FN) Cable Ventures, Inc | Kramer Levin Naftalis & Frankel LLP | 9/23/2009 | 163,300.77 | 8/1/2009 | 8/31/2009 | 152,854.00 | 10,446.77 | | |
| Tribune (FN) Cable Ventures, Inc | Richards Layton & Finger | 9/23/2009 | 12,953.87 | 8/1/2009 | 8/31/2009 | 12,743.50 | 210.37 | | |
| Tribune (FN) Cable Ventures, Inc | Wiley Rein LLP | 9/23/2009 | 393,941.73 | 8/1/2009 | 8/31/2009 | 393,016.25 | 925.48 | | |
| Tribune (FN) Cable Ventures, Inc | Eaton Vance | 9/23/2009 | 1,591.32 | 8/1/2009 | 8/31/2009 | | 1,591.32 | | |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 9/28/2009 | 368,176.81 | 9/1/2009 | 9/30/2009 | 367,132.50 | 1,044.31 | | |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 9/28/2009 | 213,312.75 | 9/1/2009 | 9/30/2009 | 200,000.00 | 13,312.75 | | |
| Tribune (FN) Cable Ventures, Inc | Davis Polk & Wardwell | 10/20/2009 | 1,290,553.44 | 9/1/2009 | 9/30/2009 | 1,264,552.50 | 26,000.94 | | |
| Tribune (FN) Cable Ventures, Inc | FTI Consulting, Inc. | 10/21/2009 | 227,698.68 | 9/1/2009 | 9/30/2009 | 225,000.00 | 2,658.68 | | |
| Tribune (FN) Cable Ventures, Inc | Blackstone Advisory Services L.P. | 10/21/2009 | 210,148.04 | 10/1/2009 | 10/31/2009 | 200,000.00 | 10,148.04 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune (FN) Cable Ventures, Inc. | Kramer Levin Naftalis & Frankel LLP | 10/20/2009 | 104,100.96 | 9/1/2009 | 9/30/2009 | 102,513.50 | 1,587.46 |
| Tribune (FN) Cable Ventures, Inc. | Richards Layton & Finger | 10/20/2009 | 7,319.05 | 9/1/2009 | 9/30/2009 | 5,830.50 | 1,488.55 |
| Tribune (FN) Cable Ventures, Inc. | Wiley Rein LLP | 10/20/2009 | 389,355.35 | 9/1/2009 | 9/30/2009 | 387,162.50 | 597.68 |
| Total | | | | | 24,546,311.70 | 1,146,896.66 | 1,595.17 (8) |

* The composition of the Steering Committee has changed over time. The current members include JP Morgan Chase Bank, Silver Oak Capital, LLC, Bank of America N.A., Eaton Vance Management, Kohlberg Kravis Roberts & Co. (Fixed Income) LLC, Oaktree Value Opportunities Fund, L.P.

Notes:
(1) $2,000,000 retainer paid prior to filing on 12/1/2008. Retainer was designated $1,250,000 for Davis Polk & Wardwell and $750,000 for FTI Consulting, Inc., and was applied to future invoices.
(2) $7,500,000 retainer was paid to JP Morgan Chase Bank on 3/12/09. Retainer designated $6,650,000 for JP Morgan Chase Bank and $850,000 for Kramer Levin Naftalis & Frankel LLP.
(3) A $3,167.24 overpayment was made on Richards, Layton, & Finger's March bill. The amount of the overpayment was applied to subsequent bills.
(4) A $10,000 underpayment was made on an April JP Morgan Chase Bank bill. The underpayment was corrected and paid 2 business days later.
(5) Payment was made to JPMorgan Chase Bank as reimbursement for a Huron Consulting Group invoice.
(6) Payment was made to JPMorgan Chase Bank as reimbursement for an Intralinks invoice.
(7) Payment was made to JPMorgan Chase Bank as reimbursement for an Epiq eDiscovery Solutions, Inc. invoice.
(8) An expense adjustment was made on the Wiley Rein LLP September invoice that will be deducted from future bills.
(9) An expense adjustment was made on the February Blackstone bill and was corrected on the next monthly bill.