# Exhibit "A"

Dr Gutman Vol 1 and 2 08 21 07.TXT

112

1   going to give it up for you.
2       Q.   Okay.  And is it correct that you passed --
3   you have no board certification as far as pain
4   management medicine?
5       A.   That's correct.
6       Q.   And would it be correct that the medical
7   practice that you operate and have operated on West
8   Colonial since 2001 is basically a multiple disciplinary
9   medical practice for Workmen's Compensation, pain
10  management, car crashes and forensic psychiatry?
11      A.   And general psychiatry.
12      Q.   And general psychiatry.
13      A.   Which includes adolescent, child, family, and
14  adult.
15      Q.   What portion of your practice is general
16  psychiatry, Doctor?
17      A.   Well, thanks to the Orlando Sentinel and its
18  corrupt, out of control crusade on OxyContin, my
19  practice has been decimated and my forensic practice,
20  which used to be quite a prominent part, has dwindled
21  and died, and so the general psychiatry is probably 40
22  percent of the practice, forensic is five percent, if
23  that and the pain management, chiropractic, Vax-D part
24  of it is 55 percent, if I'm correct in the addition.
25      Q.   All right.  Now, back in November of 2003,

MJC REPORTING, INC.

0

113

1   what percentage of your practice was general practice

Page 103