# EXHIBIT A

## Satisfied Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ABDAN, JACK YAACOV<br>7527 E SIERRA DR<br>BOCA RATON, FL 33433-3385 | 08-13208 | Sun-Sentinel Company | 04/23/2009 | 1600 | $495.00 | Paid via EFT number 7700869641 on 2/4/2009. |
| 2 | ACADEMY OF MOTION PICTURE ARTS AND SCIENCES<br>8949 WILSHIRE BOULEVARD<br>BEVERLY HILLS, CA 90211-1972 | 08-13183 | KTLA Inc. | 05/04/2009 | 2337 | $7,500.00 | Paid via check number 0002447572 on 5/4/2009. |
| 3 | AIR 2 WEB INC<br>1230 PEACHTREE STREET NE 12TH FL<br>ATLANTA, GA 30309 | | No Debtor Asserted | 05/04/2009 | 2284 | $5,100.97 | Paid via check number 0002449780 on 5/18/2009. |
| 4 | ALMAN, ISADORA<br>917 WALNUT STREET<br>ALAMEDA, CA 94501 | | No Debtor Asserted | 12/23/2008 | 30 | $1,815.00 | Paid via check number 2421402 on 2/27/2009. |
| 5 | APPLE, CHARLES ARTHUR<br>3113 ROCKWATER WAY<br>VIRGINIA BEACH, VA 23456 | 08-13209 | The Baltimore Sun Company | 04/29/2009 | 2071 | $900.00 | Paid via check number 2462193 on 6/11/2009. |
| 6 | ARONSON, CLAIRE<br>722 SAN REMO DRIVE<br>WESTON, FL 33326 | 08-13169 | Gold Coast Publications, Inc. | 01/26/2009 | 318 | $35.00 | Paid via check number 2415988 on 2/13/2009. |
| 7 | BADEN, LYNN E.<br>1118 STARFISH LANE<br>TARPON SPRINGS, FL 34689 | | No Debtor Asserted | 01/20/2009 | 283 | $690.00 | Paid via check number 2450785 on 5/12/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 8 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 53 | $355.60 | Paid via EFT number 7700939692 on 5/18/2009. |
| 9 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 54 | $349.30 | Paid via EFT number 7700939692 on 5/18/2009. |
| 10 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 55 | $100.00 | Paid via EFT number 7700888157 on 3/3/2009. |
| 11 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 56 | $334.90 | Paid via EFT number 7700939692 on 5/18/2009. |
| 12 | BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | No Debtor Asserted | 12/29/2008 | 57 | $348.40 | Paid via EFT number 7700939692 on 5/18/2009. |
| 13 | BEM, JENNIFER<br>356 LONG MEADOW WAY<br>ARNOLD, MD 21012 | 08-13200 | Patuxent Publishing Company | 04/20/2009 | 1183 | $1,760.00 | Paid via EFT number 7700954691 on 6/10/2009 and 7700902055 on 3/20/2009. |
| 14 | BERNARDO, JOHN<br>854 NW 87TH AVE. #404<br>MIAMI, FL 33172 | | No Debtor Asserted | 02/09/2009 | 436 | $400.00 | Paid via check number 2426594 on 3/13/2009. |
| 15 | BOJANOWSKI, ERIC<br>1901 FILLMORE ST. SUITE 205<br>HOLLYWOOD, FL 33020 | 08-13168 | Forum Publishing Group, Inc. | 01/26/2009 | 316 | $720.00 | Paid via EFT number 7700921389 on 4/20/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 16 | BOYARSKY, BENJAMIN WILLIAM 2135 GREENFIELD AVE LOS ANGELES, CA 90025 | 08-13187 | Los Angeles Times Newspapers, Inc. | 01/16/2009 | 246 | $900.00 | Paid via check number 2407731 on 1/22/2009. |
| 17 | BREMEC, JANICE 1950 N TAMARIND AVE NO.331 LOS ANGELES, CA 90068 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1989 | $200.00 | Paid via check number 2463622 on 6/16/2009. |
| 18 | CAMERON, MICHAEL 4826 N WINTHROP NO.1N CHICAGO, IL 60640 | | No Debtor Asserted | 05/04/2009 | 2424 | $900.00 | Paid via EFT number 7700953251 on 6/9/2009 and 7700954785 on 6/11/2009. |
| 19 | CARNAHAN, JONATHAN CHARLES 5828 DELTA STREET ORLANDO, FL 32807 | 08-13198 | Orlando Sentinel Communications Company | 05/04/2009 | 2388 | $80.00 | Paid via EFT number 7700957848 on 6/16/2009. |
| 20 | CARTER, ROBERT 50 ERBACH CRESCENT BADEN, ON N3A 2L3 | 08-13187 | Los Angeles Times Newspapers, Inc. | 04/29/2009 | 2067 | $900.00 | Paid via check number 0002444624 on 4/23/2009. |
| 21 | CARTER, ROBERT 50 ERBACH CRESCENT BADEN, ON N3A 2L3 | 08-13185 | Los Angeles Times Communications LLC | 05/01/2009 | 2220 | $900.00 | Paid via check number 0002444624 on 4/23/2009. |
| 22 | COOPER, CHARLES B. 1155 W. 4TH ST. # 22 ONTARIO, CA 91762 | | No Debtor Asserted | 01/20/2009 | 289 | $490.00 | Paid via EFT number 7700860940 on 1/20/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 23 | CRUZ, MAYRA<br>1855 COBLE DR.<br>DELTONA, FL 32738 | 08-13236 | Tribune Media Services, Inc. | 12/26/2008 | 49 | $2,414.05 | Paid via EFT number 7700865920 on 1/28/2009, 7700850439 on 12/28/2008, and 7700864665 on 1/26/2009. |
| 24 | DE MARTINI, THOMAS<br>225 RED SCHOOL LANE K-3<br>PHILLIPSBURG, NJ 08865 | 08-13141 | Tribune Company | 01/15/2009 | 304 | $1,500.00 | Paid via EFT number 7700864814 on 1/26/2009. |
| 25 | DORA GUADALUPE PICOS AGUILERA<br>PEDRO ASCENCIO # 717 FRACC. VIRREYES<br>HERMOSILLO, SONORA, | 08-13236 | Tribune Media Services, Inc. | 12/29/2008 | 60 | $1,579.50 | Paid via EFT number 7700867869 on 1/29/2009. |
| 26 | DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | 08-13141 | Tribune Company | 06/08/2009 | 3737 | $450.00 | Paid via EFT number 7700921362 on 4/20/2009. |
| 27 | DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | 08-13141 | Tribune Company | 04/20/2009 | 1033 | $10,046.90 | Paid via check number 2440907 on 4/16/2009. |
| 28 | DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | 08-13185 | Los Angeles Times Communications LLC | 04/20/2009 | 1034 | $846.90 | Paid via check number 2439243 on 4/13/2009. |
| 29 | ENGLE, SHAENA<br>10916 MOORPARK ST NO.7<br>TOLUCA LAKE, CA 91602 | 08-13185 | Los Angeles Times Communications LLC | 04/30/2009 | 2169 | $475.00 | Paid via check number 2346710 on 7/30/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 30 | ESCOBAR, MARIA I. 2734 CARAMBOLA CIR S COCONUT CREEK, FL 330662593 | 08-13168 | Forum Publishing Group, Inc. | 12/24/2008 | 42 | $195.75 | Paid via EFT number 7700896006 on 3/13/2009. |
| 31 | ESCOBAR, MARIA I. 2734 CARAMBOLA CIR S COCONUT CREEK, FL 330662593 | 08-13169 | Gold Coast Publications, Inc. | 12/24/2008 | 45 | $1,188.75 | Paid via EFT number 7700857463 on 1/12/2009 and 7700854066 on 1/2/2009. |
| 32 | FELSHER, JOHN N 434 SOUTH ALDERWOOD STREET WINTER SPRINGS, FL 32708 | | No Debtor Asserted | 04/27/2009 | 1800 | $300.00 | Paid via EFT number 7700840367 on 12/1/2009. |
| 33 | FENSTERMAKER, MORIA 2333 COOLIDGE ST ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/04/2009 | 2355 | $299.60 | Paid via EFT number 7700940436 on 5/19/2009. |
| 34 | FONTANA, GINA 2893 S.W. 22ND CIR. 46-C DELRAY BEACH, FL 33445 | | No Debtor Asserted | 01/29/2009 | 334 | $2,285.00 | Paid via EFT number 7700877344 on 2/13/2009 and 7700863498 on 1/22/2009. |
| 35 | FREY, RONALD 505 SNYDERS RD PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 04/23/2009 | 1657 | $410.08 | Paid via check number 0002430911 on 3/24/2009. |
| 36 | FREY, RONALD 505 SNYDER RD PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 04/23/2009 | 1658 | $410.08 | Paid via check number 0002430911 on 3/24/2009. |
| 37 | GAYLE, ASHLEY ELISABETH 6657 BRANCH ROAD HAYES, VA 23072 | | No Debtor Asserted | 05/11/2009 | 2710 | $500.00 | Paid via EFT number 7701002390 on 8/26/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 38 | GUY & SONS INC<br>1050 WEST VAN BUREN<br>CHICAGO, IL 60607 | 08-13152 | Chicago Tribune Company | 04/21/2009 | 1225 | $325.13 | Paid via EFT number 7701044557 on 11/3/2009. |
| 39 | HANSON, ERIC<br>4444 UPTON AVE S.<br>MINNEAPOLIS, MN 55410 | 08-13185 | Los Angeles Times Communications LLC | 05/22/2009 | 3059 | $1,400.00 | Paid via check number 2463636 on 6/16/2009. |
| 40 | HARRYS MOBILE REPAIR<br>189A EWLL RD<br>WILLIAMSBURG, VA 23188 | | No Debtor Asserted | 04/23/2009 | 1603 | $419.68 | Paid via EFT number 7700945308 on 5/27/2009. |
| 41 | HESS, CHARLES<br>859 S MURFIELD RD<br>LOS ANGELES, CA 90005 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1822 | $400.00 | Paid via EFT number 7700936155 on 5/12/2009. |
| 42 | HILL, TODD<br>331 IRON ST<br>LEHIGHTON, PA 18235 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1963 | Undetermined | Paid via check number 0002504390 on 10/7/2009. |
| 43 | HOWELL, DAVID<br>405B SPRING STREET<br>BETHLEHEM, PA 18018 | 08-13212 | The Morning Call, Inc. | 05/11/2009 | 2713 | $600.00 | Paid via EFT number 7700954137 on 6/9/2009. |
| 44 | HUMBERTO TAKESHI BARRIOS MIYATA<br>REFORMA # 177 NTE. COL.<br>BALDERRAMA<br>HERMOSILLO, SONORA, | 08-13236 | Tribune Media Services, Inc. | 12/29/2008 | 59 | $4,010.00 | Paid via EFT number 7700877521 on 2/13/2009, 7700896972 on 3/16/2009, and 7700862405 on 1/21/2009. |
| 45 | IDAMERICA<br>941 CORPORATE LANE<br>CHESAPEAKE, VA 23320 | | No Debtor Asserted | 02/09/2009 | 430 | $641.57 | Paid via EFT number 7700879294 on 2/17/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 46 | ILIFF, ANDREW R<br>216 BISHOP ST    APT 206<br>NEW HAVEN, CT 06511 | | No Debtor Asserted | 04/20/2009 | 1146 | $130.00 | Paid via EFT number 7700948685 on 6/2/2009. |
| 47 | JAMES, SUSAN E.<br>4534 HILLARD AVENUE<br>LA CANADA, CA 91011 | | No Debtor Asserted | 01/06/2009 | 89 | $76.25 | Paid via EFT number 7700860949 on 1/20/2009. |
| 48 | JEFF SCIORTINO PHOTOGRAPHY<br>764 N MILWAUKEE AVENUE<br>CHICAGO, IL 60622 | 08-13152 | Chicago Tribune Company | 04/20/2009 | 1195 | $2,000.00 | Paid via EFT number 7700941732 on 5/21/2009. |
| 49 | JFA REAL ESTATE, INC.<br>ATTN: CRAIG ROTH<br>2050 S. BUNDY DR. #245<br>LOS ANGELES, CA 90025 | 08-13183 | KTLA Inc. | 03/27/2009 | 825 | $3,623.01 | Paid via check number 0002436070 on 4/6/2009. |
| 50 | KEENAN, STEFANIE<br>1417 N. CATALINA ST.<br>LOS ANGELES, CA 90027 | | No Debtor Asserted | 12/31/2008 | 75 | $9,000.00 | Paid via EFT number 7700903124 on 3/24/2009. |
| 51 | KESSLER, ARAN<br>1804 PEACHTREE DRIVE<br>VALPARAISO, IN 46383 | 08-13185 | Los Angeles Times Communications LLC | 04/23/2009 | 1596 | $358.30 | Paid via check number 2463646 on 6/16/2009. |
| 52 | LA CANADA FLINTRIDGE<br>4529 ANGELES CREST HWY NO.102<br>LA CANADA, CA 91011 | | No Debtor Asserted | 04/24/2009 | 1446 | $16,000.00 | Paid via check number 0002462718 on 6/12/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 53 | LANCASTER, WILLIAM<br>931 CROMWELL BRIDGE<br>TOWSON, MD 21286 | 08-13209 | The Baltimore Sun Company | 05/01/2009 | 2229 | $6,547.08 | Paid via check number 0002516946 on 11/9/2009. |
| 54 | LEON, MARK<br>3401 SYCAMORE ST<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/26/2009 | 3191 | $130.45 | Paid via EFT number 77009940545 on 5/19/2009. |
| 55 | LUSTIG, CAROL<br>9740 NW 51ST ST.<br>CORAL SPRINGS, FL 33076 | | No Debtor Asserted | 01/12/2009 | 222 | $1,402.50 | Paid via EFT number 77000903737 on 3/25/2009. |
| 56 | MARIMAN, ANDREW<br>422 WASHINGTON STREET<br>KLAMATH FALLS, OR 97601 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1707 | $799.90 | Paid via EFT number 77000958050 on 6/16/2009. |
| 57 | MAYNE, NICHOLAS<br>11681 SW 17TH CT<br>MIRAMAR, FL 33025 | | No Debtor Asserted | 12/16/2008 | 6 | $1,500.00 | Paid via EFT number 77000872742 on 2/5/2009. |
| 58 | MEJIA, MICHELLE A.<br>C/O BROOKWELL<br>2725 NE 1ST AVE<br>WILTON MANORS, FL 33334 | | No Debtor Asserted | 01/16/2009 | 250 | $440.50 | Paid via EFT number 77000877400, on 2/13/2009. |
| 59 | MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | 08-13141 | Tribune Company | 12/22/2008 | 24 | $360.00 | Paid via EFT number 77000851596 on 12/26/2008. |
| 60 | MILLER KAPLAN ARASE AND CO<br>4123 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602-2828 | 08-13152 | Chicago Tribune Company | 05/04/2009 | 2298 | $6,000.00 | Paid via EFT number 77000992290 on 8/6/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 61 | MOORE, HEIDI<br>4533 N WHIPPLE ST<br>CHICAGO, IL 60625 | | No Debtor Asserted | 04/06/2009 | 898 | $250.00 | Paid via EFT number 7700911497 on 4/3/2009. |
| 62 | MORGENSTERN, MICHAEL<br>9 COACH LN<br>CHERRY HILL, NJ 08002 | 08-13211 | The Hartford Courant Company | 04/27/2009 | 1942 | $500.00 | Paid via EFT number 7700953735 on 6/9/2009. |
| 63 | OBTIVA CORPORATION<br>566 W ADAMS STE 400<br>CHICAGO, IL 60661 | | No Debtor Asserted | 05/05/2009 | 2453 | $10,292.50 | Paid via EFT number 7700848602 on 12/22/2008. |
| 64 | ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | 08-13141 | Tribune Company | 01/20/2009 | 291 | $65.00 | Paid via EFT number 7700857446 on 1/12/2009. |
| 65 | ORVIDAS, KEN<br>16724 NE 138TH CT.<br>WOODINVILLE, WA 98072 | 08-13187 | Los Angeles Times Newspapers, Inc. | 01/12/2009 | 225 | $1,600.00 | Paid via check number 2428617 on 3/18/2009. |
| 66 | PAGLIARO, LAURA<br>621 MERCHANTS SQ<br>LANCASTER, PA 176018815 | 08-13175 | Hoy Publications, LLC | 05/20/2009 | 2997 | $1,350.00 | Paid via EFT number 7700954609 on 6/10/2009. |
| 67 | PARKER, HONEY<br>PO BOX 982080<br>PARK CITY, UT 84098 | 08-13187 | Los Angeles Times Newspapers, Inc. | 04/27/2009 | 1957 | $1,200.00 | Paid via EFT number 7700874276 on 2/10/2009. |
| 68 | PARSONS, LEIF<br>634 MANHATTAN AVE FL3<br>BROOKLYN, NY 11222 | 08-13141 | Tribune Company | 06/10/2009 | 4282 | $350.00 | Paid via check number 2463660 on 6/16/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 69 | PEREZ, KATERINA<br>67 SAINT JOHNS AVE<br>VALLEY STREAM, NY 11580 | | No Debtor Asserted | 01/28/2009 | 329 | $2,100.00 | Claimant stated all amounts have been paid. |
| 70 | PLATFORM-A INC., AN AOL LLC COMPANY<br>TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | 08-13152 | Chicago Tribune Company | 01/15/2009 | 235 | $216,404.98 | Paid via check number 7700848609 on 12/22/2008. |
| 71 | RAHE, ELIZABETH<br>5180 POLK LANE<br>OLIVE BRANCH, MS 38654 | 08-13169 | Gold Coast Publications, Inc. | 12/22/2008 | 21 | $4,200.00 | Paid via EFT number 7700857480 on 1/12/2009. |
| 72 | RAISH, JASON<br>3069 COUNTY RD 119<br>CANISTEO, NY 14823 | 08-13141 | Tribune Company | 06/04/2009 | 3485 | $500.00 | Paid via EFT number 7700954397 on 6/10/2009. |
| 73 | REYSEN, NATE<br>715 MICHIGAN AVE APT 2<br>MIAMI BEACH, FL 331396076 | 08-13236 | Tribune Media Services, Inc. | 01/12/2009 | 216 | $4,400.00 | Paid via EFT number 7700864202 on 1/22/2009 and 7700877510 on 2/13/2009. |
| 74 | RICIGLIANO, MICHAEL C<br>3628 EASTWOOD DR.<br>BALTIMORE, MD 21206 | 08-13141 | Tribune Company | 06/05/2009 | 3611 | $200.00 | Paid via EFT number 7700958063 on 6/16/2009. |
| 75 | RODRIGUEZ, KRISTINE B.<br>1917 E. ILLINOIS ST<br>WHEATON, IL 60187 | 08-13141 | Tribune Company | 01/05/2009 | 84 | $360.00 | Paid via check number 2406459 on 1/20/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11 : EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 76 | ROTH, AARON<br>7251 E DESERT MOON LOOP<br>TUCSON, AZ 857500921 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1987 | $1,000.00 | Paid via check number 2461249 on 6/9/2009 and 0002463670 on 6/16/2009. |
| 77 | SCHASSLER, KATHLEEN<br>24 VERNONDALE CT<br>SOUTHINGTON, CT 06489 | | No Debtor Asserted | 01/08/2009 | 201 | $125.00 | Paid via EFT number 7700860682 on 1/20/2009. |
| 78 | SEDAM, STEPHEN<br>2609 GREENMONT DR<br>FORT COLLINS, CO 80524-1942 | 08-13185 | Los Angeles Times Communications LLC | 04/23/2009 | 1572 | $900.00 | Paid via EFT number 7700958070 on 6/16/2009. |
| 79 | SHOEMAKER, TIMOTHY<br>124 N. 3RD STREET APT 2R<br>EASTON, PA 18042 | | No Debtor Asserted | 01/15/2009 | 239 | $850.00 | Paid via EFT number 7700864837 on 1/26/2009. |
| 80 | SQUIER, WILLIAM GEORG<br>75 RIDGE PARK AVE<br>STAMFORD, CT 06905 | 08-13191 | New Mass. Media, Inc. | 04/20/2009 | 1101 | $50.00 | Paid via EFT number 7700948688 on 6/2/2009. |
| 81 | STARK, ERNA TAYLOR<br>629 LINDA VISTA AVE<br>PASADENA, CA 91105 | 08-13185 | Los Angeles Times Communications LLC | 05/18/2009 | 2964 | $162.94 | Paid via EFT number 7700958076 on 6/16/2009. |
| 82 | STARZYK, KARA<br>13230 SW 32ND COURT<br>FORT LAUDERDALE, FL 33330 | 08-13141 | Tribune Company | 03/13/2009 | 729 | $1,300.00 | Paid via EFT number 7700920908 on 4/17/2009. |
| 83 | STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | 08-13141 | Tribune Company | 01/08/2009 | 196 | $1,800.00 | Paid via EFT number 7700860771 on 1/20/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 11: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 84 | TAPLINGER, MATTHEW<br>156 FRANKLIN ST APT 2R<br>BROOKLYN, NY 112222134 | 08-13152 | Chicago Tribune Company | 04/27/2009 | 1882 | $125.00 | Paid via EFT number 7700957746 on 6/16/2009. |
| 85 | TELEVISION BUREAU OF ADVERTISING INC.<br>3 EAST 54TH STREET, 10TH FL<br>NEW YORK, NY 10022-3108 | 08-13184 | KWGN Inc. | 05/26/2009 | 3160 | $1,243.00 | Paid via check number 13767 on 4/24/2009. |
| 86 | TRIEMER, ISABELL<br>3 SPRINGTIDE CT<br>MIDDLE RIVER, MD 21220 | | No Debtor Asserted | 04/30/2009 | 2142 | $100.00 | Paid via check number 2432381 on 3/26/2009. |
| 87 | TULLIS, ANDREW J<br>20124 WAPITI CT<br>BEND, OR 97702 | 08-13185 | Los Angeles Times Communications LLC | 05/18/2009 | 2934 | $335.80 | Paid via check number 2463682 on 6/16/2009. |
| 88 | TURNER, WILLIAM<br>5931 MICHAELS XING<br>OREFIELD, PA 18069 | 08-13212 | The Morning Call, Inc. | 05/11/2009 | 2712 | $579.68 | Paid via EFT number 7700931371 on 5/5/2009 and 7700903566 on 3/24/2009. |
| 89 | VANZILE, JON<br>3740 NE 15 TERRACE<br>POMPANO BEACH, FL 33064 | | No Debtor Asserted | 04/23/2009 | 1581 | $150.00 | Paid via check number 2451033 on 5/13/2009. |
| 90 | WALK, JAMES<br>446 FREEHALL ST<br>MERTZTOWN, PA 19539 | 08-13212 | The Morning Call, Inc. | 04/20/2009 | 1108 | $410.08 | Paid via EFT number 7700865779 on 1/27/2009. |
| 91 | ZOHAR LAZAR INC<br>28 BROAD ST<br>KINDERHOOK, NY 12106 | 08-13152 | Chicago Tribune Company | 05/04/2009 | 2312 | $800.00 | Paid via EFT number 7700957760 on 6/16/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.