# EXHIBIT A

**Disputed Claims of Deutsche Bank National Trust Company Americas**

TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 7: EXHIBIT A – DUPLICATES LIABILITY IN ANOTHER CLAIM

| | Claims to be Expunged | | | | Reason for proposed disallowance | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | | Name | Case Number | Claim # | Total Claim Dollars |
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5675 | $456,946,875.00 | Duplicate of claim 3528 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3528 | $456,946,875.00 |
| 2 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5676 | $335,486,250.00 | Duplicate of claim 3527 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3527 | $335,486,250.00 |
| 3 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5674 | $148,715,333.33 | Duplicate of claim 3529 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3529 | $148,715,333.33 |

TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 7: EXHIBIT A – DUPLICATES LIABILITY IN ANOTHER CLAIM

| | Claims to be Expunged | | | | Reason for proposed disallowance | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | | Name | Case Number | Claim # | Total Claim Dollars |
| 4 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5678 | $102,000,520.83 | Duplicate of claim 3531 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3531 | $102,000,520.83 |
| 5 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5672 | $86,270,366.40 | Duplicate of claim 3530 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3530 | $86,270,366.40 |
| 6 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5671 | $83,702,999.21 | Duplicate of claim 3525 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3525 | $83,702,999.21 |

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 7: EXHIBIT A – DUPLICATES LIABILITY IN ANOTHER CLAIM

| | Claims to be Expunged | | | | Reason for proposed disallowance | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | | Name | Case Number | Claim # | Total Claim Dollars |
| 7 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5677 | $69,812,899.00 | Duplicate of claim 3532 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3532 | $69,812,899.00 |
| 8 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | All Jointly Administered Debtors | 5673 | $120,500.00 | Duplicate of claim 3526 Claim is properly at Tribune Company only | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VP GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 08-13141 | 3526 | $120,500.00 |

Total $1,283,055,743.77