# EXHIBIT B

### Black Lined Revised Order

46429/0001-6179484v1
December 14, 2009

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No.** ____ |

## ORDER SUSTAINING DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("UNSUPPORTED CLAIMS")

Upon consideration of the Ninth Omnibus (Non-Substantive) Objection[2] of the Debtors to claims (the "Objection"), by which the Debtors respectfully request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

Rule 3007-1, disallowing and expunging the Unsupported Claims set forth on Exhibit A attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as modified hereby; and it is further

ORDERED that the Unsupported Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that solely with respect to the Debtors' Objection to Claim No. 2111 of Claudia Sanzeri, the Objection is continued to the next omnibus hearing scheduled in these chapter 11 cases, being January 27, 2010 at 10:00 a.m. (prevailing Eastern time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such claim and the Objection thereto; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the notwithstanding anything contained in the Objection or the Exhibits attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to this Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions, are unaffected; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2009

                                                            _____
                                                            The Honorable Kevin J. Carey
                                                            Chief United States Bankruptcy Judge

# EXHIBIT A

## Unsupported Claims

## (Revised)

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 9: EXHIBIT A – UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | AIRGAS<br>PO BOX 13027<br>NEWARK, NJ 07188-0027 | | No Debtor Asserted | 05/08/2009 | 2608 | Undetermined | No Supporting Documentation |
| 2 | ALMAN, ISADORA<br>917 WALNUT STREET<br>ALAMEDA, CA 94501 | | No Debtor Asserted | 04/21/2009 | 1277 | Undetermined | No Supporting Documentation |
| 3 | BACHWITZ, TIMOTHY<br>2839 PATTEN PLACE WEST<br>SEATTLE, WA 98199 | | No Debtor Asserted | 05/11/2009 | 2652 | Undetermined | No Supporting Documentation |
| 4 | BACHWITZ, TIMOTHY B<br>2839 PATTEN PLACE WEST<br>SEATTLE, WA 98199 | | No Debtor Asserted | 05/11/2009 | 2081 | Undetermined | No Supporting Documentation |
| 5 | BAKSTON, NANCY<br>EAST RD<br>BROAD BROOK, CT 06016 | | No Debtor Asserted | 04/23/2009 | 1541 | $1,022.00 | No Supporting Documentation |
| 6 | BANKS, BRANDON S<br>301 73RD ST<br>NEWPORT NEWS, VA 23607 | | No Debtor Asserted | 04/23/2009 | 1612 | Undetermined | No Supporting Documentation |
| 7 | BARKER, DENNIST<br>7084 SANTA RITA CIRCLE<br>BUENA PARK, CA 90620 | 08-13185 | Los Angeles Times Communications LLC | 06/01/2009 | 3349 | $9,000.00 | No Supporting Documentation |
| 8 | BAVCO<br>20435 S SUSANA ROAD<br>LONG BEACH, CA 90810 | | No Debtor Asserted | 05/29/2009 | 3259 | Undetermined | No Supporting Documentation |
| 9 | BRAITSCH, RICHARD G JR<br>2139 WHISTLER AVE<br>BALTIMORE, MD 21230 | 08-13141 | Tribune Company | 06/12/2009 | 5015 | $9,342.14 | No Supporting Documentation |
| 10 | BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | | No Debtor Asserted | 04/27/2009 | 1947 | Undetermined | No Supporting Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 9: EXHIBIT A -- UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 11 | CAMASSAR, CAROLYN I<br>5 OLD WALLINGFORD RD<br>DURHAM, CT 06422 | | No Debtor Asserted | 06/10/2009 | 4302 | Undetermined | No Supporting Documentation |
| 12 | CAMPOS, ALFONSO<br>4765 LAKE TRAIL DR APT 1B<br>LISLE, IL 60532-1434 | 08-13141 | Tribune Company | 04/30/2009 | 2123 | $3,000.00 | No Supporting Documentation |
| 13 | CAULER, BETTY<br>2212 W TILGHMAN STREET<br>ALLENTOWN, PA 18104 | | No Debtor Asserted | 05/06/2009 | 2478 | Undetermined | No Supporting Documentation |
| 14 | CAULER, BETTY E<br>2212 W TILGHMAN STREET<br>ALLENTOWN, PA 18104 | | No Debtor Asserted | 05/06/2009 | 2479 | Undetermined | No Supporting Documentation |
| 15 | CHANCE, ROBERT<br>3631 BERKLEY RD<br>DARLINGTON, MD 21034 | | No Debtor Asserted | 04/24/2009 | 1507 | $500.00 | No Supporting Documentation |
| 16 | CLERK OF THE CIRCUIT COURT OF COOK COUNTY<br>RICHARD DALEY CENTER ROOM 1001<br>CHICAGO, IL 60602 | | No Debtor Asserted | 04/24/2009 | 1771 | Undetermined | No Supporting Documentation |
| 17 | GIANNONE, LISA<br>P O BOX 75<br>HICKSVILLE, NY 11801 | 08-13141 | Tribune Company | 04/29/2009 | 2867 | Undetermined | No Supporting Documentation |
| 18 | GUSMEROTTI, JOSEPH A<br>102 S CATALINA<br>LOS ANGELES, CA 90004 | | No Debtor Asserted | 05/01/2009 | 2222 | $53,266.50 | No Supporting Documentation |
| 19 | HARVEY, HOWARD<br>155-56 115TH ROAD<br>JAMAICA, NY 11434 | | No Debtor Asserted | 06/01/2009 | 3352 | $13,663.00 | No Supporting Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 9: EXHIBIT A – UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 20 | LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | 08-13141 | Tribune Company | 04/28/2009 | 2033 | Undetermined | No Supporting Documentation |
| 21 | MARTINEZ, WILLIAM<br>3001 NW 48TH AVENUE #445<br>LAUDERDALE LAKE, FL 33313 | | No Debtor Asserted | 04/28/2009 | 2020 | Undetermined | No Supporting Documentation |
| 22 | MURRAY, THOMAS<br>40 PROSPECT ST<br>FREEPORT, NY 11520 | | No Debtor Asserted | 05/21/2009 | 3027 | $4,000.00 | No Supporting Documentation |
| 23 | OSSA, JOSEPH<br>806 TWIN LAKES DRIVE<br>CORAL SPRINGS, FL 33071 | | No Debtor Asserted | 04/21/2009 | 1286 | $15,000.00 | No Supporting Documentation |
| 24 | PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | 08-13141 | Tribune Company | 04/29/2009 | 2078 | Undetermined | No Supporting Documentation |
| 25 | POINTDUJOUR, JEAN M<br>91-34 195TH ST.<br>2C<br>JAMAICA, NY 11423 | | No Debtor Asserted | 04/28/2009 | 2015 | Undetermined | No Supporting Documentation |
| 26 | RUSSO, ANTHONY<br>221 W MAIN RD<br>LITTLE COMPTON, RI 02837 | | No Debtor Asserted | 05/26/2009 | 3136 | Undetermined | No Supporting Documentation |
| 27 | ~~SANZERI, CLAUDIA~~<br>~~35 WOODCOCK LANE~~<br>~~LEVITTOWN, NY 11756~~ | ~~08-13141~~ | ~~Tribune Company~~ | ~~04/30/2009~~ | ~~2111~~ | ~~$7,680.82~~ | ~~No Supporting Documentation~~ |
| 28 | SHAW, WILLIAM<br>105 BROOKSIDE DRIVE<br>SAN ANSELMO, CA 94960 | | No Debtor Asserted | 04/20/2009 | 1044 | Undetermined | No Supporting Documentation |
| 29 | VON SPEIDEL, KRYSTIAN<br>BOX 370061<br>WEST HARTFORD, CT 06137 | 08-13191 | New Mass. Media, Inc. | 04/24/2009 | 1520 | $200.00 | No Supporting Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 9: EXHIBIT A – UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 30 | YOUNG, DAVID<br>253 AVENUE C<br>RONKONKOMA, NY 11779 | | No Debtor Asserted | 05/04/2009 | 2413 | Undetermined | No Supporting Documentation |
| 31 | YOUNG, DONALD<br>253 AVENUE C<br>RONKONKOMA, NY 11779 | | No Debtor Asserted | 05/04/2009 | 2412 | Undetermined | No Supporting Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Page 4 of 4