IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 14, 2009, the Credit Agreement Lenders by and through its undersigned counsel, caused a copy of the following to be served upon the parties on the attached service list in the manner indicated:

> Response and Objection to Law Debenture Trust Company of New York's First Set of Document Requests to Lender Steering Committee

Dated: Wilmington, Delaware
December 14, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253

*Counsel to the Credit Agreement Lenders*

## SERVICE LIST
## 12/14/2009

Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Law Debenture Trust)
*Hand Delivery*

David S. Rosner, Esq.
Ronald R. Rossi, Esq.
David J. Mark, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(Law Debenture Trust)
*First Class Mail*

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, 6th Floor
Wilmington, DE 19801
Committee Counsel
*Hand Delivery*

Norman L. Pernick, Esq
Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801
(Debtors - Tribune Co.)
*Hand Delivery*

Howard Seife, Esq.
David LeMay, Esq.
Christy Rivera, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*