# EXHIBIT B

| | | |
|---|---|---|
| "Schwinger, Robert A." <RSchwinger@chadbourne.com> | To | "'Joseph Drayton'" <JDrayton@kayescholer.com> |
| 09/18/2009 02:27 PM | cc | "Seife, Howard" <HSeife@chadbourne.com>; "Zink, N. Theodore" <TZink@chadbourne.com>; "Vazquez, Francisco" <FVazquez@chadbourne.com>; "Ashley, Marc D." |
| | bcc | |
| Document is Retained | Subject | Tribune/MLCC -- Search terms & custodians for e-mail search |

History: ⇨ This message has been forwarded.

Dear Joe,

Following up on our conversation earlier this afternoon, this e-mail will set forth what we have identified as to proposed search terms and e-mail custodians for the first-pass sweep of Merrill Lynch's e-mail.

We appreciate the opportunity to provide you with some input from our end (without prejudice) as to the type of searches and the names of e-mail custodians that we think will help identify your client's responsive e-mail materials for production. Ultimately, however, as I mentioned, since it is you rather than we who is Merrill Lynch's counsel in this matter, we have only a limited ability to assess which search terms and custodians should be used in performing a first-pass sweep of e-mails so as to reliably capture responsive material. We continue to be of the view that informed input from your client is also a vital part of this process.

Similarly, because it is you rather than we who is Merrill Lynch's counsel in this matter, we are not in much of a position to reliably assess whether including particular search terms or custodians would or would not create an undue burden for your client in terms of identifying the responsive material for production. Indeed, the costs associated with including any particular search term or custodian can only be weighed in the context of some empirical and analytical testing as to the degree that searches omitting them may fail to capture responsive non-duplicative/non-cumulative material.

Per your suggestion, I touched base with Tom Hall regarding the early discussions in this matter about Merrill Lynch's e-mail production. While there's no point in getting into a "he said, she said" dialogue, his recollection was that while we were told of Merrill Lynch's preference that we deal with e-mail solely by having us identify relevant persons based on our review of the non-e-mail production, his recollection was that nothing was committed to on that point, other than that we would confer regarding e-mail at a second stage following the non-e-mail production.

In any event, in e-discovery, assembling a group of search terms and custodians is inevitably just an effort to identify a reasonable starting place for what is essentially an experiment. That experiment can only be judged by seeing how well it succeeds in actual execution in performing the key function of identifying responsive material for production. Notwithstanding whatever identification or exclusion of terms or custodians may seem logical to outside counsel in the abstract, courts have recognized that the producing party still bears some responsibility to sample and test its e-discovery production to provide some assurance that the approach taken did not impair the production of truly responsive material.

The search terms we suggest are as follows. FYI, this is virtually identical to the list of terms on which we reached agreement with JPMorgan's counsel for their e-mail production:

Tribune; Trib; Trb
EGI; EGI-TRB; EGII; Equity Group Investments; Equity Office Properties
Zell
Sam Investment Trust
Chai Trust
ESOP; TESOP

Step 1; Step One; First Step
Step 2; Step Two; Second Step
Chandler
Grenesko
Osborn*
S-Corp*; S Corp*
Tranche X; Tranche B
VRC; Valuation Research
Duff & Phelps; D&P
Nils; Larsen
FitzSim*
Tower
McCormick
Cantigny
Foundation*
GreatBanc
Navigant
Standard & Poor's; S&P
Murray Devine

With regard to relevant e-mail custodians, our people have identified the following list of names, based on Working Group Lists or other Merrill Lynch presentations or reports that they have seen in the Merrill Lynch production to date.

Anceleitz, Sandra
Baker, Todd
Benson, Shawn
Berry, Mark
Braun, Ben
Buffington, Matthew
Bunting, Russ
Burke, Bob
Chan, Stacy
Cook, Kevin
Costa, Michael
Cotarelo, Jose
Cowell, Louis
Coyle, Jay
D'Addario, Michael
Dalhback, Henrik
Dula, Sonia
Egan, Thomas
Eidinger, John
Faulstich, Blair
Figueroa, Mariela
Gallagher, Terrance
Gill, Jack
Green, Christopher
Haberman, Scott
Harrison, John
Hartke, John
Hayes, O'Malley
Hines, Ted
Hoffman, Richard
Hwang, Harris

Innocentin, Robert
Kaglart, Todd
Kapadia, Raj
Kaplan, Todd
Kidd, Tami
Kim, Caroline
Klykova, Natasha
Leder, James
Lee, Miyoung
Lesuer, Paul
Lewicki, David
Lin, Caroline
Mannino, James
Marcus, Mitchell
Margolies, Greg
Mayer, Carl
McFadden, Katie
McIntosh, Joseph
Meadows, Nancy
Melchionni, Keith
Minicus, Kevin
Mullen, Erin
Murphy, David
Myers, Larysa
Nesi, Victor
O'Grady, Michael
O'Brien, Terry
O'Leary, Nick
Paras, Stephen
Plohn, Charles
Powless, Wayne
Reynolds, Jay
Road, Jonathan
Rubenstone, Richard
Scolnick, Todd
Seaman, David
Servin, John
Shikany, Anthony
Sollott, Tina
Sysler, Howard
Talbott, Lauren
Terrusa, Vince
Tretiak, Phil
Tuvlin, David
Urueta, Carlos
Washington, Troy
Weidler, Deirdre
Werner, Addison
Wood, Adam
Wu, Karen
Zuppet, Stefano

Please review the foregoing and let us know your thoughts. I understand you will be on vacation next week (and I will be leaving the office early today), but if there is anyone at your firm in a position to deal with this and help move it forward in your absence, they should feel free to contact me about this, as the

Committee is very eager to move this process forward as quickly as possible. Thank you very much for your cooperation.

Best regards,

       R. A. S.

**Robert A. Schwinger**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5364 | **fax** 646-710-5364
rschwinger@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/rschwinger.vcf

Please consider the environment before printing this email.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com