# EXHIBIT C

| | | |
|---|---|---|
| "Schwinger, Robert A." <RSchwinger@chadbourne.com> | To | "'Joseph Drayton'" <JDrayton@kayescholer.com> |
| | cc | "Seife, Howard" <HSeife@chadbourne.com>; "Zink, N. Theodore" <TZink@chadbourne.com>; "Vazquez, Francisco" <FVazquez@chadbourne.com>; "Ashley, Marc D." |
| 10/02/2009 10:05 AM | bcc | |
| Document is Retained | Subject | Tribune/MLCC -- E-mail search terms |

History: 🔄 This message has been replied to and forwarded.

Dear Joe,

I am writing as a further follow-up to our discussion on Wednesday morning about proposed search terms to use for the first-pass sweep of Merrill Lynch e-mails to be reviewed for responsiveness to the Committee's document requests.

In our conversation, you expressed some strong reservations about certain of the search terms that we had proposed to you in my September 18, 2009 e-mail, citing concern that they would be likely to yield too many false positives. You specifically cited in this regard the following (assuming my notes from the call are correct and complete):

Duff & Phelps; D&P
Standard & Poor's; S&P
Step 1; Step One; First Step
Step 2; Step Two; Second Step
Tranche B
S-Corp*; S Corp*

I thought it would be helpful to note the following observations in response:

1. All the terms you identified (and virtually all the others that were on the list we suggested to you) are search terms that are being used currently by JPMorgan in its e-mail production to the Committee in this matter. In fact, JPMorgan itself proposed these terms to us. (The only exception to this is Standard & Poor's / S&P, and that is because S&P became part of our focus only after the JPMorgan search terms had been agreed upon.) JPMorgan is a major national financial institution that in terms of size and complexity is not materially different from Merrill Lynch for the purposes of an e-mail production such as this. That JPMorgan apparently did not find these terms to be too burdensome or overinclusive suggests to me that these terms are likely to be equally workable and appropriate for Merrill Lynch in this context.

2. JPMorgan agreed to add to the list of search terms it initially had proposed certain additional terms that we had suggested, even after expressing initial reservations that some of them (e.g., "Navigant") might yield too many nonresponsive e-mails. Since that is essentially the same kind of concern you are voicing, I will make to you the same observations that I made to JPMorgan when this issue arose, which seemed to help resolve the matter:

    (a) We, as counsel to the Committee, ultimately are not in any position to meaningfully assess whether including searches for these additional terms in the first-pass sweep of e-mails, in addition to all the other terms agreed to, would or would not create an undue burden for your client in terms of identifying the full range of responsive material for production.

    (b) The costs associated with including these as search terms can only be weighed in the context of some empirical and analytical testing as to the degree that searches omitting such terms may fail to capture responsive non-duplicative/non-cumulative material.

    (c) Any decision to exclude such terms ultimately can only be judged by seeing in practice how well

that approach succeeds in performing the key function of fully identifying responsive material for production. Thus, if the terms in question are not included in the initial stage of your client's e-mail collection, it would be incumbent upon you to employ testing procedures to assure yourselves that your approach did not impair the production of truly responsive material, and to keep us advised as to the outcome of any such procedures.

I hope that you will find the foregoing helpful in moving our discussions along, so that we can proceed promptly to get the Merrill Lynch e-mail production in motion in this matter.

Best regards,

       R. A. S.

**Robert A. Schwinger**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5364 | **fax** 646-710-5364
rschwinger@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/rschwinger.vcf

Please consider the environment before printing this email.

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com