# EXHIBIT J

**Joseph Drayton/NY/US/KSFHH**

10/19/2009 03:07 PM

Document is Retained

To  "Schwinger, Robert A." <RSchwinger@chadbourne.com>

cc  "Goldfarb, Andrew" <agoldfarb@zuckerman.com>; "Nellos, Alexandra" <ANellos@chadbourne.com>; "Vazquez, Francisco" <FVazquez@chadbourne.com>; "Seife, Howard"

bcc

Subject  Tribune/MLCC

Robert,

As part of its current investigation, the Creditors' Committee continues to request that Merrill collect email data for 82 of its current and former employees. Based on Merrill's past experience with requests for email data and vendor estimates, Merrill believes that the cost of compliance with the Creditors' Committee request is likely to be in the range of $4 million to $16 million, may require the collection and processing of 4.8 terabytes of data and may yield a majority of data immaterial to the Creditors' Committee's present investigation. In light of the potentially exorbitant cost of the Creditors' Committee's request and the overly broad nature of its proposed custodian list, Merrill cannot agree to the request.

There is no applicable legal precedent that requires the production of every email of every conceivable custodian for a complex commercial deal of the magnitude of the Tribune transactions. Merrill relies on guidance from the District of Delaware, current e-discovery best practices, and actual practices used in comparable investigations. Consistent with such guidance and after careful reflection of the issues raised by both Merrill and the Creditors' Committee to date, Merrill has formulated a proposed email discovery plan for the collection, processing, searching and culling of data in order to produce emails responsive to the Creditors' Committee's amended request for production.

Merrill's proposal is set forth in the seven steps below:

(1) Merrill will identify those custodians whom it believes, based on the functions they performed in connection with the Tribune transactions, will capture the vast majority of emails responsive to the Creditors' Committee's amended requests. These custodians will collectively cover the following functions within Merrill at the time of the Tribune transactions: leveraged finance, rating agency review, loan syndication, capital commitments, Chicago investment banking, media investment banking, mergers and acquisitions, corporate credit, and loan portfolio management . Merrill proposes the following 12 custodians:

Todd Baker
Michael Costa
Henrik Dahlback
Blair Faulstich
John Harrison
Jim Janover
Todd Kaplan
Greg Margolies
Carl Mayer
Mike O'Grady
Don Wilson
Adam Wood

(2) If the Creditors' Committee would prefer to substitute a different custodian for any of the 12 custodians identified above, Merrill will agree to such substitution, provided that the Creditors' Committee acknowledges that Merrill has advised it that Merrill believes that the 12 custodians identified above are likely to capture most of the emails and most of the relevant emails.

** It should be noted that Merrill estimates that a typical custodian's email database may yield up to 60

GB of data for the time period of interest to the Creditors' Committee. Additionally, Merrill does not have the ability to run searches on a custodian's email without first restoring the email data. **

(3) Merrill will collect and process the email data associated with the 12 custodians identified via steps 1 and 2.

(4) Merrill will filter the email data based on the following search string:

Tribune; Trib; Trb
EGI; EGI-TRB; EGII; Equity Group Investments; Equity Office Properties
Zell
Sam Investment Trust
Chai Trust
ESOP; TESOP
Step 1; Step One; First Step
Step 2; Step Two; Second Step
Chandler
Grenesko
Osborn*
S-Corp*; S Corp*
Tranche X; Tranche B
VRC; Valuation Research
Duff & Phelps; D&P
Nils; Larsen
FitzSim*
Tower
McCormick
Cantigny
Foundation*
GreatBanc
Navigant
Murray Devine

(5) If Merrill concludes that the proposed search string yields an unduly burdensome amount of data to cull, review and produce, it will communicate its view to the Creditors' Committee and attempt to reach agreement on a less burdensome search string.

(6) After filtering the email data, Merrill will cull, review and produce non-privileged emails responsive to the Creditor's Committee's amended request for production.

(7) Merrill and the Creditors' Committee each reserve their respective rights relating to any issue concerning Merrill's email production.

Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-7177
(212) 836-6576 (fax)