# EXHIBIT N

**Joseph
Drayton/NY/US/KSFHH**

12/04/2009 10:44 AM
<u>Document is Retained</u>

To  "Schwinger, Robert A." <RSchwinger@chadbourne.com>

cc  "'gbush@zuckerman.com'" <gbush@zuckerman.com>;
    "Seife, Howard" <HSeife@chadbourne.com>;
    "'mprimoff@kayescholer.com'"

bcc

Subject  Tribune

Bob,

Merrill has filtered the emails that it collected associated with the 12 custodians identified in the email discovery plan dated October 26, 2009 using the search terms in the plan with the exception of the following 12 terms:

Step 1, Step One, First Step;
Step 2, Step Two, Second Step;
S-Corp*, S Corp*;
Tranche B;
Duff & Phelps, D&P; and
Navigant.

This modification of search terms reduced the current pool of collected emails from approximately 328,000 documents to approximately 277,000 documents (the "narrowed pool of emails"). Merrill is currently considering the Creditors' Committee's request to produce responsive and non-privileged emails within the approximately 51,000 emails collected due to the excluded search terms above of which approximately 8500 were collected due to the search term "Tranche B" (the "excluded pool of emails").

In the meantime, Merrill has decided to move forward with its processing and review of the narrowed pool of emails. Merrill intends to produce responsive and non-privileged emails and use its best efforts to meet or exceed the estimates for both the start and completion of its rolling production that it communicated to the Bankruptcy Court on December 1, 2009.

To the extent that Merrill decides to produce responsive and non-privileged emails within the excluded pool of emails, they will be produced towards the end of Merrill's email production. In this way, Merrill's consideration of the Creditors' Committee's request will have no impact on the timing of its production of emails. To the extent Merrill decides not to process and review the excluded pool of emails, it will inform the Creditors' Committee.

Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-7177
(212) 836-6576 (fax)