## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that on this 14th day of December 2009, I caused a true and correct copy of the **Declaration of Joseph M. Drayton** to be served on the following parties by manner indicated.

**VIA HAND DELIVERY**
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

**VIA EMAIL/AND FIRST CLASS MAIL**
Graeme W. Bush, Esquire
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
Zuckerman Spaeder LLP
1800 M. Street NW, Suite 1000
Washington, D.C. 20036

**VIA HAND DELIVERY**
Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

Pac#945582