IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 )  |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) ) |
| | ) Jointly Administered ) |
| Debtors. | ) |

FIRST AMENDED JOINT VERIFIED STATEMENT OF REPRESENTATION
OF MORE THAN ONE CREDITOR BY HENNIGAN BENNETT &
DORMAN LLP AND YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

James O. Johnston, on behalf of Hennigan Bennett & Dorman LLP ("HBD"), and Robert S. Brady, on behalf of Young, Conaway, Stargatt & Taylor, LLP ("YCST"), as legal counsel for more than one creditor in these jointly-administered chapter 11 cases, hereby file their First Amended Joint Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and state:

1. On December 8, 2008, Tribune Company ("Tribune") and certain of its subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. On November 20, 2009, HBD and YCST filed their *Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 2600]. This First Amended Joint Verified Statement is filed to identify additional creditors that have engaged HBD since November 20, 2009.

3. HBD represents a number of individual creditors in connection with holdings of indebtedness governed by the Credit Agreement, dated as of May 17, 2007 (as amended, the

769068.2

-2-

"Credit Agreement"), by and among Tribune, each lender from time to time party thereto, and certain financial institutions as administrative agent, syndication agent, co-documentation agents, and joint lead arrangers and joint bookrunners.

4. The names and addresses of the creditors currently represented by HBD (collectively, the "Lenders") are identified on Exhibit A, attached hereto. The aggregate principal amount of claims held by the Lenders against the Debtors currently totals approximately $4.5 billion.

5. HBD does not represent the Lenders as a committee and does not undertake to represent the interests of any creditor, party in interest, or other entity that has not signed a retention agreement with HBD.

6. HBD's representation of the Lenders commenced as of October 13, 2009. HBD subsequently contacted YCST and requested that it serve as Delaware counsel with respect to the matter. YCST's representation of the Lenders commenced effective as of November 9, 2009.

7. Neither HBD nor YCST hold any prepetition claim or interest against the Debtors.

**Error! Unknown document property name.**

I, Robert S. Brady, on behalf of YCST, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: December 14, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Lenders*

I, James O. Johnston, on behalf of HBD, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: December 14, 2009

HENNIGAN, BENNETT & DORMAN LLP

/s/ James O. Johnston
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to the Lenders*

**Error! Unknown document property name.**