# EXHIBIT A

| Lender | Address |
|---|---|
| Anchorage Advisors, L.L.C. | 610 Broadway, 6th Floor<br>New York, NY 10012 |
| Avenue Investments, LP<br>Avenue Special Situations Fund IV, L.P.<br>Avenue - CDP Global Opportunities Fund, L.P. (US)<br>Avenue International Master, LP (Master)<br>Avenue Special Situations Fund V, L.P. | 535 Madison Avenue, 14th Floor<br>New York, NY 10022 |
| Canyon Capital Advisors, LLC | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Contrarian Funds LLC | 411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 |
| CVI GVF (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC<br>12700 Whitewater Dr.<br>Minnetonka, MN 55343-9439 |
| GoldenTree Asset Management, LP<br>GoldenTree Credit Opportunities Financing I, Limited<br>GoldenTree 2004 Trust<br>GoldenTree Leverage Loan Master Fund, Ltd.<br>GoldenTree Credit Opportunities Second Financing, Limited<br>GoldenTree MultiStrategy Subsidiary, LLC<br>GoldenTree MultiStrategy Financing, Limited<br>GN3 SIP Limited | 300 Park Avenue, 21st Floor<br>New York, NY 10022 |
| Goldman Sachs Loan Partners | 1 New York Plaza, 49th Floor<br>New York, NY 10004 |
| Greywolf Capital Partners II LP<br>Greywolf Capital Overseas Master Fund<br>Greywolf CLO I Ltd | 4 Manhattanville Road, Suite 201<br>Purchase, NY 10577 |
| James River Insurance Company<br>Northwoods Capital IV, Limited<br>Northwoods Capital V, Limited<br>Northwoods Capital VI, Limited<br>Northwoods Capital VII, Limited<br>Northwoods Capital VIII, Limited<br>Silver Oak Capital, LLC | 245 Park Avenue<br>New York, NY 10167 |

Error! Unknown document property name.

-2-

| Lender | Address |
|---|---|
| KKR Financial CLO 2005-1, Ltd.<br>KKR Financial CLO 2006-1, Ltd.<br>KKR Financial CLO 2007-1, Ltd.<br>Oregon Public Employees Retirement Fund<br>KKR Financial Holdings III, LLC<br>KKR Strategic Capital Holdings I, L.P. | 555 California Street, 50th Floor<br>San Francisco, CA 94104 |
| Knighthead Master Fund, L.P.<br>LMA SPC for and on behalf of MAP84 Segregated Portfolio | 623 Fifth Avenue, 29th Floor<br>New York, NY 10022 |
| Latigo Master Fund Ltd.<br>LP MA1, Ltd.<br>SEG LP MA2, L.P.<br>SEG Latigo Master Fund Ltd. | 590 Madison Ave<br>New York, NY 10022 |
| Luxor Capital Group, LP | 767 5th Ave. 19th Floor<br>New York, NY 10153 |
| Newstart Factors, Inc. | 2 Stamford Plaza, Suite 1501<br>281 Tresser Boulevard<br>Stamford, CT 06901 |
| Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts | 333 S. Grand Avenue, 28th Floor<br>Los Angeles, CA 90071 |
| Scoggin Capital Management LP II<br>Scoggin International Fund LTD.<br>Scoggin Worldwide Distressed Fund, LTD | 660 Madison Ave Fl 20<br>New York, NY 10065 |
| Taconic Market Dislocation Fund II LP<br>Taconic Market Dislocation Master Fund II LP<br>Taconic Capital Partners 1.5 LP<br>Taconic Opportunity Fund LP | 450 Park Avenue, 9th Floor<br>New York, NY 10022 |
| Värde Investment Partners, L.P. | 8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN 55437 |

Error! Unknown document property name.

-3-

| Lender | Address |
|---|---|
| Viking Global Equities LP<br>Viking Global Equities II LP<br>VGE III Portfolio Ltd. | 280 Park Avenue, 33rd Floor<br>New York, NY 10017 |
| Waterstone Market Neutral Master Fund, Ltd<br>Waterstone Market Neutral Mac51 Fund, Ltd | 2 Carlson Parkway, Suite 260<br>Minneapolis, MN 55447 |
| York Capital Management, L.P. | 767 Fifth Avenue 17th Floor<br>New York, NY 10153 |