IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, Esquire, hereby certify that on November 14, 2009, I caused a copy of the foregoing **Notice of Service** to be served via First-Class Mail and electronic mail on the parties on the attached service list:

                                          COLE, SCHOTZ, MEISEL,
                                          FORMAN & LEONARD, P.A.

                                          By: _____
                                          J. Kate Stickles (No. 2917)
                                          500 Delaware Avenue, Suite 1410
                                          Wilmington, DE 19801
                                          (302) 652-3131

                                          ATTORNEYS FOR DEBTORS
                                          AND DEBTORS IN POSSESSION

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-6181333v1

| | |
|---|---|
| Garvan F. McDaniel, Esquire<br>Bifferato & Gentiloiti<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>gmcdaniel@bglawde.com | David S. Rosner, Esquire<br>Andrew K. Glenn, Esquire<br>Matthew B. Stein, Esquire<br>Sheron Korpus, Esquire<br>Daniel A. Fliman, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>aglenn@kasowitz.com<br>mstein@kasowitz.com<br>skorpis@kasowitz.com<br>dfliman@kasowitz.com |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com | Howard Seife, Esquire<br>Douglas E. Deutsch, Esquire<br>Robert A. Schwinger, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>hseife@chadbourne.com<br>ddeutsch@chadbourne.com<br>rschwinger@chadbourne.com |
| Mark D. Collins, Esquire<br>Robert Stearn, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Collins@rlf.com<br>stearn@rlf.com | Donald S. Bernstein, Esquire<br>Sharon Katz, Esquire<br>Dennis E. Glazer, Esquire<br>Damien S. Schaible<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>donald.bernstein@davispolk.com<br>sharon.katz@davispolk.com<br>damian.schaible@davispolk.com<br>dennis.glazer@davispolk.com |
| Robert S. Brady, Esquire<br>Blake Cleary, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>P.O. Box 391<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>bcleary@ycst.com<br>rbrady@ycst.com | Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Hennigan Bennett<br>& Dorman, LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>bennettb@hbdlawyers.com<br>JohnstonJ@hbdlawyers.com |

Case 08-13141-BLS    Doc 2853-1    Filed 12/14/09    Page 3 of 3

| | |
|---|---|
| Laura Davis Jones, Esquire<br>Mark Billion, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>mbillion@pszjlaw.com | Daniel Golden, Esquire<br>Philip Dublin, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>dgolden@akingump.com<br>pdublin@akingum.com |
| Katharine Mayer, Esquire<br>McCarter & English LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com | David Adler, Esquire<br>McCarter & English LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>dadler@mccarter.com |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE  19801<br>joseph.mcmahon@usdoj.gov | |