# IN THE UNITED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | Hearing Date: December 15, 2009 at 10:00 a.m. |
| Debtors. | ) | Ref. No.: 2548, 2766 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of December, 2009, he caused a copy of the Reply of Donna Gerhart Gutman, Personal Representative of the Estate of Decedent E. Michael Gutman, M.D., Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc., to Official Committee of Unsecured Creditors' Objection to Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 105(a), 363(b) and Fed.R.Bankr.P. 9019(a) Approving a Settlement Agreement Between Certain Debtors and the Estate of E. Michael Gutman, MD to be served on the following via first class mail, postage prepaid:

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market St., Ste. 1800
Wilmington, DE 19801

Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rochefeller Plaza
New York, NY 10112

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Shotz, Meisel, Forman &
    Leonard, P.A.
500 Delaware Avenue, Ste. 1410
Wilmington, DE 19801

United States Trustee
844 King Street, Rooms 2207
Lockbox #35
Wilmington, DE 19899

/s/ L. Jason Cornell
L. Jason Cornell (Del Bar 3821)

WM1A 943275v1 12/14/09