PO Box 130
West Shokan, NY 12494
December 9, 2009

DEC 1 5 2009

Honorable Kevin J. Carey, Chief Judge
c/o David D. Berg, Clerk of Court
United States Bankruptcy Court
824 North Market Street 3rd Floor
Wilmington, Delaware 19801

Dear Judge Carey:

I urge you to consider requiring a shift in the editorial policy of the *Los Angeles Times* and other of the Tribune Co. newspapers, which I understand are currently being reorganized under chapter 11 in your court. Part of the reason for the Tribune Company's bankruptcy is the *LA Times*'s one-sided ideological approach. Although a significant percentage of the Los Angeles population is Republican, the *LA Times* is extremely biased in a left-wing way, far to the left of the mainstream of the Democratic Party. This contributes to the circulation declines. To reverse that, a more even handed editorial policy is required. To accomplish the mainstream approach, Glenn Beck ought to be appointed editor-in-chief of the *LA Times* in place of Russ Stanton.

I took an interest in this subject this morning because I saw an article by one of the LA Times's reporters, James Rainey. Mr. Rainey claims that a conservative talk show host, Glenn Beck, is unethical for advocating investment in gold while he owns gold. Yet, the *LA Times* may have advocated investment in stock when its ill fated employee stock ownership plan held stock in trust for Mr. Rainey and the editorial staff. Likewise, an investigation may reveal that the *LA Times* has published columns recommending long term investment in stocks when its publisher, Sam Zell, owned stock. Thus, Mr. Rainey is so biased that he may have inadvertently accused his own firm and its former owner of unethical conduct.

Gaffes like this have become so common among the American newspapers that many conservatives, such as myself, have stopped reading them. Naturally, this contributes to their declining circulation and loss of advertising revenue. Perhaps if Mr. Rainey and his editor, Russ Stanton, acted as journalists rather than pamphleteers for the feudalistic left, the *LA Times* would have a circulation above one million.

I would suggest that to make the *LA Times* and the Tribune Company more competitive that you ask Glenn Beck to become editor in chief. You will notice that Fox News, which is not the *New York Times* in terms of content but is much fairer and does not aim to serve as pamphleteer for the left wing of the Democratic Party as do the *LA Times* and the *New York Times*, has been outselling the other networks and the entire newspaper industry. Why not call Mr. Beck and ask him to help?

Why allow badly educated reporters like Mr. Rainey to continue to abuse shareholders and investors?

Sincerely,

Mitchell Langbert, Ph.D.
http://www.mitchell-langbert.blogspot.com