TRIBUNE COMPANY, et al.
Case No. 08-13141 (KJC)
EXHIBIT "A" to Omnibus Fee Order for First Interim Fee Period [12/8/08 - 2/28/09]

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 1035 | $318,188.50 | $23,845.58 | $342,034.08 |
| Sidley Austin LLP (Counsel to Debtors) | 1031 | $3,886,289.75 | $158,441.67 | $4,044,731.42 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 1034 | $2,796,501.65 | $22,534.43 | $2,819,036.08 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 1030 | $84,657.75 | $2,386.85 | $87,044.60 |
| Jones Day (Special Counsel for Certain Litigation Matters for Debtors) | 1741 | $23,822.50 | $15.15 | $23,837.65 |
| Lazard Freres & Co. LLC (Investment Bankers to Debtors) | 1190 | $554,839.00 | $10,030.33 | $564,869.33 |
| McDermott Will & Emery LLP* (Special Counsel for General Domestic Legal Matters for Debtors) | 1029 | $416,077.00 | $1,489.70 | $417,566.70 |
| Paul, Hastings, Janofsky & Walker LLP (Special Counsel for General Real Estate for Debtors) | 1052 | $344,161.00 | $156.93 | $344,317.93 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 1805 | $774,477.00 | $14,260.11 | $788,737.11 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 1083 | $97,464.25 | $2,535.31 | $99,999.56 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 1731 | $116,170.50 | $29.00 | $116,199.50 |
| Chadbourne & Parke LLP (Counsel to Committee) | 1025 | $1,662,858.25 | $60,967.33 | $1,723,825.58 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 1024 | $143,085.00 | $10,854.52 | $153,939.52 |
| AlixPartners, LLP (Financial Advisor to Committee) | 1028 | $1,052,942.25 | $23,325.96 | $1,076,268.21 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 1040 | $367,741.94 | $18,540.09 | $386,282.03 |
| Committee Members [Counsel to Washington-Baltimore Newspaper Guild, Local 32035; William A. Niese; Washington-Baltimore Newspaper Guild, Local 32035] | 453 | $0.00 | $5,154.42 | $5,154.42 |
| Committee Members [JPMorgan Chase Bank, N.A.; Deutsche Bank Trust Company Americas; Counsel to Deutsche Bank Trust Company Americas; Counsel to Wilmington Trust Company; Washington-Baltimore Newspaper Guild] | 810 | $0.00 | $3,728.69 | $3,728.69 |

* McDermott and the Fee Examiner have agreed that the Fee Examiner will not seek a reduction of certain "Deferred Fees" at this time [See DI 2798].

#6109717.5

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket Nos. 453, 810, 1024, 1025, 1028, 1029, 1030,<br>1031, 1034, 1035, 1040, 1052, 1083, 1190, 1731, 1741 and 1805<br>Hearing Date: December 15, 2009 at 10:00 a.m. |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING FEE APPLICATIONS FOR THE FIRST INTERIM FEE PERIOD

The undersigned, counsel to the debtors and debtors in possession (collectively, the

"Debtors") in the above-captioned cases, hereby certifies that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-6179418v1

DKT. NO. 2847
DT. FILED 12-14-09

1.    All quarterly fee requests for the first interim fee period, December 8, 2008 through February 28, 2009 (the "Fee Applications"), are either unopposed or any objections thereto have been resolved.

2.    Attached hereto is a proposed Omnibus Order Approving Fee Applications for the First Interim Fee Period (the "Proposed Omnibus Fee Order"). The Proposed Omnibus Fee Order identifies (a) the name of each Applicant for the first interim fee period, and (b) the amount of fees and expenses proposed to be awarded by the Court. The Proposed Omnibus Fee Order was circulated to the Fee Examiner and the Applicants identified on Exhibit A to the Proposed Omnibus Fee Order for comment prior to its submission to the Court. The Debtors received certain limited revisions which have been incorporated into the Proposed Omnibus Fee Order. The Debtors have not received any other comments or objections to the entry of the Proposed Omnibus Fee Order.

3.    The Debtors respectfully request the Court enter the Proposed Omnibus Fee Order approving the uncontested Fee Applications for the first interim fee period.

Dated:  December 14, 2009

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429·0001-6179418v1