**SIGN-IN-SHEET**

**CASE NAME:  Tribune Co**
**CASE NO. 08-13141 -KJC**

**COURTROOM LOCATION: 5**
**DATE: 12/15/09**

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath & Cobb | Creditors' Committee |
| Daniel Platt | " | " |
| Doug Deutsch | Chadbourne & Parke | " |
| Robert Schwinger | " | " |
| Norman Pernick | Cole Schotz | Debtors |
| Jason Cornell | Fox Rothschild | Estate of Michael Gutman |
| Ken Kansa | Sidley Austin LLP | Debtors |
| Janet Hajdarovich | " | " |
| Bob Stearn | P.C.F | JP Morgan Chase |
| Greg Rubent | McRobert | Debtors |
| Ken Kansa | Sidley | Debtors |
| Janet Henderson | " | " |
| Madlyn gleich Primoff | Kaye Scholer LLP | Merrill Lynch Capital Corporation |
| Joseph M. Drayton | Potter Anderson, Corcoran LLP | " |
| Laurie Selber Silverstein | | " |

# SIGN-IN-SHEET

**CASE NAME: Tribune Co**
**CASE NO. 08-13141 -KJC**

**COURTROOM LOCATION: 5**
**DATE: 12/15/09**

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentillotti | Law Debenture |
| Matthew P. Ward | Womble Carlyle | ESOP |
| Cory Galousia | Reed Smith | Debtors - Special counsel |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: **12/15/2009**
Calendar Time: **10:00 AM**

1st Revision 12/14/2009 10:31 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3235972 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3242333 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3243736 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3236990 | Katherine Cruz | (212) 715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Katherine Gilman / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3242335 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3239949 | Jeffrey Farkas | 614-577-1120 | RBS Greenwich Capital | Representing, RBS / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3244172 | Thomas E. Hill | (312) 925-5611 | Alvarez & Marsal Inc | Financial Advisor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3243739 | Alan D. Holtz | 312-551-3268 | AlixPartners, LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3235962 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3242212 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3242313 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3242340 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3242486 | Jillian McClelland | (312) 853-5761 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3242306 | Kerriann Mills | 312-853-0036 | Sidley Austin. LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3235747 | Richard Paige | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3199097 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |

CourtConfCal2007

Page 1 of 4

Raymond Reyes

| Tribune Company | 08-13141 | Hearing | 3242413 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3242481 | Gary Weitman | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |

CourtConfCal2007

Raymond Reyes