UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF DELAWARE</u>

CHICAGO TRIBUNE
FORSALEBYOWNER.COM CORP

                                                                        Ch.11
                                                                     08-13141

        DEBTORS

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE, that Daniel Smirlock, Deputy Commissioner and Counsel, by Elaine Z. Cole, Esq., of counsel, hereby appears in the above captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a Creditor,
and pursuant to Rules 2002, 9007, and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and facsimile numbers below.

     PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, e-mail, or otherwise.

DATED:  December 15, 2009

                                              New York State
                                              Department of Taxation and Finance
                                              Daniel Smirlock, Deputy
                                              Commissioner and Counsel
                                              By

                                              _____/s/_____
                                              Elaine Z. Cole, Esq. Of Counsel
                                              340 E. Main St.
                                              Rochester, NY  14604
                                              (585) 530 8465
                                              (585) 530 2017
                                              elaine_cole@tax.state.ny.us