## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| **Debtors.** | : | |

------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on December 14, 2009, true and correct copies of the *Law Debenture Trust Company of New York's Responses and Objections to JPMorgan Chase Bank, N.A's First Set of Document Requests* were served upon the following counsel via electronic mail:

Michael J. Russano
michael.russano@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017


Dated: December 15, 2009            Respectfully submitted,
       Wilmington, Delaware

                                                /s/ Garvan F. McDaniel
                                                Garvan F. McDaniel (No. 4167)
                                                Bifferato Gentilotti LLC
                                                800 N. King Street, Plaza Level
                                                Wilmington, Delaware 19801
                                                (302) 429-1900
                                                (302) 429-8600 (fax)
                                                gmcdaniel@bglawde.com

                                                *Co-Counsel for Law Debenture Trust Company*
                                                 *of New York*