# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
### Summary of Hours Worked
### October 1, 2009 - October 31, 2009

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 13.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 10.0 |
| John Momtazee | Managing Director, Media | 9.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 18.5 |
| Larry Kwon | Vice President, Restructuring Group | 13.5 |
| Ashish Ajmera | Vice President, Media | 36.5 |
| Evan Glucoft | Associate | 57.0 |
| Vishal Patel | Analyst | 55.0 |
| | **Total Moelis Team Hours** | **212.5** |

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 13.0 |
| Navid Mahmoodzadegan | Managing Director | 10.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 18.5 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 36.5 |
| Evan Glucoft | Associate | 57.0 |
| Vishal Patel | Analyst | 55.0 |
| **Total** | | **212.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Navid Mahmoodzadegan | 10/02/09 | 1.5 | Discussion of industry forecast and trends |
| John Momtazee | 10/02/09 | 1.5 | Discussion of industry forecast and trends |
| Ashish Ajmera | 10/02/09 | 1.5 | Discussion of industry forecast and trends |
| Evan Glucoft | 10/02/09 | 1.5 | Discussion of industry forecast and trends |
| Evan Glucoft | 10/03/09 | 4.0 | Variance analysis |
| Vishal Patel | 10/03/09 | 8.0 | Variance analysis |
| Evan Glucoft | 10/04/09 | 2.0 | Variance analysis |
| Vishal Patel | 10/04/09 | 2.0 | Variance analysis |
| Evan Glucoft | 10/04/09 | 3.0 | Media Update |
| Vishal Patel | 10/04/09 | 3.0 | Media Update |
| Ashish Ajmera | 10/05/09 | 1.0 | Media Update |
| Zul Jamal | 10/05/09 | 2.0 | Variance analysis |
| Larry Kwon | 10/05/09 | 2.0 | Variance analysis |
| Ashish Ajmera | 10/05/09 | 2.0 | Variance analysis |
| Evan Glucoft | 10/05/09 | 3.0 | Variance analysis |
| Vishal Patel | 10/05/09 | 3.0 | Variance analysis |
| Navid Mahmoodzadegan | 10/05/09 | 1.0 | Review of variance analysis |
| John Momtazee | 10/05/09 | 2.0 | Review of variance analysis |
| Thane Carlston | 10/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| John Momtazee | 10/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| Thane Carlston | 10/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| Zul Jamal | 10/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| Navid Mahmoodzadegan | 10/06/09 | 1.0 | Review of variance analysis |
| Thane Carlston | 10/06/09 | 1.0 | Review of variance analysis |
| Zul Jamal | 10/06/09 | 0.5 | Professional Meeting |
| Larry Kwon | 10/06/09 | 0.5 | Professional Meeting |
| Ashish Ajmera | 10/06/09 | 0.5 | Professional Meeting |
| Evan Glucoft | 10/06/09 | 0.5 | Professional Meeting |
| Vishal Patel | 10/06/09 | 0.5 | Professional Meeting |
| Thane Carlston | 10/07/09 | 1.0 | Review of case documents |
| Zul Jamal | 10/07/09 | 1.0 | Review of case documents |
| Larry Kwon | 10/07/09 | 1.0 | Review of case documents |
| Ashish Ajmera | 10/07/09 | 1.0 | Review of case documents |
| Evan Glucoft | 10/07/09 | 1.0 | Review of case documents |
| John Momtazee | 10/07/09 | 0.5 | Scheduling |
| Zul Jamal | 10/07/09 | 0.5 | Scheduling |
| Ashish Ajmera | 10/07/09 | 0.5 | Scheduling |
| Thane Carlston | 10/08/09 | 2.0 | UCC Meeting |
| Navid Mahmoodzadegan | 10/08/09 | 2.0 | UCC Meeting |
| Zul Jamal | 10/08/09 | 2.0 | UCC Meeting |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 13.0 |
| Navid Mahmoodzadegan | Managing Director | 10.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 18.5 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 36.5 |
| Evan Glucoft | Associate | 57.0 |
| Vishal Patel | Analyst | 55.0 |
| **Total** | | **212.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 10/08/09 | 2.0 | UCC Meeting |
| Larry Kwon | 10/08/09 | 2.0 | UCC Meeting |
| Evan Glucoft | 10/08/09 | 2.0 | UCC Meeting |
| Vishal Patel | 10/08/09 | 2.0 | UCC Meeting |
| Zul Jamal | 10/09/09 | 1.0 | Review of updated business plan |
| Evan Glucoft | 10/09/09 | 3.0 | Review of updated business plan |
| Vishal Patel | 10/09/09 | 3.0 | Review of updated business plan |
| Evan Glucoft | 10/10/09 | 3.0 | Media Update |
| Vishal Patel | 10/10/09 | 4.0 | Media Update |
| Larry Kwon | 10/11/09 | 1.0 | Media Update |
| Ashish Ajmera | 10/11/09 | 1.0 | Media Update |
| Evan Glucoft | 10/14/09 | 2.0 | Call with Alix and Zuckerman |
| Vishal Patel | 10/14/09 | 2.0 | Call with Alix and Zuckerman |
| Zul Jamal | 10/14/09 | 1.0 | Review of prior recovery analysis materials |
| Larry Kwon | 10/14/09 | 1.0 | Review of prior recovery analysis materials |
| Thane Carlston | 10/15/09 | 2.0 | UCC Meeting |
| Navid Mahmoodzadegan | 10/15/09 | 2.0 | UCC Meeting |
| John Momtazee | 10/15/09 | 2.0 | UCC Meeting |
| Zul Jamal | 10/15/09 | 2.0 | UCC Meeting |
| Ashish Ajmera | 10/15/09 | 2.0 | UCC Meeting |
| Evan Glucoft | 10/15/09 | 2.0 | UCC Meeting |
| Vishal Patel | 10/15/09 | 2.0 | UCC Meeting |
| Larry Kwon | 10/16/09 | 1.0 | Call with Debtor / Debtor Advisors |
| Ashish Ajmera | 10/16/09 | 1.0 | Call with Debtor / Debtor Advisors |
| Evan Glucoft | 10/16/09 | 1.0 | Call with Debtor / Debtor Advisors |
| Evan Glucoft | 10/18/09 | 2.0 | Media Update |
| Vishal Patel | 10/18/09 | 4.0 | Media Update |
| Ashish Ajmera | 10/19/09 | 1.0 | Media Update |
| Navid Mahmoodzadegan | 10/19/09 | 1.5 | Internal call / review of case matters |
| John Momtazee | 10/19/09 | 1.5 | Internal call / review of case matters |
| Thane Carlston | 10/19/09 | 1.5 | Internal call / review of case matters |
| Ashish Ajmera | 10/19/09 | 1.5 | Internal call / review of case matters |
| Zul Jamal | 10/19/09 | 1.5 | Internal call / review of case matters |
| Thane Carlston | 10/20/09 | 1.0 | Professional Meeting |
| Zul Jamal | 10/20/09 | 2.0 | Professional Meeting |
| Larry Kwon | 10/20/09 | 2.0 | Professional Meeting |
| Ashish Ajmera | 10/20/09 | 2.0 | Professional Meeting |
| Evan Glucoft | 10/20/09 | 2.0 | Professional Meeting |
| Vishal Patel | 10/20/09 | 2.0 | Professional Meeting |
| Ashish Ajmera | 10/24/09 | 4.0 | Media Update |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 13.0 |
| Navid Mahmoodzadegan | Managing Director | 10.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 18.5 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 36.5 |
| Evan Glucoft | Associate | 57.0 |
| Vishal Patel | Analyst | 55.0 |
| **Total** | | **212.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 10/24/09 | 4.0 | Media Update |
| Vishal Patel | 10/24/09 | 4.0 | Media Update |
| Evan Glucoft | 10/25/09 | 2.0 | Media Update |
| Vishal Patel | 10/25/09 | 1.0 | Media Update |
| Vishal Patel | 10/26/09 | 2.5 | Media Update |
| Thane Carlston | 10/27/09 | 1.0 | Professional Meeting |
| Zul Jamal | 10/27/09 | 1.0 | Professional Meeting |
| Larry Kwon | 10/27/09 | 1.0 | Professional Meeting |
| Ashish Ajmera | 10/27/09 | 1.0 | Professional Meeting |
| Evan Glucoft | 10/27/09 | 1.0 | Professional Meeting |
| Thane Carlston | 10/28/09 | 1.5 | Discussion of Recovery Analysis |
| Zul Jamal | 10/28/09 | 1.5 | Discussion of Recovery Analysis |
| Ashish Ajmera | 10/28/09 | 1.5 | Discussion of Recovery Analysis |
| Evan Glucoft | 10/28/09 | 1.5 | Discussion of Recovery Analysis |
| Evan Glucoft | 10/28/09 | 1.0 | Recovery Model |
| Vishal Patel | 10/28/09 | 1.0 | Recovery Model |
| Navid Mahmoodzadegan | 10/28/09 | 0.5 | Planning based on receipt of updated forecast |
| John Momtazee | 10/28/09 | 0.5 | Planning based on receipt of updated forecast |
| Thane Carlston | 10/28/09 | 0.5 | Planning based on receipt of updated forecast |
| Zul Jamal | 10/28/09 | 0.5 | Planning based on receipt of updated forecast |
| Ashish Ajmera | 10/28/09 | 0.5 | Planning based on receipt of updated forecast |
| Evan Glucoft | 10/28/09 | 0.5 | Planning based on receipt of updated forecast |
| Navid Mahmoodzadegan | 10/29/09 | 0.5 | Review of news related to case |
| John Momtazee | 10/29/09 | 0.5 | Review of news related to case |
| Thane Carlston | 10/29/09 | 0.5 | Review of news related to case |
| Larry Kwon | 10/29/09 | 0.5 | Review of news related to case |
| Ashish Ajmera | 10/29/09 | 4.0 | Review of updated business plan |
| Evan Glucoft | 10/29/09 | 5.0 | Review of updated business plan |
| Vishal Patel | 10/29/09 | 5.0 | Review of updated business plan |
| Zul Jamal | 10/30/09 | 1.5 | Review of Alix Q3 report |
| Larry Kwon | 10/30/09 | 1.5 | Review of Alix Q3 report |
| Ashish Ajmera | 10/30/09 | 1.5 | Review of Alix Q3 report |
| Evan Glucoft | 10/30/09 | 1.0 | Review of Alix Q3 report |
| Ashish Ajmera | 10/30/09 | 6.0 | Review of updated business plan |
| Evan Glucoft | 10/30/09 | 6.0 | Review of updated business plan |
| Ashish Ajmera | 10/31/09 | 1.0 | Recovery Model |
| Evan Glucoft | 10/31/09 | 3.0 | Recovery Model |
| Vishal Patel | 10/31/09 | 6.0 | Recovery Model |

### I. Summary

| Name | Title | Hours |
|---|---|---:|
| Thane Carlston | Managing Director | 13.0 |
| Navid Mahmoodzadegan | Managing Director | 10.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 18.5 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 36.5 |
| Evan Glucoft | Associate | 57.0 |
| Vishal Patel | Analyst | 55.0 |
| **Total** | | **212.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| | Total | 212.5 | |