## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket Nos. 1823 and 2333 |

### SUPPLEMENTAL DECLARATION OF PETER LEADSTROM IN SUPPORT OF DEBTORS' RETENTION OF DELOITTE & TOUCHE LLP AS PROFESSIONAL SERVICES PROVIDER IN THE ORDINARY COURSE

PETER LEADSTROM, deposes and says:

1.   I am a partner of the firm of Deloitte & Touche LLP ("Deloitte & Touche"), which has an office located 111 South Wacker Drive, Chicago, Illinois. I make this supplemental declaration pursuant to the Court's Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP to Provide Financial Accounting and Advisiry Services to the Debtors, Nunc Pro Tunc to June 26, 2009 made applicable to the chapter 11 case of Chicago National League Ball Club LLC (the "Chicago Cubs"), by an order of this Court dated October 14, 2009 providing for joint administration of chapter 11 case of the Chicago Cubs with the remainder of the above captioned debtors (the "Debtors").

2.   The Debtors have retained Deloitte & Touche to provide certain professional services described herein. In connection with this retention, I submitted a declaration in support thereof, dated July 24, 2009 (the "Original Declaration"). This Declaration supplements the Original Declaration and all statements made herein are subject to the statements made in the Original Declaration which is incorporated herein by reference. The

1

professional services performed by Deloitte & Touche did not relate to the Chicago Cubs. However, as a result of the commencement of the chapter 11 case of the Chicago Cubs, Deloitte & Touche was provided with an additional list of parties in interest to check. As discussed in more detail and subject to the statements made in the Original Declaration, Deloitte & Touche is providing the results of this check in this Declaration.

3. The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

4. From this supplemental internal search, Deloitte & Touche has determined that certain relationships should be disclosed as follows.

> a. Deloitte & Touche provides services in matters unrelated to these chapter 11 cases to certain of the Debtors' largest unsecured creditors and other parties in interest listed on Exhibit 1 or their affiliates.
>
> b. Certain parties-in-interest may be adverse to and/or involved in litigation matters with Deloitte & Touche or its affiliates in connection with matters unrelated to these chapter 11 cases.

5. Except as may be disclosed herein or in the Original Declaration, to the best of my knowledge, Deloitte & Touche and the Deloitte & Touche Engagement Partners/Principals/Directors (as defined in the Original Declaration) do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte & Touche and the Deloitte & Touche Engagement Partners/Principals/Directors are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

Dated: December 11, 2009

_____
Declarant: Peter Leadstrom
Title: Partner

# EXHIBIT 1

Parties-in-Interest for whom Deloitte & Touche LLP or its affiliates has provided or is currently providing services in matters unrelated to these chapter 11 cases or with whom such parties have other relationships, including banking relationships.

Bunzl Distribution USA, Inc.
Chicago Cubs Charities
Chicago Transit Authority
Diana-Quentin, LLC
Langham Huntington, The
Major League Baseball
Northwestern Memorial Hospital
Ricketts Acquisition LLC
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC