## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 1888 and 2333 |

### SUPPLEMENTAL DECLARATION OF HOWARD FREIDIN IN SUPPORT OF DEBTORS' RETENTION OF DELOITTE CONSULTING LLP AS PROFESSIONAL SERVICES PROVIDER IN THE ORDINARY COURSE

HOWARD FREIDIN, deposes and says:

1.     I am a director of the firm of Deloitte Consulting LLP ("Deloitte Consulting"), which has an office located 111 South Wacker Drive, Chicago, Illinois. I make this supplemental declaration pursuant to the Court's Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business, dated January 15, 2009 made applicable to the chapter 11 case of Chicago National League Ball Club LLC (the "Chicago Cubs"), by an order of this Court dated October 14, 2009 providing for joint administration of chapter 11 case of the Chicago Cubs with the remainder of the above-captioned debtors (the "Debtors").

2.     The Debtors have retained Deloitte Consulting in the ordinary course to provide certain professional services described herein and other ordinary course services. In connection with this retention, I submitted a declaration in support thereof, dated July 27, 2009 (the "Original Declaration"). This Declaration supplements the Original Declaration and all statements made herein are subject to the statements made in the Original Declaration which is

1

incorporated herein by reference.  As a result of the commencement of the chapter 11 case of the

Chicago Cubs, Deloitte Consulting was provided with an additional list of parties in interest to

check.  As discussed in more detail and subject to the statements made in the Original

Declaration, Deloitte Consulting is providing the results of this check in this Declaration.

        3.      The statements set forth in this Declaration are based upon my personal

knowledge, upon information and belief, and upon client matter records kept in the ordinary

course of business that were reviewed by me or other personnel of Deloitte Consulting or its

affiliates.

        4.      From this supplemental internal search, Deloitte Consulting has

determined that certain relationships should be disclosed as follows.

        a.      Deloitte Consulting provides services in matters unrelated to these chapter 11 cases to certain of the Debtors' largest unsecured creditors and other parties in interest listed on Exhibit 1 or their affiliates.

        b.      Certain parties-in-interest may be adverse to and/or involved in litigation matters with Deloitte Consulting or its affiliates in connection with matters unrelated to these chapter 11 cases.

        5.      Except as may be disclosed herein or in the Original Declaration, to the

best of my knowledge, Deloitte Consulting and the Deloitte Consulting Engagement

Partners/Principals/Directors (as defined in the Original Declaration) do not hold or represent

any interest adverse to the Debtors, and I believe that Deloitte Consulting and the Deloitte

Consulting Engagement Partners/Principals/Directors are "disinterested persons" as that term is

defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the

Bankruptcy Code.

Dated: December _11_, 2009

Declarant:  Howard Freidin
Title:  Director

3

**EXHIBIT 1**

Parties-in-Interest for whom Deloitte Consulting LLP or its affiliates has provided or is currently providing services in matters unrelated to these chapter 11 cases or with whom such parties have other relationships, including banking relationships.

Bunzl Distribution USA, Inc.
Chicago Cubs Charities
Chicago Transit Authority
Diana-Quentin, LLC
Langham Huntington, The
Major League Baseball
Northwestern Memorial Hospital
Ricketts Acquisition LLC
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC