# EXHIBIT 1

## Tribune Ninth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Bingham McHale<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204<br>Email: dbyron@binghammchale.com | Litigation counsel for WXIN | $20,000 |
| The California Credits Group, LLC<br>234 E. Colorado Boulevard, Suite 700<br>Pasadena, CA 91101<br>Contacts: Melissa Rencehausen, Accounts Receivable Specialist;<br>Lan N. Hai, Project Manager<br>Email: mrencehausen@ccg.com;<br>lhai@ccg.com | Tax Consultant | 20% contingency fee on amounts collected |
| McCusker, Anselmi, Rosen & Carvelli, P.C.<br>210 Park Avenue, Suite 301<br>Box 240<br>Florham Park, NJ 07932<br>Contact: Bruce Rosen<br>Email: brosen@marc-law.com | Litigation Counsel | $10,000 |