# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Related Docket No. 2851** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On December 14, 2009, I caused to be served the "Notice of Amended² Agenda of Matters Scheduled for Hearing on December 15, 2009 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated December 14, 2009 [Docket No. 2851], by causing true and correct copies, enclosed securely in separate postage-prepaid envelopes to be delivered via first class to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
16th day of December, 2009

Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010

-2-

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT NJ 07901 |

**Total Creditor Count 1**

| Claim Name | Address Information |
| --- | --- |
| 4X SOLUTIONS, INC. | 305 WEST BROADWAY # 241   Account No. 7AE7 NEW YORK NY 10013 |
| APPLEBURY, CINDY L. | 14174 SE 255TH ST   Account No. 7AE7 KENT WA 98042-6621 |
| ASPELIN, JOHN | 220 MONTGOMERY ST # 1009 SAN FRANCISCO CA 94104 |
| ATALA, ONALA M. | 157 THOREAU DR   Account No. 7AE7 PLAINSBORO NJ 08536 |
| BADER, CHRISTINE | W 218 N 14304 HILLTOP CT   Account No. 7AE7 RICHFIELD WI 53076 |
| BALLINGER, BRENT | 5804 WOODLAND RD   Account No. 7AE7 BARTLESVILLE OK 74006 |
| BANK OF INDIA | 227 PARK AVENUE   Account No. 4672 NEW YORK NY 10172-0083 |
| BANNON, MICHAEL | 1022 4TH AVE   Account No. 7AE7 PROSPECT PARK PA 19076 |
| BARNBY, NANCY W. | CHARLES SCHWAB & CO. INC. CUSTODIAN IRA ROLLOVER 169 SPRUCE AVE   Account No. 7AE7 MENLO PARK CA 94025-3039 |
| BARRETT, J LARRE | 14 DRYPETES COURT EAST   Account No. 7AE7 HOMOSASSA FL 34446 |
| BARTZ, JAROLD M. | VANGUARD BROKERAGE SERVICES JAROLD M. BARTZ TRAD IRA VITCAS CUSTODIAN ACCT # 7497809 |
| BARTZ, JAROLD M. | 650 AURORA AVE.   Account No. 896047AE7 SANTA BARBARA CA 93109 |
| BAUER, MICHAEL | 2820 BALBOA ST. SAN FRANCISCO CA 94121 |
| BAYER, MICHAEL AB AND HE, EMILY | LIVING TRUST 2820 BALBOA STREEET   Account No. 7AE7 SAN FRANCISCO CA 94121 |
| BLOCK, DUANE L., DR. | BENEFICIARY CONTROLLED IRA 3699 BROOKSIDE DRIVE   Account No. 7AE7 BLOOMFIELD HILLS MI 48302 |
| BOIGER, ELISABETH C. | PATER-PETRUS ST. 18 ROSENHEIM 83022 GEORGIA |
| BOLLING, C.B. | 410 PINE GROVE RD   Account No. 7AE7 ROSWELL GA 30075 |
| BRADSHAW, KAREN | 3301 SE FAIRWAY WEST   Account No. 7AE7 STUART FL 34997 |
| BRAMSON, ROBERT, MD. - IRA | 65 ANDERSON ST, GA   Account No. 7AE7 BOSTON MA 02114-4334 |
| BREECE, DENNIS J. | 1641 E. MARTHA DR. MARION IN 46952-9065 |
| BROWN, KATHARINE | 15 PHANEUF ST   Account No. 7AE7 MIDDLETOWN MA 01949 |
| BROZA, CLARK | 215 HILLAIR CIRCLE   Account No. 89604KAN8 WHITE PLAINS NY 10605-4516 |
| BROZA, CLARK & KATZ-BROZA, VALERIE L. | 215 HILLAIR CIRCLE   Account No. 89604KAN8 WHITE PLAINS NY 10605-4516 |
| BROZA, CLARK & VALERIE L. KATZ-BROZA | 215 HILLAIR CIRCLE   Account No. 89604KAN8 WHITE PLAINS NY 10605-4516 |
| BRUCE, DONALD W. | 3 RED OAK DR   Account No. 7AE7 BOILING SPRINGS PA 17007 |
| BRUGGEMAN, DAN R. | 126 E CHURCH ST   Account No. 7AE7 ADRIAN MI 49221 |
| BUETIKOFER, LARRY BLAINE | 212 N. LINCOLN ST.   Account No. 7AE7 HINSDALE IL 60521-3441 |
| BULLOCK, LOREN E. - TRUSTEE OF | THE LOREN E. BULLOCK REVOCABLE TRUST U/A 05/08/98 2469 CAVALIER DRIVE SALT LAKE CITY UT 84121-3916 |
| CAMPBELL, BRIAN | 418 MEADOW BROOK LANE BIRMINGHAM AL 35213 |
| CARAWAY, AMY L. | IRA FBO 1656 ALGONQUIN TRAIL MAITLAND FL 32751 |
| CASEY, EDITH | 2 THORPE DR 4B SPARKILL NY 10976 |
| CASEY, LINDA J. AND MICHAEL D. | 23 MEADOW LN. NORWOOD NJ 07648 |
| CASEY, MICHAEL D. IRA | 23 MEADOW LN NORWOOD NJ 07648 |
| CASEY, PETER A. | ROTH IRA 212 PROSPECT AVE #21B   Account No. 7441 HACKENSACK NJ 07601 |
| CASEY, PETER A. | 212 PROSPECT AVE #2B   Account No. 7113 HACKENSACK NJ 07601 |
| CASEY, PETER A. | TRADITIONAL IRA 212 PROSPECT AVE # 2B   Account No. 0170 HACKENSACK NJ 07601 |
| CASTANON, DAVID A. | 21 CASTANO COURT NEEDHAM MA 02494 |
| CAVALIERE, PETER | 161 BLUE HERON DR. SECAUCUS NJ 07094 |
| CHAPMAN, WILLIAM G. & MARGARET ELAINE | REVOCABLE TRUST 810 RIO GRANDE NW   Account No. 7AE7 ALBUQUERQUE NM 87114 |
| CHARLES & MILDRED HILBORN REVOCABLE | TRUST - CHARLES GENE HILBORN JR. & CHARLES GENE HILBORN TRUSTEES 1306 W 59TH AVE   Account No. 7AE7 PINE BLUFF AR 71603 |
| CHARLES, CLIFTON SR | 9602 SOUTH CALUMET AVE   Account No. 3405 CHICAGO IL 60628 |
| CHEN, MARIA & CHONG, DANIEL | 7 PANDAN VALLEY #07-502 POINCIANA TOWER   Account No. 7AE7 597631 SLOVENIA |
| CHEUNG, JESSICA | 2336 WEST 13TH STREET, THIRD FLOOR BROOKLYN NY 11223 |
| CHIAPURIS, PAUL | 901 W MADISON #719   Account No. 7AE7 CHICAGO IL 60607 |
| CHINDEMI, CRAIG T. | 33 EAST CAMINO REAL #312   Account No. 7AE7 BOCA RATON FL 33432 |

| Claim Name | Address Information |
|---|---|
| COMMUNITY ANESTHESIA ASSOCIATE P.C. | PROFIT SHARING PLAN C/O LOUIS BOJAB TTEE 13379 WEST SHERBORN    Account No. 7AF4 CARMEL IN 46032 |
| COMMUNITY HOUSE PRESERVATION FUND, THE | 380 SOUTH BATES    Account No. 7AF4 BIRMINGHAM MI 48009-3366 |
| COPELAND, LLOYD & DEBORAH | 139 BOONE RIDGE MOUNTAIN CITY TN 37683 |
| COPELAND, LOYD & DEBORAH | 139 BOONE RIDGE MOUNTAIN CITY TN 37683 |
| CRUM, RAYMOND | 3508 PARRIS BRIDGE ROAD    Account No. 7AE7 BOILING SPRINGS SC 29316 |
| CZADZECK, GERALD H. | 3279 E. BRECKENRIDGE LN.    Account No. 8237 BLOOMFIELD MI 48301-4149 |
| DANIEL J. HURLEY RESID. TRUST | W.A. BAKER, TRUSTEE 83 EAGLE RUN    Account No. 7AE7 S. WINDSOR CT 06074 |
| DANTZLER, LEONARD | 6123 KINGBIRD MANOR DR    Account No. 7AE7 LITHIA FL 33547-5051 |
| DAVISON, GEORGE | 3169 WARREN RD CLEVELAND OH 44111 |
| DEE, ELIZABETH | 1217 DUBOIS CT.    Account No. 7067 KIRKWOOD MO 63122 |
| DELNAGRO, PHILLIP F. | 60 FINCH COURT    Account No. NTG-068632 NAPERVILLE IL 60565-2327 |
| DEROY TESTAMENTARY FOUNDATION | 26999 CENTRAL PARK BLVD., STE 166 N    Account No. 7AF4 SOUTHFIELD MI 48076 |
| DIKEMAN, FORREST L. | 3264 NE 156TH AVE.    Account No. 1600 PORTLAND OR 97230 |
| DOVER, LINDON LANCELERT | 43 WESTWOOD AVENUE    Account No. 7AE7 HARROW, MIDDLESEX HA2 8NR UNITED KINGDOM |
| DUNAWAY, HILDEGARD M. | 3500 HOLLINGSWORTH    Account No. 0355 WILLIAMSBURG VA 23188 |
| DUNAWAY, JOHN A., JR. | 3500 HOLLINGSWORTH    Account No. 0355 WILLIAMSBURG VA 23188 |
| DURIE, MARCIA W. | 1880 BAY ROAD #219    Account No. 7626 VERO BEACH FL 32963 |
| DYSON, JOHN W. | 8770 HERITAGE CT.    Account No. CUSIP # 896047AF4 REDDING CA 96001 |
| EDDINGTON, COREY | 4606 RIVER ROAD    Account No. 7AE7 BUHL ID 83316 |
| EIGNER, MICHAEL | 5 HUNTING TRAIL    Account No. 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 ARMONK NY 10504 |
| EISEMANN, EDWARD | 12 LEIGHTON CT    Account No. 7AE7 MIDDLETOWN NJ 07748 |
| EMICK, SHAREN P. | 171 GRANGER ROAD UNIT #125    Account No. 7AE7 MEDINA OH 44256 |
| ERNST, VINCENT C. | 2717 NW CLIFFVIEW    Account No. 7AE7 LEES SUMMIT MO 64081 |
| ETHICS & EXCELLENCE IN JOURNALISM | FOUNDATION OKLAHOMA TOWER 210 PARK AVE OKLAHOMA CITY OK 73102 |
| ETHICS & EXCELLENCE IN JOURNALISM | SIMPSEN, KRISTIN, ESQ. MCAFEE & TAFT 10TH FL, 2 LEADERSHIP SQ 211 N ROBINSON OKLAHOMA CITY OK 73102 |
| FAY, DONALD | 712 30TH AVE    Account No. 7AE7 SAN MATEO CA 94403 |
| FEDCOM CREDIT UNION | 150 ANN ST NW GRAND RAPIDS MI 49505 |
| FERRELL, BRADLEY S. | 3949 MAIN STREET PERRY OH 44081 |
| FMT CO CUST IRA | FBO BERNARD PEARLMAN 11 FIFTH AVE, APT 12D    Account No. CUSIP896047AE7 NEW YORK NY 10003-4342 |
| FMT CO CUST IRA | FBO ALLAN R. PEARLMAN 11 FIFTH AVE, APT 12D    Account No. CUSIP896047AE7 NEW YORK NY 10003-4342 |
| FMT CO CUST. IRA ROLLOVER | FBO ALLEN E. STRASSER, JR. 45 HARTFORD LANE    Account No. 9220 BRETTON WOODS NH 03575 |
| FMTC CUSTODIAN - ROTH IRA | FBO PETER B. BLEICHER PMB 171 13492 RESEARCH BLVD STE 120 AUSTIN TX 78750-2254 |
| FMTC CUSTODIAN - ROTH IRA | FBO JOANA L TABA 41-525 FLAMINGO ST    Account No. 7AE7 WAIMANALO HI 96795-1134 |
| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III | ROTH IRA 3 COLBY LANE    Account No. 7AE7 BYFIELD MA 01922 |
| FORWARD, HARVEY | 2404 LORING ST #9    Account No. 7AE7 SAN DIEGO CA 92109 |
| FREZZO, ELEANOR | 1815 MIDDLETON WAY    Account No. 7AE7 WEST PALM BEACH FL 33409 |
| FREZZO, VINCENT & ELEANOR | 1815 MIDDLETON WAY    Account No. 7AE7 WEST PALM BEACH FL 33409 |
| FREZZO, VINCENT P. | AS CUST. FOR DANE COURTIEN UTMA NY 1815 MIDDLETON WAY    Account No. 7AE7 WEST PALM BEACH FL 33409 |
| FREZZO, VINCENT P. | FBO RACHEL ANN COURTIEN BENE. COVERDELL SAVINGS TD BANK USA CUST 1815 MIDDLETON WAY    Account No. 7AE7 WEST PALM BEACH FL 33409 |
| FULLER, KURT W. | 7489 LEONARD ST    Account No. 7AE7 EASTMANVILLE MI 49404 |
| GALDI, GREGORY G. | 14 FOX MEADOW LANE    Account No. 7AE7 LLOYD HARBOR NY 11743 |
| GARRETT, F. WALKER | 787 BROADOAK LOOP    Account No. 7AE7 LAKE FOREST FL 32771 |

| Claim Name | Address Information |
|---|---|
| GESCHELIN, EDWARD V. | 67 PARK ST. SOMERVILLE MA 02143 |
| GOODMAN, THEODORE A. | THEODORE A. GOODMAN MD SEP-IRA 4348 BERRENDO DR.    Account No. 7AE7 SACRAMENTO CA 95864 |
| GOODMAN, THEODORE A. - TTEE | THEODORE A. GOODMAN MD DBPP 4348 BERRENDO DR.    Account No. 7AE7 SACRAMENTO CA 95864 |
| GREGORAC, ROBERT J. | 1722 BUCHANAN DR.    Account No. 7AE7 AMES IA 50010 |
| GRINSTEAD, MILDRED H, IRRA | 211 BELMEAD LN.    Account No. 7AE7 TYLER TX 75701-5443 |
| GRONEMANN, URI F. | 11/1 HASARGEL ST. HOD HASHARON 45284 ICELAND |
| HALL, GARY D. | 350 LONGWOOD PLACE    Account No. 7AE7 JONESBORO GA 30236 |
| HALME, JOUKO K. | 3305 DRAKE CIRCLE    Account No. 7AE7 RALEIGH NC 27607 |
| HARRIS, ROY A. | PO BOX 753    Account No. 7AE7 GILMER TX 75644-0753 |
| HARRIS, STEVEN W. | 950 WHITECHAPEL DR    Account No. 7AE7 SHILOH IL 62269 |
| HASSELL, PAMELA M. | 269 MILL CREEK CT    Account No. 7AE7 ACWORTH GA 30101 |
| HE, EMILY | 2820 RALBOA ST.    Account No. 7AE7 SAN FRANCISCO CA 94121 |
| HENDERSON, LAURA W. | 106 GREAT LAKE DR.    Account No. 7AE7 CARY NC 27519 |
| HENDRY, WILLIAM T. | 1000 MIDNIGHT PASS    Account No. 7AE7 ROCKWALL TX 75087 |
| HILBORN, GENE | R/O IRA E*TRADE CUSTODIAN 13191 TRIPLE CROWN LOOP    Account No. 7AE7 GAINESVILLE VA 20155 |
| HOARD, ROBERT | 2333 VILLARET DR.    Account No. 7AE7 HUNTSVILLE AL 35803 |
| HOFFMANN, DANIEL & KAROL | 4643 NORTHWOOD DR. NE    Account No. 7AE7 CEDAR RAPIDS IA 52402 |
| HOFFNER, CONRAD C. | 2430 SODERBLOM AVE    Account No. 7AE7 SAN DIEGO CA 92122 |
| HOPKINS, ELIZABETH | 1014 N. 3RD ST. CLINTON IA 52732 |
| HOSKINS, HAROLD | P.O. BOX 150    Account No. 7AE7 FALLS PA 18615 |
| HOWLAND, VAUGHAN A. | HOWLAND, JOYCE L. THE HOWLAND FAMILY 2004 REV. TRUST 1528 LA CORONILLA DR    Account No. 7AE7 SANTA BARBARA CA 93109 |
| HUNIHAN, DOROTHY A. | 200 DIPLOMAT DR. 5L MT. KISCO NY 10549 |
| HUNTING, SUSAN K. | 764 GLEN DR. PO BOX 803    Account No. 7AE7 MOVILLE IA 51039 |
| INASMUCH FOUNDATION | OKLAHOMA TOWER 210 PARK AVE OKLAHOMA CITY OK 73102 |
| INASMUCH FOUNDATION | SIMPSEN, KRISTEN, ESQ. MCAFEE & TAFT 10TH FL, 2 LEADERSHIP SQ. 211 N. ROBINSON OKLAHOMA CITY OK 73102 |
| JACKSON, CHERYL | 3264 NE 156TH AVE    Account No. 6607 PORTLAND OR 97230 |
| JENKINS, JOHN B. | 3575 E. 135TH CT    Account No. 5482 THORNTON CO 80241 |
| JOHN B. DOLVEN IRA | 281 SOUTH PLAZA COURT    Account No. 7AF4 MT. PLEASANT SC 29464 |
| JOSEPH B. WORTMAN IRA | 21400 HOOVER ROAD    Account No. 7AF4 WARREN MI 48089 |
| JUDD, LIAM R. | IRREVOCABLE TRUST C/O A.R. JUDD TRUSTEE 1592 REDDING    Account No. 7AE7 BIRMINGHAM MI 48009 |
| JUN-WEN CAI, WENDY | 67 PARK ST.    Account No. 7AE7 SOMERVILLE MA 02143 |
| KAMINSKY, NEIL I. | IRA TRUST UAD 1-21-2000 4109 SILVERY MINNOW NW    Account No. 7AE7 ALBUQUERQUE NM 87120 |
| KARAKULKO, WITALIJ | 1215 WOODLAND DR    Account No. 7AE7 SEABROOK TX 77586 |
| KAUFMAN, PAMELA A. | 1527 COUNTRYSIDE DRIVE    Account No. 7AE7 BUFFALO GROVE IL 60089 |
| KECK, LARRY | 1850 2B ROAD    Account No. 7AE7 BREMEN IN 46506 |
| KELLY, MARGARET | 8250 BRENTWOOD CT    Account No. 7AE7 ARVADA CO 80005 |
| KENNY, JOSEPH T. | 1286 KATRINA COURSE NE    Account No. 7AE7 PALM BAY FL 32905 |
| KENT, DAVID H. | 22347 KENT LANE    Account No. 7AE7 GRAND RAPIDS MN 55744 |
| KENT, ROBERT W. & ELIZABETH A., TRUSTEES | KENT FAMILY REVOCABLE TRUST U/A DATED 03/09/07 13084 FERNTAILS ST. LOUIS MO 63141 |
| KINDBERG, JAMES W., JR. | 10 OCEAN BLVD, APT 10A    Account No. 7AE7 ATLANTIC HIGHLANDS NJ 07716 |
| KIUNKE, PAUL C. | C/O TDAMERITRADE 625 CAMINO DEL SOL    Account No. 7AE7 NEWBURY PARK CA 91320 |
| KLINGES, KARL G., IRA | 4731 BONITA BAY BLVD 1401    Account No. 7AE7 BONITA SPRINGS FL 34134 |

| Claim Name | Address Information |
|---|---|
| KNAPP, GERALD A. | 15300 NW COUNTY ROAD 3040 PURDON TX 76679 |
| KNORR, THOMAS H., DCD | 506 C RIDGE ROAD    Account No. 8876 WILMETTE IL 60091 |
| KROPINSKI, MIKE | 1530 HAMMAN DR    Account No. 7AE7 TROY MI 48085 |
| KUXHAUSEN, STEVE & MICHELE | 13219 MISTY HILLS DR    Account No. 7AF4 & 7AE7 CYPRESS TX 77429 |
| LAND, JOHN R. TR. | 120 LAKESHORE DR #235    Account No. 7HE7 NORTH PALM BEACH FL 33408 |
| LAURENCE P. SKENDZEL IRA ROLLOVER | 10338 WESTERN HILLS DR.    Account No. 7AF4 TRAVERSE CITY MI 49864 |
| LAVU, NIRMALA | 5554 E. RIO VERDE VISTA DR    Account No. 0702; 8659 TUCSON AZ 85750 |
| LAWRENCE S. LOESEL IRA ROLLOVER | 324 WATER WARH LANE    Account No. 7AF4 TRAVERSE CITY MI 49686-1079 |
| LAZAROU, SPIROS A., M.D. | KUKINARA 40    Account No. 7AE7 KIFISIA 14562 GREECE |
| LEE, DENNIS M. | IRA FBO 3153 ORLEANS WAY S. APOPKA FL 32703-5920 |
| LEUNG, YING TSZ | 400 N GRANADA    Account No. 7AE7 ALHAMBRA CA 91801 |
| LEVENTHAL, RICHARD A | ROLLOVER IRA 12059 HAMPTON CT    Account No. 7AE7 CARMEL IN 46033 |
| LEVINE, STANLEY H. | 5311 SANDYFORD ST.    Account No. 7AE7 ALEXANDRIA VA 22315 |
| LEWIS, RICHARD A. | C/O CHARLES SCHWAB & CO, INC. CUST IRA CONTRIBUTORY 3674 VIA CALABRIA    Account No. 7AE7 ESCONDIDO CA 92025 |
| LIEBL, ALFRED R. | 2820 ANTIOCH CHURCH ROAD    Account No. 7AE7 WATKINSVILLE GA 30677 |
| MACKENN, JOHN F. | 415 CAMDEN DR    Account No. 7AE7 FALMOUTH VA 22405 |
| MANRESA JESUIT RETREAT ENDOWMENT FUND | C/O THOMAS HCIRLEY 1390 QUARTON ROAD    Account No. 7AF4 BLOOMFIELD HILLS MI 48034 |
| MATHIAS WASHINGTON COUNTY CHARITABLE | TRUST, THE 12019 BAYER DRIVE    Account No. 7AE7 SMITHSBURG MD 21783 |
| MAYER, MOSES TRUST | FBO ELIZABETH F. LIPPER 370 COOK STREET    Account No. 7AE7 DENVER CO 80206 |
| MEBT HOLDING LLC | 2 GRAPEVINE LANE    Account No. 7AE7 BLOOMINGTON IL 61704 |
| MEIER, STEPHAN | EWALDGASSE 4/3/70 1110 WIEN    Account No. 7AE7 AUSTRALIA |
| MEISSNER, ROSEMARIE | 134 SACKETT HILL RD    Account No. CUSID# 7AE7 WARREN CT 06754 |
| MEYER, DANNY & KELLY | 8891 LEE REEVES RD    Account No. 7AE7 TALLAHASSEE FL 32309 |
| MILAN, JOHN M., AS TRUSTEE | THE JOHN M. MILAN AND DIANE N. MILAN LIVING TRUST 7520 CARMENITA LN WEST HILLS CA 91304 |
| MILLER, JERRY H. | 924 MOUNTAIN TERRACE    Account No. 7AE7 HURST TX 76053 |
| MONICA R. MOCERI REVOCABLE TRUST | 3555 FOREST HILL RD    Account No. 7AF4 BLOOMFIELD HILLS MI 48302 |
| MOORE, TERRY | PO BOX 1468    Account No. 7AE7 JACKSONVILLE OR 97530 |
| MORTON S. COX, JR. IRA | P.O. BOX 590    Account No. 7AE7 PINCKNEY MI 48169 |
| MUNGARIAN, JOHN M. – SEP-IRA | FIDELITY MANAGEMENT TRUST CO – CUSTODIAN 4460 LA JOLLA    Account No. 6754 PENSACOLA FL 32504 |
| MYLANDER, HOWARD W. | 746 BITERROOT CT    Account No. 7AE7 NAMPA ID 83686 |
| NAGEL, CONRAD F. III | 2841 APPLE BLOSSOM DR.    Account No. 9604 ALVA FL 33920 |
| NATIONAL FINANCIAL SERVICES | FBO PAUL M MOHME 709 LAKE STREET    Account No. 7AE7 SAN FRANCISCO CA 94118 |
| NELSON, GARY H. | 9299 MOORING CIRCLE    Account No. 7AE7 FORT MYERS FL 33967 |
| NETTIMI, SOUMYA | 2941 GRAY ST    Account No. 7AE7 OAKTON VA 22124 |
| OWEN, JOHN R. – SEP-IRA | 840 S. COLLIER BLVD #1104    Account No. 7AE7 MARCO ISLAND FL 34145 |
| PALAGANO, THOMAS | 4242 EAST-WEST HWY #817    Account No. 7AE7 CHEVY CHASE MD 20815 |
| PATSCHKE, RONALD B. IRA | GUARANTEE & TRUST CO. 2801 COOL RIVER LOOP    Account No. 6346 ROUND ROCK TX 78665 |
| PERELLE & GRANVILLE LIVING TRUST | DIANE GRANVILLE TTEE 601 E. BRANCH RD    Account No. 1580 PATTERSON NY 12563 |
| POLLARD, DONALD E. LIVING TRUST U/A | DONALD E. POLLARD AND VICKIE E. POLLARD TRUSTEES 14250 ROYAL HARBOUR COURT #918    Account No. 7AE7 FORT MYERS FL 33908 |
| POMMREHN, WILLIAM | 202 SETTLERS DR    Account No. 7AE7 CEDAR PARK TX 78613 |
| POSEY, JOHN A. JR | 5013 EVERGREEN STREET BELLAIRE TX 77401-5014 |
| PUGH, TRACY | 5256 CR 3305    Account No. 7AE7 JACKSONVILLE TX 75766 |
| PURI, SURRINDER K. | 865 OAKDALE RD    Account No. 7AE7 ATLANTA GA 30307 |
| PURJES, DAN | 60 SUTTON PLACE SOUTH NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| REKLALL, DAVID L. & CONSTANCE M. | 3603 CAMDEN FALLS CIRCLE    Account No. 7AE7 GREENSBORO NC 27410-2196 |
| RINKE, ROGER | REVOCABLE TRUST C/O KEITH STARK,TRUSTEE 1111 W. LONG LAKE RD #202    Account No. 7AE7 TROY MI 48098 |
| RISON, JERRY | 321 W LAKEVIEW DR    Account No. 7AE7 DE SOTO MO 63020 |
| RITA L. MARIHERIOI IRA | 4633 TWIN FAWN LN    Account No. 7AE7 ORCHARD LAKE MI 48324 |
| ROACH, LEON M. - TRUSTEE OF THE | LEON M. ROACH TRUST 608 BENEDICT DRIVE LAS VEGAS NV 89110 |
| ROCKENBACH, PHILIP C. | 1231 SOUTH 11TH STREET    Account No. 89604KAN8 SAINT CHARLES IL 60174 |
| RODRIGUEZ, NELSON JR. | 5128 GOLDEN LANE    Account No. 7AE7 FORT WORTH TX 76123 |
| ROUSE, JAMES G. | 1114 CHURCHILL DR    Account No. 7AE7 FLORENCE KY 41042 |
| RUDOLPH, HERBERT | 4727 186TH LN N.W.    Account No. 7AE7 ANOKA MN 55303-8908 |
| RUSSELL, DAVID A & WANDA S, TTEES | RUSSELL LIVING TRUST U/D 8-25-97 738 LANINA PL    Account No. 7AE7 KIHEI HI 96753-9311 |
| SACK, MARSHALL R. | 6011 MARQUESA DRIVE    Account No. 9968 AUSTIN TX 78731 |
| SAUSSER, DALE | 2100 FARNSWORTH WAY    Account No. 7AE7 RANCHO CORDOVA CA 95670-2215 |
| SAVETZ, BERNARD & LENORE | 3450 LAWRENCE AVE    Account No. 7AE7 OCEANSIDE NY |
| SCHMID, MIKE | 14525 S ACUFF CT    Account No. 7AE7 OLATHE KS 66062 |
| SCHMITZ, ANDREW J. | 9530 DUFFNEY DR    Account No. 7AE7 CORCORAN MN 55374 |
| SCHWARTZ, ANDREY | 1282 POPLAR AVE    Account No. 7AE7 SUNNYVALE CA 94086 |
| SCHWENK, WILLIAM S. JR | 1322 KATHERINE LANE    Account No. 7AE7 WEST CHESTER PA 19380 |
| SCW CAPITAL RESOURCES, LP | 10 GLENRIDGE DRIVE    Account No. 7AE7 BEDFORD MA 01730 |
| SHANKLIN, GARY | 10202 MT. GLEASON AVE    Account No. 7AE7 TUJUNGA CA 91042 |
| SHANKLIN, GEOFFREY N | 1122 N BRAND BLVD, # 202    Account No. 7AE7 GLENDALE CA 91202 |
| SHARP, JOHN KEVIN | 8650 SPICEWOOD SPRINGS ROAD # 145    Account No. 7AE7 AUSTIN TX 78759 |
| SHARP, LORA LAVERNE | 8650 SPICEWOOD SPRINGS RD., # 145    Account No. 7AE7 AUSTIN TX 78759 |
| SHARP, RUTH E. | 8650 SPICEWOOD SPRINGS RD., # 145    Account No. 7AE7 AUSTIN TX 78759 |
| SHEFFIELD, RF | 14 RANGERS ROAD    Account No. 7AE7 MALENY, QUEENSLAND Q 4552 AUSTRALIA |
| SHORES, KIRK R. | 464 N. PINE MEADOW DR.    Account No. 9045 DEBARY FL 32713-2305 |
| SIDHRA, NILAMBAR K. | 1427 VISTA CREEK DRIVE    Account No. 7AE7 ROSEVILLE CA 95661 |
| SINGER, JACOB | 1636 40TH ST    Account No. 7AE7 BROOKLYN NY 11218 |
| SKENE, GEORGE N. IRA | C/O ETRADE CUSTODIAN 5300 ZEBULON ROAD #33    Account No. 7AE7 MACON GA 31210-9121 |
| SOUTH SHORE MEDICAL SALES & SVCS LLC PSP | STEPHEN MANDELL, TTEE U/A DATED 12/27/2003 23 ALICE CT    Account No. 7AE7 EAST ROCKAWAY NY 11518 |
| SPIECKER, FRANK | 100 STREAM CT    Account No. 7AE7 CHALFONT PA 18914 |
| STACKLER, RONALD E. | 6786 SHEARWATER LANE    Account No. 9762 MALIBU CA 90265 |
| STADCO LITOGRAPHERS PENSION PLAN & TRUST | THOMAS ADLER, TRUSTEE 140 HARDS LANE LAWRENCE NY 11559 |
| STANISZ, JANUSZ | 11055 NORTH 128 PLACE    Account No. 7AE7 SCOTTSDALE AZ 85259 |
| STAZAK, THOMAS W. | 3950 SCHOONER RIDGE    Account No. 7AE7 ALPHARETTA GA 30004 |
| STEPHENS INC CUSTODIAN | FOR JOHN L. HEIDEN IRA 111 CENTER ST    Account No. 7AE7 LITTLE ROCK AR 72201 |
| STEVENS, THOMAS | 1801 MICHAELS CT HENDERSON NV 89014 |
| STEWART, CLETUS C. | 7733 CLARCONA OCOEE RD ORLANDO FL 32818-1219 |
| STIER, HOWARD L., JR. | 206 SAUL ST.    Account No. 7AE7 HUTTO TX 78634 |
| STONEBERG, J. BRUCE | 5380 N. OCEAN DRIVE #16F    Account No. 7AE7 SINGER ISLAND FL 33434 |
| STRAIN, MARGARET M. | 1665 SPINNAKER DR    Account No. 7AE7 ALPHARETTA GA 30005 |
| STUPIN, DANIEL & CAROL | 51 VISTA REDONDA    Account No. 7AE7 SANTA FE NM 97506 |
| SWAN, WOODBURY D. | 10 SCITUATE ST.    Account No. 1776 ARLINGTON MA 02476 |
| SWARTZ, ALICE | 2203 E 26TH STREET    Account No. 7AE7 BROOKLYN NY 11229 |
| SWARTZ, CONRAD | 12911 NW 25TH COURT    Account No. 7AE7 VANCOUVER WA 98685 |
| SWITZER, JOHN E. & PATRICIA J. JT | 1300 BAUGH SPRINGS RD. MC DONALD TN 37353-5768 |

| Claim Name | Address Information |
|---|---|
| TEMPLE, EDWARD J. | 246 PINE LANE    Account No. 3503 WETHERSFIELD CT 06109 |
| THARP, VAN K. - TRUSTEE | 11TM TARGET TRUST PLAN 337 LOCHSIDE DR    Account No. 7AE7 CARY NC 27518 |
| THE L & M FAMILY TRUST | BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES PO BOX 429    Account No. 7AE7 GREEN LEAF ID 83626 |
| THEOBALD, EDWARD | 5401 215 LANE NE    Account No. 7AE7 CEDAR MN 55011 |
| THOMAS P. YOUNGBLOOD IRA | 55 FORDCROFT STREET    Account No. 7AF4 GROSSE POINTE MI 48236 |
| TOMCHEK, PETER J. | 1000 HERITAGE CENTER CIRCLE ROUND ROCK TX 78664 |
| TOMLINSON, SAMUEL C. | 432 TWISTING PINE CIRCLE LONGWOOD FL 32779 |
| VAN TATENHOVE, JAMES M. | 8812 CANYON SPRINGS DRIVE    Account No. 7AE7 LAS VEGAS NV 89117 |
| VANBENDEGON, NANCY | 582W24050 ARTESIAN AVE.    Account No. 7AE7 BIG BEND WI 53103 |
| VELAPOLDI, FRANK M. | 24304 KINTAIL CT    Account No. 7AE7 PORT CHARLOTTE FL 33980 |
| WADE, DAVID | PSC80 BOX 20363    Account No. 7AE7 APO AP 96367 |
| WALL, ROBERT C. - IRA | CHARLES SCHWAB CUSTODIAN 10523 MISTY HILL RD    Account No. 7AE7 ORLAND PARK IL 60462 |
| WALLS, MARY LOU TTEE | 10741 N. GREEN RIVER RD.    Account No. 2509 EVANSVILLE IN 47725 |
| WALLS, THOMAS R. TTEE | 10741 N. GREEN RIVER RD.    Account No. 9495 EVANSVILLE IN 47725 |
| WALTER, RAYMOND R. | 3009 COOLEY COURT    Account No. 7AE7 EL DORADO HILLS CA 95762 |
| WEST EAST LIMITED PARTNERSHIP | C/O ITSKOWITCH 602 NORTH ALPINE DRIVE    Account No. 7AE7 BEVERLY HILLS CA 90210 |
| WESTERN PREFERRED LIFE INSURANCE LTD. | PO BOX 26800    Account No. 7AE7 AUSTIN TX 78755-0800 |
| WHEATLEY, JAMES | 91 BRIDLEWOOD PLACE    Account No. 7AE7 CONCORD NC 28025 |
| WILLS, ROGER R. | 220 STEEPLE DRIVE    Account No. 7AE7 SPRINTOWN OH 45066 |
| WILSON, ROBERT M. | 3556 HAMPSHIRE DR.    Account No. 7AE7 BIRMINGHAM AL 35223 |
| WINTERHEIMER, WAYNE | 1882 ST. JOHN 31B    Account No. 7AE7 SEAL BEACH CA 90740-4355 |
| YAGED, MARTIN | 11 APPALOOSA DR. MANALAPAN NJ 07726 |
| YEAGER, ROBERT B. | 1672 RICHLAND RD    Account No. KAN8 SPRING VALLEY OH 45370 |
| YOUNG, DONALD S. | 3347 SAINT JOHNS CT    Account No. 7AE7 YORK PA 17406-9763 |
| ZANDEN, NELS VANDER | 18108 DORCICH CT    Account No. 7AE7 SARATOGA CA 95070 |
| ZEEK FAMILY TRUST | 575 GOLDEN HAWK DR    Account No. 7AE7, MERRILL LYNCH #CMA 234-25200 PRESCOTT AZ 86301 |

**Total Creditor Count 244**

| Claim Name | Address Information |
|---|---|
| AIRGAS | PO BOX 13027 NEWARK NJ 07188-0027 |
| ALMAN, ISADORA | 917 WALNUT STREET ALAMEDA CA 94501 |
| BACHWITZ, TIMOTHY | 2839 PATTEN PLACE WEST    Account No. 7220 SEATTLE WA 98199 |
| BACHWITZ, TIMOTHY B | 2839 PATTEN PLACE WEST    Account No. 7220 SEATTLE WA 98199 |
| BAKSTON, NANCY | EAST RD BROAD BROOK CT 06016 |
| BANKS, BRANDON S | 301 73RD ST NEWPORT NEWS VA 236071638 |
| BARKER, DENNIST | 7084 SANTA RITA CIRCLE BUENA PARK CA 90620 |
| BAVCO | 20435 S SUSANA ROAD LONG BEACH CA 90810 |
| BRAITSCH, RICHARD G JR | 2139 WHISTLER AVE    Account No. 3003 BALTIMORE MD 21230 |
| BROWN, JEROLENE | 3054 JOLLY POND ROAD WILLIAMSBURG VA 23188 |
| CAMASSAR, CAROLYN I | 5 OLD WALLINGFORD ROAD DURHAM CT 06422 |
| CAMPOS, ALFONSO | 4765 LAKE TRAIL DR APT 1B LISLE IL 605321434 |
| CAULER, BETTY | 2212 W  TILGHMAN STREET    Account No. 0810 ALLENTOWN PA 18104 |
| CAULER, BETTY E | 2212 W  TILGHMAN STREET    Account No. 0810 ALLENTOWN PA 18104 |
| CHANCE, ROBERT | 3631 BERKLEY RD    Account No. 6819 DARLINGTON MD 21034 |
| CLERK OF THE CIRCUIT COURT OF COOK | COUNTY RICHARD DALEY CENTER ROOM 1001 CHICAGO IL 60602 |
| GIANNONE, LISA | P O BOX 75    Account No. 9500 HICKSVILLE NY 11801 |
| GUSMEROTTI, JOSEPH A | 102 S CATALINA LOS ANGELES CA 90004 |
| HARVEY, HOWARD | 155-56 115TH ROAD JAMAICA NY 11434 |
| LUTHER, MARYLOU | 35 PARK AVE 11H NEW YORK NY 10016 |
| MARTINEZ, WILLIAM | 3001 NW 48TH AVENUE #445 LAUDERDALE LAKE FL 33313 |
| MURRAY, THOMAS | 40 PROSPECT ST FREEPORT NY 11520 |
| OSSA, JOSEPH | 806 TWIN LAKES DRIVE    Account No. 2684 CORAL SPRINGS FL 33071 |
| PELLINO, LOUIS | P.O. BOX 75    Account No. 0222 HICKSVILLE NY 11802 |
| POINTDUJOUR, JEAN M | 91-34 195TH ST. 2C JAMAICA NY 11423 |
| RUSSO, ANTHONY | 221 W MAIN RD LITTLE COMPTON RI 02837 |
| SANZERI, CLAUDIA | 35 WOODCOCK LANE LEVITTOWN NY 11756 |
| SHAW, WILLIAM | 105 BROOKSIDE DRIVE SAN ANSELMO CA 94960 |
| VON SPEIDEL, KRYSTIAN | BOX 370061    Account No. 9553 WEST HARTFORD CT 06137 |
| YOUNG, DAVID | 253 AVENUE C RONKONKOMA NY 11779 |
| YOUNG, DONALD | 253 AVENUE C RONKONKOMA NY 11779 |

**Total Creditor Count 31**

| Claim Name | Address Information |
|---|---|
| ARIZONA REPUBLIC, THE | 200 E VAN BUREN ST.   Account No. 1701 PHOENIX AZ 85004 |
| ASHLEY, BRIDGET B | 3085 ELM AVE   Account No. 9626 LONG BEACH CA 908075022 |
| BANKS JR, GRANTLIN | 6426 S. KENWOOD 2N   Account No. 9293 CHICAGO IL 60637 |
| BARNHARDT CECH, LAURA C | 10 TANGLEWOOD RD   Account No. 3308 CATONSVILLE MD 21228 |
| BELAND, DAVID C | DAVID C. BELAND 1934 FAIRBURN AVE. LOS ANGELES CA 90025 |
| BELAND, DAVID C | 309 CORNELL DRIVE APT#D BURBANK CA 91504 |
| BISBORT, ALAN | 23 QUELL CT   Account No. 0165 CHESHIRE CT 06410 |
| BONAR, SAMANTHA | 1922 GARFIAS DR PASADENA CA 91104 |
| BORRESEN, CARYN L | 525 N. ADA #37 CHICAGO IL 60622 |
| BROWN, RENEE | 42 CATOONA LANE STAMFORD CT 06902 |
| BROWN, TRACEY K N | 198 EUCLID ST W   Account No. 6497 HARTFORD CT 06112 |
| CAMPOS, TRACY | 4703 SAILBOAT BAY APT 2D LISLE IL 605321473 |
| CARR, GEORGE S | 7215 BRIGHT AVENUE APT #603 WHITTIER CA 90602 |
| CASE, LINDA | 103 PARK AVENUE WETHERSFIELD CT 06109 |
| CAULER, BETTY | 2212 W TILGHMAN ST.   Account No. 0810 ALLENTOWN PA 18104 |
| CUNNINGHAM, JEFFREY | 1413 BRACKIN CT.   Account No. 2034 HAMPTON VA 23663 |
| DECARLO, DONALD | 4518 N AVENIDA RONCA TUSCON AZ 85750 |
| DORCIUS, JHON | 1112 S SWINTON AVE DELRAY BEACH FL 33444 |
| EISWERT, CHARLENE | 627 FALCONER ROAD JOPPA MD 21085 |
| ENTERCOM COMMUNICATION - SAN FRANCISCO | 201 THIRD STREET, 12TH FLOOR SAN FRANCISCO CA 94103 |
| ENTERCOM PORTLAND | 700 SW BANCROFT ST PORTLAND OR 97239 |
| ENTERCOM PORTLAND LLC DBA KGON, KRSK, | KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST PORTLAND OR 97239 |
| ESCOBAR, MARIA I. | 2734 CARAMBOLA CIR S COCONUT CREEK FL 330662593 |
| FOSS, JAMESON | 1820 JAMES AVE. #SC MIAMI BEACH FL 33139 |
| FRANZINO, JAMES | 16250 WINNERS CIRCLE DR DELRAY BEACH FL 33446 |
| FREEMAN, WADE W. | 2572 TALLMAPLE LOOP   Account No. 8484 OCOEE FL 34761 |
| GE CAPITAL FLEET SERVICES | C/O AARON N. CHAPIN REED SMITH LLP 10 S. WACKER DRIVE CHICAGO IL 60606 |
| GOODRICH, DANIEL | 152 BAYWAY AVENUE BRIGHTWATERS NY 11718 |
| GREEN, DOROTHY | 11911 SAN VICENTE BLVD, SUITE 320 LOS ANGELES CA 90049 |
| GRIMES, INGRID | 1716 EAST 54TH STREET CHICAGO IL 60615 |
| HALL, JOSEPH | 1144 NORTH STRICKER STREET   Account No. 3868 BALTIMORE MD 21217 |
| HOWELL, KARL | 2502 LOYOLA SOUTHWAY   Account No. 8350 BALTIMORE MD 21215 |
| HUNTER, WALTER | 6008 MARQUETTE RD   Account No. 7958 BALTIMORE MD 21206 |
| IZADPANAH, KAMRAN | 325 S. BERKELEY AVENUE PASADENA CA 91107 |
| JENNER, DONALD | 17840 GREENWOOD DRIVE TINLEY PARK IL 60477 |
| JONES, RICHARD | 14 SAN MARCOS LN   Account No. 7488 ALISO VIEJO CA 92656-1626 |
| KEENAN, NANCY | 601 E WALNUT ST   Account No. 1248MCM-164 PERKASIE PA 18944 |
| KELLY, JAMES C. | 20154 ZIMMERMAN PL. SANTA CLARITA CA 91390 |
| LOCKARD, SARAN | 2423 CHELSEA STREET   Account No. 6294 ORLANDO FL 32803 |
| MEANEY, THOMAS | 124 REMSEN ST APT 13 BROOKLYN NY 112014228 |
| MOORE, MARY G | 20 ROGERS ST APT 2 SOUTH BOSTON MA 02127 |
| NAJJAR, NABIL | 522 GOURAUD ST NO.3A GERMAYZEH BEIRUT LEBANON |
| NEFF, LAWRENCE | 1169 PENN DRIVE   Account No. 6402 ANDREAS PA 18211 |
| NOVO MACDONALD, VIVIAN | 266 GRANDVIEW TERR   Account No. 5016 HARTFORD CT 06114 |
| NYP HOLDINGS, INC. | HOGAN & HARTSON LLP ATTN: IRA S. GREENE, ESQ 875 THIRD AVE NEW YORK NY 10022 |
| OFFOR, KINGSLEY | 15 CHABLIS DRIVE   Account No. 3537 DIX HILLS NY 11746 |
| OFFOR, KINGSLEY N | 15 CHABLIS DRIVE   Account No. 1953 DIX HILLS NY 11746 |
| ORENSTEIN, BETH W. | 104 CANDLEWYCKE LANE   Account No. 5000 NORTHAMPTON PA 18067-1794 |
| PARIKH, RAHUL | 509 MATISSE COURT   Account No. 1324 WALNUT CREEK CA 94597 |

| Claim Name | Address Information |
|---|---|
| PARKER, CHRIS | VENDOR # 135268 561 EDINBOROUGH DR. BAY VILLAGE OH 44140 |
| PERSONAL PLUS, INC. | SQUIRE, SANDERS & DEMPSEY LLP C/O KELLY SINGER 40 N. CENTRAL AVE., # 2700 PHOENIX AZ 85004 |
| PROSPERI, CHRISTOPHER | P.O. BOX 1152    Account No. 2560 SIMSBURY CT 06070 |
| REAVEN, STEVE | 2058 N. WESTERN AVE. #302    Account No. 9514 CHICAGO IL 60647 |
| RUSSELL, MARY H. | 842 W. CHALMERS PLACE    Account No. 1051 CHICAGO IL 60614 |
| SILVER, MARC | 4418 STANFORD STREET    Account No. 6255 CHEVY CHASE MD 20815 |
| STIDHAM, JESSICA | 1439 SW 5TH CART FORT LAUDERDALE FL 33312 |
| TROUT, STEVE R | PO BOX 1155 TINLEY PARK IL 60477 |
| VALE, CHRISTOPHER R | 5360 LANDING RD    Account No. 3165 ELKRIDGE MD 21075 |
| VANN, BARNITA P. | PO BOX 359 CHICAGO IL 60690 |
| WALKER, KAROLYN M | 1457 W. 37TH STREET    Account No. 1424 RIVIERA BEACH FL 33404 |
| WELLS, ROBBY S | PO BOX 345 SAUNEMIN IL 61769 |
| WEST, KIM | 2520 MOOSE DEER DRIVE ONTARIO CA 91761 |
| WINGENBACH, GERRY | PO BOX 2741    Account No. 4917 PARK CITY UT 84060 |
| WOEBER, PATRICIA | 6 BARTEL COURT TIBURON CA 94920 |
| WOLFE, ROBERT | 715 WILSON STREET NORTH WOODMERE NY 11581 |

**Total Creditor Count 65**

| Claim Name | Address Information |
|---|---|
| ABDAN, JACK YAACOV | 7527 E SIERRA DR   Account No. 0321 BOCA RATON FL 33433-3385 |
| ACADEMY OF MOTION PICTURE ARTS | AND SCIENCES 8949 WILSHIRE BOULEVARD BEVERLY HILLS CA 90211-1972 |
| AIR 2 WEB INC | 1230 PEACHTREE STREET NE   12TH FL ATLANTA GA 30309 |
| ALMAN, ISADORA | 917 WALNUT STREET   Account No. 1589 ALAMEDA CA 94501 |
| APPLE, CHARLES ARTHUR | 3113 ROCKWATER WAY VIRGINIA BEACH VA 23456 |
| ARONSON, CLAIRE | 722 SAN REMO DRIVE   Account No. 4564 & 0032 WESTON FL 33326 |
| BADEN, LYNN E. | 1118 STARFISH LANE   Account No. 0966 TARPON SPRINGS FL 34689 |
| BEACH, RANDI | PO BOX 297   Account No. 9689 SANTA CLARA CA 95052 |
| BEM, JENNIFER | 356 LONG MEADOW WAY   Account No. 5194 ARNOLD MD 21012 |
| BERNARDO, JOHN | 854 NW 87TH AVE. #404   Account No. 6537 MIAMI FL 33172 |
| BOJANOWSKI, ERIC | 1901 FILLMORE ST. SUITE 205   Account No. 6597 HOLLYWOOD FL 33020 |
| BOYARSKY, BENJAMIN WILLIAM | 2135 GREENFIELD AVE   Account No. 13141 LOS ANGELES CA 90025 |
| BREMEC, JANICE | 1950 N TAMARIND AVE   NO.331 LOS ANGELES CA 90068 |
| CAMERON, MICHAEL | 4826 N WINTHROP NO.1N   Account No. 0355 CHICAGO IL 60640 |
| CARNAHAN, JONATHAN CHARLES | 5828 DELTA STREET ORLANDO FL 32807 |
| CARTER, ROBERT | 50 ERBACH CRESCENT   Account No. 333 BADEN ON N3A 2L3 CANADA |
| COOPER, CHARLES B. | 1155 W. 4TH ST. # 22   Account No. 1309 ONTARIO CA 91762 |
| CRUZ, MAYRA | 1855 COBLE DR.   Account No. 5979 DELTONA FL 32738 |
| DE MARTINI, THOMAS | 225 RED SCHOOL LANE K-3   Account No. 5272 PHILLIPSBURG NJ 08865 |
| DORA GUADALUPE PICOS AGUILERA | PEDRO ASCENCIO # 717 FRACC. VIRREYES   Account No. VENDOR # 127266 HERMOSILLO, SONORA MONTENEGRO, REPUBLIC OF |
| DUBRIEL, DAWN | 5901 NW 71ST AVE   Account No. 228574 TAMARAC FL 33321 |
| DVORAK, HEIDI | 9126 GRUNDY LANE CHATSWORTH CA 91311 |
| ENGLE, SHAENA | 10916 MOORPARK ST NO.7   Account No. 36-4370416 TOLUCA LAKE CA 91602 |
| ESCOBAR, MARIA I. | 2734 CARAMBOLA CIR S   Account No. 3015 COCONUT CREEK FL 330662593 |
| FELSHER, JOHN N | 434 SOUTH ALDERWOOD STREET WINTER SPRINGS FL 32708 |
| FENSTERMAKER, MORIA | 2333 COOLIDGE ST ALLENTOWN PA 18104 |
| FONTANA, GINA | 2893 S.W. 22ND CIR. 46-C   Account No. 1340 DELRAY BEACH FL 33445 |
| FREY, RONALD | 505 SNYDERS RD PALMERTON PA 18071 |
| FREY, RONALD | 505 SNYDER RD PALMERTON PA 18071 |
| GAYLE, ASHLEY ELISABETH | 6657 BRANCH ROAD   Account No. 8985 HAYES VA 23072 |
| GUY & SONS INC | 1050 WEST VAN BUREN   Account No. 1332 CHICAGO IL 60607 |
| HANSON, ERIC | 4444 UPTON AVE S.   Account No. 5252 MINNEAPOLIS MN 55410 |
| HARRYS MOBILE REPAIR | 189A EWLL RD   Account No. 4678 WILLIAMSBURG VA 23188 |
| HESS, CHARLES | 859 S MURFIELD RD LOS ANGELES CA 90005 |
| HILL, TODD | 331 IRON ST LEHIGHTON PA 18235 |
| HOWELL, DAVID | 405B SPRING STREET   Account No. 3438 BETHLEHEM PA 18018 |
| HUMBERTO TAKESHI BARRIOS MIYATA | REFORMA # 177 NTE. COL. BALDERRAMA   Account No. VENDOR # 26746/1 HERMOSILLO, SONORA MONTENEGRO, REPUBLIC OF |
| IDAMERICA | 941 CORPORATE LANE   Account No. 0299 CHESAPEAKE VA 23320 |
| ILIFF, ANDREW R | 216 BISHOP ST       APT 206 NEW HAVEN CT 06511 |
| JAMES, SUSAN E. | 4534 HILLARD AVENUE LA CANADA CA 91011 |
| JEFF SCIORTINO PHOTOGRAPHY | 764 N MILWAUKEE AVENUE   Account No. 7958 CHICAGO IL 60622 |
| JFA REAL ESTATE, INC. | ATTN: CRAIG ROTH 2050 S. BUNDY DR. #245 LOS ANGELES CA 90025 |
| KEENAN, STEFANIE | 1417 N. CATALINA ST. LOS ANGELES CA 90027 |
| KESSLER, ARAN | 1804 PEACHTREE DRIVE   Account No. 3185 VALPARAISO IN 46383 |
| LA CANADA FLINTRIDGE | 4529 ANGELES CREST HWY NO.102 LA CANADA CA 91011 |
| LANCASTER, WILLIAM | 931 CROMWELL BRIDGE TOWSON MD 21286 |
| LEON, MARK | 3401 SYCAMORE ST ALLENTOWN PA 18104 |

| Claim Name | Address Information |
|---|---|
| LUSTIG, CAROL | 9740 NW 51ST ST. CORAL SPRINGS FL 33076 |
| MARIMAN, ANDREW | 422 WASHINGTON STREET    Account No. 4423 KLAMATH FALLS OR 97601 |
| MAYNE, NICHOLAS | 11681 SW 17TH CT    Account No. 0266 MIRAMAR FL 33025 |
| MEJIA, MICHELLE A. | C/O BROOKWELL 2725 NE 1ST AVE    Account No. 2940 WILTON MANORS FL 33334 |
| MIKLISH, BRENDA | 415 ARCH AVE    Account No. 3401 GREENSBURG PA 15601 |
| MILLER KAPLAN ARASE AND CO | 4123 LANKERSHIM BLVD NORTH HOLLYWOOD CA 91602-2828 |
| MOORE, HEIDI | 4533 N WHIPPLE ST    Account No. 3182 CHICAGO IL 60625 |
| MORGENSTERN, MICHAEL | 9 COACH LN    Account No. 3211 CHERRY HILL NJ 08002 |
| OBTIVA CORPORATION | 566 W ADAMS STE 400    Account No. 08-0430 CHICAGO IL 60661 |
| ON TIME SOLUTIONS, INC. | CLAUDINE MCCARTHY 40 HASTINGS LANE BOYNTON BEACH FL 33426 |
| ORVIDAS, KEN | 16724 NE 138TH CT. WOODINVILLE WA 98072 |
| PAGLIARO, LAURA | 621 MERCHANTS SQ LANCASTER PA 176018815 |
| PARKER, HONEY | PO BOX 982080 PARK CITY UT 84098 |
| PARSONS, LEIF | 634 MANHATTAN AVE  FL3    Account No. 5938 BROOKLYN NY 11222 |
| PEREZ, KATERINA | 67 SAINT JOHNS AVE    Account No. 6906 VALLEY STREAM NY 11580 |
| PLATFORM-A INC., AN AOL LLC COMPANY | TIFFANY STRELOW COBB, ESQ. VORYS, SATER, SEYMOUR AND PEASE LLP 52 EAST GAY STREET (PO BOX 1008)    Account No. 9030111 COLUMBUS OH 43216-1008 |
| RAHE, ELIZABETH | 5180 POLK LANE    Account No. 3583 OLIVE BRANCH MS 38654 |
| RAISH, JASON | 3069 COUNTY RD 119    Account No. 1234 CANISTEO NY 14823 |
| REYSEN, NATE | 715 MICHIGAN AVE APT 2 MIAMI BEACH FL 331396076 |
| RICIGLIANO, MICHAEL C | 3628 EASTWOOD DR.    Account No. 0355 BALTIMORE MD 21206 |
| RODRIGUEZ, KRISTINE B. | 1917 E. ILLINOIS ST WHEATON IL 60187 |
| ROTH, AARON | 7251 E DESERT MOON LOOP    Account No. 5114 TUCSON AZ 857500921 |
| SCHASSLER, KATHLEEN | 24 VERNONDALE CT SOUTHINGTON CT 06489 |
| SEDAM, STEPHEN | 2609 GREENMONT DR FORT COLLINS CO 80524-1942 |
| SHOEMAKER, TIMOTHY | 124 N. 3RD STREET APT 2R    Account No. 4116 EASTON PA 18042 |
| SQUIER, WILLIAM GEORG | 75 RIDGE PARK AVE    Account No. 8643 STAMFORD CT 06905 |
| STARK, ERNA TAYLOR | 629 LINDA VISTA AVE    Account No. 9611 PASADENA CA 91105 |
| STARZYK, KARA | 13230 SW 32ND COURT    Account No. 9204 FORT LAUDERDALE FL 33330 |
| STORYTELLERS'S WORKSHOP INC | TED SLAMPYAK 217 CALLE EVANGELINE    Account No. 0355 BERNALILLO NM 87004 |
| TAPLINGER, MATTHEW | 156 FRANKLIN ST APT 2R    Account No. 5764 BROOKLYN NY 112222134 |
| TELEVISION BUREAU OF ADVERTISING INC. | 3 EAST 54TH STREET, 10TH FL    Account No. KWGN NEW YORK NY 10022-3108 |
| TRIEMER, ISABELL | 3 SPRINGTIDE CT MIDDLE RIVER MD 21220 |
| TULLIS, ANDREW J | 20124 WAPITI CT BEND OR 97702 |
| TURNER, WILLIAM | 5931 MICHAELS XING    Account No. 5375 OREFIELD PA 18069 |
| VANZILE, JON | 3740 NE 15 TERRACE POMPANO BEACH FL 33064 |
| WALK, JAMES | 446 FREEHALL ST    Account No. 0917 MERTZTOWN PA 19539 |
| ZOHAR LAZAR INC | 28 BROAD ST KINDERHOOK NY 12106 |

**Total Creditor Count 84**