**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et</u> <u>al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE      )
                                          ) SS
NEW CASTLE COUNTY      )

      Kassandra A. Riddle being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Credit Agreement Lenders in the above-referenced cases, and on December 14, 2009, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

**First Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan Bennett & Dorman, LLP and Young Conaway Stargatt & Taylor, LLP [D.I. 2852]**

_____
Kassandra A. Riddle

      SWORN TO AND SUBSCRIBED before me this _____ day of December, 2009.

_____
Notary Public

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 21, 2012

# 2002 SERVICE LIST

## 12/14/2009

Daniel K. Astin, Esq.
Citizens Bank Center
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
Ciardi Ciardi & Astin, P.C.
919 North Market Street, Suite 700
Wilmington, DE 19801
(Robert McCormick Foundation)
*Hand Delivery*

Donald Bernstein, Esq.
Damian Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(JPMorgan Chase Bank)
*First Class Mail*

Ian C. Bifferato, Esq.
Kevin Collins
Bifferato LLC
800 North King Street - First Floor
Wilmington, DE 19801
(D. Neil, C. Brown, H. Weinstein, W. Roche, M. Levin,
J. Makinen)
*Hand Delivery*

William P. Bowden, Esquire
Christopher S. Sontchi, Esquire
Matthew G. Zaleski, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Ricketts Acquisition LLC and CHicago Baseball
Holdings, LLC)
*Hand Delivery*

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
*First Class Mail*

Stuart M. Brown, Esq.
Edwards  Angell Palmer & Dodge
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Barclays Bank)
*Hand Delivery*

Babette A. Ceccotti, Esq.
Joseph J. Vitale, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036
(American Federation of Television and Radio Artists)
*First Class Mail*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Franciso, CA 94105-2130
(Oracle)
*First Class Mail*

Mark D. Collins, Esq.
John Knight, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(JPMorgan Chase)
*Hand Delivery*

Andrew S. Conway, Esq.
The Taubman Company
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
( Taubman Landlords)
*First Class Mail*

# 2002 SERVICE LIST

## 12/14/2009

L. Jason Cornell, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(Donna Gerhart Gutman)
*Hand Delivery*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064
(Harris County)
*First Class Mail*

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010
*First Class Mail*

Margaret England, Esq/
Eckert Seamans Cherin & Mellott, LLC
Suite 1210, 300 Delaware Avenue
Wilmington, DE 19801
(Nielsen Co.)
*Hand Delivery*

John V. Fiorella, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(Navistar)
*Hand Delivery*

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
(Jones Lang Lasalle Americas)
*First Class Mail*

Scott A. Golden, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(Abitibibowater)
*First Class Mail*

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(Mercer)
*First Class Mail*

Christine Z. Heri
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Suitre 844
Chicago, IL 60604
(Secretary of LAbor, Hilda Solisi)
*First Class Mail*

Adam Hiller
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, DE 19899
*First Class Mail*

# 2002 SERVICE LIST

## 12/14/2009

Internal Revenue Service
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*First Class Mail*

Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899
(American Federation of Television and Radio Artists)
*Hand Delivery*

William M. Kelleher, Esq.
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801
(Corestaff Services)
*Hand Delivery*

Pamela Kohlman Webster, Esq
Buchalter Nemer
1000 Wiltshire Boulevard, Suite 1500
Los Angeles, CA 90017
(Sony Pictures Television)
*First Class Mail*

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, 6th Floor
Wilmington, DE 19801
(Committee Counsel)
*Hand Delivery*

Michael R. Lastowski, Esq.
Sommer Ross, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Sony Pictures Television)
*Hand Delivery*

Joshua Losardo, Esq.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016
(Enterprise Garage Corp.)
*First Class Mail*

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Law Debenture Trust)
*Hand Delivery*

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(iron Mountain Information Management, Inc.)
*First Class Mail*

# 2002 SERVICE LIST

## 12/14/2009

Michelle McMahon, Esq
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(CWA/ITV Negotiated Pension Plan)
*First Class Mail*

George R. Mesires, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
(KTR South Florida)
*First Class Mail*

David Neumann, Esq
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
(Wilmington Trust Co.)
*First Class Mail*

Jeffrey J. Newton, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
(Broward County)
*First Class Mail*

Jami B. Nimeroff, Esq.
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 4000
Wilmington, DE 19801
(NBC Universal Inc.)
*Hand Delivery*

Margaret Ann Nolan, Esq.
Carmela J. Sandmann, Assistant County Solicitor
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043
*First Class Mail*

Norman L. Pernick, Esq
Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801
(Debtors - Tribune Co.)
*Hand Delivery*

Jeffrey N. Rich, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
(Greatbanc Trust)
*First Class Mail*

David S. Rosner, Esq.
Ronald R. Rossi, Esq.
David J. Mark, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(Law Debenture Trust)
*First Class Mail*

Paul A. Rubin, Esq
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
(Canon USA Inc.)
*First Class Mail*

# 2002 SERVICE LIST

## 12/14/2009

Bradford J. Sandler, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
(Wilmington Trust Co.)
*First Class Mail*

Margot B. Schonholtz, Esq.
Madlyn Gleich Primoff, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Merrill Lynch Capital Corp.)
*First Class Mail*

Howard Seife, Esq.
David LeMay, Esq.
Christy Rivera, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Fl.
PO Box 1380
Wilmington, DE 19801
(Washington Baltimore Newspaper Guild)
*Hand Delivery*

Robert Stark, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
(Wilmington Trust Co.)
*First Class Mail*

Edward Tredinnick, Esq.
Greene Radovsky Maloney & Share LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111
(Catellus Develpment)
*First Class Mail*

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
(Dallas County)
*First Class Mail*

Eric R. Wilson, Esq
Howard Steel
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Telerep, LLC)
*First Class Mail*

Jeffrey C. Wisler, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg., 1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Hand Delivery*