# EXHIBIT A

# McCormick Claim

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor: Sam Zell, Tribune Company

Case Number: 08-13141 KJC

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Jo Anna Canzoneri McCormick

Name and address where notices should be sent:
PO Box 684, Pasadena California 91102
342 North Atlantic Boulevard
Alhambra California 91803

Telephone number: 626 318 0367

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Same

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $50 Billion Dollars Estimated

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Heir/Beneficiary and ownership (owner)
(See instruction #2 on reverse side.) 100% percent ownership (owner)

**3. Last four digits of any number by which creditor identifies debtor:** 6058

**3a. Debtor may have scheduled account as:** (Unk)
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate ☒ Motor Vehicle ☒ Other Personal property
Describe: Intelligent Property Contract Fraud

Value of Property: $ unknown at this time Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ unknown at this time Basis for perfection: ownership
Estimate is

Amount of Secured Claim: $ unknown at this time Amount Unsecured: $ (Unk)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted orders, invoices, itemized statements...
You may also attach a summary...
interest. You may also attach...

DO NOT SEND ORIGINAL...
SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000005844

[barcode]

...missory notes, purchase, and security agreements. ...of perfection of a security

...ROYED AFTER

Date: 6/8/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.