# EXHIBIT A

## Claims Asserted Against No Debtor or Improper Debtor

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 808 | 6M BUILDERS<br>1183 WENTWORTH ROAD<br>YORK, PA 17408 | 3/23/2009 | $515.00 | | No Debtor Asserted | 08-13253 | WLVI Inc. | $515.00 |
| 2 | 749 | ACCENT ENERGY<br>6065 MEMORIAL DR.<br>DUBLIN, OH 43017 | 3/16/2009 | $30,253.20 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $30,253.20 |
| 3 | 765 | ADVANCE MAGAZINE PUBLISHERS, INC<br>DBA: CONDE' NAST PUBLICATIONS<br>1313 N. MARKET STREET 12TH FLOOR<br>WILMINGTON, DE 19801 | 3/9/2009 | $69,793.50 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $69,793.50 |
| 4 | 858 | AFFILIATED PARTS INC<br>1342 W MADISON<br>CHICAGO, IL 60607 | 3/30/2009 | $438.04 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $438.04 |
| 5 | 923 | ALGUIRE, JAMES L.<br>INKDROP MEDIA GROUP<br>PO BOX 2027<br>DEL MAR, CA 92014-1327 | 4/10/2009 | $1,000.00 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $1,000.00 |
| 6 | 2149 | ALLIANCE MAINTENANCE SERVICES<br>855 MORSE ST.<br>ATTN: MIKE KILEY<br>ELK GROVE VILLAGE, IL 60007 | 4/30/2009 | $1,843.33 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $1,843.33 |
| 7 | 1900 | ALLIED WASTE SERVICES<br>5050 W LAKE STREET<br>MELROSE PARK, IL 60160 | 4/27/2009 | $1,884.81 | | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $1,884.81 |
| 8 | 3419 | AMERICAN COPY EDITORS SOCIETY<br>1714 ARDWICK DR<br>HOFFMAN ESTATES, IL 60195-2503 | 6/2/2009 | $5,000.00 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $5,000.00 |
| 9 | 1353 | ANCHOR DIRECT INC<br>1900 NEW HIGHWAY<br>FARMINGDALE, NY 11735-1509 | 4/22/2009 | $26,907.68 | | No Debtor Asserted | 08-13169<br>08-13227 | Gold Coast Publications, Inc.<br>Tribune Direct Marketing, Inc.<br>Total | $5,838.06<br>$21,069.62<br>$26,907.68 |
| 10 | 3177 | ANDERSON DIRECTORY SALES<br>4901 E DRY CREEK RD    NO.270<br>CENTENNIAL, CO 80122 | 5/26/2009 | $5,772.73 | 08-13200 | Patuxent Publishing Company | 08-13209<br>08-13200 | The Baltimore Sun Company<br>Patuxent Publishing Company<br>Total | $5,185.97<br>$586.76<br>$5,772.73 |
| 11 | 3538 | ANNA GOODSON MANAGEMENT INC<br>38-10 PLACE DU COMMERCE STE 611<br>VERDUN, QC H3E IT8<br>CANADA | 6/5/2009 | $450.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $450.00 |
| 12 | 540 | ANOCOIL CORPORATION<br>PO BOX 1318<br>60 EAST MAIN STREET<br>ROCKVILLE, CT 06066 | 2/24/2009 | $24,179.84 | | No Debtor Asserted | 08-13198<br>08-13208 | Orlando Sentinel Communications Company<br>Sun-Sentinel Company<br>Total | $11,345.36<br>$12,834.48<br>$24,179.84 |
| 13 | 905 | ARENA MEDIA NETWORKS LLC<br>44 E 30TH STREET<br>9TH FLOOR<br>NEW YORK, NY 10016 | 4/6/2009 | $25,000.00 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $25,000.00 |
| 14 | 1687 | ASCAP - BROADCAST LICENSING<br>1 LINCOLN PLAZA<br>NEW YORK, NY 10023 | 4/27/2009 | $91,704.62 | | No Debtor Asserted | 08-13223 | Tribune Broadcasting Company | $91,704.62 |

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | | | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | CASE NUMBER | DEBTOR | CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
| 15 | 2985 | ASM CAPITAL, L.P.<br>TRANSFEROR: SAS-ROI RETAIL MERCHANDISING<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 5/19/2009 | $3,139.00 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $3,139.00 |
| 16 | 492 | ASM CAPITAL, L.P.<br>TRANSFEROR: NEP SUPERSHOOTERS, L.P.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 2/17/2009 | $10,253.83 | | No Debtor Asserted | 08-13254 | WPIX, Inc. | $10,253.83 |
| 17 | 361 | ASM CAPITAL, L.P.<br>TRANSFEROR: PACIFIC RADIO ELECTRONICS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 2/5/2009 | $2,135.09 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $2,135.09 |
| 18 | 863 | ASM CAPITAL, L.P.<br>TRANSFEROR: ACME SCALE SYSTEMS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 3/31/2009 | $18,109.85 | | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $18,109.85 |
| 19 | 4374 | ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | 6/10/2009 | $6,973.02 | 08-13252 | WGN Continental Broadcasting Company | 08-13244 | Tribune Television New Orleans, Inc. | $6,973.02 |
| 20 | 322 | AT&T<br>C/O JNR ADJUSTMENT COMPANY INC.<br>PO BOX 27070<br>MINNEAPOLIS, MN 55427-0070 | 1/26/2009 | $2,083.36 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $2,083.36 |
| 21 | 516 | AVAILABLE LIGHTING, INC.<br>826 JEFFERSON HIGHWAY<br>JEFFERSON, LA 70121 | 2/23/2009 | $409.42 | | No Debtor Asserted | 08-13244 | Tribune Television New Orleans, Inc. | $409.42 |
| 22 | 597 | B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | 3/2/2009 | $262.54 | | No Debtor Asserted | 08-13223 | Tribune Broadcasting Company | $262.54 |
| 23 | 598 | B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | 3/2/2009 | $209.02 | | No Debtor Asserted | 08-13240 | Tribune Publishing Company | $209.02 |
| 24 | 895 | BOWE BELL & HOWELL COMPANY<br>ATTN: BLAKE EADDY<br>3791 S. ALSTON AVE.<br>DURHAM, NC 27713 | 4/6/2009 | $1,537.03 | 08-13145 | California Community News Corporation | 08-13227 | Tribune Direct Marketing, Inc. | $1,537.03 |
| 25 | 1765 | BRADEN BUSINESS SYSTEMS<br>9430 PRIORITY WAY WEST<br>INDIANAPOLIS, IN 46240 | 4/27/2009 | $435.68 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $435.68 |
| 26 | 710 | BRAGMAN NYMAN CAFARELLI<br>ATTN: JOHN LUNDY; CFO<br>8687 MELROSE AVE. 8TH FLOOR<br>LOS ANGELES, CA 90069 | 3/9/2009 | $4,865.93 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $4,865.93 |
| 27 | 1514 | BRANDOW AND JOHNSTON ASSOCIATES<br>1660 WEST THIRD STREET<br>LOS ANGELES, CA 90017 | 4/24/2009 | $16,737.19 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $16,737.19 |

* - indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 1590 | BRILLIANT COLOR IMAGING INC<br>301 N HARRISON ST   STE 133<br>PRINCETON, NJ 08540 | 4/23/2009 | $8,216.00 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $8,216.00 |
| 29 | 964 | BROWN PRINTING INC<br>183 MIKRON ROAD<br>BETHLEHEM, PA 18020 | 4/16/2009 | $2,629.00 | | No Debtor Asserted | 08-13160 | Direct Mail Associates, Inc. | $2,629.00 |
| 30 | 214 | BUSINESS TECHNOLOGY, INC.<br>301 MALLORY STATION ROAD # 200<br>FRANKLIN, TN 37067-2825 | 1/12/2009 | $1,742.41 | | No Debtor Asserted | 08-13254 | WPIX, Inc. | $1,742.41 |
| 31 | 226 | BUSINESS TECHNOLOGY, INC.<br>301 MALLORY STATION ROAD # 200<br>FRANKLIN, TN 37067-2825 | 1/13/2009 | $3,712.50 | | No Debtor Asserted | 08-13254 | WPIX, Inc. | $3,712.50 |
| 32 | 332 | CALIFORNIA OFFSET PRINTERS, INC.<br>620 WEST ELK AVENUE<br>GLENDALE, CA 91204 | 1/29/2009 | $126,367.58 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $126,367.58 |
| 33 | 4311 | CALL SOURCE<br>31280 OAK CREST DRIVE<br>SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | 6/10/2009 | $2,324.63 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $2,324.63 |
| 34 | 4312 | CALL SOURCE<br>31280 OAK CREST DRIVE<br>SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | 6/10/2009 | $46.67 | | No Debtor Asserted | 08-13200 | Patuxent Publishing Company | $46.67 |
| 35 | 644 | CAMERA MOVES, INC.<br>P.O. BOX 309<br>DINGMANS FERRY, PA 18328 | 3/6/2009 | $750.00 | | No Debtor Asserted | 08-13254 | WPIX, Inc. | $750.00 |
| 36 | 706 | CAPITAL CITY PROMOTIONS<br>2311 TYROLEAN WAY<br>SACRAMENTO, CA 95821 | 3/9/2009 | $1,018.46 | | No Debtor Asserted | 08-13149 | Channel 40, Inc. | $1,018.46 |
| 37 | 6098 | CARRIER CORPORATION<br>JOYCE KUPPEL, CARRIER CORP<br>PO BOX 4808, BLDG. TR. 5<br>SYRACUSE, NY 13221 | 7/20/2009 | $1,458.16 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,458.16 |
| 38 | 503 | CATTERTON PRINTING<br>100 POST OFFICE ROAD<br>WALDORF, MD 20602-2767 | 2/20/2009 | $3,696.00 | | No Debtor Asserted | 08-13209 | The Baltimore Sun Company | $3,696.00 |
| 39 | 421 | CENTER ISLAND ELECTRIC<br>CHISTOPHER HAWKINS<br>96 NASSAU ROAD<br>ROOSEVELT, NY 11575 | 2/6/2009 | $2,620.00 | | No Debtor Asserted | 08-13176 | InsertCo, Inc. | $2,620.00 |
| 40 | 736 | CENTURY 21 CLICKIT INC.<br>1780 OAK RD.<br>SNELLVILLE, GA 30078 | 3/13/2009 | $1,700.00 | | No Debtor Asserted | 08-13165 | forsalebyowner.com corp. | $1,700.00 |
| 41 | 816 | CITY NEWS SERVICE<br>DOUGLAS FAIGIN<br>11400 W. OLYMPIC BLVD - S-780<br>LOS ANGELES, CA 90064 | 3/27/2009 | $1,950.88 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $1,950.88 |
| 42 | 4386 | CITY OF FORT LAUDERDALE<br>C/O CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 | 6/10/2009 | $581.25 | 08-13168 | Forum Publishing Group, Inc. | 08-13169 | Gold Coast Publications, Inc. | $581.25 |

\* - indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 43 | 392 | CITY OF HOUSTON, TEXAS, P.W.E. ATTN: EFFIE GREEN 4200 LEELAND HOUSTON, TX 77023 | 1/27/2009 | $587.02 | | No Debtor Asserted | 08-13180 | KIAH Inc. | $587.02 |
| 44 | 978 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: HYSTER NEW ENGLAND 92 UNION AVENUE CRESSKILL, NJ 07626 | 4/17/2009 | $1,535.79 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $1,535.79 |
| 45 | 751 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: KEENAN GROUP, INC., THE 92 UNION AVENUE CRESSKILL, NJ 07626 | 3/16/2009 | $1,778.90 | | No Debtor Asserted | 08-13209 | The Baltimore Sun Company | $1,778.90 |
| 46 | 1668 | CNI CORPORATION 394 ELM ST ATTN: JON DICKINSON MILFORD, NH 03055 | 4/23/2009 | $9,070.00 | 08-13198 | Orlando Sentinel Communications Company | 08-13240 | Tribune Publishing Company | $9,070.00 |
| 47 | 1671 | CNI CORPORATION 394 ELM ST ATTN: JON DICKINSON MILFORD, NH 03055 | 4/23/2009 | $10,445.00 | 08-13208 | Sun-Sentinel Company | 08-13240 | Tribune Publishing Company | $10,445.00 |
| 48 | 1667 | CNI CORPORATION 394 ELM ST ATTN: JON DICKINSON MILFORD, NH 03055 | 4/23/2009 | $15,167.50 | 08-13209 | The Baltimore Sun Company | 08-13240 | Tribune Publishing Company | $15,167.50 |
| 49 | 1669 | CNI CORPORATION 394 ELM ST ATTN: JON DICKINSON MILFORD, NH 03055 | 4/23/2009 | $4,860.00 | 08-13211 | The Hartford Courant Company | 08-13240 | Tribune Publishing Company | $4,860.00 |
| 50 | 3347 | COLLEGE OF DUPAGE MCANINCH ARTS CENTER 425 FAWELL BLVD GLEN ELLYN, IL 60137 | 6/1/2009 | $7,753.47 | | No Debtor Asserted | 08-13252 | WGN Continental Broadcasting Company | $7,753.47 |
| 51 | 3649 | CONTENT THAT WORKS 4432 N. RAVENSWOOD MARLA MORGAN CHICAGO, IL 60640 | 6/8/2009 | $300.25 | | No Debtor Asserted | 08-13208 08-13212 | Sun-Sentinel Company The Morning Call, Inc. Total | $88.06 $212.19 $300.25 |
| 52 | 100 | CORBIS CORPORATION ATTN: CREDIT DEPT. 710 SECOND AVE, STE 220 SEATTLE, WA 98104 | 12/22/2008 | $178.62 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $178.62 |
| 53 | 963 | COUNTY OF SAN DIEGO REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 BRUFFIN ROAD, SUITE I SAN DIEGO, CA 92123 | 4/16/2009 | $1,175.00 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $1,175.00 |
| 54 | 496 | CRAFT PRODUCTIONS, LLC DBA PROPULSION MEDIA LABS ONE BACTON HILL SOUTH SUITE 104 MALVERN, PA 19355 | 2/19/2009 | $2,125.00 | | No Debtor Asserted | 08-13251 | WDCW Broadcasting, Inc. | $2,125.00 |

* - indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 2239 | DATA CLEAN CORP 740 E DEBRA LANE ANAHEIM, CA 92805 | 5/1/2009 | $5,617.25 | | No Debtor Asserted | 08-13145 08-13152 08-13185 | California Community News Corporation Chicago Tribune Company Los Angeles Times Communications LLC | $1,171.25 $3,158.00 $1,288.00 |
| | | | | | | | | Total | $5,617.25 |
| 56 | 725 | DIEBOLD INC 5995 MAYFAIR RD NORTH CANTON, OH 44720 | 3/12/2009 | $405.16 | | No Debtor Asserted | 08-13210 | The Daily Press, Inc. | $405.16 |
| 57 | 774 | DIELECTRIC COMMUNICATIONS ATTN: ACCOUNTS RECEIVABLE 22 TOWER ROAD RAYMOND, ME 04071 | 3/19/2009 | $63,851.44 | | No Debtor Asserted | 08-13183 | KTLA Inc. | $63,851.44 |
| 58 | 2400 | DILBARYAN, GEORGE 10342 184 AVE NE STE 100 REDMOND, WA 98052 | 5/4/2009 | $600.00 | | No Debtor Asserted | 08-13245 | Tribune Television Northwest, Inc. | $600.00 |
| 59 | 919 | DISCHINGER, FRANCOIS 576 BROOME STREET #4 NEW YORK, NY 10013 | 4/9/2009 | $2,366.15 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $2,366.15 |
| 60 | 3680 | DOMINION DISTRIBUTION ATTN: SHAMONA WALLACE 15 GRANBY STREET- 17C NORFOLK, VA 23510 | 6/8/2009 | $289.20 | | No Debtor Asserted | 08-13200 | Patuxent Publishing Company | $289.20 |
| 61 | 806 | EMBARKMEDIA DANNY JOHNSON 333 E. ONTARIO ST. #1904B CHICAGO, IL 60611 | 3/23/2009 | $925.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $925.00 |
| 62 | 1891 | EVERGREEN LANDCARE 5057 W. WASHINGTON BLVD ATTN: GARY GILMORE LOS ANGELES, CA 90016 | 4/27/2009 | $288.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $288.00 |
| 63 | 301 | EVERTZ MICROSYSTEMS LTD. ATTN: ACCOUNTS RECEIVABLE 5288 JOHN LUCAS DRIVE BURLINGTON, ON L7L 5Z9 CANADA | 1/23/2009 | $16,492.50 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $16,492.50 |
| 64 | 300 | EVERTZ MICROSYSTEMS LTD. ATTN: ACCOUNTS RECEIVABLE 5288 JOHN LUCAS DRIVE BURLINGTON, ON L7L 5Z9 CANADA | 1/23/2009 | $5,931.25 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $5,931.25 |
| 65 | 337 | EVERTZ MICROSYSTEMS, LTD. ATTN: ACCOUNTS RECEIVABLE 5288 JOHN LUCAS DRIVE BURLINGTON, ON L7L 5Z9 CANADA | 1/30/2009 | $10,483.99 | | No Debtor Asserted | 08-13180 | KIAH Inc. | $10,483.99 |
| 66 | 726 | FAIR HARBOR CAPITAL, LLC TRANSFEROR: DOGHAUS DESIGN INC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 3/12/2009 | $450.00 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $450.00 |

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 67 | 4840 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 6/11/2009 | $61.30 | 08-13239 | Tribune NM, Inc. | 08-13235 | Tribune Media Net, Inc. | $61.30 |
| 68 | 4839 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 6/11/2009 | $41,733.96 | 08-13236 | Tribune Media Services, Inc. | 08-13235 08-13236 | Tribune Media Net, Inc. Tribune Media Services, Inc. Total | $199.43 $41,534.53 $41,733.96 |
| 69 | 851 | FERRELLGAS ONE LIBERRY PLAZA LIBERTY, MO 64068 | 3/30/2009 | $410.90 | | No Debtor Asserted | 08-13210 | The Daily Press, Inc. | $410.90 |
| 70 | 4459 | FORD, ANN 1435 W BALMORAL AVE, NO.2-S CHICAGO, IL 60640 | 6/11/2009 | $250.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $250.00 |
| 71 | 3465 | GARCIA & CASTIELLO MEDIA SERVICES ATTN: JOSE GARCIA 4321 SOUTHWEST 15TH ST. MIAMI, FL 33134 | 6/3/2009 | $673.38 | | No Debtor Asserted | 08-13175 | Hoy Publications, LLC | $673.38 |
| 72 | 5707 | GEIB INDUSTRIES 3220 N MANNHEIM RD FRANKLIN PARK, IL 60131 | 6/15/2009 | $954.62 | | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $954.62 |
| 73 | 809 | GOOGLE, INC. BINDER & MALTER, LLP C/O WENDY W. SMITH 2775 PARK AVENUE SANTA CLARA, CA 95050 | 3/24/2009 | $1,782.30 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $1,782.30 |
| 74 | 1517 | GRAEBEL COMPANIES 720 3RD STREET WAUSAU, WI 54403 | 4/24/2009 | $26,401.50 | 08-13152 | Chicago Tribune Company | 08-13154 08-13152 | Chicago Tribune Press Service, Inc. Chicago Tribune Company Total | $2,392.25 $24,009.25 $26,401.50 |
| 75 | 788 | GREENSCAPES, INC. 1721 ROGERS PLACE UNIT 49-J BURBANK, CA 91504 | 3/20/2009 | $356.60 | | No Debtor Asserted | 08-13183 | KTLA Inc. | $356.60 |
| 76 | 800 | HAMMERS, KATIE 2029 N. SHEFFIELD AVE. APT #2 CHICAGO, IL 60614 | 3/23/2009 | $500.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $500.00 |
| 77 | 823 | HASTINGS AIR ENERGY CONTROL INC 5555 S. WESTRIDGE DR NEW BERLIN, WI 53151-7900 | 3/27/2009 | $873.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $873.00 |
| 78 | 786 | HOLLISTER PUBLICATIONS 3 EAST WYNNEWOOD ROAD WYNNEWOOD, PA 19096-1917 | 3/20/2009 | $1,105.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $1,105.00 |

* Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 79 | 3699 | IBM DAKSH BUSINESS PROCESS SERVICES PVT LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR DLF CYBER PARK, DLF PHASE 2, SECTOR 25A GURGAON, HARYANA, 122002 INDIA | 6/8/2009 | $222,177.80 | 08-13240 | Tribune Publishing Company | 08-13152 | Chicago Tribune Company | $222,177.80 |
| 80 | 716 | INITIATIVE MEDIA 1 DAG HAMMARSKJOLD PLAZA NEW YORK, NY 10017 | 3/11/2009 | $883,317.73 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $433,324.28 |
| | | | | | | | 08-13183 | KTLA Inc. | $219,645.15 |
| | | | | | | | 08-13245 | Tribune Television Northwest, Inc. | $230,348.30 |
| | | | | | | | | Total | $883,317.73 |
| 81 | 617 | IOWA TOURISM OFFICE 200 EAST GRAND AVENUE DES MOINES, IA 50309 | 3/2/2009 | $2,150.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $2,150.00 |
| 82 | 5594 | JIM CUTLER 17 MICHAELS LANE OLD BROOKVILLE, NY 11545 | 6/12/2009 | $1,750.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $750.00 |
| | | | | | | | 08-13254 | WPIX, Inc. | $1,000.00 |
| | | | | | | | | Total | $1,750.00 |
| 83 | 615 | JOHN WILEY & SONS INC 1 WILEY DRIVE SOMERSET, NJ 08875 | 3/2/2009 | $2,838.36 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $2,838.36 |
| 84 | 3496 | KAUPERT, GLENN 745 NORFOLK AVE. WESTCHESTER, IL 60154 | 6/4/2009 | $225.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $225.00 |
| 85 | 3493 | KAUPERT, GLENN A 745 NORFOLK AVENUE WESTCHESTER, IL 60154 | 6/4/2009 | $225.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $225.00 |
| 86 | 296 | KROMA PRINTING INDUSTRIES CORP 875 AVE OF THE AMERICAS, STE 1702 NEW YORK, NY 10001 | 1/21/2009 | $12,452.44 | | No Debtor Asserted | 08-13254 | WPIX, Inc. | $12,452.44 |
| 87 | 567 | LESCOE, EDMUND A. JR. 10 STREAM CT. FARMINGTON, CT 06032 | 2/26/2009 | $22.58 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $22.58 |
| 88 | 4388 | MANROLAND INC. ATTN: MARK HERMAN 800 EAST OAK HILL DR WESTMONT, IL 60559 | 6/10/2009 | $40,180.51 | 08-13152 | Chicago Tribune Company | 08-13240 | Tribune Publishing Company | $40,180.51 |
| 89 | 3214 | MIRANDA TECHNOLOGIES INC 3499 DOUGLAS B FLOREANI ST LAURENT, QC H4S 2C6 CANADA | 5/27/2009 | $20,752.49 | | No Debtor Asserted | 08-13184 | KWGN Inc. | $20,752.49 |
| 90 | 2684 | OPINION RESEARCH CORP PO BOX 510542 PHILADELPHIA, PA 19175 | 5/11/2009 | $39,700.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $39,700.00 |
| 91 | 557 | PENN INDUSTRIES, INC. DBA PENN LITHO PO BOX 3117 CERRITOS, CA 90703-3117 | 2/25/2009 | $789,941.65 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $789,941.65 |

TRIBUNE COMPANY, ET AL.
OMNIBUS 12: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 92 | 3615 | REMOTE FACILITIES, INC.<br>ATTN: ANN MARIE STEPHENS<br>9 FOSTER ST.<br>WAKEFIELD, MA 01880 | 6/5/2009 | $1,350.00 | | No Debtor Asserted | 08-13254 | WPIX, Inc. | $1,350.00 |
| 93 | 611 | RESEARCH AND ANALYSIS OF MEDIA OF AMERICAS, INC.<br>757 BEAR RIDGE DRIVE NW<br>ISSAQUAH, WA 98027 | 3/2/2009 | $6,815.00 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $6,815.00 |
| 94 | 1844 | SCAN COMMUNICATIONS GROUP<br>W222 N625 CHEANEY DR<br>WAUKESHA, WI 53186 | 4/27/2009 | $5,970.00 | | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $5,970.00 |
| 95 | 2544 | SCARBOROUGH RESEARCH<br>770 BROADWAY<br>NEW YORK, NY 10003 | 5/7/2009 | $14,452.25 | 08-13244 | Tribune Television New Orleans, Inc. | 08-13209 | The Baltimore Sun Company | $14,452.25 |
| 96 | 777 | STARDUST VISIONS<br>315 S BEVERLY DR STE 300<br>BEVERLY HILLS, CA 90212-4309 | 3/19/2009 | $4,708.41 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $4,708.41 |
| 97 | 65 | STRATEGIC FULFILLMENT GROUP<br>111 CORPORATE DRIVE<br>BIG SANDY, TX 75755 | 12/29/2008 | $9,195.84 | | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $9,195.84 |
| 98 | 3524 | TELEREP, LLC<br>ATTN: ROBERT J DRURY,<br>VICE PRESIDENT/CFO<br>1 DAG HAMMARSKJOLD PLAZA<br>NEW YORK, NY 10017 | 6/5/2009 | $293,091.20 | 08-13249 | WATL, LLC | 08-13223 | Tribune Broadcasting Company | $293,091.20 |
| 99 | 4164 | UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | 6/9/2009 | $5,084.39 | 08-13208 | Sun-Sentinel Company | 08-13169<br>08-13208 | Gold Coast Publications, Inc.<br>Sun-Sentinel Company | $77.20<br>$5,007.19 |
| | | | | | | | | Total | $5,084.39 |

* Indicates claim contains unliquidated and/or undetermined amounts