# EXHIBIT A

## Satisfied Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 13: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ACCURINT<br>P.O. BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | 08-13208 | Sun-Sentinel Company | 06/12/2009 | 5109 | $778.70 | Paid via EFT 0002461980 on 6/11/09 |
| 2 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 08-13187 | Los Angeles Times Newspapers, Inc. | 01/20/2009 | 280 | $264.72 | Paid via EFT 7700875749 on 2/11/09 |
| 3 | BORITS JR, PAUL R<br>1077 POHO POCO DR<br>LEHIGHTON, PA 18235 | 08-13212 | The Morning Call, Inc. | 04/20/2009 | 1140 | $307.33 | Paid via EFT 7700931043 on 5/5/09 |
| 4 | CHESAPEAKE TELEPHONE SYSTEM INC.<br>8225 A CLOVERLEAF DRIVE<br>MILLERSVILLE, MD 21108 | 08-13200 | Patuxent Publishing Company | 04/20/2009 | 1210 | $125.00 | Paid via Check #0002460681 on 6/8/09 |
| 5 | CHRISTENSEN, STEVEN J.<br>1243 TULIP ST.<br>LIVERPOOL, NY 13090 | | No Debtor Asserted | 02/06/2009 | 420 | $10,000.00 | Paid via Check #2461741 on 6/10/09 |
| 6 | CRAFT, ANDREW<br>12 BRIAR CIRCLE APT G<br>FAYETTEVILLE, NC 28306 | 08-13185 | Los Angeles Times Communications LLC | 05/14/2009 | 2793 | $331.30 | Paid via EFT 7700958030 on 6/16/09 |
| 7 | DESOUSA, JOHN B<br>67 COOLRIDGE RD<br>MILFORD, CT 64607621 | 08-13205 | Southern Connecticut Newspapers, Inc. | 04/30/2009 | 2158 | $4,913.92 | Paid via Check #1163431 on 11/2/09 |
| 8 | GET ME THAT VOICE!<br>2409 FROSTED GREEN LANE<br>PLANO, TX 75025 | | No Debtor Asserted | 12/29/2008 | 64 | $275.00 | Claimant stated invoice was paid on 1/14/09 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 13: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 9 | HASLER INC<br>PO BOX 3808<br>MILFORD, CT 06461 | 08-13209 | The Baltimore Sun Company | 06/05/2009 | 3632 | $292.56 | Paid via EFT 0002424698 on 3/9/09 |
| 10 | HOUSER III, JOHN C<br>619 S KENWOOD AVE<br>BALTIMORE, MD 21224 | 08-13209 | The Baltimore Sun Company | 05/18/2009 | 2925 | $200.00 | Paid via EFT 7700954682 on 6/10/09 |
| 11 | JOSE LUIS GATMAYTAN, MIGUEL<br>1208 SE 16TH ST<br>OCALA, FL 34471 | 08-13198 | Orlando Sentinel Communications Company | 04/23/2009 | 1601 | $1,500.00 | Paid via EFT 7700931578 on 5/6/09 |
| 12 | LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | No Debtor Asserted | 02/25/2009 | 555 | $7,815.00 | Paid via EFT 7700883914 on 2/24/09 |
| 13 | LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | 08-13198 | Orlando Sentinel Communications Company | 02/25/2009 | 550 | $3,668.00 | Paid via EFT 7700917020 on 4/13/09 |
| 14 | LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | 08-13208 | Sun-Sentinel Company | 02/25/2009 | 554 | $5,462.00 | Paid via Check #7700889950 on 3/4/09 |
| 15 | LORIA, KEITH<br>62 MYRTLE BLVD<br>LARCHMONT, NY 10538 | 08-13191 | New Mass. Media, Inc. | 06/08/2009 | 3741 | $145.00 | Paid via Check #0002461680 on 6/10/09 |
| 16 | LUM, CYNTHIA<br>416 - 30TH ST<br>LOS ANGELES, CA 90254 | 08-13185 | Los Angeles Times Communications LLC | 05/22/2009 | 3073 | $75.00 | Paid via Check #0002463650 on 6/16/09 |
| 17 | MERRITT GB1 LLC<br>2066 LORD BALTIMORE DR<br>BALTIMORE, MD 21244 | 08-13141 | Tribune Company | 06/08/2009 | 3644 | $395.92 | Paid via Check #16033 on 6/19/09 |

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 13: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 18 | MY WEB PAL<br>PO BOX 27<br>MOBERLY, MO 65270 | 08-13209 | The Baltimore Sun Company | 05/15/2009 | 2826 | $2,000.00 | Paid via EFT 7700943387 on 5/21/09 |
| 19 | NACCI PRINTING, INC.<br>1327 NORTH 18TH STREET<br>ALLENTOWN, PA 18104-3147 | | No Debtor Asserted | 03/09/2009 | 697 | $855.00 | Paid via Check #0002448247 on 5/5/09 |
| 20 | NELSON CHARTERS, LLC<br>15801 STANTON<br>WEST OLIVE, MI 49460 | | No Debtor Asserted | 01/05/2009 | 86 | $330.62 | Paid via Check #2409017 on 2/2/09 |
| 21 | OLIPHANT EQUIPMENT REPAIR<br>13213 SATICOY ST SUITE#10<br>NORTH HOLLYWOOD, CA 91605 | 08-13183 | KTLA Inc. | 04/29/2009 | 2070 | $909.57 | Paid via Check #0002444946 on 4/27/09 |
| 22 | PERKINS, DAN<br>30 EDWARDS ST<br>NEW HAVEN, CT 06511 | 08-13191 | New Mass. Media, Inc. | 04/20/2009 | 1010 | $845.00 | Paid via Check #0002448565 on 5/6/09 |
| 23 | POLLACK COMMUNICATIONS<br>5143 CLEVELAND ROAD<br>DELRAY BEACH, FL 33484 | | No Debtor Asserted | 12/26/2008 | 48 | $6,210.00 | Paid via Check #7700857450 on 1/12/09, Check #7700868192 on 1/30/09, Check #7700857519 on 1/12/09, and Check #7700857450 on 1/22/09 |
| 24 | QUEST SOFTWARE<br>PO BOX 51739<br>LOS ANGELES, CA 90051-6039 | 08-13152 | Chicago Tribune Company | 05/27/2009 | 3221 | $26,500.00 | Paid via EFT 7701059031 on 11/24/09 |

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 13: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 25 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 08-13165 | forsalebyowner.com corp. | 04/09/2009 | 985 | $4.21 | Paid via Check #0002463861 on 6/16/09 |
| 26 | ROONEY, ELIZABETH 1265 W FLOURNOY ST # A CHICAGO, IL 606073324 | 08-13152 | Chicago Tribune Company | 04/27/2009 | 1818 | $200.00 | Paid via EFT 7700957736 on 6/16/09 |
| 27 | RUSSO, ANTHONY 221 W MAIN RD LITTLE COMPTON, RI 02837 | 08-13185 | Los Angeles Times Communications LLC | 05/26/2009 | 3137 | $1,600.00 | Paid via EFT 7700906052 on 3/26/09 and EFT 7700958068 on 6/16/09 |
| 28 | STARK, LINDSEY 1225 JASMINE CIR WESTON, FL 33326 | | No Debtor Asserted | 01/14/2009 | 232 | $257.00 | Paid via Check #0002416774 on 2/17/09, via Check #0002416028 on 2/13/09 and via Check #0002442064 on 4/20/09 |
| 29 | VO, CHUAN D 3021 W ARMITAGE AVE NO.207 CHICAGO, IL 60647 | 08-13152 | Chicago Tribune Company | 04/20/2009 | 1035 | $375.00 | Paid EFT 7700866426 on 2/1/09 and EFT 7700971608 8/2/09 |
| 30 | WALAKOVITS, BARRY 3202 HOBSON ST N WHITEHALL, PA 18052 | 08-13212 | The Morning Call, Inc. | 05/07/2009 | 2574 | $432.77 | Paid via EFT 7700903566 on 3/24/09 |
| 31 | WILLIAMS, DONALD G. 6540 SW 10TH STREET PEMBROKE PINES, FL 33023-1608 | 08-13208 | Sun-Sentinel Company | 02/11/2009 | 447 | $540.00 | Paid via EFT 7700877385 on 2/13/09 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 13: EXHIBIT A – SATISFIED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 32 | WINTHROP, SIMON<br>1055 EAST FLAMINGO RD<br>SUITE # 805<br>LAS VEGAS, NV 89119 | | No Debtor Asserted | 04/29/2009 | 2086 | $1,000.00 | Paid via Check 0002448582 on 5/6/09 |