## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related Docket Nos. 2831-2834, 2839 2857, 2858, 2863, 2864 |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On December 15, 2009, I caused to be served the:

a.  "Order Pursuant to Section 363 of the Bankruptcy Code Authorizing Chicago Tribune Company to Sell Certain Real Property Located in Countryside, Illinois," dated December 11, 2009 [Docket No. 2831], (the "Real Property Order"),

b.  "Order Sustaining Debtors' Eleventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 11, 2009 [Docket No. 2832], (the "11th Omnibus Order),

c.  "Order Sustaining Debtors' Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 11, 2009 [Docket No. 2833], (the "7th Omnibus Order"),

d.  "Order (I) Authorizing Debtor Los Angeles Times Communications LLC to Assume a Certain Unexpired Lease of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Setting Amount with Respect Thereto," dated December 11, 2009 [Docket No. 2834], (the "Los Angeles Times Order"),

e.  "Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof," dated December 14, 2009 [Docket No. 2839], (the "Extending Exclusive Order"),

f.  "Omnibus Order Approving Fee Applications for the First Interim Fee Period," dated December 15, 2009 [Docket No. 2857], (the "Omnibus Fee Order")

g.  "Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(A)," dated December 15, 2009 [Docket No. 2858], (the "Depository Order"),

h.  "Supplemental Declaration of Peter Leadstrom in Support of Debtors' Retention of Deloitte & Touche LLP as Professional Services Provider in the Ordinary Course," dated December 14, 2009 [Docket No. 2863], (the "Declaration of Leadstrom"), and

i.  "Supplemental Declaration of Howard Freidin in Support of Debtors' Retention of Deloitte Consulting LLP as Professional Services Provider in the Ordinary Course," dated December 11, 2009 [Docket No. 2864], (the "Declaration of Freidin"),

by causing true and correct copies, enclosed securely in separate postage-prepaid envelopes, to be delivered via first class mail as follows:

i.     the Real Property Order, 11th Omnibus Order, 7th Omnibus Order, Los Angeles Times Order, Extending Exclusive Order, Omnibus Fee Order, Depository Order, Declaration of Leadstrom, and Declaration of Freidin, to those parties listed on the annexed Exhibit A,

ii.     the Real Property Order, to those parties listed on the annexed Exhibit B,

iii.     the 11th Omnibus Order, to those parties listed on the annexed Exhibit C,

iv.     the 7th Omnibus Order, to the party listed on the annexed Exhibit D,

v.     the Los Angeles Times Order, to the party listed on the annexed Exhibit E,

vi.     the Omnibus Fee Order, to those parties listed on the annexed Exhibit F, and

vii.     the Depository Order, to those parties listed on the annexed Exhibit G.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
18th day of December, 2009

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20__

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. ONE BRYANT PARK (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) NEW YORK NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| ANDREW S. CONWAY, ESQUIRE | (COUSNEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ. 300 DELAWARE AVE, STE 1370 (COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.) WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN, ESQ. 500 DELAWARE AVENUE, 8TH AVENUE P.O. BOX 1150 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ. 401 NORTH MICHIGAN AVENUE, STE 550 (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC) CHICAGO IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT BANK OF AMERICA STRATEGIC SOLUTIONS MAIL CODE: IL1-231-11-19 231 SOUTH LASALLE STREET CHICAGO IL 60604 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 200 WEST MADISON ST., SUITE 3900 CHICAGO IL 60606 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP 200 PARK AVENUE ATTN: US CLIENT VALUATIONS GROUP NEW YORK NY 10166 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. BRADFORD J. SANDLER & JENNIFER R. HOOVER, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) 222 DELAWARE AVENUE, SUITE 801 WILMINGTON DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. DAVID M. NEUMANN, ESQUIRE (COUNSEL TO WILMINGTON TRUST COMPANY) 200 PUBLIC SQUARE SUITE 2300 CLEVELAND OH 44114-2378 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. (COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | & GOOD MAN, LLP 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ. (COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-2126 |
| CALLAHAN & BLAINE | ATTN: EDWARD SUSOLIK, ESQUIRE (COUNSEL TO JON VAN SEMUS BY AND THRU NEALA OLSEN) 3 HUTTON DRIVE, NINTH FLOOR SANTA ANA CA 92707 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA NEW HYDE PARK NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ. 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD |

| Claim Name | Address Information |
|---|---|
| CAPITALSOURCE FINANCE LLC | 20815 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| CIARDI CIARDI & ASTIN | DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ., MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ. CITIZENS BANK CENTER 919 NORTH MARKET STREET, STE 700 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) WILMINGTON DE 19801 |
| CITICORP NORTH AMERICA, INC | 750 WASHINGTON BLVD. STAMFORD CT 069013722 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ. MARC J. PHILLIPS, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET; PO BOX 2207 WILMINGTON DE 19899 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. (COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS) 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| CROSS & SIMON LLC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS 919 NORTH MARKET STREET 11TH FLOOR WILMINGTON DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 4750 VON KARMAN AVENUE NEWPORT BEACH CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DEUTSCHE BANK AG | 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST &SEC. SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT NJ 07901 |
| DRAPER & GOLDBERG, PLLC | ATTN. ADAM HILLER & MICHELLE BERKELEY-AYRES (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP) 1500 NORTH FRENCH STREET, 2ND FLOOR 19801 WILMINGTON DE 19801 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS (COUNSEL TO SONY PICTURES TELEVISION, INC.) 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN, ESQ. 919 N. MARKET ST, STE 1500 (COUNSEL TO BARCLAYS BANK PLC) WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60610-4500 |
| FOX ROTHSCHOLD LLP | ATTN. L. JASON CORNELL, ESQUIRE (COUNSEL TO DONNA GERHART GUTMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF E. MICHAEL GUTMAN AKA MICHAEL GUTMAN AKA ELLIOTT M. GUTMAN) 919 N. MARKET STREET, SUITE 1300 P.O. BOX 2323 WILMINGTON DE 19899-2323 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) |

| Claim Name | Address Information |
|---|---|
| FRANK/GECKER LLP | 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 101 BILBY ROAD HACKETTSTOWN NJ 07840 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. FOUR EMBARCARCADERO CENTER, STE 4000 (COUNSEL TO CATELLUS DEVELOPMENT CORP.) SAN FRANCISCO CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HENNIGAN, BENNETT & DORMAN, LLP | ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS. 865 SOUTH FIGUEROA STREET, SUITE 2900 (COUNSEL TO VARIOUS PARTIES LISTED IN NOA) LOS ANGELES CA 90017 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 2125 E. KATELLA AVE. SUITE 400 ANAHEIM CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE VILLA PARK IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR HOUSTON TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS ONE CHASE PLAZA NEW YORK NY 10005 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. HENRY W. OLIVER BUILDING 535 SMITHFIELD ST (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) 425 PARK AVE NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LECLAIRRYAN, A PROFESSIONAL CORPORATION | ATTN. WILLIAM E. CALLAHAN, JR. ESQUIRE (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC. 1800 WACHOVIA TOWER, DRAWER 1200 ROANOKE VA 2400-1200 |
| LECLAIRRYAN, A PROFESSOINAL CORP. | ATTN. DAVID W. PHILLIPS (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC) TWO PENN PLAZA EAST NEWARK NJ 07105 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |

| Claim Name | Address Information |
|---|---|
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 1330 BROADWAY, SUITE 1800 OAKLAND CA 94612 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY) DALLAS TX 75201 |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | ATTN: ZACHARY J. BANCROFT, EST. 450 S. ORANGE AVE, SUITE 800 (COUNSEL TO ORLANDO MAGIC, LTD.) ORLANDO FL 32801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 682 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. G. AMANDA MALLAN, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 N. MARKET STREET, 8TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) WILMINGTON DE 19801 |
| MCGUIRE WOODS LLP | ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN. ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 10 ALMADEN BLVD., SUITE 1460 SAN JOSE CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICAHEL O'BRIEN 4 WORLD FINANCIAL CENTER 250 VESEY STREET NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300 IRVING TX 75039 |
| MESSANA ROSNER & STERN, LLP | FREDERICK B. ROSNER, ESQ. 1000 N. WEST STREET, SUITE 1200 (COUNSEL TO INTELSAT CORPORATION) WILMINGTON DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN. RACHEL B. MERSKY, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | ATTN: COLLEEN E. MCMANUS 191 NORTH WACKER DRIVE, STE 1800 (COUNSEL TO CF 4242 BRYN MAWR LLC) CHICAGO IL 60606 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY 333 EAST WASHINGTON ST., 3RD FLOOR SYRACUSE NY 13202 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN. ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH J. MCMAHON, JR., ESQ. UNITED STATES DEPT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS. 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 (COUNSEL TO CENTERBRIDGE CREDIT |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ADVISORS LLC.) WILMINGTON DE 19899 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET (COUNSEL TO: VALUATION RESEARCH CORPORATION) WILMINGTON DE 19806 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| POYNER SPRUILL LLP | JUDY D. THOMPSON, ESQ. 301 SOUTH COLLEGE STREET, STE 2300 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28202 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ. 300 NORTH LASALLE STREET, STE 400 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60654-3422 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. KATISHA D. FORTUNE, ESQ. 920 NORTH KING STREET (COUNSEL TO JPMORGAN CHASE BANK, N.A.) WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN. MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W. WASHINGTON DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY) WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | ATTN. JULIE A. MANNING, ESQ. (COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY) ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN. DANA S. PLON, ESQUIRE (COUNSEL TO UNISYS CORPORATION) 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ. TWO RENAISSANCE SQUARE 40 NORTH CENTRAL AVE, STE 2700 (COUNSEL TO PERSONAL PLUS, INC.) PHOENIX AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STUART MAUE | ATTN: LINDA K. COOPER FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 3 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |
| THE BAILEY LAW FIRM, P.A. | ATTN: JAMES F. BAILEY, JR., ESQ. THREE MILL ROAD, SUITE 306A (COUNSEL TO MOVANT SIMONE CONIGLIARO) WILMINGTON DE 19806 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| TOOD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC) POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |

| Claim Name | Address Information |
| --- | --- |
| TOWER DC, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER EH, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER JK, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER MS, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER PT, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN. SHERRY RUGGIERO FALLON (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.) 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION 555 4TH ST. NW ROOM 6110, P.O. BOX 227 WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. 1100 L STREET, N.W. ROOM 10006 WASHINGTON DC 20530 |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR ELIZABETH S. GOLDBERG, ESQUIRE (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR) PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES ATTN TIFFANY STRELOW COBB 52 EAST GAY STREET COLUMBUS OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY ASSOCIATION INC ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN POST OFFICE BOX 4128 TALLAHASSEE FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE (COUNSEL TO: VALUATION RESEARCH CORPORATION) NEW YORK NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. THE BRADYWINE BUILDING – 17TH FLOOR 1000 WEST STREET, POST OFFICE BOX 391 (COUNSEL TO VARIOUS PARTIES LISTED ON NOA) WILMINGTON DE 19899-0391 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 154**

**EXHIBIT B**

TRB-Docket No. 2831 12/15/09

Kevin M. Gensler, Esquire
Dommermuth, Brestal, Cobine & West
123 Water Street
Naperville, IL  60566


TRB-Docket No. 2831 12/15/09

GW DeHaan Real Estate, Inc.
(Representing James Azzar as Purchaser)
Steve DeHaan
3680 44th Street, Suite 101
  Grand Rapids, MI 49512


TRB-Docket No. 2831 12/15/09

Grubb & Ellis Company
(Representing Cawley Commercial Real Estate)
Ryan Kehoe
9550 W. Higgins Road, Suite 1050
Rosemont, IL 60018


TRB-Docket No. 2831 12/15/09

Gene & Terry Callahan
(Plainfield Properties LLC)
120 W. 22nd Street, Suite 300
Oak Brook, IL 60523


TRB-Docket No. 2831 12/15/09

Chopp Properties (Representing Bob Butler, Allan Power Plumbing)
Dan Chopp
9100 Plainfield Road
Brookfield, IL 60513


TRB-Docket No. 2831 12/15/09

Darwin Realty
(Representing Michael & Jennifer Gain of Benztek, Inc. – UNDER CONTRACT)
Victor DeBoer
970 N. Oak Lawn Avenue, Suite 100
Elmhurst, IL 60126

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ABDAN, JACK YAACOV | 7527 E SIERRA DR    Account No. 0321 BOCA RATON FL 33433-3385 |
| ACADEMY OF MOTION PICTURE ARTS | AND SCIENCES 8949 WILSHIRE BOULEVARD BEVERLY HILLS CA 90211-1972 |
| AIR 2 WEB INC | 1230 PEACHTREE STREET NE  12TH FL ATLANTA GA 30309 |
| ALMAN, ISADORA | 917 WALNUT STREET    Account No. 1589 ALAMEDA CA 94501 |
| APPLE, CHARLES ARTHUR | 3113 ROCKWATER WAY VIRGINIA BEACH VA 23456 |
| ARONSON, CLAIRE | 722 SAN REMO DRIVE    Account No. 4564 & 0032 WESTON FL 33326 |
| BADEN, LYNN E. | 1118 STARFISH LANE    Account No. 0966 TARPON SPRINGS FL 34689 |
| BEACH, RANDI | PO BOX 297    Account No. 9689 SANTA CLARA CA 95052 |
| BEM, JENNIFER | 356 LONG MEADOW WAY    Account No. 5194 ARNOLD MD 21012 |
| BERNARDO, JOHN | 854 NW 87TH AVE. #404    Account No. 6537 MIAMI FL 33172 |
| BOJANOWSKI, ERIC | 1901 FILLMORE ST. SUITE 205    Account No. 6597 HOLLYWOOD FL 33020 |
| BOYARSKY, BENJAMIN WILLIAM | 2135 GREENFIELD AVE    Account No. 13141 LOS ANGELES CA 90025 |
| BREMEC, JANICE | 1950 N TAMARIND AVE  NO.331 LOS ANGELES CA 90068 |
| CAMERON, MICHAEL | 4826 N WINTHROP NO.1N    Account No. 0355 CHICAGO IL 60640 |
| CARNAHAN, JONATHAN CHARLES | 5828 DELTA STREET ORLANDO FL 32807 |
| CARTER, ROBERT | 50 ERBACH CRESCENT    Account No. 333 BADEN ON N3A 2L3 CANADA |
| COOPER, CHARLES B. | 1155 W. 4TH ST. # 22    Account No. 1309 ONTARIO CA 91762 |
| CRUZ, MAYRA | 1855 COBLE DR.    Account No. 5979 DELTONA FL 32738 |
| DE MARTINI, THOMAS | 225 RED SCHOOL LANE K-3    Account No. 5272 PHILLIPSBURG NJ 08865 |
| DORA GUADALUPE PICOS AGUILERA | PEDRO ASCENCIO # 717 FRACC. VIRREYES    Account No. VENDOR # 127266 HERMOSILLO, SONORA MONTENEGRO, REPUBLIC OF |
| DUBRIEL, DAWN | 5901 NW 71ST AVE    Account No. 228574 TAMARAC FL 33321 |
| DVORAK, HEIDI | 9126 GRUNDY LANE CHATSWORTH CA 91311 |
| ENGLE, SHAENA | 10916 MOORPARK ST NO.7    Account No. 36-4370416 TOLUCA LAKE CA 91602 |
| ESCOBAR, MARIA I. | 2734 CARAMBOLA CIR S    Account No. 3015 COCONUT CREEK FL 330662593 |
| FELSHER, JOHN N | 434 SOUTH ALDERWOOD STREET WINTER SPRINGS FL 32708 |
| FENSTERMAKER, MORIA | 2333 COOLIDGE ST ALLENTOWN PA 18104 |
| FONTANA, GINA | 2893 S.W. 22ND CIR. 46-C    Account No. 1340 DELRAY BEACH FL 33445 |
| FREY, RONALD | 505 SNYDERS RD PALMERTON PA 18071 |
| FREY, RONALD | 505 SNYDER RD PALMERTON PA 18071 |
| GAYLE, ASHLEY ELISABETH | 6657 BRANCH ROAD    Account No. 8985 HAYES VA 23072 |
| GUY & SONS INC | 1050 WEST VAN BUREN    Account No. 1332 CHICAGO IL 60607 |
| HANSON, ERIC | 4444 UPTON AVE S.    Account No. 5252 MINNEAPOLIS MN 55410 |
| HARRYS MOBILE REPAIR | 189A EWLL RD    Account No. 4678 WILLIAMSBURG VA 23188 |
| HESS, CHARLES | 859 S MURFIELD RD LOS ANGELES CA 90005 |
| HILL, TODD | 331 IRON ST LEHIGHTON PA 18235 |
| HOWELL, DAVID | 405B SPRING STREET    Account No. 3438 BETHLEHEM PA 18018 |
| HUMBERTO TAKESHI BARRIOS MIYATA | REFORMA # 177 NTE. COL. BALDERRAMA    Account No. VENDOR # 26746/1 HERMOSILLO, SONORA MONTENEGRO, REPUBLIC OF |
| IDAMERICA | 941 CORPORATE LANE    Account No. 0299 CHESAPEAKE VA 23320 |
| ILIFF, ANDREW R | 216 BISHOP ST        APT 206 NEW HAVEN CT 06511 |
| JAMES, SUSAN E. | 4534 HILLARD AVENUE LA CANADA CA 91011 |
| JEFF SCIORTINO PHOTOGRAPHY | 764 N MILWAUKEE AVENUE    Account No. 7958 CHICAGO IL 60622 |
| JFA REAL ESTATE, INC. | ATTN: CRAIG ROTH 2050 S. BUNDY DR. #245 LOS ANGELES CA 90025 |
| KEENAN, STEFANIE | 1417 N. CATALINA ST. LOS ANGELES CA 90027 |
| KESSLER, ARAN | 1804 PEACHTREE DRIVE    Account No. 3185 VALPARAISO IN 46383 |
| LA CANADA FLINTRIDGE | 4529 ANGELES CREST HWY NO.102 LA CANADA CA 91011 |
| LANCASTER, WILLIAM | 931 CROMWELL BRIDGE TOWSON MD 21286 |
| LEON, MARK | 3401 SYCAMORE ST ALLENTOWN PA 18104 |

| Claim Name | Address Information |
|---|---|
| LUSTIG, CAROL | 9740 NW 51ST ST. CORAL SPRINGS FL 33076 |
| MARIMAN, ANDREW | 422 WASHINGTON STREET    Account No. 4423 KLAMATH FALLS OR 97601 |
| MAYNE, NICHOLAS | 11681 SW 17TH CT    Account No. 0266 MIRAMAR FL 33025 |
| MEJIA, MICHELLE A. | C/O BROOKWELL 2725 NE 1ST AVE    Account No. 2940 WILTON MANORS FL 33334 |
| MIKLISH, BRENDA | 415 ARCH AVE    Account No. 3401 GREENSBURG PA 15601 |
| MILLER KAPLAN ARASE AND CO | 4123 LANKERSHIM BLVD NORTH HOLLYWOOD CA 91602-2828 |
| MOORE, HEIDI | 4533 N WHIPPLE ST    Account No. 3182 CHICAGO IL 60625 |
| MORGENSTERN, MICHAEL | 9 COACH LN    Account No. 3211 CHERRY HILL NJ 08002 |
| OBTIVA CORPORATION | 566 W ADAMS STE 400    Account No. 08-0430 CHICAGO IL 60661 |
| ON TIME SOLUTIONS, INC. | CLAUDINE MCCARTHY 40 HASTINGS LANE BOYNTON BEACH FL 33426 |
| ORVIDAS, KEN | 16724 NE 138TH CT. WOODINVILLE WA 98072 |
| PAGLIARO, LAURA | 621 MERCHANTS SQ LANCASTER PA 176018815 |
| PARKER, HONEY | PO BOX 982080 PARK CITY UT 84098 |
| PARSONS, LEIF | 634 MANHATTAN AVE  FL3    Account No. 5938 BROOKLYN NY 11222 |
| PEREZ, KATERINA | 67 SAINT JOHNS AVE    Account No. 6906 VALLEY STREAM NY 11580 |
| PLATFORM-A INC., AN AOL LLC COMPANY | TIFFANY STRELOW COBB, ESQ. VORYS, SATER, SEYMOUR AND PEASE LLP 52 EAST GAY STREET (PO BOX 1008)    Account No. 9030111 COLUMBUS OH 43216-1008 |
| RAHE, ELIZABETH | 5180 POLK LANE    Account No. 3583 OLIVE BRANCH MS 38654 |
| RAISH, JASON | 3069 COUNTY RD 119    Account No. 1234 CANISTEO NY 14823 |
| REYSEN, NATE | 715 MICHIGAN AVE APT 2 MIAMI BEACH FL 331396076 |
| RICIGLIANO, MICHAEL C | 3628 EASTWOOD DR.    Account No. 0355 BALTIMORE MD 21206 |
| RODRIGUEZ, KRISTINE B. | 1917 E. ILLINOIS ST WHEATON IL 60187 |
| ROTH, AARON | 7251 E DESERT MOON LOOP    Account No. 5114 TUCSON AZ 857500921 |
| SCHASSLER, KATHLEEN | 24 VERNONDALE CT SOUTHINGTON CT 06489 |
| SEDAM, STEPHEN | 2609 GREENMONT DR FORT COLLINS CO 80524-1942 |
| SHOEMAKER, TIMOTHY | 124 N. 3RD STREET APT 2R    Account No. 4116 EASTON PA 18042 |
| SQUIER, WILLIAM GEORG | 75 RIDGE PARK AVE    Account No. 8643 STAMFORD CT 06905 |
| STARK, ERNA TAYLOR | 629 LINDA VISTA AVE    Account No. 9611 PASADENA CA 91105 |
| STARZYK, KARA | 13230 SW 32ND COURT    Account No. 9204 FORT LAUDERDALE FL 33330 |
| STORYTELLERS'S WORKSHOP INC | TED SLAMPYAK 217 CALLE EVANGELINE    Account No. 0355 BERNALILLO NM 87004 |
| TAPLINGER, MATTHEW | 156 FRANKLIN ST APT 2R    Account No. 5764 BROOKLYN NY 112222134 |
| TELEVISION BUREAU OF ADVERTISING INC. | 3 EAST 54TH STREET, 10TH FL    Account No. KWGN NEW YORK NY 10022-3108 |
| TRIEMER, ISABELL | 3 SPRINGTIDE CT MIDDLE RIVER MD 21220 |
| TULLIS, ANDREW J | 20124 WAPITI CT BEND OR 97702 |
| TURNER, WILLIAM | 5931 MICHAELS XING    Account No. 5375 OREFIELD PA 18069 |
| VANZILE, JON | 3740 NE 15 TERRACE POMPANO BEACH FL 33064 |
| WALK, JAMES | 446 FREEHALL ST    Account No. 0917 MERTZTOWN PA 19539 |
| ZOHAR LAZAR INC | 28 BROAD ST KINDERHOOK NY 12106 |

**Total Creditor Count 84**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT NJ 07901 |

**Total Creditor Count 1**

# EXHIBIT E

TRB- Docket No. 2834 12/15/09

MCPHARLIN SPRINKLES AND THOMAS, LLP
ATTN: ELAINE SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA  95113

**EXHIBIT F**

TRB FEE ORD 12-15-09
SIDLEY AUSTIN LLP
JAMES F. CONLAN
BRYAN KRAKAUER
KEVIN T. LANTRY
KENNETH P. KANSA
JILLIAN K. MCCLELLAND
ONE SOUTH DEARBORNE
CHICAGO, IL 60603

TRB FEE ORD 12-15-09
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, PA
NORMAN L. PERNICK
J. KATE STICKLES
500 DELAWARE AVENUE, STE 1410
WILMINGTON, DE 19801

TRB FEE ORD 12-15-09
ALIXPARTNERS, LLP
ALAN D. HOLTZ
9 WEST 57TH STREET, STE 3420
NEW YORK, NY 10019

TRB FEE ORD 12-15-09
CHADBOURNE & PARKE LLP
DAVID M. LEMAY
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

TRB FEE ORD 12-15-09
MOELIS & COMPANY LLC
THANE CARLSTON, MANAGING DIR.
245 PARK AVE, 32ND FL
NEW YORK, NY 10167

TRB FEE ORD 12-15-09
CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

TRB FEE ORD 12-15-09
LANDIS RATH & COBB LLP
ADAM G. LANDIS
MATTHEW B. MCGUIRE
MONA A. PARIKH
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

TRB FEE ORD 12-15-09
ALVAREZ & MARSAL NORTH AMERICA, LLC
THOMAS E. HILL
55 W. MONROE ST, STE 4000
CHICAGO, IL 60603

TRB FEE ORD 12-15-09
JENNER & BLOCK LLP
DAVID J. BRADFORD
CRAIG C. MARTIN
330 NORTH WABASH AVE
CHICAGO, IL 60611-7603

TRB FEE ORD 12-15-09
JONES DAY
PHILLIP A. PROGER
51 LOUISIANA AVENUE, NW
WASHINGTON, DC 20001-2113

TRB FEE ORD 12-15-09
LAZARD FRERES & CO. LLC
SUNEEL MANDAVA
DIRECTOR
30 ROCKEFELLER PLAZA, 61ST FLOOR
NEW YORK, NY 10020

TRB FEE ORD 12-15-09
MCDERMOTT WILL & EMERY LLP
BLAKE D. RUBIN
600 13TH ST, NW
WASHINGTON, DC 20005-3096

TRB FEE ORD 12-15-09
PAUL, HASTINGS, JANOFSKY & WALKER LLP
RICHARD A. CHESLEY
KIMBERLY D. NEWMARCH
191 N WACKER DR, 30TH FL
CHICAGO, IL 60606

TRB FEE ORD 12-15-09
PRICEWATERHOUSECOOPERS LLP
WILLIAM T. ENGLAND, PARTNER
ONE NORTH WACKER DRIVE
CHICAGO, IL 60606

TRB FEE ORD 12-15-09
REED SMITH LLP
J. CORY FALGOWSKI
1201 MARKET STREET, STE 1500
WILMINGTON, DE 19801

TRB FEE ORD 12-15-09
REED SMITH LLP
PIA N. THOMPSON
JOHN D. SHUGRUE
10 S. WACKER DR, 40TH FL
CHICAGO, IL 60606-7507

TRB FEE ORD 12-15-09
MERCER (US) INC.
AARON L. HAMMER, ESQ.
FREEBORN & PETERS, LLP
311 SOUTH WACKER DRIVE
STE 3000
CHICAGO, IL 60606

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ANDREW SHERMAN | ASSOCIATE GENERAL COUNSEL RABOBANK NEDERLAND 245 PARK AVENUE NEW YORK NY 10167 |
| BRIAN TRUST | MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019-5820 |
| CHARLES (CHUCK) E. DAVIDOW | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 2001 K STREET, NW WASHINGTON DC 20006-1047 |
| CHARLES R. SMITH, ESQUIRE | K&L GATES HENRY W. OLIVER BUILDING 535 SMITHFIELD STREET PITTSBURGH PA 15222-2312 |
| DAN CANTOR | O'MELVENY & MYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| DAVID J. BRADFORD | JENNER & BLOCK LLP 330 N. WABASH AVENUE CHICAGO IL 60611-7603 |
| DAVID NEIER | WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| GAIL R. ZWEIG, ESQ. | LEVI LUBARSKY & FEIGENBAUM LLP 1185 AVENUE OF THE AMERICAS, 17TH FLOOR NEW YORK NY 10036 |
| GEORGE DAUGHERTY | GRIPPO & ELDEN 111 S. WACKER DR. CHICAGO IL 60606 |
| GLEN SILVERSTEIN | LEADER BERKON LLP 630 THIRD AVENUE NEW YORK NY 10017 |
| HIROMI HIRAYAMA | VP & COUNSEL LEGAL UNIT MIZUHO CORPORATE BANK, LTD. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| JAMES DUCAYET | SIDLEY AUSTIN LLP 1 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| JAMES F. HURST | WINSTON & STRAWN LLP 35 WEST WACKER DRIVE CHICAGO IL 60601-9703 |
| JAMES KING | SENIOR VICE PRESIDENT BAYERNLB 560 LEXINGTON, AVENUE NEW YORK NY 10022 |
| JOEL A. FEUER | GIBSON, DUNN & CRUTCHER LLP 2029 CENTURY PARK EAST LOS ANGELES CA 90067 |
| JOSEPH M. DRAYTON | KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022 |
| K&L GATES | HENRY W. OLIVER BUILDING 535 SMITHFIELD STREET PITTSBURGH PA 15222-2312 |
| LEONARD S. SHIFFLETT | QUARLES & BRADY LLP 300 NORTH LASALLE STREET SUITE 4000 CHICAGO IL 60654 |
| MICHAEL PASKIN | CRAVATH WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| MICHAEL PULLOS | WINSTON & STRAWN 35 WEST WACKER DRIVE CHICAGO IL 60601 |
| MONIQUE L. MORREALE,COUNSEL | THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. HEADQUARTERS FOR THE AMERICAS 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| SHARON KATZ | DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| SHEILA PELUSO | ASSOCIATE GENERAL COUNSEL CERBERUS CAPITAL MANAGEMENT L.P. 299 PARK AVENUE NEW YORK NY 10171 |
| THOMAS JOHNSON | U.S. BANCORP,U.S. BANCORP CENTER 800 NICOLLET MALL BC-MN-H21P MINNEAPOLIS MN 55402 |
| TIMOTHY WOODS | COUNSEL LEGAL NAVIGANT CONSULTING, INC. 30 S. WACKER DRIVE SUITE 3100 CHICAGO IL 60606 |
| VICTOR HENDRICKSON | DAVIS WRIGHT TREMAINE LLP 1633 BROADWAY, 27TH FLOOR NEW YORK NY 10019 |
| VINCENT H. HERRON | ABELSON HERRON LLP 333 SOUTH GRAND AVENUE, SUITE 1550 LOS ANGELES CA 90071 |

**Total Creditor Count 27**