UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
   TRIBUNE COMPANY, et al  
   Debtors.  
_____/

Chapter 11  
CASE NO. 08-13141  
JOINTLY ADMINISTERED

## PALM BEACH COUNTY TAX COLLECTOR'S WITHDRAWAL OF CLAIM NOS. 3579, 3581, 3583, 3585

ANNE M. GANNON, Tax Collector, Palm Beach County ("GANNON"), by and through her undersigned attorney, files this withdrawal of Claim Nos. 3579, 3581, 3583, 3585 for the estimated 2009 tangible, personal property taxes. The 2009 taxes are now paid.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim Nos. 3579, 3581, 3583, 3585* has been provided this 14th day of December, 2009, by U.S. Mail, postage prepaid to **Bryan Krakauer, Esq.**, Sidley Austin, LLP, One South Dearborn Street, Chicago, Illinois 60603; **Carl D. Neff, Esq.**, Ciaardi Ciardi & Astin, 919 N. Market Street, Suite 700, Wilmington, DE 19801; **J. Kate Stickles, Esq.**, Cole, Schotz, Meisel, Forman & Leonard, 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801; **Michael A. Henry, Esq.**, Gross, McGinley, Labarre & Eaton, LLP, 33 S. 7th Street, P.O. Box 4060, Allentown, Pennsylvania 18105-4060; **Patrick Theodore Garvey, Esq.**, Johnson & Bell, Ltd., 33 W. Monroe Suite 2700, Chicago, Illinois 60603; **William S. Brody, Esq.**, Buchalter Nemer, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017 and **U.S. Trustee**, 844 King Street, Room 2207, Lockbox #35, Wilmington, Delaware 19899-0035.

Respectfully submitted,  
James M. Brako, Esq.  
Florida Bar No. 493211  
Office of the Tax Collector  
Post Office Box 3715  
West Palm Beach, Florida 33402-3715  
Telephone: (561) 355-2142  
Fax: (561) 355-1110  
Email: tc_legal_services@pbcgov.org

By: _____  
Attorney for Anne M. Gannon  
Tax Collector, Palm Beach County

N:\Legal Services\WIP\T\Tribune Company, et al\Withdrawal of Claim Nos. 3579, 3581, 3583, 3585.doc