IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: January 12, 2010 at 4:00 p.m. |
| | Hearing Date: *Only if Objections are filed* |

**ELEVENTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009 *nunc pro tunc* to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **November 1, 2009 through November 30, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$103,033.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$96.48** |
| This is a: | **Eleventh Monthly Application** |

The time expended for the preparation of the Applicant's ninth and tenth monthly fee applications in November is approximately 14.7 hours, and the corresponding compensation requested is approximately $5,637. The time expended for the preparation of the Applicant's eleventh monthly fee application will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | $187,130.40/$21,827.87 |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | $67,893.60/$3,674.21 |
| 3rd | 5/21/09 | 3/1/09 – 3/31/09 | $93,216/$4,574.28 | $74,572.80/$4,574.28 |
| 4th | 5/29/09 | 4/1/09 – 4/30/09 | $85,538.50/$9,310.40 | $68,430.80/$9,310.40 |
| 5th | 7/14/09 | 5/1/09 – 5/31/09 | $77,805.50/$3,025.90 | $62,244.40/$3,025.90 |
| 6th | 7/22/09 | 6/1/09 – 6/30/09 | $106,998.50/$5,684.58 | $85,598.80/$5,684.58 |
| 7th | 8/28/09 | 7/1/09 – 7/31/09 | $87,804.50/$8,160.20 | $70,243.60/$8,160.20 |
| 8th | 10/2/09 | 8/1/09 – 8/31/09 | $106,819/$4,367.14 | $85,455.20/$4,367.14 |
| 9th | 11/25/09 | 9/1/09 – 9/30/09 | $70,349/$6,301.43 | $56,279.20/$6,301.43 |
| 10th | 11/25/09 | 10/31/09 – 10/31/09 | $60,948/$10,706.61 | *pending* |
| 11th | 12/23/09 | 11/1/09 – 11/30/09 | $103,033.50/$96.48 | *pending* |

## TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY ATTORNEY
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $700.00 | 20.0 | $14,000.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $550.00 | 117.4 | $64,570.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $365.00 | 2.7 | $985.50 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $210.00 | 111.8 | $23,478.00 |
| TOTALS | | | | 251.90 | $103,033.50 |

**Blended Rate: $409.03**

\*      This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2009).

TRIBUNE COMPANY, *et al.*

COMPENSATION BY PROJECT CATEGORY
NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses and Leases (Section 363) | 3.2 | $1,136.00 |
| Automatic Stay Matters/Litigation | 4.6 | $2,156.00 |
| Case Administration | 29.9 | $11,175.00 |
| Cash Collateral | 0.2 | $140.00 |
| Claims Analysis, Administration and Objections | 25.6 | $10,680.00 |
| Committee Matters and Creditor Meetings | 1.5 | $975.00 |
| Employee Matters | 0.6 | $375.00 |
| Executory Contracts | 7.5 | $2,932.00 |
| Fee Application Matters/Objections | 60.3 | $22,958.00 |
| Leases (Real Property) | 3.1 | $1,263.00 |
| Litigation/General (Except Automatic Stay Relief) | 37.1 | $18,294.00 |
| Preparation for and Attendance at Hearings | 46.8 | $18,563.50 |
| Reorganization Plan | 6.6 | $3,485.00 |
| Reports; Statements and Schedules | 2.5 | $967.00 |
| Retention Matters | 10.1 | $3,243.00 |
| U.S. Trustee Matters and Meetings | 11.3 | $4,141.00 |
| Utilities/Sec. 366 Issues | 1.0 | $550.00 |
| **TOTAL** | **251.90** | **$103,033.50** |

## TRIBUNE COMPANY, *et al.*

### EXPENSE SUMMARY
### NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document Retrieval/Court Documents | *PACER Service Center* | $45.10 |
| Messenger Service | *Parcels, Inc.* | $7.50 |
| Overnight Delivery | *Federal Express* | $30.73 |
| Outside Photocopying | *Parcels, Inc.* | $8.58 |
| Outside Postage | *Parcels, Inc.* | $4.57 |
| **TOTAL** | | **$ 96.48** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | Objection Date: **January 12, 2010 at 4:00 p.m.** |
| : | Hearing Date: *Only if Objections are filed* |

### ELEVENTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $103,033.50, and reimbursement of expenses in the amount of $96.48 for the period from November 1, 2009 through November 30, 2009 (the "Application"), and respectfully represents as follows:

### Introduction

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

46429/0001-6170851v1

3.     On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"). In accordance with the Fee Order, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees and 100% of the disbursements requested.

4.     On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5.     On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

### Relief Requested

6.     Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim approval of compensation for professional services rendered, in the amount of $103,033.50, and reimbursement of actual and necessary expenses incurred, in the amount of $96.48, in serving as co-counsel to the Debtors during the period November 1, 2009 through November 30, 2009.

### Allowance of Compensation

7.     Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

8.     Attached hereto as Exhibit "B" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from November 1, 2009 through November 30, 2009. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an

hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

9. The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which the Applicant rendered services for the time period covered by this Application. The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "B".

    a) <u>Case Administration</u> (29.9 hours; $11,175.00). This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, maintaining a critical dates chart, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, conferences with co-counsel regarding tasks, division of labor and strategies, and other miscellaneous tasks not otherwise separately classifiable. This category also included time spent related to the filing of the chapter 11 petition for Chicago National League Ball Club, LLC and related first-day pleadings.

    b) <u>Claims Analysis, Administration and Objections</u> (25.6 hours; $10,680.00). This category includes time spent related to filing certification of no objection regarding the fifth omnibus objections to claims, a certification of counsel regarding the sixth omnibus objection to claims, and reviewing, revising and filing the seventh, eighth, ninth, tenth and eleventh omnibus objections to claims, a motion to approve disputed claims procedure and a response to Kevin Millen's motion to fourth claims objection.

    c) <u>Fee Application Matters/Objections</u> (60.3 hours; $22,958.00). This category includes time spent preparing and filing Applicant's monthly and interim fee applications, as well as time spent corresponding with the Debtor's other professionals

3

46429/0001-6170851v1

regarding their fee applications, preparing and filing other professionals' fee applications, preparing and filing certifications with respect to fee applications, and preparing and filing notices with respect to payment of ordinary course professionals.

   d) <u>Litigation/General (Except Automatic Stay Relief)</u> (33.8 hours; $16,513.00). This category includes time spent reviewing, revising and filing: (i) a certification of counsel with proposed form of order staying Neil adversary action; (ii) the third motion extending time to remove actions; (iii) the 9019 settlement motion with Gutman; (iv) the motion requesting a section 105 status conference; (v) the response to Law Debenture's motion regarding LBO Lenders' fees.

   e) <u>Preparation for and Attendance at Hearings</u> (46.8 hours; $18,563.50). This category includes time spent attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

### Reimbursement of Expenses

10. Attached hereto as Exhibit "C" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors. These costs for which reimbursement is requested total $96.48. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, messenger service and document retrieval charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

46429/0001-6170851v1

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $103,033.50 for professional services rendered, and $96.48 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: December 23, 2009

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By:   _____
      Norman L. Pernick (No. 2290)
      J. Kate Stickles (No. 2917)
      500 Delaware Avenue, Suite 1410
      Wilmington, DE 19801
      (302) 652-3131
      (302) 652-3117 (fax)

      ATTORNEYS FOR DEBTORS
      AND DEBTORS IN POSSESSION