IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------x
In re:                        :   Chapter 11
                              :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, ET AL.,      :   Jointly Administered
                              :
         Debtors.             :   Related to DI 1325
------------------------------x
TRIBUNE MEDIA SERVICES, INC., :
         Plaintiff/Debtor,    :
                              :
         v.                   :   Adv. Proc. No. 09-50486 (KJC)
                              :
WARREN BEATTY,                :   Related to Adv. Pro. DI 39
         Defendant.           :
------------------------------x
```

**CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED
STIPULATED ORDER STAYING ADVERSARY PROCEEDING**

The undersigned, counsel to the above-captioned debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certifies as follows:

1. On November 9, 2009, the Court entered an Order granting the Motion for Relief from the Automatic Stay under Bankruptcy Code Section 362(d)(1) (the "Stay Motion") to Allow Warren Beatty to Proceed with Litigation in California District Court (the "Order") (DI 1325; Adv. Pro. DI 39).

2. By the Order, the Court also denied Defendant's Warren Beatty Motion to Dismiss Complaint Under Rule 12(b) for Improper Venue and Lack of Personal Jurisdiction and scheduled a status conference to address the efficacy of the above-captioned adversary proceeding (the "Adversary Proceeding") in light of the disposition of the Stay Motion.

3. Warren Beatty and Tribune Media Services, Inc. ("TMS") have agreed to stay the Adversary Proceeding to avoid duplicative proceedings while Mr. Beatty and TMS are allowed to continue and proceed with the action pending in the District Court for the Central District of

46429/0001-6182929v2

California, <u>Warren Beatty v. Tribune Media Services, Inc.</u>, 08-cv-07662-DDP-SS (C.D. Ca. 2008). Attached hereto is a proposed Stipulated Order Staying Adversary Proceeding (the "<u>Proposed Order</u>") for the Court's consideration.

Dated: Wilmington, Delaware
December 23, 2009

                                              SIDLEY AUSTIN LLP
                                              James F. Conlan
                                              Bryan Krakauer
                                              Janet E. Henderson
                                              Michael P. Doss
                                              Gregory V. Demo
                                              One S. Dearborn Street
                                              Chicago, IL  60603
                                              Telephone:  (312) 853-7000

                                              COLE, SCHOTZ, MEISEL,
                                              FORMAN & LEONARD, P.A.

By: _____
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    Patrick J. Reilley (No. 4451)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE  19801
    Telephone:  (302) 652-3131
    Facsimile:   (302) 652-3117

    ATTORNEYS FOR DEBTORS AND
    DEBTORS IN POSSESSION

46429/0001-6182929v2