IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, ET AL., | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : Jointly Administered |
------------------------------x
| | |
|---|---|
| TRIBUNE MEDIA SERVICES, INC., | : |
| | : |
| Plaintiff/Debtor, | : |
| | : |
| v. | : Adv. Proc. No. 09-50486 (KJC) |
| | : |
| WARREN BEATTY, | **Related to Adv. Docket No. ____** |
| | : |
| Defendant. | : |
------------------------------x

## STIPULATED ORDER STAYING ADVERSARY PROCEEDING

The Court having issued its Order granting the Motion For Relief From The Automatic Stay Under Bankruptcy Code Section 362(d)(l) To Allow Warren Beatty To Proceed With Litigation In California District Court (Main Case D.I. 1325) on November 9, 2009; and Warren Beatty ("Mr. Beatty") and Tribune Media Services, Inc. (the "TMS") having agreed and stipulated to stay the above-captioned adversary proceeding (the "Adversary Proceeding"); and the Court having considered the stipulated relief; now therefore, it is hereby

ORDERED, that the Adversary Proceeding is hereby stayed as of the date hereof to avoid duplicative proceedings while Mr. Beatty and TMS are allowed to continue and proceed with the action pending in the District Court for the Central District of California, Warren Beatty v. Tribune Media Services, Inc., 08-cv-07662-DDP-SS (C.D. Ca. 2008); and it is further

2

ORDERED, that the stay is without prejudice to either party's right to seek leave from this Court to reopen the Adversary Proceeding for cause.

Dated: Wilmington, Delaware
December _____, 2009

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE