

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

FOUNDED 1866

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067346
Client Matter 90795-20100

For professional services rendered and expenses incurred through
November 30, 2009 re FCC Post Bankruptcy Matters

Fees                                                                                          $31,322.50

**Total Due This Bill**                                                        **$31,322.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/02/09 | LJ McCarty | E-mail to T. Van Wazer regarding status of various applications started in CDBS | .50 |
| 11/02/09 | LJ McCarty | KWGN: Follow-up e-mail to client regarding draft auxiliary applications (0.4); review and reply to e-mails regarding same (0.4) | .80 |
| 11/03/09 | LJ McCarty | KWGN: E-mail to client regarding draft auxiliary applications (0.4); review and reply to responses regarding same (0.4); revise auxiliary modification applications (0.7); circulate revised drafts (0.3) | 1.80 |
| 11/04/09 | MD Schneider | Review FCC proof of claims issue and call with L. Washburn (1.30); assist in locating New Jersey statement for discussion and transmittal to FCC staff (0.80) | 2.10 |
| 11/04/09 | MD Schneider | Review Third Circuit Order and correspondence re: crossownership (0.4); calls on implication of Court request to FCC for date of reconsideration action (0.3) | .70 |
| 11/04/09 | TP Van Wazer | WPIX: Various telephone calls, e-mails with L. Johnson of FCC request for New Jersey Service exhibit and related follow-up | .50 |
| 11/05/09 | LJ McCarty | WDCW: Review and reply to e-mail from client and T. Van Wazer regarding status of pending modification application (0.2); telephone call to FCC staff regarding same (0.3) | .50 |
| 11/05/09 | LJ McCarty | Discussion with client regarding upcoming preparation for new ownership reporting requirement | .80 |
| 11/05/09 | LJ McCarty | KWGN: Review and reply to e-mails and phone calls from client regarding auxiliary modifications | .50 |
| 11/05/09 | MD Schneider | Review FCC proofs of claim and preliminary research on FCC bankruptcy cases waiving claims to forfeitures (2.0); review potential indecency claims of FCC (0.8) | 2.80 |
| 11/05/09 | TP Van Wazer | WDCW: DTV: e-mails with Nick D. and Bill V. explaining status of WDCW's pending maximization given conflicting rulemaking petitions and draft rulemaking petitions (0.7); draft, and forward e-mail to FCC staff requesting immediate action on WDCW application, explaining basis for same (0.8) | 1.50 |
| 11/05/09 | TP Van Wazer | KCPQ: E-mails with Bill V. regarding possible channel change to 22 (0.3); research, draft, edit supplement and circulate e-mail recommending channel change (0.8); trackdown Canadian coordination consultant (0.2) | 1.30 |
| 11/05/09 | RC Wadlow | Review 3rd Circuit Order and conference with M. Schneider | .50 |

SIDLEY AUSTIN LLP

Invoice Number: 29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | regarding same | |
| 11/05/09 | RC Wadlow | WPIX: Review issues regarding WPIX Statement of Service to New Jersey and FCC request for a copy (1.2); review e-mails from T. Van Wazer regarding same (0.3) | 1.50 |
| 11/06/09 | LJ McCarty | KWGN: Finalize and submit auxiliary modification applications (1.0); submit fee regarding same (0.2); prepare transmittal letter to client regarding same (0.3) | 1.50 |
| 11/06/09 | MD Schneider | Review FCC waiver of forfeiture fee cases and confer with L. Washburn on proof of claim filed by FCC | 1.40 |
| 11/09/09 | LJ McCarty | KWGN: Finalize and submit auxiliary modifications, submit fees regarding same (1.0); e-mail to client regarding same (0.3); prepare transmittal letter to client regarding same (0.2) | 1.50 |
| 11/09/09 | LJ McCarty | KCPQ: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KDAF: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KIAH: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KMYQ: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KPLR: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KRCW: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KSWB: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KTLA: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KTXL: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | LJ McCarty | KWGN: Update client files regarding broadcast and wireless filings | .50 |
| 11/09/09 | BJ McMurrer | Research regarding cancellation of forfeitures in bankruptcy (1.5); discuss same with M. Schneider (0.2) | 1.70 |
| 11/09/09 | MD Schneider | Confer with L. Washburn on results of proof of claim issue and research on FCC claims and treatment of bankruptcy | 1.80 |
| 11/09/09 | TP Van Wazer | WDCW: Review notice and then granted 1 mW construction permit (0.2); circulate same to Eric M., N. Doshi and Bill V. | .50 |

**SIDLEY AUSTIN LLP**

Invoice Number: 29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (0.2); follow-up thank you e-mail to FCC staff (0.1) | |
| 11/10/09 | LJ McCarty | KCPQ: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KDAF: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KIAH: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KMYQ: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KPLR: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KRCW: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KSWB: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KTLA: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KTXL: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | LJ McCarty | KWGN: Begin draft Form 317 (0.3); scan and e-mail same to client (0.2) | .50 |
| 11/10/09 | MD Schneider | Review correspondence and participation on conference call with bankruptcy claims team and L. Washburn regarding proof of claim and approach to FCC | 1.00 |
| 11/10/09 | MD Schneider | Review fee waiver decision and coordinate approach to staff of FCC on releasing red light status and grant of applications or processing | 1.20 |
| 11/11/09 | LJ McCarty | WPIX: Prepare draft Form 317 (0.3); scan and circulate to client for review (0.2) | .50 |
| 11/11/09 | LJ McCarty | WPMT: Prepare draft Form 317 (0.3); scan and circulate to client for review (0.2) | .50 |
| 11/11/09 | LJ McCarty | WSFL: Prepare draft Form 317 (0.3); scan and circulate to client for review (0.2) | .50 |
| 11/11/09 | LJ McCarty | WTIC: Prepare draft Form 317 (0.3); scan and circulate to client for review (0.2) | .50 |
| 11/11/09 | LJ McCarty | WTTK: Prepare draft Form 317 (0.3); scan and circulate to client for review (0.2) | .50 |
| 11/11/09 | LJ McCarty | E-mail to Satellite Bureau staff regarding Notice of | 1.00 |

SIDLEY AUSTIN LLP

Invoice Number: 29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Consummation for Receive Only earth stations | |
| 11/11/09 | LJ McCarty | KSWB: Telephone call to FCC staff regarding signed license authorization | .30 |
| 11/11/09 | LJ McCarty | KTLA: Telephone discussion with client regarding Rose Bowl STA | .30 |
| 11/11/09 | MD Schneider | Review notice of consummation problem | .40 |
| 11/12/09 | R Bryan | WTIC: Deliver filing to FCC | 1.50 |
| 11/12/09 | LJ McCarty | WDCW: Prepare draft Form 317 (0.3); scan and circulate same to client for review (0.2) | .50 |
| 11/12/09 | LJ McCarty | WGN: Prepare draft Form 317 (0.3); scan and circulate same to client for review (0.2) | .50 |
| 11/12/09 | LJ McCarty | WGNO: Prepare draft Form 317 (0.3); scan and circulate same to client for review (0.2) | .50 |
| 11/12/09 | LJ McCarty | WNOL: Prepare draft Form 317 (0.3); scan and circulate same to client for review (0.2) | .50 |
| 11/12/09 | LJ McCarty | WTTV: Prepare draft Form 317 (0.3); scan and circulate same to client for review (0.2) | .50 |
| 11/12/09 | LJ McCarty | WXIN: Prepare draft Form 317 (0.3); scan and circulate same to client for review (0.2) | .50 |
| 11/12/09 | LJ McCarty | WXMI: Prepare draft Form 317 (0.3); scan and circulate same to client for review (0.2) | .50 |
| 11/12/09 | LJ McCarty | WTIC: Finalize and submit earth station Notice of Completion (0.3); prepare transmittal letter to client regarding same (0.2) | .50 |
| 11/12/09 | LJ McCarty | KWGN: Review and reply to e-mails from client regarding Form 397 (0.3); circulate draft copy of same (0.2) | .50 |
| 11/16/09 | LJ McCarty | Review and reply to e-mails from clients regarding Form 317 drafts | .30 |
| 11/16/09 | LJ McCarty | WGN: Review and reply to e-mail from client regarding earth station assignment and red light notice | .20 |
| 11/19/09 | TP Van Wazer | KTXL: Review and forward to J. Davis interim 2 GHz ENG license to accommodate Sprint relocation | .30 |
| 11/20/09 | TP Van Wazer | WPIX: Review and forward MSTV's "Consumer Tip Sheet" and Consumer Advisory" to client (0.2); identify steps to resolve high-band VHF reception problems (0.3) | .50 |
| 11/20/09 | TP Van Wazer | KCPQ: Review and forward MSTV's "Consumer Tip Sheet" and Consumer Advisory" to client (0.2); identify steps to resolve high-band VHF reception problems (0.3) | .50 |

SIDLEY AUSTIN LLP

Invoice Number: 29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/23/09 | LJ McCarty | WPIX: E-mail to client regarding approval for Form 317 (0.2); resend draft form (0.1) | .30 |
| 11/23/09 | LJ McCarty | WPHL: E-mail to client regarding approval for Form 317 (0.2); resend draft form (0.1) | .30 |
| 11/23/09 | LJ McCarty | WSFL: E-mail to client regarding approval for Form 317 (0.2); resend draft form (0.1) | .30 |
| 11/23/09 | LJ McCarty | KIAH: E-mail to client regarding approval for Form 317 (0.2); resend draft form (0.1) | .30 |
| 11/23/09 | MD Schneider | Review Forms 323 and 317 filing issue and correspondence | .50 |
| 11/24/09 | LJ McCarty | KTLA: Review and reply to e-mails from client regarding Form 317 | .30 |
| 11/24/09 | LJ McCarty | KTXL: Review and reply to e-mails from client regarding Form 317 | .30 |
| 11/24/09 | LJ McCarty | WDCW: Review and reply to e-mails from client regarding Form 317 | .30 |
| 11/24/09 | LJ McCarty | WPHL: Telephone call to client regarding Form 317 | .30 |
| 11/24/09 | LJ McCarty | Prepare draft e-mail and related exhibits for FCC staff regarding red light status (2.2); discussion with M. Schneider regarding same (0.3) | 2.50 |
| 11/24/09 | MD Schneider | Review correspondence and matters ensuring FCC changed red light status of all applications, after processing of fee waiver | .60 |
| 11/25/09 | LJ McCarty | KWGN: Finalize and submit Form 397 (0.7); provide instruction to station manager regarding placement of same in station's public inspection file (0.3) | 1.00 |
| 11/25/09 | LJ McCarty | WPHL: Telephone call to client regarding Form 317 | .10 |
| 11/25/09 | LJ McCarty | Finalize and send e-mail to FCC staff regarding red light status | .80 |
| 11/25/09 | MD Schneider | Review correspondence regarding completion of Tribune ownership reports and advise regarding attributable interest that must file-confirm research | 1.00 |
| 11/25/09 | MD Schneider | Review and correspond regarding FCC status report to Third Circuit and FCC attempt to prevent judicial review of last media ownership quadrennial review | 1.50 |
| 11/30/09 | LJ McCarty | KCPQ: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | KDAF: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | KMYQ: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | KPLR: Finalize and submit Form 317 | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/30/09 | LJ McCarty | KRCW: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | KSWB: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | KTLA: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | KTXL: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | KWGN: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WDCW: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WGN: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WGNO: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WNOL: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WPHL: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WPIX: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WPMT: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WSFL: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WTIC: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WTTK: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WTTV: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WTXX: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WXIN: Finalize and submit Form 317 | .40 |
| 11/30/09 | LJ McCarty | WXMI: Finalize and submit Form 317 | .40 |
| 11/30/09 | MD Schneider | Calls on Third Circuit case, and review of FCC status report, including drafting of arguments and options to avoid rolling case into next Quadrennial Review (1.6); call with A. Swanson on effect on bankruptcy - FCC application (0.4) | 2.00 |
| 11/30/09 | TP Van Wazer | KPLR: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WDCW: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WPHL: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WGNO: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WNOL: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WGN: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KWGN: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KTXL: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KTLA: Review draft Form 317 prior to filing | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/30/09 | TP Van Wazer | KSWB: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KIAH: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KDAF: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WTIC: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WTXX: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WXIN: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WTTK: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | WTTV: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KCPQ: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KMYQ: Review draft Form 317 prior to filing | .30 |
| 11/30/09 | TP Van Wazer | KRCW: Review draft Form 317 prior to filing | .30 |

**Total Hours**    **76.30**

**SIDLEY AUSTIN LLP**

Invoice Number:  29067346
Tribune Company

RE: FCC Post Bankruptcy Matters

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| RC Wadlow | 2.00 | $775.00 | $1,550.00 |
| MD Schneider | 17.00 | 625.00 | 10,625.00 |
| TP Van Wazer | 11.10 | 600.00 | 6,660.00 |
| BJ McMurrer | 1.70 | 475.00 | 807.50 |
| LJ McCarty | 43.00 | 265.00 | 11,395.00 |
| R Bryan | 1.50 | 190.00 | 285.00 |
| **Total Hours and Fees** | **76.30** | | **$31,322.50** |

# SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

FOUNDED 1866

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067347
Client Matter 90795-30390

For professional services rendered and expenses incurred through
November 30, 2009 re Fee Applications

Fees                                                           $32,513.00

**Total Due This Bill**                                        **$32,513.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 29067347
Tribune Company

RE: Fee Applications

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/02/09 | JK Ludwig | Telephone call with J. Peltz re billing matters | .10 |
| 11/02/09 | KA Nelms | Update spreadsheet of calculations of monthly and quarterly timekeeper hours and rates | 4.10 |
| 11/03/09 | KA Nelms | Update spreadsheet of timekeepers hours and fees | 1.30 |
| 11/05/09 | JK Ludwig | Office conference with J. Jensen re: 10th monthly fee application (0.1); email to V. Garlati re: 10th monthly fee application (0.1) | .20 |
| 11/06/09 | JY Borrelli | Assist in the preparation of 10th monthly fee application | 2.80 |
| 11/06/09 | L Fernandez | Assist with preparation of 10th monthly fee application | 1.00 |
| 11/06/09 | JK Ludwig | Review and revise 10th monthly fee application (2.1); draft 4th quarterly fee application (2.4) | 4.50 |
| 11/06/09 | DJ Lutes | Assist with preparation of 10th monthly fee application (2.10); assist K. Lantry with billing issues with timekeepers (.30) | 2.40 |
| 11/09/09 | JK Ludwig | Review and revise fourth quarterly fee application (0.5); telephone call with K. Stickles re: fee hearing (0.1); emails to timekeepers re: 10th monthly fee application (0.3); review and revise 10th monthly fee application (3.7) | 4.60 |
| 11/09/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | .40 |
| 11/10/09 | JY Borrelli | Assist in the preparation of 10th monthly fee application | 3.50 |
| 11/10/09 | L Fernandez | Assist with preparation of 10th monthly fee application | 1.10 |
| 11/10/09 | KT Lantry | Telephone calls with J. Ludwig re: Sidley's fee application (.2) | .20 |
| 11/10/09 | JK Ludwig | Telephone call with K. Stickles re: scheduling fee hearing (0.1); telephone call with V. Garlati re: same (0.1); review and revise 10th monthly fee application (3.2) | 3.40 |
| 11/10/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 2.90 |
| 11/11/09 | L Fernandez | Assist with preparation of 10th monthly fee application | 4.00 |
| 11/11/09 | JK Ludwig | Review and revise 10th monthly fee application (1.6); email with fee examiner re: preparation of final report (0.1); review and respond to email from K. Stickles re: notice of fee hearing (0.1) | 1.80 |
| 11/11/09 | DJ Lutes | Preparation of 10th monthly fee application | 5.30 |
| 11/12/09 | JK Ludwig | Email to partners re: fee payment received (0.1); office conference with J. Jensen re: 10th monthly fee application (0.1); review and revise 10th monthly fee application (1.6) | 1.80 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067347
Tribune Company

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/12/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | .80 |
| 11/13/09 | JK Ludwig | Email to J. Jensen and D. Lutes re: 10th monthly fee application (0.2); review and revise 10th monthly fee application (1.7) | 1.90 |
| 11/13/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 2.10 |
| 11/13/09 | C Wu | Assist with preparation of 10th monthly fee application | 1.50 |
| 11/14/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 2.00 |
| 11/15/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 1.70 |
| 11/16/09 | KP Kansa | Review fee detail for fee application (.3); office conferences with J. Ludwig re: fee examiner report and review J. Ludwig email on same (.2) | .50 |
| 11/16/09 | CL Kline | Discuss fee examiner inquiry w/J. Ludwig, providing back-up to same | .20 |
| 11/16/09 | JK Ludwig | Review and revise 10th monthly fee application (3.5); emails with D. Lutes and J. Jensen re: same (0.3); telephone call with A. Dalton re: fee examiner's report (1.0); email to K. Lantry and K. Kansa re: fee examiner's comments on first quarterly application (0.1); email to timekeepers re: additional detail required for same (0.2) | 5.10 |
| 11/16/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 5.10 |
| 11/16/09 | C Wu | Assist with preparation of 10th monthly fee application | 6.00 |
| 11/17/09 | JK Ludwig | Telephone call with J. Jensen re: 10th monthly fee application (0.1); office conference with K. Kansa re: same (0.1); telephone call and email to E. Mattson re: same (0.2); telephone call with B. Nastasic re: response to examiner's inquiries (0.2) | .60 |
| 11/17/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 1.60 |
| 11/17/09 | SL Summerfield | Review time entries and email to J. Ludwig re: response to examiner | .60 |
| 11/18/09 | L Fernandez | Assist with preparation of 10th monthly fee application | 3.00 |
| 11/18/09 | S Higashi | Assist with preparation of 10th monthly fee application | 2.20 |
| 11/18/09 | KT Lantry | E-mails with J. Ludwig re: fee examiners report | .20 |
| 11/18/09 | JK Ludwig | Telephone calls with J. Jensen re: 10th monthly fee application (0.2); email to J. Jensen and D. Lutes re: same (0.2); review and respond to emails from timekeepers re: examiner's report on 1st quarterly application (0.6); draft email to fee examiner responding to additional questions (0.4); email to V. Garlati and K. Flax re: 10th monthly fee application (0.3); review fee | 2.10 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067347
Tribune Company

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | examiner's final report (0.3); emails to B. Krakauer and K. Lantry re: same (0.1) | |
| 11/18/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 4.60 |
| 11/19/09 | L Fernandez | Assist with preparation of 10th monthly fee application | 3.10 |
| 11/19/09 | S Higashi | Assist with preparation of 10th monthly fee application | 2.50 |
| 11/19/09 | JK Ludwig | Review fee examiner's final report (0.2); email to J. Conlan and L. Barden re: same (0.2); review and revise 10th monthly fee application (1.2); email to D. Lutes and J. Jensen re: same (0.1) | 1.70 |
| 11/19/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 4.20 |
| 11/20/09 | JK Ludwig | Email to V. Garlati re: 10th monthly fee application (0.1); review and respond to email from R. Reitz re: fee examiner's report (0.1) | .20 |
| 11/20/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 2.80 |
| 11/20/09 | KA Nelms | Assist with preparation of quarterly fee application | 4.90 |
| 11/23/09 | S Higashi | Assist with preparation of 10th monthly fee application | .80 |
| 11/23/09 | JK Ludwig | Emails with L. McCarty re: fee examiner's request for information (0.1); review and respond to emails from J. Jensen and D. Lutes re: 10th monthly fee application (0.3); review expenses for 10th monthly fee application (0.1); email to A. Dalton re: revised facsimile policy (0.1) | .60 |
| 11/23/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | 2.60 |
| 11/24/09 | JK Ludwig | Emails to D. Lutes and J. Jensen re: 10th monthly fee application | .30 |
| 11/24/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | .70 |
| 11/25/09 | KP Kansa | Review order extending fee examiner appointment, revise same, and email K. Stickles re same | .30 |
| 11/25/09 | JK Ludwig | Review and revise 10th monthly fee application (0.7); email and telephone call to J. Jensen re: same (0.1); emails to K. Stickles re: filing and service of same (0.2) | 1.00 |
| 11/25/09 | DJ Lutes | Assist with preparation of 10th monthly fee application | .40 |
| 11/25/09 | KA Nelms | Update spreadsheet of calculations for the monthly fee application | 4.10 |

**Total Hours**    **117.40**

**SIDLEY AUSTIN** LLP

Invoice Number:  29067347
Tribune Company

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | .40 | $825.00 | $330.00 |
| KP Kansa | .80 | 675.00 | 540.00 |
| JK Ludwig | 29.90 | 425.00 | 12,707.50 |
| CL Kline | .20 | 375.00 | 75.00 |
| DJ Lutes | 39.60 | 285.00 | 11,286.00 |
| KA Nelms | 14.40 | 245.00 | 3,528.00 |
| S Higashi | 5.50 | 195.00 | 1,072.50 |
| SL Summerfield | .60 | 190.00 | 114.00 |
| C Wu | 7.50 | 110.00 | 825.00 |
| JY Borrelli | 6.30 | 110.00 | 693.00 |
| L Fernandez | 12.20 | 110.00 | 1,342.00 |
| **Total Hours and Fees** | **117.40** | | **$32,513.00** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

FOUNDED 1866

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067348
Client Matter 90795-30410

For professional services rendered and expenses incurred through
November 30, 2009 re Executory Contracts and Leases

Fees                                                        $35,812.50

**Total Due This Bill**                                     **$35,812.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 29067348
Tribune Company

RE: Executory Contracts and Leases

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/02/09 | KP Kansa | Email J. Xanders and J. Ludwig re: HP agreement motion | .30 |
| 11/02/09 | KP Kansa | Email A. Triggs re: Kenexa contract rejection | .10 |
| 11/02/09 | JK Ludwig | Conference call with K. Kansa and J. Xanders re: assumption of outsourcing agreement (0.2); telephone call with H. Amsden re: same (0.2); review email from J. Xanders re: same (0.2) | .60 |
| 11/03/09 | JE Henderson | Review emails re: Amex K issue and review Ks (.50); tc w/client re:same (.30); email W. Harp re: financial accommodation research (.30); conf w/K. Mills re: Amex issue/history (.10); email exchange w/client re: follow up call (.10) | 1.30 |
| 11/03/09 | AL Triggs | Correspond with M. Bourgon at client re: revisions to motion rejecting Kenexa BrassRing agreement | .40 |
| 11/04/09 | JE Henderson | Email exchanges w/client re: Amex issues (.20); conf w/W. Harp & review emails re: financial accommodation issue (.20); review Amex documents (.40) | .80 |
| 11/04/09 | KP Kansa | Emails with J. Xanders on HP contract issues | .20 |
| 11/04/09 | JK Ludwig | Review and respond to email from J. Xanders re: motion to assume HP agreement (0.2); emails with B. Whittman re: communications with Committee professionals re: same (0.2); research and draft motion to assume amended HP agreement (3.5) | 3.90 |
| 11/04/09 | GR MacConaill | Review Marsh contracts and email K. Lantry re: potential assumption | 1.70 |
| 11/04/09 | GR MacConaill | Emails and telephone conference with J. Shugrue re:  Marsh contract | .40 |
| 11/05/09 | JE Henderson | Review W. Harp email memorandum re: financial accommodation and other research and email exchange with W. Harp re: same (.40); email exchange client re: same (.10); further review contract and proposed amendment (.30) | .80 |
| 11/05/09 | KP Kansa | Email H. Amsden re: HP amendment (.1); review real estate agreement and email J. Xanders re: same (.5) | .60 |
| 11/05/09 | JK Ludwig | Review and respond to emails from H. Amsden re: motion to assume HP agreement (0.2); revise motion to assume HP agreement (0.6); email to G. MacConaill re: assumption motion (0.1) | .90 |
| 11/05/09 | AL Triggs | Revise motion to reject Kenexa BrassRing agreement to incorporate client's comments (0.6); draft email to K. Kansa re: | .70 |

**SIDLEY AUSTIN** LLP

Invoice Number:  29067348
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | client comments on motion (0.1) | |
| 11/06/09 | JE Henderson | Conference call with client re:  American Express and review background documents (.70); email exchange with client re: call with American Express (.20); conference with K. Kansa re: other executory contract issues (.20); conference with W. Harp re:  research (.20) | 1.30 |
| 11/06/09 | KP Kansa | Review HP materials (.3); office conferences with J. Ludwig re: HP motion (.5) | .80 |
| 11/06/09 | KP Kansa | Office conference with A. Triggs re: Kenexa contract rejection motion (.2); review D. Liebentritt requests re: same (.2); review draft of objection and provide comments on same to A. Triggs (.5) | .90 |
| 11/06/09 | KP Kansa | Email J. Xanders re: language for HP agreement (.2); t/c's to J. Xanders re: same (.2) | .40 |
| 11/06/09 | JK Ludwig | Review proposed amended agreement from HP (0.2); conference call with H. Amsden, J. Xanders, and K. Kansa re: HP agreement (0.5); revise amendment terms (0.4); email to H. Amsden re: same (0.1) | 1.20 |
| 11/06/09 | AL Triggs | Revise motion to reject Kenexa BrassRing agreement to incorporate client's comments (2.3); draft email to client explaining revisions (.2) | 2.50 |
| 11/09/09 | KP Kansa | Email A. Triggs re: Kenexa contract rejection (.1); review draft of Kenexa motion and email A. Triggs re: same (.4) | .50 |
| 11/09/09 | KP Kansa | Review emails on HP motion (.3); office conferences with J. Ludwig re: same (.3); review materials re: OCR lease and t/c with landlord re: same (.5) | 1.10 |
| 11/09/09 | JK Ludwig | Revise HP amendment terms (0.2); emails to H. Amsden and J. Xanders re: same (0.3); revise motion to assume amended HP agreement (0.7); office conference with K. Kansa re: same (0.1) | 1.30 |
| 11/09/09 | AL Triggs | Correspond with M. Bourgon and D. Liebentritt re: revisions to motion to reject Kenexa BrassRing contract (.6); consult with K. Kansa re: revisions to motion (.3); revise draft of motion (1.3) | 2.20 |
| 11/10/09 | JE Henderson | Telephone conference with client (.20); review contract (.30); telephone conference with client and American Express (.50); review further emails re:  proposed deal (.10) | 1.10 |
| 11/10/09 | KP Kansa | Call with S. Pater, J. Xanders, J. Ludwig, and HP on HP motion | .50 |
| 11/10/09 | KP Kansa | Office conference with A. Triggs re: Kenexa motion (.2); review Anaheim lease motion and email B. Hauserman re: | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067348
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | same (.8) | |
| 11/10/09 | JK Ludwig | Office conferences and emails with K. Kansa re: motion to assume amended HP agreement (0.9); review and respond to emails from H. Amsden and J. Xanders re: same (0.6); telephone call with K. Stickles re: same (0.2); revise motion to assume amended HP agreement (1.0); draft declaration in support of motion (0.4); conference calls with counsel for HP and H. Amsden re: amendment terms and motion to assume (x2) (1.0); telephone call with J. Xanders re: same (0.1); email to counsel for HP and H. Amsden and J. Xanders summarizing amendment terms (0.3) | 4.50 |
| 11/10/09 | GR MacConaill | Draft motion to assume Marsh contracts | 3.60 |
| 11/10/09 | GR MacConaill | Telephone conference with local counsel re: Marsh assumption motion | .30 |
| 11/10/09 | AL Triggs | Correspond with M. Bourgon and D. Liebentritt re: revisions to motion to reject Kenexa BrassRing contract (.2); consult with K. Kansa re: revisions to motion (.1); revise draft of motion and prepare for filing (.6) | .90 |
| 11/11/09 | BJ Hauserman | Finalize and send motion to assume Southside lease (1.0); send emails to client re: motion to assume, amend declaration and have signed and send to local counsel to be filed (1.0) | 2.00 |
| 11/11/09 | KP Kansa | Emails to J. Ludwig re: HP motion for enter into amendment to MPA (.3); review motion draft on same and comment (.7); office conferences with J. Ludwig re: same (.3); t/c Esperanza landlord re: assumption and review materials on same (.5); email S. Pater and J. Xanders re: materials from landlords and landlords' inquiries (.2) | 2.00 |
| 11/11/09 | JK Ludwig | Review and respond to emails from counsel to HP re: amendment language and seal motion (0.6); emails with H. Amsden and J. Xanders re: motion to assume HP agreement (0.4); revise motion to assume HP agreement and supporting declaration (1.5); draft joint motion to file HP agreement under seal (1.5) | 4.00 |
| 11/11/09 | GR MacConaill | Draft motion to assume March contracts | 2.30 |
| 11/12/09 | BJ Hauserman | Read emails re: Monarch | .20 |
| 11/12/09 | KP Kansa | T/c R. Seligman re: Esperanza lease (.1); email S. Pater re: Monarch lease and review motion on same (.3); t/c C. Caldwell re: same (.2); email C. Caldwell re: same (.3); t/c McGaw landlord re: lease assumption (.2); email McGaw landlord re: same (.3); email R. Seligman re: Esperanza lease assumption (.1); email S. Pater and J. Xanders re: same (.2); office conferences with J. Ludwig re: HP motion (.3); review | 2.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067348
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | materials on same (.5) | |
| 11/12/09 | JK Ludwig | Emails to K. Kansa, J. Xanders, R. Gullikson, and R. Neal re: draft motions to assume HP agreement and file under seal (0.6); revise draft motions to assume amended HP agreement and to file under seal (1.9); telephone call with R. Neal re: same (0.1) | 2.60 |
| 11/13/09 | KP Kansa | T/c R. Seligman re: Esperanza lease (.2); t/c's to M. Riera re: same (.2); review HP motion and email J. Ludwig re: same (.5); review HP joint motion to file MSA under seal and email J. Ludwig re: same (.4); emails to S. Pater and J. Xanders re: Esperanza lease (.3) | 1.60 |
| 11/13/09 | JK Ludwig | Revise motion to assume amended HP agreement and supporting declaration (0.7); emails to J. Xanders and R. Gullikson re: same (0.3); emails to K. Stickles and Epiq re: filing and service of same (0.1) | 1.10 |
| 11/15/09 | KP Kansa | Email R. Seligman re: Esperanza lease (.1); email K. Stickles re: hearing re: Esperanza lease (.2) | .30 |
| 11/17/09 | JE Henderson | Review Amex agreement/client email (.20); revise Amex agreement and email exchange w/client re: same (.30); review emails re: partnership issues (.10) | .60 |
| 11/18/09 | GR MacConaill | Review emails with K. Lantry and J. Shugrue re: Marsh contract | .30 |
| 11/19/09 | JE Henderson | Tc w/client re: programming and affiliate agreements (.40); conf w/J. Ludwig re: same (.20) | .60 |
| 11/20/09 | KP Kansa | Review Anaheim landlord response to lease assumption motion | .20 |
| 11/22/09 | KP Kansa | Email S. Pater re: Esperanza lease | .20 |
| 11/23/09 | KP Kansa | Email D. Smith re: Kenaxa contract | .20 |
| 11/23/09 | KT Lantry | E-mails re: response involving rejected contract | .20 |
| 11/23/09 | ME Weicher Gaudette | Research Tribune lease assumption | 5.70 |
| 11/23/09 | ME Weicher Gaudette | Meet with Ken Kansa re Tribune lease assumption issue | .10 |
| 11/24/09 | BJ Hauserman | Review Diablo objection to lease assumption (0.4); call with K. Kansa re: same (0.1); research non-monetary defaults and lease assumption (0.5) ; call with E. Seid re: Diablo objection (0.2). | 1.20 |
| 11/24/09 | KP Kansa | Emails and t/c's to B. Hauserman re: Anaheim lease (.3); emails to K. Stickles and B. Hauserman on same and treatment for 12/1 hearing (.2) | .50 |
| 11/25/09 | BJ Hauserman | Emails with K. Stickles re: agenda (0.2); emails to E. Seid re: continuing hearing on motion to assume (0.3); review Diablo objection and research re: same (0.6); emails re: confirmation | 1.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067348
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | of broker fee (0.2) | |
| 11/25/09 | KP Kansa | T/c B. Hauserman re: Anaheim lease issue and review emails on same | .20 |
| 11/25/09 | KP Kansa | Email A. Triggs re: Kenaxa Brassring order | .10 |
| 11/25/09 | JK Ludwig | Email with P. Ratkowiak re: documents filed under seal and production to Court (0.2); review order authorizing assumption of HP agreement (0.1); email to J. Xanders, H. Amsden, and HP counsel re: same (0.1) | .40 |
| 11/30/09 | BJ Hauserman | Search docket for extension dates/filings for LA Times's lease assumption (1.1); email K. Kansa re: same (0.1) | 1.20 |
| 11/30/09 | KP Kansa | Review B. Hauserman email re: Anaheim lease and email to B. Hauserman re: Anaheim lease | .30 |
| 11/30/09 | AL Triggs | Draft email to M. Bourgon and D. Liebentritt re: court's entry of order granting Tribune's motion to reject Kenexa BrassRing contract | .20 |
| | | **Total Hours** | 68.90 |

**SIDLEY AUSTIN** LLP

Invoice Number:  29067348
Tribune Company

RE: Executory Contracts and Leases

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JE Henderson | 6.50 | $825.00 | $5,362.50 |
| KT Lantry | .20 | 825.00 | 165.00 |
| KP Kansa | 14.50 | 675.00 | 9,787.50 |
| GR MacConaill | 8.60 | 525.00 | 4,515.00 |
| BJ Hauserman | 5.90 | 425.00 | 2,507.50 |
| JK Ludwig | 20.50 | 425.00 | 8,712.50 |
| AL Triggs | 6.90 | 375.00 | 2,587.50 |
| ME Weicher Gaudette | 5.80 | 375.00 | 2,175.00 |
| **Total Hours and Fees** | **68.90** | | **$35,812.50** |

# SIDLEY

SIDLEY AUSTIN LLP

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

FOUNDED 1866

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067349
Client Matter 90795-30420

For professional services rendered and expenses incurred through
November 30, 2009 re Vendor Issues

Fees                                                                                      $7,140.00

**Total Due This Bill**                                                      **$7,140.00**

Remit Check Payments To:          Remit Wire Payments To:
Sidley Austin LLP                       Sidley Austin LLP
P.O. Box 0642                           JP Morgan Chase Bank, NA
Chicago, Illinois  60690             Account Number:  5519624
                                               ABA Number:  071000013
                                               Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 29067349
Tribune Company

RE: Vendor Issues

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/03/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors and formulation of strategy to address the same | 1.00 |
| 11/04/09 | KS Mills | Follow up on issues outstanding with respect to certain vendors (.5) and telephone call with Alvarez re: same (.3) | .80 |
| 11/06/09 | KS Mills | Follow up on issues outstanding with respect to certain vendors | 1.00 |
| 11/09/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors (.6) and respond to inquiries re: same (.2) | .80 |
| 11/11/09 | KS Mills | Respond to inquiries re: certain vendor | .40 |
| 11/12/09 | KS Mills | Review/comment on agreement draft with certain vendor (.5); t/call with Company/Alvarez re: status of resolution with respect to certain vendors (.3) | .80 |
| 11/13/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors and attention to resolution of same | 1.20 |
| 11/16/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors and attention to resolution of same | 1.20 |
| 11/17/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors and attention to resolution of same (.5); review and/or comment on proposed forms of agreement with respect to certain vendor (1.0) review of issues outstanding with respect to certain vendor and preparation of draft agreement resolving same (.5) | 2.00 |
| 11/18/09 | KS Mills | Communications regarding resolution of issues with respect to certain vendor | .20 |
| 11/19/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors and attention to resolution of same | 2.00 |
| 11/20/09 | KS Mills | Review/analysis of issues outstanding with respect to certain vendors (.5) and various communications with respect to same (.8) | 1.30 |
| 11/23/09 | KS Mills | T.call with Alvarez regarding certain vendor inquiries /status of certain vendor issues (.3); respond to vendor inquiries (.2) | .50 |
| 11/30/09 | KS Mills | Respond to vendor inquiries | .40 |
| | | **Total Hours** | **13.60** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067349
Tribune Company

RE: Vendor Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KS Mills | 13.60 | $525.00 | $7,140.00 |
| **Total Hours and Fees** | **13.60** | | **$7,140.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067350
Client Matter 90795-30430

---

For professional services rendered and expenses incurred through
November 30, 2009 re Use/Sale/Lease of Assets

Fees                                                                 $7,897.50

**Total Due This Bill**                                              **$7,897.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number: 29067350
Tribune Company

RE: Use/Sale/Lease of Assets

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/16/09 | BJ Hauserman | Draft Countryside Sale Motion | 2.40 |
| 11/17/09 | BJ Hauserman | Call with K. Hackett re: sale of Countryside property (0.2) | .20 |
| 11/19/09 | JK Ludwig | Research regarding authority of debtor to make pre-plan payments of prepetition claims under "necessity of payment" doctrine (1.0) | 1.00 |
| 11/20/09 | CM Craige | Review and respond to email from J. Ludwig re necessity of payment | .20 |
| 11/20/09 | BJ Hauserman | Finalize first draft of Countryside sale motion and send to K. Kansa | 1.40 |
| 11/20/09 | KP Kansa | Review Countryside sale motion, comment on same, and email B. Hauserman re: comments on same | .90 |
| 11/20/09 | JK Ludwig | Research regarding authority of debtor to make pre-plan payments of prepetition claims under "necessity of payment" doctrine (0.9) | .90 |
| 11/22/09 | CM Craige | Research reallocation of settlement proceeds (3.8); email to J. Ludwig re necessity of payment case (.1) | 3.90 |
| 11/23/09 | JK Ludwig | Research regarding authority of debtor to make pre-plan payments of prepetition claims under "necessity of payment" doctrine (0.4); telephone call with C. Craige re: same (0.4); office conference with J. Henderson re: same (0.3) | 1.10 |
| 11/24/09 | BJ Hauserman | Draft/amend Countryside Sale Motion (0.8); Draft Hackett declaration to Countryside motion (1.0); Find schedules and check schedules for liens on Countryside property (1.0) | 2.80 |
| 11/24/09 | JE Henderson | Conf w/K. Kansa re: ordinary course issues (.10); review C. Kline re: same (.20) | .30 |
| 11/24/09 | KP Kansa | Review Countryside motion draft and draft of Hackett declaration, comment on same, and forward comments on same to B. Hauserman | 1.00 |
| 11/25/09 | BJ Hauserman | Prepare exhibits and file Countryside Sale Motion | .60 |
| | | **Total Hours** | **16.70** |

**SIDLEY AUSTIN** LLP

Invoice Number:  29067350
Tribune Company

RE: Use/Sale/Lease of Assets

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JE Henderson | .30 | $825.00 | $247.50 |
| KP Kansa | 1.90 | 675.00 | 1,282.50 |
| CM Craige | 4.10 | 475.00 | 1,947.50 |
| BJ Hauserman | 7.40 | 425.00 | 3,145.00 |
| JK Ludwig | 3.00 | 425.00 | 1,275.00 |
| **Total Hours and Fees** | **16.70** | | **$7,897.50** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067351
Client Matter 90795-30440

---

For professional services rendered and expenses incurred through
November 30, 2009 re DIP Financing/Cash Collateral

Fees                                                                    $16,858.50

**Total Due This Bill**                                          **$16,858.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 29067351
Tribune Company

RE: DIP Financing/Cash Collateral

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/04/09 | AF Hickok | Telephone call with J. Rodden re: cash management (.1); review provisions of DIP Facility and L/C Facility relating to potential amendments (1.4); telephone call with B. Krakauer re: same (.1) | 1.60 |
| 11/04/09 | CL Kline | Discuss escrow account w/K. Edwards, MWE (0.1) and K. Kansa (0.1); Review and provide final Cash Management and DIP orders to B. Krakauer (0.2) | .40 |
| 11/04/09 | B Krakauer | Review DIP financing order and agreements and address paydown issues | 2.10 |
| 11/05/09 | AF Hickok | Conferences with Tribune regarding proposed amendment to DIP Facility (.5); review provisions of documents in connection with same (1.9); begin drafting of amendment (1.4) | 3.80 |
| 11/05/09 | AF Hickok | Review notes to disclosure document pertaining to DIP facility | .80 |
| 11/06/09 | AF Hickok | Conferences with Tribune regarding daily reporting in DIP Facility (.3); review provisions of documents relating to same (3.2); draft amendment relating to same (1.2) | 4.70 |
| 11/09/09 | CA Griffith | Attend conference call regarding Omnibus Amendment and related issues (0.3); monitor email correspondence re: same (0.2) | .50 |
| 11/09/09 | AF Hickok | Conferences with Mayer Brown and Tribune regarding DIP Facility Amendment (.3); revisions to same to address comments (.5) | .80 |
| 11/09/09 | B Krakauer | Address issues re: potential paydown of DIP facility | 1.20 |
| 11/09/09 | JP Langdon | Review omnibus amendment to credit facility and prepare comments | 1.50 |
| 11/10/09 | B Krakauer | Conference call with client re: DIP paydown | .50 |
| 11/10/09 | JP Langdon | Review omnibus amendment to credit facility, prepare comments and coordinate closing documents | 2.20 |
| 11/11/09 | JP Langdon | Tasks related to execution of omnibus amendment to credit facility | .60 |
| 11/13/09 | RJ Lewis | Review disclosures with J. Langdon (.10); correspondence re: same (.10) | .20 |
| 11/16/09 | AF Hickok | Conferences with D. Eldersveld and J. Rodden regarding status of amendments to DIP Facility and related issues | .40 |
| 11/18/09 | CL Kline | Provide the DIP omnibus amendment to UCC, SC, and UST for notice purposes, w/comment re: prepayment | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067351
Tribune Company

RE: DIP Financing/Cash Collateral

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/18/09 | RJ Lewis | Telephone conferences with D. Eldersveld re: DIP omnibus amendment (.20) and correspondence with J. Bendernagel re: transaction structure (.30) | .50 |
| 11/24/09 | AF Hickok | Internal conferences with J. Ludwig regarding New River debtor name change; review provisions of Receivables Loan Agreement relating to same | .80 |
| | | **Total Hours** | **23.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067351
Tribune Company

RE: DIP Financing/Cash Collateral

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B Krakauer | 3.80 | $900.00 | $3,420.00 |
| AF Hickok | 12.90 | 825.00 | 10,642.50 |
| CA Griffith | .50 | 685.00 | 342.50 |
| RJ Lewis | .70 | 650.00 | 455.00 |
| JP Langdon | 4.30 | 395.00 | 1,698.50 |
| CL Kline | .80 | 375.00 | 300.00 |
| **Total Hours and Fees** | **23.00** | | **$16,858.50** |

# SIDLEY

SIDLEY AUSTIN LLP

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067352
Client Matter 90795-30450

For professional services rendered and expenses incurred through
November 30, 2009 re Insurance Issues

Fees      $1,945.00

**Total Due This Bill**      **$1,945.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 29067352
Tribune Company

RE: Insurance Issues

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/02/09 | KT Lantry | E-mails with D. Bralow re: insurer issues involving Faggio settlement | .20 |
| 11/03/09 | KT Lantry | Discuss assumption of Marsh contract with G. MacConaill | .10 |
| 11/04/09 | KT Lantry | E-mails and discussions with G. MacConaill and J. Shugrue re: Marsh issues | .30 |
| 11/05/09 | KT Lantry | Discuss insurance issues involving Chubb and Ace with J. Shugrue (.3); discuss Marsh issues with J. Shugrue (.1) | .40 |
| 11/10/09 | KT Lantry | E-mails and discussions re: Marsh settlement with G. MacConaill and J. Shugrue (.3) | .30 |
| 11/13/09 | KT Lantry | Review Marsh proof of claim, proposed motion to assume Marsh settlement agreement, and e-mails re: same with J. Shugrue and C. Leeman | .80 |
| 11/17/09 | JK Ludwig | Review and respond to email from D. Deutsch re: insurance policies (0.2); email to C. Leeman and D. Liebentritt re: same (0.1) | .30 |
| 11/29/09 | JK Ludwig | Emails with B. Krakauer and K. Lantry re: proposed tail coverage | .20 |

**Total Hours**    **2.60**

**SIDLEY AUSTIN** LLP

Invoice Number: 29067352
Tribune Company

RE: Insurance Issues

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KT Lantry | 2.10 | $825.00 | $1,732.50 |
| JK Ludwig | .50 | 425.00 | 212.50 |
| **Total Hours and Fees** | **2.60** | | **$1,945.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067353
Client Matter 90795-30460

For professional services rendered and expenses incurred through
November 30, 2009 re Committee-Related Matters

Fees                                                                                $21,140.00

**Total Due This Bill**                                                    **$21,140.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

**SIDLEY AUSTIN LLP**

Invoice Number: 29067353
Tribune Company

RE: Committee-Related Matters

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/02/09 | JF Conlan | Prepare for and attend meetings in NY with Committee (8.0); analyze lit protocol structure (1.5) | 9.50 |
| 11/02/09 | KT Lantry | E-mails re: outcome of meeting with Creditors Committee counsel | .30 |
| 11/03/09 | JE Henderson | Review agenda for UCC call | .10 |
| 11/04/09 | KP Kansa | Participate in conference call with Committee | .50 |
| 11/04/09 | KT Lantry | Participate in weekly conference call with Chadbourne attorneys re: pending matters in case (.5); follow-up e-mails and telephone calls with B. Krakauer, J. Henderson, B. Whittman and D. LeMay re: Committee requests and issues (.5) | 1.00 |
| 11/05/09 | JK Ludwig | Emails to V. Garlati and H. Lamb re: Committee fee CNO (0.1) | .10 |
| 11/06/09 | B Krakauer | Prepare for and attend meeting in New York with Chadbourne and Zuckerman | 5.30 |
| 11/09/09 | B Krakauer | Call with H. Seife re: case issues | .40 |
| 11/10/09 | KT Lantry | E-mails with B. Whittman re: Creditors Committee's inquiry re: 401(k) (.2) | .20 |
| 11/11/09 | JE Henderson | Weekly UCC conference call (.40) | .40 |
| 11/11/09 | KP Kansa | Prepare for and participate in committee conference call | .50 |
| 11/11/09 | B Krakauer | Call with H. Seife re: discovery issues | .40 |
| 11/11/09 | KT Lantry | Participate in weekly conference call with Chadbourne re: pending matters in case (.4); e-mails with B. Whittman re: Committee's inquiry re: 401(k) (.2) | .60 |
| 11/13/09 | KT Lantry | E-mails with B. Whittman and B. Krakauer re: information requested by Committee re: transfers to shareholders | .20 |
| 11/16/09 | B Krakauer | Call with counsel for steering committee re: pending matters | .50 |
| 11/18/09 | JE Henderson | Prepare for (0.2) and participate in (0.4) Weekly UCC call | .60 |
| 11/18/09 | KP Kansa | Prepare for and participate in conference call with creditors' committee | .50 |
| 11/18/09 | KT Lantry | Participate in weekly conference call with Chadbourne attorneys and Sidley team re: status of issues in case | .40 |
| 11/19/09 | JK Ludwig | Review and respond to emails from H. Lamb re: Committee and counsel CNOs (0.2) | .20 |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067353
Tribune Company

RE: Committee-Related Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/20/09 | KT Lantry | Telephone call with D. Deutsch re: issues up for hearing on Dec. 1 | .30 |
| 11/23/09 | B Krakauer | Call with Doug Deutsch re: case status | .40 |
| 11/24/09 | B Krakauer | Call with Chadbourne and Zuckerman re: case issues | .50 |
| 11/24/09 | B Krakauer | Call with D. Deutsch re: upcoming hearings | .40 |
| 11/30/09 | B Krakauer | Telephone call with H. Seife and other Chadbourne attorneys re: court hearings | .80 |
| | | **Total Hours** | **24.10** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29067353
Tribune Company

RE: Committee-Related Matters

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JF Conlan | 9.50 | $925.00 | $8,787.50 |
| B Krakauer | 8.70 | 900.00 | 7,830.00 |
| JE Henderson | 1.10 | 825.00 | 907.50 |
| KT Lantry | 3.00 | 825.00 | 2,475.00 |
| KP Kansa | 1.50 | 675.00 | 1,012.50 |
| JK Ludwig | .30 | 425.00 | 127.50 |
| **Total Hours and Fees** | **24.10** | | **$21,140.00** |