

| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP** <br> ONE SOUTH DEARBORN <br> CHICAGO, IL 60603 <br> (312) 853 7000 <br> (312) 853 7036 FAX | BEIJING <br> BRUSSELS <br> CHICAGO <br> DALLAS <br> FRANKFURT <br> GENEVA <br> HONG KONG <br> LONDON <br> LOS ANGELES | NEW YORK <br> PALO ALTO <br> SAN FRANCISCO <br> SHANGHAI <br> SINGAPORE <br> SYDNEY <br> TOKYO <br> WASHINGTON, DC |
| | **FOUNDED 1866** | |

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067363
Client Matter 90795-30570

For professional services rendered and expenses incurred through
November 30, 2009 re Creditor Communications

Fees                                                                                     $2,130.00

**Total Due This Bill**                                                        **$2,130.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 29067363
Tribune Company

RE: Creditor Communications

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/02/09 | KS Mills | Review/analysis of issues outstanding with respect to certain claimants and formulation of strategy to address the same | 1.00 |
| 11/02/09 | AL Triggs | Check creditor hotline and transcribe message (.1); phone calls with D. Bergeron to discuss activity of hotline | .20 |
| 11/03/09 | KS Mills | Review/analysis of issues outstanding with respect to certain creditor (.3) and preparation of summary email regarding same (.2) | .50 |
| 11/04/09 | KS Mills | Review/analysis of issues outstanding with respect to certain creditor | 1.00 |
| 11/05/09 | KS Mills | Conversation with opposing counsel regarding outstanding issues with respect to certain creditor (.2); review/analysis of materials relevant to same (.4) | .60 |
| 11/13/09 | KT Lantry | Telephone calls from creditors re: status of case | .20 |
| 11/23/09 | KS Mills | Review/analysis of certain statements made in draft financial statements (.4) and preparation of email response concerning same (.1) | .50 |

Total Hours    4.00

SIDLEY AUSTIN LLP

Invoice Number: 29067363
Tribune Company

RE: Creditor Communications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| KT Lantry | .20 | $825.00 | $165.00 |
| KS Mills | 3.60 | 525.00 | 1,890.00 |
| AL Triggs | .20 | 375.00 | 75.00 |
| **Total Hours and Fees** | **4.00** | | **$2,130.00** |



| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP** <br> ONE SOUTH DEARBORN <br> CHICAGO, IL 60603 <br> (312) 853 7000 <br> (312) 853 7036 FAX | BEIJING <br> BRUSSELS <br> CHICAGO <br> DALLAS <br> FRANKFURT <br> GENEVA <br> HONG KONG <br> LONDON <br> LOS ANGELES | NEW YORK <br> PALO ALTO <br> SAN FRANCISCO <br> SHANGHAI <br> SINGAPORE <br> SYDNEY <br> TOKYO <br> WASHINGTON, DC |
| | **FOUNDED 1866** | |

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067364
Client Matter 90795-30580

For professional services rendered and expenses incurred through
November 30, 2009 re Bankruptcy Schedules

Fees                                                                                        $4,834.00

**Total Due This Bill**                                                                     **$4,834.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

**SIDLEY AUSTIN LLP**

Invoice Number: 29067364
Tribune Company

RE: Bankruptcy Schedules

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/04/09 | KS Mills | Review/analysis of open-items issues list (.2) and materials relevant to same (.2); speak with Alvarez re: same (.1) | .50 |
| 11/05/09 | KS Mills | Review/analysis of draft financial statement footnotes and materials re: same and preparation of comments/inserts based on same (3.3); various communications with other team members to gather input re: same (.9) | 4.20 |
| 11/06/09 | KS Mills | Review/analysis of draft financial statement footnotes and materials re: same and preparation of comments/inserts based on same | 1.50 |
| 11/06/09 | SL Summerfield | Review case docket re Schedule G and email pdf files to J. Boelter | 1.10 |
| 11/09/09 | JE Henderson | Review emails re: schedule amendment (.20) | .20 |
| 11/17/09 | EP Pesch | Review and revise draft of footnote regarding terms of Citibank Rate Cap agreement; Conf w/Keriann Mills regarding same | 1.40 |
| 11/24/09 | JK Ludwig | Review report of Cubs schedules of liabilities post-closing (0.2) | .20 |
| | | **Total Hours** | **9.10** |

**SIDLEY AUSTIN LLP**

Invoice Number: 29067364
Tribune Company

RE: Bankruptcy Schedules

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JE Henderson | .20 | $825.00 | $165.00 |
| EP Pesch | 1.40 | 800.00 | 1,120.00 |
| KS Mills | 6.20 | 525.00 | 3,255.00 |
| JK Ludwig | .20 | 425.00 | 85.00 |
| SL Summerfield | 1.10 | 190.00 | 209.00 |
| **Total Hours and Fees** | **9.10** | | **$4,834.00** |



| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP**<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, DC |
| | **FOUNDED 1866** | |

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067365
Client Matter 90795-30590

For professional services rendered and expenses incurred through
November 30, 2009 re Employee Issues

Fees $8,558.50

**Total Due This Bill** **$8,558.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 29067365
Tribune Company

RE: Employee Issues

TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/01/09 | KT Lantry | Telephone calls and e-mails with A. Simonds and B. Krakauer re: legal research involving preferential and fraudulent transfers re: employee benefits (1.4); e-mails with B. Whittman and B. Krakauer re: factual issues involving transfers to employees (.4) | 1.80 |
| 11/01/09 | A Thal Simonds | Research and analyze case law re employee compensation issues (2.0); conference with K. Lantry re same (.4) | 2.40 |
| 11/02/09 | KT Lantry | E-mails with J. Lotsoff and N. Pernick re: MIP decision | .20 |
| 11/03/09 | KT Lantry | Review analysis of legal entities employing and being responsible for payment of benefits and e-mails re: same with B. Krakauer (.4); e-mails with B. Whittman re: 401(k) issues and disclosures (.3); e-mails and telephone call with J. Osick and B. Whittman re: treatment of severed employee claims (.3) | 1.00 |
| 11/03/09 | A Thal Simonds | Research case law re employee compensation issues; analyze and summarize same | 9.20 |
| 11/04/09 | KT Lantry | Telephone call with B. Whittman re: further investigation re: accounting of employee benefits | .20 |
| 11/04/09 | A Thal Simonds | Analyze and summarize case law re employee compensation issues | 1.00 |
| 11/05/09 | JD Lotsoff | Telephone call with C. Kline re: data for exclusivity filing, review performance data | .20 |
| 11/06/09 | KT Lantry | Telephone call and e-mails with D. Deutsch re: inquiry from severance claimant | .20 |
| 11/09/09 | KT Lantry | Review document and related e-mail from B. Whittman re: accounting involving employee benefits | .40 |
| 11/10/09 | KT Lantry | E-mails with J. Osick re: severance claims (.2) | .20 |
| 11/12/09 | KT Lantry | E-mails with M. Bourgon and B. Whittman re: bonus issue | .30 |
| 11/14/09 | KT Lantry | E-mail to M. Bourgon re: employee claim | .20 |
| | | **Total Hours** | **17.30** |

**SIDLEY AUSTIN LLP**

Invoice Number: 29067365
Tribune Company

RE: Employee Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| KT Lantry | 4.50 | $825.00 | $3,712.50 |
| JD Lotsoff | .20 | 605.00 | 121.00 |
| A Thal Simonds | 12.60 | 375.00 | 4,725.00 |
| **Total Hours and Fees** | **17.30** | | **$8,558.50** |



| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP**<br>ONE SOUTH DEARBORN<br>CHICAGO, IL  60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, DC |
| | **FOUNDED 1866** | |

FEDERAL ID 36-4474078

December 23, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29067366
Client Matter 90795-30600

For professional services rendered and expenses incurred through
November 30, 2009 re Asset Disposition

Fees                                                                                        $8,937.50

**Total Due This Bill**                                                               **$8,937.50**

Remit Check Payments To:                              Remit Wire Payments To:
Sidley Austin LLP                                          Sidley Austin LLP
P.O. Box 0642                                              JP Morgan Chase Bank, NA
Chicago, Illinois  60690                                  Account Number:  5519624
                                                           ABA Number:  071000013
                                                           Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN LLP**

Invoice Number: 29067366
Tribune Company

RE: Asset Disposition

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/02/09 | KP Kansa | Email B. Krakauer re: Tribune/Cubs 341 meeting (.1); review notice of 341 meeting and emails to P. Ratkowiak and K. Stickles re: same (.3); email K. Stickles re: transcript of 10/13 Cubs hearing (.1); email creditors' committee re: questions on Cubs cash movement and research same with Tribune (.3); email Tribune and MWE teams on same (.2); email A. Ross re: motion on CNLBC name change (.2); email M. Small on proposed CNLBC stip (.1) | 1.30 |
| 11/02/09 | AE Ross | Draft notice of change of name for CNLBC | 1.10 |
| 11/03/09 | KP Kansa | Email A. Ross re: CNLBC notice of name change (.1); t/c Stickles re: 341 issues and emails on same (.4); email C. Bigelow and Tribune team re: 341 meeting (.2); t/c B. Gruemmer re: creditors' committee inquiries on cash flow (.2) | .90 |
| 11/03/09 | JK Ludwig | Emails with A. Ross re: corporate name change (0.1) | .10 |
| 11/03/09 | AE Ross | Revise notice of change of name and draft motion to amend caption | 1.70 |
| 11/04/09 | KP Kansa | Email D. Eldersveld re: motion to change CNLBC case caption (.2); emails to TRB team and K. Stickles on 341 meeting scheduling (.2) | .40 |
| 11/04/09 | AE Ross | Draft motion to amend caption for CNLBC | 2.40 |
| 11/05/09 | KP Kansa | Review and revise CNLBC name change motion and email comments on same to A. Ross | .50 |
| 11/06/09 | KP Kansa | T/c to M. Small re: CNLBC name change motion | .10 |
| 11/06/09 | AE Ross | Draft motion to amend caption for CNLBC's name change | .60 |
| 11/09/09 | KP Kansa | Review D. Eldersveld comments on CNLBC name change motion and email A. Ross re: same (.2); t/c A. Ross re: same (.1) | .30 |
| 11/09/09 | AE Ross | Revise motion to amend caption | .60 |
| 11/10/09 | AE Ross | Revise notice of change of name | .30 |
| 11/11/09 | KP Kansa | Review Cubs transaction disclosures and email MWE and Tribune teams on same | .70 |
| 11/12/09 | KP Kansa | T/c D. Eldersveld and V. Garlati re: Cubs escrow (.2); t/c C. Kline re: same (.2); review materials on same (.2) | .60 |
| 11/13/09 | KP Kansa | Email P. Ratkowiak re: notice of Cubs 341 meeting (.1); review same (.2); email K. Stickles on same (.1) | .40 |
| 11/17/09 | KP Kansa | Review Cubs order re: treatment of retained A/R and email D. | .40 |

SIDLEY AUSTIN LLP

Invoice Number: 29067366
Tribune Company

RE: Asset Disposition

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Eldersveld re: same | |
| 11/18/09 | KP Kansa | Email K. Edwards re: transaction closing binders (.1); office conference with A. Ross on same (.2) | .30 |
| 11/19/09 | AE Ross | Draft index of pleadings and documents filed in connection with Cubs Transaction | 3.30 |
| 11/20/09 | KP Kansa | Emails to J. McLaughlin on Cubs transaction | .10 |
| 11/20/09 | KP Kansa | Emails to J. McLaughlin on Cubs transaction | .10 |
| 11/20/09 | AE Ross | Draft index of pleadings and documents filed in connection with Cubs Transaction | 1.10 |
| 11/23/09 | KP Kansa | Review J. McMahon email on TRB case caption and email A. Ross on same | .10 |
| 11/24/09 | KP Kansa | Email D. Eldersveld re: Cubs schedules | .20 |
| 11/24/09 | AE Ross | Revise proposed order for motion to amend caption | 1.10 |
| | | **Total Hours** | **18.70** |

**SIDLEY AUSTIN LLP**

Invoice Number: 29067366
Tribune Company

RE: Asset Disposition

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| KP Kansa | 6.40 | $675.00 | $4,320.00 |
| JK Ludwig | .10 | 425.00 | 42.50 |
| AE Ross | 12.20 | 375.00 | 4,575.00 |
| **Total Hours and Fees** | **18.70** | | **$8,937.50** |