IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 2896 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                            ) SS
NEW CASTLE COUNTY  )

I, **Rick Olin**, being duly sworn according to law, depose and state that I am employed by Parcels, Inc., and that on December 22, 2009, I caused a copy of the **Monthly Operating Report for the Period October 26, 2009 through November 22, 2009** to be served by First-Class Mail upon the following:

Joseph J. McMahon, Jr., Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE  19801

Mike West, Financial Analyst
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE  19801

**Rick Olin**
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

SWORN TO AND SUBSCRIBED before me this 22nd day of December, 2009.

NOTARY PUBLIC

LILLY ELISE VAN DYK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 11, 2011

46429/0001-5349963v10