IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY et al., | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: D.I. 2767** |

## CERTIFICATION OF COUNSEL

I, Thomas G. Macauley, a partner at Zuckerman Spaeder LLP and special counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certify as follows:

1. On December 8, 2009, the Committee filed a Motion (the "Motion") for Order Requiring the Production of By Date Certain of E-Mail Documents from Merrill Lynch Capital Corporation ("MLCC").

2. On December 15, 2009, the Court conducted a hearing on the Motion.

3. Attached is a form of order agreed to between the Committee and MLCC that reflects the Court's ruling at the hearing on the Motion.

WHEREFORE, the Committee respectfully requests that the Court enter the attached form of order.

Dated: Wilmington, Delaware
December 23, 2009

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

2466473.1

Graeme W. Bush, Esquire
Andrew N. Goldfarb, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee
of Unsecured Creditors

2466473.1