## CERTIFICATE OF SERVICE

I certify that on the 23rd day of December 2009, a copy of the foregoing was sent by regular first class mail, postage prepaid to:

Brian Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman &
    Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Laurie Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Mark D. Collins, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Karen E. Wagner, Esquire
Sharon Katz, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Margo B. Schonholtz, Esq.
Madlyn Gleich Primioff, Esq.
Kayle Scholer LLP
425 Park Avenue
New York, NY 10022

Michael O'Brien
Merrill Lynch Capital Corporation
4 World Financial Center
250 Vesey Street
New York, NY 10080

_____
Thomas G. Macauley (I.D. No. 3411)

2466640.1