## **EXHIBIT 1**

Todd Baker
Michael Costa
Henrik Dahlback
Blair Faulstich
John Harrison
Jim Janover
Todd Kaplan
Greg Margolies
Carl Mayer
Mike O'Grady
Don Wilson
Adam Wood

## **EXHIBIT 2**

Tribune; Trib; Trb
EGI; EGI-TRB; EGII;
Equity Group Investments; Equity Office Properties
Zell
Sam Investment Trust
Chai Trust
ESOP; TESOP
Chandler
Gresko
Osborn*
Tranche X
VRC; Valuation Research
Nils; Larsen
FitzSim*
Tower
McCormick
Cantigny
Foundation*
GreatBanc
Murray Devine