United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| TRIBUNE COMPANY | } Chapter 11 |
| | } |
| | } Sch # 165000020 |
| | } |
| | } Case No. |
| | } 08-13141 |
| Debtor | } **Amount $3,500.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ACCU-GLO ELECTRIC OF NEW YORK**
**3826 30TH STREET**
**LONG ISLAND CITY, NY 11101**

The transfer of your claim as shown above in the amount of **$3,500.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/JEFFREY CARESS
    Liquidity Solutions Inc
    (201) 968-0001

3024573

## TRANSFER NOTICE

ACCU-GLO ELECTRIC OF NEW YORK ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Tribune Company, et al., (the "Debtor"), in the aggregate amount of $3,500.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

IN WITNESS WHEREOF, Assignor has signed below as of the _1st_ day of _December_ 2009.

ACCU-GLO ELECTRIC OF NEW YORK

_____
Signature

JAY COHEN VP
Print Name and Title

_Constance Lopes_
Signature

Constance Lopes
Print Name of Witness

RECEIVE:      NO.6233      11/25/2009/WED 02:23PM      ACCU-GLO ELEC.OF NY

3024573