# EXHIBIT A

**TRIBUNE COMPANY, <u>et al</u>.**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**<u>November 1, 2009 through November 30, 2009</u>**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 55.10 | $31,570.50 |
| Committee Meetings | 003 | 82.30 | 53,143.50 |
| Creditor Communications | 004 | 1.60 | 1,193.00 |
| DIP Financing | 005 | 4.70 | 3,752.50 |
| Business Operations | 007 | 145.90 | 71,075.50 |
| Asset Disposition/Sale | 008 | 7.80 | 5,005.50 |
| Claims Administration/Bar Date | 009 | 18.60 | 8,223.00 |
| Fee/Retention Applications | 010 | 32.70 | 13,724.00 |
| Plan and Disclosure Statement | 011 | 31.10 | 23,873.50 |
| Executory Contracts | 012 | 7.10 | 3,339.50 |
| Employee Issues | 014 | 14.20 | 7,624.00 |
| Relief from Stay Issues | 015 | 11.10 | 5,645.50 |
| General Litigation | 017 | 30.90 | 16,842.50 |
| Non-Working Travel* | 018 | 3.40 | 841.50 |
| Review of PrePetition Financings | 019 | 2,277.30 | 1,215,900.00 |
| **Total** | | **2,723.80** | **$1,461,754.00** |

* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through November 30, 2009

Our Matter #19804.002
              BANKRUPTCY GENERAL

| | | | |
|---|---|---|---|
| 11/02/09 | D. E. DEUTSCH | E-mail David Bava re: issue on next omnibus hearing (.1); review daily report, pleadings therein and calendar (.2); follow-up on omnibus calendar change with David Bava and, in turn, David LeMay (.2); exchange e-mails with Josh Gold re: new Committee memoranda issues (.3). | 0.80 hrs. |
| 11/02/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.30). | 0.80 hrs. |
| 11/02/09 | J. GOLD | Research on privilege and confidentiality issues in Committee representation (.9). Meeting with D. Deutsch re same (.2) | 1.10 hrs. |
| 11/02/09 | D. M. LeMAY | Review all latest court filings. | 1.40 hrs. |
| 11/03/09 | J. GOLD | Draft/ Revise agenda for Wednesday's professionals conference call (.7), circulate for comment to all parties (.1). | 0.80 hrs. |
| 11/03/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.20). | 0.70 hrs. |
| 11/03/09 | D. E. DEUTSCH | Review and edit agenda for meeting with Debtors' professionals (.2); | 0.20 hrs. |
| 11/04/09 | D. M. LeMAY | Attend weekly call with Debtors' professionals (.4). | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| | | | |
|---|---|---|---|
| 11/04/09 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); update case calendar with same (.2). | 0.70 hrs. |
| 11/05/09 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); update case calendar re same (.2). | 0.70 hrs. |
| 11/05/09 | D. E. DEUTSCH | Review update on adversary proceedings (.1); review last three daily pleading reports, pleadings therein and calendar (.4); | 0.50 hrs. |
| 11/06/09 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: upcoming hearing scheduling (.2); telephone conversation with Brad Hall (AlixPartners) re: various outstanding matters (.3); | 0.50 hrs. |
| 11/06/09 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); update case calender with same (.3). | 0.80 hrs. |
| 11/08/09 | D. E. DEUTSCH | Review final edits to memos to Committee (.1) and draft posting note and instructions to David Bava (.2). | 0.30 hrs. |
| 11/09/09 | D. E. DEUTSCH | Follow-up with David Bava on Intralinks matter (.2); review new adversary case materials (.2); address inquiry from Frank Vazquez re: Tribune Debtor filing (.1). | 0.50 hrs. |
| 11/09/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.20). | 0.70 hrs. |
| 11/10/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                |                                                                 |            |
|------------|----------------|-----------------------------------------------------------------|------------|
|            |                | case calendar based on current docket entries (.30).            |            |
| 11/10/09   | D. E. DEUTSCH  | Review last two pleading reports, pleadings therein and calendar (.3). | 0.30 hrs. |
| 11/10/09   | J. GOLD        | Draft (.5) and circulate for review (.2) agenda for 11/11 call with Debtors' professionals. | 0.70 hrs. |
| 11/11/09   | D. E. DEUTSCH  | Exchange e-mails from David LeMay re: hearing schedule (.2); update action item list (.5); prepare for (.3) and participate in meeting with Debtors' professionals (.8); review new posted objections and follow-up with Josh Gold re: drafting memoranda on same (.3). | 2.10 hrs. |
| 11/11/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.10). | 0.70 hrs. |
| 11/12/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.10); add participants (.20); review Intralinks materials re: confidentiality agreements (.20). | 1.20 hrs. |
| 11/13/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4

| 11/13/09 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: news item on LA Times (.2); review last two daily pleading reports, pleadings therein and calendar (.3); telephone conversation with Adam Landis re: various court matters (.2); related follow-up e-mail to Adam Landis (.1). | 0.80 hrs. |
| 11/16/09 | D. M. LeMAY | Review latest court filings. | 1.20 hrs. |
| 11/16/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 11/16/09 | D. E. DEUTSCH | Review news article on Tribune and distribute to C&P team (.2). | 0.20 hrs. |
| 11/17/09 | D. E. DEUTSCH | Review last two pleading reports and pleadings therein (.2); review court calendar (.2); discuss drafting memoranda to Committee on various pending motions with Josh Gold (.3); draft email to Debtors' counsel re: tomorrow's Committee meeting (.2); exchange e-mails with Howard Seife re: edits to agenda (.2). | 1.10 hrs. |
| 11/17/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 11/17/09 | J. GOLD | Draft (.4) and circulate Agenda for 11/18 Debtors' professionals call (.2). | 0.60 hrs. |
| 11/17/09 | H. SEIFE | Review of Debtor motion for status conference. | 0.50 hrs. |
| 11/18/09 | M. ROITMAN | Review Debtors' motion for a status conference (.5). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 11/18/09 | M. ROITMAN | Participate in Debtors' professional weekly call. | 0.30 hrs. |
| 11/18/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (meeting agenda) (.20). | 0.80 hrs. |
| 11/18/09 | D. E. DEUTSCH | Prepare for today's meeting with Debtors' professionals (.5); participate on same (.4); telephone conversation with Alan Holtz (AlixPartners) re: various case action items (.2). | 1.10 hrs. |
| 11/19/09 | D. E. DEUTSCH | Draft e-mail to Debtors professionals re: action items and meeting next week (.1); review posted order entered by Judge Carey on status conference (.1). | 0.20 hrs. |
| 11/19/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (meeting presentations) (.60). | 1.20 hrs. |
| 11/19/09 | M. ROITMAN | Meeting with D. Deutsch re: drafting memos on multiple objections (0.2) | 0.20 hrs. |
| 11/19/09 | H. SEIFE | Conference call with B.Krakauer regarding status conference. | 0.40 hrs. |
| 11/20/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20) | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| 11/20/09 | D. E. DEUTSCH | Exchange multiple e-mails on filing and hearing matters with Matt McGuire (.3); hold related call (.1); exchange e-mails on various open items with Howard Seife (.2); review notice of appearance (.1) and e-mail C&P team re: significance of same (.2); exchange e-mails (.2) and hold call with Bryan Krakauer re: status conference issues (.1). | 1.20 hrs. |
| --- | --- | --- | --- |
| 11/21/09 | D. E. DEUTSCH | Review last three pleading reports, pleadings therein and calendar (.4). | 0.40 hrs. |
| 11/23/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 11/23/09 | D. M. LeMAY | Review of all latest court filings. | 1.30 hrs. |
| 11/24/09 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and calendar (.3). | 0.30 hrs. |
| 11/24/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 11/25/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.90); review, revise and finalize case calendar based on current docket entries (.30); prepare hearing materials re: matters scheduled for December 1, 2009 (1.10); post certain materials to Intralinks (.40). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 11/25/09 | D. E. DEUTSCH | Review new pleadings related to next week's hearing (.9); draft posting note related to same for Committee (.3); exchange related e-mails (.2) and hold two related calls with Marc Roitman and David LeMay (.2); review agenda for next week's hearing (.1); review related e-mails from Debtors' counsel (.1) and reply to inquiry from Howard Seife on same (.1); | 1.90 hrs. |
| 11/29/09 | D. E. DEUTSCH | Review e-mail from Intralinks (.1); follow-up e-mail to Helen Lamb on same (.1). | 0.20 hrs. |
| 11/30/09 | D. E. DEUTSCH | Review daily report, pleadings thereon and calendar (.3); e-mail Marc Roitman on follow-up memoranda required for Committee on new court filings (.1). | 0.40 hrs. |
| 11/30/09 | D. E. DEUTSCH | Review all pleadings associated with tomorrow's hearing on exclusivity/status conference (1.6); review related e-mails from Graeme Bush (.2); review exchange of e-mails from Robert Schwinger and other litigation team members re: Tuesday's hearing (.2); meeting with Howard Seife and litigation team re: tomorrow's hearing (.6); e-mail Zuckerman and Chadbourne team re: agenda for meeting with Debtors re: tomorrow's hearing (.2); prepare analysis of factual issues raised by pleadings for tomorrow's hearing (2.4); meeting with Debtors' (.4) and Zuckerman/Chadbourne re: tomorrow's hearings issues (.5); research legal issues for issues outline for tomorrow's hearing (3.2); review, edit and incorporate three additional sections of legal analysis into hearing outline (1.1). | 10.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      December 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    8


| 11/30/09 | D. M. LeMAY | Prepare materials for tomorrow's omnibus hearing (2.8). Meetings w/H. Seife and D. Deutsch re: same (.5).  T/c w/C&P team and ZS and Sidley re: same (.7).  Review all latest court filings (1.3). | 5.30 hrs. |
| 11/30/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (meeting minutes) (.30). | 0.90 hrs. |


**Total Fees for Professional Services............. $31,570.50**



## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 9.60 | 8208.00 |
| H. SEIFE | 965.00 | .90 | 868.50 |
| D. E. DEUTSCH | 695.00 | 23.40 | 16263.00 |
| D. BAVA | 270.00 | 14.80 | 3996.00 |
| H. LAMB | 270.00 | 2.20 | 594.00 |
| J. GOLD | 405.00 | 3.20 | 1296.00 |
| M. ROITMAN | 345.00 | 1.00 | 345.00 |
| TOTALS | | 55.10 | 31570.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through November 30, 2009

Our Matter #19804.003
            COMMITTEE MEETINGS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/02/09 | J. GOLD | Draft/ revise agenda for Tuesday's conference call with Committee professionals. | 0.70 hrs. |
| 11/02/09 | D. E. DEUTSCH | Review draft agenda and edit same (.1). | 0.10 hrs. |
| 11/03/09 | D. E. DEUTSCH | Prepare for (.4) and participate in Committee professional meeting (1.4); e-mail co-chairs re: Thursday's Committee meeting (.2). | 2.00 hrs. |
| 11/03/09 | D. M. LeMAY | Review and revise draft minutes of Committee meeting. | 0.40 hrs. |
| 11/03/09 | D. M. LeMAY | Weekly call of Committee Professionals; (.8) review agenda (.1). | 0.90 hrs. |
| 11/04/09 | J. GOLD | Circulate notice to Committee re cancellation of 11/6 Committee meeting. | 0.30 hrs. |
| 11/04/09 | D. E. DEUTSCH | Exchange e-mails with Josh Gold re: cancellation of tomorrow's Committee meeting (.1) and other Committee matters (.1); | 0.20 hrs. |
| 11/09/09 | D. E. DEUTSCH | Prepare agenda for tomorrow's meeting with Committee professionals (.3); exchange e-mails with Marc Ashley (.1) and rest of team on same (.1). | 0.50 hrs. |
| 11/10/09 | D. E. DEUTSCH | Follow-up e-mail to Josh Gold re: agenda matter for Committee (.2); edit Committee agenda (.2). | 0.40 hrs. |
| 11/10/09 | D. M. LeMAY | Attend weekly Committee advisors call (1.4). Review agenda for next Committee meeting (.2). | 1.60 hrs. |
| 11/10/09 | J. GOLD | Review and revise agenda for 11/12 Committee meeting. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2


| | | | |
|---|---|---|---|
| 11/10/09 | D. E. DEUTSCH | Prepare for meeting with Creditors' Committee professionals re: all open items (.4); participate in same (1.4). | 1.80 hrs. |
| 11/11/09 | J. GOLD | Revise (.2) and circulate agenda for 11/12 Committee telephonic meeting (.1). | 0.30 hrs. |
| 11/11/09 | H. SEIFE | Prepare for Committee meeting. | 1.30 hrs. |
| 11/12/09 | H. SEIFE | Prepare for Committee meeting (1.3); meeting with Committee (1.5). | 2.80 hrs. |
| 11/12/09 | J. GOLD | Prepare for (.3) and record minutes of Creditor Committee telephonic meeting (1.3). | 1.60 hrs. |
| 11/16/09 | J. GOLD | Draft (.4) and circulate agenda for Committee professionals conference call (.2). | 0.60 hrs. |
| 11/16/09 | D. E. DEUTSCH | Review and edit draft agenda for Tuesday's Committee professional meeting (.2); e-mail and call Marc Ashley on LBO agenda item issue (.2). | 0.40 hrs. |
| 11/16/09 | D. E. DEUTSCH | Exchange e-mails with Josh Gold re: Thursday's Committee meeting issue (.2); research (.3) and e-mails to Ted Zink and Marc Ashley about general Committee confidentiality issues and related Committee Bylaws (.3). | 0.80 hrs. |
| 11/16/09 | H. SEIFE | Review and revise slides for Committee presentation. | 1.00 hrs. |
| 11/17/09 | H. SEIFE | Preparation for presentation to Committee regarding report (2.7); review and revise additional slides for presentation to Committee (.8). | 3.50 hrs. |
| 11/17/09 | D. M. LeMAY | Revise minutes from two previous meetings (.9). Work on agenda for next meeting (.1). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     3

| 11/17/09 | D. M. LeMAY | Participate in weekly Committee Professionals call. | 0.80 hrs. |
|---|---|---|---|
| 11/17/09 | D. E. DEUTSCH | Prepare for (.4) and participate in Committee professionals meeting (1.0); draft Committee agenda for Thursday's meeting (.3). | 1.70 hrs. |
| 11/17/09 | J. GOLD | Review and revise meeting minutes on 10/15 and 10/29 Committee meetings. | 1.50 hrs. |
| 11/18/09 | J. GOLD | Draft 11/12 Committee meeting minutes | 1.30 hrs. |
| 11/18/09 | J. GOLD | Meeting with Marc Roitman re status of Tribune meetings, agendas, meeting minutes. | 1.00 hrs. |
| 11/18/09 | D. BAVA | Prepare meeting materials for in-person Committee meeting (1.3). | 1.30 hrs. |
| 11/18/09 | D. E. DEUTSCH | Exchange e-mails with Helen Lamb and David Bava re: preparing materials for tomorrow's meeting (.3); discuss various e-mails and other tasks related to tomorrow's meeting with Marc Roitman (.3); review final edits of two memoranda for posting to Committee (.5); meeting with Howard Seife to discuss action items for tomorrow's Committee meeting (.3); work on outline for presentation on issues for tomorrow Committee meeting (.3). | 1.70 hrs. |
| 11/18/09 | H. LAMB | Preparation of materials for November 19 in-person committee meeting (2.8); conferences with D.Deutsch and M.Roitman regarding same (.5). | 3.30 hrs. |
| 11/18/09 | M. ROITMAN | Meeting with D. Deutsch re: preparation for Committee Meeting (0.9); Meeting with D. Deutsch and H. Lamb re: Committee Meeting (0.4); Meeting with D. Deutsch and D. Bava re: same (0.3). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| | | | |
|---|---|---|---|
| 11/18/09 | M. ROITMAN | Meeting with J. Gold re: status of Committee meeting issues (1.2); revise agenda for upcoming Committee meeting (.8). | 2.00 hrs. |
| 11/18/09 | H. SEIFE | Preparation of presentation to Committee regarding report. | 4.40 hrs. |
| 11/19/09 | H. SEIFE | Preparation for in-person Committee meeting (1.2); participate in in-person Committee meeting (3.8). | 5.00 hrs. |
| 11/19/09 | J. GOLD | Revise (.8) and post (.3) 11/12 Committee Meeting minutes. | 1.10 hrs. |
| 11/19/09 | N. T. ZINK | Attend portion of committee meeting to present on investigation (2.5). | 2.50 hrs. |
| 11/19/09 | M. D. ASHLEY | Attended Committee meeting regarding Interim Report presentation (3.0). | 3.00 hrs. |
| 11/19/09 | D. M. LeMAY | Attend prep session for in person Committee meeting (1.0).  Attend in person meeting (4.0). Participate in follow up call to Sidley (.3). Revise minutes of prior meeting (.2). | 5.50 hrs. |
| 11/19/09 | M. ROITMAN | Preparation for Committee Meeting (1.6); attend meeting with professionals prior to Committee meeting (.7); record minutes at Committee meeting (3.9). | 6.20 hrs. |
| 11/19/09 | D. E. DEUTSCH | Participate in pre-meeting with all Committee professionals (.8); follow-up discussions with Marc Roitman and Helen Lamb re: Committee meeting issues (.2); participate in Committee meeting (3.8); draft e-mail to Committee professionals re: action items and meeting next week (.2). | 5.00 hrs. |
| 11/19/09 | J. A. STENGER | Attend pre-meeting with Committee professionals in preparation for Committee meeting (0.8); attend part of Committee meeting on FCC matters (1.0). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| | | | |
|---|---|---|---|
| 11/19/09 | D. BAVA | Prepare meeting materials for in-person Committee meeting (1.2). | 1.20 hrs. |
| 11/20/09 | M. ROITMAN | Draft 11/19 Committee meeting minutes. | 0.20 hrs. |
| 11/23/09 | M. ROITMAN | Draft and Circulate Agenda for Professionals' Tuesday Conference Call (0.5) | 0.50 hrs. |
| 11/23/09 | D. E. DEUTSCH | Review and edit draft agenda for Committee meeting (.2). | 0.20 hrs. |
| 11/24/09 | D. E. DEUTSCH | Prepare for (.5) and participate in meeting with Committee professionals re: outstanding matters/action items (.8). | 1.30 hrs. |
| 11/24/09 | D. M. LeMAY | Participate in weekly Committee advisors call. | 0.60 hrs. |
| 11/24/09 | M. ROITMAN | Prepare for (.4) and attend Committee Professionals' conference call (.8). | 1.20 hrs. |
| 11/24/09 | M. ROITMAN | Drafting Meeting Minutes for 11/19 Creditors' Committee Meeting (2.3) | 2.30 hrs. |
| 11/25/09 | M. ROITMAN | Revising and Drafting Meeting Minutes for 11/19 Creditors' Committee Meeting (0.3) | 0.30 hrs. |
| 11/30/09 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman and Marc Ashley re: agenda for Committee professional meeting (.1). | 0.10 hrs. |
| 11/30/09 | M. ROITMAN | Correspondence with D. Bava re: Meeting Minutes for 11/19 Creditors' Committee Meeting (0.2) | 0.20 hrs. |
| 11/30/09 | M. ROITMAN | Draft Agenda for Professionals' Tuesday Conference Call (0.2); Draft Agenda for 12/3 Creditors' Committee Meeting (0.3) | 0.50 hrs. |

**Total Fees for Professional Services.............**   **$53,143.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 855.00 | 10.80 | 9234.00 |
| H. SEIFE | | 965.00 | 18.00 | 17370.00 |
| N. T. ZINK | | 795.00 | 2.50 | 1987.50 |
| J. A. STENGER | | 495.00 | 1.80 | 891.00 |
| M. D. ASHLEY | | 645.00 | 3.00 | 1935.00 |
| D. E. DEUTSCH | | 695.00 | 16.20 | 11259.00 |
| D. BAVA | | 270.00 | 2.50 | 675.00 |
| H. LAMB | | 270.00 | 3.30 | 891.00 |
| J. GOLD | | 405.00 | 9.20 | 3726.00 |
| M. ROITMAN | | 345.00 | 15.00 | 5175.00 |
| | TOTALS | | 82.30 | 53143.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                                 For Services Through November 30, 2009

  Our Matter #19804.004
              CREDITOR COMMUNICATIONS
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/12/09 | D. E. DEUTSCH | Review inquiry from Committee member (David Adler) re: Intralinks request (.1); exchange e-mails with David Bava on same (.1). | 0.20 hrs. |
| 11/13/09 | D. E. DEUTSCH | Telephone conversation with Committee member's counsel (Jay Teitlebaum) re: various open matters (.3). | 0.30 hrs. |
| 11/16/09 | H. SEIFE | Telephone conference with PBGC regarding confi issues. | 0.30 hrs. |
| 11/17/09 | D. E. DEUTSCH | Review and respond to inquiry from David Adler (Deutsche Bank counsel) (.2). | 0.20 hrs. |
| 11/25/09 | D. E. DEUTSCH | Review request from Committee member counsel (Niese) (.1) and follow-up with David Bava on same (.1); | 0.20 hrs. |
| 11/30/09 | D. E. DEUTSCH | Telephone conversation with Frank Anderson (PBGC) re: various case matters (.4). | 0.40 hrs. |

```
            Total Fees for Professional Services.............    $1,193.00
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | .30 | 289.50 |
| D. E. DEUTSCH | 695.00 | 1.30 | 903.50 |
| TOTALS | | 1.60 | 1193.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1

                              For Services Through November 30, 2009
Our Matter #19804.005
          DIP FINANCING
```

| | | | |
|---|---|---|---|
| 11/10/09 | D. E. DEUTSCH | Review news article and AlixPartners summary re: DIP paydown (.5); exchange e-mails with C&P DIP/Bankruptcy team re: next steps related to same (.3). | 0.80 hrs. |
| 11/10/09 | H. SEIFE | Emails regarding repayment of DIP. | 0.80 hrs. |
| 11/11/09 | H. SEIFE | Conference call with Sidley regarding repayment of DIP (.5); review of AlixPartners materials (.5) regarding paydown. | 1.00 hrs. |
| 11/11/09 | D. E. DEUTSCH | Review materials on DIP payoff (.4); e-mail Scott Berson on action items related to same (.1). | 0.50 hrs. |
| 11/12/09 | D. E. DEUTSCH | Review materials on analysis of DIP amendments (.2); follow-up call with Scott Berson re: same (.1). | 0.30 hrs. |
| 11/12/09 | S. BERSON | Reviewed omnibus amendment (1.0); correspondence with D.Deutsch re: same (.1). | 1.10 hrs. |
| 11/21/09 | D. E. DEUTSCH | Review materials provided by Debtors on modification of DIP (.1); follow-up with Scott Berson on same (.1). | 0.20 hrs. |

**Total Fees for Professional Services**.............. **$3,752.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE | | 965.00 | 1.80 | 1737.00 |
| D. E. DEUTSCH | | 695.00 | 1.80 | 1251.00 |
| S. BERSON | | 695.00 | 1.10 | 764.50 |
| | TOTALS | | 4.70 | 3752.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through November 30, 2009

Our Matter #19804.007
          BUSINESS OPERATIONS


| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/02/09 | J. GOLD | Review McClatchy joint venture agreement re ordinary course disbursement issues (.3); draft memo to Committee re same (1.2) | 1.50 hrs. |
| 11/02/09 | M. STRAND | Office conference w/ J. Stenger RE: DMA research for inclusion in Creditor's Committee presentation (.2); research RE: DMA's, source and details regarding location of TV stations (2.6). | 2.80 hrs. |
| 11/02/09 | D. E. DEUTSCH | Review materials on joint venture (.2) and meeting with Joshua Gold re: same (.2). | 0.40 hrs. |
| 11/02/09 | J. A. STENGER | Office conference with M. Strand (.2) and correspondence with D, Deutsch (.3) regarding presentation to Committee and regarding request for information from Debtor counsel; telephone conference with debtor counsel regarding request for information for Committee meeting (0.3); research regarding NBCO rule adoption and amendments (1.3). | 2.10 hrs. |
| 11/03/09 | J. A. STENGER | Office conference with M. Strand regarding research on Tribune properties and DMAs (.3) and review research regarding same and research regarding NBCO rule history (2.3). | 2.60 hrs. |
| 11/03/09 | M. STRAND | Office conferences w/ J. Stenger RE: preparation of PowerPoint presentation for Creditor's Committee (.3) and research RE: NBC-Telemundo structure for Class B voting shares (non-attributable under FCC standards)(.4). Research NBC-Telemundo and related FCC precedent regarding limited voting rights deemed non-attributable by FCC (3). Start drafting PowerPoint presentation (.9). | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       December 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    2


| 11/03/09 | J. GOLD | Review and revise memo to Committee on proposed joint venture payments. | 1.10 hrs. |
| 11/03/09 | J. GOLD | Email B. Hall (Alix) re Tribune proposed joint venture payment. | 0.60 hrs. |
| 11/04/09 | H. SEIFE | Review of Moelis report (.3); review of Alix weekly report (.3). | 0.60 hrs. |
| 11/04/09 | M. STRAND | Research FCC precedent RE: non-attributable Class B voting shares and confirm accuracy of Wiley Rein's proposed voting rights for Class B accordingly (4.2); summarize research into memo format (2.8); email with J. Stenger RE: Class B, NBC-Telemundo transaction (.3) | 7.30 hrs. |
| 11/04/09 | D. E. DEUTSCH | Telephone conversation with James Stenger re: FCC matters (.3); follow-up with Howard Seife on related FCC issue (.1); | 0.40 hrs. |
| 11/04/09 | J. A. STENGER | Office conference with M. Strand (0.3) and research regarding proposed use of Class B non-voting shares and warrants for FCC ownership attribution purposes (2.4); research regarding BIA reports used to support FCC waiver requests (0.8). | 3.50 hrs. |
| 11/05/09 | J. A. STENGER | Meeting with J. Feore regarding FCC applications and waiver requests (1.2); research regarding proposed dual share class and warrants ownership structure (1.4). | 2.60 hrs. |
| 11/05/09 | M. STRAND | Draft and revise PowerPoint presentation to Committee (4.1); meet w/ J. Stenger RE: DMA research for PowerPoint presentation and Class B voting rights (.4); research RE: DMA's for presentation (.9); review and revise memo RE: permitted voting rights of class B shares (.5); Research declining newspaper circulation statistics to include w/ presentation (.5). | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 11/06/09 | M. STRAND | Review and revise Tribune PowerPoint presentation to included additional research and information (3.1) Review research on foreign ownership issue with regard to FCC approval (.8). | 3.90 hrs. |
| 11/06/09 | D. E. DEUTSCH | Review file and draft follow-up e-mail to John Fiore (Debtors' FCC counsel) re: pending FCC matters (.2); exchange multiple e-mails with James Stenger re: FCC matters (.4); | 0.60 hrs. |
| 11/06/09 | D. FRIX | Meet with Dow Lohnes counsel (FCC petition). | 3.00 hrs. |
| 11/08/09 | D. E. DEUTSCH | Review multiple e-mails and attached materials from James Stenger re: FCC issues/next steps (.5); e-mail James Stenger re: comments on FCC issue (.1); exchange additional e-mails on issues with James Stenger (.2). | 0.80 hrs. |
| 11/09/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC presentation matters (.2). | 0.20 hrs. |
| 11/09/09 | M. STRAND | Review and revise PowerPoint presentation for Creditor's Committee (4.3); email draft of presentation to J. Stenger (.4). | 4.70 hrs. |
| 11/09/09 | J. A. STENGER | Conference with M. Strand regarding presentation to Committee on FCC matters (.5); research regarding same (1.0). | 1.50 hrs. |
| 11/10/09 | J. A. STENGER | Correspondence (.3) and telephone conference (.5) with M. Strand regarding draft presentation to Committee and related research. | 0.80 hrs. |
| 11/10/09 | M. STRAND | Review and revise PowerPoint presentation to Creditor's Committee (.6).  Call w/ J. Stenger RE: same (.4). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| | | | |
|---|---|---|---|
| 11/10/09 | J. GOLD | Email with D. Deutsch, J. Boelter re proposed joint venture payments. | 0.20 hrs. |
| 11/10/09 | D. E. DEUTSCH | Review inquiry from Jessica Boelter (Debtors' counsel) re: joint venture issue and respond to same (.2). | 0.20 hrs. |
| 11/10/09 | H. SEIFE | Review of AlixPartners weekly status report. | 0.30 hrs. |
| 11/11/09 | H. SEIFE | Review of Moelis weeky report. | 0.30 hrs. |
| 11/11/09 | D. E. DEUTSCH | Review materials in response to inquiry on D&O/fiduciary insurance (.3); e-mail Tom McCormack and Howard Seife on same (.1); review and comment on draft presentation materials for Committee on FCC issue (.4); e-mail James Stenger re: comments on same (.2). | 1.00 hrs. |
| 11/11/09 | M. STRAND | Research FCC cross-ownership issues, recent FCC hearings (.5). Review and revise summary of FCC position on Class B "non-voting" rights, research RE: same (1.2). | 1.70 hrs. |
| 11/11/09 | J. A. STENGER | Review correspondence and comments from D. Deutsch (.1) and conference with M. Strand regarding same (.2) and revisions to draft presentation to Committee regarding FCC matters (.4). | 0.70 hrs. |
| 11/12/09 | J. A. STENGER | Meeting with M. Strand (.2) and revise draft presentation to Committee on FCC Matters (1.2); research regarding proposed ownership structure for Tribune to comply with FCC cross-interest and foreign ownership restrictions (2.4). | 3.80 hrs. |
| 11/12/09 | M. STRAND | Meet w/ J. Stenger (.2) regarding presentation; review and revise presentation (.5). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 11/12/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC matters (.2); review revised draft FCC presentation and edit same (.6). | 0.80 hrs. |
| 11/13/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC issues (.2); review AlixPartners' weekly Debtor business analysis (.2); review third quarter analysis (.4). | 0.80 hrs. |
| 11/13/09 | M. STRAND | Review and revise presentation to Creditor's Committee (1.6), meeting w/ J. Stenger RE: same (.2) | 1.80 hrs. |
| 11/13/09 | J. A. STENGER | Conference with M. Strand (.2) and revise presentation to Committee (1.3); review correspondence regarding debtor draft of FCC waiver petition (.2) and research regarding same (1.0). | 2.70 hrs. |
| 11/16/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: presentation to Committee on FCC matters (.3); brief review of certain parts of draft FCC application (.8). | 1.10 hrs. |
| 11/16/09 | J. A. STENGER | Review draft waiver request for Chicago market and supporting studies (2.5); review case law relied upon in draft waiver request and further research regarding same (1.7); review and revise draft presentation to Committee (1.2) and office conference with M. Strand regarding same (.2) and correspond with D, Deutsch regarding same (.2). | 5.80 hrs. |
| 11/16/09 | M. STRAND | Review Class B voting rights in Telemundo transaction as expressed through investment agreement and related documents (.5) and draft comparison chart RE: same (.6). Office conferences w/ J. Stenger RE: same and revisions to PowerPoint presentation (.4). Research RE: FCC-acceptable Class B voting rights and ownership issues (2.9). | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    6

| 11/17/09 | M. STRAND | Review and revise PowerPoint presentation to Creditor's Committee (1.9), email revised PowerPoint to D. Deutsch and J. Stenger (.1), call w/ J. Stenger RE: presentation and additional research (.4), review and revise memo analyzing proposed Class B voting rights (.9). | 3.30 hrs. |
|---|---|---|---|
| 11/17/09 | D. FRIX | Initial review of draft of FCC transfer of control petition. | 2.00 hrs. |
| 11/17/09 | J. A. STENGER | Office conference with M. Strand regarding research on Class B voting rights and further revisions to presentation to Committee (.4); revisions to same (1.5) and review research regarding same (1.7); research regarding foreign ownership issues and warrant structure for same (2.4); research regarding timeline of Tribune acquisition of cross-interests in broadcast and media properties and FCC grants of waivers regarding same (1.8). | 7.80 hrs. |
| 11/17/09 | D. E. DEUTSCH | Draft e-mail to Jillian McClelland (Debtors' counsel) re: additional D&O related information (.2). | 0.20 hrs. |
| 11/18/09 | D. E. DEUTSCH | Review FCC report and draft edits to same (.6); meeting with James Stenger re: FCC presentation for Committee (1.3); preliminary review of memorandum on D&O issues (.2); review revised FCC presentation materials (.2). | 2.30 hrs. |
| 11/18/09 | D. FRIX | Review of draft FCC transfer of control petition | 3.00 hrs. |
| 11/18/09 | M. STRAND | Email w/ D. Deutsch and J. Stenger RE: Tribune presentation (.3), research FCC precedent on Class B voting shares (1.8); review and revise memo RE: same (.9); email to J. Stenger as background material for presentation (.4). Research key foreign ownership | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7

|            |               | points and issues (.9); draft summary and email to J. Stenger as background material for presentation (.3).  Call w. J. Stenger RE: PowerPoint revisions (.3) Revise and circulate final version of presentation (.4). |            |
|------------|---------------|----|------------|
| 11/18/09   | J. A. STENGER | Research regarding court and FCC precedents regarding revisions to draft application for waiver of the NBCO rule in the Chicago DMA (3.8); office correspondence (.2) and conference with M Strand regarding revisions to presentation to Committee on FCC matters and revise same (.5); office conference with D. Deutsch regarding presentation to Committee on FCC matters (1.2). | 5.70 hrs. |
| 11/19/09   | M. STRAND     | Calls w/ J. Stenger RE: follow-up questions from creditor's committee presentation (.3). Research RE: timing of FCC and bankruptcy court approvals (1.6). | 1.90 hrs. |
| 11/19/09   | D. E. DEUTSCH | Review revised FCC presentation to prepare for today's Committee meeting (1.1); discuss slight changes in same with James Stenger (.3). | 1.40 hrs. |
| 11/19/09   | J. A. STENGER | Review memorandum regarding Class B voting rights (.5) and research on FCC case law regarding same (1.2); office conference with M. Strand regarding Committee questions on FCC matters (.4) and research regarding same (1.4); research regarding FCC and court precedents in support of grandfathering of station and newspaper ownership in Chicago market (1.8). | 5.30 hrs. |
| 11/20/09   | D. E. DEUTSCH | Exchange e-mails (.3) and hold call with James Stenger re: next steps on FCC matters (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                December 23, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    8


| | | | |
|---|---|---|---|
| 11/20/09 | M. STRAND | Meeting w/ J. Stenger RE: Tribune license research (.6), research Charter docket & appeal re: timing and recent decisions of bankruptcy court (.3) and research impact of reorganization on waiver request and transfer of applications (1.4). | 2.30 hrs. |
| 11/20/09 | J. A. STENGER | Research regarding questions from Committee regarding FCC process (2.3); office conference with M. Stand regarding same (0.3); telephone conference with J. Feore, Debtor counsel regarding FCC application for approval of reorganization (0.5); prepare revisions to draft of Chicago waiver request (2.2). | 5.30 hrs. |
| 11/21/09 | D. E. DEUTSCH | Review short memorandum and website link materials from James Stenger re: FCC matters (.3). | 0.30 hrs. |
| 11/23/09 | J. A. STENGER | Research regarding debt draft of FCC waiver request for Chicago market (3.5); prepare revisions to draft (3.3). | 6.80 hrs. |
| 11/23/09 | M. STRAND | Research status of Charter and Ion transfer applications for various licenses (.5) meet w/ J. Stenger RE: researching impact of bankruptcy on transfer licenses, request for waiver (.2), research RE: same (2.4) | 3.10 hrs. |
| 11/23/09 | D. E. DEUTSCH | Review weekly status report (.3). | 0.30 hrs. |
| 11/24/09 | M. STRAND | Research FCC decisions RE: bankruptcy proceedings (.8); draft email summary of key decisions and language supporting arguments for the Application (.7). | 1.50 hrs. |
| 11/24/09 | J. A. STENGER | Prepare revisions to debt draft of FCC waiver request for Chicago market. | 5.50 hrs. |
| 11/30/09 | J. A. STENGER | Revise debtor draft of FCC application for Chicago NBCO rule waiver. | 2.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9
```

**Total Fees for Professional Services.............  $71,075.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 1.20 | 1158.00 |
| J. A. STENGER | 495.00 | 65.30 | 32323.50 |
| D. E. DEUTSCH | 695.00 | 11.30 | 7853.50 |
| D. FRIX | 675.00 | 8.00 | 5400.00 |
| J. GOLD | 405.00 | 3.40 | 1377.00 |
| M. STRAND | 405.00 | 56.70 | 22963.50 |
| TOTALS | | 145.90 | 71075.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                 For Services Through November 30, 2009

    Our Matter #19804.008
              ASSET DISPOSITION


11/02/09   M. A. ALPERT     Worked on insert for Committee        0.80 hrs.
                            memo re: Cubs transaction.

11/03/09   M. A. ALPERT     Further edits to Committee memo       0.70 hrs.
                            re: Cubs transaction (0.5); conf.
                            with K.Nashat re: same (0.2).

11/03/09   J. GOLD          Research Cubs transaction approval    0.50 hrs.
                            order re proceeds distribution
                            limitations (.3); revise memo to
                            Committee to reflect terms of
                            order (.2).

11/03/09   H. SEIFE         Review of Committee memo on Cubs      0.40 hrs.
                            transaction.

11/03/09   D. E. DEUTSCH    Follow-up e-mails (.3) and call       2.40 hrs.
                            with Brad Hall and Alan Holtz re:
                            Cubs transaction proceeds analysis
                            (.2); review materials on Cubs
                            transaction proceeds and related
                            issues (.6); review draft
                            memorandum on Cubs' transaction
                            proceeds and propose insert for
                            same (.4); edit penultimate
                            paragraph of memo to Committee on
                            transaction proceeds (.3); related
                            research on issue (.4); exchange
                            multiple e-mails with
                            AlixPartners' team related to same
                            (.2).

11/03/09   K. NASHAT        Revised memo re: closing of Cubs      0.70 hrs.
                            transaction (.5); conf. M. Alpert
                            re: foregoing (.2).

11/04/09   K. NASHAT        Reviewed memo re: closing of Cubs     0.30 hrs.
                            transaction.

11/04/09   D. BAVA          Conferences with M. Alpert re:        0.70 hrs.
                            revisions to posting regarding
                            Cubs transaction (.30); post
                            certain related materials to
                            Intralinks (.40).

11/04/09   D. E. DEUTSCH    Exchange e-mails with David Bava      0.10 hrs.
                            re: Cubs memorandum posting (.1);
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/04/09 | J. GOLD | Revise memo to Committee re. Cubs proceeds distribution. | 0.80 hrs. |
| 11/04/09 | M. A. ALPERT | Continue revisions on memo re: Cubs transaction. | 0.20 hrs. |
| 11/10/09 | D. E. DEUTSCH | E-mail to Brad Hall at AlixPartners re: Cubs transaction proceeds issue (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............. $5,005.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| H. SEIFE | 965.00 | .40 | 386.00 |
| M. A. ALPERT | 825.00 | 1.70 | 1402.50 |
| D. E. DEUTSCH | 695.00 | 2.70 | 1876.50 |
| D. BAVA | 270.00 | .70 | 189.00 |
| K. NASHAT | 625.00 | 1.00 | 625.00 |
| J. GOLD | 405.00 | 1.30 | 526.50 |
| TOTALS | | 7.80 | 5005.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through November 30, 2009
Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


11/02/09   J. GOLD          Review Debtors' omnibus objection    1.20 hrs.
                            to redundant claims (.3), Review
                            Debtors' omnibus objection to
                            satisfied claims (.4); draft memo
                            to committee on same (.5)

11/03/09   J. GOLD          Draft and revise memo to Committee   1.20 hrs.
                            on debtors' claims objections and
                            removal notice extension motions.

11/04/09   J. GOLD          Review and revise memo to            1.20 hrs.
                            committee re Debtors claims
                            objections and removal extensions
                            motions.

11/06/09   J. GOLD          Revise memo to Committee re          1.30 hrs.
                            non-substantive claims objections,
                            removal extension motion.

11/13/09   D. E. DEUTSCH    Review new multiple claims           0.60 hrs.
                            objections filed by Debtors (.5);
                            e-mail Josh Gold re: drafting two
                            separate memos on same for
                            Committee (.1).

11/17/09   J. GOLD          Draft memo to Committee on           3.30 hrs.
                            Debtors' claims objection
                            procedures motion.

11/17/09   D. E. DEUTSCH    Exchange e-mails with Josh Gold      1.00 hrs.
                            re: drafting Committee memorandum
                            on new claims' objections (.2);
                            edit memorandum on Debtors' motion
                            re: claim procedures (.5);
                            exchange e-mails with Matt McGuire
                            and Adam Landis re: standard
                            Delaware claim practice issue (.3).

11/19/09   D. E. DEUTSCH    Review, research issue and edit      0.80 hrs.
                            memorandum on new claims procedure
                            motion (.8).

11/19/09   J. GOLD          Revise memo on Omnibus Claims        0.90 hrs.
                            Motions procedures (.6), prepare
                            for posting (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2

| | | | |
|---|---|---|---|
| 11/23/09 | M. ROITMAN | Drafting memos re: Debtors' 7th through 11th Omnibus Claims Objections (2.8) | 2.80 hrs. |
| 11/24/09 | M. ROITMAN | Drafting memos re: Debtors' 7th through 11th Omnibus Claims Objections (1.7); preparation for and attendance at meeting with D. Deutsch re: same (0.3) | 2.00 hrs. |
| 11/29/09 | D. E. DEUTSCH | Review memorandum on substantive (two) claims objections (.2) and edit same (.4); review memorandum and objections on non-substantive (three) claims objections (.3) and edit same (.3). | 1.20 hrs. |
| 11/30/09 | M. ROITMAN | Draft revisions to memos re: Debtors' 7th through 11th Omnibus Claims Objections (1.1). | 1.10 hrs. |

          Total Fees for Professional Services.............   $8,223.00

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 3.60 | 2502.00 |
| J. GOLD | 405.00 | 9.10 | 3685.50 |
| M. ROITMAN | 345.00 | 5.90 | 2035.50 |
| TOTALS | | 18.60 | 8223.00 |