```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through November 30, 2009

Our Matter #19804.010
        FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 11/02/09 | F. VAZQUEZ | Conf w/Deutsch re supplemental affidavit (.1); email to/from McGuire re supplemental affidavit (.1). | 0.20 hrs. |
| 11/03/09 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application (Oct). | 5.30 hrs. |
| 11/04/09 | J. GOLD | Review docket re ordinary course professional filings. | 0.40 hrs. |
| 11/04/09 | D. E. DEUTSCH | Telephone conversation with Fee Examiner re: status of outstanding fee matters (.3); telephone conversation with Matt McGuire re: scheduling hearing on first quarter fee applications (.1). | 0.40 hrs. |
| 11/06/09 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee statement (Oct.) | 3.50 hrs. |
| 11/10/09 | D. E. DEUTSCH | Telephone conversation with Adam Landis re: follow-up on first quarterly fee application hearing (.2). | 0.20 hrs. |
| 11/11/09 | J. GOLD | Research potential issues with Edelman fee application. | 0.60 hrs. |
| 11/11/09 | H. LAMB | Begin preparation of monthly fee application (1.8); review expenses incurred (.5) and follow-up on certain items (.4). | 2.70 hrs. |
| 11/13/09 | D. E. DEUTSCH | Review file for call with Fee Examiner (.3); telephone conversation with Fee Examiner (.3). | 0.60 hrs. |
| 11/16/09 | D. E. DEUTSCH | Brief initial review of Examiner's report on Chadbourne's second quarterly fee application (.5). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page     2


| 11/17/09 | D. E. DEUTSCH | Review and edit draft October fee application (4.20). | 4.60 hrs. |
|---|---|---|---|
| 11/17/09 | H. LAMB | Further preparation of monthly fee application. | 1.70 hrs. |
| 11/18/09 | H. LAMB | Review certifications of no objection of Chadbourne's ninth monthly fee application (.1) and Committee's seventh expense request (.1) and email to Debtors' counsel regarding next steps on same (.2). | 0.40 hrs. |
| 11/18/09 | M. S. TOWERS | Meeting with D. Deutsch re: response to fee examiner's report (.4) | 0.40 hrs. |
| 11/18/09 | D. E. DEUTSCH | Discuss drafting response to Fee Examiner's second report with Meghan Towers (.3); | 0.30 hrs. |
| 11/21/09 | H. LAMB | Review of expense detail (.6) and follow up on certain items (.5); revise and finalize draft of fee application (2.2). | 3.20 hrs. |
| 11/23/09 | M. ROITMAN | Review Docket and update ordinary course professionals Chart (0.2). | 0.20 hrs. |
| 11/23/09 | D. E. DEUTSCH | Review draft fee application description and edit same (1.1). | 1.10 hrs. |
| 11/23/09 | M. S. TOWERS | Reviewed Fee Examiner's preliminary report re: Second Interim Application (1.9); began drafted response letter re: same Fee Examiner's preliminary report re: Second Interim Application (1.2). | 3.10 hrs. |
| 11/24/09 | M. S. TOWERS | Continued to research (.6) and draft letter in response to fee examiner's report re: the Second Fee Application (1.5); met with D. Deutsch re: same (.2) | 2.30 hrs. |
| 11/24/09 | D. E. DEUTSCH | Meeting with Meghan Towers to discuss response to fee examiner (.4). | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3
```

| 11/24/09 | H. LAMB | Finalize fee application for filing (.5). | 0.50 hrs. |
| 11/30/09 | D. E. DEUTSCH | E-mail Marc Roitman on ordinary course professional issue (.1). | 0.10 hrs. |

**Total Fees for Professional Services..............  $13,724.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 8.20 | 5699.00 |
| F. VAZQUEZ | 625.00 | .20 | 125.00 |
| M. S. TOWERS | 475.00 | 5.80 | 2755.00 |
| H. LAMB | 270.00 | 17.30 | 4671.00 |
| J. GOLD | 405.00 | 1.00 | 405.00 |
| M. ROITMAN | 345.00 | .20 | 69.00 |
| TOTALS | | 32.70 | 13724.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    1

For Services Through November 30, 2009

Our Matter #19804.011
          PLAN AND DISCLOSURE STATEMENT


| 11/02/09 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: today's plan meeting with Debtors (.2); exchange e-mails/call with Alan Holtz re: analysis of 5% ownership issues (.2). | 0.40 hrs. |
|----------|---------------|---|-----------|
| 11/02/09 | H. SEIFE | Preparation for meeting with Sidley and Company (1.0); conference with Tribune GC and Sidley regarding plan options (1.8); review of analysis of 5% holders (.4). | 3.20 hrs. |
| 11/03/09 | D. M. LeMAY | Review Moelis revised recovery scenario chart. | 0.80 hrs. |
| 11/05/09 | H. SEIFE | Review of revised analysis of 5% holders. | 0.60 hrs. |
| 11/06/09 | D. E. DEUTSCH | Review e-mail from Brad Hall (AlixPartners) re: convenience class analysis (.1); draft proposal/further inquiry to AlixPartners re: same (.2); | 0.30 hrs. |
| 11/11/09 | H. SEIFE | Telephone conference with B.Krakauer regarding exclusivity extension. | 0.40 hrs. |
| 11/11/09 | H. SEIFE | Telephone conference with B.Krakauer regarding plan. | 0.30 hrs. |
| 11/14/09 | H. SEIFE | Review of motion on exclusivity. | 0.80 hrs. |
| 11/14/09 | J. GOLD | Research on Debtors' motion for exclusivity extension at the request of H.Seife. | 1.10 hrs. |
| 11/19/09 | M. ROITMAN | Draft Statement in Support of Debtors' Exclusivity Motion (1.4). | 1.40 hrs. |
| 11/20/09 | M. ROITMAN | Further edits to Statement in Support of Debtors' Exclusivity Motion (0.6); email to D. LeMay re: same (0.1); email to D. Bava for posting to Intralinks (0.2). | 0.90 hrs. |

| 11/20/09 | D. E. DEUTSCH | Discuss exclusivity issue with Marc Roitman (.2); review and edit statement in support of exclusivity (.2); edit related posting note (.1). | 0.50 hrs. |
|---|---|---|---|
| 11/21/09 | D. E. DEUTSCH | Exchange e-mails with Damian Schaible re: exclusivity motion (.2). | 0.20 hrs. |
| 11/23/09 | M. ROITMAN | Email correspondence with D. Deutsch and M. McGuire (LRC) re: Statement in Support of Debtors' Exclusivity Motion (0.1) | 0.10 hrs. |
| 11/23/09 | H. SEIFE | Reviw of emails and responses to motion for exclusivity. | 1.00 hrs. |
| 11/23/09 | D. E. DEUTSCH | Exchange e-mails to provide Matt McGuire and Marc Roitman instructions related to filing pleading on exclusivity (.3). | 0.30 hrs. |
| 11/24/09 | H. SEIFE | Review of exclusivity issues. | 0.70 hrs. |
| 11/24/09 | D. M. LeMAY | Review of most recent plan draft. | 2.30 hrs. |
| 11/25/09 | D. M. LeMAY | Review of Exclusivity objections and responses from Law Debenture, JPMC, and Lenders (3.3). Prepare alert to Committee regarding same (1.6). | 4.90 hrs. |
| 11/25/09 | H. SEIFE | Review emails regarding hearing and exclusivity (.4); prepare for hearing on exclusivity (.4). | 0.80 hrs. |
| 11/25/09 | M. ROITMAN | Review and Analysis of Objections and Responses to Debtors' Exclusivity Motion to prepare outline on certain legal issues for Tuesday, Dec 1 Hearing. | 1.10 hrs. |
| 11/30/09 | H. SEIFE | Preparation for hearing on exclusivity (1.8); conference call with Debtor regarding hearing (.4). | 2.20 hrs. |
| 11/30/09 | C. L. RIVERA | Reviewing objection to exclusivity by lenders (0.5); confer with T. Zink and D. Deutsch re: same (0.3); reviewing cases cited (0.8); drafting/revising bullet | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     3


                            point summary of argument in
                            response (3.3); reviewing cases in
                            support of argument (0.6).

11/30/09   D. M. LeMAY      Review latest Draft Plan from          1.30 hrs.
                            Sidley and comments.


          **Total Fees for Professional Services.............. $23,873.50**




                        TIMEKEEPER SUMMARY

   Timekeeper's Name          Rate      Hours          Amount

   D. M. LeMAY               855.00      9.30          7951.50
   H. SEIFE                  965.00     10.00          9650.00
   D. E. DEUTSCH             695.00      1.70          1181.50
   C. L. RIVERA              625.00      5.50          3437.50
   J. GOLD                   405.00      1.10           445.50
   M. ROITMAN                345.00      3.50          1207.50
                   TOTALS              31.10          23873.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through November 30, 2009

Our Matter #19804.012
            EXECUTORY CONTRACTS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/10/09 | D. E. DEUTSCH | Review motion to reject contract (.2); follow-up with Joshua Gold on same (.1). | 0.30 hrs. |
| 11/17/09 | J. GOLD | Draft memo to Committee on contract assumption/ rejection motions. | 1.50 hrs. |
| 11/18/09 | J. GOLD | Draft memorandum to Committee re Debtors' contract assumption rejection memos. | 2.30 hrs. |
| 11/19/09 | J. GOLD | Revise memo on contract assumptions. | 1.30 hrs. |
| 11/19/09 | D. E. DEUTSCH | Preliminary review of draft analysis on rejection and assumption of certain contracts by Debtors (.3); draft memorandum to Brad Hall at AlixPartners re: required follow-up on same (.2); edit memorandum to Committee on executory contracts (.3); revise related posting note (.1). | 0.90 hrs. |
| 11/20/09 | D. E. DEUTSCH | Review AlixPartners' analysis on executory contracts (.3); exchange e-mails with Alan Leung on same (.1). | 0.40 hrs. |
| 11/20/09 | J. GOLD | Email B. Hall, D Deutsch re Debtors' contract assumption/ rejection economic analysis. | 0.40 hrs. |


        **Total Fees for Professional Services.............    $3,339.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     2
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 1.60 | 1112.00 |
| J. GOLD | 405.00 | 5.50 | 2227.50 |
| TOTALS | | 7.10 | 3339.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through November 30, 2009

Our Matter #19804.014
         EMPLOYEE ISSUES


| 11/03/09 | D. GALLAI | Reviewed correspondence from D. Deutsch (.1) and related article re: termination of ESOP and implementation of new 401(k) arrangement (.2). | 0.30 hrs. |
|---|---|---|---|
| 11/03/09 | D. E. DEUTSCH | Review article on retiree benefits (.2); follow-up with AlixPartners' team re: analysis on same (.2); exchange e-mails with David Gallai re: required analysis for retiree plan (.2); | 0.60 hrs. |
| 11/04/09 | H. SEIFE | Review of reports on new retirement plan (.4); review of emails regarding plan/ordinary course (.3). | 0.70 hrs. |
| 11/10/09 | D. E. DEUTSCH | Exchange e-mails/calls with attorney Christine Bahr re: severance issue for ex-employee (.2); discuss same with Kevin Lantry (.2). | 0.40 hrs. |
| 11/10/09 | D. GALLAI | Conf. w/ R. Kurth re ESOP termination issues. | 0.20 hrs. |
| 11/10/09 | R. KURTH | Meeting with D. Gallai re: ESOP termination research assignment (0.2); Researching procedures for ESOP termination and potential issues related to bankruptcy (1.0) | 1.20 hrs. |
| 11/11/09 | R. KURTH | Researching procedures for ESOP termination and potential issues related to bankruptcy | 4.40 hrs. |
| 11/11/09 | H. SEIFE | Conference call with B.Krakauer (Sidley) regarding new 401k program. | 0.30 hrs. |
| 11/12/09 | R. KURTH | Researching procedures for ESOP termination and potential issues related to bankruptcy | 2.40 hrs. |
| 11/13/09 | R. KURTH | Discussing research on ESOP termination w/ D. Gallai. | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     2
```

| | | | |
|---|---|---|---|
| 11/13/09 | D. GALLAI | Conf. w/ D. Deutsch re retirement plan changes (0.1).  Meeting w/ R. Kurth re issues raised by terminating an ESOP (0.4) Reviewed documents from Alix re retirement plan changes (0.3). | 0.80 hrs. |
| 11/13/09 | D. E. DEUTSCH | Discuss 401(k) plan with David Gallai (.1); follow-up with David Bava on obtaining related materials for David Gallai's review (.1); review AlixPartners' analysis on 401(k) plan proposal (.1). | 0.30 hrs. |
| 11/16/09 | D. GALLAI | Correspondence w/ D. Deutsch re proposed changes to retirement plan arrangements (0.3); correspondence w/ Alix re same (0.8). | 1.10 hrs. |
| 11/16/09 | D. E. DEUTSCH | Review memorandum from David Gallai on new 401k issues (.3); exchange related e-mails (.2); draft follow-up e-mail to client on same (.1); review further information on 401k from AlixPartners (.2); draft memorandum to AlixPartners (Brad Hall) re: next steps on 401k plan (.2). | 1.20 hrs. |

**Total Fees for Professional Services.............   $7,624.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     3
```

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 1.00 | 965.00 |
| D. E. DEUTSCH | 695.00 | 2.50 | 1737.50 |
| D. GALLAI | 650.00 | 2.40 | 1560.00 |
| R. KURTH | 405.00 | 8.30 | 3361.50 |
| TOTALS | | 14.20 | 7624.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      December 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    1
```

For Services Through November 30, 2009

Our Matter #19804.015
      RELIEF FROM STAY ISSUES

| | | | |
|---|---|---|---|
| 11/05/09 | D. E. DEUTSCH | Prepare for (.3) and participate in call with Kevin Lantry and Florida counsel re: possible settlement of Gutman claim and related litigation (1.0). | 1.30 hrs. |
| 11/06/09 | D. E. DEUTSCH | Telephone conversation with David LeMay re: Gutman lift stay issue (.2); additional call/update from Kevin Lantry re: Gutman (.2); review materials/exhibits related to Gutman lift stay next steps (.4). | 0.80 hrs. |
| 11/10/09 | D. E. DEUTSCH | Discuss lift stay matter (Gutman) with Kevin Lantry (.2); review related draft motion (.2). | 0.40 hrs. |
| 11/14/09 | H. SEIFE | Review of motion for status conference. | 0.50 hrs. |
| 11/18/09 | J. GOLD | Draft Intralinks posting note and alert for memorandum to Committee re Debtors' settlement procedures motion. | 0.60 hrs. |
| 11/18/09 | M. ROITMAN | Meeting with D. Deutsch and M. Towers re: 9019 Settlement memo (0.3) | 0.30 hrs. |
| 11/18/09 | D. E. DEUTSCH | Discuss Gutman settlement motion and drafting analysis of same with Mark Roitman and, in part, Meghan Towers (.3). | 0.30 hrs. |
| 11/20/09 | D. E. DEUTSCH | Review materials on Gutman litigation (.1) and discuss same with Kevin Lantry (Debtors' counsel) (.3). | 0.40 hrs. |
| 11/23/09 | M. ROITMAN | Drafting memo re: Gutman 9019 Settlement (2.2) | 2.20 hrs. |
| 11/24/09 | M. ROITMAN | Review and revise memo re: Gutman 9019 Settlement (0.2). | 0.20 hrs. |
| 11/25/09 | M. ROITMAN | Review and revise memo re: Gutman 9019 Settlement (1.6). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


11/29/09   D. E. DEUTSCH     Review memorandum and materials      1.00 hrs.
                             related to settlement of Guttman
                             claim (.6); draft edits to
                             memorandum (.2); create outline of
                             objection related to same (.2).

11/30/09   M. ROITMAN        Review and revise memo re: Gutman    1.50 hrs.
                             9019 Settlement (1.1); preparation
                             for and attendance at meeting with
                             D. Deutsch and D. LeMay re:
                             Objection to 9019 Settlement (0.4).


           Total Fees for Professional Services.............    $5,645.50




                         TIMEKEEPER SUMMARY

Timekeeper's Name                Rate      Hours          Amount

   H. SEIFE                     965.00      .50           482.50
   D. E. DEUTSCH                695.00     4.20          2919.00
   J. GOLD                      405.00      .60           243.00
   M. ROITMAN                   345.00     5.80          2001.00
                      TOTALS               11.10          5645.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through November 30, 2009

Our Matter #19804.017
          GENERAL LITIGATION


| | | | |
|---|---|---|---|
| 11/02/09 | H. SEIFE | Review of discovery request and response regarding lender fees. | 0.70 hrs. |
| 11/02/09 | D. E. DEUTSCH | Further review of materials related to material request from Law Debenture (1.3); review of privilege research materials (.4); draft memorandum to Committee re: discovery issue and proposed next steps on same (.6); revised memorandum (.2); draft posting note to Committee on same (.2). | 2.70 hrs. |
| 11/03/09 | H. SEIFE | Review emails regarding discovery on motion on fees. | 0.40 hrs. |
| 11/04/09 | D. E. DEUTSCH | Further review of materials related to informal document request by Law Debenture re: Senior Lender fees (.8); call with Debtors' counsel on related matters (.5); meeting with Mark Ashley re: same (.2); draft letter to Law Debenture re: informal discovery production (.4); circulate drafts and incorporate comments from litigation team on same (.4). | 2.30 hrs. |
| 11/04/09 | M. D. ASHLEY | Reviewed materials regarding informal production of documents relating to payment of lenders' professional fees (.4); emails regarding informal production of documents (.3). | 0.70 hrs. |
| 11/04/09 | D. M. LeMAY | Begin work on Response to LD motion (.3). Conf. call w/Sidley re: same (.4).  E-mail D. Rosner re: same (.3).  Work on informal discovery response to LD (.4). | 1.40 hrs. |
| 11/05/09 | J. GOLD | Review Tribune Adversary Proceeding dockets for new/ relevant filings. | 0.40 hrs. |

| 11/05/09 | J. GOLD | Review Law Debenture Lender Professional Payment Motion for issues relevant to Committee (.7); begin drafting response to Law Debenture Motion (1.1). | 1.80 hrs. |
|---|---|---|---|
| 11/06/09 | J. GOLD | Draft response to Law Debenture's professional payments motion (1.9); discuss same with D. Deutsch (.4). | 2.30 hrs. |
| 11/09/09 | D. E. DEUTSCH | Review adversary proceeding ruling in Beatty (.3). | 0.30 hrs. |
| 11/10/09 | D. M. LeMAY | Review and revise response to Law Debenture Fee motion (.6). | 0.60 hrs. |
| 11/10/09 | J. GOLD | Revise and circulate reply to Law Debenture professional fees motion. | 2.70 hrs. |
| 11/10/09 | D. E. DEUTSCH | Review draft response related to payment of senior lender fees and research and edit same (1.0). | 1.00 hrs. |
| 11/11/09 | J. GOLD | Revise Committee response to Law Debenture professional fees motion. | 3.20 hrs. |
| 11/11/09 | H. SEIFE | Review of draft response to Law Debenture motion. | 0.40 hrs. |
| 11/11/09 | D. E. DEUTSCH | Review materials related to discovery requests from Kasowitz on senior lender fees (.2); e-mails with David Bava re: posting of Response on Law Debenture motion (.2). | 0.40 hrs. |
| 11/11/09 | D. M. LeMAY | Final review of Committee response to LD motion. | 0.40 hrs. |
| 11/12/09 | J. GOLD | Review dockets of adversary proceedings re: new activity (.4); update memoranda to Committee (.4). | 0.80 hrs. |
| 11/12/09 | J. GOLD | Review revise memorandum to committee re. Law Debenture Payment motion (.6); draft posting notes for intralinks for same (.5). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE 435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 11/16/09 | M. ROITMAN | Review of Document Production in connection with Motion of Law Debenture Trust Co. (2.0) | 2.00 hrs. |
| 11/17/09 | M. ROITMAN | Review of Document Production in connection with Motion of Law Debenture Trust Co. (0.5) | 0.50 hrs. |
| 11/18/09 | M. ROITMAN | Review of Law Debenture Motion (1.6), Committee's Response to Law Debenture Motion (0.5); Correspondence with D. Deutsch re: same (0.3). | 2.40 hrs. |
| 11/18/09 | M. ROITMAN | Review of Document Production in connection with Motion of Law Debenture Trust (0.3) | 0.30 hrs. |
| 11/19/09 | D. E. DEUTSCH | Exchange e-mails with Delaware counsel and others re: next steps to file response to Law Debenture motion (.2). | 0.20 hrs. |
| 11/20/09 | D. E. DEUTSCH | Call with Janet Henderson re: Senior Lender billing motion issue (.2); exchange e-mails with Janet Henderson related to same (.2); review multiple filed pleadings related to Law Debenture objection on billing matter (.6); final review signoff on Committee's pleading related to same (.1). | 1.10 hrs. |
| 11/21/09 | D. E. DEUTSCH | Review multiple court filings re: Law Debenture's motion on senior lender fees (.4). | 0.40 hrs. |
| 11/23/09 | D. E. DEUTSCH | Review additional court filings re: response to Law Debenture motion on Senior Lender professional fees (.4). | 0.40 hrs. |

Total Fees for Professional Services............. $16,842.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     4
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 2.40 | 2052.00 |
| H. SEIFE | 965.00 | 1.50 | 1447.50 |
| M. D. ASHLEY | 645.00 | .70 | 451.50 |
| D. E. DEUTSCH | 695.00 | 8.80 | 6116.00 |
| J. GOLD | 405.00 | 12.30 | 4981.50 |
| M. ROITMAN | 345.00 | 5.20 | 1794.00 |
| TOTALS | | 30.90 | 16842.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through November 30, 2009

Our Matter #19804.018
       TRAVEL

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 11/18/09 | J. A. STENGER | Non-working travel from Washington, D.C. to New York City for Committee meeting. | 1.70 hrs. |
| 11/19/09 | J. A. STENGER | Non-working travel from New York to Washington DC to return from Committee meeting. | 1.70 hrs. |

**Total Fees for Professional Services............  $1,683.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| J. A. STENGER | 495.00 | 3.40 | 1683.00 |
| TOTALS | | 3.40 | 1683.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through November 30, 2009

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| 11/01/09 | R. A. SCHWINGER | Emails to various parties re privilege logs and filing papers under seal. | 0.70 hrs. |
|----------|----------------|--------------------------------------------------------------------------|-----------|
| 11/01/09 | A. K. NELLOS | Review progress in relativity in response to question from M. Ashley regarding document review (.7); Continue to work on key document chronology project (3.3). | 4.00 hrs. |
| 11/01/09 | M. D. ASHLEY | Reviewed materials in prepartion for VRC and Duff & Phelps depositions (.8); reviewed other produced materials in connection with developing factual issues relating to potenial claims (1.8); reviewed legal research materials regarding potential third-party claims (.5). | 3.10 hrs. |
| 11/01/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 11/01/09 | K. ZAFRAN | On-line review of documents produced with investigation of ESOP transaction. | 4.70 hrs. |
| 11/02/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 11/02/09 | R. V. KORETSKI | Online review of documents produced in connection with investigation of ESOP Transaction (1.0). | 1.00 hrs. |
| 11/02/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 11/02/09 | F. PERKINS | Research on third party claim standing issue determining a controlling shareholder. | 5.20 hrs. |
| 11/02/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    2

| 11/02/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.00 hrs. |
|---|---|---|---|
| 11/02/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.90 hrs. |
| 11/02/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 11/02/09 | L. F. MOLONEY | Correspondence with A. Nellos re. additional data and documents that need to be loaded onto Relativity (.5); preparing media for loading into Relativity (1.8); Reviewing discs and data files to acsertain page and document counts for A. Nellos (.4) | 2.70 hrs. |
| 11/02/09 | B. DYE | Revising part of Interim Report and Roadmap memo | 2.10 hrs. |
| 11/02/09 | J. GOLD | Online review of documents produced by EGI-LAW in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 11/02/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (2.4); reviewed produced materials in preparation for VRC and Duff & Phelps depositions (1.6); reviewed produced materials for preparation of interim report factual summary (3.8); reviewed produced materials for purposes of drafting potential discovery requests (.8); reviewed legal research regarding potential third-party claims (.3); review emails regarding discovery issues and status of investigation (.8). | 9.70 hrs. |
| 11/02/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.1). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


11/02/09   A. KRONSTADT      On-line review of documents              1.30 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

11/02/09   T. P. CASTELL     On-line review of documents              7.00 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

11/02/09   A. K. NELLOS      Check progress of document              10.30 hrs.
                             reviewers (1.0) and assign
                             additional documents (1.3); Online
                             review and comparison of documents
                             related to the ESOP transaction
                             (second- tier review) (2.1);
                             Review/synthesize Key documents
                             materials (3.2); Speak with T.
                             McCormack regarding various issues
                             related to discovery and third
                             party claims (.4). Speak with L.
                             Moloney regarding various issues
                             with relativity (.5); Draft letter
                             to Kasowitz re: discovery matter
                             (.3); Review VRC documents in
                             connection with e-mail from VRC
                             counsel regarding issues with
                             production (.3); Update statistics
                             regarding document review (1.2).

11/02/09   E. M. MILLER      Review and exchange e-mails with M       3.20 hrs.
                             Ashley and A Nellos re VRC
                             document misdating issues (0.7);
                             Review data room re solvency
                             documents (0.5) Draft and send A
                             Nellos email re follow-up same
                             (0.5) Draft D&P work product
                             chronology in connection with D&P
                             witness examination preparation
                             (1.5).

11/02/09   P. TANCK          On-line review of documents             6.00 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

11/02/09   N. T. ZINK        Conference with C. Rivera and B.        6.50 hrs.
                             Dye re memoranda and interim
                             report preparation and next steps
                             (.3); review solvency issue (.3);
                             review new draft discovery
                             requests for certain institutions
                             (.2); email to M. Ashley re
                             discovery request (.1); further
                             review of and revision to interim

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|            |                  | report (2.6); offline document review in connection with investigation (3.0). |           |
|------------|------------------|-------------------------------------------------------------------------------|-----------|
| 11/02/09   | N. T. ZINK       | Prepare memorandum for H. Seife re section 544 and creditor trust issue (1.0). | 1.00 hrs. |
| 11/02/09   | M. IACOPELLI     | Updated VRC index to include additional Key documents (2.3); chronologize VRC key documents (2.30); Prepared a master set and working set of "Highlighted" JPMorgan e-mails and documents at the request of A. Nellos (2.2). | 6.80 hrs. |
| 11/02/09   | D. BAVA          | Review and analysis of docket sheet of similar large case re: LBO litigation issues. | 0.20 hrs. |
| 11/02/09   | H. SEIFE         | Conference with G.Bush regarding investigation (.3); review of status of discovery (.4); review of trust litigation issues (1.1). | 1.80 hrs. |
| 11/02/09   | T. J. MCCORMACK  | Prepare for (.6) and then meet with Tribune counsel on all issues (1.9); review certain research on third party claims (1.7). | 4.20 hrs. |
| 11/02/09   | F. VAZQUEZ       | Conf w/C. Rivera, B. Dye and T. Zink re interim report and next steps (1.0); second tier review of documents produced in connection w/investigation of pre-petition financing (.5); email to/from Nellos re Raven (.1); email from Denyl re insolvency (.1); review discovery re declining banks (.1). | 1.80 hrs. |
| 11/02/09   | C. L. RIVERA     | Meeting with T. Zink and B. Dye re: interim report (0.3); reviewing related memo re: outline (0.2). | 0.50 hrs. |
| 11/02/09   | D. M. LeMAY      | Prepare for (.8) and attend (1.8) meeting w/ Debtors and counsel re: LBO claims.  Follow up meeting w/H.Seife and G. Bush (.6). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 11/02/09 | D. E. DEUTSCH | Review article from Chicago Tribune on fraudulent transfer issues (.2); distribute same to litigation team (.1); review new decision raised in possibly analogous case (2.3). | 2.60 hrs. |
| 11/03/09 | C. L. RIVERA | Meeting with T. Zink and B. Dye re: status of research, report (.3); meeting with T. Zink, M. Ashley, and B. Dye re: report (0.8); meeting with B. Dye and M. Roitman re: creditor trust issues (1.0); revising part of creditor trust memo (2.2) and reviewing related case law (3.1); revising part of interim report (1.2); confer with B. Dye re: memo and report (.3). | 8.90 hrs. |
| 11/03/09 | F. VAZQUEZ | Conf w/Zink and C. Rivera re interim report and road map (.4); conf w/Zink re report and discovery (.3). | 0.70 hrs. |
| 11/03/09 | T. J. MCCORMACK | Analysis of creditor standing issue (0.9); review expert identification (0.7). | 1.60 hrs. |
| 11/03/09 | H. SEIFE | Telephone conference with G.Bush regarding investigation and litigation protocol (.4); conference call with AlixPartners and Moelis and ZS regarding LBO litigation and valuation issues (1.3); review of response to Sidley discovery letter (.4). | 2.10 hrs. |
| 11/03/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.40). | 0.40 hrs. |
| 11/03/09 | M. IACOPELLI | Research Relativity for key documents that Kasowitz firm provided (2.8) prepare additional Key JPMorgan e-mails to Key binders (1.4) and updated index to same (.8); Prepare additional VRC key documents from 2nd tier review to Key binders (1.2) and updated index to same (.6). | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


11/03/09   N. T. ZINK         Conference with B. Dye and C.            7.10 hrs.
                              Rivera re creditor trust roadmap
                              memorandum (.5); participate on
                              all professional call re status of
                              ongoing projects, strategy and
                              next steps (1.4); phone conference
                              with C. Rivera re creditor trust
                              issue (.2); conference with M.
                              Roitman re section 548 research
                              (.2); conference with C. Rivera,
                              B. Dye and M. Ashley re
                              preparation of various component
                              parts of Interim Report (.8);
                              off-line document review in
                              connection with investigation
                              (.6); further preparation of
                              interim report (2.4).


11/03/09   R. A. SCHWINGER    E-mails with George Dougherty, Jim       2.60 hrs.
                              Ducayet re FitzSimons document
                              production (0.8); e-mails with
                              David Neier re VRC e-mail dating
                              issues (0.5); attend LBO
                              professionals meeting/conference
                              call to address discovery issues
                              (1.3).


11/03/09   P. TANCK           On-line review of documents             9.20 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.


11/03/09   E. M. MILLER       Review D&P documents re                 4.60 hrs.
                              preparation of workproduct
                              chronology for D&P, in connection
                              with witness examination
                              preparation (2.2). Draft D&P
                              workproduct chronology (2.4).


11/03/09   A. K. NELLOS       Review progress of document            10.20 hrs.
                              reviewers (1.0) and assign
                              additional documents (1.2); Review
                              materials for chronology/key
                              materials binders (4.9); Review
                              documents identified by Kasowitz
                              as key documents (.5); Speak with
                              L. Moloney regarding various
                              issues with document productions
                              (.6); review issues with certain
                              materials provided by Duff &
                              Phelps (.4); Prepare update for
                              external distribution of status of
                              discovery (1.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7


11/03/09   T. P. CASTELL       On-line review of documents            3.40 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

11/03/09   A. KRONSTADT        On-line review of documents            0.40 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

11/03/09   A. DUFFY            Online review of documents             0.30 hrs.
                               produced in connection with the
                               ESOP Transaction (0.3).

11/03/09   F. E. CREAZZO       On-line review of documents            3.90 hrs.
                               produced in connection with
                               investigation of ESOP Transaction
                               (3.9)

11/03/09   M. D. ASHLEY        Reviewed documents produced in        11.10 hrs.
                               connection with ESOP transaction
                               investigation (1.8); reviewed
                               Debtors' produced materials and
                               letter relating to discovery
                               defficiencies (1.0); reviewed
                               produced materials regarding VRC
                               and Duff & Phelps depositions
                               (1.2); reviewed produced materials
                               regarding factual summary for
                               interim report to Committee (3.1);
                               prepared for team call regarding
                               status of investigation (.3);
                               participated in professionals
                               meeting regarding status of
                               bankruptcy proceedings and
                               investigation (1.3); prepared for
                               meeting regarding drafting of
                               interim report to Committee (.6);
                               meeting with T. Zink, C. Rivera,
                               B. Dye regarding drafting of
                               interim report to Committee (.8);
                               reviewed emails and discovery
                               requests regarding open discovery
                               issues (.4); communications with
                               A.Nellos, T.Zink, H.Seife,
                               Zuckerman and Sidley regarding
                               discovery issues and status of
                               investigation (.6).

11/03/09   J. GOLD             Online review of documents             1.90 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    8


| 11/03/09 | B. DYE | Meeting with C. Rivera, T. Zink, and M. Ashley re Interim Report (.8); Meeting with C. Rivera and M. Roitman re emergence issues (1.0); meeting with M. Roitman re research on emergence issues (.3); researching Interim Report standing issues for T. Zink (6.9). | 9.00 hrs. |

| 11/03/09 | L. F. MOLONEY | Correspondence with A. Nellos and M. Isbrecht at Complete Document Source re. JPMorgan Chase productions (.5) and reviewed data files on production discs in connection with same (1.0); preparing media for loading into Relativity (1.0) and conference with P. Kelley re same (.2). | 2.70 hrs. |

| 11/03/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |

| 11/03/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.90 hrs. |

| 11/03/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |

| 11/03/09 | E. PRZYBYLKO | Attend weekly professionals conf. call on status of discovery (1.2); confs. with T. McCormack re testifying experts (.6); conf. with T. Stevenson re same (.4). | 2.20 hrs. |

| 11/03/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.50 hrs. |

| 11/03/09 | M. ROITMAN | Background research on trustee's powers under Section 544 (3.3); Review memorandum re: state law fraudulent conveyance claims (1.1). | 4.40 hrs. |

| 11/03/09 | M. ROITMAN | Meeting with C. Rivera and B. Dye re: emergence issues (1.0); Meeting with B. Dye re: research on same (0.3) | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    9

| 11/03/09 | M. ROITMAN | Meeting with T. Zink re: case law research on questions related to value. | 0.30 hrs. |
|---|---|---|---|
| 11/03/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.80 hrs. |
| 11/03/09 | F. PERKINS | Research on third party claims issues. | 3.20 hrs. |
| 11/03/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 11/03/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |
| 11/04/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 11/04/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.40 hrs. |
| 11/04/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.90 hrs. |
| 11/04/09 | F. PERKINS | Follow up research on the standard for determining shareholder issue. | 4.20 hrs. |
| 11/04/09 | M. ROITMAN | Research re: trustee's powers under Section 544 (3.6); confer with C. Rivera re: same (0.6); email correspondence with C. Rivera re: research notes on same (0.2); review of legislative history of trustee's powers under Section 544 (0.7). | 5.10 hrs. |
| 11/04/09 | M. ROITMAN | Research on class action litigation in context of fraudulent conveyance (4.3); confer with B. Dye re: same (0.7). | 5.00 hrs. |
| 11/04/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| 11/04/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.30 hrs. |
| 11/04/09 | B. DYE | Meeting with M. Roitman re class action research issue (.8); research re standing under UFTA/UFCA for T. Zink (3.8); revising roadmap (.9); revising Interim Report to reflect changes from T. Zink and C. Rivera (1.3); meeting with T. Zink and C. Rivera re roadmap memo (.7). | 7.50 hrs. |
| 11/04/09 | J. GOLD | Online review of documents produced in connection with investigation of ESOP transaction. | 4.10 hrs. |
| 11/04/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (1.7); reviewed produced materials in preparation for upcoming depositions (1.3); reviewed correspondence and produced materials regarding discovery deficiencies (.8); reviewed materials regarding summary of AlixPartners' solvency analysis for interim report to Committee (1.2); reviewed produced materials regarding factual summary for interim report to Committee (3.3); communications with E.Miller regarding VRC witness prep (.5). | 8.80 hrs. |
| 11/04/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.9). | 0.90 hrs. |
| 11/04/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 11/04/09 | A. K. NELLOS | Check progress of document reviewers (.8) and assign additional documents (1.1); Review various documents circulated from document reviewers (.7); Work on Chronology/key documents materials (5.4). | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   11

| | | | |
|---|---|---|---|
| 11/04/09 | E. M. MILLER | Review and exchange e-mails with M Ashley re document review and workproduct chronologies for D&P and VRC witness examination preparation (0.3); Draft D&P workproduct chronology (2.5); Review VRC and TRB documents in dataroom in connection with inquiry from M Ashley re VRC witness examination preparation (2.0); Review VRC and TRB documents in dataroom in connection with inquiry from M Ashley re VRC witness examination preparation (2.0); Draft and send e-mails to M Ashley re same (0.3). | 7.10 hrs. |
| 11/04/09 | T. L. STEVENSON | Conference with T. McCormack and E. Przybylko regarding potential experts (0.2); Researched background for potential experts (0.9); contacted same (0.7). | 1.80 hrs. |
| 11/04/09 | R. A. SCHWINGER | E-mails with David Neier re VRC e-mail issues. | 0.40 hrs. |
| 11/04/09 | N. T. ZINK | Review and revise parts of Interim Report to Creditors' Committee (5.4); conference with C. Rivera and B. Dye re interim report (.2); off-line document review in connection with investigation (1.2). | 6.80 hrs. |
| 11/04/09 | M. IACOPELLI | Research Relativity for documents reflected in the December- May issue and sensitivity branches chart (2.8); prepare additional Key JPMorgan document, Duff & Phelps, Foundations, Tribune from 2nd tier review to Key binders (4.2). | 7.00 hrs. |
| 11/04/09 | H. SEIFE | Telephone conference D.Golden (Akin) regarding report (.3); telephone conferences with G.Bush regarding discovery (.2); work on interim report (1.3); review of emails regarding discovery issues (.8). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


| | | | |
|---|---|---|---|
| 11/04/09 | F. VAZQUEZ | Conf w/T. Stevenson re retention of expert (.1); second tier review of documents produced in connection w/investigation of pre-petition financing (4.5); conf w/Zink, C.Rivera & Dye re interim report and next steps(1.3); review case law re 548 (.7); email to/from Zink re 548 issue (.1); review 548 analysis (.5). | 7.20 hrs. |
| 11/04/09 | T. J. MCCORMACK | Review of expert issues, including evaluation of options on same (1.4); review fiduciary duty case law on certain issues (1.3). | 2.70 hrs. |
| 11/04/09 | C. L. RIVERA | Confer with M. Roitman re: 544 research (0.6); meeting with Dye and T.Zink re: roadmap memo (0.7); drafting/revising part of interim report (5.2). | 6.50 hrs. |
| 11/04/09 | D. M. LeMAY | Review of Joint Interest Agreement w/Centerbridge and Law Debenture re: possible sharing of legal analysis (.4).  Conference w/HS re: same (.3). | 0.70 hrs. |
| 11/05/09 | D. E. DEUTSCH | Exchange e-mails with Damian Schaible re: Law Debenture discovery matter (.2); | 0.20 hrs. |
| 11/05/09 | C. L. RIVERA | Drafting and revising parts of interim report (3.3); meeting with T. Zink and B. Dye re: status of open research for report (0.3); correspondence with T. Zink re: value of certain report analyses (0.3). | 3.90 hrs. |
| 11/05/09 | F. VAZQUEZ | Email to/from C. Rivera re 548 legal issue (.1); email to/from Nellos re incremental faclity (.2); email to/from Zink re incremental facility (.1). | 0.40 hrs. |
| 11/05/09 | T. J. MCCORMACK | Review expert resumes, background (1.1); review materials on creditor standing issues (1.8). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 11/05/09 | H. SEIFE | Work on revisions to parts of interim report (1.3) and review of litigation defense analysis (1.1). | 2.40 hrs. |
|---|---|---|---|
| 11/05/09 | M. IACOPELLI | Prepare additional solvency documents from 2nd tier review to Key binders. | 6.70 hrs. |
| 11/05/09 | N. T. ZINK | Review and revise Interim Report to the Committee (5.9); off line, second-tier document review in connection with investigation (1.2); review memo on third party claim examination (.2); attention to discovery from banks declining to lend into Leveraged ESOP Transaction (.1); review A. Nellos email re discovery from Moody's (.1). | 7.50 hrs. |
| 11/05/09 | T. L. STEVENSON | Telephone calls to potential expert (0.4); research related to expert candidates and reviewing prior cases/background (3.7); Research re third party claims issues. | 11.10 hrs. |
| 11/05/09 | E. M. MILLER | Review VRC and TRB documents in dataroom in connection with inquiry from M Ashley re VRC witness examination preparation (3.4) Review and respond to e-mail from M Ashley re same (0.4) | 3.80 hrs. |
| 11/05/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.20 hrs. |
| 11/05/09 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign additional documents (1.3); Online review and comparison of documents related to the ESOP transaction (second-tier review) (2.8); Continue to work on review of materials for key document binders (4.9); Follow up on various issues related to third-party claims and the facts that could be adduced in support thereof (2.5). | 12.50 hrs. |