TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| 11/05/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
|---|---|---|---|
| 11/05/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 11/05/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (.8) | 0.80 hrs. |
| 11/05/09 | M. D. ASHLEY | Reviewed legal and factual materials regarding potential third-party claims (1.6); reviewed correspondence and produced materials regarding discovery deficiencies (1.6); reviewed documents produced in connection with ESOP transaction investigation (1.4); reviewed materials in preparation for solvency analysis summary and factual summary for interim report to Committee (4.4); drafted solvency analysis summary for interim report (1.4); communications with E.Miller re: VRC witness prep (.5). | 10.90 hrs. |
| 11/05/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.10 hrs. |
| 11/05/09 | E. PRZYBYLKO | Review correspondence re potential testifying experts | 0.40 hrs. |
| 11/05/09 | M. ROITMAN | Continued research on fraudulent conveyance litigation issue (5.1); confer with B. Dye re: same (0.7); meeting with T. Zink re: same (0.6); email correspondence with C. Rivera re: same (0.3); email memo to T. Zink re: same (0.5). | 7.20 hrs. |
| 11/05/09 | B. DYE | Meeting with M. Roitman re Class action research (.7); research and provide inserts with citations for the Interim Report (1.2); researching UFTA/UFCA standing issue for T. Zink (4.0). | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15


| 11/05/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.00 hrs. |
|----------|----------|-------------------------------------------------|-----------|
| 11/05/09 | F. PERKINS | Follow up research on shareholder legal issue. | 3.30 hrs. |
| 11/05/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.70 hrs. |
| 11/05/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP investigation. | 2.10 hrs. |
| 11/05/09 | R. M. KIRBY | Conducting research under Delaware law on potential breach of fiduciary duty claim issues per M. Ashley. | 8.00 hrs. |
| 11/06/09 | R. M. KIRBY | Conducting research under Delaware law on fiduciary duty claims as per M. Ashley. | 4.20 hrs. |
| 11/06/09 | Y. YOO | Attended meeting with Francisco Vazquez re: 548 standards as applied to lenders (.2). | 0.20 hrs. |
| 11/06/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 11/06/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (.8); review and organize second tier hot documents for binders per A.Nellos (2.0). | 2.80 hrs. |
| 11/06/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.30 hrs. |
| 11/06/09 | F. PERKINS | Follow up research on shareholder research. | 6.60 hrs. |
| 11/06/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   16

| 11/06/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |
|---|---|---|---|
| 11/06/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.50 hrs. |
| 11/06/09 | M. ROITMAN | Cite-checking parts of Interim Report (7.1); meeting with C. Rivera and B. Dye re: same (0.3). | 7.40 hrs. |
| 11/06/09 | M. ROITMAN | Email correspondence with C. Rivera re: class action issue (0.2). | 0.20 hrs. |
| 11/06/09 | M. ROITMAN | Research on Sections 1123 and 1129 as part of Interim Report issue (2.9); confer with C. Rivera and B. Dye re: same (0.3). | 3.20 hrs. |
| 11/06/09 | M. ROITMAN | Reviewed and edited Roadmap memo (0.7); conferred with B. Dye re: changes to roadmap memo (0.2); email correspondence with C. Rivera re: changes to roadmap memo (0.2) | 1.10 hrs. |
| 11/06/09 | B. DYE | Research on standing issue in UFCA/UFTA context for T. Zink and C. Rivera (6.8); reviewing citations for within Interim report (3.3); meeting with C. Rivera and M. Roitman re cite checking of Interim report (.3); meeting with M. Roitman re changes to Roadmap Memo (.2). | 10.60 hrs. |
| 11/06/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 11/06/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (1.2); reviewed legal and factual materials regarding potential third-party claims (.7); reviewed correspondence and produced materials regarding open discovery issues (.8); reviewed materials in preparation for solvency analysis | 9.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  December 23, 2009
435 N. MICHIGAN AVENUE  Invoice ******
CHICAGO, IL 60611  Page 17

|  |  |  |  |
|---|---|---|---|
|  |  | summary and factual summary for interim report to Committee (3.8); revised draft solvency analysis summary for interim report (.6); drafted factual summary for interim report (1.4); communications regarding potential third-party claims (.7). |  |
| 11/06/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (2.9). | 2.90 hrs. |
| 11/06/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 11/06/09 | A. K. NELLOS | Review progress of document reviewers (.8) and assign additional documents for review (.9); Assist with outline on development of facts related to third-party claims (2.3); Review materials related to key documents materials/chronology (6.4); Respond to various questions from M. Ashley (.6). | 11.00 hrs. |
| 11/06/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 11/06/09 | E. M. MILLER | Phone call with A Nellos re fact chronology (0.6); Draft and send e-mail to A.Nellos re same (0.4); Review D&P documents for D&P workproduct chronology, and draft same (2.5). | 3.50 hrs. |
| 11/06/09 | T. L. STEVENSON | Spoke with potential expert candidate on the telephone (0.2); Research regarding potential expert candidates (0.7); Discussion with T. McCormack regarding same (0.3); Research regarding third parties claims issues (2.1). | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   18


| | | | |
|---|---|---|---|
| 11/06/09 | R. A. SCHWINGER | Review e-mails re confidentiality agreement addenda re Houlihan, JPM (.4) including drafting same (1.0); meeting with A. Nellos re status and synthesizing key facts for T. McCormack (0.6); e-mails with Dan Rath re Barclays discovery (0.5); review proposed protocol re Debtors' production of native mode files and C&P internal comments on same (0.4). | 2.90 hrs. |
| 11/06/09 | N. T. ZINK | Review and revise Interim Report to the Committee (6.8); conference with C. Rivera re Interim Report follow up items (.2); second tier off-line document review  in connection with investigation (1.0). | 8.00 hrs. |
| 11/06/09 | M. IACOPELLI | Chronologize additional 2nd tier reviewed documents. | 7.00 hrs. |
| 11/06/09 | H. SEIFE | Review of memos regarding interim report. | 2.20 hrs. |
| 11/06/09 | T. J. MCCORMACK | Prepare expert interview schedule, background data (1.3); review case law on third party claim issues (1.4). | 2.70 hrs. |
| 11/06/09 | F. VAZQUEZ | Conf w/ Butcher re Barclays (.2); email to/from Zink & Schwinger re Barclays (.2); email to/from Zink re 548 issue (.1). | 0.50 hrs. |
| 11/06/09 | F. VAZQUEZ | Conf w/Zink re interim report (.3); review 548 research (3.5); conf w/Young Yoo re 548 (.2); conf w/ C. Rivera re 548 and interim report (.2); conf w/Dye re interim report (.3); review & revise section in interim report re 548 (3.3). | 7.80 hrs. |
| 11/06/09 | C. L. RIVERA | Drafting and revising interim report (4.8); meeting with T. Zink re: analysis in various sections (0.6); meeting with B. Dye and M. Roitman re: citations and remaining research (0.4); confer with B. Dye re: research results | 6.10 hrs. |

|            |                |                                                                                                          |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------|------------|
|            |                | (0.3).                                                                                                   |            |
| 11/07/09   | C. L. RIVERA   | Drafting/revising interim report (5.4); confer with T. Zink and M. Roitman re: same (1.1)                 | 6.50 hrs.  |
| 11/07/09   | N. T. ZINK     | Review and revise Interim Report (4.1).                                                                   | 4.10 hrs.  |
| 11/07/09   | E. M. MILLER   | Draft D&P workproduct chronology, in connection with D&P witness examination binders (3.2).               | 3.20 hrs.  |
| 11/07/09   | A. K. NELLOS   | Review/outline facts related to potential third-party claims and related to key document materials.      | 7.60 hrs.  |
| 11/07/09   | B. DYE         | Review and verify certain citations in the Interim Report.                                               | 0.50 hrs.  |
| 11/07/09   | M. ROITMAN     | Editing part of Interim Report (8.1).                                                                     | 8.10 hrs.  |
| 11/07/09   | J. NOBLE       | Online review of documents produced in connection with investigation of ESOP transaction.                | 0.50 hrs.  |
| 11/07/09   | K. ZAFRAN      | On-line review of documents produced in connection with investigation of ESOP transaction.               | 3.00 hrs.  |
| 11/08/09   | K. ZAFRAN      | On-line review of documents produced in connection with investigation of ESOP transaction.               | 3.60 hrs.  |
| 11/08/09   | J. P. NARVAEZ  | On-line review of documents produced in connection with investigation of ESOP transaction.               | 3.00 hrs.  |
| 11/08/09   | Y. YOO         | Researched issue re: 548 standards as applied to lenders (1.9); corresponded by email with Francisco Vazquez re: same (.5). | 2.40 hrs.  |
| 11/08/09   | M. ROITMAN     | Review and verify certain citsand other references in Interim Report (7.9).                              | 7.90 hrs.  |
| 11/08/09   | B. DYE         | Review and verify accuracy of citations in the Interim Report.                                          | 2.30 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   20


| | | | |
|---|---|---|---|
| 11/08/09 | A. K. NELLOS | Review/synthesize facts related to potential third-party claims and related to key document materials. | 5.30 hrs. |
| 11/08/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 11/08/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction. | 1.00 hrs. |
| 11/08/09 | M. D. ASHLEY | Drafted and revised sections of Interim Report to Committee (4.2) and reviewed related produced materials (1.6). | 5.80 hrs. |
| 11/08/09 | N. T. ZINK | Review and revise Interim Report (.6) and emails with M. Ashley re same (.2). | 0.80 hrs. |
| 11/09/09 | N. T. ZINK | Review Zuckerman Spaeder solvency memorandum (.4);  various emails with M. Ashley re Interim Report (.1); further review and revise Interim Report (2.9); conference with H. Seife re draft Interim Report (.1); review Zuckerman Spaeder solvency memorandum (1.2); conference with C. Rivera re amendments and edits to Interim Report (.4); further off-line second tier review of documents in connection with investigation (2.8); phone conference with C. Rivera re edits to Interim Report (.1); review provisional summary of facts learned through discovery (.1). | 8.10 hrs. |
| 11/09/09 | H. SEIFE | Telephone conference with B.Krakauer regarding discovery (.4); review and revise draft presentation to Committee (2.4); conference with T.Zink regarding litigation issues (.5). | 3.30 hrs. |
| 11/09/09 | M. IACOPELLI | Prepare certain materials for additional Citigroup, Foundations, Duff & Phelps, FCC and Houlihan Lockey productions after 2nd tier review  to incorporate into | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   21


                          organized Key binders (5.8) and
                          updated indexes to same (1.0).

11/09/09   D. BAVA        Review and analysis of docket          0.20 hrs.
                          sheet in similar large case re:
                          LBO litigation issues (.20).

11/09/09   F. VAZQUEZ     Email to/from Nellos & Ashley re       0.30 hrs.
                          discovery (.2); email to/from
                          Nellos re documents (.1).

11/09/09   F. VAZQUEZ     Review discovery produced by           1.70 hrs.
                          certain third party (.3); Conf
                          w/Schwinger, Butcher & Ashley re
                          same (.3); second tier review of
                          documents produced in connection
                          w/investigation of pre-petition
                          financing (.5); conf w/Zink re
                          interim report (.2); conf w/ C.
                          Rivera re interim report(.3);
                          email to/from Young Yoo re 548
                          (.1).

11/09/09   T. J. MCCORMACK   Analysis of third party            4.30 hrs.
                          issues/potential claims (2.1);
                          analysis of prior expert
                          testimony, options (1.3);
                          preparation for 11/10 meeting on
                          all issues (.9).

11/09/09   R. A. SCHWINGER    TC with Matthew Stein (Kasowitz)  1.10 hrs.
                          re issues as to confidential
                          documents (0.2) and e-mail summary
                          re same (0.1); conference call
                          with Landis re discovery issue
                          with certain discovery party
                          (0.3); review e-mails re MLCC
                          e-mail production status (0.2);
                          meeting with A.Nellos and M.Ashley
                          re: production issues (0.3).

11/09/09   M. D. ASHLEY   Reviewed produced materials and       12.70 hrs.
                          drafted factual discovery summary
                          for Interim Report to Committee
                          (9.7); reviewed produced documents
                          and analytical materials regarding
                          AlixPartners solvency analysis
                          (1.2); reviewed correspondence and
                          produced materials regarding open
                          discovery issues (.6); conference
                          call with R. Schwinger, F. Vazquez
                          and Landis to address Goldman open

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 23, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   22

|  |  |  |  |
|---|---|---|---|
|  |  | discovery issues (.3); meeting with R. Schwinger, A. Nellos to address document production deficiencies (.3); communications with E.Miller regarding VRC document production issues (.6). |  |
| 11/09/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.7). | 2.70 hrs. |
| 11/09/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 11/09/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 11/09/09 | A. K. NELLOS | Review progress of document reviewers (.8); e-mails to review team re: same (.7) and assign additional documents (1.0); Meeting with R. Schwinger and M. Ashley regarding Sidley proposed agreement (.3); Review documents/synthesize for issues related to solvency analysis and potential third party claims (7.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (.4). | 10.40 hrs. |
| 11/09/09 | C. L. RIVERA | Reviewing/revising interim report for H. Seife comments (1.1); confer with M. Roitman re: cites (0.2); meeting with T. Zink re: revisions (0.5); reviewing Zuckerman analysis (.9); confer with T. Zink re: same (0.4); revising report for same (3.8). | 6.90 hrs. |
| 11/09/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (3.1). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    23

| | | | |
|---|---|---|---|
| 11/09/09 | E. M. MILLER | Review and respond to e-mails from M Ashley re certain VRC and D&P documents (0.5) Brief phone call with A Nellos re same (0.2) Review documents in data re same (0.5) | 1.20 hrs. |
| 11/09/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 11/09/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 11/09/09 | M. ROITMAN | Research re: section 548 issue (2.3). | 2.30 hrs. |
| 11/09/09 | M. ROITMAN | Review and revise parts of Interim Report per C.Rivera request (2.9). | 2.90 hrs. |
| 11/09/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |
| 11/09/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 11/09/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.70 hrs. |
| 11/09/09 | K. ZAFRAN | Review GreatBanc 2nd Tier Hot Documents and highlight relevant sections (2.9); on-line review of documents produced in connection with investigation of ESOP transaction (5.3). | 8.20 hrs. |
| 11/09/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 11/10/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.70 hrs. |
| 11/10/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.1); review Board and Special Committee minutes and materials | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    24

|            |                |                                                                                                                                                                        |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (1.5) begin to organize summary document and highlight relevant portions of minutes (1.8).                                                                              |            |
| 11/10/09   | R. M. KIRBY    | Drafting reserach memo re: certain breach of fiduciary duty claims.                                                                                                     | 8.60 hrs.  |
| 11/10/09   | C. PIGNATELLI  | Research re: motions by creditor committees to assert privilege on behalf of debtors.                                                                                   | 0.80 hrs.  |
| 11/10/09   | F. PERKINS     | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                             | 1.50 hrs.  |
| 11/10/09   | F. PERKINS     | Research related to third party claims issues against certain identical insider groups.                                                                                 | 5.30 hrs.  |
| 11/10/09   | J. NOBLE       | Online review of documents produced in connection with investigation of ESOP transaction.                                                                              | 2.50 hrs.  |
| 11/10/09   | J. GOLD        | Online review of documents produced by EGI-TRB in connection with investigation of ESOP transaction.                                                                    | 3.10 hrs.  |
| 11/10/09   | M. ROITMAN     | Research re: 548 issue (0.3).                                                                                                                                           | 0.30 hrs.  |
| 11/10/09   | M. ROITMAN     | Revising, cite-checking Interim Report (8.3); drafting of email to Tribune Committee Professionals re: Draft of Interim Report (0.8) and meeting with T. Zink re: same (0.6) | 9.70 hrs.  |
| 11/10/09   | F. MALIK       | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                             | 4.00 hrs.  |
| 11/10/09   | E. PRZYBYLKO   | Review materials re potential expert (.7); review research re issues relevant to potential third-party claims (.5); weekly TC w Committee professionals (1.0), follow-up confs. with T. McCormack re same (.2). | 2.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   25

| 11/10/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
|---|---|---|---|
| 11/10/09 | E. M. MILLER | Review and exchange e-mails with M Ashley re draft insert for revision of preliminary report (0.6); Review documents in data roome re same (0.8); Review and exchange e-mails with M Ashley re VRC work product documents (0.4); Review of documents in data room re same (0.2). | 2.00 hrs. |
| 11/10/09 | T. L. STEVENSON | Reviewing research summary regarding breach of fiduciary duty claims (.7); spoke with T. McCormack regarding action steps regarding third party claims (.1); e-mail correspondence with team regarding factual issues related to potential third party claims (.4); Factual research regarding certain potential defendants in connection with potential third party claims (5.1); Drafting summary of breach of fiduciary duty claims against Tribune directors and officers (2.5). | 8.80 hrs. |
| 11/10/09 | C. L. RIVERA | Review and revise parts of interim report (2.7); confer with T. Zink re: same (0.5); confer with M. Ashley re: solvency analysis (0.3); confer with M. Roitman re: revisions, citations (0.7). | 4.20 hrs. |
| 11/10/09 | A. K. NELLOS | Review progress of document reviewers (1.3) and add additional documents (1.2); Finalize update of discovery status for R. Schwinger (.9); Update external distribution discovery materials (.9); Review/ synthesize facts related to potential third-party claims and related to key document materials (6.3); conference with L. Moloney regarding various issues with Relativity (.6); review Relativity database related to various potential document requests to Moody's (.4). | 11.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   26

| | | | |
|---|---|---|---|
| 11/10/09 | T. P. CASTELL | Review and analyze D&O Policies to confirm aggregate limits therein. | 0.30 hrs. |
| 11/10/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.50 hrs. |
| 11/10/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 11/10/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction. | 2.60 hrs. |
| 11/10/09 | M. D. ASHLEY | Reviewed produced and analytical materials (2.3) and drafted and revised sections of Interim Report for Committee (6.4); reviewed documents produced in connection with ESOP transaction investigation (.8); prepare for (.6) and attend professionals conference call regarding status of investigation (1.0); meeting with T. Zink, C. Rivera regarding preparation of Interim Report (.3); conference call with Zuckerman Spaeder regarding preparation for depositions (.6); reviewed correspondence and produced materials regarding open discovery issues (.8); emails with E.Miller re: drafting of Interim Report (.5). | 13.30 hrs. |
| 11/10/09 | T. J. MCCORMACK | Prepare materials on expert issues (.8); attend group meeting on status and address expert status, search (1.0); follow-up w/Zuckerman on all issues, third party claims (.7); review/analyze third party issues, particularly derivative claims, relevant review standards (1.7). | 4.20 hrs. |
| 11/10/09 | K. SMITH | TC T. Castell re: D&O insurance summary issue (.1); review D&O insurance summary re: question from litigation (.5). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       December 23, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   27


| 11/10/09 | F. VAZQUEZ | Conf w/Nellos re Moody's (.1); conf w/Zink re interim report (.3); review part of interim report to draft insert for same (1.6); follow up conf w/Zink re same (.4); email to/from Schwinger and Ashley re Moody's (.3); email to Butcher re Moody's (.1). | 2.80 hrs. |
|---|---|---|---|
| 11/10/09 | D. M. LeMAY | Review and provide comments on latest draft of Interim Report (3.0). | 3.00 hrs. |
| 11/10/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.20 hrs. |
| 11/10/09 | M. IACOPELLI | Prepare and organize additional JPMorgan e-mails from 2nd tier review for Key binders (5.3) and updated indexes to same (.9); prepared D&P witness documents for Zuckerman (.2); prepared a set of oth4er produced documents for K. Zafran (.4). | 6.80 hrs. |
| 11/10/09 | H. SEIFE | Prepare for meeting with investigation team (.8); conference call with investigation team (1.0); emails regarding shareholder payments (.4); review of revised draft interim report (2.1). | 4.30 hrs. |
| 11/10/09 | R. A. SCHWINGER | Attend LBO professionals meeting/conference call to address discovery issues (1.0); internal follow-up meeting re tasks/decisions from same (0.5); TC with Joe Drayton re MLCC discovery issues (0.5) and follow-up e-mails on same (0.3); TC with David Neier re VRC discovery issues (0.4) and follow-up e-mails re: same (0.3); TC with David Bradford re Zell/EGI discovery issues (0.5); review/revise discovery summary chart (0.4); review e-mails re discovery of Moody's (0.5); review e-mails re Charles River Associates (0.2); review e-mails | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    28

|  |  |  |  |
|---|---|---|---|
|  |  | re open discovery issues to Michael Pullos (re D&P), Jim Ducayet (re directors), Joel Feuer (re RCP) (0.8); review e-mails re confidentiality agreement addendum for Kasowitz/Akin re Houlihan, Goldman, Zell/EGI (0.5). |  |
| 11/10/09 | R. A. SCHWINGER | Finalizing Murray Devine confidentiality agreement (0.5); prepare e-mails responding to ZS's Houlihan inquiries (0.4); prepare chart of discovery responsibilities of each Committee counsel (0.4). | 1.30 hrs. |
| 11/10/09 | N. T. ZINK | Review and revise Interim Report (2.8); off-line second tier document review in connection with investigation (1.7); phone conference with B. Schwinger and M. Ashley re confidentiality restrictions re Interim Report (.2); prepare slide presentation for November 19 Committee meeting (2.1); participate on all-professional call (.8). | 7.60 hrs. |
| 11/11/09 | N. T. ZINK | Prepare slides for presentation at November 19 Committee meeting (2.5); prepare for Committee meeting (.8); review and revise Interim Report (1.2); consideration of confidentiality restrictions and implications for distribution of Interim Report (.3); phone conference with A. Goldfarb re confidentiality restrictions and implications for distribution of Interim Report (.2); on-line document review in connection with investigation (1.0). | 6.00 hrs. |
| 11/11/09 | H. SEIFE | Telephone conference with B.Krakauer regarding discovery (.3); review and revise interim report (2.2); meeting with M.Ashley, ZS and Landis to discuss status conference request (.5). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    29


| 11/11/09 | M. IACOPELLI | Prepare and organizeJPMorgan and Tribune documents from 2nd tier review for Key binders (5.5) and updated indexes to same (1.1). | 6.60 hrs. |
|---|---|---|---|
| 11/11/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.20 hrs. |
| 11/11/09 | D. M. LeMAY | Review of latest draft of Interim Report (2.2). | 2.20 hrs. |
| 11/11/09 | D. E. DEUTSCH | Review and edit insert for draft interim report to Committee (2.8). | 2.80 hrs. |
| 11/11/09 | F. VAZQUEZ | Conf w/Zink re interim report (.3); email to/from Butcher re S&P (.1); email to/from Butcher re interim report (.1); email to/from Nellos re Blackstone (.1). | 0.60 hrs. |
| 11/11/09 | T. J. MCCORMACK | Analyze D&O policies, terms, etc. (1.3); review expert information (.9) and teleconference with Zuckerman re: same (.5); prepare outline on expert options and send to Zuckerman (.9). | 3.60 hrs. |
| 11/11/09 | M. D. ASHLEY | Drafted and revised sections of Interim Report to Committee (7.4); reviewed legal and factual materials regarding drafting of third-party claims (.6); reviewed correspondence and produced materials regarding confidentiality and discovery issues (1.0); conference call with H. Seife, Zuckerman and Landis regarding possible discovery motion (.6); review emails regarding discovery issues and document review (.8). | 10.40 hrs. |
| 11/11/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (4.5). | 4.50 hrs. |
| 11/11/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   30


11/11/09   B. G. CARSON       On-line review of documents          2.10 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

11/11/09   T. P. CASTELL      On-line review of documents          4.80 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

11/11/09   A. K. NELLOS       Continue to review online database  12.50 hrs.
                              to develop facts related to
                              potential third party claims
                              (8.8); Review progress of document
                              review (.7) and assign additional
                              documents (.9); Online review of
                              documents related to specific
                              questions related to
                              confidentiality designations per
                              request of M. Ashley (1.9);
                              discuss discovery issues and
                              Relativity with L.Moloney (.2).

11/11/09   C. L. RIVERA       Review correspondence re:            0.50 hrs.
                              confidential requirements re:
                              distribution of interim report
                              (0.2); confer with B. Dye re:
                              drafting summary/slides of interim
                              report (0.1); review related case
                              update (0.2).

11/11/09   T. L. STEVENSON    Discussion with T. McCormack re      9.20 hrs.
                              potential experts (.2); contacted
                              potential experts regarding
                              Tribune (.4); Drafted summary of
                              breach of fiduciary duty claim
                              against directors and officers
                              (4.7); revised spreadsheet of
                              Tribune shareholders and reviewed
                              SEC filings related to same (2.2);
                              reviewed research regarding aiding
                              and abetting breach of fiduciary
                              duty claims (.4); reviewing
                              documents related to third party
                              claims (1.3).

11/11/09   E. M. MILLER       Review and exchange e-mails with M   0.30 hrs.
                              Ashley re D&P documents for
                              updating of preliminary report
                              (0.3)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   31

| | | | |
|---|---|---|---|
| 11/11/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 11/11/09 | E. PRZYBYLKO | Review research re Committee claims to Debtors' privilege (.7); draft email to M. Ashley re same (.2). | 0.90 hrs. |
| 11/11/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 11/11/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.30 hrs. |
| 11/11/09 | B. DYE | Preparing presentation on the specific lender analysis section within the Interim Report. | 2.80 hrs. |
| 11/11/09 | L. F. MOLONEY | Correspondence with A. Nellos re. additional materal that needs to be loaded onto Relativity (.3); preparing media for loading into Relativity (1.9); Correspondence with Complete Document Source re. issues with Relativity database (1.3). | 3.50 hrs. |
| 11/11/09 | M. ROITMAN | Review and revise Interim Report (3.8); call with M. Ashley re: revisions to Section IV of Interim Report (0.2); email correspondence with M. Ashley re: same (0.2); email correspondence with A. Goldfarb re: revisions to Section III(D) (0.1). | 4.30 hrs. |
| 11/11/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.50 hrs. |
| 11/11/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 11/11/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   32

| | | | |
|---|---|---|---|
| 11/11/09 | K. ZAFRAN | Review second tier hot documents and add relevant facts from documents into summary table per A.Nellos. | 8.60 hrs. |
| 11/11/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.90 hrs. |
| 11/12/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.50 hrs. |
| 11/12/09 | K. ZAFRAN | Review JPM Second tier hot documents (3.5) and summarize relevance in chart (2.7). | 6.20 hrs. |
| 11/12/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.20 hrs. |
| 11/12/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 11/12/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 11/12/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 5.70 hrs. |
| 11/12/09 | M. ROITMAN | Review and arrange for confidentiality agreements and exhibits to be signed by Committee members prior to distribution of Interim Report  (2.0); related correspondence with R. Schwinger, M. Ashley, K. Zafran, A. Nellos, M. Iacopelli, R. Butcher (LRC) (1.2); Meeting with D. Deutsch re: same (0.5); brief meeting with H. Seife and  M. Ashley re: confidentiality agreement issues (0.3). | 4.00 hrs. |
| 11/12/09 | M. ROITMAN | Draft email to Committee members re: Confidentiality (2.8); meetings with D. Deutsch (0.2) and calls with R. Schwinger and M. Ashley re: same (0.5). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   33

| 11/12/09 | M. ROITMAN | Email correspondence with C. Rivera re: cases cited in Interim Report (0.2); Phone call with C. Rivera re: revision to Interim Report (0.2). | 0.40 hrs. |
|---|---|---|---|
| 11/12/09 | B. DYE | Further revisions to Powerpoint presentation for the Committee on the Interim Report. | 2.30 hrs. |
| 11/12/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 11/12/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 11/12/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.50 hrs. |
| 11/12/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (5.3); research re third party claims (1.8); discussions with expert candidates (.6). | 7.70 hrs. |
| 11/12/09 | E. M. MILLER | Review and respond to queries from M Ashley re JPM document (0.6) | 0.60 hrs. |
| 11/12/09 | C. L. RIVERA | Research re: related LBO adversary (0.5); confer with B. Dye re: presentation to committee (0.2); reviewing comments from Zuckerman Spaeder, AlixPartners and Landis (1.4); and revising report for same (3.6). | 5.70 hrs. |
| 11/12/09 | A. K. NELLOS | Review progress of first and second-tier reviewers (.6) and add additional documents (.8); Respond to inquiries from reviewers regarding confidentiality agreements and exhibits thereto (.6). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   34


| 11/12/09 | R. A. SCHWINGER | E-mails and TCs with M. Ashley, D. Deutsch, K. Zafran re procedures needed before confidential discovery materials can be shown to committee members (1.3); e-mail to Charles Smith re status of final installment of TESOP/GreatBanc production (0.2); review e-mails re status of FitzSimons/Holden productions (0.5); finalizing addendum to JPM confidentiality agreement re filing documents in court under seal (0.5); review JPM document flagged by Kasowitz (.3) and e-mails re same (0.3); review e-mails re use of confidential documents at depositions (0.4); revising draft of discovery summary chart to be provided to Kasowitz/Akin (0.8); reviewing e-mail files for outstanding discovery issues requiring follow-up (0.5). | 4.80 hrs. |
| 11/12/09 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.80 hrs. |
| 11/12/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.8). | 2.80 hrs. |
| 11/12/09 | M. D. ASHLEY | Reviewed produced and analytical materials (2,6) and drafted and revised sections of Interim Report to Committee (4.6); reviewed correspondence and produced materials regarding confidentiality and discovery issues (.6); conference call with T. Zink, C. Rivera and Zuckerman regarding draft Interim Report (.5); emails with R.Schwinger, D.Deutsch and E.Miller re: discovery issues (1.2); call with AlixPartners regarding solvency analysis issues (.3). | 9.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   35

| 11/12/09 | T. J. MCCORMACK | Analysis of cases and facts known to date on third party claims, including standing of creditors to bring fiduciary duty claims derivatively once company is solvent to cover conduct before solvency, interested transactions, DE standards, etc. (2.7); review expert background facts (.8). | 3.50 hrs. |
|---|---|---|---|
| 11/12/09 | F. VAZQUEZ | Draft Moody's discovery request (.7); email to/from Ashley re Moody's (.1). | 0.80 hrs. |
| 11/12/09 | F. VAZQUEZ | Conf w/Zink re interim report (.3); second tier review of documents produced in connection w/pre-petition investigation (4.7). | 5.00 hrs. |
| 11/12/09 | D. E. DEUTSCH | Meeting with Marc Roitman to discuss new litigation projection (.5); draft memorandum to Committee re: Law Debenture motion (.3); review and edit part of interim report for Committee (1.0). | 1.80 hrs. |
| 11/12/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.40). | 0.40 hrs. |
| 11/12/09 | M. IACOPELLI | Prepare and organize additional Tribune, VRC and Equity Research documents from 2nd tier review for Key binders (5.7) and updated indexes to same (1.2). | 6.90 hrs. |
| 11/12/09 | H. SEIFE | Review of ZS comments to report (.8); review confi consents from Committee members (.4); review and revise part of interim report (1.6). | 2.80 hrs. |
| 11/12/09 | N. T. ZINK | Consider Moody's discovery and related emails (.2); consider involvement of certain investment banker and whether discovery is necessary (.2); review and revise Interim Report (2.6); continue revisions to slides for committee presentation (1.7); review Zuckerman Spaeder comments to Interim Report (.5); phone | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   36

|  |  |  |  |
|---|---|---|---|
| | | conference with A. Goldfarb and J. Sottile of Zuckerman Spaeder re comments (.6); second tier, off-line document review (1.2). | |
| 11/13/09 | H. SEIFE | Review and edit revised new draft of interim report. | 3.30 hrs. |
| 11/13/09 | N. T. ZINK | Review and revise Interim Report (3.0); conference with C. Rivera re Zuckerman Spaeder comments to Interim Report (1.0); continue work on presentation for November 19, 2009 Committee Meeting (1.5); prepare slides for use at committee meeting (1.2). | 6.70 hrs. |
| 11/13/09 | R. LISKOV | Conference with D. Deutsch and K. Smith re D&O policies to be reviewed. | 0.30 hrs. |
| 11/13/09 | M. IACOPELLI | Prepare additional Equity Research and Solvency documents from 2nd tier review for Key binders (4.8) and updated indexes to same (1.0); Prepared set of "Highlighted" JPMorgan e-mails and documents as per A. Nellos (2.0). | 7.80 hrs. |
| 11/13/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 11/13/09 | D. E. DEUTSCH | Review and draft final edits on memo to Committee re: confidentiality agreement (.2); related conference with Marc Roitman (.1); follow-up with Helen Lamb re: mechanics related to same (.1); review issue on confidentiality for AlixPartners team (.3); e-mail Marc Roitman on same (.1). | 0.80 hrs. |
| 11/13/09 | D. M. LeMAY | Review latest draft of Interim Report. | 3.40 hrs. |
| 11/13/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/pre-petition investigation (3.4); review part of interim report (1.7); email to/from | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   37


                              Butcher re depositions (.1).

11/13/09   T. J. MCCORMACK    Receipt and review of RS summary        2.70 hrs.
                              of all discovery undertaken to
                              date (0.3); review analysis of
                              payments to insiders (0.8);
                              prepare materials for expert
                              interviews (0.7); review draft
                              interim report on certain claim
                              issues (0.9).

11/13/09   R. A. SCHWINGER    Finalize and circulate updated          2.20 hrs.
                              discovery status report for
                              Kasowitz/Akin (0.8); finalize
                              Zell/EGI confidentiality agreement
                              addendum re Kasowitz/Akin and
                              circulate for execution (0.5);
                              follow up on JPM confidentiality
                              agreement addendum re filing under
                              seal (0.5); reviewing e-mail files
                              re discovery issues for follow-up
                              (0.4).

11/13/09   M. D. ASHLEY       Reviewed and revised draft Interim      7.90 hrs.
                              Report and related produced and
                              analytical materials (5.4);
                              reviewed correspondence and
                              produced materials regarding
                              discovery issues (.6); drafted
                              letter to Sidley Austin regarding
                              Debtors' document production
                              deficiencies (.8) and reviewed
                              related materials (.4); emails and
                              calls with M.Roitman re: Interim
                              Report (.7).

11/13/09   A. DUFFY           Online review of documents             2.90 hrs.
                              produced in connection with the
                              ESOP Transaction (2.9).

11/13/09   T. P. CASTELL      On-line review of documents            1.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

11/13/09   T. P. CASTELL      Review and analyze D&O Policies        0.70 hrs.
                              and summary of same (.5); follow
                              up with R. Liskov to discuss
                              summary and review (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   38


11/13/09   A. K. NELLOS        Review progress of document        11.70 hrs.
                               reviewers (.7) and add additional
                               documents as needed (.8); respond
                               to several reviewer questions
                               (.7); Review documents to develop
                               potential third-party claims
                               (7.5); Review JPMorgan key
                               document materials (1.6); Revise
                               external discovery materials (.4).


11/13/09   C. L. RIVERA        Meeting with T. Zink re: comments   4.60 hrs.
                               to interim report (1.0);
                               correspondence with T.Zink and
                               B.Dye re: same (0.5); revising
                               report further to reflect
                               discussion (2.4); correspondence
                               with B.Dye re: revisions to fact
                               summary (0.2); correspondence with
                               B. Dye re: summary for committee
                               (0.3); research related LBO (0.2).


11/13/09   D. E. DEUTSCH       Review D&O insurance materials      0.50 hrs.
                               (.2) and hold calls with Kevin
                               Behan and, in part, Richard Liskov
                               re: same (.3).


11/13/09   T. L. STEVENSON     Second-tier on-line review of       8.70 hrs.
                               documents produced in connection
                               with investigation of ESOP
                               transaction (8.7).


11/13/09   P. TANCK            On-line review of documents         3.00 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.


11/13/09   F. MALIK            On-line review of documents         5.20 hrs.
                               produced in connection with
                               investigation of ESOP transaction.


11/13/09   E. GRIMALDI         On-line review of documents         1.90 hrs.
                               produced in connection with
                               investigation of ESOP transaction.


11/13/09   E. M. MILLER        Brief phone conference with A       4.00 hrs.
                               Nellos re JPM documents "highly
                               confidential" (0.2); Review same
                               (1.3); and draft and send comments
                               re same to A Nellos (2.5).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   39
```

| | | | |
|---|---|---|---|
| 11/13/09 | B. DYE | Online review of documents produced in connection with ESOP transaction (3.8); researching issue related to guarantee (1.7); drafting slides for Tribune presentation on the Interim Report for C. Rivera and T. Zink (2.1). | 7.60 hrs. |
| 11/13/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 11/13/09 | M. ROITMAN | Review and revise Interim Report (3.6); revise and update Table of Authorities (1.5). | 5.10 hrs. |
| 11/13/09 | M. ROITMAN | Draft (0.4) and send (0.2) email to Committee members re: Confidentiality; review and prepare authorizations and execution of exhibits to confidentiality agreements (2.2) | 2.80 hrs. |
| 11/13/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 11/13/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.50 hrs. |
| 11/13/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.00 hrs. |
| 11/13/09 | K. ZAFRAN | Review new board materials and add to binders (1.3); begin to review documents for certain potential deponent (5.5). | 6.80 hrs. |
| 11/13/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.40 hrs. |
| 11/14/09 | K. ZAFRAN | Review of documents for preparation of certain deponent (2.8); on-line review of documents produced in connection with investigation of ESOP transaction (2.2). | 5.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   40
```

| 11/14/09 | A. K. NELLOS | Review/synthesize facts related to potential third-party claims and related to key document materials. | 8.80 hrs. |
| 11/14/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.5). | 2.50 hrs. |
| 11/14/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.6) | 2.60 hrs. |
| 11/15/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.1) | 2.10 hrs. |
| 11/15/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.8). | 0.80 hrs. |
| 11/15/09 | M. D. ASHLEY | Reviewed materials in connection with preparation of Interim Report to Committee (2.3). | 2.30 hrs. |
| 11/15/09 | F. VAZQUEZ | Second tier review of documents produced in connection with investigation of pre-petition financing. | 1.00 hrs. |
| 11/15/09 | A. K. NELLOS | Review/synthesize facts related to potential third-party claims and related to key document materials. | 7.80 hrs. |
| 11/15/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 11/15/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 11/15/09 | E. PRZYBYLKO | Review research re fraudulent conveyance and third-party claims | 1.70 hrs. |
| 11/16/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   41


| 11/16/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.00 hrs. |

| 11/16/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 6.70 hrs. |

| 11/16/09 | L. F. MOLONEY | Correspondence with A. Nellos re. additional JP Morgan Chase production documents and data for inclusion in Relativity database (.3); preparing media for loading into Relativity (1.8). | 2.10 hrs. |

| 11/16/09 | B. DYE | Continue preparing slide presentation for the Tribune Creditor Committee (3.9); online review of documents produced in connection with ESOP transaction (2.6) | 6.50 hrs. |

| 11/16/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.10 hrs. |

| 11/16/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.20 hrs. |

| 11/16/09 | M. ROITMAN | Prepare authorizations for execution of exhibits to confidentiality agreements (1.0). | 1.00 hrs. |

| 11/16/09 | M. ROITMAN | Revising and editing Interim Report (5.5); Meeting with T. Zink and C. Rivera re: same (0.7); Meeting with T. Zink. C. Rivera and Zuckerman team re: Interim Report (0.6); Review and revise certain authority information (2.9). | 9.70 hrs. |

| 11/16/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.40 hrs. |

| 11/16/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (.7); review documents produced in connection with two parties at JP | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   42

|  |  |  |  |
|---|---|---|---|
|  |  | Morgan (3.2) and begin to  prepare summary materials on same (1.5). |  |
| 11/16/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.00 hrs. |
| 11/16/09 | A. K. NELLOS | Review/synthesize facts related to potential third-party claims and related to key document materials into summary (1.2); Review interim report draft relating to documents cited therein, per request of M. Ashley (1.9); work on update of memorandum to the committee on status of discovery (3.9); Review progress of document reviewers (1.0) and assign additional documents (2.1). | 10.10 hrs. |
| 11/16/09 | D. E. DEUTSCH | Exchange e-mails with Kevin Smith re: D&O issues (.1); review summaries to prepare for meeting on D&O issues (.6); participate in meeting with Richard Liskov on same (.6); exchange multiple e-mails with C&P team re: confidentiality agreements for Committee members to gain access to certain discovery materials (.4); calls and e-mails to following Committee members and their counse re: confidentiality: Deutsche Bank, Kirkland and Ellis; Wilmington Trust (.6); e-mail Robert Schwinger and Ali Nellos about drafting discovery report for Committee and making certain changes thereto (.3); review draft order on litigation status conference motion (.3); e-mail C&P litigation team on same (.2); follow-up call and e-mails to Kevin Lantry and Ken Kansa re: D&O insurance follow-up (.3). | 3.40 hrs. |
| 11/16/09 | C. L. RIVERA | Drafting/revising interim report (3.6); calls and correspondence with various Zuckerman Spaeder and Chadbourne team members re: same (0.9); confer with M. Roitman re: revisions to document (0.6); | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   43


                              confer with T. Zink re: same (0.3).

11/16/09   P. TANCK           On-line review of documents          5.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

11/16/09   E. M. MILLER       Review VRC witness examination        6.40 hrs.
                              materials in connection with VRC
                              chronology (4.2) revise supplement
                              VRC chronology re same for A
                              Nellos (2.2)

11/16/09   M. D. ASHLEY       Reviewed documents and other          9.40 hrs.
                              materials in connection with
                              preparation of Interim Report to
                              Committee (6.8); communications
                              with team regarding preparation of
                              Interim Report and status of
                              investigation (1.2); reviewed
                              documents in preparation for
                              depositions (1.4).

11/16/09   A. DUFFY           Online review of documents           5.50 hrs.
                              produced in connection with the
                              ESOP Transaction (5.5).

11/16/09   T. P. CASTELL      Prepare for (.3) and meet with R.     1.00 hrs.
                              Liskov and D. Deutsch regarding
                              D&O policies (.6); speak with K.
                              Smith regarding same (.1).

11/16/09   R. A. SCHWINGER    Review e-mails re FitzSimons and      2.60 hrs.
                              Holden document productions (0.4);
                              follow-up re Foundations' e-mail
                              production (0.2); review e-mails
                              re MLCC inquiry/request re
                              depositions (0.5); review e-mail
                              re proposed response to Debtors re
                              document collection protocol
                              (0.3); follow-up emails/calls re
                              PBGC confidentiality agreement
                              issues (0.8); meetings with A.
                              Nellos, M. Ashley re upcoming
                              deposition (0.4).

11/16/09   T. J. MCCORMACK    Review case law and analysis on       3.70 hrs.
                              third party claims, D&O coverage,
                              standing for derivative claims
                              (2.4); prepare expert materials
                              (1.3).