TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   44

| | | | |
|---|---|---|---|
| 11/16/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing (4.0); review interim report (1.2); email to/from Ashley re Moody's (.1); email to Zink re interim report(.1). | 5.40 hrs. |
| 11/16/09 | D. M. LeMAY | Calls and emails with M.Roitman re: confidentiality issue. | 0.50 hrs. |
| 11/16/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 11/16/09 | M. IACOPELLI | Incorporate additional Solvency documents from 2nd tier review to Key binders (3.2) and updated indexes to same (1.0); Research Relativity documents pertaining to potential expert (1.2) and prepared witness binder for same at the request of K. Zafran (1.4). | 6.80 hrs. |
| 11/16/09 | R. LISKOV | Continue review of D&O policies (1.4); meeting with D. Deutsch and T. Castell re same (.2); begin draft of summary for D. Deutsch (.9). | 2.50 hrs. |
| 11/16/09 | H. SEIFE | Review and revised draft interim report (.8); telephone conference with S.Katz regarding discovery (.4); telephone conferences with G.Bush regarding report and discovery (.6). | 1.80 hrs. |
| 11/16/09 | N. T. ZINK | On-line second tier document review in connection with investigation (2.4); emails with G. Bush re comments to Interim Report (.2); review G. Bush comments to Interim Report (.1); continue revising slides for presentation to Committee at November 19 meeting (1.6); phone conference with J. Sottile, G. Bush and T. Macualey of Zuckerman Spaeder re Interim Report (.3); review and revise Interim Report (1.8). | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   45

| | | | |
|---|---|---|---|
| 11/16/09 | N. T. ZINK | Conference with C. Rivera re revisions to Interim Report (.2); emails with A. Goldfarb re Interim Report (.2); review Debtor motion for discovery status conference (.1); email to Zuckerman Spaeder re slide presentation (.2). | 0.70 hrs. |
| 11/17/09 | N. T. ZINK | On-line second tier document review in connection with investigation (2.4); prepare for November 19 committee presentation (.6); attend all professional call re: status of discovery (.8); review and revise slides for Committee presentation (2.3); review JPM email (.6) and conference with H. Seife re same (.2). | 6.90 hrs. |
| 11/17/09 | R. LISKOV | Complete draft of summary of liability insurance coverage (1.8) and e-mail D. Deutsch re same (.2). | 2.00 hrs. |
| 11/17/09 | M. IACOPELLI | Prepare and organize additional Solvency documents from 2nd tier review to Key binders (3.2) and updated indexes to same (1.0); Research Relativity documents pertaining to certain individual to be deposed (1.4) and prepared witness binder for same at the request of K. Zafran (1.0). | 6.60 hrs. |
| 11/17/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20); conference with D. Deutsch re: report access by Committee members (.20); create additional Intralinks group to restrict access to confidential information (.40); post Interim Report to Intralinks (.60). | 1.40 hrs. |
| 11/17/09 | F. VAZQUEZ | Conf w/Nellos re Moody's (.2); second tier review of documents produced in connection w/investigation of pre-petition financing (1.5); email to/from Ashley and Nellos re Blackstone (.2). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   46

| 11/17/09 | C. L. RIVERA | Revising/finalizing report (2.4); correspondence re: same (0.3); research related LBO adversary (0.3); review correspondence re: related mediation (0.2); correspondence with M. Ashley and A. Goldfarb re: needed for redacted report (0.2); confer with M. Roitman re: same and report (0.3); correspondence with T. Zink re: report status (0.1). | 3.80 hrs. |
| 11/17/09 | T. J. MCCORMACK | Prepare for (.3) and attend team meeting on all discovery issues (.8); review materials on experts in preparation for 11/18 and 11/19 meetings (1.3); review of materials on third party claims (1.2). | 3.60 hrs. |
| 11/17/09 | R. A. SCHWINGER | Attend LBO professionals meeting to address discovery issues (0.8); draft VRC confidentiality agreement addendum re filing under seal (0.3) and e-mails with David Neier re same (0.2); review mark up draft of discovery update report to Committee (1.4) and meetings with A. Nellos re same (1.2); review e-mails re Zell/EGI confidentiality agreement addendum re Kasowitz/Akin (0.3); e-mails re Rustic Canyon confidentiality agreement addendum re Kasowitz/Akin (0.2); e-mails with Matt Stein, A. Nellos re copies of Houlihan production for Kasowitz/Akin (0.3); draft language for use in a PBGC addendum to all confidentiality agreements (0.8). | 5.50 hrs. |
| 11/17/09 | K. SMITH | Review summary of Directors' and Officers' insurance policies. | 0.70 hrs. |
| 11/17/09 | T. P. CASTELL | Review and analyze executive summary of D&O policies from R. Liskov and compare with previously prepared summary of policies. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   47


| 11/17/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
|---|---|---|---|
| 11/17/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 11/17/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (7.6). | 7.60 hrs. |
| 11/17/09 | M. D. ASHLEY | Reviewed documents and other materials in connection with Interim Report to Committee (3.4); prepared slides for Interim Report presentation (1.7); reviewed materials in preparation for JPMorgan deposition (1.3); prepared for professionals call regarding status of investigation (.6); participated in professionals call regarding status of investigation (1.0); call with T. Zink, M. Rule (AlixPartners) regarding solvency analysis issues (.4); meeting with T. Zink regarding preparation for Interim Report presentation (.4); communications with M. Roitman regarding discovery issues and Interim Report (.7). | 9.50 hrs. |
| 11/17/09 | E. M. MILLER | Perform second level review of D&P documents in connection with investigation of ESOP transaction. | 4.80 hrs. |
| 11/17/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 11/17/09 | T. L. STEVENSON | E-mail correspondence to potential experts regarding meetings scheduled for this week (.2). | 0.20 hrs. |
| 11/17/09 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: status of confidentiality agreement for Committee access to interim report (.2); e-mails with Alan Holtz and Brad Hall re: request on prepetition shareholder information (.2); e-mails with | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   48

|            |              | Christy Rivera and David Bava re: posting of interim report for Committee (.3); related meeting with David Bava (.2); check confidential restrictions related to posting (.2); draft detailed posting note (.3); call with Frank Anderson (PBGC) re: confidentiality issues (.3); call with Nikkie Thomas (Warner counsel) re: confidentiality issue (.1); telephone conversation with Bob Schwinger re: new confidentiality agreement for Producing Parties (.2); e-mails to team re: next steps related to same (.2); edit lengthy memorandum on discovery progress (1.2). | |
| 11/17/09   | A. K. NELLOS | Review progress of first- and second-tier document reviewers (1.0) and assign additional documents (1.3); Discuss JPMorgan document with T. Zink (.2); Finalize draft of discovery memorandum and Exhibit A thereto (4.9); Discuss various issues in Relativity with L. Moloney (.7); Review/synthesize facts related to potential third-party claims and related to key document materials (2.3). | 10.40 hrs. |
| 11/17/09   | I SAFIER     | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.50 hrs. |
| 11/17/09   | K. ZAFRAN    | Review and prepare highlighted board materials, minutes, and special committee minutes into binders for further review (3.3) and create table showing attendees and topics discussed at all meetings (2.6); on-line review of documents produced in connection with investigation of ESOP transaction (3.1); review documents pertaining to specific individual to be deposed (.8) and prepare important documents for potential use at deposition (.6). | 10.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      December 23, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   49
```

| | | | |
|---|---|---|---|
| 11/17/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 11/17/09 | M. ROITMAN | Finalizing authorities related to Interim Report (1.1). | 1.10 hrs. |
| 11/17/09 | M. ROITMAN | Revising and redacting sections of Interim Report for PBGC (2.7) | 2.70 hrs. |
| 11/17/09 | M. ROITMAN | Prepare authorizations for execution of exhibits to confidentiality agreements (0.3). | 0.30 hrs. |
| 11/17/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.60 hrs. |
| 11/17/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 11/17/09 | B. DYE | Meeting with T. Zink and C. Rivera to discuss presentation to the Tribune Creditors Committee (.8); editing slide presentation to the Tribune Creditors Committee (3.6). | 4.40 hrs. |
| 11/17/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 11/17/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 11/17/09 | E. PRZYBYLKO | Attend weekly Committee professionals conf. call on status of discovery. | 0.80 hrs. |
| 11/18/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs. |
| 11/18/09 | D. E. DEUTSCH | Review draft insert to address PBGC confidentiality issues (.2); exchange e-mails with Robert Schwinger on same (.1); call (.1) and e-mails (.1) with Frank Anderson at PBGC re: same. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   50


| 11/18/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 11/18/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 11/18/09 | L. F. MOLONEY | Correspondence with A. Nellos re. new B. Holden documents for loading onto Relativity (.4); preparing media for loading into Relativity (1.1) and correspond with P. Kelley re: same (.2); preparing set of Zell Entities materials for distibution per A. Nellos request (2.7) | 4.40 hrs. |
| 11/18/09 | B. DYE | Revising and preparing final version of investigation slide presentation for Creditors Committee (3.0); research on abandonment issue for C. Rivera (.3); online review of documents produced in connection with ESOP transactions (1.1). | 4.40 hrs. |
| 11/18/09 | J. GOLD | Online review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |
| 11/18/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 6.80 hrs. |
| 11/18/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.20 hrs. |
| 11/18/09 | M. ROITMAN | Prepare authorizations and execution of exhibits to confidentiality agreements (0.2); phone call with N. Thomas from Kirkland re: confidentiality issues (0.1); email to D. Deutsch re: same (0.2); phone call with D. Deutsch and N. Thomas re: same (0.1). | 0.60 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/18/09 | M. ROITMAN | Reviewing PBGC version of Interim Report (0.9); phone call to A. Goldfarb (0.2); Meeting with C. Rivera re: various edits to document (0.8); email PBGC redacted version of Interim Report (0.2). | 2.10 hrs. |
| 11/18/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 11/18/09 | K. ZAFRAN | Review and finalize summary materials on Board minutes (1.5); research emails/documents related to certain potential expert (3.8); create a timeline and summary of the documents (6.3). | 11.60 hrs. |
| 11/18/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.10 hrs. |
| 11/18/09 | E. WEISSMAN | Prepare production disks per L. Moloney's request. | 2.60 hrs. |
| 11/18/09 | A. K. NELLOS | Revise and finalize update to the Committee regarding discovery (3.7) and related chart of information regarding production from the various parties (1.6); Conference with Lori Moloney re: preparing various materials for Kasowitz and new materials received in discovery (.5); Review/synthesize facts related to key documents and depositions into outline (4.7); Review progress of document reviewers (.8) and assign additional documents (1.0). | 12.30 hrs. |
| 11/18/09 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley and, in part, Ted Zink re: interim report issues (.3); review and respond to inquiries from Ali Nellos re: next steps with Committee discovery report (.2); hold call with (.1) and exchange e-mails with Edward Sassower confidentiality issue on final report (.2); e-mail Graeme Bush, Howard Seife and Bryan Krakauer | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           December 23, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   52


|  |  |  |  |
|---|---|---|---|
|  |  | re: outlining issue on status hearing and scheduling meeting on same (.2). |  |
| 11/18/09 | T. L. STEVENSON | Contacting potential expert witnesses regarding meetings (.5); reviewing article circulated by M. Ashley re creditor's claims for breaches of fiduciary duty (.2). | 0.70 hrs. |
| 11/18/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 11/18/09 | M. D. ASHLEY | Reviewed documents and other materials regarding presentation of Interim Report to Committee (4.8); reviewed legal and factual materials regarding potential third-party claims (.8); revised draft letter to Debtors' counsel regarding discovery issues and reviewed related materials (.4); meetings with T. McCormack, Zuckerman Spaeder and potential testifying experts (3.5); reviewed background materials regarding potential experts (.6); reviewed correspondence and produced materials regarding discovery issues (.6); communications with C.Rivera, T.Zink regarding Interim Report presentation and status of investigation (.8). | 11.50 hrs. |
| 11/18/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (6.3). | 6.30 hrs. |
| 11/18/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |
| 11/18/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 11/18/09 | T. J. MCCORMACK | Prepare for (.6) and meeting with potential experts (3.5); review materials on certain third party claims (1.4). | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   53


| | | | |
|---|---|---|---|
| 11/18/09 | C. L. RIVERA | Reviewing redacted PBGC report and info redacted (0.5); call with A. Nellos re: confi info from debtors (0.2); confer with M. Ashley and A. Goldfarb re: reference in PBGC report (0.3); meeting with T. Zink and B. Dye re: review of lender arguments/defenses (0.5); review intralinks postings (0.2); confer with M. Roitman re: finalizing PBGC version of report (.4). | 2.10 hrs. |
| 11/18/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing (.8); email to/from Ashley & Nellos re Blackstone (.1); conf w/Nellos re Blackstone (.2); review discovery update (.2). | 1.30 hrs. |
| 11/18/09 | D. BAVA | Review and analysis of docket sheet in similar large case re: LBO litigation issues (.20); post certain materials (discovery status memo) to Intralinks (.40). | 0.60 hrs. |
| 11/18/09 | M. IACOPELLI | Prepare and organize additional solvency documents from 2nd tier review for Key binders (5.6) and updated indexes to same (1.2). | 6.80 hrs. |
| 11/18/09 | N. T. ZINK | Prepare for committee presentation (3.6); further review and editing of slides for committee presentation (2.1); further second tier on-line document review in connection with investigation (1.0). | 6.70 hrs. |
| 11/19/09 | N. T. ZINK | Prepare for committee presentation (1.4); second tier document review (1.6). | 3.00 hrs. |
| 11/19/09 | M. IACOPELLI | Prepare and organize additional Solvency documents from 2nd tier review for Key binders (5.8) and updated indexes to same (1.2). | 7.00 hrs. |
| 11/19/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   54


| | | | |
|---|---|---|---|
| 11/19/09 | F. VAZQUEZ | Conf w/Zink re interim report & next steps (.4); second tier review of documents produced in connection w/investigation of pre-petition financing (5.3); email to/from Nellos re Blackstone (.1). | 5.80 hrs. |
| 11/19/09 | C. L. RIVERA | Email correspondence with M. Roitman re: certain cases cited in Interim Report (0.2); telephone conversation with M. Roitman re: revisions to Interim Report (0.1); review presentation of report (0.3); confer with M. Roitman re: committee meeting (0.1); research relating LBO adversary (0.2). | 0.90 hrs. |
| 11/19/09 | T. J. MCCORMACK | Prepare for (.8) and meeting with potential experts (3.3); follow up with litigation team on several issues (.7). | 4.80 hrs. |
| 11/19/09 | R. A. SCHWINGER | Finalization of addenda re Kasowitz/Akin to Zell and RCP confidentiality agreements (0.5); prepare proposed text for PBGC amendment to confidentiality agreements (0.7); e-mail to ZS re potential confidentiality agreement amendments re documents to be used at depositions (0.5); TC with H. Seife (0.1) and exchange messages with Joe Drayton, re MLCC discovery and 12/1/09 status conference (0.2); review e-mail re filing-under-seal confidentiality agreement addendum re VRC (0.3); e-mails with Gail Zweig re Murray Devine document production (0.2). | 2.50 hrs. |
| 11/19/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 11/19/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   55


| 11/19/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction. | 0.40 hrs. |

11/19/09   A. DUFFY         Online review of documents        0.40 hrs.
                            produced in connection with the
                            ESOP Transaction.

11/19/09   M. D. ASHLEY     Reviewed discovery and analytical  9.20 hrs.
                            materials in preparation for
                            presentation to Committee of
                            Interim Report (3.8); team
                            pre-meeting regarding Interim
                            Report presentation (.6); meetings
                            with T. McCormack, Zuckerman
                            Spaeder and potential testifying
                            experts (3.2); reviewed background
                            materials regarding potential
                            experts (.6); reviewed
                            discoverymaterials regarding
                            solvency issues (.6); review
                            emails regarding discovery issues
                            (.4).

11/19/09   P. TANCK         On-line review of documents        7.00 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

11/19/09   D. E. DEUTSCH    Prepare for (.2) and participate   1.00 hrs.
                            in call with Bryan Krakauer,
                            Howard Seife, Adam Landis and
                            Graeme Bush re: discovery hearing
                            and next steps related thereto
                            (.5); exchange multiple e-mails
                            with counsel to Warner re:
                            confidentiality agreement and
                            certain produced materials (.3).

11/19/09   A. K. NELLOS     Review progress of first and       11.20 hrs.
                            second-tier reviewers (1.2) and
                            assign additional documents for
                            review (1.1); Draft letter to
                            Kasowitz/Akin re: discovery from
                            Houlihan and Zell/EGI (.5); Review
                            materials collected to date
                            regarding the Blackstone Group
                            (.4); Begin to draft discovery
                            requests to Blackstone Group (.9);
                            exchange emails on several
                            questions with M. Ashley (.5);
                            Finalize discovery to be served on
                            Moody's (.4); Review/synthesize
                            facts related to potential
                            third-party claims, key document
                            materials, and potential deponents
                            into outline (6.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   56


| 11/19/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.00 hrs. |
| 11/19/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction related to upcoming deponent (5.6) and prepare chronology for the same (2.4). | 8.00 hrs. |
| 11/19/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.60 hrs. |
| 11/19/09 | M. ROITMAN | Exchange emails with C. Rivera re: Interim Report issues. | 0.30 hrs. |
| 11/19/09 | M. ROITMAN | Exchange emails and calls with each Committee member re: execution of  new confidentiality agreements and access to Interim Report (1.3). | 1.30 hrs. |
| 11/19/09 | M. ROITMAN | Emails with PBGC re: Interim Report slides (0.2). | 0.20 hrs. |
| 11/19/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.30 hrs. |
| 11/19/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 11/19/09 | J. GOLD | Online review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 11/19/09 | B. DYE | Online review of documents produced in connection with ESOP transactions | 0.40 hrs. |
| 11/19/09 | L. F. MOLONEY | Correspondence with A. Nellos re: new M. Devine documents for loading onto Relativity (.2) prepare date for loading into Relativity (.9). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 23, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   57


| 11/19/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.70 hrs. |
| 11/19/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 11/19/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 11/20/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
| 11/20/09 | E. PRZYBYLKO | Conf. w T. McCormack re potential experts (.2); review updated research re third-party claims (.6). | 0.80 hrs. |
| 11/20/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 11/20/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.70 hrs. |
| 11/20/09 | B. DYE | Online review of documents produced in connection with ESOP transaction | 5.50 hrs. |
| 11/20/09 | J. GOLD | Online review of documents produced in connection with ESOP investigation. | 6.20 hrs. |
| 11/20/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 11/20/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.70 hrs. |
| 11/20/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    58


| 11/20/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 11/20/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction related to certain individual for deposition preparation (5.8) and creation of chronology related to such (3.1). | 8.90 hrs. |
| 11/20/09 | E. WEISSMAN | Prepare links to shared document folders in Relativity per L. Moloney's request. | 0.90 hrs. |
| 11/20/09 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 11/20/09 | A. K. NELLOS | Review progress of document reviewers (1.2) and add additional documents for review (1.3); Finish draft of Blackstone Group document requests (1.1); Draft  letters on discovery to Kasowitz and Akin Gump (.4); continue review and synthesize facts related to potential third-party claims, key document materials, and potential deponents for outline on same (7). | 11.00 hrs. |
| 11/20/09 | D. E. DEUTSCH | Exchange multiple e-mails with Robert Schwinger re: Merrill discovery issue and next steps related to same (.3). | 0.30 hrs. |
| 11/20/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 11/20/09 | T. L. STEVENSON | Reviewing decisions regarding potential expert (2.2); reviewing cases in which potential expert has been retained (0.6); drafting e-mail summary to T. McCormack (.3). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   59

| 11/20/09 | E. M. MILLER | Brief phone calls with A Nellos re identification of key persons at certain bank for depositions (0.3) Research bank documents in data room re same (2.2). | 2.50 hrs. |
|---|---|---|---|
| 11/20/09 | M. D. ASHLEY | Reviewed correspondence and produced materials regarding open discovery issues and discovery requests (1.6); reviewed materials in preparation for VRC and Duff & Phelps depositions (3.4); reviewed materials regarding potential experts (.8); reviewed background materials produced in connection with ESOP transaction investigation (.8). | 6.60 hrs. |
| 11/20/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 11/20/09 | T. J. MCCORMACK | Receipt and review reference materials for counsel (.3); review materials on potential experts, background, opinion (1.7); receipt and review materials from Zuckerman re: same (.4); exchange e-mails with potential experts (.8). | 3.20 hrs. |
| 11/20/09 | F. VAZQUEZ | Conf w/Nellos re Moody's & Blackstone (.2); second tier review of documents produced in connection w/investigation of pre-petition financing (4.6). | 4.80 hrs. |
| 11/20/09 | C. L. RIVERA | Review LBO related case re: status (0.1); review research files (0.3). | 0.40 hrs. |
| 11/20/09 | M. IACOPELLI | Prepare and organize additional Solvency, Zell/EGI and VRC Equity Research documents from 2nd tier review for Key binders (5.7) and updated indexes to same (.7); chronologized certain party trust documents at the request of A. Nellos (.8). | 7.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   60
```

| 11/20/09 | N. T. ZINK | Second tier on-line document review in connection with investigation. | 5.00 hrs. |
|---|---|---|---|
| 11/20/09 | R. A. SCHWINGER | E-mails with Joe Drayton re 12/1/09 discovery status conference (.2) and e-mails re same with D. Deutsch (.2). | 0.40 hrs. |
| 11/21/09 | R. A. SCHWINGER | E-mails re PBGC issues to D. Deutsch and ZS. | 0.20 hrs. |
| 11/21/09 | T. J. MCCORMACK | Teleconference with potential expert regarding possible retention (.8); status e-mail to team (.8); e-mails with T. Stevenson re: expert issues, prior cases (.7); receipt and review data on pre-LBO transaction (.2). | 2.50 hrs. |
| 11/21/09 | D. E. DEUTSCH | Review motions and memorandum (.2) and draft e-mail memorandum to Bryan Krakauer re: proposal on December 1 hearing and proposed next steps forward (.3); review analysis from Brad Hall on prepetition shareholders (.2); email summary fo same to litigation team (.1). | 0.80 hrs. |
| 11/21/09 | A. K. NELLOS | Review/synthesize facts related to potential deponents and other key document materials for investigation outline. | 3.60 hrs. |
| 11/22/09 | A. K. NELLOS | Review/synthesize facts related to potential deponents and other key document materials to investigation outline. | 5.30 hrs. |
| 11/22/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.90 hrs. |
| 11/22/09 | M. D. ASHLEY | Reviewed materials and e-mails regarding discovery issues. | 1.00 hrs. |
| 11/22/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.6) | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   61

| 11/22/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.3) | 2.30 hrs. |
| 11/22/09 | T. J. MCCORMACK | E-mails with T. Stevenson regarding potential experts and options on same (.8). | 0.80 hrs. |
| 11/22/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 11/22/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 11/23/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |
| 11/23/09 | J. GOLD | Online review of documents produced in connection with investigation of ESOP investigation. | 3.50 hrs. |
| 11/23/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.70 hrs. |
| 11/23/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.00 hrs. |
| 11/23/09 | B. DYE | Online review of documents produced in connection with ESOP transactions (2.0 ); reviewing and preparing summary of similar case proceedings re: options on settlement of fraudulent transfer issues (3.2). | 5.50 hrs. |
| 11/23/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 11/23/09 | E. PRZYBYLKO | Review research re potential third-party claims (.5); review previous research re fiduciary duty claims, zone of insolvency issues (.4). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   62


| 11/23/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.70 hrs. |
|----------|----------|----------|----------|
| 11/23/09 | L. F. MOLONEY | Prepare dvds with new productions as per A. Nellos for delivery to other entities (3.2); Correspondence with Complete Document Source re. new productions for Relativity database. (.6) | 3.80 hrs. |
| 11/23/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.70 hrs. |
| 11/23/09 | T. J. MCCORMACK | Review background materials on possible experts (0.8); e-mails with Zuckerman re: same (0.5); receipt and review case law discussing certain potential expert testimony (0.7); review expert data, case law (1.6); e-mail Zuckerman on all issues (0.6); e-mail potential expert re: references, schedules (0.2). | 4.40 hrs. |
| 11/23/09 | F. VAZQUEZ | Review & revise Blackstone document request (.6); conf w/Nellos re Blackstone (.2); second tier review of documents produced in connection w/investigation of pre-petition financing (.4). | 1.20 hrs. |
| 11/23/09 | C. L. RIVERA | Correspondence to B. Dye re: status of related case for strategy purposes. | 0.10 hrs. |
| 11/23/09 | D. M. LeMAY | Review materials re: Committee standing issue. | 2.10 hrs. |
| 11/23/09 | D. E. DEUTSCH | Exchange e-mails with Bryan Krakauer re: Debtors' scheduled status conference issues (.3); follow-up call with Robert Schwinger on same (.1); discuss Bankruptcy Rule 2004 issues with Bryan Krakauer and (.2) Robert Schwinger (.2); exchange e-mails related to same with C&P investigation team (.4); exchange | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   63

|            |                 | e-mails on Bankruptcy Rule 2004 issues with Bryan Krakauer and scheduling related meeting (.3); review memorandum on Bankruptcy Rule 2004 issues (1.1); additional call (.1) and e-mail with Robert Schwinger re: next steps on 2004 discovery issue to be resolved before tomorrow (.2). |            |
| 11/23/09   | R. A. SCHWINGER  | TC, e-mails with Joe Drayton re MLCC e-mail production status (0.5); e-mail to David Bradford re Zell e-mail and privilege log status (0.2); meeting to brief M. Ashley on discovery status for 11/24/09 conference call (0.2); review e-mails re Kasowitz (0.1); TC with Andrew Goldfarb re plan for using confidential documents at depositions (0.2). | 1.20 hrs. |
| 11/23/09   | H. SEIFE         | Review emails regarding discovery issues. | 0.80 hrs. |
| 11/23/09   | N. T. ZINK       | Second tier on-line document review in connection with ESOP investigation. | 4.80 hrs. |
| 11/23/09   | M. IACOPELLI     | Prepare and organize additional Solvency documents from 2nd tier review for Key binders (4.4) and updated indexes to same (.8). | 5.20 hrs. |
| 11/23/09   | D. BAVA          | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.60). | 0.60 hrs. |
| 11/23/09   | A. DUFFY         | Online review of documents produced in connection with the ESOP Transaction. | 4.60 hrs. |
| 11/23/09   | M. D. ASHLEY     | Meeting with R. Schwinger to address status of open discovery issues (.2); meeting with A. Nellos regarding deposition preparation (.5); reviewed correspondnece and produced materials regarding open discovery issues (1.8); reviewed discovery materials in preparation for various upcoming depositions | 7.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   64

|            |                  |                                                                                                                                                                                                                                                                                                                                                                                                  |            |
|------------|------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                  | (1.7); reviewed materials produced in connection with ESOP transaction investigation (2.2); review emails regarding status of investigation (.7).                                                                                                                                                                                                                                                  |            |
| 11/23/09   | A. KRONSTADT     | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                                                                                                                                                                                                                                                        | 0.10 hrs.  |
| 11/23/09   | T. P. CASTELL    | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                                                                                                                        | 5.50 hrs.  |
| 11/23/09   | A. K. NELLOS     | Review progress of first and second tier document reviewers (1.0) and assign additional documents (1.3); Discuss various issues related to relativity with L. Moloney (.4); Draft letter to Kasowitz/Akin re: Zell/EGI and GreatBanc productions (.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (3.6); Review materials on four individuals related to potential deponents from Tribune (3.8). | 10.30 hrs. |
| 11/23/09   | T. L. STEVENSON  | Reviewing cases regarding potential expert (.4); e-mail correspondence with T. McCormack regarding same (.1).                                                                                                                                                                                                                                                                                     | 0.50 hrs.  |
| 11/23/09   | P. TANCK         | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                                                                                                                        | 6.10 hrs.  |
| 11/24/09   | P. TANCK         | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                                                                                                                                                                                                                                        | 8.00 hrs.  |
| 11/24/09   | T. L. STEVENSON  | Calling references provided by potential expert witness Jeffrey Baliban (.4); Reviewing prior cases in which potential expert (2.2); Reviewing prior cases in which another potential expert was retained as an expert (5.0).                                                                                                                                                                        | 7.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   65

| 11/24/09 | A. K. NELLOS | Check on progress of first and second tier reviewers (.9) and assign additional documents (1.1); Finalize updated statistics prior to Tuesday call, per request of M. Ashley (1.5); Review materials related to proposed Tribune deponent suggested by Sidley (2.2); Review materials related to proposed deponent from EGI (1.7); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 8.60 hrs. |
| --- | --- | --- | --- |
| 11/24/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 11/24/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 11/24/09 | M. D. ASHLEY | Prepared for weekly professionals call regarding status of investigation (.8); meeting with T. Zink in preparation for court status conference relating to discovery issues (.2); participated in weekly professionals call regarding status of investigation (1.0); reviewed background materials regarding potential expert witnesses (.7); attended meeting with T. McCormack and potential testifying expert regarding expert testimony (1.6); reviewed correspondene and produced materials regarding open discovery issues (.8); reviewed discovery materials in preparation for various upcoming depositions (1.4); reviewed materials produced in connection with ESOP transaction investigation (.6). | 7.10 hrs. |
| 11/24/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (4.3). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   66

| 11/24/09 | H. SEIFE | Review emails on confi issues (.2) and deposition updates (.5). | 0.70 hrs. |
|---|---|---|---|
| 11/24/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 11/24/09 | N. T. ZINK | On-line second tier document review (4.9); participate on all-professional call re: staus of discovery (.9). | 5.80 hrs. |
| 11/24/09 | D. E. DEUTSCH | Review e-mail sent from producing party re: 2004 discovery issue (.2); exchange follow-up e-mails on same with David LeMay and Robert Schwinger (.3); prepare for (.3) and participate in meeting with Debtors re: discovery issue (.4); e-mail Howard Seife re: new discovery issue with second party (.2); participate in second call with Debtors re: discovery issues (.5); e-mail team re: prep meeting for next week's court hearing (.1); work on agenda for same (.3); exchange multiple e-mails on discovery issues with Graeme Bush (.3). | 2.60 hrs. |
| 11/24/09 | D. M. LeMAY | Review legal materials on standing issue. | 1.80 hrs. |
| 11/24/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing. | 2.20 hrs. |
| 11/24/09 | T. J. MCCORMACK | Attend status meeting with Zuckerman and team (0.9); review T. Stevenson case law and notes on specific potential expert testimony (0.6); receipt and review info on prior testimony of another potential expert (0.7); meet with potential expert and his team on all issues re: expert testimony (1.7); report to Zuckerman re: status (0.3). | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   67

| | | | |
|---|---|---|---|
| 11/24/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |
| 11/24/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.90 hrs. |
| 11/24/09 | E. PRZYBYLKO | Attend weekly meeting of Committee professionals re: status of discovery. | 1.00 hrs. |
| 11/24/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 11/24/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 11/24/09 | L. F. MOLONEY | Correspondence with A. Nellos re: Relativity issues (.4); Correspondence and t/c with M. Isbrecht and P. Kelley at Complete Document Source re: issues with Relativity (.7). | 1.10 hrs. |
| 11/24/09 | B. DYE | Online review of documents produced in connection with ESOP transactions | 3.70 hrs. |
| 11/24/09 | J. GOLD | Online review of documents produced in connection with ESOP investigation. | 3.60 hrs. |
| 11/24/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 11/25/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.20 hrs. |
| 11/25/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 11/25/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    68

| 11/25/09 | J. GOLD | Online review of documents produced in connection with ESOP investigation. | 1.80 hrs. |
|---|---|---|---|
| 11/25/09 | L. F. MOLONEY | Correspondence with A. Nellos re. new Houlihan documents for loading onto Relativity (.7); prepared Houlihan Documents for loading into Relativity (2.2). | 2.90 hrs. |
| 11/25/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.80 hrs. |
| 11/25/09 | T. J. MCCORMACK | Review expert issues (0.8); status e-mails with Zuckerman re: discovery (0.3); receipt and review info on potential experts, recommendations (0.6); review case law on certain potential third party actions (1.4). | 3.10 hrs. |
| 11/25/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing (5.8); email to/from Zink re ETS discovery(.1). | 5.90 hrs. |
| 11/25/09 | N. T. ZINK | On-line second tier document review in connection with investigation. | 3.50 hrs. |
| 11/25/09 | R. A. SCHWINGER | E-mails with Zuckerman commenting on proposals for handling confidentiality issues at depositions (0.5); prepare e-mail re analysis of S&P's First Amendment objections to providing discovery (0.7); review e-mail re Foundations' e-mail production (0.2); TC with Joe Drayton re MLCC discovery issues (0.2) and e-mail summary re same (0.2); email team re: processing of newly-received Houlihan, Debtor and FitzSimons documents (0.4); review court filings re 12/1/09 status conference (0.6). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    69


| 11/25/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 11/25/09 | M. IACOPELLI | Prepare Houlihan Lockey documents in revised order per M. Ashley. | 3.20 hrs. |
| 11/25/09 | H. SEIFE | Review of S&P discovery issues (.4) review of ML discovery status and issues (.7). | 1.10 hrs. |
| 11/25/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.3). | 1.30 hrs. |
| 11/25/09 | M. D. ASHLEY | Reviewed materials in preparation for court status conference regarding discovery (1.8); drafted outline for status conference discovery presentation (1.2); reviewed background materials regarding potential expert witnesses (.8); reviewed correspondence and produced materials regarding open discovery issues (1.0); reviewed discovery materials in preparation for upcoming depositions (2.8); communications with R.Schwinger and Zuckerman regarding discovery issues (.8). | 8.40 hrs. |
| 11/25/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.50 hrs. |
| 11/25/09 | A. K. NELLOS | Review progress of document reviewers (.8) and assign additional materials (.8); Revise Blackstone document requests for circulation (.3); Review e-mail correspondence related to Merrill Lynch and S&P discovery issues (.4); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 3.50 hrs. |
| 11/25/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    70

| 11/26/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.5); Review progress of document reviewers (.4) and assign additional documents (.4). | 3.10 hrs. |
| 11/26/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.0) | 2.00 hrs. |
| 11/27/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.9). | 3.90 hrs. |
| 11/27/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 3.70 hrs. |
| 11/27/09 | H. SEIFE | Review of multiple emails regarding discovery/ depositions. | 0.60 hrs. |
| 11/28/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.6). | 1.60 hrs. |
| 11/29/09 | M. D. ASHLEY | Reviewed materials in preparation for court status conference relating to discovery and depositions. | 1.80 hrs. |
| 11/29/09 | E. M. MILLER | Perform 2d level review on newly received D&P documents, and in connection with D&P witness preparation (1.1) | 1.10 hrs. |
| 11/29/09 | D. E. DEUTSCH | Review multiple e-mails related to discovery issue (.4); e-mail David LeMay re: follow-up question on same (.1); e-mail Graeme Bush re: action steps on discovery related to Tuesday's hearing (.2). | 0.70 hrs. |
| 11/29/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 11/30/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 23, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   71


| 11/30/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.50 hrs. |

| 11/30/09 | Y. YOO | Researched issue re: participation in Rule 2004 examinations (3.1); drafted and revised research memorandum re: same (1.5); attended meeting with Douglas Deutsch re: related issues (.3); corresponded by email with Douglas Deutsch re: same (.2); review Rule 2004 Hearing Notes (.4); reviewed opinion on Rule 2004 Examination Question (.9); attended meeting with Douglas Deutsch re: same (.2). | 6.60 hrs. |

| 11/30/09 | L. F. MOLONEY | Correspondence with A. Nellos re: new production for loading into Relativity (.2); reviewed new productions in connection with same (1.3); correspondnce with P.Kelley and M.Isbrecht at Complete Document Source re: Duff & Phelps and Merrill productions for loading into Relativity (1.2). | 2.70 hrs. |

| 11/30/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |

| 11/30/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP Transaction (10.5) | 10.50 hrs. |

| 11/30/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.50 hrs. |

| 11/30/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.40 hrs. |

| 11/30/09 | D. E. DEUTSCH | Exchange e-mails with Frank Vazquez and Robert Schwinger re: 2004 discovery issue (.2); calls with Frank Vazquez (.1) and Matt McGuire (Landis) re: same (.2); review various memoranda re: 2004 discovery issues (.6); two meetings with Young Yoo to discuss | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 23, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    72

|  |  |  |  |
|---|---|---|---|
|  |  | further research on multiple Bankruptcy Rule 2004 issues (.4); review memorandum analysis of 2004 issues and edit same (.5); follow-up with Robert Schwinger on PBGC confidentiality issue re: discovery (.2). |  |
| 11/30/09 | F. VAZQUEZ | Conf w/Deutsch re participation at 2004 exam (.3); conf w/Butcher re 2004 exam procedure (.1); emails to/from Butcher re attendance at 2004 exam (.3); second tier review of documents produced in connnection w/investigation of pre-petition financing (1.0); conf w/Roitman re: document production issue (.1); conf w/Nellos re document review (.2); review emails re 2004 exams(.1); email to/from Schwinger re 2004 exams (.1). | 2.20 hrs. |
| 11/30/09 | T. J. MCCORMACK | Review expert issues, including follow-up on interviews (1.4); review damages case law on third party claims (1.1); e-mails with Zuckerman re: discovery issues (0.2). | 2.70 hrs. |
| 11/30/09 | H. SEIFE | Review of discovery and response to other parties in preparation for status conference. | 2.70 hrs. |
| 11/30/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 11/30/09 | R. A. SCHWINGER | Meeting with H. Seife, D. LeMay, D. Deutsch re preparation for 12/1/09 status conference (0.3); conference call of counsel re preparation for 12/1/09 status conference (0.7); prepare e-mail re issues posed by Credit Agreement Lenders' statement i/c/w 12/1/09 status conference (0.6); reviewing key filings re 12/1/09 status conference (0.5); review e-mails re key dates as to MLCC (0.4); e-mails re newly-received VRC documents (0.3); e-mail to | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page    73

|  |  |  |  |
|---|---|---|---|
|  |  | Mark Rule (Alix) re recently-received D&P documents (0.3); review e-mails re research on deposition use/attendance issues (0.7); e-mails with David Bradford re status as to Zell/EGI (0.3); meeting with M. Ashley re privilege log issues (0.2); meeting with A. Nellos re document production issues (0.2). |  |
| 11/30/09 | N. T. ZINK | Second tier on-line review of documents in connection with investigation (2.3); review Lender group objection to extension of exclusivity (.2); conference with C. Rivera and D. Deutsch re objection and preparation of hearing talking points (.2); review draft talking points and conferences with C. Rivera re same (.5). | 3.20 hrs. |
| 11/30/09 | E. M. MILLER | Review VRC privilege log and VRC document chronology (.3); e-mails with A.Nellos re: same (.1). | 0.40 hrs. |
| 11/30/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.30 hrs. |
| 11/30/09 | A. K. NELLOS | Review progress of document reviewers (.8) and assign additional documents (1.8); Review letter sent from Kasowitz regarding production (.3); Review materials related to deposition prep for deposition of Tribune representative (2.4); prepare materials related to discovery conference (3.9). | 8.40 hrs. |
| 11/30/09 | M. D. ASHLEY | Reviewed correspondence and produced materials regarding status of discovery (1.6); drafted and revised discovery presentation materials for court status conference (.8); reviewed discovery materials in preparation for upcoming depositions (3.4); reviewed correspondence and produced materials regarding | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 23, 2009
Invoice ******
Page   74

|  |  |  |  |
|---|---|---|---|
|  |  | Debtors' privilege issues (.6); conference call with A. Goldfarb (Zuckerman) and Sidley Austin regarding Debtors' privilege log (.5); conference call with R.Schwinger in preparation for court status conference (.5); review emails regarding status of investigation (.8). |  |
| 11/30/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (5.4). | 5.40 hrs. |
| 11/30/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.6) | 3.60 hrs. |
| 11/30/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |

Total Fees for Professional Services.............$1,215,900.00

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 16.90 | 14449.50 |
| H. SEIFE | 965.00 | 35.50 | 34257.50 |
| N. T. ZINK | 795.00 | 123.20 | 97944.00 |
| R. A. SCHWINGER | 785.00 | 41.60 | 32656.00 |
| T. J. MCCORMACK | 825.00 | 70.90 | 58492.50 |
| M. D. ASHLEY | 645.00 | 194.80 | 125646.00 |
| R. LISKOV | 675.00 | 4.80 | 3240.00 |
| B. G. CARSON | 475.00 | 10.10 | 4797.50 |
| D. E. DEUTSCH | 695.00 | 27.50 | 19112.50 |
| E. GRIMALDI | 475.00 | 41.90 | 19902.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     December 23, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   75

| | | | |
|---|---|---|---|
| E. M. MILLER | 595.00 | 48.70 | 28976.50 |
| E. PRZYBYLKO | 625.00 | 11.10 | 6937.50 |
| F. E. CREAZZO | 595.00 | 16.50 | 9817.50 |
| F. MALIK | 405.00 | 58.40 | 23652.00 |
| F. VAZQUEZ | 625.00 | 66.50 | 41562.50 |
| K. SMITH | 745.00 | 1.30 | 968.50 |
| K. A. GIULIANO | 595.00 | 8.10 | 4819.50 |
| L. ARYANI | 405.00 | 26.50 | 10732.50 |
| T. P. CASTELL | 595.00 | 49.20 | 29274.00 |
| D. BAVA | 270.00 | 5.60 | 1512.00 |
| M. IACOPELLI | 240.00 | 112.00 | 26880.00 |
| A. K. NELLOS | 595.00 | 235.20 | 139944.00 |
| C. L. RIVERA | 625.00 | 67.00 | 41875.00 |
| C. PIGNATELLI | 475.00 | .80 | 380.00 |
| J. P. NARVAEZ | 475.00 | 8.60 | 4085.00 |
| M. A. BLAND | 475.00 | 2.00 | 950.00 |
| P. TANCK | 595.00 | 106.30 | 63248.50 |
| R. V. KORETSKI | 515.00 | 1.00 | 515.00 |
| R. M. KIRBY | 475.00 | 20.80 | 9880.00 |
| T. I. CANKOREL | 515.00 | 57.80 | 29767.00 |
| T. L. STEVENSON | 595.00 | 65.80 | 39151.00 |
| A. DUFFY | 405.00 | 68.30 | 27661.50 |
| A. KRONSTADT | 405.00 | 22.20 | 8991.00 |
| B. DYE | 405.00 | 81.00 | 32805.00 |
| E. WEISSMAN | 250.00 | 3.50 | 875.00 |
| F. PERKINS | 405.00 | 133.30 | 53986.50 |
| I SAFIER | 405.00 | 78.80 | 31914.00 |
| J. GOLD | 405.00 | 33.20 | 13446.00 |
| J. NOBLE | 405.00 | 50.00 | 20250.00 |
| K. ZAFRAN | 405.00 | 128.60 | 52083.00 |
| L. F. MOLONEY | 305.00 | 27.00 | 8235.00 |
| M. ROITMAN | 345.00 | 105.80 | 36501.00 |
| Y. YOO | 405.00 | 9.20 | 3726.00 |
| TOTALS | | 2277.30 | 1215900.00 |