# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

November 1, 2009 through and including November 30, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00/ $297.50 | 20.80/ 1.70 | $12,376.00/ $505.75 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00/ $262.50 | 44.00/ 3.00 | $23,100.00 $787.50 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 77.50 | $29,062.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 15.80 | $5,846.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $275.00 | 37.70 | $10,367.50 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 4.40 | $1,210.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $260.00 | 46.50 | $12,090.00 |
| Michelle M. Dero | Paralegal | N/A | $200.00 | .50 | $100.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 23.30 | $4,660.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | .90 | $112.50 |
| | | | Total | 276.10 | $100,217.75 |

**Blended Rate: $362.98**

---

[1] Pursuant to Local Rule 2016-2(d)(viii), LRC reduced certain hourly billing rates by 50% to reflect non-working travel time.

{698.001-W0004886.}