# EXHIBIT "B"

{698.001-W0004886.}

Official Committee of Unsecured Creditors

December 22, 2009
Account No:    698-001
Statement No:      10799

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|  |  | Fees | Hours |
|---|---|---:|---:|
| B112 | Asset Disposition | 766.00 | 1.40 |
| B114 | Assumption/Rejection of Leases and Contracts | 390.00 | 1.50 |
| B122 | Case Administration | 2,376.00 | 11.40 |
| B124 | Claims Administration & Objections | 1,140.00 | 3.90 |
| B133 | LBO and Related Transactions | 72,963.50 | 199.70 |
| B134 | Hearings | 980.00 | 2.50 |
| B135 | Litigation | 104.00 | 0.40 |
| B136 | LRC Retention & Fee Matters | 1,788.50 | 7.60 |
| B138 | Creditors' Committee Meetings/Communications | 14,782.00 | 29.50 |
| B142 | Non-Working Travel | 1,293.25 | 4.70 |
| B144 | Non-LRC Retention & Fee Matters | 2,149.00 | 9.30 |
| B146 | Plan and Disclosure Statement (including Business Plan) | 1,231.50 | 3.20 |
| B150 | Relief from Stay/Adequate Protection Proceedings | 254.00 | 1.00 |
| **TOTAL** |  | **$100,217.75** | **276.10** |

W0004944.DOC

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200


Official Committee of Unsecured Creditors                    December 22, 2009
                                                           Account No:   698-001
                                                          Statement No:    10799

Tribune Company, et al. bankruptcy


### Fees through 11/30/2009

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 11/13/2009 AGL | B112 | A100 | Telephone call with Deutsch re: asset sale motion, procedures, notice issues | 0.30 | 178.50 |
| 11/17/2009 AGL | B112 | A100 | Review and revise memo to committee re: asset sale motion (.5); emails to and from Chadbourne re: same (.4) | 0.90 | 535.50 |
| 11/25/2009 KAB | B112 | A104 | Review and summarize Debtors Motion to Sell Property in Illinois Countryside Free and Clear of Liens (.1) and circulate to A. Landis, M. McGuire and M. Parikh (.1) | 0.20 | 52.00 |
|  |  |  | **B112 - Asset Disposition** | **1.40** | **766.00** |
| 11/10/2009 KAB | B114 | A100 | Review and summarize Debtors' motion to reject Kenexa BrassRing service contract (.1) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| 11/13/2009 KAB | B114 | A100 | Review and summarize Debtors' request to assume unexpired lease and cure (.1) and circulate summary to A. Landis, M. McGuire and M. Parikh (.1) | 0.20 | 52.00 |
| 11/16/2009 KAB | B114 | A100 | Review and summarize Debtors request to assume HP MSA and related motion to seal (.2) and circulate to A. Landis, M. McGuire, M. Parikh | 0.30 | 78.00 |
| 11/24/2009 KAB | B114 | A104 | Review and summarize Diablos' limited objection to Debtors motion to assume lease (.2) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 78.00 |
| 11/25/2009 KAB | B114 | A104 | Review and summarize Order Authorizing Debtor Tribune Publishing Company To Assume Amended Master Services Agreement With Hewlett-Packard (.1) and circulate to A. Landis, M. McGuire and M. Parikh (.1) | 0.20 | 52.00 |
| KAB | B114 | A104 | Review and summarize Order Authorizing The Rejection Of The Service Agreement Between Tribune Company And Kenexa (.1) and circulate to M. McGuire A. Landis, and M. Parikh (.1) | 0.20 | 52.00 |

W0004944.DOC

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| KAB | B114 | A104 | Review Court  Order Authorizing Debtor Tribune Publishing Company and Hewlett-Packard Company to File Amended Master Services Agreement Under Seal | 0.10 | 26.00 |
| | | | **B114 - Assum/Rej of Lease/Cont** | **1.50** | **390.00** |

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 11/02/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| | FAP | B122 | A100 | Review notice of fifth omni objection to claims; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of sixth omni objection to claims; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
| | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
| 11/03/2009 | FAP | B122 | A100 | Review notice of Stuart Maue second interim fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of rescheduled 11/18/09 hearing; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of motion to extend removal period; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review Millen notice of appeal re: objection to claims | 0.10 | 20.00 |
| 11/04/2009 | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 20.00 |
| | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| | FAP | B122 | A100 | Review J. Gold's email cancelling 11/5 committee mtg.; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
| 11/05/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| | FAP | B122 | A100 | Review notice of Zuckerman Spaeder second monthly fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | File maintenance and organization of pleadings | 0.10 | 20.00 |
| 11/06/2009 | KAB | B122 | A100 | Review docket | 0.20 | 52.00 |
| | FAP | B122 | A100 | Review Courier fee 4242 Bryn Mawr notice of withdrawal of appearance; update 2002 service list | 0.10 | 20.00 |
| 11/09/2009 | FAP | B122 | A100 | Review notice of Alvarez & Marsal ninth monthly fee application; update critical dates | 0.10 | 20.00 |
| | KAB | B122 | A100 | Review docket | 0.20 | 52.00 |
| | FAP | B122 | A100 | Briefly review Chadbourne memo re: omnibus claims objections | 0.10 | 20.00 |
| 11/10/2009 | KAB | B122 | A100 | Review docket | 0.20 | 52.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Jenner Block monthly fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review several notices of special litigation counsel's notice of 2004 oral examinations | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Review notice of name change of Chicago National Baseball League | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to direct use of amended caption; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | review and summarize Debtors notice of name change re:  CNLBC, LLC and relation motion to update captions (.1); and review and summarize motion for contact change for Stuart Maue (.1) and circulate all to A. Landis, M. McGuire and M. Parikh (.1) | 0.30 | 78.00 |
| 11/11/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| 11/12/2009 | FAP | B122 | A100 | Review agenda for 11/12 committee meeting, related reports and circulate | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Review notice of motion to reject Kenexa service agreement; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion of LA Times to assume leases; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to approve Gutman settlement agreement; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review amended UST request for 341 mtg. for CNLBC; update critical dates | 0.10 | 20.00 |
| 11/13/2009 | FAP | B122 | A100 | Review Chadbourne memo re: draft response and extended d/l to Law Debenture motion to terminate LBO lender fees; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review notice of appeal by Millen docketed by the Court | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review Intralinks updated court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion for limited waiver of 3007 and settle disputed claims; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of seventh omni objection to claims; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of eighth omni objection to claims; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of ninth omni objection to claims; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of tenth omni objection to claims; update critical dates | 0.10 | 20.00 |
| 11/16/2009 | FAP | B122 | A100 | Review notice of eleventh claims objection; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to assume Hewlett Packard Master Services Agreement; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to file under seal amended Hewlett Packard services agreement; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to extend exclusivity; update critical dates | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Review motion for status conference regarding leveraged ESOP transactions and outstanding discovery requests; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.50 | 100.00 |
|  | FAP | B122 | A100 | Review 341 notice for CNLBC | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of McDermott Will June fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of McDermott Will July fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of McDermott Will August fee application; update critical dates | 0.10 | 20.00 |
| 11/17/2009 | FAP | B122 | A100 | Briefly review interim report on LBO transaction and circulate | 0.20 | 40.00 |
| 11/18/2009 | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review 10/15 and 10/29 committee mtg. minutes and circulate | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
| 11/19/2009 | KAB | B122 | A100 | review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Chadbourne memo re: debtors motion for limited waiver of rule 3007 and authority to settle undisputed claims | 0.10 | 20.00 |
| 11/20/2009 | FAP | B122 | A100 | Review order scheduling status conference re: ESOP transactions and status of discovery; update critical dates (.1); email exchanges with D. Rath and R. Butcher re: same (.1) | 0.20 | 40.00 |
|  | FAP | B122 | A100 | Review Chadbourne memo regarding various motions to assume/reject certain contracts | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review NY Dept. of Taxation response to sixth omnibus objection to claims | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review JPMorgan's Objection to Law Debenture motion to terminate payment of LBO lenders fees | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Credit Agreement Lenders' notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 11/23/2009 | FAP | B122 | A100 | Review Chadbourne memo re: committee's statement regarding motion to extend exclusivity | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Diablo Investments limited objection to motion of LA Times to assume certain leases | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
| 11/24/2009 | FAP | B122 | A100 | Review notice of Dow Lohnes fifth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| FAP | B122 | A100 | Briefly review Law Debenture response to debtors' motion to extend exclusivity | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review Credit Agreement Lenders objection to debtors' motion to extend exclusivity | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review JPMC's objection to debtors' motion to extend exclusivity | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review Credit Agreement Lenders statement regarding ESOP transaction and outstanding discovery | 0.10 | 20.00 |
| 11/25/2009 FAP | B122 | A100 | Briefly review Deutsch Bank joinder to Law Debenture motion to terminate LBO lenders' fees | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review Centerbridge joinder to Law Debenture motion to terminate LBO lenders' fees | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review October monthly operating report | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly Law Debenture reply to motion to terminate LBO lenders' fees | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Deloitte & Touche second monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Zuckerman Spaeder third monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Conigliaro stay motion; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review Conigliaro notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 11/30/2009 FAP | B122 | A100 | Review Moelis weekly report | 0.10 | 20.00 |
| FAP | B122 | A100 | Review Chadbourne memo re: objections and joinders to motion to extend exclusivity | 0.10 | 20.00 |
| FAP | B122 | A100 | Review order amending caption re: CNLBC debtor | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of motion to sell real estate in Countryside, IL; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Sidley Austin tenth monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Cole Schotz tenth monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Cole Schotz ninth monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Jones Day fifth monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Seyfarth Shaw October monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review order extending removal period; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
| FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |

| | | | B122 - Case Administration | 11.40 | 2,376.00 |
|---|---|---|---|---|---|

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 11/03/2009 | KAB | B124 | A100 | Review and summarize Mr. Millens notice of appeal re: Court's ruling on his claims (.2), and review and summarize Mr. Millens objection re: treatment of his proof of claims (.2) and circulate summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.50 | 130.00 |
| 11/13/2009 | KAB | B124 | A100 | Review and summarize Debtors request to settle the Estate of Gutman's claim (.3) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.40 | 104.00 |
|  | KAB | B124 | A100 | Review and summarize Debtors response to Millen's objection (.1) and circulate summary to A. Landis, M. Mcguire, and M. Parikh (.1) | 0.20 | 52.00 |
| 11/16/2009 | KAB | B124 | A100 | Review and summarize (i) Debtors' motion to waive local rules re: filing of objections to disputed claims (.3), (ii) 7th, 8th, 9th, 10th, and 11th omnibus objections. (.5) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.90 | 234.00 |
| 11/17/2009 | FAP | B124 | A100 | Review Bk. Ct. Transmittal of Record on Appeal re: Millen and DC Ct. Notice of Docketing same | 0.10 | 20.00 |
|  | MBM | B124 | A100 | Review of claims procedures motion (.6); review of memo to committee re: same (.2); conference with Landis re: same (.1); emails with Deutsche re: same (.3) | 1.20 | 444.00 |
| 11/20/2009 | KAB | B124 | A104 | Review and summarize notice of transmittal of record and docketing by District Court in Millen Appeal | 0.20 | 52.00 |
|  | KAB | B124 | A104 | Review and summarize New York Dept. of Taxes response to Debtors' 6th Omnibus objection (.1) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| 11/25/2009 | KAB | B124 | A104 | Review and summarize Order Granting Debtors (I) Limited Waiver of Requirements Of Local Rule 3007 (.1) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
|  |  |  |  | **B124 - Claims Adm. & Objection** | **3.90** | **1,140.00** |
| 11/02/2009 | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO | 0.20 | 52.00 |
|  | RLB | B133 | A100 | Review Morgan Stanley production for ESI term list (1.2) Revise and edit draft document requests to declining banks (.4)  Review agenda for Committee conference call re: LBO investigation (.2)  E-mail with co-counsel re: draft document requests (.2) | 2.00 | 750.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 11/03/2009 | DBR | B133 | A100 | Prepare for committee call (.7); review progress of all LBO investigations (.7); review Goldman April going private report (.5); review and revise discovery requests to nonparticipating banks (1.1) | 3.00 | 1,575.00 |
|  | KAB | B133 | A104 | Continue review of documents produced by Citi re: LBO | 1.20 | 312.00 |
|  | AGL | B133 | A100 | Review and analyze memo re: lbo discovery status (.3); attend committee professionals' call re: same and related LBO issues (.6) | 0.90 | 535.50 |
|  | RLB | B133 | A100 | Weekly conference call with Committee professionals including status of LBO investigations and discovery efforts (1.2); Draft summary of LRC investigations for conference call (.4); Call with Mayer Brown re: Barclays responses to document requests (.4); Call with counsel to Bank of America re: response to document requests (.2); E-mails with co-counsel at Chadbourne and Zuckerman re: status of Citigroup production (.5); Draft summary of LRC investigations for committee counsel (.4); Revise and edit requests to declining banks (.4); E-mail with Chadbourne and Zuckerman re: requests to declining banks (.5) | 4.00 | 1,500.00 |
| 11/04/2009 | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO | 0.50 | 130.00 |
|  | DBR | B133 | A100 | Prepare requests to declining banks (1.1); Confer with Butcher re: same(.2); confer with Butcher re: investigations (.4); review investigation production (.8) | 2.50 | 1,312.50 |
|  | JLE | B133 | A100 | Conference with Brown and Butcher re: document review project | 0.20 | 55.00 |
|  | RLB | B133 | A100 | Review Morgan Stanley documents produced for information re: advice on LBO transaction and valuation (2.9); Review documents related to S&P ratings (.4); E-mails with counsel to S&P re: document production (.4); E-mails with Chadbourne and Zuckerman to finalize declining bank requests (.6); Revise declining bank requests (.3); E-mail with Chadbourne and Zuckerman re: ESI search terms for Citi (.4); E-mails with counsel to Goldman Sachs, Law Debenture and Chadbourne re: revised addendum to Goldman Sachs confidentiality agreement (.7); Review execution of agreement (.2); Discuss status of Goldman Sachs requests with DBR (.4) | 6.30 | 2,362.50 |

Tribune Company, et al. bankruptcy

|  |  |  |  |  | <u>Hours</u> |  |
|---|---|---|---|---|---|---|
| 11/05/2009 | KAB | B133 | A105 | Conference with R. Butcher and L. Ellis re: status of document review (.3), discuss document review project with L. Ellis (.2), continue review of documents produced by Citi re: LBO (.9) | 1.40 | 364.00 |
|  | RLB | B133 | A100 | Discuss document review with Kim Brown and Landon Ellis (.3); Review Morgan Stanley documents for ESI custodians (3.4); Call to Glen Silverstein re: ESI production and term list (.2); E-mail with co-counsel at Chadbourne re Goldman Sachs production (.4); E-mails with Chadbourne and Zuckerman re: revisions to document requests to declining banks (.6); E-mail with counsel to Citigroup re: ESI production (.3) | 5.90 | 2,212.50 |
|  | DBR | B133 | A100 | Prepare discovery relating to declining banks (1.7); confer with Butcher re: same (.5); | 2.20 | 1,155.00 |
| 11/06/2009 | KAB | B133 | A100 | Continue review of documents produced by Citi | 1.00 | 260.00 |
|  | RLB | B133 | A100 | E-mails with Law Debenture and Chadbourne re: addendum to Goldman Sachs confidentiality agreement (.6); E-mails with counsel to Bank of America re: call regarding responses to discovery (.3); E-mails with counsel to Barclays re: responses to document requests (.4); E-mail with counsel to Standard & poor's re: response to document requests (.3); E-mail with Chadbourne re: expanding list of declining banks for requests (.5); Revise list of ESI search terms for Morgan Stanley (.6); Forward revised term list to Morgan Stanley (.4); Draft status report re: LRC LBO investigation for Committee counsel (.8); Research re: service parties for Rabobank, Mizuho Corporate Bank, Bank of Tokyo, Raymond James Bank, United Overseas Bank and Bayern LB (2.1); Draft letters re: informal document requests to each of the declining banks (.9); Revise draft document requests for each of the declining banks (1.1); Finalize and send out requests to declining banks (.5) | 8.50 | 3,187.50 |
| 11/08/2009 | RLB | B133 | A100 | E-mail with counsel to Standard & Poor's re: response to discovery requests. | 0.20 | 75.00 |
| 11/09/2009 | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO | 0.60 | 156.00 |
|  | AGL | B133 | A100 | emails to and from professional group re: discovery issues, meeting issues | 0.30 | 178.50 |
|  | DBR | B133 | A100 | Continue analysis re: investigations of declining banks (2.2); coordinating review of documents for witness identification (.7) | 2.90 | 1,522.50 |
|  | RLB | B133 | A100 | Summarize response to declining bank requests for Committee call on Tuesday (.7); E-mail to |  |  |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | co-counsel at Chadbourne re: Bank of America confidentiality agreement (.4); E-mail with co-counsel at Chadbourne re: Goldman Sachs document production (.4); Call with co-counsel at Chadbourne re: Goldman Sachs document production (.6); Call with counsel to Bank of America re: response to document requests (.6); E-mails with co-counsel at Chadbourne re: declining bank requests (.5); Drafting Rabobank 2004 Motion (.7) | 3.90 | 1,462.50 |
| 11/10/2009 KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO | 1.00 | 260.00 |
| DBR | B133 | A100 | Continue analysis of investigations of all targets (1.1); confer with Butcher re: status of all investigations (.5); completing confidantiality agreements (.5) | 2.10 | 1,102.50 |
| RLB | B133 | A100 | Meet with DBR (.3) regarding status of investigations and calls with Barclays and Rabobank.  Committee call re: LBO investigation issues including discovery status, anticipated depositions, interim committee report, privilege logs and confidentiality issues with Chadbourne, Zuckerman, Alix Partners (1.2); E-mail re: conflict issues with DBR regarding additional bank target (.2);  Court appearance with counsel to Barclays re: document production and objections to document production (.7); Call with Bank of America counsel  re: document production, time period for ESI production and search terms (.4); Call with Morgan Stanley counsel (.7) re: search terms, production costs, time period for search and custodians.  Draft discovery requests to additional declining bank (.4);  E-mail with Law Debenture(.3), Centerbridge (.3), Chadbourne (.3) and Zuckerman (.3) re: Goldman Sachs confidentiality addendum;  E-mail with Goldman Sachs counsel re: document production and confidentiality addendum (.4) | 5.50 | 2,062.50 |
| KAB | B133 | A100 | Review and summarize notices of deposition for C. Rucker, B. Browning, E. Bluth, and B. Buetell (.2) and circulate info to A. Landis, M. McGuire and M. Parikh (.1) | 0.30 | 78.00 |
| JLE | B133 | A100 | Confer with Brown re: LBO document review project (.3); continue LBO document review (2.8) | 3.10 | 852.50 |
| 11/11/2009 KAB | B133 | A100 | Conference with Ellis re: LBO document review project | 0.30 | 78.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | DBR | B133 | A100 | Review status of all confi agreements for targets(.4); resolving open issues re: same (.4); continue work on obtaining documents from targets (.8); participate in conference call with committee re: discovery options(.6); confer with Landis re: same (.2); review confi agreements re: disclosure of attorney eyes only information (.5); review draft Interim Report to the Committee (2.0) | 4.90 | 2,572.50 |
|  | AGL | B133 | A100 | Prepare for and attend call re: discovery issues and potential status conference (.8); review, analyze and revise committee lbo report (.9) | 1.70 | 1,011.50 |
|  | KAB | B133 | A105 | Discuss research project with R. Butcher re: fee shifting issue | 0.10 | 26.00 |
|  | RLB | B133 | A100 | E-mail with counsel to Raymond James Bank re: declining bank discovery (.4); Call with counsel to Goldman re: production of additional documents (.4); E-mail with counsel to Standard and Poor's re: initial response to discovery (.4); Review and summarize confidentiality provisions regarding interim report (.4); E-mail with DBR and AGL re: status of requests to additional declining banks (.4); Begin review of interim report (2.4); Research re: shareholder liability issue raised in interim report (1.2) | 5.60 | 2,100.00 |
|  | MBM | B133 | A100 | Review updated LBO report | 1.80 | 666.00 |
|  | JLE | B133 | A100 | Review report on Tribune (1.0); Document Review (3.8) | 4.80 | 1,320.00 |
| 11/12/2009 | KAB | B133 | A102 | Research fee shifting issue | 1.90 | 494.00 |
|  | KAB | B133 | A105 | discuss docket review with L. Ellis | 0.10 | 26.00 |
|  | DBR | B133 | A100 | Analyze Interim Report(2.2); confer with Butcher re: interim report and suggested revisions (.6); | 2.80 | 1,470.00 |
|  | RLB | B133 | A100 | Finish review of interim report (2.0); Discuss interim report with DBR (.2); Draft comments to interim report (.6); Draft e-mail to Chadbourne re: comments to interim report (.3); E-mail with Chadbourne regarding executed confidentiality agreements for Goldman, Citi and Morgan Stanley (.4); Discuss research re: shifting Rule 2004 discovery costs with KB (.3); Discuss Citi document review with LE (.2); E-mail with Chadbourne re: rating agency discovery letter (.2); E-mail from United Overseas Bank re: declining bank requests (.3) | 4.50 | 1,687.50 |
|  | MBM | B133 | A100 | review updated investigation report | 1.30 | 481.00 |
|  | JLE | B133 | A100 | Emails to Butcher and Brown re: document review project (.3); document review (3.3) | 3.60 | 990.00 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours |          |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/13/2009 | KAB | B133 | A102 | Continue research on fee shifting issue (1.3) and provide summary of findings to R. Butcher (.1)                                                                                                                                                                                                                                                                                                                                                                                                                     | 1.40  | 364.00   |
|            | JLE | B133 | A100 | Continue LBO document review project                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 6.00  | 1,650.00 |
|            | RLB | B133 | A100 | Review research re: Fee shifting for 2004 requests (.9); Call with Glen Silverstein--counsel for Morgan Stanley re: same (.4); Call from BayernLB re: document responses (.3); E-mails with Chadbourne and Zuckerman re: deposition of Christina Mohr at Citigroup (.6);  Discuss deposition with DBR (.2); Draft status report re: LRC LBO investigation for Committee counsel (.6); E-mail (.3) and call (.1) with counsel to S&P re: response to document requests;  E-mail with counsel to Citigroup re: status of ESI discovery (.2); Begin review of interim report to Committee re: LBO investigation (.5) | 4.10  | 1,537.50 |
| 11/14/2009 | JLE | B133 | A100 | Continue LBO document review project                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 3.50  | 962.50   |
| 11/15/2009 | DBR | B133 | A100 | Confer with Landis and McGuire re debtors motion for conference re: discovery (.3); brief review of motion (.2)                                                                                                                                                                                                                                                                                                                                                                                                       | 0.50  | 262.50   |
| 11/16/2009 | KAB | B133 | A100 | Review and summarize Debtors request for status conference re: ESOP and outstanding discovery requests (.1) and circulate to A. Landis, M. McGuire, and M. Parikh (.1)                                                                                                                                                                                                                                                                                                                                                | 0.20  | 52.00    |
|            | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 2.20  | 572.00   |
|            | AGL | B133 | A100 | Emails to and from group re: LBO report/committee meeting, debtors' request for status conference re: lbo discovery issues                                                                                                                                                                                                                                                                                                                                                                                            | 0.40  | 238.00   |
|            | RLB | B133 | A100 | Review Morgan Stanley documents for documents re: valuation or merger disputes (2.2); E-mails with Zuckerman re: Citigroup deposition scheduling and documents (.3); E-mail with United Overseas Bank re: documents to be produced (.3); E-mail with Raymond James bank re: production date and documents to be produced (.4); Call (.2) and e-mail with Morgan Stanley counsel re: search terms and parameters of ESI production (.3); E-mails with counsel for Law Debenture re: Goldman document production (.3); Forward Goldman documents to Law Debenture (.4) | 4.40  | 1,650.00 |
| 11/17/2009 | DBR | B133 | A100 | Continue analysis of LBO target investigations (1.1); review interim report (1.3); review court order and request for discovery status conference (.7)                                                                                                                                                                                                                                                                                                                                                                | 3.10  | 1,627.50 |
|            | KAB | B133 | A100 | Continue review of documents produced by Citi                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 5.40  | 1,404.00 |
|            | MBM | B133 | A100 | Review revised LBO report                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 2.00  | 740.00   |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | Forward executed addendum to Rustic Canyon confidentiality agreement (.3); E-mail with counsel to S&P re: response to document requests (.2); E-mail with Chadbourne re: status report for Committee meeting (.2); Weekly status conference call with Committee retained professionals re: status of LBO investigation and plan for completion (1.1); E-mail with Zuckerman re: Morgan Stanley production (.2); E-mail with counsel to Law Debenture re: Goldman production (.4); Draft updated status of LRC LBO investigation for committee meeting (.4); E-mail with citigroup re: status of ESI production (.2); E-mails with counsel to Morgan Stanley re: search terms and custodians (.3); Review finalized search terms and custodians (.3); E-mail with counsel to United Overseas Bank (.3) | 3.90 | 1,462.50 |
| 11/18/2009 | FAP | B133 | A100 | Email exchanges with R. Butcher re: status of discovery memos (.1); review Intralinks, retrieve and forward same (.1) | 0.20 | 40.00 |
|  | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO | 5.80 | 1,508.00 |
|  | DBR | B133 | A100 | Review investigation status and discuss same w/Butcher (.4); review and revise update re: same (.3) ; confer with McGuire and Landis re: debtors request for discovery conference (.4); review memo from Chadbourne re: discovery (.7); discuss same with Butcher(.3) | 2.10 | 1,102.50 |
|  | FAP | B133 | A100 | Briefly review 11/18 discovery status memo and circulate | 0.20 | 40.00 |
|  | FAP | B133 | A100 | Email exchanges with D. Rath and R. Butcher re: future discovery status memos | 0.10 | 20.00 |
|  | JLE | B133 | A100 | Confer with Brown re: document categories (1.1); document review (1.7) | 1.80 | 495.00 |
|  | RLB | B133 | A100 | Review interim status report on LBO investigation prepared by Chadbourne for Committee meeting (.9); E-mails with Chadbourne re: same (.3); Revise (.5) and forward (.2) chart summarizing status of LRC LBO investigation.  Call with United Overseas Bank re: discovery response (.4); Discuss status of investigation with DBR (.3) | 2.60 | 975.00 |
| 11/19/2009 | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO | 1.00 | 260.00 |
|  | AGL | B133 | A100 | conferences with chadbourne group re: lbo status conference (.4); call with krakauer re: same (.5) | 0.90 | 535.50 |
|  | JLE | B133 | A100 | Document review | 2.00 | 550.00 |
|  | MBM | B133 | A100 | Review and analyze response to LD 2004 motion | 0.50 | 185.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | E-mail with Morgan Stanley counsel re: search terms (.2) Continue review of Morgan Stanley documents (.8) | 1.00 | 375.00 |
| 11/20/2009 | DBR | B133 | A100 | Continue document investigation and review(1.0); confer with Butcher re: specifics of review and investigations progress(.4); review court order and correspond re: same re: debtors request for discovery conference (.3); review execute and circulate VRC confi addendum (.3) | 1.70 | 892.50 |
|  | FAP | B133 | A100 | Review/revise response to Law Debenture motion to terminate payment of LBO lenders' fees and expenses (.2); discussion with M. McGuire re: same (.1); call with D. Deutsch re: same (.1) | 0.40 | 80.00 |
|  | FAP | B133 | A100 | File and serve response to law debenture motion to terminate LBO lender fees (.4); update service list (.1); prepare affidavit of service (.1); file same (.1) | 0.70 | 140.00 |
|  | FAP | B133 | A100 | Briefly review Credit Agreement Lenders joinder to JPMC's objection to law debenture motion to terminate fees | 0.10 | 20.00 |
|  | FAP | B133 | A100 | Briefly review debtors' response to law debenture motion to terminate fees | 0.10 | 20.00 |
|  | KAB | B133 | A104 | Review notice of status conference hearing re: ESOP review (.1) and circulate to A. Landis, M. McGuire, M. Parikh, R. Butcher, and D. Rath (.1) | 0.20 | 52.00 |
|  | KAB | B133 | A104 | Review Committee's response to Law Debenture's motion to disclose and disgorge fees related to LBO | 0.20 | 52.00 |
|  | KAB | B133 | A104 | Review and summarize JPMorgan Chase's Objection to Law Debenture's motion to disgorge LBO Lenders' Fees and Expenses (.2); The Credit Agreement Lenders Joinder to same (.2); and the Debtor's response to same (.3) and circulate summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.80 | 208.00 |
|  | RLB | B133 | A100 | Draft status report for committee counsel re: LBO investigation (.7); Review status re: committee meeting and discuss with DBR (.6); E-mail with counsel to S&P re: production of documents (.3); E-mail with United Overseas Bank re: production (.3); Review requests to Moody's (.2); Call with counsel to Bayern re: production (.3) | 2.40 | 900.00 |
| 11/21/2009 | RLB | B133 | A100 | E-mail with DBR re: status of requests. | 0.20 | 75.00 |
| 11/23/2009 | KAB | B133 | A105 | Discuss document review status with R. Butcher and L. Ellis | 0.20 | 52.00 |
|  | DBR | B133 | A100 | Review correspondence re: VRC confi agreement (.2); follow up with Butcher re: discovery issues (.6); | 0.80 | 420.00 |

Official Committee of Unsecured Creditors                                    December 22, 2009
                                                                            Account No:  698-001
                                                                            Statement No:   10799

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | JLE | B133 | A100 | Discussions with Brown re: document review project (.2); Document Review (6.7); Conference with Brown and Butcher re: status (.2) | 7.10 | 1,952.50 |
| | RLB | B133 | A100 | Review agenda for committee professionals call (.3) Calls with counsel to Raymond James (.1) and Mizuho corporate bank (.4) re: discovery requests. E-mail with Mizuho counsel re: confidentiality (.1) | 0.90 | 337.50 |
| 11/24/2009 | KAB | B133 | A104 | Review documents produced by Citi re: the LBO | 4.50 | 1,170.00 |
| | JLE | B133 | A100 | Document Review | 5.00 | 1,375.00 |
| | RLB | B133 | A100 | E-mails with Barclays counsel re: limited discovery (.4); E-mails with counsel to Morgan Stanley re: ESI production (.3); Standard & Poor's letter re: discovery forwarded to committee (.3); Begin case review of first amendment cases (.3); E-mail with counsel for Citigroup (.2) re: timing of ESI production; Conference call with Committee retained Professionals re: status of LBO investigations and next steps to complete investigation and Committee action (1.1) | 2.60 | 975.00 |
| 11/25/2009 | KAB | B133 | A104 | Continue review of documents produced by Citi re: the LBO | 3.80 | 988.00 |
| | KAB | B133 | A104 | Review and summarize the Credit Agreement Lenders Statement Regarding ESOP (.2) and circulate to M. McGuire, A. Landis, and M. Parikh (.1) | 0.30 | 78.00 |
| | KAB | B133 | A104 | Review and summarize Law Debenture's Reply to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses (.2) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 78.00 |
| | DBR | B133 | A100 | Review Blackstone discovery requests (1.1); | 1.10 | 577.50 |
| | AGL | B133 | A100 | Review law debenture motion re: disgorgement of fees paid to lbo lenders and related papers (joinders, objections, replies) | 3.10 | 1,844.50 |
| | RLB | B133 | A100 | Call with counsel to Standard & Poor's re: defense asserted. (.3); E-mail with counsel to S&P re: document production (.2); E-mail with Chadbourne re: ratings produced (.4); Begin reviewing ratings produced (.6); E-mail with counsel to Citigroup re: status of ESI production (.3) | 1.80 | 675.00 |
| 11/29/2009 | KAB | B133 | A104 | Continue review of documents produced by Citi re: the LBO | 2.60 | 676.00 |
| | RLB | B133 | A100 | E-mail with representatives of declining banks re: responses. | 0.40 | 150.00 |
| 11/30/2009 | KAB | B133 | A105 | Email R. Butcher and L. Ellis re: status of document review | 0.10 | 26.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | DBR | B133 | A100 | Follow up on declining bank production (.6); confer with Butcher re: same(.4); review law re: depositions and confer with Butcher re: same (.4) | 1.40 | 735.00 |
|  | RLB | B133 | A100 | Research rules, annotations to rules and case law re: creditor's standing to participate in 2004 examinations and limits on subject matter and use of 2004 examinations (4.3); Draft summary of research regarding limits on 2004 examinations (.9); Call with Barclays counsel re: ESI search of documents (.4); Call (.1) and e-mail (.2) with Frank Vazquez re: research question; Call with Cerberus (.2) and e-mail (.1) re: response to document requests; Discuss status conference with DBR (.3); Revise letter to Bank of Tokyo (.3) | 6.80 | 2,550.00 |
|  | AGL | B133 | A100 | Emails to and from Butcher and vasquez re: non-target participation in 2004 process | 1.10 | 654.50 |
|  | JLE | B133 | A100 | Document Review | 0.60 | 165.00 |
|  |  |  |  | **B133-LBO & Related Trans** | 199.70 | 72,963.50 |
| 11/16/2009 | FAP | B134 | A100 | Email exchanges with P. Kim re: rescheduled 11/18 hearing | 0.10 | 20.00 |
| 11/17/2009 | KAB | B134 | A100 | Review and summarize debtors notice of 341 hearing (.1) | 0.10 | 26.00 |
| 11/25/2009 | FAP | B134 | A100 | Review notice of agenda for 12/1 hearing | 0.10 | 20.00 |
| 11/30/2009 | FAP | B134 | A100 | Prepare 12/1 hearing binder | 0.80 | 160.00 |
|  | FAP | B134 | A100 | Review amended agenda for 12/1 hearing (.1); supplement hearing binder (.1) | 0.20 | 40.00 |
|  | AGL | B134 | A100 | Emails to/from debtors re: hearing issues for 12/1 (.3); call with debtors re: same (.5); emails to and from and calls with Deutsch re: same (.4) | 1.20 | 714.00 |
|  |  |  |  | **B134 - Hearings** | 2.50 | 980.00 |
| 11/03/2009 | KAB | B135 | A100 | Review and summarize Debtor's request for extension for time to file notices of removal of claims (.2), circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 78.00 |
| 11/25/2009 | KAB | B135 | A104 | Review and summarize Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action (.1) | 0.10 | 26.00 |
|  |  |  |  | **B135 - Litigation** | 0.40 | 104.00 |
| 11/04/2009 | FAP | B136 | A100 | Review/revise October prebills (.6); discussion with M. Parikh re: same (.1); discussion with R. Butcher re: same (.1) | 0.80 | 160.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | KAB | B136 | A100 | Discuss October fee app with F. Panchak | 0.10 | 26.00 |
| 11/17/2009 | FAP | B136 | A100 | Email exchanges with A. Landis and M. McGuire re: responses to LRC's ninth fee application | 0.10 | 20.00 |
|  | FAP | B136 | A100 | Email exchanges with C. Adams re: confirmation of first interim fee hearing and effected months | 0.10 | 20.00 |
| 11/18/2009 | FAP | B136 | A100 | Draft Certificate of No Objection to LRC ninth monthly fee application | 0.10 | 20.00 |
|  | FAP | B136 | A100 | File and serve Certificate of No Objection to LRC ninth monthly fee application | 0.30 | 60.00 |
|  | MAP | B136 | A100 | Review draft bill and make revisions to same | 1.00 | 275.00 |
| 11/20/2009 | MAP | B136 | A100 | Revise draft bill for October (.8); Prepare LRC 10th Monthly Fee App (2.0). | 2.80 | 770.00 |
| 11/24/2009 | FAP | B136 | A100 | Review/revise notice of LRC tenth fee application (.1); review/revise LRC tenth fee application (.1); discussions with M. Parikh re: same (.1) | 0.30 | 60.00 |
|  | CL | B136 | A103 | Edits to LRC October invoice (.3); finalize same (.6) | 0.90 | 112.50 |
|  | MAP | B136 | A100 | Discussion w/ Lewicki Re: October invoice edits per comments from McGuire (.1); edits to LRC 10th Monthly Fee App and discussion with Becker Re: same (.1); discussions with Lewicki, Panchak and McGuire re: updated expenses for October (.2); discussion w/ Becker re: edits to expenses for LRC 10th Monthly Fee App (.1); discussion w/ Panchak re: fee examiner contact info (.1). | 0.60 | 165.00 |
| 11/25/2009 | FAP | B136 | A100 | File and coordinate service of LRC tenth monthly fee application (.4); prepare and file Affidavit of Service re: same (.1) | 0.50 | 100.00 |
|  |  |  |  | **B136 - LRC Ret. & Fee Matters** | 7.60 | 1,788.50 |
| 11/03/2009 | MBM | B138 | A100 | Prepare for committee professional call (.4); emails with Landis, Rath and Butcher re: same (.2); participate in committee professional call (1.2) | 1.80 | 666.00 |
| 11/04/2009 | MBM | B138 | A100 | Prepare for (.2) and attend meeting with Debtors and Committee professionals (.6) | 0.80 | 296.00 |
| 11/08/2009 | DBR | B138 | A101 | Prepare for committee meeting | 1.10 | 577.50 |
| 11/09/2009 | MBM | B138 | A100 | Emails with Duetsch re: agenda for professionals meeting | 0.20 | 74.00 |
| 11/10/2009 | AGL | B138 | A100 | Prepare for (.3) and attend (1.1) professionals call re: agenda items listed | 1.30 | 773.50 |
|  | DBR | B138 | A101 | Prepare for and participate in committee conference call | 1.20 | 630.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 11/11/2009 | MBM | B138 | A100 | Prepare for (.3) and attend telephonic conference with Debtor and Committee professionals (.5) | 0.80 | 296.00 |
| 11/12/2009 | MBM | B138 | A100 | Prepare for (.4) and attend committee telephonic meeting (1.1) | 1.50 | 555.00 |
| 11/17/2009 | MBM | B138 | A100 | Review discovery updates and prepare for committee professionals call (.7); attend professionals meeting (1.1) | 1.80 | 666.00 |
|  | DBR | B138 | A101 | Prepare for and participate in committee call (1.4) | 1.40 | 735.00 |
| 11/18/2009 | MBM | B138 | A100 | prepare for (.3) and attend professionals meeting with committee and debtor (.8); conference with Landis (.1) and Rath (.2) re: same | 1.40 | 518.00 |
| 11/19/2009 | DBR | B138 | A100 | Pre-committee meeting in NY (1.0); committee meeting in NY (4.0) | 8.00 | 4,200.00 |
|  | AGL | B138 | A100 | Prepare for in-person committee meeting (working travel 1.5 reviewing materials and presentations); pre-meeting conference with committee professionals (1.0); attend and participate in committee meeting (4.5) | 7.00 | 4,165.00 |
| 11/24/2009 | DBR | B138 | A100 | Prepare for (.4) and participate in committee conference call (.8) | 1.20 | 630.00 |
|  |  |  |  | **B138 - Creditors' Cmte Mtgs** | **29.50** | **14,782.00** |
| 11/19/2009 | AGL | B142 | A100 | Return trip from nyc to wilmington after in person committee meeting | 1.70 | 505.75 |
|  | DBR | B142 | A100 | Travel re: pre-committee meeting in NY | 3.00 | 787.50 |
|  |  |  |  | **B142 - Non-Working Travel** | **4.70** | **1,293.25** |
| 11/02/2009 | MMD | B144 | A100 | Review email message from M. McGuire attaching Deutsch Supplemental Affidavit (.1); Save/electronically file same (.1) | 0.20 | 40.00 |
|  | MBM | B144 | A100 | Review and prepare to file supplemental chadbourne affidavit (.3); emails to/from Vazquez re: same (.1) | 0.40 | 148.00 |
| 11/04/2009 | FAP | B144 | A100 | Email exchanges with V. Patel re: responses to eighth monthly fee application | 0.10 | 20.00 |
| 11/05/2009 | FAP | B144 | A100 | Draft Certificate of No Objection to Moelis' eighth monthly fee application | 0.10 | 20.00 |
|  | MMD | B144 | A100 | Prepare Affidavit of Service regarding Supplemental Affidavit of Deutsch | 0.10 | 20.00 |

{698.001-W0004944.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | MMD | B144 | A100 | Scan and electronically file Affidavit of Service regarding Supplemental Affidavit of Deutsch | 0.20 | 40.00 |
| | FAP | B144 | A100 | File and coordinate service of re-filed Certificate of No Objection Chadbourne's eighth fee application (.3); follow-up email to H. Lamb (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to Moelis' eighth fee application (.3); follow-up email to V. Patel (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | Call with V. Patel re: responses to Moelis' eighth fee application | 0.10 | 20.00 |
| 11/06/2009 | FAP | B144 | A100 | Prepare affidavit of service for Certificate of No Objection to Chadbourne's and Moelis' eighth fee application (.1); file same (.1) | 0.20 | 40.00 |
| 11/09/2009 | FAP | B144 | A100 | Multiple email exchanges with V. Patel re: Moelis' 9th monthly fee application (.2); review/revise same (.2); prepare notice for same (.1); prepare affidavit of service (.1); file and serve fee application (.4); follow-up email to V. Patel (.1) | 1.10 | 220.00 |
| | MBM | B144 | A100 | Review Moelis monthly fee application | 0.30 | 111.00 |
| 11/10/2009 | AGL | B144 | A100 | Emails to/from and calls with deutsch re: fee examiner issues and hearing on first quarterly fees | 0.40 | 238.00 |
| 11/12/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: interim fee application hearing process of preparation/submission of orders (.1); email exchanges with debtors' para re: same (.1) | 0.20 | 40.00 |
| | FAP | B144 | A100 | Review notice of first interim fee application hearing; update critical dates | 0.10 | 20.00 |
| | FAP | B144 | A100 | Review notice of change of fee examiner contact (.1); update core and 2002 service lists (.1); call with fee examiner clarifying same (.1); email to LRC team (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | Email exchanges with A. Holtz re: first interim fee hearing (.1); email exchanges with V. Patel re: first interim fee hearing (.1) | 0.20 | 40.00 |
| 11/16/2009 | FAP | B144 | A100 | Briefly review examiner's final report re: Moelis' first interim fee application; update critical dates | 0.10 | 20.00 |
| 11/17/2009 | KAB | B144 | A100 | Review and summarize Fee Examiners final report re: Moelis' first quarter fee and expenses request (.1) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| | FAP | B144 | A100 | Email exchanges with D. Deutsch and H. Lamb re: responses to Chadbourne's ninth and Members' seventh fee application | 0.10 | 20.00 |

Official Committee of Unsecured Creditors                     December 22, 2009
                                                             Account No:  698-001
                                                             Statement No:   10799

Tribune Company, et al. bankruptcy

                                                                  <u>Hours</u>

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | FAP | B144 | A100 | Email exchanges with A. Leung and A. Holtz re: responses to AlixPartners ninth fee application | 0.10 | 20.00 |
|  | FAP | B144 | A100 | Email exchanges with debtors' para re: various professionals fee applications, cnos and interims (.2); retrieve and distribute same (.2) | 0.40 | 80.00 |
| 11/18/2009 | FAP | B144 | A100 | Draft Certificate of No Objection to Chadbourne ninth monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A100 | Draft Certificate of No Objection to AlixPartners ninth monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A100 | Draft Certificate of No Objection to Members seventh monthly application | 0.10 | 20.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for CNOs to professionals' monthly applications (.1); file same (.1) | 0.20 | 40.00 |
|  | FAP | B144 | A100 | File and serve Certificate of No Objection to Chadbourne ninth monthly fee application (.3); follow-up email to H. Lamb re: same (.1) | 0.40 | 80.00 |
|  | FAP | B144 | A100 | File and serve Certificate of No Objection to AlixPartners ninth monthly fee application (.3); follow-up email to A. Holtz and A. Leung re: same (.1) | 0.40 | 80.00 |
|  | FAP | B144 | A100 | File and serve Certificate of No Objection to Members' seventh application (.3); follow-up email to H. Lamb re: same (.1) | 0.40 | 80.00 |
| 11/25/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne tenth monthly fee application (.1); review and compile same for filing (.2); draft notice (.1); file and coordinate service of same (.5) | 0.90 | 180.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners tenth monthly fee application (.1); review and compile same for filing (.1); draft notice for same (.1); file and coordinate service of same (.3); follow-up email to A. Holtz (.1) | 0.70 | 140.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, AlixPartners tenth monthly fee applications (.1); file same (.1) | 0.20 | 40.00 |

                                           **B144 - Non-LRC Ret. & Fee Matt**    **9.30**   **2,149.00**

| 11/16/2009 | KAB | B146 | A100 | Review and summarize Debtors motion to extend exclusivity period (.1) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| 11/23/2009 | FAP | B146 | A100 | Review/revise statement in support of motion to extend exclusivity (.1); file and coordinate service of same (.3); prepare affidavit of service and file same (.2) | 0.60 | 120.00 |
| 11/24/2009 | KAB | B146 | A104 | Review Committee's statement in support of the Debtors's request for an extension of the exclusivity period | 0.20 | 52.00 |

{698.001-W0004944.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 11/25/2009 KAB | B146 | A104 | Review and summarize Law Debenture's response to Debtors' Motion to extend exclusivity (.2), review and summarize the Credit Agreement Lenders objection to Debtors' Motion to extend exclusivity (.2), review and summarize JPMC's objection to same (.2), review and summarize DBTCA and Centerbridge's joinders to Law Debenture's response (.2), and circulate summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.90 | 234.00 |
| AGL | B146 | A100 | Review and analyze exclusivity motion and related papers (response by law debenture, lenders) | 1.30 | 773.50 |
| | | | **B146 - Plan & Disclos. Stmt.** | 3.20 | 1,231.50 |
| 11/09/2009 FAP | B150 | A100 | Review order denying motion to dismiss Beatty adversary | 0.10 | 20.00 |
| 11/10/2009 KAB | B150 | A100 | Review and summarize the Court's Memorandum Opinion and Order re: W. Beatty motion to dismiss and stay (.4), circulate to A. Landis, M. McGuire and M. Parikh (.1) | 0.50 | 130.00 |
| 11/25/2009 KAB | B150 | A104 | Review and summarize Conigliaros' request for Relief from Stay to Permit the Continuation of State Court Action (.1) and circulate to A. Landis, M. McGuire, and M. Parikh (.2) | 0.20 | 52.00 |
| KAB | B150 | A104 | Review and summarize Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with a Pretrial Settlement Conference (.1) and circulate to A. Landis, M. McGuire and M. Parikh (.1) | 0.20 | 52.00 |
| | | | **B150 - Relief from Stay** | 1.00 | 254.00 |
| | | | **For Current Services Rendered** | 276.10 | 100,217.75 |