# EXHIBIT "C"

Official Committee of Unsecured Creditors                                    December 22, 2009
                                                                       Account No:   698-001
                                                                       Statement No:    10799

Tribune Company, et al. bankruptcy

## Expenses

|  |  |
|---|---:|
| Postage | 3.45 |
| Travel expense | 420.00 |
| Copying | 58.40 |
| Overnight Delivery | 178.21 |
| Courier Fees | 635.60 |
| Online research LEXIS | 70.08 |
| Outside Duplication Services | 436.08 |
| US Postage | 141.50 |
| Conference Call Service | 30.00 |
| | -------- |
| **TOTAL** | **1,973.32** |

W0004944.DOC

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----------|---|------|--------|---|-------|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|------------|-----|
| 698.001 | 11/02/2009 | AGL | U | B100 | E101 | 0.100 | 0.80 | Copying | 417 |
| 698.001 | 11/02/2009 | AGL | U | B100 | E226 | | 30.00 | Court Call, Conference Call Service | 420 |
| 698.001 | 11/02/2009 | AGL | U | B100 | E216 | | 214.50 | Courier Fee - Advance TriState Courier & Carriage | 425 |

Subtotal for Transaction Date 11/02/2009　　　　Billable　　245.30

| 698.001 | 11/03/2009 | AGL | U | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage | 426 |

Subtotal for Transaction Date 11/03/2009　　　　Billable　　17.40

| 698.001 | 11/05/2009 | AGL | U | B100 | E101 | 0.100 | 1.20 | Copying | 418 |
| 698.001 | 11/05/2009 | AGL | U | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 427 |
| 698.001 | 11/05/2009 | AGL | U | B100 | E211 | | 7.70 | Outside printing - Advance Digital Legal Services, LLC - 51259 | 428 |
| 698.001 | 11/05/2009 | AGL | U | B100 | E210 | | 5.25 | US Postage # Digital Legal Services, LLC - 51259 | 429 |

Subtotal for Transaction Date 11/05/2009　　　　Billable　　50.15

| 698.001 | 11/06/2009 | AGL | U | B100 | E221 | | 129.88 | Overnight Delivery FedEx | 423 |
| 698.001 | 11/06/2009 | AGL | U | B100 | E221 | | 22.08 | Overnight Delivery FedEx | 443 |

Subtotal for Transaction Date 11/06/2009　　　　Billable　　151.96

| 698.001 | 11/09/2009 | AGL | U | B100 | E211 | | 45.63 | Outside printing - Advance Digital Legal Services, LLC - 51247 | 415 |
| 698.001 | 11/09/2009 | AGL | U | B100 | E210 | | 12.05 | US Postage # Digital Legal Services, LLC - 51247 | 416 |
| 698.001 | 11/09/2009 | AGL | U | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 436 |

Subtotal for Transaction Date 11/09/2009　　　　Billable　　93.68

| 698.001 | 11/10/2009 | AGL | U | B100 | E221 | | 10.85 | Overnight Delivery FedEx | 424 |

Subtotal for Transaction Date 11/10/2009　　　　Billable　　10.85

| 698.001 | 11/11/2009 | AGL | U | B100 | E101 | 0.100 | 39.20 | Copying | 419 |

Subtotal for Transaction Date 11/11/2009　　　　Billable　　39.20

| 698.001 | 11/12/2009 | AGL | U | B100 | E216 | | 81.20 | Courier Fee - Advance TriState Courier & Carriage | 437 |

Subtotal for Transaction Date 11/12/2009　　　　Billable　　81.20

| 698.001 | 11/17/2009 | AGL | U | B100 | E101 | 0.100 | 2.80 | Copying | 430 |

Subtotal for Transaction Date 11/17/2009　　　　Billable　　2.80

| 698.001 | 11/18/2009 | AGL | U | B100 | E211 | | 14.31 | Outside printing - Advance Digital Legal Services, LLC - 51399 | 438 |
| 698.001 | 11/18/2009 | AGL | U | B100 | E210 | | 6.10 | US Postage # Digital Legal Services, LLC - 51399 | 439 |
| 698.001 | 11/18/2009 | AGL | U | B100 | E110 | | 253.00 | Out-of-town travel - Amtrak - AGL | 451 |

Subtotal for Transaction Date 11/18/2009　　　　Billable　　273.41

| 698.001 | 11/19/2009 | AGL | U | B100 | E110 | | 115.00 | Out-of-town travel - Amtrak - AGL | 452 |
| 698.001 | 11/19/2009 | AGL | U | B100 | E110 | | 8.00 | Out-of-town travel - WPA - Parking - AGL | 453 |
| 698.001 | 11/19/2009 | AGL | U | B100 | E110 | | 34.00 | Out-of-town travel - Amtrak- DBR | 454 |

Subtotal for Transaction Date 11/19/2009　　　　Billable　　157.00

| 698.001 | 11/20/2009 | AGL | U | B100 | E101 | 0.100 | 10.00 | Copying | 431 |

Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 11/20/2009 | AGL | U | B100 | E108 | | 3.45 | Postage | 433 |
| 698.001 | 11/20/2009 | AGL | U | B100 | E221 | | 15.40 | Overnight Delivery FedEx | 444 |
| 698.001 | 11/20/2009 | AGL | U | B100 | E216 | | 20.00 | Courier Fee - Advance TriState Courier & Carriage | 446 |
| 698.001 | 11/20/2009 | AGL | U | B100 | E216 | | 42.50 | Courier Fee - Advance TriState Courier & Carriage | 447 |
| 698.001 | 11/20/2009 | AGL | U | B100 | E110 | | 10.00 | Out-of-town travel - WPA - Parking - DBR | 455 |
| Subtotal for Transaction Date 11/20/2009 | | | | | Billable | | 101.35 | | |
| 698.001 | 11/23/2009 | AGL | U | B100 | E101 | 0.100 | 0.60 | Copying | 432 |
| 698.001 | 11/23/2009 | AGL | U | B100 | E211 | | 37.62 | Outside printing - Advance Digital Legal Services, LLC - 51445 | 440 |
| 698.001 | 11/23/2009 | AGL | U | B100 | E210 | | 73.50 | US Postage # Digital Legal Services, LLC - 51445 | 441 |
| 698.001 | 11/23/2009 | AGL | U | B100 | E216 | | 162.00 | Courier Fee - Advance TriState Courier & Carriage | 465 |
| Subtotal for Transaction Date 11/23/2009 | | | | | Billable | | 273.72 | | |
| 698.001 | 11/25/2009 | AGL | U | B100 | E211 | | 330.82 | Outside printing - Advance Digital Legal Services, LLC - 51529 | 469 |
| 698.001 | 11/25/2009 | AGL | U | B100 | E210 | | 44.60 | US Postage # Digital Legal Services, LLC - 51529 | 470 |
| Subtotal for Transaction Date 11/25/2009 | | | | | Billable | | 375.42 | | |
| 698.001 | 11/30/2009 | AGL | U | B100 | E101 | 0.100 | 3.80 | Copying | 434 |
| 698.001 | 11/30/2009 | AGL | U | B100 | E106 | | 70.08 | Online research LexisNexis | 445 |
| 698.001 | 11/30/2009 | AGL | U | B100 | E216 | | 26.00 | Courier Fee - Advance TriState Courier & Carriage | 466 |
| Subtotal for Transaction Date 11/30/2009 | | | | | Billable | | 99.88 | | |
| **Total for Client ID 698.001** | | | | | Billable | | 1,973.32 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

Billable     1,973.32