# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

November 1, 2009 through and including November 30, 2009

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 12.8 | 6,002.00 |
| 005735.00003 | Financing | 9.1 | 4,782.50 |
| 005735.00004 | Current Financials | 117.3 | 55,702.50 |
| 005735.00005 | Prospective Financials | 27.9 | 13,637.50 |
| 005735.00006 | Vendor Issues | 10.3 | 5,548.50 |
| 005735.00007 | Employee Issues | 29.2 | 15,831.50 |
| 005735.00008 | Plan of Reorganization | 21.2 | 11,649.50 |
| 005735.00010 | Claims & Recoveries | 8.6 | 4,974.50 |
| 005735.00012 | Asset Sales | 3.0 | 1,785.00 |
| 005735.00014 | Avoidance Actions | 478.4 | 206,032.50 |
| 005735.00015 | UCC Meetings | 35.5 | 22,926.00 |
| 005735.00017 | Billing and Retention | 33.5 | 15,789.00 |
| 005735.00020 | Planning, Supervision and Review | 1.7 | 1,226.00 |
| **Total Fees Incurred** | | **788.5** | **365,887.00** |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/09 | ANL | Prepared summary of ABC circulation results of top 30 competitors. | 1.30 |
| 11/04/09 | ANL | Analyzed and reviewed ABC circulation reports. | 1.30 |
| 11/04/09 | HYL | Reviewed Moelis weekly industry update document. | 0.40 |
| 11/09/09 | ANL | Analyzed and reviewed Gray TV Q3 results. Reviewed Sinclair TV results. | 1.60 |
| 11/12/09 | ANL | Analyzed and reviewed recent newspaper and broadcasting industry data. | 1.30 |
| 11/12/09 | YK | Reviewed and analyzed recent trends among competitors and peers in the publishing and broadcasting industry. | 1.10 |
| 11/12/09 | YK | Reviewed and analyzed recently posted Moelis weekly reports. | 0.50 |
| 11/16/09 | YK | Reviewed and analyzed Moelis media updates. | 0.40 |
| 11/16/09 | YK | Reviewed and analyzed industry competitor developments. | 0.40 |
| 11/18/09 | BH | Review and analyze the Moelis media update to UCC. | 0.80 |
| 11/19/09 | YK | Reviewed industry literature to identify developments among peers and competitors in the media industry. | 1.30 |
| 11/19/09 | HYL | Reviewed Moelis Weekly Media Update | 0.40 |
| 11/23/09 | YK | Reviewed and analyzed recent Moelis report. | 0.30 |
| 11/23/09 | YK | Reviewed and analyzed recent reports of Tribune competitors and peers. | 0.40 |
| 11/24/09 | HYL | Gathered and reviewed industry and competitor data for review and reporting to UCC. | 0.40 |
| 11/30/09 | HYL | Reviewed LA Times Exact market share reports. | 0.50 |
| 11/30/09 | HYL | Reviewed Moelis Weekly Media Update. | 0.40 |
| | | **Total Hours** | **12.80** |

Invoice #                2023080-1

Re:                      Business Analysis
Client/Matter #          005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 2.10 | 510.00 | 1,071.00 |
| Brad Hall | 0.80 | 595.00 | 476.00 |
| Albert Leung | 5.50 | 450.00 | 2,475.00 |
| Young Kim | 4.40 | 450.00 | 1,980.00 |
| **Total Hours & Fees** | **12.80** | | **6,002.00** |

Invoice #                 2023080-2

Re:                       Financing
Client/Matter #           005735.00003

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/10/09 | BH | Review and analyze Tribune's announced plan to pay down the Barclays DIP financing to zero in light of increased liquidity from the receipt of Cubs transaction proceeds. Compare liquidity (net of Barclays pay down) with 13-week cash balance forecast. | 2.20 |
| 11/11/09 | AH | Review report to UCC re: repayment of Barclays facility and discuss with A. Leung (AlixPartners) | 0.70 |
| 11/11/09 | ANL | Analyzed and reviewed Barclays DIP facility documents. | 2.20 |
| 11/11/09 | ANL | Prepared UCC presentation on the proposed Barclays DIP repayment. Reviewed supporting documentation from Debtors.  Discussed report with A. Holtz (AlixPartners) | 3.10 |
| 11/18/09 | BH | Obtain update from Tribune advisors on the status of pay down to Barclays DIP loan. | 0.30 |
| 11/30/09 | BH | Review reporting requirements for continued use of facility and determine how AR levels will be reported absent the Servicing Reports to Barclays no longer required. | 0.60 |
| | | **Total Hours** | **9.10** |

Invoice #          2023080-2

Re:                Financing
Client/Matter #    005735.00003

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.70 | 790.00 | 553.00 |
| Brad Hall | 3.10 | 595.00 | 1,844.50 |
| Albert Leung | 5.30 | 450.00 | 2,385.00 |
| **Total Hours & Fees** | **9.10** | | **4,782.50** |

Invoice #          2023080-3

Re:               Current Financials
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/09 | ANL | Reviewed and revised weekly update to UCC. | 1.80 |
| 11/02/09 | ANL | Analyzed and reviewed Tribune & McClatchy joint venture historical financial statements and 2009 budget. Reviewed joint venture structure. | 2.30 |
| 11/02/09 | YK | Reviewed and revised weekly status report. | 0.80 |
| 11/02/09 | HYL | Updated and reviewed cash slides for weekly report to UCC. | 2.90 |
| 11/02/09 | BH | Review and analyze information provided by Tribune pertaining to the proposed payment to McClatchy of dividends due in relation to an existing joint venture. | 2.50 |
| 11/02/09 | BH | Prepare a memo to Chadbourne summarizing the proposed payment of dividends to McClatchy and describing the cash impact to Tribune and the ordinary course nature of the payment. | 1.00 |
| 11/02/09 | BH | Review and analyze weekly financial information provided by Tribune advisors. | 1.80 |
| 11/03/09 | BH | Review, analyze and edit the weekly report to UCC on the financial results and cash position of Tribune. | 1.90 |
| 11/03/09 | ANL | Reviewed and revised weekly update to UCC. Prepared bridge for circulation revenue decline to ABC report. | 1.80 |
| 11/03/09 | ANL | Analyzed and reviewed 13 week cash flow and bank statements of Cubs entities. | 1.20 |
| 11/04/09 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. | 1.80 |
| 11/05/09 | ANL | Analyzed and reviewed weekly revenue flash reports and Sinclair Broadcasting results. | 1.70 |
| 11/06/09 | HYL | Prepared and reviewed weekly report to UCC. | 3.60 |
| 11/09/09 | YK | Reviewed and analyzed recently posted financial reports and operating statistics, including pacing reports. | 0.70 |
| 11/09/09 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.80 |
| 11/09/09 | BH | Review and analyze weekly financial information provided by Tribune advisors. | 1.70 |
| 11/10/09 | ANL | Reviewed and revised weekly status update for UCC. | 1.60 |
| 11/11/09 | YK | Reviewed and analyzed selected docket items, including corporate name change motions. Reviewed and analyzed recently posted operating statistics. | 0.60 |
| 11/12/09 | ANL | Analyzed and reviewed October preliminary results. Reviewed weekly revenue flash and weekly cash flow results. | 2.80 |
| 11/12/09 | ANL | Prepared weekly status report to the UCC. | 2.10 |
| 11/12/09 | YK | Reviewed and analyzed recently posted financial results, including cash flows and cash balances.  Identified and | 1.90 |

Invoice #   2023080-3

Re:     Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | followed up on matters to clarify. | |
| 11/12/09 | BH | Review and analyze the financial results as presented in Tribune's October Brown Books. | 2.80 |
| 11/13/09 | ANL | Prepared for and participated in bi-weekly call with Tribune management and Alvarez & Marsal to review weekly results and October results. | 1.10 |
| 11/13/09 | ANL | Prepared weekly status report to the UCC. Prepared summary of cash results and summary of revenue results. | 2.10 |
| 11/16/09 | YK | Reviewed and revised weekly status report to the UCC. | 1.30 |
| 11/17/09 | YK | Reviewed and revised selected proof of claims and Citadel Broadcasting withdrawal of claims. | 0.30 |
| 11/17/09 | ANL | Reviewed and revised weekly status report to UCC. | 0.80 |
| 11/17/09 | YK | Reviewed and revised recent draft of status report to the UCC. | 1.20 |
| 11/17/09 | BH | Review, analyze and revise the report to UCC on weekly financial results and comparison to 13-week cash flow and cash balance forecast. | 2.60 |
| 11/17/09 | AH | Review work in process in prep for UCC professionals call | 0.50 |
| 11/18/09 | TP | Reviewed and analyzed October operating results for publishing and broadcasting businesses. | 2.10 |
| 11/18/09 | TP | Reviewed and analyzed October operating results for corporate expenses | 1.20 |
| 11/18/09 | YK | Reviewed and analyzed recently posted operating financial statement. | 0.60 |
| 11/18/09 | AH | Review weekly report to UCC | 0.40 |
| 11/18/09 | HYL | Prepared and updated October monthly report to UCC. | 4.40 |
| 11/18/09 | TP | Drafting of October brown book presentation | 2.30 |
| 11/18/09 | ANL | Analyzed and reviewed weekly publishing and broadcasting revenue results. Reviewed cash flow results. | 1.20 |
| 11/18/09 | ANL | Prepared for UCC presentation of weekly results. | 1.10 |
| 11/19/09 | ANL | Analyzed and reviewed weekly revenue and cash flow results. Prepared weekly update to UCC. | 1.70 |
| 11/19/09 | TP | Draft, review and edited the October 2009 brown book presentation | 3.30 |
| 11/19/09 | TP | Reviewed and analyzed October 2009 operating results for publishing businesses | 1.60 |
| 11/19/09 | TP | Reviewed and analyzed October 2009 operating results for broadcasting businesses | 1.70 |
| 11/19/09 | YK | Reviewed and revised cash flow trends. Identified issues to clarify and followed up. | 1.90 |
| 11/19/09 | YK | Reviewed and analyzed recently posted operating statistics | 1.10 |

Invoice #              2023080-3

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and flash revenue reports. | |
| 11/20/09 | YK | Reviewed and analyzed recently posted financials and operating statistics. | 1.20 |
| 11/20/09 | ANL | Analyzed and reviewed October 2009 Management Operating Report ("Brown Book"). | 2.30 |
| 11/20/09 | ANL | Analyzed and reviewed weekly cash flow results and 13 week cash flow forecast. Reviewed Cubs retained accounts receivable and proceeds. | 1.30 |
| 11/20/09 | ANL | Reviewed publishing weekly results and broadcasting pacing reports. Prepared weekly status update to UCC. | 1.10 |
| 11/20/09 | HYL | Reviewed and updated October Operating Results presentation to the UCC. | 1.60 |
| 11/23/09 | AH | Review weekly report to UCC | 0.70 |
| 11/23/09 | HYL | Reviewed and updated October operating results presentation to the UCC. | 2.30 |
| 11/23/09 | YK | Reviewed and revised weekly status update. | 0.90 |
| 11/23/09 | YK | Reviewed and analyzed recently posted docket items and attorney work products.  Examples include confidential draft documents of motions and items posted to the docket. | 1.10 |
| 11/23/09 | BH | Review and analyze information from Tribune advisors on weekly financial performance and cash position. | 2.40 |
| 11/23/09 | BH | Review and analyze the October financial results as reported in the Brown Books. Prepare format for presentation to UCC of the monthly results and impact to year end performance. | 1.60 |
| 11/23/09 | ANL | Analyzed and reviewed October 2009 and year to date publishing and broadcasting results. | 1.20 |
| 11/23/09 | ANL | Prepared October 2009 review of operating results for UCC. | 2.10 |
| 11/24/09 | ANL | Analyzed documentation related to the Barclays Facility repayment. Reviewed and revised weekly status update to UCC. | 1.20 |
| 11/24/09 | ANL | Prepared run rate analysis. Prepared October 2009 report to UCC. | 2.30 |
| 11/24/09 | BH | Review and revise report to UCC on October monthly financial results and year end expectation of OCF performance. | 2.10 |
| 11/24/09 | YK | Reviewed and analyzed recently posted financial and October 2009 management operating reports. | 0.80 |
| 11/24/09 | YK | Reviewed and analyzed selected docket items, including items 2600 (Joint Statement), 2603 (Tribune Reply) and 2603 (Objection). | 1.20 |
| 11/24/09 | TP | Reviewed and revised October 2009 monthly report. | 1.00 |
| 11/25/09 | BH | Review and edit draft of October monthly report to UCC. | 1.70 |

Invoice #          2023080-3

Re:               Current Financials
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/25/09 | YK | Reviewed and analyzed recently posted financials and docket items, including items 2616 (Exclusivity Motion) and 2631(Law Debenture motion). | 0.80 |
| 11/25/09 | ANL | Analyzed and reviewed October management operating report. Prepared summary of publishing and broadcast year to date results. | 2.30 |
| 11/30/09 | YK | Reviewed and analyzed recently posted financials and docket items, including 2645 (Agenda),  2648 (Response to Law Debenture) and 2656 (Court Order). | 1.10 |
| 11/30/09 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. Prepared weekly update to UCC. | 2.60 |
| 11/30/09 | ANL | Prepared summary of cash flow results for Debtors and Non-Debtors. | 1.10 |
| 11/30/09 | ANL | Analyzed and reviewed October management operating report. | 0.80 |
| 11/30/09 | BH | Review and analyze the weekly financial results provided by Tribune advisors. | 1.80 |
| 11/30/09 | HYL | Prepared and reviewed fourteen week cash forecast update to UCC. | 1.10 |
| | | **Total Hours** | **117.30** |

Invoice #            2023080-3

Re:                  Current Financials
Client/Matter #      005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.60 | 790.00 | 1,264.00 |
| Harold Y Lee | 15.90 | 510.00 | 8,109.00 |
| Brad Hall | 23.90 | 595.00 | 14,220.50 |
| Albert Leung | 45.20 | 450.00 | 20,340.00 |
| Young Kim | 17.50 | 450.00 | 7,875.00 |
| Tristan Peitz | 13.20 | 295.00 | 3,894.00 |
| **Total Hours & Fees** | **117.30** | | **55,702.50** |

Invoice #                2023080-4

Re:                      Prospective Financials
Client/Matter #          005735.00005

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 11/03/09 | ANL | Analyzed and reviewed Tribune 5 year plan model. | 2.60 |
| 11/04/09 | ANL | Analyzed and reviewed updated 5 year plan model. | 2.70 |
| 11/04/09 | HYL | Reviewed and prepared questions for meeting with A&M on 11/6 to review 5 year plan. | 2.80 |
| 11/05/09 | ANL | Analyzed and reviewed updated 5 year plan and revised Broadcasting assumptions for Television and WGN. | 2.20 |
| 11/06/09 | ANL | Prepared for and participated in conference call with Alvarez & Marsal, Moelis, and Tribune management to discuss assumptions of the revised 5 Year Plan model. | 1.50 |
| 11/06/09 | ANL | Analyzed and reviewed revised 5 year plan and cash flow forecast. | 2.70 |
| 11/06/09 | HYL | Prepared for and participated in 5 year plan review with Debtor, A&M and Moelis. | 1.30 |
| 11/06/09 | BH | Participate in conference call with Tribune and Moelis to discuss revisions to the Tribune 5-year plan as prepared by Lazard. | 0.90 |
| 11/09/09 | ANL | Analyzed and reviewed revised 5 year plan and cash flow forecast. | 1.30 |
| 11/12/09 | BH | Review and analyze the forecast OCF for fiscal year ended Dec. 2009 based upon September actual results and current run rate trends for the 4th quarter. Provide information to UCC in response to questions on expected OCF levels and MIP payments. | 2.20 |
| 11/17/09 | ANL | Reviewed and analyzed Moelis report on updated 5 year plan. | 1.10 |
| 11/18/09 | HYL | Reviewed and communicated comments to Moelis regarding their draft of the discussion materials regarding the Company's updated projections (5 year plan). | 0.70 |
| 11/18/09 | HYL | Reviewed and provided comments regarding Moelis' draft discussion materials on the Company's updated projections (5 year plan) | 1.40 |
| 11/18/09 | YK | Reviewed and analyzed recently distributed draft of Moelis' 5 year projection review. Provided comments and feedback. | 1.80 |
| 11/18/09 | ANL | Reviewed Moelis Report to the UCC on updated 5 year plan. Provided comments to Moelis. | 0.90 |
| 11/18/09 | BH | Review draft update of 5-year plan by Moelis. Provide questions for inclusion in report. | 1.80 |
| | | **Total Hours** | **27.90** |

Invoice #              2023080-4

Re:                    Prospective Financials
Client/Matter #        005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 6.20 | 510.00 | 3,162.00 |
| Brad Hall | 4.90 | 595.00 | 2,915.50 |
| Albert Leung | 15.00 | 450.00 | 6,750.00 |
| Young Kim | 1.80 | 450.00 | 810.00 |
| **Total Hours & Fees** | **27.90** | | **13,637.50** |

Invoice #             2023080-5

Re:                   Vendor Issues
Client/Matter #       005735.00006

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/09 | YK | Reviewed and revised key contract savings analysis and 2008 summary. | 0.50 |
| 11/13/09 | ANL | Analyzed and reviewed HP contract assumption proposal. | 0.80 |
| 11/13/09 | BH | Review and analyze the impact of proposed changes to the HP contract and motion to amend. | 1.60 |
| 11/19/09 | BH | Review and analyze data provided by Tribune advisors regarding the HP and Kenexa motions. Draft memo to Chadbourne on the expected financial impact of both motions. | 2.50 |
| 11/20/09 | BH | Edit and review memo to Chadbourne on HP and Kenexa motions. Review proposed memo to UCC. | 1.80 |
| 11/20/09 | ANL | Analyzed and reviewed HP & Kenexa contract assumption proposal. Reviewed respective motions. Provided comments to UCC counsel. | 2.70 |
| 11/23/09 | BH | Update Chadbourne on the one-time costs anticipated with the approval of the HP motion to amend. | 0.40 |
| | | **Total Hours** | **10.30** |

Invoice #              2023080-5

Re:                    Vendor Issues
Client/Matter #        005735.00006

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 6.30 | 595.00 | 3,748.50 |
| Albert Leung | 3.50 | 450.00 | 1,575.00 |
| Young Kim | 0.50 | 450.00 | 225.00 |
| **Total Hours & Fees** | **10.30** | | **5,548.50** |

Invoice #            2023080-6

Re:                  Employee Issues
Client/Matter #      005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 11/03/09 | ANL | Analyzed and reviewed Debtors' retirement plan assumptions for 2010-2014. | 1.80 |
| 11/03/09 | BH | Review of proposed 2010 401-k retirement plan and compare the costs of the proposed plan with 2009 actual retirement plan expenses. Draft memo to Chadbourne on this plan and impact to the 5-year Plan expenses in Tribune financial projections. | 2.50 |
| 11/05/09 | BH | Draft memo to Chadbourne on the 401-k plan for 2010 and the changes in retirement benefits from 2009 coverage. Compare the costs of projected benefits using 401-k plan versus the cash contribution expense in the current ESOP arrangement. | 2.50 |
| 11/05/09 | ANL | Analyzed and reviewed 401K and pension fund projected expenses for 2010-2014. | 1.30 |
| 11/06/09 | ANL | Prepared memo to counsel on changes to employee retirement plans. | 1.80 |
| 11/06/09 | BH | Review and analyze the retirement benefit costs between actual 2009 YTD expenses versus projected 2010 costs. Draft a bridge analysis for presentation to UCC. | 1.50 |
| 11/09/09 | ANL | Analyzed and reviewed Debtors' 5 year estimates for pension plan expenses and 401(k) cash contributions. | 2.10 |
| 11/10/09 | ANL | Prepared summary of key retirement plan changes for UCC. Reviewed pension and ESOP plan documents. | 2.10 |
| 11/10/09 | AH | Review analysis of prepetition payments made to insiders and discuss with B. Hall/A. Leung (AlixPartners) | 1.70 |
| 11/10/09 | YK | Reviewed a draft presentation and identified issues to follow up on regarding new the Tribune 401k plan. | 0.60 |
| 11/11/09 | YK | Reviewed newly proposed employee retirement plan presentation and identified issues to follow up on. | 0.40 |
| 11/11/09 | AH | Review report to UCC re: employee retirement programs and discuss with A. Leung (AlixPartners) | 0.80 |
| 11/11/09 | ANL | Prepared presentation to UCC on recent retirement plan changes made by the Debtor and estimated costs. Reviewed 401(K) term sheet and supporting documents. | 2.70 |
| 11/11/09 | BH | Develop slides for 401-k and Cubs proceeds presentation to the UCC. | 1.20 |
| 11/12/09 | BH | Review and analyze cash and accrual expenses associated with 2009 actual retirement plans and compare to proposed 2010 401-k plan and memo from Tribune CEO. | 0.60 |
| 11/13/09 | BH | Review of the involvement of Eddy Hartenstein as COB of Sirius and his responsibilities at LA Times. | 0.50 |
| 11/16/09 | BH | Review and analyze issues raised by Chadbourne (Gallei) regarding the proposed 401-k plan and assumed participation | 2.30 |

Invoice #          2023080-6

Re:               Employee Issues
Client/Matter #   005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | level of employees. | |
| 11/16/09 | ANL | Analyzed and reviewed revised Tribune retirement plans. Addressed questions from UCC counsel regarding retirement plan changes. | 1.20 |
| 11/17/09 | BH | Review and analyze Mercer reports on retirement plan benchmarks in support of expected participation in 401-k plan for 2010. | 1.60 |
| | | **Total Hours** | **29.20** |

Invoice #              2023080-6

Re:                    Employee Issues
Client/Matter #        005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.50 | 790.00 | 1,975.00 |
| Brad Hall | 12.70 | 595.00 | 7,556.50 |
| Albert Leung | 13.00 | 450.00 | 5,850.00 |
| Young Kim | 1.00 | 450.00 | 450.00 |
| **Total Hours & Fees** | **29.20** | | **15,831.50** |

Invoice #                2023080-7

Re:                      Plan of Reorganization
Client/Matter #          005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/09 | HYL | Discussed, updated and reviewed 5% equity analysis. | 1.40 |
| 11/02/09 | ANL | Analyzed and reviewed bondholder post bankruptcy ownership model. | 2.20 |
| 11/03/09 | HYL | Prepared, reviewed and updated 5% equity analysis with data provided by Moelis presentation of theoretical recovery scenarios. | 4.10 |
| 11/03/09 | AH | Discuss and review 5% claims analysis, including Moelis report | 1.80 |
| 11/04/09 | BH | Review and analysis of the cash available for distribution in the POR and the assumptions of which creditors benefit from the cash distribution. | 1.00 |
| 11/04/09 | BH | Review and analysis of the change in cash distributions to major creditors based upon varying assumptions of outcomes in potential insolvency litigation. | 0.70 |
| 11/04/09 | HYL | Updated and reviewed 5% equity analysis including follow-up with Moelis regarding their theoretical recovery presentation. | 1.80 |
| 11/04/09 | ANL | Analyzed and reviewed summary of distributed value amongst classes of stakeholders. | 1.20 |
| 11/05/09 | AH | Review 5% holder analysis; discuss with H. Lee (AlixPartners) and send comments re: same to D. Deutsche (Chadbourne) | 1.30 |
| 11/05/09 | HYL | Updated and reviewed 5% equity analysis including follow-up with Moelis regarding their theoretical recovery presentation. | 2.80 |
| 11/22/09 | YK | Reviewed and analyzed FCC presentation from UCC attorneys. | 0.80 |
| 11/25/09 | ANL | Reviewed and analyzed objections to exclusivity. | 0.70 |
| 11/25/09 | BH | Review and analyze Tribune's request for an extension of exclusivity and objections filed by various parties. | 1.40 |
| | | **Total Hours** | **21.20** |

Invoice #           2023080-7

Re:                 Plan of Reorganization
Client/Matter #     005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 3.10 | 790.00 | 2,449.00 |
| Harold Y Lee | 10.10 | 510.00 | 5,151.00 |
| Brad Hall | 3.10 | 595.00 | 1,844.50 |
| Albert Leung | 4.10 | 450.00 | 1,845.00 |
| Young Kim | 0.80 | 450.00 | 360.00 |
| **Total Hours & Fees** | **21.20** | | **11,649.50** |

Invoice #          2023080-8

Re:             Claims & Recoveries
Client/Matter #    005735.00010

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/02/09 | BH | Discussions with Tribune advisors over the proposed use of $1000 level as the cut off for convenience claims in the POR. Review and analyze alternatives to the proposed convenience claim dollar level and the impact on POR. | 0.70 |
| 11/04/09 | BH | Draft memo to Chadbourne illustrating the impact of establishing alternative levels of convenience claim amounts. Describing the number and amount of claims affected by each alternative level. | 1.20 |
| 11/04/09 | HYL | Reviewed updated report on the status of the claims reconciliation process including detail on the trade claims. | 0.90 |
| 11/04/09 | HYL | Updated and reviewed convenience class analysis. | 0.50 |
| 11/05/09 | AH | Review convenience claim analysis; discuss with H. Lee (AlixPartners) and send comments re: same to D. Deutsche (Chadbourne) | 1.10 |
| 11/05/09 | HYL | Updated and reviewed convenience class analysis. | 1.80 |
| 11/06/09 | HYL | Follow-up discussion regarding incremental cost related to convenience class analysis. | 0.40 |
| 11/06/09 | BH | Review and analyze updated Claims reconciliation schedule from Tribune advisors. Evaluate the impact of tax claims made versus expected settlement payments for taxes. | 1.40 |
| 11/30/09 | HYL | Reviewed motion, certificate of no objection and order regarding the limited waiver of the requirements of local rule 3007-1 and authority to settle disputed claims. | 0.60 |
| | | **Total Hours** | **8.60** |

Invoice #              2023080-8

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.10 | 790.00 | 869.00 |
| Harold Y Lee | 4.20 | 510.00 | 2,142.00 |
| Brad Hall | 3.30 | 595.00 | 1,963.50 |
| **Total Hours & Fees** | **8.60** | | **4,974.50** |

Invoice #             2023080-9

Re:                  Asset Sales
Client/Matter #      005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/03/09 | BH | Review and analyze Tribune information on the movement of cash funds from the closing of the Cubs transaction. Obtain account balance screen shots and verification of the investment nature of accounts. | 1.90 |
| 11/03/09 | BH | Draft memo to Chadbourne to share with the UCC confirming the receipt of Cubs proceeds and the investment of funds in compliance with the terms of the transaction agreements. | 1.10 |
| | | **Total Hours** | **3.00** |

Invoice #            2023080-9

Re:                  Asset Sales
Client/Matter #      005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 3.00 | 595.00 | 1,785.00 |
| **Total Hours & Fees** | **3.00** | | **1,785.00** |

Invoice #            2023080-10

Re:                 Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/01/09 | AMJ | Reviewed and summarized various JPM SB, RA and BB email documents and email attachments. Focused on identifying pre-close solvency information that may impact fraudulent analysis. | 2.80 |
| 11/01/09 | AMJ | Reviewed and summarized various JPM YC email documents and email attachments. Focused on identifying pre-close solvency information. | 3.30 |
| 11/02/09 | AMJ | Reviewed and summarized various JPM YC e-mails and e-mail attachments. Noted any documents that APLLP has not seen before which relates to pre-close solvency information. | 2.80 |
| 11/02/09 | AMJ | Reviewed and summarized various JPM documents (PC, PD, DJ, RK, SK and JK e-mail documents). Focused on identifying any pre-close solvency information. | 3.40 |
| 11/02/09 | HYL | Reviewed and analyzed May 2007 guarantor and TCO legal entity balance sheets. | 1.70 |
| 11/02/09 | CR | Reviewed and updated document index for additional production. | 1.80 |
| 11/02/09 | CR | Reviewed Zell legal documents for valuation data. | 2.70 |
| 11/02/09 | CR | Analyzed debtor documents from Relativity data site. (2.0) Meeting with M. Rule (AlixPartners) (0.9) | 2.90 |
| 11/02/09 | CR | Reviewed and analyzed JPM valuation documents from Relativity. | 2.80 |
| 11/02/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information | 3.90 |
| 11/02/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.10 |
| 11/02/09 | RBD | Response to email from counsel and document review. Discussed status with M. Rule (AlixPartners) | 3.20 |
| 11/02/09 | BH | Review and analyze the legal entity financial statements provided by Tribune as of May 2007. Prepare questions to Tribune advisors on the reconciliation of legal entities in the financial reports with those identified in the MOR's. | 1.30 |
| 11/02/09 | BH | Review and analyze the consolidating Balance Sheets of each legal entity as of May 2007. Prepare an analysis of the entities ranked in order of Net Worth both inclusive and exclusive of intercompany balances. | 2.80 |
| 11/02/09 | MFR | Review of JPMorgan document related to equity value; discussion with R. Den Uyl (AlixPartners); response to Chadbourne. | 1.10 |
| 11/02/09 | MFR | Review and analysis of Tribune receivables purchase and loan agreements. | 1.50 |
| 11/02/09 | MFR | Status update with C. Rubel (AlixPartners). | 0.90 |

Invoice #   2023080-10

Re:     Avoidance Actions
Client/Matter #  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/09 | MFR | Review and analysis of Duff & Phelps key documents and workbooks. | 3.80 |
| 11/03/09 | MFR | Review and analysis of Duff & Phelps Excel models. | 4.90 |
| 11/03/09 | BH | Review and analyze the report prepared by Moelis on Recovery Analysis for each creditor class depending upon varied outcomes of potential solvency litigation. | 0.80 |
| 11/03/09 | BH | Review and analyze the payments made to insiders within a 12 month period preceding bankruptcy filing. Draft memo to Chadbourne describing the amounts and types of payments made to insiders. | 1.50 |
| 11/03/09 | RBD | Reviewed and analyzed Tribune documents and current analyses. | 3.30 |
| 11/03/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.80 |
| 11/03/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.20 |
| 11/03/09 | ANL | Analyzed and reviewed payments to current and former insiders. Reviewed management incentive plans, equity incentive plans, and transitional compensation plans. Prepared summary of findings. | 2.80 |
| 11/03/09 | ANL | Analyzed and reviewed Moelis presentation on bondholder recovery scenarios. | 2.60 |
| 11/03/09 | CR | Analyzed timing of Duff & Phelps valuation production. | 1.40 |
| 11/03/09 | CR | Reviewed D&P native file production for valuation models and analyses in excel format. | 2.60 |
| 11/03/09 | AMJ | Reviewed and summarized various JPM document production e-mails and e-mail attachments and identified all new documents which may impact the pre-close solvency analysis. | 1.90 |
| 11/03/09 | HYL | Reviewed and analyzed May 2007 balance sheets for net book value and intercompany balances. | 0.80 |
| 11/03/09 | HYL | Analyzed and organized May 2007 balance sheet data. Reviewed MOR appendix B notes. | 0.70 |
| 11/04/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 11/04/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 11/04/09 | RBD | Review Moellis report and review documents | 2.20 |
| 11/04/09 | BH | Review and analyze the May 2007 financial statements by legal entity. Determine the method of summarizing the Balance Sheet information and ranking the legal entities with the highest initial likelihood of insolvency as of May 2007. | 3.60 |

Invoice #                2023080-10

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/04/09 | MFR | Review and analysis of Zell financial models. | 1.70 |
| 11/04/09 | MFR | Review and analysis of Duff & Phelps dynamic financial models. | 3.90 |
| 11/05/09 | MFR | Review and analysis of Zell financial models. | 2.60 |
| 11/05/09 | SP | Reviewed and analyzed JP Morgan documents | 1.20 |
| 11/05/09 | BH | Review and analysis of consolidating balance sheets by legal entity as of May 2007. Draft presentation and discussion with team members on the impact of intercompany balances to balance sheets as presented by Tribune. | 2.00 |
| 11/05/09 | BH | Draft memo to Chadbourne regarding the amount and types of insider payments made in the one year preceding bankruptcy. Review the amount of payments in relation to the Tribune plans to confirm paid amounts are consistent with Tribune policies. | 2.80 |
| 11/05/09 | MFR | Review and analysis of Management projections; communication with Chadbourne regarding the same. | 3.60 |
| 11/05/09 | MFR | Review of Chadbourne's UCC status memo. | 2.40 |
| 11/05/09 | GLW | Reviewed debtor (TRB) documents | 4.30 |
| 11/05/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.10 |
| 11/05/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.90 |
| 11/05/09 | CR | Reviewed and analyzed Zell legal documents for valuation data. | 2.70 |
| 11/05/09 | CR | Analyzed and updated review document index for incremental JPM and TRB production. | 2.30 |
| 11/05/09 | ANL | Prepared summary of all bonuses and respective bonus plans paid to current and former insiders for UCC counsel. | 3.20 |
| 11/06/09 | CR | Reviewed JPM production from Relativity data site for valuation info. | 2.70 |
| 11/06/09 | CR | Analyzed valuation data from Zell legal documents. | 2.80 |
| 11/06/09 | CR | Analyzed debtor documents from Relativity data site for valuation information. | 2.50 |
| 11/06/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.70 |
| 11/06/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.60 |
| 11/06/09 | RBD | Review interim report and reviews | 3.80 |
| 11/06/09 | MFR | Review of Chadbourne's UCC status memo / comments to Chadbourne regarding the same. | 1.70 |
| 11/06/09 | MFR | Review revised UCC status memo / comment to Chadbourne | 1.60 |

Invoice #          2023080-10

Re:               Avoidance Actions
Client/Matter #   005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | regarding the same. | |
| 11/06/09 | SP | Reviewed and analyzed JP Morgan documents | 1.80 |
| 11/06/09 | MFR | Review of various key debtors documents. | 5.10 |
| 11/07/09 | CR | Analyzed valuation documents from Relativity data site. | 2.40 |
| 11/07/09 | CR | Reviewed and analyzed debtor production from Relativity data site. | 2.60 |
| 11/09/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 11/09/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 6.10 |
| 11/09/09 | AH | Review legal entity balance sheets | 0.30 |
| 11/09/09 | ANL | Analyzed and reviewed May 2007 balance sheet and income statement by legal entities. | 1.70 |
| 11/09/09 | CR | Updated document review index for additional production. | 1.60 |
| 11/09/09 | CR | Researched tax aspects of cost of debt computations. (2.0) Discussed cost of capital issue with M. Rule (AlixPartners) (0.8) | 2.80 |
| 11/09/09 | CR | Researched on pass-through entity valuation. (1.0) Status report with M. Rule (1.1) | 2.10 |
| 11/09/09 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 1.80 |
| 11/09/09 | CR | Analyzed Great Banc production for valuation data. | 1.70 |
| 11/09/09 | MFR | Internal discussion with C. Rubel (AlixPartners) regarding WACC. | 0.80 |
| 11/09/09 | BH | Respond to questions from Zuckerman about the financial statements of Tribune National Marketing, Tribune Media Services and Cubs legal entities. Send report to Zuckerman. | 0.80 |
| 11/09/09 | MFR | Review of VRC documents / update of various valuation analyses. | 3.30 |
| 11/09/09 | MFR | Status update with C. Rubel (AlixPartners). | 1.10 |
| 11/09/09 | MFR | Review and analysis of new JPMorgan documents. | 2.00 |
| 11/10/09 | MFR | Review and analysis of new JPMorgan documents. | 4.70 |
| 11/10/09 | MFR | Review of VRC documents / update of various valuation analyses. | 2.60 |
| 11/10/09 | BH | Conference call with Tom McCauley of Zuckerman to review financial information as of May 2007. | 0.70 |
| 11/10/09 | BH | Review and analyze shareholder payment information provided by Tribune advisors as a result of Phase 1 and Phase 2 of the go-private transaction. | 1.00 |
| 11/10/09 | BH | Review and analyze the balance sheets of Chicago Tribune, LA Times and Sun Sentinel as of May 2007 for discussion | 0.70 |

Invoice #           2023080-10

Re:                 Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | with Zuckerman. | |
| 11/10/09 | BH | Review and analyze detail asset holdings of Tribune National Marketing. Compare the book cost of investments with expected valuations from Lazard and Moelis analysis. | 0.50 |
| 11/10/09 | MFR | Communication with Chadbourne regarding tax savings. | 0.40 |
| 11/10/09 | MFR | Communication with Chadbourne re: edits to UCC status memo. | 0.70 |
| 11/10/09 | CR | Reviewed and analyzed JPM documents from Relativity data base. | 2.60 |
| 11/10/09 | CR | Reviewed additional Morgan Stanley production for valuation-related discussion. | 2.30 |
| 11/10/09 | CR | Analyzed company model projection sets with respect to VRC downsides. | 2.10 |
| 11/10/09 | CR | Reviewed and analyzed debtor document production from Relativity data site. | 2.30 |
| 11/10/09 | ANL | Analyzed and reviewed balance sheets by legal entity and provided analysis for UCC counsel. Participated in conference call with T. Macauley (Zuckerman). | 2.10 |
| 11/10/09 | ANL | Reviewed and revised insider transaction analysis. | 1.30 |
| 11/10/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 1.90 |
| 11/10/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 11/10/09 | RBD | Interim report and weekly call | 1.80 |
| 11/10/09 | HYL | Prepared for and participated in conference call with Zuckerman regarding May 2007 balance sheets. | 0.60 |
| 11/11/09 | RBD | Interim report to the Committee | 2.20 |
| 11/11/09 | AH | Review UCC counsel report draft on avoidance actions | 1.50 |
| 11/11/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.90 |
| 11/11/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.90 |
| 11/11/09 | CR | Reviewed and updated document index for incremental production. | 1.60 |
| 11/11/09 | CR | Analyzed Zell valuation models projection sets and price assumptions. | 2.60 |
| 11/11/09 | CR | Reviewed Morgan Stanley documents and analyst report sets from Relativity data site. | 2.70 |
| 11/11/09 | CR | Reviewed Zell legal communications from Relativity data site. | 1.60 |
| 11/11/09 | MFR | Review of JPMorgan projections / communication with | 2.60 |

Invoice #            2023080-10

Re:                  Avoidance Actions
Client/Matter #      005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Chadbourne regarding the same. | |
| 11/11/09 | MFR | Review and analysis of JPMorgan documents. | 3.90 |
| 11/12/09 | SP | Reviewed and analyzed JP Morgan documents produced | 0.90 |
| 11/12/09 | MFR | Review of Chadbourne UCC Status memo / communication with Chadbourne re: comments on the same. | 5.70 |
| 11/12/09 | MFR | Communication with Chadbourne re: tax savings. | 0.40 |
| 11/12/09 | MFR | Review and comments on revisions to UCC status memo. | 1.80 |
| 11/12/09 | CR | Updated document review index for recent production. | 1.60 |
| 11/12/09 | CR | Researched cost of capital guidance for non-taxable entities. | 2.10 |
| 11/12/09 | CR | Reviewed and analyzed debtor documents for valuation information. | 1.60 |
| 11/12/09 | CR | Reviewed Morgan Stanley production from Relativity data site. | 1.90 |
| 11/12/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 6.00 |
| 11/12/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 11/12/09 | AH | Summarize comments of draft avoidance actions report | 0.30 |
| 11/12/09 | RBD | Interim report to the Committee and response to Law Debenture | 5.20 |
| 11/13/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.60 |
| 11/13/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 11/13/09 | MFR | Execution of various confidentiality agreements. | 0.60 |
| 11/13/09 | MFR | Review of final draft of UCC status memo. | 3.10 |
| 11/13/09 | BH | Call with Tribune advisors on the payments made to shareholders as reported by the third party reporting agency. Discussion of the discrepancy between Tribune records and Compushare. | 1.30 |
| 11/13/09 | BH | Review and comment on draft interim report from Chadbourne on potential fraudulent conveyance issues. | 1.40 |
| 11/13/09 | RBD | Interim Report of Committee review | 0.80 |
| 11/13/09 | CR | Reviewed and analyzed JPMorgan documents from Relativity database. | 2.20 |
| 11/13/09 | CR | Reviewed debtor documents for valuation and projection information from data site. | 2.10 |
| 11/16/09 | MFR | Review and analysis of various JPM credit analysis/memos / communication to Chadbourne re: the same. | 4.10 |
| 11/16/09 | JLL | Populated document index with descriptions of TRB documents reviewed | 2.50 |

Invoice #              2023080-10

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/16/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.80 |
| 11/17/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 11/17/09 | ANL | Analyzed and reviewed interim report on LBO and discovery. | 1.20 |
| 11/17/09 | HYL | Reviewed Interim Report on LBO Transaction. | 1.60 |
| 11/17/09 | MFR | Communication with Chadbourne re: additional discovery targets. | 0.70 |
| 11/17/09 | MFR | Review of certain JPMorgan documents / communication with Chadbourne regarding the same. | 1.10 |
| 11/17/09 | MFR | Review of various VRC documents / communication with Zuckerman regarding the same. | 1.30 |
| 11/17/09 | MFR | Review of UCC presentation slides / comments to Chadbourne regarding the same. | 2.00 |
| 11/17/09 | MFR | Reconciliation of debt and valuation figures contained in JPMorgan documents / communication with Chadbourne regarding the same. | 2.20 |
| 11/17/09 | BH | Discussion with Tribune advisors on questions regarding the timing of payments made to selling shareholders in the go-private transaction. | 0.40 |
| 11/17/09 | BH | Draft report to Chadbourne on the payments made to shareholders at Phase 1 and Phase 2 of go-private transaction. Provide listing of all major recipients of proceeds from data supplied by Tribune advisors. | 1.80 |
| 11/17/09 | JLL | Populated document index with descriptions of TRB documents reviewed | 2.70 |
| 11/18/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 11/18/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.90 |
| 11/18/09 | RBD | Review documents and interim report | 2.20 |
| 11/18/09 | CR | Reviewing and updating review document index for additional JPM, Holden and debtor production. (1.0) Held discussion with M. Rule (AlixPartners) on status (0.8) | 1.80 |
| 11/18/09 | YK | Reviewed and analyzed VRC analysis and assumptions. Reviewed interim report on LBO transaction. | 1.70 |
| 11/18/09 | MFR | Review of various VRC documents / communication with Zuckerman regarding the same. | 3.10 |
| 11/18/09 | MFR | Review of various Zell financial models / communication with Chadbourne regarding the same. | 2.70 |
| 11/18/09 | SP | Reviewed document production from JP Morgan Chase | 1.30 |

Invoice #               2023080-10

Re:                     Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/18/09 | MFR | Review and analysis of debtors documents. | 2.50 |
| 11/18/09 | MFR | Status update with C. Rubel (AlixPartners). | 0.80 |
| 11/19/09 | MFR | Review and analysis of new debtors documents. | 1.90 |
| 11/19/09 | SP | Reviewed and analyzed JP Morgan document production | 0.70 |
| 11/19/09 | MFR | Review of various VRC documents / communication with Chadbourne regarding the same. | 1.40 |
| 11/19/09 | MFR | Review of Duff & Phelps documents / communication with Chadbourne regarding the same. | 0.70 |
| 11/19/09 | BH | Provide report to Chadbourne on the amount and timing of payments made during the go-private transaction. Review the top 10 payments made at each Phase and discuss any discrepancies with Tribune records relative to third party records. | 1.70 |
| 11/19/09 | GLW | Reviewed debtor (TRB) documents | 1.50 |
| 11/19/09 | CR | Updated review document index for additional production. | 1.80 |
| 11/19/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 3.70 |
| 11/19/09 | YK | Reviewed and analyzed interim report on LBO transaction, transaction history, solvency arguments and support. | 1.70 |
| 11/19/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 1.60 |
| 11/19/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 3.90 |
| 11/20/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 11/20/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 11/20/09 | CR | Discussed review status with M. Rule. (AlixPartners) | 0.40 |
| 11/20/09 | CR | Reviewed and updated document index for additional production. | 1.40 |
| 11/20/09 | CR | Reviewed and analyzed JPMorgan documents from Relativity data site. | 6.20 |
| 11/20/09 | YK | Reviewed and analyzed documents and exhibits related to Law Debenture objection. | 0.80 |
| 11/20/09 | MFR | Review of Murray Devine documents / communication to Den Uyl (AlixPartners) regarding the same. | 3.70 |
| 11/20/09 | MFR | Review of Houlihan documents / communication to Zuckerman regarding the same. | 1.50 |
| 11/20/09 | MFR | Review and analysis of JPMorgan financial models / projections. (2.7) Held meeting with C. Rubel (AlixPartners) (0.4) | 3.10 |
| 11/22/09 | YK | Reviewed and analyzed VRC financial models and | 0.80 |

Invoice #                2023080-10

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | documents. | |
| 11/23/09 | CR | Updated review document index for additional production. | 1.10 |
| 11/23/09 | CR | Reviewed JPMorgan documents from Relativity data site. (5.6) Meeting with M. Rule to discuss status. (0.7) | 6.30 |
| 11/23/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 11/23/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 11/23/09 | MFR | Preparation for and call with Zuckerman regarding upcoming Duff & Phelps deposition. | 1.30 |
| 11/23/09 | MFR | Review and analysis of Duff & Phelps documents. | 7.00 |
| 11/23/09 | MFR | Status update with C. Rubel (AlixPartners). | 0.70 |
| 11/23/09 | ANL | Analyzed and reviewed Tribune shareholder activity related to the LBO transaction. | 0.80 |
| 11/24/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 11/24/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 3.30 |
| 11/24/09 | MFR | Review and analysis of Duff & Phelps documents. | 6.10 |
| 11/24/09 | MFR | Review of various VRC documents / communication with Zuckerman regarding the same. | 1.20 |
| 11/24/09 | CR | Reviewed and updated document index for production added to Relativity. | 2.10 |
| 11/24/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 1.90 |
| 11/24/09 | CR | Reviewed and analyzed Great Banc documents on Relativity data site. | 3.10 |
| 11/25/09 | CR | Provided progress summary to M. Rule. | 0.30 |
| 11/25/09 | CR | Analyzed VRC valuation support documents related to deposition preparation. | 0.90 |
| 11/25/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 4.80 |
| 11/25/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 11/25/09 | BH | Request information from Tribune advisors on the quarterly versus monthly financial results by legal entity given consolidations and elimination's occur only quarterly. Estimate the impact of using monthly versus quarter end balance sheet results and discuss with Chadbourne. | 1.10 |
| 11/25/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 11/30/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |

Invoice #              2023080-10

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/30/09 | GLW | Reviewed debtor (TRB) documents | 1.00 |
| 11/30/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 3.00 |
| | | **Total Hours** | **478.40** |

| Invoice # | 2023080-10 |
| --- | --- |
| Re: | Avoidance Actions |
| Client/Matter # | 005735.00014 |

Fee Recap:

| Consultant | Hours | Rate | Amount |
| --- | --- | --- | --- |
| R Bruce Den Uyl | 24.70 | 835.00 | 20,624.50 |
| Alan Holtz | 2.10 | 790.00 | 1,659.00 |
| Mark F Rule | 117.60 | 510.00 | 59,976.00 |
| Harold Y Lee | 5.40 | 510.00 | 2,754.00 |
| Brad Hall | 26.20 | 595.00 | 15,589.00 |
| Albert Leung | 15.70 | 450.00 | 7,065.00 |
| Young Kim | 5.00 | 450.00 | 2,250.00 |
| Jeff L Lack | 147.50 | 380.00 | 56,050.00 |
| Stefan Piotrowski | 5.90 | 295.00 | 1,740.50 |
| Adam M Janovsky | 14.20 | 295.00 | 4,189.00 |
| Christopher Rubel | 107.30 | 295.00 | 31,653.50 |
| Lute Winkelman | 6.80 | 365.00 | 2,482.00 |
| **Total Hours & Fees** | **478.40** | | **206,032.50** |

Invoice #              2023080-11

Re:                    UCC Meetings
Client/Matter #        005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/03/09 | BH | Participate in the weekly professionals call with Chadbourne to discuss case status and ongoing projects. | 1.10 |
| 11/03/09 | MFR | Participated in UCC professionals' conference call. | 1.00 |
| 11/03/09 | RBD | Participated in UCC professionals' conference call | 1.00 |
| 11/10/09 | AH | Weekly update call with UCC professionals | 1.30 |
| 11/10/09 | BH | Participate in weekly Professionals call with Chadbourne, Moelis and Zuckerman to update on projects and preparation for upcoming UCC meetings. | 0.90 |
| 11/12/09 | BH | Participate in weekly UCC meeting (telephonic). | 1.00 |
| 11/12/09 | BH | Prepare for presentation to UCC of the following topics. Weekly results, Third Quarter results, 401-k retirement plans for 2010 versus historic retirement plans, and proposed pay down of Barclays DIP facility. | 2.10 |
| 11/12/09 | AH | Participate on weekly UCC meeting (telephonic) | 1.00 |
| 11/17/09 | MFR | Participated in UCC professionals' conference call. | 0.90 |
| 11/17/09 | BH | Participate telephonically in weekly UCC Professionals call. | 0.90 |
| 11/17/09 | AH | Weekly update call with UCC professionals | 1.10 |
| 11/18/09 | BH | Preparation of materials supporting discussion of weekly financial results during UCC meeting on 11-19. | 1.20 |
| 11/19/09 | BH | Participate in UCC meeting (telephonically). | 2.50 |
| 11/19/09 | MFR | Participated in UCC conference call. | 3.50 |
| 11/19/09 | AH | Professionals' pre-meeting preparations for UCC meeting | 1.00 |
| 11/19/09 | AH | Participate in UCC meeting at Chadbourne | 3.60 |
| 11/19/09 | RBD | Participate in Tribune Creditors' Committee call | 4.20 |
| 11/19/09 | ANL | Prepared for and participated in Unsecured Creditors' Committee meeting (in person). | 4.50 |
| 11/24/09 | MFR | Participated in UCC conference call. | 1.00 |
| 11/24/09 | BH | Participate in weekly UCC Professionals call with Chadbourne and Moelis. | 0.90 |
| 11/24/09 | RBD | Participated in conference call with Creditors' Committee | 0.80 |
| | | **Total Hours** | **35.50** |

Invoice #              2023080-11

Re:                    UCC Meetings
Client/Matter #        005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 6.00 | 835.00 | 5,010.00 |
| Alan Holtz | 8.00 | 790.00 | 6,320.00 |
| Mark F Rule | 6.40 | 510.00 | 3,264.00 |
| Brad Hall | 10.60 | 595.00 | 6,307.00 |
| Albert Leung | 4.50 | 450.00 | 2,025.00 |
| **Total Hours & Fees** | **35.50** | | **22,926.00** |

Invoice #          2023080-12

Re:               Billing and Retention
Client/Matter #   005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/04/09 | ANL | Prepared October fee application. | 1.20 |
| 11/06/09 | YK | Prepared October 2009 fee application. | 1.50 |
| 11/09/09 | YK | Prepared October 2009 fee application. | 1.60 |
| 11/10/09 | YK | Prepared October 2009 fee application. | 1.10 |
| 11/10/09 | ANL | Prepared October fee application. | 1.20 |
| 11/11/09 | ANL | Prepared October fee application. | 1.10 |
| 11/11/09 | YK | Prepared October 2009 fee application. | 0.70 |
| 11/12/09 | YK | Prepared October 2009 fee application. | 1.70 |
| 11/13/09 | ANL | Prepared October fee application and exhibits. | 0.80 |
| 11/16/09 | YK | Prepared October 2009 fee application. | 1.20 |
| 11/17/09 | YK | Prepared October 2009 fee application. | 1.80 |
| 11/17/09 | ANL | Prepared exhibits for October fee application. | 0.80 |
| 11/18/09 | YK | Prepared October 2009 fee application. | 2.20 |
| 11/19/09 | YK | Prepared October 2009 fee application. | 2.50 |
| 11/19/09 | ANL | Reviewed and revised October fee application and exhibits. | 1.10 |
| 11/20/09 | AH | Review October time detail for fee application | 1.00 |
| 11/20/09 | YK | Prepared October 2009 fee application. | 2.40 |
| 11/22/09 | YK | Prepared October 2009 fee application. | 2.10 |
| 11/23/09 | YK | Prepared October 2009 fee application. | 1.80 |
| 11/23/09 | AH | Review October fee application | 0.80 |
| 11/23/09 | ANL | Prepared October fee application motion and exhibits for filing. | 2.20 |
| 11/24/09 | ANL | Reviewed and revised October monthly fee application motion and exhibits. | 1.80 |
| 11/24/09 | YK | Prepared October 2009 fee application. | 0.60 |
| 11/24/09 | AH | Finalize October fee application and send to counsel | 0.30 |
| | | **Total Hours** | **33.50** |

Invoice #            2023080-12

Re:                 Billing and Retention
Client/Matter #     005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.10 | 790.00 | 1,659.00 |
| Albert Leung | 10.20 | 450.00 | 4,590.00 |
| Young Kim | 21.20 | 450.00 | 9,540.00 |
| **Total Hours & Fees** | **33.50** | | **15,789.00** |