# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Expenses | Amount |
| --- | ---: |
| Cab Fare/Ground Transportation | $147.00 |
| Meals & Tips | 106.00 |
| Long Distance Calls | 10.07 |
| Meals - Engagement Team | 55.51 |
| **Total Disbursements** | **$318.58** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 09/01/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home (In town) | 17.00 |
| 09/01/09 | Meals & Tips Mark Rule-Dinner (In town) | 17.00 |
| 09/02/09 | Cab Fare/Ground Transportation Mark Rule-Cab To Airport | 40.00 |
| 09/02/09 | Meals & Tips Mark Rule-Dinner (out of town) | 12.00 |
| 09/03/09 | Cab Fare/Ground Transportation Mark Rule-Cab Home From Airport | 40.00 |
| 09/03/09 | Meals & Tips Mark Rule-Dinner (out of town) | 16.00 |
| 10/28/09 | Meals & Tips Young Kim-Dinner (In town) | 19.00 |
| 10/30/09 | Meals & Tips Albert Leung-Dinner (In town) | 26.00 |
| 10/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference Calls October 09 Y Kim | 10.07 |
| 11/04/09 | Meals - Engagement Team Harold Lee-Lunch-Tribune-Tribune Team Lunch-Harold Lee; Albert Leung; Young Kim (In town). | 40.25 |
| 11/07/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office To My Home (In town). | 15.00 |
| 11/09/09 | Cab Fare/Ground Transportation Albert Leung (In town) | 11.00 |
| 11/09/09 | Meals & Tips Albert Leung-Dinner (In town) | 16.00 |
| 11/17/09 | Meals - Engagement Team Young Kim-Lunch-Tribune-Team Lunch (in-town)-Young Kim; Brad Hall (In town). | 15.26 |
| 11/18/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home (In town) | 12.00 |
| 11/19/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home (In town) | 12.00 |
| | **Total Disbursements** | **318.58** |