# EXHIBIT A

TRIBUNE COMPANY, et al.

EXHIBIT A

SUMMARY SHEET

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|:---:|
| William A. Niese | $1,458.83 |
| Warner Brothers | $1,701.22 |
| Washington-Baltimore Newspaper Guild | $358.50 |
| Washington-Baltimore Newspaper Guild (Counsel) | $762.75 |
| TOTAL | $4,281.30 |

TRIBUNE COMPANY, et al.

EXHIBIT A

SCHEDULE OF EXPENSES

William A. Niese
6061 Lake Vista Drive
Bonsall, CA  92003

| Type of Expense | November 19, 2009 Meeting (New York) |
|---|---|
| Airfare | $434.20 |
| Hotel | 785.02 * |
| Meals - Dinner $56.61 ** <br> - Breakfast (hotel) $26.86 | 83.47 |
| Cab Fare | 100.14 |
| Parking | 56.00 |
| Total: | $1,458.83 |

\* Represents two nights of receipted amount.

\*\* Represents one half of receipted amount.

**TOTAL ALLOWED AMOUNT:   $1,458.83**

## CONTACT INFORMATION

WILLIAM NIESE
6061 LAKE VISTA DRIVE
BONSALL CA 92003
UNITED STATES

niesesr@cox.net

Home: 7607587101

## PASSENGER INFORMATION

2 Passengers

- Adult 1: William Niese
- Adult 2: Dorothy Ann

## PRICING

| | | |
|---|---|---|
| Flight 1: | $ 370.24 | USD |
| Flight 2: | $ 249.30 | USD |
| 2 Seat fee | $ 160.00 | USD |
| Taxes | $ 88.86 | USD |
| **Total Price** | **$ 868.40** | **USD** |

## PAYMENT

*Payment via Credit Card*
- Payment Status: CONFIRMED
- Form of payment: Visa
- Cardholder name: WILLIAM NIESE
- Card Number: XXXXXXXXXXXX7928
- Payment amount: $ 868.40 USD

## SEATS GOING OUT

San Diego, CA (SAN) to New York City (JFK)                                         Flight 182
   William Niese                                    Seat 05B
   Dorothy Ann                                      Seat 05A

## SEATS COMING BACK

New York City (JFK) to San Diego, CA (SAN)                                         Flight 185
   William Niese                                    Seat 05F
   Dorothy Ann                                      Seat 05E

**Fare Restrictions:**

- This fare is nonrefundable and name changes are not permitted.
- Reservations made with this fare may be changed or canceled at jetblue.com or by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $100 per person plus any applicable difference in airfare. Any remaining balance will be placed in a JetBlue credit and may be applied toward a future reservation for one year. Customers with hearing or speech impairments can call our toll-free TTY/TDD telephone number, 1-800-336-5530.
- If a reservation made with this fare is not changed or canceled prior to scheduled departure, all money associated with this fare is forfeited.
- This fare is capacity controlled. Seats offered at this fare are limited and may not be available on all flights.
- All fares are subject to change until purchased.

**Conditions of Contract:**

All travel on JetBlue, whether it is domestic or international travel, is subject to JetBlue's Contract of Carriage, the terms of which are incorporated herein by reference. International travel may also be subject to JetBlue's international passenger rules tariffs on file with the U.S. and other governments, and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. Incorporated terms include, but are not restricted to: 1. Liability limitations for baggage, including special rules for fragile and perishable goods and the availability of excess valuation. 2. Liability limitations for personal injury or death. 3. Claims restrictions, including time periods within which passengers must file a claim or bring an action against JetBlue. 4. Rights of JetBlue to change the terms of contract. 5. Rules on reservations, check-in, and refusal to carry. 6. JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting. 7. Non-refundability of reservations. 8. The Contract of Carriage and tariffs may be inspected at all JetBlue airport customer service



**NEW YORK MARRIOTT MARQUIS**

1535 Broadway, New York City, New York 10036 (212) 398-1900

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 3228 | NIESE/WILLIAM | 339.00 | 11/21/09 | 12:00 | 15428 |
| TYPE | | | ARRIVE | TIME | |
| GNK | | | 11/18/09 | 22:47 | |
| 163 | | | | | |

ROOM CLERK    ADDRESS                                      MR#: XXXXX7884

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 11/18 | ROOM TR | 3228, 1 | 339.00 | | |
| 11/18 | RM TAX | 3228, 1 | 30.09 | A | |
| 11/18 | CITY TAX | 3228, 1 | 19.92 | B | |
| 11/18 | OCC JAV | . | 3.50 | | |
| 11/19 | ENCORE | 16473228 | 26.86 | | |
| 11/19 | ROOM TR | 3228, 1 | 339.00 | | |
| 11/19 | RM TAX | 3228, 1 | 30.09 | A | |
| 11/19 | CITY TAX | 3228, 1 | 19.92 | B | |
| 11/19 | OCC JAV | . | 3.50 | | |
| 11/20 | ROOM TR | 3228, 1 | 339.00 | | |
| 11/20 | RM TAX | 3228, 1 | 30.09 | A | |
| 11/20 | CITY TAX | 3228, 1 | 19.92 | B | |
| 11/20 | OCC JAV | . | 3.50 | | |
| 11/21 | VS CARD | | | $1204.39 | |

TO BE SETTLED TO:    VISA          CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL EXTENSION 6200, OR PRESS "MENU" ON YOUR TV. FOR
AN UPDATED FOLIO CHECK OUT WITH OUR SELF SERVICE LOBBY KIOSK

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| I | PHONE SALES TAX | .00 | .00 |
| J | NYC 2.35% UTILITY TX | .00 | .00 |
| L | NYS GROSS REC. TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 1204.39 | .00 | .00 | 1204.39 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Marriott Rewards Account # XXXXX7884
Date 11/18/09-11/21/09 Est. Eligible Revenue    $1043.86
Est. base Points Earned: 10439
For account activity: 801-468-4000 or www.Marriott.com



NEW YORK MARRIOTT MARQUIS

For questions regarding this folio
Please call Marriott Business Service
Toll Free at (866) 435-7627

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

```
0163
Server: MILTON S (#215)           Rec: 61
11/19/09 20:21, Swiped    T: 42 Term: 4

LA MASSERIA
235 West 48th Street
New York, NY
(   )   -
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
VISA            XXXXXXXXXXXX7928
Name: WILLIAM NIESE
00 TRANSACTION APPROVED
AUTHORIZATION #: 02505C
Reference: AU|1475|23
TRANS TYPE: Credit Card SALE

CHECK:              113.23

TIP:    _____

TOTAL:  _____



X_____


***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
SIGNED COPY-> MERCHANT
```

*Cab From JFK*
```
11/18/09 10:35PM
MEDALLION  6E61
DRIVER   431074
TRIP#         8
START   10:02PM
END     10:30PM
DIST     18.3 mi
-----------------
JFK TO MANHATTAN
RATE 2   18.3 mi
FARE       45.00
EXTRAS      0.50
TOLLS       4.57
TOTAL      50.07
=================
```

*Cab To JFK*
```
11/21/09 12:46PM
MEDALLION  8Y83
DRIVER   483512
TRIP#        17
START   12:06PM
END     12:39PM
DIST     18.1 mi
-----------------
JFK TO MANHATTAN
RATE 2   18.1 mi
FARE       45.00
EXTRAS      0.50
TOLLS       4.57
TOTAL      50.07
=================
```

```
ALADDIN AIRPORT PARKING
    2548 Kettner Blvd.
   USA-92101 San Diego
      Tax CodeUSO

Lane 4      11/21/09 19:53
Receipt 031110

Long-term parking tkt
SP - No. 039991
11/18/09 10:37 -
11/21/09 19:53 -
Period 3d9h17'
(Tax)                  $56.00
                       -------
Total                  $56.00

Payment Received
VISA                   $56.00
----Thank You----
----Ampco System Parking-
----Aladdin Garage----
----Aladdin Garage----

Sub Total              $56.00
          Amounts in USD.
          Date=Receipt Date
```

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

| Type of Expense | November 19, 2009 Meeting (New York) |
|---|---|
| Airfare | $1,019.60 |
| Hotel | 414.70 |
| Transportation | 224.28 |
| Parking | 27.64 |
| Tips | 15.00 |
| Total: | $1,701.22 |

**TOTAL ALLOWED AMOUNT:  $1,701.22**

12/01/2009 09:31 FAX 818 954 5434          WBEI CORPORATE LEGAL                    ☒003/008



PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO-GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on November 03, 2009/2:12 AM UTC

### Invoice
Total Invoice Amount: $2,631.45
Electronic Ticket Number: 0167715456994
Invoice Number: 0270084
Ticket Amount: $2,631.45
Form of Payment: AX***********1001

Coach Fare $1,019.60

This ticket information applies to the following trip(s):

United Airlines Flight 26 from Los Angeles to New York on November 18
United Airlines Flight 25 from New York to Los Angeles on November 19

### Travel Summary - Record JMTDSG

Traveler
SMITH / WAYNE M
Reference number by traveler: ETR

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|------|---------|---------------|---------------|------------|
| 11/18/2009 | LAX-JFK | UA 26 | 01:26 PM/09:59 PM | First |
| 11/18/2009 |  | BLS | 09:59 PM |  |
| 11/18/2009 | JFK | Jumeirah Essex House | 11/18-11/19 | Minimum 1 queen bed |
| 11/19/2009 |  | BLS | 04:00 PM |  |
| 11/19/2009 | JFK-LAX | UA 25 | 06:08 PM/09:39 PM | First |

### Remarks
DIVISION IS WB LEGAL MISC CC USED
UNITED FIRST CLASS REFUNDABLE FARE 2631.45

### AIR - Wednesday, November 18 2009
United Airlines  Flight UA26  First Class

| | |
|---|---|
| Depart: | Los Angeles International Airport, TERMINAL 7 |
|  | Los Angeles, California, United States |
|  | 01:26 PM Wednesday, November 18 2009 |
| Arrive: | John F Kennedy Intl, TERMINAL 7 |
|  | New York, New York, United States |
|  | 09:59 PM Wednesday, November 18 2009 |
| Duration: | 5 hour(s) and 33 minute(s) non-stop |
| Status: | Confirmed - United Airlines Booking Reference: QSWWWI |
| Meal: | Lunch |
| Equipment: | Boeing 757 Passenger |
| Seat: | 01C |
| FF Number: | UA00203924305 - SMITH/WAYNE M |

 **BCD travel**

**BCD TRAVEL-WARNER BROS STUDIOS**
*AFTER HOUR ASSISTANCE - 866-299-4566 / MEMBERSHIP CODE SH1M9*
Phone: 1-800-551-1101

| PREPARED FOR | TRIP TO |
|---|---|
| **WAYNE M SMITH** | |
| RESERVATION CODE | TRAVEL DATES |
| **HMVXDI** | |

**Travel Arranger Priority Comments**
DIVISION IS WB LEGAL MISC CC USED
UNITED COACH REFUNDABLE FARE 1019.60  ← *Coach Airfare*

**Notes**
-----------------AFTER HOURS EMERGENCY CONTACTS---------
PLEASE CALL THE TRAVEL DEPT DURING OPERATING HOURS
MON-FRI 600AM PST - 600PM PST - 818-977-3062
FOR TRAVEL EMERGENCIES AFTER 6PM ***ONLY*** AND ON
WEEKENDS PLEASE CALL 1-866-299-4566 AND USE MEMBERSHIP
CODE SH1M9
IF TRAVELING OUTSIDE THE US OR CANADA PLEASE HAVE
INTERNATIONAL OPERATOR PLACE A COLLECT CALL TO
847-759-5437 FOR TRAVEL ASSISTANCE
-----------------SECURE FLIGHT REQUIREMENTS--------------
THE TRANSPORTATION SECURITY ADMINISTRATION TSA
OF THE U.S. DEPARTMENT OF HOMELAND SECURITY DHS
REQUIRES PASSENGERS TO PROVIDE FULL NAME DATE OF BIRTH
AND GENDER WHEN MAKING TRAVEL ARRANGEMENTS.
THIS INFORMATION MUST MATCH THE DATA ON THE GOVERNMENT
ID PRESENTED AT THE AIRPORT. IF YOU CHOOSE NOT TO
DISCLOSE THIS INFORMATION YOU MAY BE DENIED ADVANCE
SEATING ASSIGNMENTS ONLINE CHECK-IN PRIVILEGES AND
SUBJECT TO ADDITIONAL SECURITY SCREENING AT THE TIME
OF DEPARTURE. MORE INFORMATION MAY BE OBTAINED
ON THE TSA WEBSITE WWW.TSA.GOV
-----------------SECURITY INFORMATION-------------------
FOR SECURITY INFORMATION PLEASE REFER TO THE US STATE
DEPARTMENT WEBSITE WWW.TRAVEL.STATE.GOV
FOR RECORDED INFORMATION PLEASE CALL 202-647-5225
FOR EMERGENCY SITUATIONS ABROAD CALL 202-647-5226
ALSO CONTACT WB SECURITY 24/7 AT 818-954-3333 FOR ANY
EMERGENCY ASSISTANCE - COLLECT CALLS WILL BE ACCEPTED
FOR INTERNATIONAL HEALTH/IMMUNIZATION REQUIREMENTS
REFER TO THE CDC WEBSITE WWW.CDC.GOV/TRAVEL
FOR ADDITIONAL HEALTH INFORMATION PLEASE REFER TO
THE WHO WEBSITE WWW.WHO.INT
-----------------KEY CONTACT INFORMATION----------------
FOR WORLDWIDE MEDICAL ASSISTANCE
IN THE US AND CANADA CALL 1-800-263-0261
FOR ELSEWHERE IN THE WORLD CALL COLLECT 1-416-977-0277
WHEN CALLING PLEASE IDENTIFY YOURSELF AS A ZURICH U.S.
POLICY HOLDER GROUP NUMBER GTU 3586832
-----------------MISC AIRLINE ADVISORIES----------------
PLEASE BE ADVISED THAT SOME AIRLINES CHARGE SERVICE
FEES FOR CHANGES MADE DIRECTLY WITH THE AIRLINE
-----------------------------------------------------
-----------------BAGGAGE INFORMATION-------------------
PLEASE NOTE MANY AIRLINES HAVE ENFORCED STRICT BAGGAGE
REQUIREMENTS WHICH INCLUDES SIZE/WEIGHT/NUMBER OF BAGS
THESE REQUIREMENTS MAY RESULT IN ADDITIONAL FEES
AND MAY BE CHARGED BY THE AIRLINES AT CHECK IN
TRAVEL ORDERED BY YOLANDA 818-954-6007

sabre

12/01/2009 09:31 FAX 818 954 5434     WBEI CORPORATE LEGAL     ☒005/008

Reservation Receipt (Res#734359)     Page 1 of 1

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# : 194014
Invoice# : CCB111909
Inv Date : 11/19/2009

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11/18/2009 | Res#: 734359   PU: JFK 26 UA<br>Drop: 160 CENTRAL PARK SOUTH RADIO CITY NY 10019<br>Pickup: 21:32   Passenger: SMITH WAYNE M<br>Flat:    TC<br>Req By: CHERYL ANN KRUG,    Gratuity:<br>CELL PHONE 818-424-1658; | $103.47<br>$0.00<br>$0.00 | |
| Extra Services | Tax:<br>Discount:<br>Deposit: | $8.67 | |
| | Ride Total:<br>Paid By Credit Card xxxxxxxxxxxx1001    Trip Amount Due: | $112.14<br>$0.00 | |

© 1992-2009 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp     11/30/2009

12/01/2009 09:32 FAX 818 954 5434     WBEI CORPORATE LEGAL     ☒006/008

Reservation Receipt (Res#734360)     Page 1 of 1

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

**Ride Receipt**

Account# : 194014
Invoice# : CCB112009
Inv Date : 11/20/2009

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11/19/2009<br><br>Extra Services | Res#: 734360    PU: NY-TIME WARNER CENTER NEW YORK NY 10019-2<br>Drop: JFK 25 UA<br>Pickup: 16:00    Passenger: SMITH WAYNE M<br>Flat:<br>Req By: CHERYL ANN KRUG,    CELL PHONE :818-424-1658<br><br>TC<br>Gratuity:<br><br>Tax:<br>Discount:<br>Deposit:<br><br>Ride Total:<br>Paid By Credit Card xxxxxxxxxxx1001    Trip Amount Due: | $103.47<br>$0.00<br>$0.00<br><br>$8.67<br><br><br><br>$112.14<br>$0.00 | |

© 1992-2009 Ground Travel Technology Team, Inc.
(GT3) All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp     11/30/2009

12/01/2009 09:32 FAX 818 954 5434          WBEI CORPORATE LEGAL                         ☒007/008



### INFORMATION INVOICE

160 Central Park South, New York, NY 10019
Tel: +1 (212) 247 0300  Fax: +1 (212) 315 1839
jumeirah.com

Mr Wayne M Smith
No Address
La Canada Flintridge CA 91011
United States

| | |
|---|---|
| Room Number: | 2110 |
| Arrival Date: | 11-18-09 |
| Departure Date: | 11-19-09 |
| Voucher/PO No.: | |
| Page No: | 1 of 1 |
| Confirmation No.: | 9789657 |
| Folio No: | |

Travel Agent : BCD TRAVEL USA L.L.C.
Company:     Time Warner

11-19-09

| Date | Description | Reference | Charges/Adj | Payments |
|---|---|---|---|---|
| 11-18-09 | Package Charge | | 359.00 | |
| 11-18-09 | Sales Tax 8.875% | | 31.41 | |
| 11-18-09 | City Occ Tax 5.875% | | 20.79 | |
| 11-18-09 | City Occ Tax per Rm/Night | | 2.00 | |
| 11-18-09 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| | | Total | 414.70 | 0.00 |
| | | Balance | 414.70 | |



| William Salganik<br>Washington-Baltimore Newspaper Guild<br>10386 Eclipse Way<br>Columbia, MD  21044 | | |
|---|---|---|
| **Type of Expense** | **September 9, 2009<br>Meeting<br>(New York)** | **November 19, 2009<br>Meeting<br>(New York)** |
| Train Fare | 291.00 | 23.50* |
| Hotel | .00 | .00 |
| Parking | 15.00 | .00 |
| Cab Fare | .00 | 7.00 |
| Mileage | 22.00 | .00 |
| Total: | $328.00 | $30.50 |

* No receipt for return trip ($11.75).

**TOTAL ALLOWED AMOUNT: $358.50**

## SEPTEMBER 9, 2009 MEETING




## NOVEMBER 19, 2009 MEETING



```
         RECEIPT
11/19/09        08:13

NJ TRANSIT Rail
1 ADULT            One Way
PR JCT             NYP NYP
SERIAL NR  :       08878
FARE       :       $11.75

TOTAL      :       $11.75

PAYMENT    :       Cash
AMOUNT     :       $11.75

283 PR JCT
```



Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | November 19, 2009 Meeting (New York) |
|---|---|
| Train Fare | $442.00 |
| Hotel | 277.75 |
| Cab Fare | 9.00 |
| Parking | 34.00 |
|  |  |
| Total: | $762.75 |

**TOTAL ALLOWED AMOUNT:  $762.75**

**PC PARK CENTRAL NEW YORK**

**Robert Paul**

11-19-09

| | |
|---|---|
| Room No. | : 0617 |
| Arrival | : 11-18-09 |
| Departure | : 11-19-09 |
| Page No. | : 1 of 1 |

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Membership No. | : | Folio No. | : |
| A/R Number | : | Conf. No. | : 2221675 |
| Group Code | : | Cashier No. | : 41 |
| Company Name | : | BKN No | : |

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 11-18-09 | Accommodation<br>1 X   239.00 | 239.00 | |
| 11-18-09 | New York City Occpancy Tax | 2.00 | |
| 11-18-09 | New York State Sales Tax 8.875 % | 21.21 | |
| 11-18-09 | New York City Sales Tax 5.875% | 14.04 | |
| 11-18-09 | NYS Occupancy Tax-Javits Fee | 1.50 | |
| | **Total** | **277.75** | **0.00** |
| | **Balance** | **277.75** | |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I certify that I will be responsible for all charges incurred by registrant and authorize Park Central New York to charge my credit card.

If your bill is to be charged to a credit card, the signature below is deemed to have been made on the applicable credit card voucher.

X_____
Guest Signature

Reason #90 to stay with us:
You don't want to wear out your wrist searching for a better rate
**"Guaranteed best rates, period @ parkcentralny.com"**
870 Seventh Avenue at 56th Street * New York, NY 10019 * (212) 247-8000 * Fax (212) 707-5557
For Reservations Call Toll Free 800-346-1359
www.parkcentralny.com

```
Terminal#:18 Cashier#:4
11/18/2009 1:32 PM
11/19/2009 6:01 PM - 1 04:29
698871806 / #218326
DAILY     : $      34.00
TOTAL     : $      34.00
   CRDT CRD : $    34.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 09/11/19 18:01:08
Seq#  376168
Auth# 505373
APPROVED
---------------------------------
        THANK YOU FOR
        PARKING WITH US
        DRIVE CAREFULLY


            USPG
    UNION STATION GARAGE
        202-898-1950
---------------------------------
```

```
MED#         1N18
11/19/09 TR  759
START  END  MILES
13:57  14:12  1.1
REGULAR FARE
RATE 1:$   8.50
SURCH: $   0.00
STSRCH:$   0.50
TOTAL: $   9.00
      THANKS
   TO CONTACT TLC
     DIAL 3-1-1
```

