## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11

In re:                                                                  :

                                                                        :   Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,                                                 :   Jointly Administered

                                                                        :

Debtors.                                                                :

---------------------------------------------------------------- x

## MOTION AND ORDER GRANTING
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission

pro hac vice of Andrew N. Goldfarb to represent the Official Committee of Unsecured Creditors as

special counsel in these proceedings.

Dated:  Wilmington, Delaware
        December 23, 2009

                                        ZUCKERMAN SPAEDER LLP

                                        Thomas G. Macauley (ID No. 3411)
                                        919 Market Street, Suite 990
                                        Wilmington, DE 19801
                                        Telephone:  (302) 427-0400
                                        Facsimile:  (302) 427-8242

2452888.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California, the District of Columbia, the United States District Court for the District of Columbia, the Northern District of California, and the United States Court of Appeals for the Ninth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Andrew N. Goldfarb
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December ___, 2009

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2

2452888.1