# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: January 18, 2010 at 4:00 pm (EST)<br>Hearing Date: Only if objection filed |

## EIGHTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *(nunc pro tunc* to February 20, 2009) |
| Period for which compensation and reimbursement is sought: | November 1, 2009 through November 30, 2009 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of compensation sought
as actual, reasonable, and necessary:     $85,530.00

Amount of expense reimbursement sought
as actual, reasonable, and necessary:     $   360.65

This is a monthly application.

This monthly application includes 0.00 hours incurred in connection with the preparation of fee applications.

Prior applications: This is the Eighth Monthly Application filed. The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | Not Applicable |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | $55,960.00 | Not Applicable |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.20 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $76,880.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $64,308.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $28,928.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $52,016.00 | $45.00 |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dave Brown | Senior Legal Auditor | $275.00 | 34.50 | $9,487.50 |
| W. Andrew Dalton | Manager | $325.00 | 31.90 | $10,367.50 |
| John L. Decker | Manager | $325.00 | 35.30 | $11,472.50 |
| Janet M. Marchlewski | Senior Legal Auditor | $275.00 | 0.70 | $192.50 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 60.30 | $16,582.50 |
| Lisa Savoy | Senior Legal Auditor | $275.00 | 21.70 | $5,967.50 |
| Pamela S. Snyder | Senior Legal Auditor | $275.00 | 54.30 | $14,932.50 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 2.50 | $687.50 |
| Jeffrey J. Struif | Senior Legal Auditor | $275.00 | 48.00 | $13,200.00 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 9.60 | $2,640.00 |
| | | Grand Total: | 298.80 | $85,530.00 |
| | | Blended Hourly Rate: | $286.24 | |

-3-

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Legal Auditing | 298.80 | $85,530.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (2,107 copies @ $0.10 per page) | $210.70 |
| Postage | $149.95 |
| **Total** | $360.65 |