# EXHIBIT A



Chandler Bigelow
Chief Financial Officer

Tribune Company
435 N. Michigan Avenue
Chicago, IL. 60611

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025495
Matter Number: 1025495
Firm: AlixPartners, LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/02/2009 | KCT | 0.10 | Review of firm's notice of second interim application. | 27.50 |
| | | 1.50 | Review and analyze fee entries related to conferences. | 412.50 |
| 11/04/2009 | KCT | 0.20 | Continue to review and analyze fee entries related to conferences. | 55.00 |
| | | 0.20 | Begin to review and analyze fee entries related to nonfirm conferences. | 55.00 |
| 11/09/2009 | KCT | 1.10 | Review and analyze fee entries related to nonfirm conferences. | 302.50 |
| 11/16/2009 | KCT | 0.60 | Review and analyze fee entries related to intraoffice conferences. | 165.00 |
| | | 0.30 | Begin to review and analyze fee entries related to intraoffice multiple attendance. | 82.50 |
| | | 0.50 | Review and analyze fee entries related to conferences not already categorized as intraoffice or nonfirm conferences. | 137.50 |
| | | 2.90 | Review and analyze fee entries related to nonfirm multiple attendance. | 797.50 |
| 11/23/2009 | KCT | 0.40 | Review and analyze fee entries related to administrative/clerical activity. | 110.00 |
| | | 0.50 | Review and analyze fee entries related to intraoffice multiple attendance. | 137.50 |
| 11/30/2009 | KCT | 0.30 | Continue to review and analyze fee entries related to potential administrative/clerical activity. | 82.50 |
| | | 1.00 | Review and analyze fee entries related to multiple attendance questioned. | 275.00 |
| | | **9.60** | | **$2,640.00** |



**Tribune Company**

**Invoice Date:** 12/23/2009
**Invoice Number:** R734 - 1025495
**Matter Number:** 1025495
**Firm:** AlixPartners, LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| | | | | |
|------|------|------|------|------|
| Kathy C. Tahan | KCT | 275.00 X | 9.60 = | $2,640.00 |
| | **Total for Legal Auditors:** | | **9.60** | **$2,640.00** |
| | | | | |
| | **Total Hours Worked:** | | **9.60** | |
| | **Total Hours Billed:** | | **9.60** | **$2,640.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025496**
**Matter Number: 1025496**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/24/2009 | JLD | 3.70 | Review fee entries and classify for exhibits to the report. | 1,202.50 |
| | | 2.40 | Begin draft of report and exhibit table. | 780.00 |
| 11/25/2009 | JLD | 0.90 | Draft and edit report and exhibit table. | 292.50 |
| | | **7.00** | | **$2,275.00** |

# STUART/MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025496
Matter Number: 1025496
Firm: AlixPartners, LLP

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 7.00 = | $2,275.00 |
| | | **Total for Legal Auditors:** | **7.00** | **$2,275.00** |
| | | **Total Hours Worked:** | **7.00** | |
| | | **Total Hours Billed:** | **7.00** | **$2,275.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025497**
**Matter Number: 1025497**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/02/2009 | DB | 5.20 | Drafting and revision to preliminary report and contemporaneous review of fee analysis issues as necessary. | 1,430.00 |
| 11/03/2009 | PSS | 1.20 | Prepare exhibits to accompany preliminary report. | 330.00 |
| 11/05/2009 | PSS | 0.40 | Review preliminary report and exhibits to verify amounts and calculations. | 110.00 |
| 11/06/2009 | PSS | 0.60 | Final review of preliminary report and verification of amounts in report. | 165.00 |
| 11/10/2009 | PSS | 1.30 | Prepare all fee and expense exhibits in Excel format as requested by the law firm. | 357.50 |
| | | **8.70** | | **$2,392.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025497**
**Matter Number: 1025497**
**Firm: Alvarez & Marsal, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 5.20 | = | $1,430.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.50 | = | $962.50 |
| | **Total for Legal Auditors:** | | | **8.70** | | **$2,392.50** |
| | **Total Hours Worked:** | | | **8.70** | | |
| | **Total Hours Billed:** | | | **8.70** | | **$2,392.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/03/2009 | PSS | 0.50 | Prepare exhibits to accompany preliminary report. | 137.50 |
| 11/04/2009 | DB | 0.40 | Finalized draft report. | 110.00 |
| 11/04/2009 | PSS | 0.30 | Revise amounts in report based on a change in our recomputation of the fees. | 82.50 |
| 11/09/2009 | PSS | 1.60 | Review preliminary report and exhibits to verify amounts and calculations. | 440.00 |
| | | **2.80** | | **$770.00** |



**STUART/MAUE**
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.40 | = | $110.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.40 | = | $660.00 |
| | | **Total for Legal Auditors:** | | **2.80** | | **$770.00** |
| | | **Total Hours Worked:** | | **2.80** | | |
| | | **Total Hours Billed:** | | **2.80** | | **$770.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/23/2009 | JEP | 3.20 | Began the review of billing entries and the classification of task descriptions referencing conferences. | 880.00 |
| | | 2.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing intraoffice and nonfirm conferences. | 770.00 |
| 11/24/2009 | JEP | 4.20 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 1,155.00 |
| | | 4.30 | Continued the review of billing entries and the further classification of task descriptions referencing nonfirm and intraoffice conferences. | 1,182.50 |
| 11/30/2009 | JEP | 2.90 | Continued the review of billing entries and began the identificaiton and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 797.50 |
| | | 5.30 | Continued the review of billing entries and the further classification of task descriptions referencing multiple attendance at intraoffice conferences. | 1,457.50 |
| | | **22.70** | | **$6,242.50** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025499
Matter Number: 1025499
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 22.70 = | $6,242.50 |
| | | Total for Legal Auditors: | 22.70 | $6,242.50 |
| | | Total Hours Worked: | 22.70 | |
| | | Total Hours Billed: | 22.70 | $6,242.50 |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1024397
Matter Number: 1024397
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/17/2009 | WD | 0.10 | E-mail to/from firm regarding response (and correction to response) to preliminary report. | 32.50 |
| 11/18/2009 | PSS | 0.80 | Preparation of final exhibits and Appendix A to accompany final report. | 220.00 |
| 11/18/2009 | WD | 0.10 | Telephone conference with Kate Stickles at Cole Shotz regarding the firm's response to the preliminary report. | 32.50 |
| | | 0.80 | Analyze firm's response to the preliminary report and related exhibits of billing entries. | 260.00 |
| | | 3.30 | Draft and revise final report for first interim period. | 1,072.50 |
| | | **5.10** | | **$1,617.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1024397
Matter Number: 1024397
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 × | 4.30 = | $1,397.50 |
| Pamela S. Snyder | PSS | 275.00 × | 0.80 = | $220.00 |
| **Total for Legal Auditors:** | | | 5.10 | $1,617.50 |
| **Total Hours Worked:** | | | 5.10 | |
| **Total Hours Billed:** | | | 5.10 | $1,617.50 |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025135**
**Matter Number: 1025135**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/02/2009 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| 11/09/2009 | PSS | 0.70 | Review preliminary report and exhibits to verify amounts and calculations. | 192.50 |
| | | **0.90** | | **$247.50** |

**STUART/MAUE**
LEGAL COST ⁄ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025135
Matter Number: 1025135
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
| **Total for Legal Auditors:** | | | **0.90** | **$247.50** |
| **Total Hours Worked:** | | | **0.90** | |
| **Total Hours Billed:** | | | **0.90** | **$247.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025500
Matter Number: 1025500
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/20/2009 | LS | 5.40 | Classification and analysis of conferences. | 1,485.00 |
| | | 0.50 | Classification and analysis of potentially transient timekeepers. | 137.50 |
| 11/23/2009 | LS | 3.60 | Classification and analysis of non-firm conferences. | 990.00 |
| | | 2.70 | Classification and analysis of in-firm conferences. | 742.50 |
| 11/24/2009 | LS | 3.60 | Classification of administrative activities. | 990.00 |
| | | 0.30 | Analysis of travel. | 82.50 |
| | | 0.80 | Analysis and classification of legal research. | 220.00 |
| | | 2.00 | Began analysis and classification of retention activities. | 550.00 |
| 11/30/2009 | LS | 2.10 | Completion and final analysis of conferences. | 577.50 |
| | | 0.70 | Analysis and classification of clerical tasks. | 192.50 |
| | | **21.70** | | **$5,967.50** |

# STUART MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025500**
**Matter Number: 1025500**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Lisa Savoy | LS | 275.00 x | 21.70 = | $5,967.50 |
| | | Total for Legal Auditors: | 21.70 | $5,967.50 |
| | | Total Hours Worked: | 21.70 | |
| | | Total Hours Billed: | 21.70 | $5,967.50 |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025501
Matter Number: 1025501
Firm: Daniel J. Edelman, Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/03/2009 | PSS | 1.20 | Reconcile fees in database to hard copy of interim application. | 330.00 |
| 11/09/2009 | JEP | 1.90 | Began the review of billing entries and the identification and classification of task descriptions referencing intraoffice and nonfirm conferences, travel activities, retention activities, and multiple attendance. | 522.50 |
| 11/10/2009 | JEP | 4.20 | Continued drafting preliminary report regarding firm's second quarterly fee application. | 1,155.00 |
| 11/10/2009 | JJS | 0.10 | Revise fee entries to proportionalize due to firm's block billing. | 27.50 |
| 11/24/2009 | DB | 0.30 | Review and analysis of fee entry analysis. | 82.50 |
| 11/24/2009 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| 11/25/2009 | WD | 0.30 | Revise and finalize preliminary report. | 97.50 |
| | | **8.20** | | **$2,270.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025501**
**Matter Number: 1025501**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.30 | = | $82.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 6.10 | = | $1,677.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| Jeffrey J. Struif | JJS | 275.00 | x | 0.10 | = | $27.50 |
| | | **Total for Legal Auditors:** | | **8.20** | | **$2,270.00** |
| | | **Total Hours Worked:** | | **8.20** | | |
| | | **Total Hours Billed:** | | **8.20** | | **$2,270.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025835**
**Matter Number: 1025835**
**Firm: Deloitte & Touche LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/02/2009 | PSS | 0.60 | Reconcile fees in database to hard copy of interim application. | 165.00 |
| | | 0.50 | Review expenses requested in interim application and draft expense section of report. | 137.50 |
| 11/14/2009 | LAS | 0.10 | Reviewed and revised categorization for potential block billing. | 27.50 |
| | | 0.20 | Reviewed entries and classified conferences with nonfirm personnel. | 55.00 |
| | | 0.10 | Reviewed entries classified as conferences and classified entries as vague conferences where entry did not indicate conference participants. | 27.50 |
| | | 0.80 | Reviewed and classified entries as multiple attendance at intraoffice conferences. | 220.00 |
| | | 0.10 | Reviewed timekeeper report. | 27.50 |
| | | 0.10 | Review of retention order and application prior to beginning analysis of fees. | 27.50 |
| 11/30/2009 | LAS | 0.10 | Reviewed entries for travel entries. | 27.50 |
| | | 0.30 | Review of online Tribune bankruptcy filings in anticipation of preparing report of audit results. | 82.50 |
| | | 0.70 | Review entries and classified multiple attendance. | 192.50 |
| | | **3.60** | | **$990.00** |

# *STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025835
Matter Number: 1025835
Firm: Deloitte & Touche LLP

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.10 = | $302.50 |
| Laura A. Storck-Elam | LAS | 275.00 x | 2.50 = | $687.50 |
| **Total for Legal Auditors:** | | | **3.60** | **$990.00** |
| **Total Hours Worked:** | | | **3.60** | |
| **Total Hours Billed:** | | | **3.60** | **$990.00** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025575
Matter Number: 1025575
Firm: Dow Lohnes PLLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/10/2009 | DB | 0.30 | Review and revision of draft report. | 82.50 |
| | | 0.30 | Reviewed background file material in advance of verification project. | 82.50 |
| 11/11/2009 | DB | 1.30 | Review and verification of billing issues for purposes of drafting preliminary report. | 357.50 |
| | | 1.70 | Drafting preliminary audit report. | 467.50 |
| | | 0.50 | Review, verification and revise of mutliple attendance analysis. | 137.50 |
| 11/11/2009 | JMM | 0.30 | Prepared spreadsheet of Multiple Attendance for DDB. | 82.50 |
| 11/11/2009 | PSS | 0.30 | Prepare exhibits to accompany preliminary report. | 82.50 |
| 11/11/2009 | WD | 0.30 | Revise and edit preliminary report. | 97.50 |
| 11/12/2009 | PSS | 0.90 | Review of preliminary report and verification of amounts in report. | 247.50 |
| | | **5.90** | | **$1,637.50** |

## STUART/MAUE
### LEGAL COST V MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025575**
**Matter Number: 1025575**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 4.10 | = | $1,127.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Janet M. Marchlewski | JMM | 275.00 | x | 0.30 | = | $82.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| | | **Total for Legal Auditors:** | | **5.90** | | **$1,637.50** |
| | | **Total Hours Worked:** | | **5.90** | | |
| | | **Total Hours Billed:** | | **5.90** | | **$1,637.50** |

# STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/09/2009 | JJS | 5.40 | Balancing fees and expenses on First Quarterly Fee Application. | 1,485.00 |
| 11/10/2009 | JJS | 3.20 | Balance expenses and fees on First Quarterly Fee Application. | 880.00 |
| | | **8.60** | | **$2,365.00** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Jeffrey J. Struif | JJS | 275.00 x | 8.60 = | $2,365.00 |
| | **Total for Legal Auditors:** | | **8.60** | **$2,365.00** |
| | **Total Hours Worked:** | | **8.60** | |
| | **Total Hours Billed:** | | **8.60** | **$2,365.00** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025415
Matter Number: 1025415
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/04/2009 | DB | 1.40 | Commenced intital review of fee entry analysis for verification. | 385.00 |
| 11/09/2009 | DB | 0.30 | Reviewed prior final report and response correspondence from Jenner. | 82.50 |
| | | 5.20 | Drafting preliminary report. | 1,430.00 |
| | | 1.10 | Continued review and verifciation of fee entry analysis. | 302.50 |
| | | 0.40 | Reviewed fee and expense discrepancy issues and editing report language explaining fee discrepancy issue. | 110.00 |
| 11/09/2009 | JMM | 0.40 | Prepared spreadsheets based on exports for Intraoffice Conferencing and Multiple Attendance. | 110.00 |
| 11/09/2009 | PSS | 0.80 | Prepare exhibits to accompany preliminary report. | 220.00 |
| 11/10/2009 | WD | 0.20 | Revise and edit preliminary report. | 65.00 |
| 11/11/2009 | PSS | 0.60 | Final review of preliminary report and verification of amounts in report. | 165.00 |
| 11/11/2009 | WD | 0.30 | Revise and finalize preliminary report. | 97.50 |
| | | **10.70** | | **$2,967.50** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025415**
**Matter Number: 1025415**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 8.40 | = | $2,310.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Janet M. Marchlewski | JMM | 275.00 | x | 0.40 | = | $110.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| | **Total for Legal Auditors:** | | | **10.70** | | **$2,967.50** |
| | **Total Hours Worked:** | | | **10.70** | | |
| | **Total Hours Billed:** | | | **10.70** | | **$2,967.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025503
Matter Number: 1025503
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/12/2009 | JJS | 3.40 | Balance fees for Third Quarterly Fee Application. | 935.00 |
| 11/13/2009 | JJS | 3.80 | Balance fees for Third Quarterly Fee Application, and reconcile to summary of monthly invoices. | 1,045.00 |
| 11/17/2009 | PSS | 0.60 | Review expenses requested in interim application and draft expense section of report. | 165.00 |
| | | 1.40 | Review reconciliation of fees and verify accuracy of schedules. | 385.00 |
| 11/18/2009 | PSS | 0.90 | Continue to draft expense section of report. | 247.50 |
| 11/23/2009 | JLD | 2.30 | Review fee entries and classify for exhibits to the report. | 747.50 |
| | | 2.80 | Draft and edit report and exhibit table. | 910.00 |
| 11/30/2009 | DB | 0.30 | Revise of preliminary report re third application. | 82.50 |
| | | 0.40 | Verification of fee analysis and exhibits. | 110.00 |
| 11/30/2009 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| | | **16.10** | | **$4,682.50** |

## STUART/MAUE
LEGAL COST ⋁ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025503**
**Matter Number: 1025503**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.70 | = | $192.50 |
| John L. Decker | JLD | 325.00 | x | 5.10 | = | $1,657.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.10 | = | $852.50 |
| Jeffrey J. Struif | JJS | 275.00 | x | 7.20 | = | $1,980.00 |
| **Total for Legal Auditors:** | | | | **16.10** | | **$4,682.50** |
| **Total Hours Worked:** | | | | **16.10** | | |
| **Total Hours Billed:** | | | | **16.10** | | **$4,682.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025504**
**Matter Number: 1025504**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/06/2009 | PSS | 2.30 | Reconcile fees in database to hard copy of interim application. | 632.50 |
| 11/09/2009 | PSS | 0.80 | Review expenses requested in interim application and draft expense section of report. | 220.00 |
| 11/24/2009 | JLD | 1.30 | Review fee entries and classify for exhibits to the report. | 422.50 |
| | | 1.10 | Draft and edit the preliminary report and exhibit table. | 357.50 |
| 11/25/2009 | PSS | 0.10 | Prepare exhibits to accompany preliminary report. | 27.50 |
| 11/30/2009 | WD | 0.40 | Revise, edit, and finalize preliminary report. | 130.00 |
| | | **6.00** | | **$1,790.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025504
Matter Number: 1025504
Firm: Jones Day

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| John L. Decker | JLD | 325.00 | x | 2.40 | = | $780.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.20 | = | $880.00 |
| **Total for Legal Auditors:** | | | | **6.00** | | **$1,790.00** |
| **Total Hours Worked:** | | | | **6.00** | | |
| **Total Hours Billed:** | | | | **6.00** | | **$1,790.00** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025505
Matter Number: 1025505
Firm: Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/10/2009 | JJS | 4.90 | Balance fees on Third Interim Fee Application. | 1,347.50 |
| 11/11/2009 | JJS | 3.60 | Balance fees for Third Interim Fee Application, and create discrepancy report. | 990.00 |
| 11/12/2009 | JJS | 2.40 | Created summary of monthy invoices to reconcile to Third Interim Fee Application. | 660.00 |
| 11/17/2009 | PSS | 1.00 | Review expenses requested in interim application and draft expense section of report. | 275.00 |
| | | 1.10 | Review reconciliation of fees and verify accuracy of schedules. | 302.50 |
| 11/19/2009 | JLD | 2.80 | Begin review of fees for exhibits to the report. | 910.00 |
| 11/20/2009 | JLD | 2.80 | Draft report and exhibit table for Landis. | 910.00 |
| | | 3.20 | Review fee entries and classify for exhibits to the report. | 1,040.00 |
| | | **21.80** | | **$6,435.00** |

**STUART/MAUE**
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025505
Matter Number: 1025505
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 8.80 = | $2,860.00 |
| Pamela S. Snyder | PSS | 275.00 x | 2.10 = | $577.50 |
| Jeffrey J. Struif | JJS | 275.00 x | 10.90 = | $2,997.50 |
| | **Total for Legal Auditors:** | | **21.80** | **$6,435.00** |
| | **Total Hours Worked:** | | **21.80** | |
| | **Total Hours Billed:** | | **21.80** | **$6,435.00** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1024400
Matter Number: 1024400
Firm: Lazard Freres & Co. LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/16/2009 | WD | 1.30 | Draft final report. | 422.50 |
| 11/17/2009 | WD | 0.80 | Revise, edit, and complete final report. | 260.00 |
| 11/18/2009 | PSS | 1.40 | Preparation of final exhibits and Appendix A to accompany final report. | 385.00 |
| 11/19/2009 | PSS | 0.60 | Final review of report and verification of amounts and calculations. | 165.00 |
| | | 0.40 | Revise calculations in final report to incorporate additional information provided by firm. | 110.00 |
| 11/19/2009 | WD | 0.40 | Revise final report in light of written response and complete final edits to report. | 130.00 |
| | | 0.10 | Review written response to preliminary report provided by Lazard. | 32.50 |
| | | **5.00** | | **$1,505.00** |

# STUART MAUE
LEGAL COST √ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024400**
**Matter Number: 1024400**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 2.60 = | $845.00 |
| Pamela S. Snyder | PSS | 275.00 x | 2.40 = | $660.00 |
| **Total for Legal Auditors:** | | | **5.00** | **$1,505.00** |
| **Total Hours Worked:** | | | **5.00** | |
| **Total Hours Billed:** | | | **5.00** | **$1,505.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024406**
**Matter Number: 1024406**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/11/2009 | DB | 2.00 | Drafted final report regarding first application, including review of responsive memo from McDermott. | 550.00 |
| 11/11/2009 | WD | 0.30 | Review and revise final report. | 97.50 |
| 11/12/2009 | PSS | 1.40 | Review of final report and preparation of exhibits. | 385.00 |
| 11/12/2009 | WD | 0.60 | Analysis of reconciliation issues related to the firm's conditional write down of certain fees. | 195.00 |
| | | **4.30** | | **$1,227.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024406**
**Matter Number: 1024406**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 2.00 | = | $550.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.90 | = | $292.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| | | **Total for Legal Auditors:** | | 4.30 | | $1,227.50 |
| | | **Total Hours Worked:** | | 4.30 | | |
| | | **Total Hours Billed:** | | 4.30 | | $1,227.50 |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025507
Matter Number: 1025507
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/02/2009 | JEP | 1.30 | Continued the review of billing entries and the classification of task descriptions referencing multiple attendance at nonfirm conferences. | 357.50 |
| | | 1.80 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm conferences. | 495.00 |
| | | 1.60 | Continued the review of billing entries and the classification of task descriptions referencing intraoffice conferences. | 440.00 |
| | | 0.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing vaguley described conferences. | 192.50 |
| | | 1.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing legal research activities. | 385.00 |
| | | 1.50 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 412.50 |
| 11/02/2009 | JJS | 2.80 | Revise fee entries to proportionalize due to firm's block billing. | 770.00 |
| 11/03/2009 | JEP | 1.20 | Continued the review of billing entries and began the classification of block-billed task descriptions. | 330.00 |
| | | 1.80 | Continued the review of billing entries and the further identification and classification of other vaguley described task descriptions. | 495.00 |
| | | 1.10 | Continued the review of billing entries and the further classification of task descriptions referencing activities relating to the retention/compensation of McDermott, Will & Emery. | 302.50 |
| | | 0.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing questioned multiple attendance at nonfirm conferences and events. | 192.50 |
| | | 1.80 | Continued the review of billing entries and the further classification of task descriptions referencing legal research, including tasks referencing activities relating to the preparation of related legal memoranda. | 495.00 |
| | | 0.30 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonworking travel activities billed at more than one-half billing rate. | 82.50 |
| | | 0.80 | Continued the review of billing entries and the further classification of vaguely described conferences. | 220.00 |
| | | 0.70 | Continued the review of billing entries and the further identification and classification of task descriptions billed at time increments other than one-tenth hour. | 192.50 |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025507
Matter Number: 1025507
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/04/2009 | JEP | 0.70 | Continued the review of billing entries and the further identification and classification of task descriptions referenicng legal research activities, including activities relating to drafting, edting and revising legal memoranda. | 192.50 |
| | | 0.60 | Continued the review of billing entries and the classification of task descriptions billed by transient timekeepers. | 165.00 |
| | | 0.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing administrative activities. | 55.00 |
| | | 0.30 | Continued the review of billing entries and the classification of task descriptions referencing clerical activities. | 82.50 |
| | | 0.70 | Continued the review of billing entries and the classification of block-billed task descriptions. | 192.50 |
| | | 1.40 | Drafting of listing of billing issues. | 385.00 |
| | | 0.80 | Continued the review of billing entries and the further identification and classification of other vaguely described tasks. | 220.00 |
| | | 3.60 | Began drafting preliminary report regarding firm second quarterly fee application. | 990.00 |
| 11/04/2009 | JJS | 1.40 | Revise fee entries to proportionalize due to firm's block billing. | 385.00 |
| 11/05/2009 | JEP | 5.60 | Continued drafting fee examiner's preliminary report regarding firm's second quarterly fee application, together with accompanying exhibits. | 1,540.00 |
| | | 0.90 | Made revisions to listing of billing issues. | 247.50 |
| 11/11/2009 | DB | 0.70 | Review of fee entry analysis for purposes of verification project. | 192.50 |
| 11/24/2009 | DB | 0.60 | Revised preliminary report re second application. | 165.00 |
| | | 0.90 | Review and verification of fee analysis for the second application. | 247.50 |
| 11/25/2009 | DB | 0.50 | Edited preliminary audit report. | 137.50 |
| 11/25/2009 | PSS | 0.70 | Prepare exhibits to accompany preliminary report. | 192.50 |
| 11/30/2009 | PSS | 0.60 | Review preliminary report and exhibits to verify amounts and calculations. | 165.00 |
| | | **39.70** | | **$10,917.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025507**
**Matter Number: 1025507**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|

**For Professional Services through 11/30/2009**

<u>**Legal Auditors**</u>

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| Dave Brown | DB | 275.00 | x | 2.70 | = | $742.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 31.50 | = | $8,662.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| Jeffrey J. Struif | JJS | 275.00 | x | 4.20 | = | $1,155.00 |
| | **Total for Legal Auditors:** | | | **39.70** | | **$10,917.50** |
| | **Total Hours Worked:** | | | **39.70** | | |
| | **Total Hours Billed:** | | | **39.70** | | **$10,917.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025377
Matter Number: 1025377
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/11/2009 | DB | 0.40 | Reviewed preliminary report and responsive materials received from Mercer. | 110.00 |
| | | 1.30 | Drafted final report for the first interim application. | 357.50 |
| | | 0.10 | Conference with WAD re final report in Mercer. | 27.50 |
| 11/11/2009 | WD | 0.40 | Review and revise final report for first quarterly fee application. | 130.00 |
| 11/12/2009 | PSS | 1.00 | Review of final report and preparation of exhibits. | 275.00 |
| 11/12/2009 | WD | 0.10 | Finalize final report. | 32.50 |
| | | **3.30** | | **$932.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025377**
**Matter Number: 1025377**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 1.80 | = | $495.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.00 | = | $275.00 |
| | **Total for Legal Auditors:** | | | 3.30 | | $932.50 |
| | **Total Hours Worked:** | | | 3.30 | | |
| | **Total Hours Billed:** | | | 3.30 | | $932.50 |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/02/2009 | PSS | 0.30 | Prepare exhibits to accompany preliminary report. | 82.50 |
| 11/06/2009 | PSS | 0.70 | Review preliminary report and exhibits to verify amounts and calculations. | 192.50 |
| 11/09/2009 | PSS | 0.10 | Continue to review preliminary report and exhibits to verify amounts and calculations. | 27.50 |
| | | **1.10** | | **$302.50** |

# STUART MAUE
### LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 1.10 = | $302.50 |
| | **Total for Legal Auditors:** | | **1.10** | **$302.50** |
| | **Total Hours Worked:** | | **1.10** | |
| | **Total Hours Billed:** | | **1.10** | **$302.50** |

# STUART MAUE
#### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025509
Matter Number: 1025509
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/09/2009 | PSS | 1.10 | Reconcile fees in database to hard copy of interim fee application. | 302.50 |
| | | 0.90 | Review expenses requested in interim application and draft expense section of report. | 247.50 |
| 11/23/2009 | JLD | 1.20 | Review fee entries and classify for exhibits to the report. | 390.00 |
| | | 1.30 | Draft and edit report and exhibit table. | 422.50 |
| 11/25/2009 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| 11/29/2009 | WD | 0.40 | Edit, revise, and finalize preliminary report. | 130.00 |
| 11/30/2009 | PSS | 0.80 | Review preliminary report and exhibits to verify amounts and calculations. | 220.00 |

|  | 5.90 | | | $1,767.50 |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025509**
**Matter Number: 1025509**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| W. Andrew Dalton | WD | 325.00 x | 0.40 = | $130.00 |
| John L. Decker | JLD | 325.00 x | 2.50 = | $812.50 |
| Pamela S. Snyder | PSS | 275.00 x | 3.00 = | $825.00 |
| | **Total for Legal Auditors:** | | **5.90** | **$1,767.50** |
| | | | | |
| | **Total Hours Worked:** | | **5.90** | |
| | | | | |
| | **Total Hours Billed:** | | **5.90** | **$1,767.50** |

## STUART MAUE
### LEGAL COST ⅴ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024897**
**Matter Number: 1024897**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/12/2009 | PSS | 0.40 | Review of final report and preparation of exhibits. | 110.00 |
| 11/12/2009 | WD | 3.90 | Draft and revise final report. | 1,267.50 |
| 11/13/2009 | PSS | 0.50 | Review of final report and verification of amounts in report and exhibits. | 137.50 |
| 11/16/2009 | PSS | 0.20 | Final review of final report and verification of amounts and calculations. | 55.00 |
| | | **5.00** | | **$1,570.00** |

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: **12/23/2009**
Invoice Number: **R734 - 1024897**
Matter Number: **1024897**
Firm: **Moelis & Company LLC**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | | | |
| | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 3.90 | = | $1,267.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| | | **Total for Legal Auditors:** | | **5.00** | | **$1,570.00** |
| | | | | | | |
| | | **Total Hours Worked:** | | **5.00** | | |
| | | **Total Hours Billed:** | | **5.00** | | **$1,570.00** |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1024898
Matter Number: 1024898
Firm: Moelis & Company LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/10/2009 | PSS | 1.10 | Review expenses requested in interim application and draft expense section of report. | 302.50 |
| | | 1.80 | Reconcile fees in database to hard copy of monthly and interim fee applications. | 495.00 |
| 11/16/2009 | PSS | 0.60 | Continue to review expenses requested in interim application and draft expense section of report. | 165.00 |
| 11/17/2009 | PSS | 1.50 | Continue to draft expense section of report. | 412.50 |
| 11/19/2009 | JLD | 0.30 | Review fee entries and classify for exhibits to the report. | 97.50 |
| | | 0.60 | Draft and edit fee portion of the report and exhibit table. | 195.00 |
| 11/24/2009 | PSS | 0.40 | Prepare exhibits to accompany preliminary report. | 110.00 |
| 11/25/2009 | WD | 0.60 | Edit, revise, and complete preliminary report. | 195.00 |
| | | **6.90** | | **$1,972.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1024898
Matter Number: 1024898
Firm: Moelis & Company LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 0.60 = | $195.00 |
| John L. Decker | JLD | 325.00 x | 0.90 = | $292.50 |
| Pamela S. Snyder | PSS | 275.00 x | 5.40 = | $1,485.00 |
| **Total for Legal Auditors:** | | | 6.90 | $1,972.50 |
| **Total Hours Worked:** | | | 6.90 | |
| **Total Hours Billed:** | | | 6.90 | $1,972.50 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1024410
Matter Number: 1024410
Firm: Official Committee of Unsecured
Creditors

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/13/2009 | JJS | 1.40 | Review Third Monthly Application for compliance with bankruptcy guidelines. | 385.00 |
| | | **1.40** | | **$385.00** |

**STUART MAUE**
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024410**
**Matter Number: 1024410**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Jeffrey J. Struif | JJS | 275.00 | x | 1.40 | = | $385.00 |
| Total for Legal Auditors: | | | | 1.40 | | $385.00 |
| Total Hours Worked: | | | | 1.40 | | |
| Total Hours Billed: | | | | 1.40 | | $385.00 |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025516
Matter Number: 1025516
Firm: Official Committee of Unsecured Creditors

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/13/2009 | JJS | 2.40 | Review Fourth Monthly Application for compliance with bankruptcy guidelines. | 660.00 |
| 11/16/2009 | JJS | 2.80 | Review and reconcile Fifth Monthly Application for compliance with bankruptcy guidelines. | 770.00 |
| 11/17/2009 | JJS | 1.60 | Review and reconcile Sixth Monthly Application for compliance with bankruptcy guidelines. | 440.00 |
| 11/18/2009 | JJS | 1.30 | Prepare report draft for Third, Fourth, Fifth, and Sixth Monthly Fee Applications. | 357.50 |
| | | **8.10** | | **$2,227.50** |

*STUART MAUE*
LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025516
Matter Number: 1025516
Firm: Official Committee of Unsecured
Creditors

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Jeffrey J. Struif | JJS | 275.00 x | 8.10 = | $2,227.50 |
| Total for Legal Auditors: | | | 8.10 | **$2,227.50** |
| Total Hours Worked: | | | 8.10 | |
| Total Hours Billed: | | | 8.10 | **$2,227.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025511**
**Matter Number: 1025511**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/10/2009 | DB | 0.40 | Review file materials including prior final report in advance of verification project. | 110.00 |
| | | 1.80 | Review and verificaiton of fee analysis of second interim materials. | 495.00 |
| | | 1.20 | Drafting interim report. | 330.00 |
| 11/11/2009 | DB | 0.30 | Review of final exhibits and contemporaneous editing of draft preliminary report numbers. | 82.50 |
| 11/11/2009 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| | | 0.50 | Review of preliminary report and verification of amounts in report. | 137.50 |
| 11/11/2009 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| | | **4.80** | | **$1,340.00** |

### STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025511**
**Matter Number: 1025511**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 3.70 = | $1,017.50 |
| W. Andrew Dalton | WD | 325.00 x | 0.40 = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.70 = | $192.50 |
| | **Total for Legal Auditors:** | | **4.80** | **$1,340.00** |
| | **Total Hours Worked:** | | **4.80** | |
| | **Total Hours Billed:** | | **4.80** | **$1,340.00** |



**Tribune Company**

**Invoice Date:** 12/23/2009
**Invoice Number:** R734 - 1024404
**Matter Number:** 1024404
**Firm:** PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/17/2009 | WD | 0.10 | E-mail to/from firm regarding exhibits to preliminary report. | 32.50 |
| 11/23/2009 | WD | 0.10 | E-mail to/from Andrea Clark Smith at PwC regarding status of the firm's response to our preliminary report. | 32.50 |
| | | 0.40 | Begin drafting final report. | 130.00 |
| 11/24/2009 | PSS | 1.30 | Preparation of final exhibits and Appendix A to accompany final report. | 357.50 |
| | | 0.60 | Review final report and exhibits to verify amounts and calculations. | 165.00 |
| 11/24/2009 | WD | 3.90 | Draft, edit, and revise final report for first interim period. | 1,267.50 |
| | | 0.30 | Revise classification of fee entries in accord with firm's response to the preliminary report. | 97.50 |
| | | 0.40 | Review PwC's response to the preliminary report and the relevant fee exhibits. | 130.00 |
| | | **7.10** | | **$2,212.50** |

# STUART MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024404**
**Matter Number: 1024404**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 5.20 | = | $1,690.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.90 | = | $522.50 |
| **Total for Legal Auditors:** | | | | **7.10** | | **$2,212.50** |
| **Total Hours Worked:** | | | | **7.10** | | |
| **Total Hours Billed:** | | | | **7.10** | | **$2,212.50** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025235**
**Matter Number: 1025235**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/10/2009 | DB | 0.20 | Review file materials in advance of verification project. | 55.00 |
| | | 1.50 | Review and verification of fee analysis for the second interim. | 412.50 |
| | | 0.40 | Investigation into PwC practice of billing in time increments greater than one-tenth of an hour. | 110.00 |
| | | 2.40 | Drafting second interim report. | 660.00 |
| 11/11/2009 | DB | 0.20 | Editing draft report re fixed vs. hourly fee requests. | 55.00 |
| | | 0.30 | Review of final exhibits and contemporaneous revision to draft preliminary report figures. | 82.50 |
| 11/11/2009 | PSS | 0.50 | Prepare exhibits to accompany preliminary report. | 137.50 |
| | | 0.60 | Review of preliminary report and verification of amounts in report. | 165.00 |
| 11/11/2009 | WD | 0.20 | Revise and edit preliminary report. | 65.00 |
| | | **6.30** | | **$1,742.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 5.00 | = | $1,375.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.20 | = | $65.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| **Total for Legal Auditors:** | | | | **6.30** | | **$1,742.50** |
| | | | | | | |
| **Total Hours Worked:** | | | | **6.30** | | |
| | | | | | | |
| **Total Hours Billed:** | | | | **6.30** | | **$1,742.50** |

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025514
Matter Number: 1025514
Firm: Reed Smith LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/30/2009 | JLD | 1.10 | Draft and edit report and exhibit table. | 357.50 |
| | | 1.60 | Review fee entries and classify for exhibits to the report. | 520.00 |
| | | **2.70** | | **$877.50** |

# STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025514
Matter Number: 1025514
Firm: Reed Smith LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| John L. Decker | JLD | 325.00 x | 2.70 = | $877.50 |
| **Total for Legal Auditors:** | | | **2.70** | **$877.50** |
| **Total Hours Worked:** | | | **2.70** | |
| **Total Hours Billed:** | | | **2.70** | **$877.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1024398
Matter Number: 1024398
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/10/2009 | WD | 0.40 | Review Sidley's response to our preliminary report regarding their first interim application. | 130.00 |
| | | 0.30 | Begin drafting final report. | 97.50 |
| 11/11/2009 | PSS | 0.20 | Review detail travel entries provided by firm in response to preliminary report. | 55.00 |
| 11/11/2009 | WD | 2.80 | Review Sidley's lengthy and detailed reponse to preliminary report, including explanations for each potential administrative and clerical activity. | 910.00 |
| | | 0.10 | E-mail exchange with Jill Ludwig at Sidley re firm's response and preparation of our final report. | 32.50 |
| | | 0.40 | Drafting final report. | 130.00 |
| 11/16/2009 | WD | 0.40 | Revise analysis of administrative and clerical time entries in accord with discussion with the law firm. | 130.00 |
| | | 1.00 | Telephone conference with Jill Ludwig of Sidley regarding the firm's response to our preliminayr report, including review of specific time entries. | 325.00 |
| | | 3.80 | Draft and revise final report. | 1,235.00 |
| 11/17/2009 | WD | 1.90 | Edit and complete final report. | 617.50 |
| 11/18/2009 | PSS | 2.00 | Preparation of final exhibits and Appendix A to accompany final report. | 550.00 |
| 11/18/2009 | WD | 0.10 | Review e-mail from Jill Ludwig regarding clerical activities billed by the firm. | 32.50 |

| | | **13.40** | | **$4,245.00** |

# STUART MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024398**
**Matter Number: 1024398**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 11.20 | = | $3,640.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.20 | = | $605.00 |
| **Total for Legal Auditors:** | | | | **13.40** | | **$4,245.00** |
| **Total Hours Worked:** | | | | **13.40** | | |
| **Total Hours Billed:** | | | | **13.40** | | **$4,245.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/11/2009 | DB | 0.10 | Review and verifcation of double billing issue. | 27.50 |
| | | 0.10 | Conference with WAD re final report on first application and effect on second application. | 27.50 |
| 11/23/2009 | PSS | 0.70 | Revise expense section of report regarding travel expenses. | 192.50 |
| | | **0.90** | | **$247.50** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

**Invoice Date:** 12/23/2009
**Invoice Number:** R734 - 1024915
**Matter Number:** 1024915
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| Dave Brown | DB | 275.00 | x | 0.20 | = | $55.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| **Total for Legal Auditors:** | | | | **0.90** | | **$247.50** |
| **Total Hours Worked:** | | | | **0.90** | | |
| **Total Hours Billed:** | | | | **0.90** | | **$247.50** |



**Tribune Company**

Invoice Date: 12/23/2009
Invoice Number: R734 - 1025441
Matter Number: 1025441
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/03/2009 | JJS | 7.50 | Balancing fees for Third Quarterly Fee Application. | 2,062.50 |
| 11/18/2009 | PSS | 2.70 | Review reconciliation of fees and verify accuracy of schedules. | 742.50 |
| 11/19/2009 | PSS | 1.90 | Continue to verify accuracy of schedules. | 522.50 |
| | | 3.20 | Review expenses requested in interim application and draft expense section of report. | 880.00 |
| 11/23/2009 | PSS | 0.60 | Continue to review expenses requested in interim application and draft expense section of report. | 165.00 |
| 11/30/2009 | JLD | 2.70 | Review fee entries and classify for conference exhibit to the report. | 877.50 |
| | | **18.60** | | **$5,250.00** |



**Tribune Company**

**Invoice Date: 12/23/2009**
**Invoice Number: R734 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| | | | | | | |
|------|----------|------|---|-------|---|--------|
| John L. Decker | JLD | 325.00 x | | 2.70 = | | $877.50 |
| Pamela S. Snyder | PSS | 275.00 x | | 8.40 = | | $2,310.00 |
| Jeffrey J. Struif | JJS | 275.00 x | | 7.50 = | | $2,062.50 |
| | **Total for Legal Auditors:** | | | **18.60** | | **$5,250.00** |
| | | | | | | |
| | **Total Hours Worked:** | | | **18.60** | | |
| | **Total Hours Billed:** | | | **18.60** | | **$5,250.00** |



**Tribune Company**

**Invoice Date:** 12/23/2009
**Invoice Number:** R734 - 1024395
**Matter Number:** 1024395
**Firm:** Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2009** | | | | |
| 11/02/2009 | PSS | 0.10 | Review applications received recently. | 27.50 |
| 11/04/2009 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 11/10/2009 | PSS | 0.10 | Review applications received recently. | 27.50 |
| 11/10/2009 | WD | 0.10 | Telephone conference with Kate Stickles regarding December hearing and remaining final reports. | 32.50 |
| 11/11/2009 | WD | 0.10 | Telephone call with Pauline Ratkowiak at Cole Schotz regarding December hearing and Edelman's fee applications. | 32.50 |
| 11/16/2009 | PSS | 0.30 | Review applications received recently. | 82.50 |
| 11/17/2009 | PSS | 0.10 | Analyze applications received recently. | 27.50 |
| 11/19/2009 | JLD | 3.20 | Draft certificate and order re fee examiner in CNLBC. | 1,040.00 |
| 11/19/2009 | PSS | 0.10 | Review applications received recently. | 27.50 |
| 11/24/2009 | PSS | 0.20 | Analysis applications received recently. | 55.00 |
| 11/25/2009 | PSS | 0.40 | Review status of databases. | 110.00 |
| | | **4.90** | | **$1,517.50** |

# STUART MAUE
### LEGAL COST ⋁ MANAGEMENT

**Tribune Company**

**Invoice Date:** 12/23/2009
**Invoice Number:** R734 - 1024395
**Matter Number:** 1024395
**Firm:** Tribune Company

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.20 | = | $65.00 |
| John L. Decker | JLD | 325.00 | x | 3.20 | = | $1,040.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.50 | = | $412.50 |
| **Total for Legal Auditors:** | | | | **4.90** | | **$1,517.50** |
| **Total Hours Worked:** | | | | **4.90** | | |
| **Total Hours Billed:** | | | | **4.90** | | **$1,517.50** |



**Tribune Company**

| Name | Initials | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| **Summary For Professional Services through 11/30/2009** | | | | | |
| **Legal Auditors** | | | | | |
| Dave Brown | DB | 275.00 X | 34.50 = | | $9,487.50 |
| W. Andrew Dalton | WD | 325.00 X | 31.90 = | | $10,367.50 |
| John L. Decker | JLD | 325.00 X | 35.30 = | | $11,472.50 |
| Janet M. Marchlewski | JMM | 275.00 X | 0.70 = | | $192.50 |
| Janet E. Papageorge | JEP | 275.00 X | 60.30 = | | $16,582.50 |
| Lisa Savoy | LS | 275.00 X | 21.70 = | | $5,967.50 |
| Pamela S. Snyder | PSS | 275.00 X | 54.30 = | | $14,932.50 |
| Laura A. Storck-Elam | LAS | 275.00 X | 2.50 = | | $687.50 |
| Jeffrey J. Struif | JJS | 275.00 X | 48.00 = | | $13,200.00 |
| Kathy C. Tahan | KCT | 275.00 X | 9.60 = | | $2,640.00 |
| | | **Total for Legal Auditors:** | **298.80** | | **$85,530.00** |
| | | **Total Hours Worked:** | **298.80** | | |
| | | **Total Hours Billed:** | **298.80** | | **$85,530.00** |