# EXHIBIT B

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.

Invoice Date: 12/28/2009
Invoice Number: R734 - Expenses

### TRIBUNE - NOVEMBER EXPENSES

**PHOTOCOPIES:**

2,107 at $0.10/Page        $210.70

**POSTAGE:**

Postage Paid       149.95

**TOTAL EXPENSES:**     **$360.65**