**EXHIBIT A**

**(Fee Statement)**

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

December 17, 2009

Please refer to
Invoice Number: 1813621

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $10,793.50 |
| **Current Fees and Costs Due** | **$10,793.50** |
| **Total Balance Due** | **$10,793.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813621

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

Legal fees for professional services
for the period ending November 30, 2009                  $10,793.50

         **Current Fees and Costs Due**          **$10,793.50**

         **Total Balance Due**          **$10,793.50**

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813621

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2009

**Post-Petition General Matter**                                                    $10,793.50

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/03/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/04/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/05/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/06/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/09/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                      Page 2
75245-00001
Invoice No. 1813621

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/12/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/13/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/16/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/19/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/20/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/23/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/25/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 11/30/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| **Subtotal: B110   Case Administration** | | | **1.90** | | **389.50** |

Tribune Company                                                                    Page 3
75245-00001
Invoice No. 1813621

**B113  Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/09 | GES3 | Review docket filings (0.4) | 0.40 | 810.00 | 324.00 |
| 11/30/09 | GES3 | Review docket filings (0.3) | 0.30 | 810.00 | 243.00 |
| | | **Subtotal:  B113   Pleadings Review** | **0.70** | | **567.00** |

**B120  Asset Analysis and Recovery**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/09/09 | JPB7 | Research location of Tribune owned broadcast tower (1.5) | 1.50 | 550.00 | 825.00 |
| 11/10/09 | JPB7 | Research location of Tribune owned broadcast tower (1.2) | 1.20 | 550.00 | 660.00 |
| | | **Subtotal:  B120   Asset Analysis and Recovery** | **2.70** | | **1,485.00** |

**B131  Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/09/09 | JSR6 | Review search results from Chicago Title regarding ownership of New River Center in Ft. Lauderdale, FL (2.5); telephone conference with S. Pater regarding same (0.5) | 3.00 | 675.00 | 2,025.00 |
| | | **Subtotal:  B131  Sale of Real Estate** | **3.00** | | **2,025.00** |

Tribune Company                                                                Page 4
75245-00001
Invoice No. 1813621

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/09 | JBB3 | Supplemental conflicts search (0.8) | 0.80 | 205.00 | 164.00 |
| 11/06/09 | RPR | Work on draft fourth interim fee application regarding September fee application information (0.7) | 0.70 | 320.00 | 224.00 |
| 11/16/09 | KDN | Review fee auditor initial report for second interim fee application and draft responsive email to D. Perlman and R. Chesley regarding same (0.1); draft email to J. Bender regarding response to fee auditor's initial report regarding second interim fee application (0.1) | 0.20 | 645.00 | 129.00 |
| 11/17/09 | RPR | Review October billing statement (0.9); forward same to L. Llobrera (0.1) | 1.00 | 320.00 | 320.00 |
| 11/18/09 | KDN | Telephone call with J. Bender regarding fee auditor initial report for second interim fee application (0.1) | 0.10 | 645.00 | 64.50 |
| 11/19/09 | HUJ | Conference with J. Bender regarding fee examiner's preliminary report (0.2); telephone call with J. Decker regarding same (0.1) | 0.30 | 475.00 | 142.50 |
| 11/23/09 | HUJ | Review fee examiner's preliminary report regarding second interim fee application request of Paul Hastings (0.6); draft response to report (1.4); correspond with fee examiner regarding same (0.1) | 2.10 | 475.00 | 997.50 |
| 11/24/09 | RPR | Review October fee statements (0.6); work on draft October monthly fee application (1.6) | 2.20 | 320.00 | 704.00 |
| 11/25/09 | HUJ | Prepare response to fee examiner's preliminary report regarding second interim fee application request (4.1); conferences with J. Bender and J. Rheeling regarding same (0.4) | 4.50 | 475.00 | 2,137.50 |

Tribune Company
75245-00001
Invoice No. 1813621

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/30/09 | GES3 | Revise narratives for fee application (0.7) | 0.70 | 810.00 | 567.00 |
| 11/30/09 | HUJ | Conferences with J. Bender and J. Rheeling regarding response to preliminary report of fee auditor (0.4); conferences with K. Newmarch regarding same (0.1); prepare correspondence to timekeepers requesting additional information for response (0.3); correspondence with fee examiner regarding same (0.2) | 1.00 | 475.00 | 475.00 |
| 11/30/09 | KDN | Discuss fee auditor initial report response with H. Jimenez (0.1) | 0.10 | 645.00 | 64.50 |
| **Subtotal: B160   Fee/ Employment Applications** | | | **13.70** | | **5,989.50** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/17/09 | JSR6 | Research identity of entity that owns certain Tribune broadcast towers (0.5) | 0.50 | 675.00 | 337.50 |
| **Subtotal: B250   Real Estate** | | | **0.50** | | **337.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 1.40 | 810.00 | 1,134.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.50 | 675.00 | 2,362.50 |
| HUJ | Hilla U. Jimenez | ASSOCIATE | 7.90 | 475.00 | 3,752.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 2.70 | 550.00 | 1,485.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.40 | 645.00 | 258.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 3.90 | 320.00 | 1,248.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 2.70 | 205.00 | 553.50 |

| | |
|---|---|
| **Current Fees and Costs** | $10,793.50 |
| **Total Balance Due** | $10,793.50 |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813622

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending November 30, 2009                                    $4,167.50
        **Current Fees and Costs Due**                                     **$4,167.50**
        **Total Balance Due**                                              **$4,167.50**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813622

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

<u>Lease Rejections</u>
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $4,167.50 |
| **Current Fees and Costs Due** | **$4,167.50** |
| **Total Balance Due** | **$4,167.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86147633.2

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813622

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2009

**Lease Rejections**                                                                    **$4,167.50**

**B113   Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/03/09 | GES3 | Review docket and case filings (0.5) | 0.50 | 810.00 | 405.00 |
| 11/06/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 11/11/09 | GES3 | Review docket filings (0.4) | 0.40 | 810.00 | 324.00 |
| | | **Subtotal:  B113   Pleadings Review** | **1.10** | | **891.00** |

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/03/09 | GES3 | Correspondence with D. Kazan regarding Insertco status and filings (0.2); correspondence with K. Kansa, D. Kazan and S. Pater regarding Insertco claim (0.2) | 0.40 | 810.00 | 324.00 |
| 11/04/09 | GES3 | Correspondence with S. Pater, D. Kazan and K. Kansa regarding Insertco rent claims and damage claims (0.6); review landlord claim and shuttle claim (0.3); review B. Fields correspondence regarding same (0.3) | 1.20 | 810.00 | 972.00 |
| 11/04/09 | TJC3 | Review correspondence regarding rejection of Insertco lease (0.4) | 0.40 | 595.00 | 238.00 |

LEGAL_US_E # 86147633.2

Tribune Company                                                                      Page 2
75245-00003
Invoice No. 1813622

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/09 | GES3 | Correspondence with S. Pater regarding assumption and rejection damages (0.3); review bankruptcy precedent materials regarding same (0.3); correspondence with K. Kansa regarding Insertco and shuttle claims (0.2) | 0.80 | 810.00 | 648.00 |
| 11/09/09 | JSR6 | Telephone conference with T. Furst regarding termination of memorandum of lease for property at 25 Deshon Drive, Mellville, NY (0.5) | 0.50 | 675.00 | 337.50 |
| 11/11/09 | GES3 | Conference with T. Chandran regarding Newsday and Deshon property (0.2) | 0.20 | 810.00 | 162.00 |
| 11/11/09 | TJC3 | Review closing book for Newsday transaction (0.3); telephone conference and correspondence with Chicago Title regarding memorandum of lease for Deshon Drive property (0.5); review same and conference with J. Rheeling regarding same (0.2) | 1.00 | 595.00 | 595.00 |
| | **Subtotal:** | **B185   Assumption/ Rejection of Leases and Contracts** | **4.50** | | **3,276.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 3.70 | 810.00 | 2,997.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 675.00 | 337.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 1.40 | 595.00 | 833.00 |

| | |
|---|---|
| **Current Fees and Costs** | $4,167.50 |
| **Total Balance Due** | $4,167.50 |

Tribune Company                                    December 17, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1813623

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services | |
| for the period ending November 30, 2009 | $273.00 |
| **Current Fees and Costs Due** | **$273.00** |
| **Total Balance Due** | **$273.00** |

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813623

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $273.00 |
| **Current Fees and Costs Due** | $273.00 |
| **Total Balance Due** | $273.00 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86147633.2

**Paul**Hastings

**PAUL, HASTINGS, JANOFSKY & WALKER** LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

December 17, 2009

Please refer to
Invoice Number: 1813623

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2009

**Real Estate Taxation Matters**                                             $273.00

**B240  Tax Issues**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/09 | AMS2 | Conference with M. Brigham regarding New York state trust tax consequences in bankruptcy (0.3) | 0.30 | 910.00 | 273.00 |
| | **Subtotal: B240  Tax Issues** | | **0.30** | | **273.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AMS2 | Andrew M. Short | PARTNER | 0.30 | 910.00 | 273.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$273.00** |
| **Total Balance Due** | | **$273.00** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813624

PHJ&W Tax ID No. 95-2209675

**SUMMARY SHEET**

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $316.00 |
| **Current Fees and Costs Due** | **$316.00** |
| **Total Balance Due** | **$316.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul*Hastings*

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

December 17, 2009

Please refer to
Invoice Number: 1813624

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $316.00 |
| **Current Fees and Costs Due** | **$316.00** |
| **Total Balance Due** | **$316.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86147633.2

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813624

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2009

**L.A. Times**                                                                          **$316.00**

**B131  Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/16/09 | DJP2 | Address issues related to subdivision of property for sale (0.4) | 0.40 | 790.00 | 316.00 |
| | | **Subtotal:  B131   Sale of Real Estate** | **0.40** | | **316.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 0.40 | 790.00 | 316.00 |

| | |
|---|---|
| **Current Fees and Costs** | $316.00 |
| **Total Balance Due** | $316.00 |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813625

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $7,991.00 |
| **Current Fees and Costs Due** | **$7,991.00** |
| **Total Balance Due** | **$7,991.00** |

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                                     December 17, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                              Please refer to
Chicago, IL  60611-4096                             Invoice Number: 1813625

Attn:  David Eldersveld, Esq.                       PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending November 30, 2009                              $7,991.00
      **Current Fees and Costs Due**                                **$7,991.00**
      **Total Balance Due**                                         **$7,991.00**

**Wiring Instructions:**                        **Remittance Address:**
  Bank of America                            Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                          191 N. Wacker Drive
  CHIPS Address:  0959                        30th Floor
  SWIFT Address:  BOFAUS3N                    Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86147633.2

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813625

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2009

**KTLA**                                                                    **$7,991.00**

**B131  Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/09 | PAR | Review KTLA lease documents in connection with requirement for landlord to provide tenant with lender subordination (2.4); prepare letter to Hudson Capital (landlord) regarding same (2.4) | 4.80 | 810.00 | 3,888.00 |
| 11/12/09 | PAR | Prepare email to S. Pater regarding status of response from landlord and lender counsel in connection with subordination requirement (0.3) | 0.30 | 810.00 | 243.00 |
| 11/13/09 | PAR | Prepare email and telephone conferences with S. Kalt (landlord counsel) regarding status of KTLA lease amendment (0.3) | 0.30 | 810.00 | 243.00 |
| 11/16/09 | PAR | Prepare for conference call with S. Kalt regarding KTLA lease amendment (0.2); conference call with S. Kalt regarding lender counsel's requested changes to KTLA lease amendment (0.6) | 0.80 | 810.00 | 648.00 |
| 11/19/09 | PAR | Communications with opposing counsel (S. Kalt) regarding status of lender response to amendment comments (0.3) | 0.30 | 810.00 | 243.00 |

Tribune Company                                                                Page 2
75245-00013
Invoice No. 1813625

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/23/09 | PAR | Review Wachovia comments to KTLA lease amendment (1.0); prepare response to Wachovia in connection with requested changes to KTLA lease amendment (0.5); prepare memorandum to S. Pater regarding Wachovia counsel's requested changes to KTLA lease amendment (0.5) | 2.00 | 810.00 | 1,620.00 |
| **Subtotal:  B131   Sale of Real Estate** | | | **8.50** | | **6,885.00** |

**B210   Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/09/09 | DJP2 | Review non-disturbance agreement (1.4) | 1.40 | 790.00 | 1,106.00 |
| **Subtotal:  B210   Business Operations** | | | **1.40** | | **1,106.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.40 | 790.00 | 1,106.00 |
| PAR | Patrick A. Ramsey | PARTNER | 8.50 | 810.00 | 6,885.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$7,991.00** |
| **Total Balance Due** | **$7,991.00** |

Tribune Company                                    December 17, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1813626

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

### SUMMARY SHEET

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $32,094.50 |
| Costs incurred and advanced | 64.56 |
| **Current Fees and Costs** | **$32,159.06** |
| **Prior Balance Due** | **$69,652.80** |
| **Total Balance Due** | **$101,811.86** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813626

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2009 | $32,094.50 |
| Costs incurred and advanced | 64.56 |
| **Current Fees and Costs Due** | **$32,159.06** |
| **Prior Balance Due** | **$69,652.80** |
| **Total Balance Due** | **$101,811.86** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86147633.2

Tribune Company
75245-00026
Invoice No. 1813626

Page 2

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 07/28/09 | 1792937 | $6,609.40 | $5,287.60 | $0.00 | $1,321.80 |
| 08/28/09 | 1797261 | $15,987.00 | $12,790.00 | $0.00 | $3,197.00 |
| 09/21/09 | 1799281 | $26,216.70 | $20,973.50 | $0.00 | $5,243.20 |
| 10/16/09 | 1803558 | $41,937.33 | $33,556.33 | $0.00 | $8,381.00 |
| 11/30/09 | 1809279 | $51,509.80 | $0.00 | $0.00 | $51,509.80 |

**Total Prior Due**      $69,652.80

**Balance Due**      $101,811.86

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813626

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2009

**Sale of 250 Miller Place, Hicksville**                                            $32,094.50

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/09 | JBB3 | Coordinate execution of closing documents (1.3); organize and scan closing documents per J. Bender (0.7) | 2.00 | 205.00 | 410.00 |
| 11/02/09 | JPB7 | Review closing statement (1.0); resolve title clearance regarding sale of property (2.6); revise closing documents regarding sale of property (2.5); obtain final water bill reading at property (0.2) | 6.30 | 550.00 | 3,465.00 |
| 11/02/09 | JSR6 | Telephone conference with L. Goldman regarding mortgage (0.6); telephone conference with L. Goldman regarding subordination agreement (0.4); review buyer's proposed revisions to mortgage and subordination and non-disturbance agreement (1.1); review buyer's proposed revisions to subordination agreement (0.9); telephone conference with S. Pater and J. Semaris regarding status of transaction (0.5); telephone conference with L. Goldman regarding legal opinion (0.5) | 4.00 | 675.00 | 2,700.00 |
| 11/02/09 | SET2 | Email correspondence with J. Porter regarding corporate documents (0.3) | 0.30 | 300.00 | 90.00 |

LEGAL_US_E # 86147633.2

Tribune Company                                                              Page 2
75245-00026
Invoice No. 1813626

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|----------|-------------|-------|------|--------|
| 11/03/09 | JPB7 | Review title clearance regarding sale of property (3.1); revise closing documents regarding sale of property (2.6) | 5.70 | 550.00 | 3,135.00 |
| 11/03/09 | JSR6 | Telephone conference with L. Goldman regarding loan document for Hicksville property (0.7); telephone conferences with S. Pater regarding same (0.4); revise loan documents for Hicksville property (2.0); revise closing documents for Hicksville property (1.0) | 4.10 | 675.00 | 2,767.50 |
| 11/04/09 | JPB7 | Revise closing document (1.2); telephone conferences (x2) with title company regarding closing of transactions (1.3) | 2.50 | 550.00 | 1,375.00 |
| 11/04/09 | JSR6 | Revise closing documents for Hicksville property (1.1); telephone conference with L. Goldman regarding loan documents for Hicksville property (0.7); review preliminary closing statement for Hicksville property (0.9); revise loan documents for Hicksville property (1.3) | 4.00 | 675.00 | 2,700.00 |
| 11/04/09 | MM19 | Review revised opinion letter for sale of Hicksville property (0.3) | 0.30 | 615.00 | 184.50 |
| 11/05/09 | JPB7 | Revise closing documents (0.9); telephone conference with S. Pater regarding logistics of closing transaction (0.8); review revised closing documents (1.0); telephone conference with purchaser's counsel and title company regarding logistics of closing on sale of Hicksville property (0.8) | 3.50 | 550.00 | 1,925.00 |

Tribune Company                                                                 Page 3
75245-00026
Invoice No. 1813626

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/09 | JSR6 | Telephone conference with L. Goldman regarding logistics of closing for Hicksville property (0.5); review buyer's environmental insurance for property (1.2); revise buyer's legal opinion for property (1.5); review revised closing statement for Hicksville property (0.8) | 4.00 | 675.00 | 2,700.00 |
| 11/06/09 | DJP2 | Review transaction documents (0.7) and closing issues related to title and opinion letter (0.4) | 1.10 | 790.00 | 869.00 |
| 11/06/09 | JPB7 | Telephone conferences (x3) (1.6) and emails to purchaser's attorney and title company regarding closing of transaction (1.3) | 2.90 | 550.00 | 1,595.00 |
| 11/06/09 | JSR6 | Review final closing statement for Hicksville property (0.8); review final loan documents for Hicksville property (1.9); review final closing documents for Hicksville property (2.1); review final loan policy for Hicksville property (1.6); review final legal opinion for Hicksville property (1.4) | 7.80 | 675.00 | 5,265.00 |
| 11/09/09 | JPB7 | Draft correspondence regarding post-closing obligations (0.8) | 0.80 | 550.00 | 440.00 |
| 11/10/09 | JPB7 | Telephone conferences (x3) (0.7) and emails to purchaser's attorney and title company regarding closing of transaction (0.5) | 1.20 | 550.00 | 660.00 |
| 11/12/09 | JPB7 | Exchange correspondence with purchaser's counsel regarding wire instructions for payment (1.2) | 1.20 | 550.00 | 660.00 |
| 11/20/09 | JBB3 | Coordinate delivery of original promissory note per J. Bender's instructions (0.7) | 0.70 | 205.00 | 143.50 |
| | | **Subtotal: B131  Sale of Real Estate** | **52.40** | | **31,084.50** |

Tribune Company                                                         Page 4
75245-00026
Invoice No. 1813626

**B240  Tax Issues**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/09 | MGB3 | Research regarding New York state real estate transfer tax exemption for companies in bankruptcy (2.0) | 2.00 | 505.00 | 1,010.00 |
| | | **Subtotal:  B240   Tax Issues** | **2.00** | | **1,010.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.10 | 790.00 | 869.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 23.90 | 675.00 | 16,132.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 24.10 | 550.00 | 13,255.00 |
| MGB3 | Matthew G. Brigham | ASSOCIATE | 2.00 | 505.00 | 1,010.00 |
| MM19 | Michael J. McCarthy | ASSOCIATE | 0.30 | 615.00 | 184.50 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.30 | 300.00 | 90.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 2.70 | 205.00 | 553.50 |

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 11/02/2009 | JPB7 | Photocopy Charges | 18 | 0.10 | 1.80 |
| 11/10/2009 | JPB7 | Photocopy Charges | 32 | 0.10 | 3.20 |
| 11/20/2009 | JBB3 | Photocopy Charges | 1 | 0.10 | 0.10 |
| 11/16/2009 | JPB7 | Facsimile | 4 | 1.00 | 4.00 |
| 11/02/2009 | PHJW | UPS 11/02/09 Chris Bruno, Commonwealth Land Title, New York, NY 10017 1Z3F8W752592775429 (MAN) | | | 16.62 |
| 11/02/2009 | PHJW | UPS 11/02/09 Larry Goldman, Malman & Goldman, LLP, White Plains, NY 10605 1Z3F8W752590520411 (MAN) | | | 16.62 |
| 11/10/2009 | PHJW | UPS 11/10/09 Lawrence Goldman, Malman & Goldman, LLP, White Plains, NY 10605 1Z3F8W752596572695 (MAN) | | | 16.62 |
| 11/02/2009 | PHJW | Long Distance Telephone Charges | | | 1.80 |
| 11/03/2009 | PHJW | Long Distance Telephone Charges | | | 1.90 |
| 11/05/2009 | PHJW | Long Distance Telephone Charges | | | 1.30 |
| 11/06/2009 | PHJW | Long Distance Telephone Charges | | | 0.60 |
| | | **Total Costs** | | | **$64.56** |

| | |
|---|---|
| **Current Fees and Costs** | $32,159.06 |
| **Prior Balance Due** | $69,652.80 |
| **Total Balance Due** | **$101,811.86** |

**EXHIBIT B**

**(Expenses Statement)**

**EXPENSE SUMMARY**
**NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $49.86 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $5.60 |
| Photocopy Charges ($0.10 per page) | | $5.10 |
| Outside Photocopying | | $0.00 |
| Facsimile | | $4.00 |
| **TOTAL** | | **$64.56** |

Page 8

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

December 17, 2009

Please refer to
Invoice Number: 1813626

PHJ&W Tax ID No. 95-2209675

---

**November 2009**

## SUMMARY SHEET

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 11/02/2009 | JPB7 | Photocopy Charges | 18 | 0.10 | 1.80 |
| 11/10/2009 | JPB7 | Photocopy Charges | 32 | 0.10 | 3.20 |
| 11/20/2009 | JBB3 | Photocopy Charges | 1 | 0.10 | 0.10 |
| 11/16/2009 | JPB7 | Facsimile | 4 | 1.00 | 4.00 |
| 11/02/2009 | PHJW | UPS 11/02/09 Chris Bruno, Commonwealth Land Title, New York, NY 10017 1Z3F8W752592775429 (MAN) | | | 16.62 |
| 11/02/2009 | PHJW | UPS 11/02/09 Larry Goldman, Malman & Goldman, LLP, White Plains, NY 10605 1Z3F8W752590520411 (MAN) | | | 16.62 |
| 11/10/2009 | PHJW | UPS 11/10/09 Lawrence Goldman, Malman & Goldman, LLP, White Plains, NY 10605 1Z3F8W752596572695 (MAN) | | | 16.62 |
| 11/02/2009 | PHJW | Long Distance Telephone Charges | | | 1.80 |
| 11/03/2009 | PHJW | Long Distance Telephone Charges | | | 1.90 |
| 11/05/2009 | PHJW | Long Distance Telephone Charges | | | 1.30 |
| 11/06/2009 | PHJW | Long Distance Telephone Charges | | | 0.60 |
| | | **Total Costs** | | | **$64.56** |

LEGAL_US_E # 86147633.2