IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY et al., | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: **D.I. 2931** |

## CERTIFICATE OF SERVICE

I, Thomas G. Macauley, hereby certify that on January 28, 2009, a copy of the Order Requiring the Production By Date Certain of E-Mail Documents From Merrill Lynch Capital Corporation Pursuant to Bankruptcy Rule 2004 (D.I. No. 2931), was served, by first-class mail, postage prepaid, to the parties on the attached service list.

Dated: December 28, 2009

                                      ZUCKERMAN SPAEDER LLP

                                      Thomas G. Macauley (ID No. 3411)
                                      919 Market Street, Suite 990
                                      Wilmington, DE 19801
                                      Telephone: (302) 427-0400
                                      Facsimile: (302) 427-8242

                                      Special Counsel to the Official Committee
                                      of Unsecured Creditors

2469104.1

Tribune
Service List

Brian Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman &
   Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Laurie Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Mark D. Collins, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Karen E. Wagner, Esquire
Sharon Katz, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Margo B. Schonholtz, Esq.
Madlyn Gleich Primioff, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Michael O'Brien
Merrill Lynch Capital Corporation
4 World Financial Center
250 Vesey Street
New York, NY 10080