**Microsoft Word - Draft Claim Withdrawal Form.doc**

Download (23K)   Print (1 page)   Plain HTML



United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | No Debtor Asserted  TRIBUNE |
|---|---|
| Creditor Name and Address: | SILVER, MARC<br>4418 STANFORD STREET<br>CHEVY CHASE, MD 20815 |
| Court Claim Number (if known): | 2998 |
| Date Claim Filed: | 5/20/09 |
| Total Amount of Claim Filed: | 1000.00 |

FILED / RECEIVED
DEC 2 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

Print Name: MARC SILVER

Title (if applicable): _____

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.