## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, *et al.*

Debtors.

) Chapter 11
)
) Case No.: 08-13141 (KJC)
)
) Jointly Administered
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(1)**
)
)

PLEASE TAKE NOTICE that the general unsecured claim of **L & R PRODUCTIONS** (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of **$532.50**, as listed within the debtor's Schedule of Liabilities filed by the debtor and all general unsecured claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery III LP., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than **$532.50** and has not been previously objected to, sold, or satisfied. Other than as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:   L & R PRODUCTIONS**

Print Name: Thomas Russo   Title: President

Signature: [signature]   Date: 12/17/09

Corrected Address (if req.): _____

Phone: 860 528 5177   E-Mail: trusso@landrproductions.com

**TRANSFEREE:**
United States Debt Recovery III LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signature]
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.* | ) Case No.: 08-13141 (KJC) ) ) Jointly Administered |
| Debtors. | ) ) **TRANSFER OF CLAIM** ) **BANKRUPTCY RULE 3001(E)(1)** ) |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(1)

**Name of Proposed Transferor:**
L & R PRODUCTIONS
87 CHURCH STREET
EAST HARTFORD, CT 06108

**Name of Transferee:**
United States Debt Recovery III, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

824 North Market Street
3rd Floor
Wilmington, Delaware 19801
302-252-2900

SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk