# EXHIBIT A

## Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Sixth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period November 1, 2009 through November 30, 2009 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Sixth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 29th day of December, 2009.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE MONTHLY PERIOD FROM
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.2 | 50.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 510 | 10.1 | 5,151.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 25.6 | 18,560.00 |
| Krista E. Gallagher | Paralegal (since 2007); Communications; n/a | 145 | 1.5 | 217.50 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 0.3 | 199.50 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 16.1 | 10,384.50 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 23.2 | 9,280.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 1.0 | 240.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 255 | 1.7 | 433.50 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 (WI) | 420 | 122.7 | 51,534.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 92.0 | 52,900.00 |

**TOTALS**     294.4     148,950.00

**BLENDED RATE**     505.9442935

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2009 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE QUARTERLY PERIOD FROM
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 271.2 | 139,670.00 |
| Fee Applications 08656.0101 | 23.2 | 9,280.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **294.4** | **148,950.00** |

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

T 202.776.2000  F 202.776.2222

December 21, 2009

Page 1

Tribune Company
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 519259

Our File # 08656.0100          For Services Through November 30, 2009
FCC/Broadcast Matters

| | | |
|---|---|---|
| 11/01/09 | Preparation of Hartford market duopoly waiver request regarding applications to FCC for assignment of broadcast licenses in bankruptcy (3.1); preparation of declaration of G. Mazzaferri regarding WTXX(TV) financial data regarding same (0.6). | |
| | J. Rademacher | 3.70 hrs. |
| 11/01/09 | Review revised waiver shells and updates from lenders' counsel (0.5); review memo re timing on FCC application filing and procedures (0.3). | |
| | J. Feore | 0.80 hrs. |
| 11/01/09 | Review and revise changes to Hartford market materials (3.2); email E. Washburn re same (0.2); exchange emails with G. Mazzaferri re declaration confidentiality (0.2). | |
| | M. Swanson | 3.60 hrs. |
| 11/02/09 | Preparation of Hartford duopoly waiver request regarding FCC applications for assignment of licenses in bankruptcy (4.1); research and preparation of declaration of G. Mazzaferri to accompany Hartford duopoly waiver request regarding same (0.6); preparation of correspondence with E. Washburn regarding compilation of changes to Hartford duopoly waiver request regarding same (0.8); research and review issues regarding LA print publications exhibit to accompany newspaper/broadcast cross-ownership exhibit regarding same (1.5). | |
| | J. Rademacher | 7.00 hrs. |
| 11/02/09 | Review draft FCC showings (0.7); review memo re Creditors Committee request for updates (0.3); telephone conference with lenders' counsel re status and timing (0.5). | |

Tribune Company                                                Invoice 519259

|  |  |  |
|---|---|---|
|  | J. Feore | 1.50 hrs. |
| 11/02/09 | Review material from FCC counsel to senior lenders regarding treatment of foreign shareholdings. | |
|  | J. Logan | 0.40 hrs. |
| 11/02/09 | Email client re FCC consideration of rule changes affecting waivers (0.2); review changes re Hartford financials and cap ex (0.9); review re cross-ownership shells' factual appendices (1.5). | |
|  | M. Swanson | 2.60 hrs. |
| 11/03/09 | Telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding issues related to cross-ownership waiver requests regarding FCC applications for assignment of broadcast licenses in bankruptcy (1.6); preparation of Hartford market duopoly waiver request regarding same (3.4); correspondence with lenders' counsel regarding Hartford market duopoly waiver request regarding same (0.3). | |
|  | J. Rademacher | 5.30 hrs. |
| 11/03/09 | Preparation for and telephone conference with J. Bayes and E. Reed re changes to cross-ownership "shells," M. Fratrik reports and status of Hartford and Indianapolis waiver requests (1.3); review re changes to Hartford waiver request (0.4). | |
|  | M. Swanson | 1.70 hrs. |
| 11/04/09 | Review and forward draft of language for the certificate of incorporation to J. Boelter (Sidley) (0.6); review revised disclosure statement (1.9); conference call and correspondence with K. Mills (Sidley) re revised disclosure statement (0.7). | |
|  | C. Burrow | 3.20 hrs. |
| 11/04/09 | Telephone conference with E. Reed (lenders' counsel) regarding outstanding issues in cross-ownership waiver requests and exhibits (0.4); research regarding outstanding issues with cross-ownership print publications exhibits (2.4). | |
|  | J. Rademacher | 2.80 hrs. |
| 11/04/09 | Review revised disclosure statement and updated FCC sections (0.6); telephone conference with Creditors Committee counsel re FCC processes and timing (0.4). | |
|  | J. Feore | 1.00 hrs. |
| 11/04/09 | Review revised disclosure statement draft from Sidley regarding FCC-related changes. | |
|  | J. Logan | 0.80 hrs. |
| 11/04/09 | Review re LA print issue and print categorization overall (0.9); telephone conference with E. Reed (Wiley) re same (0.4); review re disclosure statement (0.7). | |
|  | M. Swanson | 2.00 hrs. |
| 11/05/09 | Review and revise disclosure statement (0.9); conference calls and correspondence with K. Mills (Sidley) re same (0.8). | |

Tribune Company

|  |  |  |
|---|---|---|
|  | C. Burrow | 1.70 hrs. |
| 11/05/09 | Preparation of Indianapolis market satellite waiver request regarding applications to FCC for assignment of broadcast licenses in bankruptcy (3.1); preparation of M. Fratrik market report regarding same (1.7); preparation of correspondence with E. Washburn regarding Hartford market duopoly waiver request regarding same (0.9); preparation of correspondence with E. Washburn regarding Indianapolis market satellite waiver request regarding same (0.4); preparation of declaration of B. Byrnes to accompany Hartford duopoly waiver request regarding same (0.4); telephone conference with E. Washburn regarding status regarding same (0.7); review stockholders' disclosure statement regarding same (0.4). |  |
|  | J. Rademacher | 7.70 hrs. |
| 11/05/09 | Meeting with counsel for unsecured Creditors Committee to review FCC application and waiver issues. |  |
|  | J. Feore | 0.80 hrs. |
| 11/05/09 | Meeting with FCC counsel to Steering Committee regarding status of proceeding and review of regulatory issues in connection with Plan (0.8); review and revise FCC sections of disclosure statement (0.9); telephone conference with Sidley regarding provisions of disclosure Plan describing entitlement to warrants (0.3). |  |
|  | J. Logan | 2.00 hrs. |
| 11/05/09 | Review and revise disclosure statement and sections related to media data and FCC (2.4); preparation for and telephone conference with E. Washburn re print data, cross-ownership shell changes and Hartford history (1.3); review re changes to Indianapolis waiver materials (0.4). |  |
|  | M. Swanson | 4.10 hrs. |
| 11/05/09 | Review and edit disclosure statement. |  |
|  | M. Hays | 0.30 hrs. |
| 11/06/09 | Review and revise media ownership certification form. |  |
|  | C. Burrow | 0.90 hrs. |
| 11/06/09 | Research re need to submit private radio ownership report (0.8); draft comments re same (0.3). |  |
|  | J. Pila | 1.10 hrs. |
| 11/06/09 | Preparation of correspondence to A. Meyers regarding updating information for Miami market cross-ownership waiver request regarding FCC applications for assignment of broadcast licenses in bankruptcy (0.5); preparation of correspondence to M. Wilke regarding updating information for Chicago market cross-ownership waiver request regarding same (0.4); research and preparation of correspondence to D. Corsin regarding updating information for LA market cross-ownership waiver request regarding same (0.6); preparation of correspondence with E. Washburn regarding Tribune-owned publications on cross-ownership waiver print publications |  |

December 21, 2009                                                    Page 4

Tribune Company                                              Invoice 519259

|  |  |  |
|---|---|---|
|  | exhibits regarding same (1.4); correspondence with lenders' counsel regarding declaration of G. Mazzaferri to accompany Hartford market duopoly waiver request regarding same (0.3); preparation of Indianapolis market satellite waiver request regarding same (0.5); preparation of M. Fratrik Indianapolis market report regarding same (0.4); preparation of correspondence with J. Fiorini (lenders' counsel) regarding Indianapolis waiver request and economist report regarding same (0.3). |  |
|  | J. Rademacher | 4.40 hrs. |
| 11/06/09 | Telephone conference with Wiley re application timing and FCC filing (0.4); telephone conference with Creditors Committee counsel re drafts of FCC waivers (0.4); telephone conference with Tribune and Sidley counsel re preparation of FCC applications and waivers (0.6); review updates on waivers (0.3); analysis re preliminary filing issues and timing (0.5). |  |
|  | J. Feore | 2.20 hrs. |
| 11/06/09 | Research and update chart of earth stations and private radio licenses re Tribune applications and licenses. |  |
|  | K. Gallagher (Paralegal) | 1.50 hrs. |
| 11/06/09 | Review M. Fratrik (BIA) Indianapolis market issues (1.2); review re lenders' counsel's request for updated data (0.4); email same to client (0.2); review re "missing" data (1.2); telephone conference with client re same (0.2); review re print data issues (1.9); email client re same (1.1); review, revise and send emails to LA (0.3), NY (0.3) and Miami ( 0.2) stations re additional data. |  |
|  | M. Swanson | 7.00 hrs. |
| 11/06/09 | Research types of private radio licenses held by Tribune (0.1); research need to file wireless ownership report (Form 403)(0.1). |  |
|  | S. Anderson (Practice Group Professional) | 0.20 hrs. |
| 11/07/09 | Revise market waiver "shells" (0.5); review updates on experts media study and M. Fratrik reports (0.5). |  |
|  | J. Feore | 1.00 hrs. |
| 11/07/09 | Review re changes to Indianapolis market materials (0.3); review re lenders' counsel's changes to Hartford "shell" (0.5); review re data in support of M. Fratrik (BIA) "separations" report (0.9). |  |
|  | M. Swanson | 1.70 hrs. |
| 11/08/09 | Review and revise exhibits to NY (0.9), LA (0.9), Chicago (0.9), Miami (0.9) and Hartford (0.9) market cross-ownership waiver requests; analysis of issues regarding Hartford duopoly waiver request and Hartford M. Fratrik market report (0.4). |  |
|  | J. Rademacher | 4.90 hrs. |
| 11/08/09 | Review and revise changes to Hartford duopoly "shell" (0.7); review and revise M. Fratrik (BIA) "separation" report (1.2). |  |
|  | M. Swanson | 1.90 hrs. |

December 21, 2009                                        Page 5

Tribune Company                                     Invoice 519259

| | | |
|---|---|---|
| 11/09/09 | Research re FCC Form 602 ownership report requirements in connection with the assignment or transfer of wireless licenses. | |
| | A. Mejia (Practice Group Professional) | 1.00 hrs. |
| 11/09/09 | Research re need to submit Form 602 ownership report re broadband radio service and LA common carrier license (0.5); draft comments re same (0.1). | |
| | J. Pila | 0.60 hrs. |
| 11/09/09 | Review and revise exhibits to NY (0.8), LA (0.8), Chicago (0.9), Miami (0.8) and Hartford (0.8) market cross-ownership waiver requests regarding FCC applications for assignment of broadcast licenses in bankruptcy; preparation of correspondence with E. Reed (lenders' counsel) regarding exhibits regarding same (2.1); preparation of correspondence with J. Moczulski (LA market) regarding hours of local news production regarding same (0.2); preparation of LA market cross-ownership waiver request regarding same (0.7); prepare correspondence with E. Washburn regarding LA print publication lists regarding same (0.1); preparation of Indianapolis market satellite waiver request regarding same (0.4); research and preparation of confidentiality request to accompany exhibits to G. Mazzaferri declaration exhibit to Hartford market duopoly waiver request regarding same (1.0). | |
| | J. Rademacher | 8.60 hrs. |
| 11/09/09 | Telephone conference with lenders' counsel re disclosure statement and waiver requests (0.5); review updated ownership information for new Tribune shareholders and FCC compliance issues (1.0). | |
| | J. Feore | 1.50 hrs. |
| 11/09/09 | Review J. Fiorini (Wiley) email re Hartford cash flow and forward to client (0.1); respond to J. Fiorini re same (0.1); email exchange with A. Meyers re data (0.1); review and revise changes to factual appendices, including ratings issues (2.2). | |
| | M. Swanson | 2.50 hrs. |
| 11/10/09 | Research and analysis of issues regarding local news and ratings exhibits for cross-ownership waiver requests for NY (0.8), LA (0.9), Chicago (1.0), Miami (1.4) and Hartford (0.7) markets regarding FCC applications to transfer broadcast licenses in bankruptcy; preparation of correspondence with A. Meyers in Miami market regarding same (0.3); analysis of issues regarding LA market local news hours regarding same (0.4); preparation of correspondence with E. Reed (lenders' counsel) regarding same (1.7); analysis of issues regarding Chicago market employment figures for WGN-TV, WGN-AM and the Chicago Tribune (0.4). | |
| | J. Rademacher | 7.60 hrs. |
| 11/10/09 | Telephone conferences with lenders' counsel re disclosure plan and issues re FCC waiver requests (0.6); review and revise final media market showings (0.6). | |
| | J. Feore | 1.20 hrs. |

| | | |
|---|---|---|
| 11/10/09 | Telephone conference with E. Washburn re FCC regulatory fee decision (0.4); review same (0.4); email E. Washburn re FCC status report in DC Circuit appeal (0.1); review Miami market data (0.2); telephone conference with C. Sennett re "Voices" program (0.2); review LA market data (0.4); review Chicago market data (0.2); review and revise email to E. Reed re changes to "shell" factual appendices (2.2); review re data compilation and print issues (1.2). | |
| | M. Swanson | 5.30 hrs. |
| 11/11/09 | Review issues re status of the Reorganization Plan and the FCC applications re same. | |
| | C. Burrow | 0.60 hrs. |
| 11/11/09 | Research and preparation of correspondence with E. Reed (lenders' counsel) regarding Tribune's requested changes to Miami cross-ownership waiver request to reflect factual updates regarding applications to FCC for transfer of broadcast licenses in bankruptcy (1.7); research and preparation of correspondence with J. Fiorini (lenders' counsel) regarding changes to Indianapolis market satellite waiver request regarding same (1.0); research and correspondence with A. Myers regarding historical news programming in Miami television market for cross-ownership waiver request regarding same (1.5); research and correspondence with E. Reed (lenders' counsel) regarding requested changes to exhibits to cross-ownership waiver requests regarding same (4.6); research regarding Spanish-language newspapers identified by M. Fratrik in cross-ownership markets (0.8); research and correspondence with J. Moczulski regarding hours of local news of KTLA and other stations in LA market (0.4). | |
| | J. Rademacher | 10.00 hrs. |
| 11/11/09 | Review updates to five media markets' FCC showings (0.6); telephone conference with Creditors Committee counsel re distribution of draft FCC exhibits (0.3). | |
| | J. Feore | 0.90 hrs. |
| 11/11/09 | Review status of applications and related matters in preparation for telephone conference with Sidley regarding status of bankruptcy proceeding and recent developments (0.4); telephone conference with J. Boulter (Sidley) regarding points raised by bankruptcy counsel to senior lenders regarding remaining FCC-related tasks (0.8); review issues regarding FCC waiver requests and status of senior lender determinations regarding mechanics for distribution of stock and warrants (0.6); prepare memorandum regarding senior lender issues in connection with FCC application process (0.5); revise senior lenders' draft questionnaire for foreign ownership determinations (0.6). | |
| | J. Logan | 2.90 hrs. |
| 11/11/09 | Telephone conference with B. Krakauer and J. Boelter (Sidley) re Davis Polk concerns (0.7); telephone conference with E. Washburn re same (0.1); review re data issues (0.5); review re Indianapolis changes and waiver issues (0.8); review re changes to "shell" | |

Tribune Company                                                              Invoice 519259

|  |  |  |
|---|---|---|
|  | appendices (1.6); review re Miami data point (0.1). | |
|  | M. Swanson | 3.80 hrs. |
| 11/12/09 | Telephone conference with H. Segal regarding employee head count at the Chicago Tribune for Chicago market cross-ownership waiver request regarding FCC applications for assignment of licenses in bankruptcy (0.3); correspondence with M. Wilkie regarding employee head count at WGN-TV and WGN(AM) regarding same (0.2); correspondence with E. Reed (lenders' counsel) regarding Tribune-requested changes to Chicago market cross-ownership request (0.5); correspondence with E. Washburn regarding Spanish language newspapers identified by M. Fratrik regarding same (0.2); preparation and telephone conference with E. Washburn regarding status of cross-ownership requests regarding same (0.5); correspondence with E. Washburn regarding Hartford market duopoly waiver request regarding same (0.3); review and analysis of issues regarding Tribune edits to Hartford and Miami print publication exhibits to cross-ownership waiver requests regarding same (1.0); research regarding outstanding factual issues in cross-ownership waiver requests for NY (0.6), Chicago (0.7), LA (0.3), Miami (0.2) and Hartford (0.3) markets. | |
|  | J. Rademacher | 5.10 hrs. |
| 11/12/09 | Telephone conference with D. Liebentritt re FCC applications and open issues (0.2); telephone conferences with S. Sheehan re FCC lobby issues (0.3); telephone conference with Wiley re application timing and lobby issues (0.5); conference with Creditors Committee counsel re draft exhibits for FCC applications (0.4); prepare materials re draft exhibits for FCC applications (0.6). | |
|  | J. Feore | 2.00 hrs. |
| 11/12/09 | Review steps to comply with D. Liebentritt instructions regarding points raised through Davis Polk and Sidley regarding further distribution of draft applications and related matters. | |
|  | J. Logan | 0.50 hrs. |
| 11/12/09 | Preparation for and telephone conference with E. Washburn re Wiley's requested changes to "shells" (1.1); telephone conference with J. Bayes (Wiley) re same (0.3); preparation for and telephone conference with client re proof of claim issues (0.8); telephone conference with E. Washburn re providing "shells" to creditors' committee counsel (0.2); review re print list changes from client (1.0); research and email client re indecency fine change (0.5); research re previous FCC response re "due diligence" report (0.6). | |
|  | M. Swanson | 4.50 hrs. |
| 11/13/09 | Review and revise FCC foreign ownership questionnaire. | |
|  | C. Burrow | 0.60 hrs. |
| 11/13/09 | Preparation of draft Chicago cross-ownership waiver request for D. Stenger (corporate bankruptcy counsel) regarding FCC applications to transfer licenses in bankruptcy (4.4); research and correspondence | |

December 21, 2009                                          Page 8

Tribune Company                                           Invoice 519259

|  |  |  |
|---|---|---|
|  | with lenders' counsel regarding exhibits to cross-ownership waiver requests regarding same (0.8); research regarding print publication exhibits to cross-ownership waiver requests in NY (0.3) and LA (0.7). | |
|  | J. Rademacher | 6.20 hrs. |
| 11/13/09 | Telephone conferences with Creditors Committee counsel re draft FCC waivers and market studies (0.4); telephone conference with lenders' counsel re timing and FCC lobby efforts (0.3); analysis re permanent waiver request for cross-owned markets (0.3); review FCC decisions re same (0.3). | |
|  | J. Feore | 1.30 hrs. |
| 11/13/09 | Review and revise questionnaire and worksheets for foreign ownership determination (0.9); revisions to draft foreign ownership questionnaire to simplify responses required for prospective shareholders reporting direct and indirect foreign ownership and voting rights (0.8); correspondence with W. Johnsen (FCC counsel to senior lenders) regarding revised questionnaire (0.2). | |
|  | J. Logan | 1.90 hrs. |
| 11/13/09 | Finalize Chicago market materials for J. Stenger (Chadbourne) (1.6); draft letter to same re same (0.6). | |
|  | M. Swanson | 2.20 hrs. |
| 11/14/09 | Review recent FCC filings and cross-ownership and pending waivers and impact on Tribune application and ownership requests. | |
|  | J. Feore | 0.80 hrs. |
| 11/14/09 | Review and revise re changes to M. Fratrik (BIA) reports. | |
|  | M. Swanson | 4.80 hrs. |
| 11/15/09 | Prepare draft of M. Fratrik cross-ownership market report for NY regarding applications for transfer of FCC licenses in bankruptcy (0.8); prepare draft of M. Fratrik cross-ownership market report for LA regarding same (0.7); prepare draft of M. Fratrik cross-ownership market report for Chicago regarding same (0.9); prepare draft of M. Fratrik cross-ownership market report for Miami regarding same (1.1); prepare draft of economist M. Fratrik cross-ownership market report for Hartford regarding same (1.6); prepare draft of M. Fratrik duopoly market report for Hartford regarding same (1.8); preparation of correspondence with E. Washburn regarding M. Fratrik cross-ownership market report for NY regarding same (0.5). | |
|  | J. Rademacher | 7.50 hrs. |
| 11/15/09 | Review bankruptcy extention motion and effect on FCC timing (0.4); email same to E. Wasburn (0.2); review re changes to M. Fratrik (BIA) Hartford duopoly report (0.4); review re changes to all M. Fratrik reports (1.6); email to E. Washburn re M. Fratrik NY report (0.2). | |
|  | M. Swanson | 2.80 hrs. |

December 21, 2009                                            Page 9

Tribune Company                                        Invoice 519259

| | | |
|---|---|---|
| 11/16/09 | Prepare correspondence with A. Meyers regarding follow-up research for Miami market cross-ownership waiver request regarding applications to FCC to assign broadcast licenses in bankruptcy (0.2); correspondence with J. Fiorini (lenders' counsel) regarding Hartford market duopoly waiver request and Indianapolis market satellite waiver request regarding same (0.2); prepare correspondence to E. Reed (lenders' counsel) regarding Tribune proposed changes to M. Fratrik cross-ownership reports for NY (0.8), LA (0.8), Chicago (0.9), Miami (0.9) and Hartford (1.5) markets regarding same; review follow-up research from E. Washburn regarding LA print publications exhibit for LA cross-ownership waiver request regarding same (0.8). | |
| | J. Rademacher | 6.10 hrs. |
| 11/16/09 | Telephone conference with Creditors Committee counsel re draft waiver filing (0.3); review FCC regulatory issues and timing with counsel (0.4). | |
| | J. Feore | 0.70 hrs. |
| 11/16/09 | Review re changes to M. Fratrik NY report (0.3); research and review re pending Enforcement Bureau matters, including indecency and emails with E. Washburn re same (1.1); telephone conference with J. Stenger (Chadbourne) re FCC drafts (0.3); review print list results from client (1.2). | |
| | M. Swanson | 2.90 hrs. |
| 11/17/09 | Review FCC application issues re revised Reorganization Plan. | |
| | C. Burrow | 0.60 hrs. |
| 11/17/09 | Preparation of correspondence with M. Fratrik regarding Indianapolis market report regarding applications to FCC for assignment of broadcast licenses in bankruptcy (0.2); preparation of changes to Indianapolis market report regarding same (0.6); telephone conference with J. Fiorini (lenders' counsel) regarding Hartford duopoly waiver request and M. Fratrik study regarding same(0.9); preparation of Hartford market duopoly waiver request regarding same (1.5); preparation of changes to M. Fratrik Hartford duopoly market report regarding same (1.2); preparation of correspondence with J. Fiorini (lenders' counsel) regarding same (0.3); research regarding resolution of FCC proof of claim filings in Pappas Telecasters and Equity Broadcasting bankruptcy proceedings regarding same (2.0); review follow-up research from E. Washburn regarding Chicago print publications exhibit for Chicago cross-ownership waiver request regarding same (0.8). | |
| | J. Rademacher | 7.50 hrs. |
| 11/17/09 | Meeting with S. Sheehan and D. Wiley re timing on FCC application and process (0.6); review lobby efforts at FCC and in Congress re processing of waiver requests (0.6). | |
| | J. Feore | 1.20 hrs. |
| 11/17/09 | Review and revise timing and schedules regarding changed timing | |

Tribune Company

|  |  |  |
|---|---|---|
|  | for proposed filing of plan of reorganization and disclosure statement. |  |
|  | J. Logan | 0.30 hrs. |
| 11/17/09 | Email E. Washburn re FCC due diligence responses for June 15 request and analysis of same (0.5); preparation for and telephone conference with J. Fiorini (Wiley) and J. Riehm (Wiley) re Hartford and Indianapolis waivers (0.8); telephone conference with E. Washburn re same (0.2); telephone conference with A. Singh (FCC) re pending enforcement matters (0.3); telephone conference with E. Washburn re Enforcement issues (0.2); research re status, timing and effect on FCC filing progress (0.5); telephone conference with E. Washburn re proof of claim issues (0.6); research FCC action in Pappas bankruptcy on proof of claim (1.3); telephone conference with E. Washburn re same (0.3); review Hartford and Indianapolis waiver application changes (0.9). |  |
|  | M. Swanson | 5.60 hrs. |
| 11/18/09 | Conference call (0.9) and correspondence (0.4) with K. Lantry and J. Boelter (Sidley) re alternative Reorganization Plan. |  |
|  | C. Burrow | 1.30 hrs. |
| 11/18/09 | Review revised M. Fratrik report for Indianapolis market satellite waiver request regarding applications for FCC approval of assignment of broadcast licenses is bankruptcy (0.5); review Tribune revisions to Miami print publications list exhibit to cross-ownership waiver request regarding same (0.8); review Tribune revisions to Hartford print publications list exhibit to cross-ownership waiver request regarding same (0.9); review Tribune revisions to Hartford print publications list exhibit to cross-ownership waiver request regarding same (0.6); research regarding outstanding factual issues in cross-ownership waiver requests (0.9). |  |
|  | J. Rademacher | 3.70 hrs. |
| 11/18/09 | Telephone conference with creditors counsel re FCC application drafts, waivers and narrative description (0.4); review senior lenders proposal re split bankruptcy filing, FCC issues and applications and timing (1.4). |  |
|  | J. Feore | 1.80 hrs. |
| 11/18/09 | Review correspondence from Sidley regarding proposal from senior lenders for subsidiary-only emergence from bankruptcy (0.6); review and analysis of FCC implications of senior lender proposal for subsidiary-only emergence from bankruptcy (0.9); telephone conference with Sidley bankruptcy counsel regarding concerns regarding senior lender proposal (0.4); prepare memorandum outline of issues presented by senior lender proposal (0.8). |  |
|  | J. Logan | 2.70 hrs. |
| 11/18/09 | Telephone conference with A. Singh (FCC) re June 15 FCC due diligence request and timing (0.3); email client re same (0.2); telephone conference with J. Boulter (Sidley) and K. Lantry (Sidley) |  |

Tribune Company

|  | re Plan issues (0.4); research and review re Newco issues raised by new Plan proposal (1.2). | |
|---|---|---|
|  | M. Swanson | 2.10 hrs. |
| 11/19/09 | Review and analysis of issues regarding LA print publications exhibit to cross-ownership waiver request regarding applications to FCC for assignment of broadcast licenses in bankruptcy (0.8); preparation of correspondence with E. Washburn regarding same (0.7). | |
|  | J. Rademacher | 1.50 hrs. |
| 11/19/09 | Telephone conferences with Creditors Committee counsel re draft FCC application (0.3); preparation of proposals re split bankruptcy filings and FCC issues (0.7). | |
|  | J. Feore | 1.00 hrs. |
| 11/19/09 | Review status of transaction description in connection with request from counsel to creditors' committee (0.3); analysis of FCC implication of alternate approach from senior lenders for separate emergence of subsidiaries from bankruptcy (0.9). | |
|  | J. Logan | 1.20 hrs. |
| 11/19/09 | Review re Newco issue raised by new Plan proposal (0.6); review re LA and other market print data issues (0.6). | |
|  | M. Swanson | 1.20 hrs. |
| 11/20/09 | Preparation of correspondence with E. Reed (lenders' counsel) regarding revisions to the NY market print publications exhibit to cross-ownership waiver request regarding applications to FCC for assignment of broadcast licenses in bankruptcy (0.9); preparation of correspondence with E. Washburn regarding NY print publications exhibit regarding same (0.7); preparation of correspondence with E. Washburn regarding Chicago print publications exhibit regarding same (1.5); preparation of correspondence with E. Washburn regarding Miami print publications exhibit regarding same (0.8); preparation of correspondence with E. Washburn regarding Hartford print publications exhibit regarding same (1.7). | |
|  | J. Rademacher | 5.60 hrs. |
| 11/20/09 | Telephone conference with Creditors' Committee counsel re FCC application structure, draft of waivers and updates re timing (0.5); telephone conference with lenders' counsel re timing, lobbying issues and updates (0.5). | |
|  | J. Feore | 0.90 hrs. |
| 11/20/09 | Telephone conference with FCC Enforcement Bureau staff re pendency of complaints (0.3); email E. Washburn re same (0.1); review print data research and changes (1.3). | |
|  | M. Swanson | 1.70 hrs. |
| 11/21/09 | Review and revise reports and questions re print data for NY (0.8), Chicago (0.8), Miami (0.6) and Hartford (0.8) reports. | |
|  | M. Swanson | 3.00 hrs. |

| | | |
|---|---|---|
| 11/22/09 | Research regarding remaining factual matters for FCC waiver requests for NY (0.2), LA (0.2), Chicago (0.3), Miami (0.3) and Hartford (0.2) markets regarding FCC applications to transfer broadcast licenses in bankruptcy; preparation of correspondence with E. Reed (lenders' counsel) regarding outstanding issues for print publications exhibit to LA market cross-ownership waiver request regarding same (1.6). | |
| | J. Rademacher | 2.80 hrs. |
| 11/22/09 | Review re print data issues. | |
| | M. Swanson | 0.50 hrs. |
| 11/23/09 | Research regarding remaining factual matters for FCC waiver requests for NY (0.3), LA (0.8), Chicago (0.4), Miami (0.6) and Hartford (0.5) markets regarding FCC applications to transfer broadcast licenses in bankruptcy. | |
| | J. Rademacher | 2.60 hrs. |
| 11/23/09 | Review revised disclosure statement re FCC and waiver issues (0.9); telephone conferences with Creditors Committee counsel and updates re status of FCC filings (0.5). | |
| | J. Feore | 1.40 hrs. |
| 11/23/09 | Review revised disclosure statement from Sidley re changes in FCC matters. | |
| | J. Logan | 0.90 hrs. |
| 11/23/09 | Review re reports on newspaper circulation (0.5); email same to E. Washburn (0.1); review and revise emails to E. Washburn re print data issues for NY, Chicago, Miami and Hartford (1.5); telephone conference with E. Washburn re FTC issues (0.2); review re ratings data (0.2). | |
| | M. Swanson | 2.50 hrs. |
| 11/24/09 | Review revised disclosure statement (0.9); correspondence with K. Mills (Sidley) re same (0.3). | |
| | C. Burrow | 1.20 hrs. |
| 11/24/09 | Research regarding remaining factual matters for FCC waiver requests for NY (0.3), LA (0.4), Chicago (0.6), Miami (0.6) and Hartford (0.5) markets regarding FCC applications to transfer broadcast licenses in bankruptcy; preparation of correspondence with E. Reed (lenders' counsel) regarding outstanding issues for print publications exhibit to LA market cross-ownership waiver request regarding same (0.8). | |
| | J. Rademacher | 3.10 hrs. |
| 11/24/09 | Telephone conference with lenders' counsel and update re Court and FCC timing issues (0.4); review information requests and missing data re waivers (0.3). | |
| | J. Feore | 0.70 hrs. |
| 11/24/09 | Review revised disclosure statement re FCC matters (0.9); prepare | |

December 21, 2009                                          Page 13

Tribune Company                                          Invoice 519259

|  |  |  |
|---|---|---|
|  | inserts and comments to disclosure statement draft (0.8); revisions to disclosure draft re newspaper broadcast waivers (0.8). | |
|  | J. Logan | 2.50 hrs. |
| 11/24/09 | Prepare template re indecency complaints (0.3); exchange voice mail messages with A. Singh (FCC) re complaints (0.1). | |
|  | M. Swanson | 0.40 hrs. |
| 11/25/09 | Preparation of correspondence with E. Washburn regarding Enforcement Bureau complaints pending against Tribune broadcast stations regarding FCC applications for assignment of broadcast licenses in bankruptcy (3.8); research regarding remaining factual matters for FCC waiver requests for NY (0.8), LA (0.6), Chicago (0.5), Miami (1.0), Hartford (1.6) and Indianapolis (0.3) markets regarding same. | |
|  | J. Rademacher | 8.60 hrs. |
| 11/25/09 | Review FCC filing with Third Circuit re ownership appeals and impact on Tribune (0.7); preparation of memo to D. Liebentritt re FCC filing and issues raised therein (0.2). | |
|  | J. Feore | 0.90 hrs. |
| 11/25/09 | Research and review re pleadings and challenge to plan filing extension and effect on FCC timing (1.0); telephone conference with A. Singh (FCC) re pending indecency complaints (2.3); draft list re same (1.4); review FCC Third Circuit filing (0.4); email same to E. Washburn (0.1); review re effect on Third Circuit filing on Tribune FCC filings and reply rights (0.2); review and revise chart of indecency complaints (1.2); email same to client (0.2); review and revise list re needed factual data for waiver filings (1.4). | |
|  | M. Swanson | 8.20 hrs. |
| 11/26/09 | Review and revise memorandum re missing factual data for waiver filings. | |
|  | M. Swanson | 1.20 hrs. |
| 11/27/09 | Research re Third Circuit review of media ownership appeals and impact of FCC's filing on waiver requests (1.0); prepare update re draft Tribune ownership waivers (0.5). | |
|  | J. Feore | 1.50 hrs. |
| 11/27/09 | Research and review re indecency complaints (0.7; research and review re proof of claim issues (0.4); review re need to update data in waiver requests (0.9); review and revise disclosure statement (0.9). | |
|  | M. Swanson | 2.90 hrs. |
| 11/28/09 | Review and analysis re indecency filings (0.6); review and analysis re proofs of claim (0.5); review re consistency of disclosure statement and FCC drafts and facts therein(1.1); review re possible changes to Internet lists (0.5); review re list of facts to update in connection with same (1.2). | |
|  | M. Swanson | 3.90 hrs. |

Tribune Company                                          Invoice 519259

| 11/29/09 | Research regarding Chicago and Miami Spanish-language print publications for exhibits to cross-ownership waiver requests regarding FCC applications for assignment of broadcast licenses in bankruptcy. | |
|---|---|---|
| | J. Rademacher | 0.40 hrs. |
| 11/29/09 | Review and revise disclosure statement (0.9); review re "data holes" in draft waiver requests (0.9); research re print publications (0.5); check for consistency between Disclosure Statement and FCC drafts (0.7). | |
| | M. Swanson | 3.00 hrs. |
| 11/30/09 | Review Court filings re FCC's cross-ownership proceedings (0.3); telephone conference with lenders' counsel re same (0.2). | |
| | J. Feore | 0.50 hrs. |
| 11/30/09 | Preparation of email to E. Washburn re Hoy (Spanish-language newspaper) (0.2); review and revise disclosure statement (1.8); telephone conference with M. Schneider (Sidley) re Third Circuit strategy (0.4). | |
| | M. Swanson | 2.40 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 10.10 |
| FEORE | 25.60 |
| HAYS | 0.30 |
| LOGAN | 16.10 |
| SWANSON | 92.00 |
| RADEMACHER | 122.70 |
| PILA | 1.70 |
| ANDERSON | 0.20 |
| MEJIA | 1.00 |
| GALLAGHER | 1.50 |
| TOTAL | 271.20 |

Fees for Professional Services ................................................................. $          139,670.00

| LEXIS-NEXIS | $ | 342.05 |
|---|---|---|
| REPRODUCTION | $ | 246.20 |
| TELEPHONE | $ | 23.16 |
| WESTLAW INFORMATION SERVICE | $ | 188.25 |

Total Reimbursable Costs ...................................................................... $          799.66

December 21, 2009                                      Page 15

Tribune Company                                        Invoice 519259

Total Current Billing For This File.................................................... $          140,469.66

Our File # 08656.0101          For Services Through November 30, 2009
Retention and Fee Applications

| | | |
|---|---|---|
| 11/03/09 | Finalize supplemental retention declaration (0.3); preparation of correspondence with Delaware counsel regarding same (0.1). | |
| | C. Meazell | 0.40 hrs. |
| 11/06/09 | Preparation of 5th monthly fee application. | |
| | C. Meazell | 0.70 hrs. |
| 11/12/09 | Research regarding invoicing history as provided to Tribune. | |
| | C. Meazell | 1.30 hrs. |
| 11/13/09 | Preparation of 5th monthly fee application (1.3); review fee examiner's preliminary report regarding 1st interim fee application (0.4). | |
| | C. Meazell | 1.70 hrs. |
| 11/17/09 | Preparation of 5th monthly fee application and exhibits thereto (1.7); research regarding 4th period objection status (0.2); preparation of correspondence to Tribune regarding same (0.3); analysis regarding fee examiner's preliminary report regarding 1st interim fee application (0.8); research regarding responses to same (1.2). | |
| | C. Meazell | 4.20 hrs. |
| 11/18/09 | Review and analysis regarding examiner's preliminary report regarding 1st interim fee application (0.4); research regarding responses to same (1.6); preparation for and telephone conference with J. Decker (Stuart Maue) regarding same (0.2). | |
| | C. Meazell | 2.20 hrs. |
| 11/19/09 | Review and analysis regarding examiner's preliminary report regarding 1st interim fee application (0.6); research regarding responses to same (2.7); preparation of written response regarding same (0.9); preparation of 5th monthly fee application and exhibits thereto (1.2). | |
| | C. Meazell | 5.40 hrs. |
| 11/20/09 | Preparation of 5th monthly fee application and exhibits thereto (0.6); research regarding responses to fee examiner's preliminary report regarding 1st interim fee application (1.1); preparation of written response regarding same (1.3). | |
| | C. Meazell | 3.00 hrs. |
| 11/23/09 | Finalize 5th monthly fee application and exhibits thereto (2.2); preparation of correspondence with Delaware counsel regarding | |

December 21, 2009                                              Page 16

Tribune Company                                          Invoice 519259

|  |  |  |
|---|---|---|
|  | same (0.3). | |
|  | C. Meazell | 2.50 hrs. |
| 11/24/09 | Preparation of correspondence to J. Decker (Stuart Maue) regarding 1st interim fee application preliminary report (0.7); research regarding same (0.8); preparation of correspondence with S. Schwendemann (Stuart Maue) regarding 5th monthly fee application (0.3). | |
|  | C. Meazell | 1.80 hrs. |

## BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 23.20 |
| TOTAL | 23.20 |

Fees for Professional Services ........................................................ $        9,280.00

Total Current Billing For This File................................................. $        9,280.00

Total Current Billing for This Invoice........................................... $      149,749.66

# **EXHIBIT C**

# **Excel Spreadsheet**

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 246.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service (2) | Lexis | 342.05 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services (2) | WestLaw | 188.25 |
| Telephone Tolls | | 23.16 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **799.66** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are
$0.10 and $.50 per page respectively and are in compliance with the
rates as required by Local Rule 2016-2(e)(iii)


(2)  Charges for computer-assisted research are set at a rate that realizes
no more than Dow Lohnes' actual cost.