# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 227 |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF INDIANA          )
                          )  ss.:
COUNTY OF MARION          )

Peter M. Racher, being duly sworn, deposes and says:

1.  I am a partner of the law firm Plews Shadley Racher & Braun, LLP (the "Firm"), which maintains offices at 1346 North Delaware Street, Indianapolis, IN 46202.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (5146); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as legal counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are set forth on the attached hourly rate sheet. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified no connections other than our present engagement on behalf of the Tribune Company, one of the Debtors.

6. Neither I nor any partner or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any

other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor partner or professional employed by the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed, and the Firm does not hold any interest adverse to the Debtors' estates.

9. The Debtors owe the Firm One Thousand Seven Hundred and Forty-Three Dollars ($1,743.00) for prepetition services. The Firm is not waiving any claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. As of the Petition Date, the Firm was not a party to a written services agreement with the Debtors. However, Debtors did agree to pay the Firm's standard hourly rates in exchange for legal services.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2009.

_____
Affiant

3

STATE OF INDIANA         )
                         ) SS:
COUNTY OF MARION         )

Before me, a Notary Public in and for said County and State, personally appeared Peter M. Racher, who acknowledged the execution of the foregoing, and who, having been duly sworn, stated that any representations contained therein are true.

Witness my hand and Notarial Seal this 30th day of December, 2009.

My Commission expires:

January 13, 2016

*[signature]*
Notary Public
Printed:  Susan B. Megathlin
Resident of Marion County

## PLEWS SHADLEY RACHER & BRAUN LLP
Billing Rates Effective January 1, 2009

| Name | Initials | Title | Rate |
|---|---|---|---|
| George M. Plews | GMP | Partner | $ 575.00 |
| Sue A. Shadley | SAS | Partner | 450.00 |
| Peter M. Racher | PMR | Partner | 400.00 |
| Christopher J. Braun | CJB | Partner | 450.00 |
| Jeffrey D. Claflin | JDC | Partner | 390.00 |
| Frederick D. Emhardt | FDE | Partner | 390.00 |
| Leonardo D. Robinson | LDR | Partner | 380.00 |
| S. Curtis DeVoe | SCD | Partner | 370.00 |
| John B. Bridge | JBB | Partner | 370.00 |
| Jeffrey A. Townsend | JAT | Partner | 350.00 |
| Jeffrey D. Featherstun | JDF | Partner | 380.00 |
| Donna C. Marron | DCM | Partner | 380.00 |
| John M. Ketcham | JMK | Partner | 310.00 |
| Alexandra Lipps Sylvia | ALS | Partner | 315.00 |
| Brett E. Nelson | BEN | Partner | 315.00 |
| John D. Moriarty | JDM | Partner | 270.00 |
| Amy E. Romig | AER | Partner | 270.00 |
| Christine C. Plews | CCP | Of Counsel | 475.00 |
| Mary Ann F. Saggese | MFS | Of Counsel | 300.00 |
| F. Ronalds Walker | FRW | Of Counsel | 270.00 |
| P. Kevin Thompson | PKT | Of Counsel | 295.00 |
| Michael B. McMains | MBM | Of Counsel | 395.00 |
| Theresa M. Willard | TMW | Associate | 205.00 |
| Karen B. Scheidler | KBS | Associate | 250.00 |
| Jonathan P. Emenhiser | JPE | Associate | 250.00 |
| Todd J. Janzen | TJJ | Associate | 240.00 |
| Katherine E. Taylor | KET | Associate | 230.00 |
| Greg M. Gotwald | GMG | Associate | 230.00 |
| Thao T. Nguyen | TTN | Associate | 230.00 |
| J. Michael Bowman | JMB | Associate | 230.00 |
| Tonya J. Bond | TJB | Associate | 230.00 |
| Angela M. Dorrell | AMD | Associate | 185.00 |
| Todd G. Relue | TGR | Associate | 190.00 |
| Stephanie T. Eckerle | STE | Associate | 180.00 |
| Shelley M. Jackson | SMJ | Associate | 180.00 |
| Daniel P. Cory | DPC | Associate | 175.00 |
| Colin E. Connor | CEC | Associate | 170.00 |
| Brianna J. Schroeder | BJS | Associate | 170.00 |
| Pamela S. Barker | PSB | Paralegal | 180.00 |
| Paralegal (Level 1) | | | 170.00 |
| Paralegal (Lever 2) | | | 130.00 |
| Paralegal (Level 3) | | | 110.00 |

### EXPENSES

| | |
|---|---|
| Meals | actual cost |
| Postage | actual cost |
| Mileage | 55¢ per mile |
| Parking | actual cost |
| Hotel | actual cost |
| Photocopies | 20¢ per page |
| Filing fees | actual cost |
| Overnight mail | actual cost |
| Computer research | actual cost |