# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfers"), copies of which are annexed hereto as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B. I also caused copies of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Mary Christine Basile

Sworn to before me this
31st day of December, 2009

Notary Public

**TIME DARDEN**
**Notary Public, State Of New York**
**No. 01DA6198919**
**Qualified in Kings County**
**Commission Expires January 5, 2013**

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  AUTOMATED CHECK PROCESSING
     1030 ST GEORGES AVE NO.200
     AVENEL, NJ 07001

Please note that your schedule in the above referenced case and in the amount of $227.55 has been transferred **(unless previously expunged by court order)** to:

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: AUTOMATED CHECK PROCESSING
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2967      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          David D. Bird, Clerk of Court

                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BODY BY JAKE GLOBAL LLC
     11611 SAN VICENTE BLVD., SUITE 515
     LOS ANGELES, CA 90049

Please note that your claim # 4591 in the above referenced case and in the amount of $37,500.00 has been transferred **(unless previously expunged by court order)** to:

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: BODY BY JAKE GLOBAL LLC
940 SOUTHWOOD BL. SUITE 101
INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2958     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                                  David D. Bird, Clerk of Court


                                                 /s/MARY C. BASILE
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
                                        |
In re:                                  |   Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |   Case No. 08-13141 (KJC)
                                        |
              Debtors.                  |   Jointly Administered
                                        |
                                        |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CPODM PROFESSIONALS LP
         2450 LOUISIANA    STE 400-602
         HOUSTON, TX 77006

Please note that your schedule in the above referenced case and in the amount of
    $12,084.12 has been transferred **(unless previously expunged by court order)** to:

         ASM CAPITAL, L.P.
         TRANSFEROR: CPODM PROFESSIONALS LP
         ATTN: ADAM MOSKOWITZ
         7600 JERICHO TURNPIKE, SUITE 302
         WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2953     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                        _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |     Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |     Case No. 08-13141 (KJC)
                                |
              Debtors.          |     Jointly Administered
                                |
                                |
                                |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:   DUNDALK EAGLE
                  4 NORTH CENTER PLACE
                  DUNDALK, MD 21222

Please note that your schedule in the above referenced case and in the amount of $624.96 has been transferred **(unless previously expunged by court order)** to:

            HAIN CAPITAL HOLDINGS, LTD
            TRANSFEROR: DUNDALK EAGLE
            ATTN: GANNA LIBERCHUK
            301 ROUTE 17, 7TH FLOOR
            RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2951     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                        Debtors.                 | Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   DUNDALK EAGLE
              4 NORTH CENTER PLACE
              DUNDALK, MD 21222

Please note that your schedule in the above referenced case and in the amount of
    $6,594.95 has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LTD
        TRANSFEROR: DUNDALK EAGLE
        ATTN: GANNA LIBERCHUK
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2952     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE

                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  G&V CAMPBELL INC
             102-A SCOTT OAK DR
             EATONTON, GA 31024

Please note that your claim # 1965 in the above referenced case and in the amount of
        $1,653.87 has been transferred **(unless previously expunged by court order)** to:

           ASM CAPITAL, L.P.
           TRANSFEROR: G&V CAMPBELL INC
           ATTN: ADAM MOSKOWITZ
           7600 JERICHO TURNPIKE, SUITE 302
           WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   District of Delaware
                   824 Market Street, Fifth Floor
                   Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2904     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                      David D. Bird, Clerk of Court


                                      /s/MARY C. BASILE
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |    Chapter 11

TRIBUNE COMPANY, et al.,                         |    Case No. 08-13141 (KJC)

                    Debtors.                      |    Jointly Administered

                                                 |

                                                 |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   GRAPHTEC INC
              8620 OLD DORSEY RUN RD
              JESSUP, MD 20794

Please note that your schedule in the above referenced case and in the amount of $1,403.44 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: GRAPHTEC INC
              940 SOUTHWOOD BL. SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2960      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____

In re:                                    |    Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |    Case No. 08-13141 (KJC)
                                          |
                    Debtors.              |    Jointly Administered
                                          |
                                          |
                                          |
_____       |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  HABITAT CONTRACTING
              15133 MCELROY ROAD
              MEADOW VISTA, CA 95722

Please note that your schedule in the above referenced case and in the amount of
         $7,435.19 has been transferred **(unless previously expunged by court order)** to:

         ASM CAPITAL, L.P.
         TRANSFEROR: HABITAT CONTRACTING
         ATTN: ADAM MOSKOWITZ
         7600 JERICHO TURNPIKE, SUITE 302
         WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2954    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  HUNGERFORD ALDRIN NICHOLS AND CARTER PC
     PO BOX 3265
     GRAND RAPIDS, MI 49501

Please note that your schedule in the above referenced case and in the amount of
$585.00 has been transferred **(unless previously expunged by court order)** to:

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: HUNGERFORD ALDRIN NICHOLS AN
940 SOUTHWOOD BL. SUITE 101
INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2959    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                         David D. Bird, Clerk of Court

                                         /s/MARY C. BASILE

                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  L & R PRODUCTIONS
             87 CHURCH STREET
             EAST HARTFORD, CT 06108

Please note that your schedule in the above referenced case and in the amount of
        $532.50 has been transferred **(unless previously expunged by court order)** to:

            UNITED STATES DEBT RECOVERY III LP
            TRANSFEROR: L & R PRODUCTIONS
            940 SOUTHWOOD BLVD, SUITE 101
            INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2966    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

>       To:   MY CRM DIRECTOR LLC
>             216 RADCLIFFE ROAD
>             WAYNE, PA 19087

Please note that your claim # 3036 in the above referenced case and in the amount of $4,526.00 has been transferred **(unless previously expunged by court order)** to:

>             UNITED STATES DEBT RECOVERY III LP
>             TRANSFEROR: MY CRM DIRECTOR LLC
>             940 SOUTHWOOD BL. SUITE 101
>             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

>             UNITED STATES BANKRUPTCY COURT
>             District of Delaware
>             824 Market Street, Fifth Floor
>             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2961 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          David D. Bird, Clerk of Court

                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   NEXT COURIER
                PO BOX 549
                68 C KINGSPRING ROAD
                WINDSOR LOCKS, CT 06096

Please note that your schedule in the above referenced case and in the amount of
          $214.81 has been transferred **(unless previously expunged by court order)** to:

                UNITED STATES DEBT RECOVERY III LP
                TRANSFEROR: NEXT COURIER
                940 SOUTHWOOD BLVD, SUITE 101
                INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2968     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  P&M NATIONAL SALES
             708 COUNTY LINE RD
             BENSENVILLE, IL 60106

Please note that your schedule in the above referenced case and in the amount of
        $1,119.84 has been transferred **(unless previously expunged by court order)** to:

            UNITED STATES DEBT RECOVERY III LP
            TRANSFEROR: P&M NATIONAL SALES
            940 SOUTHWOOD BLVD, SUITE 101
            INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2969    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                    David D. Bird, Clerk of Court

                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ROCKWALLZ.COM
             4177 E WINNERS CIRCLE
             DAVIE, FL 33330-4327

Please note that your claim # 2385 in the above referenced case and in the amount of
        $800.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: ROCKWALLZ.COM
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2972     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____

In re:                                |    Chapter 11
                                      |
TRIBUNE COMPANY, et al.,              |    Case No. 08-13141 (KJC)
                                      |
                    Debtors.          |    Jointly Administered
                                      |
                                      |
                                      |
_____      |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  RSHCO VISUAL COMMUNICATIONS LLC
             2434 BERLIN TPKE
             NEWINGTON, CT 06111

Please note that your schedule in the above referenced case and in the amount of
        $1,016.54 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: RSHCO VISUAL COMMUNICATIONS
             940 SOUTHWOOD BL. SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2964    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)
                                                |
                        Debtors.                | Jointly Administered
                                                |
                                                |
                                                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   SERVICE PRINTER INC
                28574 PHILLIPS STREET
                ELKHART, IN 45514

Please note that your schedule in the above referenced case and in the amount of
     $1,115.25 has been transferred **(unless previously expunged by court order)** to:

                UNITED STATES DEBT RECOVERY III LP
                TRANSFEROR: SERVICE PRINTER INC
                940 SOUTHWOOD BLVD, SUITE 101
                INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2971      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                              David D. Bird, Clerk of Court

                                              /s/MARY C. BASILE
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                     |
In re:                               |    Chapter 11
                                     |
TRIBUNE COMPANY, et al.,             |    Case No. 08-13141 (KJC)
                                     |
                    Debtors.         |    Jointly Administered
                                     |
                                     |
                                     |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SSI TECHNOLOGIES
              1027 WATERWOOD PARKWAY
              EDMOND, OK 73043

Please note that your claim # 1087 in the above referenced case and in the amount of
        $1,236.80 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: SSI TECHNOLOGIES
              940 SOUTHWOOD BLVD, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2970        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                      David D. Bird, Clerk of Court


                                      /s/MARY C. BASILE
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |      Chapter 11

TRIBUNE COMPANY, et al.,                         |      Case No. 08-13141 (KJC)

                          Debtors.               |      Jointly Administered

                                                 |
                                                 |
                                                 |
---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SUNSHINE LOGISTICS INC
              PO BOX 1673
              MELROSE PARK, IL 60161-1673

Please note that your schedule in the above referenced case and in the amount of
        $1,053.70 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: SUNSHINE LOGISTICS INC
              940 SOUTHWOOD BL. SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2962      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   TERMINAL CORPORATION
          P O BOX 17093
          BALTIMORE, MD 21297-0430

Please note that your claim # 2075 in the above referenced case and in the amount of $735.00 has been transferred (**unless previously expunged by court order**) to:

          UNITED STATES DEBT RECOVERY III LP
          TRANSFEROR: TERMINAL CORPORATION
          940 SOUTHWOOD BL. SUITE 101
          INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2963    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   TRAIL BLAZERS INC
                ONE CENTER COURT  SUITE 200
                PORTLAND, OR 97219

Please note that your schedule in the above referenced case and in the amount of
          $24,727.00 has been transferred **(unless previously expunged by court order)** to:

                UNITED STATES DEBT RECOVERY III LP
                TRANSFEROR: TRAIL BLAZERS INC
                940 SOUTHWOOD BLVD, SUITE 101
                INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2973     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

EXHIBIT B

TIME: 20:56:11
DATE: 12/30/09

The Tribune Company
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ASM CAPITAL, L.P. | TRANSFEROR: CPODM PROFESSIONALS LP ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: G&V CAMPBELL INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: HABITAT CONTRACTING ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| AUTOMATED CHECK PROCESSING | 1030 ST GEORGES AVE NO.200 AVENEL NJ 07001 |
| BODY BY JAKE GLOBAL LLC | 11611 SAN VICENTE BLVD., SUITE 515 LOS ANGELES CA 90049 |
| CPODM PROFESSIONALS LP | 2450 LOUISIANA       STE 400-602 HOUSTON TX 77006 |
| DUNDALK EAGLE | 4 NORTH CENTER PLACE DUNDALK MD 21222 |
| G&V CAMPBELL INC | 102-A SCOTT OAK DR EATONTON GA 31024 |
| GRAPHTEC INC | 8620 OLD DORSEY RUN RD JESSUP MD 20794 |
| HABITAT CONTRACTING | 15133 MCELROY ROAD MEADOW VISTA CA 95722 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: DUNDALK EAGLE ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HUNGERFORD ALDRIN NICHOLS AND CARTER PC | PO BOX 3265 GRAND RAPIDS MI 49501 |
| L & R PRODUCTIONS | 871 CHURCH STREET EAST HARTFORD CT 06108 |
| MY CRM DIRECTOR LLC | 216 RADCLIFFE ROAD WAYNE PA 19087 |
| NEXT COURIER | PO BOX 549 68 C KINGSPRING ROAD WINDSOR LOCKS CT 06096 |
| P&M NATIONAL SALES | 708 COUNTY LINE RD BENSENVILLE IL 60106 |
| ROCKWALL2.COM | 4177 E WINNERS CIRCLE DAVIE FL 33330-4327 |
| RSHCO VISUAL COMMUNICATIONS LLC | 2434 BERLIN TPKE NEWINGTON CT 06111 |
| SERVICE PRINTER INC | 28574 PHILLIPS STREET ELKHART IN 45514 |
| SSI TECHNOLOGIES | 1027 WATERWOOD PARKWAY EDMOND OK 73043 |
| SUNSHINE LOGISTICS INC | PO BOX 1673 MELROSE PARK IL 60161-1673 |
| TERMINAL CORPORATION | P O BOX 17093 BALTIMORE MD 21297-0430 |
| TRAIL BLAZERS INC | ONE CENTER COURT SUITE 200 PORTLAND OR 97219 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: AUTOMATED CHECK PROCESSING 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: BODY BY JAKE GLOBAL LLC 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: GRAPHTEC INC 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: HUNGERFORD ALDRIN NICHOLS AN 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: L & R PRODUCTIONS 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: MY CRM DIRECTOR LLC 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: NEXT COURIER 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: P&M NATIONAL SALES 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: ROCKWALL2.COM 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: RSHCO VISUAL COMMUNICATIONS 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: SERVICE PRINTER INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: SSI TECHNOLOGIES 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: SUNSHINE LOGISTICS INC 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: TERMINAL CORPORATION 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: TRAIL BLAZERS INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |

Total Number of Records Printed       38

EXHIBIT C

TRB  TRF NTCS (12-30-09)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801