# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 227 |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF INDIANA | ) |
| | : ss.: |
| COUNTY OF MARION | ) |

Daniel P. Byron, being duly sworn, deposes and says:

1. I am a partner of the law firm of Bingham McHale, LLP (the "Firm"), which maintains offices at 2700 Market Tower, 10 West Market Street, Indianapolis, Indiana 46204.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as counsel in Indianapolis, Indiana, with respect to certain aspects of the Debtors' business operations with such representation starting on the date of December 8, 2009. Said representation of Fox Channel 59 (WXIN) in Indianapolis and its investigative reporter, Russ McQuaid, is of and concerning his two-year old and continuing investigation of the allegedly illegal activities of Roy Houchins and Michael Sherfick, both of whom were public officials. Activities reported on were state charges of conspiracy to engage in corrupt business influence, conspiracy to commit theft, and potential federal charges of bribery. Mr. McQuaid has drawn upon multiple confidential sources for these various published reports and is named in the state case, State of Indiana v. Houchins, as a witness. Mr. McQuaid is the leading investigative reporter on these matters and his reporting actually caused the federal and state investigations to commence. The station and Mr. McQuaid do not want to reveal sources for the stories past or in the future. Our services include acquiring the necessary background information, legal research and conferences with our clients concerning the latest law on reporter privileges, and preparing and defending Mr. McQuaid at his deposition subpoenaed by the defense in the state case against Houchins said deposition presently scheduled for January 8, 2010. There will be continuing stories, and continuing pressure from the state and federal side to acquire information and source identities from McQuaid and the station and we will defend. Also, we may do a pre-publication review of

future stories so as to libel-proof and to the extent possible, source-proof, any such published material. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are attached as Exhibit A. However, I (Daniel P. Byron) have agreed for this particular matter to bill my hourly rate at $350.00 instead of my usual rate of $450.00. Other partners and associates will be used at their standard billable hourly rates, which rates will be less than $350.00 per hour. In the normal course of its business, the Firm revises its billing rates on or about January 30 of each year and requests that, effective February of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time except for myself, Daniel P. Byron. I have agreed to maintain the reduced rate of $350.00 per hour throughout the time worked herein.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections: We are retained by Tribune Television Company. We have no other connection and we have no conflict.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter upon which the Firm is to be employed. Our Firm is a law firm.

9. The Debtors do not owe the Firm for prepetition services.

10. The Firm does not hold a retainer from the Debtors.

11. As of the Petition Date, the Firm was not a party to a services agreement with the Debtors.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2009

*Daniel P. Byron*
Affiant
Daniel P. Byron
Partner
Bingham McHale LLP


Sworn to and subscribed before me
this 31st day of December 2009

*Janet Jones*
Notary Public

1457112

JANET L JONES
NOTARY PUBLIC STATE OF INDIANA
MARION COUNTY
MY COMMISSION EXP. MAY 29, 2016

1-26-09

2009

## Standard Billing Rates - 2009

| Timekeeper | | 2009 Rate |
|---|---|---|
| Alexovich | Joanne | $150.00 |
| Anderson | Christi | $245.00 |
| Babbitt | Robin | $415.00 |
| Beesley | Sue | $400.00 |
| Bell | James | $245.00 |
| Bender | Tim | $355.00 |
| Bennett | Jeffrey | $340.00 |
| Betke | Anna | $140.00 |
| Bice | Keith | $330.00 |
| Boots | Dan | $370.00 |
| Bowling | Neal | $290.00 |
| Bowman | Andy | $375.00 |
| Braman | Bill | $315.00 |
| Byron | Dan | $450.00 |
| Campbell | Dave | $475.00 |
| Cantrell | Dennis | $355.00 |
| Carroll | Adam | $225.00 |
| Champion | Joe | $445.00 |
| Chappell | John | $250.00 |
| Chen | Sonia | $225.00 |
| Christensen | Margaret | $200.00 |
| Clapacs | Grant | $315.00 |
| Clay | Carolyn | $295.00 |
| Clouse | Lisa | $180.00 |
| Collins | Bryan | $445.00 |
| Collins | John | $200.00 |
| Cope | Barry | $250.00 |
| Corsaro | Paul | $475.00 |
| Cowgur | Anne | $300.00 |
| Cracraft | Steve | $420.00 |
| Culwell | Alan | $190.00 |
| Daniluck | John | $350.00 |
| Dansker | Alan | $455.00 |
| Davis | Debbie | $155.00 |
| DeLong | Wayne | $180.00 |
| Denton | Rusty | $415.00 |
| Dobbs | Polly | $245.00 |
| Duncan | Greg | $290.00 |
| Dutton | Kristin | $215.00 |
| Eckerle | Mike | $390.00 |

EXHIBIT A

**Standard Billing Rates - 2009**

| Timekeeper | | 2009 Rate |
|---|---|---|
| Eckert | Casey | $265.00 |
| Elward | Pat | $395.00 |
| Erdle | Kate | $215.00 |
| Eskew | Kelly | $265.00 |
| Fagan | Daniel | $370.00 |
| Farrell | Sarah | $150.00 |
| Ford | Melissa | $285.00 |
| Fowler | Phil | $350.00 |
| Fox | Ryan | $280.00 |
| Gaskin | Durene | $155.00 |
| Gernand | Matt | $210.00 |
| Gerritzen | Dan | $300.00 |
| Gilliatt | Amy | $205.00 |
| Gotshall | Scott | $185.00 |
| Graham | Don | $350.00 |
| Grattenthaler | Lauren | $225.00 |
| Gregerson | Gerry | $345.00 |
| Gregg | John | $445.00 |
| Gruber | Andy | $325.00 |
| Haines | Catherine | $180.00 |
| Hamilton | Derek | $235.00 |
| Hartman | Carolyn | $375.00 |
| Hartman | Michael | $395.00 |
| Hasler | Brad | $250.00 |
| Hawkins | Joseph | $210.00 |
| Hayes | Carl | $240.00 |
| Hidde | Kandi | $340.00 |
| Hill | Jeremy | $300.00 |
| Hinshaw | James | $370.00 |
| Hogsett | Joe | $415.00 |
| Holaday | Denise | $150.00 |
| Hollingsworth | Martha | $355.00 |
| Holsapple | Casey | $220.00 |
| Isaacs | Dwayne | $415.00 |
| Isenbarger | Phil | $385.00 |
| Johnson | Brenda | $150.00 |
| Jones | Barb | $250.00 |
| Kaiser | Bill | $235.00 |
| Kane | Larry | $380.00 |
| Kays | Sandy | $80.00 |

**Standard Billing Rates - 2009**

| Timekeeper | | 2009 Rate |
|---|---|---|
| Keefer | Jan | $340.00 |
| Kiefer | Dick | $525.00 |
| Klotz | Gary | $425.00 |
| Kohlhaas | Michael | $325.00 |
| Kovac | Briana | $200.00 |
| Landreth | Shannon | $240.00 |
| Leisz | Scott | $365.00 |
| Limrick | Mike | $255.00 |
| Lodato | Phil | $240.00 |
| Long | Susan | $285.00 |
| Lundquist | Nathan | $180.00 |
| Mallamad | Jeff | $550.00 |
| Mallon | Anna | $210.00 |
| McCauley | John | $315.00 |
| McClamroch | Toby | $495.00 |
| McGimpsey | David | $325.00 |
| McGoff | Kevin | $445.00 |
| McTurnan | Lee | $400.00 |
| Mehringer | Susan | $345.00 |
| Miller | Brett | $355.00 |
| Miller | Nichole | $180.00 |
| Morgan | Rod | $340.00 |
| Mosby | Whitney | $230.00 |
| Mulvaney | Karl | $415.00 |
| Munson | Ken | $260.00 |
| Murray | Ryan | $190.00 |
| Neibarger | Greg | $275.00 |
| Noble | Jana | $155.00 |
| Nyman | Mary | $225.00 |
| Ohlson | Jessica | $185.00 |
| Patterson | Christa | $80.00 |
| Ponder | Jackie | $315.00 |
| Prechtel | Dave | $395.00 |
| Price | Matt | $355.00 |
| Quay-Smith | Nana | $370.00 |
| Reed | Julie | |
| Reed | Jim | $450.00 |
| Retherford | Pam | $140.00 |
| Ridgway | Eileen | $160.00 |
| Root | David | $205.00 |

**Standard Billing Rates - 2009**

| Timekeeper | | 2009 Rate |
|---|---|---|
| Rose | Aaron | $200.00 |
| Sage | Candace | $250.00 |
| Sanchez | Rafael | $240.00 |
| Schantz | Matthew | $360.00 |
| Scherer | Tom | $395.00 |
| Schue | Eric | $190.00 |
| Seger | Randy | $445.00 |
| Shelby | Katherine | $350.00 |
| Simpson | Deb | $145.00 |
| Smith | Leslie | $140.00 |
| Snyder | Natalie | $260.00 |
| Solada | Mary | $350.00 |
| Stapleton Lutes | Tara | $240.00 |
| Steck | Hans | $445.00 |
| Stevens | Tracy | $300.00 |
| Stewart | Amy | $340.00 |
| Strenski | James | $315.00 |
| Sunday | Jared | $180.00 |
| Taggart | Robert | $355.00 |
| Taylor | Chris | $300.00 |
| Thirion | Laura | $140.00 |
| Thompson | Jennifer | $290.00 |
| Tittle | Dave | $450.00 |
| Troyer | Matt | $325.00 |
| Turner | Wayne | $395.00 |
| Vachirasomboon | Tonya | $185.00 |
| Voight | Brandt | $205.00 |
| Vosika | Amanda | $140.00 |
| Wall | Barb | $190.00 |
| Watts | Mary | $370.00 |
| Weese | Bryan | $325.00 |
| Welch | Brian | $395.00 |
| White | Angie | $150.00 |
| Willett | Isaac | $225.00 |
| Wilt | Brad | $300.00 |
| Woolsey | Tracey | $150.00 |
| Wray | Melissa | $205.00 |