# **EXHIBIT A**

46429/0001-6224327v1

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended Nov-09

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Three Month Summary by Firm
## Nov-09

| Firm | Service Provided | Invoiced Fees | | | Invoiced Expenses | | | Quarterly Total | Rolling Proposed | | Monthly Stipulated | Rolling Cap | Overage to be Applied For | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sep-09 | Oct-09 | Nov-09 | Sep-09 | Oct-09 | Nov-09 | | Periods | Total Fees | | | | |
| Ajalat Polley Ayoob Matarese | Tax law counsel | 6,338 | 6,663 | - | - | - | - | 13,000 | 3 | 13,000 | 25,000 | 75,000 | - | - |
| Allen Matkins Leck Gamble Mallory LLP | Real estate counsel | 2,394 | 1,656 | - | - | - | - | 4,050 | 3 | 4,050 | 10,000 | 30,000 | - | - |
| BKD | Accounting Consultant | 4,375 | 300 | 300 | - | - | - | 4,975 | 3 | 4,975 | 8,000 | 24,000 | - | - |
| Bostwick & Jassy LLP | First Amendment and business law litigation counsel | 511 | 2,137 | 1,083 | 136 | 16 | 103 | 3,985 | 3 | 3,730 | 15,000 | 45,000 | - | - |
| Brown, Schultz Sheridan & Fritz | Accounting Consultant | 200 | - | - | - | - | - | 200 | 3 | 200 | 1,000 | 3,000 | - | - |
| Bruno Gerbino & Macchia LLP | General litigation counsel for New York operations | 75 | - | - | - | - | - | 75 | 3 | 75 | 10,000 | 30,000 | - | - |
| BuchalterNemer PC | LA Times Counsel | 2,985 | 2,790 | - | - | 15 | - | 5,790 | 3 | 5,775 | 25,000 | 75,000 | - | - |
| D Park Smith & Associates | Collections Counsel | - | 478 | 2,975 | - | - | - | 3,453 | 3 | 3,453 | 15% | 15% | - | - |
| Davis Wright Tremaine | First Amendment, internet, telecommunications counsel | - | 8,233 | - | - | 1,303 | - | 9,536 | 3 | 8,233 | 50,000 | 100,000 | - | - |
| Donald M Craven PC | First Amendment counsel | 619 | 1,781 | - | - | - | - | 2,400 | 2 | 2,400 | 5,000 | 15,000 | - | - |
| Downey, Smith, Fier | Tax consultants for excess circulation and state sales tax refund proceedings | 2,869 | 5,344 | 1,834 | - | - | - | 10,046 | 3 | 10,046 | 20% | 20% | - | - |
| Duff & Phelps | ESOP Valuation | 50,000 | 50,000 | 50,000 | - | - | - | 150,000 | 2 | 100,000 | 50,000 | 100,000 | - | - |
| Grant Thornton | Tax Consulting | 655 | 19,345 | - | 30 | - | - | 20,030 | 3 | 20,000 | 40,000 | 120,000 | - | - |
| Gross Mcginley Labarre And Eaton | Business and employment litigation counsel for the Allentown Morning Call | 1,195 | 2,447 | 3,333 | - | 4 | - | 6,979 | 3 | 6,975 | 10,000 | 30,000 | - | - |
| Hendershot Intellectual Property Law | Intellectual property counsel and IP contract drafting for publishing and broadcasting business segments | 413 | 300 | 300 | - | - | - | 1,013 | 3 | 1,013 | 10,000 | 30,000 | - | - |
| Hinckley, Allen & Snyder | General litigation, First Amendment, and Media law counsel | - | 1,365 | - | - | - | - | 1,365 | 3 | 1,365 | 25,000 | 75,000 | - | - |
| Hogan & Hartson LLP | Media law counsel (local marketing and shared services agreements for broadcasting stations) | 863 | - | - | - | - | - | 863 | 2 | - | 50,000 | 100,000 | - | - |
| Holland & Knight LLP | Primary patent prosecution counsel as relates to online and Counsel for ForSaleByOwner | 2,641 | 734 | 98 | - | - | - | 3,472 | 3 | 3,472 | 25,000 | 75,000 | - | - |
| Holmes Weddle & Barcott | Tax Counsel | - | 3,126 | - | - | - | - | 3,126 | 3 | 3,126 | 30,000 | 90,000 | - | - |
| Horwood Marcus & Berk | Litigation counsel for the Orlando Sentinel (defamation | 23,498 | - | 35,974 | - | - | - | 59,471 | 3 | 59,471 | 15,000 45,000 | 75,000 | 4,461 | - |
| King Blackwell Downs & Zehnder Pa | First Amendment counsel | 200 | 24,572 | 2,837 | 3 | - | 183 | 27,795 | 3 | 27,609 | 30,000 | 90,000 | - | - |
| Levine Sullivan Koch & Schulz LLP | Intellectual Property contracts counsel (overflow) | 1,105 | - | - | - | - | - | 1,105 | 2 | - | 50,000 | 100,000 | - | - |
| Mandell Menkes LLC | Collections Counsel | - | 1,075 | - | - | - | - | 1,075 | 3 | 1,075 | 10,000 | 30,000 | - | 25,552 |
| Maria L Hampton | Accounting Consultant | 3,430 | - | 341 | 450 | - | - | 4,220 | 3 | 3,770 | 25% | 25% | - | - |
| Miller Kaplan Arase And Co | Corporate Law | 3,000 | 2,435 | 2,000 | - | - | - | 7,435 | 3 | 7,435 | 10,000 | 30,000 | - | - |
| Orrick, Herrington & Sutcliffe LLi | First Amendment and contract counsel | 715 | 477 | 439 | - | - | - | 1,631 | 3 | 1,631 | 3,000 | 9,000 | - | - |
| Ram & Olson LLP | Litigation counsel (general, routine litigation) | 4,515 | 315 | - | - | - | - | 4,830 | 3 | 4,830 | 10,000 | 30,000 | - | - |
| Sedwick, Deter, Moran & Arnold, LLP | Primary labor and employment law counsel for Tribune | 618 | - | - | 212 | - | - | 830 | 3 | 618 | 20,000 | 60,000 | - | - |
| Seyfarth Shaw LLP | Benefits and ERISA litigation counsel | 60,758 | 99,580 | - | 528 | 1,516 | - | 162,382 | 2 | - | 50,000 | 100,000 | 99,580 | - |
| Smith, von Schreiber & Associates | First Amendment counsel: general litigation counsel | 160 | 640 | - | - | - | - | 800 | 3 | 800 | 5,000 | 15,000 | - | - |
| Sonnenschein Nath & Rosenthal | Primary media law and First Amendment counsel for publishing and broadcasting operations in Florida | 7,282 | 7,217 | 5,123 | 63 | - | - | 19,684 | 2 | 12,340 | 50,000 | 100,000 | - | - |
| Thomas, LoCicero & Bralow PL | | 50,000 | 50,000 | 50,000 | 319 | 2,922 | 2,582 | 155,824 | 2 | 100,000 | 50,000 | 100,000 | - | - |
| True Partners Consulting LLC | Tax Consultants | 4,007 | 10,055 | - | - | - | - | 14,062 | 3 | 14,062 | 15,000 | 45,000 | - | - |
| Volk, Phyllis | Real estate law | 1,180 | 5,140 | 4,060 | - | - | - | 10,380 | 3 | 10,380 | 20,000 | 60,000 | - | - |
| War & Conner LLP | Employment litigation / Worker's compensation counsel | 270 | - | - | - | - | - | 270 | 3 | 270 | 5,000 | 15,000 | - | - |
| Welborn Sullivan Meck & Tooley | Environmental counsel for Denver operations | 28 | 280 | - | - | - | - | 308 | 3 | 308 | 10,000 | 30,000 | - | - |
| Wilcox & Savage Pc | Antitrust advice and litigation/Media law and First Amendment counsel to the Daily Press | 3,115 | 140 | - | 2 | - | - | 3,257 | 3 | 3,255 | 10,000 | 30,000 | - | - |
| Young, Sommer, Ward, Ritzenberg | Environmental counsel for Hartford, Baltimore, and New York operations | - | - | 2,613 | - | - | - | 2,613 | 3 | 2,613 | 15,000 | 45,000 | - | - |
| Zulkie Partners LLC | Principal counsel for Tribune Company and business units on immigration law matters and filings | 548 | 105 | 3,820 | 175 | - | 40 | 4,687 | 3 | 4,473 | 5,000 | 15,000 | - | - |
| Total | | 240,558 | 308,729 | 167,127 | 1,919 | 5,776 | 2,908 | 727,017 | | 446,827 | | | 104,042 | 25,552 |

**Notes:**

Tribune Company professional fee payment process adheres to the criteria defined in the Bankruptcy Court's Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. We experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a limit of less than $50,000 and over a two month rolling average for OCPs with a $50,000 monthly fee cap.

On a monthly basis, Tribune has reported its proposed OCP payments to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, as required by the OCP order. Tribune received no objections to the payments reflected herein. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current rolling period or outside of the current monthly period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Rolling Proposed column is intended to provide visibility to the rolling cap calculation. Firms with a percentage, instead of a whole number, in the Stipulated Rolling Cap Limit column have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

Overage to be Applied For represents the total amount invoiced in any monthly period that causes a firm to exceed the established cap on permitted payments over the applicable rolling two- or three-month periods. Any firm that exceeds its stipulated monthly cap amount may apply to the Bankruptcy Court for approval of such fees. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application to the Bankruptcy Court.

Seyfarth Shaw LLP has exceeded its applicable monthly cap for the months of October and November 2009. Seyfarth has applied for allowance of its fees incurred in the month of October (see Docket No. 2667) and will also apply for allowance of its fees incurred in the month of November. The Debtors anticipate filing an application to retain Seyfarth Shaw as special litigation counsel pursuant to section 327 of the Bankruptcy Code for consideration at the Debtors' next omnibus hearing on January 27, 2010.

Horwood, Marcus & Berk had its monthly cap raised from $15,000 to $45,000 beginning in November (see Docket No. 2412). Horwood's overage to be applied for above in the amount of $4,461 occurred in the three month rolling period ending September 2009.