UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. **08-13141 (KJC)** |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF
## APPEARANCE AND OF REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that LeClairRyan, A Professional Corporation, counsel for De Lage Landen Financial Services, Inc. in the above-captioned jointly administered cases, hereby withdraws its appearance and request for service of notices and requests that the attorneys set forth below be removed from the list of persons to receive notices and papers.

Date:  January 4, 2010         LECLAIRRYAN, A Professional Corp.


               By:   /s/ William E. Callahan, Jr.
                     William E. Callahan, Jr.
                     1800 Wachovia Tower, Drawer 1200
                     Roanoke, VA 24006-1200
                     Telephone:  (540) 510-3000
                     Facsimile:  (540) 510-3050
                     Email: william.callahan@leclairryan.com

                     And

                     David W. Phillips
                     LECLAIRRYAN, A Professional Corp.
                     Two Penn Plaza East
                     Newark, NJ 07105
                     Telephone:  (973) 491-3530
                     Facsimile:  (973) 491-3491
                     Email:  david.phillips@leclairryan.com