**EXHIBIT A**

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER  10130

THE TRIBUNE COMPANY                                         NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                               INVOICE # 9152110
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                             $2,356.50

DISBURSEMENTS                                                            163.43

                              TOTAL INVOICE                    $2,519.93

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9152110

NOVEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

ESOP/STAY ISSUES                                                    MATTER NUMBER -    10130

| | | | | |
|---|---|---|---|---|
| 10/16/09 | SKM | .50 | { L140 } {A104} Reviewed and organized materials for D. Bradford's review. | 135.00 |
| 10/20/09 | SKM | 2.20 | { L140 } {A110} Gathered and organized document productions. | 594.00 |
| 10/26/09 | DAS | .20 | { L210 } {A107} Communicated with co-counsel re ▇▇▇▇▇▇▇▇▇▇ | 105.00 |
| 10/28/09 | DJB | .50 | { L190 } {A101} Prepared for and appeared telephonically in bankruptcy court re stay. | 437.50 |
| 10/28/09 | DJB | .70 | { L190 } {A107} Telephone conference with opposing counsel re court appearance (.2); telephone conference with Tribune counsel re same (.3); various e-mails re order re same (.2). | 612.50 |
| 10/28/09 | DAS | .60 | { L210 } {A103} Drafted order related to October 28 hearing in adversary proceeding and sent same to D. Bradford. | 315.00 |
| 10/29/09 | DAS | .30 | { L210 } {A108} Sent draft order related to October 28 hearing in adversary proceeding to T. Meites for review and comment. | 157.50 |
| | | 5.00 | PROFESSIONAL SERVICES | 2,356.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

## DISBURSEMENTS

| | | |
|---|---|---:|
| 9/15/09 | Outside Professional Services (Abe-Carvens Detective Agency) | 54.00 |
| 10/05/09 | Pacer Charges (July and August 2009) | 98.88 |
| 10/31/09 | Lexis Research | 10.55 |
| | TOTAL DISBURSEMENTS | 163.43 |

**INVOICE TOTAL**                        **$ 2,519.93**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 1.20 | 875.00 | 1,050.00 |
| DOUGLAS A. SONDGEROTH | 1.10 | 525.00 | 577.50 |
| SHAWN K. MCGEE | 2.70 | 270.00 | 729.00 |
| TOTAL | 5.00 | | 2,356.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10148

THE TRIBUNE COMPANY                          NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                    INVOICE # 9152111
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                              $5,672.50

DISBURSEMENTS                                            0.00
                                              _____

                         TOTAL INVOICE              $5,672.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE        Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9152111

NOVEMBER 30, 2009

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

DOL SUBPOENA                                              MATTER NUMBER - 10148

| | | | | |
|---|---|---|---|---|
| 10/09/09 | DAS | .30 | { L210 } {A106} Prepared communication to D. Liebentritt re ███████████████. | 157.50 |
| 10/12/09 | DAS | 2.50 | { L210 } {A103} Drafted communication to plaintiffs re DOL documents (.5); drafted portions of confidentiality agreement related to DOL documents (2.00). | 1,312.50 |
| 10/14/09 | DJB | 1.30 | { L190 } {A104} Reviewed IRS inquiry ██████████ ████████████ (.8); reviewed opinion letter re same (.5). | 1,137.50 |
| 10/14/09 | DAS | 2.00 | { L210 } {A103} Edited draft confidentiality agreement related to DOL documents produced by Tribune. | 1,050.00 |
| 10/15/09 | DJB | .70 | { L190 } {A107} Telephone conference with counsel for GreatBanc re ████████████████████████ ████████████ (.4); follow-up telephone conference with client (.3). | 612.50 |
| 10/21/09 | KZL | .80 | { L140 } {A110} Ran production through Opticon and endorsed images with confidential stamp (.2); imported documents into local Law database and ran OCR process (.3); exported documents from Law database and converted documents to searchable PDFs (.2); performed quality check on all PDFs (.1). | 220.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 10/21/09 | ZM | .50 | { L140 } {A110} Performed level two quality check on data load of copy between databases (.4); coordinated with W. Wettstein (.1). | 137.50 |
| 10/22/09 | MS | .80 | { L140 } {A110} Began performing second level quality control checks on documents prepared for production. | 220.00 |
| 10/29/09 | DXW | .50 | { L140 } {A110} Emailed and conferred with S. McGee re data loading project. | 137.50 |
| 10/30/09 | DXW | 2.50 | { L140 } {A110} Copied data to network for loading to Concordance for attorney review (1.9); emailed S. McGee re issues related to copying data from DVDs to network (.2). | 687.50 |
| | | 11.90 | PROFESSIONAL SERVICES | 5,672.50 |

**INVOICE TOTAL**                                  **$ 5,672.50**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 2.00 | 875.00 | 1,750.00 |
| DOUGLAS A. SONDGEROTH | 4.80 | 525.00 | 2,520.00 |
| DAVID WIRKIOWSKI | 3.00 | 275.00 | 825.00 |
| KELLY A. LAUGHRAN | 0.80 | 275.00 | 220.00 |
| MARGARET SMALL | 0.80 | 275.00 | 220.00 |
| ZULAIKHA MASTER | 0.50 | 275.00 | 137.50 |
| TOTAL | 11.90 | | 5,672.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                              NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                      INVOICE # 9152063
SUITE 600
CHICAGO, IL  60611-4041
ATTN: KAREN H. FLAX

### CUETO

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                    $3,662.50

DISBURSEMENTS                                                     507.88
                                                          _____

                             TOTAL INVOICE              $4,170.38

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                                 INVOICE # 9152063
ATTN: KAREN H. FLAX

NOVEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

CUETO                                                        MATTER NUMBER -    10024

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/09 | DLB | .50 | { L120 } {A104} Reviewed and analyzed recently filed pleadings by plaintiff in connection with motion to dismiss hearing. | 312.50 |
| 10/01/09 | WAT | .50 | { L110 } {A104} Reviewed filed materials and participated in telephone conference with counsel in preparation for hearing on various motions. | 237.50 |
| 10/02/09 | WAT | 5.50 | { L110 } {A109} Prepared for hearing in Belleville on various motions to dismiss and new motion to disqualify current sitting judge and attended same. | 2,612.50 |
| 10/19/09 | DLB | .20 | { L120 } {A104} Reviewed and analyzed opinion related to subpoenaed reporter and emails re same. | 125.00 |
| 10/21/09 | DLB | .40 | { L120 } {A104} Reviewed and analyzed order entered by Court. | 250.00 |
| 10/21/09 | DLB | .20 | { L120 } {A103} Drafted email to K. Flax re order entered by Court. | 125.00 |
|  |  | 7.30 | PROFESSIONAL SERVICES | 3,662.50 |

Page 2

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 10/02/09 | Out of Town Travel, W. Thomson, 10/02/09, St. Louis (Attend Hearing on Various Motions) | 442.10 |
| 10/02/09 | Business Meals, W. Thomson, 10/02/09 | 21.98 |
| 10/13/09 | Court Reporter Charge (Transcript of October 2, 2009 Hearing) | 42.00 |
| 10/27/09 | Photocopy Expense | .72 |
| 10/28/09 | Photocopy Expense | 1.08 |
| | TOTAL DISBURSEMENTS | 507.88 |

**INVOICE TOTAL**                    **$ 4,170.38**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEBBIE L. BERMAN | 1.30 | 625.00 | 812.50 |
| WADE A. THOMSON | 6.00 | 475.00 | 2,850.00 |
| TOTAL | 7.30 | | 3,662.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                          NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                                    INVOICE # 9152114
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**MORGAN STANLEY SWAP**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                              $4,310.00

DISBURSEMENTS                                                             0.00
                                                              _____

                                     TOTAL INVOICE                 $4,310.00

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                      INVOICE # 9152114
ATTN: DONALD J. LIEBENTRITT

NOVEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

MORGAN STANLEY SWAP                           MATTER NUMBER -    10180

| 10/02/09 | DJB | 2.00 | { L190 } {A104} Reviewed materials and prior negotiations and analysis (1.); studied settlement analysis (.5); telephone conference with client re settlement response (.5). | 1,750.00 |
| 10/02/09 | MZH | 1.20 | {L120} {A105} Drafted e-mail to D. Bradford re litigation analysis with respect to set-off claim (.7); telephone conference with D. Bradford, N. Larsen, C. Bigelow and D. Liebentritt re settlement counter-offer (.5) | 870.00 |
| 10/05/09 | DJB | .60 | { L190 } {A107} Telephone conference with opposition counsel (.4); prepared email re same (.2). | 525.00 |
| 10/05/09 | MZH | .10 | { L120 } {A105} Telephone conference with D. Bradford re counteroffer to Morgan Stanley. | 72.50 |
| 10/15/09 | MZH | .30 | { L120 } {A103} Drafted comments to Tribune description of current status of negotiations. | 217.50 |
| 10/16/09 | DJB | .50 | { L190 } {A107} Telephone conference with opposing counsel re settlement. | 437.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/16/09 | DJB | .50 | { L190 } {A106} Drafted email to client re telephone conference with opposing counsel re settlement. | 437.50 |
| | | 5.20 | PROFESSIONAL SERVICES | 4,310.00 |

**INVOICE TOTAL**                                   **$ 4,310.00**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 3.60 | 875.00 | 3,150.00 |
| MARC B. HANKIN | 1.60 | 725.00 | 1,160.00 |
| TOTAL | 5.20 | | 4,310.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10164

| | |
|---|---|
| THE TRIBUNE COMPANY | NOVEMBER 30, 2009 |
| 435 NORTH MICHIGAN AVENUE | INVOICE # 9152113 |
| SUITE 600 | |
| CHICAGO, IL 60611-4041 | |
| ATTN: DONALD J. LIEBENTRITT | |

**FEE APPLICATION**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2009 | $3,543.00 |
| DISBURSEMENTS | 21.69 |
| TOTAL INVOICE | $3,564.69 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9152113
ATTN: DONALD J. LIEBENTRITT


NOVEMBER 30, 2009


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009


FEE APPLICATION                                MATTER NUMBER -    10164


| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/06/09 | LSR | .30 | { L210 } {A103} Edited August fee application. | 97.50 |
| 10/07/09 | LSR | 1.50 | { L210 } {A103} Drafted third quarterly fee application. | 487.50 |
| 10/12/09 | MHM | 2.10 | { L210 } {A104} Reviewed invoices and prepared matter summaries for quarterly fee application. | 567.00 |
| 10/13/09 | MHM | 3.80 | { L210 } {A103} Worked on preparing attorney summaries for quarterly fee application (1.2); reviewed and balanced invoices against data for same (.9); revised and proofread application (1.1); prepared exhibits for quarterly application (.6). | 1,026.00 |
| 10/13/09 | LSR | .70 | { L210 } {A103} Edited third quarterly fee application. | 227.50 |
| 10/14/09 | LSR | 1.30 | { L210 } {A103} Continued editing third quarterly fee application. | 422.50 |
| 10/19/09 | LSR | 1.00 | { L190 } {A103} Prepared time entry spreadsheet for fee examiner. | 325.00 |
| 10/26/09 | LSR | .80 | { L190 } {A103} Drafted September fee application. | 260.00 |
| 10/27/09 | LSR | .40 | { L190 } {A103} Continued drafting September fee application. | 130.00 |
| | | 11.90 | PROFESSIONAL SERVICES | 3,543.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/05/09 | Pacer Charges | 1.20 |
| 10/05/09 | Pacer Charges | 2.40 |
| 10/12/09 | Network Printing | 13.23 |
| 10/15/09 | Network Printing | 4.86 |
| | TOTAL DISBURSEMENTS | 21.69 |

**INVOICE TOTAL**　　　　　　　$ 3,564.69

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| LANDON S. RAIFORD | | 6.00 | 325.00 | 1,950.00 |
| MICHAEL H. MATLOCK | | 5.90 | 270.00 | 1,593.00 |
| | TOTAL | 11.90 | | 3,543.00 |

Federal Identification No. 36-2192554

**<u>EXHIBIT B</u>**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Business Meals | 21.98 |
| Court Reporter Charge | 42.00 |
| Lexis Research | 10.55 |
| Network Printing | 18.09 |
| Out of Town Travel | 442.10 |
| Outside Professional Services | 54.00 |
| Pacer Charges | 102.48 |
| Photocopy and Related Expenses | 1.80 |
| **Total** | **693.00** |

1828059