# EXHIBIT A

## Insufficiently Supported Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ARIZONA REPUBLIC, THE 200 E VAN BUREN ST. PHOENIX, AZ 85004 | 08-13141 | Tribune Company | 04/27/2009 | 2259 | $1,767.86 | Insufficient Documentation |
| 2 | ASHLEY, BRIDGET B 3085 ELM AVE LONG BEACH, CA 90807 | 08-13185 | Los Angeles Times Communications LLC | 05/07/2009 | 2563 | Undetermined | Insufficient Documentation |
| 3 | BANKS JR, GRANTLIN 6426 S. KENWOOD, 2N CHICAGO, IL 60637 | | No Debtor Asserted | 05/15/2009 | 2865 | $50,000.00 | Insufficient Documentation |
| 4 | BARNHARDT CECH, LAURA C 10 TANGLEWOOD RD CATONSVILLE, MD 21228 | 08-13209 | The Baltimore Sun Company | 02/02/2009 | 345 | $1,800.00 | Insufficient Documentation |
| 5 | BELAND, DAVID C 309 CORNELL DRIVE APT #D BURBANK, CA 91504 | | No Debtor Asserted | 06/01/2009 | 3350 | Undetermined | Insufficient Documentation |
| 6 | BISBORT, ALAN 23 QUELL CT CHESHIRE, CT 06410 | | No Debtor Asserted | 04/22/2009 | 1345 | $125.00 | Insufficient Documentation |
| 7 | BONAR, SAMANTHA 1922 GARFIAS DR PASADENA, CA 91104 | 08-13141 | Tribune Company | 05/05/2009 | 2437 | Undetermined | Insufficient Documentation |
| 8 | BORRESEN, CARYN L 525 N. ADA, #37 CHICAGO, IL 60622 | 08-13141 | Tribune Company | 06/08/2009 | 3734 | $1,584.20 | Insufficient Documentation |
| 9 | BROWN, RENEE 42 CATOONA LANE STAMFORD, CT 06902 | 08-13141 | Tribune Company | 06/11/2009 | 4846 | Undetermined | Insufficient Documentation |
| 10 | BROWN, TRACEY K N 198 EUCLID ST W HARTFORD, CT 06112 | | No Debtor Asserted | 05/11/2009 | 2700 | $5,000.00 | Insufficient Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 11 | CAMPOS, TRACY<br>4703 SAILBOAT BAY APT 2D<br>LISLE, IL 605321473 | 08-13141 | Tribune Company | 04/30/2009 | 2108 | $3,000.00 | Insufficient Documentation |
| 12 | CARR, GEORGE S<br>7215 BRIGHT AVENUE APT #603<br>WHITTIER, CA 90602 | | No Debtor Asserted | 04/23/2009 | 1626 | Undetermined | Insufficient Documentation |
| 13 | CASE, LINDA<br>103 PARK AVENUE<br>WETHERSFIELD, CT 06109 | | No Debtor Asserted | 05/15/2009 | 2843 | $10,000.00 | Insufficient Documentation |
| 14 | CAULER, BETTY<br>2212 W TILGHMAN ST.<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/04/2009 | 2301 | Undetermined | Insufficient Documentation |
| 15 | CUNNINGHAM, JEFFREY<br>1413 BRACKIN CT.<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 02/02/2009 | 346 | $100.00 | Insufficient Documentation |
| 16 | DECARLO, DONALD<br>4518 N AVENIDA RONCA<br>TUSCON, AZ 85750 | 08-13252 | WGN Continental Broadcasting Company | 05/04/2009 | 2429 | Undetermined | Insufficient Documentation |
| 17 | DORCIUS, JHON<br>1112 S SWINTON AVE<br>DELRAY BEACH, FL 33444 | | No Debtor Asserted | 05/04/2009 | 2319 | $300.00 | Insufficient Documentation |
| 18 | EISWERT, CHARLENE<br>627 FALCONER ROAD<br>JOPPA, MD 21085 | | No Debtor Asserted | 05/04/2009 | 2414 | Undetermined | Insufficient Documentation |
| 19 | ENTERCOM COMMUNICATION - SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | | No Debtor Asserted | 04/22/2009 | 1320 | Undetermined | Insufficient Documentation |

* – Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 20 | ENTERCOM PORTLAND<br>700 SW BANCROFT ST<br>PORTLAND, OR 97239 | | No Debtor Asserted | 04/21/2009 | 1221 | Undetermined | Insufficient Documentation |
| 21 | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST PORTLAND, OR 97239 | | No Debtor Asserted | 04/21/2009 | 1220 | Undetermined | Insufficient Documentation |
| 22 | ESCOBAR, MARIA I.<br>2734 CARAMBOLA CIR S<br>COCONUT CREEK, FL 330662593 | 08-13198 | Orlando Sentinel Communications Company | 12/24/2008 | 41 | $626.85 | Insufficient Documentation |
| 23 | FOSS, JAMESON<br>1820 JAMES AVE. #SC<br>MIAMI BEACH, FL 33139 | 08-13143 | 5800 Sunset Productions Inc. | 06/01/2009 | 3351 | $2,250.00 | Insufficient Documentation |
| 24 | FRANZINO, JAMES<br>16250 WINNERS CIRCLE DR<br>DELRAY BEACH, FL 33446 | | No Debtor Asserted | 04/23/2009 | 1566 | $465.00 | Insufficient Documentation |
| 25 | FRANZINO, JAMES<br>16250 WINNERS CIR DR<br>DELRAY BEACH, FL 33446 | | No Debtor Asserted | 05/07/2009 | 2868 | $465.00 | Insufficient Documentation |
| 26 | FREEMAN, WADE W.<br>2572 TALLMAPLE LOOP<br>OCOEE, FL 34761 | 08-13198 | Orlando Sentinel Communications Company | 04/28/2009 | 2030 | $165.00 | Insufficient Documentation |
| 27 | GOODRICH, DANIEL<br>152 BAYWAY AVENUE<br>BRIGHTWATERS, NY 11718 | | No Debtor Asserted | 04/23/2009 | 1558 | Undetermined | Insufficient Documentation |
| 28 | GREEN, DOROTHY<br>11911 SAN VICENTE BLVD, SUITE 320<br>LOS ANGELES, CA 90049 | | No Debtor Asserted | 04/20/2009 | 1200 | $250.00 | Insufficient Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 29 | GRIMES, INGRID<br>1716 EAST 54TH STREET<br>CHICAGO, IL 60615 | 08-13252 | WGN Continental Broadcasting Company | 04/23/2009 | 1576 | $1,875.00 | Insufficient Documentation |
| 30 | HALL, JOSEPH<br>1144 NORTH STRICKER STREET<br>BALTIMORE, MD 21217 | 08-13141 | Tribune Company | 04/24/2009 | 1505 | $80,000.00 | Insufficient Documentation |
| 31 | HOWELL, KARL<br>2502 LOYOLA SOUTHWAY<br>BALTIMORE, MD 21215 | | No Debtor Asserted | 05/28/2009 | 3244 | $600.00 | Insufficient Documentation |
| 32 | HOWELL, KARL<br>2502 LOYOLA SOUTHWAY<br>BALTIMORE, MD 21215 | | No Debtor Asserted | 05/28/2009 | 3245 | $300.00 | Insufficient Documentation |
| 33 | HUNTER, WALTER<br>6008 MARQUETTE RD<br>BALTIMORE, MD 21206 | 08-13173 | Homestead Publishing Co. | 04/20/2009 | 1194 | $995.00 | Insufficient Documentation |
| 34 | IZADPANAH, KAMRAN<br>325 S. BERKELEY AVENUE<br>PASADENA, CA 91107 | | No Debtor Asserted | 04/20/2009 | 1201 | $67,500.00 | Insufficient Documentation |
| 35 | JENNER, DONALD<br>17840 GREENWOOD DRIVE<br>TINLEY PARK, IL 60477 | | No Debtor Asserted | 04/23/2009 | 1623 | $4,500.00 | Insufficient Documentation |
| 36 | JONES, RICHARD<br>14 SAN MARCOS LN<br>ALISO VIEJO, CA 92656-1626 | 08-13235 | Tribune Media Net, Inc. | 05/29/2009 | 3298 | $20,000.00 | Insufficient Documentation |
| 37 | KEENAN, NANCY<br>601 E WALNUT ST<br>PERKASIE, PA 18944 | | No Debtor Asserted | 05/11/2009 | 2696 | $175.00 | Insufficient Documentation |
| 38 | KELLY, JAMES C.<br>20154 ZIMMERMAN PL.<br>SANTA CLARITA, CA 91390 | 08-13141 | Tribune Company | 06/12/2009 | 4978 | Undetermined | Insufficient Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 39 | LOCKARD, SARAN<br>2423 CHELSEA STREET<br>ORLANDO, FL 32803 | | No Debtor Asserted | 12/23/2008 | 31 | $1,575.00 | Insufficient Documentation |
| 40 | MEANEY, THOMAS<br>124 REMSEN ST APT 13<br>BROOKLYN, NY 112014228 | 08-13141 | Tribune Company | 04/20/2009 | 1112 | $400.00 | Insufficient Documentation |
| 41 | MOORE, MARY G<br>20 ROGERS ST APT 2<br>SOUTH BOSTON, MA 02127 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/03/2009 | 3470 | Undetermined | Insufficient Documentation |
| 42 | NAJJAR, NABIL<br>522 GOURAUD ST NO.3A<br>GERMAYZEH<br>BEIRUT, | | No Debtor Asserted | 05/26/2009 | 3200 | $1,000.00 | Insufficient Documentation |
| 43 | NEFF, LAWRENCE<br>1169 PENN DRIVE<br>ANDREAS, PA 18211 | | No Debtor Asserted | 12/15/2008 | 4 | $300.00 | Insufficient Documentation |
| 44 | NOVO MACDONALD, VIVIAN<br>266 GRANDVIEW TERR<br>HARTFORD, CT 06114 | | No Debtor Asserted | 04/22/2009 | 1365 | $80.00 | Insufficient Documentation |
| 45 | NYP HOLDINGS, INC.<br>HOGAN & HARTSON LLP<br>ATTN: IRA S. GREENE, ESQ<br>875 THIRD AVE<br>NEW YORK, NY 10022 | 08-13208 | Sun-Sentinel Company | 06/12/2009 | 4879 | $28,719.79 | Insufficient Documentation |
| 46 | OFFOR, KINGSLEY<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | 08-13141 | Tribune Company | 04/20/2009 | 1133 | $12,985.00 | Insufficient Documentation |
| 47 | OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | 08-13141 | Tribune Company | 05/04/2009 | 2378 | $29,827.00 | Insufficient Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 48 | ORENSTEIN, BETH W. 104 CANDLEWYCKE LANE NORTHAMPTON, PA 18067-1794 | | No Debtor Asserted | 12/19/2008 | 19 | $560.00 | Insufficient Documentation |
| 49 | PARIKH, RAHUL 509 MATISSE COURT WALNUT CREEK, CA 94597 | 08-13185 | Los Angeles Times Communications LLC | 05/01/2009 | 2202 | $250.00 | Insufficient Documentation |
| 50 | PROSPERI, CHRISTOPHER P.O. BOX 1152 SIMSBURY, CT 06070 | | No Debtor Asserted | 04/27/2009 | 1840 | $120.00 | Insufficient Documentation |
| 51 | REAVEN, STEVE 2058 N. WESTERN AVE. #302 CHICAGO, IL 60647 | | No Debtor Asserted | 03/06/2009 | 643 | $40.00 | Insufficient Documentation |
| 52 | RUSSELL, MARY H. 842 W. CHALMERS PLACE CHICAGO, IL 60614 | | No Debtor Asserted | 12/22/2008 | 23 | $350.00 | Insufficient Documentation |
| 53 | STIDHAM, JESSICA 1439 SW 5TH CART FORT LAUDERDALE, FL 33312 | | No Debtor Asserted | 03/02/2009 | 609 | $125.00 | Insufficient Documentation |
| 54 | TROUT, STEVE R PO BOX 1155 TINLEY PARK, IL 60477 | | No Debtor Asserted | 06/05/2009 | 3603 | Undetermined | Insufficient Documentation |
| 55 | VALE, CHRISTOPHER R 5360 LANDING RD ELKRIDGE, MD 21075 | | No Debtor Asserted | 04/22/2009 | 1314 | $75.00 | Insufficient Documentation |
| 56 | VANN, BARNITA P. PO BOX 359 CHICAGO, IL 60690 | 08-13141 | Tribune Company | 06/12/2009 | 5425 | Undetermined | Insufficient Documentation |
| 57 | WEST, KIM 2520 MOOSE DEER DRIVE ONTARIO, CA 91761 | | No Debtor Asserted | 05/15/2009 | 2831 | Undetermined | Insufficient Documentation |

\* – Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 10: EXHIBIT A – INSUFFICIENTLY SUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 58 | WINGENBACH, GERRY<br>PO BOX 2741<br>PARK CITY, UT 84060 | | No Debtor Asserted | 05/11/2009 | 2689 | $600.00 | Insufficient Documentation |
| 59 | WOEBER, PATRICIA<br>6 BARTEL COURT<br>TIBURON, CA 94920 | | No Debtor Asserted | 05/05/2009 | 2444 | $700.00 | Insufficient Documentation |
| 60 | WOLFE, ROBERT<br>715 WILSON STREET<br>NORTH WOODMERE, NY 11581 | 08-13231 | Tribune Finance Service Center, Inc. | 04/20/2009 | 1022 | $1,000.00 | Insufficient Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.