# EXHIBIT A

## Unsupported Claims

## (Revised)

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 9: EXHIBIT A – UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 1 | AIRGAS<br>PO BOX 13027<br>NEWARK, NJ 07188-0027 | | No Debtor Asserted | 05/08/2009 | 2608 | Undetermined | No Supporting Documentation |
| 2 | ALMAN, ISADORA<br>917 WALNUT STREET<br>ALAMEDA, CA 94501 | | No Debtor Asserted | 04/21/2009 | 1277 | Undetermined | No Supporting Documentation |
| 3 | BACHWITZ, TIMOTHY<br>2839 PATTEN PLACE WEST<br>SEATTLE, WA 98199 | | No Debtor Asserted | 05/11/2009 | 2652 | Undetermined | No Supporting Documentation |
| 4 | BACHWITZ, TIMOTHY B<br>2839 PATTEN PLACE WEST<br>SEATTLE, WA 98199 | | No Debtor Asserted | 05/11/2009 | 2081 | Undetermined | No Supporting Documentation |
| 5 | BAKSTON, NANCY<br>EAST RD<br>BROAD BROOK, CT 06016 | | No Debtor Asserted | 04/23/2009 | 1541 | $1,022.00 | No Supporting Documentation |
| 6 | BANKS, BRANDON S<br>301 73RD ST<br>NEWPORT NEWS, VA 23607 | | No Debtor Asserted | 04/23/2009 | 1612 | Undetermined | No Supporting Documentation |
| 7 | BARKER, DENNIS I<br>7084 SANTA RITA CIRCLE<br>BUENA PARK, CA 90620 | 08-13185 | Los Angeles Times Communications LLC | 06/01/2009 | 3349 | $9,000.00 | No Supporting Documentation |
| 8 | BAVCO<br>20435 S SUSANA ROAD<br>LONG BEACH, CA 90810 | | No Debtor Asserted | 05/29/2009 | 3259 | Undetermined | No Supporting Documentation |
| 9 | BRAITSCH, RICHARD G JR<br>2139 WHISTLER AVE<br>BALTIMORE, MD 21230 | 08-13141 | Tribune Company | 06/12/2009 | 5015 | $9,342.14 | No Supporting Documentation |
| 10 | BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | | No Debtor Asserted | 04/27/2009 | 1947 | Undetermined | No Supporting Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 9: EXHIBIT A – UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 11 | CAMASSAR, CAROLYN I<br>5 OLD WALLINGFORD RD<br>DURHAM, CT 06422 | | No Debtor Asserted | 06/10/2009 | 4302 | Undetermined | No Supporting Documentation |
| 12 | CAMPOS, ALFONSO<br>4765 LAKE TRAIL DR<br>APT 1B<br>LISLE, IL 60532-1434 | 08-13141 | Tribune Company | 04/30/2009 | 2123 | $3,000.00 | No Supporting Documentation |
| 13 | CAULER, BETTY<br>2212 W TILGHMAN STREET<br>ALLENTOWN, PA 18104 | | No Debtor Asserted | 05/06/2009 | 2478 | Undetermined | No Supporting Documentation |
| 14 | CAULER, BETTY E<br>2212 W TILGHMAN STREET<br>ALLENTOWN, PA 18104 | | No Debtor Asserted | 05/06/2009 | 2479 | Undetermined | No Supporting Documentation |
| 15 | CHANCE, ROBERT<br>3631 BERKLEY RD<br>DARLINGTON, MD 21034 | | No Debtor Asserted | 04/24/2009 | 1507 | $500.00 | No Supporting Documentation |
| 16 | CLERK OF THE CIRCUIT COURT OF COOK COUNTY<br>RICHARD DALEY CENTER ROOM 1001<br>CHICAGO, IL 60602 | | No Debtor Asserted | 04/24/2009 | 1771 | Undetermined | No Supporting Documentation |
| 17 | GIANNONE, LISA<br>P O BOX 75<br>HICKSVILLE, NY 11801 | 08-13141 | Tribune Company | 04/29/2009 | 2867 | Undetermined | No Supporting Documentation |
| 18 | GUSMEROTTI, JOSEPH A<br>102 S CATALINA<br>LOS ANGELES, CA 90004 | | No Debtor Asserted | 05/01/2009 | 2222 | $53,266.50 | No Supporting Documentation |
| 19 | HARVEY, HOWARD<br>155-56 115TH ROAD<br>JAMAICA, NY 11434 | | No Debtor Asserted | 06/01/2009 | 3352 | $13,663.00 | No Supporting Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COM...NY, ET AL.

OMNIBUS OBJECTION 9: EXHIBIT A – UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 20 | LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | 08-13141 | Tribune Company | 04/28/2009 | 2033 | Undetermined | No Supporting Documentation |
| 21 | MARTINEZ, WILLIAM<br>3001 NW 48TH AVENUE #445<br>LAUDERDALE LAKE, FL 33313 | | No Debtor Asserted | 04/28/2009 | 2020 | Undetermined | No Supporting Documentation |
| 22 | MURRAY, THOMAS<br>40 PROSPECT ST<br>FREEPORT, NY 11520 | | No Debtor Asserted | 05/21/2009 | 3027 | $4,000.00 | No Supporting Documentation |
| 23 | OSSA, JOSEPH<br>806 TWIN LAKES DRIVE<br>CORAL SPRINGS, FL 33071 | | No Debtor Asserted | 04/21/2009 | 1286 | $15,000.00 | No Supporting Documentation |
| 24 | PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | 08-13141 | Tribune Company | 04/29/2009 | 2078 | Undetermined | No Supporting Documentation |
| 25 | POINTDUJOUR, JEAN M<br>91-34 195TH ST.<br>2C<br>JAMAICA, NY 11423 | | No Debtor Asserted | 04/28/2009 | 2015 | Undetermined | No Supporting Documentation |
| 26 | RUSSO, ANTHONY<br>221 W MAIN RD<br>LITTLE COMPTON, RI 02837 | | No Debtor Asserted | 05/26/2009 | 3136 | Undetermined | No Supporting Documentation |
| 27 | SHAW, WILLIAM<br>105 BROOKSIDE DRIVE<br>SAN ANSELMO, CA 94960 | | No Debtor Asserted | 04/20/2009 | 1044 | Undetermined | No Supporting Documentation |
| 28 | VON SPEIDEL, KRYSTIAN<br>BOX 370061<br>WEST HARTFORD, CT 06137 | 08-13191 | New Mass. Media, Inc. | 04/24/2009 | 1520 | $200.00 | No Supporting Documentation |
| 29 | YOUNG, DAVID<br>253 AVENUE C<br>RONKONKOMA, NY 11779 | | No Debtor Asserted | 05/04/2009 | 2413 | Undetermined | No Supporting Documentation |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 9: EXHIBIT A – UNSUPPORTED CLAIMS

| | Name | Case Number | Debtor Name | Filed Date | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|---|---|---|
| 30 | YOUNG, DONALD<br>253 AVENUE C<br>RONKONKOMA, NY 11779 | | No Debtor Asserted | 05/04/2009 | 2412 | Undetermined | No Supporting Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.