IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Docket Ref. Nos. 242, 404, 428 & 2333 |

### SECOND SUPPLEMENTAL DECLARATION OF THANE W. CARLSTON IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO SECTION 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 504 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF MOELIS AND COMPANY LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 6, 2009

STATE OF DELAWARE    )
                     ) SS
COUNTY OF NEW CASTLE )

THANE W. CARLSTON, declares under penalty of perjury, pursuant to 28 U.S.C § 1746, as follows

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.  I am a member of the investment banking and financial advisory firm of Moelis and Company LLC ("Moelis" or the "Firm") and I am duly authorized to make this declaration (the "Second Supplemental Declaration") on behalf of Moelis. I submit this Second Supplemental Declaration in connection with the Application for Entry of an Order pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure Authorizing the Employment of Moelis & Company LLC as Investment Banker to the Official Committee of Unsecured Creditors *nunc pro tunc* to January 6, 2009 (the "Application").[2] I make this Second Supplemental Declaration on personal knowledge or on information and belief as set forth herein.

2.  Moelis employs approximately 200 investment bankers and maintains offices in, among other places, New York, Illinois, and California.

3.  On December 18, 2008, the Office of the United States Trustee for the District of Delaware (the "UST") originally appointed the following members to the Official Committee of Unsecured Creditors (the "Committee"): JPMorgan Chase Bank, N.A.; Merrill Lynch Capital Corporation;[3] Deutsche Bank Trust Company Americas; Warner Bros. Television; Vertis, Inc.; William Niese; Pension Benefit Guaranty Corporation; Washington-Baltimore Newspaper Guild, Local 32035; and Wilmington Trust Company.

4.  In addition, on January 6, 2009, the Committee selected Moelis as its investment banker.

---

[2] All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Application.

[3] Merrill Lynch Capital Corporation subsequently resigned from the Committee.

5. On March 13, 2009, this Court entered an order authorizing the employment and retention of Moelis as investment banker to the Committee nunc pro tunc to January 6, 2009.

6. This Second Supplemental Declaration supplements the Declaration of Thane W. Carlston, which was filed contemporaneously with and in support of the Application (the "Initial Declaration"), and the First Supplemental Declaration of Thane W. Carlston, which was filed on February 20, 2009 in further support of the Application (the "First Supplemental Declaration").

7. As noted in the Initial Declaration, in connection with its employment by the Committee and the Court's approval of its retention as investment banker, Moelis has undertaken an extensive examination of its files and records to determine whether it has any connections or other relationships with parties-in-interest in the Debtors' chapter 11 cases. In the Initial Declaration and in the First Supplemental Declaration, Moelis identified those entities which Moelis represents or has represented or with which Moelis has a connection.

8. On October 12, 2009, Chicago National League Ball Club, LLC ("CNLBC") filed a voluntary petition for relief (the "Bankruptcy Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On October 14, 2009, the Court entered an order, (the "CNLBC Order") [Docket No. 2333], directing that the Bankruptcy Case of CNLBC be jointly administered with the cases of the Debtors' (collectively, the "Debtors").

9. Moelis submits this Second Supplemental Declaration to disclose information with respect to certain additional interested or potentially interested parties in light of CNLBC's bankruptcy filing and the entry of the CNLBC Order.

10. I have reviewed the names of significant parties-in-interest in these cases provided to me by counsel to the Debtors. The parties-in-interest are identified on Exhibit 1 attached hereto, and include CNLBC and: (a) its Current and Former Directors and Officers; (b) its Twenty Largest Unsecured Creditors; and (c) Counterparties to that certain "Formation Agreement" (collectively, the "CNLBC Parties").

11. In preparing this Second Supplemental Declaration, either I or someone under my supervision and direction searched Moelis' client data base to determine whether Moelis had any relationships with the CNLBC Parties. Based on information known to date, Moelis has no connections with any of the CNLBC Parties.

12. Neither I, nor Moelis, nor any employee thereof, as far as I have been able to ascertain, holds or represents an interest adverse to the Debtors or their estates in the matters for which Moelis is proposed to be retained. Accordingly, I believe Moelis is a "disinterested person" as defined in Bankruptcy Code section 101(14), and except as set forth herein, Moelis does not have any "connections" to disclose under Bankruptcy Rule 2014 as a result of CNLBC's bankruptcy filing. Furthermore, while employed by the Committee, Moelis shall not represent any entity having an adverse interest in connection with the Debtors' chapter 11 cases.

_/s/ Thane W. Carlston_
Thane W. Carlston

SWORN TO AND SUBSCRIBED before
me this 5, day of January, 2010.

_/s/ Karen P. Ng_
Notary Public

KAREN P. NG
Notary Public, State of New York
No. 01NG6070434
Qualified in Queens County
Commission Expires Mar. 4, 2014

4