# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
### Summary of Hours Worked
### November 1, 2009 - November 30, 2009

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 13.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 16.5 |
| John Momtazee | Managing Director, Media | 11.5 |
| Zul Jamal | Senior Vice President, Restructuring Group | 14.5 |
| Larry Kwon | Vice President, Restructuring Group | 16.0 |
| Ashish Ajmera | Vice President, Media | 33.5 |
| Evan Glucoft | Associate | 43.5 |
| Vishal Patel | Analyst | 60.5 |
| | **Total Moelis Team Hours** | **209.5** |

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 13.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.5 |
| Zul Jamal | Sr. Vice President | 14.5 |
| Larry Kwon | Vice President | 16.0 |
| Ashish Ajmera | Vice President | 33.5 |
| Evan Glucoft | Associate | 43.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **209.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 11/01/09 | 1.0 | Media Update |
| Vishal Patel | 11/01/09 | 2.0 | Media Update |
| Ashish Ajmera | 11/02/09 | 1.0 | Media Update |
| Ashish Ajmera | 11/02/09 | 0.5 | Communications with Alix re updated forecast |
| Navid Mahmoodzadegan | 11/02/09 | 1.0 | Review of industry forecast and updated business plan |
| John Momtazee | 11/02/09 | 1.0 | Review of industry forecast and updated business plan |
| Zul Jamal | 11/02/09 | 1.0 | Review of industry forecast and updated business plan |
| Ashish Ajmera | 11/02/09 | 1.0 | Review of industry forecast and updated business plan |
| Thane Carlston | 11/02/09 | 1.0 | Recovery analysis |
| Zul Jamal | 11/02/09 | 1.0 | Recovery analysis |
| Ashish Ajmera | 11/02/09 | 3.0 | Recovery analysis |
| Evan Glucoft | 11/02/09 | 3.0 | Recovery analysis |
| Vishal Patel | 11/02/09 | 4.0 | Recovery analysis |
| Evan Glucoft | 11/02/09 | 2.0 | Media Update |
| Vishal Patel | 11/02/09 | 4.0 | Media Update |
| Larry Kwon | 11/03/09 | 2.0 | Professionals call |
| Ashish Ajmera | 11/03/09 | 2.0 | Professionals call |
| Evan Glucoft | 11/03/09 | 2.0 | Professionals call |
| Vishal Patel | 11/03/09 | 2.0 | Professionals call |
| Navid Mahmoodzadegan | 11/03/09 | 2.0 | Review of updated business plan |
| Thane Carlston | 11/03/09 | 2.0 | Review of updated business plan |
| Ashish Ajmera | 11/03/09 | 2.0 | Review of updated business plan |
| Evan Glucoft | 11/03/09 | 0.5 | Review of updated business plan |
| Vishal Patel | 11/03/09 | 3.5 | Review of updated business plan |
| Vishal Patel | 11/03/09 | 1.0 | Media update |
| Navid Mahmoodzadegan | 11/04/09 | 0.5 | Review of Cubs disposition proceeds |
| Ashish Ajmera | 11/04/09 | 0.5 | Review of Cubs disposition proceeds |
| Zul Jamal | 11/04/09 | 0.5 | Review of Cubs disposition proceeds |
| Evan Glucoft | 11/04/09 | 0.5 | Review of Cubs disposition proceeds |
| Vishal Patel | 11/04/09 | 0.5 | Review of Cubs disposition proceeds |
| Larry Kwon | 11/05/09 | 1.0 | Review of Interco Model |
| Evan Glucoft | 11/05/09 | 1.0 | Review of Interco Model |
| Vishal Patel | 11/05/09 | 2.0 | Review of Interco Model / Discussion with Alix re model |
| Ashish Ajmera | 11/05/09 | 2.0 | Review of updated business plan |
| Evan Glucoft | 11/05/09 | 3.0 | Review of updated business plan |
| Vishal Patel | 11/05/09 | 2.0 | Review of updated business plan |
| Navid Mahmoodzadegan | 11/05/09 | 1.0 | Review of Alix recovery analysis |
| John Momtazee | 11/05/09 | 1.0 | Review of Alix recovery analysis |
| Thane Carlston | 11/05/09 | 1.0 | Review of Alix recovery analysis |
| Ashish Ajmera | 11/05/09 | 1.0 | Review of Alix recovery analysis |

**Tribune Co.**  **MOELIS & COMPANY**
Time Log - November 2009

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 13.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.5 |
| Zul Jamal | Sr. Vice President | 14.5 |
| Larry Kwon | Vice President | 16.0 |
| Ashish Ajmera | Vice President | 33.5 |
| Evan Glucoft | Associate | 43.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **209.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 11/05/09 | 1.0 | Review of Alix recovery analysis |
| Zul Jamal | 11/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| Ashish Ajmera | 11/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| Larry Kwon | 11/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| Vishal Patel | 11/05/09 | 0.5 | Call with Debtor / Debtor Advisors |
| Larry Kwon | 11/05/09 | 1.0 | Call with Debtor / Debtor Advisors to review updated plan |
| Ashish Ajmera | 11/05/09 | 1.0 | Call with Debtor / Debtor Advisors to review updated plan |
| Evan Glucoft | 11/05/09 | 1.0 | Call with Debtor / Debtor Advisors to review updated plan |
| Vishal Patel | 11/05/09 | 1.0 | Call with Debtor / Debtor Advisors to review updated plan |
| Larry Kwon | 11/06/09 | 1.0 | Additional recovery analysis scenarios |
| Vishal Patel | 11/06/09 | 1.0 | Additional recovery analysis scenarios |
| Evan Glucoft | 11/08/09 | 3.0 | Media Update |
| Vishal Patel | 11/08/09 | 3.0 | Media Update |
| Thane Carlston | 11/10/09 | 1.0 | Additional recovery analysis scenarios |
| Ashish Ajmera | 11/10/09 | 3.0 | Additional recovery analysis scenarios |
| Vishal Patel | 11/10/09 | 5.0 | Additional recovery analysis scenarios |
| Larry Kwon | 11/10/09 | 2.0 | Additional recovery analysis scenarios |
| Navid Mahmoodzadegan | 11/10/09 | 1.5 | Review of updated business plan |
| Ashish Ajmera | 11/10/09 | 1.5 | Review of updated business plan |
| Evan Glucoft | 11/10/09 | 1.0 | Review of updated business plan |
| Vishal Patel | 11/10/09 | 0.5 | Review of materials prepared by counsel |
| Navid Mahmoodzadegan | 11/11/09 | 2.0 | Review of materials prepared by counsel |
| John Momtazee | 11/11/09 | 2.0 | Review of materials prepared by counsel |
| Thane Carlston | 11/11/09 | 2.0 | Review of materials prepared by counsel |
| Zul Jamal | 11/11/09 | 3.0 | Review of materials prepared by counsel |
| Larry Kwon | 11/11/09 | 2.0 | Review of materials prepared by counsel |
| Ashish Ajmera | 11/11/09 | 1.0 | Review of materials prepared by counsel |
| Evan Glucoft | 11/11/09 | 1.0 | Review of materials prepared by counsel |
| Ashish Ajmera | 11/12/09 | 1.0 | Media Update |
| John Momtazee | 11/12/09 | 1.0 | Review of preliminary October results |
| Ashish Ajmera | 11/12/09 | 1.0 | Review of preliminary October results |
| Larry Kwon | 11/12/09 | 1.0 | Review of preliminary October results |
| Evan Glucoft | 11/12/09 | 1.0 | Review of preliminary October results |
| Zul Jamal | 11/13/09 | 1.0 | Bi-weekly FA call |
| Larry Kwon | 11/13/09 | 1.0 | Bi-weekly FA call |
| Ashish Ajmera | 11/13/09 | 1.0 | Bi-weekly FA call |
| Evan Glucoft | 11/13/09 | 1.0 | Bi-weekly FA call |
| Vishal Patel | 11/13/09 | 1.0 | Bi-weekly FA call |
| Navid Mahmoodzadegan | 11/14/09 | 2.0 | Review of materials prepared by counsel |
| Thane Carlston | 11/14/09 | 2.0 | Review of materials prepared by counsel |

**Tribune Co.**
Time Log - November 2009

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 13.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.5 |
| Zul Jamal | Sr. Vice President | 14.5 |
| Larry Kwon | Vice President | 16.0 |
| Ashish Ajmera | Vice President | 33.5 |
| Evan Glucoft | Associate | 43.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **209.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 11/14/09 | 2.0 | Review of materials prepared by counsel |
| Evan Glucoft | 11/16/09 | 2.0 | Media Update |
| Vishal Patel | 11/16/09 | 3.0 | Media Update |
| Ashish Ajmera | 11/17/09 | 1.0 | Media Update |
| Zul Jamal | 11/17/09 | 1.0 | Professionals call |
| Larry Kwon | 11/17/09 | 1.0 | Professionals call |
| Ashish Ajmera | 11/17/09 | 1.0 | Professionals call |
| Evan Glucoft | 11/17/09 | 1.0 | Professionals call |
| Ashish Ajmera | 11/17/09 | 0.5 | Updated business plan presentation |
| Evan Glucoft | 11/17/09 | 2.0 | Updated business plan presentation |
| Vishal Patel | 11/17/09 | 4.0 | Updated business plan presentation |
| Evan Glucoft | 11/18/09 | 1.5 | Updated business plan presentation |
| Vishal Patel | 11/18/09 | 1.5 | Updated business plan presentation |
| Navid Mahmoodzadegan | 11/18/09 | 1.0 | Updated business plan presentation |
| John Momtazee | 11/18/09 | 1.0 | Updated business plan presentation |
| Thane Carlston | 11/18/09 | 1.0 | Updated business plan presentation |
| Zul Jamal | 11/18/09 | 1.0 | Updated business plan presentation |
| Ashish Ajmera | 11/18/09 | 1.0 | Updated business plan presentation |
| Navid Mahmoodzadegan | 11/18/09 | 1.0 | Internal discussion on case process & next steps |
| John Momtazee | 11/18/09 | 1.0 | Internal discussion on case process & next steps |
| Evan Glucoft | 11/18/09 | 1.0 | Analysis of Q4 outlook of broadcasters |
| Vishal Patel | 11/18/09 | 4.0 | Analysis of Q4 outlook of broadcasters |
| Navid Mahmoodzadegan | 11/19/09 | 3.5 | UCC Committee Meeting |
| John Momtazee | 11/19/09 | 3.5 | UCC Committee Meeting |
| Thane Carlston | 11/19/09 | 3.5 | UCC Committee Meeting |
| Zul Jamal | 11/19/09 | 3.5 | UCC Committee Meeting |
| Larry Kwon | 11/19/09 | 3.5 | UCC Committee Meeting |
| Ashish Ajmera | 11/19/09 | 3.5 | UCC Committee Meeting |
| Evan Glucoft | 11/19/09 | 3.5 | UCC Committee Meeting |
| Vishal Patel | 11/19/09 | 3.5 | UCC Committee Meeting |
| Ashish Ajmera | 11/21/09 | 2.0 | Updated business plan presentation |
| Evan Glucoft | 11/21/09 | 2.0 | Updated business plan presentation / Food Network case study |
| Vishal Patel | 11/21/09 | 3.0 | Updated business plan presentation |
| Evan Glucoft | 11/22/09 | 2.0 | Media Update |
| Vishal Patel | 11/22/09 | 2.0 | Media Update |
| Navid Mahmoodzadegan | 11/23/09 | 1.0 | Updated business plan presentation / Food Network case study |
| John Momtazee | 11/23/09 | 1.0 | Updated business plan presentation / Food Network case study |
| Ashish Ajmera | 11/23/09 | 1.0 | Updated business plan presentation / Food Network case study |
| Evan Glucoft | 11/23/09 | 2.0 | Updated business plan presentation / Food Network case study |
| Vishal Patel | 11/23/09 | 0.5 | Updated business plan presentation / Food Network case study |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 13.5 |
| Navid Mahmoodzadegan | Managing Director | 16.5 |
| John Momtazee | Managing Director | 11.5 |
| Zul Jamal | Sr. Vice President | 14.5 |
| Larry Kwon | Vice President | 16.0 |
| Ashish Ajmera | Vice President | 33.5 |
| Evan Glucoft | Associate | 43.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **209.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 11/24/09 | 0.5 | Updated business plan presentation / Q4 outlook |
| Evan Glucoft | 11/24/09 | 0.5 | Updated business plan presentation / Q4 outlook |
| Vishal Patel | 11/24/09 | 1.0 | Updated business plan presentation / Q4 outlook |
| Evan Glucoft | 11/25/09 | 1.0 | Review of weekly reporting |
| Vishal Patel | 11/25/09 | 1.0 | Review of weekly reporting |
| Evan Glucoft | 11/30/09 | 3.0 | Media update |
| Vishal Patel | 11/30/09 | 4.0 | Media update |
| | **Total** | **209.5** | |