# EXHIBIT B

# Tribune Co.

Moelis & Company - November 2009 Expense Summary

|  | November 2009 |
|---|---:|
| Taxi / Transportation / Parking | 11.40 |
| Presentations | 472.95 |
| **Total** | **$ 484.35** |

**Tribune Co.**
Moelis & Company - November 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| Taxi | 11/19/2009 | Taxi/Bus/Other | NY Taxi Taxi to Tribune meeting Early am meeting | Thane Carlston | $11.40 | $11.40 |
| | | | | **Total Requested** | | **$11.40** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | Miscellaneous | $472.95 | $472.95 |
| | | | | **Total Requested** | | **$472.95** |
| | | | | **Month Total** | **$** | **484.35** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City
   - Hotel rooms in New York City subject to $350 per night cap