# EXHIBIT A

## *NBC Agreements to be Assumed*


**NBC Agreements to Be Assumed**

| | Debtor / Licensee | Station(s) | Market | License Agreement Series and Term |
|---|---|---|---|---|
| 1 | Channel 39, Inc. | WSFL | Miami | STEVE WILKOS (extended through 2012) |
| 2 | Channel 39, Inc. | WSFL | Miami | MAURY (extended through 2012) |
| 3 | Channel 39, Inc. | WSFL TV | Miami | JERRY SPRINGER (extended through 2012) |
| 4 | Channel 40, Inc. | KTXL TV | Sacramento | STEVE WILKOS (extended through 2012) |
| 5 | KIAH Inc. | KHCW TV | Houston | STEVE WILKOS (extended through 2012) |
| 6 | KIAH Inc. | KHCW TV | Houston | JERRY SPRINGER (extended through 2012) |
| 7 | KIAH Inc. | KHCW TV | Houston | MAURY (extended through 2012) |
| 8 | KSWB Inc. | KSWB TV | San Diego | STEVE WILKOS (extended through 2012) |
| 9 | KTLA Inc. | KTLA TV | Los Angeles | STEVE WILKOS (extended through 2012) |
| 10 | KTLA Inc. | KTLA TV | Los Angeles | JERRY SPRINGER (extended through 2012) |
| 11 | KTLA Inc. | KTLA TV | Los Angeles | MAURY (extended through 2012) |
| 12 | Tribune Broadcast Holdings, Inc. | KRCW TV | Portland | STEVE WILKOS (extended through 2012) |
| 13 | Tribune Broadcast Holdings, Inc. | KRCW TV | Portland | JERRY SPRINGER (extended through 2012) |
| 14 | Tribune Broadcast Holdings, Inc. | KRCW TV | Portland | MAURY (extended through 2012) |
| 15 | Tribune Television Company | KDAF TV | Dallas | STEVE WILKOS (extended through 2012) |
| 16 | Tribune Television Company | KDAF TV | Dallas | JERRY SPRINGER (extended through 2012) |
| 17 | Tribune Television Company | KDAF TV | Dallas | MAURY (extended through 2012) |
| 18 | Tribune Television Company | WPHL TV | Philadelphia | STEVE WILKOS (extended through 2012) |
| 19 | Tribune Television Company | WPHL TV | Philadelphia | JERRY SPRINGER (extended through 2012) |
| 20 | Tribune Television Company | WPHL TV | Philadelphia | MAURY (extended through 2012) |
| 21 | Tribune Television Company | WPMT TV | Harrisburg | STEVE WILKOS (extended through 2012) |
| 22 | Tribune Television Company | WTIC TV and WTTX TV * | Hartford | STEVE WILKOS (extended through 2012) |
| 23 | Tribune Television Company | WTIC TV and WTTX TV * | Hartford | JERRY SPRINGER (extended through 2012) |
| 24 | Tribune Television Company | WTIC TV and WTTX TV * | Hartford | MAURY (extended through 2012) |
| 25 | Tribune Television Company | WXIN TV and WTTV TV * | Indianapolis | STEVE WILKOS (extended through 2012) |
| 26 | Tribune Television Company | WXIN TV and WTTV TV * | Indianapolis | JERRY SPRINGER (extended through 2012) |
| 27 | Tribune Television Company | WXIN TV and WTTV TV * | Indianapolis | MAURY (extended through 2012) |
| 28 | Tribune Television Holdings, Inc. | WXMI TV | Grand Rapids | STEVE WILKOS (extended through 2012) |
| 29 | Tribune Television New Orleans, Inc. | WGNO TV and WNOL TV * | New Orleans | STEVE WILKOS (extended through 2012) |
| 30 | Tribune Television New Orleans, Inc. | WGNO TV and WNOL TV * | New Orleans | JERRY SPRINGER (extended through 2012) |
| 31 | Tribune Television Northwest, Inc. | KCPQ TV and KMYQ TV * | Seattle | STEVE WILKOS (extended through 2012) |
| 32 | Tribune Television Northwest, Inc. | KCPQ TV and KMYQ TV * | Seattle | JERRY SPRINGER (extended through 2012) |
| 33 | Tribune Television Northwest, Inc. | KCPQ TV and KMYQ TV * | Seattle | MAURY (extended through 2012) |
| 34 | WDCW Broadcasting, Inc. | WDCW TV | Washington, DC | STEVE WILKOS (extended through 2012) |
| 35 | WDCW Broadcasting, Inc. | WDCW TV | Washington, DC | JERRY SPRINGER (extended through 2012) |
| 36 | WDCW Broadcasting, Inc. | WDCW TV | Washington, DC | MAURY (extended through 2012) |
| 37 | WGN Continental Broadcasting Company | WGN TV | Chicago | MAURY (extended through 2012) |
| 38 | WPIX, Inc. | WPIX TV | New York | STEVE WILKOS (extended through 2012) |
| 39 | WPIX, Inc. | WPIX TV | New York | JERRY SPRINGER (extended through 2012) |
| 40 | WPIX, Inc. | WPIX TV | New York | MAURY (extended through 2012) |

* License Agreement grants the applicable licensee the right to telecast the programming on the other specified stations located in the same market and listed on this Exhibit A.

CH1 5140558v.1