UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                              )
In re:                        ) Chapter 11
                              )
TRIBUNE COMPANY, et al.,      ) Case No. 08-13141 (KJC)
                              )
        Debtors.              ) Jointly Administered
                              )
                              ) Related to Docket No. 2414
_____)

**NOTICE OF WITHDRAWAL OF AMENDED MOTION OF
CENTERPOINT ENERGY SERVICES, INC., FOR ALLOWANCE AND
PAYMENT OF § 503(b)(9) ADMINISTRATIVE EXPENSE CLAIM**

CenterPoint Energy Services, Inc. ("CES"), a creditor and party-in-interest in the above-captioned bankruptcy cases, through undersigned counsel, hereby withdraws the *Amended Motion Of CenterPoint Energy Services, Inc., For Allowance And Payment Of § 503(b)(9) Administrative Expense Claim* filed on October 23, 2009 (Case Docket No. 2414).

Dated: January 7, 2010

        STEVENS & LEE, P.C.

        /s/ *John D. Demmy*_____
        John D. Demmy (DE Bar No. 2802)
        1105 North Market Street, 7th Floor
        Wilmington, Delaware 19801
        Phone: (302) 425-3308
        Fax: (610) 371-8515
        Email: jdd@stevenslee.com

        -and-

        Russell R. Johnson III, Esq.
        John M. Merritt, Esq.
        Law Firm Of Russell R. Johnson III, PLC
        2258 Wheatlands Drive
        Manakin-Sabot, Virginia  23103
        Phone: (804) 749-8861

        *Counsel For CenterPoint Energy Services, Inc.*

**CERTIFICATE OF SERVICE**

    John D. Demmy certifies that, in addition to the service provided through the Court's CM/ECF System, on January 7, 2010, true and correct copies of the foregoing *Notice Of Withdrawal Of Amended Motion Of CenterPoint Energy Services, Inc., For Allowance And Payment Of § 503(b)(9) Administrative Expense Claim* was served upon the parties listed below in the manner indicated:

**Debtors Via Regular First-Class United States Mail**:
Tribune Company
435 N. Michigan Avenue
Chicago, IL  60611

**Counsel for Debtors via E-mail:**
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL  60603
E-mail: jconlan@sidley.com; bkrakauer@sidley.com

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
E-mail: bankruptcy@coleschotz.com; kstickles@coleschotz.com; preilley@coleschotz.com

**Counsel to the Official Committee of Unsecured Creditors via E-mail**:
Adam G. Landis, Esq.
Kerri K Mumford, Esq.
Matthew B. McGuire, Esq.
Mona A. Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
E-mail: landis@lrclaw.com; mumford@lrclaw.com; mcguire@lrclaw.com; parikh@lrclaw.com

Cynthia E. Moh, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801
E-mail: cmoh@eapdlaw.com

2

**The United States Trustee Via E-mail:**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: USTPREGION03.WL.ECF@USDOJ.GOV

                /s/ *John D. Demmy*
                John D. Demmy

3