# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 11/2/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | 175 | Review Tribune coverage of junior creditor complaint. |
| 11/24/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Catch-up call with G. Weitman. 25 Read Credit Agreement Lender filings .25 |
| | | **NOVEMBER 2009 TOTAL** | **0.75** | **$ 525.00** | |