**EXHIBIT A**


**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

January 7, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:270106
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2009.

| | | |
|---|---|---|
| By Graeme W. Bush<br>90.10  hours at  $725.00  per hour | $ | 65,322.50 |
| By Marshall S. Wolff<br>11.60  hours at  $675.00  per hour | $ | 7,830.00 |
| By Peter R. Kolker<br>5.00  hours at  $650.00  per hour | $ | 3,250.00 |
| By James Sottile<br>88.40  hours at  $650.00  per hour | $ | 57,460.00 |
| By Thomas G. Macauley<br>59.30  hours at  $570.00  per hour | $ | 33,801.00 |
| By Andrew N. Goldfarb<br>124.30  hours at  $520.00  per hour | $ | 64,636.00 |
| By Caroline Judge Mehta<br>9.10  hours at  $500.00  per hour | $ | 4,550.00 |
| By Martin G. Deptula<br>42.00  hours at  $465.00  per hour | $ | 19,530.00 |
| By Laura E. Neish<br>11.00  hours at  $450.00  per hour | $ | 4,950.00 |

2493466.1

January 7, 2010                                                                    Page 2

By Lani C. Cossette
   33.20  hours at  $385.00  per hour                          $      12,782.00

By A. Paul Pineau
   7.30  hours at  $300.00  per hour                           $       2,190.00

By Benjamin L. Krein
   11.20  hours at  $355.00  per hour                          $       3,976.00

By Scott A. Hanna
   124.00  hours at  $280.00  per hour                         $      34,720.00

By Jeanne Trahan Faubell
   1.50  hours at  $165.00  per hour                           $         247.50

By Diana Gillig
   2.10  hours at  $155.00  per hour                           $         325.50
                                                               _____

                    TOTAL FEES                                 $     315,570.50

                    TOTAL EXPENSES                             $           0.00

                    TOTAL FEES AND EXPENSES THIS INVOICE       $     315,570.50

DESCRIPTION OF SERVICES

MATTER: 0001

### Peter R. Kolker

| | | |
|---|---|---|
| 11/03/09 | 0.50 | Confer with J. Sottile regarding solvency analysis and draft complaint. |
| 11/04/09 | 0.80 | Review comments to draft complaint and analyze issues regarding intercompany loans. |
| 11/07/09 | 0.60 | Review comments to draft complaint for revision. |
| 11/09/09 | 1.70 | Review complaint and emails relating to complaint revision. |
| 11/10/09 | 1.40 | Review complaint for changes and meet with G. Bush and J. Sottile regarding same. |

### James Sottile

| | | |
|---|---|---|
| 11/01/09 | 0.60 | Review/analyze draft memorandum regarding evaluation of solvency. |
| 11/01/09 | 0.30 | Draft note to G. Bush and A. Goldfarb with comments regarding same. |
| 11/01/09 | 0.30 | Edit introduction to same. |
| 11/02/09 | 2.50 | Work on revisions to draft complaint. |
| 11/02/09 | 0.40 | Revise work plan for analysis of potential fraudulent transfer claims, draft of complaint. |
| 11/03/09 | 1.00 | Participate in professionals call regarding status of bankruptcy and evaluation of potential claims in connection with LBO. |
| 11/03/09 | 5.30 | Continued work draft and editing complaint. |
| 11/03/09 | 0.20 | Meeting with P. Kolker regarding issues on draft complaint. |
| 11/04/09 | 1.20 | Further work analyzing potential increased recovery to unsecured creditors. |
| 11/05/09 | 1.10 | Participate in meeting with G. Bush, A. Goldfarb, C. Mehta and T. Macauley regarding status of analysis of potential claims regarding LBO, discovery regarding such claims and draft complaint. |
| 11/06/09 | 0.70 | Meeting with G. Bush and A. Goldfarb to discuss issues on memo regarding solvency analysis and revisions needed. |

| 11/06/09 | 0.80 | Meeting with G. Bush and other professional to discuss potential solvency experts. |
| 11/06/09 | 0.50 | Identify additional distribution scenarios and e-mail to Moelis regarding same. |
| 11/06/09 | 1.90 | Further work revise draft complaint. |
| 11/08/09 | 4.20 | Draft/edit memorandum regarding evaluation of solvency analysis. |
| 11/09/09 | 0.50 | Revise and update work plan for analysis of discovery on and development of legal and factual arguments regarding potential claims. |
| 11/09/09 | 2.10 | Review additional hot documents relevant to solvency issues. |
| 11/10/09 | 1.10 | Participate in Tribune professionals call with Graeme Bush and Andrew Goldfarb, Chadbourne lawyers and Alix regarding status of LBO investigation and bankruptcy-related issues. |
| 11/10/09 | 0.30 | Meeting with Graeme Bush and Andrew Goldfarb regarding key issues on LBO investigation and next steps. |
| 11/10/09 | 0.40 | Meeting with Graeme Bush and Peter Kolker regarding issues on draft complaint regarding fraudulent transfer claims. |
| 11/10/09 | 1.20 | Review/analyze documents regarding analysis of LBO. |
| 11/10/09 | 1.50 | Work on revisions to draft complaint. |
| 11/11/09 | 1.40 | Review/analyze draft report to Committee and identify issues. |
| 11/11/09 | 3.60 | Edit and comment on same. |
| 11/12/09 | 0.20 | Edit note to Howard Seife, Theodore Zink and Mark Ashley regarding issues on draft report to Committee. |
| 11/12/09 | 0.40 | Teleconference with Theodore Zink, Mark Ashley and C. Rivera (Chadbourne) and Andrew Goldfarb regarding issues on draft report to Committee. |
| 11/12/09 | 0.50 | Meeting with Andrew Goldfarb, Graeme Bush and Tom Macauley regarding issues on draft report to Committee. |
| 11/12/09 | 2.10 | Draft/edit complaint. |
| 11/12/09 | 1.60 | Begin review of key VRC documents for upcoming depositions. |
| 11/13/09 | 1.90 | Review/analyze key documents relevant to draft complaint. |
| 11/13/09 | 4.60 | Draft/edit complaint. |

| 11/13/09 | 0.30 | Meeting with G. Bush regarding key issues on draft complaint and discovery. |
| 11/15/09 | 2.10 | Draft/edit complaint. |
| 11/16/09 | 0.30 | Meeting with Graeme Bush and Andrew Goldfarb regarding issues on draft report to Committee and selection of expert on solvency issues. |
| 11/16/09 | 0.20 | Teleconference with Theodore Zink, Mark Ashley and Christie Rivera (Chadbourne) and Graeme Bush and Andrew Goldfarb regarding issues on draft report to Committee. |
| 11/16/09 | 4.20 | Draft/edit complaint. |
| 11/16/09 | 1.30 | Factual research regarding key issues for draft complaint. |
| 11/17/09 | 0.50 | Meetings with Andrew Goldfarb and Marshall Wolff regarding comments on draft complaint. |
| 11/17/09 | 0.30 | Review and edit slides for presentation to committee. |
| 11/17/09 | 0.90 | Prepare for meeting of unsecured creditors committee by reviewing key documents. |
| 11/17/09 | 1.10 | Review documents relating to potential expert witnesses to prepare for interviews. |
| 11/17/09 | 1.70 | Further work editing draft complaint. |
| 11/17/09 | 1.20 | Review key Duff & Phelps documents for upcoming depositions. |
| 11/18/09 | 2.00 | Draft/edit complaint. |
| 11/18/09 | 1.00 | Prepare for expert witness interviews by review of key documents from experts and draft outline of questions. |
| 11/18/09 | 3.00 | Participate in expert witness interviews with Graeme Bush, Andrew Goldfarb and Tom Macauley (Zuckerman) and Mark Ashley and Thomas McCormick (Chadbourne). |
| 11/19/09 | 0.70 | Prepare for meeting of unsecured creditors committee by review of report and presentation. |
| 11/19/09 | 0.50 | Meeting with Mark Ashley, Theodore Zink, Douglas Deutsch and David LeMay (Chadbourne) and Graeme Bush, Andrew Goldfarb and Thomas Macauley and Alix and Moelis representatives to prepare for meeting of unsecured creditors committee. |
| 11/19/09 | 3.20 | Attend meeting of unsecured creditors committee. |
| 11/19/09 | 3.00 | Participate in interviews of potential experts. |

| 11/20/09 | 2.70 | Review/analyze documents to prepare for VRC depositions. |
| 11/20/09 | 1.10 | Further revisions to complaint. |
| 11/23/09 | 1.80 | Further work revise draft complaint. |
| 11/23/09 | 2.10 | Review of VRC documents in preparation for Rucker and Browning 2004 examinations. |
| 11/24/09 | 1.00 | Participate in weekly committee professionals call regarding status of outstanding issues in bankruptcy and LBO investigation with Graeme Bush and Andrew Goldfarb, Chadbourne lawyers and representatives of Alix and Moelis. |
| 11/24/09 | 0.40 | Meeting with Graeme Bush and Andrew Goldfarb regarding next steps on complaint and upcoming Rule 2004 exams. |
| 11/24/09 | 1.50 | Further work review documents to prepare for VRC 2004 examinations. |
| 11/30/09 | 5.70 | Review/analyze relevant documents and prepare for VRC 2004 examinations. |
| 11/30/09 | 0.20 | Teleconference with A. Glenn (Kasowitz) regarding preparation for VRC 2004 examinations. |

Caroline Judge Mehta

| 11/02/09 | 2.20 | Review and analyze documents relevant to potential equitable subordination claims. |
| 11/05/09 | 1.00 | Attend internal team meeting to analyze work plan. |
| 11/05/09 | 1.80 | Continue review and analysis of documents relevant to potential equitable subordination claims. |
| 11/06/09 | 0.50 | Review legal research on equitable subordination. |
| 11/06/09 | 0.50 | Telephone conference with Andrew Goldfarb, Tom Macauley regarding equitable subordination theories. |
| 11/06/09 | 1.50 | Review and analyze hot documents in database relating to equitable subordination claims. |
| 11/06/09 | 0.80 | Meet with Lani Cossette regarding background to case and factual analysis needed on equitable subordination claims. |
| 11/09/09 | 0.40 | Meet with Andrew Goldfarb, Lani Cossette regarding review of second tier documents relevant to equitable subordination claims. |
| 11/09/09 | 0.30 | Telephone conference with Tom Macauley regarding issue relevant to equitable subordination claims. |

| 11/09/09 | 0.10 | Edit e-mail to team regarding equitable subordination analysis. |

**Andrew N. Goldfarb**

| 11/01/09 | 1.20 | Revise memorandum regarding evaluation of solvency. |
| 11/01/09 | 0.30 | Review and send e-mails regarding various discovery and research projects. |
| 11/02/09 | 0.30 | Call with C. Montenegro (Kasowitz) regarding discovery and document production issues. |
| 11/02/09 | 2.10 | Revise solvency analysis memoranda, including legal research regarding same. |
| 11/02/09 | 0.10 | Send and receive e-mails regarding noticing VRC deposition. |
| 11/02/09 | 0.30 | Review decision regarding guaranty claims. |
| 11/02/09 | 0.20 | Review draft document requests to additional entities. |
| 11/02/09 | 0.10 | Review cover letters from Sidley and Davis Polk document productions. |
| 11/03/09 | 3.20 | Revise memoranda on solvency analysis, including fact research for same. |
| 11/03/09 | 1.10 | Participate in weekly committee professionals' call. |
| 11/03/09 | 0.20 | Email P. Pineau regarding fact and legal research projects. |
| 11/03/09 | 0.20 | Confer with M. Deptula regarding VRC research. |
| 11/03/09 | 0.10 | Call with Duff & Phelps counsel regarding deposition scheduling. |
| 11/03/09 | 0.10 | Attention to deposition scheduling for Houlihan Lokey. |
| 11/03/09 | 0.30 | Review and revise draft document requests directed at additional parties. |
| 11/03/09 | 0.10 | Review P. Pineau email regarding FCC approval issues. |
| 11/04/09 | 3.20 | Revise and edit solvency memorandum. |
| 11/04/09 | 0.20 | E-mails with Kasowitz regarding discovery issues. |
| 11/04/09 | 0.30 | Review Zuckerman Spaeder Tribune team e-mails regarding potential recovery scenarios. |
| 11/04/09 | 0.10 | Attention to Houlihan Lokey deposition scheduling. |
| 11/05/09 | 4.60 | Revise solvency analysis memorandum, including document review in connection with same. |

| | | |
|---|---|---|
| 11/05/09 | 0.40 | Call with Christine Montenegro (Kasowitz) regarding discovery status and issues. |
| 11/05/09 | 1.00 | Attend Tribune internal team meeting. |
| 11/05/09 | 0.20 | Participate in conference call with G. Bush and M. Ashley regarding deposition scheduling. |
| 11/05/09 | 0.30 | E-mails to counsel regarding scheduling of D&P, Houlihan, and VRC depositions. |
| 11/05/09 | 0.10 | Review and send e-mails to Zuckerman Spaeder Tribune team regarding deposition scheduling. |
| 11/05/09 | 0.30 | Confer with C. Mehta regarding projects. |
| 11/05/09 | 0.20 | Review and send e-mails with P. Pineau regarding research. |
| 11/05/09 | 0.30 | Review P. Pineau's memoranda on Merger Agreement. |
| 11/05/09 | 0.50 | Review cases on potential liabilities regarding solvency analysis. |
| 11/05/09 | 0.40 | Send email to R. Butcher, M. Ashley and R. Schwinger regarding discovery matters. |
| 11/06/09 | 0.40 | Attention to document requests of additional parties. |
| 11/06/09 | 0.40 | Meet with G. Bush and J. Sottile to discuss draft solvency memoranda and needed revisions. |
| 11/06/09 | 0.30 | Review and revise draft email from C. Mehta on equitable subordination legal research issue. |
| 11/06/09 | 0.40 | Meet with L. Cossette regarding case background and research assignment. |
| 11/06/09 | 0.60 | Meet with C. Mehta, L. Cossette and T. Macauley regarding research on equitable insubordination. |
| 11/06/09 | 0.30 | Fact/database research to prepare documents for review by L. Cossette. |
| 11/06/09 | 1.90 | Revise solvency memoranda. |
| 11/06/09 | 0.10 | Email to V. Herron regarding Houlihan deposition scheduling. |
| 11/06/09 | 0.10 | Attention to Houlihan confidentiality addendum. |
| 11/06/09 | 0.20 | E-mails with R. Schwinger regarding discovery matters. |
| 11/06/09 | 0.50 | Review cases regarding P. Pineau's legal research. |
| 11/06/09 | 0.20 | Attention to hot doc review project. |

| | | |
|---|---|---|
| 11/07/09 | 3.50 | Draft, revise, and edit solvency memorandum. |
| 11/07/09 | 0.80 | Fact research for solvency memorandum. |
| 11/07/09 | 0.70 | Legal research for solvency memorandum. |
| 11/08/09 | 6.10 | Revise, draft, and edit solvency memorandum. |
| 11/08/09 | 0.50 | Review Sottile and Bush revisions to solvency memorandum. |
| 11/09/09 | 0.30 | Meet with Ben Krein and Scott Hanna regarding document review project. |
| 11/09/09 | 0.30 | Prepare for Krein/Hanna meeting. |
| 11/09/09 | 0.10 | Call to D. Rosner, including review of Houlihan doc requests for same. |
| 11/09/09 | 0.20 | Email to C. Mehta regarding Cossette fact review project. |
| 11/09/09 | 0.10 | Confer with P. Kolker regarding complaint and memo issues. |
| 11/09/09 | 0.30 | Meet with C. Mehta and L. Cossette regarding equitable subordination research. |
| 11/09/09 | 3.40 | Review Houlihan Lokey and other documents. |
| 11/09/09 | 0.20 | Review timeline on VRC solvency opinion. |
| 11/09/09 | 1.70 | Prepare notices and arrange for depositions for D&P, VRC, Houlihan Lokey, including confer with T. Macauley regarding same. |
| 11/09/09 | 0.20 | Call with Kasowitz attorneys regarding confidentiality issues. |
| 11/09/09 | 0.10 | Email to ZS team regarding call with Kasowitz. |
| 11/09/09 | 0.10 | Email to P. Pineau regarding memo. |
| 11/09/09 | 0.10 | Review and send to Sottile cases about guarantees and contingent liabilities. |
| 11/10/09 | 0.20 | Meet with J. Sottile and G. Bush to prepare for weekly committee professionals call. |
| 11/10/09 | 1.10 | Participate in weekly committee professionals' call regarding various investigation matters. |
| 11/10/09 | 0.50 | Meet with J. Sottile, P. Kolker, and G. Bush to discuss draft complaint. |
| 11/10/09 | 0.20 | Call with D. Rosner. |
| 11/10/09 | 0.20 | Email to J. Sottile and G. Bush regarding call with D. Rosner. |

| 11/10/09 | 0.60 | Call with G. Bush and Marc Ashley regarding potential depositions. |
| 11/10/09 | 0.40 | Prepare for call regarding depositions by conducting fact research. |
| 11/10/09 | 0.10 | Attention to Murray-Devine confidentiality agreement. |
| 11/10/09 | 0.30 | Review numerous discovery related communications from/to Bob Schwinger. |
| 11/10/09 | 0.10 | Send deposition notices to counsel. |
| 11/10/09 | 1.00 | Revise and send cover letter and document requests to U.S. Bank. |
| 11/10/09 | 0.40 | Begin review of draft report for committee. |
| 11/10/09 | 0.40 | Attention to Houlihan Lokey production issues. |
| 11/10/09 | 0.20 | Calls with C. Montenegro regarding discovery updates. |
| 11/10/09 | 0.20 | Review timeline regarding VRC step one solvency opinion. |
| 11/10/09 | 0.20 | Confer with M. Deptula regarding VRC research and timeline. |
| 11/10/09 | 0.30 | Review recent decision for particular solvency issues. |
| 11/11/09 | 0.90 | Review draft report to Committee. |
| 11/11/09 | 1.20 | Examine confidentiality designations for documents mentioned in report. |
| 11/11/09 | 0.50 | Participate in call about discovery with C&P and Landis Rath & Cobb. |
| 11/11/09 | 0.40 | Meeting with M. Wolff regarding comments to report. |
| 11/11/09 | 0.10 | Review confidentiality agreement with JPM. |
| 11/11/09 | 0.20 | Send and review emails regarding confidentiality of documents in report. |
| 11/11/09 | 0.10 | Call with M. Ashley regarding report. |
| 11/11/09 | 0.10 | Review document sent regarding equitable subordination issues, e-mail Cossette and Mehta regarding same. |
| 11/11/09 | 0.20 | Review recent decision to send Wolff relevant language. |
| 11/11/09 | 0.10 | Review emails sent by Kasowitz regarding confidentiality issues. |
| 11/11/09 | 0.30 | Emails with ZS team regarding report comments. |

| 11/12/09 | 1.60 | Review documents identified by Kasowitz. |
| 11/12/09 | 0.20 | Confer with Zuckerman Spaeder colleagues and Chadbourne & Parke regarding documents. |
| 11/12/09 | 0.40 | Call with T. Zink and Rivera (Chadbourne & Parke) and J. Sottile regarding report to Committee. |
| 11/12/09 | 0.60 | Meet with J. Sottile, G. Bush and T. Macauley regarding proposed revisions to report. |
| 11/12/09 | 1.70 | Prepare and consolidate Zuckerman Spaeder comments on report to provide to Chadbourne & Parke. |
| 11/12/09 | 0.30 | Draft email on Zuckerman Spaeder conceptual comments to report. |
| 11/12/09 | 0.20 | E-mails with C. Montenegro regarding document issues. |
| 11/12/09 | 0.40 | Attention to confidentiality agreement addenda and issues. |
| 11/12/09 | 0.10 | Confer with C. Mehta regarding equitable subordination project. |
| 11/12/09 | 0.10 | Send and review e-mails regarding deposition logistics and confidentiality. |
| 11/13/09 | 0.40 | Calls with Kasowitz regarding confidentiality issues. |
| 11/13/09 | 0.30 | Email to S. Katz regarding confidentiality of JP Morgan documents. |
| 11/13/09 | 0.30 | E-mails to and confer with G. Bush regarding confidentiality issues. |
| 11/13/09 | 0.80 | Review JP Morgan and VRC documents. |
| 11/13/09 | 0.10 | Attention to confidentiality addendum. |
| 11/13/09 | 0.20 | Attention to Committee report issues. |
| 11/15/09 | 2.00 | Review D&P documents. |
| 11/15/09 | 0.80 | Draft slides for Committee presentation. |
| 11/15/09 | 0.10 | Review and respond to G. Bush's and J. Sottile's e-mails about comments to Committee report. |
| 11/16/09 | 1.50 | Draft and revise power point slides for 11/19 Committee meeting. |
| 11/16/09 | 0.10 | Review G. Bush comments to revised draft report. |
| 11/16/09 | 0.30 | Review and respond to V. Herron regarding HL document. |

| 11/16/09 | 0.30 | Call with G. Bush, J. Sottiel, T. Zink and Rivera regarding report. |
| 11/16/09 | 0.40 | Confer with G. Bush and J. Sottile regarding various case issues. |
| 11/16/09 | 1.10 | Address confidentiality issues in connection with report. |
| 11/16/09 | 0.20 | Review drafts of report. |
| 11/16/09 | 0.30 | Attention to deposition logistics. |
| 11/16/09 | 1.00 | Review draft of complaint. |
| 11/16/09 | 0.30 | Review Chadbourne & Parke's slide deck. |
| 11/17/09 | 1.00 | Participate in weekly professionals' call. |
| 11/17/09 | 0.30 | Discuss draft complaint with J. Sottile. |
| 11/17/09 | 1.20 | Review Duff documents. |
| 11/17/09 | 0.80 | Attention to confidentiality issues in report. |
| 11/17/09 | 0.30 | Revise and circulate slides for Committee meeting. |
| 11/17/09 | 0.20 | Attention to deposition logistics. |
| 11/17/09 | 0.10 | E-mails with L. Cossette regarding JP Morgan document. |
| 11/17/09 | 0.30 | Revise draft letter to debtors regarding discovery questions. |
| 11/17/09 | 0.40 | Review VRC solvency analyses, email M. Rule regarding same. |
| 11/17/09 | 0.40 | Review T. Macauley memoranda, associated issues. |
| 11/18/09 | 2.00 | Prepare for expert meetings, including confer G. Bush and J. Sottile regarding same. |
| 11/18/09 | 0.50 | Participate in pre-meeting with Ashley and McCormack. |
| 11/18/09 | 3.30 | Participate in interview meetings with potential experts, confer with Zuckerman Spaeder colleagues regarding same. |
| 11/18/09 | 1.00 | Meeting with Centerbridge. |
| 11/19/09 | 1.00 | Prep meeting before committee meeting. |
| 11/19/09 | 3.70 | Attend committee meeting. |
| 11/19/09 | 3.00 | Participate in interviews of potential experts. |
| 11/19/09 | 0.10 | Calls to M. Pullos regarding deposition scheduling. |
| 11/20/09 | 0.60 | Call with Montenegro and Stein of Kasowitz regarding discovery issues. |

| 11/20/09 | 0.10 | Call with M. Pullos regarding depo scheduling. |
|----------|------|------------------------------------------------|
| 11/20/09 | 0.10 | Confer with G. Bush regarding discovery, case strategy and organization. |
| 11/20/09 | 0.20 | Confer with US Bank attorney. |
| 11/20/09 | 0.50 | Prepare draft Rule 2004 stip for US Bank. |
| 11/20/09 | 0.20 | Emails with Montenegro regarding discovery matters. |
| 11/20/09 | 0.10 | Confer with P. Kolker regarding discovery, and legal issues relative to draft complaint. |
| 11/20/09 | 0.20 | E-mails and attention to confidentiality agreements. |
| 11/20/09 | 0.70 | Review Duff & Phelps docs. |
| 11/20/09 | 0.30 | Send, receive, review emails from ZS Tribune team. |
| 11/20/09 | 0.40 | Review Tribune documents, including Board minutes. |
| 11/22/09 | 1.50 | Review Duff & Phelps solvency and valuation materials. |
| 11/23/09 | 0.10 | Confer with Bob Schwinger regarding discovery matters. |
| 11/23/09 | 1.00 | Call with M. Rule regarding D&P solvency issues, including prep for same. |
| 11/23/09 | 0.30 | Review HLHZ documents. |
| 11/24/09 | 0.80 | Attend weekly professionals' call. |
| 11/24/09 | 0.50 | Review D&P documents. |
| 11/24/09 | 1.50 | Review HLHZ documents. |
| 11/24/09 | 0.30 | Confer with V. Herron (HLHZ counsel) regarding redactions, HLHZ documents. |
| 11/24/09 | 0.20 | Call references for potential expert. |
| 11/24/09 | 0.30 | Review emails, materials on other potential expert. |
| 11/24/09 | 0.30 | Review timeline of VRC solvency, including attached documents. |
| 11/24/09 | 0.20 | Review VRC solvency analyses, including e-mail consultant regarding same. |
| 11/25/09 | 0.60 | Calls with references for potential expert. |
| 11/25/09 | 0.60 | E-mails to Committee counsel regarding calls with references for potential expert. |
| 11/25/09 | 0.50 | Review HLHZ materials. |

| 11/25/09 | 0.30 | E-mail HLHZ counsel and other counsel regarding HLHZ production. |
| 11/25/09 | 0.90 | Attention to confidentiality procedures at depositions, including draft e-mail to VRC counsel. |
| 11/25/09 | 0.20 | Review articles on lenders' filing on exclusivity. |
| 11/25/09 | 0.20 | E-mail to Law Debenture counsel on discovery/production issues. |
| 11/25/09 | 0.20 | Attention to deposition logistics, including calls and e-mail with Sidley. |
| 11/25/09 | 0.20 | Call with Kasowitz regarding VRC depositions. |
| 11/25/09 | 0.20 | Review confidentiality provisions of Committee by-laws. |
| 11/25/09 | 0.70 | Attention to miscellaneous document review and case management. |
| 11/26/09 | 0.40 | Review HLHZ supplement production. |
| 11/27/09 | 2.50 | Draft and send emails regarding confidentiality procedures at depositions, including review confidentiality agreements and addenda and confer with ZS colleagues regarding same. |
| 11/28/09 | 4.70 | Prepare for Buettell deposition, including draft outline and review HLHZ and other documents. |
| 11/29/09 | 0.90 | Depo preparation, including e-mails regarding document logistics. |
| 11/29/09 | 0.10 | Draft emails regarding depo ground rules and process. |
| 11/29/09 | 0.20 | E-mails regarding HLHZ docs. |
| 11/29/09 | 0.30 | E-mail M. Rule regarding HLHZ docs, including doc review. |
| 11/30/09 | 0.40 | Call with M. Rule regarding HLHZ depo issues. |
| 11/30/09 | 0.50 | Call with M. Stein (Kasowitz) regarding intercompany issues, review intercompany model in connection with same. |
| 11/30/09 | 4.10 | Attention to depo logistics and preparation, including e-mails to counsel and additional on-line research. |
| 11/30/09 | 0.30 | Confer with M. Wolff regarding case update. |
| 11/30/09 | 0.10 | Confer with G. Bush regarding hearing prep. |
| 11/30/09 | 0.40 | Call with Sidley regarding debtors' privilege issues. |
| 11/30/09 | 0.10 | Confer with M. Ashley regarding debtors' privilege issues. |
| 11/30/09 | 1.50 | Review & research Houlihan documents. |

| 11/30/09 | 0.10 | Confer with T. Macauley regarding 12/1 hearing issues. |
| 11/30/09 | 0.30 | Review pleadings filed in connection with 12/1 contested matters regarding exclusivity and discovery status. |
| 11/30/09 | 0.10 | Confer with J. Sottile regarding VRC deposition, locate and provide document in connection with same. |

**Thomas G. Macauley**

| 11/02/09 | 0.30 | Review local rules and analyze issues regarding noticing examinations. |
| 11/02/09 | 0.10 | Review work plan. |
| 11/02/09 | 0.80 | Review cases and analyze issues regarding potential experts. |
| 11/02/09 | 0.50 | Analyze issues and potential arguments to increase return to general unsecured creditors. |
| 11/02/09 | 0.80 | Review cases and arguments regarding subordination remedy. |
| 11/02/09 | 0.50 | Review and edit memo on subordination remedy. |
| 11/03/09 | 0.60 | Review case and SEC filings regarding same. |
| 11/03/09 | 1.10 | Participate on committee professionals call. |
| 11/03/09 | 0.40 | Review case and analyze issues regarding preexisting debt. |
| 11/04/09 | 0.40 | Analyze issues regarding preexisting debt and recovery scenarios. |
| 11/04/09 | 0.10 | Speak with T. Stevenson at Chadbourne regarding experts. |
| 11/04/09 | 0.20 | Speak with G. Bush regarding same. |
| 11/05/09 | 1.30 | Participate on internal call regarding status on various issues. |
| 11/06/09 | 0.50 | Speak with C. Judge and A. Goldfarb regarding equitable subordination. |
| 11/06/09 | 0.40 | Review and comment on Alix analysis of intercompany claims. |
| 11/06/09 | 0.20 | Analyze issues regarding subordination of bridge claim. |
| 11/06/09 | 0.90 | Review and analyze intercompany analysis and draft note to V. Patel regarding same. |
| 11/06/09 | 0.20 | Review list of potential experts. |
| 11/06/09 | 0.90 | Exchange notes and speak with potential expert. |
| 11/06/09 | 0.30 | Analyze issues regarding potential recovery scenarios and review request to Moelis regarding same. |

| | | |
|---|---|---|
| 11/06/09 | 0.30 | Review decisions regarding expert participation. |
| 11/09/09 | 0.10 | Review article on transaction advisers. |
| 11/09/09 | 0.50 | Analyze issues regarding equitable subordination nexus. |
| 11/09/09 | 0.10 | Speak with A. Goldfarb regarding 2004 exams. |
| 11/09/09 | 0.50 | Review local rules and review/edit draft notices of examination. |
| 11/09/09 | 0.20 | Review and analyze issues regarding certificates of service for same. |
| 11/09/09 | 0.30 | Review Moelis response regarding recovery inquiry and analyze issues regarding same. |
| 11/09/09 | 0.20 | Exchange notes with A. Holtz regarding summary of entity balances. |
| 11/09/09 | 0.50 | Review valuation and intercompany claim model. |
| 11/10/09 | 0.30 | Review and finalize 2004 notices and certificates of service. |
| 11/10/09 | 0.10 | Draft notes to counsel regarding 2004 exams. |
| 11/10/09 | 0.20 | Review materials regarding potential expert. |
| 11/10/09 | 1.10 | Participate on committee professionals call. |
| 11/10/09 | 0.90 | Review financial statements from 2007 and analyze issues regarding same. |
| 11/10/09 | 0.40 | Draft notes to B. Hall regarding same. |
| 11/10/09 | 0.40 | Speak with B. Hall and H. Lee regarding 2007 financial statements. |
| 11/10/09 | 1.30 | Draft memo to file regarding same. |
| 11/11/09 | 0.40 | Review Moelis recovery scenarios and analyze issues regarding same. |
| 11/11/09 | 3.90 | Review draft report to committee and blackline comments. |
| 11/11/09 | 0.50 | Speak with Chadbourne and Landis regarding Debtors' proposal regarding discovery. |
| 11/11/09 | 0.30 | Speak with G. Bush and T. McCormack regarding potential experts. |
| 11/11/09 | 0.30 | Review materials regarding same. |
| 11/11/09 | 0.30 | Speak and email to Chadbourne regarding potential experts. |

| | | |
|---|---|---|
| 11/12/09 | 0.50 | Review and analyze issues regarding internal comments to draft report to Committee. |
| 11/12/09 | 0.60 | Speak internally regarding same. |
| 11/12/09 | 0.30 | Review comments to Chadbourne regarding draft report. |
| 11/12/09 | 0.30 | Analyze issues regarding Kasowitz request regarding documents and review documents regarding same. |
| 11/13/09 | 0.10 | Review schedule of expert interviews. |
| 11/15/09 | 0.40 | Review revised draft of report. |
| 11/16/09 | 0.50 | Amplify prior comments to report in email to Chadbourne. |
| 11/16/09 | 0.10 | Review article on Tribune emergence. |
| 11/16/09 | 0.10 | Review draft slides for committee presentation. |
| 11/16/09 | 0.30 | Speak with Chadbourne and internal team regarding report comments. |
| 11/16/09 | 0.90 | Review and provide final comments on report. |
| 11/16/09 | 0.10 | Speak with C. Rivera regarding same. |
| 11/16/09 | 0.20 | Review Debtors' motion for a status conference. |
| 11/16/09 | 1.30 | Review materials on potential experts. |
| 11/16/09 | 0.50 | Review and analyze issues regarding revised complaint. |
| 11/17/09 | 0.90 | Participate on committee professionals call. |
| 11/17/09 | 2.00 | Review materials on expert candidates. |
| 11/17/09 | 0.80 | Draft comments on complaint. |
| 11/17/09 | 0.10 | Review hot document. |
| 11/17/09 | 2.70 | Work on and complete memo on certain fraudulent transfer decisions. |
| 11/18/09 | 0.10 | Speak with office of potential expert regarding interview. |
| 11/18/09 | 0.20 | Analyze issues regarding drafting section of complaint. |
| 11/18/09 | 0.70 | Prepare for expert meetings. |
| 11/18/09 | 3.60 | Interview potential experts. |
| 11/18/09 | 1.40 | Meet with Centerbridge representative to discuss case status. |
| 11/19/09 | 0.80 | Attend preliminary meeting of professionals prior to committee meeting. |
| 11/19/09 | 3.50 | Attend committee meeting. |

| 11/19/09 | 3.50 | Participate in expert interviews and discussions regarding same. |
| 11/21/09 | 0.70 | Review complaint and draft notes regarding same. |
| 11/22/09 | 1.80 | Draft insert to complaint. |
| 11/23/09 | 0.30 | Review and analyze issues regarding JPM stance on Rule 2004 exams. |
| 11/24/09 | 0.30 | Review summary of further meeting with potential expert and analyze issues regarding due diligence. |
| 11/25/09 | 0.40 | Speak with reference regarding potential expert and draft internal note regarding same. |
| 11/25/09 | 0.30 | Review article regarding exclusivity objections and analyze issues regarding same. |
| 11/25/09 | 0.50 | Review exclusivity responses. |
| 11/25/09 | 0.40 | Review results of due diligence regarding potential experts. |
| 11/25/09 | 0.30 | Analyze issues regarding 12/1 status conference and consent order on examinations. |
| 11/27/09 | 0.40 | Analyze issues regarding conduct of examinations and JPM view regarding same. |
| 11/27/09 | 0.20 | Review docket. |
| 11/27/09 | 0.50 | Review 12/1 hearing agenda and relevant documents. |
| 11/27/09 | 0.20 | Draft email to team regarding same. |
| 11/28/09 | 0.30 | Analyze issues regarding conduct of examinations and response to Merrill regarding same. |
| 11/29/09 | 0.30 | Analyze issues regarding 12/1 hearing. |
| 11/30/09 | 0.30 | Draft note to and speak with A. Goldfarb regarding Merrill issues and call regarding hearing. |
| 11/30/09 | 0.10 | Review exchange of notes with D. Deutsche regarding call regarding hearing. |
| 11/30/09 | 0.70 | Review and analyze issues regarding lenders' objection to exclusivity. |
| 11/30/09 | 0.40 | Speak with G. Bush, H. Seife and D. Deutsche regarding hearing tomorrow. |
| 11/30/09 | 0.30 | Review papers regarding disgorgement motion. |
| 11/30/09 | 0.30 | Speak with G. Bush regarding hearing. |

| 11/30/09 | 0.20 | Review Lyondell docket. |
|---|---|---|

**Marshall S. Wolff**

| 11/08/09 | 0.70 | Read memoranda regarding analysis of subsidiaries' balance sheets. |
|---|---|---|
| 11/08/09 | 0.30 | Legal research regarding equitable subordination cases. |
| 11/09/09 | 0.50 | Review memorandum regarding in solvency analysis. |
| 11/10/09 | 0.20 | Read Work Plan and e-mail to James Sottile. |
| 11/10/09 | 1.20 | Finish reading draft solvency memorandum. |
| 11/10/09 | 0.50 | Read recent opinion. |
| 11/11/09 | 1.50 | Read report to UCC and comment on same. |
| 11/11/09 | 0.50 | Meet with Andrew Goldfarb reviewing comments on report to UCC. |
| 11/11/09 | 0.50 | Prepare comments on report. |
| 11/12/09 | 0.20 | Confer with Andrew Goldfarb regarding report to UCC. |
| 11/12/09 | 0.20 | Read e-mails regarding report to UCC and confer with Andrew Goldfarb regarding same. |
| 11/12/09 | 0.50 | Review documents regarding solvency analysis. |
| 11/16/09 | 1.00 | Read recent decision and confer with Graeme Bush regarding implications for case. |
| 11/17/09 | 2.00 | Review draft complaint and meet with James Sottile to discuss same. |
| 11/18/09 | 0.50 | Read memorandum from Thomas Macauley. |
| 11/18/09 | 0.80 | Read cases received from Thomas Macauley. |
| 11/30/09 | 0.30 | Confer with Andrew Goldfarb regarding discovery and deposition preparation. |
| 11/30/09 | 0.20 | Read document from Houlihan Lokey circulated by Andrew Goldfarb. |

**Graeme W. Bush**

| 11/01/09 | 1.60 | Review draft research memo regarding solvency analysis and comment, e-mails with Andrew Goldfarb and James Sottile regarding same. |
|---|---|---|
| 11/01/09 | 0.30 | E-mails with Dublin and Danny Golden. |

| 11/02/09 | 5.00 | Prepare for and attend meeting with debtor. |
| 11/02/09 | 0.80 | Confer with James Sottile and Andrew Goldfarb, and Peter Kolker regarding meetings with debtors. |
| 11/03/09 | 0.50 | Telephone conference with Messrs. Krakauer and Bendernagel regarding witnesses and other matters. |
| 11/03/09 | 1.20 | Prepare for and telephone conference with UCC professionals. |
| 11/03/09 | 0.30 | Telephone conference with Howard Seife. |
| 11/03/09 | 0.40 | Telephone conference with Danny Golden regarding coordination and related issues. |
| 11/03/09 | 1.20 | Work on analysis of remedies and amount of claims, including e-mail discussion with Messrs. Sottile and Goldfarb. |
| 11/03/09 | 1.20 | Committee professionals telephone conference. |
| 11/04/09 | 0.40 | Telephone conference with potential expert. |
| 11/04/09 | 0.30 | Work on scheduling expert interviews, including telephone conference with Thomas Macauley regarding same. |
| 11/04/09 | 0.80 | Coordination with Danny Golden, including e-mails with him and telephone conferences with Messrs. Seife and LeMay. |
| 11/04/09 | 2.50 | Review and revise draft report to Committee. |
| 11/05/09 | 0.80 | Team meeting. |
| 11/05/09 | 0.30 | Work on examination scheduling, including confer with Andrew Goldfarb and telephone conference with Messrs. Goldfarb and Ashley. |
| 11/05/09 | 1.20 | Review, evaluate and edit draft complaint. |
| 11/05/09 | 0.40 | Draft e-mail notifying of examination plans. |
| 11/05/09 | 0.70 | Review distribution analysis from ALIX and e-mails regarding same. |
| 11/05/09 | 0.60 | E-mails regarding discovery from additional parties. |
| 11/05/09 | 0.50 | Evaluate data regarding net worth of subs. |
| 11/06/09 | 1.80 | Review solvency memo draft and prepare for and meeting with Messrs. Goldfarb and Sottile regarding solvency memo. |
| 11/06/09 | 1.50 | Meeting with Sottile and other professional regarding potential experts. |

| 11/06/09 | 0.90 | Review and analyze sub analysis from ALIX. |
| 11/06/09 | 0.70 | Work on examination scheduling, including e-mails regarding planned schedule to interested parties. |
| 11/06/09 | 0.40 | Review Merger Agreement. |
| 11/06/09 | 0.20 | E-mail regarding debtor privilege redactions. |
| 11/07/09 | 0.20 | E-mail Messrs. Rosner and Goldfarb regarding documents and depositions. |
| 11/07/09 | 0.10 | E-mail from expert candidate. |
| 11/08/09 | 2.00 | Review, revise and edit draft solvency memo. |
| 11/09/09 | 2.50 | Work on complaint. |
| 11/09/09 | 0.70 | E-mails regarding committee professionals meeting, including status of experts, document production and depositions. |
| 11/09/09 | 0.20 | E-mails regarding Kasowitz witness coordination. |
| 11/10/09 | 1.40 | Prepare for committee professionals (review agenda and meeting with Messrs. Sottile, Macauley and Goldfarb) telephone conference and attend same. |
| 11/10/09 | 0.60 | Telephone conference with Messrs. Ashley and Goldfarb regarding potential witnesses. |
| 11/10/09 | 0.30 | Telephone conference with potential expert witness. |
| 11/10/09 | 1.20 | Review JPM documents. |
| 11/11/09 | 1.20 | Review expert background data and telephone conference with Messrs. McCormack and Macauley regarding expert candidates. |
| 11/11/09 | 0.60 | Prepare for and telephone conference with Messrs. Seife, Ashley, Goldfarb, Macauley regarding debtor's proposal regarding discovery. |
| 11/11/09 | 1.70 | Review JPM documents. |
| 11/11/09 | 0.90 | Review draft report and confer with Andrew Goldfarb regarding same. |
| 11/11/09 | 0.40 | Confer with Andrew Goldfarb and telephone call and e-mails to Rosner regarding documents and confidentiality. |
| 11/12/09 | 2.10 | Work on comments to report draft, including review draft, and confer with Andrew Goldfarb and James Sottile regarding draft. |

| 11/12/09 | 0.50 | Attend UCC telephone conference meeting. |
| 11/12/09 | 0.60 | E-mails regarding document production and confidentiality agreements. |
| 11/12/09 | 0.50 | Review documents identified during document review. |
| 11/12/09 | 0.40 | Review Macauley memo regarding entity balance sheet analysis. |
| 11/13/09 | 0.60 | Work on witness scheduling, including e-mails with Mark Ashley and internal regarding same and review documents regarding possible witnesses. |
| 11/13/09 | 0.40 | E-mails regarding scheduling expert witness candidates. |
| 11/13/09 | 0.30 | E-mails with Messrs. Goldfarb and Kasowitz regarding coordination of investigation and use of documents. |
| 11/13/09 | 0.20 | E-mails Rule regarding valuation depositions. |
| 11/15/09 | 1.50 | Review and revise draft report, including e-mails with Messrs. Goldfarb, Sottile and Zink. |
| 11/16/09 | 1.20 | Telephone conferences with David Rosner and others regarding coordination and interviews with expert candidates. |
| 11/16/09 | 0.20 | Correspondence from Merrill lawyer. |
| 11/16/09 | 1.30 | Work on witness designations, including e-mails, telephone conferences and conferences with Andrew Goldfarb, James Sottile, Sharon Katz, Howard Seife. |
| 11/16/09 | 1.50 | Work on interim report, including review and edit drafts, telephone conference with Messrs. Zink, Goldfarb and Sottile and conferences with Messrs. Goldfarb and Sottile. |
| 11/16/09 | 0.40 | Review Debtor Motion for exclusivity and status conference. |
| 11/17/09 | 1.00 | Attend UCC professionals meeting. |
| 11/17/09 | 0.40 | E-mails with Thomas Macauley regarding memos. |
| 11/17/09 | 0.40 | E-mails Rule and Andrew Goldfarb regarding VRC document questions. |
| 11/17/09 | 0.20 | E-mails Messrs. Ashley and Goldfarb regarding Sidley discovery. |
| 11/18/09 | 0.70 | Confer with Messrs. Sottile and Goldfarb regarding meetings with UCC and experts. |
| 11/18/09 | 1.00 | Work on presentation to UCC. |
| 11/18/09 | 1.20 | Prepare for meetings with expert candidates. |

| 11/18/09 | 4.50 | Interview expert candidates with Messrs. Goldfarb, Macauley, Sottile, McCormack, Ashley. |
| 11/18/09 | 2.00 | Meeting with Centerbridge. |
| 11/19/09 | 1.20 | Review report and slide show and prepare for UCC presentation. |
| 11/19/09 | 0.90 | Meeting with Chadbourne & Parke and professional in preparation for UCC meeting. |
| 11/19/09 | 4.00 | Attend UCC meeting. |
| 11/19/09 | 0.60 | Telephone conference with Messrs. Krakauer, Seife, Deutsch, LeMay and Landis. |
| 11/19/09 | 3.50 | Interview expert candidates with Messrs. Goldfarb, Macauley Sottile, McCormack, Ashley. |
| 11/20/09 | 0.40 | Review e-mail and confer with Andrew Goldfarb regarding request to serve additional parties. |
| 11/20/09 | 0.50 | E-mails regarding experts and follow-up. |
| 11/20/09 | 0.30 | Telephone message and telephone calls with Sharon Katz and others regarding examinations of JPM. |
| 11/21/09 | 1.70 | Review and edit draft complaint and e-mail team regarding same. |
| 11/21/09 | 0.40 | E-mails regarding expert candidates. |
| 11/23/09 | 0.40 | E-mails regarding witnesses from parties. |
| 11/23/09 | 0.90 | Work on financial analysis and review materials from financial advisor. |
| 11/23/09 | 0.30 | E-mails regarding experts. |
| 11/24/09 | 1.20 | Attention to potential experts, including review reports on due diligence and e-mails with Chadbourne & Parke. |
| 11/24/09 | 1.30 | Telephone conferences with Chadbourne & Parke and Sidley regarding status conference and confer with Chadbourne & Parke regarding same. |
| 11/24/09 | 0.80 | Attend to depositions and confidentiality agreements. |
| 11/24/09 | 0.60 | Work on third party productions. |
| 11/25/09 | 0.40 | Telephone message and telephone call with David Rosner. |
| 11/25/09 | 1.10 | E-mails from candidates and with Chadbourne & Parke regarding and review due diligence regarding experts candidates. |

| 11/25/09 | 2.10 | Review filings on exclusivity motion and status conference and confer internally and with Chadbourne & Park regarding hearing. |
| 11/26/09 | 0.50 | Review e-mails regarding depositions. |
| 11/27/09 | 0.70 | E-mails regarding depositions and confidentiality agreements. |
| 11/27/09 | 0.20 | Telephone calls with Chadbourne & Parke and e-mails regarding Tuesday. |
| 11/28/09 | 0.70 | E-mails regarding upcoming Rule 2004 examinations. |
| 11/29/09 | 1.50 | Review pleadings and prepare for hearing. |
| 11/30/09 | 0.30 | Telephone call with David Rosner regarding hearing. |

Lani C. Cossette

| 11/06/09 | 0.40 | Participate in part of telephone call with A. Goldfarb and C. Judge Mehta regarding equitable subordination claim. |
| 11/06/09 | 1.00 | Review and analyze Board minutes and Special Committee Minutes. |
| 11/06/09 | 0.50 | Discuss case background with A. Goldfarb in connection with equitable subordination claim. |
| 11/06/09 | 2.60 | Review and analyze memoranda regarding equitable subordination claim. |
| 11/09/09 | 0.40 | Attend meeting with A. Goldfarb and C. Judge Mehta to discuss equitable subordination claims. |
| 11/09/09 | 6.20 | Review and analyze documents in connection with evaluation of potential equitable subordination claim. |
| 11/11/09 | 3.30 | Review and analyze documents regarding equitable subordination claim. |
| 11/11/09 | 0.70 | Draft CaseMap entries regarding same. |
| 11/11/09 | 0.30 | E-mail with team regarding hot documents in connection with same. |
| 11/12/09 | 0.30 | E-mail with team regarding review and analysis of equitable subordination claim. |
| 11/13/09 | 3.20 | Review and analyze documents regarding Board interaction with professionals. |
| 11/17/09 | 2.50 | Review and analyze documents relevant to equitable subordination claim. |

| 11/17/09 | 0.30 | E-mail with A. Goldfarb regarding same. |
| 11/19/09 | 2.30 | Review and analyze documents for potential equitable subordination claim. |
| 11/21/09 | 2.40 | Review documents relevant to equitable subordination claim. |
| 11/22/09 | 6.80 | Draft memo analyzing documents relevant to a potential equitable subordination claim. |

Laura E. Neish

| 11/05/09 | 0.60 | Draft memorandum regarding fraudulent conveyance issue. |
| 11/06/09 | 3.90 | Draft memorandum regarding fraudulent conveyance issue. |
| 11/11/09 | 1.30 | Draft memorandum regarding fraudulent conveyance issue. |
| 11/17/09 | 2.00 | Draft memorandum regarding fraudulent conveyance issue. |
| 11/30/09 | 3.20 | Draft memorandum regarding fraudulent conveyance issue. |

Martin G. Deptula

| 11/02/09 | 6.40 | Review and analyze documents relating to preparations and issuance of VRC's Step One Solvency Analysis and Opinion. |
| 11/03/09 | 5.60 | Review and analyze documents relating to preparations and issuance of VRC's Step One Solvency Analysis and Opinion. |
| 11/03/09 | 0.20 | Telephone conference with Andrew Goldfarb concerning same. |
| 11/04/09 | 3.60 | Review and analyze documents relating to preparations and issuance of VRC's Step One Solvency Analysis and Opinion. |
| 11/04/09 | 1.50 | Draft memorandum to Andrew Goldfarb summarizing findings regarding same. |
| 11/05/09 | 5.30 | Review and analyze documents relating to preparations and issuance of VRC's Step One Solvency Analysis and Opinion. |
| 11/05/09 | 0.80 | Draft memorandum to Andrew Goldfarb summarizing findings regarding same. |
| 11/06/09 | 1.30 | Review and analyze documents relating to preparations and issuance of VRC's Step One Solvency Analysis and Opinion. |
| 11/06/09 | 4.20 | Draft memorandum to Andrew Goldfarb summarizing findings of document review regarding same. |
| 11/09/09 | 1.50 | Continue to review documents relating to the preparation and issuance of VRC's Step One Solvency Opinion. |

| 11/09/09 | 1.50 | Legal research regarding same. |
| 11/10/09 | 3.70 | Continue review of documents relating to the preparation and issuance of VRC's Step One Solvency Opinion. |
| 11/10/09 | 0.10 | Telephone conference with Andrew Goldfarb concerning VRC's Step One Solvency Analysis. |
| 11/11/09 | 1.00 | Update draft memorandum concerning the facts and circumstances leading up to VRC's Step One Solvency opinion. |
| 11/11/09 | 1.20 | Continue legal research regarding same. |
| 11/11/09 | 1.30 | Review and analyze documents relevant to the creation of VRC's Step One Solvency Opinion. |
| 11/13/09 | 0.80 | Legal research concerning VRC first-step solvency opinion. |
| 11/20/09 | 2.00 | Follow up on legal and factual research regarding VRC first-step solvency opinion. |

A. Paul Pineau

| 11/03/09 | 1.80 | Research regarding inclusion of potential for purposes of solvency analysis. |
| 11/03/09 | 0.30 | Research and e-mail Andrew Goldfarb on circumstances surrounding Tribune's FCC approval of Merger. |
| 11/04/09 | 4.20 | Research and draft memorandum regarding potential liabilities for purposes of solvency analysis. |
| 11/05/09 | 0.10 | Draft e-mail regarding research on inclusion of potential liabilities in solvency analysis. |
| 11/06/09 | 0.90 | Research case law on inclusion of potential liabilities in solvency analysis. |

Benjamin L. Krein

| 11/09/09 | 0.20 | Meet with Andrew Goldfarb and Scott Hanna to discuss analysis of second tier key documents. |
| 11/09/09 | 0.80 | Analysis of second tier key documents. |
| 11/10/09 | 2.40 | Continue analysis of second tier documents. |
| 11/11/09 | 2.10 | Continue analysis of second tier documents. |
| 11/11/09 | 0.10 | E-mail to Andrew Goldfarb regarding same. |
| 11/12/09 | 1.90 | Continue analysis of second tier documents. |

| 11/13/09 | 3.00 | Continue analysis of second tier documents. |
|----------|------|---------------------------------------------|
| 11/13/09 | 0.20 | Review internal correspondence regarding document review project. |
| 11/13/09 | 0.50 | E-mail memorandum to Andrew Goldfarb regarding status of document review project. |

**Scott A. Hanna**

| 11/02/09 | 7.50 | Electronic document review of databases regarding Step One of transaction. |
|----------|------|----------------------------------------------------------------------------|
| 11/03/09 | 3.30 | Electronic document review of databases regarding Step One of transaction. |
| 11/04/09 | 7.50 | Electronic document review of databases regarding financial models of proposed Zell transaction. |
| 11/05/09 | 5.70 | Electronic document review of databases regarding financial models of proposed Zell transaction. |
| 11/09/09 | 0.40 | Meeting with A. Goldfarb and B. Krein regarding electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/09/09 | 4.80 | Electronic document review of databases for documents related to FCC approval. |
| 11/09/09 | 2.30 | Review FCC Approval Binders. |
| 11/10/09 | 7.50 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/11/09 | 7.50 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/12/09 | 8.00 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/13/09 | 7.50 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/16/09 | 2.60 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/17/09 | 3.90 | Print all retrieved documents databases regarding Step One financial models and prepare binder regarding same. |
| 11/18/09 | 2.70 | Electronic document review of database of Chadbourne-selected Second Review Documents. |

| 11/18/09 | 4.80 | Quality control review of database of Chadbourne-selected Second Review Documents. |
| 11/19/09 | 3.30 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/19/09 | 4.20 | Quality control review of database of Chadbourne-selected Second Review Documents. |
| 11/20/09 | 7.50 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/23/09 | 8.00 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/24/09 | 7.30 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/24/09 | 1.70 | Review flagged documents in Step One VRC Solvency Opinion memorandum, retrieve documents from database and print hardcopies and convert to pdf. |
| 11/25/09 | 4.20 | Review FCC binders, highlighting key passages therein. |
| 11/25/09 | 2.80 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 11/30/09 | 5.40 | Review Ben Buettell (Houlihan Lokey) Deposition Outline, retrieve from database all documents cited thereafter and prepare deposition-witness file. |
| 11/30/09 | 3.60 | Update of electronic document review of database of Chadbourne-selected Second Review Documents. |

**Jeanne Trahan Faubell**

| 11/04/09 | 0.10 | Research to verify citation and to locate and retrieve correct section for Paul Pineau. |
| 11/17/09 | 1.40 | Research for expert deposition and trial transcripts and articles. |

**Diana Gillig**

| 11/06/09 | 0.30 | Draft certificates of service for 3 notices of Rule 2004 examinations. |
| 11/10/09 | 0.30 | Revise 3 notices regarding depositions concerning Rule 2004. |
| 11/10/09 | 0.30 | Electronically file notices. |
| 11/17/09 | 0.30 | Pull 2 cases for T. Macauley. |

2493466.1

| 11/17/09 | 0.20 | Research articles and publications. |
| 11/30/09 | 0.30 | Draft pro hac motion for G. Bush. |
| 11/30/09 | 0.10 | Update Lyondell docket. |
| 11/30/09 | 0.30 | Pull relevant documents regarding 12/1 hearing for T. Macauley. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

January 7, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:270107
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2009.

By Thomas G. Macauley
   5.80  hours at  $570.00  per hour          $    3,306.00

By Diana Gillig
   13.00  hours at  $155.00  per hour       $    2,015.00

       TOTAL FEES             $    5,321.00

       TOTAL EXPENSES       $       0.00

       TOTAL FEES AND EXPENSES THIS INVOICE    $    5,321.00

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                              MATTER: 0002


Thomas G. Macauley

| 11/03/09 | 0.90 | Review September time detail for work product and privilege. |
| 11/04/09 | 1.30 | Review September time detail with attention to work product. |
| 11/04/09 | 0.90 | Review and edit 2nd monthly fee application. |
| 11/12/09 | 2.30 | Review October time detail with attention to work product. |
| 11/23/09 | 0.40 | Review and edit 3rd monthly fee application. |

Diana Gillig

| 11/02/09 | 0.10 | Review accounting system regarding costs. |
| 11/02/09 | 1.20 | Prepare cost itemization chart exhibit for ZS 2nd monthly fee application. |
| 11/03/09 | 0.50 | Draft Zuckerman's 2nd monthly fee application. |
| 11/03/09 | 1.00 | Continue preparing cost itemization chart for 2nd fee application. |
| 11/03/09 | 0.20 | Draft notice and certificate of service for application. |
| 11/04/09 | 0.40 | Draft Zuckerman's 2nd monthly fee application. |
| 11/04/09 | 0.10 | Revise notice and certificate of service for same. |
| 11/04/09 | 1.00 | Revise invoices regarding 2nd fee application. |
| 11/04/09 | 0.40 | Revise Zuckerman's fee application. |
| 11/04/09 | 0.10 | Make final changes to fee application notice and certificate of service. |
| 11/05/09 | 0.10 | Electronically file Zuckerman's 2nd monthly fee application. |
| 11/05/09 | 0.20 | Prepare service of fee application. |
| 11/05/09 | 0.10 | Forward same to team. |
| 11/13/09 | 3.00 | Revise bills for fee application. |
| 11/17/09 | 0.30 | Review invoices for third fee application. |
| 11/18/09 | 0.10 | Prepare fee application status chart. |
| 11/20/09 | 0.30 | Revise invoices regarding Zuckerman's third fee application. |
| 11/20/09 | 1.20 | Prepare cost itemization regarding third fee application. |

| 11/20/09 | 0.30 | Contact professionals regarding 3rd fee application. |
| 11/23/09 | 0.20 | Revise invoices for fee application. |
| 11/23/09 | 1.70 | Draft ZS 3rd fee application. |
| 11/23/09 | 0.10 | Draft notice for same. |
| 11/23/09 | 0.10 | Draft certificate of service for same. |
| 11/23/09 | 0.10 | Review and revise 3rd fee application. |
| 11/25/09 | 0.10 | Electronically file Zuckerman's 3rd monthly fee application. |
| 11/25/09 | 0.10 | Prepare service of same. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802

January 7, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:270108
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2009.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 2.80  hours at  $725.00  per hour | $ | 2,030.00 |
| By James Sottile | | |
| 5.00  hours at  $650.00  per hour | $ | 3,250.00 |
| By Thomas G. Macauley | | |
| 3.40  hours at  $570.00  per hour | $ | 1,938.00 |
| By Andrew N. Goldfarb | | |
| 2.00  hours at  $520.00  per hour | $ | 1,040.00 |
| TOTAL FEES | $ | 8,258.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 8,258.00 |

BALTIMORE    NEW YORK    TAMPA    WASHINGTON, DC    WILMINGTON

DESCRIPTION OF SERVICES

**James Sottile**

| | | |
|---|---|---|
| 11/18/09 | 1.50 | Travel to New York for expert interviews and meeting of unsecured creditors committee. |
| 11/19/09 | 3.50 | Travel to DC following meeting of unsecured creditors committee and interviews with potential expert witnesses. |

**Andrew N. Goldfarb**

| | | |
|---|---|---|
| 11/18/09 | 1.00 | Travel to New York. |
| 11/19/09 | 1.00 | Travel to/from New York. |

**Thomas G. Macauley**

| | | |
|---|---|---|
| 11/18/09 | 1.20 | Travel to New York for meetings. |
| 11/19/09 | 2.20 | Travel back to Delaware. |

**Graeme W. Bush**

| | | |
|---|---|---|
| 11/02/09 | 0.30 | Travel to and from New York. |
| 11/19/09 | 2.50 | Travel to Washington, DC. |

**EXHIBIT B**

Tribune Company, et al., et al. (KD)
Zuckerman Spaeder LLP
4th Monthly Fee Application
Period 11/1/09-11/30/09

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| EXPRESS DELIVERY- FEDEX | $ 139.75 | 11/16/2009 | |
| | $ 24.54 | 11/30/2009 | |
| | | | |
| | $ 164.29 | | $ 164.29 |
| Total | | | |
| | | | |
| AIR/TRAIN TRAVEL | $ 445.20 | 11/5/2009 | |
| | $ 656.00 | 11/24/2009 | |
| | | | |
| Total | $ 1,101.20 | | $ 1,101.20 |
| | | | |
| HOTEL | $ 227.90 | 11/5/2009 | |
| | $ 576.13 | 11/24/2009 | |
| | | | |
| Total | $ 804.03 | | $ 804.03 |
| | | | |
| MEALS / MISC | $ 7.71 | 11/5/2009 | |
| | $ 544.18 | 11/24/2009 | |
| | $ 84.95 | 11/11/2009 | |
| | $ 75.01 | 11/17/2009 | |
| | | | |
| Total | $ 711.85 | | $ 711.85 |
| | | | |
| TAXI SERVICE | $ 109.97 | 11/5/2009 | |
| | $ 56.00 | 11/24/2009 | |
| | | | |
| Total | $ 165.97 | | $ 165.97 |
| | | | |
| INHOUSE COPY | $ 61.60 | 11/5/2009 | |
| | $ 5.70 | 11/10/2009 | |
| | $ 3.70 | 11/17/2009 | |
| | $ 411.60 | 11/25/2009 | |
| | $ 536.10 | 11/30/2009 | |
| | | | |
| Total | $ 1,018.70 | | $ 1,018.70 |
| | | | |
| LEXIS RESEARCH | $ 1,236.38 | 10/31/2009 | |
| | | | |
| Total | $ 1,236.38 | | $ 1,236.38 |
| | | | |
| WESTLAW RESEARCH | $ 974.76 | 10/31/2009 | |
| | | | |
| Total | $ 974.76 | | $ 974.76 |
| | | | |
| RESEARCH - REED ELSEVIER | $ 24.91 | 11/12/2009 | |
| | | | |
| Total | $ 24.91 | | $ 24.91 |
| | | | |
| SOUNDPATH - CONFERENCE CALLS | $ 5.20 | 11/5/2009 | |
| | | | |
| Total | $ 5.20 | | $ 5.20 |
| | | | |
| LONG DISTANCE CALLS | $ 2.28 | 11/2/2009 | |
| | $ 2.40 | 11/3/2009 | |
| | $ 1.20 | 11/4/2009 | |
| | $ 2.76 | 11/5/2009 | |
| | $ 0.24 | 11/6/2009 | |
| | $ 0.12 | 11/9/2009 | |
| | $ 1.44 | 11/10/2009 | |
| | $ 4.08 | 11/11/2009 | |
| | $ 0.48 | 11/13/2009 | |

**Zuckerman Spaeder LLP**
**4th Monthly Fee Application**
**Period 11/1/09-11/30/09**

| | | | | |
|---|---|---|---|---|
| | $ | 4.68 | 11/16/2009 | |
| | $ | 0.60 | 11/17/2009 | |
| | $ | 4.68 | 11/20/2009 | |
| | $ | 1.80 | 11/23/2009 | |
| | $ | 17.14 | 11/24/2009 | |
| | $ | 3.60 | 11/25/2009 | |
| | $ | 2.52 | 11/30/2009 | |
| | | | | |
| **Total** | **$** | **50.02** | | **$        50.02** |
| | | | | |
| **POSTAGE** | | | | |
| | | | | |
| | $ | 53.66 | 11/30/2009 | |
| | | | | |
| **Total** | **$** | **53.66** | | **$        53.66** |
| | | | | |
| **GRAND TOTAL** | | | | **$      6,310.97** |