IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. Nos. 243, 429 & 2469 |

## SECOND SUPPLEMENTAL AFFIDAVIT OF DAVID M. LEMAY IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF CHADBOURNE & PARKE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

DAVID M. LEMAY declares as follows:

1. I am an attorney-at-law, duly admitted to practice before all of the courts of the State of New York, as well as the United States District Court for the Southern District of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

New York, the United States District Court for the Northern District of California, and the United States District Court for the Eastern District of Michigan. I am a member of the firm of Chadbourne & Parke LLP ("Chadbourne" or the "Firm"), which maintains (i) a principal office for the practice of law at 30 Rockefeller Plaza, New York, New York 10112, (ii) regional offices in Washington, D.C., and Los Angeles, and (iii) foreign offices in Mexico City, London, Beijing, Moscow, St. Petersburg, Warsaw, Almaty, Kyiv, and Dubai.

2. I submit this second supplemental affidavit on behalf of Chadbourne in accordance with Federal Rule of Bankruptcy Procedure 2014(a). This second supplemental affidavit on behalf of Chadbourne supplements the Affidavit of David M. LeMay dated January 16, 2009 (the "LeMay Affidavit") [Docket No. 243] as supplemented by the Affidavit of Douglas E. Deutsch dated October 30, 2009 [Docket No. 2469].

3. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon Chadbourne's completion of further review, or as additional information becomes available to Chadbourne, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

### Background

4. On December 8, 2008 (the "Petition Date"), Tribune Company and one hundred ten of it subsidiaries (collectively, the "Tribune Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On December 10, 2008, the Bankruptcy Court entered an order consolidating the Tribune Debtors' chapter 11 cases for procedural purposes only. Subsequent to the initial Petition Date, certain

2

additional subsidiaries and affiliates of Tribune Company have filed petitions for relief under chapter 11.

5.  On December 18, 2008, the Office of the United States Trustee for Region 3 appointed an Official Committee of Unsecured Creditors (the "Committee"). As a result of subsequent resignations and additional appointments, the membership of the Committee has changed from time to time.

6.  On December 18, 2008 (the "Retention Date"), the Committee met with and selected Chadbourne as its counsel, and Landis Rath & Cobb as its co-counsel. By order dated February 20, 2009 [Docket No. 429], the Bankruptcy Court (i) granted the Committee's application to employ and retain Chadbourne as counsel to the Committee (the "Application") [Docket No. 243] and (ii) approved the employment and retention of Chadbourne as counsel to the Committee, nunc pro tunc to the Retention Date.

### Chadbourne's Updated Disclosures

7.  Chadbourne has extended an offer of employment to Mr. Marcelo Blackburn to work as an associate in Chadbourne's commercial litigation department, and Mr. Blackburn is scheduled to begin working at Chadbourne on or about January 11, 2010. Previously, Mr. Blackburn worked as an associate at Davis Polk & Wardwell LLP, where he participated in representing JPMorgan Chase Bank N.A. ("JPMorgan") in connection with certain issues and matters arising in or related to these jointly administered chapter 11 cases.

8.  By letter dated January 4, 2010, JPMorgan waived the actual or potential conflict of interest that might result from Mr. Blackburn working for Chadbourne after having worked on Tribune-related matters for JPMorgan, agreed that it will not assert that Mr. Blackburn's employment by Chadbourne will result in a conflict of interest on the part of

Chadbourne, and agreed that it will not assert that Mr. Blackburn's prior representation of JPMorgan or his possession of information obtained from JPMorgan provides a basis for disqualifying Chadbourne from representing the Committee in connection with the Tribune Debtors' bankruptcy cases.

9. Consistent with Chadbourne's policies and ethical obligations, and the terms of the JPMorgan waiver letter, Mr. Blackburn will not participate in any manner in Chadbourne's representation of the Committee, and Chadbourne will screen Mr. Blackburn from any involvement in its representation of the Committee. No partner, associate, or other employee of Chadbourne will share information, engage in any discussions, or provide access to any written materials or information relating to Chadbourne's representation of the Committee with Mr. Blackburn. Further, all files pertaining to Chadbourne's representation of the Committee will be stored in locations not accessible to Mr. Blackburn. This screening process will be confirmed in a formal ethical wall memorandum which will be distributed to all Chadbourne personnel, consistent with Chadbourne's general policies and procedures applicable in matters of this type.

_____
David M. LeMay

Sworn to and subscribed before
me this 8 day of January 2010.

_____
Notary Public

DAVID M. BAVA
NOTARY PUBLIC, State of New York
No. 01BA6175197
Qualified in New York County
Commission Expires Oct. 9, 20 11

4