## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

### VERIFICATION

STATE OF ILLINOIS        )
                         )   SS
COOK COUNTY              )

Matthew Howley, after being duly sworn according to law, deposes and says:

1.   I am a partner of the applicant firm, Ernst & Young LLP, to provide valuation and business modeling services, and market surveys services to Tribune Company and its above-captioned debtor affiliates (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355), 435 Production Company (8865), 5800 Sunset Productions Inc. (5510), Baltimore Newspaper Networks, Inc. (8258), California Community News Corporation (5306), Candle Holdings Corporation (5626), Channel 20, Inc. (7399), Channel 39, Inc. (5256), Channel 40, Inc. (3844), Chicago Avenue Construction Company (8634), Chicago River Production Company (5434), Chicago Tribune Company (3437), Chicago Tribune Newspapers, Inc. (0439), Chicago Tribune Press Service, Inc. (3167), ChicagoLand Microwave Licensee, Inc. (1579), Chicagoland Publishing Company (3237), Chicagoland Television News, Inc. (1352), Courant Specialty Products, Inc. (9221), Direct Mail Associates, Inc. (6121), Distribution Systems of America, Inc. (3811), Eagle New Media Investments, LLC (6661), Eagle Publishing Investments, LLC (6327), forsalebyowner.com corp. (0219), ForSaleByOwner.com Referral Services, LLC (9205), Fortify Holdings Corporation (5628), Forum Publishing Group, Inc. (2940), Gold Coast Publications, Inc. (5505), GreenCo, Inc. (7416), Heart & Crown Advertising, Inc. (9808), Homeowners Realty, Inc. (1507), Homestead Publishing Co. (4903), Hoy, LLC (8033), Hoy Publications, LLC (2352), InsertCo, Inc. (2663), Internet Foreclosure Service, Inc. (6550), JuliusAir Company, LLC (9479), JuliusAir Company II, LLC, KIAH Inc. (4014), KPLR, Inc. (7943), KSWB Inc. (7035), KTLA Inc. (3404), KWGN Inc. (5347), Los Angeles Times Communications LLC (1324), Los Angeles Times International, Ltd. (6079), Los Angeles Times Newspapers, Inc. (0416), Magic T Music Publishing Company (6522), NBBF, LLC (0893), Neocomm, Inc. (7208), New Mass. Media, Inc. (9553), New River Center Maintenance Association, Inc. (5621), Newscom Services, Inc. (4817), Newspaper Readers Agency, Inc. (7335), North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056), Oak Brook Productions, Inc. (2598), Orlando Sentinel Communications Company (3775), Patuxent Publishing Company (4223), Publishers Forest Products Co. of Washington (4750), Sentinel Communications News Ventures, Inc. (2027), Shepard's Inc. (7931), Signs of Distinction, Inc. (3603), Southern Connecticut Newspapers, Inc. (1455), Star Community Publishing Group, LLC (5612), Stemweb, Inc. (4276), Sun-Sentinel Company (2684), The Baltimore Sun Company (6880), The Daily Press, Inc. (9368), The Hartford Courant Company (3490), The Morning Call, Inc. (7560), The Other Company LLC (5337), Times Mirror Land and Timber Company (7088), Times Mirror Payroll Processing Company, Inc. (4227), Times Mirror Services Company, Inc. (1326), TMLH 2, Inc. (0720), TMLS I, Inc. (0719), TMS Entertainment Guides, Inc. (6325), Tower Distribution Company (9066), Towering T Music Publishing Company (2470), Tribune Broadcast Holdings, Inc. (4438), Tribune Broadcasting Company (2569), Tribune Broadcasting Holdco, LLC (2534), Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088), Tribune California Properties, Inc. (1629), Tribune CNLBC, LLC (0347), Tribune Direct Marketing, Inc. (1479), Tribune Entertainment Company (6232), Tribune Entertainment Production Company (5393), Tribune Finance, LLC (2537), Tribune Finance Service Center, Inc. (7844), Tribune License, Inc. (1035), Tribune Los Angeles, Inc. (4522), Tribune Manhattan Newspaper Holdings, Inc. (7279), Tribune Media Net, Inc. (7847), Tribune Media Services, Inc. (1080), Tribune Network Holdings Company (9936), Tribune New York Newspaper Holdings, LLC (7278), Tribune NM, Inc. (9939), Tribune Publishing Company (9720), Tribune Television Company (1634), Tribune Television Holdings, Inc. (1630), Tribune Television New Orleans, Inc. (4055), Tribune Television Northwest, Inc. (2975), ValuMail, Inc. (9512), Virginia Community Shoppers, LLC (4025), Virginia Gazette Companies, LLC (9587), WATL, LLC (7384), WCWN LLC (5982), WDCW Broadcasting, Inc. (8300), WGN Continental Broadcasting Company (9530), WLVI Inc. (8074), WPIX, Inc. (0191), and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.    I have read the foregoing Application of Ernst & Young, LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

3.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Dated: January ___, 2010

Matthew Howley
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 8 day of January, 2010.

Notary Public                        My Commission Expires: 4-30-2010

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2010