# EXHIBIT A

Compensation by Professional

| Name | Group | Rank | Total hours | Bill rate | Service subtotal |
|---|---|---|---|---|---|
| Matt Jones | Business Valuation / Intangibles | Manager | 8.0 | 375.00 | 3,800.00 |
| Mike Kearns | Business Valuation / Intangibles | Senior 1&2 | 35.0 | 275.00 | 9,625.00 |
| Ginny McGee | Market Survey Studies (a) | External Contractor | 44.0 | n/a | 4,175.00 |
| | | Total: | 87.0 | | 17,600.00 |

(a) Represents market survey studies for KTLA and WPIX. Both surveys were conducted on a flat fee basis.

# **EXHIBIT B**

# ⋮⫶ ERNST & YOUNG

INVOICE NUMBER: US0130149309

November 19, 2009

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

BU: **US002**   CLIENT NUMBER: **60025315**

PROJECT NUMBER: **14641406**

Billing for time and expenses from October 1, 2009 through October 31, 2009 for SFAS 142 2009 valuation services pursuant to the Engagement Agreement dated May 15, 2009.

| | |
|---|---:|
| Fees | $13,425 |
| Expenses | 0 |

| | |
|---|---:|
| *Total Due* | $13,425 |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

**CLIENT COPY**

# REMITTANCE ADVICE

**≡!/ ERNST & YOUNG**

INVOICE NUMBER: US0130149309

November 19, 2009

**Tribune Company**
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU: **US002**   CLIENT NUMBER: **60025315**

*Total Due*                                                              $13,425

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ⅢERNST&YOUNG

INVOICE NUMBER: US0130138574

October 29, 2009

**WPIX-TV**
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

BU: **US001**   CLIENT NUMBER: **60022089**

For professional service rendered in connection with the third quarter 2009 New York TVT market survey.

*Total Due* $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

**CLIENT COPY**

# REMITTANCE ADVICE

## ℇ ERNST & YOUNG

INVOICE NUMBER: US0130138574

October 29, 2009

WPIX-TV
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| Bank of America - Chic. 96550 |
| P.O. Box 96550 |
| Chicago, IL 60693 |
| |
| EIN: 34-6565596 |

BU: **US001**   CLIENT NUMBER: **60022089**

---

*Total Due* $2,300

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ERNST & YOUNG

INVOICE NUMBER: US0130138555

October 29, 2009

KTLA-TV
Mr. Michael E. Weiner
5800 Sunset Blvd.
P.O. Box 500
Los Angeles, CA 90028

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU: **US001**   CLIENT NUMBER: **60022089**

---

For professional service rendered in connection with the third quarter 2009 Los Angeles TVT market survey.

*Total Due* $1,875

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

**CLIENT COPY**

# REMITTANCE ADVICE

## ⫼ ERNST & YOUNG

INVOICE NUMBER: US0130138555

October 29, 2009

KTLA-TV
Mr. Michael E. Weiner
5800 Sunset Blvd.
P.O. Box 500
Los Angeles, CA 90028

**PLEASE REMIT TO:**
Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU: **US001**    CLIENT NUMBER: **60022089**

---

*Total Due* $1,875

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# **EXHIBIT C**

LEGAL02/31614672v1

Compensation by Activity

| Activity | Total hours | Service subtotal |
|---|---|---|
| Initial Planning | 0.0 | 0.00 |
| Step 1 Calculations | 0.0 | 0.00 |
| Step 2 Calculations (Intangibles) | 0.0 | 0.00 |
| Technical review and analysis w/ Client & PwC | 0.0 | 0.00 |
| Technical review and analysis, Step 1 calculations | 15.7 | 4,317.50 |
| Technical review and analysis, Step 2 intangibles | 4.5 | 1,637.50 |
| Technical review and analysis, Step 2 personal property | 0.0 | 0.00 |
| Technical review and analysis, Step 2 leasehold intangibles | 0.0 | 0.00 |
| Step 2 Calculations (Personal Property) | 0.0 | 0.00 |
| Review of Real Property Analyses | 0.0 | 0.00 |
| Leased property valuations | 0.0 | 0.00 |
| Report Writing & Reviewing | 22.8 | 7,470.00 |
| Markety Survey Studies (a) | 44.0 | 4,175.00 |
| Total: | 87.0 | $17,600.00 |

(a) Represents market survey studies for KTLA and WPIX. Both surveys were conducted on a flat fee basis.

# **<u>EXHIBIT D</u>**

LEGAL02/31614672v1

| Professional | Rank | Date | Hours | Description | Activity | Bill rate | Subtotal |
|---|---|---|---|---|---|---|---|
| Mike Kearns | Senior 1&2 | 1-Oct-09 | 2.8 | Preparation of draft valuation exhibits | Technical review and analysis, Step 1 calculations | 275 | 770.00 |
| Mike Kearns | Senior 1&2 | 5-Oct-09 | 2.7 | Edits to exhibits based on Tribune and PwC review | Technical review and analysis, Step 1 calculations | 275 | 742.50 |
| Mike Kearns | Senior 1&2 | 6-Oct-09 | 5.3 | Edits to exhibits based on Tribune and PwC review | Technical review and analysis, Step 1 calculations | 275 | 1,457.50 |
| Mike Kearns | Senior 1&2 | 7-Oct-09 | 4.9 | Preparation of final valuation exhibits | Technical review and analysis, Step 1 calculations | 275 | 1,347.50 |
| Mike Kearns | Senior 1&2 | 8-Oct-09 | 1.1 | Preparation of narrative report - Company overview and transmittal letter | Report Writing & Reviewing | 275 | 302.50 |
| Mike Kearns | Senior 1&2 | 14-Oct-09 | 4.7 | Preparation of narrative report - Television business enterprise valuation section | Report Writing & Reviewing | 275 | 1,292.50 |
| Mike Kearns | Senior 1&2 | 15-Oct-09 | 3.2 | Preparation of narrative report - Newspaper business enterprise valuation section | Report Writing & Reviewing | 275 | 880.00 |
| Mike Kearns | Senior 1&2 | 16-Oct-09 | 1.8 | Preparation of narrative report - Newspaper intangible assets section | Report Writing & Reviewing | 275 | 495.00 |
| Mike Kearns | Senior 1&2 | 21-Oct-09 | 1.5 | Preparation of responses to PwC questions | Technical review and analysis, Step 2 intangibles | 275 | 412.50 |
| Mike Kearns | Senior 1&2 | 22-Oct-09 | 1.0 | Preparation of responses to PwC questions | Technical review and analysis, Step 2 intangibles | 275 | 275.00 |
| Mike Kearns | Senior 1&2 | 30-Oct-09 | 6.0 | Preparation of narrative report - Television intangible assets section | Report Writing & Reviewing | 275 | 1,650.00 |
| Matt Jones | Senior Manager | 7-Oct-09 | 2.0 | Review of final valuation exhibits | Technical review and analysis, Step 2 intangibles | 475 | 950.00 |
| Matt Jones | Senior Manager | 16-Oct-09 | 2.0 | Preliminary final report review | Report Writing & Reviewing | 475 | 950.00 |
| Matt Jones | Senior Manager | 30-Oct-09 | 4.0 | Final report review and proofread | Report Writing & Reviewing | 475 | 1,900.00 |
| Ginny McGee | External Contractor | n/a | 18.0 | Los Angeles TVT Market Survey | Markety Survey Studies | n/a | 1,675.00 |
| Ginny McGee | External Contractor | n/a | 26.0 | New York TVT Market Survey | Markety Survey Studies | n/a | 2,300.00 |

Total: 87.0    17,600.00