# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No.: 08-13141 (KJC) ) |
| TRIBUNE COMPANY, *et al.* | ) Jointly Administered ) |
| Debtors. | ) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)** ) |

PLEASE TAKE NOTICE that the claim(s) of CNI Corporation (underlying creditor or "Transferor"), against the above captioned Debtor in the aggregate total amount of $54,987.50, as set forth in proof of Claim Number 1667 filed 4/23/2009 for $15,167.50, Claim Number 1668 filed 4/23/2009 for $9,070.00, Claim Number 1669 filed 4/23/2009 for $4,860.00, Claim Number 1670 filed 4/23/2009 for $5,000.00, Claim Number 1671 filed 4/23/2009 for $10,445.00 and Claim Number 1672 filed 4/23/2009 for $10,445.00 and all claims of Transferor associated with such claims have been transferred and assigned (absolutely and not for security) to United States Debt Recovery III LP., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** CNI Corporation

Print Name: Jon Dickinson   Title: President
Signature: [signature]   Date: 1/7/2010
Corrected Address (if req.): 394 ELM ST, MILFORD, NH 03055
Phone: 603-673-6600   E-Mail: JD@CNICORP.COM

**TRANSFEREE:**
United States Debt Recovery III LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signature]
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)**<br>) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)**

**Name of Proposed Transferor:**
CNI Corporation
394 Elm Street
Milford, NH 03055

**Name of Transferee:**
United States Debt Recovery III, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

824 North Market Street
3rd Floor
Wilmington, Delaware 19801
302-252-2900

SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk