IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**VERIFIED STATEMENT OF DEUTSCHE BANK TRUST COMPANY AMERICAS, SUCCESSOR INDENTURE TRUSTEE UNDER THE 1992 INDENTURE, THE 1995 INDENTURE AND THE 1997 INDENTURE PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

1. Deutsche Bank Trust Company Americas ("DBTCA" or the "Trustee") is a trust company having an address at: MS NYC 60-2720, 60 Wall Street, New York, New York 10005-2858. The undersigned, Rodney G. Gaughan, is a Vice President of DBTCA and is duly authorized to execute this Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "2019 Statement") on behalf of DBTCA.

2. DBTCA serves as Indenture Trustee under that certain Indenture dated as of March 1, 1992, as amended and supplemented, by and among Tribune Company, et al., (the "Issuer" or the "Company"), and DBTCA, as successor Indenture Trustee, pursuant to which the Company issued those certain 6.25% Medium Term Notes due 2026 (the "1992 Indenture").

3. As of December 8, 2008 (the "Petition Date"), the amount due under the 1992 Indenture (including principal and unpaid interest as of the Petition Date) was $120,500.00.

4. DBTCA serves as Indenture Trustee under that certain Indenture dated as of January 30, 1995, as amended and supplemented, by and among the Company and DBTCA, as successor Indenture Trustee (the "1995 Indenture"). Under the 1995 Indenture, two series of notes were issued: (i) 7.25% Debenture due March 1, 2013; and (ii) the 7.50% Debenture due

ME1 9481576v.2

July 1, 2023.

5. As of the Petition Date, the aggregate amount due under the 1995 Indenture (including principal and unpaid interest as of the Petition Date) was $185,703,520.04.

6. DBTCA serves as Indenture Trustee under that certain Indenture dated as of January 1, 1997 (the "1997 Indenture"; collectively, the 1992 Indenture, the 1995 Indenture and the 1997 Indenture are referred to as the "Indentures"), as amended and supplemented, by and among the Company and DBTCA, as successor Indenture Trustee. Under the 1997 Indenture, three series of notes were issued: (i) 4.875% Debentures due August 15, 2010; (ii) 5.25% Debentures due August 15, 2015; and (iii) 5.67% Debentures due December 8, 2008.

7. As of the Petition Date, the aggregate amount due under the 1997 Indenture (including principal and unpaid interest as of the Petition Date) was $862,246,024.00.

8. The Trustee holds such rights as are provided in the Indentures, the respective notes issued in connection with the Indentures (the "Notes") and all related documents, agreements and instruments executed and delivered in connection therewith. (collectively, the "Documents").[1]

9. The terms of the Trustee's employment as Indenture Trustee are set forth in the Indentures.

10. In accordance with Federal Rule of Bankruptcy Procedure 2019(a), the Trustee submits the following verified statement:

   (a) The respective names and addresses of the record holders of the Notes (who are creditors of the Company) are maintained by The Depository Trust Company with the exception of a minor percentage of the 7.25% Notes (less than 1.0%) which is not maintained by the Depository Trust Company. The identities of holders of the Notes may change from time to time, during the course of the proceedings of this case;

---

[1] Any party wishing to obtain copies of the Documents referenced herein may request same from the Trustee's counsel.

(b) The claims held by the holders of the Notes are in the nature of money loaned, all as evidenced by the Notes, the Indenture, and the Documents;

(c) As of the Petition Date, the Company was and still is indebted pursuant to the 1992 Indenture, the 1995 Indenture and the 1997 Indenture for no less than the amount of $1,048,070,044.04 in principal and interest, plus certain costs and fees, all as provided in the Notes, Indentures and the Documents; and

(d) The Trustee does not own any of the Notes (although the Trustee may hold some Notes as custodian for others who are the beneficial owners) and the Trustee holds only: (i) as Indenture Trustee for the benefit of the holders of the Notes, the claims or interests under the Indenture and the Documents; and (ii) the claims for expenses and liabilities incurred by the Trustee under the Indenture and the Documents.

11. In addition to its rights to take actions in its own name and as trustee of an express trust to collect on the claims of the holders of the Notes or otherwise as provided in the Indentures or by applicable law, the Trustee has claims for reimbursement of reasonable fees and expenses (including reasonable fees and expenses of counsel) for pre-and post-petition services and performance of duties under the Indentures and Documents.

12. Nothing stated herein is with prejudice to any right or remedy that DBTCA may have on behalf of the holders of the Notes or otherwise and all such rights are expressly preserved.

13. The Trustee reserves the right to supplement or amend this statement at any time in the future.

ME1 9481576v.2

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Signed this 11 day of January 2010.

DEUTSCHE BANK TRUST
COMPANY AMERICAS,
as Successor Indenture Trustee

By: _____
Rodney G. Gaughan
Vice President
Deutsche Bank Trust
Company Americas
MS NYC 60-2720
60 Wall Street
New York, New York 10005-2858