**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**MOTION TO FIX HEARING DATE ON, LIMIT NOTICE**
**AND SHORTEN TIME TO OBJECT OR RESPOND TO MOTION**
**OF WILMINGTON TRUST COMPANY FOR APPOINTMENT OF**
**EXAMINER PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE**

Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee, by and through its undersigned counsel, hereby moves this Court for an Order fixing a hearing date, limiting notice and shortening the time to object or respond (the "Motion to Shorten") to Wilmington Trust's Motion for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (the "Motion"). Wilmington Trust is concurrently filing the Motion and is serving the Motion by hand delivery, electronic delivery, or first class mail upon: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee; (d) all Respondents; and (e) all parties requesting notice pursuant to Bankruptcy Rule 2002.

1. By way of this Motion to shorten, Wilmington Trust requests that the Motion be heard on January 27, 2010 at 10:00 a.m., which is the next scheduled omnibus hearing date in this matter. Wilmington Trust avers that no party will suffer any harm by the Court granting the relief requested herein.

2. Moreover, it is necessary for the Motion to be heard on the date requested to allow an examiner to commence his or her investigation as soon as possible to avoid

any undue delay.  The exclusivity period is set to expire on February 28, 2010, and negotiations are ongoing among various parties.  Thus, it is critically important to have an independent third party in place sooner rather than later.

3. If the Court grants this Motion to Shorten and enters an order fixing a hearing date of January 27, 2010 at 10:00 a.m., prevailing Eastern Time and shortens the time to object or respond to the Motion to January 22, 2010 at 4:00 p.m., Wilmington Trust will serve a copy of such order, and a notice of the Motion, on the same parties who were originally served with the Motion via first class mail.

WHEREFORE, Wilmington Trust respectfully requests the entry of an Order (a) fixing a hearing date with respect to the Motion, (b) limiting notice thereof, (c) approving shortening the time to object or respond to the Motion, and (d) for such other and further relief as the Court may deem appropriate.

Dated: January 13, 2010

                      BENESCH, FRIEDLANDER, COPLAN
                         & ARONOFF LLP

By: */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7010  telephone
(302) 442-7012  facsimile

-and-

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800  telephone
(212) 209-4801  facsimile

- and -

3

William M. Dolan III, EsqUIRE
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600  telephone
(401) 276-2601  facsimile

*Counsel to Wilmington Trust Company, as
Successor Indenture Trustee*