IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) Jointly Administered <br> ) |
| Debtors. | ) <br> ) **Re: Docket No. _____** |

**ORDER GRANTING MOTION TO FIX HEARING DATE ON,
LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND
TO MOTION OF WILMINGTON TRUST COMPANY FOR APPOINTMENT OF
EXAMINER PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE**

AND NOW, this \_\_\_\_\_ day of January, 2010, upon consideration of Wilmington Trust's Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (the "Motion"), it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that a hearing on the Motion shall be held on January 27, 2010 at 10:00 a.m., prevailing Eastern Time; and it is further

ORDERED, that any objections to the Motion shall be filed and served not later than January 22, 2010 at 4:00 p.m.; and it is further

ORDERED, that the movant shall cause a copy of the Motion and this Order to be served via first class mail within one (1) business day of the date hereof upon the following persons: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee; (d) all Respondents; and (e) all parties requesting notice pursuant to Bankruptcy Rule 2002.

BY THE COURT:

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge