## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------x
In re:                              :      Chapter 11 Cases
                                    :      Case No. 08-1314 (KJC)
TRIBUNE COMPANY, et al.,            :      (Jointly Administered)
                                    :
                        Debtors.    :
----------------------------------------------------x
```

### DECLARATION OF ROBERT J. STARK

I, ROBERT J. STARK, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner in the law firm of Brown Rudnick LLP, counsel for Wilmington Trust Company ("Wilmington Trust") in the above-referenced matter.  I make this declaration to present the Court with the attached documents in connection with the Motion of Wilmington Trust Company For Appointment of An Examiner Pursuant to Section 1104(c) of the Bankruptcy Code.

2.      Attached hereto as **Exhibit A** is a copy of the Answer to the Complaint and Third-Party Complaint by Citicorp North America, Inc., in its Capacity as Administrative Agent for the First Lien Term Loan in In re Tousa, Inc., Case No. 08-01435 (Bankr. S.D. Fla. Aug. 13, 2008).

3.      Attached hereto as **Exhibit B** is a copy of the Memorandum and Order regarding Defendants' Motion to Dismiss, dated Dec. 17, 2009 (Dkt No. 128) in Neil v. Zell, No. 1:08-cv-06833.

4.      Attached hereto as **Exhibit C** is a copy of the February 2008 edition of the Tribune News Special ESOP Edition.

5.      Attached hereto as **Exhibit D** is a copy of the article by Cynthia Koons and Michael Aneiro, <u>Buyouts Batter Debt Ratings – First Data, Tribune Are Downgraded Amid Risk Worries</u>, Wall Street Journal, April 3, 2007, pg. A6.

6.      Attached hereto as **Exhibit E** is a copy of the McGraw Hill Companies, Inc./S&P Press Release, April 20, 2007.

7.      Attached hereto as **Exhibit F** is a copy of the article by Sarah Ellison, <u>How Will Tribune Pay Its Debts?  Highly Leveraged Deal Leaves Little Room for Error, Despite Tax Breaks</u>, The Wall Street Journal, April 4, 2007, pg. A10.

8.      Attached hereto as **Exhibit G** is a copy of the article by Andrew Ross Sorkin, <u>Workers Pay for Debacle at Tribune</u>, New York Times, Dec. 9, 2008.

9.      Attached hereto as **Exhibit H** is a copy of the Tribune Form 10-K for the fiscal year ending December 30, 2007.

10.     Attached hereto as **Exhibit I** is a copy of the Tribune Form S-3 dated April 25, 2007.

11.     Attached hereto as **Exhibit J** is a copy of the Tribune Form 10-Q, dated May 9, 2007.

12.     Attached hereto as **Exhibit K** is a copy of the Tribune Form 8-K, dated April 5, 2007.

13.     Attached hereto as **Exhibit L** is a copy of the article by Amy Thomas and Shannon D. Harrington, <u>Being Like Zell in August Means 35% in Tribune Deal</u>, Bloomberg.com, December 13, 2007, *available at* http://www.bloomberg.com/apps/news?pid=2060187&sid=aYd0rJItZnRg&dlbk.

14.     Attached hereto as **Exhibit M** is a copy of the Tribune Form 8-K, dated December 28, 2007.

15.     Attached hereto as **Exhibit N** is a copy of the article by Professor Randal C. Picker, Was Zell's Tribune Ever Solvent?, The Legal Infrastructure of Business, Fall, 2009, *available at* http://picker.typepad.com/legal_infrastructure_of_b/2009/11/was-zells-tribune-ever-solvent.html.

16.     Attached hereto as **Exhibit O** is a copy of the Tribune Form SC TO-I, April 25, 2007.

17.     Attached hereto as **Exhibit P** is a copy of the Lehman Brothers' Newspaper Valuation and Stock Scorecard.

18.     Attached hereto as **Exhibit Q** is a copy of the Goldman Sachs Tribune Company Update, December 20, 2007.

19.     Attached hereto as **Exhibit R** is a copy of the article Zell Calls Tribune Co. Buy A 'Mistake', Boston Globe, April 16, 2009, *available at* http://www.boston.com/ae/media/articles/2009/04/16/zell_calls_tribune_co_buy_a_mistake/.

20.     Attached hereto as **Exhibit S** is a copy of the article Sam Zell's Deal from Hell, Business Week, July 30, 2008, *available at* http://www.businessweek.com/magazine/content/08_32/b4095000408330.htm?chan=top+news_top+news+index_top+story.

21.     Attached hereto as **Exhibit T** is a copy of the article by Floyd Norris, The Deal is Encouraging and Absurd, New York Times, April 6, 2007, pg A1.

22.     Attached hereto as **Exhibit U** is a copy of the article by Sarah Ellison and Jennifer S. Forsyth, Zell Wins Tribune In Bid to Revive a Media Empire, Wall Street Journal, April 3, 2007 Pg. A1.

23.     Attached hereto as **Exhibit V** is a copy of the article <u>S&P Cuts Tribune's Ratings</u>

<u>Deeper Into Junk</u>, Reuters UK, Nov. 11, 2008, *available at* http://uk.reuters.com/articlePrint?

articleId=UKN1154167820081111.

24.     Attached hereto as **Exhibit W** is a copy of the article by Frank Ahrens, <u>Zell in</u>

<u>Talks with Geffen on Deal for L.A. Times</u>, Wash. Post, Apr. 5, 2007, at D1, *available at*

http://www.washingtonpost.com/wp-dyn/content/article/2007/04/04/AR2007040402591.html.

25.     Attached hereto as **Exhibit X** is a copy of the report <u>The State of the News Media</u>

<u>2007: An Annual Report on American Journalism</u>, *available at* http://www.stateofthemedia.org/

2007/narrative_overview_economics.asp?cat=4&media=1.

26.     Attached hereto as **Exhibit Y** is a copy of the article <u>Tribune's Bank Lenders May</u>

<u>Seek Unsecured Committee Seats  Tomorrow</u>, Debtwire, December 17, 2008.

I declare that the foregoing is true and correct to the best of my knowledge, information,

and belief.

Dated: January 13, 2010
        New York, New York

                                        /s/ Robert J. Stark
                                        Robert J. Stark, Esq.
                                        Brown Rudnick LLP

# 1719663