# EXHIBIT C



# TRIBUNE NEWS

Information for Employee Owners

**SPECIAL ESOP EDITION**

## Time to Fly!

### CONTENTS

Message from Sam Zell

What's an ESOP?

In GreatBanc We Trust

Your 3-part Retirement Program

How This Thing Works

Paying Down Debt (we gotta lot)

Riveting Q&A

*Real pigs are seldom seen aloft. But the porcelain porker shown here, symbolic of the Tribune ESOP, has good flight potential if the company steps up performance. And as employee owners, we each share responsibility for making that happen. Inside, read all about the new plan and what it means for you.*

EXHIBIT A – 65

# Call Me Sam



Dear Partners,

When we closed the going-private transaction in December, our total debt increased to nearly $13 billion. I put $315 million behind that debt, which was underwritten based on Tribune's historical performance — a level of performance, incidentally, that I believe we can surpass. The employees — you — then acquired 100 percent of the company. I acquired an option to buy 40 percent of the company for $500 to $600 million within the next 15 years.

Let me clarify the most common misperception I've heard on the ESOP: **Employees do not contribute any money toward the plan. What would have been discretionary company contributions to 401(k) accounts going forward are what's financing the ESOP.**

Over the next 10 years, if we perform to the level of our expectations, we will have paid down a significant amount of debt. Our projections assume cash flows in line with 2007 and expectations that newspaper revenues will decline and that broadcast and interactive revenues will increase.

In the end, you and I, together, will own a collection of assets worth billions of dollars, the majority of which will be allocated to employees.

You will still have a 401(k) account that you may elect to fund and the Cash Balance Plan. You will not have invested one nickel into the ESOP.

In all my years of doing deals, this is one of the best risk/reward ratios I've ever seen. There is extraordinary upside if we succeed in stabilizing the print side of our business.

I've said repeatedly that no matter what happens in this transaction, my lifestyle won't change. Yours, on the other hand, could change dramatically if we get this right.

Don't be mistaken; I'm invested in our success. I don't like to lose. And, based on the quality of people I've met so far, I'm betting you don't either.

So, we will change our focus. We will change our reporting patterns. We will change our culture from ground up. We will take intelligent risks, and we will drive Tribune Company to its rightful dominant position in the industry.

Sam

## What's an ESOP?

An Employee Stock Ownership Plan, or ESOP, is fundamentally a retirement benefit, similar to a profit sharing or 401(k) plan. It aligns the interests of the company and its employees — if the company does well, so do those who work for it.

Gains in revenue, productivity and earnings benefit the company, increasing the value of its stock held by the ESOP. That, in turn, increases the value of all employee ESOP accounts.

With an ESOP, employees have a "beneficial ownership" in the company, entitling them to receive the fair market value of the company's stock when they receive distributions from the plan.

ESOP assets are held in a trust outside the company and consist of company stock. Within the ESOP Trust, individual accounts are maintained for participating employees.

## Who's Calling the Shots?

Actually you are. As employee owners, we all share responsibility for improving Tribune's performance and ensuring the company's long-term success. But the question posed above also speaks to the important issue of "governance." That's a fancy word for the formal structure under which the company conducts its business and how, as owners, your personal stake in Tribune is protected.

In a typical public company, shareholders own the stock and vote for the board of directors and on other actions. That's no longer the case at Tribune, where the ESOP now owns 100% of company stock and is the sole shareholder.

GreatBanc Trust Company, the ESOP Trustee, represents the financial interests of employees who are beneficiaries of the plan. It will vote all Tribune shares owned by the ESOP on matters submitted to a shareholder vote, such as the annual election of directors and ratification of the company's auditor. GreatBanc also will obtain a third party valuation of Tribune's stock each year.

GreatBanc was selected by Tribune's board of directors last spring based on its experience as one of the largest providers of ESOP trust services in the country. It acts as the ESOP Trustee for many major corporations, including Hartmarx, Provident Bank, Rite Aid, Sherwin-Williams and Wells Fargo & Company. Tribune employees can count on GreatBanc to represent their best interests.

GreatBanc does not have a seat on Tribune's board of directors, which is consistent with the role of trustees at other ESOP-owned companies. However, the board of directors is elected by, and responsible to, the ESOP.

Directors establish corporate policy and select senior management of the company. Tribune's board has eight members:

**Sam Zell**, Tribune chairman and CEO

**Jeff Berg**, chairman and CEO of International Creative Management

**Brian Greenspun**, chairman and CEO of The Greenspun Corporation and president/editor of the *Las Vegas Sun*

**Betsy Holden**, senior advisor to McKinsey & Company

**Bill Osborn**, chairman of Northern Trust Corporation

**Bill Pate**, chief investment officer of Equity Group Investments

**Maggie Wilderotter**, chairman and CEO of Citizens Communications

**Frank Wood**, CEO of Secret Communications, a venture capital company

Further information about each board member is available at www.tribune.com.

To learn more about Tribune's ESOP Trustee, visit www.greatbanctrust.com.

EXHIBIT A – 66

# THE ESOP *and more*

The ESOP is an exciting new retirement benefit, and one with potential for significant long-term rewards. You should know, however, that Tribune Company's retirement program contains two other elements, one of which is brand new.

On Jan. 1, 2008, eligible Tribune employees began participating in a three-part retirement benefits program composed of the ESOP, a new Cash Balance Plan and the existing 401(k) plan.

The Cash Balance Plan, like the ESOP, is funded entirely by the company. It provides an annual allocation of 3 percent of eligible pay to each participating employee's Cash Balance Plan account. This creates a "floor" retirement benefit that you can count on. There is no investment risk, meaning your account balance can only go up.

The first scheduled Cash Balance Plan allocation will be in early 2009 for the 2008 plan year, and interest will be credited quarterly to employee accounts. Similar to a 401(k), employees may take their vested benefit with them when leaving the company before retirement.

The third element in the Tribune retirement program is your existing 401(k) plan. While the company no longer contributes to employee 401(k) accounts, you may continue to fund your 401(k) independently up to the IRS maximum, which in 2008 is set at $15,500, plus catch-up contributions of $5,000 for those age 50 or older. As before, 401(k) participants can direct their investments as they choose.

If you have a frozen pension plan benefit, that benefit is secure and remains unchanged. Your pension benefit is held in a trust separate from the company, and you'll receive it when you retire. At the end of 2007, Tribune's pension assets were more than $1.8 billion and the plans were overfunded by approximately $400 million.



### New Retirement Program

This chart shows potential retirement program growth, after five and 10 years. Data is presented under three company performance scenarios based on cash flow (CF) increasing 2%, staying flat and declining 2%. Cash flow impacts only ESOP balances, not Cash Balance Plan and 401(k) accounts.

Assumptions: $50,000 salary; target 5% annual ESOP allocation; 3% annual Cash Balance Plan allocation with growth at 10-year Treasury rate; 3% employee 401(k) contribution with 6% annual return.

---

Projections of Tribune's retirement program in this summary are for illustration purposes only and are not a guarantee of future performance. When considering your entire retirement investment portfolio, take into account your other assets, income and investments (i.e., home equity, IRAs, savings accounts, etc.).

The ESOP holds stock. In healthy companies, stock becomes more valuable over time. There are no guarantees with stock and certain factors will have a significant effect on what you receive from the ESOP: 1) New allocations to the account from company contributions, 2) Change in stock value due to paying down debt and 3) Change in stock value due to company performance.

The amounts calculated are balances based not only on the stated assumptions about the sample participant but also on a number of unpredictable variables including economic, market and other conditions. A change to any of these assumptions will change the value of retirement program account balances. Additionally, the amount of the ESOP allocation will vary from year to year.

## Glossary

**Beneficial Ownership** – The right to receive proceeds or benefits from owning a company's stock. Tribune employees who participate in the ESOP are considered beneficial owners.

**ESOP Trustee** – For Tribune, this is the role played by GreatBanc Trust Company. The Trustee is charged with acting in the best financial interests of all ESOP participants.

**Fair Market Value** – The value of Tribune stock as determined by an independent appraiser.

**Leveraged ESOP** – An ESOP is permitted to borrow money to purchase the stock of the sponsoring company — a feature that sets it apart from other employee benefit plans. An ESOP that borrows money, as with Tribune, is called a "leveraged ESOP."

**Operating Cash Flow** – Revenue minus expenses. It can be used to pay down debt and is one indication of a company's financial strength.

**S Corp** – For tax purposes, there are generally two types of companies, C corporations and S corporations. C corporations pay federal taxes on their income directly to the IRS. S corporations pass their income along to their shareholders, who then are responsible for paying the appropriate taxes. Tribune expects to become an S corporation in 2008. As an "S Corp," Tribune's income will effectively flow through to the ESOP, its only shareholder. However, since the ESOP is a tax-exempt retirement plan, it is not subject to income taxes. The S Corp structure therefore frees up cash that can be used to pay down debt.



EXHIBIT A – 67



# HOW THE NEW ESOP WORKS

Tribune's ESOP purchased newly-issued shares of company stock, financed by a loan from Tribune. All of these shares are initially held in the ESOP Trust. Each year, the company makes a contribution to the ESOP, and the ESOP Trust, in turn, will repay the loan. As the ESOP loan is repaid, shares of stock are released and allocated to individual employee accounts held in the ESOP Trust. Tribune is initially targeting an allocation of 5 percent of eligible pay to be made in early 2009.

## Creating Value by Paying Down Debt

Tribune assumed a significant amount of debt, or "leverage," in the transaction to take the company private. Paying down that debt is the key to building equity value in the company. As debt is reduced, the value of employee ESOP accounts will increase. The concept is very similar to a home mortgage—as you pay it down, equity value in your home grows.

Debt is paid down with cash flow. To increase cash flow, it's important for Tribune to increase revenues and contain expenses. The significant cash-producing nature of our publishing and broadcasting businesses, combined with the company's "S Corp" tax status, will contribute to Tribune's ability to make interest payments and pay down debt. The company's total debt is approximately $13 billion.

Tribune designed its ESOP with a great deal of thought about the future. If we manage our businesses well, the company will have sufficient cash flow to grow operations while paying down debt and repurchasing ESOP shares from employees after they retire.

## Valuing Your Account

ESOP participants will receive an annual statement in the first quarter each year, starting in 2009. The statement will reflect the company's annual stock allocation, the value of those shares and the total value of your account.

The value of Tribune shares will be determined annually by an outside appraisal firm selected by GreatBanc Trust Company, the ESOP Trustee. The appraiser identifies the "fair market value" of the stock—a complex process since Tribune stock is no longer publicly traded. GreatBanc's selected appraiser, Duff & Phelps, will review financial documents, conduct site visits and interviews, and study industry and economic analyses.

The stated value of your ESOP account will change based on the annual stock valuation results. Just as they would if Tribune were still a public company, share values can be expected to increase if overall financial performance improves.

The other factor affecting your account's value will be the number of shares you own. Employees can expect a stock allocation early each year for the preceding plan year, with the size of the allocation based primarily on company performance.



**When will I receive Tribune stock through the ESOP?**

**How much will I get?**

**Who is eligible?**

**Do I need to sign up?**

**How does the ESOP affect my pension?**

**How will my ESOP account balance change over time?**

**How will I know what my account is worth?**

**What are the vesting rules?**

**Will I be able to diversify my ESOP account?**

**When can I take money out of my ESOP account?**

**What about taxes?**

www.tribuneathome.com

## ESOP FACTS

- There are more than 9,000 ESOPs in the U.S. with at least 10 million employee participants
- About 3,500 ESOP companies are majority-owned by their ESOP; 2,000 are 100% ESOP-owned
- Most ESOP companies have additional retirement plans
- At least 75% of ESOP companies have leveraged ESOPs
- Tribune and Times Mirror had successful ESOPs that ended in 2003 and 1994, respectively

*Sources: ESOP Association; Tribune Company*



Benefits for union-represented employees are subject to collective bargaining and the benefits summarized in this material may not currently apply. Local Human Resources or Tribune Benefits Service Center representatives can answer any questions about benefits for union-represented employees.

The purpose of this material is to provide highlights of Tribune's new retirement program. Eligibility and benefit payment determinations will be governed by the plan documents. In the event of a discrepancy between the information provided in this material and the plan documents, the plan documents will govern. Tribune Company reserves the right to change, amend or terminate the benefit plans at any time for any reason. Your eligibility for benefits does not guarantee continued employment at Tribune Company or any of its entities.

EXHIBIT A – 69