# EXHIBIT D

Databases selected: Multiple databases...

# THE WALL STREET JOURNAL.
## Buyouts Batter Debt Ratings; First Data, Tribune Are Downgraded Amid Risk Worries

*Cynthia Koons and Michael Aneiro.* **Wall Street Journal.** (Eastern edition). New York, N.Y.: Apr 3, 2007. pg. C.6

**Abstract (Summary)**

Moody's Investors Service put the company's ratings on watch for a possible "multi-notch" downgrade, while Fitch Ratings dropped the company's rating three notches to BBB -- two notches above junk bonds. Fitch said its ratings action affects about $2.5 billion of debt.

Applications ........................ $41,231,975,000 $35,407,100,000 Accepted bids ....................... $17,000,195,000 $14,000,105,000 Accepted noncomp ..................... $1,933,246,000 $1,739,267,000 Accepted frgn non .................... $100,000,000 $125,000,000 Auction price (Rate) ................. 98.758861(4.910%) 97.537944(4.870%) Coupon equivalent ................... 5.055% 5.076% Bids at market yield ................. 61.08% 0.86% Cusip number ........................ 912795ZP9 912795A43

Applications ........................ $35,360,700,000 Accepted bids ....................... $16,000,020,000 Accepted noncompetitively ............ $1,700,000 Auction price (Rate) ................. 99.812403(5.195%) Coupon equivalent ................... 5.292% Bids at market-clearing yld accepted . 80.84% Cusip number ........................ 912795TX9

**Full Text** (682 words)

(c) 2007 Dow Jones & Company, Inc. Reproduced with permission of copyright owner. Further reproduction or distribution is prohibited without permission.

NEW YORK -- Leveraged buyouts swept through the corporate-bond market, with the separate purchases of credit-card and payments processor First Data Corp. and media company Tribune Co. sending the companies' credit ratings downward.

The cost of protecting their bonds also rose -- nearly doubling in the case of First Data -- as the added debt needed to finance the buyouts weighed on the companies' credit standings.

Standard & Poor's cut its corporate credit rating of First Data five notches to BB-plus, the highest rung on the high-yield debt, or junk-bond, ladder, after Kohlberg Kravis Roberts & Co. agreed to purchase the company for $25.6 billion. The agency warned further downgrades are possible.

Moody's Investors Service put the company's ratings on watch for a possible "multi-notch" downgrade, while Fitch Ratings dropped the company's rating three notches to BBB -- two notches above junk bonds. Fitch said its ratings action affects about $2.5 billion of debt.

Lower credit ratings will cost the company more when it taps the market for funds.

The cost of protection, as measured by credit default swaps, rose to between $200,000 and $210,000 annually for $10 million of bonds over five years. The cost was between $105,000 to $110,000 Friday, a market source said.

Investors use credit default swaps, or CDS, to protect bonds against the event of a default as well as to wager on a company's creditworthiness. A rising CDS level means investors reckon the company's ability to meet its debt obligations is deteriorating.

Trading of the company's bonds was light, however. First Data plans to buy back its bonds outstanding in the deal.

Tribune's announcement that it would go private triggered a credit downgrade of the company by two ratings agencies and prompted a review by another. The Chicago-based media company said it has agreed to sell itself to investor Sam Zell, with the company's board of directors choosing Zell's bid over a rival offer.

S&P cut Tribune's corporate credit rating to BB-minus from BB-plus and left its ratings on review for possible further downgrade. S&P said if shareholders approve the transaction as outlined, it would lower the corporate credit rating to B.

Fitch similarly cut Tribune's issuer rating to BB-minus from BB-plus and announced identical downgrades of Tribune's senior unsecured revolving credit facility and its senior unsecured notes. It also said it expects a multiple-notch downgrade if the transaction proceeds as outlined.

Case 08-13141-BLS   Doc 3065-4   Filed 01/13/10   Page 3 of 3

There are minimal covenants in the existing indentures to protect bondholders against leveraging transactions, as there are no financial covenants, change of control provisions, asset-sales restrictions or additional unsecured-debt provisions, Fitch noted.

Moody's Investors Service placed Tribune's Ba1 corporate family rating and its debt ratings on review for possible downgrade.

Treasurys Prices Rise

Yesterday's events offered slim pickings for a further rally in Treasurys, as prices rose.

The benchmark 10-year note was up 2/32 pointto 99 27/32. Its yield fell to 4.644% from 4.651% Friday. The 30-year bond was up 7/32 point at 98 21/32 to yield 4.836%, down from 4.85%.

Hawkish remarks from St. Louis Federal Reserve President William Poole came as more of the same for Treasurys investors. Most had already revised their initial, dovish interpretation of the Fed's March policy statement.

AUCTION RESULTS

Here are the results of the Treasury bill auctions. All bids are awarded at a single price at the market-clearing yield. Rates are determined by the difference between that price and the face value.

13-WEEK 26-WEEK BILLS

13-Week 26-Week

Applications ........................ $41,231,975,000 $35,407,100,000 Accepted bids ........................ $17,000,195,000 $14,000,105,000 Accepted noncomp ..................... $1,933,246,000 $1,739,267,000 Accepted frgn non .................... $100,000,000 $125,000,000 Auction price (Rate) ................. 98.758861(4.910%) 97.537944(4.870%) Coupon equivalent ................... 5.055% 5.076% Bids at market yield ................. 61.08% 0.86% Cusip number ......................... 912795ZP9 912795A43

Both issues are dated April 5. The 13-week bills mature July 5 and the 26-week bills mature Oct. 4.

13-DAY TREASURY CASH MANAGEMENT BILLS

Applications ........................ $35,360,700,000 Accepted bids ........................ $16,000,020,000 Accepted noncompetitively ........... $1,700,000 Auction price (Rate) ................. 99.812403(5.195%) Coupon equivalent .................... 5.292% Bids at market-clearing yld accepted . 80.84% Cusip number ......................... 912795TX9

The bills are dated April 3 and mature April 16.

**Indexing (document details)**

| | |
|---|---|
| Subjects: | Treasury bonds, Bond markets, Credit markets (wsj) |
| Classification Codes | 3400, 9190 |
| Author(s): | Cynthia Koons and Michael Aneiro |
| Document types: | News |
| Column Name: | *Credit Markets* |
| Publication title: | Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 3, 2007. pg. C.6 |
| Source type: | Newspaper |
| ISSN: | 00999660 |
| ProQuest document ID: | 1248829771 |
| Text Word Count | 682 |
| Document URL: | http://0-proquest.umi.com.www.consuls.org/pqdweb?did=1248829771&sid=1&Fmt=3&clientId=23650&RQT=309&VName=PQD |

Copyright © 2010 ProQuest LLC. All rights reserved.

