# EXHIBIT E

CMN        MHP US: S&P: Tribune's $10.1B Secured Financing Rated BB /Wa
           Apr 20 2007  11:58:14


MCGRAW-HILL COS INC ("MHP-BHDNPX3")
- S&P: Tribune's $10.1B Secured Financing Rated BB-/Watch Neg
- (Recovery Rating: 2)

     Standard & Poor's Ratings Services assigned its loan and recovery
ratings to Chicago, Ill.-based Tribune Co.'s proposed approximate $10.1
billion bank facility. The loan was rated 'BB-' (at the same level as the
corporate credit rating on Tribune) with a recovery rating of '2',
indicating the expectation for substantial (80%-100%) recovery of principal
in the event of a payment default. Concurrently, the 'BB-' loan rating was
placed on CreditWatch with negative implications in accordance with the
corporate credit rating on the company. (For the complete recovery
analysis, see Standard & Poor's recovery report on Tribune's secured
financing, to be published on RatingsDirect immediately following the
release of this report.)

     The 'BB-' corporate credit rating (and other ratings) on Tribune
remains on CreditWatch with negative implications as the company completes
a leveraged buyout transaction valued at just less than $14.5 billion
(incorporating the assumption or repayment of approximately $5.7 billion of
debt, which includes the principal amount of Tribune's PHONES).
Furthermore, based on our analysis of the proposed capital structure, we
have determined that if shareholders approve the transaction as outlined,
we would lower the corporate credit rating to 'B' with a stable outlook.
Under these circumstances, the bank loan rating would also be lowered to
'B'.

     The rating on Tribune's existing unsecured notes are currently rated
'BB-'. Upon the close of the proposed bank transaction, Standard & Poor's
will lower the rating on these unsecured notes to 'B' from 'BB-'. This
rating will remain on CreditWatch with negative implications and will be
lowered further to 'CCC+' if shareholder approval for the LBO is obtained.
While these notes will benefit from the same security package as the
proposed bank facility due to negative pledge covenants in existing bond
indentures, they will not benefit from upstream guarantees from the
company's operating subsidiaries as is the case with the bank facility,
which will benefit from a senior guarantee. Also, given the amount of
priority debt ahead of these notes, we will assign them a recovery rating
of '5' upon the close of the proposed bank transaction, indicating the
expectation for negligible (0%-25%) recovery of principal in the event of a
payment default.

     Tribune will be taken private through a newly formed employee stock
ownership plan (ESOP) and a $315 million investment by Sam Zell. This going
private transaction is expected to occur in two steps.

     Upon completion of the merger, Zell's initial $250 million investment
will be redeemed and he will make a new investment of $315 million through
the purchase of a $225 million 11-year subordinated note and a 15-year
warrant, for a purchase price of $90 million. The warrant will entitle him
to acquire 40% of the common stock on a fully diluted basis for an
aggregate exercise price of initially $500 million, which will increase by
$10 million per year in the first 10 years, for a maximum exercise price of
$600 million. Upon completion of the transactions, the ESOP will own 100%
                         Copyright (c) 2010

CMN         MHP US: S&P: Tribune's $10.1B Secured Financing Rated BB /Wa
            Apr 20 2007  11:58:14

of Tribune's common stock, which is subject to dilution upon the exercise of Zell's warrant. In addition, the company has announced that it will begin a process to sell the Chicago Cubs and the company's 25% interest in Comcast SportsNet Chicago, with completion expected in the fourth quarter of 2007; proceeds will be used to repay debt. The successful completion of these sales is factored into our rating conclusions.

   "The CreditWatch resolution would occur once shareholders have approved the LBO transaction as outlined, and the corporate credit rating would be lowered to 'B' from 'BB-'" noted Standard & Poor's credit analyst Peggy Hebard. "The rating outlook would be stable."

   The expected 'B' rating would reflect the company's highly leveraged capital structure, weakened credit measures, and reduced cash flow-generating capability as a result of its LBO and associated heavy interest burden. The rating would also underscore Tribune's exposure to the very challenging revenue climates and competitive market conditions affecting its newspaper and broadcasting operations, and its aggressive financial policy. Tribune's near-term credit profile will be largely dictated by the company's sizable financial leverage, with liquidity a key factor in Standard & Poor's rating surveillance. Nonetheless, credit quality is supported by a satisfactory business risk profile, reflecting Tribune's leading and diversified mix of newspaper and broadcasting properties.

   Complete ratings information is available to subscribers of RatingsDirect, the real-time Web-based source for Standard & Poor's credit ratings, research, and risk analysis, at www.ratingsdirect.com. All ratings referenced herein can be found on Standard & Poor's public Web site at www.standardandpoors.com; under Credit Ratings in the left navigation bar, select Find a Rating, then Credit Ratings Search.

Analyst Contacts:

Peggy Hwan Hebard,CFA,CPA, New York (1) 212-438-2319
Emile Courtney, CFA, New York (1) 212-438-7824

   The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer.  The McGraw-Hill Companies, Inc. reserves the right, subject to applicable local law, to monitor and review the content of any electronic message or information sent to or from McGraw-Hill employee e-mail addresses without informing the sender or recipient of the message.

   Standard & Poor's, a division of The McGraw-Hill Companies (NYSE:MHP), is the world's foremost provider of financial market intelligence, including independent credit ratings, indices, risk evaluation, investment research and data. With approximately 8,500 employees, including wholly owned affiliates, located in 21 countries. Standard & Poor's is an essential part of the world's financial infrastructure and has played a
                         Copyright (c) 2010

CMN          MHP US: S&P: Tribune's $10.1B Secured Financing Rated BB /Wa
             Apr 20 2007  11:58:14
leading role for more than 140 years in providing investors with the
independent benchmarks they need to feel more confident about their
investment and financial decisions. For more information, visit
http://www.standardandpoors.com.

Key Contacts:
Americas Media Relations: (1) 212-438-6667
media_ relations@standardandpoors.com

Americas Customer Service: (1) 212-438-7280
research_request@standardandpoors.com

TEL:  212-438-6634   Edward Sweeney, Media, S&P
EMAIL:  edward_sweeney@standardandpoors.com
                     _____
       _____
            (c) Market News Publishing Inc.  Tel:(604) 689-1101
                All rights reserved.         Fax:(604) 689-1106

Provider ID: 00000690
-0- Apr/20/2007 15:58 GMT

Copyright (c) 2010