IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: February 2, 2010 at 4:00 p.m.<br>Hearing Date: TBD<br>Related to Docket Nos. 2417, 2614 and 2978 |

**SECOND INTERIM FEE APPLICATION OF DOW LOHNES PLLC, SPECIAL REGULATORY COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | **DOW LOHNES PLLC** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **June 14, 2009** *nunc pro tunc* **to May 26, 2009** |
| Period for which Compensation and Reimbursement is sought: | **September 1, 2009 through November 30, 2009** |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | **$736,130.00** |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | **$5,473.88** |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | **$588,904.00 (projected)*** |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | **$5,473.88 (projected)*** |
| Total Amount of Holdback Fees Sought for applicable period *** | **$147,226.00** (includes 20% holdback attributable to fourth, fifth and sixth monthly fee applications) |

\*     Dow Lohnes has received $469,744.00 in fees and $4,674.22 in expenses in connection with the fourth (Sept.) and fifth (Oct.) monthly applications. If no objections are received to the sixth (Nov.) monthly fee application by January 19, 2010, Dow Lohnes also anticipates receipt of $119,160.00 in fees and $799.66 in expenses in connection with that fee application.
\*\*    Dow Lohnes seeks allowance of the 20% holdback for the fourth, fifth and sixth monthly fee applications.

# TRIBUNE COMPANY, ET AL.

## SUMMARY OF BILLING BY PROFESSIONAL
### SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 4.7 | 1,175.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1993 (VA) & 1994 (DC) | 510 | 75.6 | 38,556.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 130.8 | 94,830.00 |
| Krista E. Gallagher | Paralegal (since 2007); Communications; n/a | 145 | 1.9 | 275.50 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 24.4 | 16,226.00 |
| Daniel A. Kirkpatrick | Associate (since 2003); Communications; 2003 (VA) & 2004 (DC) | 335 | 138.5 | 46,397.50 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 88.6 | 57,147.00 |
| Jacob Lubetkin | Paralegal (2007); Litigation; n/a | 140 | 5.7 | 798.00 |
| Christopher L. Meazell | Of Counsel (since 2007); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 45.2 | 18,080.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 11.6 | 2,784.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 (MD) | 520 | 2.3 | 1,196.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 255 | 36.3 | 9,256.50 |
| Jason E. Rademacher | Senior Counsel (since 2009); Communications; 2000 (DC) & 2000 (WI) | 420 | 519.8 | 218,316.00 |

| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 401.9 | 231,092.50 |
|---|---|---|---|---|
| **TOTALS** | | | **1,487.3** | **736,130.00** |
| **BLENDED RATE** | | **$494.94** | | |

[1] The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2009 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

# Tribune Company, et al.

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 1,442.1 | 718,050.00 |
| Fee Applications 08656.0101 | 45.2 | 18,080.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **1,487.3** | **736,130.00** |

| Tribune Company, et al. | | |
|---|---|---|
| EXPENSE SUMMARY | | |
| SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009 | | |
| Expense Category | Service Provider (if applicable) | Total Expense |
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 1,939.72 |
| Court Costs | | 0.00 |
| Document Delivery Services | | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service (2) | Lexis | 2,712.75 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 130.75 |
| Mesenger Services | UPS | 50.67 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | Pacer | 29.47 |
| Postage | | 0.43 |
| Search Services | Berry Best Services | 87.24 |
| Telephone Tolls | | 200.60 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service (2) | WestLaw | 322.25 |
| | | |
| **Total** | | **5,473.88** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).
(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | **Objection Date: February 2, 2010 at 4:00 p.m.**<br>**Hearing Date: TBD**<br>**Related to Docket Nos. 2417, 2614 and 2978** |

**SECOND INTERIM FEE APPLICATION OF DOW LOHNES PLLC , SPECIAL
REGULATORY COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
INTERIM PERIOD FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

Dow Lohnes PLLC (the "Applicant"), special regulatory counsel to the Debtors in the above-captioned chapter 11 cases, hereby submits its second interim fee application (the "Interim Fee Application") for allowance of compensation and reimbursement of expenses for the interim period from September 1, 2009 through November 30, 2009, and respectfully represents as follows:

## INTRODUCTION

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

4. The Debtors sought approval of this Court to retain Dow Lohnes as special regulatory counsel pursuant to 11 U.S.C. §§ 327(a) and 1107, by application filed on June 26, 2009.

5.      By Order dated July 14, 2009 and as Amended on October 14, 2009, the Court approved the retention of Dow Lohnes as special regulatory counsel in these proceedings, *nunc pro tunc* to May 26, 2009.

6.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are sections 327, 331, and 503 of the Bankruptcy Code.

7.      On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"), and on January 6, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"). Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors. Specifically, Applicant seeks interim approval and allowance of compensation in the amount of $736,130.00 for professional services rendered, and reimbursement of actual and necessary expenses incurred in the amount of $5,473.88, during the interim period from September 1, 2009 through November 30, 2009, as detailed in the chart below.

| Application Docket No. Date Filed/Served | CONO Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|---|
| Fourth Monthly D.I. 2417 10/26/2009 | 11/16/09 D.I. 2574 | 9/1/09 – 9/30/09 | $267,570.00 | $2,630.67 | $214,056.00 | $2,630.67 | $53,514.00 |
| Fifth Monthly D.I. 2614 11/23/2009 | 12/16/2009 D.I. 2870 | 10/1/09 – 10/31/09 | $319,610.00 | $2,043.55 | $255,688.00 | $2,043.55 | $63,922.00 |
| Sixth Monthly D.I. 2978 12/30/2009 | Obj. due 1/19/2010 | 11/1/09 – 11/30/09 | $148,950.00 | $799.66 | $119,160.00 | $799.66 | $29,790.00 |
| **Totals** | | | **$736,130.00** | **$5,473.88** | **$588,904.00** | **$5,473.88** | **$147,226.00** |

8.    Notice of this Interim Fee Application has been provided in accordance with the Fee Order to: (i) the Office of the United States Trustee; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent; (iii) counsel to the Administrative Agent for the Prepetition Lenders, JPMorgan Chase Bank, N.A.; (iv) the Debtors; (v) counsel to the Committee; and (vi) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002. Applicant submits that no other or further notice need be provided.

WHEREFORE, Dow Lohnes PLLC respectfully requests that the Court enter an Order: (i) granting the Application and authorizing interim allowance of compensation in the amount of $736,130.00 for professional services rendered and $5,473.88 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: January 15, 2010

Respectfully submitted,

*/s/ Christopher L. Meazell*

Christopher L. Meazell
DOW LOHNES PLLC
Three Partners Place
Suite 230
201 David Boren Blvd.
Norman, OK 73072
(404) 514-0045
cmeazell@dowlohnes.com

John R. Feore
DOW LOHNES PLLC
1200 New Hampshire Ave., NW
Suite 800
Washington, DC 20036
(202) 776-2786
jfeore@dowlohnes.com

SPECIAL REGULATORY COUNSEL TO
DEBTORS AND DEBTORS IN POSSESSION