**EXHIBIT 1**

# Hungerford, Aldrin, Nichols & Carter, P.C.
_____CPAs & CONSULTANTS

January 12, 2001

Mark Boe, DOS
WGN-TV
2501 Bradley W. Place
Chicago, IL 60618

Dear Mr. Boe:

We are pleased that you will be participating in the Hungerford Television Revenue Report for Chicago. The following proposal will outline the terms and objectives of our engagement and the nature and limitations of the services we will provide. With your cooperation, we will provide you with confidential and accurate market sales information to help you manage your sales effort.

WGN-TV will provide Hungerford, Aldrin, Nichols & Carter, P.C. with the following necessary information:

1. Complete the name, email address and phone number of your designated representative who will be responsible for submitting your monthly sales figures.

| | | |
|---|---|---|
| Name | Email Address | Phone Number |

2. Names and email addresses of up to four additional people to whom you want these reports sent.

| | |
|---|---|
| | |
| | |
| | |
| Email: | Email: |
| | |
| | |
| | |
| | |
| Email: | Email: |



Centennial Park East
2910 Lucerne Drive, SE
Grand Rapids, Michigan 49546-7175
Phone: (616) 949-3200  Fax: (616)949-7720
E-mail: postmaster@hanc.com

Mark Boe
January 12, 2001
Page 2

3. Sign the acceptance portion below and return a copy of this letter to us.

4. Complete and return by January 31st the Microsoft Excel – 2000 Historical Revenue Transmittal Form. This file is an attachment to our email.

Hungerford, Aldrin, Nichols & Carter, P.C. will provide the following service to WGN-TV:

1. Approximately five days after the end of a calendar month we will email your station's designated representative a Monthly Transmittal Form to obtain gross revenue figures for the prior calendar month. This will start on February 5, 2001.

2. We will issue your confidential reports on about the 10th of each month via email. These reports will be zipped and password protected.

Our engagement is limited to a compilation of data reported by the participants. Therefore, our engagement cannot be relied upon to disclose errors or irregularities that may exist. All financial information supplied us will be held in strict confidence.

Our fee will be $900 for 2001. An invoice for $450 will be sent in April and October of 2001.

If you would like to receive copies of reports for each month of 2000 for an additional fee of $450, please send you request to Clifford Aldrin at Caldrin@hanc.com.

Our service can be modified or canceled at anytime by written notification.

If the foregoing proposal is acceptable to you, please sign this participation letter in the space provided below and return it by January 19, 2001.

Please call or email me if you have any questions.

Very truly yours,
HUNGERFORD, ALDRIN, NICHOLS & CARTER, P.C.

*Clifford A. Aldrin*

Clifford A. Aldrin, C.P.A.

ACCEPTANCE:

WGN-TV

_____
Name

_____
Title

_____
Date

# Hungerford, Aldrin, Nichols & Carter, P.C.
_____CPAs & CONSULTANTS

May 2, 2001

Ms. Carolyn Hudspeth - Controller
KDAF-TV
8001 John Carpenter Freeway
Dallas, TX 75247


Dear Ms. Hudspeth:

We are pleased that you will be participating in the Hungerford Television Revenue Report for Dallas-Fort Worth. The following proposal will outline the terms and objectives of our engagement and the nature and limitations of the services we will provide. With your cooperation, we will provide you with confidential and accurate market sales information to help you manage your sales effort.

KDAF-TV will provide Hungerford, Aldrin, Nichols & Carter, P.C. with the following necessary information:

1. Complete the name, email address and phone number of your designated representative who will be responsible for submitting your quarterly sales figures.

| | | |
|---|---|---|
| Name | Email Address | Phone Number |

2. Names and email addresses of up to four additional people to whom you want these reports emailed each quarter.

| | |
|---|---|
|  |  |
|  |  |
|  |  |
| Email: | Email: |
|  |  |
|  |  |
|  |  |
|  |  |
| Email: | Email: |



Centennial Park East
2910 Lucerne Drive, SE
Grand Rapids, Michigan 49546-7175
Phone: (616) 949-3200  Fax: (616)949-7720
E-mail: postmaster@hanc.com

Ms. Carolyn Hudspeth
May 2, 2001
Page 2

    3. Sign the acceptance portion below and return a copy of this letter to us.

    4. Complete and return by May 15, 2001 the Microsoft Word – 1999 / 2000 Historical Revenue Transmittal Form. This file is an attachment to this email letter.

Hungerford, Aldrin, Nichols & Carter, P.C. will provide the following service to KDAF-TV:

    1. Approximately five days after the end of a calendar quarter we will email your station's designated representative a Quarterly Transmittal Form to assist in submission of gross revenue figures for the prior Gregorian calendar quarter. This will start on May 20, 2001.

    2. We will issue your confidential reports on about the 15th of each month following the end of a calendar quarter via email. The reports will be zipped and password protected.

Our engagement is limited to a compilation of data reported by the participants. Therefore, our engagement cannot be relied upon to disclose errors or irregularities that may exist. All financial information supplied us will be held in confidence.

Our fee for 2001 will be $125 per quarter. An invoice for $250 will be sent in May and October of 2001.

If you would like to receive copies of reports for each quarter of 2000 for a one-time fee of $250, please send your request to Clifford Aldrin at Caldrin@hanc.com. This amount will be added to the May invoice.

Our service can be modified or canceled at anytime by written notification.

If the foregoing proposal is acceptable to you, please sign this participation letter in the space provided below and return it by May 15, 2001.

Please call or email me if you have any questions.

Very truly yours,
HUNGERFORD, ALDRIN, NICHOLS & CARTER, P.C.

*Clifford A. Aldrin*

Clifford A. Aldrin, C.P.A.

ACCEPTANCE:

KDAF-TV

_____
Name

_____
Title

_____
Date

EXHIBIT 1

# Hungerford, Aldrin, Nichols & Carter, P.C.
_____CPAs & CONSULTANTS

April 30, 2008

Jim Zerwekh
General Manager
KWGN-TV
6160 S Wabash Way
Greenwood Village, CO 80111-5108

Dear Mr. Zerwekh:

We are pleased that you are interested in participating in a Denver, Colorado Hungerford Television Revenue Report. The following proposal will outline the terms and objectives of such an engagement and the nature and limitations of the services to be provided. With the market's cooperation, we can provide you with confidential and accurate market sales information to help each station manage its sales effort.

KWGN-TV will provide Hungerford, Aldrin, Nichols & Carter, P.C. (Hungerford) with the following necessary information:

1. **Complete the name, e-mail address and phone number of your designated representative who will be responsible for submitting your quarterly revenue.**

| Dennis O'Brien | dobrien@cw2.com | 303-740-2854 |
|---|---|---|
| Name | E-mail Address | Phone Number |

2. **Complete the name, address and e-mail address of recipients to whom you want KWGN-TV revenue reports e-mailed or mailed.**

| Dennis O'Brien — CW2 | John Strassner |
|---|---|
| 6160 S. Wabash Way | CW2 |
| Greenwood Village, CO 80111 | 6160 S. Wabash Way |
|  | Greenwood Village, CO 80111 |
| E-mail: dobrien@cw2.com | E-mail: jstrassner@cw2.com |
| Jim Zerwekh |  |
| CW2 |  |
| 6160 S. Wabash Way |  |
| Greenwood Village, CO 80111 |  |
| E-mail: jzerwekh@cw2.com | E-mail: |

Centennial Park East
2910 Lucerne Drive, SE
Grand Rapids, Michigan 49546-7175
Phone: (616) 949-3200  Fax: (616)949-7720
E-mail: hungerfordreports@hanc.com

Mr. Jim Zerwekh
April 30, 2008
Page 2

    **3. Return this completed letter to Hungerford via fax at (616) 726-6154 or via e-mail at charper@hanc.com.**

Hungerford will prepare quarterly market revenue reports beginning with the first quarter of 2008. The revenue amounts will be supplied by each station's business manager. The quarterly reports will initially summarize the following revenue categories: local spot, local political, national spot, national political, local Internet and national Internet. The report content may be subsequently be modified if all market participants consent to any proposed changes.

Our engagement is limited to a compilation of data reported by the participants. We will not be auditing or reviewing the report schedules; accordingly we will not express an opinion or other form of assurance regarding the data contained therein. Our engagement cannot be relied upon to disclose errors or irregularities that may exist. All individual station financial information supplied us will be held in confidence.

The annual fee to prepare the report for all quarters of 2008 is $610 per reporting station. If a station reports corrected or revised revenue subsequent to the initial distribution of a quarterly report, that station will be charged an additional fee at our firm's standard billing rates for the time required to reprocess the market reports.

Our service can be modified or canceled at anytime with 30 days written notification.

Please call me at (616) 726-6054 or e-mail me at charper@hanc.com if you have any questions.

Very truly yours,
HUNGERFORD, ALDRIN, NICHOLS & CARTER, P.C.

Christopher J. Harper, CPA, MBA
Senior Manager

*Exhibit 1*

# Hungerford, Aldrin, Nichols & Carter, P.C.
## CPAs & CONSULTANTS

May 12, 2004

Ms. Bonnie Hunter
WXMI-TV
3117 Plaza Dr. NE
Grand Rapids, MI 49525


Dear Ms. Hunter:

We are pleased that you will be participating in the Hungerford Television Revenue Report for Grand Rapids / Kalamazoo. The following proposal will outline the terms and objectives of our engagement and the nature and limitations of the services we will provide. With your cooperation, we will provide you with confidential market sales information to help you manage your sales effort.

WXMI-TV will provide Hungerford, Aldrin, Nichols & Carter, P.C. with the following necessary information:

1. Complete the name, email address and phone number of your designated representative who will be responsible for submitting your quarterly sales.

|  |  |  |
|---|---|---|
| Name | Email Address | Phone Number |

2. Complete the name, address and email address of those you want WXMI-TV Revenue Reports mailed or emailed each quarter.

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
| Email: | Email: |
|  |  |
|  |  |
|  |  |
|  |  |
| Email: | Email: |



Centennial Park East
2910 Lucerne Drive, SE
Grand Rapids, Michigan 49546-7175
Phone: (616) 949-3200  Fax: (616)949-7720
E-mail: postmaster@hanc.com

Ms. Bonnie Hunter
May 12, 2004
Page 2

      3. Complete the various sections of this letter and return it ASAP.

      4. Complete the attached Microsoft Excel 2000/2001 and 2002/2003 Historical Revenue Transmittal worksheets and return them by May 20, 2004.

Hungerford, Aldrin, Nichols & Carter, P.C. will provide the following service to WXMI-TV:

      1. In the first day or two of a new Gregorian calendar quarter your station's designated representative will be emailed a Revenue Transmittal Form that will ask for your station's gross Gregorian calendar quarter revenue for the agreed upon revenue categories for the quarter just completed. Your first Revenue Transmittals for 2004 will be issued once we have processed all the back reports.

      2. Quarterly Grand Rapids / Kalamazoo Television Revenue Reports will be issued within 15 days after the end of the calendar quarter being reported upon.

Our engagement is limited to a compilation of data reported by the participants. Therefore, our engagement cannot be relied upon to disclose errors or irregularities that may exist. All individual station financial information supplied us will be held in confidence.

The fee to prepare the quarterly reports for 2000/2001 and 2001/2002 and 2002/2003 will be $500. The fee for 2004 quarterly reports will be $540. An invoice for the back reports and the first half of 2004 will be issued in May. An invoice for the second half of 2004 will be issued in September for $270.

Our service can be modified or canceled at anytime with 30 days written notification.

Please call or email if you have any questions.

Very truly yours,
HUNGERFORD, ALDRIN, NICHOLS & CARTER, P.C.

*Clifford A. Aldrin*

Clifford A. Aldrin, C.P.A.
Shareholder in Charge of Broadcast Services

Exhibit 1

# Hungerford, Aldrin, Nichols & Carter, P.C.
_____CPAs & CONSULTANTS

July 31, 2006

Mr. Jerry Martin
General Manager
WXIN-TV and WTTV-TV
6910 Network Place
Indianapolis, IN 46278

Dear Mr. Martin:

We are pleased that you are interested in participating in an Indianapolis Television Revenue Report. The following proposal will outline the terms and objectives of such an engagement and the nature and limitations of the services to be provided. With the market's cooperation, we can provide you with confidential and accurate market sales information to help each station manage its sales effort.

WXIN-TV and WTTV-TV will provide Hungerford, Aldrin, Nichols & Carter, P.C. (Hungerford) with the following necessary information:

1. Complete the name, email address and phone number of your designated representative who will be responsible for submitting your semi-annual revenue.

| | | |
|---|---|---|
| Name | Email Address | Phone Number |

2. Complete the name, address and email address of those you want WXIN-TV and WTTV-TV revenue Reports emailed or mailed.

| | |
|---|---|
| | |
| | |
| | |
| Email: | Email: |
| | |
| | |
| | |
| | |
| Email: | Email: |



Centennial Park East
2910 Lucerne Drive, SE
Grand Rapids, Michigan 49546-7175
Phone: (616) 949-3200  Fax: (616)949-7720
E-mail: postmaster@hanc.com

Mr. Jerry Martin
July 31, 2006
Page 2

3. Complete sections #1 and #2 above and return page one to Hungerford.

4. Complete the Microsoft Excel 2006 / 2005 Revenue Transmittal worksheets that are attached to the email containing this letter and return it to Hungerford.

Hungerford will prepare semi-annual market revenue reports beginning with the first half of 2006. The semi-annual reports will summarize the following revenue categories: local spot, local political, local paid programming, national spot, national political, national paid programming, total spot, total political and total paid programming. The report content may be subsequently be modified if all market participants consent to any proposed changes.

Our engagement is limited to a compilation of data reported by the participants. Therefore, our engagement cannot be relied upon to disclose errors or irregularities that may exist. All individual station financial information supplied us will be held in confidence.

Hungerford will not charge a fee for the first half of 2006. The fee to prepare the report for the second half of 2006 is $280 per reporting station. The annual fee to prepare the report for the first and second halves of 2007 is $560 per reporting station.

Our service can be modified or canceled at anytime with 30 days written notification.

Please call me at (616) 726-6054 or e-mail me at charper@hanc.com if you have any questions.

Very truly yours,
HUNGERFORD, ALDRIN, NICHOLS & CARTER, P.C.

Christopher J. Harper, CPA, MBA
Manager in Charge of Broadcast Services

Jerry W. Nichols, CPA
Shareholder

EXHIBIT 1

# Hungerford, Aldrin, Nichols & Carter, P.C.
CPAs & CONSULTANTS

October 2, 2001

Ms. Patti Buchert
WGNO-TV / WNOL-TV
1400 Poydras St. - Ste 745
New Orleans, LA 70112

Dear Ms. Buchert:

We are pleased that you will be participating in the Hungerford Television Revenue Report for New Orleans. The following proposal will outline the terms and objectives of our engagement and the nature and limitations of the services we will provide. With your cooperation, we will provide you with confidential and accurate market sales information to help you manage your sales effort.

WGNO-TV / WNOL-TV will provide Hungerford, Aldrin, Nichols & Carter, P.C. with the following necessary information:

1. Complete the name and email address and phone number of your designated representative who will be responsible for submitting your monthly sales figures.

|  |  |  |
|---|---|---|
| Name | Email Address | Phone Number |

2. Names, address and email address of up to four additional people to whom you want FINAL Revenue Report mailed or emailed to each quarter.

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
| Email: | Email: |
|  |  |
|  |  |
|  |  |
|  |  |
| Email: | Email: |



Centennial Park East
2910 Lucerne Drive, SE
Grand Rapids, Michigan 49546-7175
Phone: (616) 949-3200  Fax: (616)949-7720
E-mail: postmaster@hanc.com

**Ms. Patti Buchert**
**October 2, 2001**
**Page 2**

3. Names and email address of up to four additional people to whom you want PRELIMINARY reports emailed each quarter.

| | |
|---|---|
| | |
| | |
| | |
| Email: | Email: |
| | |
| | |
| | |
| | |
| Email: | Email: |

4. Names, address and email address of up to four additional people to whom you want the Mid-Quarter Forward Pacing Reports emailed to each quarter.

| | |
|---|---|
| | |
| | |
| | |
| Email: | Email: |
| | |
| | |
| | |
| | |
| Email: | Email: |

5. Complete the various sections of this letter and return it by October 12, 2001.

6. Complete and return by October 12, 2001 the Microsoft Excel – 2000 / 2001 Historical Revenue Transmittal Form. It is an attached file to this emailed letter.

Ms. Patti Buchert
October 2, 2001
Page 3


Hungerford, Aldrin, Nichols & Carter, P.C. will provide the following service to WGNO-TV / WNOL-TV:

1. On approximately the 15 day of the second month of each calendar quarter we will email your station's designated representative a Mid-Quarter Forward Pacing Report Transmittal Form to assist in submission of gross revenue and bookings for each Gregorian calendar month within that quarter. This will start on November 15, 2001.

2. In the first day or two of a new Gregorian calendar quarter we will email your station's designated representative a Revenue Transmittal Form that will ask for your station's gross Gregorian calendar month revenue by agreed upon revenue categories for each month in the quarter just completed. This will start on January 2, 2002.

   The Mid-Quarter Forward Pacing Report will be issue 24 hours after receipt of the last station to report via email. The report will be zipped and password protected.

   The quarter ending Television Revenue Report, which will include individual monthly reports, will be issued PRELIMINARILY 24 hours after receipt of the last station to report via email. The report will be zipped and password protected. We ask that corrections to the PRELIMINARY Report be submitted within 10 days. After the 10-day waiting period has passed FINAL Reports will be issued via mail or email.

Our engagement is limited to a compilation of data reported by the participants. Therefore, our engagement cannot be relied upon to disclose errors or irregularities that may exist. All financial information supplied us will be held in confidence.

The Greater New Orleans Broadcasters Association will pay the fee for our services, except for the optional back revenue reports mentions in the next paragraph.

If you would like to receive copies of reports for each quarter of 2000 plus the first and second quarters of 2001 for a one-time fee of $250, please send an email request to Clifford Aldrin at Caldrin@hanc.com. This amount will be invoiced directly to each station requesting the reports.

Our service can be modified or canceled at anytime by written notification.

Please call or email if you have any questions.

Very truly yours,
HUNGERFORD, ALDRIN, NICHOLS & CARTER, P.C.

*Clifford A. Aldrin*

Clifford A. Aldrin, C.P.A.
Shareholder in Charge of Broadcast Services