# SIGN-IN-SHEET

**CASE NAME:   Tribune Company**
**CASE NO. 08-13141-KJC**

**COURTROOM LOCATION: 5**
**DATE: January 14, 2010**

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tom Horan | Womble Carlyle | Great Banc |
| Laurie Selber Silverstein | Potter Anderson, Corroon LLP | Merrill Lynch |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 01/14/2010

Calendar Time: 01:30 PM

1st Revision 01/14/2010 06:21 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292899 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291075 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291174 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291240 | Rebecca Butcher | 302-467-4415 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3290345 | Katherine Cruz | (212) 715-9308 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Ad Hoc Lenders Counsel / LISTEN ONLY |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3290867 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291494 | Joseph Drayton | (212) 836-7177 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292939 | Jim Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292907 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |

Peggy Drasal

CourtConfCal2007

Page 3 of 6

| Case | Case No. | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292801 | Andrew Goldfarb | (202) 778-1800 ext. 1822 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292710 | Sarah Johnson | 212-478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292363 | Sharon Katz | (212) 450-4000 | Davis Polk & Wardwell, LLP | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3290354 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292914 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292891 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3290229 | Garvan McDaniel | 302-429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291365 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291514 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291226 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3291523 | Laurie Silver Silverstein _IN COURTROOM_ | 302-984-6000 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League | 08-13141 | Hearing | 3292371 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |

| Case | Case No. | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League) | 08-13141 | Hearing | 3290241 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company and Tribune CNLBC, LLC (f/k/a Chicago National League) | 08-13141 | Hearing | 3292917 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |