UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                     :
                                                             :   Jointly Administered
                        Debtors.                             :
                                                             :   Hearing Date: To Be Determined.
                                                             :
------------------------------------------------------------ x   Objections Due: February 3, 2010 @ 4:00 p.m. (ET)

## CERTIFICATION OF HOWARD SEIFE

Howard Seife, an attorney at law, duly admitted in good standing to practice in the State of New York hereby certifies that:

1. I am a partner with the law firm of Chadbourne & Parke LLP ("Chadbourne") and am duly authorized to make this Certification on behalf of Chadbourne.

2. Chadbourne was retained by the Official Committee of Unsecured Creditors as co-counsel pursuant to an Order of this Court.

3. This Certification is made in support of the Fourth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al., for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 Through November 30, 2009 (the "Application") and in compliance with Del. Bankr. L.R. 2016-2 (the "Rule"), and with the United States Trustee's Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under U.S.C. § 330 (the "Guidelines").

4. I have read the Application and I certify that the Application substantially complies with the Rule and Guidelines.

Dated: January 13, 2010
        New York, New York

**CHADBOURNE & PARKE LLP**

By: _____
    Howard Seife
    (A Member of the Firm)

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Co-Counsel to The Official Committee of Unsecured Tribune Company, et al.