# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 14.00 | $7,210.00 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | 3.80 | $1,881.00 |
| Lana J. Raines | Associate. Joined Firm in 2003. Member of IL Bar since 2002. | $440.00 | 8.40 | $3,696.00 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | 2.70 | $1,161.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 2.90 | $420.50 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 4.80 | $400.00 |
| Grand Total: | | | 36.60 | $14,968.50 |
| Blended Rate: | | | | $408.98 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $489.55 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 6.90 | 2,969.00 |
| Insurance Counseling – 00005 | 21.70 | $9,616.75 |
| Marsh – 60008 | 3.20 | $1,336.00 |
| Fee Applications – 00009 | 4.80 | $1,092.05 |
| **TOTAL:** | **36.60** | **$14,968.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1942166
Invoice Date: January 14, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through November 30, 2009

|     |                                        | Current Fees | Current Costs | Total for Matter |
| --- | -------------------------------------- | ------------ | ------------- | ---------------- |
| RE: | Reliance/Times Mirror<br>503842.00004 | $2,969.00    | $0.00         | $2,969.00        |
| RE: | Insurance Counseling<br>503842.00005  | $9,615.50    | $1.25         | $9,616.75        |
| RE: | Marsh<br>503842.00008                 | $1,336.00    | $0.00         | $1,336.00        |
| RE: | Fee Applications<br>503842.00009      | $1,048.00    | $44.05        | $1,092.05        |
|     | **Current Invoice Total:**             | **$14,968.50** | **$45.30**  | **$15,013.80**   |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1942166)

January 14, 2008   Case 08-13141-BLS   Doc 3104-3   Filed 01/14/10   Page 5 of 11   Invoice: 1942166
RE:   Reliance/Times Mirror   Page 2
(503842.00004)

**RE:   Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/02/09 | TPL | Analyzed Court's denial of request to appoint Justice Nigro as referee. | 0.50 |
| 11/02/09 | JDS | Analyzed order regarding appointment of Referee. | 0.20 |
| 11/04/09 | JDS | Analyzed emails regarding CTIGA GCP claims. | 0.10 |
| 11/10/09 | TPL | Follow-up regarding scheduling of call with Referee O'Keefe. | 0.30 |
| 11/10/09 | JDS | Analyzed and exchanged emails regarding telephone conference with Referee O'Keefe. | 0.20 |
| 11/12/09 | JDS | Analyzed communications regarding telephone conference with Referee O'Keefe and protocol for moving case forward. | 0.30 |
| 11/13/09 | SS | Reviewed and catalogued case documents. | 0.40 |
| 11/16/09 | JDS | Communications with local counsel T. Law regarding upcoming telephone conference with Referee O'Keefe. | 0.20 |
| 11/18/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 11/18/09 | TPL | Telephone conference with J. Shugrue regarding upcoming conference with referee. | 0.20 |
| 11/18/09 | JDS | Telephone conference with local counsel T. Law regarding upcoming telephone conference with Referee O'Keefe. | 0.20 |
| 11/19/09 | TPL | Participated in scheduling conference with referee. | 1.00 |
| 11/19/09 | JDS | Prepared for and telephone conference with counsel for Reliance regarding protocol, schedule for resolving LPT claims. | 1.00 |
| 11/22/09 | TPL | Email to clients reporting on scheduling conference. | 0.30 |
| 11/23/09 | JDS | Analyzed email from local counsel regarding case management and scheduling. | 0.20 |
| 11/25/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 11/30/09 | PRW | Analyzed issues regarding discovery regarding LPT claims. | 0.20 |
| 11/30/09 | TPL | Telephone call with J. Shugrue regarding scheduling order (.2); e-mail to client regarding scheduling order (.2). | 0.40 |
| 11/30/09 | JDS | Analyzed scheduling order proposed by counsel for Reliance (.3); communications with local counsel T. Law regarding same (.2). | 0.50 |
| 11/30/09 | JDS | Analyzed communications from CIGA regarding LPT claims. | 0.20 |

TOTAL FEES:      <u>$2,969.00</u>

Fees & Disbursements    $2,969.00

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 3.10 | 515.00 | 1,596.50 |
| PRW | P.R. Walker-Bright | 0.20 | 495.00 | 99.00 |
| TPL | T.P. Law | 2.70 | 430.00 | 1,161.00 |
| SS | S. Somoza | 0.90 | 125.00 | 112.50 |
|    |  | 6.90 |  | 2,969.00 |

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/04/09 | SS | Reviewed and catalogued correspondence case files for various sub folders. | 0.20 |
| 11/05/09 | PRW | Worked on revisions to notice letter to insurers. | 0.30 |
| 11/05/09 | JDS | Telephone conference with bankruptcy counsel regarding insurance issues related to underlying third party suits (.2); worked on notice correspondence to insurers regarding third party claims and suits (.2). | 0.40 |
| 11/06/09 | SS | Reviewed and catalogued case correspondence for various sub folders. | 0.40 |
| 11/09/09 | JDS | Telephone conference with client regarding issues related to notice to insurers. | 0.20 |
| 11/10/09 | JDS | Analyzed and exchanged communications with client regarding notice correspondence to insurers. | 0.20 |
| 11/11/09 | JDS | Worked on insurance claim issues related to third-party suits and claims. | 0.70 |
| 11/12/09 | JDS | Analyzed insurance policy endorsements for completeness, accuracy, and conformance to prior negotiations and agreements with insurers (1.5); analyzed and followed up regarding communications with insurers regarding coverage for third-party suit (.4). | 1.90 |
| 11/13/09 | JDS | Analyzed and exchanged emails with client regarding issues related to insurance coverage for third-party claims. | 0.30 |
| 11/16/09 | SS | Reviewed and catalogued case correspondence and revised index of sub folders. | 0.50 |
| 11/16/09 | PRW | Prepared draft of letter to insurer demanding payment for unreimbursed defense costs in third-party lawsuit. | 3.00 |
| 11/16/09 | JDS | Worked on analysis of policy forms and endorsements to ensure completeness and conformance to terms negotiated (.5); worked on issues related to defense costs coverage for third-party claim (.2). | 0.70 |
| 11/17/09 | LJR | Analyzed issues regarding D&O insurance program. | 0.60 |
| 11/17/09 | JDS | Analyzed and exchanged emails regarding claim/demand letter on insurer related to costs of defending third-party suit (.4); analyzed and exchanged emails with client regarding policy endorsements (.4). | 0.80 |
| 11/18/09 | SS | Reviewed and catalogued case correspondence for various sub folders. | 0.60 |

RE:    Insurance Counseling
       (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/18/09 | PRW | Prepared draft of notice letter to insurer regarding third-party lawsuit. | 0.30 |
| 11/19/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 11/23/09 | LJR | Analyzed documents and correspondence to confirm compliance of coverage terms and conditions to negotiated terms. | 1.70 |
| 11/23/09 | JDS | Communications with client regarding insurance issues in connection with lease agreement. | 0.50 |
| 11/24/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 11/25/09 | JDS | Telephone conference with client regarding notice to insurers regarding loss situation. | 0.40 |
| 11/29/09 | LJR | Analyzed correspondence and issued endorsements to confirm coverage terms and conditions. | 1.30 |
| 11/30/09 | LJR | Analyzed correspondence and issued endorsements to confirm coverage terms and conditions. | 4.80 |
| 11/30/09 | JDS | Worked on notice correspondence to insurers regarding loss issue. | 1.40 |

TOTAL FEES:            $9,615.50

**CURRENT DISBURSEMENTS**

| 11/30/2009 | Telecopy Expense | 1.25 |
|------------|------------------|------|
| | Total Disbursements | 1.25 |
| | Fees & Disbursements | $9,616.75 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 7.50 | 515.00 | 3,862.50 |
| PRW | P.R. Walker-Bright | 3.60 | 495.00 | 1,782.00 |
| LJR | L.J. Raines | 8.40 | 440.00 | 3,696.00 |
| SS | S. Somoza | 2.20 | 125.00 | 275.00 |
| | | 21.70 | | 9,615.50 |

January 14, 2010    Case 08-13141-BLS    Doc 3104-3    Filed 01/14/10    Page 9 of 11    Invoice: 1942166
RE:    Marsh
(503842.00008)
Page 6

**RE: Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/02/09 | JDS | Telephone conference with client regarding issues related to prior agreements with Marsh (.2); communications with bankruptcy counsel regarding same (.2). | 0.40 |
| 11/04/09 | JDS | Telephone conference with bankruptcy counsel regarding issues related to Tribune agreements with Marsh. | 0.20 |
| 11/05/09 | JDS | Telephone conference with bankruptcy counsel regarding prior agreements with Marsh. | 0.20 |
| 11/10/09 | JDS | Analyzed and exchanged emails with client and bankruptcy counsel regarding issues related to prior agreements with Marsh. | 0.40 |
| 11/11/09 | JDS | Communications with client and bankruptcy counsel regarding issues related to prior agreements with Marsh. | 0.60 |
| 11/12/09 | JDS | Analyzed Marsh Proof of Claim filed in bankruptcy proceeding and exchanged communications regarding same. | 0.30 |
| 11/13/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 11/13/09 | JDS | Analyzed and exchanged emails with client and bankruptcy counsel regarding Marsh Proof of Claim and issues related to prior agreements between parties. | 0.30 |
| 11/16/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 11/18/09 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 11/19/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |

TOTAL FEES:     $1,336.00

Fees & Disbursements     $1,336.00

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.40 | 515.00 | 1,236.00 |
| SS | S. Somoza | 0.80 | 125.00 | 100.00 |
| | | 3.20 | | 1,336.00 |

## RE:   Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/02/09 | JDS | Worked on supplemental submission to court. | 0.50 | 257.50 |
| 11/03/09 | LL | Worked on Supplemental Declaration to RS's Retention Application (.2); e-mail correspondence regarding same (.2); reviewed same (.3); reviewed and revised same (.8); drafted exhibits (.3); drafted COS and service list regarding same (.2); additional revisions to same (.4); e-mail correspondence to J. Shugrue and R. Robinson regarding same (.1); e-file and service of same (.4). | 2.90 | 420.50 |
| 11/03/09 | JDS | Worked on supplemental submission. | 0.50 | 257.50 |
| 11/06/09 | SS | Reviewed and catalogued case correspondence. | 0.40 | 50.00 |
| 11/16/09 | SS | Reviewed and catalogued case correspondence. | 0.20 | 25.00 |
| 11/18/09 | SS | Reviewed and catalogued case correspondence. | 0.20 | 25.00 |
| 11/19/09 | SS | Reviewed and catalogued case correspondence. | 0.10 | 12.50 |

TOTAL FEES:   $1,048.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 11/04/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 36.95 |
| 11/30/2009 | Duplicating/Printing/Scanning | 7.10 |
| | Total Disbursements | 44.05 |

Fees & Disbursements   $1,092.05

## Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.00 | 515.00 | 515.00 |
| SS | S. Somoza | 0.90 | 125.00 | 112.50 |
| LL | L. Lankford | 2.90 | 145.00 | 420.50 |
| | | 4.80 | | 1,048.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1942166
Invoice Date: January 14, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through November 30, 2009

|     |                                          | Current Fees | Current Costs | Total for Matter |
|-----|------------------------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror<br>503842.00004    | $2,969.00    | $0.00         | $2,969.00        |
| RE: | Insurance Counseling<br>503842.00005     | $9,615.50    | $1.25         | $9,616.75        |
| RE: | Marsh<br>503842.00008                    | $1,336.00    | $0.00         | $1,336.00        |
| RE: | Fee Applications<br>503842.00009         | $1,048.00    | $44.05        | $1,092.05        |
|     | **Current Invoice Total:**               | **$14,968.50** | **$45.30**  | **$15,013.80**   |

**INVOICE IS PAYABLE UPON RECEIPT**