# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $7.10 |
| Telecopy Expenses | | $1.25 |
| Outside-Duplicating | IKON | $36.95 |
| **TOTAL** | | **$45.30** |

US_ACTIVE-102814153.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/18/09 | PRW | Prepared draft of notice letter to insurer regarding third-party lawsuit. | 0.30 |
| 11/19/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 11/23/09 | LJR | Analyzed documents and correspondence to confirm compliance of coverage terms and conditions to negotiated terms. | 1.70 |
| 11/23/09 | JDS | Communications with client regarding insurance issues in connection with lease agreement. | 0.50 |
| 11/24/09 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 11/25/09 | JDS | Telephone conference with client regarding notice to insurers regarding loss situation. | 0.40 |
| 11/29/09 | LJR | Analyzed correspondence and issued endorsements to confirm coverage terms and conditions. | 1.30 |
| 11/30/09 | LJR | Analyzed correspondence and issued endorsements to confirm coverage terms and conditions. | 4.80 |
| 11/30/09 | JDS | Worked on notice correspondence to insurers regarding loss issue. | 1.40 |

TOTAL FEES:                          $9,615.50

### CURRENT DISBURSEMENTS

| 11/30/2009 | Telecopy Expense | | 1.25 |
|---|---|---|---|
| | | Total Disbursements | 1.25 |
| | | Fees & Disbursements | $9,616.75 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 7.50 | 515.00 | 3,862.50 |
| PRW | P.R. Walker-Bright | 3.60 | 495.00 | 1,782.00 |
| LJR | L.J. Raines | 8.40 | 440.00 | 3,696.00 |
| SS | S. Somoza | 2.20 | 125.00 | 275.00 |
| | | 21.70 | | 9,615.50 |

### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/09 | JDS | Worked on supplemental submission to court. | 0.50 | 257.50 |
| 11/03/09 | LL | Worked on Supplemental Declaration to RS's Retention Application (.2); e-mail correspondence regarding same (.2); reviewed same (.3); reviewed and revised same (.8); drafted exhibits (.3); drafted COS and service list regarding same (.2); additional revisions to same (.4); e-mail correspondence to J. Shugrue and R. Robinson regarding same (.1); e-file and service of same (.4). | 2.90 | 420.50 |
| 11/03/09 | JDS | Worked on supplemental submission. | 0.50 | 257.50 |
| 11/06/09 | SS | Reviewed and catalogued case correspondence. | 0.40 | 50.00 |
| 11/16/09 | SS | Reviewed and catalogued case correspondence. | 0.20 | 25.00 |
| 11/18/09 | SS | Reviewed and catalogued case correspondence. | 0.20 | 25.00 |
| 11/19/09 | SS | Reviewed and catalogued case correspondence. | 0.10 | 12.50 |
|  |  | **TOTAL FEES:** |  | **$1,048.00** |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 11/04/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 36.95 |
| 11/30/2009 | Duplicating/Printing/Scanning | 7.10 |
| | Total Disbursements | 44.05 |
| | Fees & Disbursements | $1,092.05 |

### Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.00 | 515.00 | 515.00 |
| SS | S. Somoza | 0.90 | 125.00 | 112.50 |
| LL | L. Lankford | 2.90 | 145.00 | 420.50 |
| | | 4.80 | | 1,048.00 |