# EXHIBIT D

## VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)

I, John D. Shugrue, Esquire, verify as follows:

1. I am a partner with the applicant firm, Reed Smith LLP ("Reed Smith"), and have been admitted to the Bar of the Supreme Court of Illinois since 1987. Reed Smith has rendered professional services in these Chapter 11 cases as counsel to the Debtors and Debtors in Possession.

2. I have read the foregoing application of Reed Smith for compensation and reimbursement of expenses (the "Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: January 14, 2010

By: /s/ John D. Shugrue<br>
John D. Shugrue (IL No. 6195822)