## EXHIBIT A

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10199

THE TRIBUNE COMPANY                                JANUARY 14, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9154366
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### L.A. TIMES/INSURANCE MATTER

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                $12,335.00

DISBURSEMENTS                                                 0.00

                                    TOTAL INVOICE       $12,335.00

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                        INVOICE # 9154366
ATTN: DONALD J. LIEBENTRITT

JANUARY 14, 2010

CLIENT NUMBER -      45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

L.A. TIMES/INSURANCE MATTER                          MATTER NUMBER -      10199

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/28/09 | DJB | 1.00 | { L190 } {A107} Various telephone conferences re antitrust issues (.5); reviewed Paddock decision (.3); telephone conference with firm antitrust counsel (.2). | 875.00 |
| 10/28/09 | JFK | .70 | { L120 } {A104} Worked on antitrust analysis of Chicago news cooperative-related issues. | 420.00 |
| 10/28/09 | LAF | .70 | { L190 } {A104} Reviewed issue posed by Chicago Tribune and researched lack of authority to force the Chicago New Coop not to deal exclusively with the New York Times (.5); conferred with J. Kinney re same (.1); reported to D. Bradford (.1). | 560.00 |
| 10/28/09 | FMA | .50 | { L190 } {A104} Reviewed bond contract (.3); conferred with J. Oshinsky re issues relevant to the bond (.2). | 185.00 |
| 10/28/09 | JO | .50 | { L190 } {A104} Reviewed background documents re case. | 425.00 |
| 10/29/09 | FMA | 1.30 | { L190 } {A105} Telephone conference with J. Oshinsky and C. Martin re pending issues with bond contracts (.2); prepared list of issues re bond documents and conducted legal research re various types of bonds present (.5); conducted legal research re surety bonds and relevance in this scenario (.6). | 481.00 |
| 10/29/09 | JO | 1.00 | { L190 } {A105} Telephone conferences re bond issues. | 850.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/30/09 | FMA | 3.90 | { L190 } {A102} Researched background companies Aegis Insurance Company and Wilson Gregory Agency (1.0); prepared strategy points and talking points for telephone conference with client re bond contracts (.3); researched essential differences between surety bond and fidelity bonds to determine relevance with respect to contracts being brokered by the agents (1.0); conducted legal research re Aegis and Wilson Gregory Agency to determine whether litigation has ensued in other newspaper bond contexts (.5); conducted research re newspaper bond agencies to determine other providers besides Wilson Gregory Agency (.6); participated in strategy call with L.A. Times counsel re bond contracts and related issues (.5). | 1,443.00 |
|---|---|---|---|---|
| 10/30/09 | JO | 1.00 | { L190 } {A104} Telephone conference with client and Cadence Law re case. | 850.00 |
| 11/05/09 | FMA | .30 | { L190 } {A105} Telephone conference with J. Oshinsky re next steps towards completing bond related contracts. | 111.00 |
| 11/05/09 | JO | 1.00 | { L190 } {A107} Conference call with Hively and followed up re same. | 850.00 |
| 11/06/09 | FMA | .50 | { L190 } {A104} Reviewed WGA-36 Instrument document furnished by Wilson Gregory Agency and researched provisions relating to performance bonds and payments bonds (.4); reviewed J. Oshinsky's email correspondence with client and Wilson Gregory Agency (.1). | 185.00 |
| 11/06/09 | JO | 1.00 | { L190 } {A104} Reviewed and analyzed bond and related agreement. | 850.00 |
| 11/10/09 | JO | .50 | { L190 } {A107} Telephone conference with brokers. | 425.00 |
| 11/10/09 | JO | .50 | { L190 } {A104} Reviewed documents, including draft surety bond. | 425.00 |
| 11/11/09 | JO | .50 | { L190 } {A101} Prepared for client meeting. | 425.00 |
| 11/11/09 | JO | .50 | { L190 } {A106} Met with J. Xanders, B. Davis, G. Albi, and C. Martin re case. | 425.00 |

Federal Identification No. 36-2192554

LAW OFFICES

Page 3

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/12/09 | JO | 1.30 | { L190 } {A104} Reviewed credit insurance materials and follow-up communications. | 1,105.00 |
|---|---|---|---|---|
| 11/13/09 | JO | .50 | { L190 } {A105} Various communications re credit insurance. | 425.00 |
| 11/16/09 | JO | .50 | { L190 } {A104} Reviewed presentation on credit insurance and related telephone conferences. | 425.00 |
| 11/17/09 | JO | .70 | { L190 } {A105} Conference call re credit insurance and prepared for same. | 595.00 |
| | | 18.40 | PROFESSIONAL SERVICES | 12,335.00 |

**INVOICE TOTAL**                                    **$ 12,335.00**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 1.00 | 875.00 | 875.00 |
| JERRY OSHINSKY | | 9.50 | 850.00 | 8,075.00 |
| LEE A. FREEMAN, JR. | | 0.70 | 800.00 | 560.00 |
| JOHN F. KINNEY | | 0.70 | 600.00 | 420.00 |
| FARNAZ M. ALEMI | | 6.50 | 370.00 | 2,405.00 |
| | TOTAL | 18.40 | | 12,335.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    JANUARY 14, 2010
435 NORTH MICHIGAN AVENUE                              INVOICE # 9154364
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                    $2,335.50

DISBURSEMENTS                                                     2.25

                              TOTAL INVOICE              $2,337.75

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                           INVOICE # 9154364
ATTN: DONALD J. LIEBENTRITT

JANUARY 14, 2010

CLIENT NUMBER -      45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

FEE APPLICATION                                  MATTER NUMBER -      10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 11/03/09 | MHM | 1.90 | { L210 } {A103} Prepared exhibit charts for monthly fee application. | 513.00 |
| 11/09/09 | LSR | 1.00 | { L210 } {A103} Prepared September fee application. | 325.00 |
| 11/16/09 | DJB | .30 | { L190 } {A104} Reviewed auditor's report re quarterly fee application. | 262.50 |
| 11/18/09 | LSR | .70 | { L210 } {A104} Reviewed fee examiner's report re Jenner's second interim fee application (.5); drafted response to same (.2). | 227.50 |
| 11/21/09 | LSR | 2.10 | { L210 } {A103} Drafted response to fee examiner's report re second interim fee application. | 682.50 |
| 11/24/09 | LSR | .30 | { L140 } {A103} Drafted email to fee examiner re examiner's preliminary report of Jenner's second interim fee application. | 97.50 |
| 11/30/09 | LSR | .70 | { L210 } {A103} Continued drafting response to fee examiner's preliminary report re Jenner's second interim fee application. | 227.50 |
| | | 7.00 | PROFESSIONAL SERVICES | 2,335.50 |

LAW OFFICES

Page 2

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**DISBURSEMENTS**

| 11/09/09 | Photocopy Expense | 2.25 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 2.25 |

**INVOICE TOTAL**                                          $ 2,337.75

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 0.30 | 875.00 | 262.50 |
| LANDON S. RAIFORD | | 4.80 | 325.00 | 1,560.00 |
| MICHAEL H. MATLOCK | | 1.90 | 270.00 | 513.00 |
| | TOTAL | 7.00 | | 2,335.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10130

EGI-TRB, L.L.C                                    JANUARY 14, 2010
TWO NORTH RIVERSIDE PLAZA                          INVOICE # 9154361
SUITE 600
CHICAGO, IL  60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN:  DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2009 | $14,555.00 |
| DISBURSEMENTS | 60.84 |
| TOTAL INVOICE | $14,615.84 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $13,515.36 |
| TRIBUNE'S 13/14TH OF DISBURSEMENTS | 56.49 |
| **TOTAL DUE FROM TRIBUNE** | **$13,571.85** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $1,039.64 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 4.35 |
| **TOTAL DUE FROM EGI-TRB** | **$1,043.99** |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9154361
ATTN: DONALD J. LIEBENTRITT

JANUARY 14, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

ESOP/STAY ISSUES                                    MATTER NUMBER -    10130

| | | | | |
|---|---|---|---|---|
| 11/02/09 | DJB | .20 | { L190 } {A105} Office conference with D. Sondgeroth re provision of information to Neil plaintiffs. | 175.00 |
| 11/02/09 | DJB | .40 | { L190 } {A106} Telephone conference with client re ███████████. | 350.00 |
| 11/02/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re proposed stipulation and order in adversary proceeding. | 157.50 |
| 11/03/09 | DJB | .20 | { L190 } {A105} E-mails re requests from plaintiffs re information. | 175.00 |
| 11/03/09 | DAS | .30 | { L210 } {A107} Telephone conference with K. Stickles re issues related to stipulation in adversary proceeding (.2); reviewed communications from K. Stickles re same (.1). | 157.50 |
| 11/04/09 | DAS | .50 | { L210 } {A107} Communicated with K. Stickles re draft stipulation and proposed order. | 262.50 |
| 11/05/09 | PXR | 1.00 | { L140 } {A110} Searched and retrieved various motion to dismiss pleadings and organized and assembled same in binder for attorney review. | 170.00 |
| 11/06/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re preparation of stipulation and order in adversary proceeding. | 157.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                        Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/09/09 | DJB | .20 | { L190 } {A107} Responded to inquiry from Creditors' Committee. | 175.00 |
| 11/10/09 | DJB | .80 | { L190 } {A104} Reviewed Duff & Pelps materials re deposition of same. | 700.00 |
| 11/10/09 | DJB | .20 | { L190 } {A107} Responded to e-mails from plaintiffs. | 175.00 |
| 11/10/09 | DJB | .30 | { L190 } {A105} Office conference with C. Martin re ████████████. | 262.50 |
| 11/10/09 | DJB | .70 | { L190 } {A106} Telephone conference with Tribune re ████████████████████████████. | 612.50 |
| 11/11/09 | DJB | 1.10 | { L190 } {A107} Telephone conference with GreatBanc counsel re █████████ (.6); telephone conference with L. Fine re █████████████ (.5). | 962.50 |
| 11/11/09 | DJB | 2.20 | { L190 } {A104} Analyzed new Duff & Phelps material re Neil issues (1.4); analyzed draft reorganization plan re Neil case (.8). | 1,925.00 |
| 11/11/09 | DJB | .20 | { L190 } {A105} Office conference with D. Sondgeroth re Duff & Phelps documents. | 175.00 |
| 11/12/09 | DJB | .70 | { L190 } {A107} Telephone conference with B. Krakauer re ██████████████. | 612.50 |
| 11/12/09 | DJB | .50 | { L190 } {A106} Telephone conference with D. Liebentritt re ████████. | 437.50 |
| 11/12/09 | DJB | .30 | { L190 } {A104} Analyzed ████████████████. | 262.50 |
| 11/13/09 | DJB | .20 | { L190 } {A106} Office conference with D. Liebentritt re settlement issues. | 175.00 |
| 11/13/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth re Duff & Phelps documents. | 437.50 |
| 11/16/09 | DJB | .90 | { L190 } {A107} Telephone conference with opposing counsel re ██████ (.7); telephone conference with Tribune counsel re ████████████████ (.2). | 787.50 |
| 11/16/09 | DJB | .30 | { L190 } {A106} Telephone conference with client re ████████. | 262.50 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| 11/17/09 | DJB | 1.50 | { L190 } {A109} Attended settlement meeting with opposing counsel. | 1,312.50 |
| 11/17/09 | DJB | .80 | { L190 } {A107} Telephone conference with creditors' counsel re ███████████ . | 700.00 |
| 11/17/09 | DJB | .70 | { L190 } {A106} Telephone conference with clients re ██████ . | 612.50 |
| 11/18/09 | DJB | 1.20 | { L190 } {A107} Telephone conference with Tribune counsel re ██████ (.4); telephone conference with Duff & Phelps counsel re ██████ (.4); telephone conference with B. Krakauer re ███████████ (.4). | 1,050.00 |
| 11/20/09 | DJB | .50 | { L190 } {A107} Telephone conferences with various counsel re ██████ . | 437.50 |
| 11/23/09 | DJB | .20 | { L190 } {A106} Various e-mails re ██████ . | 175.00 |
| 11/23/09 | DJB | .50 | { L190 } {A104} Reviewed key Duff & Phelps documents. | 437.50 |
| 11/24/09 | DJB | .20 | { L190 } {A107} Telephone conference with counsel for Tribune re ██████ . | 175.00 |
| 11/24/09 | DJB | .10 | { L190 } {A105} Telephone conference with C. Martin re ██████ . | 87.50 |
| | | 18.00 | PROFESSIONAL SERVICES | 14,555.00 |

## DISBURSEMENTS

| 11/05/09 | Photocopy Expense | 12.15 |
| 11/06/09 | Photocopy Expense | 17.55 |
| 11/11/09 | Photocopy Expense | 6.57 |
| 11/16/09 | Photocopy Expense | 23.04 |
| 11/19/09 | Photocopy Expense | 1.53 |
| | TOTAL DISBURSEMENTS | 60.84 |

## INVOICE TOTAL                              $ 14,615.84

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 15.60 | 875.00 | 13,650.00 |
| DOUGLAS A. SONDGEROTH | | 1.40 | 525.00 | 735.00 |
| PANAGIOTA RAMOS | | 1.00 | 170.00 | 170.00 |
| | TOTAL | 18.00 | | 14,555.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

JANUARY 14, 2010
INVOICE # 9154362

**DOL SUBPOENA**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2009 | $116,282.50 |
| DISBURSEMENTS | 971.70 |
| TOTAL INVOICE | $117,254.20 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9154362

JANUARY 14, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

DOL SUBPOENA                                                        MATTER NUMBER -    10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/02/09 | DJB | .40 | { L190 } {A107} Telephone conference with C. Smith re ███████ | 350.00 |
| 11/02/09 | DJB | .20 | { L190 } {A106} Telephone conference with Tribune re ███████ | 175.00 |
| 11/02/09 | DJB | .40 | { L190 } {A105} Office conference with D. Sondgeroth re ██████████. | 350.00 |
| 11/02/09 | DAS | .90 | { L210 } {A105} Office conference with D. Bradford and J. Thompson re issues related to ████████ ███████████ (.5); coordinated collection and review of materials related to same (.4). | 472.50 |
| 11/02/09 | SKM | 1.50 | { L140 } {A110} Reviewed and organized Duff & Phelps documents for further attorney review. | 405.00 |
| 11/02/09 | DXW | .50 | { L140 } {A110} Emailed S. McGee re issues with DVDs received from Sidley and iterated the desired format. | 137.50 |
| 11/03/09 | DAS | .20 | { L210 } {A108} Communicated with J. Ducayet re materials related to production to DOL. | 105.00 |
| 11/03/09 | SKM | 1.50 | { L140 } {A110} Reviewed and organized documents Duff & Phelps documents. | 405.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 11/03/09 | DG | 1.00 | { L140 } {A110} Converted PDFs to tiffs (.3); generated OCR text, loaded tiffs and OCR text data into the Client Document Review database (.3); performed quality checks and released for second level quality control check (.4). | 275.00 |
|---|---|---|---|---|
| 11/04/09 | DJB | .30 | { L190 } {A105} Office conference with D. Sondgeroth re coordination of document productions and ██████ ███████. | 262.50 |
| 11/04/09 | DAS | .30 | { L210 } {A107} Communicated with J. Leibowicz re issues related to materials provided to the DOL. | 157.50 |
| 11/04/09 | DAS | .40 | { L210 } {A108} Prepared communication to DOL and sent same. | 210.00 |
| 11/04/09 | DAS | .40 | { L210 } {A105}  Communicated with S. McGee to coordinate preparation of materials to provide same to DOL. | 210.00 |
| 11/04/09 | DAS | .60 | { L210 } {A103} Drafted joint defense agreement related to DOL materials. | 315.00 |
| 11/04/09 | SKM | 4.00 | { L140 } {A110} Reviewed and organized replacement Duff & Phelps documents for further attorney review (2.0); prepared documents for production (2.0). | 1,080.00 |
| 11/04/09 | EJR | 1.30 | { L140 } {A110} Obtained additional electronic case materials in preparation to add to SharePoint Extranet database to expedite attorney review (.3); organized and added newly acquired materials to correspondence and documents folders in SharePoint Extranet (.4); populated descriptive fields of newly added correspondence and documents for review by D. Sondgeroth and D. Bradford (.6). | 299.00 |
| 11/04/09 | DXW | 1.20 | { L140 } {A110} Copied data from replacement DVDs to network for processing and loading for attorney review (1.1); emailed the data management team re data loading project specifications (.1). | 330.00 |
| 11/04/09 | DG | 1.70 | { L140 } {A110} Endorsed color PDFs beginning with TRBDOL 05086 (1.0); endorsed same documents with two different confidentiality banners Confidential and Attorney Eyes Only (.5); performed quality checks and released for second level quality control check (.2). | 467.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/05/09 | DAS | .30 | { L210 } {A104} Reviewed summaries related to materials provided to DOL prepared by B. Dougherty. | 157.50 |
|---|---|---|---|---|
| 11/05/09 | DAS | .50 | { L210 } {A105} Communicated with B. Dougherty and A. Wills re ███████████ | 262.50 |
| 11/05/09 | ADW | .30 | { L190 } {A105} Communicated with D. Sondgeroth and B. Dougherty re document review. | 130.50 |
| 11/05/09 | BLD | .40 | { L190 } {A105} Office conference with D. Sondgeroth and A. Wills. | 130.00 |
| 11/05/09 | BLD | 2.00 | { L210 } {A103} Drafted Duff & Phelps document summary. | 650.00 |
| 11/05/09 | DXW | .70 | { L140 } {A110} Reviewed data loaded to the Duff & Phelps Document Production Concordance database for integrity (.6); emailed S. McGee re completion of data loading project (.1). | 192.50 |
| 11/06/09 | DMG | .70 | { L120 } {A104} Reviewed and revised ███████; office conference with D. Sondgeroth re same. | 420.00 |
| 11/06/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth re ████████████ | 437.50 |
| 11/06/09 | DAS | .30 | { L210 } {A105} Communicated with B. Dougherty and A. Wills re ███████████ | 157.50 |
| 11/06/09 | DAS | .40 | { L210 } {A103} Edited draft joint defense agreement related to DOL investigation. | 210.00 |
| 11/06/09 | ADW | .70 | { L190 } {A100} Reviewed documents. | 304.50 |
| 11/06/09 | BLD | 5.10 | { L210 } {A103} Drafted Duff & Phelps document summary. | 1,657.50 |
| 11/06/09 | BLD | .20 | { L210 } {A105} Corresponded with D. Sondgeroth re Duff & Phelps document review. | 65.00 |
| 11/07/09 | BLD | 6.80 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,210.00 |
| 11/08/09 | DAS | .20 | { L210 } {A107} Communicated with counsel for | 105.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 4

GreatBanc re draft agreement.

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 11/08/09 | DAS | .50 | { L210 } {A103} Edited draft agreement related to documents. | 262.50 |
| 11/08/09 | DAS | .40 | { L210 } {A102} Researched law re ██████████ | 210.00 |
| 11/08/09 | BLD | 8.70 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,827.50 |
| 11/09/09 | DJB | .30 | { L190 } {A105} Various e-mails re Department of Labor production by Duff & Phelps (.1); telephone conference with GreatBanc re same (.2). | 262.50 |
| 11/09/09 | BLD | 7.50 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,437.50 |
| 11/09/09 | KAP | .60 | { L110 } {A105} Conferred with D. Sondgeroth re document review (.30); conferred with B. Dougherty regarding document review (.30). | 195.00 |
| 11/10/09 | DJB | .30 | { L190 } {A107} Telephone conference with Sidley re Duff & Phelps DOL documents. | 262.50 |
| 11/10/09 | DAS | .80 | { L210 } {A104} Reviewed materials related to ██████████ | 420.00 |
| 11/10/09 | DAS | .70 | { L210 } {A105} Communicated with D. Bradford re documents related to DOL investigation (0.2); communicated with K. Palazzolo and B. Dougherty re same (0.5). | 367.50 |
| 11/10/09 | ADW | 1.00 | { L190 } {A100} Reviewed documents. | 435.00 |
| 11/10/09 | BLD | 6.70 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,177.50 |
| 11/10/09 | KAP | 7.00 | { L110 } {A100} Reviewed Duff & Phelps documents for content (6.0); reviewed ██████ ██████ (1.0). | 2,275.00 |
| 11/11/09 | DJB | .80 | { L190 } {A107} Telephone conference with Sidley re Duff & Phelps and GreatBanc submissions to DOL. | 700.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 11/11/09 | DAS | .70 | { L210 } {A105} Office conference with D. Bradford re documents related to DOL investigation and review of same (0.4); discussed same with K. Palazzolo and B. Dougherty (0.3). | 367.50 |
|---|---|---|---|---|
| 11/11/09 | DAS | .30 | { L210 } {A106} Sent communication re same to D. Liebentritt re documents related to DOL. | 157.50 |
| 11/11/09 | BLD | 5.60 | { L210 } {A103} Drafted Duff & Phelps document summary. | 1,820.00 |
| 11/11/09 | KAP | 7.50 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,437.50 |
| 11/11/09 | SKM | 1.20 | { L140 } {A110} Gathered and organized Duff & Phelps documents for attorney review. | 324.00 |
| 11/12/09 | DAS | .30 | { L210 } {A106} Communicated with client re ███████ ███████. | 157.50 |
| 11/12/09 | DAS | .40 | { L210 } {A107} Contacted co-counsel re ███████ ███████. | 210.00 |
| 11/12/09 | DAS | .60 | { L210 } {A103} Edited draft materials related to DOL investigation. | 315.00 |
| 11/12/09 | DAS | .80 | { L210 } {A110} Managed review of materials related to DOL investigation and analysis of same. | 420.00 |
| 11/12/09 | DAS | 1.50 | { L210 } {A104} Reviewed materials in DOL investigation and analyzed same for relevance and materiality. | 787.50 |
| 11/12/09 | BLD | 1.50 | { L210 } {A103} Drafted Duff & Phelps document summary. | 487.50 |
| 11/12/09 | BLD | .10 | { L210 } {A105} Corresponded with K. Palazzolo re Duff & Phelps document summary. | 32.50 |
| 11/12/09 | KAP | 8.40 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,730.00 |
| 11/12/09 | PXR | .50 | { L140 } {A110} Gathered and organized document production. | 85.00 |
| 11/12/09 | SKM | 1.50 | { L140 } {A110} Gathered and organized documents for production. | 405.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 6

| | | | | |
|---|---|---|---|---|
| 11/13/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth re Department of Labor and Duff & Phelps document issues. | 437.50 |
| 11/13/09 | DAS | .90 | { L210 } {A104} Analyzed materials related to DOL investigation for substance and materiality. | 472.50 |
| 11/13/09 | BLD | 2.90 | { L210 } {A103} Drafted Duff & Phelps document summary. | 942.50 |
| 11/13/09 | KAP | 9.10 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,957.50 |
| 11/13/09 | SKM | 1.50 | { L140 } {A110} Gathered and organized documents received from Sidley & Austin for D. Bradford's review. | 405.00 |
| 11/14/09 | KAP | 8.50 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,762.50 |
| 11/15/09 | BLD | 2.40 | { L210 } {A103} Drafted Duff & Phelps document summary. | 780.00 |
| 11/15/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth and K. Palazzolo re Duff & Phelps document summary. | 32.50 |
| 11/15/09 | KAP | 10.80 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 3,510.00 |
| 11/16/09 | DJB | .30 | { L190 } {A107} Telephone conference with counsel for ▮▮▮▮▮▮▮▮. | 262.50 |
| 11/16/09 | DAS | .50 | { L210 } {A105} Communicated with B. Dougherty and K. Palazzolo re review of materials related to DOL investigation. | 262.50 |
| 11/16/09 | DAS | 1.00 | { L210 } {A104} Analyzed materials provided to DOL ▮▮▮▮▮▮▮▮. | 525.00 |
| 11/16/09 | DAS | .40 | { L210 } {A107} Communicated with co-counsel re ▮▮▮▮▮▮▮▮. | 210.00 |
| 11/16/09 | BLD | .50 | { L210 } {A103} Prepared document summary chart. | 162.50 |
| 11/16/09 | BLD | .10 | { L210 } {A103} Corresponded with K. Palazzolo re document summary chart. | 32.50 |
| 11/16/09 | KAP | 4.60 | { L110 } {A100} Reviewed EGI documents for content. | 1,495.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/16/09 | KAP | .30 | { L110 } {A105} Conferred with B. Dougherty and D. Sondgeroth re document review. | 97.50 |
|---|---|---|---|---|
| 11/16/09 | EJR | 1.00 | { L140 } {A110} Populated descriptive fields for documents contained in Duff & Phelps Document Production database. | 230.00 |
| 11/17/09 | DAS | .40 | { L210 } {A105} Discussed with K. Palazzolo issues related to DOL investigation and materials related to same. | 210.00 |
| 11/17/09 | BLD | 4.20 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,365.00 |
| 11/17/09 | KAP | 6.20 | { L110 } {A100} Reviewed EGI documents for content. | 2,015.00 |
| 11/17/09 | KAP | .40 | { L110 } {A105} Conferred with B. Dougherty and D. Sondgeroth re document review. | 130.00 |
| 11/17/09 | EJR | 2.60 | { L140 } {A110} Continued to populate descriptive fields for documents contained in Duff & Phelps Document Production database. | 598.00 |
| 11/18/09 | DJB | 1.10 | { L190 } {A104} Reviewed key Duff & Phelps documents. | 962.50 |
| 11/18/09 | DAS | .40 | { L210 } {A105} Communicated with K. Palazzolo and B. Dougherty to coordinate review of materials related to DOL investigation. | 210.00 |
| 11/18/09 | DAS | .30 | { L210 } {A106} Communicated with D. Liebentritt re issues related to DOL investigation and ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 157.50 |
| 11/18/09 | DAS | .40 | { L210 } {A107} Communicated with co-counsel re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 210.00 |
| 11/18/09 | BLD | 6.40 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 2,080.00 |
| 11/18/09 | KAP | 5.00 | { L110 } {A100} Reviewed EGI documents for content. | 1,625.00 |
| 11/18/09 | KAP | .30 | { L110 } {A105} Conferred with B. Dougherty re document review. | 97.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 8

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 11/18/09 | PXR | 1.90 | { L140 } {A110} Gathered various Duff & Phelps documents and organized and assembled into binders for D. Sondgeroth per S. McGee's request. | 323.00 |
| 11/19/09 | DJB | .50 | { L190 } {A107} Telephone conference with counsel for Duff & Phelps. | 437.50 |
| 11/19/09 | DJB | 1.00 | { L190 } {A104} Reviewed key Duff & Phelps documents. | 875.00 |
| 11/19/09 | DAS | .40 | { L210 } {A105} Communicated with B. Dougherty and K. Palazzolo re issues related to review of materials produced to DOL. | 210.00 |
| 11/19/09 | DAS | 1.00 | { L210 } {A107} Telephone conference with D. Bradford, D. Drobny, and co-counsel re issues in DOL investigation (.6); Communicated with co-counsel re ███████ (.4). | 525.00 |
| 11/19/09 | BLD | 4.20 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,365.00 |
| 11/19/09 | BLD | .40 | { L210 } {A103} Corresponded with D. Sondgeroth and K. Palazzolo re EGI Duff & Phelps document summary. | 130.00 |
| 11/19/09 | BLD | .10 | { L210 } {A105} Office conference with D. Sondgeroth re EGI Duff & Phelps document summary. | 32.50 |
| 11/19/09 | KAP | 5.80 | { L110 } {A104} Reviewed EGI documents for content (4.80); reviewed Duff & Phelps documents for content (1.00). | 1,885.00 |
| 11/19/09 | PXR | 1.50 | { L140 } {A110} Updated correspondence file, email file, court file and SharePoint site. | 255.00 |
| 11/19/09 | EJR | 2.80 | { L140 } {A110} Obtained electronic production of GreatBanc documents received from K & L Gates (.1); coordinated with D. Wirkiowski re loading into Concordance and to OCR the data contained in production (.2); added electronic copies of correspondence and subpoena to SharePoint Extranet correspondence folder (.3); continued to populate descriptive fields in Duff & Phelps production database for review by attorney team (2.2). | 644.00 |
| 11/20/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth | 437.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 9

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | re Duff & Phelps documents. | |
| 11/20/09 | DAS | 1.00 | { L210 } {A105} Office conference with D. Bradford, B. Dougherty and K. Palazzolo re review of materials related to DOL investigation (.5); coordinated processing of materials related to same (.3); communicated with D. Bradford and A. Amert re materials produced in DOL investigation (.2). | 525.00 |
| 11/20/09 | BLD | 7.20 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 2,340.00 |
| 11/20/09 | BLD | .20 | { L210 } {A103} Corresponded with D. Sondgeroth and K. Palazzolo re EGI Duff & Phelps document summary. | 65.00 |
| 11/20/09 | BLD | .50 | { L210 } {A103} Office conference with D. Bradford, D. Sondgeroth, and K. Palazzolo re Duff & Phelps documents. | 162.50 |
| 11/20/09 | BLD | .20 | { L210 } {A103} Office conference with D. Sondgeroth re Duff & Phelps documents. | 65.00 |
| 11/20/09 | KAP | .80 | { L110 } {A105} Conferred with team re document review and research projects. | 260.00 |
| 11/20/09 | KAP | 6.50 | { L110 } {A100} Reviewed EGI documents for content. | 2,112.50 |
| 11/20/09 | EJR | 3.40 | { L140 } {A110} Continued to populate descriptive fields in Duff & Phelps document production in Concordance (1.2); Conducted electronic searches in Duff & Phelps document production in Concordance and created tags of search results to narrow review materials to most relevant documents to expedite attorney review (2.2). | 782.00 |
| 11/20/09 | DXW | 1.50 | { L140 } {A110} Copied seven volumes of data to the server for processing and loading to Concordance for attorney review (1.3); emailed E. Robertson re data loading project (.1); emailed data management team re data loading and OCR project specifications (.1). | 412.50 |
| 11/20/09 | TH | 2.00 | { L140 } {A110} Uploaded documents and images to Concordance database for Attorney review. | 550.00 |
| 11/21/09 | BLD | 3.90 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,267.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/21/09 | KAP | 3.40 | { L110 } {A100} Reviewed EGI documents for content. | 1,105.00 |
| 11/21/09 | TH | 7.00 | { L140 } {A110} Uploaded documents and images to Concordance database for attorney review. | 1,925.00 |
| 11/22/09 | BLD | 5.70 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,852.50 |
| 11/22/09 | BLD | .30 | { L210 } {A103} Corresponded with D. Sondgeroth and K. Palazzolo re Duff & Phelps documents. | 97.50 |
| 11/22/09 | KAP | 5.80 | { L110 } {A100} Reviewed Duff & Phelps documents re E. Bluth. | 1,885.00 |
| 11/22/09 | TH | 6.00 | { L140 } {A110} Uploaded documents and images to Concordance database for attorney review. | 1,650.00 |
| 11/23/09 | DAS | .40 | { L210 } {A105} Communicated with E. Robertson to prepare materials for review in connection with DOL investigation. | 210.00 |
| 11/23/09 | BLD | 2.60 | { L210 } {A103} Examined Duff & Phelps Tribune ███████████████. | 845.00 |
| 11/23/09 | KAP | 3.50 | { L110 } {A100} Reviewed documents and communications re E. Bluth. | 1,137.50 |
| 11/23/09 | EJR | 2.50 | { L140 } {A110} Obtained additional electronic production of GreatBanc documents received today from K & L Gates (.1); coordinated with D. Wirkiowski re loading into Concordance and to OCR the data contained in production (.2); added electronic copies of correspondence and subpoena to SharePoint Extranet correspondence folder (.2); continued to populate descriptive fields in Duff & Phelps production database for review by attorney team (2.). | 575.00 |
| 11/23/09 | DXW | 1.30 | { L140 } {A110} Reviewed documents loaded to the GreatBanc Documents Concordance database for integrity (.4); copied data volume to network for processing and loading to Concordance for attorney review (.2); conferred with E. Robertson re status of loading project and additional data to load (.4); emailed data management team re data loading project specifications (.3). | 357.50 |
| 11/23/09 | TH | 2.00 | { L140 } {A110} Uploaded documents and images to | 550.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 11

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Concordance database for attorney review. | |
| 11/23/09 | TH | 1.50 | { L140 } {A110} Uploaded documents and images to Concordance database for attorney review. | 412.50 |
| 11/24/09 | DJB | .80 | { L190 } {A106} Telephone conference with ████ (Tribune) re ███████████ | 700.00 |
| 11/24/09 | DJB | .70 | { L190 } {A104} Reviewed ██████████. | 612.50 |
| 11/24/09 | DAS | .50 | { L210 } {A105} Office conference with K. Palazzolo and B. Dougherty re review of materials related to DOL investigation and status of same. | 262.50 |
| 11/24/09 | DAS | .90 | { L210 } {A107} Communicated with co-counsel re ████████████ (.4); telephone conference with D. Bradford and ███████████ (.5). | 472.50 |
| 11/24/09 | BLD | 8.80 | { L210 } {A103} Examined ██████████ | 2,860.00 |
| 11/24/09 | BLD | 4.90 | { L210 } {A103} Drafted memorandum ████████. | 1,592.50 |
| 11/24/09 | KAP | 7.00 | { L110 } {A100} Reviewed documents and communications re ████. | 2,275.00 |
| 11/24/09 | KAP | .40 | { L110 } {A105} Conferred with B. Dougherty and D. Sondgeroth re document review. | 130.00 |
| 11/24/09 | PXR | 4.50 | { L140 } {A110} Searched and retrieved and organized and assembled various ████████████ documents and placed in to binder for attorney review per S. McGee request. | 765.00 |
| 11/24/09 | EJR | 4.30 | { L140 } {A110} Conducted electronic searches in GreatBanc document production in Concordance and created tags of search results to narrow review materials to most relevant documents to expedite attorney review (1.5); reviewed tags containing emails to determine and tag attachments relating to email documents relevant to review (1.8); continued to populate descriptive fields in Duff & Phelps document production in Concordance | 989.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 12

(1.).

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 11/24/09 | DXW | 1.10 | { L140 } {A110} Reviewed new data loaded into the GreatBanc Documents Concordance database for integrity (.4); emailed E. Robertson re completion of data loading projects (.3); generated Bates gap report per E. Robertson (.4). | 302.50 |
| 11/25/09 | DAS | .50 | { L210 } {A105} Office conference with D. Bradford, K. Palazzolo, and B. Dougherty re ███████████ | 262.50 |
| 11/25/09 | DAS | .90 | { L210 } {A104} Reviewed materials related to DOL investigation to analyze same for materiality and substance (.5); reviewed draft B. Dougherty memorandum re same (.4). | 472.50 |
| 11/25/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re ████████████ | 157.50 |
| 11/25/09 | BLD | 4.30 | { L210 } {A103} Drafted memorandum ████████████ | 1,397.50 |
| 11/25/09 | BLD | .50 | { L210 } {A103} Revised memorandum ████████████ | 162.50 |
| 11/25/09 | BLD | .50 | { L210 } {A103} Office conference with D. Bradford, D. Sondgeroth and K. Palazzolo re Duff & Phelps documents. | 162.50 |
| 11/25/09 | KAP | 4.80 | { L110 } {A100} Reviewed documents and communications re ████████. | 1,560.00 |
| 11/25/09 | KAP | .70 | { L110 } {A105} Conferred with team re Duff & Phelps documents and research issues. | 227.50 |
| 11/25/09 | PXR | 3.30 | { L140 } {A110} Searched and retrieved ████████ documents and organized and assembled into binder for attorney review per S. McGee request. | 561.00 |
| 11/25/09 | DXW | .50 | { L140 } {A110} Conferred with S. McGee re duplication of media (.2); provided disks to Pitney Bowes for duplicating (.2). | 137.50 |
| 11/29/09 | DJB | 1.50 | { L190 } Reviewed deposition and GreatBanc documents for meeting re Duff & Phelps deposition. | 1,312.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/29/09 | DAS | .90 | { L210 } {A104} Reviewed memorandum from B. Dougherty re ████████ (.3); reviewed summary of documents related to same (.6). | 472.50 |
| 11/30/09 | DJB | 4.30 | { L190 } {A107} Office conference with ████████ re Duff & Phelps deposition; reviewed key GreatBanc and Duff & Phelps documents re same; office conference with counsel for GreatBanc, ████████ ████████; followed up re same and re ████. | 3,762.50 |
| 11/30/09 | DAS | 1.10 | { L210 } {A104} Reviewed materials related to DOL investigation to analyze substance and materiality of same. | 577.50 |
| 11/30/09 | DAS | 2.20 | { L210 } {A107} Office conference with D. Bradford and ████████ ████████ (1.9); communicated with D. Miles at Sidley re same (.3). | 1,155.00 |
| 11/30/09 | DAS | 2.00 | { L210 } {A108} Office conference with D. Bradford, J ████████ | 1,050.00 |
| 11/30/09 | BLD | 1.00 | { L210 } {A103} Drafted GreatBanc document summary. | 325.00 |
| 11/30/09 | KAP | 4.00 | { L110 } {A100} Reviewed GreatBanc documents for content. | 1,300.00 |
| 11/30/09 | KAP | .30 | { L110 } {A105} Conferred with D. Sondgeroth and B. Dougherty re document review. | 97.50 |
| | | 332.00 | PROFESSIONAL SERVICES | 116,282.50 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 14

## DISBURSEMENTS

| | | |
|---|---|---:|
| 11/09/09 | Photocopy Expense | 17.01 |
| 11/12/09 | Photocopy Expense | 3.87 |
| 11/14/09 | Photocopy Expense | 274.68 |
| 11/18/09 | Photocopy Expense | 35.55 |
| 11/18/09 | Photocopy Expense | 34.83 |
| 11/20/09 | Photocopy Expense | 13.77 |
| 11/20/09 | Photocopy Expense | 73.26 |
| 11/23/09 | Photocopy Expense | .27 |
| 11/24/09 | Photocopy Expense | 41.40 |
| 11/24/09 | Photocopy Expense | 371.34 |
| 11/25/09 | Photocopy Expense | 29.79 |
| 11/25/09 | Photocopy Expense | 10.80 |
| 11/28/09 | Photocopy Expense | 4.80 |
| 11/30/09 | Westlaw Research | 60.33 |
| | TOTAL DISBURSEMENTS | 971.70 |

## INVOICE TOTAL

$ 117,254.20

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 15

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 14.40 | 875.00 | 12,600.00 |
| DAVID M. GREENWALD | 0.70 | 600.00 | 420.00 |
| DOUGLAS A. SONDGEROTH | 27.90 | 525.00 | 14,647.50 |
| AMY D. WILLS | 2.00 | 435.00 | 870.00 |
| BRIAN L. DOUGHERTY | 106.50 | 325.00 | 34,612.50 |
| KYLE A. PALAZZOLO | 111.70 | 325.00 | 36,302.50 |
| DARYL GARDNER | 2.70 | 275.00 | 742.50 |
| DAVID WIRKIOWSKI | 6.80 | 275.00 | 1,870.00 |
| TUNDE HOLLOWAY-WUSU | 18.50 | 275.00 | 5,087.50 |
| SHAWN K. MCGEE | 11.20 | 270.00 | 3,024.00 |
| EILEEN J. ROBERTSON | 17.90 | 230.00 | 4,117.00 |
| PANAGIOTA RAMOS | 11.70 | 170.00 | 1,989.00 |
| TOTAL | 332.00 | | 116,282.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                                    JANUARY 14, 2010
435 N. MICHIGAN AVENUE                                 INVOICE # 9154305
CHICAGO, IL  60611
ATTN: KAREN H. FLAX

### CUETO

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                       $6,125.00

DISBURSEMENTS                                                        8.49

                              TOTAL INVOICE              $6,133.49

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL  60611                                INVOICE # 9154305
ATTN: KAREN H. FLAX

JANUARY 14, 2010, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

CUETO                                                MATTER NUMBER -    10024

| | | | | |
|---|---|---|---|---|
| 11/05/09 | DLB | .20 | { L120 } {A104} Reviewed and analyzed Cueto's motion to reconsider in appeal concerning reporter's privilege. | 125.00 |
| 11/05/09 | DLB | .10 | { L120 } {A107} Exchanged emails with counsel for other defendants re Cueto's motion to reconsider. | 62.50 |
| 11/16/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed Pulitzer's motion to dismiss. | 187.50 |
| 11/30/09 | DLB | 9.20 | { L120 } {A101} Prepared for hearing on Cueto's motion to disqualify judges and Pulitzer's motion to dismiss as a result of plaintiff's failure to file amended conspiracy count while traveling to St. Louis for same; attended hearing re same; return travel to Chicago. | 5,750.00 |
| | | 9.80 | PROFESSIONAL SERVICES | 6,125.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/27/09 | UPS | 8.49 |
| | TOTAL DISBURSEMENTS | 8.49 |

**INVOICE TOTAL**                          **$ 6,133.49**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 9.80 | 625.00 | 6,125.00 |
| TOTAL | 9.80 | | 6,125.00 |

Federal Identification No. 36-2192554

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                            JANUARY 14, 2010
435 NORTH MICHIGAN AVENUE                      INVOICE # 9154365
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                             $10,712.50

DISBURSEMENTS                                              0.00

                              TOTAL INVOICE           $10,712.50

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                          INVOICE # 9154365
ATTN: DONALD J. LIEBENTRITT


JANUARY 14, 2010


CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009


MORGAN STANLEY SWAP                          MATTER NUMBER -     10180

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 11/04/09 | DJB | .20 | { L190 } {A107} Telephone conference with S. Grosshandler. | 175.00 |
| 11/09/09 | DJB | 2.00 | { L190 } {A104} Reviewed new damage analysis and settlement scenarios (.8); prepared for call with D. Eldersveld re same (.5); telephone conference with D. Eldersveld (.5); email to M. Hankin re treatment of non set off bonds in bankruptcy (.2). | 1,750.00 |
| 11/09/09 | MZH | 1.30 | { L120 } {A106} Prepared for and participated in conference call with D. Bradford, S. Biller, D. Leibentritt and TRB Controller re MS swap accounting treatment (.9); drafted e-mail to D. Bradford re litigation strategy (.4). | 942.50 |
| 11/09/09 | SEB | 4.50 | { L190 } {A103} Updated damages analysis through end of 2009 (1.6); conferred with accounting department (.4); prepared memorandum to file identifying various proposals made to date (1.8); participated in conference call with clients re 10-K disclosures of swap agreement (.7). | 1,462.50 |
| 11/10/09 | DJB | .30 | { L190 } {A104} Reviewed bond analysis. | 262.50 |
| 11/10/09 | DJB | .30 | { L190 } {A106} Telephone conference with D. Liebentritt re accounting issues. | 262.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/10/09 | MZH | .30 | { L120 } {A105} Drafted e-mail to D. Bradford re response to potential litigation outcomes with respect to MS Swap setoff claim. | 217.50 |
|---|---|---|---|---|
| 11/10/09 | SEB | .50 | { L190 } {A103} Calculated residual claims and wrote to D. Bradford re same. | 162.50 |
| 11/12/09 | DJB | 1.30 | { L190 } {A104} Analyzed whether rate reset payment was due upon termination (.8); analyzed quotes and support for value of swap (.5). | 1,137.50 |
| 11/12/09 | DJB | .60 | { L190 } {A106} Telephone conference with J. Rodden re support for value of swap (.4); telephone conference with D. Liebentritt re same (.2). | 525.00 |
| 11/12/09 | DJB | .90 | { L190 } {A103} Provided various comments on financial statement disclosure (.5); drafted and edited e-mail to Morgan Stanley counsel re same (.4). | 787.50 |
| 11/12/09 | MZH | 1.80 | { L120 } {A104} Reviewed market quotation material provided by MS and drafted e-mail to D. Bradford re same (.7); drafted reply e-mail to D. Bradford re inquiry re same (.2); telephone conference with S. Biller, D. Bradford, D. Eldersveld re financial statement disclosure (.4); commented on disclosure request to MS (.2); commented on draft financial statement disclosure (.3). | 1,305.00 |
| 11/12/09 | SEB | 1.80 | { L190 } {A106} Conferred with J. Rodden re reset mechanism and July reset amount issue (.1); email to D. Bradford and M. Hankin e-mail summarizing conversation with J. Rodden (.1); reviewed Morgan Stanley letters re calculation of amount owed under swap (.8); reviewed Morgan Stanley July reset letter (.1); conferred with M. Hankin re reset letter issue (.1); participated in conference call with D. Bradford and M. Hankin (.2); reviewed draft e-mails to MS re additional obligation arising from reset (.3); reviewed draft disclosures (.1). | 585.00 |
| 11/13/09 | DJB | .30 | { L190 } {A103} Edited financial presentation. | 262.50 |
| 11/16/09 | DJB | .30 | { L190 } {A104} Analyzed response from opposing counsel re calculation of $59 million setoff. | 262.50 |

Federal Identification No. 36-2192554

LAW OFFICES

Page 3

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/16/09 | DJB | .20 | { L190 } {A106} Prepared e-mail to client re response from opposing counsel re calculation of $59 million setoff. | 175.00 |
| 11/19/09 | DJB | .50 | { L190 } {A106} Telephone conference with J. Rodden re valuation issues and followed up re same. | 437.50 |
| | | 17.10 | PROFESSIONAL SERVICES | 10,712.50 |

**INVOICE TOTAL**                                      **$ 10,712.50**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 6.90 | 875.00 | 6,037.50 |
| MARC B. HANKIN | | 3.40 | 725.00 | 2,465.00 |
| SOFIA E. BILLER | | 6.80 | 325.00 | 2,210.00 |
| | TOTAL | 17.10 | | 10,712.50 |