**<u>EXHBIT B</u>**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| UPS | 8.49 |
| Westlaw Research | 60.33 |
| Photocopy Expense | 974.46 |
| **Total** | **1,043.28** |