## SEPTEMBER 1, 2009 - SEPTEMBER 30, 2009 TIME DETAIL

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Dempsey John | 4-Sep-09 | $725 | 5 | $3,625.00 | Preparation for deposition related to 7.22.09 Incentive Plan report on September 8, 2009. |
| Dempsey John | 7-Sep-09 | $725 | 3 | $2,175.00 | Preparation for deposition related to 7.22.09 Incentive Plan report on September 8, 2009. |
| Dempsey John | 8-Sep-09 | $725 | 16 | $11,600.00 | Preparation for and attend deposition related to 7.22.09 Incentive Plan report on September 8, 2009. |
| Rentsch, Eric | 8-Sep-09 | $226 | 2 | $452.40 | Researching median bankruptcy practices for Tribune management. |
| Long Marcia | 9-Sep-09 | $493 | 2.5 | $1,232.50 | Review peer proxies obtained online for any additional information regarding 2009 compensation changes for Jonathan Lotsoff of Sidley Austin LLP. |
| Wu, Justin | 9-Sep-09 | $226 | 3 | $678.60 | Research changes to public peer 2009 annual incentive programs. |
| Long Marcia | 10-Sep-09 | $493 | 2 | $986.00 | Finalize proxy review and develop summary template for Jonathan Lotsoff of Sidley Austin LLP. |
| Wu, Justin | 10-Sep-09 | $226 | 1.25 | $282.76 | Update research on banrkuptcy media comparison companies. |
| Donnell Julie | 11-Sep-09 | $226 | 4.5 | $1,017.90 | Peer review of final data for the Incentive Plan Design report. |
| Long, Marcia | 11-Sep-09 | $493 | 4 | $1,972.00 | Peer review analysis prepared by Justin Wu comparing Mercer's standard approach reflected in the 07.22 Incentive Plan report to an approach incorporating actual 2009 incentive payouts; in response to debtors' comments regarding Mercer's analysis. |
| Long Marcia | 11-Sep-09 | $493 | 2 | $986.00 | Prepare summary of changes to market competitiveness based on comparative analysis of benchmarking approaches - prepared for Jonathan Lotsoff of Sidley Austin LLP. |
| Rentsch, Eric | 11-Sep-09 | $226 | 5.25 | $1,187.56 | Draft memo summarizing methodology behind KEIP cost benchmarking for Jonathan Lotsoff of Sidley Austin LLP. |
| Wu, Justin | 11-Sep-09 | $226 | 4.25 | $961.36 | Update research on bankruptcy media comparison companies. |
| Long Marcia | 13-Sep-09 | $493 | 2.5 | $1,232.50 | Review, verify and document data sources for max plan costs and revenues of Chapter 11 research. |
| Long Marcia | 14-Sep-09 | $493 | 2.5 | $1,232.50 | Additional research and documentation in response to guild objections at request of Jonathan Lotsoff of Sidley Austin LLP. |

## SEPTEMBER 1, 2009 - SEPTEMBER 30, 2009 TIME DETAIL

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Long Marcia | 14-Sep-09 | $493 | 0.5 | $246.50 | Call with Jonathan Lotsoff to review additional analyses and next steps. |
| Rentsch, Eric | 14-Sep-09 | $226 | 5 | $1,131.00 | Research recent bankruptcies based on Guild objection for Jonathan Lotsoff of Sidley Austin LLP. |
| Wu, Justin | 14-Sep-09 | $226 | 2.5 | $565.50 | Document sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Dempsey John | 15-Sep-09 | $725 | 4 | $2,900.00 | Preparation for and attend deposition of guild's expert in order to provide comment and insight to Sidley Austin LLP. |
| Long Marcia | 15-Sep-09 | $493 | 2 | $986.00 | Supporting research for response to guild objections. |
| Rentsch, Eric | 15-Sep-09 | $226 | 3.5 | $791.70 | Draft memo explaining rationale for selection of Chapter 11 comparator group for Jonathan Lotsoff of Sidley Austin LLP. |
| Wu, Justin | 15-Sep-09 | $226 | 2 | $452.40 | Document sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Long Marcia | 16-Sep-09 | $493 | 2 | $986.00 | Additional research in response to guild objections/comments. |
| Mayer Julie | 16-Sep-09 | $72 | 8.25 | $593.34 | Assist with Pacer and 10k Wizard bankruptcy research. |
| Long Marcia | 17-Sep-09 | $493 | 4 | $1,972.00 | Additional research for response to guild objections and expert testimony. |
| Wu, Justin | 17-Sep-09 | $226 | 7.25 | $1,639.96 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Wu, Justin | 18-Sep-09 | $226 | 7 | $1,583.40 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Wu, Justin | 20-Sep-09 | $226 | 0.75 | $169.66 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Dempsey John | 21-Sep-09 | $725 | 1 | $725.00 | Meeting with Chandler Bigelow and Gerry Spector of Tribune management to discuss transition compensation. |
| Dempsey John | 21-Sep-09 | $725 | 0.5 | $362.50 | Emergence Equity report update. |
| Long Marcia | 21-Sep-09 | $493 | 1 | $493.00 | Revisions to transition compensation plan. |
| Rentsch, Eric | 21-Sep-09 | $226 | 0.5 | $113.10 | Market research on bankruptcy comparables for Tribune management. |

## SEPTEMBER 1, 2009 - SEPTEMBER 30, 2009 TIME DETAIL

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Wu, Justin | 21-Sep-09 | $226 | 5.25 | $1,187.56 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Dempsey John | 22-Sep-09 | $725 | 4 | $2,900.00 | Preparation for expert testimony in Delaware with Jonathan Lotsoff at Sidley Austin LLP - the testimony was in support of Mercer's 7.22.09 Incentive Proposals report, filed with the incentive plan motion of 7.22.09. |
| Donnell Julie | 22-Sep-09 | $226 | 1 | $226.20 | Analysis of Peer Group (media) Financial Performance. |
| Long Marcia | 22-Sep-09 | $493 | 4 | $1,972.00 | Meeting with Judy Mei (financial reearch expert) regarding estimating financial performance of Tribune peer companies (1.0); peer review peer group financial performance research prepared by Judy Mei - prepared for Jonathon Lotsoff of Sidley Austin LLP (3.0). |
| Mei Judy | 22-Sep-09 | $377 | 5.5 | $2,073.50 | Meeting with Marcia Long regarding estimating financial performance of Tribune peer companies (1.0); research and document financial performance of Tribune peer companies - prepared for Jonathon Lotsoff of Sildey Austin LLP (4.5). |
| Moriarty, Kimberly | 22-Sep-09 | $360 | 1.5 | $539.40 | Researching reports by analyst Justin Wu regarding numerous publishing/media companies. |
| Wu, Justin | 22-Sep-09 | $226 | 4.75 | $1,074.46 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Dempsey John | 23-Sep-09 | $725 | 4 | $2,900.00 | Preparation for expert testimony in Delaware with Jonathan Lotsoff at Sidley Austin LLP - the testimony was in support of Mercer's 7.22.09 Incentive Proposals report, filed with the incentive plan motion of 7.22.09. |
| Long Marcia | 23-Sep-09 | $493 | 3 | $1,479.00 | Review and finalize additional analyses in response to guild objections specific to Mercer's report. |
| Mei Judy | 23-Sep-09 | $377 | 4 | $1,508.00 | Research and document financial performance of Tribune peer companies - prepared for Jonathon Lotsoff of Sidley Austin LLP in preparation for 9/25 hearing. |

## SEPTEMBER 1, 2009 - SEPTEMBER 30, 2009 TIME DETAIL

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Wu, Justin | 23-Sep-09 | $226 | 3 | $678.60 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Dempsey John | 24-Sep-09 | $725 | 8 | $5,800.00 | Preparation for expert testimony in Delaware. |
| Long Marcia | 24-Sep-09 | $493 | 4 | $1,972.00 | Prepare for 9/25 hearing with John Dempsey and Jonathan Lotsoff; provide technical details and appropriate documents as required. |
| Long Marcia | 24-Sep-09 | $493 | 4 | $1,972.00 | Preparation for 9/25 hearing: final review of supporting analyses and documentation for Mercer 7.22 Incentive Proposal report and review of additional research in response to guild objections. |
| Rosen, Seth | 24-Sep-09 | $795 | 2 | $1,589.20 | Coordinate and compile peer data/financial information for newspaper companies for incentive plan filing. |
| Wu, Justin | 24-Sep-09 | $226 | 3.25 | $735.16 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Dempsey John | 25-Sep-09 | $725 | 14 | $10,150.00 | Prepared for and provided expert testimony in Delaware in support of Mercer's 7.22.09 Incentive Proposals report. |
| Long Marcia | 25-Sep-09 | $493 | 8 | $3,944.00 | Attendance at 9/25 hearing to provide feedback to Sidly Austin LLP regarding comments and questions during John Dempsey expert testimony. |
| Rentsch, Eric | 25-Sep-09 | $226 | 0.25 | $56.56 | Market research on bankruptcy comparables for Tribune management. |
| Wu, Justin | 25-Sep-09 | $226 | 0.25 | $56.56 | Documenting sources used in Mercer's July 22 report in preparation for John Dempsey, Marcia Long and Jonathan Lotsoff's participation in 9/25 hearing. |
| Long Marcia | 28-Sep-09 | $493 | 1 | $493.00 | Review CH 11 severance analysis (0.5); debrief with Justin Wu to discuss updated CH 11 severance analysis and clean up data (0.5). |
| Wu, Justin | 28-Sep-09 | $226 | 0.5 | $113.10 | Debrief with Marcia Long on 9/25 hearing results and Mercer's next steps. |
| | | **Totals:** | **196.75** | **$88,753.44** | |