**SEPTEMBER 1, 2009 - SEPTEMBER 30, 2009 EXPENSES**

| Date | Amount | Description |
|------|--------|-------------|
| 9-Sep-09 | $17.00 | Transportation (Late Work) |
| 10-Sep-09 | $46.30 | Meals - Client Lunch Meeting |
| 10-Sep-09 | $10.49 | Administrative |
| 11-Sep-09 | $14.65 | Meals - Non-travel (Late Work) |
| 11-Sep-09 | $18.00 | Transportation (Late Work) |
| 11-Sep-09 | $31.67 | Meals - Non-travel (Late Work) |
| 14-Sep-09 | $16.93 | Meals - Non-travel (Late Work) |
| 15-Sep-09 | $12.98 | Meals - Non-travel (Late Work) |
| 15-Sep-09 | $16.00 | Transportation (Late Work) |
| 16-Sep-09 | $1.43 | Administrative |
| 17-Sep-09 | $5.90 | Administrative |
| 17-Sep-09 | $19.00 | Transportation (Late Work) |
| 17-Sep-09 | $50.00 | Meals - Non-travel (Late Work) |
| 20-Sep-09 | $15.02 | Administrative |
| 21-Sep-09 | $529.63 | Travel - Transportation |
| 21-Sep-09 | $30.00 | Travel - Transportation |
| 21-Sep-09 | $10.00 | Administrative |
| 21-Sep-09 | $7.41 | Travel - Meals |
| 21-Sep-09 | $11.25 | Travel - Meals |
| 21-Sep-09 | $20.00 | Travel - Transportation |
| 21-Sep-09 | $18.00 | Transportation (Late Work) |
| 22-Sep-09 | $20.00 | Transportation (Late Work) |
| 22-Sep-09 | $24.19 | Meals - Non-travel (Late Work) |
| 24-Sep-09 | $5.90 | Administrative |
| 24-Sep-09 | $18.00 | Transportation (Late Work) |
| 30-Sep-09 | $907.70 | Administrative - Legal |
| **Total:** | **$1,877.45** | |