## OCTOBER 1, 2009 - OCTOBER 31, 2009 TIME DETAIL

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Wu Justin | 7-Oct-09 | $226 | 0.5 | $113.10 | Emergence Equity LTI Update. |
| Dempsey John | 8-Oct-09 | $725 | 0.5 | $362.50 | Response to Chandler's question regarding visteon. |
| Dempsey John | 21-Oct-09 | $725 | 0.5 | $362.50 | Emergence share reserves. |
| Donnell Julie | 21-Oct-09 | $226 | 1 | $226.20 | Exhibit drafting of Media Peers practices percentage of total reserve of CS0. 10.21. |
| Mayer Julie | 26-Oct-09 | $72 | 9.75 | $701.22 | Assist with Pacer and 10k Wizard bankruptcy research. |
| | | **Totals:** | **12.25** | **$1,765.52** | |