## OCTOBER 1, 2009 - OCTOBER 31, 2009 EXPENSES

| Date | Amount | Description |
|---|---|---|
| 1-Oct-09 | $18.93 | Meals - Non-travel (Late Work) |
| 5-Oct-09 | $10.00 | Administrative |
| 5-Oct-09 | $221.11 | Travel - Transportation |
| 5-Oct-09 | $12.16 | Travel - Meals |
| 13-Oct-09 | $18.00 | Travel - Transportation |
| 13-Oct-09 | $18.00 | Travel - Transportation |
| 13-Oct-09 | $16.00 | Travel - Transportation |
| 13-Oct-09 | $18.00 | Travel - Transportation |
| 13-Oct-09 | $17.00 | Travel - Transportation |
| 13-Oct-09 | $16.00 | Travel - Transportation |
| 13-Oct-09 | $54.00 | Travel - Transportation |
| 13-Oct-09 | $24.51 | Meals - Non-travel (Late Work) |
| 13-Oct-09 | $21.50 | Meals - Non-travel (Late Work) |
| 14-Oct-09 | $6.00 | Meals - Non-travel (Late Work) |
| 14-Oct-09 | $7.00 | Meals - Non-travel (Late Work) |
| 14-Oct-09 | $8.12 | Meals - Non-travel (Late Work) |
| 14-Oct-09 | $21.80 | Administrative |
| 30-Oct-09 | $35.00 | Travel - Transportation |
| 30-Oct-09 | $10.00 | Administrative |
| 30-Oct-09 | $344.60 | Travel - Transportation |
| 30-Oct-09 | $306.90 | Travel - Lodging |
| 30-Oct-09 | $50.80 | Travel - Meals |
| 30-Oct-09 | $6.00 | Travel - Meals |
| 30-Oct-09 | $35.00 | Travel - Transportation |
| **Total:** | **$1,296.43** | |