## NOVEMBER 1, 2009 - NOVEMBER 30, 2009 TIME DETAIL

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Dempsey John | 17-Nov-09 | $725 | 0.5 | $362.50 | Market pricing for emergence comp deck. |
| Donnell Julie | 17-Nov-09 | $226 | 0.5 | $113.10 | Meeting with Mike Bourgon at the Tribune to discuss benchmarking assignment. |
| Donnell Julie | 17-Nov-09 | $226 | 2 | $452.40 | Benchmarking gap analysis, consolidation of benchmarking and position matching files. |
| Wu Justin | 17-Nov-09 | $226 | 0.25 | $56.56 | Benchmarking for emergence equity. |
| Donnell Julie | 18-Nov-09 | $226 | 6 | $1,357.20 | Benchmarking gap analysis (determine which positions of 184 that we have completed) and position mapping. |
| Mayer Julie | 18-Nov-09 | $72 | 0.25 | $17.98 | Assist with Pacer and 10k Wizard bankruptcy research. |
| Dempsey John | 19-Nov-09 | $725 | 0.5 | $362.50 | Market pricing for emergence comp deck. |
| Donnell Julie | 19-Nov-09 | $226 | 6 | $1,357.20 | Benchmarking analysis and data consolidation of 184 positions for Mike/Chandler. |
| Donnell Julie | 19-Nov-09 | $226 | 2.5 | $565.50 | Benchmarking analysis and data consolidation of 184 positions for Mike Bourgon at the Tribune for the Compensation Commitee meeting on Nov 23 to be reviewed by M. Long. |
| Long Marcia | 19-Nov-09 | $493 | 1 | $493.00 | Peer review and update benchmarking job list comparing tier 2 and tier 3 to previous benchmark files. |
| Long Marcia | 19-Nov-09 | $493 | 0.5 | $246.50 | Call with Mike Bourgon to review survey job matches and scope for tier 2 and tier 3 positions; data to be included in Tribune report to the comp committee. |
| Dempsey John | 20-Nov-09 | $725 | 0.5 | $362.50 | Market pricing for emergence comp deck. |
| Donnell Julie | 20-Nov-09 | $226 | 8 | $1,809.60 | Benchmarking analysis and data consolidation of 184 positions for Mike Bourgon at the Tribune for the Compensation Commitee meeting on Nov 23 to be reviewed by M. Long. |
| Long Marcia | 20-Nov-09 | $493 | 2 | $986.00 | Peer review market data summary for tier 2 and 3 positions prepared for Chandler Bigelow to be included in Tribune mgt report to compensation committee. |
| Wu Justin | 20-Nov-09 | $226 | 0.5 | $113.10 | Benchmarking for emergence equity. |

## NOVEMBER 1, 2009 - NOVEMBER 30, 2009 TIME DETAIL

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Donnell Julie | 21-Nov-09 | $226 | 2 | $452.40 | Market pricing analysis finalization. |
| Donnell Julie | 23-Nov-09 | $226 | 1 | $226.20 | Prepare summary of Board of Directors compensation trends. |
| Long Marcia | 23-Nov-09 | $493 | 1 | $493.00 | Peer review additional benchmark jobs for inclusion in Tribune equity program report for the compensation committee. |
| Dempsey John | 30-Nov-09 | $725 | 2 | $1,450.00 | Preparation for and attendance at compensation committee meeting with Liebentritt, and Maggie and other members. |
| | | **Totals:** | **37** | **$11,277.24** | |