### NOVEMBER 1, 2009 - NOVEMBER 30, 2009 EXPENSES

| Date | Amount | Description |
|---|---|---|
| 4-Nov-09 | $6.00 | Travel - Meals |
| 4-Nov-09 | $60.00 | Travel - Transportation |
| 4-Nov-09 | $47.00 | Travel - Meals |
| 4-Nov-09 | $8.13 | Administrative |
| 4-Nov-09 | $328.90 | Travel - Lodging |
| 4-Nov-09 | $53.65 | Travel - Transportaion |
| 30-Nov-09 | $4,060.49 | Administrative - Legal |
| **Total:** | **$4,564.17** | |