**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: February 18, 2010 at 10:00 a.m.** |
| Debtors. | : | **Objection Deadline: February 11, 2010 at 4:00 p.m.** |
| | : | |
| | : | **Re: Docket No. 3063** |

## NOTICE OF MOTION

On January 13, 2010, Wilmington Trust Company, as Successor Indenture Trustee, by and through its undersigned counsel, filed the *Motion for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code* [Docket No. 3063] (the "Motion"). **You were previously served with a copy of the Motion.**

You are required to file a response, if any, to the Motion on or before **February 11, 2010 at 4:00 pm. (ET)**.

At the same time, you must serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, New York 10036 | Jennifer R. Hoover, Esquire<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>222 Delaware Ave., Suite 801<br>Wilmington, DE 19801 |

A HEARING ON THIS MATTER WILL BE HELD ON **FEBRUARY 18, 2010 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE, COURTROOM NO. 5.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 15, 2010

        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By:   /s/ Jennifer R. Hoover
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Seven Times Square
New York, New York 10036
T: (212) 209-4800
F: (212) 209-4801

William M. Dolan III, Esq.
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*