IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: February 4, 2010 at 4:00 p.m. |
| | Hearing Date: TBD |
| | Related to Docket Nos. 2672, 2673 and 2905 |

**FOURTH INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
| Authorized to Provide Professional Services to: | Tribune Company, et al. |
| Date of Retention: | February 3, 2009 *nunc pro tunc* to December 8, 2008 |
| Period for which Compensation and Reimbursement is sought: | September 1, 2009 through November 30, 2009 |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | $234,330.50 |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | $17,104.52 |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | $187,464.40 |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | $17,104.52 |
| Total Amount of Holdback Fees Sought for applicable period * | $46,866.10 (includes 20% holdback attributable to ninth, tenth and eleventh fee applications) |

\*     Applicant seeks allowance of the 20% holdback for the ninth, tenth and eleventh monthly fee applications.

46429/0001-6234681v1

# TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY PROFESSIONAL
## SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $700.00 | 45.9 | $32,130.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $550.00 | 9.1 | $5,005.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $550.00 | 269.8 | $148,390.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $365.00 | 3.9 | $1,423.50 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $210.00 | 223.2 | $46,872.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $170.00 | 3.0 | $510.00 |
| TOTALS | | | | 554.90 | $234,330.50 |

**Blended Rate: $422.29**

\*      This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2009).

# TRIBUNE COMPANY, *et al.*

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Sec. 363) | 30.2 | $14,187.00 |
| Automatic Stay Matters/Litigation | 6.9 | $3,319.00 |
| Case Administration | 81.4 | $32,601.00 |
| Cash Collateral and DIP Financing | 0.2 | $140.00 |
| Claims Analysis, Administration and Objections | 43.7 | $19,354.50 |
| Committee Matters and Creditor Meetings | 3.8 | $2,450.00 |
| Creditor Inquiries | 0.7 | $147.00 |
| Employee Matters | 37.1 | $19,603.50 |
| Executory Contracts | 10.1 | $3,512.00 |
| Fee Application Matters/Objections | 112.8 | $39,286.00 |
| Leases (Real Property) | 4.8 | $2,198.00 |
| Litigation/General (Except Automatic Stay Relief) | 52.3 | $25,804.00 |
| Preparation for and Attendance at Hearings | 104.7 | $43,593.50 |
| Press/Public Affairs | 0.2 | $110.00 |
| Reorganization Plan | 6.8 | $3,595.00 |
| Reports; Statements and Schedules | 15.3 | $6,851.00 |
| Retention Matters | 21.9 | $7,794.00 |
| U.S. Trustee Matters and Meetings | 12.2 | $4,568.00 |
| Utilities/Sec. 366 Issues | 2.0 | $927.00 |
| Vendor Matters | 0.3 | $165.00 |
| General Corporate Advice | 7.5 | $4,125.00 |
| **TOTAL** | **554.90** | **$234,330.50** |

TRIBUNE COMPANY, *et al.*

EXPENSE SUMMARY
SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (36,712 pages @ $0.10/page) | | $3,671.20 |
| Telephone | | $44.89 |
| Telecopier | *Parcels, Inc.* | $1,148.25 |
| Postage | | $209.41 |
| Filing Fees (*Petition; Telephonic Appearance Fee*) | *U.S. Bankruptcy Court; Courtcall* | $1,333.00 |
| Document Retrieval/Court Documents | *PACER Service Center* | $57.90 |
| Overtime (Secretarial) | | $785.83 |
| Certified Copies | *Parcels, Inc.* | $425.10 |
| Travel Expenses (transportation charges, working meals) | *Purebread; Washington Ale House; Bean Bag Cafe; Urban Café; Toscano To Go; Eagle Transportation; Roadrunner Express; Dave's Limousine* | $3,402.09 |
| Transcripts | *Veritext; J&J Transcribers; Diana Doman Transcribing* | $2,025.50 |
| Electronic Filing Service Fee | *Parcels, Inc.* | $295.00 |
| Outside Photocopying | *Parcels, Inc.* | $1,593.54 |
| Messenger Service | *Parcels, Inc.* | $439.00 |
| Overnight Delivery | *Federal Express* | $1,428.05 |
| Legal Research | *Westlaw* | $245.76 |
| **TOTAL** | | **$17,104.52** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: February 4, 2010 at 4:00 p.m. |
| | Hearing Date: TBD |
| | Related to Docket Nos. 2672, 2673 and 2905 |

**FOURTH INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>INTERIM PERIOD FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009</u>**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "<u>Applicant</u>"), co-counsel to the Debtors in the above-captioned chapter 11 cases, hereby submits its fourth interim fee application (the "<u>Interim Fee Application</u>") for allowance of compensation and reimbursement of expenses for the interim period from September 1, 2009 through November 30, 2009, and respectfully represents as follows:

## INTRODUCTION

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "<u>Bankruptcy Code</u>"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "<u>Committee</u>") pursuant to 11 U.S.C. § 1102(a)(1).

3. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

4.      On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5.      On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"), and on January 6, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"). Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors. Specifically, Applicant seeks interim approval and allowance of compensation in the amount of $234,330.50 for professional services rendered, and reimbursement of actual and necessary expenses incurred in the amount of $17,104.52, during the interim period from September 1, 2009 through November 30, 2009, as detailed in the chart below.

| Application Docket No. Date Filed | CONO Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|---|
| Ninth Monthly D.I. 2672 Filed: 11/25/09 | 12/17/09 D.I. 2883 | 9/1/09 – 9/30/09 | $70,349.00 | $6,301.43 | $56,279.20 | $6,301.43 | $14,069.80 |
| Tenth Monthly D.I. 2673 Filed: 11/25/09 | 12/17/09 D.I. 2884 | 10/1/09- 10/31/09 | $60,948.00 | $10,706.61 | $48,758.40 | $10,706.61 | $12,189.60 |
| Eleventh Monthly D.I. 2905 Filed: 12/23/09 | 1/14/10 D.I. 3106 | 11/1/09 – 11/30/09 | $103,033.50 | $96.48 | $82,426.80 | $96.48 | $20,606.70 |
| Totals | | | $234,330.50 | $17,104.52 | $187,464.40 | $17,104.52 | $46,866.10 |

6.      Notice of this Interim Fee Application has been provided in accordance with the Fee Order to: (i) the Office of the United States Trustee; (ii) counsel to the Barclays Bank PLC,

2

46429/0001-6234681v1

in its capacity as Lender, Funding Agent, and Administrative Agent; (iii) counsel to the Administrative Agent for the Prepetition Lenders, JPMorgan Chase Bank, N.A.; (iv) the Debtors; (v) counsel to the Committee; and (vi) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002. Applicant submits that no other or further notice need be provided.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing interim allowance of compensation in the amount of $234,330.50 for professional services rendered and $17,104.52 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: January 15, 2010

                COLE, SCHOTZ, MEISEL,
                FORMAN & LEONARD, P.A.

By: _____
     Norman L. Pernick (No. 2290)
     J. Kate Stickles (No. 2917)
     500 Delaware Avenue, Suite 1410
     Wilmington, DE 19801
     Telephone: 302-652-3131
     Facsimile: 302-652-3117

     ATTORNEYS FOR THE DEBTORS
     AND DEBTORS IN POSSESSION