IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

  Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 14th day of January, 2010, she caused a copy of the following:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO MOTION OF WILMINGTON TRUST COMPANY FOR APPOINTMENT OF EXAMINER PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE [D.I. 3096]**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 15th day of January, 2010.

_____
Notary Public
My Commission Expires: 7/23/10

KIMBERLY A. BECKER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 23, 2010

698.001-W0005390

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Core Service List**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via Hand Delivery*
(Counsel to Wilmington Trust Company)
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Brown Rudnick LLP
Seven Times Square
New York, New York 10036

*Via Facsimile*
(Counsel to Wilmington Trust Company)
William M. Dolan III, Esq.
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903