# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:

TRIBUNE COMPANY et al.,

                     Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

Hearing Date: (To be determined)
Objections Due: 2/4/2010 @ 4:00 p.m.

## NOTICE OF APPLICATION

**To: The Notice Parties Pursuant to the Administrative Order**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP served its First Interim Application for Interim Allowance of Compensation and Reimbursement of Expenses for the Period August 6, 2009 through November 30, 2009 (the "Application"), which seeks fee compensation in the amount of $1,262,525.75 and reimbursement of expenses in the amount of $36,386.06.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than <u>4:00 p.m. on February 4, 2010.</u>

HEARING on the Application will take place at a time to be determined.

2498479.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
       January 15, 2010

                            ZUCKERMAN SPAEDER LLP

                            Thomas G. Macauley (ID No. 3411)
                            919 Market Street, Suite 990
                            P.O. Box 1028
                            Wilmington, DE 19899
                            (302) 427-0400

                                  - and -

                            Graeme W. Bush
                            1800 M Street, N.W.
                            Washington, DC 20036
                            (202) 778-1800

                            Special Counsel to the Official Committee
                            of Unsecured Creditors

2498479.1