**<u>EXHIBIT A</u>**

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10024

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
ATTN: DONALD J. LIEBENTRITT

OCTOBER 30, 2009
INVOICE # 9149292

CUETO

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009                       $6,250.00

DISBURSEMENTS                                        778.34

TOTAL INVOICE                                     $7,028.34

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611 INVOICE # 9149292
ATTN: DONALD J. LIEBENTRITT

OCTOBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009

CUETO          MATTER NUMBER -    10024

| | | | | | |
|---|---|---|---|---|---|
| 9/03/09 | DLB | 3.00 | 62 5.0 0 | { L120 } {A109} Prepared for hearing (1.0); traveled to Belleville, Illinois re same (2.00). | 1,875.00 |
| 9/04/09 | DLB | 6.00 | 62 5.0 0 | { L120 } {A101} Prepared for and attended hearing (4.0); traveled back to Chicago (2.0). | 3,750.00 |
| 9/08/09 | DLB | 1.00 | 62 5.0 0 | { L120 } {A104} Reviewed and analyzed opinions in related cases dismissing Cueto's claims. | 625.00 |
| | | 10.00 | | PROFESSIONAL SERVICES | 6,250.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 9/03/09 | Out of Town Travel, D. Berman, 09/03-04/09, Belleville, IL (Attend Hearing) | 746.77 |
| 9/28/09 | Photocopy Expense | 20.52 |
| 9/29/09 | Photocopy Expense | .52 |
| 9/30/09 | Photocopy Expense | 10.53 |
| | TOTAL DISBURSEMENTS | 778.34 |

INVOICE TOTAL    $ 7,028.34

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 10.00 | 625.00 | 6,250.00 |
| TOTAL | 10.00 | | 6,250.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    OCTOBER 30, 2009
435 NORTH MICHIGAN AVENUE                          INVOICE # 9149337
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009                                    $1,071.00

DISBURSEMENTS                                                          0.00
                                                            _____
                              TOTAL INVOICE                    $1,071.00

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9149337

OCTOBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009

FEE APPLICATION                                      MATTER NUMBER -    10164

| 9/24/09 | LSR | 1.30 | { L210 } {A103} Drafted August fee application. | 422.50 |
| 9/25/09 | MHM | 1.80 | { L210 } {A104} Reviewed invoices and prepared summary charts for monthly fee statement. | 486.00 |
| 9/25/09 | LSR | .50 | { L210 } {A103} Edited August fee application. | 162.50 |
| | | 3.60 | PROFESSIONAL SERVICES | 1,071.00 |

**INVOICE TOTAL**                            **$ 1,071.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.80 | 325.00 | 585.00 |
| MICHAEL H. MATLOCK | 1.80 | 270.00 | 486.00 |
| TOTAL | 3.60 | | 1,071.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10180


THE TRIBUNE COMPANY                                    OCTOBER 30, 2009
435 NORTH MICHIGAN AVENUE                              INVOICE # 9149338
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT


### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009                                    $800.00

DISBURSEMENTS                                                    0.00
                                                          _____
                          TOTAL INVOICE                      $800.00


ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
### JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9149338

OCTOBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2009

MORGAN STANLEY SWAP

MATTER NUMBER -    10180

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 9/02/09 | MZH | .50 | { L120 } {A107}Telephone conference with Sidley and J. Rodden, C. Bigelow re MS ▮▮▮▮ strategy. | 362.50 |
| 9/29/09 | DJB | .50 | { L190 } {A107} Telephone conference with S. Grosshandler; e-mail re same. | 437.50 |
| | | 1.00 | PROFESSIONAL SERVICES | 800.00 |

**INVOICE TOTAL**          $ !Undefined Bookmark, FEETOTAL1

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.50 | 875.00 | 437.50 |
| MARC B. HANKIN | 0.50 | 725.00 | 362.50 |
| TOTAL | 1.00 | | 800.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

THE TRIBUNE COMPANY                                    NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                            INVOICE # 9152110
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                    $2,356.50

DISBURSEMENTS                                                 163.43

                              TOTAL INVOICE           $2,519.93

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9152110

NOVEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

ESOP/STAY ISSUES                                                  MATTER NUMBER -    10130

| 10/16/09 | SKM | .50 | { L140 } {A104} Reviewed and organized materials for D. Bradford's review. | 135.00 |
| 10/20/09 | SKM | 2.20 | { L140 } {A110} Gathered and organized document productions. | 594.00 |
| 10/26/09 | DAS | .20 | { L210 } {A107} Communicated with co-counsel re ▮▮▮▮▮. | 105.00 |
| 10/28/09 | DJB | .50 | { L190 } {A101} Prepared for and appeared telephonically in bankruptcy court re stay. | 437.50 |
| 10/28/09 | DJB | .70 | { L190 } {A107} Telephone conference with opposing counsel re court appearance (.2); telephone conference with Tribune counsel re same (.3); various e-mails re order re same (.2). | 612.50 |
| 10/28/09 | DAS | .60 | { L210 } {A103} Drafted order related to October 28 hearing in adversary proceeding and sent same to D. Bradford. | 315.00 |
| 10/29/09 | DAS | .30 | { L210 } {A108} Sent draft order related to October 28 hearing in adversary proceeding to T. Meites for review and comment. | 157.50 |
| | | 5.00 | PROFESSIONAL SERVICES | 2,356.50 |

LAW OFFICES

Page 2

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**DISBURSEMENTS**

| | | |
|---|---|---|
| 9/15/09 | Outside Professional Services (Abe-Carvens Detective Agency) | 54.00 |
| 10/05/09 | Pacer Charges (July and August 2009) | 98.88 |
| 10/31/09 | Lexis Research | 10.55 |
| | TOTAL DISBURSEMENTS | 163.43 |

**INVOICE TOTAL**                     $ 2,519.93

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 1.20 | 875.00 | 1,050.00 |
| DOUGLAS A. SONDGEROTH | 1.10 | 525.00 | 577.50 |
| SHAWN K. MCGEE | 2.70 | 270.00 | 729.00 |
| TOTAL | 5.00 | | 2,356.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                     Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY                         NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                   INVOICE # 9152111
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                              $5,672.50

DISBURSEMENTS                                             0.00
                                              _____

            TOTAL INVOICE                            $5,672.50

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                      INVOICE # 9152111
ATTN: DONALD J. LIEBENTRITT


NOVEMBER 30, 2009


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009


DOL SUBPOENA                                        MATTER NUMBER -    10148


| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/09/09 | DAS | .30 | { L210 } {A106} Prepared communication to D. Liebentritt re ███████. | 157.50 |
| 10/12/09 | DAS | 2.50 | { L210 } {A103} Drafted communication to plaintiffs re DOL documents (.5); drafted portions of confidentiality agreement related to DOL documents (2.00). | 1,312.50 |
| 10/14/09 | DJB | 1.30 | { L190 } {A104} Reviewed IRS inquiry ████████████ (.8); reviewed opinion letter re same (.5). | 1,137.50 |
| 10/14/09 | DAS | 2.00 | { L210 } {A103} Edited draft confidentiality agreement related to DOL documents produced by Tribune. | 1,050.00 |
| 10/15/09 | DJB | .70 | { L190 } {A107} Telephone conference with counsel for GreatBanc re ████████████ (.4); follow-up telephone conference with client (.3). | 612.50 |
| 10/21/09 | KZL | .80 | { L140 } {A110} Ran production through Opticon and endorsed images with confidential stamp (.2); imported documents into local Law database and ran OCR process (.3); exported documents from Law database and converted documents to searchable PDFs (.2); performed quality check on all PDFs (.1). | 220.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 10/21/09 | ZM | .50 | { L140 } {A110} Performed level two quality check on data load of copy between databases (.4); coordinated with W. Wettstein (.1). | 137.50 |
|---|---|---|---|---|
| 10/22/09 | MS | .80 | { L140 } {A110} Began performing second level quality control checks on documents prepared for production. | 220.00 |
| 10/29/09 | DXW | .50 | { L140 } {A110} Emailed and conferred with S. McGee re data loading project. | 137.50 |
| 10/30/09 | DXW | 2.50 | { L140 } {A110} Copied data to network for loading to Concordance for attorney review (1.9); emailed S. McGee re issues related to copying data from DVDs to network (.2). | 687.50 |
| | | 11.90 | PROFESSIONAL SERVICES | 5,672.50 |

**INVOICE TOTAL**                          **$ 5,672.50**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 2.00 | 875.00 | 1,750.00 |
| DOUGLAS A. SONDGEROTH | 4.80 | 525.00 | 2,520.00 |
| DAVID WIRKIOWSKI | 3.00 | 275.00 | 825.00 |
| KELLY A. LAUGHRAN | 0.80 | 275.00 | 220.00 |
| MARGARET SMALL | 0.80 | 275.00 | 220.00 |
| ZULAIKHA MASTER | 0.50 | 275.00 | 137.50 |
| TOTAL | 11.90 | | 5,672.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                                      NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                               INVOICE # 9152063
SUITE 600
CHICAGO, IL  60611-4041
ATTN: KAREN H. FLAX

**CUETO**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                          $3,662.50

DISBURSEMENTS                                                       507.88

                                        TOTAL INVOICE              $4,170.38

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9152063
ATTN: KAREN H. FLAX

NOVEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

CUETO                                          MATTER NUMBER -    10024

| 10/01/09 | DLB | .50 | { L120 } {A104} Reviewed and analyzed recently filed pleadings by plaintiff in connection with motion to dismiss hearing. | 312.50 |
|---|---|---|---|---|
| 10/01/09 | WAT | .50 | { L110 } {A104} Reviewed filed materials and participated in telephone conference with counsel in preparation for hearing on various motions. | 237.50 |
| 10/02/09 | WAT | 5.50 | { L110 } {A109} Prepared for hearing in Belleville on various motions to dismiss and new motion to disqualify current sitting judge and attended same. | 2,612.50 |
| 10/19/09 | DLB | .20 | { L120 } {A104} Reviewed and analyzed opinion related to subpoenaed reporter and emails re same. | 125.00 |
| 10/21/09 | DLB | .40 | { L120 } {A104} Reviewed and analyzed order entered by Court. | 250.00 |
| 10/21/09 | DLB | .20 | { L120 } {A103} Drafted email to K. Flax re order entered by Court. | 125.00 |
| | | 7.30 | PROFESSIONAL SERVICES | 3,662.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

## DISBURSEMENTS

| | | |
|---|---|---:|
| 10/02/09 | Out of Town Travel, W. Thomson, 10/02/09, St. Louis (Attend Hearing on Various Motions) | 442.10 |
| 10/02/09 | Business Meals, W. Thomson, 10/02/09 | 21.98 |
| 10/13/09 | Court Reporter Charge (Transcript of October 2, 2009 Hearing) | 42.00 |
| 10/27/09 | Photocopy Expense | .72 |
| 10/28/09 | Photocopy Expense | 1.08 |
| | TOTAL DISBURSEMENTS | 507.88 |

**INVOICE TOTAL**                          **$ 4,170.38**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEBBIE L. BERMAN | 1.30 | 625.00 | 812.50 |
| WADE A. THOMSON | 6.00 | 475.00 | 2,850.00 |
| TOTAL | 7.30 | | 3,662.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                    NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                              INVOICE # 9152114
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**MORGAN STANLEY SWAP**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                    $4,310.00

DISBURSEMENTS                                                   0.00
                                                        _____
                                     TOTAL INVOICE          $4,310.00

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9152114
ATTN: DONALD J. LIEBENTRITT


NOVEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009


MORGAN STANLEY SWAP                          MATTER NUMBER -    10180

| | | | | |
|---|---|---|---|---|
| 10/02/09 | DJB | 2.00 | { L190 } {A104} Reviewed materials and prior negotiations and analysis (1.); studied settlement analysis (.5); telephone conference with client re settlement response (.5). | 1,750.00 |
| 10/02/09 | MZH | 1.20 | {L120} {A105} Drafted e-mail to D. Bradford re litigation analysis with respect to set-off claim (.7); telephone conference with D. Bradford, N. Larsen, C. Bigelow and D. Liebentritt re settlement counter-offer (.5) | 870.00 |
| 10/05/09 | DJB | .60 | { L190 } {A107} Telephone conference with opposition counsel (.4); prepared email re same (.2). | 525.00 |
| 10/05/09 | MZH | .10 | { L120 } {A105} Telephone conference with D. Bradford re counteroffer to Morgan Stanley. | 72.50 |
| 10/15/09 | MZH | .30 | { L120 } {A103} Drafted comments to Tribune description of current status of negotiations. | 217.50 |
| 10/16/09 | DJB | .50 | { L190 } {A107} Telephone conference with opposing counsel re settlement. | 437.50 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---:|
| 10/16/09 | DJB | .50 | { L190 } {A106} Drafted email to client re telephone conference with opposing counsel re settlement. | 437.50 |
| | | 5.20 | PROFESSIONAL SERVICES | 4,310.00 |

**INVOICE TOTAL**                                **$ 4,310.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 3.60 | 875.00 | 3,150.00 |
| MARC B. HANKIN | 1.60 | 725.00 | 1,160.00 |
| TOTAL | 5.20 | | 4,310.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    NOVEMBER 30, 2009
435 NORTH MICHIGAN AVENUE                               INVOICE # 9152113
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009                                      $3,543.00

DISBURSEMENTS                                                     21.69

TOTAL INVOICE                      $3,564.69

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                  INVOICE # 9152113
ATTN: DONALD J. LIEBENTRITT

NOVEMBER 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2009

FEE APPLICATION                                  MATTER NUMBER -    10164

| 10/06/09 | LSR | .30 | { L210 } {A103} Edited August fee application. | 97.50 |
|---|---|---|---|---|
| 10/07/09 | LSR | 1.50 | { L210 } {A103} Drafted third quarterly fee application. | 487.50 |
| 10/12/09 | MHM | 2.10 | { L210 } {A104} Reviewed invoices and prepared matter summaries for quarterly fee application. | 567.00 |
| 10/13/09 | MHM | 3.80 | { L210 } {A103} Worked on preparing attorney summaries for quarterly fee application (1.2); reviewed and balanced invoices against data for same (.9); revised and proofread application (1.1); prepared exhibits for quarterly application (.6). | 1,026.00 |
| 10/13/09 | LSR | .70 | { L210 } {A103} Edited third quarterly fee application. | 227.50 |
| 10/14/09 | LSR | 1.30 | { L210 } {A103} Continued editing third quarterly fee application. | 422.50 |
| 10/19/09 | LSR | 1.00 | { L190 } {A103} Prepared time entry spreadsheet for fee examiner. | 325.00 |
| 10/26/09 | LSR | .80 | { L190 } {A103} Drafted September fee application. | 260.00 |
| 10/27/09 | LSR | .40 | { L190 } {A103} Continued drafting September fee application. | 130.00 |
|  |  | 11.90 | PROFESSIONAL SERVICES | 3,543.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

*Page 2*

## DISBURSEMENTS

| | | |
|---|---|---:|
| 10/05/09 | Pacer Charges | 1.20 |
| 10/05/09 | Pacer Charges | 2.40 |
| 10/12/09 | Network Printing | 13.23 |
| 10/15/09 | Network Printing | 4.86 |
| | TOTAL DISBURSEMENTS | 21.69 |

## INVOICE TOTAL

$ 3,564.69

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| LANDON S. RAIFORD | | 6.00 | 325.00 | 1,950.00 |
| MICHAEL H. MATLOCK | | 5.90 | 270.00 | 1,593.00 |
| | TOTAL | 11.90 | | 3,543.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10199

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JANUARY 14, 2010
INVOICE # 9154366

**L.A. TIMES/INSURANCE MATTER**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                $12,335.00

DISBURSEMENTS                                                          0.00
                                                          _____

                      TOTAL INVOICE            $12,335.00

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                INVOICE # 9154366
ATTN: DONALD J. LIEBENTRITT


JANUARY 14, 2010


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009


L.A. TIMES/INSURANCE MATTER                      MATTER NUMBER -    10199


| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 10/28/09 | DJB | 1.00 | { L190 } {A107} Various telephone conferences re antitrust issues (.5); reviewed Paddock decision (.3); telephone conference with firm antitrust counsel (.2). | 875.00 |
| 10/28/09 | JFK | .70 | { L120 } {A104} Worked on antitrust analysis of Chicago news cooperative-related issues. | 420.00 |
| 10/28/09 | LAF | .70 | { L190 } {A104} Reviewed issue posed by Chicago Tribune and researched lack of authority to force the Chicago New Coop not to deal exclusively with the New York Times (.5); conferred with J. Kinney re same (.1); reported to D. Bradford (.1). | 560.00 |
| 10/28/09 | FMA | .50 | { L190 } {A104} Reviewed bond contract (.3); conferred with J. Oshinsky re issues relevant to the bond (.2). | 185.00 |
| 10/28/09 | JO | .50 | { L190 } {A104} Reviewed background documents re case. | 425.00 |
| 10/29/09 | FMA | 1.30 | { L190 } {A105} Telephone conference with J. Oshinsky and C. Martin re pending issues with bond contracts (.2); prepared list of issues re bond documents and conducted legal research re various types of bonds present (.5); conducted legal research re surety bonds and relevance in this scenario (.6). | 481.00 |
| 10/29/09 | JO | 1.00 | { L190 } {A105} Telephone conferences re bond issues. | 850.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                  Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 10/30/09 | FMA | 3.90 | { L190 {A102} Researched background companies Aegis Insurance Company and Wilson Gregory Agency (1.0); prepared strategy points and talking points for telephone conference with client re bond contracts (.3); researched essential differences between surety bond and fidelity bonds to determine relevance with respect to contracts being brokered by the agents (1.0); conducted legal research re Aegis and Wilson Gregory Agency to determine whether litigation has ensued in other newspaper bond contexts (.5); conducted research re newspaper bond agencies to determine other providers besides Wilson Gregory Agency (.6); participated in strategy call with L.A. Times counsel re bond contracts and related issues (.5). | 1,443.00 |
| --- | --- | --- | --- | --- |
| 10/30/09 | JO | 1.00 | { L190 } {A104} Telephone conference with client and Cadence Law re case. | 850.00 |
| 11/05/09 | FMA | .30 | { L190 } {A105} Telephone conference with J. Oshinsky re next steps towards completing bond related contracts. | 111.00 |
| 11/05/09 | JO | 1.00 | { L190 } {A107} Conference call with Hively and followed up re same. | 850.00 |
| 11/06/09 | FMA | .50 | { L190 } {A104} Reviewed WGA-36 Instrument document furnished by Wilson Gregory Agency and researched provisions relating to performance bonds and payments bonds (.4); reviewed J. Oshinsky's email correspondence with client and Wilson Gregory Agency (.1). | 185.00 |
| 11/06/09 | JO | 1.00 | { L190 } {A104} Reviewed and analyzed bond and related agreement. | 850.00 |
| 11/10/09 | JO | .50 | { L190 } {A107} Telephone conference with brokers. | 425.00 |
| 11/10/09 | JO | .50 | { L190 } {A104} Reviewed documents, including draft surety bond. | 425.00 |
| 11/11/09 | JO | .50 | { L190 } {A101} Prepared for client meeting. | 425.00 |
| 11/11/09 | JO | .50 | { L190 } {A106} Met with J. Xanders, B. Davis, G. Albi, and C. Martin re case. | 425.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| | | | | |
|---|---|---|---|---|
| 11/12/09 | JO | 1.30 | { L190 } {A104} Reviewed credit insurance materials and follow-up communications. | 1,105.00 |
| 11/13/09 | JO | .50 | { L190 } {A105} Various communications re credit insurance. | 425.00 |
| 11/16/09 | JO | .50 | { L190 } {A104} Reviewed presentation on credit insurance and related telephone conferences. | 425.00 |
| 11/17/09 | JO | .70 | { L190 } {A105} Conference call re credit insurance and prepared for same. | 595.00 |
| | | 18.40 | PROFESSIONAL SERVICES | 12,335.00 |

**INVOICE TOTAL**                                    $ 12,335.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 1.00 | 875.00 | 875.00 |
| JERRY OSHINSKY | | 9.50 | 850.00 | 8,075.00 |
| LEE A. FREEMAN, JR. | | 0.70 | 800.00 | 560.00 |
| JOHN F. KINNEY | | 0.70 | 600.00 | 420.00 |
| FARNAZ M. ALEMI | | 6.50 | 370.00 | 2,405.00 |
| | TOTAL | 18.40 | | 12,335.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164


THE TRIBUNE COMPANY                                      JANUARY 14, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9154364
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT


### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                    $2,335.50

DISBURSEMENTS                                                          2.25
                                          _____
                            TOTAL INVOICE              $2,337.75

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9154364

JANUARY 14, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

FEE APPLICATION                                     MATTER NUMBER -    10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 11/03/09 | MHM | 1.90 | { L210 } {A103} Prepared exhibit charts for monthly fee application. | 513.00 |
| 11/09/09 | LSR | 1.00 | { L210 } {A103} Prepared September fee application. | 325.00 |
| 11/16/09 | DJB | .30 | { L190 } {A104} Reviewed auditor's report re quarterly fee application. | 262.50 |
| 11/18/09 | LSR | .70 | { L210 } {A104} Reviewed fee examiner's report re Jenner's second interim fee application (.5); drafted response to same (.2). | 227.50 |
| 11/21/09 | LSR | 2.10 | { L210 } {A103} Drafted response to fee examiner's report re second interim fee application. | 682.50 |
| 11/24/09 | LSR | .30 | { L140 } {A103} Drafted email to fee examiner re examiner's preliminary report of Jenner's second interim fee application. | 97.50 |
| 11/30/09 | LSR | .70 | { L210 } {A103} Continued drafting response to fee examiner's preliminary report re Jenner's second interim fee application. | 227.50 |
| | | 7.00 | PROFESSIONAL SERVICES | 2,335.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

**DISBURSEMENTS**

| 11/09/09 | Photocopy Expense | 2.25 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 2.25 |

**INVOICE TOTAL**          $ 2,337.75

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 0.30 | 875.00 | 262.50 |
| LANDON S. RAIFORD | | 4.80 | 325.00 | 1,560.00 |
| MICHAEL H. MATLOCK | | 1.90 | 270.00 | 513.00 |
| | TOTAL | 7.00 | | 2,335.50 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

EGI-TRB, L.L.C                                                JANUARY 14, 2010
TWO NORTH RIVERSIDE PLAZA                      INVOICE # 9154361
SUITE 600
CHICAGO, IL  60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN:  DONALD J. LIEBENTRITT

**ESOP/STAY ISSUES**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2009 | $14,555.00 |
| DISBURSEMENTS | 60.84 |
| TOTAL INVOICE | $14,615.84 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $13,515.36 |
| TRIBUNE'S 13/14TH OF DISBURSEMENTS | 56.49 |
| **TOTAL DUE FROM TRIBUNE** | **$13,571.85** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $1,039.64 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 4.35 |
| **TOTAL DUE FROM EGI-TRB** | **$1,043.99** |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                      Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9154361

JANUARY 14, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

ESOP/STAY ISSUES                                              MATTER NUMBER -    10130

| 11/02/09 | DJB | .20 | { L190 } {A105} Office conference with D. Sondgeroth re provision of information to Neil plaintiffs. | 175.00 |
| 11/02/09 | DJB | .40 | { L190 } {A106} Telephone conference with client re ▮▮▮▮▮▮▮▮. | 350.00 |
| 11/02/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re proposed stipulation and order in adversary proceeding. | 157.50 |
| 11/03/09 | DJB | .20 | { L190 } {A105} E-mails re requests from plaintiffs re information. | 175.00 |
| 11/03/09 | DAS | .30 | { L210 } {A107} Telephone conference with K. Stickles re issues related to stipulation in adversary proceeding (.2); reviewed communications from K. Stickles re same (.1). | 157.50 |
| 11/04/09 | DAS | .50 | { L210 } {A107} Communicated with K. Stickles re draft stipulation and proposed order. | 262.50 |
| 11/05/09 | PXR | 1.00 | { L140 } {A110} Searched and retrieved various motion to dismiss pleadings and organized and assembled same in binder for attorney review. | 170.00 |
| 11/06/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re preparation of stipulation and order in adversary proceeding. | 157.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 11/09/09 | DJB | .20 | { L190 } {A107} Responded to inquiry from Creditors' Committee. | 175.00 |
| 11/10/09 | DJB | .80 | { L190 } {A104} Reviewed Duff & Pelps materials re deposition of same. | 700.00 |
| 11/10/09 | DJB | .20 | { L190 } {A107} Responded to e-mails from plaintiffs. | 175.00 |
| 11/10/09 | DJB | .30 | { L190 } {A105} Office conference with C. Martin re ███████. | 262.50 |
| 11/10/09 | DJB | .70 | { L190 } {A106} Telephone conference with Tribune re ███████. | 612.50 |
| 11/11/09 | DJB | 1.10 | { L190 } {A107} Telephone conference with GreatBanc counsel re ███████ (.6); telephone conference with L. Fine re ███████ (.5). | 962.50 |
| 11/11/09 | DJB | 2.20 | { L190 } {A104} Analyzed new Duff & Phelps material re Neil issues (1.4); analyzed draft reorganization plan re Neil case (.8). | 1,925.00 |
| 11/11/09 | DJB | .20 | { L190 } {A105} Office conference with D. Sondgeroth re Duff & Phelps documents. | 175.00 |
| 11/12/09 | DJB | .70 | { L190 } {A107} Telephone conference with B. Krakauer re ███████. | 612.50 |
| 11/12/09 | DJB | .50 | { L190 } {A106} Telephone conference with D. Liebentritt re ███████. | 437.50 |
| 11/12/09 | DJB | .30 | { L190 } {A104} Analyzed ███████. | 262.50 |
| 11/13/09 | DJB | .20 | { L190 } {A106} Office conference with D. Liebentritt re settlement issues. | 175.00 |
| 11/13/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth re Duff & Phelps documents. | 437.50 |
| 11/16/09 | DJB | .90 | { L190 } {A107} Telephone conference with opposing counsel re ███████ (.7); telephone conference with Tribune counsel re ███████ (.2). | 787.50 |
| 11/16/09 | DJB | .30 | { L190 } {A106} Telephone conference with client re ███████. | 262.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 11/17/09 | DJB | 1.50 | { L190 } {A109} Attended settlement meeting with opposing counsel. | 1,312.50 |
|---|---|---|---|---|
| 11/17/09 | DJB | .80 | { L190 } {A107} Telephone conference with creditors' counsel re ███████████. | 700.00 |
| 11/17/09 | DJB | .70 | { L190 } {A106} Telephone conference with clients re ██████. | 612.50 |
| 11/18/09 | DJB | 1.20 | { L190 } {A107} Telephone conference with Tribune counsel re █████ (.4); telephone conference with Duff & Phelps counsel re ████████ (.4); telephone conference with B. Krakauer re ████████████ (.4). | 1,050.00 |
| 11/20/09 | DJB | .50 | { L190 } {A107} Telephone conferences with various counsel re █████. | 437.50 |
| 11/23/09 | DJB | .20 | { L190 } {A106} Various e-mails re ████████████. | 175.00 |
| 11/23/09 | DJB | .50 | { L190 } {A104} Reviewed key Duff & Phelps documents. | 437.50 |
| 11/24/09 | DJB | .20 | { L190 } {A107} Telephone conference with counsel for Tribune re ██████. | 175.00 |
| 11/24/09 | DJB | .10 | { L190 } {A105} Telephone conference with C. Martin re ██████. | 87.50 |
|  |  | 18.00 | PROFESSIONAL SERVICES | 14,555.00 |

## DISBURSEMENTS

| 11/05/09 | Photocopy Expense | 12.15 |
|---|---|---|
| 11/06/09 | Photocopy Expense | 17.55 |
| 11/11/09 | Photocopy Expense | 6.57 |
| 11/16/09 | Photocopy Expense | 23.04 |
| 11/19/09 | Photocopy Expense | 1.53 |
|  | TOTAL DISBURSEMENTS | 60.84 |

**INVOICE TOTAL**                          **$ 14,615.84**

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 15.60 | 875.00 | 13,650.00 |
| DOUGLAS A. SONDGEROTH | | 1.40 | 525.00 | 735.00 |
| PANAGIOTA RAMOS | | 1.00 | 170.00 | 170.00 |
| | TOTAL | 18.00 | | 14,555.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JANUARY 14, 2010
INVOICE # 9154362

### DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                    $116,282.50

DISBURSEMENTS                                                       971.70

                              TOTAL INVOICE          $117,254.20

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9154362

JANUARY 14, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

DOL SUBPOENA                                         MATTER NUMBER -    10148

| | | | | |
|---|---|---|---|---|
| 11/02/09 | DJB | .40 | { L190 } {A107} Telephone conference with C. Smith re ████. | 350.00 |
| 11/02/09 | DJB | .20 | { L190 } {A106} Telephone conference with Tribune re ████. | 175.00 |
| 11/02/09 | DJB | .40 | { L190 } {A105} Office conference with D. Sondgeroth re ████████. | 350.00 |
| 11/02/09 | DAS | .90 | { L210 } {A105} Office conference with D. Bradford and J. Thompson re issues related to ████ (.5); coordinated collection and review of materials related to same (.4). | 472.50 |
| 11/02/09 | SKM | 1.50 | { L140 } {A110} Reviewed and organized Duff & Phelps documents for further attorney review. | 405.00 |
| 11/02/09 | DXW | .50 | { L140 } {A110} Emailed S. McGee re issues with DVDs received from Sidley and iterated the desired format. | 137.50 |
| 11/03/09 | DAS | .20 | { L210 } {A108} Communicated with J. Ducayet re materials related to production to DOL. | 105.00 |
| 11/03/09 | SKM | 1.50 | { L140 } {A110} Reviewed and organized documents Duff & Phelps documents. | 405.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 11/03/09 | DG | 1.00 | { L140 } {A110} Converted PDFs to tiffs (.3); generated OCR text, loaded tiffs and OCR text data into the Client Document Review database (.3); performed quality checks and released for second level quality control check (.4). | 275.00 |
| 11/04/09 | DJB | .30 | { L190 } {A105} Office conference with D. Sondgeroth re coordination of document productions and ▮▮▮▮▮▮. | 262.50 |
| 11/04/09 | DAS | .30 | { L210 } {A107} Communicated with J. Leibowicz re issues related to materials provided to the DOL. | 157.50 |
| 11/04/09 | DAS | .40 | { L210 } {A108} Prepared communication to DOL and sent same. | 210.00 |
| 11/04/09 | DAS | .40 | { L210 } {A105}  Communicated with S. McGee to coordinate preparation of materials to provide same to DOL. | 210.00 |
| 11/04/09 | DAS | .60 | { L210 } {A103} Drafted joint defense agreement related to DOL materials. | 315.00 |
| 11/04/09 | SKM | 4.00 | { L140 } {A110} Reviewed and organized replacement Duff & Phelps documents for further attorney review (2.0); prepared documents for production (2.0). | 1,080.00 |
| 11/04/09 | EJR | 1.30 | { L140 } {A110} Obtained additional electronic case materials in preparation to add to SharePoint Extranet database to expedite attorney review (.3); organized and added newly acquired materials to correspondence and documents folders in SharePoint Extranet (.4); populated descriptive fields of newly added correspondence and documents for review by D. Sondgeroth and D. Bradford (.6). | 299.00 |
| 11/04/09 | DXW | 1.20 | { L140 } {A110} Copied data from replacement DVDs to network for processing and loading for attorney review (1.1); emailed the data management team re data loading project specifications (.1). | 330.00 |
| 11/04/09 | DG | 1.70 | { L140 } {A110} Endorsed color PDFs beginning with TRBDOL 05086 (1.0); endorsed same documents with two different confidentiality banners Confidential and Attorney Eyes Only (.5); performed quality checks and released for second level quality control check (.2). | 467.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| | | | | |
|---|---|---|---|---|
| 11/05/09 | DAS | .30 | { L210 } {A104} Reviewed summaries related to materials provided to DOL prepared by B. Dougherty. | 157.50 |
| 11/05/09 | DAS | .50 | { L210 } {A105} Communicated with B. Dougherty and A. Wills re ███████████. | 262.50 |
| 11/05/09 | ADW | .30 | { L190 } {A105} Communicated with D. Sondgeroth and B. Dougherty re document review. | 130.50 |
| 11/05/09 | BLD | .40 | { L190 } {A105} Office conference with D. Sondgeroth and A. Wills. | 130.00 |
| 11/05/09 | BLD | 2.00 | { L210 } {A103} Drafted Duff & Phelps document summary. | 650.00 |
| 11/05/09 | DXW | .70 | { L140 } {A110} Reviewed data loaded to the Duff & Phelps Document Production Concordance database for integrity (.6); emailed S. McGee re completion of data loading project (.1). | 192.50 |
| 11/06/09 | DMG | .70 | { L120 } {A104} Reviewed and revised ██████; office conference with D. Sondgeroth re same. | 420.00 |
| 11/06/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth re ████████████. | 437.50 |
| 11/06/09 | DAS | .30 | { L210 } {A105} Communicated with B. Dougherty and A. Wills re ███████. | 157.50 |
| 11/06/09 | DAS | .40 | { L210 } {A103} Edited draft joint defense agreement related to DOL investigation. | 210.00 |
| 11/06/09 | ADW | .70 | { L190 } {A100} Reviewed documents. | 304.50 |
| 11/06/09 | BLD | 5.10 | { L210 } {A103} Drafted Duff & Phelps document summary. | 1,657.50 |
| 11/06/09 | BLD | .20 | { L210 } {A105} Corresponded with D. Sondgeroth re Duff & Phelps document review. | 65.00 |
| 11/07/09 | BLD | 6.80 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,210.00 |
| 11/08/09 | DAS | .20 | { L210 } {A107} Communicated with counsel for | 105.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 4

| | | | | |
|---|---|---|---|---|
| | | | GreatBanc re draft agreement. | |
| 11/08/09 | DAS | .50 | { L210 } {A103} Edited draft agreement related to documents. | 262.50 |
| 11/08/09 | DAS | .40 | { L210 } {A102} Researched law re ███████ | 210.00 |
| 11/08/09 | BLD | 8.70 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,827.50 |
| 11/09/09 | DJB | .30 | { L190 } {A105} Various e-mails re Department of Labor production by Duff & Phelps (.1); telephone conference with GreatBanc re same (.2). | 262.50 |
| 11/09/09 | BLD | 7.50 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,437.50 |
| 11/09/09 | KAP | .60 | { L110 } {A105} Conferred with D. Sondgeroth re document review (.30); conferred with B. Dougherty regarding document review (.30). | 195.00 |
| 11/10/09 | DJB | .30 | { L190 } {A107} Telephone conference with Sidley re Duff & Phelps DOL documents. | 262.50 |
| 11/10/09 | DAS | .80 | { L210 } {A104} Reviewed materials related to ███████. | 420.00 |
| 11/10/09 | DAS | .70 | { L210 } {A105} Communicated with D. Bradford re documents related to DOL investigation (0.2); communicated with K. Palazzolo and B. Dougherty re same (0.5). | 367.50 |
| 11/10/09 | ADW | 1.00 | { L190 } {A100} Reviewed documents. | 435.00 |
| 11/10/09 | BLD | 6.70 | { L210 } {A103} Drafted Duff & Phelps document summary. | 2,177.50 |
| 11/10/09 | KAP | 7.00 | { L110 } {A100} Reviewed Duff & Phelps documents for content (6.0); reviewed ███████ (1.0). | 2,275.00 |
| 11/11/09 | DJB | .80 | { L190 } {A107} Telephone conference with Sidley re Duff & Phelps and GreatBanc submissions to DOL. | 700.00 |

Federal Identification No. 36-2192554

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/11/09 | DAS | .70 | { L210 } {A105} Office conference with D. Bradford re documents related to DOL investigation and review of same (0.4); discussed same with K. Palazzolo and B. Dougherty (0.3). | 367.50 |
|---|---|---|---|---|
| 11/11/09 | DAS | .30 | { L210 } {A106} Sent communication re same to D. Liebentritt re documents related to DOL. | 157.50 |
| 11/11/09 | BLD | 5.60 | { L210 } {A103} Drafted Duff & Phelps document summary. | 1,820.00 |
| 11/11/09 | KAP | 7.50 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,437.50 |
| 11/11/09 | SKM | 1.20 | { L140 } {A110} Gathered and organized Duff & Phelps documents for attorney review. | 324.00 |
| 11/12/09 | DAS | .30 | { L210 } {A106} Communicated with client re █████████ | 157.50 |
| 11/12/09 | DAS | .40 | { L210 } {A107} Contacted co-counsel re ███████ | 210.00 |
| 11/12/09 | DAS | .60 | { L210 } {A103} Edited draft materials related to DOL investigation. | 315.00 |
| 11/12/09 | DAS | .80 | { L210 } {A110} Managed review of materials related to DOL investigation and analysis of same. | 420.00 |
| 11/12/09 | DAS | 1.50 | { L210 } {A104} Reviewed materials in DOL investigation and analyzed same for relevance and materiality. | 787.50 |
| 11/12/09 | BLD | 1.50 | { L210 } {A103} Drafted Duff & Phelps document summary. | 487.50 |
| 11/12/09 | BLD | .10 | { L210 } {A105} Corresponded with K. Palazzolo re Duff & Phelps document summary. | 32.50 |
| 11/12/09 | KAP | 8.40 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,730.00 |
| 11/12/09 | PXR | .50 | { L140 } {A110} Gathered and organized document production. | 85.00 |
| 11/12/09 | SKM | 1.50 | { L140 } {A110} Gathered and organized documents for production. | 405.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

| 11/13/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth re Department of Labor and Duff & Phelps document issues. | 437.50 |
|---|---|---|---|---|
| 11/13/09 | DAS | .90 | { L210 } {A104} Analyzed materials related to DOL investigation for substance and materiality. | 472.50 |
| 11/13/09 | BLD | 2.90 | { L210 } {A103} Drafted Duff & Phelps document summary. | 942.50 |
| 11/13/09 | KAP | 9.10 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,957.50 |
| 11/13/09 | SKM | 1.50 | { L140 } {A110} Gathered and organized documents received from Sidley & Austin for D. Bradford's review. | 405.00 |
| 11/14/09 | KAP | 8.50 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 2,762.50 |
| 11/15/09 | BLD | 2.40 | { L210 } {A103} Drafted Duff & Phelps document summary. | 780.00 |
| 11/15/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth and K. Palazzolo re Duff & Phelps document summary. | 32.50 |
| 11/15/09 | KAP | 10.80 | { L110 } {A100} Reviewed Duff & Phelps documents for content. | 3,510.00 |
| 11/16/09 | DJB | .30 | { L190 } {A107} Telephone conference with counsel for ████████████. | 262.50 |
| 11/16/09 | DAS | .50 | { L210 } {A105} Communicated with B. Dougherty and K. Palazzolo re review of materials related to DOL investigation. | 262.50 |
| 11/16/09 | DAS | 1.00 | { L210 } {A104} Analyzed materials provided to DOL ████████████. | 525.00 |
| 11/16/09 | DAS | .40 | { L210 } {A107} Communicated with co-counsel re ████████████████████. | 210.00 |
| 11/16/09 | BLD | .50 | { L210 } {A103} Prepared document summary chart. | 162.50 |
| 11/16/09 | BLD | .10 | { L210 } {A103} Corresponded with K. Palazzolo re document summary chart. | 32.50 |
| 11/16/09 | KAP | 4.60 | { L110 } {A100} Reviewed EGI documents for content. | 1,495.00 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 7

| 11/16/09 | KAP | .30 | { L110 } {A105} Conferred with B. Dougherty and D. Sondgeroth re document review. | 97.50 |
|---|---|---|---|---|
| 11/16/09 | EJR | 1.00 | { L140 } {A110} Populated descriptive fields for documents contained in Duff & Phelps Document Production database. | 230.00 |
| 11/17/09 | DAS | .40 | { L210 } {A105} Discussed with K. Palazzolo issues related to DOL investigation and materials related to same. | 210.00 |
| 11/17/09 | BLD | 4.20 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,365.00 |
| 11/17/09 | KAP | 6.20 | { L110 } {A100} Reviewed EGI documents for content. | 2,015.00 |
| 11/17/09 | KAP | .40 | { L110 } {A105} Conferred with B. Dougherty and D. Sondgeroth re document review. | 130.00 |
| 11/17/09 | EJR | 2.60 | { L140 } {A110} Continued to populate descriptive fields for documents contained in Duff & Phelps Document Production database. | 598.00 |
| 11/18/09 | DJB | 1.10 | { L190 } {A104} Reviewed key Duff & Phelps documents. | 962.50 |
| 11/18/09 | DAS | .40 | { L210 } {A105} Communicated with K. Palazzolo and B. Dougherty to coordinate review of materials related to DOL investigation. | 210.00 |
| 11/18/09 | DAS | .30 | { L210 } {A106} Communicated with D. Liebentritt re issues related to DOL investigation and ███████ ██████████████████████████. | 157.50 |
| 11/18/09 | DAS | .40 | { L210 } {A107} Communicated with co-counsel re ███████████████████████████████████. | 210.00 |
| 11/18/09 | BLD | 6.40 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 2,080.00 |
| 11/18/09 | KAP | 5.00 | { L110 } {A100} Reviewed EGI documents for content. | 1,625.00 |
| 11/18/09 | KAP | .30 | { L110 } {A105} Conferred with B. Dougherty re document review. | 97.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 8

| 11/18/09 | PXR | 1.90 | { L140 } {A110} Gathered various Duff & Phelps documents and organized and assembled into binders for D. Sondgeroth per S. McGee's request. | 323.00 |
|---|---|---|---|---|
| 11/19/09 | DJB | .50 | { L190 } {A107} Telephone conference with counsel for Duff & Phelps. | 437.50 |
| 11/19/09 | DJB | 1.00 | { L190 } {A104} Reviewed key Duff & Phelps documents. | 875.00 |
| 11/19/09 | DAS | .40 | { L210 } {A105} Communicated with B. Dougherty and K. Palazzolo re issues related to review of materials produced to DOL. | 210.00 |
| 11/19/09 | DAS | 1.00 | { L210 } {A107} Telephone conference with D. Bradford, D. Drobny, and co-counsel re issues in DOL investigation (.6); Communicated with co-counsel re ▆▆▆▆▆▆▆ (.4). | 525.00 |
| 11/19/09 | BLD | 4.20 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,365.00 |
| 11/19/09 | BLD | .40 | { L210 } {A103} Corresponded with D. Sondgeroth and K. Palazzolo re EGI Duff & Phelps document summary. | 130.00 |
| 11/19/09 | BLD | .10 | { L210 } {A105} Office conference with D. Sondgeroth re EGI Duff & Phelps document summary. | 32.50 |
| 11/19/09 | KAP | 5.80 | { L110 } {A104} Reviewed EGI documents for content (4.80); reviewed Duff & Phelps documents for content (1.00). | 1,885.00 |
| 11/19/09 | PXR | 1.50 | { L140 } {A110} Updated correspondence file, email file, court file and SharePoint site. | 255.00 |
| 11/19/09 | EJR | 2.80 | { L140 } {A110} Obtained electronic production of GreatBanc documents received from K & L Gates (.1); coordinated with D. Wirkiowski re loading into Concordance and to OCR the data contained in production (.2); added electronic copies of correspondence and subpoena to SharePoint Extranet correspondence folder (.3); continued to populate descriptive fields in Duff & Phelps production database for review by attorney team (2.2). | 644.00 |
| 11/20/09 | DJB | .50 | { L190 } {A105} Office conference with D. Sondgeroth | 437.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| | | | re Duff & Phelps documents. | |
| 11/20/09 | DAS | 1.00 | { L210 } {A105} Office conference with D. Bradford, B. Dougherty and K. Palazzolo re review of materials related to DOL investigation (.5); coordinated processing of materials related to same (.3); communicated with D. Bradford and A. Amert re materials produced in DOL investigation (.2). | 525.00 |
| 11/20/09 | BLD | 7.20 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 2,340.00 |
| 11/20/09 | BLD | .20 | { L210 } {A103} Corresponded with D. Sondgeroth and K. Palazzolo re EGI Duff & Phelps document summary. | 65.00 |
| 11/20/09 | BLD | .50 | { L210 } {A103} Office conference with D. Bradford, D. Sondgeroth, and K. Palazzolo re Duff & Phelps documents. | 162.50 |
| 11/20/09 | BLD | .20 | { L210 } {A103} Office conference with D. Sondgeroth re Duff & Phelps documents. | 65.00 |
| 11/20/09 | KAP | .80 | { L110 } {A105} Conferred with team re document review and research projects. | 260.00 |
| 11/20/09 | KAP | 6.50 | { L110 } {A100} Reviewed EGI documents for content. | 2,112.50 |
| 11/20/09 | EJR | 3.40 | { L140 } {A110} Continued to populate descriptive fields in Duff & Phelps document production in Concordance (1.2); Conducted electronic searches in Duff & Phelps document production in Concordance and created tags of search results to narrow review materials to most relevant documents to expedite attorney review (2.2). | 782.00 |
| 11/20/09 | DXW | 1.50 | { L140 } {A110} Copied seven volumes of data to the server for processing and loading to Concordance for attorney review (1.3); emailed E. Robertson re data loading project (.1); emailed data management team re data loading and OCR project specifications (.1). | 412.50 |
| 11/20/09 | TH | 2.00 | { L140 } {A110} Uploaded documents and images to Concordance database for Attorney review. | 550.00 |
| 11/21/09 | BLD | 3.90 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,267.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 10

| 11/21/09 | KAP | 3.40 | { L110 } {A100} Reviewed EGI documents for content. | 1,105.00 |
| 11/21/09 | TH | 7.00 | { L140 } {A110} Uploaded documents and images to Concordance database for attorney review. | 1,925.00 |
| 11/22/09 | BLD | 5.70 | { L210 } {A103} Drafted EGI Duff & Phelps document summary. | 1,852.50 |
| 11/22/09 | BLD | .30 | { L210 } {A103} Corresponded with D. Sondgeroth and K. Palazzolo re Duff & Phelps documents. | 97.50 |
| 11/22/09 | KAP | 5.80 | { L110 } {A100} Reviewed Duff & Phelps documents re E. Bluth. | 1,885.00 |
| 11/22/09 | TH | 6.00 | { L140 } {A110} Uploaded documents and images to Concordance database for attorney review. | 1,650.00 |
| 11/23/09 | DAS | .40 | { L210 } {A105} Communicated with E. Robertson to prepare materials for review in connection with DOL investigation. | 210.00 |
| 11/23/09 | BLD | 2.60 | { L210 } {A103} Examined Duff & Phelps Tribune ███████████████████. | 845.00 |
| 11/23/09 | KAP | 3.50 | { L110 } {A100} Reviewed documents and communications re E. Bluth. | 1,137.50 |
| 11/23/09 | EJR | 2.50 | { L140 } {A110} Obtained additional electronic production of GreatBanc documents received today from K & L Gates (.1); coordinated with D. Wirkiowski re loading into Concordance and to OCR the data contained in production (.2); added electronic copies of correspondence and subpoena to SharePoint Extranet correspondence folder (.2); continued to populate descriptive fields in Duff & Phelps production database for review by attorney team (2.). | 575.00 |
| 11/23/09 | DXW | 1.30 | { L140 } {A110} Reviewed documents loaded to the GreatBanc Documents Concordance database for integrity (.4); copied data volume to network for processing and loading to Concordance for attorney review (.2); conferred with E. Robertson re status of loading project and additional data to load (.4); emailed data management team re data loading project specifications (.3). | 357.50 |
| 11/23/09 | TH | 2.00 | { L140 } {A110} Uploaded documents and images to | 550.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 11

Concordance database for attorney review.

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 11/23/09 | TH | 1.50 | { L140 } {A110} Uploaded documents and images to Concordance database for attorney review. | 412.50 |
| 11/24/09 | DJB | .80 | { L190 } {A106} Telephone conference with ███ ███ (Tribune) re ███████████ | 700.00 |
| 11/24/09 | DJB | .70 | { L190 } {A104} Reviewed ██████████ | 612.50 |
| 11/24/09 | DAS | .50 | { L210 } {A105} Office conference with K. Palazzolo and B. Dougherty re review of materials related to DOL investigation and status of same. | 262.50 |
| 11/24/09 | DAS | .90 | { L210 } {A107} Communicated with co-counsel re ██████████ (.4); telephone conference with D. Bradford and ██████ (.5). | 472.50 |
| 11/24/09 | BLD | 8.80 | { L210 } {A103} Examined ██████████ | 2,860.00 |
| 11/24/09 | BLD | 4.90 | { L210 } {A103} Drafted memorandum ██████ | 1,592.50 |
| 11/24/09 | KAP | 7.00 | { L110 } {A100} Reviewed documents and communications re ████ | 2,275.00 |
| 11/24/09 | KAP | .40 | { L110 } {A105} Conferred with B. Dougherty and D. Sondgeroth re document review. | 130.00 |
| 11/24/09 | PXR | 4.50 | { L140 } {A110} Searched and retrieved and organized and assembled various ██████ ██████ documents and placed in to binder for attorney review per S. McGee request. | 765.00 |
| 11/24/09 | EJR | 4.30 | { L140 } {A110} Conducted electronic searches in GreatBanc document production in Concordance and created tags of search results to narrow review materials to most relevant documents to expedite attorney review (1.5); reviewed tags containing emails to determine and tag attachments relating to email documents relevant to review (1.8); continued to populate descriptive fields in Duff & Phelps document production in Concordance | 989.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 12

(1.).

| 11/24/09 | DXW | 1.10 | { L140 } {A110} Reviewed new data loaded into the GreatBanc Documents Concordance database for integrity (.4); emailed E. Robertson re completion of data loading projects (.3); generated Bates gap report per E. Robertson (.4). | 302.50 |
|---|---|---|---|---|
| 11/25/09 | DAS | .50 | { L210 } {A105} Office conference with D. Bradford, K. Palazzolo, and B. Dougherty re ██████████ █████████ | 262.50 |
| 11/25/09 | DAS | .90 | { L210 } {A104} Reviewed materials related to DOL investigation to analyze same for materiality and substance (.5); reviewed draft B. Dougherty memorandum re same (.4). | 472.50 |
| 11/25/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re ████████████ | 157.50 |
| 11/25/09 | BLD | 4.30 | { L210 } {A103} Drafted memorandum ████████████ | 1,397.50 |
| 11/25/09 | BLD | .50 | { L210 } {A103} Revised memorandum ████████████ | 162.50 |
| 11/25/09 | BLD | .50 | { L210 } {A103} Office conference with D. Bradford, D. Sondgeroth and K. Palazzolo re Duff & Phelps documents. | 162.50 |
| 11/25/09 | KAP | 4.80 | { L110 } {A100} Reviewed documents and communications re ███████ | 1,560.00 |
| 11/25/09 | KAP | .70 | { L110 } {A105} Conferred with team re Duff & Phelps documents and research issues. | 227.50 |
| 11/25/09 | PXR | 3.30 | { L140 } {A110} Searched and retrieved █████████ documents and organized and assembled into binder for attorney review per S. McGee request. | 561.00 |
| 11/25/09 | DXW | .50 | { L140 } {A110} Conferred with S. McGee re duplication of media (.2); provided disks to Pitney Bowes for duplicating (.2). | 137.50 |
| 11/29/09 | DJB | 1.50 | { L190 } Reviewed deposition and GreatBanc documents for meeting re Duff & Phelps deposition. | 1,312.50 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 13

| 11/29/09 | DAS | .90 | { L210 } {A104} Reviewed memorandum from B. Dougherty re ███████████████████ █████ (.3); reviewed summary of documents related to same (.6). | 472.50 |
| 11/30/09 | DJB | 4.30 | { L190 } {A107} Office conference with ███████ re Duff & Phelps deposition; reviewed key GreatBanc and Duff & Phelps documents re same; office conference with counsel for GreatBanc, ████████ ████████ ████████████████ ; followed up re same and re ██████████████████████ | 3,762.50 |
| 11/30/09 | DAS | 1.10 | { L210 } {A104} Reviewed materials related to DOL investigation to analyze substance and materiality of same. | 577.50 |
| 11/30/09 | DAS | 2.20 | { L210 } {A107} Office conference with D. Bradford and █████████ ████████████████████ ███████████ (1.9); communicated with D. Miles at Sidley re same (.3). | 1,155.00 |
| 11/30/09 | DAS | 2.00 | { L210 } {A108} Office conference with D. Bradford, J ██████████████████████████████████ ██████████████████████████████ | 1,050.00 |
| 11/30/09 | BLD | 1.00 | { L210 } {A103} Drafted GreatBanc document summary. | 325.00 |
| 11/30/09 | KAP | 4.00 | { L110 } {A100} Reviewed GreatBanc documents for content. | 1,300.00 |
| 11/30/09 | KAP | .30 | { L110 } {A105} Conferred with D. Sondgeroth and B. Dougherty re document review. | 97.50 |
| | | 332.00 | PROFESSIONAL SERVICES | 116,282.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 14

## DISBURSEMENTS

| Date | | Amount |
|------|------|-------|
| 11/09/09 | Photocopy Expense | 17.01 |
| 11/12/09 | Photocopy Expense | 3.87 |
| 11/14/09 | Photocopy Expense | 274.68 |
| 11/18/09 | Photocopy Expense | 35.55 |
| 11/18/09 | Photocopy Expense | 34.83 |
| 11/20/09 | Photocopy Expense | 13.77 |
| 11/20/09 | Photocopy Expense | 73.26 |
| 11/23/09 | Photocopy Expense | .27 |
| 11/24/09 | Photocopy Expense | 41.40 |
| 11/24/09 | Photocopy Expense | 371.34 |
| 11/25/09 | Photocopy Expense | 29.79 |
| 11/25/09 | Photocopy Expense | 10.80 |
| 11/28/09 | Photocopy Expense | 4.80 |
| 11/30/09 | Westlaw Research | 60.33 |
| | TOTAL DISBURSEMENTS | 971.70 |

## INVOICE TOTAL

**$ 117,254.20**

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 15

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 14.40 | 875.00 | 12,600.00 |
| DAVID M. GREENWALD | | 0.70 | 600.00 | 420.00 |
| DOUGLAS A. SONDGEROTH | | 27.90 | 525.00 | 14,647.50 |
| AMY D. WILLS | | 2.00 | 435.00 | 870.00 |
| BRIAN L. DOUGHERTY | | 106.50 | 325.00 | 34,612.50 |
| KYLE A. PALAZZOLO | | 111.70 | 325.00 | 36,302.50 |
| DARYL GARDNER | | 2.70 | 275.00 | 742.50 |
| DAVID WIRKIOWSKI | | 6.80 | 275.00 | 1,870.00 |
| TUNDE HOLLOWAY-WUSU | | 18.50 | 275.00 | 5,087.50 |
| SHAWN K. MCGEE | | 11.20 | 270.00 | 3,024.00 |
| EILEEN J. ROBERTSON | | 17.90 | 230.00 | 4,117.00 |
| PANAGIOTA RAMOS | | 11.70 | 170.00 | 1,989.00 |
| | TOTAL | 332.00 | | 116,282.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                                  JANUARY 14, 2010
435 N. MICHIGAN AVENUE                               INVOICE # 9154305
CHICAGO, IL  60611
ATTN: KAREN H. FLAX

### CUETO

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                $6,125.00

DISBURSEMENTS                                                  8.49
                                                     _____

                              TOTAL INVOICE            $6,133.49

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    INVOICE # 9154305
ATTN: KAREN H. FLAX


JANUARY 14, 2010, 2009

CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009


CUETO                                         MATTER NUMBER -     10024

| | | | | |
|---|---|---|---|---|
| 11/05/09 | DLB | .20 | { L120 } {A104} Reviewed and analyzed Cueto's motion to reconsider in appeal concerning reporter's privilege. | 125.00 |
| 11/05/09 | DLB | .10 | { L120 } {A107} Exchanged emails with counsel for other defendants re Cueto's motion to reconsider. | 62.50 |
| 11/16/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed Pulitzer's motion to dismiss. | 187.50 |
| 11/30/09 | DLB | 9.20 | { L120 } {A101} Prepared for hearing on Cueto's motion to disqualify judges and Pulitzer's motion to dismiss as a result of plaintiff's failure to file amended conspiracy count while traveling to St. Louis for same; attended hearing re same; return travel to Chicago. | 5,750.00 |
| | | 9.80 | PROFESSIONAL SERVICES | 6,125.00 |


**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/27/09 | UPS | 8.49 |
| | TOTAL DISBURSEMENTS | 8.49 |


**INVOICE TOTAL**                              **$ 6,133.49**


ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 9.80 | 625.00 | 6,125.00 |
| TOTAL | 9.80 | | 6,125.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                    JANUARY 14, 2010
435 NORTH MICHIGAN AVENUE                              INVOICE # 9154365
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009                                    $10,712.50

DISBURSEMENTS                                                      0.00
                                                         _____
                              TOTAL INVOICE                  $10,712.50

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9154365

JANUARY 14, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2009

MORGAN STANLEY SWAP                                        MATTER NUMBER -    10180

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/04/09 | DJB | .20 | { L190 } {A107} Telephone conference with S. Grosshandler. | 175.00 |
| 11/09/09 | DJB | 2.00 | { L190 } {A104} Reviewed new damage analysis and settlement scenarios (.8); prepared for call with D. Eldersveld re same (.5); telephone conference with D. Eldersveld (.5); email to M. Hankin re treatment of non set off bonds in bankruptcy (.2). | 1,750.00 |
| 11/09/09 | MZH | 1.30 | { L120 } {A106} Prepared for and participated in conference call with D. Bradford, S. Biller, D. Leibentritt and TRB Controller re MS swap accounting treatment (.9); drafted e-mail to D. Bradford re litigation strategy (.4). | 942.50 |
| 11/09/09 | SEB | 4.50 | { L190 } {A103} Updated damages analysis through end of 2009 (1.6); conferred with accounting department (.4); prepared memorandum to file identifying various proposals made to date (1.8); participated in conference call with clients re 10-K disclosures of swap agreement (.7). | 1,462.50 |
| 11/10/09 | DJB | .30 | { L190 } {A104} Reviewed bond analysis. | 262.50 |
| 11/10/09 | DJB | .30 | { L190 } {A106} Telephone conference with D. Liebentritt re accounting issues. | 262.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 11/10/09 | MZH | .30 | { L120 } {A105} Drafted e-mail to D. Bradford re response to potential litigation outcomes with respect to MS Swap setoff claim. | 217.50 |
| 11/10/09 | SEB | .50 | { L190 } {A103} Calculated residual claims and wrote to D. Bradford re same. | 162.50 |
| 11/12/09 | DJB | 1.30 | { L190 } {A104} Analyzed whether rate reset payment was due upon termination (.8); analyzed quotes and support for value of swap (.5). | 1,137.50 |
| 11/12/09 | DJB | .60 | { L190 } {A106} Telephone conference with J. Rodden re support for value of swap (.4); telephone conference with D. Liebentritt re same (.2). | 525.00 |
| 11/12/09 | DJB | .90 | { L190 } {A103} Provided various comments on financial statement disclosure (.5); drafted and edited e-mail to Morgan Stanley counsel re same (.4). | 787.50 |
| 11/12/09 | MZH | 1.80 | { L120 } {A104} Reviewed market quotation material provided by MS and drafted e-mail to D. Bradford re same (.7); drafted reply e-mail to D. Bradford re inquiry re same (.2); telephone conference with S. Biller, D. Bradford, D. Eldersveld re financial statement disclosure (.4); commented on disclosure request to MS (.2); commented on draft financial statement disclosure (.3). | 1,305.00 |
| 11/12/09 | SEB | 1.80 | { L190 } {A106} Conferred with J. Rodden re reset mechanism and July reset amount issue (.1); email to D. Bradford and M. Hankin e-mail summarizing conversation with J. Rodden (.1); reviewed Morgan Stanley letters re calculation of amount owed under swap (.8); reviewed Morgan Stanley July reset letter (.1); conferred with M. Hankin re reset letter issue (.1); participated in conference call with D. Bradford and M. Hankin (.2); reviewed draft e-mails to MS re additional obligation arising from reset (.3); reviewed draft disclosures (.1). | 585.00 |
| 11/13/09 | DJB | .30 | { L190 } {A103} Edited financial presentation. | 262.50 |
| 11/16/09 | DJB | .30 | { L190 } {A104} Analyzed response from opposing counsel re calculation of $59 million setoff. | 262.50 |

LAW OFFICES

Page 3

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---:|
| 11/16/09 | DJB | .20 | { L190 } {A106} Prepared e-mail to client re response from opposing counsel re calculation of $59 million setoff. | 175.00 |
| 11/19/09 | DJB | .50 | { L190 } {A106} Telephone conference with J. Rodden re valuation issues and followed up re same. | 437.50 |
| | | 17.10 | PROFESSIONAL SERVICES | 10,712.50 |

**INVOICE TOTAL**                                           **$ 10,712.50**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 6.90 | 875.00 | 6,037.50 |
| MARC B. HANKIN | | 3.40 | 725.00 | 2,465.00 |
| SOFIA E. BILLER | | 6.80 | 325.00 | 2,210.00 |
| | TOTAL | 17.10 | | 10,712.50 |

**EXHIBIT B**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
| --- | --- |
| Photocopy Expense | $31.57 |
| Travel Expense | $746.77 |
| **Total** | **$778.34** |

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Business Meals | 21.98 |
| Court Reporter Charge | 42.00 |
| Lexis Research | 10.55 |
| Network Printing | 18.09 |
| Out of Town Travel | 442.10 |
| Outside Professional Services | 54.00 |
| Pacer Charges | 102.48 |
| Photocopy and Related Expenses | 1.80 |
| **Total** | **693.00** |

2

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| UPS | 8.49 |
| Westlaw Research | 60.33 |
| Photocopy Expense | 974.46 |
| **Total** | **1,043.28** |