IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
In re:                                                                     Chapter 11

TRIBUNE COMPANY et al.,                                   Case No. 08-13141 (KJC)

                                                                              (Jointly Administered)

                                        Debtors.                 **Hearing Date: (To be determined)**
-------------------------------------------------------x       **Objections Due: 2/4/2010 @ 4:00 p.m.**

## NOTICE OF APPLICATION

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP, as special counsel to the Official Committee of Unsecured Creditors, filed the *First Interim Fee Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for the Period August 6, 2009 through November 30, 2009* (D.I. No. 3124), which seeks fee compensation in the amount of $1,262,525.75 and expenses in the amount of $36,386.06 (the "Application").

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before February 4, 2010 at 4:00 p.m. by undersigned counsel.

Hearing on the Application will take place at a time to be determined.

2500309.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
      January 15, 2010

              ZUCKERMAN SPAEDER LLP

              */s/ Thomas G. Macauley*
              Thomas G. Macauley (ID No. 3411)
              919 Market Street, Suite 990
              P.O. Box 1028
              Wilmington, DE 19899
              (302) 427-0400

              - and -

              Graeme W. Bush
              1800 M Street, N.W.
              Washington, DC 20036
              (202) 778-1800

              Special Counsel to the Official Committee
              of Unsecured Creditors