TRIBUNE COMPANY, et al (Case 08-13141)                                              Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period November 1, 2009 through November 30, 2009**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 345.90 | $97,000.00 |
| **Subtotal - Fixed Fee Services** | **345.90** | **$97,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 2.70 | $1,290.00 |
| **Subtotal - Hourly Services** | **2.70** | **$1,290.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 41.30 | $13,615.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **41.30** | **$13,615.50** |
| **Total Hours and Compensation** | **389.90** | **$111,905.50** |

TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit B

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period November 1, 2009 through November 30, 2009**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
|   2009 Consolidated Audit | 345.90 | $97,000.00 |
| **Subtotal - Fixed Fee Services** | **345.90** | **$97,000.00** |
| **Total Hours and Compensation** | **345.90** | **$97,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**November 1, 2009 through November 30, 2009**

| Professional | Professional's Position | Hours |
| --- | --- | --- |
| James M Maurer | Partner | 12.00 |
| John A May | Partner | 0.30 |
| William T England | Partner | 12.00 |
| Christopher J King | Director | 3.50 |
| Matthew B Larsen | Senior Manager | 9.00 |
| Sumaira Maryum Akhtar | Manager | 6.50 |
| Erica Berry | Senior Associate | 1.00 |
| Justin A Spahn | Senior Associate | 38.50 |
| Meaghan K Sullivan | Senior Associate | 76.00 |
| Sheri L Meyers | Senior Associate | 24.50 |
| Steven D Meyer | Senior Associate | 0.50 |
| Abigail E Sullivan | Associate | 17.00 |
| Bradley D Ebenhoeh | Associate | 7.50 |
| Domonique P Hinton | Associate | 31.00 |
| Kathleen A Wolford | Associate | 1.00 |
| Melissa Mary Begley | Associate | 98.10 |
| Meredith A Flittner | Associate | 5.50 |
| Maria V Justo | Administrative | 0.50 |
| Tongxiang Deng | Administrative | 1.50 |
| **Total Hours Incurred during Compensation Period** | | **345.90** |
| Total Hours Incurred prior to November 1, 2009 | | 2,333.70 |
| **Total Hours Incurred through November 30, 2009** | | **2,679.60** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
November 1, 2009 through November 30, 2009

| Professional | Professional's Position | Hours | |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | | $571,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | | $879,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | | **$1,450,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | | 345.90 | $97,000.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - November 1, 2009 through November 30, 2009**

| Category | Hours |
| --- | ---: |
| 0200 - Audit Strategy and Meetings with Management | 73.50 |
| 2900 - Information Technology General Controls | 20.00 |
| 2950 - Business Unit Analytics and Year-End Update | 6.00 |
| 3000 - Advertising Revenue and Receivables | 9.50 |
| 3055 - Broadcast Rights Process | 1.30 |
| 3100 - Purchasing and payables process | 6.10 |
| 3200 - Treasury and cash management process | 1.70 |
| 3250 - Investments process | 1.40 |
| 3650 - Benefits process | 16.00 |
| 3900 - Period-end financial reporting process | 2.00 |
| 5500 - Financing process | 1.00 |
| 9202 - Q3 Interim Review Procedures | 26.80 |
| CTC Fieldwork | 2.00 |
| KTLA Fieldwork | 91.20 |
| LA Times Fieldwork | 16.50 |
| Sun Sentinel Fieldwork | 3.00 |
| Tribune Interactive Fieldwork | 2.50 |
| WGN Fieldwork | 6.00 |
| WPIX Fieldwork | 1.80 |
| FSC Fieldwork | 57.60 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **345.90** |

TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit C-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period November 1, 2009 through November 30, 2009**

| Professional by Billing Category | Position | Rate | Total Hours | Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| J. Timothy Winks | Senior Managing Director | $600 | 0.50 | $300.00 |
| Stephen B Danton | Director | $450 | 1.50 | $675.00 |
| William Jozaitis | Director | $450 | 0.70 | $315.00 |
| **Subtotal - Claims Consulting Services** | | | **2.70** | **$1,290.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Janet L Krueger | Partner | $625 | 1.00 | $625.00 |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 6.60 | $3,630.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 31.20 | $9,048.00 |
| Fannie Kurniawan | Professional Assistant (Bankruptcy) | $125 | 2.50 | $312.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **41.30** | **$13,615.50** |
| **Total Hours and Compensation** | | | **44.00** | **$14,905.50** |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period November 1, 2009 through November 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 11/04/09 | William Jozaitis | Director | 1109H0001: Chicago Employer's Excise Tax Administrative Hearing; draft e-mail to Monica Melgarejo (Tribune). | $450.00 | 0.30 | $135.00 |
| 11/05/09 | William Jozaitis | Director | 1109H0002: Chicago Employer's Excise Tax Administrative Hearing; draft e-mail to Kim Cook (Chicago Taxing Authority) regarding status and final numbers. | $450.00 | 0.40 | $180.00 |
| 11/20/09 | J. Timothy Winks | Senior Managing Director | 1109H0003: Review claim status. | $600.00 | 0.50 | $300.00 |
| 11/20/09 | Stephen B Danton | Director | 1109H0004: Review claim status and communications with the City of Chicago POA regarding the same. | $450.00 | 1.50 | $675.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | 2.70 | $1,290.00 |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 10/14/09 | Andrea Clark Smith | Director (Bankruptcy) | 1109H0005: Final review of the August 2009 fee statement, narrative and exhibits. Distribute to Counsel for filing with Court. | $550.00 | 1.00 | $550.00 |
| 10/26/09 | Andrea Clark Smith | Director (Bankruptcy) | 1109H0006: Consultation with team regarding billing status and fee auditor inquiries. | $550.00 | 0.30 | $165.00 |
| 11/03/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0007: Review the September 2009 time consolidator and review Epiq for filing dates. | $290.00 | 2.40 | $696.00 |
| 11/04/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0008: Review the September 2009 expense consolidator. | $290.00 | 0.80 | $232.00 |
| 11/04/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0009: Prepare follow up email to Justin Spahn (PwC) regarding addendum and the September 2009 monthly fee application. | $290.00 | 0.20 | $58.00 |

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period November 1, 2009 through November 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 11/07/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0010: Email communications and follow up with Justin Spahn (PwC) to discuss the September and October 2009 monthly fee applications. | $290.00 | 0.30 | $87.00 |
| 11/10/09 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 1109H0011: Input the October 2009 reports for the Tribune time consolidator. | $125.00 | 0.50 | $62.50 |
| 11/10/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0012: Input the revised TA and WIP LT Report into the September 2009 consolidator, reconcile, and create the exhibits. | $290.00 | 3.00 | $870.00 |
| 11/11/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0013: Reconcile the October 2009 time consolidator to the TA and WIP LT. | $290.00 | 2.00 | $580.00 |
| 11/11/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0014: Prepare the September 2009 Exhibits. | $290.00 | 0.20 | $58.00 |
| 11/11/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0015: Troubleshoot the September 2009 Access Database for Exhibits B1, B2, and C2 to prepare the Monthly Fee Application. | $290.00 | 1.40 | $406.00 |
| 11/11/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0016: Update the personnel tab with promotions and new personnel for the September 2009 Fee Application. | $290.00 | 0.30 | $87.00 |
| 11/11/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0017: Continue to update the personnel tab and prepare the exhibits for the September 2009 Fee Application. | $290.00 | 1.10 | $319.00 |
| 11/11/09 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 1109H0018: Prepare the October 2009 expense consolidator. | $125.00 | 1.00 | $125.00 |
| 11/12/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0019: Prepare the September 2009 Monthly Fee Application Narrative. | $290.00 | 1.30 | $377.00 |
| 11/12/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0020: Update the September 2009 time and expense consolidators, revise exhibits, and prepare for review. | $290.00 | 0.80 | $232.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period November 1, 2009 through November 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 11/16/09 | Andrea Clark Smith | Director (Bankruptcy) | 1109H0021: Review the September 2009 fee statement (narrative, exhibits, time & expense details). | $550.00 | 0.80 | $440.00 |
| 11/16/09 | Andrea Clark Smith | Director (Bankruptcy) | 1109H0022: Review the fee auditor response and provide guidance for team regarding response preparation. Email to fee auditor. | $550.00 | 0.30 | $165.00 |
| 11/17/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0023: Review the first and second interim fee auditor reports and related emails. | $290.00 | 1.80 | $522.00 |
| 11/17/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0024: Prepare email to Tribune engagement team regarding the fee auditor reports. | $290.00 | 0.20 | $58.00 |
| 11/17/09 | Andrea Clark Smith | Director (Bankruptcy) | 1109H0025: Review the fee auditor response and provide guidance for team regarding response preparation. Email to fee auditor. | $550.00 | 1.10 | $605.00 |
| 11/18/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0026: Communications with Alina Wong (PwC) regarding the October Monthly Fee Application and the Fee Auditor Report. | $290.00 | 0.40 | $116.00 |
| 11/18/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0027: Communications with Erika Rivers (PwC) regarding the updated consolidator with the Fee Auditor observations. | $290.00 | 0.20 | $58.00 |
| 11/18/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0028: Revise the September 2009 exhibits and Monthly Fee Application Narrative based upon review from Andrea Clark Smith (PwC). Send email to team for review. | $290.00 | 1.90 | $551.00 |
| 11/19/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0029: Review the first and second interim fee auditor reports and research observations sited. | $290.00 | 1.70 | $493.00 |
| 11/19/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0030: Meeting with Janet Krueger (PwC) to discuss the First and Second Fee Auditor Reports and action needed. | $290.00 | 0.50 | $145.00 |
| 11/19/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0031: Review the first and second interim fee auditor reports and begin to draft response. | $290.00 | 3.00 | $870.00 |

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period November 1, 2009 through November 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 11/19/09 | Andrea Clark Smith | Director (Bankruptcy) | 1109H0032: Review response to the first and second interim fee application. | $550.00 | 0.30 | $165.00 |
| 11/20/09 | Janet L Krueger | Partner | 1109H0033: Review and respond to the first and second interim fee auditor report. | $625.00 | 1.00 | $625.00 |
| 11/20/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0034: Draft responses to the first interim fee auditor reports. | $290.00 | 3.10 | $899.00 |
| 11/20/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0035: Continue to draft responses to the first interim fee auditor reports. | $290.00 | 1.50 | $435.00 |
| 11/23/09 | Andrea Clark Smith | Director (Bankruptcy) | 1109H0036: Review the first interim fee application response to fee auditor. | $550.00 | 2.80 | $1,540.00 |
| 11/24/09 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 1109H0037: Add time details to the October 2009 time consolidator. | $125.00 | 1.00 | $125.00 |
| 11/24/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0038: Review the October 2009 time consolidator sent by Justin Spahn (PwC) and update required fields. | $290.00 | 1.20 | $348.00 |
| 11/24/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0039: Review the Epiq for the First Interim Hearing date and prepare email regarding status to William England (PwC). | $290.00 | 0.80 | $232.00 |
| 11/24/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0040: Review and revise the October 2009 time consolidator. | $290.00 | 0.60 | $174.00 |
| 11/24/09 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1109H0041: Review the October 2009 expense consolidator. | $290.00 | 0.50 | $145.00 |
| Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications | | | | | 41.30 | $13,615.50 |
| Total Hours and Compensation | | | | | 44.00 | $14,905.50 |