UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                         :   Jointly Administered
                                                                 :
                                       Debtors.                  :   D.I. No. 1953, 2081
---------------------------------------------------------------- x

## SECOND SUPPLEMENTAL DECLARATION OF THOMAS G. MACAULEY

I, Thomas G. Macauley, hereby state as follows:

1. I am an attorney at law admitted to practice before this Court and a partner in the firm of Zuckerman Spaeder LLP ("Zuckerman"), which maintains (i) a principal office for practice of law at 1800 M Street, N.W., in Washington, D.C. and (ii) regional offices for the practice of law in New York City, Baltimore, Tampa, and here in Wilmington. I am duly authorized to make this Supplemental Declaration on behalf of Zuckerman.

2. On September 3, 2009, this Court entered an order authorizing the employment and retention of Zuckerman as special litigation counsel to the Creditors' Committee nunc pro tunc to August 6, 2009.

3. This Second Supplemental Declaration supplements my Declaration (the "Initial Declaration") in support of the Application of the Creditors Committee for an order authorizing the employment and retention of Zuckerman as special counsel (the "Application") and my Supplemental Declaration which was filed on September 3, 2009 (the "First Supplemental Declaration," and collectively, the "Declarations").

4. As noted in the Initial Declaration, in connection with its employment by the Creditors' Committee and the Court's approval of its retention as special counsel, Zuckerman

2499765.1

undertook an extensive examination of its files and records and continues to review them to determine whether it has any connections or relationships with parties-in-interest in the Debtors' chapter 11 cases.

5. On October 12, 2009, Chicago National League Ball Club, LLC ("CNLBC") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. On October 14, 2009, the Court entered an order [Docket No. 2333] directing that CNLBC's bankruptcy case be jointly administered with the above-captioned chapter 11 cases.

6. I have caused Zuckerman to review the names of significant parties-in-interest in CNLBC's bankruptcy case, which include CNLBC and its current and former directors and officers, its twenty largest creditors and counterparties to that certain "Formation Agreement."

7. Also, in connection with the investigation conducted by Zuckerman on behalf of the Committee, Zuckerman has identified parties from which the Committee has sought discovery and various professionals involved in these cases. I have caused Zuckerman to review any names which Zuckerman did not review previously.

8. Further to the disclosures made in my prior Declarations, Zuckerman currently represents Akin Gump Strauss Hauer & Feld LLP and Navigant Consulting, Inc. in a matters unrelated to the chapter 11 cases.

9. Further to the disclosures made in my prior Declarations, Zuckerman formerly represented Cerberus Capital Management, L.P.; Jenner & Block; Charles R. Smith, Esquire; and Houlihan Lokey Howard & Zulkin, Inc. in matters unrelated to the chapter 11 cases.

I hereby verify under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2010

_____
Thomas G. Macauley

2

2499765.1