# **Attachment A**

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh Advani | Partner/ Tax/ 17 years. Admitted 1992. | $800 | 19.50 | $15,600.00 |
| Richard W. Astle | Partner/ Corporate/ 29 years. Admitted 1980. | $735 | 4.40 | $3,234.00 |
| Larry A. Barden | Partner/ Corporate/ 27 years. Admitted 1982. | $825 | 91.00 | $75,075.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 32 years. Admitted 1977. | $775 | 298.70 | $231,492.50 |
| Jeffrey E. Bjork | Partner/ Bankruptcy/ 11 years. Admitted 1998. | $700 | .50 | $350.00 |
| Patrick S. Casey | Partner/ Employment/ 25 years. Admitted 1984. | $625 | .30 | $187.50 |
| James F. Conlan | Partner/ Bankruptcy/ 21 years. Admitted 1988. | $925 | 150.30 | $139,027.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen G. Contopulos | Partner/ Litigation/ 37 years. Admitted 1972. | $725 | .50 | $362.50 |
| Michael P. Doss | Partner/ Litigation/ 12 years. Admitted 1997. | $685 | 7.30 | $5,000.50 |
| James W. Ducayet | Partner/ Litigation/ 13 years. Admitted 1996. | $685 | 304.40 | $208,514.00 |
| Max C. Fischer | Partner/ Employment/ 14 years. Admitted 1995. | $600 | 2.40 | $1,440.00 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 1.00 | $775.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | 23.60 | $18,880.00 |
| John M. George, Jr. | Partner/ Litigation/ 25 years. Admitted 1984. | $660 | 77.50 | $51,150.00 |
| Brian J. Gold | Partner/ Employment/ 27 years. Admitted 1982. | $660 | 51.10 | $30,591.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Craig A. Griffith | Partner/ Banking/ 19 years. Admitted 1990. | $685 | .50 | $342.50 |
| Janet E. Henderson | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $825 | 404.70 | $333,052.50 |
| Scott J. Heyman | Partner/ Tax/ 22 years. Admitted 1987. | $725 | 22.30 | $16,167.50 |
| Arthur F. Hickok | Partner/ Securitization/ 15 years. Admitted 1994. | $825 | 15.20 | $12,540.00 |
| Robert W. Hirth | Partner/ Litigation/ 30 years. Admitted 1979. | $875 | 9.20 | $8,050.00 |
| Michael Hyatte | Partner/ Regulatory/ 30 years. Admitted 1979. | $850 | .80 | $680.00 |
| Pran Jha | Partner/ Corporate/ 18 years. Admitted 1991. | $700 | 4.60 | $3,220.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 17 years. Admitted 1992. | $685 | 6.90 | $4,726.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth P. Kansa | Partner/ Bankruptcy/ 10 years. Admitted 1999. | $675 | 338.30 | $226,023.75 |
| Shalom L. Kohn | Partner/ Bankruptcy/ 34 years. Admitted 1975. | $900 | 1.40 | $1,260.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $900 | 442.70 | $385,110.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 18 years. Admitted 1991. | $825 | 306.70 | $248,407.50 |
| Robert J. Lewis | Partner/ Banking/ 14 years. Admitted 1995. | $650 | 3.30 | $2,145.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 15 years. Admitted 1994. | $605 | 259.40 | $153,881.75 |
| Eric S. Mattson | Partner/ Litigation/ 15 years. Admitted 1994. | $605 | 10.50 | $6,352.50 |
| Rachel B. Niewoehner | Partner/ Litigation/ 12 years. Admitted 1997. | $630 | 3.60 | $2,268.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Larry J. Nyhan | Partner/ Bankruptcy/ 29 years. Admitted 1980. | $925 | 1.40 | $1,295.00 |
| Robert P. O'Keefe | Partner/ Insurance/ 9 years. Admitted 2000. | $650 | .30 | $195.00 |
| Ellen P. Pesch | Partner/ Insurance/ 20 years. Admitted 1989. | $800 | 1.40 | $1,120.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 27 years. Admitted 1982. | $735 | 54.00 | $39,690.00 |
| Mark D. Schneider | Partner/ Communications/ 24 years. Admitted 1985. | $625 | 70.50 | $44,062.50 |
| Andrew H. Shaw | Partner/ Corporate/ 28 years. Admitted 1981. | $685 | .20 | $137.00 |
| Michael S. Sigal | Partner/ Corporate/ 42 years. Admitted 1967. | $750 | 1.80 | $1,350.00 |
| Thomas McC. Souther | Partner/ Litigation/ 24 years. Admitted 1985. | $800 | 1.50 | $1,200.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey C. Steen | Partner/ Bankruptcy/ 25 years. Admitted 1984. | $825 | 1.00 | $825.00 |
| Michael J. Sweeney | Partner/ Litigation/ 33 years. Admitted 1976. | $685 | 2.60 | $1,781.00 |
| Thomas P. Van Wazer | Partner/ Communications/ 19 years. Admitted 1990. | $600 | 38.40 | $23,040.00 |
| H. Bruce Bernstein | Senior Counsel/ Banking/ 41 years. Admitted 1968. | $800 | 1.00 | $800.00 |
| Philip J. Crihfield | Senior Counsel/ Corporate/ 38 years. Admitted 1971. | $650 | 3.90 | $2,535.00 |
| Lawrence I. Kipperman | Senior Counsel/ Employment/ 43 years. Admitted 1966. | $625 | .50 | 312.50 |
| Sally S. Neely | Senior Counsel/ Bankruptcy/ 32 years. Admitted 1977. | $800 | .40 | $320.00 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 37 years. Admitted 1972. | $800 | 1.30 | $1,040.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | 10.50 | $8,137.50 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 30 years. Admitted 1979. | $635 | 512.20 | $345,735.00 |
| James D. Weiss | Counsel/ Employment/ 16 years. Admitted 1993. | $575 | 35.60 | 20,470.00 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 58.40 | $21,900.00 |
| Saima S. Ahmed | Associate/ Litigation/ 8 years. Admitted 2001. | $650 | .30 | $195.00 |
| Nicholas J. Alexiou | Associate/ Litigation/ < 1 year. Admission pending. | $250 | 198.40 | $49,600.00 |
| Megan E. Alvarez | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 44.10 | $15,655.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan Nogasky Beer | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 69.00 | $21,735.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 3 years. Admitted 2006. | $475 | 11.20 | $5,320.00 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 7 years. Admitted 2002. | $625 | 211.70 | $130,437.50 |
| Heather M. Bruce Boran | Associate/ Employment/ 3 years. Admitted 2006. | $395 | 16.00 | $6,320.00 |
| Shelbie J. Byers | Associate/ Employment/ 1 year. Admitted 2008. | $315 | 138.40 | $43,596.00 |
| Brenna M. Clark | Associate/ Employment/ 1 year. Admitted 2008. | $315 | 3.20 | $1,008.00 |
| Jay C. Coppoletta | Associate/ Corporate/ 6 years. Admitted 2003. | $495 | 1.00 | $495.00 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $295 | 82.60 | $30,975.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina M. Craige | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 123.70 | $52,155.00 |
| Gregory V. Demo | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 97.60 | $36,600.00 |
| Brooke L. Devlin-Brown | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 27.80 | $9,869.00 |
| Sheila A. Gogate | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 130.60 | $41,139.00 |
| Christopher R. Hale | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 13.30 | $4,189.50 |
| Jamie E. Haney | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 32.40 | $11,502.00 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 63.00 | $26,775.00 |
| Michael P. Heinz | Associate/ Corporate/ 5 years. Admitted 2004. | $465 | 12.30 | $5,719.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eric G. Hoffman | Associate/ Litigation/ 5 years. Admitted 2004. | $625 | 8.60 | $5,375.00 |
| Seth H. Katz | Associate/ Corporate/ 7 years. Admitted 2002. | $515 | 31.50 | $16,222.50 |
| Christina M. Kiel | Associate/ Banking/ 4 years. Admitted 2005. | $430 | 2.80 | $1,204.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ <1 year. Admitted 2009. | $375 | 4.30 | $1,612.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 439.00 | $164,625.00 |
| Scott P. Kramer | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 76.50 | $27,157.50 |
| Christopher S. Krueger | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 6.60 | $2,079.00 |
| Susan P. Lagana | Associate/ Litigation/ <1 year. Admitted 2009. | $250 | 93.60 | $29,497.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James P. Langdon | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 116.90 | $46,175.50 |
| Meredith Jenkins Laval | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 31.90 | $11,324.50 |
| Alison R. Leff Triggs | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 243.20 | $91,200.00 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 393.80 | $167,365.00 |
| Gabriel R. MacConaill | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 39.20 | $20,580.00 |
| Ashley K. Martin | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 159.80 | $50,337.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 1.20 | $450.00 |
| Elizabeth Maxeiner | Associate/ Litigation/ 3 years. Admitted 2006. | $395 | 48.40 | $19,118.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. McHugh | Associate/ Tax/ <1 year. Admitted 2009. | $315 | 5.60 | $1,764.00 |
| Brendan J. McMurrer | Associate/ Litigation/ 5 years. Admitted 2004. | $475 | 1.70 | $807.50 |
| Kerrian S. Mills | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 396.70 | $208,267.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ <1 year. Admitted 2009. | $375 | 1.90 | $712.50 |
| Frank T. Newell | Associate/ Litigation/ 3 years. Admitted 2006. | $395 | 52.00 | $20,540.00 |
| Yemi P. Oladeinde | Associate/ Real Estate/ 3 years. Admitted 2006. | $440 | 116.10 | $51,084.00 |
| Ariella L. Omholt | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 113.40 | $35,721.00 |
| Sandra F. Palmer | Associate/ Litigation/ 6 years. Admitted 2003. | $505 | 185.80 | $93,829.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tom A. Paskowitz | Associate/ Litigation/ 3 years. Admitted 2006. | $525 | .80 | $420.00 |
| Menesh S. Patel | Associate/ Litigation/ 4 years. Admitted 2005. | $470 | 7.30 | $3,431.00 |
| Jen Peltz | Associate/ Litigation/ 6 years. Admitted 2003. | $495 | 292.60 | $144,837.00 |
| Christopher A. Ripple | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 141.20 | $44,478.00 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 5 years. Admitted 2004. | $465 | .30 | $139.50 |
| Allison E. Ross | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 192.20 | $68,718.75 |
| Thomas E. Ross | Associate/ Litigation/ < 1 year. Admitted 2009. | $250 | 152.00 | $45,492.50 |
| Brian D. Rubens | Associate/ Litigation/ 4 years. Admitted 2005. | $430 | 26.40 | $11,352.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Sachar | Associate/ Real Estate/ 2 years. Admitted 2007. | $405 | 129.10 | $52,285.50 |
| Steve E. Sexton | Associate/ Litigation/ 4 years. Admitted 2005. | $430 | 14.70 | $6,321.00 |
| Brian S. Shull | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 60.90 | $21,619.50 |
| Richard M. Silverman | Associate/ Tax/ 2 years. Admitted 2007. | $355 | 46.70 | $16,578.50 |
| Tim M. Swan | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | .50 | $197.50 |
| Jennifer B. Tatel | Associate/ Communications/ 9 years. Admitted 2000. | $540 | 5.30 | $2,862.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 80.40 | $30,150.00 |
| Patrick J. Wackerly | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 427.70 | $151,833.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan M. Walsh | Associate/ Litigation/ 3 years. Admitted 2006. | $355 | 129.90 | $46,114.50 |
| Mary E. Weicher Gaudette | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 24.20 | $9,075.00 |
| Hsin Hsin Yang | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $330 | 35.70 | $13,387.50 |
| Juris Z. Benitez | Staff Attorney 3 years. Admitted 2006. | $210 | 40.50 | $8,505.00 |
| Angela M. Eavy | Staff Attorney/ Litigation/ 5 years. Admitted 2004. | $340 | 6.40 | $2,176.00 |
| Matthew T. Holohan | Staff Attorney/ Litigation/ 8 years. Admitted 2001. | $245 | 8.30 | $2,033.50 |
| Heather Irwin | Staff Attorney/ Litigation/ 9 years. Admitted 2000. | $245 | 7.80 | $1,911.00 |
| Richard Bryan | Legal Assistant/ Litigation 1 year. | $190 | 5.00 | $950.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zorina De La Cruz | Legal Assistant/ Litigation/ 3 years. | $215 | 20.30 | $4,364.50 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 3.00 | $690.00 |
| Shirley Higashi | Legal Assistant/ Litigation/ 5 years. | $195 | 5.50 | $1,072.50 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 29.00 | $5,510.00 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 7.50 | $1,725.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 23 years. | $285 | 172.40 | $49,134.00 |
| Eileen McDonnell-O'Driscoll | Senior Legal Assistant/ Bankruptcy/ 24 years. | $290 | 1.70 | $493.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $215 | 15.90 | $3,577.50 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 14 years. | $245 | 31.90 | $7,815.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 59.40 | $11,880.00 |
| Nebojsa Rebic | Senior Legal Assistant/ Litigation/ 14 years. | $225 | 5.30 | $1,192.50 |
| Arturo J. Rodriguez | Senior Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 27.10 | 5,149.00 |
| Karyn L. Sikaitis | Senior Legal Assistant/ Litigation/ 18 years. | $225 | 2.50 | $562.50 |
| Angel Simmons | Legal Assistant/ Litigation/ 1 year. | $190 | 6.00 | $1,140.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 165.80 | $31,502.00 |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 209.50 | $55,517.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jenny Y. Borrelli | Project Assistant/ 8 years. | $110 | 59.40 | $6,534.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 24.30 | $2,673.00 |
| Crystal Wu | Project Assistant/ 2 years. | $110 | 20.50 | $2,255.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 2.50 | $362.50 |
| Jennifer O. Butler | Librarian/ 3 years. | $100 | 1.00 | $100.00 |
| Wyman L. Colona, Jr. | Librarian/ 31 years. | $100 | .30 | $30.00 |
| Ellen J. Kreis | Librarian/ 10 years. | $100 | 2.00 | $200.00 |
| David Rogers | Librarian/ 20 years. | $100 | 3.00 | $300.00 |
| Khalib J. Bell | Litigation Support/ 1 year. | $185 | 51.30 | $9,490.50 |
| Marc A. Beltran | Litigation Support/ 2 years. | $265 | 12.90 | $3,418.50 |
| Monica M. Blouin | Litigation Support/ 14 years. | $265 | .30 | $79.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Wayne R. Bobb | Litigation Support/Project Manager/ 3 years. | $265 | 2.00 | $530.00 |
| Cheryl Gabriel | Litigation Support/ 12 years. | $120 | 1.50 | $180.00 |
| Madeline E. Glidden | Litigation Support/ 1 year. | $210 | 72.60 | $15,246.00 |
| Alex Godofsky | Litigation Support/ < 1 year. | $185 | 61.40 | $11,359.00 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 15.50 | $3,255.00 |
| Christopher Keener | Litigation Support/ 1 year. | $185 | 10.50 | $1,942.50 |
| Daniel H. Lang | Litigation Support/ 6 years. | $185 | 142.00 | $26,270.00 |
| Karin Nakai | Litigation Support/ 20 years. | $265 | 32.50 | $8,612.50 |
| Jason Ortiz | Litigation Support/ 11 years. | $210 | 2.10 | $441.00 |
| Richard Raez | Litigation Support/ 6 years. | $185 | 1.60 | $296.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel Rioja | Litigation Support/ 1 year. | $185 | 19.80 | $3,663.00 |
| Eve I. Runnels | Litigation Support/ 8 years. | $210 | 100.30 | $21,063.00 |
| Olivia Savell | Litigation Support/ 6 years. | $265 | 16.30 | $4,319.50 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 61.30 | $12,873.00 |
| Christopher Stavropoulus | Litigation Support/ 1 year. | $185 | 47.00 | $8,695.00 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 2.50 | $662.50 |
| Jason Tyrrell | Litigation Support/ 5 years. | $315 | 45.40 | $14,301.00 |
| Steve Young | Litigation Support/ 12 years. | $265 | .50 | $132.50 |
| **Grand Total** | | | **10,941.40** | **$5,292,782.75** |
| **Blended Rate** | | **$483.74** | | |

[remainder of page intentionally left blank]

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 311.40 | $122,519.50 |
| Fee Applications (30390) | 404.50 | $110,919.50 |
| Executory Contracts and Leases (30410) | 163.30 | $79,070.00 |
| Vendor Issues (30420) | 66.10 | $34,537.50 |
| Use/Sale/Lease of Assets (30430) | 34.00 | $16,575.00 |
| DIP Financing/Cash Collateral (30440) | 31.10 | $21,195.00 |
| Insurance Matters (30450) | 10.60 | $7,200.00 |
| Committee-Related Matters (30460) | 64.50 | $54,466.50 |
| Litigated Matters (30470) | 5,892.70 | $2,616,732.50 |
| Travel Time (30480) (with 50% discount) | 121.00 | $39,117.75 |
| Labor Issues (30490) | 91.50 | $57,292.00 |
| Plan and Disclosure Statement (30500) | 1,770.50 | $1,055,761.50 |
| Professional Retention (30510) | 46.50 | $21,907.00 |
| Tax Issues (30520) | 73.80 | $44,266.50 |
| Claims Processing (30530) | 162.70 | $88,580.50 |
| Business Operations (30550) | 201.30 | $120,194.50 |
| Case Administration (30560) | 308.90 | $169,470.00 |
| Creditor Communications (30570) | 12.60 | $6,435.00 |
| Bankruptcy Schedules (30580) | 9.10 | $4,834.00 |
| Employee Issues (30590) | 655.90 | $332,296.00 |
| Asset Disposition (30600) | 509.40 | $289,412.50 |
| **TOTAL** | **10,941.40** | **$5,292,782.75** |

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | $31,111.93 |
| Document Production | | $324.00 |
| Duplicating Charges[1] | | $45,595.28 |
| Court Costs | | $5,289.99 |
| Document Delivery Services | | $1,446.59 |
| Document Services | | $755.85 |
| Filing Fees | | $6,750.00 |
| Ground Transportation | | $6,822.48 |
| Lexis Research Service | Lexis | $10,204.94 |
| Meals Out-of-Town | | $2,700.11 |
| Meals | | $1,508.00 |
| Messenger Services | | $1,165.50 |
| Professional Services/Specialists | | $34,594.05 |
| Publications | | $55.00 |
| Search Services | | $1,772.97 |
| Telephone Tolls | | $3,026.92 |
| Travel/Lodging | | $16,225.09 |
| Westlaw Research Service | Westlaw | $52,459.31 |
| | | |
| **Total** | | **$221,808.01** |

---

[1] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).