## VERIFICATION

SUNEEL MANDAVA, being duly sworn, deposes and says:

1. I am a Director of Lazard Frères & Co. LLC ("Lazard"), which maintains offices for providing investment banking services at 30 Rockefeller Plaza, New York, New York 10020. Lazard has acted as an investment banker and financial advisor to and rendered professional services on behalf of Tribune Company, et al. (the "Debtors").

2. This affidavit is submitted pursuant to Bankruptcy Code Rule 2016 in connection with Lazard's application (the "Application") for Allowance of Compensation and Reimbursement of Expenses for the time period of November 1, 2009 through and including November 30, 2009 in the amount of **$215,968.02.**

3. All of the services for which compensation is sought by Lazard were performed for and on behalf of the Debtors and not on behalf of any other person.

4. No agreement or understanding exists between Lazard and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

/s/ Suneel Mandava
Suneel Mandava
Director

Sworn to before this 15th day of January 2010

/s/ Suneel Mandava
Hanna Murnane
Notary Public, State of New York
No. 41-4729327
Qualified in Queens County
Commission Expires March 30, 2010