# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref Nos. 2810, 3075, 3076, 3077, 3078, 3079, 3080, 3081, 3082, 3083, 3084, 3085, 3086, 3087, 3088, 3089, 3090, 3091, 3092, 3093** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1.   I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On January 14, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfers"), copies of which are annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>. I also caused copies of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Mary Christine Basile

Sworn to before me this

18th day of January, 2010

Notary Public

TIME ARDEN
Notary Public State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              | Chapter 11
                                                    |
TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)
                                                    |
                          Debtors.                  | Jointly Administered
                                                    |
                                                    |
                                                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  ALIEN PRODUCTIONS LLC
              10866 WILSHIRE BLVD   10TH FLR
              LOS ANGELES, CA 90024

Please note that your schedule in the above referenced case and in the amount of
       $37,096.78 has been transferred **(unless previously expunged by court order)** to:

         LONGACRE OPPORTUNITY FUND, L.P.
         TRANSFEROR: ALIEN PRODUCTIONS LLC
         810 SEVENTH AVENUE, 33RD FLOOR
         ATTN: VLADIMIR JELISAVCIC
         NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2810     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ALLEN ENERGY LLC
             7649 CURRENCY DRIVE
             ORLANDO, FL 32809

Please note that your claim # 2137 in the above referenced case and in the amount of $213.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: ALLEN ENERGY LLC
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3085       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                           David D. Bird, Clerk of Court


                                           /s/MARY C. BASILE
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                       |
In re:                                 |    Chapter 11
                                       |
TRIBUNE COMPANY, et al.,               |    Case No. 08-13141 (KJC)
                                       |
                Debtors.               |    Jointly Administered
                                       |
                                       |
                                       |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CARUSO MANAGEMENT COMPANY LTD
              ATTN: SPECIALTY LEASING DEPT
              189 THE GROVE DR SUITE F-80
              LOS ANGELES, CA 90036

Please note that your claim # 2279 in the above referenced case and in the amount of
        $14,960.00 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: CARUSO MANAGEMENT COMPANY LT
              940 SOUTHWOOD BLVD, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3093    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                    |
In re:                              |   Chapter 11
                                    |
TRIBUNE COMPANY, et al.,            |   Case No. 08-13141 (KJC)
                                    |
              Debtors.              |   Jointly Administered
                                    |
                                    |
                                    |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   CENTURY PACIFIC GROUP INC
                1833 FAIRBURN AVE STE 304
                LOS ANGELES, CA 90025

Please note that your claim # 1180 in the above referenced case and in the amount of $3,050.00 has been transferred **(unless previously expunged by court order)** to:

                UNITED STATES DEBT RECOVERY III LP
                TRANSFEROR: CENTURY PACIFIC GROUP INC
                940 SOUTHWOOD BLVD, SUITE 101
                INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3083       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                    |
In re:                              |    Chapter 11
                                    |
TRIBUNE COMPANY, et al.,            |    Case No. 08-13141 (KJC)
                                    |
            Debtors.                |    Jointly Administered
                                    |
                                    |
                                    |
_____|

        **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GRAPHIC ENTERPRISES OF OHIO INC
             PO BOX 643842
             PITTSBURGH, PA 15264-3842

Please note that your schedule in the above referenced case and in the amount of
        $597.62 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: GRAPHIC ENTERPRISES OF OHIO
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3086        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)
                                                |
            Debtors.                            | Jointly Administered
                                                |
                                                |
                                                |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  INNOVATIVE MEDIA, LLC
             819 E SEATTLE PLACE
             BROKEN ARROW, OK 74012

Please note that your claim # 920 in the above referenced case and in the amount of $752.55 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: INNOVATIVE MEDIA, LLC
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3075    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: JAXON MAINTENANCE SERVICES LLC
    310 SMITH ST
    BRIDGEPORT, CT 06607

Please note that your schedule in the above referenced case and in the amount of $1,065.30 has been transferred **(unless previously expunged by court order)** to:

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: JAXON MAINTENANCE SERVICES L
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3087     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                           David D. Bird, Clerk of Court

                                           /s/MARY C. BASILE
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  KINGS CONTRIVANCE
         10150 SHAKER DRIVE
         COLUMBIA, MD 21046

Please note that your schedule in the above referenced case and in the amount of
       $813.67 has been transferred **(unless previously expunged by court order)** to:

         UNITED STATES DEBT RECOVERY III LP
         TRANSFEROR: KINGS CONTRIVANCE
         940 SOUTHWOOD BLVD, SUITE 101
         INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3082     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:

TRIBUNE COMPANY, et al.,

                    Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LINCOLN LANDSCAPING LLC
             PO BOX 91
             PEQUABUCK, CT 06781

Please note that your schedule in the above referenced case and in the amount of $821.50 has been transferred **(unless previously expunged by court order)** to:

        UNITED STATES DEBT RECOVERY III LP
        TRANSFEROR: LINCOLN LANDSCAPING LLC
        940 SOUTHWOOD BLVD, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3088    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                         |
In re:                                   |    Chapter 11
                                         |
TRIBUNE COMPANY, et al.,                 |    Case No. 08-13141 (KJC)
                                         |
                Debtors.                 |    Jointly Administered
                                         |
                                         |
                                         |
_____|
```

               NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                         BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSPAPER SUBSCRIPTION SERVICES
             2450 LOUISIANA
             SUITE 400-602
             HOUSTON, TX 77006

Please note that your schedule in the above referenced case and in the amount of
        $1,655.63 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSPAPER SUBSCRIPTION SERVI
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3076      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| In re: | | Chapter 11 |
| TRIBUNE COMPANY, et al., | | Case No. 08-13141 (KJC) |
| Debtors. | | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSPAPER SUBSCRIPTION SERVICES
             2450 LOUISIANA
             SUITE 400-602
             HOUSTON, TX 77006

Please note that your schedule in the above referenced case and in the amount of
        $657.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSPAPER SUBSCRIPTION SERVI
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3077      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                        |
In re:                                  |    Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |    Case No. 08-13141 (KJC)
                                        |
                    Debtors.            |    Jointly Administered
                                        |
                                        |
                                        |
_____ |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSPAPER SUBSCRIPTION SERVICES
             2450 LOUISIANA
             SUITE 400-602
             HOUSTON, TX 77006

Please note that your schedule in the above referenced case and in the amount of
        $3,528.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSPAPER SUBSCRIPTION SERVI
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3078       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

            Debtors.                             | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

           To:  NEWSPAPER SUBSCRIPTION SERVICES
                2450 LOUISIANA
                SUITE 400-602
                HOUSTON, TX 77006

Please note that your schedule in the above referenced case and in the amount of
     $1,308.60 has been transferred **(unless previously expunged by court order)** to:

           UNITED STATES DEBT RECOVERY III LP
           TRANSFEROR: NEWSPAPER SUBSCRIPTION SERVI
           940 SOUTHWOOD BLVD, SUITE 101
           INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3079        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                                David D. Bird, Clerk of Court


                                                /s/MARY C. BASILE
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              |        Chapter 11

TRIBUNE COMPANY, et al.,                             |        Case No. 08-13141 (KJC)

                    Debtors.                         |        Jointly Administered
                                                     |
                                                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  NEWSPAPER SUBSCRIPTION SERVICES
               2450 LOUISIANA
               SUITE 400-602
               HOUSTON, TX 77006

Please note that your schedule in the above referenced case and in the amount of
          $14,683.00 has been transferred **(unless previously expunged by court order)** to:

               UNITED STATES DEBT RECOVERY III LP
               TRANSFEROR: NEWSPAPER SUBSCRIPTION SERVI
               940 SOUTHWOOD BLVD, SUITE 101
               INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3080      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                              David D. Bird, Clerk of Court


                                              /s/MARY C. BASILE
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                           |    Chapter 11
                                 |
TRIBUNE COMPANY, et al.,         |    Case No. 08-13141 (KJC)
                                 |
              Debtors.           |    Jointly Administered
                                 |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  PACSAT
          1629 S STREET
          SACRAMENTO, CA 95811
```

Please note that your claim # 1130 in the above referenced case and in the amount of
        $3,043.14 has been transferred **(unless previously expunged by court order)** to:

```
          UNITED STATES DEBT RECOVERY III LP
          TRANSFEROR: PACSAT
          940 SOUTHWOOD BLVD, SUITE 101
          INCLINE VILLAGE, NV 89451
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3091     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| In re: | | Chapter 11 |
| TRIBUNE COMPANY, et al., | | Case No. 08-13141 (KJC) |
| Debtors. | | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  POMA AUTOMATED FUELING INC
         PO BOX 479
         BLOOMINGTON, CA 92316

Please note that your schedule in the above referenced case and in the amount of
    $3,118.15 has been transferred **(unless previously expunged by court order)** to:

         UNITED STATES DEBT RECOVERY III LP
         TRANSFEROR: POMA AUTOMATED FUELING INC
         940 SOUTHWOOD BLVD, SUITE 101
         INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3081     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                        | Chapter 11

TRIBUNE COMPANY, et al.,                       | Case No. 08-13141 (KJC)

                    Debtors.                   | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SHS STAFFING SOLUTIONS
              4 LEMOYNE DRIVE SUITE 100
              LEMOYNE, PA 17011

Please note that your claim # 1126 in the above referenced case and in the amount of
        $488.29 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: SHS STAFFING SOLUTIONS
              940 SOUTHWOOD BLVD, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3084        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                              David D. Bird, Clerk of Court


                                              /s/MARY C. BASILE
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |    Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        |    Case No. 08-13141 (KJC)
                                                |
                        Debtors.                |    Jointly Administered
                                                |
                                                |
                                                |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SND PUBLISHING LLC
             600 WEST PEACHTREE STREET NW
             SUITE 350
             ATLANTA, GA 30308

Please note that your schedule in the above referenced case and in the amount of $297.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: SND PUBLISHING LLC
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3089     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  SND PUBLISHING LLC
              600 WEST PEACHTREE STREET NW
              SUITE 350
              ATLANTA, GA 30308

Please note that your schedule in the above referenced case and in the amount of
         $425.00 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: SND PUBLISHING LLC
              940 SOUTHWOOD BLVD, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3090     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                    Debtors.                     | Jointly Administered

                                                |
                                                |
                                                |
---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  WOOD SHOP OF WINTERPARK INC
             687 HAROLD AVENUE
             WINTER PARK, FL 32789

Please note that your schedule in the above referenced case and in the amount of
        $543.25 has been transferred **(unless previously expunged by court order)** to:

        UNITED STATES DEBT RECOVERY III LP
        TRANSFEROR: WOOD SHOP OF WINTERPARK INC
        940 SOUTHWOOD BLVD, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3092      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                            David D. Bird, Clerk of Court


                                            /s/MARY C. BASILE
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

# EXHIBIT B

TIME: 18:07:58
DATE: 01/14/10

PAGE: 1

The Tribune Company
CREDITOR LISTING

| Name | Address |
|------|---------|
| ALLEN PRODUCTIONS LLC | 10866 WILSHIRE BLVD  10TH FLR LOS ANGELES CA 90024 |
| ALLEN ENERGY LLC | 7649 CURRENCY DRIVE ORLANDO FL 32809 |
| CARUSO MANAGEMENT COMPANY LTD | ATTN: SPECIALTY LEASING DEPT 189 THE GROVE DR SUITE F-80 LOS ANGELES CA 90036 |
| CENTURY PACIFIC GROUP INC | 1833 FAIRBURN AVE STE 304 LOS ANGELES CA 90025 |
| GRAPHIC ENTERPRISES OF OHIO INC | PO BOX 643842 PITTSBURGH PA 15264-3842 |
| INNOVATIVE MEDIA, LLC | 819 E SEATTLE PLACE BROKEN ARROW OK 74012 |
| JAXON MAINTENANCE SERVICES LLC | 310 SMITH ST BRIDGEPORT CT 06607 |
| KINGS CONTRIVANCE | 10150 SHAKER DRIVE COLUMBIA MD 21046 |
| LINCOLN LANDSCAPING LLC | PO BOX 91 PEQUABUCK CT 06781 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: ALLEN PRODUCTIONS LLC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| NEWSPAPER SUBSCRIPTION SERVICES | 2450 LOUISIANA SUITE 400-602 HOUSTON TX 77006 |
| PACSAT | 1629 S STREET SACRAMENTO CA 95811 |
| POMA AUTOMATED FUELING INC | PO BOX 479 BLOOMINGTON CA 92316 |
| SHS STAFFING SOLUTIONS | 4 LEMOYNE DRIVE SUITE 100 LEMOYNE PA 17011 |
| SND PUBLISHING LLC | 600 WEST PEACHTREE STREET NW SUITE 350 ATLANTA GA 30308 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: ALLEN ENERGY LLC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CARUSO MANAGEMENT COMPANY LT 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CENTURY PACIFIC GROUP INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: GRAPHIC ENTERPRISES OF OHIO 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: INNOVATIVE MEDIA, LLC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: JAXON MAINTENANCE SERVICES L 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: KINGS CONTRIVANCE 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: LINCOLN LANDSCAPING LLC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: NEWSPAPER SUBSCRIPTION SERV 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: PACSAT 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: POMA AUTOMATED FUELING INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: SHS STAFFING SOLUTIONS 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: SND PUBLISHING LLC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| WOOD SHOP OF WINTERPARK INC | TRANSFEROR: WOOD SHOP OF WINTERPARK INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| | 687 HAROLD AVENUE WINTER PARK FL 32789 |

Total Number of Records Printed          30

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

TRB  TRF NTCS (1-14-10)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801