United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| TRIBUNE DIRECT MARKETING INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-13227 |
| | } |
| | } |
| Debtor | } Amount $2,001.69 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. 3139)**

**LOGICALIS**
**1750 S TELEGRAPH ROAD SUITE 300**
**BLOOMFIELD HILLS, MI 48302**

The transfer of your claim as shown above in the amount of **$2,001.69** amends a previously filed notice of transfer of claim that was filed on 1/19/2010 the claim has been transferred to:

      Liquidity Solutions Inc.
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Jeffrey L. Caress
      Liquidity Solutions Inc.
      (201) 968-0001

3102129

## TRANSFER NOTICE

Logicalis, Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., . with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TRIBUNE DIRECT MARKETING INC** (the "Debtor"), in the aggregate amount of **$2,001.69**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13227.

IN WITNESS WHEREOF, Assignor has signed below as of the ___30___ day of December, 2009

Logicalis Inc.

_____
(Signature)
Robert A. Maxwell, EVP and General Counsel
(Print Name and Title)

_____
(Signature)
Laurie J. Coil, Legal Services Administrator
(Print Name of Witness)

TRIBUNE DIRECT MARKETING INC
Logicalis


3102129