# **EXHIBIT A**

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | |
| 1 ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | No Debtor Asserted | 1038 | $1,784.07 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 2 ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | No Debtor Asserted | 1037 | $1,784.07 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 3 ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 3/16/2009 | No Debtor Asserted | 755 | $1,784.07 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 4 ATLANTIS BUILDING SERVICES INC PO BOX 2281 STUART, FL 34995 | 2/2/2009 | 08-13168 | 405 | $3,800.10 | ATLANTIS BUILDING SERVICES INC PO BOX 2281 STUART, FL 34995 | 5/7/2009 | 08-13168 | 2565 | $2,819.43 | Appears to be amended by surviving claim. |
| 5 AUTRY, JACQUELINE E. 328 W. MOUNTAIN VIEW PLACE PALM SPRINGS, CA 92262 | 4/17/2009 | 08-13183 | 970 | $3,883.49 | AUTRY, JACQUELINE 328 W. MOUNTAIN VIEW PLACE PALM SPRINGS, CA 92262 | 5/7/2009 | 08-13183 | 2546 | $4,182.16 * | Appears to be amended by surviving claim. |
| 6 AXIZ GROUP, LLC 7101 N. RIDGEWAY AVE LINCOLNWOOD, IL 60712 | 4/2/2009 | No Debtor Asserted | 866 | $1,255.14 | AXIZ GROUP LLC 7101 N RIDGEWAY LINCOLNWOOD, IL 60712 | 4/24/2009 | 08-13162 | 1497 | $1,255.14 | Appears to be amended by surviving claim. |
| 7 BAY CITY EQUIPMENT INDUSTRIES, INC. 12208 INDUSTRY ROAD LAKESIDE, CA 92040 | 4/22/2009 | No Debtor Asserted | 1369 | $975.88 | BAY CITY ELECTRIC WORKS INC 12208 INDUSTRY RD LAKESIDE, CA 92040 | 4/22/2009 | 08-13182 | 1371 | $975.88 | Appears to be amended by surviving claim. |
| 8 BAY CITY EQUIPMENT INDUSTRIES, INC. 12208 INDUSTRY ROAD LAKESIDE, CA 92040 | 4/22/2009 | No Debtor Asserted | 1370 | $1,990.93 | BAY CITY ELECTRIC WORKS INC 12208 INDUSTRY RD LAKESIDE, CA 92040 | 4/22/2009 | 08-13182 | 1371 | $975.88 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

Page 1 of 11

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 9  BAY CITY EQUIPMENT INDUSTRIES, INC. 12208 INDUSTRY ROAD LAKESIDE, CA 92040 | 3/20/2009 | No Debtor Asserted | 779 | $1,990.93 | BAY CITY ELECTRIC WORKS INC 12208 INDUSTRY RD LAKESIDE, CA 92040 | 4/22/2009 | 08-13182 | 1371 | $975.88 | Appears to be amended by surviving claim. |
| 10 BELLEVUE RADIO INC 3650 131ST AVE SE  STE 550 BELLEVUE, WA 98006 | 4/20/2009 | No Debtor Asserted | 1132 | $13,451.25 | INITIATIVE MEDIA 1 DAG HAMMARSKJOLD PLAZA NEW YORK, NY 10017 | 3/11/2009 | 08-13182, 08-13183, 08-13245 ** | 716 | $883,317.73 | Invoices in surviving claim are contained in claim to be disallowed. |
| 11 BILL'S WELDING & CRANE SERVICE 16166 SIERRA HWY CANYON COUNTRY, CA 91390 | 4/13/2009 | 08-13183 | 949 | $582.40 | BILL'S WELDING & CRANE SERVICES 16166 SIERRA HWY CANYON COUNTRY, CA 91390 | 5/4/2009 | 08-13183 | 2363 | $540.00 | Appears to be amended by surviving claim. |
| 12 BJORKMAN, ERNIE P.O. BOX 227 SOUTH FORK, CO 81154 | 2/23/2009 | 08-13184 | 593 | $148,000.00 | BJORKMAN, ERNEST PO BOX 227 SOUTH FORK, CO 81154 | 5/1/2009 | 08-13184 | 2250 | $146,678.20 | Appears to be amended by surviving claim. |
| 13 BROADCAST SUPPLY WORLDWIDE 2237 SOUTH 19TH STREET TACOMA, WA 98405 | 4/20/2009 | 08-13223 | 1179 | $8,207.22 | BROADCAST SUPPLY WORLDWIDE PO BOX 3836 SEATTLE, WA 98124-3836 | 4/27/2009 | 08-13148 | 1816 | $4,103.61 | Appears to be amended by surviving claim. |
| 14 C & C MARKETING INC. DBA IMPACT MARKETING PO BOX 8684 CHICO, CA 95927 | 2/19/2009 | 08-13248 | 499 | $4,270.00 | C & C MARKETING INC. DBA IMPACT MARKETING PO BOX 8684 CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Appears to be amended by surviving claim. |
| 15 CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/20/2009 | 08-13141 | 1212 | $24,000.00 | CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/30/2009 | 08-13152 | 2156 | $7,187.70 | Appears to be amended by surviving claim. |
| 16 CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/20/2009 | 08-13141 | 1213 | $24,000.00 | CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/30/2009 | 08-13152 | 2156 | $7,187.70 | Appears to be amended by surviving claim. |
| 17 CAPITAL CITY PROMOTIONS 2311 TYROLEAN WAY SACRAMENTO, CA 95821 | 4/27/2009 | 08-13149 | 2004 | Undetermined | CAPITAL CITY PROMOTIONS 2311 TYROLEAN WAY SACRAMENTO, CA 95821 | 3/9/2009 | 08-13149 ** | 706 | $1,018.46 | Invoices in surviving claim are contained in claim to be disallowed. |
| 18 CHECK CASHING STORE, THE 6340 N.W. 5TH WAY FORT LAUDERDALE, FL 33309 | 4/2/2009 | 08-13141 | 869 | $1,590.86 | CCS FINANCIAL SERVICES 6340 NW 5TH WAY FT LAUDERDALE, FL 333096110 | 5/4/2009 | No Debtor Asserted (a) | 2362 | $1,492.36 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\** - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 19 CHICAGO SPENCE TOOL & RUBBER CO.<br>1125 N. 27TH AVE.<br>MELROSE PARK, IL 60160-2937 | 3/23/2009 | No Debtor Asserted | 804 | $149.48 | CHICAGO SPENCE TOOL & RUBBER<br>PO BOX 1528<br>MELROSE PARK, IL 60161-1528 | 4/23/2009 | 08-13152 | 1644 | Undetermined | Invoices in surviving claim are contained in claim to be disallowed. |
| 20 CLENDENIN, MICHAEL<br>328 CAROLINA MEADOWS VILLA<br>CHAPEL HILL, NC 27517 | 4/20/2009 | 08-13141 | 1013 | Undetermined | CLENDENIN, MICHAEL<br>328 CAROLINA MEADOWS VILLA<br>CHAPEL HILL, NC 27517 | 5/4/2009 | 08-13141 | 2353 | $6,235.00 | Appears to be amended by surviving claim. |
| 21 CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | 12/30/2008 | 08-13141 | 187 | $15,419.92 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. - BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | 2/2/2009 | 08-13141 | 344 | $10,918.13 | Appears to be amended by surviving claim. |
| 22 CONSTITUTION CONSULTING CORP<br>3 BURGUNDY DRIVE<br>HOLMDEL, NJ 07733 | 6/10/2009 | 08-13240 | 4418 | $0.00 | CONSTITUTION CONSULTING CORPOORATION<br>3 BURGUNDY DRIVE<br>HOLMDEL, NJ 07733 | 6/10/2009 | 08-13240 | 4419 | $33,488.00 | Creditor indicated this is a duplicate claim on proof of claim. |
| 23 CONTECH-MSI CO.<br>ATTN: BOB FORSS<br>5200 NEWPORT DRIVE<br>ROLLING MEADOWS, IL 60008 | 5/18/2009 | No Debtor Asserted | 2958 | $299.20 | CONTECH MSI COMPANY<br>ROBERT FORSS<br>5200 NEWPORT DRIVE<br>ROLLING MEADOWS, IL 60008 | 4/27/2009 | 08-13252 | 1940 | $299.20 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 24 EHRIG, DAVE<br>P.O. BOX 66<br>MERTZTOWN, PA 19539 | 4/27/2009 | No Debtor Asserted | 1867 | Undetermined | EHRIG, DAVID A<br>PO BOX 66<br>MERTZTOWN, PA 19539-0066 | 4/27/2009 | 08-13212 | 1866 | $200.00 | Appears to be amended by surviving claim. |
| 25 ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | 4/20/2009 | 08-13141 | 1079 | $12,047.28 | ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | 2/27/2009 | No Debtor Asserted (a) | 575 | $12,047.28 | Invoices in surviving claim are contained in claim to be disallowed. |
| 26 EMBARKMEDIA<br>333 E ONTARIO ST NO.1904B<br>CHICAGO, IL 60611 | 5/18/2009 | 08-13152 | 2961 | $925.00 | EMBARKMEDIA<br>DANNY JOHNSON<br>333 E. ONTARIO ST. #1904B<br>CHICAGO, IL 60611 | 3/23/2009 | 08-13152 ** | 806 | $925.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 27 ENTERCOM COMMUNICATION - SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | 4/22/2009 | No Debtor Asserted | 1319 | $15,317.00 | ENTERCOM COMMUNICATION - SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | 3/16/2009 | No Debtor Asserted (a) | 748 | $15,317.00 | Creditor indicated only one claim was filed and 748 is the surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 28 ENTERCOM PORTLAND LLC<br><br>0700 SW BANCROFT ST<br>PORTLAND, OR 97239 | 4/21/2009 | 08-13222 | 1223 | Undetermined | ENTERCOM PORTLAND LLC DBA KGON, KRSK,<br>KNRK, KFXX, KWJJ, KYCH<br>0700 S.W. BANCROFT ST<br>PORTLAND, OR 97239 | 3/13/2009 | No Debtor Asserted (a) | 731 | $55,309.50 | Invoices in surviving claim are contained in claim to be disallowed. |
| 29 FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OSA INTERNATIONAL<br><br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 3/6/2009 | No Debtor Asserted | 646 | $7,110.00 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OSA INTERNATIONAL<br><br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 6/9/2009 | 08-13252 | 4193 | $7,110.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 30 FINEST CITY BROADCASTING, LLC<br>9660 GRANITE RIDGE DR. SUITE 200<br>SAN DIEGO, CA 92123 | 3/26/2009 | No Debtor Asserted | 814 | $47,005.00 | INITIATIVE MEDIA<br>1 DAG HAMMARSKJOLD PLAZA<br>NEW YORK, NY 10017 | 3/11/2009 | 08-13182, 08-13183, 08-13245 ** | 716 | $883,117.73 | Invoices in surviving claim are contained in claim to be disallowed. |
| 31 FREMANTLEMEDIA NORTH AMERICA, INC.<br>4000 WEST ALAMEDA AVENUE, THIRD FLOOR<br>ATTN: DAVID C. SHALL<br>BURBANK, CA 91505 | 2/9/2009 | No Debtor Asserted | 423 | $394,549.00 | DEBMAR-MERCURY LLC<br><br>C/O ICB ENTERTAINMENT FINANCE<br><br>500 N BRAND BLVD SUITE 1650<br>GLENDALE, CA 91203 | 6/10/2009 | 08-13241 | 4405 | $160,752.68 | Invoices in surviving claims are contained in claim to be disallowed. Liability exists with Debmar-Mercury LLC. |
| | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90074-1079 | 6/10/2009 | 08-13241 | 4404 | $41,935.49 | |
| | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90074-1079 | 6/10/2009 | 08-13180 | 4402 | $33,758.07 | |
| | | | | | DEBMAR-MERCURY LLC<br>PO BOX 51357<br>LOS ANGELES, CA 90051-5657 | 6/10/2009 | 08-13252 | 4398 | $29,677.41 | |
| | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90074-1079 | 6/10/2009 | 08-13149 | 4401 | $7,716.01 | |
| | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90074-1079 | 6/10/2009 | 08-13244 | 4400 | $4,822.58 | |
| | | | | | DEBMAR-MERCURY LLC<br>PO BOX 51357<br>LOS ANGELES, CA 90051-5657 | 6/10/2009 | 08-13241 | 4403 | $3,494.61 | |
| | | | | | DEBMAR-MERCURY LLC<br>PO BOX 51357<br>LOS ANGELES, CA 90051-5657 | 6/10/2009 | 08-13244 | 4399 | $964.53 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 32 GENERAL PERSONNEL OF ORLANDO<br><br>PO BOX 863454<br>ORLANDO, FL 32886-3454 | 4/27/2009 | 08-13198 | 1723 | $157.20 | GENERAL PERSONNEL OF ORLANDO<br><br>PO BOX 863454<br>ORLANDO, FL 32886-3454 | 4/27/2009 | 08-13198 | 1722 | $78.60 | Creditor indicated claims are duplicative and surviving claim is 1722. |
| 33 GERALD & CULLEN RAPP, INC<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | 4/21/2009 | 08-13185 | 1271 | $3,100.00 | GERALD & CULLEN RAPP<br>420 LEXINGTON AVENUE<br>PENTHOUSE<br>NEW YORK, NY 10170 | 5/6/2009 | 08-13185 | 2500 | $600.00 | Appears to be amended by surviving claim. |
| 34 GILLESKI, JOSEPH<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | 5/6/2009 | 08-13205 | 2490 | Undetermined | GILLESKI, JOSEPH J<br>110 ELMBROOK DRIVE<br>STANFORD, CT 06906 | 9/24/2009 | 08-13205 | 6253 | $9,827.84 | Appears to be amended by surviving claim. |
| 35 GLEN HERMANN DBA NEWSREEL<br>11271 VENTURA BLVD # 601<br>STUDIO CITY, CA 91604 | 1/13/2009 | 08-13183 | 229 | $4,200.00 | NEWSREEL<br>11271 VENTURA BLVD NO.601<br>STUDIO CITY, CA 91604 | 4/30/2009 | 08-13183 | 2170 | $2,100.00 | Appears to be amended by surviving claim. |
| 36 GRAPHICS 2000 INC<br>825 N. CASS AVE.<br>SUTIE 115<br>WESTMONT, IL 60559 | 2/2/2009 | No Debtor Asserted | 352 | $667.84 | GRAPHICS 2000 INC    STE 115<br>825 N CASS AVE<br>WESTMONT, IL 60559-6401 | 4/27/2009 | 08-13235 | 1849 | $667.84 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 37 HAMMETT & EDISON<br>470 THIRD ST. WEST<br><br>SONOMA, CA 95476 | 5/18/2009 | 08-13141 | 2965 | $4,756.30 | RIVERSIDE CLAIMS LLC<br>TRANSFEROR: HAMMETT & EDISON INC<br><br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024-0540 | 4/24/2009 | 08-13183 | 1382 | $4,424.45 | Claimant stated claim is duplicative of claim sold to Riverside Claims LLC. |
| 38 IMPACT GROUP, INC<br>CYNTHIA BUSWELL<br>501 VIRGINIA AVE.<br>INDIANAPOLIS, IN 46203 | 2/9/2009 | No Debtor Asserted | 427 | $2,683.41 | IMPACT GROUP, INC.<br>501 VIRGINIA AVENUE<br>INDIANAPOLIS, IN 46203 | 4/24/2009 | 08-13241 | 1494 | $2,604.69 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 39 | IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95928 | 4/21/2009 | 08-13152 | 1218 | $5,470.00 | C & C MARKETING INC.<br>DBA IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 40 | IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95928 | 4/21/2009 | 08-13248 | 1217 | $5,470.00 | C & C MARKETING INC.<br>DBA IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 41 | IMPACT MARKETING<br>808 CHERRY ST<br>CHICO, CA 95928 | 4/21/2009 | No Debtor Asserted | 1216 | $5,470.00 | C & C MARKETING INC.<br>DBA IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 42 | JOHNSON REALTY, INC<br>12329 BALLAS LANE<br>SAINT LOUIS, MO 63131 | 3/5/2009 | No Debtor Asserted | 623 | $800.00 | JOHNSON REALTY INC<br>12329 BALLAS LANE<br>SAINT LOUIS, MO 63131 | 4/23/2009 | 08-13165 | 1554 | $800.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 43 | KALLINICH, DONALD<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 4/24/2009 | No Debtor Asserted | 1449 | Undetermined | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1447 | $180.36 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 44 | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 4/24/2009 | No Debtor Asserted | 1450 | Undetermined | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1447 | $180.36 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 45 | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1448 | Undetermined | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1447 | $180.36 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 46 | KCBS-AM<br>ATTN: NIKKI PARIS<br>865 BATTERY 3RD FLOOR<br>SAN FRANCISCO, CA 94111 | 4/13/2009 | No Debtor Asserted | 1002 | $11,237.00 | CBS RADIO INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | 6/11/2009 | 08-13185 | 4875 | $50,303.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 47 | KCBS-AM<br>ATTN: NIKKI PARIS<br>865 BATTERY 3RD FLOOR<br>SAN FRANCISCO, CA 94111 | 4/10/2009 | No Debtor Asserted | 932 | $11,237.00 | CBS RADIO INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | 6/11/2009 | 08-13185 | 4875 | $50,303.00 | Invoices in surviving claim are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | SURVIVING CLAIMS NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | KEN HOUTZ CHEVROLET-BUICK, INC. PO BOX 99 GLOUCESTER, VA 23061 | 3/30/2009 | No Debtor Asserted | 857 | $465.83 | KEN HOUTZ CHEVROLET-BUICK, INC. PO BOX 99 GLOUCESTER, VA 23061 | 4/22/2009 | 08-13210 | 1322 | $465.83 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 49 | KLUG, DAVID 1063 SUMMER PLACE PITTSBURGH, PA 15243 | 12/22/2008 | No Debtor Asserted | 25 | $500.00 | KLUG, DAVID 1063 SUMMER PL PITTSBURGH, PA 15243 | 4/23/2009 | 08-13211 | 1540 | $1,000.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 50 | LOBACH, CATHERINE 9128 N PRIMROSE CIR BREINIGSVILLE, PA 18031 | 5/8/2009 | No Debtor Asserted | 2576 | $586.58 | LOBACH, CATHERINE 9128 PRIMROSE CIR N BREINIGSVILLE, PA 18031 | 5/8/2009 | 08-13212 | 2577 | $586.58 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 51 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: MISI COMPANY LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 4/24/2009 | 08-13185 | 1419 | $15,980.00 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: MISI COMPANY LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 5/6/2009 | No Debtor Asserted | 2504 (a) | $15,980.00 | Appears to be amended by surviving claim. |
| 52 | MACMUNNIS, INC. 1840 OAK AVENUE SUITE 300 EVANSTON, IL 60201 | 2/6/2009 | No Debtor Asserted | 418 | $4,590.00 | MACMUNNIS INC. 1840 OAK AVENUE SUITE 300 EVANSTON, IL 60201 | 4/23/2009 | 08-13141 | 1616 | $4,590.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 53 | MARDAR ENTERPRISES 6910 33RD ST. VERO BEACH, FL 32966 | 1/5/2009 | No Debtor Asserted | 85 | $3,200.00 | MARDAR ENTERPRISES 6910 33RD ST. VERO BEACH, FL 32966 | 5/4/2009 | 08-13141 | 2428 | $3,200.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 54 | MCGIVERN BINDERY ATTN: ANITA ZELECHIWSKY 361 W. GORDON STREET ALLENTOWN, PA 18102 | 4/6/2009 | 08-13212 | 899 | $1,091.40 | MCGIVERN BINDERY LLC 361 W GORDON ST ALLENTOWN, PA 18102 | 4/20/2009 | 08-13212 | 1052 | $675.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| | | | | | | MCGIVERN BINDERY LLC 361 W GORDON ST ALLENTOWN, PA 18102 | 4/20/2009 | 08-13160 | 1051 | $416.40 | |
| 55 | MEADWESTVACO CONSUMER AND OFFICE PRODUCTS 4751 HEMPSTEAD STATION DRIVE KETTERING, OH 45429 | 4/30/2009 | 08-13209 | 2152 | $306.72 | MEAD WESTAVCO CORP 12449 COLLECTIONS CENTER DR CHICAGO, IL 60693 | 5/26/2009 | 08-13209 | 3189 | $306.72 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 56 | MET TESTING (CALVERT ST.) 3700 COMMERCE DRIVE SUITE 901 ATTN: RON COOPER BALTIMORE, MD 21227 | 4/30/2009 | 08-13141 | 2114 | $2,445.00 | MET ELECTRICAL TESTING P O BOX 75401 BALTIMORE, MD 21275 | 5/15/2009 | 08-13209 | 2846 | $4,722.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 57 | MET TESTING (SUN PARK) 3700 COMMERCE DRIVE SUITE 901 ATTN: RON COOPER BALTIMORE, MD 21227 | 4/30/2009 | 08-13141 | 2115 | $2,277.00 | MET ELECTRICAL TESTING P O BOX 75401 BALTIMORE, MD 21275 | 5/15/2009 | 08-13209 | 2846 | $4,722.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 58 | MIURA BOILER INC 1945 SOUTH MYRTLE AVENUE MONROVIA, CA 91016 | 4/20/2009 | 08-13185 | 1188 | $3,937.30 | MIURA BOILER 1945 S. MYRTLE AVE ATTN: HECTOR LECEA MONROVIA, CA 91016-4854 | 4/27/2009 | No Debtor Asserted (a) | 1766 | $3,937.30 | Appears to be amended by surviving claim. |
| 59 | MOUNT, ANTHONY 422 W JUNIPER DRIVE MUSTANG, OK 73064 | 4/6/2009 | No Debtor Asserted | 896 | $400.00 * | MOUNT, ANTHONY G, JR. 422 W JUNIPER DRIVE MUSTANG, OK 73064 | 4/24/2009 | 08-13183 | 1467 | $200.00 | Appears to be amended by surviving claim. |
| 60 | NATIONAL REDEMPTION PO BOX 910 EASTVILLE, VA 23347-0910 | 6/12/2009 | No Debtor Asserted | 5290 | $10,749.07 | INVESTMENT LAND ACQUISITIONS INC DBA NATIONAL REDEMPTION EILEEN KIRKWOOD, PRESIDENT P.O. BOX 910 EASTVILLE, VA 23347-0910 | 6/12/2009 | No Debtor Asserted (a) | 5429 | $10,749.07 | Invoices in surviving claim are contained in claim to be disallowed. |
| 61 | NEATLY CHISELED FEATURES N1870 LORAMOOR DR LAKE GENEVA, WI 53147 | 4/23/2009 | 08-13152 | 1560 | $3,732.85 | NEATLY CHISELED FEATURES N1870 LORAMOOR DR. LAKE GENEVA, WI 53147 | 1/9/2009 | No Debtor Asserted (a) | 204 | $3,732.85 | Invoices in surviving claim are contained in claim to be disallowed. |
| 62 | NEW DIRECTION SERVICES 8300 FAIR OAKS BLVD., #100 CARMICHAEL, CA 95608 | 1/29/2009 | No Debtor Asserted | 335 | $170.81 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Invoices in surviving claim are contained in claim to be disallowed. |
| 63 | NORMAN HECHT RESEARCH INC 33 QUEENS STREET SYOSSET, NY 11791 | 3/25/2009 | No Debtor Asserted | 826 | $5,252.36 | NORMAN HECHT RESEARCH INC 33 QUEENS STREET SYOSSET, NY 11791 | 4/27/2009 | 08-13182 | 1701 | $2,626.18 | Invoices in surviving claims are contained in claim to be disallowed |
| | | | | | | NORMAN HECHT RESEARCH INC 33 QUEENS STREET SYOSSET, NY 11791 | 4/27/2009 | 08-13241 | 1702 | $2,626.18 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 64 | ORLANDO SENTINEL MKTG DIVISION, THE<br>PO BOX 2833 MP 312<br>ORLANDO, FL 32802 | 7/20/2009 | No Debtor Asserted | 6106 | $240.21 | CROSS SELL INC<br>PO BOX 24948<br>LEXINGTON, KY 40524-4948 | 5/18/2009 | 08-13198 | 2953 | $240.21 | Invoices in surviving claims are contained in claim to be disallowed |
| 65 | P2I NEWSPAPER LLC<br>1236 MAIN ST<br>UNIT C<br>HELLERTOWN, PA 18055 | 6/12/2009 | 08-13208 | 5434 | $1,084.00 | P2I NEWSPAPER LLC<br>1236 MAIN ST<br>HELLERTOWN, PA 18055 | 1/7/2009 | No Debtor Asserted (a) | 93 | $5,750.00 | Invoices in surviving claims are contained in claim to be disallowed |
| 66 | P2I NEWSPAPER LLC<br>1236 MAIN ST, UNIT C<br>HELLERTOWN, PA 18055 | 6/12/2009 | 08-13198 | 5433 | $22.00 | P2I NEWSPAPER LLC<br>1236 MAIN ST<br>HELLERTOWN, PA 18055 | 1/7/2009 | No Debtor Asserted (a) | 93 | $5,750.00 | Invoices in surviving claims are contained in claim to be disallowed |
| 67 | PRIME VISIBILITY LLC<br>1660 WALT WHITMAN RD, STE 100<br>MELVILLE, NY 11747 | 2/13/2009 | No Debtor Asserted | 468 | $10,000.00 | PRIME VISIBILITY LLC<br>1660 WALT WHITMAN RD, SRE 100<br>MELVILLE, NY 11747 | 4/27/2009 | 08-13141 | 1907 | $10,000.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 68 | PRINCETON ECOM CORPORATION<br>PO BOX 48128<br>NEWARK, NJ 07101-4828 | 6/2/2009 | 08-13187 | 3404 | $25,322.65 | ASM CAPITAL, L.P.<br>TRANSFEROR: ONLINE RESOURCES (FKA PRINCE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 6/4/2009 | 08-13187 | 3504 | $25,322.65 | Invoices in surviving claims are contained in claim to be disallowed |
| 69 | PROBUILD<br>PO BOX 83399<br>SAN DIEGO, CA 92138-3399 | 4/20/2009 | 08-13182 | 1017 | $394.62 | DIXIELINE PROBUILD<br>PO BOX 83399<br>SAN DIEGO, CA 92138 | 1/26/2009 | 08-13182 | 320 | $394.62 | Invoices in surviving claims are contained in claim to be disallowed |
| 70 | PUTNEY, MATTHEW<br>1125 FLAMMANG DR NO.4<br>WATERLOO, IA 50702 | 5/19/2009 | No Debtor Asserted | 2977 | $343.40 | PUTNEY, MATTHEW<br>1125 FLAMMANG DR NO.4<br>WATERLOO, IA 50702 | 5/19/2009 | No Debtor Asserted (a) | 2978 | $343.40 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 71 | QCERA, INC.<br>1525 S SEPULVEDA BLVD, SUITE A<br>LOS ANGELES, CA 90025 | 3/9/2009 | 08-13187 | 705 | $1,608.32 | QCERA INC<br>1525 S SEPULVEDA BLVD STE E<br>LOS ANGELES, CA 90025 | 4/20/2009 | 08-13185 | 1028 | $1,608.32 | Invoices in surviving claims are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

**TRIBUNE COMPANY, ET AL.**
**OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 72 | RADCLIFFE JEWELERS 1848 REISTERSTOWN RD BALTIMORE, MD 21208 | 6/4/2009 | 08-13141 | 3480 | $5,459.00 | RADCLIFFE JEWELERS 1848 REISTERSTOWN ROAD BALTIMORE, MD 21208 | 4/20/2009 | 08-13209 | 1159 | $5,459.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 73 | REM CONSULTING, INC. 8301 BROADWAY ST STE 219 SAN ANTONIO, TX 78209 | 3/2/2009 | No Debtor Asserted | 607 | $227.00 | REM CONSULTING INC 8301 BROADWAY ST STE 219 SAN ANTONIO, TX 78209 | 4/27/2009 | 08-13208 | 2000 | $2,221.20 | Invoices in surviving claim are contained in claim to be disallowed. |
| 74 | REMOTE FACILITIES INC 9 FOSTER STREET NORTH BAY PLACE WAKEFIELD, MA 01880 | 4/23/2009 | 08-13254 | 1542 | $1,350.00 | REMOTE FACILITIES, INC. ATTN: ANN MARIE STEPHENS 9 FOSTER ST. WAKEFIELD, MA 01880 | 6/5/2009 | 08-13254 ** | 3615 | $1,350.00 | Appears to be amended by surviving claim. |
| 75 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR WORLDNET INTERNATIONAL COURIERS, INC. P.O. BOX 626 PLANETARIUM STATION NEW YORK, NY 10023 | 6/1/2009 | 08-13141 | 3315 | $10,196.01 | RIVERSIDE CLAIMS LLC AS ASSIGNEE OF WORLDNET INTERNATIONAL COURIERS, INC. P.O. BOX 626 PLANETARIUM STATION NEW YORK, NY 10023 | 5/27/2009 | 08-13141 | 3623 | $10,196.01 | Invoices in surviving claim are contained in claim to be disallowed. |
| 76 | SPENCER, GILMAN 11 W 30TH ST APT 12F NEW YORK, NY 10001-4419 | 6/3/2009 | No Debtor Asserted | 3450 | $111,262.00 | SPENCER, GILMAN 11 W 30TH ST APT 12F NEW YORK, NY 10001-4419 | 6/3/2009 | 08-13141 | 3451 | $111,262.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 77 | TIME WARNERCABLE/COLLECTIONS 10450 PACIFIC CENTER CT SAN DIEGO, CA 92121 | 1/20/2009 | No Debtor Asserted | 284 | $1,315.98 | TIME WARNER CABLE/COLLECTIONS 10450 PACIFIC CENTER CT SAN DIEGO, CA 92121 | 4/24/2009 | 08-13182 | 1437 | $1,315.98 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 78 | TRAX 342 BARONNE STREET NEW ORLEANS, LA 70112-1627 | 4/27/2009 | 08-13244 | 1871 | $300.00 | TRAX EXPRESS DELIVERIES 342 BARONNE STREET NEW ORLEANS, LA 70112-1627 | 4/27/2009 | 08-13244 | 1872 | $989.19 | Invoices in surviving claim are contained in claim to be disallowed. |
| 79 | TRAX EXPRESS DELIVERIES 342 BARONNE ST NEW ORLEANS, LA 70112 | 4/27/2009 | 08-13244 | 1870 | $689.19 | TRAX EXPRESS DELIVERIES 342 BARONNE STREET NEW ORLEANS, LA 70112-1627 | 4/27/2009 | 08-13244 | 1872 | $989.19 | Invoices in surviving claim are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | REASON FOR |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | DISALLOWANCE |
| 80 | TRIANGLE FIRE INC 7720 NW 53 STREET MIAMI, FL 33166 | 4/16/2009 | No Debtor Asserted | 962 | $65.77 | TRIANGLE FIRE INC 7720 NW 53RD STREET MIAMI, FL 33166 | 4/20/2009 | 08-13208 | 1175 | $65.77 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 81 | TUKAIZ COMMUNICATIONS LLC 2917 NORTH LATORIA LANE FRANKLIN PARK, IL 60131 | 6/11/2009 | No Debtor Asserted | 4627 | Undetermined | TUKAIZ LLC 2917 N. LATORIA LANE FRANKLIN PARK, IL 60131 | 6/11/2009 | 08-13252 | 4628 | $83,745.44 | Invoices in surviving claim are contained in claim to be disallowed. |
| 82 | TUKAIZ, L.L.C. 2917 NORTH LATORIA LANE FRANK DEFINO, VP/PARTNER FRANKLIN PARK, IL 60131 | 6/11/2009 | No Debtor Asserted | 4629 | Undetermined | TUKAIZ LLC 2917 N. LATORIA LANE FRANKLIN PARK, IL 60131 | 6/11/2009 | 08-13252 | 4628 | $83,745.44 | Invoices in surviving claim are contained in claim to be disallowed. |
| 83 | TW TELECOM INC 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 3/16/2009 | 08-13141 | 745 | $25,127.41 | TW TELECOM INC 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 10/19/2009 | 08-13141 | 6306 | $29,585.92 | Appears to be amended by surviving claim. |
| 84 | WESTERN HORTICULTURAL SERVICES | 2/24/2009 | No Debtor Asserted | 545 | $5,246.88 | WESTERN HORTICULTURAL SERVICES PO BOX 841905 HOUSTON, TX 77284-1905 | 4/29/2009 | 08-13180 | 2063 | $7,231.92 | Appears to be amended by surviving claim. |
| | PO BOX 841905 HOUSTON, TX 77284 | | | | | | | | | | |
| 85 | WHITMIRE, ALISON EMERGENCE SERVICES 13913 SE 92ND ST NEWCASTLE, WA 98059 | 6/11/2009 | No Debtor Asserted | 4599 | $500.00 | WHITMIRE, ALISON EMERGENCE SERVICES 13913 SE 92ND ST NEWCASTLE, WA 98059 | 6/11/2009 | 08-13245 | 4598 | $750.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 86 | WILSON, PHILIP TRIENDA LLC N7660 INDUSTRIAL DRIVE PORTAGE, WI 53901 | 4/6/2009 | 08-13211 | 909 | $28,273.50 | ASM CAPITAL AS PURCHASER OF: TRIENDA LLC 7600 JERICHO TPKE. SUITE 302 WOODBURY, NY 11797 | 5/19/2009 | 08-13211 | 3104 | $28,273.50 | Appears to be amended by surviving claim. |
| | | | | Total | $1,076,133.90 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.

(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.