**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. ____ |

## ORDER SUSTAINING DEBTORS' FOURTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("SUBSTANTIVE DUPLICATE CLAIMS")

Upon consideration of the Objection[2] of the Debtors, by which the Debtors respectfully request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

Duplicate Claims set forth on Exhibit A attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Duplicate Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the Debtors reserve the right to amend, modify, or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       February _____, 2010

                                      The Honorable Kevin J. Carey
                                      Chief United States Bankruptcy Judge

# **EXHIBIT A**

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | |
| 1 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | No Debtor Asserted | 1038 | $1,784.07 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | No Debtor Asserted | 1037 | $1,784.07 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 3 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 3/16/2009 | No Debtor Asserted | 755 | $1,784.07 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 4 | ATLANTIS BUILDING SERVICES INC PO BOX 2281 STUART, FL 34995 | 2/2/2009 | 08-13168 | 405 | $3,800.10 | ATLANTIS BUILDING SERVICES INC PO BOX 2281 STUART, FL 34995 | 5/7/2009 | 08-13168 | 2565 | $2,819.43 | Appears to be amended by surviving claim. |
| 5 | AUTRY, JACQUELINE E. 328 W. MOUNTAIN VIEW PLACE PALM SPRINGS, CA 92262 | 4/17/2009 | 08-13183 | 970 | $3,883.49 | AUTRY, JACQUELINE 328 W. MOUNTAIN VIEW PLACE PALM SPRINGS, CA 92262 | 5/7/2009 | 08-13183 | 2546 | $4,182.16 * | Appears to be amended by surviving claim. |
| 6 | AXIZ GROUP, LLC 7101 N. RIDGEWAY AVE LINCOLNWOOD, IL 60712 | 4/2/2009 | No Debtor Asserted | 866 | $1,255.14 | AXIZ GROUP LLC 7101 N RIDGEWAY LINCOLNWOOD, IL 60712 | 4/24/2009 | 08-13162 | 1497 | $1,255.14 | Appears to be amended by surviving claim. |
| 7 | BAY CITY EQUIPMENT INDUSTRIES, INC. 12208 INDUSTRY ROAD LAKESIDE, CA 92040 | 4/22/2009 | No Debtor Asserted | 1369 | $975.88 | BAY CITY ELECTRIC WORKS INC 12208 INDUSTRY RD LAKESIDE, CA 92040 | 4/22/2009 | 08-13182 | 1371 | $975.88 | Appears to be amended by surviving claim. |
| 8 | BAY CITY EQUIPMENT INDUSTRIES, INC. 12208 INDUSTRY ROAD LAKESIDE, CA 92040 | 4/22/2009 | No Debtor Asserted | 1370 | $1,990.93 | BAY CITY ELECTRIC WORKS INC 12208 INDUSTRY RD LAKESIDE, CA 92040 | 4/22/2009 | 08-13182 | 1371 | $975.88 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.

(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

Page 1 of 11

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | SURVIVING CLAIMS NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | BAY CITY EQUIPMENT INDUSTRIES, INC. 12208 INDUSTRY ROAD LAKESIDE, CA 92040 | 3/20/2009 | No Debtor Asserted | 779 | $1,990.93 | BAY CITY ELECTRIC WORKS INC 12208 INDUSTRY RD LAKESIDE, CA 92040 | 4/22/2009 | 08-13182 | 1371 | $975.88 | Appears to be amended by surviving claim. |
| 10 | BELLEVUE RADIO INC 3650 131ST AVE SE STE 550 BELLEVUE, WA 98006 | 4/20/2009 | No Debtor Asserted | 1132 | $13,451.25 | INITIATIVE MEDIA 1 DAG HAMMARSKJOLD PLAZA NEW YORK, NY 10017 | 3/11/2009 | 08-13182, 08-13183, 08-13245 ** | 716 | $83,317.73 | Invoices in surviving claim are contained in claim to be disallowed. |
| 11 | BILL'S WELDING & CRANE SERVICE 16166 SIERRA HWY CANYON COUNTRY, CA 91390 | 4/13/2009 | 08-13183 | 949 | $582.40 | BILL'S WELDING & CRANE SERVICES 16166 SIERRA HWY CANYON COUNTRY, CA 91390 | 5/4/2009 | 08-13183 | 2363 | $540.00 | Appears to be amended by surviving claim. |
| 12 | BJORKMAN, ERNIE P.O. BOX 227 SOUTH FORK, CO 81154 | 2/23/2009 | 08-13184 | 593 | $148,000.00 | BJORKMAN, ERNEST PO BOX 227 SOUTH FORK, CO 81154 | 5/1/2009 | 08-13184 | 2250 | $146,678.20 | Appears to be amended by surviving claim. |
| 13 | BROADCAST SUPPLY WORLDWIDE 2237 SOUTH 19TH STREET TACOMA, WA 98405 | 4/20/2009 | 08-13223 | 1179 | $8,207.22 | BROADCAST SUPPLY WORLDWIDE PO BOX 3836 SEATTLE, WA 98124-3836 | 4/27/2009 | 08-13148 | 1816 | $4,103.61 | Appears to be amended by surviving claim. |
| 14 | C & C MARKETING INC. DBA IMPACT MARKETING PO BOX 8684 CHICO, CA 95927 | 2/19/2009 | 08-13248 | 499 | $4,270.00 | C & C MARKETING INC. DBA IMPACT MARKETING PO BOX 8684 CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Appears to be amended by surviving claim. |
| 15 | CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/20/2009 | 08-13141 | 1212 | $24,000.00 | CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/30/2009 | 08-13152 | 2156 | $7,187.70 | Appears to be amended by surviving claim. |
| 16 | CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/20/2009 | 08-13141 | 1213 | $24,000.00 | CAMACHO, JOSE A 5942 S SAWYER CHICAGO, IL 60629 | 4/30/2009 | 08-13152 | 2156 | $7,187.70 | Appears to be amended by surviving claim. |
| 17 | CAPITAL CITY PROMOTIONS 2311 TYROLEAN WAY SACRAMENTO, CA 95821 | 4/27/2009 | 08-13149 | 2004 | Undetermined | CAPITAL CITY PROMOTIONS 2311 TYROLEAN WAY SACRAMENTO, CA 95821 | 3/9/2009 | 08-13149 ** | 706 | $1,018.46 | Invoices in surviving claim are contained in claim to be disallowed. |
| 18 | CHECK CASHING STORE, THE 6340 N.W. 5TH WAY FORT LAUDERDALE, FL 33309 | 4/2/2009 | 08-13141 | 869 | $1,590.86 | CCS FINANCIAL SERVICES 6340 NW 5TH WAY FT LAUDERDALE, FL 33309 6110 | 5/4/2009 | No Debtor Asserted (a) | 2362 | $1,492.36 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | SURVIVING CLAIMS NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | CHICAGO SPENCE TOOL & RUBBER CO. 1125 N. 27TH AVE. MELROSE PARK, IL 60160-2937 | 3/23/2009 | No Debtor Asserted | 804 | $149.48 | CHICAGO SPENCE TOOL & RUBBER PO BOX 1528 MELROSE PARK, IL 60161-1528 | 4/23/2009 | 08-13152 | 1644 | Undetermined | Invoices in surviving claim are contained in claim to be disallowed. |
| 20 | CLENDENIN, MICHAEL 328 CAROLINA MEADOWS VILLA CHAPEL HILL, NC 27517 | 4/20/2009 | 08-13141 | 1013 | Undetermined | CLENDENIN, MICHAEL 328 CAROLINA MEADOWS VILLA CHAPEL HILL, NC 27517 | 5/4/2009 | 08-13141 | 2353 | $6,235.00 | Appears to be amended by surviving claim. |
| 21 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. BANKRUPTCY GROUP 4 IRVING PLACE, ROOM 1875-S NEW YORK, NY 10003 | 12/30/2008 | 08-13141 | 187 | $15,419.92 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. - BANKRUPTCY GROUP 4 IRVING PLACE, ROOM 1875-S NEW YORK, NY 10003 | 2/2/2009 | 08-13141 | 344 | $10,918.13 | Appears to be amended by surviving claim. |
| 22 | CONSTITUTION CONSULTING CORP 3 BURGUNDY DRIVE HOLMDEL, NJ 07733 | 6/10/2009 | 08-13240 | 4418 | $0.00 | CONSTITUTION CONSULTING CORPOORATION 3 BURGUNDY DRIVE HOLMDEL, NJ 07733 | 6/10/2009 | 08-13240 | 4419 | $33,488.00 | Creditor indicated this is a duplicate claim on proof of claim. |
| 23 | CONTECH-MSI CO. ATTN: BOB FORSS 5200 NEWPORT DRIVE ROLLING MEADOWS, IL 60008 | 5/18/2009 | No Debtor Asserted | 2958 | $299.20 | CONTECH MSI COMPANY ROBERT FORSS 5200 NEWPORT DRIVE ROLLING MEADOWS, IL 60008 | 4/27/2009 | 08-13252 | 1940 | $299.20 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 24 | EHRIG, DAVE P.O. BOX 66 MERTZTOWN, PA 19539 | 4/27/2009 | 08-13141 | 1867 | Undetermined | EHRIG, DAVID A PO BOX 66 MERTZTOWN, PA 19539-0066 | 4/27/2009 | 08-13212 | 1866 | $200.00 | Appears to be amended by surviving claim. |
| 25 | ELECTRORACK PRODUCTS COMPANY 1443 S. SUNKIST ST ANAHEIM, CA 92806 | 4/20/2009 | 08-13141 | 1079 | $12,047.28 | ELECTRORACK PRODUCTS COMPANY 1443 S. SUNKIST ST ANAHEIM, CA 92806 | 2/27/2009 | No Debtor Asserted (a) | 575 | $12,047.28 | Invoices in surviving claim are contained in claim to be disallowed. |
| 26 | EMBARKMEDIA 333 E ONTARIO ST NO.1904B CHICAGO, IL 60611 | 5/18/2009 | 08-13152 | 2961 | $925.00 | EMBARKMEDIA DANNY JOHNSON 333 E. ONTARIO ST. #1904B CHICAGO, IL 60611 | 3/23/2009 | 08-13152 ** | 806 | $925.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 27 | ENTERCOM COMMUNICATION - SAN FRANCISCO 201 THIRD STREET, 12TH FLOOR SAN FRANCISCO, CA 94103 | 4/22/2009 | No Debtor Asserted | 1319 | $15,317.00 | ENTERCOM COMMUNICATION - SAN FRANCISCO 201 THIRD STREET, 12TH FLOOR SAN FRANCISCO, CA 94103 | 3/16/2009 | No Debtor Asserted (a) | 748 | $15,317.00 | Creditor indicated only one claim was filed and 748 is the surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

\** - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.

(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |

| # | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | ENTERCOM PORTLAND LLC<br>0700 SW BANCROFT ST<br>PORTLAND, OR 97239 | 4/21/2009 | 08-13222 | 1223 | Undetermined | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH<br>0700 S.W. BANCROFT ST<br>PORTLAND, OR 97239 | 3/13/2009 | No Debtor Asserted (a) | 731 | $55,309.50 | Invoices in surviving claim are contained in claim to be disallowed. |
| 29 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OSA INTERNATIONAL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 3/6/2009 | No Debtor Asserted | 646 | $7,110.00 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OSA INTERNATIONAL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 6/9/2009 | 08-13252 | 4193 | $7,110.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 30 | FINEST CITY BROADCASTING, LLC<br>9660 GRANITE RIDGE DR, SUITE 200<br>SAN DIEGO, CA 92123 | 3/26/2009 | No Debtor Asserted | 814 | $47,005.00 | INITIATIVE MEDIA<br>1 DAG HAMMARSKJOLD PLAZA<br>NEW YORK, NY 10017 | 3/11/2009 | 08-13182, 08-13183, 08-13245 ** | 716 | $883,317.73 | Invoices in surviving claim are contained in claim to be disallowed. |
| 31 | FREMANTLEMEDIA NORTH AMERICA, INC.<br>4000 WEST ALAMEDA AVENUE, THIRD FLOOR<br>ATTN: DAVID C. SHALL<br>BURBANK, CA 91505 | 2/9/2009 | No Debtor Asserted | 423 | $394,549.00 | DEBMAR-MERCURY LLC<br>C/O ICB ENTERTAINMENT FINANCE<br>500 N BRAND BLVD SUITE 1650<br>GLENDALE, CA 91203 | 6/10/2009 | 08-13241 | 4405 | $160,752.68 | Invoices in surviving claims are contained in claim to be disallowed. Liability exists with Debmar-Mercury LLC. |
| | | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90074-1079 | 6/10/2009 | 08-13241 | 4404 | $41,935.49 | |
| | | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90051-5657 | 6/10/2009 | 08-13180 | 4402 | $33,758.07 | |
| | | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90074-1079 | 6/10/2009 | 08-13252 | 4398 | $29,677.41 | |
| | | | | | | DEBMAR-MERCURY LLC<br>PO BOX 51357<br>LOS ANGELES, CA 90051-5657 | 6/10/2009 | 08-13149 | 4401 | $7,716.01 | |
| | | | | | | DEBMAR-MERCURY LLC<br>FREMANTLE DEBMAR MERCURY<br>FILE 51079<br>LOS ANGELES, CA 90074-1079 | 6/10/2009 | 08-13244 | 4400 | $4,822.58 | |
| | | | | | | DEBMAR-MERCURY LLC<br>PO BOX 51357<br>LOS ANGELES, CA 90051-5657 | 6/10/2009 | 08-13241 | 4403 | $3,494.61 | |
| | | | | | | DEBMAR-MERCURY LLC<br>PO BOX 51357<br>LOS ANGELES, CA 90051-5657 | 6/10/2009 | 08-13244 | 4399 | $964.53 | |

* - Indicates claim contains unliquidated and/or undetermined amounts
** - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A -- SUBSTANTIVE DUPLICATE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | SURVIVING CLAIMS NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | GENERAL PERSONNEL OF ORLANDO<br>PO BOX 863454<br>ORLANDO, FL 32886-3454 | 4/27/2009 | 08-13198 | 1723 | $157.20 | GENERAL PERSONNEL OF ORLANDO<br>PO BOX 863454<br>ORLANDO, FL 32886-3454 | 4/27/2009 | 08-13198 | 1722 | $78.60 | Creditor indicated claims are duplicative and surviving claim is 1722. |
| 33 | GERALD & CULLEN RAPP, INC<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | 4/21/2009 | 08-13185 | 1271 | $3,100.00 | GERALD & CULLEN RAPP<br>420 LEXINGTON AVENUE<br>PENTHOUSE<br>NEW YORK, NY 10170 | 5/6/2009 | 08-13185 | 2500 | $600.00 | Appears to be amended by surviving claim. |
| 34 | GILLESKI, JOSEPH<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | 5/6/2009 | 08-13205 | 2490 | Undetermined | GILLESKI, JOSEPH J<br>110 ELMBROOK DRIVE<br>STANFORD, CT 06906 | 9/24/2009 | 08-13205 | 6253 | $9,827.84 | Appears to be amended by surviving claim. |
| 35 | GLEN HERMANN DBA NEWSREEL<br>11271 VENTURA BLVD # 601<br>STUDIO CITY, CA 91604 | 1/13/2009 | 08-13183 | 229 | $4,200.00 | NEWSREEL<br>11271 VENTURA BLVD NO.601<br>STUDIO CITY, CA 91604 | 4/30/2009 | 08-13183 | 2170 | $2,100.00 | Appears to be amended by surviving claim. |
| 36 | GRAPHICS 2000 INC<br>825 N. CASS AVE.<br>SUTIE 115<br>WESTMONT, IL 60559 | 2/2/2009 | No Debtor Asserted | 352 | $667.84 | GRAPHICS 2000 INC<br>825 N CASS AVE   STE 115<br>WESTMONT, IL 60559-6401 | 4/27/2009 | 08-13235 | 1849 | $667.84 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 37 | HAMMETT & EDISON<br>470 THIRD ST. WEST<br>SONOMA, CA 95476 | 5/18/2009 | 08-13141 | 2965 | $4,756.30 | RIVERSIDE CLAIMS LLC<br>TRANSFEROR: HAMMETT & EDISON INC<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024-0540 | 4/24/2009 | 08-13183 | 1382 | $4,424.45 | Claimant stated claim is duplicative of claim sold to Riverside Claims LLC. |
| 38 | IMPACT GROUP, INC<br>CYNTHIA BUSWELL<br>501 VIRGINIA AVE.<br>INDIANAPOLIS, IN 46203 | 2/9/2009 | No Debtor Asserted | 427 | $2,683.41 | IMPACT GROUP, INC.<br>501 VIRGINIA AVENUE<br>INDIANAPOLIS, IN 46203 | 4/24/2009 | 08-13241 | 1494 | $2,604.69 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 39 | IMPACT MARKETING PO BOX 8684 CHICO, CA 95928 | 4/21/2009 | 08-13152 | 1218 | $5,470.00 | C & C MARKETING INC. DBA IMPACT MARKETING PO BOX 8684 CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 40 | IMPACT MARKETING PO BOX 8684 CHICO, CA 95928 | 4/21/2009 | 08-13248 | 1217 | $5,470.00 | C & C MARKETING INC. DBA IMPACT MARKETING PO BOX 8684 CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 41 | IMPACT MARKETING 808 CHERRY ST CHICO, CA 95928 | 4/21/2009 | No Debtor Asserted | 1216 | $5,470.00 | C & C MARKETING INC. DBA IMPACT MARKETING PO BOX 8684 CHICO, CA 95927 | 4/21/2009 | No Debtor Asserted (a) | 1219 | $5,470.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 42 | JOHNSON REALTY, INC 12329 BALLAS LANE SAINT LOUIS, MO 63131 | 3/5/2009 | No Debtor Asserted | 623 | $800.00 | JOHNSON REALTY INC 12329 BALLAS LANE SAINT LOUIS, MO 63131 | 4/23/2009 | 08-13165 | 1554 | $800.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 43 | KALLINICH, DONALD 14 MADSEN ROAD WEST HARTFORD, CT 06110 | 4/24/2009 | No Debtor Asserted | 1449 | Undetermined | KALLINICH, DONALD A 14 MADSEN ROAD WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1447 | $180.36 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 44 | KALLINICH, DONALD 14 MADSEN ROAD WEST HARTFORD, CT 06110 | 4/24/2009 | No Debtor Asserted | 1450 | Undetermined | KALLINICH, DONALD A 14 MADSEN ROAD WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1447 | $180.36 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 45 | KALLINICH, DONALD 14 MADSEN ROAD WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1448 | Undetermined | KALLINICH, DONALD A 14 MADSEN ROAD WEST HARTFORD, CT 06110 | 4/24/2009 | 08-13211 | 1447 | $180.36 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 46 | KCBS-AM ATTN: NIKKI PARIS 865 BATTERY 3RD FLOOR SAN FRANCISCO, CA 94111 | 4/13/2009 | No Debtor Asserted | 1002 | $11,237.00 | CBS RADIO INC. C/O CBS LAW DEPT. ATTN: HELEN D'ANTONA 51 WEST 52ND STREET NEW YORK, NY 10019 | 6/11/2009 | 08-13185 | 4875 | $50,303.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 47 | KCBS-AM ATTN: NIKKI PARIS 865 BATTERY 3RD FLOOR SAN FRANCISCO, CA 94111 | 4/10/2009 | No Debtor Asserted | 932 | $11,237.00 | CBS RADIO INC. C/O CBS LAW DEPT. ATTN: HELEN D'ANTONA 51 WEST 52ND STREET NEW YORK, NY 10019 | 6/11/2009 | 08-13185 | 4875 | $50,303.00 | Invoices in surviving claim are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 48 | KEN HOUTZ CHEVROLET-BUICK, INC.<br>PO BOX 99<br>GLOUCESTER, VA 23061 | 3/30/2009 | No Debtor Asserted | 857 | $465.83 | KEN HOUTZ CHEVROLET-BUICK, INC.<br>PO BOX 99<br>GLOUCESTER, VA 23061 | 4/22/2009 | 08-13210 | 1322 | $465.83 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 49 | KLUG, DAVID<br>1063 SUMMER PLACE<br>PITTSBURGH, PA 15243 | 12/22/2008 | No Debtor Asserted | 25 | $500.00 | KLUG, DAVID<br>1063 SUMMER PL<br>PITTSBURGH, PA 15243 | 4/23/2009 | 08-13211 | 1540 | $1,000.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 50 | LOBACH, CATHERINE<br>9128 N PRIMROSE CIR<br>BREINIGSVILLE, PA 18031 | 5/8/2009 | No Debtor Asserted | 2576 | $586.58 | LOBACH, CATHERINE<br>9128 PRIMROSE CIR N<br>BREINIGSVILLE, PA 18031 | 5/8/2009 | 08-13212 | 2577 | $586.58 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 51 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MISI COMPANY LTD<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | 4/24/2009 | 08-13185 | 1419 | $15,980.00 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MISI COMPANY LTD<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | 5/6/2009 | No Debtor Asserted (a) | 2504 | $15,980.00 | Appears to be amended by surviving claim. |
| 52 | MACMUNNIS, INC.<br>1840 OAK AVENUE<br>SUITE 300<br>EVANSTON, IL 60201 | 2/6/2009 | No Debtor Asserted | 418 | $4,590.00 | MACMUNNIS INC.<br>1840 OAK AVENUE<br>SUITE 300<br>EVANSTON, IL 60201 | 4/23/2009 | 08-13141 | 1616 | $4,590.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 53 | MARDAR ENTERPRISES<br>6910 33RD ST.<br>VERO BEACH, FL 32966 | 1/5/2009 | No Debtor Asserted | 85 | $3,200.00 | MARDAR ENTERPRISES<br>6910 33RD ST.<br>VERO BEACH, FL 32966 | 5/4/2009 | 08-13141 | 2428 | $3,200.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 54 | MCGIVERN BINDERY<br>ATTN: ANITA ZELECHIWSKY<br>361 W. GORDON STREET<br>ALLENTOWN, PA 18102 | 4/6/2009 | 08-13212 | 899 | $1,091.40 | MCGIVERN BINDERY LLC<br>361 W GORDON ST<br>ALLENTOWN, PA 18102 | 4/20/2009 | 08-13212 | 1052 | $675.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| | | | | | | MCGIVERN BINDERY LLC<br>361 W GORDON ST<br>ALLENTOWN, PA 18102 | 4/20/2009 | 08-13160 | 1051 | $416.40 | |
| 55 | MEADWESTVACO CONSUMER AND OFFICE PRODUCTS<br>4751 HEMPSTEAD STATION DRIVE<br>KETTERING, OH 45429 | 4/30/2009 | 08-13209 | 2152 | $306.72 | MEAD WESTAVCO CORP<br>12449 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 5/26/2009 | 08-13209 | 3189 | $306.72 | Appears to be amended by surviving claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | |
| 56 | MET TESTING (CALVERT ST.) 3700 COMMERCE DRIVE SUITE 901 ATTN: RON COOPER BALTIMORE, MD 21227 | 4/30/2009 | 08-13141 | 2114 | $2,445.00 | MET ELECTRICAL TESTING P O BOX 75401 BALTIMORE, MD 21275 | 5/15/2009 | 08-13209 | 2846 | $4,722.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 57 | MET TESTING (SUN PARK) 3700 COMMERCE DRIVE SUITE 901 ATTN: RON COOPER BALTIMORE, MD 21227 | 4/30/2009 | 08-13141 | 2115 | $2,277.00 | MET ELECTRICAL TESTING P O BOX 75401 BALTIMORE, MD 21275 | 5/15/2009 | 08-13209 | 2846 | $4,722.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 58 | MIURA BOILER INC 1945 SOUTH MYRTLE AVENUE MONROVIA, CA 91016 | 4/20/2009 | 08-13185 | 1188 | $3,937.30 | MIURA BOILER 1945 S. MYRTLE AVE ATTN: HECTOR LECEA MONROVIA, CA 91016-4854 | 4/27/2009 | No Debtor Asserted (a) | 1766 | $3,937.30 | Appears to be amended by surviving claim. |
| 59 | MOUNT, ANTHONY 422 W JUNIPER DRIVE MUSTANG, OK 73064 | 4/6/2009 | No Debtor Asserted | 896 | $400.00 * | MOUNT, ANTHONY G, JR. 422 W JUNIPER DRIVE MUSTANG, OK 73064 | 4/24/2009 | 08-13183 | 1467 | $200.00 | Appears to be amended by surviving claim. |
| 60 | NATIONAL REDEMPTION PO BOX 910 EASTVILLE, VA 23347-0910 | 6/12/2009 | No Debtor Asserted | 5290 | $10,749.07 | INVESTMENT LAND ACQUISITIONS INC DBA NATIONAL REDEMPTION EILEEN KIRKWOOD, PRESIDENT P.O. BOX 910 EASTVILLE, VA 23347-0910 | 6/12/2009 | No Debtor Asserted (a) | 5429 | $10,749.07 | Invoices in surviving claim are contained in claim to be disallowed. |
| 61 | NEATLY CHISELED FEATURES N1870 LORAMOOR DR LAKE GENEVA, WI 53147 | 4/23/2009 | 08-13152 | 1560 | $3,732.85 | NEATLY CHISELED FEATURES N1870 LORAMOOR DR. LAKE GENEVA, WI 53147 | 1/9/2009 | No Debtor Asserted (a) | 204 | $3,732.85 | Invoices in surviving claim are contained in claim to be disallowed. |
| 62 | NEW DIRECTION SERVICES 8300 FAIR OAKS BLVD., # 100 CARMICHAEL, CA 95608 | 1/29/2009 | No Debtor Asserted | 335 | $170.81 | ASM CAPITAL, L.P. TRANSFEROR: NEW DIRECTION SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4/20/2009 | 08-13149 | 1039 | $1,784.07 | Invoices in surviving claim are contained in claim to be disallowed. |
| 63 | NORMAN HECHT RESEARCH INC 33 QUEENS STREET SYOSSET, NY 11791 | 3/25/2009 | No Debtor Asserted | 826 | $5,252.36 | NORMAN HECHT RESEARCH INC 33 QUEENS STREET SYOSSET, NY 11791 NORMAN HECHT RESEARCH INC 33 QUEENS STREET SYOSSET, NY 11791 | 4/27/2009 4/27/2009 | 08-13182 08-13241 | 1701 1702 | $2,626.18 $2,626.18 | Invoices in surviving claims are contained in claim to be disallowed |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 64 ORLANDO SENTINEL MKTG DIVISION, THE<br>PO BOX 2833 MP 312<br>ORLANDO, FL 32802 | 7/20/2009 | No Debtor Asserted | 6106 | $240.21 | CROSS SELL INC<br>PO BOX 24948<br>LEXINGTON, KY 40524-4948 | 5/18/2009 | 08-13198 | 2953 | $240.21 | Invoices in surviving claims are contained in claim to be disallowed |
| 65 P2I NEWSPAPER LLC<br>1236 MAIN ST<br>UNIT C<br>HELLERTOWN, PA 18055 | 6/12/2009 | 08-13208 | 5434 | $1,084.00 | P2I NEWSPAPER LLC<br>1236 MAIN ST<br>HELLERTOWN, PA 18055 | 1/7/2009 | No Debtor Asserted (a) | 93 | $5,750.00 | Invoices in surviving claims are contained in claim to be disallowed |
| 66 P2I NEWSPAPER LLC<br>1236 MAIN ST, UNIT C<br>HELLERTOWN, PA 18055 | 6/12/2009 | 08-13198 | 5433 | $22.00 | P2I NEWSPAPER LLC<br>1236 MAIN ST<br>HELLERTOWN, PA 18055 | 1/7/2009 | No Debtor Asserted (a) | 93 | $5,750.00 | Invoices in surviving claims are contained in claim to be disallowed |
| 67 PRIME VISIBILITY LLC<br>1660 WALT WHITMAN RD, STE 100<br>MELVILLE, NY 11747 | 2/13/2009 | No Debtor Asserted | 468 | $10,000.00 | PRIME VISIBILITY LLC<br>1660 WALT WHITMAN RD, SRE 100<br>MELVILLE, NY 11747 | 4/27/2009 | 08-13141 | 1907 | $10,000.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 68 PRINCETON ECOM CORPORATION<br>PO BOX 48128<br>NEWARK, NJ 07101-4828 | 6/2/2009 | 08-13187 | 3404 | $25,322.65 | ASM CAPITAL, L.P.<br>TRANSFEROR: ONLINE RESOURCES (FKA PRINCE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 6/4/2009 | 08-13187 | 3504 | $25,322.65 | Invoices in surviving claims are contained in claim to be disallowed |
| 69 PROBUILD<br>PO BOX 83399<br>SAN DIEGO, CA 92138-3399 | 4/20/2009 | 08-13182 | 1017 | $394.62 | DIXIELINE PROBUILD<br>PO BOX 83399<br>SAN DIEGO, CA 92138 | 1/26/2009 | 08-13182 | 320 | $394.62 | Invoices in surviving claims are contained in claim to be disallowed |
| 70 PUTNEY, MATTHEW<br>1125 FLAMMANG DR   NO.4<br>WATERLOO, IA 50702 | 5/19/2009 | No Debtor Asserted | 2977 | $343.40 | PUTNEY, MATTHEW<br>1125 FLAMMANG DR   NO.4<br>WATERLOO, IA 50702 | 5/19/2009 | No Debtor Asserted (a) | 2978 | $343.40 | Basis for claim in surviving claim is same as claim to be disallowed. |
| 71 QCERA, INC.<br>1525 S SEPULVEDA BLVD, SUITE A<br>LOS ANGELES, CA 90025 | 3/9/2009 | 08-13187 | 705 | $1,608.32 | QCERA INC<br>1525 S SEPULVEDA BLVD STE E<br>LOS ANGELES, CA 90025 | 4/20/2009 | 08-13185 | 1028 | $1,608.32 | Invoices in surviving claim are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.

(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | |
| 72 | RADCLIFFE JEWELERS<br>1848 REISTERSTOWN RD<br>BALTIMORE, MD 21208 | 6/4/2009 | 08-13141 | 3480 | $5,459.00 | RADCLIFFE JEWELERS<br>1848 REISTERSTOWN ROAD<br>BALTIMORE, MD 21208 | 4/20/2009 | 08-13209 | 1159 | $5,459.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 73 | REM CONSULTING, INC.<br>8301 BROADWAY ST STE 219<br>SAN ANTONIO, TX 78209 | 3/2/2009 | No Debtor Asserted | 607 | $227.00 | REM CONSULTING INC<br>8301 BROADWAY ST STE 219<br>SAN ANTONIO, TX 78209 | 4/27/2009 | 08-13208 | 2000 | $2,221.20 | Invoices in surviving claim are contained in claim to be disallowed. |
| 74 | REMOTE FACILITIES INC<br>9 FOSTER STREET<br>NORTH BAY PLACE<br>WAKEFIELD, MA 01880 | 4/23/2009 | 08-13254 | 1542 | $1,350.00 | REMOTE FACILITIES, INC.<br>ATTN: ANN MARIE STEPHENS<br>9 FOSTER ST.<br>WAKEFIELD, MA 01880 | 6/5/2009 | 08-13254 ** | 3615 | $1,350.00 | Appears to be amended by surviving claim. |
| 75 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR<br>WORLDNET INTERNATIONAL COURIERS, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | 6/1/2009 | 08-13141 | 3315 | $10,196.01 | RIVERSIDE CLAIMS LLC AS ASSIGNEE OF WORLDNET INTERNATIONAL COURIERS, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | 5/27/2009 | 08-13141 | 3623 | $10,196.01 | Invoices in surviving claim are contained in claim to be disallowed. |
| 76 | SPENCER, GILMAN<br>11 W 30TH ST APT 12F<br>NEW YORK, NY 10001-4419 | 6/3/2009 | No Debtor Asserted | 3450 | $111,262.00 | SPENCER, GILMAN<br>11 W 30TH ST APT 12F<br>NEW YORK, NY 10001-4419 | 6/3/2009 | 08-13141 | 3451 | $111,262.00 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 77 | TIME WARNERCABLE/COLLECTIONS<br>10450 PACIFIC CENTER CT<br>SAN DIEGO, CA 92121 | 1/20/2009 | No Debtor Asserted | 284 | $1,315.98 | TIME WARNER CABLE/COLLECTIONS<br>10450 PACIFIC CENTER CT<br>SAN DIEGO, CA 92121 | 4/24/2009 | 08-13182 | 1437 | $1,315.98 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 78 | TRAX<br>342 BARONNE STREET<br>NEW ORLEANS, LA 70112-1627 | 4/27/2009 | 08-13244 | 1871 | $300.00 | TRAX EXPRESS DELIVERIES<br>342 BARONNE STREET<br>NEW ORLEANS, LA 70112-1627 | 4/27/2009 | 08-13244 | 1872 | $989.19 | Invoices in surviving claim are contained in claim to be disallowed. |
| 79 | TRAX EXPRESS DELIVERIES<br>342 BARONNE ST<br>NEW ORLEANS, LA 70112 | 4/27/2009 | 08-13244 | 1870 | $689.19 | TRAX EXPRESS DELIVERIES<br>342 BARONNE STREET<br>NEW ORLEANS, LA 70112-1627 | 4/27/2009 | 08-13244 | 1872 | $989.19 | Invoices in surviving claim are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
\*\* - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.

TRIBUNE COMPANY, ET AL.
OMNIBUS 14: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | |
| 80 TRIANGLE FIRE INC 7720 NW 53 STREET MIAMI, FL 33166 | 4/16/2009 | No Debtor Asserted | 962 | $65.77 | TRIANGLE FIRE INC 7720 NW 53RD STREET MIAMI, FL 33166 | 4/20/2009 | 08-13208 | 1175 | $65.77 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |
| 81 TUKAIZ COMMUNICATIONS LLC 2917 NORTH LATORIA LANE FRANKLIN PARK, IL 60131 | 6/11/2009 | No Debtor Asserted | 4627 | Undetermined | TUKAIZ LLC 2917 N. LATORIA LANE FRANKLIN PARK, IL 60131 | 6/11/2009 | 08-13252 | 4628 | $83,745.44 | Invoices in surviving claim are contained in claim to be disallowed. |
| 82 TUKAIZ, L.L.C. 2917 NORTH LATORIA LANE FRANK DEFINO, VP/PARTNER FRANKLIN PARK, IL 60131 | 6/11/2009 | No Debtor Asserted | 4629 | Undetermined | TUKAIZ LLC 2917 N. LATORIA LANE FRANKLIN PARK, IL 60131 | 6/11/2009 | 08-13252 | 4628 | $83,745.44 | Invoices in surviving claim are contained in claim to be disallowed. |
| 83 TW TELECOM INC. 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 3/16/2009 | 08-13141 | 745 | $25,127.41 | TW TELECOM INC 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 10/19/2009 | 08-13141 | 6306 | $29,585.92 | Appears to be amended by surviving claim. |
| 84 WESTERN HORTICULTURAL SERVICES PO BOX 841905 HOUSTON, TX 77284 | 2/24/2009 | No Debtor Asserted | 545 | $5,246.88 | WESTERN HORTICULTURAL SERVICES PO BOX 841905 HOUSTON, TX 77284-1905 | 4/29/2009 | 08-13180 | 2063 | $7,231.92 | Appears to be amended by surviving claim. |
| 85 WHITMIRE, ALISON EMERGENCE SERVICES 13913 SE 92ND ST NEWCASTLE, WA 98059 | 6/11/2009 | No Debtor Asserted | 4599 | $500.00 | WHITMIRE, ALISON EMERGENCE SERVICES 13913 SE 92ND ST NEWCASTLE, WA 98059 | 6/11/2009 | 08-13245 | 4598 | $750.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 86 WILSON, PHILIP TRIENDA LLC N7660 INDUSTRIAL DRIVE PORTAGE, WI 53901 | 4/6/2009 | 08-13211 | 909 | $28,273.50 | ASM CAPITAL AS PURCHASER OF: TRIENDA LLC 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 5/19/2009 | 08-13211 | 3104 | $28,273.50 | Appears to be amended by surviving claim. |
| | | | Total | $1,076,133.90 | | | | | | |

Page 11 of 11

* - Indicates claim contains unliquidated and/or undetermined amounts
** - Indicates the Surviving Claim is subject to the Debtors' pending Thirteenth Omnibus Objection to Claims, solely to specify the Debtor against which the claim is properly asserted.
(a) – Indicates the Surviving Claim may be subject to a future objection by the Debtors, to specify the Debtor against which the claim is properly asserted.

The Debtors hereby reserve their right to object in the future to any of the Proofs of Claim listed on this Exhibit A on any ground, and to amend, modify, and/or supplement this Objection.