# **PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. ____ |

## ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("SATISFIED CLAIMS")

Upon consideration of the Fifteenth Omnibus (Non-Substantive) Objection[2] of the Debtors to claims (the "Objection"), by which the Debtors request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

5155701

1, disallowing and expunging the Satisfied Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

    ORDERED that the Objection is sustained; and it is further

    ORDERED that the Satisfied Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

    ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

    ORDERED that the notwithstanding anything contained in the Objection or the Exhibit attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

    ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware  
       February \_\_\_\_, 2010

                                            The Honorable Kevin J. Carey  
                                            Chief United States Bankruptcy Judge

# EXHIBIT A

## Satisfied Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 15: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AP WIDEWORLD PHOTOS<br>ATTN: ANN MARIE CASALE<br>450 W 33 ST<br>NEW YORK, NY 10001 | 08-13184 | KWGN Inc. | 06/10/2009 | 4378 | $1,225.58 | Paid via check number 22915 on 11/20/09. |
| 2 | BALTIMORE BUSINESS JOURNAL<br>ELIEEN SIBERFIELD<br>111 MARKET PLACE 720<br>BALTIMORE, MD 21202 | 08-13209 | The Baltimore Sun Company | 06/11/2009 | 4592 | $4,263.75 | Paid via reference number 0002459280 on 6/3/09 and 0002455566 on 5/26/09. |
| 3 | BUSY BEE PROMOTIONS<br>211 E OHIO NO. 2624<br>CHICAGO, IL 60611 | 08-13141 | Tribune Company | 06/12/2009 | 5299 | $13,417.25 | Paid via check number 0002522696 on 11/23/09. |
| 4 | CARBONNEAU CARTAGE CO INC<br>14441 STATELY OAKS CIRCLE<br>HOMER GLEN, IL 60491 | 08-13227 | Tribune Direct Marketing, Inc. | 05/08/2009 | 2622 | $18,944.40 | Paid via EFT number 7700852380 on 12/31/08. |
| 5 | COOK, MICHAEL LEE<br>1524 CLARKSON ST<br>BALTIMORE, MD 21230 | 08-13209 | The Baltimore Sun Company | 04/27/2009 | 1809 | Undetermined | Paid via EFT number 7700954681 on 6/10/09. |
| 6 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/10/2009 | 4319 | $102,398.72 | Paid via check number 7701057396 on 11/20/09. |
| 7 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13145 | California Community News Corporation | 06/10/2009 | 4320 | $1,200.77 | Paid via check number 7701058969 on 11/20/09. |
| 8 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13208 | Sun-Sentinel Company | 06/10/2009 | 4321 | $16,526.99 | Paid via check number 7701057231 on 11/20/2009. |
| 9 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13152 | Chicago Tribune Company | 06/10/2009 | 4322 | $12,985.54 | Paid via check number 7701057189 on 11/20/09. |
| 10 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13198 | Orlando Sentinel Communications Company | 06/10/2009 | 4323 | $495.61 | Paid via check number 7701057246 on 11/20/09. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6257418v1

Page 1 of 3

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 15: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13209 | The Baltimore Sun Company | 06/10/2009 | 4324 | $6,002.34 | Paid via check number 7701057434 on 11/20/09. |
| 12 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4325 | $469.86 | Paid via check number 7701057265 on 11/20/09. |
| 13 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13233 | Tribune Los Angeles, Inc. | 06/10/2009 | 4327 | $276.21 | Paid via check number 7701057221 on 11/20/09. |
| 14 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13200 | Patuxent Publishing Company | 06/10/2009 | 4328 | $1,470.00 | Paid via check number 7701057443 on 11/20/09. |
| 15 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13156 | Chicagoland Publishing Company | 06/10/2009 | 4329 | $2,125.00 | Paid via check number 7701057224 on 11/20/09. |
| 16 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13227 | Tribune Direct Marketing, Inc. | 09/08/2009 | 6200 | $26,650.71 | Paid via check number 7701057220 on 11/20/09. |
| 17 | ENOS, RANDALL<br>402 N PARK AVE<br>EASTON, CT 06612 | 08-13211 | The Hartford Courant Company | 04/27/2009 | 1760 | $1,000.00 | Paid via check number 7700953526 on 6/9/2009. |
| 18 | INTERVIEWING SERVICE OF AMERICA, INC.<br>15400 SHERMAN WAY, SUITE 400<br>VAN NUYS, CA 91406 | | No Debtor Asserted | 03/11/2009 | 721 | $1,000.00 | Paid via reference number 0002430677 on 3/23/09. |
| 19 | LEDBETTER, MARVA A<br>50 HILLSIDE ST<br>A 1<br>EAST HARTFORD, CT 06108 | 08-13211 | The Hartford Courant Company | 05/29/2009 | 3290 | $600.00 | Paid via check number 7700953679 on 6/9/09. |
| 20 | MISIASZEK, LORENIA R<br>410 GREENWAY DR<br>KINGMAN, AZ 864013982 | | No Debtor Asserted | 01/12/2009 | 217 | $2,156.00 | Paid via EFT numbers 7700877523 and 7700864210. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6257418v1

Page 2 of 3

**TRIBUNE COMPANY, ET AL**

**OMNIBUS OBJECTION 15: EXHIBIT A -- SATISFIED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | SERRA, CHRISTOPHER<br>20 CEMETARY HILL RD<br>CONWAY, MA 01341 | 08-13185 | Los Angeles Times Communications LLC | 06/11/2009 | 4450 | $500.00 | Paid via check number 7700958071 on 6/16/09. |
| 22 | SHIRLEY PEWTER SHOP, INC<br>BRUCE ROBERTSON<br>1209 JAMESTOWN ROAD<br>WILLIAMSBURG, VA 23185 | | No Debtor Asserted | 04/20/2009 | 1023 | $25.83 | Paid via check number 7700939588 on 5/18/09. |
| 23 | WALSHE, SADHBH A<br>82 16TH ST. # 3<br>BROOKLYN, NY 11215 | 08-13152 | Chicago Tribune Company | 06/02/2009 | 3421 | $300.00 | Paid via check number 7700957750 on 6/16/09. |
| 24 | WEINMAN, SARAH<br>2576 BROADWAY # 426<br>NEW YORK, NY 10025 | | No Debtor Asserted | 12/24/2008 | 43 | $1,300.00 | Claimant stated all claims have been paid in full. |
| 25 | YAMADA, KATHERINE<br>1537 HIGHLAND AVE.<br>GLENDALE, CA 91202 | 08-13185 | Los Angeles Times Communications LLC | 05/11/2009 | 2690 | Undetermined | Paid via check # 0002437189 on 4/8/09 and 0002463686 on 6/16/09. |

\* - Indicates claim contains unliquidated and/or undetermined amounts