United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| WGN CONTINENTAL BROADCASTING CO | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 08-13252 |
| Debtor | } **Amount $1,000.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**TXAS RANGERS BASEBALL**
**PO BOX 975108**
**DALLAS, TX 75397**

The transfer of your claim as shown above in the amount of **$1,000.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/JEFF CARESS
      Liquidity Solutions Inc
      (201) 968-0001

3101672

**TRANSFER NOTICE**

Txas Rangers Baseball Partners ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **WGN CONTINENTAL BROADCASTING CO** (the "Debtor"), in the aggregate amount of **$1,000.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13252.

IN WITNESS WHEREOF, Assignor has signed below as of the __8__ day of __January 2010__.

Txas Rangers Baseball

_____
(Signature)
KATE JETT / ASSOC COUSEL.
(Print Name and Title)

_____
(Signature)
ZACHARY BIRD
(Print Name of Witness)

WGN CONTINENTAL BROADCASTING CO
Txas Rangers Baseball

3101672