United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| TRIBUNE COMPANY | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13141 |
| Debtor | } Amount **$1,093.59** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DEARBORN WHOLESALE GROCERS LP**
**2801 S WESTERN AVE**
**CHICAGO, IL 60608**

The transfer of your claim as shown above in the amount of **$1,093.59** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


      By/s/JEFF CARESS
      Liquidity Solutions Inc
      (201) 968-0001

325526

## TRANSFER NOTICE

DEARBORN WHOLESALE GROCERS LP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Tribune Company, et al., (the "Debtor"), in the aggregate amount of $1,093.59 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2009.

DEARBORN WHOLESALE GROCERS LP

_____
Signature
Randy Perry - Credit Manager
Print Name and Title

_____
Signature
Marty Friedman
Print Name of Witness

325526