United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| TRIBUNE TELEVISION HOLDINGS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13242 |
| Debtor | } Amount $2,000.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**STANLEY STEEMER GREAT LAKES INC**
**8225 PREIFFER FARMS DR**
**BYRON CENTER, MI 49315**

The transfer of your claim as shown above in the amount of **$2,000.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/JEFF CARESS
      Liquidity Solutions Inc
      (201) 968-0001

3102126

## TRANSFER NOTICE

Stanley Steemer Great Lakes Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TRIBUNE TELEVISION HOLDINGS INC** (the "Debtor"), in the aggregate amount of **$2,000.00,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13242.

IN WITNESS WHEREOF, Assignor has signed below as of the 24 day of DEC, 2009

Stanley Steemer Great Lakes Inc

_____
(Signature)

GREGORY PUCCI PRESIDENT
(Print Name and Title)

_____
(Signature)

Jeanne A. Liupakka
(Print Name of Witness)

TRIBUNE TELEVISION HOLDINGS INC
Stanley Steemer Great Lakes Inc


3102126