United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| TRIBUNE BROADCASTING NEWS NETWORK INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13225 |
| Debtor | } **Amount $2,500.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ATLANTIC SERVICES GROUP INC**
**2131 K STREET NW STE 200**
**WASHINGTON, DC 20037**


The transfer of your claim as shown above in the amount of **$2,500.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.



      By/s/JEFF CARESS
      Liquidity Solutions Inc
      (201) 968-0001


3102260

**TRANSFER NOTICE**

Atlantic Services Group Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TRIBUNE BROADCASTING NEWS NETWORK INC** (the "Debtor"), in the aggregate amount of **$2,500.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13225.

IN WITNESS WHEREOF, Assignor has signed below as of the 24th day of December 2009

**Atlantic Services Group Inc**

_____
(Signature)

HENRY HSIA / CFO
(Print Name and Title)

_____
(Signature)

Matt Upton - Office Manager
(Print Name of Witness)

TRIBUNE BROADCASTING NEWS NETWORK INC
Atlantic Services Group Inc


3102260