UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered<br>Related to Docket No. 1800<br>Hearing Date: September 25, 2009 |

CERTIFICATION OF COUNSEL REGARDING
BIFURCATION OF RULING ON
2009 MANAGEMENT INCENTIVE PLAN

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. On July 22, 2009, the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "Motion") (Docket No. 1800) was filed with the Court.

2. On September 25, 2009, a hearing was held on the Motion (the "September 25, 2009 Hearing").

3. Following the September 25, 2009 Hearing, the Court took under advisement the Debtors' request for authority to implement the Debtors' 2009 Management Incentive Plan (the "Plan") as described in the Motion.[2]

4. At the conclusion of the September 25, 2009 Hearing, the Court posed the question of whether the Debtors sought independent rulings on each of the three components of the Plan – the historical annual Management Incentive Program (the "MIP"), the Transition MIP (the "TMIP") and the Key Operators Bonus (the "KOB") – or whether they sought a single ruling on the entire Plan as an integrated whole. The Court gave the Debtors' counsel an opportunity to confer with the Debtors before responding to the Court's question.

5. By letter to the Court dated September 28, 2009, the Debtors responded to the Court that, in their view and in the view of the Creditors Committee and the Steering Committee, the Plan should be judged and ruled upon as an integrated whole. In relevant part, the Plan had been developed and negotiated with the foregoing Committees, and approved by the

---

[2] No party objected to the Debtors' request for authority to pay 2008 Management Incentive Plan ("2008 MIP") awards to certain Top 10 executives as described in the Motion. The Court entered an order on September 30, 2009 authorizing such payments with the consent of the Debtors, the Washington-Baltimore Newspaper Guild (the "Guild"), and the Office of the United States Trustee. The official committee of unsecured creditors (the "Creditors Committee") and the steering committee of the Debtors' senior lenders (the "Steering Committee") also supported entry of that order and payout of the 2008 MIP awards to the remaining participants.

Compensation Committee of the Debtors' Board of Directors, in such a manner in order to maintain proper incentives and market-based compensation levels.

6. Given that the 2009 performance period is now complete, the Debtors would be willing to have the Court bifurcate its decision on the Plan and separately rule on the 2009 annual MIP for all MIP participants, if the Court is amenable to doing so. Awards under the annual MIP historically are made during the February following the end of the performance period. The Debtors therefore are revising their position from their September 28, 2009 letter in the hopes of accommodating the expectations of the MIP participants, who historically receive any MIP payment for their prior-year performance during February. The Debtors respectfully state that they are hopeful that bifurcation of the Court's decision on the Plan would allow the Debtors to receive the Court's ruling on the 2009 annual MIP prior to the traditional February payment date, while the Court separately considers its ruling on the TMIP and KOB programs as a whole.

7. The Creditors Committee and the Steering Committee do not object to the requested bifurcation. The Guild and the Office of the United States Trustee take no position on this request by the Debtors that the Court bifurcate its decision on the Plan.

Dated: January 20, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
Kevin T. Lantry
Brian J. Gold
Jonathan D. Lotsoff
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION