## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : (Jointly Administered) |
| **TRIBUNE COMPANY, et. al**[1] | : |
| | : Case No. 08-13141 (KJC) |
| Debtors | : (Related Docket Nos. 3152, 1800) |

## ORDER

AND NOW, this 21st day of January, 2010, upon consideration of the Certification of Counsel Regarding Bifurcation of Ruling on 2009 Management Incentive Plan (the "COC")(D.I. 3152) regarding the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "Motion")(D.I. 1800), it is hereby **ORDERED** that:

1. The Court will consider the Debtors' request in the COC for a separate ruling on the request for authority to implement part of the Debtors' 2009 Management Incentive Plan, that is, the Debtors' historical annual Management Incentive Plan for 2009 (the "2009 MIP"), as described in the Motion, at the omnibus hearing currently scheduled for **January 27, 2010** at **10:00 a.m.** in Bankruptcy Courtroom No. 5, 824 Market Street, Fifth Floor, Wilmington, Delaware 19801.[2]

2. Any interested party who objects to approval of the 2009 MIP, as requested by

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (Bky. Case No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (main case docket no. 43)(collectively, the "Debtors" or "Tribune").

[2] The Debtors have acknowledged that their request in the Motion for authority to implement the remaining components of the Plan, including the Transition Management Incentive Plan (the "TMIP") and the Key Operators Bonus (the "KOB"), will remain under advisement with the Court. Therefore, it is unnecessary for any party to renew any previous objection to the TMIP or KOB components of the Plan.

the Debtors in the COC, should file and serve any objection or other responsive pleading with the Court on or before **12:00 noon** on **Tuesday, January 26, 2010,** <u>and simultaneously deliver a copy of the objection or other responsive pleading to chambers.</u>

3. Any objection or other responsive pleading regarding the Debtors' request for approval of the 2009 MIP will be heard and considered at the hearing scheduled for **January 27, 2010** at **10:00 a.m.**.

4. In the absence of any objection or other responsive pleading, the Court intends to grant the relief requested in the COC and the Motion with respect to the 2009 MIP, based upon the record made at the hearing on the Motion held on September 25, 2009.

5. Counsel for the Debtors is directed to serve a copy of this Order upon all interested parties, including those parties who filed any objection or other responsive pleading in response to the Motion, and file a Certificate of Service with the Court.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

CC: Norman L. Pernick, Esquire