**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) Jointly Administered<br>)<br>)<br>) **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF DEPOSITORY DESIGNEE WILMINGTON TRUST COMPANY FOR ACCESS TO MERRILL LYNCH CAPITAL CORPORATION'S DOCUMENTS IN THE DOCUMENT DEPOSITORY**

The motion of Wilmington Trust Company ("Wilmington Trust") pursuant to Sections 105(a), 343, 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. Proc. 2004 ("Rule 2004"), and this Court's December 15, 2009 Order establishing a document depository (the "Document Depository Order"), requesting that this Court enter an order allowing Wilmington Trust access to the documents in the Depository that have been or will be produced by Merrill Lynch Capital Corporation ("Merrill") came before this Court on February ____, 2010.

The Court having considered the parties' memoranda, the arguments of counsel, the record in this case, and with good cause appearing, the Court hereby:

1. **GRANTS** the Motion of Depository Designee Wilmington Trust Company for Access to Merrill Lynch Capital Corporation's Documents in the Document Depository;

2. **ORDERS** that Wilmington Trust shall have immediate access to all documents produced by Merrill to date that are stored in the Document Depository; and,

3. **ORDERS** that Wilmington Trust shall have access to all Merrill documents that are produced by Merrill from this date forward immediately upon such documents being added to the Document Depository.

Dated: February ____, 2010

                                                      The Honorable Kevin J. Carey
United States Bankruptcy Judge

# 1722032 - 027213/0008