**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

**MOTION TO FIX HEARING DATE ON, LIMIT NOTICE
AND SHORTEN TIME TO OBJECT OR RESPOND TO MOTION
OF DEPOSITORY DESIGNEE WILMINGTON TRUST COMPANY
FOR ACCESS TO MERRILL LYNCH CAPITAL CORPORATION'S
DOCUMENTS IN THE DOCUMENT DEPOSITORY**

Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee, by and through its undersigned counsel, hereby moves this Court for an Order fixing a hearing date, limiting notice, and shortening the time to object or respond (the "Motion to Shorten") to the Motion of Depository Designee Wilmington Trust Company for Access to Merrill Lynch Capital Corporation's Documents in the Document Depository (the "Motion"). Wilmington Trust is concurrently filing the Motion and is serving the Motion by hand delivery, electronic delivery, or first class mail upon: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee; and (d) Merrill Lynch Capital Corporation ("Merrill").

1. By way of this Motion to Shorten, Wilmington Trust requests that the Motion be heard telephonically on February 2, 2010. Wilmington Trust avers that no party will suffer any harm by the Court granting the relief requested herein. To the extent that this matter may not be heard on February 2, 2010, Wilmington Trust would request that it be heard at the earliest possible convenience of the Court. Merrill, as a Producing Party, is aware of the procedures established by the Document Depository Order, and that the Order expressly provides that the Court will resolve issues over the review of documents in the Depository by expedited motion.

2. Moreover, it is necessary for the Motion to be heard on the date requested because Wilmington Trust needs immediate access to all of the documents in the Document Depository because its Motion for Appointment of an Examiner Pursuant to Section 1104(c) [Docket No. 3062], is scheduled to be heard by this Court on February 18, 2010. Wilmington Trust needs access to such documents in order to prepare for the hearing on February 18th.

3. If the Court grants this Motion to Shorten and enters an order fixing a telephonic hearing date at the Court's convenience on February 2, 2010 and shortens the time to object or respond to the Motion to January 29, 2010 at 4:00 p.m., Wilmington Trust will serve a copy of such order, and a notice of the Motion, on the same parties who were originally served with the Motion via hand delivery, electronic delivery, or first class mail.

WHEREFORE, Wilmington Trust respectfully requests the entry of an Order (a) fixing a hearing date with respect to the Motion, (b) limiting notice thereof, (c) approving shortening the time to object or respond to the Motion, and (d) for such other and further relief as the Court may deem appropriate.

Dated: January 22, 2010

    BENESCH, FRIEDLANDER, COPLAN
     & ARONOFF LLP

By:   /s/ Jennifer R. Hoover
     Jennifer R. Hoover, Esquire (No. 5111)
     222 Delaware Avenue, Suite 801
     Wilmington, DE  19801
     (302) 442-7010  telephone
     (302) 442-7012  facsimile
     jhoover@beneschlaw.com

     -and-

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800  telephone
(212) 209-4801  facsimile

- and -

William M. Dolan III, Esquire
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600  telephone
(401) 276-2601  facsimile

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

3480853v1