**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) ) Jointly Administered |
| Debtors. | ) ) ) |
|  | ) **Re: Docket No.** _____ |

**ORDER GRANTING MOTION TO FIX HEARING DATE ON,**
**LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND**
**TO MOTION OF DEPOSITORY DESIGNEE WILMINGTON TRUST COMPANY**
**FOR ACCESS TO MERRILL LYNCH CAPITAL CORPORATION'S**
**DOCUMENTS IN THE DOCUMENT DEPOSITORY**

AND NOW, this _____ day of January, 2010, upon consideration of Wilmington Trust's Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Depositing Designee Wilmington Trust Company for Access to Merrill Lynch Capital Corporation's Documents in the Document Depository (the "Motion"), it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that a hearing on the Motion shall be held telephonically on February 2, 2010 at _____, prevailing Eastern Time; and it is further

ORDERED, that any objections to the Motion shall be filed and served not later than January 29, 2010 at 4:00 p.m.; and it is further

ORDERED, that the movant shall cause a copy of the Motion and this Order to be served via first class mail within one (1) business day of the date hereof upon the following persons: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee; and (d) Merrill Lynch Capital Corporation.

BY THE COURT:

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge