**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 3176 and 3179** |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT on January 22, 2010, Wilmington Trust Company, as Successor Indenture Trustee, by and through its undersigned attorneys, filed the *Expedited Motion of Depository Designee Wilmington Trust Company for Access to Merrill Lynch Capital Corporation's Documents in the Document Depository* [Docket No. 3176] and the *Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Depository Designee Wilmington Trust Company for Access to Merrill Lynch Capital Corporation's Documents in the Document Depository* [Docket No. 3179] (collectively, the "Motions"), and Merrill Lynch Capital Corporation ("Merrill Lynch") having subsequently withdrawn its objection to Depository Designee Wilmington Trust Company's access to Merrill Lynch's documents in the Document Depository;

PLEASE TAKE NOTICE THAT the Motions are hereby withdrawn without prejudice.

Dated:  January 23, 2010

        BENESCH, FRIEDLANDER, COPLAN
         & ARONOFF LLP

By:   */s/ Jennifer R. Hoover*
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Ave., Suite 801
        Wilmington, DE 19801
        302-442-7010 (telephone)
        302-442-7012 (facsimile)
        jhoover@beneschlaw.com

        *Counsel to Wilmington Trust Company, as
        Successor Indenture Trustee*