# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

December 1, 2009 through and including December 31, 2009

| **Current Charges:** | | Hours | Rate | Amount |
|---|---|---|---|---|
| R Bruce Den Uyl | Managing Director | 41.60 | 835.00 | $34,736.00 |
| Alan Holtz | Managing Director | 8.20 | 790.00 | 6,478.00 |
| Brad Hall | Director | 54.60 | 595.00 | 32,487.00 |
| Mark F Rule | Director | 152.30 | 510.00 | 77,673.00 |
| Harold Y Lee | Director | 22.00 | 510.00 | 11,220.00 |
| Albert Leung | Vice President | 109.70 | 450.00 | 49,365.00 |
| Young Kim | Vice President | 27.90 | 450.00 | 12,555.00 |
| Jeff L Lack | Vice President | 127.00 | 380.00 | 48,260.00 |
| Tristan Peitz | Associate | 18.90 | 295.00 | 5,575.50 |
| Christopher Rubel | Associate | 162.80 | 295.00 | 48,026.00 |
| Adam M Janovsky | Associate | 76.00 | 295.00 | 22,420.00 |
| Stefan Piotrowski | Associate | 5.00 | 295.00 | 1,475.00 |
| Erin Green | Administrative | 5.00 | 170.00 | 850.00 |
| Total Hours & Fees | | 811.00 | | 351,120.50 |

Expenses                                                                         200.08

**Total Amount Due**                                                 USD    $351,320.58

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.

13