# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

December 1, 2009 through and including December 31, 2009

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 5735.00001 | Business Analysis | 5.0 | $2,527.00 |
| 5735.00003 | Financing | 0.6 | 357.00 |
| 5735.00004 | Current Financials | 155.8 | 72,434.00 |
| 5735.00005 | Prospective Financials | 1.9 | 1,054.00 |
| 5735.00006 | Vendor Issues | 6.2 | 3,141.00 |
| 5735.00008 | Plan of Reorganization | 12.5 | 7,147.50 |
| 5735.00010 | Claims & Recoveries | 4.8 | 2,506.00 |
| 5735.00011 | Misc. Motions | 4.0 | 2,297.00 |
| 5735.00012 | Asset Sales | 6.9 | 3,540.00 |
| 5735.00014 | Avoidance Actions | 558.8 | 224,028.50 |
| 5735.00015 | UCC Meetings | 33.5 | 21,754.50 |
| 5735.00017 | Billing and Retention | 21.0 | 10,334.00 |
| | | 811.0 | $351,120.50 |

Re:                      Business Analysis
Client/Matter #          005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/01/09 | BH | Review available industry information on Tribune competitors and note the employee reduction in staff at Gannett papers for report to UCC on weekly industry news. | 0.40 |
| 12/02/09 | BH | Review and discuss the announced management changes at Tribune resulting in Sam Zell vacating the CEO position. | 0.60 |
| 12/03/09 | YK | Reviewed and analyzed competitor activities and peer comparisons. | 0.30 |
| 12/10/09 | HYL | Reviewed and discussed Moelis Weekly Media Update. | 0.60 |
| 12/10/09 | HYL | Gathered and reviewed industry and competitor information for presentation to UCC. | 0.60 |
| 12/10/09 | YK | Reviewed and analyzed Moelis reports. | 0.40 |
| 12/16/09 | HYL | Reviewed Moelis weekly industry media update document. | 0.40 |
| 12/16/09 | YK | Reviewed and analyzed recent Moelis weekly status update. | 0.40 |
| 12/28/09 | YK | Reviewed and analyzed recent Moelis reports and other industry publications. | 0.30 |
| 12/29/09 | HYL | Reviewed Moelis Weekly Media Update. | 0.60 |
| 12/30/09 | YK | Reviewed industry literature and recent media industry developments. | 0.40 |
| | | **Total Hours** | **5.00** |

Re:                     Business Analysis
Client/Matter #         005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 2.20 | 510.00 | 1,122.00 |
| Brad Hall | 1.00 | 595.00 | 595.00 |
| Young Kim | 1.80 | 450.00 | 810.00 |
| **Total Hours & Fees** | **5.00** | | **2,527.00** |

Re:                          Financing
Client/Matter #              005735.00003

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/01/09 | BH | Review reporting requirements of amended TREC/Barclays facility. Request confirmation from Tribune advisors that no changes are anticipated in the Intercompany sale of receivables since the Barclays loan has been paid to zero. | 0.60 |
| | | **Total Hours** | **0.60** |

Re:                        Financing
Client/Matter #            005735.00003

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 0.60 | 595.00 | 357.00 |
| **Total Hours & Fees** | **0.60** | | **357.00** |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/01/09 | HYL | Updated and reviewed weekly report to UCC. | 0.60 |
| 12/01/09 | ANL | Reviewed and revised October report to the UCC. Analyzed and reviewed October management operating report. | 1.30 |
| 12/01/09 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. Prepared summary of pacing results and publishing weekly revenue. | 1.80 |
| 12/01/09 | ANL | Analyzed and reviewed revised 13 weekly cash flow forecast. Prepared variance analysis of new and prior 13 week cash flow forecast. | 1.60 |
| 12/01/09 | YK | Reviewed and analyzed recently posted financials and docket items, including 2677 (Law Debenture filing) and miscellaneous items posted by UCC attorney. | 1.30 |
| 12/01/09 | BH | Review and analyze the weekly financial information presented by Tribune. Revise report to UCC on weekly financial results. | 1.70 |
| 12/02/09 | BH | Review and analyze the weekly circulation reports as compared to prior year. Evaluate the impact of prior year election reporting on weekly comparable results. | 1.50 |
| 12/02/09 | BH | Review and analyze the October financial results as presented in Tribune Brown Book reports. Revise report to UCC on monthly results. | 1.90 |
| 12/02/09 | AH | Review weekly report to UCC | 0.80 |
| 12/02/09 | ANL | Analyzed 2008 monthly circulation revenues to compare to November 2009 weekly circulation revenue in order to normalize November 2009 circulation results. | 1.80 |
| 12/02/09 | ANL | Reviewed Q1, Q2, Q3 and Q4 2008 management operating reports. | 0.80 |
| 12/02/09 | ANL | Analyzed and reviewed weekly revenue flash reports. | 1.20 |
| 12/02/09 | YK | Reviewed and analyzed recently posted financials and docket items, including claims transfers and reassignments. | 0.80 |
| 12/03/09 | ANL | Prepared weekly update for UCC. | 2.10 |
| 12/03/09 | ANL | Analyzed and reviewed weekly revenue flash reports. Analyzed weekly cash flow results. | 1.50 |
| 12/03/09 | ANL | Analyzed and reviewed historical circulation revenue results from 2008 through 2009. | 1.80 |
| 12/03/09 | HYL | Prepared and reviewed cash variance slides for reporting to UCC. | 0.90 |
| 12/03/09 | YK | Reviewed and analyzed Tribune October financial and operating reports.  Reviewed and analyzed claims transfers and miscellaneous attorney memos. | 1.00 |
| 12/04/09 | YK | Reviewed and analyzed October management operating report. | 0.90 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/04/09 | HYL | Prepared and reviewed circulation analysis as related to recent YOY variance. | 1.10 |
| 12/04/09 | ANL | Prepared weekly update for UCC. | 1.60 |
| 12/04/09 | ANL | Reviewed and analyzed Comcast and NBC transaction. Reviewed industry analyst reports. | 1.30 |
| 12/04/09 | ANL | Prepared summary of average daily circulation and circulation revenue for January 2007 through October 2009. | 2.30 |
| 12/04/09 | BH | Review and analyze the weekly financial information provided by Tribune. | 1.50 |
| 12/06/09 | ANL | Analyzed and reviewed weekday and Sunday circulation volume data and circulation results. | 1.30 |
| 12/07/09 | ANL | Analyzed and reviewed weekly cash flow results and revenue flash reports. Prepared weekly update for UCC. | 1.20 |
| 12/07/09 | YK | Reviewed and analyzed recently posted financials and docket items, including claims transfers and withdrawals. | 0.80 |
| 12/07/09 | BH | Review, analyze and revise report to UCC on weekly financial results. | 1.40 |
| 12/08/09 | BH | Review industry posted newsprint prices and compare to Tribune actual cost. Evaluate the trend in newsprint pricing and compare to Tribune 2009 Plan estimates. | 0.50 |
| 12/08/09 | YK | Reviewed and analyzed Publishing and broadcasting October year to date results. | 0.80 |
| 12/08/09 | AH | Review weekly report to UCC on cash and operating performance | 0.40 |
| 12/09/09 | HYL | Reviewed weekly flash reporting data and cash variance analysis. Reviewed preliminary November operating results. | 1.10 |
| 12/09/09 | YK | Reviewed and analyzed Publishing and broadcasting October year to date results. | 0.80 |
| 12/09/09 | ANL | Analyzed and reviewed publishing advertising weekly results for November and December. Reviewed broadcasting weekly results. | 2.10 |
| 12/09/09 | BH | Review and analyze the costs associated with Tribune Technology to determine if any Intercompany costs are being allocated differently than earlier in 2009. Review and analyze the MOR to identify any costs associated with this entity. | 1.80 |
| 12/10/09 | ANL | Analyzed and reviewed preliminary November 2009 results. Analyzed 2008 comparison issues. | 1.30 |
| 12/10/09 | ANL | Analyzed and reviewed weekly revenue flash summaries and cash flow results. | 1.60 |
| 12/10/09 | ANL | Prepared for and participated in weekly call with A&M and Tribune management to discuss weekly cash flow and | 0.60 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | revenue results. |  |
| 12/10/09 | YK | Reviewed and analyzed recently posted financial reports provided by the Debtor. Reviewed Merrill Lynch objections. | 0.80 |
| 12/10/09 | HYL | Prepared for and participated in weekly financial advisors call. | 1.10 |
| 12/10/09 | HYL | Prepared and updated weekly report to the UCC. | 1.20 |
| 12/11/09 | YK | Reviewed and analyzed recently posted financials and operating reports. Reviewed and analyzed weekly revenue results. | 1.10 |
| 12/11/09 | ANL | Reviewed and analyzed weekly results and amended Schedules of Assets and Liabilities. | 2.20 |
| 12/11/09 | BH | Review and analyze the weekly financial results presented by Tribune.  Revised report to UCC on weekly results. | 2.80 |
| 12/14/09 | ANL | Analyzed and reviewed Debtors amended schedules of assets and liabilities. Analyzed intercompany balances by legal entities. Created memo for UCC counsel. | 2.30 |
| 12/14/09 | ANL | Analyzed Cubs filed schedules and statements. | 0.80 |
| 12/14/09 | ANL | Prepared weekly status update to UCC. Reviewed weekly revenue flash and cash flow results. | 1.60 |
| 12/14/09 | ANL | Analyzed and reviewed intercompany accounts receivable and payables summary. | 0.70 |
| 12/14/09 | AH | Review weekly report to UCC | 0.40 |
| 12/14/09 | YK | Reviewed and analyzed docket items, including 2822 (Limited Objections) and 2827 (Gutman Objection). | 0.80 |
| 12/15/09 | YK | Reviewed and analyzed docket items 2848 (Merrill Objection). | 0.40 |
| 12/15/09 | HYL | Reviewed and discussed November operating results and presentation to UCC. | 0.60 |
| 12/15/09 | BH | Review, analyze and revise weekly report to UCC on financial results achieved by Tribune. | 1.50 |
| 12/15/09 | ANL | Reviewed and revised the weekly status update to UCC. | 1.50 |
| 12/15/09 | ANL | Analyzed and reviewed November 2009 management operating report. | 2.30 |
| 12/16/09 | ANL | Analyzed and reviewed November management operating report. | 2.70 |
| 12/16/09 | ANL | Reviewed and revised the weekly status update to UCC. | 0.80 |
| 12/16/09 | ANL | Prepared UCC presentation on November 2009 and year to date results. | 1.60 |
| 12/16/09 | BH | Discuss centralization of technology personnel and allocated costs with a UCC member seeking information. | 0.40 |
| 12/16/09 | YK | Reviewed and analyzed November and October 2009 | 0.70 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | results. |  |
| 12/16/09 | HYL | Research and review information regarding Tribune Technology LLC at the request of UCC. | 0.80 |
| 12/16/09 | TP | Reviewed and analyzed November 2009 operating results for Publishing businesses. | 1.70 |
| 12/16/09 | TP | Reviewed and analyzed November 2009 operating results for Broadcasting businesses. | 3.40 |
| 12/16/09 | TP | Prepared, reviewed and revised November 2009 Brown Book review of operating results. | 2.30 |
| 12/17/09 | TP | Reviewed and analyzed November 2009 consolidated Tribune Company operating results. | 1.10 |
| 12/17/09 | TP | Reviewed and analyzed November 2009 operating results for Corporate and Equity Income segments. | 1.90 |
| 12/17/09 | TP | Reviewed and revised November 2009 Brown Book presentation. | 1.20 |
| 12/17/09 | TP | Reviewed and analyzed November 2009 operating results for Publishing businesses. | 2.70 |
| 12/17/09 | YK | Reviewed and analyzed November 2009 broadcasting and publishing results. | 0.70 |
| 12/17/09 | BH | Review and analyze the current cost of D&O insurance and compare to the proposed expenditure for renewed D&O expense, including new "tail" provisions. | 0.90 |
| 12/17/09 | ANL | Prepared pro forma full year 2009 operating cash flow analysis and implied December 2009 operating cash flow analysis. | 1.80 |
| 12/17/09 | ANL | Analyzed and reviewed weekly revenue flash data and cash flow results. | 1.20 |
| 12/17/09 | ANL | Analyzed and reviewed November 2009 publishing and broadcasting results. | 2.30 |
| 12/17/09 | HYL | Prepared and reviewed Tribune November operating results report to UCC. | 1.10 |
| 12/18/09 | TP | Reviewed and revised November 2009 Brown Book. | 2.40 |
| 12/18/09 | ANL | Analyzed and reviewed intercompany activity and cost allocation methodologies. Analyzed Debtors' presentation on intercompany balances and cash management issues. | 2.80 |
| 12/18/09 | ANL | Reviewed and analyzed information on Tribune Technology. | 1.30 |
| 12/18/09 | ANL | Analyzed and reviewed November 2009 publishing and broadcasting results. | 2.20 |
| 12/18/09 | ANL | Analyzed and reviewed weekly revenue flash data. | 1.60 |
| 12/18/09 | BH | Participate in conference call with Tribune advisors to discuss outstanding information requests on, 2010 business plan, D&O Insurance costs, and amended schedules on Cubs | 1.10 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | entities and pre-petition cash transfers to Fidelity accounts. | |
| 12/18/09 | BH | Review and analyze costs of D&O policies obtained in other large bankruptcy cases. | 0.50 |
| 12/18/09 | HYL | Prepared and reviewed weekly report to UCC. | 1.10 |
| 12/21/09 | HYL | Reviewed and updated November operating results presentation to UCC. | 1.80 |
| 12/21/09 | HYL | Prepared and reviewed weekly report to UCC. | 0.90 |
| 12/21/09 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 12/21/09 | ANL | Prepared summary of publishing and broadcasting results. | 1.20 |
| 12/21/09 | ANL | Prepared run rate analysis. Analyzed and reviewed November 2009 year to date publishing and broadcasting results. | 2.10 |
| 12/21/09 | ANL | Reviewed and analyzed year to date TV pacing data. | 1.80 |
| 12/21/09 | BH | Review and analyze financial results for the month of November as described in Brown Books. | 2.40 |
| 12/22/09 | TP | Reviewed and revised November 2009 Brown Book presentation. | 2.20 |
| 12/22/09 | ANL | Analyzed and reviewed November 2009 results and management operating report. | 2.10 |
| 12/23/09 | ANL | Reviewed and analyzed November monthly operating report and exhibits. | 1.70 |
| 12/23/09 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.80 |
| 12/23/09 | ANL | Analyzed and reviewed weekly broadcasting pacing reports. Prepared UCC weekly status update. | 1.50 |
| 12/23/09 | BH | Review, analyze and revise weekly financial report to UCC. | 1.90 |
| 12/24/09 | ANL | Prepared UCC weekly report. Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.80 |
| 12/28/09 | BH | Review D&O insurance premium and Tail Provisions advocated by Tribune. | 1.20 |
| 12/28/09 | YK | Reviewed and analyzed recently posted docket items (such as transfer notices) and operating reports. | 0.80 |
| 12/28/09 | ANL | Analyzed intercompany activity and November monthly operating report details. | 1.30 |
| 12/29/09 | ANL | Analyzed and reviewed weekly flash reports, industry news and weekly cash flow results. | 2.30 |
| 12/29/09 | ANL | Prepared UCC weekly status update. | 1.80 |
| 12/29/09 | ANL | Analyzed intercompany activity for Tribune Technology LLC and other legal entities. Reviewed cost allocation. | 2.10 |
| 12/29/09 | YK | Reviewed and analyzed recent docket items (such as transfer notices) and financial reports. | 0.80 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/29/09 | BH | Develop list of questions for discussion with Tribune and Insurance representatives over the risk associated with purchasing Tail Provision of D&O policy now versus upon emergence. | 1.30 |
| 12/29/09 | BH | Call with Chadbourne and Tribune and Marsh to discuss costs of D&O Tail Provision and consider options for reducing expense. | 0.60 |
| 12/30/09 | YK | Reviewed and analyzed recent docket items (such as claims transfers) and posted financials. | 0.80 |
| 12/30/09 | BH | Review, analyze and revise material for presentation of weekly financial report to UCC. | 2.20 |
| 12/30/09 | HYL | Reviewed and updated weekly report to UCC. | 0.70 |
| 12/31/09 | ANL | Prepared weekly status update to the UCC. | 1.20 |
| | | **Total Hours** | **155.80** |

Re:                          Current Financials
Client/Matter #              005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.60 | 790.00 | 1,264.00 |
| Harold Y Lee | 13.00 | 510.00 | 6,630.00 |
| Brad Hall | 27.10 | 595.00 | 16,124.50 |
| Albert Leung | 81.90 | 450.00 | 36,855.00 |
| Young Kim | 13.30 | 450.00 | 5,985.00 |
| Tristan Peitz | 18.90 | 295.00 | 5,575.50 |
| **Total Hours & Fees** | **155.80** | | **72,434.00** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/14/09 | HYL | Prepared for and participated in conference call with Moelis regarding timing of 2010 Plan and Centerbridge presentation. | 0.90 |
| 12/14/09 | BH | Discussion with Moelis on the expected timing of Tribune 2010 business planning process. Make request of Tribune advisors to accelerate receipt of 2010 plan if possible. | 0.50 |
| 12/21/09 | BH | Request timing of receipt of 2010 business plan earlier than proposed by Tribune.  Discussed issue with Tribune advisors. | 0.50 |
| | | **Total Hours** | **1.90** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 0.90 | 510.00 | 459.00 |
| Brad Hall | 1.00 | 595.00 | 595.00 |
| **Total Hours & Fees** | **1.90** | | **1,054.00** |

Re:            Vendor Issues
Client/Matter #    005735.00006

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/28/09 | ANL | Reviewed Directors & Officers insurance premium information provided by the Debtors. | 0.70 |
| 12/29/09 | ANL | Analyzed and reviewed D&O insurance quotes and issues. Prepared questions for Debtors' counsel. | 2.20 |
| 12/29/09 | BH | Discussions with AlixPartners insurance expert re: the terms of typical D&O Tail Provisions and compare to Tribune proposal. | 0.70 |
| 12/29/09 | HYL | Reviewed Sidley D&O pricing document and prepared for D&O conference call. | 0.90 |
| 12/30/09 | BH | Review and revise memo to UCC on D&O Policy and Tail Provision. | 0.80 |
| 12/30/09 | HYL | Reviewed draft e-mail memorandum (prepared by Chadbourne) to the Committee on the revised D&O fee tail proposal. | 0.60 |
| 12/31/09 | BH | Revise memo prepared by Chadbourne for UCC presentation of D&O costs including Tail Provision | 0.30 |
| | | **Total Hours** | **6.20** |

Re:                    Vendor Issues
Client/Matter #        005735.00006

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 1.50 | 510.00 | 765.00 |
| Brad Hall | 1.80 | 595.00 | 1,071.00 |
| Albert Leung | 2.90 | 450.00 | 1,305.00 |
| **Total Hours & Fees** | **6.20** | | **3,141.00** |

Re:                 Plan of Reorganization
Client/Matter #     005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/10/09 | BH | Review and analyze the presentation made by Tribune to Centerbridge on Recovery Analysis. Compare the schedules presented to Centerbridge with the Intercompany model to determine consistency with previous reports to UCC on recovery analysis. | 2.30 |
| 12/11/09 | BH | Review and analyze amended reports filed regarding the Cubs bankruptcy and the revised schedule of creditors and compare to amounts shown on originally filed reports. | 1.70 |
| 12/14/09 | BH | Draft memo to Chadbourne describing the comparison of Recovery analysis provided by Tribune to Centerbridge with prior Intercompany model presentations to confirm consistency of reports. | 1.60 |
| 12/15/09 | ANL | Analyzed and reviewed Centerbridge creditor recovery analysis. | 0.70 |
| 12/16/09 | ANL | Analyzed and reviewed intercompany model analysis and Centerbridge presentation. | 1.30 |
| 12/18/09 | BH | Compare cash transfers made pre-petition to Fidelity accounts with the identified cash movement in the Tribune presentation made to Centerbridge. | 1.90 |
| 12/23/09 | BH | Review and analyze the changes to Schedule F on docket item 2779 | 0.40 |
| 12/30/09 | BH | Call with Chadbourne to discuss obtaining historic bond values and ratings. | 0.50 |
| 12/30/09 | BH | Review and analyze the historic bond values as determined by Bloomberg reports and bond ratings by various agencies. | 2.10 |
| | | **Total Hours** | **12.50** |

Re:                 Plan of Reorganization
Client/Matter #     005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Brad Hall | 10.50 | 595.00 | 6,247.50 |
| Albert Leung | 2.00 | 450.00 | 900.00 |
| **Total Hours & Fees** | **12.50** | | **7,147.50** |

Re:                     Claims & Recoveries
Client/Matter #         005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/04/09 | HYL | Assisted in response to C&P regarding claims analysis request. | 0.30 |
| 12/08/09 | ANL | Analyzed and reviewed the updated Tribune claims summary. | 0.90 |
| 12/11/09 | HYL | Reviewed and compared Tribune Company Recovery Analysis meeting with Centerbridge Partners presentation. | 0.60 |
| 12/14/09 | HYL | Reviewed and compared Tribune Company Recovery Analysis meeting with Centerbridge Partners presentation. Discussed variances with A&M. | 2.60 |
| 12/14/09 | AH | Review recovery analysis prepared by Company for Centerbridge | 0.40 |
| | | **Total Hours** | **4.80** |

Re:                      Claims & Recoveries
Client/Matter #          005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.40 | 790.00 | 316.00 |
| Harold Y Lee | 3.50 | 510.00 | 1,785.00 |
| Albert Leung | 0.90 | 450.00 | 405.00 |
| **Total Hours & Fees** | **4.80** | | **2,506.00** |

Re:             Misc. Motions
Client/Matter #     005735.00011

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/02/09 | HYL | Reviewed memorandum regarding the analysis of the Debtors' motion to settle certain litigation with the estate of a doctor who brought libel claims against one of the Tribune newspapers. | 0.30 |
| 12/02/09 | AH | Review counsel memoranda on various motions/issues in preparation for UCC meeting | 0.30 |
| 12/02/09 | BH | Review, analyze and make proposed revisions to a draft objection to the Gutman motion whereby Tribune proposes to pay a litigation settlement to a pre-petition creditor. | 1.40 |
| 12/07/09 | BH | Review and analyze information provided by Debtors in support of their motion to approve a settlement with Gutman. | 0.70 |
| 12/08/09 | YK | Reviewed draft of Gutman motion. | 0.80 |
| 12/21/09 | BH | Update Chadbourne on 2 upcoming motions proposed by Tribune. SCNI settlement and Broadcast contract renegotiation. | 0.50 |
| | | **Total Hours** | **4.00** |

Re:                  Misc. Motions
Client/Matter #      005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.30 | 790.00 | 237.00 |
| Harold Y Lee | 0.30 | 510.00 | 153.00 |
| Brad Hall | 2.60 | 595.00 | 1,547.00 |
| Young Kim | 0.80 | 450.00 | 360.00 |
| **Total Hours & Fees** | **4.00** | | **2,297.00** |

Re:            Asset Sales
Client/Matter #    005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/01/09 | ANL | Analyzed and reviewed Debtors' motion and exhibits related to the sale of commercial real estate in Countryside, Illinois. Prepared comments for UCC counsel. | 1.80 |
| 12/01/09 | BH | Analyze and review support materials regarding the motion to sell real property in Countryside, Ill. | 1.20 |
| 12/02/09 | BH | Review, analyze and revise a memo to Chadbourne on the motion proposing the sale of real property in Countryside, Ill. | 1.80 |
| 12/02/09 | ANL | Prepared memo to counsel on the sale process of the Countryside, Illinois property. Analyzed and reviewed Cushman valuation report and comparable sales data. | 2.10 |
| | | **Total Hours** | **6.90** |

Re:                          Asset Sales
Client/Matter #              005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 3.00 | 595.00 | 1,785.00 |
| Albert Leung | 3.90 | 450.00 | 1,755.00 |
| **Total Hours & Fees** | **6.90** | | **3,540.00** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/01/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.70 |
| 12/01/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.30 |
| 12/01/09 | RBD | Deposition preparation for D&P | 2.30 |
| 12/01/09 | MFR | Discussion with Zuckerman regarding various projections. | 0.60 |
| 12/01/09 | MFR | Review and analysis of VRC native Excel workbooks. Discussion with Zuckerman regarding the same. | 2.80 |
| 12/01/09 | MFR | Discussion with Zuckerman regarding the VRC deposition. | 1.10 |
| 12/01/09 | MFR | Review of key documents in preparation for Harry Amsden deposition regarding projections. | 3.90 |
| 12/02/09 | MFR | Review of projections for monthly projections. | 2.10 |
| 12/02/09 | YK | Reviewed and analyzed confidential draft memos from UCC's attorneys. | 0.50 |
| 12/02/09 | MFR | Preparation for VRC deposition. Communication with Zuckerman regarding the same. | 1.20 |
| 12/02/09 | MFR | Reconciliation of Duff & Phelps documents requested and those produced to date. Communication with Chadbourne regarding the same. | 3.20 |
| 12/02/09 | MFR | Review and analysis of various VRC native Excel workbooks.  Discussion with Zuckerman regarding the same. | 1.70 |
| 12/02/09 | CR | Updated review document index for additional production. | 3.90 |
| 12/02/09 | CR | Reviewed Houlihan Lokey documents from Relativity data site. | 0.60 |
| 12/02/09 | CR | Reviewed Duff & Phelps prior document requests against production to date. | 2.90 |
| 12/02/09 | CR | Reviewed and analyzed D&P documents from Relativity data site. | 2.60 |
| 12/03/09 | CR | Reviewed IMGKEY series documents from Relativity data site. | 3.20 |
| 12/03/09 | CR | Discussed document review progress with M. Rule. (AlixPartners) | 0.60 |
| 12/03/09 | CR | Reviewed S&P document production from Relativity data site. | 0.60 |
| 12/03/09 | CR | Reviewed and analyzed VRC documents from Relativity data site. | 0.40 |
| 12/03/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 1.60 |
| 12/03/09 | CR | Searched production for documents related to company projection and forecasting. | 3.60 |
| 12/03/09 | AMJ | Reviewed and summarized various documents in the JPM | 3.80 |

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | document production. Focused on identifying pre-close solvency documents. | |
| 12/03/09 | AMJ | Reviewed and summarized various e-mail documents in the JPM document production. Focused on identifying pre-close solvency information that may impact the solvency analysis. | 3.60 |
| 12/03/09 | MFR | Development of key deposition points for Duff & Phelps deposition.  Communication with Zuckerman regarding the same. | 3.40 |
| 12/03/09 | MFR | Communication with Zuckerman regarding VRC tax calculations. | 0.50 |
| 12/03/09 | MFR | Review of key documents regarding projections and development of timeline of the projection process. (4.4) Meeting with C. Rubel (AlixPartners) (0.6) | 5.00 |
| 12/04/09 | MFR | Review of key documents regarding projections and development of timeline of the projection process. | 8.30 |
| 12/04/09 | AMJ | Reviewed and summarized various e-mail documents in the JPM document production. Focused on identifying pre-close solvency information that may impact the solvency analysis. | 3.70 |
| 12/04/09 | AMJ | Reviewed and summarized various presentation documents in the JPM document production. Focused on identifying pre-close solvency information that may impact the solvency analysis. | 3.20 |
| 12/04/09 | AMJ | Reviewed and summarized various legal documents in the JPM document production. Focused on identifying pre-close solvency information that may impact the solvency analysis. | 1.20 |
| 12/04/09 | EG | Prepared deposition prep materials. | 4.00 |
| 12/04/09 | CR | Reviewed TRB documents for information related to forecasts and projections in February of 2007. | 2.90 |
| 12/04/09 | CR | Reviewed production for documents related to Tribune's projection and forecasting process in August of 2007. | 3.60 |
| 12/04/09 | CR | Reviewed TRB documents for information related to forecasts and projections in October of 2006. | 2.10 |
| 12/07/09 | EG | Prepared materials for depositions. | 1.00 |
| 12/07/09 | AMJ | Reviewed and summarized various JPM e-mail documents. Focused on identifying information that may impact the pre-close solvency analysis. | 4.60 |
| 12/07/09 | AMJ | Reviewed and summarized various JPM legal and presentation documents.  Focused on identifying information that may impact the pre-close solvency analysis. | 3.90 |
| 12/07/09 | CR | Analysis of April projection timeline-related documents for deposition preparation. | 3.80 |
| 12/07/09 | CR | Reviewed and analyzed JPMorgan documents from Relativity data site. | 1.60 |

Re:              Avoidance Actions
Client/Matter #   005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/07/09 | CR | Analysis of Board of Director materials and September projection timeline documents for deposition preparation. | 3.10 |
| 12/07/09 | MFR | Review and analysis of Duff & Phelps tax calculations. Communication with Zuckerman regarding the same. | 1.10 |
| 12/07/09 | MFR | Review of key documents regarding projections and development of timeline of the projection process. Communication with Zuckerman regarding the same. | 8.00 |
| 12/07/09 | JLL | Review of TRB documents from Relativity data site for projections and information regarding how projections are made. | 1.60 |
| 12/07/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 2.70 |
| 12/07/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 1.20 |
| 12/08/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 12/08/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 12/08/09 | MFR | Review of various revenue flash reports. | 1.40 |
| 12/08/09 | MFR | Review of Browning testimony regarding downside cases. Discussion with Zuckerman regarding the same. | 1.70 |
| 12/08/09 | MFR | Review of latest production of JP Morgan key documents. | 2.90 |
| 12/08/09 | CR | Reviewed and analyzed JPMorgan documents from Relativity data site. | 4.40 |
| 12/08/09 | CR | Updated review document index for additional production. | 1.10 |
| 12/08/09 | CR | Analyzed financial data and model release documents related to projection timeline for deposition preparation. | 2.90 |
| 12/08/09 | AMJ | Review JPM YC e-mail document and identify any that may impact the pre-close solvency analysis. | 2.70 |
| 12/08/09 | AMJ | Review JPM YC Excel files and identify any that may impact the pre-close solvency analysis. | 1.70 |
| 12/08/09 | AMJ | Review documents from the JPM document production. Identify all items that may impact the original pre-close solvency opinions. | 1.10 |
| 12/08/09 | MFR | Review of latest production of debtor key documents. | 3.20 |
| 12/08/09 | RBD | Reviewed deposition of Houlihan Lokey | 2.30 |
| 12/09/09 | RBD | Prepare list of documents to give to testifying expert (1.2) Discussion with M. Rule (AlixPartners) (0.5). Held call with Zuckerman attorneys and M. Rule (1.0). | 2.70 |
| 12/09/09 | SP | Reviewed and analyzed Merrill document production | 2.90 |
| 12/09/09 | MFR | Call with Zuckerman and Den Uyl (AlixPartners) regarding | 1.00 |

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | retention of solvency expert. | |
| 12/09/09 | MFR | Communication with Zuckerman regarding Duff & Phelps analysis and interpretation of said analysis. | 1.80 |
| 12/09/09 | MFR | Review of May 15th projections. Communication with Zuckerman regarding the same. | 1.80 |
| 12/09/09 | MFR | Development of list of key documents for testifying expert. | 3.80 |
| 12/09/09 | AMJ | Review and summarize JPM YC e-mail documents. Focus on identifying documents relating to pre-close solvency. | 4.40 |
| 12/09/09 | CR | Updated review document index for newly produced documents. | 1.30 |
| 12/09/09 | CR | Reviewed Houlihan documents from Relativity data site. | 0.60 |
| 12/09/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 3.40 |
| 12/09/09 | CR | Analyzed and reconciled company models from May 2007 for changes in assumptions. | 1.30 |
| 12/09/09 | CR | Reviewed Great Banc and Duff & Phelps documents related to timing and opinions issued. | 1.70 |
| 12/09/09 | YK | Reviewed confidential item from the Chadbourne attorneys. | 0.30 |
| 12/09/09 | YK | Summarized confidential draft motion. | 0.50 |
| 12/09/09 | MFR | Discussion with Den Uyl (AlixPartners) regarding Browning testimony. | 0.50 |
| 12/09/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 12/09/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.90 |
| 12/10/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 12/10/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.90 |
| 12/10/09 | AMJ | Review and summarize JPM documents received (e-mails and presentations). Identify all pre-close solvency information that may impact fraudulent conveyance analysis. | 4.10 |
| 12/10/09 | ANL | Analyzed and reviewed Centerbridge creditor recovery analysis. | 1.10 |
| 12/10/09 | CR | Reviewed board materials documents and presentations from full meetings and special committee meetings. | 3.40 |
| 12/10/09 | CR | Reviewed and analyzed JPMorgan documents from Relativity data site. | 1.30 |
| 12/10/09 | CR | Analyzed and reconciled debt figures and assumptions from March/April/May Duff & Phelps valuation presentations. | 3.90 |
| 12/10/09 | MFR | Participation via phone in debtors and Centerbridge meeting regarding solvency. | 3.00 |

Re:                     Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/10/09 | MFR | Development of list of key documents for testifying expert. Communication with Zuckerman regarding the same. | 4.10 |
| 12/10/09 | MFR | Review of documents from JP Morgan's latest production. | 2.00 |
| 12/10/09 | RBD | Documents for potential testifying expert | 2.30 |
| 12/11/09 | RBD | Review VRC Deposition (Browning) | 3.20 |
| 12/11/09 | MFR | Call with Zuckerman regarding the upcoming Duff & Phelps deposition. | 1.50 |
| 12/11/09 | MFR | Discussion with C. Rubel (AlixPartners) regarding document review status. | 1.00 |
| 12/11/09 | MFR | Analysis of various components of Duff & Phelps solvency analysis in preparation for call with Zuckerman. | 2.70 |
| 12/11/09 | MFR | Communication with Zuckerman regarding VRC and downside case. | 0.60 |
| 12/11/09 | MFR | Review list of documents developed by Chadbourne regarding projections. Communication with Zuckerman regarding the same. | 4.00 |
| 12/11/09 | CR | Updated review document index for additional production. | 0.80 |
| 12/11/09 | CR | Reviewed JPMorgan documents from Relativity data site. (5.6) Held meeting with M. Rule (AlixPartners) (1.0). | 6.60 |
| 12/11/09 | CR | Reviewed reconciliation of debt figures from Duff & Phelps presentations. | 0.40 |
| 12/11/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 12/11/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 12/14/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 12/14/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 12/14/09 | MFR | Call with G. Bush (Zuckerman) regarding Harry Amsden deposition. | 1.20 |
| 12/14/09 | MFR | Review and analysis of Duff & Phelps document. Communication with Zuckerman regarding the same. | 1.00 |
| 12/14/09 | MFR | Review, research and analysis of questions posed by Zuckerman in preparation for Harry Amsden deposition. | 6.10 |
| 12/14/09 | CR | Updated review document index for additional production. | 0.80 |
| 12/14/09 | CR | Reviewed and analyzed Great Banc documents from Relativity data site. | 1.10 |
| 12/14/09 | CR | Analyzed debtor (TRB) documents for deposition preparation. | 2.90 |
| 12/14/09 | CR | Analyzed debtor projection documents, financial releases | 5.20 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and flash reports for deposition preparation. | |
| 12/14/09 | RBD | Reviewed documents with Zuckerman and reviewed debtors recovery analysis | 1.80 |
| 12/14/09 | RBD | Reviewed Rucker deposition | 3.20 |
| 12/14/09 | RBD | Research questions from Zuckerman | 1.70 |
| 12/15/09 | YK | Reviewed and analyzed confidential deposition memo distributed by Chadbourne. | 0.50 |
| 12/15/09 | CR | Analysis of company models from May 2007. | 1.60 |
| 12/15/09 | CR | Analyzed interactive and media service operating plans and company adjustments. | 2.70 |
| 12/15/09 | CR | Reviewed and analyzed JPMorgan documents from Relativity data site. | 2.80 |
| 12/15/09 | CR | Analyzed publishing flash report projection changes in 2007. | 1.10 |
| 12/15/09 | CR | Analyzed debtor (TRB) valuation documents for deposition preparation. | 1.10 |
| 12/15/09 | MFR | Review, research and analysis of questions posed by Zuckerman in preparation for Harry Amsden deposition. | 3.00 |
| 12/15/09 | MFR | Meeting with G. Bush (Zuckerman) and Den Uyl (Alix) regarding upcoming meeting with debtors and Centerbridge. | 0.50 |
| 12/15/09 | MFR | Meeting with G. Bush (Zuckerman) in preparation for Harry Amsden deposition. | 2.00 |
| 12/15/09 | MFR | Answered additional follow-up questions from G. Bush (Zuckerman) in preparation for Harry Amsden deposition. | 2.50 |
| 12/15/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.90 |
| 12/15/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.30 |
| 12/16/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.80 |
| 12/16/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.20 |
| 12/16/09 | AMJ | Review and summarize JPM PC e-mail documents. Focus on identifying pre-close solvency data. | 3.70 |
| 12/16/09 | MFR | Final preparation for Harry Amsden deposition. | 1.30 |
| 12/16/09 | MFR | Attendance at Harry Amsden deposition. | 7.00 |
| 12/16/09 | MFR | Communication with Zuckerman regarding Duff & Phelps deposition. | 0.60 |
| 12/16/09 | CR | Reviewed EGI documents from Relativity data site. | 5.10 |
| 12/16/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 2.60 |
| 12/16/09 | CR | Updated review document index for additional production. | 0.80 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/16/09 | CR | Prepared document review status update. | 0.80 |
| 12/16/09 | RBD | Reviewed AlixPartners' analysis in preparation for Tribune/Centerbridge meeting in Chicago | 3.50 |
| 12/17/09 | SP | Reviewed and analyzed documents from Merrill production | 2.10 |
| 12/17/09 | CR | Updated review document index for additional production. | 0.90 |
| 12/17/09 | CR | Valuation multiple analysis of Blackstone and Morgan Stanley presentations. | 2.30 |
| 12/17/09 | CR | Reviewed EGI documents from Relativity data site. | 2.90 |
| 12/17/09 | CR | Reviewed Tribune analyst reports from April to December of 2007 for closing commentary. | 2.80 |
| 12/17/09 | MFR | Preparation for meeting with debtors and Centerbridge. | 1.30 |
| 12/17/09 | MFR | Attendance at meeting with debtors and Centerbridge regarding solvency. | 3.30 |
| 12/17/09 | MFR | Review of all public statements made regarding the transaction closing. | 2.70 |
| 12/17/09 | MFR | Review and analysis of Lazard and Centerbridge presentations regarding solvency. | 1.70 |
| 12/17/09 | AMJ | Review various PC JPM files (e-mails, presentations, legal documents). Focus on identifying all pre-close solvency data which may impact December 2007 valuation. | 3.60 |
| 12/17/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 12/17/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 12/18/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 3.10 |
| 12/18/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 12/18/09 | AMJ | Review and summarize various e-mail documents. Identify all pre-close solvency information that my impact December 2007 valuation. | 2.70 |
| 12/18/09 | MFR | Review of all public statements made regarding the transaction closing. | 2.80 |
| 12/18/09 | MFR | Review and analysis of Lazard and Centerbridge presentations regarding solvency. | 5.50 |
| 12/18/09 | CR | Updated review document index for additional production. | 0.80 |
| 12/18/09 | CR | Reviewed company statements and releases for Lazard report critique. | 2.60 |
| 12/18/09 | CR | Reviewed news stories and article searches for commentary for Lazard critique. | 2.70 |
| 12/18/09 | CR | Reviewed ratings agency coverage and commentary related | 1.90 |

Re:                     Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | to Zell transaction for Lazard critique. | |
| 12/18/09 | RBD | Analysis of Lazard presentation and public statements regarding Step 2 closing | 3.50 |
| 12/19/09 | CR | Analyzed projections and financial results for Lazard Step 1 report critique. | 2.40 |
| 12/19/09 | CR | Analyzed 3rd-party valuation support for Lazard Step 1 report critique. | 2.30 |
| 12/19/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 0.60 |
| 12/19/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 1.40 |
| 12/20/09 | CR | Analyzed tax savings computations for Lazard Step 2 report critique. | 1.80 |
| 12/20/09 | CR | Verified Lazard Step 1 and Step 2 commentary against source valuation reports. | 0.60 |
| 12/20/09 | CR | Analyzed Step 2 financial performance and projection data for Lazard report critique. | 2.10 |
| 12/21/09 | AMJ | Reviewed various JPM e-mail and legal documents. Focused on pre-close solvency information. | 3.40 |
| 12/21/09 | CR | Reviewed Duff & Phelps valuations for Lazard presentation critique. | 1.80 |
| 12/21/09 | CR | Updated review document index for additional production. | 0.80 |
| 12/21/09 | CR | Reviewed VRC valuation presentations for Lazard presentation critique. | 2.60 |
| 12/21/09 | CR | Reconciled projection figures for Lazard valuation critique. | 2.60 |
| 12/21/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 12/21/09 | MFR | Communication with Zuckerman regarding primary valuation documents / materials. | 0.50 |
| 12/21/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 12/22/09 | MFR | Analysis and communication with Zuckerman regarding pre-petition cash transfers. | 1.10 |
| 12/22/09 | MFR | Review and analysis of Lazard and Centerbridge presentations regarding solvency. | 7.30 |
| 12/22/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 12/22/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 12/22/09 | CR | Updated review document index for additional production. | 0.80 |
| 12/22/09 | CR | Reviewed JPMorgan docs from Relativity data site. | 2.60 |

Re:                     Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 12/22/09 | CR | Reconciled Blackstone projection sets for Lazard valuation critique. | 2.60 |
| 12/22/09 | CR | Reviewed projection timeline documents for Lazard valuation critique. | 1.40 |
| 12/22/09 | CR | Analyzed Morgan Stanley valuation presentations for Lazard critique. | 2.10 |
| 12/22/09 | AMJ | Reviewed and summarized various EGI e-mail documents received.  Focused on identifying pre-close solvency documents. | 2.40 |
| 12/23/09 | CR | Analyzed equity investment valuations for Lazard critique. | 0.80 |
| 12/23/09 | CR | Analyzed tax savings calculations for Lazard valuation critique. | 1.10 |
| 12/23/09 | CR | Analyzed changes in Blackstone February and May valuation assumptions for Lazard critique. | 1.20 |
| 12/23/09 | CR | Reviewed projection timeline documents for Lazard critique. | 2.80 |
| 12/23/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 1.10 |
| 12/23/09 | MFR | Review and analysis of Lazard and Centerbridge presentations regarding solvency. | 5.30 |
| 12/23/09 | RBD | Analysis of PHONES Debt | 1.30 |
| 12/23/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.80 |
| 12/23/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.20 |
| 12/23/09 | AMJ | Summarized various EGI Law production documents relating to Tribune going private deal.  Focused on identifying pre-close solvency information. | 1.10 |
| 12/23/09 | AMJ | Reviewed and summarized various EGI-Law e-mail documents.  Focused on identifying pre-close solvency data. | 3.20 |
| 12/24/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 0.50 |
| 12/24/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 0.20 |
| 12/24/09 | AMJ | Reviewed and summarized various EGI presentation and legal documents received. Focused on identifying pre-close solvency information. | 3.10 |
| 12/28/09 | AMJ | Reviewed and summarized various EGI Law e-mail documents.  Focused on identifying pre-close solvency data. | 3.40 |
| 12/28/09 | AMJ | Reviewed and summarized various EGI Law legal documents.  Focused on identifying pre-close solvency data. | 3.90 |
| 12/28/09 | CR | Updated review document index for additional production. | 1.80 |
| 12/28/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 1.90 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/28/09 | MFR | Review and analysis of Lazard and Centerbridge presentations regarding solvency. | 3.70 |
| 12/29/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 7.40 |
| 12/29/09 | CR | Reviewed Citi documents from Relativity data site. | 0.60 |
| 12/29/09 | AMJ | Reviewed and summarized various EGI-Law e-mail documents. Focused on identifying pre-close solvency information. | 3.80 |
| 12/29/09 | AMJ | Reviewed and summarized various EGI-Law presentations and legal documents. Focused on identifying pre-close solvency information. | 1.40 |
| 12/29/09 | RBD | Analysis of Lazard and Centerbridge presentations and telephone call with Zuckerman (3.2) Discussions with M. Rule (0.5) | 3.70 |
| 12/29/09 | MFR | Discussion with Den Uyl (AlixPartners) regarding Lazard and Centerbridge presentations. | 0.50 |
| 12/29/09 | MFR | Conference call with Zuckerman re: Lazard and Centerbridge presentations. | 1.20 |
| 12/30/09 | AMJ | Reviewed and summarized various EGI-Law documents received. | 2.30 |
| 12/30/09 | CR | Reviewed JPMorgan documents from Relativity data site. | 1.90 |
| 12/30/09 | ANL | Reviewed historical bond pricing and ratings information. Discussed with UCC counsel. Reviewed historical capital structure of Tribune. | 3.20 |
| 12/30/09 | ANL | Prepared charts of historical Tribune corporate bond pricing from 2005 through 2009 for each Tribune corporate bond issue. | 3.40 |
| 12/30/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 6.60 |
| 12/30/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 3.70 |
| 12/31/09 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.20 |
| 12/31/09 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.60 |
| | | **Total Hours** | **558.80** |

Re:                    Avoidance Actions
Client/Matter #        005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 31.50 | 835.00 | 26,302.50 |
| Mark F Rule | 142.00 | 510.00 | 72,420.00 |
| Albert Leung | 7.70 | 450.00 | 3,465.00 |
| Young Kim | 1.80 | 450.00 | 810.00 |
| Jeff L Lack | 127.00 | 380.00 | 48,260.00 |
| Stefan Piotrowski | 5.00 | 295.00 | 1,475.00 |
| Adam M Janovsky | 76.00 | 295.00 | 22,420.00 |
| Christopher Rubel | 162.80 | 295.00 | 48,026.00 |
| Erin Green | 5.00 | 170.00 | 850.00 |
| **Total Hours & Fees** | **558.80** | | **224,028.50** |

Re:             UCC Meetings
Client/Matter #     005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/03/09 | AH | Weekly UCC meeting (telephonic) | 0.90 |
| 12/03/09 | BH | Participate in telephonic UCC meeting. | 0.90 |
| 12/03/09 | BH | Prepare comments for presentation in weekly UCC meeting. | 1.00 |
| 12/08/09 | BH | Attend weekly UCC professionals meeting hosted by Chadbourne to discuss outstanding issues. | 0.60 |
| 12/08/09 | AH | Weekly call with UCC professionals | 0.60 |
| 12/08/09 | MFR | UCC professional's conference call. | 0.50 |
| 12/10/09 | ANL | Prepared for and participated in the UCC telephonic meeting with UCC counsel. | 0.80 |
| 12/10/09 | RBD | Creditor Committee Meeting and review recovery analysis | 3.20 |
| 12/10/09 | AH | Weekly UCC meeting | 0.70 |
| 12/10/09 | YK | Prepared for and attended UCC meeting. Drafted notes after the conclusion of the call. | 1.40 |
| 12/11/09 | BH | Review minutes of UCC meeting. | 0.40 |
| 12/15/09 | BH | Participate in weekly UCC professionals meeting hosted by Chadbourne. | 0.60 |
| 12/15/09 | HYL | Participated in weekly UCC professionals' call | 0.60 |
| 12/15/09 | AH | Weekly UCC professionals planning call | 0.60 |
| 12/15/09 | RBD | Participated in UCC Professionals call | 0.80 |
| 12/15/09 | MFR | Participated in UCC professional's conference call. | 0.50 |
| 12/17/09 | AH | Weekly UCC meeting (telephonic) | 0.50 |
| 12/17/09 | RBD | UCC / Centerbridge meeting at Sidley and preparation | 4.30 |
| 12/17/09 | BH | Attend telephonic UCC meeting. | 0.60 |
| 12/17/09 | BH | Prepare comments for presentation of financial results to the UCC. | 1.00 |
| 12/21/09 | MFR | Review and analysis of Lazard and Centerbridge presentations regarding solvency. | 8.00 |
| 12/22/09 | MFR | UCC professional's conference call. | 0.50 |
| 12/22/09 | BH | Participate in weekly professionals call with Chadbourne. | 0.80 |
| 12/22/09 | RBD | Tribune UCC call | 1.00 |
| 12/29/09 | RBD | UCC Professionals call | 0.80 |
| 12/29/09 | BH | Draft notes to UCC Professionals call for those unable to attend the meeting. | 0.50 |
| 12/29/09 | BH | Participate in the weekly UCC Professionals call with Chadbourne. | 0.60 |
| 12/29/09 | MFR | UCC professional's conference call. | 0.80 |
| | | **Total Hours** | **33.50** |

Re:              UCC Meetings
Client/Matter #    005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 10.10 | 835.00 | 8,433.50 |
| Alan Holtz | 3.30 | 790.00 | 2,607.00 |
| Mark F Rule | 10.30 | 510.00 | 5,253.00 |
| Harold Y Lee | 0.60 | 510.00 | 306.00 |
| Brad Hall | 7.00 | 595.00 | 4,165.00 |
| Albert Leung | 0.80 | 450.00 | 360.00 |
| Young Kim | 1.40 | 450.00 | 630.00 |
| **Total Hours & Fees** | **33.50** | | **21,754.50** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/08/09 | YK | Prepared November 2009 fee application. | 1.80 |
| 12/09/09 | YK | Prepared November 2009 fee application. | 2.30 |
| 12/10/09 | ANL | Reviewed first interim fee order provided by Debtors' counsel. Prepared summary of billings to date. | 1.80 |
| 12/10/09 | AH | Analysis of fees and review of proposed 1st Fee Period order | 0.30 |
| 12/11/09 | ANL | Prepared November 2009 fee application. | 0.80 |
| 12/11/09 | YK | Prepared November 2009 fee application. | 0.60 |
| 12/13/09 | YK | Prepared November 2009 fee application. | 2.10 |
| 12/14/09 | ANL | Prepared November fee application and exhibits. | 1.10 |
| 12/14/09 | YK | Prepared November 2009 fee application. | 1.00 |
| 12/15/09 | YK | Prepared November 2009 fee application. | 0.50 |
| 12/15/09 | ANL | Reviewed and revised November 2009 fee application. | 1.20 |
| 12/15/09 | AH | Participate in Bankruptcy Court hearing (telephonically) re: first fee application | 0.20 |
| 12/16/09 | ANL | Drafted November 2009 fee application motion. | 1.30 |
| 12/16/09 | YK | Prepared November 2009 fee application. | 0.50 |
| 12/18/09 | ANL | Reviewed and revised November 2009 fee application motion and exhibits. | 1.10 |
| 12/18/09 | AH | Detail review of 11/09 fee application | 2.10 |
| 12/22/09 | ANL | Reviewed and revised November 2009 fee application motion and exhibits. | 2.30 |
| | | **Total Hours** | **21.00** |

Re:                        Billing and Retention
Client/Matter #            005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.60 | 790.00 | 2,054.00 |
| Albert Leung | 9.60 | 450.00 | 4,320.00 |
| Young Kim | 8.80 | 450.00 | 3,960.00 |
| **Total Hours & Fees** | **21.00** | | **10,334.00** |