# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Expenses | Amount |
|---|---|
| Cab Fare/Ground Transportation | 96.00 |
| Long Distance Calls | 44.13 |
| Research | 59.95 |
| **Total Disbursements** | **200.08** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 12/01/09 | Research Albert Leung-Commercial Real Estate Database Fee | 30.00 |
| 12/02/09 | Research Albert Leung-Commercial Real Estate Research | 29.95 |
| 12/10/09 | Phone charge for Young Kim | 16.25 |
| 12/14/09 | Phone charge for Harold Lee | 11.16 |
| 12/15/09 | Cab Fare/Ground Transportation Jennifer Braverman-(in town) | 27.00 |
| 12/16/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home-(in town) | 17.00 |
| 12/17/09 | Cab Fare/Ground Transportation R. Bruce Den Uyl-Tribune Meeting (out of town) | 6.00 |
| 12/17/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home-(in town) | 16.00 |
| 12/19/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (in town) | 15.00 |
| 12/20/09 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (in town) | 15.00 |
| 12/22/09 | Raindance Communications - Conference Calls - Albert Leung | 12.56 |
| 12/30/09 | Raindance Communications - Conference Calls - Brad Hall | 1.18 |
| 12/30/09 | Raindance Communications - Conference Calls - Brad Hall | 2.98 |
| | **Total Disbursements** | **200.08** |