# EXHIBIT A

## SUMMARY OF FEE AND EXPENSE REQUEST

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Hearing Date:** *Only if Objections are filed*<br>**Objection Date: February 16, 2010 at 4:00 p.m.** |

## APPLICATION OF SEYFARTH SHAW LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS EMPLOYMENT LITIGATION COUNSEL TO THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS FOR THE PERIOD OF NOVEMBER 1, 2009 <u>THROUGH NOVEMBER 30, 2009</u>

| | |
|---|---|
| Name of Applicant: | **Seyfarth Shaw LLP** |
| Authorized to Provide<br>Professional Services in the Ordinary Course<br>of Business to: | **Debtors** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Date of Ordinary Course Professional Retention: | **January 15, 2009** |
| Period for Which Compensation and Reimbursement is Sought: | **November 1, 2009 through November 30, 2009** |
| Amount of compensation sought as actual, reasonable and necessary: | **$73,156.05** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | **$6,104.99** |

This is a(n):    __X__ monthly          _____ interim          _____ final application

Requested Payment Amount:

Fees at 80%                              **$58,524.84**

Expenses at 100%                         **$6,104.99**

2

## **EXHIBIT B**

## **FEE SUMMARY**

## FEE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Michael Afar | Law Clerk Litigation N/A | $ 80.00 | .80 | $64.00 |
| Michael Argado | Librarian | $ 170.00 | 1.00 | $170.00 |
| Malerie Halperin | Paralegal/ Labor & Employment N/A | $ 275.00 | 1.60 | $440.00 |
| Dennis Hyun | Associate/ Labor & Employment Admitted 2003 | $ 400.00 | 62.50 | $25,000.00 |
| David Jimenez | Paralegal Labor & Employment N/A | $ 220.00 | 1.50 | $330.00 |
| Condon McGlothlen | Partner Labor & Employment Admitted 1987 | $ 575.00 | 1.50 | $862.50 |
| Jon Meer | Partner Labor & Employment Admitted 1989 | $ 570.00 | 50.80 | $28,956.00 |
| Kristin Michaels | Partner/ Labor & Employment Admitted 1991 | $ 570.00 | 14.40 | $8,208.00 |
| Camille Olson | Partner/ Labor & Employment Admitted 1983 | $ 680.00 | 1.20 | $816.00 |
| Natascha Riesco | Associate/ Labor & Employment Admitted 2004 | $ 390.00 | 5.00 | $1,950.00 |
| Timothy Rusche | Associate Labor & Employment Admitted 2000 | $ 435.00 | 1.20 | $522.00 |
| Brett Safford | Law Clerk | $ 80.00 | 2.30 | $184.00 |
| Jeremy Sherman | Partner/ Labor & Employment Admitted 1976 | $ 685.00 | 12.30 | $8,425.50 |
| Diane Veltman | Librarian | $ 135.00 | .20 | $27.00 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simon Yang | Associate/ Labor & Employment Admitted 2008 | $ 285.00 | 18.70 | $5,329.50 |
| **TOTALS** | | | 175.00 | $81,284.50 |
| **Less Discount** | | | | **$73,156.05** |
| | | | | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Labor – General (12575-1) | 2.20 | $1,254.00 |
| Guild Labor Matters (12575-28) | 6.20 | $3,591.50 |
| Pay for Performance (12575-296) | 11.80 | $8,083.00 |
| Columnist Reporting Assignments (12575-297) | 6.60 | $3,675.00 |
| Los Angeles Times – Clement, Jane (33175-20) | 1.20 | $522.00 |
| Tribune – Labor General (110089-1) | 1.50 | $862.50 |
| Corporate Independent Contractor Matters (36078-2) | 1.20 | $816.00 |
| Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 139.20 | $60,473.50 |
| Michael Cordts v. (10512-90) | 2.70 | $1,053.00 |
| General (57634-1) | 1.30 | $507.00 |
| Work Schedule Grievance (57634-4) | .10 | $57.00 |
| JoAnn Parker v. Case No. 2009L010092 (57634-6) | 1.0 | 390.00 |
| **TOTALS** | **175.00** | **$81,284.50** |
| **Less Discount** | | **$73,156.05** |

2

# EXHIBIT C

## EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD**
**NOVEMBER 1, 2009 THROUGH NOVEMBER 30,2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $1.04 |
| Facsimile | | $9.27 |
| Copying | | $818.60 |
| Travel | | $18.00 |
| Online Research | Lexis, Westlaw | $1,581.16 |
| Filing Fees | Clerk, Los Angeles Superior Court | $555.00 |
| Attorney Services | Nationwide Legal, Inc. | $331.65 |
| Local Messenger | | $174.30 |
| Court Fees | Clerk, Circuit Court of Cook County | $28.00 |
| Deposition Transcripts | | $2,587.97 |
| **TOTAL** | | **$6,104.99** |

# EXHIBIT D

# FEE AND EXPENSE DETAIL



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1673239
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2009

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/04/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding GCIU retirement fund and Guild step 2 grievance. | 0.40 | 228.00 |
| 11/04/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding GCIU retirement fund issue. | 0.20 | 114.00 |
| 11/13/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding Drivers' agreement. | 0.30 | 171.00 |
| 11/13/09 | K. Michaels | C300 | 0 | Review of draft Drivers' agreement. | 0.50 | 285.00 |
| 11/13/09 | K. Michaels | C300 | 0 | Review of draft letter to the GCIU concerning pension plan. | 0.20 | 114.00 |
| 11/13/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding GCIU pension. | 0.40 | 228.00 |
| 11/20/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding GCIU fund issues. | 0.20 | 114.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| | | |
|---|---|---|
| **Total Hours** | | 2.20 |
| **Total Fees** | | $1,254.00 |
| **Less Discount** | | ($125.40) |
| **Total Fees After Discount** | | $1,128.60 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 2.20 | hours at | $570.00 | per hour | |

| **Disbursements** | **Value** |
|---|---|
| Long Distance Telephone | 1.04 |
| **Total Disbursements** | 1.04 |
| **Total Amount Due** | $1,129.64 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1673239
0276 12575 / 12575-000001
Labor-General 0000001174

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,254.00 |
| Less Discount | ($125.40) |
| Total Fees after Discount | $1,128.60 |
| Total Disbursements | 1.04 |
| Total Fees and Disbursements This Statement | $1,129.64 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1673234
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2009

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/10/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached step 3 grievance letter from Guild (.20); telephone conference with A. Barnes regarding same (.20). | 0.40 | 228.00 |
| 11/12/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes regarding legal questions. | 0.20 | 114.00 |
| 11/12/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding issues. | 0.80 | 456.00 |
| 11/12/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached information request from Guild. | 0.50 | 285.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 11/13/09 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes regarding response to Guild information request (.2); review of correspondence to and from client related to same (.3). | 0.50 | 342.50 |
| 11/13/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding Company response to step 3 letter. | 0.30 | 171.00 |
| 11/13/09 | K. Michaels | C300 | 0 | Review of Guild step 3 letter assignment of work to non-bargaining (.2); review related grievance letters and responses (.2); review of draft response to Guild step 3 letter (.1). | 0.50 | 285.00 |
| 11/18/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes. | 0.50 | 285.00 |
| 11/19/09 | K. Michaels | C300 | 0 | Review of bulletin from A. Barnes. | 0.20 | 114.00 |
| 11/20/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding response to Guild position, review of contract regarding same. | 0.50 | 285.00 |
| 11/20/09 | K. Michaels | C300 | 0 | Review of draft response from A. Barnes to Guild regarding Guild's position. | 0.20 | 114.00 |
| 11/24/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding in step 3 meeting. | 0.20 | 114.00 |
| 11/24/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes. | 0.20 | 114.00 |
| 11/25/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached letters from Guild. | 0.50 | 285.00 |
| 11/30/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding Guild. | 0.20 | 114.00 |
| 11/30/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding Guild. | 0.30 | 171.00 |
| 11/30/09 | K. Michaels | C300 | 0 | Review and editing of Company draft response to latest Guild information request. | 0.20 | 114.00 |

**Total Hours**                                                                 6.20



Baltimore Sun

| | | |
|---|---|---|
| **Total Fees** | | $3,591.50 |
| **Less Discount** | | (\$359.15) |
| **Total Fees After Discount** | | $3,232.35 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.50 | hours at | $685.00 | per hour |
| K. Michaels | Partner | - | 5.70 | hours at | $570.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $3,232.35 |



**SEYFARTH**
**A T T O R N E Y S   SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1673234
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

---

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $3,591.50 |
| Less Discount | ($359.15) |
| Total Fees after Discount | $3,232.35 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,232.35 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1672344
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2009

**Pay for Performance; Case No. 16 300 00758 09**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/05/09 | J. Sherman | L110 | 0 | Telephpne conference with A. Barnes and D. Morrison regarding investigating facts of case. | 1.00 | 685.00 |
| 11/11/09 | J. Sherman | L120 | 0 | Review of bargaining history notes and proposals received from client (3.5); telephone conference with A. Barnes regarding same (.5). | 4.00 | 2,740.00 |
| 11/19/09 | J. Sherman | L120 | 0 | Telephone conference with A. Barnes and H. Weinstein regarding case investigation. | 1.00 | 685.00 |
| 11/21/09 | J. Sherman | L120 | 0 | Case preparation. | 4.50 | 3,082.50 |
| 11/23/09 | J. Sherman | L120 | 0 | Telephone conference with A. Barnes and H. Weinstein to continue case investigation (.8); related research (.5). | 1.30 | 890.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| | | |
|---|---|---|
| **Total Hours** | | 11.80 |
| **Total Fees** | | $8,083.00 |
| **Less Discount** | | ($808.30) |
| **Total Fees After Discount** | | $7,274.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 11.80 | hours at | $685.00 | per hour |

| Date | Disbursements | | Value |
|---|---|---|---|
| | **Copying** | | |
| 11/11/09 | Copying | | 3.40 |
| **Total Disbursements** | | | 3.40 |
| **Total Amount Due** | | | $7,278.10 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1672344
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $8,083.00 |
| Less Discount | ($808.30) |
| Total Fees after Discount | $7,274.70 |
| Total Disbursements | 3.40 |
| Total Fees and Disbursements This Statement | $7,278.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1673236
0276 12575 / 12575-000297
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2009

### Columnists Reporting Assignments Arbitration; Case No. 16 300 00842 09

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/18/09 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes and attached demand for arbitration and step 3 response. | 0.50 | 285.00 |
| 11/20/09 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes and attached arbitrator list and supporting documentation. | 0.30 | 171.00 |
| 11/20/09 | D. Veltman | C200 | | Locate and obtain statistics for K. Michaels. | 0.20 | 27.00 |
| 11/23/09 | K. Michaels | L120 | | Review of statistics data and relevant cases panel. | 1.10 | 627.00 |
| 11/24/09 | K. Michaels | C200 | 0 | Research arbitral case to use in preparation for hearing and for post-hearing brief. | 3.90 | 2,223.00 |
| 11/24/09 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes. | 0.30 | 171.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/24/09 | K. Michaels | L120 | 0 | Second telephone conference with A. Barnes. | 0.20 | 114.00 |
| 11/24/09 | K. Michaels | L120 | 0 | Direction for preparation of letter to American Arbitration Association. | 0.10 | 57.00 |

**Total Hours** — 6.60

**Total Fees** — $3,675.00

**Less Discount** — ($367.50)

**Total Fees After Discount** — $3,307.50

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 6.40 | hours at | $570.00 | per hour |
| D. Veltman | Librarian | - | 0.20 | hours at | $135.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 11/25/09 | Facsimile | 5.52 |

**Total Disbursements** — 5.52

**Total Amount Due** — $3,313.02



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1673236
0276 12575 / 12575-000297
Columnists Reporting Assignments Arbitration; Case
No. 16 300 00842 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,675.00 |
| Less Discount | ($367.50) |
| Total Fees after Discount | $3,307.50 |
| Total Disbursements | 5.52 |
| Total Fees and Disbursements This Statement | $3,313.02 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1672350
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through November 30, 2009

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/04/09 | T. Rusche | L430 | 0 | Prepare notice of hearing on bankruptcy stay. | 0.20 | 87.00 |
| 11/30/09 | T. Rusche | L430 | 0 | Attend order to show cause regarding bankruptcy. | 1.00 | 435.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.20 | |
| **Total Fees** | | $522.00 |
| **Less Discount** | | ($52.20) |
| **Total Fees After Discount** | | $469.80 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

CHI 11865565.2



Invoice No. 1672350

Page 2

Los Angeles Times (Sherman)

**Timekeeper Summary**

| T. Rusche | Associate | - | 1.20 | hours at | $435.00 | per hour |
|-----------|-----------|---|------|----------|---------|----------|

**Total Disbursements**                                                0.00

**Total Amount Due**                                              $469.80



SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1672350
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $522.00 |
| Less Discount | ($52.20) |
| Total Fees after Discount | $469.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $469.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1672388
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2009

### Labor-General 0000000968

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/10/09 | C. McGlothlen | C300 | 0 | Email correspondence with A. Lipson. | 0.20 | 115.00 |
| 11/14/09 | C. McGlothlen | C300 | 0 | Review STD policy and letters regarding same to employees (.3), draft proposed letter (.8); analysis of same to A. Lipson (.2). | 1.30 | 747.50 |

| | | |
|---|---|---|
| **Total Hours** | | 1.50 |
| **Total Fees** | | $862.50 |
| **Less Discount** | | ($86.25) |
| **Total Fees After Discount** | | $776.25 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

## Timekeeper Summary

C. McGlothlen          Partner          -          1.50          hours at          $575.00          per hour

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                    $776.25



# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1672388
0276 11089 / 11089-000001
Labor-General 0000000968

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $862.50 |
| Less Discount | ($86.25) |
| Total Fees after Discount | $776.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $776.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N

CH1 11865649.2



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1673233
0276 36078 / 36078-000002
WIST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

For legal services rendered through November 30, 2009

### Corporate Independent Contractor Matters 0000001092

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/23/09 | C. Olson | C300 | 0 | Meeting with K. Flax. | 1.20 | 816.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.20 | |
| **Total Fees** | | $816.00 |
| **Less Discount** | | ($81.60) |
| **Total Fees After Discount** | | $734.40 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 1.20 | hours at | $680.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1673233

Page 2

Tribune Company/Olson

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                 $734.40



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

Invoice No. 1673233
0276 36078 / 36078-000002
Corporate Independent Contractor Matters 0000001092

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $816.00 |
| Less Discount | ($81.60) |
| Total Fees after Discount | $734.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $734.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N

CH1 11867040.2



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1673243
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2009

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/30/09 | J. Meer | L310 | 0 | Review plaintiff's notice of deposition and amended notice of deposition of B. Lopez-Nash. | 0.30 | 171.00 |
| 11/02/09 | J. Meer | L310 | 0 | Review notice of results of hearing defeating plaintiff's motions to quash third party discovery. | 0.40 | 228.00 |
| 11/02/09 | S. Yang | L250 | 0 | Begin draft motion to compel appearance at deposition with production of documents. | 0.80 | 228.00 |
| 11/02/09 | D. Hyun | C400 | 0 | Draft letter to subpoena company regarding denial of plaintiff's motions to quash subpoenas so that company can proceed to obtain documents. | 0.40 | 160.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1673243

Page 2

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/02/09 | D. Hyun | L430 | 0 | Draft memo regarding motion to quash subpoenas. | 0.40 | 160.00 |
| 11/02/09 | D. Hyun | L430 | 0 | Appearance at court for plaintiff's motion to quash subpoena and meet and confer regarding same as ordered by court in jury room. | 4.50 | 1,800.00 |
| 11/02/09 | M. Halperin | L310 | 0 | Review and respond to communication from D. Hyun regarding the result of the hearing on plaintiff's motion to quash our subpoenas. | 0.10 | 27.50 |
| 11/02/09 | M. Halperin | L310 | 0 | Preparation of communication to the deposition office regarding the results of the motion to quash hearing and instructions for proceeding with the subpoenas. | 0.10 | 27.50 |
| 11/02/09 | B. Safford | IMMH 11 | 0 | Prepare exhibits for motion for summary judgment. | 1.80 | 144.00 |
| 11/02/09 | M. Afar | L110 | 0 | Prepare exhibits for motion for summary judgment. | 0.80 | 64.00 |
| 11/03/09 | J. Meer | L240 | 0 | Prepare motion for summary judgment. | 2.80 | 1,596.00 |
| 11/03/09 | D. Hyun | C400 | 0 | Draft letter to ESPN regarding subpoena. | 0.50 | 200.00 |
| 11/03/09 | D. Hyun | C400 | 0 | Draft letter to Tribune regarding subpoena. | 0.50 | 200.00 |
| 11/03/09 | D. Hyun | L310 | 0 | Draft amended subpoena to KTLA to get plaintiff's personnel documents. | 1.90 | 760.00 |
| 11/03/09 | D. Hyun | L330 | 0 | Review and analyze plaintiff's draft subpoena to KTLA for records of plaintiff and I. Goldstone. | 0.60 | 240.00 |
| 11/03/09 | D. Hyun | L330 | 0 | Draft deposition outline/memo regarding deposition of B. Lopez-Nash. | 2.20 | 880.00 |
| 11/03/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 0.80 | 320.00 |



Invoice No. 1673243

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/03/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun regarding the denial of the motion to quash the subpoenas served on NBC. | 0.10 | 27.50 |
| 11/03/09 | B. Safford | IMMH 11 | 0 | Prepare deposition kit for B. Lopez-Nash. | 0.50 | 40.00 |
| 11/04/09 | J. Meer | L330 | 0 | Review deposition transcript of C. Neuman for reference to B. Lopez-Nash. | 1.00 | 570.00 |
| 11/04/09 | D. Hyun | L330 | 0 | Continued work on draft of subpoena and document requests to KTLA. | 0.60 | 240.00 |
| 11/04/09 | D. Hyun | L330 | 0 | Continued work on draft of deposition outline/memo for B. Lopez-Nash deposition. | 1.60 | 640.00 |
| 11/04/09 | D. Jimenez | L350 | 0 | Drafting employment records subpoena to KTLA, Inc., Attachment 3 listing all items to be produced, and Notice to Consumer (.6); making changes to subpoena and attachment as requested by D. Hyun (.3); conferences with D. Hyun regarding same (.2); coordinating service of notice to consumer and subpoenas with attorney service (.4). | 1.50 | 330.00 |
| 11/05/09 | J. Meer | L190 | 0 | Revise motion for summary judgment and related pleadings (4.5); prepare email to clients regarding same (.5); review most recent third party deposition subpoenas from plaintiff's counsel (.5). | 5.50 | 3,135.00 |
| 11/05/09 | D. Hyun | L430 | 0 | Continued work on draft of notice of motion and motion for summary judgment. | 1.60 | 640.00 |
| 11/05/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for summary judgment. | 0.60 | 240.00 |
| 11/05/09 | D. Hyun | L430 | 0 | Draft separate statement of undisputed material facts in support of motion for summary judgment. | 3.40 | 1,360.00 |


**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1673243

Page 4

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/05/09 | D. Hyun | L430 | 0 | Draft compendium of non-California authorities in support of motion for summary judgment. | 0.60 | 240.00 |
| 11/06/09 | J. Meer | L240 | 0 | Final revisions to motion for summary judgment related papers and oversee filing of same (1.0); review notice of motion to quash and notice of objection served by plaintiff's counsel regarding third party subpoenas (.5); exchange emails with plaintiff's counsel regarding third party subpoena issues (.5). | 2.00 | 1,140.00 |
| 11/06/09 | D. Hyun | L430 | 0 | Continued work on review and finalize summary judgment papers. | 1.20 | 480.00 |
| 11/06/09 | M. Halperin | L310 | 0 | Review and respond to communication from deposition officer regarding the records subpoenaed from ESPN. | 0.10 | 27.50 |
| 11/09/09 | J. Meer | L330 | 0 | Review prior deposition testimony of B. Lopez-Nash, and plaintiff's testimony regarding human resources issues, in preparation for deposition of B. Lopez-Nash. | 1.00 | 570.00 |
| 11/09/09 | D. Hyun | C400 | 0 | Draft meet and confer letter regarding discovery disputes, plaintiff's deposition, I. Goldstone's deposition, documents, and subpoena to KTLA. | 2.30 | 920.00 |
| 11/10/09 | J. Meer | L190 | 0 | Travel and appear at deposition of B. Lopez-Nash (5.0); review plaintiff's request to strike deposition testimony in motion for summary judgment based on protective order (.5); prepare letter to plaintiff's counsel regarding same; research regarding same (.5); prepare motion to compel documents still not produced by plaintiff (.4). | 6.40 | 3,648.00 |
| 11/10/09 | D. Hyun | L120 | 0 | Prepare for deposition of C. Neuman and review exhibits of deposition of B. Lopez-Nash. | 1.20 | 480.00 |
| 11/10/09 | D. Hyun | L310 | 0 | Draft responses and objections to plaintiff's form interrogatories general. | 2.40 | 960.00 |



Invoice No. 1673243

Page 5

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/11/09 | J. Meer | L330 | 0 | Prepare email to I. Goldstone regarding deposition of B. Lopez-Nash (.5); telephone conference with I. Goldstone regarding case status and upcoming dates and deadlines (.2); review email from plaintiff's counsel regarding discovery issues; prepare email to plaintiff's counsel regarding same (.3). | 1.00 | 570.00 |
| 11/11/09 | S. Yang | L350 | 0 | Draft motion to compel plaintiff's appearance at deposition with production of documents. | 2.50 | 712.50 |
| 11/11/09 | D. Hyun | C400 | 0 | Draft meet and confer letter in response to plaintiff's counsel's email sent on 11/9/09 regarding discovery disputes. | 1.60 | 640.00 |
| 11/11/09 | M. Halperin | L310 | 0 | Review and respond to communication from D. Hyun regarding his conversation with ESPN concerning the records that were subpoenaed. | 0.10 | 27.50 |
| 11/12/09 | J. Meer | L330 | 0 | Telephone conference with I. Goldstone regarding preparation for his deposition (.3); review previously produced exhibits for meeting to prepare for deposition of I. Goldstone (.2); outline motion to compel additional documents (.3); exchange emails with plaintiffs' counsel regarding meet and confer requirements required by Local Rules of Court (.5). | 1.30 | 741.00 |
| 11/12/09 | S. Yang | L350 | 0 | Draft motion to compel plaintiff's medical records for alleged emotional distress. | 5.60 | 1,596.00 |
| 11/12/09 | D. Hyun | C200 | 0 | Legal research regarding character evidence, evidence of complaints is irrelevant and not discoverable. | 1.20 | 480.00 |
| 11/12/09 | D. Hyun | L330 | 0 | Telephone conference with I. Goldstone regarding deposition. | 0.20 | 80.00 |
| 11/12/09 | D. Hyun | L430 | 0 | Begin draft of notice of motion and motion to quash subpoena on KTLA which seeks I. Goldstone's documents. | 0.60 | 240.00 |



Invoice No. 1673243

Page 6

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/12/09 | D. Hyun | L430 | 0 | Begin draft of memorandum of points and authorities in support of motion to quash subpoena on KTLA for requests that seek I. Goldstone's documents. | 4.60 | 1,840.00 |
| 11/13/09 | J. Meer | L330 | 0 | Travel and meet with I. Goldstone to prepare for his deposition. | 6.50 | 3,705.00 |
| 11/13/09 | S. Yang | L350 | 0 | Research in support of motion to compel. | 0.80 | 228.00 |
| 11/13/09 | D. Hyun | C400 | 0 | Draft follow-up meet and confer emails to plaintiff's counsel regarding discovery issues and disputes. | 2.60 | 1,040.00 |
| 11/13/09 | D. Hyun | L310 | 0 | Continued work on draft of response to plaintiff's form interrogatories set 1. | 0.50 | 200.00 |
| 11/13/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion to quash subpoena on KTLA. | 1.20 | 480.00 |
| 11/16/09 | J. Meer | L190 | 0 | Review research regarding plaintiff's right to compel a former employee to produce documents that are the property of the former employer (1.0); prepare letter to J. Osick regarding same (.5); prepare email to plaintiff's counsel regarding same (.5); review transcript of hearing on November 2, 2009 (.5); revise motion to compel plaintiff's documents regarding damages (.5); outline motion to quash plaintiff's subpoena regarding employment records of I. Goldstone (.3). | 3.30 | 1,881.00 |
| 11/16/09 | S. Yang | C200 | 0 | Research in support of motion to compel. | 2.30 | 655.50 |
| 11/16/09 | S. Yang | L350 | 0 | Revise motion to compel. | 3.10 | 883.50 |
| 11/16/09 | D. Hyun | C400 | 0 | Draft letter to J. Osick regarding giving notice of our motions to quash plaintiff's subpoenas. | 0.50 | 200.00 |



Invoice No. 1673243

Page 7

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/16/09 | D. Hyun | C400 | 0 | Draft email response to plaintiff's counsel's email regarding subpoena to KTLA. | 1.20 | 480.00 |
| 11/16/09 | D. Hyun | L210 | 0 | Draft objection to plaintiff's notice of rulings on motions to quash. | 0.50 | 200.00 |
| 11/16/09 | D. Hyun | L320 | 0 | Review research regarding production of electronic files, electronic discovery issues. | 0.80 | 320.00 |
| 11/17/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Ho transmitting a copy of the court's order denying opposing counsel's motion to quash and copies of the three subpoenas and asking that the records be produced as soon as possible. | 0.20 | 55.00 |
| 11/17/09 | M. Halperin | L310 | 0 | Telephone communication with D. Ho at NBC regarding the courts denial of opposing counsel's motion to quash and inquiring regarding the status of the subpoena served on NBC. | 0.10 | 27.50 |
| 11/17/09 | M. Halperin | L310 | 0 | Communication with the deposition officer regarding the revised subpoena served on KTLA and opposing counsel's intention to file a motion to quash this subpoena. | 0.20 | 55.00 |
| 11/17/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun regarding the subpoena for records served on KTLA. | 0.10 | 27.50 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/18/09 | J. Meer | L190 | 0 | Revise declaration in support of motion to compel plaintiff to produce additional documents and appear for his deposition; review exhibits to be attached to same (1.0); revise memo of points and authorities to motion to compel same (1.0); revise motion to quash subpoena for personal records of I. Goldstone (1.0); revise written discovery to be propounded on plaintiff (form interrogatories; special interrogatories and requests for production of documents) (1.0); review updated legal research regarding obligation of a former employee to produce records of the former employer at a deposition where the records are the property of the employer rather than the former employee (1.5); review lengthy meet and confer letter from plaintiff's counsel regarding additional documents to be subject to protective order (1.0). | 6.50 | 3,705.00 |
| 11/18/09 | S. Yang | L190 | 0 | Preparing, reviewing, and finalizing motion to compel. | 0.50 | 142.50 |
| 11/19/09 | J. Meer | L190 | 0 | Revise supplemental discovery responses (1.0); prepare supplemental discovery request to plaintiff (1.0); revise motion to compel plaintiff's personnel file (1.0); review and annotate deposition transcript for B. Lopez-Nash (.7). | 3.70 | 2,109.00 |
| 11/19/09 | D. Hyun | L430 | 0 | Draft separate statement as required by rules of court in support of motion to quash subpoena to KTLA. | 2.30 | 920.00 |
| 11/19/09 | D. Hyun | L430 | 0 | Draft proposed order granting motion to quash subpoena on KTLA. | 0.60 | 240.00 |
| 11/19/09 | D. Hyun | L430 | 0 | Draft declaration of D. Hyun in support of motion to quash subpoena to KTLA. | 1.60 | 640.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/19/09 | D. Hyun | L430 | 0 | Continued work on draft of notice of motion and motion to quash subpoena to KTLA for I. Goldstone's personnel file. | 1.20 | 480.00 |
| 11/19/09 | D. Hyun | L430 | 0 | Continued work on draft memorandum of points and authorities in support of motion to quash subpoena to KTLA. | 0.50 | 200.00 |
| 11/19/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun regarding the subpoena for plaintiff's employment records from ESPN. | 0.10 | 27.50 |
| 11/20/09 | J. Meer | L390 | 0 | Travel and appear at the deposition of I. Goldstone; conference with I. Goldstone regarding same; meet and confer conference with plaintiff's counsel regarding new deposition dates. | 7.00 | 3,990.00 |
| 11/20/09 | D. Hyun | L430 | 0 | Draft motion to quash plaintiff's subpoena on The Tribune Company for I. Goldstone's personnel file, including memorandum of points and authorities, notice of motion, proposed order and separate statement. | 1.60 | 640.00 |
| 11/23/09 | J. Meer | L190 | 0 | Research regarding potential discovery referees. | 0.70 | 399.00 |
| 11/23/09 | S. Yang | C200 | 0 | Research regarding proving malice in defamation cases. | 0.60 | 171.00 |
| 11/23/09 | D. Hyun | C200 | 0 | Legal research regarding protective orders and procedures. | 1.60 | 640.00 |
| 11/23/09 | D. Hyun | L120 | 0 | Prepare status report regarding discovery issues. | 0.60 | 240.00 |
| 11/23/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Ho transmitting another copy of the order denying plaintiff's motion to quash and providing contact information for forwarding the records. | 0.10 | 27.50 |



Invoice No. 1673243

Page 10

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/23/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun regarding the status of the subpoenas and that an extension has been granted for the submission of the records. | 0.10 | 27.50 |
| 11/23/09 | M. Halperin | L310 | 0 | Telephone conference with D. Ho at KNBC regarding the outstanding subpoena requests. | 0.20 | 55.00 |
| 11/24/09 | J. Meer | L190 | 0 | Outline motion to modify scope of protective order in light of plaintiff's over-designation of "confidential" documents. | 0.50 | 285.00 |
| 11/24/09 | J. Meer | L390 | 0 | Review information about potential proposals for a discovery referee. | 0.50 | 285.00 |
| 11/24/09 | S. Yang | C200 | 0 | Research regarding proving malice for defamation claims. | 0.90 | 256.50 |
| 11/24/09 | D. Hyun | L430 | 0 | Review, revise and finalize motion papers in support of motion to quash subpoena on Tribune, including memo of points and authorities, notice of motion, proposed order and separate statement. | 1.60 | 640.00 |
| 11/24/09 | D. Hyun | L430 | 0 | Draft declaration of D. Hyun in support of motion to quash subpoena on Tribune. | 0.70 | 280.00 |
| 11/25/09 | J. Meer | L190 | 0 | Review gun registration records for plaintiff in order to determine "good faith belief" of plaintiff's capability of violence. | 0.40 | 228.00 |
| 11/25/09 | S. Yang | C200 | 0 | Research regarding plaintiff's burden in proving malice in defamation cases. | 1.60 | 456.00 |
| 11/25/09 | D. Hyun | L430 | 0 | Begin draft of memorandum of points and authorities in support of motion to amend protective order. | 3.20 | 1,280.00 |
| 11/30/09 | D. Hyun | L310 | 0 | Draft objections to plaintiff's designation of the deposition transcripts of B. Lopez-Nash and I. Goldstone as confidential. | 0.50 | 200.00 |



Invoice No. 1673243

Page 11

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/30/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion to amend protective order. | 3.70 | 1,480.00 |
| 11/30/09 | K. Argudo | C100 | 0 | Did a criminal background search on C. Neuman for D. Hyun. | 1.00 | 170.00 |

**Total Hours**                                                       139.20

**Total Fees**                                                    $60,473.50

**Less Discount**                                                 ($6,047.35)

**Total Fees After Discount**                                     $54,426.15

**Timekeeper Summary**

| | | | | | | |
|------|------|------|------|------|------|------|
| J. Meer | Partner | - | 50.80 | hours at | $570.00 | per hour |
| S. Yang | Associate | - | 18.70 | hours at | $285.00 | per hour |
| D. Hyun | Associate | - | 62.50 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 1.60 | hours at | $275.00 | per hour |
| D. Jimenez | Paralegal | - | 1.50 | hours at | $220.00 | per hour |
| B. Safford | Law Clerk | - | 2.30 | hours at | $80.00 | per hour |
| M. Afar | Law Clerk | - | 0.80 | hours at | $80.00 | per hour |
| K. Argudo | Librarian | - | 1.00 | hours at | $170.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 11/25/09 | Attorney Services - NATIONWIDE LEGAL, INC 11/6/09 | 84.15 |
| 11/25/09 | Attorney Services - NATIONWIDE LEGAL, INC 10/30/09 | 83.10 |
| 11/25/09 | Attorney Services - NATIONWIDE LEGAL, INC 10/16/09 | 63.00 |
| 11/25/09 | Attorney Services - NATIONWIDE LEGAL, INC 10/9/09 | 56.10 |
| 11/25/09 | Attorney Services - NATIONWIDE LEGAL, INC 10/30/09 | 45.30 |
| | **Local Messenger** | |



Ira H. Goldstone

| 11/04/09 | Local Messenger -  NATIONWIDE LEGAL, INC 10/2/09 | 44.10 |
| 11/25/09 | Local Messenger -  NATIONWIDE LEGAL, INC 11/6/09 | 105.00 |
| 11/25/09 | Local Messenger -  NATIONWIDE LEGAL, INC 10/30/09 | 25.20 |

**Filing Fees**

| 11/25/09 | Filing Fees -  NATIONWIDE LEGAL, INC 11/6/09 | 200.00 |
| 11/25/09 | Filing Fees -  NATIONWIDE LEGAL, INC 10/30/09 | 355.00 |

**Copying**

| 11/06/09 | Copying | 311.00 |
| 11/12/09 | Copying | 14.80 |
| 11/20/09 | Copying | 394.40 |
| 11/23/09 | Copying | 15.00 |
| 11/24/09 | Copying | 80.00 |

**Facsimile**

| 11/02/09 | Facsimile | 3.75 |

**Online Research**

| 09/01/09 | Inv#: 819210486 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 27.34 |
| 09/01/09 | Inv#: 819210486 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 23.87 |
| 09/29/09 | Inv#: 819210486 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 23.87 |
| 09/30/09 | Inv#: 819210486 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 12.13 |
| 09/30/09 | Inv#: 819210486 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 32.81 |
| 10/09/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 10.78 |
| 10/09/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 9.73 |
| 10/12/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S NEWSROOM TRANSACTIONAL SEARCHES | 21.22 |
| 10/19/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 19.45 |
| 10/19/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 21.22 |
| 10/21/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 21.22 |
| 10/21/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 106.97 |
| 10/22/09 | Inv#: 819414136 Office: LOS ANGELES User: MEER, JONATHAN D COMMUNICATIONS | 8.14 |



Ira H. Goldstone

| | | |
|---|---|---:|
| 10/22/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 24.31 |
| 10/22/09 | Inv#: 819414136 Office: LOS ANGELES User: MEER, JONATHAN D HOURLY CONNECT | 26.30 |
| 10/22/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 42.44 |
| 10/22/09 | Inv#: 819414136 Office: LOS ANGELES User: MEER, JONATHAN D STANDARD | 85.68 |
| 10/22/09 | Inv#: 819414136 Office: LOS ANGELES User: MEER, JONATHAN D ALLFILES | 512.51 |
| 10/23/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 34.03 |
| 10/23/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 21.22 |
| 10/27/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 42.44 |
| 10/30/09 | Inv#: 819414136 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 4.86 |

**Travel**

| | | |
|---|---|---:|
| 11/06/09 | Travel - SIMON YANG Parking Expense 10/09/09 | 18.00 |

**Court Fees**

| | | |
|---|---|---:|
| 11/13/09 | Court Fees - RHONDA NORBERG | 28.00 |

**Deposition Transcripts**

| | | |
|---|---|---:|
| 11/17/09 | Deposition Transcripts - HAHN & BOWERSOCK NEUMAN | 230.00 |
| 11/17/09 | Deposition Transcripts - HAHN & BOWERSOCK NEUMAN | 2,357.97 |

**Total Disbursements**      5,646.41

**Total Amount Due**      $60,072.56



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1673243
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $60,473.50 |
| Less Discount | ($6,047.35) |
| Total Fees after Discount | $54,426.15 |
| Total Disbursements | 5,646.41 |
| Total Fees and Disbursements This Statement | $60,072.56 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1674125
0276 10512 / 10512-000090
W1ST

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

For legal services rendered through November 30, 2009

### Michael Cordts v. 0000001345

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/09/09 | N. Riesco | L190 | 0 | Communications with G. Pauling and counsel for Medeval regarding upcoming status hearing before Judge Maddox and case status. | 0.70 | 273.00 |
| 11/17/09 | N. Riesco | L230 | 0 | Prepare for and attend calendar status hearing (1.2); prepare correspondence to opposing counsel regarding same (.3); communication with L. Kienlen regarding same (.2). | 1.70 | 663.00 |
| 11/18/09 | N. Riesco | L190 | 0 | Communications with G. Pauling regarding cases status and outcome of hearing. | 0.10 | 39.00 |
| 11/29/09 | N. Riesco | F999 | 0 | Draft transition memorandum. | 0.20 | 78.00 |
| **Total Hours** | | | | | 2.70 | |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1674125

Page 2

Chicago Tribune Company

| | |
|---|---|
| **Total Fees** | $1,053.00 |
| **Less Discount** | ($105.30) |
| **Total Fees After Discount** | $947.70 |

**<u>Timekeeper Summary</u>**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 2.70 | hours at | $390.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $947.70 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

Invoice No. 1674125
0276 10512 / 10512-000090
Michael Cordts v. 0000001345

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,053.00 |
| Less Discount | ($105.30) |
| Total Fees after Discount | $947.70 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $947.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1674127
0276 57634 / 57634-000001
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through November 30, 2009

### General 0000000998

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/17/09 | N. Riesco | C300 | 0 | (Debra Holmes) Review client correspondence regarding charges filed by D. Holmes (.2); review Pacer for case status and copy of complaint (.3); advise and counsel client regarding need to appear for plaintiff's notice of motion for reconsideration (.3). | 0.80 | 312.00 |
| 11/18/09 | N. Riesco | L190 | 0 | ( Debra Holmes) Draft email to client enclosing complaint and other documentation regarding case filed by D. Holmes in federal court. | 0.20 | 78.00 |
| 11/19/09 | N. Riesco | L190 | 0 | (D. Holmes) Draft email to client including complaint and key pleadings regarding D. Holmes' pro se lawsuit (.2); communications with G. Pauling regarding same (.3). | 0.30 | 117.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| | | |
|---|---|---|
| **Total Hours** | | 1.30 |
| **Total Fees** | | $507.00 |
| **Less Discount** | | ($50.70) |
| **Total Fees After Discount** | | $456.30 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.30 | hours at | $390.00 | per hour | |

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| | **Online Research** | |
| 10/12/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 LEX IS LEGAL SERVICES SEARCHES | 36.87 |
| 10/12/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 MAT THEW BENDER SERVICE SEARCHES | 27.40 |
| 10/12/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 MAT THEW BENDER SERVICE SINGLE DOCUMENT RETRIEVAL | 17.93 |
| 10/12/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 MAT THEW BENDER SERVICE TOC DOCUMENT LINKS | 8.96 |
| 10/12/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 LEX IS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 6.40 |
| 10/12/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 SHE PARD'S SERVICE LEGAL CITATION SERVICES | 1.86 |
| 10/13/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 LEX IS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 19.20 |
| 10/13/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 LEX IS LEGAL SERVICES SEARCHES | 18.43 |
| 10/13/09 | Inv#: 0910015289 User: SHERMAN, JEREMY-0276 SHE PARD'S SERVICE LEGAL CITATION SERVICES | 1.85 |

**Total Disbursements**                                                                                     <u>138.90</u>



Chicago Tribune Company

**Total Amount Due**                                                    $595.20



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1674127
0276 57634 / 57634-000001
General 0000000998

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $507.00 |
| Less Discount | ($50.70) |
| Total Fees after Discount | $456.30 |
| Total Disbursements | 138.90 |
| Total Fees and Disbursements This Statement | $595.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1673240
0276 57634 / 57634-000004
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through November 30, 2009

### Work Schedule Grievance 0000001761

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/02/09 | K. Michaels | L120 | 0 | Drafting e-mail correspondence to American Arbitration Association regarding status of case. | 0.10 | 57.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.10 | |
| **Total Fees** | | | $57.00 |
| **Less Discount** | | | ($5.70) |
| **Total Fees After Discount** | | | $51.30 |

### Timekeeper Summary

| K. Michaels | Partner | - | 0.10 | hours at | $570.00 | per hour |
|-------------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                    $51.30



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 1673240
0276 57634 / 57634-000004
Work Schedule Grievance 0000001761

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $57.00 |
| Less Discount | ($5.70) |
| Total Fees after Discount | $51.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $51.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1674126
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through November 30, 2009

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/18/09 | N. Riesco | L190 | 0 | Communications with G. Pauling regarding case status and transition. | 0.10 | 39.00 |
| 11/29/09 | N. Riesco | F999 | 0 | Draft transition memorandum and case status regarding state court action and pending EEOC charge. | 0.90 | 351.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.00 | |
| **Total Fees** | | $390.00 |
| **Less Discount** | | ($39.00) |
| **Total Fees After Discount** | | $351.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1674126

Page 2

Chicago Tribune Company

## Timekeeper Summary

N. Riesco          Associate          -          1.00          hours at          $390.00          per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Online Research** | |
| 09/10/09 | Inv#: 819210486 Office: CHICAGO User: RIESCO,NA TASCHA B TRANSACTIONAL SEARCHES | 13.11 |
| 09/10/09 | Inv#: 819210486 Office: CHICAGO User: RIESCO,NA TASCHA B WESTLAW DOCUMENTS | 3.21 |
| 09/11/09 | Inv#: 819210486 Office: CHICAGO User: RIESCO,NA TASCHA B TRANSACTIONAL SEARCHES | 131.10 |
| 09/11/09 | Inv#: 819210486 Office: CHICAGO User: RIESCO,NA TASCHA B WESTLAW DOCUMENTS | 38.56 |
| 09/11/09 | Inv#: 819210486 Office: CHICAGO User: RIESCO,NA TASCHA B TRANSACTIONAL ONLINE FINDS | 8.04 |

**Total Disbursements**                                                              194.02

**Total Amount Due**                                                              $545.02



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 1674126
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $390.00 |
| Less Discount | ($39.00) |
| Total Fees after Discount | $351.00 |
| Total Disbursements | 194.02 |
| Total Fees and Disbursements This Statement | $545.02 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Invoice No. 1672345
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2009

**Corporate Labor Relations Matters 0000001096**

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Online Research** | |
| 09/29/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L RESULTSPLUS PREMIUM | 2.10 |
| 09/29/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L HOURLY CONNECT | 3.79 |
| 09/29/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L ALLFILES | 15.18 |
| 09/29/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L WESTLAW DOCUMENTS | 16.06 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| | | |
|---|---|---|
| 09/29/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L STANDARD | 36.03 |
| 09/29/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L COMMUNICATIONS | 1.24 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L COMMUNICATIONS | 0.33 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L BNA HOURLY CONNECT | 0.18 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L HOURLY MULTI-SEARCH | 0.96 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L HOURLY CONNECT | 1.05 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L BNA ALLFILES | 4.97 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L STANDARD | 11.81 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L BNA WESTLAW DOCUMENTS | 16.72 |
| 09/30/09 | Inv#: 819210486 Office: CHICAGO User: SPURLOCK, BRANDON L BNA COMMUNICATIONS | 0.05 |
| 10/01/09 | Inv#: 819414136 Office: CHICAGO User: SPURLOCK, BRANDON L WESTLAW DOCUMENTS | 2.85 |
| 10/01/09 | Inv#: 819414136 Office: CHICAGO User: SPURLOCK, BRANDON L TRANSACTIONAL ONLINE FINDS | 2.38 |

**Total Disbursements**                                                      115.70

**Total Fees And Disbursements This Statement**                  $115.70



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 9, 2009

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1672345
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 115.70 |
| Total Fees and Disbursements This Statement | $115.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N