# EXHIBIT A

# Declaration of Christopher L. Meazell

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**DECLARATION OF CHRISTOPHER L. MEAZELL**

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Seventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period December 1, 2009 through December 31, 2009 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Seventh Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 25th day of January, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE MONTHLY PERIOD FROM
## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.9 | 225.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 510 | 16.5 | 8,415.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 15.6 | 11,310.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 3.8 | 2,527.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 20.4 | 13,158.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); ⟨2007(GA)⟩ | 400 | 7.1 | 2,840.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 (MD) | 520 | 8.8 | 4,576.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 (WI) | 420 | 9.4 | 3,948.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 43.5 | 25,012.50 |

**TOTALS**                                                  **126.0**      **72,011.50**

**BLENDED RATE**                                                   **571.5198413**

[1] The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2009 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE MONTHLY PERIOD FROM

## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 118.9 | 69,171.50 |
| Fee Applications 08656.0101 | 7.1 | 2,840.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **126.0** | **72,011.50** |

# ☼ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

January 25, 2010                                                    Page 1

Tribune Company                                                Invoice 520726
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016


Our File # 08656.0100          For Services Through December 31, 2009
FCC/Broadcast Matters


| | | |
|---|---|---|
| 12/01/09 | Review revisions to the disclosure statement (0.8); forward same to K. Mills (Sidley) (0.4). | |
| | C. Burrow | 1.20 hrs. |
| 12/01/09 | Research outstanding issues regarding requests for waiver of FCC rules in applications for transfer of broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.60 hrs. |
| 12/01/09 | Telephone conference with lenders counsel re timing on FCC and court filings (0.2) and follow-up review of FCC requests, meetings and schedules (0.4). | |
| | J. Feore | 0.60 hrs. |
| 12/01/09 | Review issues regarding need to update market data in draft FCC waiver requests in view of extension of date for filing of proposed transfer applications. | |
| | J. Logan | 0.20 hrs. |
| 12/01/09 | Review re disclosure statement issues (0.7); exchange email with E. Washburn re same (0.1); email E. Washburn re FTC hearing issues (0.4). | |
| | M. Swanson | 1.20 hrs. |
| 12/02/09 | Research (0.5) and preparation of memorandum concerning outstanding issues regarding requests for waiver of FCC rules in applications for transfer of broadcast licenses in bankruptcy (0.3). | |
| | J. Rademacher | 0.80 hrs. |
| 12/02/09 | Telephone conference with S. Sheehan re timing issues for FCC per court order (0.3) and review filings re necessary updates for possible 2010 filing (0.5). | |

January 25, 2010                                                                                    Page 2

Tribune Company                                                                          Invoice 520726

|           |                                                                                                                                                                                                                                                                                                                          |            |
|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|           | J. Feore                                                                                                                                                                                                                                                                                                                  | 0.80 hrs.  |
| 12/02/09  | Review re FTC hearings and effect on waivers (0.5); draft letter to client re same (0.4).                                                                                                                                                                                                                                 |            |
|           | M. Swanson                                                                                                                                                                                                                                                                                                                | 0.90 hrs.  |
| 12/03/09  | Preparation of FCC due diligence letters regarding FCC applications to transfer broadcast licenses in bankruptcy (0.5); research (1.0) and preparation of memorandum regarding outstanding issues regarding requests for waiver of FCC rules in applications for transfer of broadcast licenses in bankruptcy (0.7). |            |
|           | J. Rademacher                                                                                                                                                                                                                                                                                                             | 2.20 hrs.  |
| 12/03/09  | Meeting with S. Sheehan (0.4) and telephone conference with D. Liebentritt (0.1) re timing on FCC filings and applications; review outline of waiver updates and support for 2010 filing (0.3).                                                                                                                            |            |
|           | J. Feore                                                                                                                                                                                                                                                                                                                  | 0.80 hrs.  |
| 12/03/09  | Review re Hill strategy (0.4); exchange emails with E. Washburn re Enforcement inquiry (0.1); finalize letter and enclosures to E. Washburn re FTC hearings (0.2); review re bankruptcy court ruling on plan deadline and effect on FCC (0.3).                                                                          |            |
|           | M. Swanson                                                                                                                                                                                                                                                                                                                | 1.00 hrs.  |
| 12/03/09  | Update complaints letter.                                                                                                                                                                                                                                                                                                 |            |
|           | S. Anderson (Practice Group Professional)                                                                                                                                                                                                                                                                                 | 0.40 hrs.  |
| 12/04/09  | Review and edit shareholder disclosure statement regarding FCC applications to transfer broadcast licenses in bankruptcy (0.4); preparation of due diligence letters to FCC regarding applications to transfer broadcast licenses in bankruptcy (0.3).                                                                 |            |
|           | J. Rademacher                                                                                                                                                                                                                                                                                                             | 0.70 hrs.  |
| 12/04/09  | Draft and send due diligence letter to FCC.                                                                                                                                                                                                                                                                               |            |
|           | M. Swanson                                                                                                                                                                                                                                                                                                                | 0.30 hrs.  |
| 12/04/09  | Email complaints requests to FCC staff.                                                                                                                                                                                                                                                                                   |            |
|           | S. Anderson (Practice Group Professional)                                                                                                                                                                                                                                                                                 | 0.10 hrs.  |
| 12/07/09  | Review and revise FCC timeline (0.5); correspondence with J. Boelter (Sidley) re same (0.2).                                                                                                                                                                                                                              |            |
|           | C. Burrow                                                                                                                                                                                                                                                                                                                 | 0.70 hrs.  |
| 12/07/09  | Revise timeline re bankruptcy court and stock ownership certifications (0.5); update memo re FCC procedures, applications and filings (0.4).                                                                                                                                                                              |            |
|           | J. Feore                                                                                                                                                                                                                                                                                                                  | 0.90 hrs.  |
| 12/07/09  | Review proposed time line from FCC counsel to senior lenders.                                                                                                                                                                                                                                                             |            |
|           | J. Logan                                                                                                                                                                                                                                                                                                                  | 1.30 hrs.  |
| 12/07/09  | Review re Hartford facilities changes and effect on waiver draft.                                                                                                                                                                                                                                                         |            |
|           | M. Swanson                                                                                                                                                                                                                                                                                                                | 0.50 hrs.  |
| 12/08/09  | Review re effect of possible Third Circuit action on waiver requests                                                                                                                                                                                                                                                      |            |

(0.3); preparation for client meeting on December 10 re FCC waiver issues, data collection and proofs of claim (0.2).

M. Swanson                                                    0.50 hrs.

12/09/09    Conference call with J. Boelter and K. Mills re FCC foreign ownership solicitation and timing (1.0); correspondence with J. Boelter re same (0.3).

C. Burrow                                                     1.30 hrs.

12/09/09    Research and preparation of memorandum for conference with E. Washburn regarding requests for waiver of FCC rules in applications for transfer of broadcast licenses in bankruptcy.

J. Rademacher                                                1.80 hrs.

12/09/09    Review draft timeline from senior lenders in preparation for telephone conference with Sidley (0.9); telephone conference with J. Boelter (Sidley) regarding draft timeline and issues of methods for allocating stock and warrants for Section 310(b) compliance (1.2); review and analysis of alternatives for alloting stock and warrants to achieve Section 310(b) compliance (1.1).

J. Logan                                                     3.20 hrs.

12/09/09    Preparation for and telephone conference with client re FCC "due diligence" results (0.8); email client re FTC transcripts (0.1); research re FOIA in indecency context (0.3).

M. Swanson                                                    1.20 hrs.

12/10/09    Research and preparation for conference with E. Washburn regarding requests for waiver of FCC rules in applications for transfer of broadcast licenses in bankruptcy (1.4); conference with E. Washburn regarding same (0.2); correspondence with E. Washburn regarding outstanding task list for FCC waiver requests regarding same (0.1); correspondence with lender's counsel (J. Fiorini) regarding Hartford cross-ownership waiver request regarding same (0.1).

J. Rademacher                                                1.80 hrs.

12/10/09    Review analysis re Tribune appellate rights, pending lawsuit and new requested FCC waivers (0.7); update memo re same (0.3).

J. Feore                                                     1.00 hrs.

12/10/09    Review issues regarding comments from Creditors Committee on FCC ownership exhibit.

J. Logan                                                     0.60 hrs.

12/10/09    Telephone conference with K. Wimmer (Covington) re "Without a Trace" FOIA effort (0.2); review letter for same (0.3); telephone conference with A. Singh (FCC) re status of FCC file review (0.3); research re FOIA requests (0.4); preparation for and meeting with client re FCC waiver issues, data collection and proofs of claim (2.8).

M. Swanson                                                    4.00 hrs.

Tribune Company                                                           Invoice 520726

| | | |
|---|---|---|
| 12/10/09 | Review correspondence regarding modifications to memo re appellate rights. | |
| | M. Hays | 0.20 hrs. |
| 12/10/09 | Research FCC responses to complaints review. | |
| | S. Anderson (Practice Group Professional) | 0.40 hrs. |
| 12/11/09 | Review revisions to the plan and disclosure statement (1.2); review issues re distribution of shares and warrants (0.7); correspondence with J. Boelter (Sidley) re same (0.3). | |
| | C. Burrow | 2.20 hrs. |
| 12/11/09 | Review revisions to Chicago cross-ownership waiver request received from creditors' committee regarding applications for FCC approval of broadcast license transfers in bankruptcy. | |
| | J. Rademacher | 0.20 hrs. |
| 12/11/09 | Review revised drafts of ownership and FCC provisions sent by lenders counsel (0.6); review outline for foreign ownership certification and FCC compliance (0.6). | |
| | J. Feore | 1.20 hrs. |
| 12/11/09 | Review and analysis of approaches for allotment of stock and warrants to comply with FCC foreign ownership requirements (1.2); prepare memorandum regarding approach to allot stock and warrants to claimants in conformity with FCC foreign ownership restrictions (1.3); review revised FCC sections of Disclosure Document and Plan regarding FCC-related changes (0.9). | |
| | J. Logan | 3.40 hrs. |
| 12/11/09 | Review FCC due diligence response and email same to E. Washburn (0.2); email A. Singh (FCC) re request for indecency complaint documentation (0.3); email exchange with same re timing (0.1); email to D. Liebentritt and E. Washburn re spectrum and questionnaire (0.9); research and email E. Washburn re FOIA for indecency complaints (0.7); email E. Washburn re disclosure statement changes and timeline (0.9); review email from J. Stenger (Chadbourne) re Chicago waiver (0.8); review bankruptcy Plan and disclosure statement (0.8). | |
| | M. Swanson | 4.70 hrs. |
| 12/12/09 | Review creditors committee markup of FCC application and waiver request and issues raised therein (0.9); preparation of memo re Tribune's appellate rights and ability to challenge waivers in court (0.3). | |
| | J. Feore | 1.20 hrs. |
| 12/12/09 | Review draft bankruptcy Plan and disclosure statement. | |
| | M. Swanson | 2.50 hrs. |
| 12/14/09 | Review and revise FCC sections of disclosure statement and plan. | |
| | C. Burrow | 1.40 hrs. |
| 12/14/09 | Review revised disclosure statement with lenders comments (0.4); | |

Tribune Company                                         Invoice 520726

| | | |
|---|---|---|
| | review Creditors' Committee markup of FCC applications (0.4). | |
| | J. Feore | 0.80 hrs. |
| 12/14/09 | Review changes from lender's counsel to Plan document FCC provisions (0.8); review changes from senior lenders' counsel regarding disclosure statement (0.9); prepare memorandum regarding issues with proposed mechanisms for allocation of stocks/warrants and Class A/B shares (0.9). | |
| | J. Logan | 2.60 hrs. |
| 12/14/09 | Review J. Fiorini (Wiley) assessment of status of Hartford duopoly issues and waiver (0.2); review UCC response and Third Circuit order and possible effect on timing (0.4); email same to client (0.1); review creditors' committee revision of Chicago waiver request (3.0). | |
| | M. Swanson | 3.70 hrs. |
| 12/14/09 | Review and analyze issues regarding new waivers and impact on appellate rights (0.7); review and edit memo re same (0.7). | |
| | M. Hays | 1.40 hrs. |
| 12/15/09 | Review and revise memorandum on the markup of the Plan and disclosure statement by senior lender's counsel. | |
| | C. Burrow | 1.40 hrs. |
| 12/15/09 | Memo and update on issues with owner certification and FCC compliance issues (0.5); update memo re appellate rights (0.4). | |
| | J. Feore | 0.90 hrs. |
| 12/15/09 | Prepare memorandum regarding approach to FCC matters in markup from senior lenders' counsel (0.9); revisions to memorandum to incorporate additional comments (0.8); correspondence with J. Boelter (Sidley) regarding memorandum and response to markup (0.8); review issues regarding conflicting approaches to waiver exhibit between senior lenders, company and creditors' committees' FCC counsel (0.3). | |
| | J. Logan | 2.90 hrs. |
| 12/15/09 | Telephone conference with E. Washburn re creditors' committee draft of Chicago waiver request(0.3); review draft bankruptcy filing (0.8); review and revise memo re appellate rights (2.5); email exchange with E. Washburn re creditors' committee draft (0.1). | |
| | M. Swanson | 3.70 hrs. |
| 12/15/09 | Review and edit memo regarding appellate rights. | |
| | M. Hays | 1.30 hrs. |
| 12/16/09 | Work on updates to draft waivers and ownership showings and compare with creditors counsel drafts (0.8); telephone conference with lenders counsel re status of foreign ownership review (0.2). | |
| | J. Feore | 1.00 hrs. |
| 12/16/09 | Prepare comparison of Chicago waiver draft and creditors' committee revision. | |

|  |  | M. Swanson | 1.50 hrs. |
|---|---|---|---|

12/16/09      Review and edit memo regarding appellate rights.
                 M. Hays                               0.90 hrs.

12/17/09      Review additional proposal revisions of FCC showing by creditors committee counsel (0.5); review Court order and impact re FCC waiver requests (0.2).
                 J. Feore                             0.70 hrs.

12/17/09      Telephone conferences with A. Singh (FCC) re pending Enforcement Complaints (1.2); prepare report to client re same (0.9); review re ION "satellite" decision (0.6); email exchange with J. Fiorini (Wiley) re same (0.1); email same to client (0.1); review re Third Circuit order and effect on timing (0.3); email same to client (0.1); draft last of "concerns" re creditors committee Chicago revision (1.7); email client re same (0.3).
                 M. Swanson                         5.30 hrs.

12/18/09      Telephone conference with D. Liebentritt and L. Washburn re comments and revisions of creditors committee counsel (0.6); review of revised waiver showing, updates and comparison (0.4).
                 J. Feore                             0.90 hrs.

12/18/09      Preparation for and participate in call with E. Washburn and D. Liebentritt re creditors' committee revision to Chicago draft (1.2); review re Third Circuit order and effect on timing (0.2); review re creditors' committee BIA rewrite (0.3); telephone conference with K. Thompson (FCC) re FCC panels (0.2); telephone conferences with E. Washburn re same (0.4); email E. Washburn re public notice re same (0.2); email exchange with E. Washburn re Form 323 developments (0.2).
                 M. Swanson                         2.70 hrs.

12/19/09      Review FCC notice and proposal re media ownership workshop and request re Tribune and impact on reorganization, FCC filing and timing.
                 J. Feore                             0.50 hrs.

12/21/09      Review creditors committee markup of BIA studies and reports (0.8); review appeal issues re FCC waivers, pending Court review and impact of recent FCC filing (0.4).
                 J. Feore                             1.20 hrs.

12/21/09      Telephone conferences with E. Washburn re substance of spectrum comments (0.4); emails to E. Washburn re substance of spectrum comments (0.4); review re creditors' committee changes to FCC filing (0.7).
                 M. Swanson                         1.50 hrs.

12/22/09      Correspondence with J. Boelter re stock allocation issues.
                 C. Burrow                          0.30 hrs.

12/22/09      Review issues re FCC ownership and Section 310 certification by

proposed new owners and update memo re proposal (0.5);
conference with Sidley counsel re same (0.3).
J. Feore                                    0.80 hrs.

12/22/09    Review disclosure statement and Plan markups in preparation for
conference call with Sidley on allocation approach.
J. Logan                                    0.80 hrs.

12/22/09    Telephone conferences with E. Washburn re creditors' committee
material re BIA reports, spectrum filings and FCC January 12 panel
(1.0); review re creditors' committee FCC issues (0.7); email E.
Washburn re spectrum comments (0.1).
M. Swanson                                    1.80 hrs.

12/22/09    Prepare and submit to FCC set of Comments opposing proposals to
re-allocate existing television stations' broadcast spectrum to mobile
broadband providers. (Note: This entry reflects a flat fee as
described in paragraph 9(a) of Dow Lohnes' Seventh Monthly Fee
Application.)
S. Patrick                                    8.80 hrs.

12/23/09    Conference call with J. Boelter and K. Mills re FCC structural issues
in the plan and disclosure statement (1.3); review and revise plan re
same (0.9).
C. Burrow                                    2.20 hrs.

12/23/09    Review Davis Polk timeline and disclosure statement markup in
preparation for telephone conference with Sidley (0.8); telephone
conference with J. Boelter (Sidley) regarding issues with proposals
of senior lenders for allocation of warrants and limited voting stock
and regarding timing of allotment decisions (0.9); review and
analysis of senior lender markup of FCC portions of Plan and
disclosure statement (0.8).
J. Logan                                    2.50 hrs.

12/23/09    Prepare for and telephone conference with J. Boulter (Sidley) and K.
Mills (Sidley) re bankruptcy plan and disclosure documents (1.5);
review FCC order re Form 323 extension (0.2); telephone
conference with E. Washburn re same and FCC waiver status (0.3);
emails and voicemails to K. Thompson (FCC), M. Baghdadi (FCC)
and J. Tatel (FCC) re January 12 FCC panel (0.1).
M. Swanson                                    2.10 hrs.

12/24/09    Review issues in markup of disclosure statement and Plan to reflect
telephone conference with Sidley.
J. Logan                                    0.90 hrs.

12/28/09    Revise disclosure statement and Plan.
C. Burrow                                    1.80 hrs.

12/28/09    Review and analysis of revised BIA report received from J. Stenger
(creditor's counsel) regarding FCC applications for assignment of
broadcast licenses in bankruptcy.

January 25, 2010                                                            Page 8

Tribune Company                                                    Invoice 520726

|  |  |  |
|---|---|---|
|  | J. Rademacher | 1.30 hrs. |
| 12/28/09 | Review comments, markup and issues on FCC applications and waivers raised by creditors committee counsel in preparation for meeting. | |
|  | J. Feore | 0.70 hrs. |
| 12/28/09 | Review and revise Plan section from Wiley markup. | |
|  | J. Logan | 0.90 hrs. |
| 12/28/09 | Review re Chadbourne Park revision of BIA report. | |
|  | M. Swanson | 0.80 hrs. |
| 12/29/09 | Correspondence with J. Boelter and K. Mills re media ownership certification (0.3); review and revise disclosure statement (1.6). | |
|  | C. Burrow | 1.90 hrs. |
| 12/29/09 | Conference re creditors committee comments on FCC draft applications and waivers (0.4); markup of comments memo (0.4). | |
|  | J. Feore | 0.80 hrs. |
| 12/29/09 | Review issues on proposed method for stock allotment. | |
|  | J. Logan | 0.60 hrs. |
| 12/29/09 | Review and revise Reorganization Plan (1.4); voicemail to J. Stenger (Chadbourne) re revisions to Chicago waiver (0.1); review re Chadbourne revision of Chicago waiver and BIA materials (1.3); review re Third Circuit status (0.2). | |
|  | M. Swanson | 3.00 hrs. |
| 12/30/09 | Review and revise disclosure statement and Plan (1.6); forward edits on the Plan to J. Boelter and K. Mills (0.5). | |
|  | C. Burrow | 2.10 hrs. |
| 12/30/09 | Review creditors committee proposed changes to FCC waiver requests and FCC ownership slowing. | |
|  | J. Feore | 0.80 hrs. |
| 12/30/09 | Review proposed changes to Plan draft re FCC matters. | |
|  | J. Logan | 0.50 hrs. |
| 12/30/09 | Review and email FCC public notice re fee waiver to client (0.2); review re Plan changes (0.3). | |
|  | M. Swanson | 0.50 hrs. |
| 12/31/09 | Voicemail to J. Stenger (Chadbourne) re Chicago waiver revisions. | |
|  | M. Swanson | 0.10 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 16.50 |
| FEORE | 15.60 |
| HAYS | 3.80 |
| LOGAN | 20.40 |

January 25, 2010                                             Page 9

Tribune Company                                             Invoice 520726

|  |  |  |
|---|---|---|
| PATRICK | 8.80 | |
| SWANSON | 43.50 | |
| RADEMACHER | 9.40 | |
| ANDERSON | 0.90 | |
| TOTAL | 118.90 | |

Fees for Professional Services ...................................................................... $          69,171.50

| | | |
|---|---|---|
| COURIER SERVICE | $ | 23.50 |
| FACSIMILE | $ | 2.55 |
| REPRODUCTION | $ | 102.20 |
| TELEPHONE | $ | 7.20 |

Total Reimbursable Costs ............................................................... $          135.45
Total Current Billing For This File ............................................... $          69,306.95


Our File # 08656.0101          For Services Through December 31, 2009
Retention and Fee Applications


| 12/03/09 | Telephone conference with J. Decker (Stuart Maue) regarding examiner's report for 1st interim application (0.2); compile revised timekeeper guidelines as a result of same (0.4). |
|---|---|
| | C. Meazell                                    0.60 hrs. |

| 12/04/09 | Preparation of 6th monthly fee application and exhibits. |
|---|---|
| | C. Meazell                                    1.30 hrs. |

| 12/07/09 | Preparation of 6th monthly fee application and exhibits. |
|---|---|
| | C. Meazell                                    1.60 hrs. |

| 12/11/09 | Preparation of 6th monthly fee application and exhibits. |
|---|---|
| | C. Meazell                                    0.70 hrs. |

| 12/16/09 | Review docket regarding CNO (0.1); preparation of correspondence to Tribune regarding same (0.2). |
|---|---|
| | C. Meazell                                    0.30 hrs. |

| 12/17/09 | Research regarding supplemental retention issues. |
|---|---|
| | C. Meazell                                    0.60 hrs. |

| 12/22/09 | Finalize 6th monthly fee application. |
|---|---|
| | C. Meazell                                    1.40 hrs. |

Tribune Company                                          Invoice 520726

| | | |
|---|---|---|
| 12/29/09 | Finalize 6th monthly fee application (0.4); correspondence with Delaware counsel re same (0.2). | |
| | C. Meazell | 0.60 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 7.10 |
| TOTAL | 7.10 |

Fees for Professional Services ........................................................... $          2,840.00

Total Current Billing For This File.................................................... $          2,840.00

Total Current Billing for This Invoice............................................. $         72,146.95

# ♀ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law                                                    T  202.776.2000  F  202.776.2222
Washington, DC  |  Atlanta, GA

---

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

January 25, 2010

Tribune Company                                                    Invoice 520726
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY  10016

Our File # 08656.0100          For Services Through December 31, 2009
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................... $          69,306.95

Our File # 08656.0101          For Services Through December 31, 2009
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................... $           2,840.00

    Total Current Billing for This Invoice ........................................... $          72,146.95

Wire Instructions:

    Bank Name: Wachovia Bank, N.A.
    ABA Routing #:  0540-0122-0
            1300 I Street, NW
            Washington, DC  20005
    Account Name: Dow Lohnes Main Operating Account

# REMITTANCE COPY

Account #: 2000026604103
Swift Code: PNBPUS33
Reference: Client/Matter # and Invoice#

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 102.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 23.50 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 2.55 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | | 0.00 |
| Telephone Tolls | | 7.20 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **135.45** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.