# EXHIBIT A

### TRIBUNE COMPANY, et al.

### SUMMARY OF SERVICES BY PROJECT CATEGORY

### December 1, 2009 through December 31, 2009

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 51.50 | $24,753.50 |
| Committee Meetings | 003 | 57.50 | 38,097.50 |
| Creditor Communications | 004 | 5.30 | 4,067.50 |
| Business Operations | 007 | 120.20 | 64,080.00 |
| Asset Disposition/Sale | 008 | 4.70 | 1,974.50 |
| Claims Administration/Bar Date | 009 | 7.10 | 3,744.50 |
| Fee/Retention Applications | 010 | 90.40 | 42,025.50 |
| Plan and Disclosure Statement | 011 | 94.20 | 66,142.00 |
| Relief from Stay Issues | 015 | 57.60 | 31,263.00 |
| General Litigation | 017 | 42.90 | 24,211.50 |
| Non-Working Travel* | 018 | 22.80 | 7,191.00 |
| Review of PrePetition Financings | 019 | 2,253.70 | 1,211,986.00 |
| **Total** | | **2,807.90** | **$1,519,536.50** |

* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                                    For Services Through December 31, 2009

Our Matter #19804.002
            BANKRUPTCY GENERAL


| 12/01/09 | M. ROITMAN | Draft (.3) and circulate (.1) Agenda for 12/2 call with Debtor Professionals. | 0.40 hrs. |
|---|---|---|---|
| 12/01/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20). | 0.70 hrs. |
| 12/01/09 | D. E. DEUTSCH | Edit agenda for tomorrow's meeting with Debtors (.2). | 0.20 hrs. |
| 12/02/09 | D. E. DEUTSCH | E-mail Marc Roitman re: Committee posting update (.1); exchange e-mails with Matt McGuire re: action items related to yesterday's hearing (.2); prepare for today's meeting with Debtors' professionals (.5); participate in same (.4); exchange e-mails with David LeMay re: issues to cover at next week's hearing (.2); review court calendar and outline various edits to same for David Bava (.2). | 1.60 hrs. |
| 12/02/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); create Intralinks distribution list to exclude certain parties (.60); post certain materials to Intralinks (.30). | 1.80 hrs. |
| 12/02/09 | M. ROITMAN | Participate in weekly conference call with Debtors' Professionals (0.4). | 0.40 hrs. |
| 12/02/09 | M. ROITMAN | Review of Committee Bylaws re: voting issue (0.2). | 0.20 hrs. |
| 12/03/09 | M. ROITMAN | Review of Docket Filings (0.3) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| 12/03/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
|---|---|---|---|
| 12/03/09 | D. E. DEUTSCH | Review and respond to e-mail inquiries from Bryan Krakauer re: general case action items (.2). | 0.20 hrs. |
| 12/04/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 12/04/09 | M. ROITMAN | Review of Docket Filings (0.5) | 0.50 hrs. |
| 12/07/09 | D. M. LeMAY | Review of all latest court filings. | 1.40 hrs. |
| 12/07/09 | M. ROITMAN | Review of new filings on docket. | 0.50 hrs. |
| 12/07/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.40). | 1.30 hrs. |
| 12/07/09 | D. E. DEUTSCH | Review and respond to inquiry from David Bava re: case calendar (.1); review series of new court filings (.3); additional call with Kevin Lantry re: various case matters (.2). | 0.60 hrs. |
| 12/07/09 | H. SEIFE | Conference with with B.Krakauer (Sidley) regarding case status/issues. | 0.60 hrs. |
| 12/08/09 | D. E. DEUTSCH | Call with Marc Ashley re: next Court hearing litigation issues (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     3

| | | | |
|---|---|---|---|
| 12/08/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 12/08/09 | M. ROITMAN | Draft (.4) and circulate (.2) Agenda for 12/9 meeting with Debtors. | 0.60 hrs. |
| 12/09/09 | M. ROITMAN | Review of Docket Filings (0.3) | 0.30 hrs. |
| 12/09/09 | D. M. LeMAY | Weekly call w/Sidley (Debtors' counsel) regarding all pending matters. | 0.60 hrs. |
| 12/09/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.60). | 1.60 hrs. |
| 12/09/09 | D. E. DEUTSCH | Prepare for (.3) and participate in call with Debtors' professionals (.6); follow-up e-mails to Eric Daucher related to 341 meeting (.2); review last two pleading reports, pleadings therein and case calendar (.4); e-mail Marc Roitman re: review and follow-up on revisions to schedules (.2). | 1.70 hrs. |
| 12/10/09 | D. E. DEUTSCH | Telephone conversation with Adam Landis re: various case matters (.2). | 0.20 hrs. |
| 12/10/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20). | 0.90 hrs. |
| 12/10/09 | M. ROITMAN | Review of docket filings (0.1) | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| 12/11/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.40). | 1.40 hrs. |
|---|---|---|---|
| 12/11/09 | D. E. DEUTSCH | Meeting with Howard Seife to discuss various case matters (.3); telephone conversation with Kevin Lantry re: 341 meeting matters (.2); telephone conversation with Adam Landis to discuss next week's hearing and various other matters (.2); exchange related e-mails (.1); review news articles re: Tribune executive changes (.2); follow-up e-mail to Chadbourne bankruptcy team on same (.1). | 1.10 hrs. |
| 12/14/09 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 12/14/09 | D. E. DEUTSCH | Review last two pleadings reports, pleadings therein and calendar (.3); meeting with Howard Seife re: tomorrow's hearing (.3); e-mail Creditors' Committee professional team re: meeting topics/schedule (.1); review and edit draft agenda on same (.1); review agenda for tomorrow's hearing (.1): conference call with Adam Landis re: Committee positions and tactics related to hearing (.3); review and edit memo on 341 meeting (.3). | 1.50 hrs. |
| 12/14/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 12/14/09 | E. DAUCHER | Prepare summary and analysis of section 341 meeting for D. Deutsch. | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    5

| 12/14/09 | E. DAUCHER | Attend section 341 meeting of creditors. | 1.00 hrs. |
|---|---|---|---|
| 12/14/09 | H. SEIFE | Preparation for court hearing (.6); review of report from 341 meeting (.6). | 1.20 hrs. |
| 12/15/09 | B. DYE | Review of recently filed motions on docket | 0.10 hrs. |
| 12/15/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20). | 0.90 hrs. |
| 12/15/09 | D. E. DEUTSCH | Participate in omnibus hearing (1.7); related follow-up meetings with Committee's co-counsel re: same (.2); review case notes to determine action items for tomorrow's meeting with Debtors' counsel (.4); draft agenda (.1). | 2.40 hrs. |
| 12/15/09 | M. ROITMAN | Review of new filings on docket (0.2); Draft and circulate agenda for 12/16 meeting with Debtors' professionals (0.3). | 0.50 hrs. |
| 12/16/09 | M. ROITMAN | Preparation for (0.4) and attendance at (0.4) conference call with Debtors' profesionals. | 0.80 hrs. |
| 12/16/09 | D. E. DEUTSCH | Prepare for meeting with Debtors' professionals (.4); participate in same (.4). | 0.80 hrs. |
| 12/16/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| | | | |
|---|---|---|---|
| 12/17/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 12/18/09 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); update and circulate case calendar (.2). | 0.70 hrs. |
| 12/21/09 | D. M. LeMAY | Review of all latest court filings. | 1.10 hrs. |
| 12/21/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 12/22/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 12/22/09 | M. ROITMAN | Draft and circulate agenda for 12/23 call with Debtors' Professionals (.6); Review of docket filings and case calendar (0.5); Correspondence with M. Ashley, M. McGuire, A. Landis re: Dec 15 hearing issue (0.2). | 1.30 hrs. |
| 12/23/09 | M. ROITMAN | Preparation for (0.1) and attendance at call with Debtors' professionals (0.4). | 0.50 hrs. |
| 12/23/09 | D. E. DEUTSCH | Draft e-mail to Marc Roitman re: changes to weekly report analysis (.3); prepare for (.2) and participate in meeting with Debtors' professionals (.4); | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    7

| | | | |
|---|---|---|---|
| 12/23/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 12/24/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 12/28/09 | D. M. LeMAY | Review of all latest court filings. | 1.30 hrs. |
| 12/28/09 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.4); update and circulate case calendar (.2). | 0.80 hrs. |
| 12/29/09 | H. LAMB | Review court dockets (.2); prepare and distribute daily report of new pleadings filed (.2); update and distribute case calendar (.2). | 0.60 hrs. |
| 12/29/09 | D. E. DEUTSCH | Review multiple court postings (.2); review last several pleading reports, specific pleadings listed therein and court calendar (.6). | 0.80 hrs. |
| 12/29/09 | M. ROITMAN | Draft and circulate agenda for 12/30 Debtor and Committee Counsel Call (0.4) | 0.40 hrs. |
| 12/30/09 | M. ROITMAN | Preparation for (0.1) and attendance at Debtors' Professionals Conference Call (0.3). | 0.40 hrs. |
| 12/30/09 | H. LAMB | Review court dockets (.2) prepare and distribute daily report of new pleadings filed (.3); update and distribute case calendar (.2). | 0.70 hrs. |

Total Fees for Professional Services.............    $24,753.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 5.50 | 4702.50 |
| H. SEIFE | 965.00 | 1.80 | 1737.00 |
| D. E. DEUTSCH | 695.00 | 12.20 | 8479.00 |
| D. BAVA | 270.00 | 15.20 | 4104.00 |
| E. DAUCHER | 355.00 | 6.70 | 2378.50 |
| B. DYE | 405.00 | .10 | 40.50 |
| H. LAMB | 270.00 | 2.80 | 756.00 |
| M. ROITMAN | 355.00 | 7.20 | 2556.00 |
| TOTALS | | 51.50 | 24753.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     January 24, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    1

                                    For Services Through December 31, 2009

Our Matter #19804.003
          COMMITTEE MEETINGS


| 12/01/09 | M. ROITMAN | Draft (0.5) and circulate (0.3) Agenda for 12/3 Creditors' Committee Meeting. | 0.80 hrs. |
|---|---|---|---|
| 12/02/09 | M. ROITMAN | Circulate Agenda for 12/3 Creditors' Committee Meeting (0.3); Preparation for 12/3 Committee meeting (0.4). | 0.70 hrs. |
| 12/02/09 | H. SEIFE | Preparation for Committee meeting. | 2.20 hrs. |
| 12/02/09 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: Committee minutes matter (.3); e-mail Marc Roitman re: same (.1); e-mail Marc Roitman re: action items for tomorrow's Committee meeting (.1). | 0.50 hrs. |
| 12/03/09 | H. SEIFE | Prepare for Committee meeting (.8); meeting with Committee (1.2). | 2.00 hrs. |
| 12/03/09 | M. ROITMAN | Preparation for (0.4) and record minutes at 12/3 Creditors' Committee meeting (1.0). | 1.40 hrs. |
| 12/03/09 | M. ROITMAN | Review of 11/19 Committee meeting minutes (0.1) and conference with D. LeMay re: same (0.1). | 0.20 hrs. |
| 12/04/09 | D. M. LeMAY | Review and revise draft minutes from 11/19 meeting. | 0.30 hrs. |
| 12/07/09 | M. ROITMAN | Draft (0.3) and circulate (0.2) Agenda for weekly call with Committee Professionals. | 0.50 hrs. |
| 12/08/09 | M. ROITMAN | Preparation for (0.5) and attendance at Committee Professionals' conference call (0.7); draft (0.4) and circulate (0.2) Agenda for 12/10 Creditors' Committee Meeting. | 1.80 hrs. |
| 12/08/09 | R. A. SCHWINGER | Attend Committee and and LBO professionals conference call to address discovery issues (0.8). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page     2

| | | | |
|---|---|---|---|
| 12/08/09 | M. D. ASHLEY | Attend weekly call with Committee professionals regarding status of investigation. | 0.80 hrs. |
| 12/08/09 | E. PRZYBYLKO | Attend weekly Committee professionals call (0.9). | 0.90 hrs. |
| 12/08/09 | D. E. DEUTSCH | Review materials for meeting with Creditors' Committee professionals (.3); participate in related meeting (.7). | 1.00 hrs. |
| 12/09/09 | D. E. DEUTSCH | Meeting with Howard Seife and David LeMay re: tomorrow's Committee meeting (.4); telephone conversation with Graeme Bush re: presentation to Committee tomorrow (.2); exchange e-mails with Robert Schwinger re: Committee presentation on document repository (.1); draft speaker outline for Committee meeting (.2) and e-mail Chadbourne team and Graeme Bush re: same (.1). | 1.00 hrs. |
| 12/09/09 | H. SEIFE | Preparation for Committee meeting. | 1.60 hrs. |
| 12/09/09 | M. ROITMAN | Circulate Agenda for 12/10 Creditors' Committee Meeting (0.3). | 0.30 hrs. |
| 12/10/09 | M. ROITMAN | Preparation for (0.9) and attendance at telephonic Creditors' Committee Meeting (1.1). | 2.00 hrs. |
| 12/10/09 | R. A. SCHWINGER | Attend conference call meeting with Committee to address document depository motion (0.6) and attend portion of internal follow-up meeting with Graeme Bush, H. Seife, D. Deutsch (0.3). | 0.90 hrs. |
| 12/10/09 | H. SEIFE | Preparation for Committee meeting presentation (1.3); meeting with Committee (1.1). | 2.40 hrs. |
| 12/10/09 | D. E. DEUTSCH | Review e-mail from Howard Seife re: information request for today's Committee meeting and e-mail Ali Nellos on same (.1); review materials to prepare for Committee meeting (.8); participate in Committee meeting | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                 | (.9); participate in post meeting with Howard Seife, Graeme Bush and, in part, Bob Schwinger on various case issues (.3). |           |
|------------|-----------------|---|-----------|
| 12/14/09   | M. ROITMAN      | Draft agenda for Committee Professionals conference call. | 0.40 hrs. |
| 12/15/09   | M. ROITMAN      | Draft and circulate agenda for 12/17 Creditors' Committee Meeting (0.6) | 0.60 hrs. |
| 12/15/09   | D. E. DEUTSCH   | Draft agenda (including task notes) for Thursday's Committee meeting (.3); prepare for meeting with Committee professionals (.4); attend meeting (.6); attend post-Committee follow-up meeting with C&P investigation team (.6). | 1.90 hrs. |
| 12/15/09   | D. M. LeMAY     | Attend weekly call of Committee professionals (.8) and follow up meeting of C&P team re: pending matters (.4). | 1.20 hrs. |
| 12/15/09   | N. T. ZINK      | Prepare for Committee professional call (.3); attend and participate on Committee professional call (.5). | 0.80 hrs. |
| 12/15/09   | R. A. SCHWINGER | Attend professionals conference call to address discovery issues (0.6); internal C&P follow-up meeting re same (0.5). | 1.10 hrs. |
| 12/15/09   | M. D. ASHLEY    | Attending meeting of Committee professionals re status of investigation (.6); attend post-Committee professional meeting with C&P team (.6). | 1.20 hrs. |
| 12/15/09   | E. PRZYBYLKO    | Attend weekly meeting with Committee professionals re investigation status (.6). | 0.60 hrs. |
| 12/15/09   | H. SEIFE        | Preparation for Committee meeting. | 0.80 hrs. |
| 12/16/09   | M. ROITMAN      | Circulate Agenda for 12/17 Creditors' Committee Meeting (0.2); Preparing materials for 12/17 Committee Meeting (1.1) | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           January 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    4

| 12/17/09 | M. ROITMAN | Preparation for (0.3) and record minutes at 12/17 telephonic Committee meeting (0.7); Drafting 12/3 Committee Meeting Minutes (0.5); Drafting 12/10 Committee Meeting Minutes (0.6) | 2.10 hrs. |
|---|---|---|---|
| 12/17/09 | D. M. LeMAY | Attend (in part) telephonic Committee Meeting. | 0.40 hrs. |
| 12/17/09 | D. E. DEUTSCH | Prepare for presentation at today's Committee meeting (.9); discuss Committee meeting issues with Howard Seife (.2); participate in Committee meeting (.7); exchange e-mails with Helen Lamb re: scheduling next Committee meeting (.1); exchange e-mails with Howard Seife re: Committee member meeting issue (.2). | 2.10 hrs. |
| 12/17/09 | H. SEIFE | Prepare for Committee meeting (1.2); attend and conduct Committee meeting (1.1). | 2.30 hrs. |
| 12/18/09 | D. M. LeMAY | Review and revise draft minutes. | 0.50 hrs. |
| 12/21/09 | M. ROITMAN | Draft Agenda for Professionals' Tuesday Conference Call. | 0.40 hrs. |
| 12/22/09 | M. ROITMAN | Preparation for (0.2) and attendance at Committee Professionals' conference call (1.5); Draft Agenda for Professionals' 12/29 Tuesday Conference Call (0.2) | 1.90 hrs. |
| 12/22/09 | N. T. ZINK | Attend and participate in Committee professional call (1.0). | 1.00 hrs. |
| 12/22/09 | M. D. ASHLEY | Reviewed material in preparation for professionals' call regarding status of investigation (1.4); participated in professionals' call regarding status of investigation (1.0). | 2.40 hrs. |
| 12/22/09 | E. PRZYBYLKO | Attend weekly Committee professionals meeting re discovery status (1.0). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| 12/22/09 | D. M. LeMAY | Participate in weekly call of Committee advisors. | 0.50 hrs. |
|---|---|---|---|
| 12/22/09 | R. A. SCHWINGER | Attend LBO professionals' conference call with Committee professionals to address discovery issues. | 1.10 hrs. |
| 12/22/09 | D. E. DEUTSCH | Prepare for (.4) and participate in meeting with Committee professionals re: status of matters/investigation (.8); | 1.20 hrs. |
| 12/23/09 | D. E. DEUTSCH | Draft memo to full Committee re: next week's meeting agenda and schedule (.2); | 0.20 hrs. |
| 12/23/09 | M. ROITMAN | Drafting 12/17 Creditors' Committee Meeting Minutes (1.1) | 1.10 hrs. |
| 12/24/09 | D. E. DEUTSCH | Exchange e-mails with multiple Committee members re: agenda and scheduling for next in-person meeting (.3); exchange e-mails with Graeme Bush and Howard Seife on same (.1). | 0.40 hrs. |
| 12/28/09 | D. E. DEUTSCH | Edit agenda for meeting of Committee professionals (.2). | 0.20 hrs. |
| 12/28/09 | M. ROITMAN | Draft and circulate Agenda for Committee Professionals' 12/29 conference call. | 0.40 hrs. |
| 12/29/09 | M. ROITMAN | Preparation for (0.3) and attendance at Committee Professionals' conference call (0.8). | 1.10 hrs. |
| 12/29/09 | D. M. LeMAY | Weekly status call of Committee Professionals. | 0.50 hrs. |
| 12/29/09 | D. E. DEUTSCH | Prepare for (.3) and participated in Committee professionals' meeting (.7). | 1.00 hrs. |
| 12/29/09 | N. T. ZINK | Prepare for Committee professional call (.2); participate in Committee professional call (.6). | 0.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6
```

```
12/29/09   T. J. MCCORMACK      Attend meeting of Committee        0.80 hrs.
                                counsel re status of investigation
                                (0.8).


           Total Fees for Professional Services.............  $38,097.50
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 3.40 | 2907.00 |
| H. SEIFE | 965.00 | 11.30 | 10904.50 |
| N. T. ZINK | 795.00 | 2.60 | 2067.00 |
| R. A. SCHWINGER | 785.00 | 3.90 | 3061.50 |
| T. J. MCCORMACK | 825.00 | .80 | 660.00 |
| M. D. ASHLEY | 645.00 | 4.40 | 2838.00 |
| D. E. DEUTSCH | 695.00 | 11.60 | 8062.00 |
| E. PRZYBYLKO | 625.00 | 2.50 | 1562.50 |
| M. ROITMAN | 355.00 | 17.00 | 6035.00 |
| TOTALS | | 57.50 | 38097.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   1
```

For Services Through December 31, 2009

Our Matter #19804.004
CREATOR COMMUNICATIONS

| | | | |
|---|---|---|---|
| 12/01/09 | H. SEIFE | Conference call with Committee chair and G.Bush. | 0.50 hrs. |
| 12/01/09 | D. E. DEUTSCH | Draft memorandum to Committee re: change of leadership at Tribune (.3). | 0.30 hrs. |
| 12/01/09 | M. ROITMAN | Correspondence with Creditors' Committee re: executive changes atTribune Co. (0.3) | 0.30 hrs. |
| 12/02/09 | D. E. DEUTSCH | Telephone conversation with Committee member (Buena Vista) (.1). | 0.10 hrs. |
| 12/02/09 | H. SEIFE | Conference call with E.Sassower and W.Smith re: case next steps. | 0.40 hrs. |
| 12/07/09 | D. E. DEUTSCH | Exchange e-mails with Wayne Smith (Committee member) re: proposed settlement and address same (.2). | 0.20 hrs. |
| 12/07/09 | D. E. DEUTSCH | E-mail Marc Roitman re: follow-up on request from Committee member (Robert Stark) (.1). | 0.10 hrs. |
| 12/10/09 | D. E. DEUTSCH | Exchange e-mails with Wayne Smith re: today's meeting (.1). | 0.10 hrs. |
| 12/16/09 | D. E. DEUTSCH | Telephone conversation with Frank Anderson (Committee member) re: various case matters (.3); e-mail Howard Seife re: inquiry from Wayne Smith (Warner Brothers) (.1). | 0.40 hrs. |
| 12/18/09 | D. E. DEUTSCH | Call with Frank Anderson (PBGC) and, in part, Bob Schwinger re: investigation confidentiality issue (.3). | 0.30 hrs. |
| 12/21/09 | D. E. DEUTSCH | Review e-mail from counsel to LA Times employee/creditor (.1); call to Kevin Lantry re: status of same (.1); | 0.20 hrs. |
| 12/22/09 | H. SEIFE | Emails with Committee members regarding meetings and schedules. | 0.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| 12/23/09 | H. SEIFE | Telephone conference with Committee member regarding meetings. | 0.30 hrs. |
|---|---|---|---|
| 12/23/09 | D. E. DEUTSCH | Call with Frank Anderson (PBGC) re: status of various case matters (.2); calls with/to each Committee member re: agenda items/schedule for next weeks meeting (.8); exchange related e-mails (.3); review materials related to same from Damian Schaible (.2); | 1.50 hrs. |

**Total Fees for Professional Services.............  $4,067.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 1.80 | 1737.00 |
| D. E. DEUTSCH | 695.00 | 3.20 | 2224.00 |
| M. ROITMAN | 355.00 | .30 | 106.50 |
| TOTALS | | 5.30 | 4067.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through December 31, 2009

Our Matter #19804.007
          BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 12/01/09 | J. A. STENGER | Revise debtor's draft of FCC application NBCO waiver requests for Los Angeles and Miami markets (3.5); research regarding same (2.5). | 6.00 hrs. |
| 12/02/09 | J. A. STENGER | Research regarding revisions to debtor draft of FCC application NBCO waiver requests for Los Angeles and Miami markets (1.5); prepare revised draft of FCC application (4.7). | 6.20 hrs. |
| 12/02/09 | H. SEIFE | Review of Alix weekly report. | 0.40 hrs. |
| 12/02/09 | M. STRAND | Locate case law prohibiting retroactive rulemaking for FCC (.1) and email to J. Stenger in conjunction with revised Tribune application (.1). | 0.20 hrs. |
| 12/02/09 | D. E. DEUTSCH | Research and respond to inquiry from Ted Zink on D&O/fiduciary insurance matter (.2). | 0.20 hrs. |
| 12/03/09 | D. E. DEUTSCH | Draft FCC action item requests to James Stenger (.3). | 0.30 hrs. |
| 12/03/09 | M. STRAND | Meeting w/ J. Stenger RE: updating FCC case research regarding recent grants of permanent waivers. | 0.20 hrs. |
| 12/03/09 | R. LISKOV | Conference with H. Seife re self-insured retention under debtor's libel policy. | 0.10 hrs. |
| 12/03/09 | J. A. STENGER | Research regarding revisions to debtor draft of FCC application, NBCO waiver requests for Los Angeles and Miami markets (5.4); prepare revised draft (3.6). | 9.00 hrs. |
| 12/04/09 | J. A. STENGER | Prepare revised draft of FCC application NBCO waiver requests for New York and Hartford markets (3.6); research regarding same (2.8). | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       January 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2


| | | | |
|---|---|---|---|
| 12/04/09 | M. STRAND | Meet w/ J. Stenger RE: Tribune issues, including revising Tribune Application, BIA report and additional FCC case research. | 0.70 hrs. |
| 12/05/09 | J. A. STENGER | Revise debtor draft of FCC application NBCO waiver exhibit to create Exhibit 1 legal (3.8); prepare Exhibit 2 fact statement for Chicago market (3.6) | 7.40 hrs. |
| 12/07/09 | J. A. STENGER | Office conference with M.Strand (.5) and research regarding FCC NBCO waivers in bankruptcy cases (3.2); revise draft FCC NBCO waiver requests (1.7). | 5.40 hrs. |
| 12/07/09 | M. STRAND | Review and revise Tribune draft application, exhibits 1 and 2 (3.3); meetings w/ J. Stenger RE: same (.5); research FCC decisions granting permanent waivers of ownership rules (1.1). | 4.90 hrs. |
| 12/08/09 | M. STRAND | Review and revise draft Tribune application, Exhibit 1 (1.6); review and revise draft email to D. Deutsch explaining changes to Dow Lohnes' version of Exhibits 1 and 2 (.3); meeting w/ J. Stenger RE: draft application (.3); review and revise BIA reports (as attached to Tribune Application) (3.9). | 6.10 hrs. |
| 12/08/09 | J. A. STENGER | Revise draft FCC exhibit 1 and 2 comments (1.8); prepare office correspondence to D. Deutsch and M, Strand regarding same (0.6), | 2.40 hrs. |
| 12/08/09 | D. E. DEUTSCH | Review draft FCC application and related proposed insert (1.4). | 1.40 hrs. |
| 12/08/09 | H. SEIFE | Review of AlixPartners weekly status report. | 0.40 hrs. |
| 12/09/09 | J. A. STENGER | Office conference with M. Strand regarding revisions to draft BIA report (0.3); review BIA reports and research regarding same (1.8); further revisions to draft FCC Exhibits 1 and 2 (0.6). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 12/09/09 | M. STRAND | Review and revise BIA reports (3.1); review and revise Exhibit 1 to Tribune application (.3). | 3.40 hrs. |
| 12/10/09 | M. STRAND | Review and revise BIA reports (attachments to the draft Tribune applications). | 1.60 hrs. |
| 12/10/09 | J. A. STENGER | Research regarding factual showing for Tribune Exhibit 2 and newspaper industry expert reports (3.2); office conference M. Strand regarding comments on debtor draft (0.3). | 3.50 hrs. |
| 12/10/09 | H. SEIFE | Review of Moelis weekly update. | 0.70 hrs. |
| 12/11/09 | J. A. STENGER | Office conference with D. Deutsch regarding draft FCC Exhibits 1-2 (0.2) and office conference with M. Strand regarding same (0.3); prepare correspondence to debtor's counsel regarding same (0.5). | 1.00 hrs. |
| 12/11/09 | D. E. DEUTSCH | Review e-mails on FCC matters from James Stenger (.1); call with James Stenger re: same (.2); review blacklines on FCC application exhibits (1.1). | 1.40 hrs. |
| 12/11/09 | R. LISKOV | Review T. Stevenson e-mail re D&O insurance coverage (.2) and e-mail to T. Stevenson re same (.1). | 0.30 hrs. |
| 12/11/09 | M. STRAND | Review and blackline comments to Tribune Exhibits 1 and 2 (.7); email to J. Stenger (.2); Review email to J. Feore w/ C&P comments on exhibits/draft application (.3). | 1.20 hrs. |
| 12/14/09 | M. STRAND | Review and revise Tribune Exhibit 1. | 1.40 hrs. |
| 12/15/09 | M. STRAND | Review and revise draft Tribune Exhibit 1. | 0.50 hrs. |
| 12/15/09 | D. E. DEUTSCH | Review e-mail from JPMorgan on D&O insurance coverage issue (.1); draft e-mail to Debtors' counsel (Bryan Krakauer) and Committee insurance expert (Richard Liskov) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


                              on same (.2).

12/15/09    H. SEIFE          Emails regarding extension of D&O        1.40 hrs.
                              coverage (.7); review of
                              AlixPartners business report (.4);
                              review of Moelis weekly report
                              (.3).

12/16/09    H. SEIFE          Review of Debtors memos on D&O           1.40 hrs.
                              coverage (.8); review and revise
                              report to Committee on D&O issue
                              (.6).

12/16/09    D. E. DEUTSCH     Exchange e-mails with Kevin Lantry       1.50 hrs.
                              re: D&O insurance (.2); related
                              call with Richard Liskov (.1);
                              call with Kevin Lantry re: D&O
                              matters (.2); review D&O materials
                              (.2); participate in related call
                              (.5) and follow-up discussion with
                              Richard Liskov (.2); call with
                              Kevin Lantry re: required outline
                              (.1).

12/16/09    M. STRAND         Review and revise BIA report to         1.40 hrs.
                              accompany Tribune exhibits.

12/17/09    M. STRAND         Review and revise draft Exhibit 1       4.60 hrs.
                              (3.9), office conferences w/ J.
                              Stenger RE: same (.7).

12/17/09    D. E. DEUTSCH     Review memorandum and additional        2.40 hrs.
                              materials received from Debtors on
                              D&O/tail insurance coverage (.5);
                              draft memorandum to Committee on
                              same (.7); telephone conversation
                              with Richard Liskov re: additional
                              insurance issues (.2); research
                              issue and draft additional edits
                              to memorandum (.6); two telephone
                              conversations with Kevin Lantry
                              re: next steps on D&O/tail
                              insurance (.4).

12/17/09    R. LISKOV         Conferences with D. Deutsch (.2)        0.70 hrs.
                              and review and comment on D.
                              Deutsch proposed message to
                              committee on D&O insurance (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| | | | |
|---|---|---|---|
| 12/17/09 | J. A. STENGER | Prepare revisions to FCC Exhibit 1 draft (1.8); office conference with Megan Strand regarding same (0.4); research regarding same (1.8); prepare correspondence to J. Feore regarding same (0.4). | 4.40 hrs. |
| 12/18/09 | R. LISKOV | Review D. Deutsch e-mails (.2) and e-mail from debtor's counsel (.1). | 0.30 hrs. |
| 12/18/09 | D. E. DEUTSCH | Exchange further e-mails with Kevin Lantry re: D&O/tail insurance issues (.2); telephone conversation with Kevin Lantry re: same (.3); research on related insurance issue (.4); draft memorandum to Committee re: D&O insurance (.5); e-mail Alan Holtz re: expert on D&O insurance (.2); e-mail Kevin Lantry re: scheduling meeting with Marsh, insurance counsel and others re: tail insurance (.2). | 1.80 hrs. |
| 12/18/09 | D. M. LeMAY | Review and comment on draft e-mail to Committee regarding insurance matter. | 0.20 hrs. |
| 12/18/09 | M. STRAND | Call w/ J. Stenger RE: revisions to BIA report (.3), review and revise and combine 2 BIA reports (2.1). | 2.40 hrs. |
| 12/19/09 | M. STRAND | Review and revise two BIA reports (1.9); email to J. Stenger re: same (.2). | 2.10 hrs. |
| 12/21/09 | M. STRAND | Review and revise combined BIA report (1.5), meeting w/ J. Stenger RE: same (.4); research prior BIA presentations RE: status of broadcast industry (.3) and email copy of presentation to J. Stenger (.1). | 2.30 hrs. |
| 12/21/09 | J. A. STENGER | Prepare revisions to draft BIA expert report in support of FCC applications and waiver requests (2.5); prepare correspondence to J. Feore regarding same (0.7). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6

| 12/22/09 | J. A. STENGER | Prepare correspondence to J. Feore regarding draft BIA report for FCC applications. | 0.70 hrs. |
|---|---|---|---|
| 12/22/09 | D. E. DEUTSCH | Review e-mails and attached materials from James Stenger to Debtors' FCC counsel (.4); | 0.40 hrs. |
| 12/23/09 | D. M. LeMAY | Analysis regarding request for additional confidentiality restrictions regarding Cooking Channel. | 0.80 hrs. |
| 12/23/09 | H. SEIFE | Review of Moelis weekly update (.3); review of AlixPartners weekly report (.3). | 0.60 hrs. |
| 12/24/09 | D. E. DEUTSCH | Review memorandum from Debtors' counsel (Janet Henderson) re: new confidential Debtor business opportunity (.2); exchange e-mail with David LeMay re: same (.1); call with David LeMay re: Committee confidentiality issues related to same (.2). | 0.50 hrs. |
| 12/28/09 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: pending insurance issues (.2). | 0.20 hrs. |
| 12/29/09 | D. E. DEUTSCH | Exchange multiple e-mails with Brad Hall, Richard Liskov and Kevin Lantry re: issues for today's meeting on D&O (.4); telephone conversation with Damian Schaible re: Fee Tail/D&O insurance issues (.2); review related D&O materials (.5); participate in conference call with Debtors, insurance expert, Brad Hall, Richard Liskov and Debtors' counsel (.6). | 1.70 hrs. |
| 12/29/09 | R. LISKOV | Review spreadsheet and conference call with D. Deutsch and debtor's counsel and debtor re D&O coverage; e-mail D. Deutsch. | 2.00 hrs. |
| 12/30/09 | R. LISKOV | Review D. Deutsch draft message to committee (.4) and e-mail comments to D. Deutsch (.4). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7


| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/30/09 | H. SEIFE | Review emails regarding D&O coverage issues. | 0.60 hrs. |
| 12/30/09 | D. E. DEUTSCH | Draft memorandum to Committee on insurance fee tail policy (1.9); exchange e-mails regarding same with Richard Liskov (.3); e-mail Brad Hall re: review of memorandum and required follow-up items (.2); call with Kevin Lantry re: tail coverage issues (.2); exchange multiple e-mails with Brad Hall re: follow-up items (.3). | 2.90 hrs. |
| 12/31/09 | D. E. DEUTSCH | Review Kevin Lantry e-mails re: D&O/fiduciary insurance policy provisions (.3); e-mail Brad Hall and Richard Liskov on same (.2): review additional new materials on D&O insurance policy (.5); e-mail to Brad Hall on requested follow-up on same (.1); make final edits to memorandum to Committee based on same (.6); review last two AlixPartners operations reports (.4). | 2.10 hrs. |
| 12/31/09 | H. SEIFE | Review of memo on D&O coverage and issues. | 0.80 hrs. |
| 12/31/09 | R. LISKOV | Review and reply D. Deutsch e-mails and Sidley e-mails re: D&O fiduciary insurance issues. | 0.30 hrs. |


**Total Fees for Professional Services.............  $64,080.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     8
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 1.00 | 855.00 |
| H. SEIFE | 965.00 | 6.30 | 6079.50 |
| J. A. STENGER | 495.00 | 58.30 | 28858.50 |
| R. LISKOV | 675.00 | 4.50 | 3037.50 |
| D. E. DEUTSCH | 695.00 | 17.10 | 11884.50 |
| M. STRAND | 405.00 | 33.00 | 13365.00 |
| TOTALS | | 120.20 | 64080.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                                        For Services Through December 31, 2009

Our Matter #19804.008
          ASSET DISPOSITION

| | | | |
|---|---|---|---|
| 12/01/09 | M. ROITMAN | Drafting memo re: Countryside 363 sale (1.5) and research re: same (1.2); Correspondence with A. Leung (AlixPartners) re: same (0.5) | 3.20 hrs. |
| 12/01/09 | D. E. DEUTSCH | Edit Committee memorandum on sale of property (.3). | 0.30 hrs. |
| 12/02/09 | D. E. DEUTSCH | Review AlixPartner's analysis on sale of Countryside, IL real estate (.2); exchange e-mails with AlixPartners re: action items on same (.2); review revised analysis (.2). | 0.60 hrs. |
| 12/02/09 | M. ROITMAN | Revising memo re: Countryside 363 Sale (0.6) | 0.60 hrs. |

**Total Fees for Professional Services............. $1,974.50**


                              TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | .90 | 625.50 |
| M. ROITMAN | 355.00 | 3.80 | 1349.00 |
| TOTALS | | 4.70 | 1974.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                    For Services Through December 31, 2009

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| | | | |
|---|---|---|---|
| 12/01/09 | M. ROITMAN | Revising memos re: Debtors' 7th through 11th Omnibus Claims Objections (0.5); phone call with D. Deutsch re: same (0.3); drafting posting note for Intralinks for same (0.1) | 0.90 hrs. |
| 12/02/09 | M. ROITMAN | Revising memoranda to Committee re: Debtors' 7th through 11th Omnibus Claims Objections (0.9). | 0.90 hrs. |
| 12/02/09 | D. E. DEUTSCH | Review and draft final edits to draft memoranda on omnibus claim issues (.5); edit posting note on same (.2); edit two memorandum on Deutsche Bank claim objections (.6); edit revised Committee posting note (.2); e-mail Kevin Lantry re: next steps on inquiry from Christine Baecher (ex-employee's counsel) with respect to claim (.2). | 1.70 hrs. |
| 12/07/09 | D. E. DEUTSCH | Review and provide detailed written response to multiple inquiries from lawyer for L. Sotsky re: status of claim, resolution thereof and related issues (.8); related call with Kevin Lantry (.1); exchange emails with J.Ludwig (Debtors' lawyer) re: claims data (.2). | 1.10 hrs. |
| 12/08/09 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: Sotsky claim and other claim matters (.2). | 0.20 hrs. |
| 12/11/09 | M. ROITMAN | Review of responses to Debtors' 7th through 11th Omnibus Claims Objections (0.9); Meeting with D. Deutsch re: same (0.2); Call to J. Ludwig (Sidley) re: same (0.1). | 1.20 hrs. |
| 12/22/09 | D. E. DEUTSCH | Preliminary review of omnibus claim objection (.1); e-mail Marc Roitman re: drafting Committee motion on same (.1); | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| | | | |
|---|---|---|---|
| 12/23/09 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: claim schedule issue and follow-up (.3); | 0.30 hrs. |
| 12/23/09 | M. ROITMAN | Review of three objections to claims filed by Debtors (0.2);drafting memo to Committee re: objections to claims (0.3). | 0.50 hrs. |
| 12/30/09 | D. E. DEUTSCH | Call with Kevin Lantry re: ex LA Times employee issue (.1). | 0.10 hrs. |


**Total Fees for Professional Services............. $3,744.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 3.60 | 2502.00 |
| M. ROITMAN | 355.00 | 3.50 | 1242.50 |
| TOTALS | | 7.10 | 3744.50 |