TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                              For Services Through December 31, 2009
    Our Matter #19804.010
             FEE/RETENTION APPLICATIONS


12/01/09   M. ROITMAN       Review of docket for ordinary        0.40 hrs.
                            course professional filings (.2);
                            update ordinary course
                            professional chart (.2).

12/01/09   H. LAMB          Review Fee Examiner's Report on      1.60 hrs.
                            second quarterly fees (.6); follow
                            up on certain items (.4) and
                            revise response accordingly (.6).

12/02/09   H. LAMB          Comprehensive review of billing      5.80 hrs.
                            proformas/daily time detail in
                            prepration of monthly fee
                            application (Nov.).

12/02/09   D. E. DEUTSCH    Call with Fee Examiner re: next      0.20 hrs.
                            steps on 1st application (.1);
                            e-mail Fee Examiner re: same (.1).

12/02/09   M. ROITMAN       Preparation for (0.2) and            0.40 hrs.
                            attendance at meeting with D.
                            Deutsch re: ordinary course
                            professionals (0.2).

12/02/09   E. DAUCHER       Meet with D. Deutsch and M. Towers   0.30 hrs.
                            re: drafting pleading to retain
                            solvency expert for the committee.

12/03/09   E. DAUCHER       Met with M. Towers to discuss        0.20 hrs.
                            preparation of pleading to retain
                            solvency expert.

12/03/09   D. E. DEUTSCH    Exchange multiple e-mails with       0.40 hrs.
                            Meghan Towers re: research on
                            expert retention in similar cases
                            (.4).

12/04/09   D. E. DEUTSCH    Additional calls (.2) and exchange   0.40 hrs.
                            of e-mails with Meghan Towers and
                            Eric Daucher re: retention of
                            expert research (.2).

12/04/09   M. S. TOWERS     Research on issue of Committee's     1.20 hrs.
                            expert retention procedures

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| | | | |
|---|---|---|---|
| 12/05/09 | H. LAMB | Further detailed review of billing proformas/daily time detail in preparation of monthly fee application. | 4.20 hrs. |
| 12/07/09 | M. ROITMAN | Review of docket re: ordinary course professional filing (0.4) and update chart re: same (0.5). | 0.90 hrs. |
| 12/07/09 | E. DAUCHER | Research re: issue on retention of solvency expert by Creditors' Committee. | 5.00 hrs. |
| 12/07/09 | D. E. DEUTSCH | E-mail M. Roitman re: research on new retention disclosure and issue related to same (.2); review draft memorandum on retention matter (.4); discuss research on same with Eric Daucher (.3); exchange related e-mails with Eric Daucher (.2); e-mail Marc Roitman re: creating new fee summary chart (.2). | 1.30 hrs. |
| 12/08/09 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire and Larry Kwon (Moelis) re: Moelis retention issue (.2); review retention issue research results re: Committee expert (.4); review materials to prepare for meeting with Fee Examiner (1.1); participate in related call (.5); draft related follow-up e-mail (.2); review background materials/CV/other materials related to retention of expert on solvency (.5); draft memorandum to Committee regarding retention of solvency expert (.7); exchange e-mails with Graeme Bush re: next steps re: same (.4); draft memo to Eric Daucher and Frank Vazquez re: drafting of retention papers (.3); exchange e-mails with Frank Vazquez re: retention issues (.2). | 4.50 hrs. |
| 12/08/09 | E. DAUCHER | Conduct research on proper form of expert retention application (.7), and draft email containing research findings to D. Deutsch (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE · January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 12/08/09 | Y. YOO | Review and edit draft email correspondence to Fee Examiner (.3). | 0.30 hrs. |
|----------|--------|---------------------------------------------------------------------|-----------|
| 12/08/09 | H. LAMB | Begin preparation of monthy fee application. | 2.20 hrs. |
| 12/09/09 | H. LAMB | Conferences with D.Deutsch regarding settlement with Fee Examiner on first interim fees (.2); prepare outstanding fee breakdown in preparation of fee order (.4). | 0.60 hrs. |
| 12/09/09 | H. SEIFE | Review of issues with fee examiner. | 0.50 hrs. |
| 12/09/09 | E. DAUCHER | Research Delaware professional retention application issue (4.1); begin draft of professional retention application (5.2). | 9.30 hrs. |
| 12/09/09 | D. E. DEUTSCH | Meeting with Frank Vazquez and Eric Daucher re: drafting retention papers for solvency expert and researching related issues (.2); exchange related e-mails (.2); discuss possible settlement of First Quarterly fee statement disputes with Adam Landis (.1); review related e-mails (.1); revise Committee memorandum re: retention of solvency expert (.3); review court papers on Committee fee issues (.2); two calls with Fee Examiner re: same and related issue (.2). | 1.30 hrs. |
| 12/09/09 | E. PRZYBYLKO | Confs. with F. Vazquez re expert retention issues (0.2); review models re same (0.4). | 0.60 hrs. |
| 12/09/09 | F. VAZQUEZ | Confs w/Daucher re retention of expert and next steps (.6); confs w/Daucher and Deutsch re retention of solvency expert (.3); conf w/Towers re previous retention of solvency experts in other bankruptcy cases (.2); conf w/Przbylko re retention of experts and disclosure thereof in connection w/adversary proceeding (.3). | 1.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

| | | | |
|---|---|---|---|
| 12/10/09 | D. E. DEUTSCH | Exchange e-mails with Graeme Bush re: expert retention issue (.2); draft extensive edits and inserts to response to report from Fee Examiner to second quarterly fee application (4.1); exchange e-mails with Debtors' counsel re: hearing on Committee member Fee Examiner issues (.2); discuss research project with Eric Daucher on expert retention issue (.2) and discuss related initial findings (.2). | 4.90 hrs. |
| 12/10/09 | E. DAUCHER | Research additional issues relating to retention of solvency experts (3.2); Draft memo to D. Deutsch on retention of individuals who serve as both solvency experts and in other capacities (2.4); draft professional retention documents (1.9). | 7.50 hrs. |
| 12/10/09 | F. VAZQUEZ | Conf w/E.Daucher re retention of expert. | 0.20 hrs. |
| 12/11/09 | M. ROITMAN | Review of docket for ordinary course professional filings (0.1); Review of Steering Committee Fees (0.1) and discussion with D. Bava re: creating chart (0.1). | 0.30 hrs. |
| 12/11/09 | D. M. LeMAY | Review and comment on draft response to fee examiner. | 0.80 hrs. |
| 12/11/09 | D. E. DEUTSCH | Exchange e-mails with Helen Lamb re: comments on Debtors' proposed first quarterly fee order (.2); brief review of materials from Graeme Bush re: expert retention (.2) and draft e-mail comments on same (.2); review draft memorandum re: expert retention (.2) and discuss edits and further research related to same with Eric Daucher (.2); research fee materials related to section of Fee Examiners' Second Report (.4) and insert paragraph in Chadbourne response to same (.7); e-mails re: | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

|            |                  | retention of expert with Adam Landis (.3); review and respond to two inquiries from Fee Examiner's office (.2). |            |
|------------|------------------|---|------------|
| 12/11/09   | M. D. ASHLEY     | Reviewed draft expert engagement letter and related materials (.8). | 0.80 hrs. |
| 12/11/09   | E. DAUCHER       | Additional research for memo on retention of professional (2.5); Draft updated memo on retention of professionals (1.6); continue draft of retention documents in light of proposed engagement letter (1.4). | 5.50 hrs. |
| 12/12/09   | H. SEIFE         | Review and revised letter to fee examiner. | 0.60 hrs. |
| 12/13/09   | D. E. DEUTSCH    | Review and mark-up draft November fee application (5.4). | 5.40 hrs. |
| 12/14/09   | D. BAVA          | Review and analysis of 3rd interim fees and expenses of all case professionals (.40); draft summary chart (.20). | 0.60 hrs. |
| 12/14/09   | F. VAZQUEZ       | Conf w/Daucher re expert retention (.2); conferences w/Deutsch re expert retention (.3); review memoranda re expert retention (.8); conference with McCormack and Deutsch re expert retention (.5); call to K. Smith re expert (.1). | 1.90 hrs. |
| 12/14/09   | M. ROITMAN       | Correspondence with D. Bava re: fee chart (0.3) | 0.30 hrs. |
| 12/14/09   | D. E. DEUTSCH    | Calls with multiple billing professionals re: fee recording matters (.5); conference with Helen Lamb to discuss next steps on November fee application and items requiring follow-up (.3); review memos on legal issues re: retention of expert (.6); discuss next steps on retention of expert process with Frank Vazquez (.1); conference call with Tom McCormack and Frank Vazquez on same (.5). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| | | | |
|---|---|---|---|
| 12/14/09 | H. LAMB | Further preparation of monthly fee application (1.4); Conference with D.Deutsch regarding fee application follow-up issues (.3). | 1.70 hrs. |
| 12/14/09 | H. SEIFE | Review of C&P response to Fee Examiner. | 0.40 hrs. |
| 12/15/09 | D. E. DEUTSCH | Review court postings on ordinary course professionals (.2); e-mail Marc Roitman on same (.1). | 0.30 hrs. |
| 12/15/09 | M. ROITMAN | Review of Docket for ordinary course professional filings (0.1) and update to chart re same (0.2); Review of Steering Committee Fees (0.5). | 0.80 hrs. |
| 12/15/09 | E. DAUCHER | Drafting professional retention documents. | 0.70 hrs. |
| 12/15/09 | F. VAZQUEZ | Conf w/Daucher re expert retention (.2); conf w/Deutsch re expert retention (.1); review expert pleading (.1). | 0.40 hrs. |
| 12/15/09 | D. BAVA | Finalize analysis of 3rd interim fees and expenses (.80); revise summary chart (.40). | 1.20 hrs. |
| 12/16/09 | F. VAZQUEZ | Review Smith's comments to expert's engagement letter. | 0.10 hrs. |
| 12/16/09 | K. SMITH | Review and comment on draft engagement letter with NERA (1.2); circulate comments re:  same (.3). | 1.50 hrs. |
| 12/17/09 | H. LAMB | Review certification of no objection of C&P tenth fee application (.1) and draft letter to Debtor's counsel regarding same (.1); review of expenses for eleventh monthly fee application (.5) and follow up on certain items (.7). | 1.40 hrs. |
| 12/17/09 | D. BAVA | Organization of fee applications filed by case professionals for the second and third interim periods (.60). | 0.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    7
```

| 12/18/09 | H. LAMB | Review Committee member expense receipts and prepare expense summaries for upcoming submission to court. | 1.40 hrs. |
| 12/18/09 | D. E. DEUTSCH | Review memorandum from Debtors re: ordinary course issue (.2); | 0.20 hrs. |
| 12/21/09 | H. LAMB | Finalize draft of fee application. | 0.60 hrs. |
| 12/21/09 | D. E. DEUTSCH | Review and edit draft fee statement overview summary for November (.8); | 0.80 hrs. |
| 12/23/09 | M. ROITMAN | Review and edit third quarterly fee summary created for Committee. | 0.60 hrs. |
| 12/30/09 | M. ROITMAN | Review of docket for ordinary course professional filings (0.1) and update to Ordinary Course Professionals Chart (0.2). | 0.30 hrs. |

**Total Fees for Professional Services.............. $42,025.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | .80 | 684.00 |
| H. SEIFE | 965.00 | 1.50 | 1447.50 |
| M. D. ASHLEY | 645.00 | .80 | 516.00 |
| D. E. DEUTSCH | 695.00 | 24.30 | 16888.50 |
| E. PRZYBYLKO | 625.00 | .60 | 375.00 |
| F. VAZQUEZ | 625.00 | 4.00 | 2500.00 |
| K. SMITH | 745.00 | 1.50 | 1117.50 |
| D. BAVA | 270.00 | 2.40 | 648.00 |
| E. DAUCHER | 355.00 | 29.50 | 10472.50 |
| M. S. TOWERS | 475.00 | 1.20 | 570.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| H. LAMB | 270.00 | 19.50 | 5265.00 |
| M. ROITMAN | 355.00 | 4.00 | 1420.00 |
| Y. YOO | 405.00 | .30 | 121.50 |
| TOTALS | | 90.40 | 42025.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

                              For Services Through December 31, 2009

Our Matter #19804.011
          PLAN AND DISCLOSURE STATEMENT


| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 12/01/09 | H. SEIFE | Preparation for hearing on exclusivity (2.9); attend hearing before J. Carey on exclusivity (2.8). | 5.70 hrs. |
| 12/01/09 | D. E. DEUTSCH | Prepare for hearing (2.1); participate in hearing (2.9); conferences at Court with various interested parties to resolve matters addressed at hearing (1.1); draft memorandum to Committee re: today's hearing matters (.5). | 6.60 hrs. |
| 12/02/09 | D. E. DEUTSCH | Research and respond to inquiry from Ted Zink on plan issue (.2). | 0.20 hrs. |
| 12/03/09 | C. L. RIVERA | Meeting with T. Zink and B. Dye re: plan, creditor trust, open issues (.4); review Tribune plan for overview (0.8); research past materials re: creditor trust concept and reviewing same (1.7); confer with B. Dye re: state law research/memo (0.3); confer with T. Zink re: status of trust issues (0.3); drafting trust agreement (3.1). | 6.60 hrs. |
| 12/03/09 | B. DYE | Meeting with T. Zink and C. Rivera re Tribune's proposed Plan of Reorganization (1.2); researching jurisdictional issues re trust issues (2.5). | 3.70 hrs. |
| 12/04/09 | C. L. RIVERA | Drafting/revising trust agreement (5.8). | 5.80 hrs. |
| 12/07/09 | C. L. RIVERA | Drafting/revising trust agreement (1.1). | 1.10 hrs. |
| 12/08/09 | C. L. RIVERA | Drafting/revising trust agreement (1.7). | 1.70 hrs. |
| 12/08/09 | H. SEIFE | Review of revised exclusivity order. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 12/09/09 | C. L. RIVERA | Finalizing draft trust agreement (1.9); confer with T. Zink re: same, tax issues (0.4). | 2.30 hrs. |
|----------|--------------|-------------------------------------------------------------------------------------------|-----------|
| 12/09/09 | D. M. LeMAY | Work on trust documents. | 1.30 hrs. |
| 12/14/09 | R. M. LEDER | TCs Zink re trust. | 0.10 hrs. |
| 12/14/09 | N. T. ZINK | Phone conference with D. LeMay re plan trust drafting (.1); phone conference with D. Leder re review of plan trust agreement (.1). | 0.20 hrs. |
| 12/14/09 | F. VAZQUEZ | Conf w/Zink re Tribune trust issue (.2); conf w/ C. Rivera re trust (.2); review trust agreement (.4). | 0.80 hrs. |
| 12/14/09 | C. L. RIVERA | Confer with F. Vazquez re: trust agreement (0.3); confer with T. Zink re: same (0.1). | 0.40 hrs. |
| 12/15/09 | C. L. RIVERA | Correspondence with T. Zink and F. Vazquez re: trust agreements, related plan inserts. | 0.20 hrs. |
| 12/15/09 | N. T. ZINK | Emails with C. Rivera and F. Vazquez re creditor trust issues (.2). | 0.20 hrs. |
| 12/15/09 | R. M. LEDER | Review Trust Agreement. | 1.70 hrs. |
| 12/15/09 | F. VAZQUEZ | Conf w/Zink re Tribune trust (.2); draft trust agreement (4.7); conf w/ C. Rivera re trust (.2); review trust agreement (.4); emails to and from Rivera re plan/agreement (.2). | 5.70 hrs. |
| 12/16/09 | F. VAZQUEZ | Review and revise trust agreement. | 2.60 hrs. |
| 12/16/09 | R. M. LEDER | Continue review of Trust Agreement (.8) and discussion with Zink (.2). | 1.00 hrs. |
| 12/17/09 | N. T. ZINK | Review creditor trust agreement (.8); conference with F. Vazquez, C. Rivera and D. Leder re trust issues (.8). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3

| | | | |
|---|---|---|---|
| 12/17/09 | C. L. RIVERA | Reviewing plan re: relevant sections for creditors' trust (1.7); telephone conversation with D. Leder, T. Zink and F. Vazquez re: tax issues in creditors' trust (0.7); confer with F. Vazquez re: plan inserts (0.2); telephone conversation with T. Zink re: revisions to trust agreement (0.2). | 2.80 hrs. |
| 12/17/09 | R. M. LEDER | Conference with Zink, Vazquez and Rivera (by phone) re Creditors' Trust Agreement (.8) and mark-up and provide comments on draft of Creditors Trust Agreement (2.1). | 2.90 hrs. |
| 12/17/09 | F. VAZQUEZ | Confs w/Zink and Leder re trust issues (.9); conf w/CRivera re trust/plan (.2); review & revise trust (1.2); draft plan inserts re trust (5.6); email to/from C. Rivera re plan. (.1). | 8.00 hrs. |
| 12/17/09 | D. M. LeMAY | Comment on draft Plan. | 1.60 hrs. |
| 12/18/09 | D. M. LeMAY | Work on Creditor Trust provisions for plan of reorganization. | 1.10 hrs. |
| 12/18/09 | N. T. ZINK | Review and revise plan provisions to accommodate trust concepts (2.8); conference with F. Vazquez and C. Rivera re plan provisions (.4); review draft trust agreements (.3); | 3.50 hrs. |
| 12/18/09 | F. VAZQUEZ | Confs w/C. Rivera re trust and plan terms (.4); confs w/Zink and C. Rivera re trust and plan terms (.4); conf w/Zink re plan terms (.1); Review and revise trust (.8); review draft plan (1.7); review & revise trust (.8); email to/from C. Rivera re Plan (.2). | 4.40 hrs. |
| 12/18/09 | C. L. RIVERA | Drafting/revising inserts to plan (2.7); confer with F. Vazquez re: same (0.4); reviewing proposed inserts (0.7); confer with T. Zink and F. Vazquez re: plan drafts (0.2). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         January 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4

| 12/19/09 | N. T. ZINK | Review and revise plan to incorporate trust provisions (3.6). | 3.60 hrs. |
| 12/21/09 | N. T. ZINK | Revise plan for trust provisions (2.5). | 2.50 hrs. |
| 12/21/09 | D. M. LeMAY | Review proposed creditor trust provisions for inclusion in Plan. | 1.30 hrs. |
| 12/22/09 | D. M. LeMAY | Plan Review for meeting w/Sidley. | 2.10 hrs. |
| 12/22/09 | F. VAZQUEZ | Conf w/Rivera re plan trust (.2); conf w/Zink re plan trust (.3). | 0.50 hrs. |
| 12/28/09 | D. M. LeMAY | Prepare for meeting w/Sidley regarding Plan terms. | 3.20 hrs. |
| 12/30/09 | E. DAUCHER | Research issue on scope of allowed compromises allowed in plans. | 2.90 hrs. |

**Total Fees for Professional Services.............   $66,142.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 10.60 | 9063.00 |
| H. SEIFE | 965.00 | 6.00 | 5790.00 |
| N. T. ZINK | 795.00 | 11.60 | 9222.00 |
| R. M. LEDER | 965.00 | 5.70 | 5500.50 |
| D. E. DEUTSCH | 695.00 | 6.80 | 4726.00 |
| F. VAZQUEZ | 625.00 | 22.00 | 13750.00 |
| C. L. RIVERA | 625.00 | 24.90 | 15562.50 |
| E. DAUCHER | 355.00 | 2.90 | 1029.50 |
| B. DYE | 405.00 | 3.70 | 1498.50 |
| TOTALS | | 94.20 | 66142.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through December 31, 2009

Our Matter #19804.015
         RELIEF FROM STAY ISSUES

| | | | |
|---|---|---|---|
| 12/01/09 | M. ROITMAN | Revising memo re: Gutman 9019 Settlement (1.0), phone call with D. Deutsch re: same (0.1), drafting posting note re: same (0.1); | 1.20 hrs. |
| 12/01/09 | M. ROITMAN | Drafting objection to Debtors' Proposed 9019 Settlement of the Dr. Gutman litigation (2.7), and research re: same (0.9) | 3.60 hrs. |
| 12/02/09 | M. ROITMAN | Drafting Objection to Debtors' Proposed 9019 Settlement of the Dr. Gutman litigation (5.9); Call with D. Deutsch and K. Lantry (Sidley) re: same (0.3) | 6.20 hrs. |
| 12/02/09 | M. ROITMAN | Correspondence with L. Savell and D. Deutsch re: Gutman 9019 Motion (0.3); | 0.30 hrs. |
| 12/02/09 | D. E. DEUTSCH | Call with Kevin Lantry re: Gutman matters (.3); call with Larry Savell on same (.1); review certain of Gutman materials provided by Debtors (.3); call with Marc Roitman and Kevin Lantry re: multiple Gutman issues (.3); additional meeting with Marc Roitman on research related to same (.2). | 1.20 hrs. |
| 12/02/09 | H. SEIFE | Review of documents/motion regarding Gutman (1.0); conference with D.Deutsch regarding Gutman motion (.3). | 1.30 hrs. |
| 12/02/09 | L. E. SAVELL | Communications with Messrs Deutsch and Roitman re: libel claims (.3) and review and analysis of C&P's memo to the Creditors' Committee on the Debtors' Motion re: Gutman settlement, Second Amended Complaint, and King evaluation letter and issues related thereto (1.2). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2

| | | | |
|---|---|---|---|
| 12/03/09 | L. E. SAVELL | Follow-up communications with Mr. Deutsch (.1) and further review of materials (.2). | 0.30 hrs. |
| 12/03/09 | H. SEIFE | Review Debtors' moiton to settle claim. | 0.40 hrs. |
| 12/03/09 | M. ROITMAN | Review of Gutman motion/objection (0.4); correspondence with H. Seife re: same (0.3); correspondence with D. Deutsch re: same (0.2); revising Objection to Debtors' proposed 9019 settlement of the Gutman litigation (0.6); correspondence with L.Savell and D.Deutsch re: Gutman 9019 motion (0.2). | 1.70 hrs. |
| 12/03/09 | D. E. DEUTSCH | Review L. Savell's analysis of Gutman complaint (.3) and exchange follow-up e-mails on questions re: same (.2). | 0.50 hrs. |
| 12/03/09 | D. E. DEUTSCH | Review first draft of Gutman objection and draft extensive edits and inserts for same (2.4); exchange related e-mails with Marc Roitman on same (.3). | 2.70 hrs. |
| 12/04/09 | M. ROITMAN | Revising objection to Debtors' proposed 9019 settlement of the Dr. Gutman litigation (3.7); Phone call and correspondence with A. Leung (AlixPartners) re: same (0.2); correspondence with D. LeMay and D. Deutsch re: same (0.3). | 4.20 hrs. |
| 12/04/09 | D. M. LeMAY | Review and revise Committee Objection to Gutman settlement. | 1.30 hrs. |
| 12/07/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel and Gutman's counsel re: Gutman settlement (.2); e-mail Marc Roitman re: research issue on Gutman (.1); two calls with Debtors' counsel (Kevin Lantry) re: Gutman issues (.6);complete final edits to Gutman objection (1.7); draft related posting note for Committee (.2). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 12/07/09 | M. ROITMAN | Revising Objection to Debtors' Proposed 9019 Settlement of the Dr. Gutman litigation (2.4); participate in conference call with D. Deutsch, K. Lantry (Sidley), and Gutman's counsel re: same (0.4); phone call with K. Lantry re: pending libel claims (0.1). | 2.90 hrs. |
| --- | --- | --- | --- |
| 12/08/09 | M. ROITMAN | Revising Objection to Debtors' Proposed 9019 Settlement of the Dr. Gutman litigation (0.5); meeting with M. Ashley re: same (0.1); conference call with D. Deutsch and K. Lantry (Sidley) re: update on Debtors' discussions with Gutman's counsel (0.3) | 0.90 hrs. |
| 12/08/09 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: Gutman objection issue (.2). | 0.20 hrs. |
| 12/09/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: Gutman matters (.2). | 0.20 hrs. |
| 12/11/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: Gutman motion next steps (.4); e-mail Adam Landis and Marc Ashley to update on same (.3); exchange e-mails with Marc Ashley re: litigation issues on Gutman (.2). | 0.90 hrs. |
| 12/11/09 | M. ROITMAN | Correspondence with M. Ashley re: Gutman Evidentiary Hearing and Deposition Notice (0.3). | 0.30 hrs. |
| 12/11/09 | A. K. NELLOS | Review memoranda regarding Gutman issue (.8). | 0.80 hrs. |
| 12/13/09 | M. ROITMAN | Review of Reply to Committee's Gutman Objection (0.3). | 0.30 hrs. |
| 12/14/09 | M. ROITMAN | Correspondence with D. Deutsch re: Reply to Committee's Gutman Objection (0.2); Research re: 9019 factors (0.3) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


12/14/09   Y. YOO            Reviewed Gutman Reply to            3.80 hrs.
                             Committee's Objection to Debtors'
                             Motion to Approve a Settlement of
                             Gutman Litigation and researched
                             specific issue in same (2.6);
                             attended meetings with Douglas
                             Deutsch re: same (.5);
                             corresponded by email with Douglas
                             Deutsch re: same (.7).

12/14/09   D. E. DEUTSCH     Review Gutman's reply to            5.30 hrs.
                             settlement objection (.5);
                             additional research (Westlaw) re:
                             pre-plan payment of claim (2.1);
                             review Debtors
                             certification/statement in support
                             (.6); two conference with Young
                             Yoo to discuss additional research
                             and follow-up issues on Gutman
                             settlement (.4); review certain
                             cases referenced in reply (.3);
                             outline presentation for
                             tomorrow's hearing (1.4).

12/14/09   H. SEIFE          Preparation for Gutman hearing      2.00 hrs.
                             (.8); review of Gutman reply (.7);
                             review of Debtors' support
                             declaration (.5).

12/14/09   M. D. ASHLEY      Meeting with D. Deutsch regarding   0.80 hrs.
                             Gutman action in preparation for
                             upcoming court hearing (.3);
                             reviewed background and motion
                             materials regarding Gutman action
                             (.5).

12/15/09   D. E. DEUTSCH     Prepare for today's hearing on      2.40 hrs.
                             objection to Gutman litigation
                             settlement (2.4).

12/22/09   M. ROITMAN        Meeting with M. Ashley and D.       0.70 hrs.
                             Deutsch re: Gutman (0.4);
                             Correspondence with M. Ashley re:
                             Declaration of David Bralow and
                             date of evidentiary hearing (0.3)

12/22/09   D. E. DEUTSCH     Prepare for (.2) and participate    1.10 hrs.
                             in meeting with Marc Ashley and
                             Marc Roitman re: Gutman research
                             issue (.4); prepare for (.1) and
                             telephone conversation with
                             Rebecca Butcher and Marc Ashley

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

|  |  |  | |
|--|--|--|--|
| | | re: Gutman depositions (.4); | |
| 12/22/09 | M. D. ASHLEY | Meeting with D.Deutsch and M.Roitman regarding discovery strategy relating to Gutman action (.3); reviewed materials relating to discovery in Gutman action (.4); conference with D.Deutsch, Landis regarding discovery strategy relating to Gutman action (.4). | 1.10 hrs. |
| 12/23/09 | M. D. ASHLEY | Reviewed court papers and related materials regarding discovery steps in Gutman action (1.2); call with R. Butcher (Landis) regarding Gutman discovery strategy (.3). | 1.50 hrs. |
| 12/23/09 | D. E. DEUTSCH | Exchange e-mails with Howard Seife on Gutman status issue (.2); | 0.20 hrs. |
| 12/23/09 | M. ROITMAN | Review of documents related to Gutman litigation (0.7); Correspondence with M. Ashley re: same (0.4); Review of Conigliaro Relief from Stay Motion (0.4); Drafting memo re: Conigliaro Relief from Stay Motion (0.8). | 2.30 hrs. |
| 12/30/09 | D. E. DEUTSCH | Exchange e-mail with Rebecca Butcher re: Gutman next steps (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............    $31,263.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 1.30 | 1111.50 |
| H. SEIFE | 965.00 | 3.70 | 3570.50 |
| L. E. SAVELL | 645.00 | 1.80 | 1161.00 |
| M. D. ASHLEY | 645.00 | 3.40 | 2193.00 |
| D. E. DEUTSCH | 695.00 | 17.70 | 12301.50 |
| A. K. NELLOS | 595.00 | .80 | 476.00 |
| M. ROITMAN | 355.00 | 25.10 | 8910.50 |
| Y. YOO | 405.00 | 3.80 | 1539.00 |
| TOTALS | | 57.60 | 31263.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through December 31, 2009

Our Matter #19804.017
          GENERAL LITIGATION


| | | | |
|---|---|---|---|
| 12/01/09 | M. ROITMAN | Review of past Committee meeting minutes re: JPM / Senior Lenders request for professional fee reimbursement (0.3). | 0.30 hrs. |
| 12/01/09 | M. ROITMAN | Updating Beatty and Neil Adversary Party Summaries (0.4) | 0.40 hrs. |
| 12/01/09 | H. SEIFE | Preparation for hearing on motion regarding lender professional fees (1.0); attend hearing on fee motion (1.3). | 2.30 hrs. |
| 12/01/09 | D. E. DEUTSCH | Participate in hearing on fee motion (1.3). | 1.30 hrs. |
| 12/07/09 | H. SEIFE | Review of JPM discovery requests regarding Law Debenture motion. | 0.50 hrs. |
| 12/09/09 | M. IACOPELLI | Review docket for documents relating to Law Debenture for A. Nellos. | 1.40 hrs. |
| 12/09/09 | D. E. DEUTSCH | Meeting with Ali Nellos to discuss review and monitoring of discovery process on senior lender reimbursement litigation (.3); exchange related e-mails (.1). | 0.40 hrs. |
| 12/09/09 | A. K. NELLOS | Discuss issues relating to Law Debenture motions with D. Deutsch (.4); review court pleadings and motions in connection with Law Debenture motion  (3.5); draft summary/update for Committee meeting regarding status of discovery/motion (1.1). | 5.00 hrs. |
| 12/10/09 | A. K. NELLOS | Finalize memorandum to Committee outlining status of motion from Law Debenture (1.9); exchange e-mails with Kasowitz, Sidley and Davis Polk regarding discovery requests served to date in connection with the Law Debenture Motion (.7). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


12/10/09   D. E. DEUTSCH      Review new posted court materials      0.30 hrs.
                              on senior lender fee reimbursement
                              dispute (.2); e-mail Ali Nellos on
                              same (.1).

12/10/09   D. M. LeMAY        Coordination of C&P participation      0.80 hrs.
                              in discovery regarding Law
                              Debenture Fee motion (.5)
                              including several t/cs and e-mails
                              to A. Nellos (.3).

12/11/09   M. ROITMAN         Review of Neil and Beatty              0.50 hrs.
                              adversary proceeding dockets (0.5).

12/11/09   A. K. NELLOS       Review notices of discovery filed      0.90 hrs.
                              with the Bankruptcy Court (.3);
                              exchange e-mails with parties
                              against whom document requests
                              were served by Law Debenture and
                              by JPMorgan and request that they
                              send related production to counsel
                              for the Committee (.6).

12/14/09   D. E. DEUTSCH      E-mail Ali Nellos re: scheduled        0.20 hrs.
                              depositions related to Law
                              Debenture's motion on Senior
                              Lender professional fees (.2).

12/14/09   A. K. NELLOS       Exchange e-mails with eight            3.00 hrs.
                              parties that had been served with
                              document requests in connection
                              with the Law Debenture Motion, as
                              well as counsel for the Law
                              Debenture motion regarding same
                              (1.1); conference with counsel at
                              JPMorgan regarding same (.1);
                              review documents produced in
                              connection with Law Debenture
                              Motion (1.8).

12/14/09   M. IACOPELLI       Prepared Law Debenture materials       0.70 hrs.
                              as per A. Nellos.

12/15/09   M. IACOPELLI       Prepare two sets of additional Law     3.80 hrs.
                              Debenture documents into chron
                              order and assembled into
                              binders(2.2); prepared a detailed
                              index to same (1.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       January 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    3


| 12/15/09 | H. SEIFE | Review of responses and objections regarding discovery regarding Law Debenture motion. | 1.20 hrs. |
|---|---|---|---|
| 12/15/09 | A. K. NELLOS | Review documents produced by JPMorgan and the Debtors in connection with Law Debenture Motion (2.1); update memorandum regarding status of Law Debenture (1.6); exchange e-mails with counsel for Debtors regarding written responses to discovery requests (.2); speak with counsel for Law Debenture regarding deposition schedule for the next few weeks (.2). | 4.10 hrs. |
| 12/16/09 | A. K. NELLOS | Update memorandum regarding Law Debenture motion. | 0.60 hrs. |
| 12/16/09 | H. SEIFE | Review of report on status and developments regarding Law Debenture motion. | 0.80 hrs. |
| 12/16/09 | M. IACOPELLI | Prepare two sets of Law Debenture documents into chron order and assembled into binders(1.3); Prepared a detailed index to same (1.2). | 2.50 hrs. |
| 12/17/09 | A. K. NELLOS | Update summary regarding status of Law Debenture motion (.3); review new discovery materials related to Law Debenture motion (3.1). | 3.40 hrs. |
| 12/18/09 | A. K. NELLOS | Exchange e-mails with counsel representing Oaktree, Angelo Gordon, and KKR in connection with documents produced pursuant to requests from Law Debenture (.2); continue to review materials produced in connection with Law Debenture motion (.4). | 0.60 hrs. |
| 12/19/09 | A. K. NELLOS | Continue to review materials produced in connection with Law Debenture motion. | 2.60 hrs. |
| 12/22/09 | D. M. LeMAY | Review Centerbridge document production in fee dispute. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 12/22/09 | M. ROITMAN | Review of Neil and Beatty Adversary Proceeding dockets (0.2); Update to Neil summary (0.3). | 0.50 hrs. |
| 12/30/09 | M. ROITMAN | Review of Neil Dockets and Update to Neil Adversary Summary (0.9); Review of Beatty Docket and Update to Beatty Adversary Summary (0.5). | 1.40 hrs. |

**Total Fees for Professional Services.............. $24,211.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 1.60 | 1368.00 |
| H. SEIFE | 965.00 | 4.80 | 4632.00 |
| D. E. DEUTSCH | 695.00 | 2.20 | 1529.00 |
| M. IACOPELLI | 240.00 | 8.40 | 2016.00 |
| A. K. NELLOS | 595.00 | 22.80 | 13566.00 |
| M. ROITMAN | 355.00 | 3.10 | 1100.50 |
| TOTALS | | 42.90 | 24211.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through December 31, 2009

Our Matter #19804.018
        TRAVEL

| | | | |
|---|---|---|---|
| 12/01/09 | M. D. ASHLEY | Non-working travel to Chicago for Houlihan deposition (3.2). | 3.20 hrs. |
| 12/01/09 | D. E. DEUTSCH | Non-working travel to/from Wilmington, Delaware (2.3). | 2.30 hrs. |
| 12/02/09 | M. D. ASHLEY | Non-working return travel from Chicago to New York from deposition (3.6). | 3.60 hrs. |
| 12/14/09 | E. DAUCHER | Non-working travel to/from Wilmington, Delaware for section 341 meeting. | 2.80 hrs. |
| 12/15/09 | D. E. DEUTSCH | Non-working travel to/from Wilmington, Delaware (2.7). | 2.70 hrs. |
| 12/15/09 | R. A. SCHWINGER | Non-working travel time to/from hearing at USBC in Wilmington, Delaware. | 1.70 hrs. |
| 12/15/09 | M. D. ASHLEY | Non-working travel to Chicago for Amsden and Bluth depositions (3.0). | 3.00 hrs. |
| 12/17/09 | M. D. ASHLEY | Non-working return travel from Chicago to NY (3.5). | 3.50 hrs. |

**Total Fees for Professional Services.............. $14,382.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    2

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. A. SCHWINGER | 785.00 | 1.70 | 1334.50 |
| M. D. ASHLEY | 645.00 | 13.30 | 8578.50 |
| D. E. DEUTSCH | 695.00 | 5.00 | 3475.00 |
| E. DAUCHER | 355.00 | 2.80 | 994.00 |
| TOTALS | | 22.80 | 14382.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   1

                                  For Services Through December 31, 2009
Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


12/01/09   D. BAVA              Review and analysis of docket      0.20 hrs.
                                sheet of similar large case re:
                                LBO litigation issues (.20).

12/01/09   H. SEIFE            Preparation for status conference   3.10 hrs.
                                (1.1); attend status conference
                                before J.Carey on discovery (1.4);
                                review of Merrill production
                                issues (.6).

12/01/09   N. T. ZINK          Second tier on-line document        5.60 hrs.
                                review in connection with ESOP
                                investigation.

12/01/09   R. A. SCHWINGER     E-mails with H. Seife re MLCC       1.20 hrs.
                                e-mail production issues in light
                                of status conference in court
                                (0.6); e-mail to Zell counsel re
                                privilege log issue (0.3); review
                                e-mails re confidentiality issues
                                at deposition (0.3).

12/01/09   T. J. MCCORMACK     Review materials, recommendations   4.30 hrs.
                                and case law references re:
                                insolvency expert re: expertise
                                (0.9); e-mails with G. Bush re:
                                insolvency expert (0.1); review
                                materials on other potential
                                experts (0.9); analysis of "entire
                                circumstances" case law on
                                fiduciary duty claims (2.1); t/c
                                with Zuckerman attorneys re:
                                expert issues (0.3).

12/01/09   F. VAZQUEZ          Email to/from Butcher & Nellos re   0.30 hrs.
                                document issue (.1); email to/from
                                Nellos re document review (.1);
                                email to/from C. Rivera and Zink
                                re preparation for tomorrow's
                                meeting (.1).

12/01/09   F. VAZQUEZ          Conf w/Zink re tomorrow meeting     5.90 hrs.
                                preparation(.1); second tier
                                review of documents produced in
                                connection w/investigation of
                                leveraged ESOP transaction (5.5);
                                conf w/Daucher re leveraged ESOP
                                transaction & document review (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 12/01/09 | C. L. RIVERA | Review correspondence re: status of various investigation matters in advance of meeting (0.2); research related LBO adversary (0.4). | 0.60 hrs. |

| 12/01/09 | A. K. NELLOS | Review progress of document review (.9) and add additional documents for first- and second- tier reviewers (1.2); meeting with E.Daucher re: background of investigation and document review (.5); review documents in connection with deposition preparation for Amsden (2.3);Draft and send response to letter from Kasowitz re: discovery (.6); Confer with L. Moloney regarding various issues with VRC document production (1.4); Review documents produced by VRC (.6); Online review and comparison of documents related to the ESOP transaction (second-tier review) (1.1). | 8.60 hrs. |

| 12/01/09 | T. L. STEVENSON | Speaking with references for potential expert witness (.30); Drafting e-mail correspondence regarding discussions with references (.4); discussion with T. McCormack regarding complaint against third parties (.1); reviewing complaints in other cases in preparation for drafting complaint against third parties (2.1). | 2.90 hrs. |

| 12/01/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |

| 12/01/09 | M. D. ASHLEY | Reviewed materials regarding Houlihan Lokey and VRC depositions (8.4); emails with Zuckerman, E.Miller and A.Nellos regarding depositions and discovery issues (1.2). | 9.60 hrs. |

| 12/01/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (3.6). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3

| 12/01/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
|---|---|---|---|
| 12/01/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |
| 12/01/09 | L. F. MOLONEY | Conference with A. Nellos re issues with Relativity and adding new data (1.5); prepared media with new data for loading onto database (1.2); correspondence with M. Isbrecht and P. Kelley from Complete Document Source re. re Relativity database issues and loading new documents and data (.9). | 3.60 hrs. |
| 12/01/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |
| 12/01/09 | M. ROITMAN | Conference with A. Nellos re: on-line review of documents produced in connection with investigation of ESOP transaction (0.2) and preparation for same (0.5) | 0.70 hrs. |
| 12/01/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.00 hrs. |
| 12/01/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.70 hrs. |
| 12/01/09 | E. DAUCHER | Meeting with A.Nellos re background of investigation and document review (.5); review background materials relating Tribune Company's pre-petition financing (3.2). | 3.70 hrs. |
| 12/02/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.20 hrs. |
| 12/02/09 | M. S. TOWERS | Meet with D. Deutsch re: 2004 Motion to Compel production | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            January 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    4


| 12/02/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
|----------|-----------|--------|-----------|
| 12/02/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.40 hrs. |
| 12/02/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.20 hrs. |
| 12/02/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 12/02/09 | E. PRZYBYLKO | Internal meeting with investigation team re: discovery issues (.8); confs. with T. McCormack re expert witnesses and third-party claims (.3); conf. with T. Stevenson re same (.2); review documents re third-party claims (.5). | 1.80 hrs. |
| 12/02/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.80 hrs. |
| 12/02/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 12/02/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (.4). | 0.40 hrs. |
| 12/02/09 | M. D. ASHLEY | Reviewed materials regarding Houlihan Lokey deposition (1.2); meeting with A. Goldfarb regarding Houlihan deposition (.8); attended Houlihan Lokey deposition (6.5); emails with Zuckerman, E.Miller and A.Nellos regarding depositions and discovery issues (.7). | 9.20 hrs. |
| 12/02/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 12/02/09 | T. L. STEVENSON | Reviewing class action complaint filed against Tribune et al. in September 2008 in preparation for drafting third-party complaint (1.4); reviewing similar LBO complaint in preparation for drafting third-party complaint (1.0). | 2.40 hrs. |

| 12/02/09 | E. M. MILLER | Review additional documents produced by VRC in connection with preparation for VRC deposition (0.9) Review VRC "metadata" e-mail documents, in connection with analysis of misdated e-mail documents previously produced (0.8) Draft and send list re same to A Nellos (0.4) | 2.10 hrs. |

| 12/02/09 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents (1.3); Prepare for (.5) and attend meeting with H. Seife, D. Deutsch, T. Zink, T. McCormick, and E. Przybilko (.9) on status of investigation; assist with preparation for VRC deposition (1.7); discuss issues with Beth Miller related to VRC recent productions (.5); Review/analyze materials related to potential third party claims (.9); Confer with Complete Documents regarding various issues with Relativity (.5); Update statistics related to document review (1.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 9.90 hrs. |

| 12/02/09 | D. E. DEUTSCH | Exchange multiple e-mails with Bob Schwinger and others re: discovery matters (.3); prepare for meeting with all Committee counsel involved in investigation (.6); participate in same (1.0). | 1.90 hrs. |

| 12/02/09 | C. L. RIVERA | Review correspondence re: status of investigation (0.2); confer with T. Zink re: same (0.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   6

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/02/09 | F. VAZQUEZ | Second tier review of documents produced in connnection w/investigation of LBO. | 1.60 hrs. |
| 12/02/09 | T. J. MCCORMACK | Review due diligence on potential expert for Committee(0.7); review memo on D&O coverage issues (0.4); review research on aiding/abetting liability (0.9); meet with litigation team on status of investigation (0.8); t/c G. Bush re: expert on solvency (0.2); analysis of options on experts (0.7). | 3.70 hrs. |
| 12/02/09 | R. A. SCHWINGER | Conference call with Madlyn Primoff, Joe Drayton re MLCC e-mail production (.9) and follow-up e-mail messages re same to H. Seife and Graeme Bush (.4); prior e-mails to H. Seife, Joe Drayton re same (0.5); TC with H. Seife re same (0.2); review e-mails re deposition confidentiality issues (0.2). | 2.20 hrs. |
| 12/02/09 | N. T. ZINK | Second tier on-line document review (3.4); second tier off-line document review (3.1). | 6.50 hrs. |
| 12/02/09 | H. SEIFE | Prepare for meeting (1.6); meeting of Committee professionals to coordinate investigation (1.2); emails with Merrill regarding document production (.7); review of summary of VRC deposition (.7). | 4.20 hrs. |
| 12/02/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 12/02/09 | M. IACOPELLI | Research documents on Relativity (.9) and prepared 15 sets of key documents requested by Jim Sottile (Zuckerman) for use at deposition (1.7). | 2.60 hrs. |
| 12/03/09 | M. IACOPELLI | Research Relativity (.9) and prepared set of key documents requested by Jim Sottile (Zuckerman) for use at deposition (1.7). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7


12/03/09   D. BAVA            Review and analysis of docket        0.20 hrs.
                              sheet of similar large case re:
                              LBO litigation issues (.20).

12/03/09   H. SEIFE           Review of memo on D&O coverage       3.40 hrs.
                              (.4); review emails regarding
                              discovery issues and 2004s (1.8);
                              review of ongoing Merrill
                              discovery issues (.8); review of
                              JPM emails regarding discovery
                              (.4).

12/03/09   N. T. ZINK         Second tier document review in       6.50 hrs.
                              connection with investigation
                              (4.0); review Merrill Lynch
                              discovery issues and outline Rule
                              2004 motion (.5); review Houlihan
                              Lokey deposition transcript (2.0).

12/03/09   T. J. MCCORMACK    Review research on "zone of          1.40 hrs.
                              solvency" issues under Delaware
                              law, trigger of fiduciary duties
                              to creditors (1.4).

12/03/09   R. A. SCHWINGER    E-mail to M. Pullos re D&P           2.50 hrs.
                              documents still needed by Alix
                              (0.3); e-mail to Graeme Bush re
                              merits of issues on potential Rule
                              2004 motion against MLCC (0.5);
                              prepare history of negotiations
                              with MLCC counsel re e-mail search
                              protocol for use on potential Rule
                              2004 motion (0.4); reviewing
                              e-mail exchange from Zell's
                              counsel re interplay of Rule 2004
                              discovery and Neil litigation
                              (0.4); note corrections needed for
                              list of producing-party contacts
                              (0.3); prepare detailed response
                              to Graeme Bush inquiry re
                              providing copies of Rule 2004
                              discovery material to JPM and
                              other parties (0.6).

12/03/09   F. VAZQUEZ         Conf w/Zink re 2004 exam of          5.40 hrs.
                              Merrill (.3); conf w/Towers re
                              Merrill 2004 exam (.2); second
                              tier review of documents produced
                              in connection w/investigation of
                              leveraged ESOP transaction (4.7);
                              email to/from Ashley re Blackstone

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      January 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   8


                              discovery (.1); emails to Zink re
                              discovery (.1).

12/03/09   E. M. MILLER       Review rough transcript of            2.20 hrs.
                              deposition of Chad Rucker (2.2)

12/03/09   A. K. NELLOS       Finalize materials regarding         11.30 hrs.
                              deposition of Chad Rucker (2.3);
                              review progress of document
                              reviewers (1.2) and assign
                              additional documents (1.3); Review
                              comments and revise document
                              requests for Blackstone Group
                              (1.7); Review e-mail
                              correspondence (.4) and draft
                              document to circulate among
                              counsel for various parties re
                              parties to be deposed (1.5);
                              online review of materials related
                              to potential Amsden deposition
                              (2.9).

12/03/09   D. E. DEUTSCH      Exchange e-mails with Ted Zink re:     0.20 hrs.
                              discovery motion (.2).

12/03/09   T. L. STEVENSON    Reviewing documents in preparation     7.10 hrs.
                              for drafting complaint (5.1);
                              analysis regarding claims against
                              third parties (2.0).

12/03/09   P. TANCK           On-line review of documents           7.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

12/03/09   M. D. ASHLEY       Reviewed materials regarding VRC     10.70 hrs.
                              depositions (1.4); attended C.
                              Rucker (VRC) deposition (7.9);
                              reviewed materials regarding
                              discovery issues (.6); emails iwth
                              E.Miller, A.Nellos re:
                              depositions, discovery issues
                              (.6); emails with R.Schwinger  re:
                              court hearing (.2).

12/03/09   A. DUFFY           Online review of documents            2.50 hrs.
                              produced in connection with the
                              ESOP Transaction (2.5).

12/03/09   A. KRONSTADT       On-line review of documents           0.80 hrs.
                              produced in connection with
                              investigation of ESOP transaction.