TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9

| 12/03/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.50 hrs. |
| 12/03/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.80 hrs. |
| 12/03/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 12/03/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.80 hrs. |
| 12/03/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.10 hrs. |
| 12/03/09 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.0) | 1.00 hrs. |
| 12/03/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.90 hrs. |
| 12/03/09 | M. S. TOWERS | Research Rule 2204 Motion(1.3); draft Rule 2004 Motion (1.2); draft Certification of Counsel (.9); draft proposed Order (.5) | 3.90 hrs. |
| 12/03/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |
| 12/04/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |
| 12/04/09 | M. S. TOWERS | Continued to draft Rule 2004 Motion (1); draft Certification of Counsel (1.2); draft proposed Order (.8); draft Motion to Expedite hearing (1.3); met with F. Vazquez and T. Zink re: same (.4) | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| 12/04/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 12/04/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 12/04/09 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.2) | 1.20 hrs. |
| 12/04/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |
| 12/04/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.90 hrs. |
| 12/04/09 | B. DYE | Researching jurisdictional issues re fraudulent conveyance cause of action and trust litigation (3.7); reviewing the DLC case for T. Zink (.9) | 4.60 hrs. |
| 12/04/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.40 hrs. |
| 12/04/09 | L. F. MOLONEY | T/C and correspondence with A. Nellos re. Relativity database (.4); Correspondence with P. Kelley and M. Isbrecht at Complete Document Source re. project parameters and delivery schedule (.3). | 0.70 hrs. |
| 12/04/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.60 hrs. |
| 12/04/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
| 12/04/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.70). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     January 24, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   11


| 12/04/09 | M. D. ASHLEY | Reviewed materials regarding VRC depositions (1.3); attended B. Browning (VRC) deposition (4.4); reviewed materials regarding discovery issues (.7); emails with A.Nellos, T.Zink, R.Schwinger regarding depositions and status of investigation (.8). | 7.20 hrs. |
|---|---|---|---|
| 12/04/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 12/04/09 | T. L. STEVENSON | Research re breach of fiduciary duty claims against directors (1.4); Analysis regarding potential claims against third parties (.7); reviewing complaints filed against third parties in the context of LBO transactions in preparation for drafting complaint (1.9); reviewing Tribune SEC filings in preparation for drafting complaint against third parties (.8); drafting complaint against third parties (1.4). | 6.20 hrs. |
| 12/04/09 | A. K. NELLOS | Finalize materials regarding deposition of Browning (2.0) and assist Kasowitz and Zuckerman with various issues in the course of the deposition (1.6); review progress of document reviewers (1.0) and add additional documents (1.2); review and comment on draft Rule 2004 motion (1.3); further revise document requests to Blackstone Group (.8); review corporate information regarding same to determine best parties to serve with requests (.5); online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 9.60 hrs. |
| 12/04/09 | E. M. MILLER | Attend and take notes at deposition of Bryan Browning (3.7) Review data room for VRC document for deposition (0.2) Brief call with A Nellos re same (0.1) | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12

| 12/04/09 | F. VAZQUEZ | Review and revise Merrill 2004 motion and related pleadings (3.3); conf w/Towers and Zink re Merrill 2004 motion (.5); conf w/Zink re Merrill 2004 motion (.2); conf w/Nellos re Merrill 2004 motion (.1); conf w/Towers re Merrill 2004 motion and next steps (.2); emails to/from Zink re Merrill (.3); email to/from Nellos re Blackstone (.2). | 4.80 hrs. |

| 12/04/09 | C. L. RIVERA | Research related LBO adversary (0.3); confer with T. Zink re: upcoming hearing (0.2); review case law cited at hearing re: benefit to estate argument (0.5) and confer with B. Dye (0.3) and T. Zink (0.3) re: same. | 1.60 hrs. |

| 12/04/09 | R. A. SCHWINGER | Review Joe Drayton's e-mail re MLCC e-mail production (0.2) and follow-up e-mails re same (0.2); TCs with H. Seife re same (0.5); prepare e-mail to Drayton in response re timetable needed for MLCC e-mail production (0.5); email and TCs with T. Zink, F. Vazquez re Rule 2004 motion against MLCC (0.3); reviewing Sharon Katz e-mails demanding access to discovery documents (0.3); TCs with A. Nellos re deposition-related issues (0.4). | 2.40 hrs. |

| 12/04/09 | T. J. MCCORMACK | Review public filings for fact background (1.3); analyze prior derivative claim filings (0.8); review discovery schedule, deposition dates (0.3). | 2.40 hrs. |

| 12/04/09 | N. T. ZINK | Review Houlihan deposition transcript (.6); review and revise Rule 2004 Motion (Merrill Lynch) (1.2); second tier, on-line document review in connection with investigation (.8); review Chad Rucker deposition transcript (.5); phone conference with B. Schwinger re Merrill Lynch discovery (.1); conference with F. Vazquez and M. Towers re same (.3); conference | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13

|            |                  | with C. Rivera and B. Dye re creditor trust plan provisions and creditor standing issues (.3) |            |
|------------|------------------|-----------------------------------------------------------------------------------------------|------------|
| 12/04/09   | H. SEIFE         | Review of emails regarding discovery issues (1.2); preparation for meetings on discovery/investigation issues (1.3). | 2.50 hrs.  |
| 12/04/09   | D. BAVA          | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs.  |
| 12/05/09   | H. SEIFE         | Review emails/draft motion regarding document depository. | 1.20 hrs.  |
| 12/05/09   | H. SEIFE         | Review of G.Bush email on update and open issues (.8); preparation for Monday meetings regarding investigation (1.0). | 1.80 hrs.  |
| 12/05/09   | N. T. ZINK       | Second tier document review in connection with investigation (2.2). | 2.20 hrs.  |
| 12/05/09   | R. A. SCHWINGER  | E-mails to H. Seife, Graeme Bush, Bryan Krakauer re document access by other parties (1.1); review portion of 12/1/09 transcript re discovery status conference (0.4); review/revise draft of Rule 2004 motion to compel MLCC e-mail production (2.6). | 4.10 hrs.  |
| 12/05/09   | T. L. STEVENSON  | Drafting complaint re: shareholders and others (5.1). | 5.10 hrs.  |
| 12/05/09   | A. DUFFY         | Online review of documents produced in connection with the ESOP Transaction (1.0). | 1.00 hrs.  |
| 12/05/09   | A. KRONSTADT     | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs.  |
| 12/06/09   | A. KRONSTADT     | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| 12/06/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.5) | 1.50 hrs. |
|---|---|---|---|
| 12/06/09 | M. D. ASHLEY | Reviewed materials regarding discovery issues (1.3); reviewed materials regarding depositions (1.2). | 2.50 hrs. |
| 12/06/09 | T. L. STEVENSON | Drafting third-party complaint against shareholders et al. (1.3); reviewing documents in preparation for drafting complaint (.9); analysis of claims in preparation for drafting complaint (2.0) | 4.20 hrs. |
| 12/06/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 12/06/09 | E. M. MILLER | Review rough transcripts for Rucker and Browning deposition (2.5) Draft memo to file summarizing same (1.5) | 4.00 hrs. |
| 12/06/09 | R. A. SCHWINGER | Review e-mails re Debtors' depository motion and interplay with JPM's request for document access. | 0.70 hrs. |
| 12/06/09 | T. J. MCCORMACK | Review of list of items to be addressed (.5) and retrieve information on several issues (0.3). | 0.80 hrs. |
| 12/06/09 | C. L. RIVERA | Correspondence with F. Vazquez and T. Zink re: upcoming hearing re: related defense (0.1); review docket re: same (0.2). | 0.30 hrs. |
| 12/06/09 | N. T. ZINK | Second tier document review in connection with investigation (.6); review emails between G. Bush and H. Seife re pending discovery and case management issues (.4). | 1.00 hrs. |
| 12/06/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15


| 12/06/09 | M. S. TOWERS | Revised Rule 2004 Motion (.8); Motion to Shorten Notice (.7); Proposed Order (.3) and Certification of Counsel (.5) | 2.30 hrs. |
|---|---|---|---|
| 12/07/09 | M. S. TOWERS | Reviewed and revised 2004 Motion (.9); Certification of Counsel (1.1); Proposed Order (.6); and Motion for an Expedited Hearing (.8); met with R. Schwinger re: same (.4); drafted and sent e-mails to special and local counsel re: same (.4) | 4.20 hrs. |
| 12/07/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 12/07/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.70 hrs. |
| 12/07/09 | E. WEISSMAN | Prepare new data for database. | 1.20 hrs. |
| 12/07/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.00 hrs. |
| 12/07/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 12/07/09 | B. DYE | Researching and drafting memo on jurisdictional and conflict of laws issues for the state law fraudulent conveyance claims | 8.10 hrs. |
| 12/07/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 11.10 hrs. |
| 12/07/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (1.7). | 1.70 hrs. |
| 12/07/09 | M. ROITMAN | Research re: right of the Debtors to settle certain claims (6.9) and email to D. Deutsch re: same (.3); meeting with D. Deutsch re: same (0.2); meeting with M. Towers re: same (0.2); cite checking Motion | 9.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            January 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   16


                        for Standing (0.3); On-line review
                        of documents produced in
                        connection with investigation of
                        ESOP transaction (1.2).

12/07/09   N. T. ZINK   Second tier on-line document          7.00 hrs.
                        review in connection with
                        investigation (2.5); conference
                        with D. LeMay, D. Deutsch, and H.
                        Seife re discovery issues and
                        strategies (.8); review and revise
                        Merrill Rule 2004 Motion (.6);
                        review deposition summaries (1.4);
                        phone conference with Zuckerman
                        Spaeder re discovery and case
                        management issues (.7); review
                        Rucker deposition transcript (1.0).

12/07/09   H. SEIFE     Meeting with D.Deutsch, T.Zink and     5.50 hrs.
                        D.LeMay regarding open issues
                        (.8); preparation for conference
                        call (1.4); conference call with
                        Zuckerman regarding investigation
                        status and issues (.8); review
                        emails regarding ML discovery
                        issues (.8); review report on HL
                        and VRC deposition (.4);
                        preparation for hearing on ML and
                        document repository (1.3).

12/07/09   D. BAVA      Review and analysis of docket          0.40 hrs.
                        sheet of similar large case re:
                        LBO litigation issues (.40).

12/07/09   M. IACOPELLI Prepare in chron order additional      6.80 hrs.
                        key documents from 2nd tier for A.
                        Nellos.

12/07/09   C. L. RIVERA Correspondence re: upcoming call,      1.80 hrs.
                        outstanding issues to be
                        discussed, status of related LBO
                        case (0.6); call to counsel re:
                        related case (0.2); confer with
                        and email to T. Zink with summary
                        of same (0.3); review/revise draft
                        memo re: jurisdiction/fraudulent
                        conveyance issues (0.7).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   17

| | | | |
|---|---|---|---|
| 12/07/09 | D. M. LeMAY | Meeting of C&P team to review status and responsibility on all open issues (.7).  T/c w/ZS re: latest developments (.8). | 1.50 hrs. |
| 12/07/09 | F. VAZQUEZ | Conferences w/C. Rivera, T.Zink (in part) and involved parties re developments in Lyondell case (.5); conf w/T.Zink and C. Rivera re same (.2); review and revise Merrill 2004 motion (1.1); conf w/Schwinger re Merrill 2004 motion (.2); Confs w/Towers re Merrill 2004 motion (.4); emails to/from Schwinger and Towers re 2004 motion (.2). | 2.60 hrs. |
| 12/07/09 | T. J. MCCORMACK | Meet with investigation team re: status of discovery, strategy on upcoming meetings/discussions (0.8); review e-mail on LSTA amicus brief, counsel timing (0.2); analysis of potential common law claims as to various third parties (1.8). | 2.80 hrs. |
| 12/07/09 | R. A. SCHWINGER | Attend Committee attorneys' conference call to address discovery issues (0.7); review and revise draft of Rule 2004 motion re MLCC e-mails (1.3); meeting with M.Towers re same (0.4); review e-mails re MLCC's latest response as to e-mail production time frame (0.3); revise Rule 2004 motion in light of same (0.3); e-mails with Bryan Krakauer, Jillian Ludwig re Debtors' depository motion (1.1). | 4.10 hrs. |
| 12/07/09 | A. K. NELLOS | Review progress of first- and second-tier document reviewers (1.1) and assign additional documents (1.3); work on Amsden deposition preparation (6.7); discuss various issues related to Relativity with L. Moloney (.5); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.5). | 11.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   18

| | | | |
|---|---|---|---|
| 12/07/09 | D. E. DEUTSCH | Review numerous e-mails from Zuckerman team, Adam Landis and Bob Schwinger materials on 2004 motions and related issues (.5); draft e-mail to Marc Roitman and Ted Zink re: next steps related to research related to similar large case (.1); follow-up discussion with Ted Zink re: same (.2); exchange e-mails with Bryan Krakauer re: document sharing motion and related e-mails (.4); discuss update on pending litigation matters with Bryan Krakauer (.2); review draft motion to compel and provide specific background additions on same (.6); e-mail team re: next steps on same (.2); review additional e-mails re: document sharing motion and draft e-mail to Howard Seife re: action item on same (.4); additional e-mail exchanges with Bob Schwinger re: PBGC confi language and related issues (.4). | 3.00 hrs. |
| 12/07/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.50 hrs. |
| 12/07/09 | E. M. MILLER | Revise and send draft VRC (Rucker and Browning) deposition summary memo to M Ashley (0.7) | 0.70 hrs. |
| 12/07/09 | M. D. ASHLEY | Reviewed materials regarding discovery issues (1.6); reviewed materials regarding depositions (2.6); team conference call regarding status of investigation (.7); emails with M.Roitman, A.Nellos, Zuckerman regarding discovery issues and status of investigation (.6). | 5.50 hrs. |
| 12/07/09 | T. L. STEVENSON | Drafting complaint against third parties (1.3). | 1.30 hrs. |
| 12/07/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                January 24, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   19

| | | | |
|---|---|---|---|
| 12/07/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.8). | 1.80 hrs. |
| 12/08/09 | A. DUFFY | Online review of documents produced in connection the ESOP Transaction (3.1). | 3.10 hrs. |
| 12/08/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 12/08/09 | T. L. STEVENSON | Conducting factual research for complaint against third parties (3.1); drafting complaint against third parties (1.4) | 4.50 hrs. |
| 12/08/09 | M. D. ASHLEY | Reviewed materials regarding upcoming depositions (3.8); reviewed materials regarding discovery issues (.8); conference call with A. Goldfarb, E. Miller regarding Duff & Phelps deposition (1.1); conference call with G. Bush, A. Nellos regarding H. Amsden deposition (.3); reviewed draft Rule 2004 motion regarding JPMorgan examinations and related materials (.5); reviewed materials regarding potential third-party claims (1.6); emails with T.Zink, D.Deutsch, E.Miller regarding deposition summaries (.4); emails with R.Schwinger, Zuckerman regarding Rule 2004 motion (.3); emails with T.Stevenson regarding production materials (.1). | 8.90 hrs. |
| 12/08/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.50 hrs. |
| 12/08/09 | E. M. MILLER | Review data room for TRB 5-year plan documents (0.4) Phone call with A Nellos re same (0.2) exchange of e-mails with M Ashley and A Nellos re deposition summary of Houlihan Lokey witness (0.3) Review Houlihan Lokey deposition transcript (1.2) and draft deposition summary memo (1.6); review and exchange e-mails with | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20

|  |  |  |  |
|---|---|---|---|
|  |  | M.Roitman re Intralinks postings (0.2) Attend conference call with Zuckerman and M Ashley re Bluth/D&P deposition (1.0) Review D&P documents re same (1.0) e-mail to M Ashley and Zuckerman re same (0.6) |  |
| 12/08/09 | D. E. DEUTSCH | Review document discovery motion (.3); review numerous e-mails related to document discovery motion from Debtors, JPM, Law Debenture and Bob Schwinger (.5); participate in related call with foregoing groups (.6); exchange e-mails with Graeme Bush and Bob Schwinger re: filing of motions to compel and related issues (.3); meeting with Marc Roitman to discuss research project re: standing (.3) and discuss research results on one of issues with M.Roitman (.2); exchange e-mails with Robert Schwinger re: PBGC confidentiality provision (.2); review initial Marc Roitman memo on standing issue (.4). | 2.80 hrs. |
| 12/08/09 | A. K. NELLOS | Review progress of document reviewers (1.0) and add additional documents (1.2); Call with M. Ashley and G. Bush regarding Amsden Deposition (.7); review materials related to Amsden Deposition and create outline regarding same (10.2); review drafts of motion regarding document depository (1.2). | 14.30 hrs. |
| 12/08/09 | R. A. SCHWINGER | Conference call with Graeme Bush, Sharon Katz re Debtors' depository motion (0.3); e-mails to Jillian Ludwig re comments on revised draft of Debtors' depository motion (1.1); conference call of large counsel group re Debtors' depository motion (0.4); review proposed mark-ups to Rule 2004 motion re MLCC e-mail production (0.5) and follow-up e-mails re same (0.2); prepare comments on draft Rule 2004 motion re JPM | 2.80 hrs. |

|            |                   | deposition witnesses (0.3). | |
|------------|-------------------|------------------------------|-----------|
| 12/08/09 | T. J. MCCORMACK | Review of information on expert retention (0.2); review document set for initial review by solvency expert (0.7); analysis of expert retention issues (0.8) and discussions with D. Deutsch re: same (0.3); review process for evaluating D&O documents for claims (0.7) and discussions with team re: same (0.6). | 3.30 hrs. |
| 12/08/09 | F. VAZQUEZ | Confs w/Towers re Merrill 2004 (.5); review & revise Merrill 2004 (.7); conf w/C. Rivera re similar large case (.3); email to/from Towers re 2004 motion (.2); conf w/Zink & Towers re filing of motion (.1); conf w/Seife re final 2004 motion (.1); emails to/from Deutsch & Daucher re retention of expert (.3). | 2.20 hrs. |
| 12/08/09 | D. M. LeMAY | Review of legal issues relating to Committee authority to pursue certain lawsuits. | 1.20 hrs. |
| 12/08/09 | C. L. RIVERA | Confer with B. Dye re: memo (0.3); reviewing related case law (1.6); meeting with D. Deutsch and Y. Yoo re: related LBO case and status (0.5); confer with B. Dye re: same (0.1); reviewing same (0.4). | 2.90 hrs. |
| 12/08/09 | M. IACOPELLI | Prepare in chron order additional key documents from 2nd tier for A. Nellos. | 6.70 hrs. |
| 12/08/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.40). | 0.40 hrs. |
| 12/08/09 | H. SEIFE | Review of ML draft 2004 papers (1.3); emails regarding depository motion (.6); review of revised motion (.5); review of emails/issues regarding retaining solvency expert (1.0). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    22

| | | | |
|---|---|---|---|
| 12/08/09 | N. T. ZINK | Second tier on-line document review in connection with ESOP investigation (2.0); further off-line second tier review of documents (1.2). | 3.20 hrs. |
| 12/08/09 | M. ROITMAN | Research re: right of the Debtors to settle certain claims (2.8) and email to D. Deutsch re: same (0.2); meeting with M. Towers re: same (0.1) | 3.10 hrs. |
| 12/08/09 | Y. YOO | Drafted and revised bullet-point summary of similar large case bankruptcy proceedings (2.5); reviewed similar large case bankruptcy case filings and Debtwire articles re: same (3.3); attended meetings with Douglas Deutsch and Christy Rivera re: same (.4). | 6.20 hrs. |
| 12/08/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.80 hrs. |
| 12/08/09 | B. DYE | Revising memo on jurisdiction and conflict of laws issues (4.6); summarizing adversary proceeding in similar large case for C. Rivera (3.1) | 7.70 hrs. |
| 12/08/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 5.20 hrs. |
| 12/08/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 12/08/09 | E. PRZYBYLKO | TCs w T. McCormack re third-party claim issues (0.4). | 0.40 hrs. |
| 12/08/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.80 hrs. |
| 12/08/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   23

| 12/08/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.00 hrs. |
|---|---|---|---|
| 12/08/09 | M. S. TOWERS | Draft final revisions to the 2004 Motion (.7), Certification of Counsel (.8), Motion to Expedite Hearing (.3) and Proposed Order (.2); met with F. Vazquez re: same (.5); drafted and sent e-mails to counsel and local counsel re: same (.5) | 3.00 hrs. |
| 12/09/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 12/09/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.00 hrs. |
| 12/09/09 | E. PRZYBYLKO | Confs. w T. McCormack, T. Stevenson re third-party investigation of claims and complaint (0.4). | 0.40 hrs. |
| 12/09/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 12/09/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 12/09/09 | B. DYE | Summarizing similar large case adversary proceeding for C. Rivera (2.1); research for jurisdiction memo (3.2). | 5.30 hrs. |
| 12/09/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.90 hrs. |
| 12/09/09 | Y. YOO | Continued drafting and revising bullet-point summary of similar large case bankruptcy proceedings (3.6); continued reviewing case filings and newsmedia reports re: same (4.3); attended meetings with Douglas Deutsch, Christy Rivera and Bonnie Dye re: same (.5); corresponded by email with Howard | 8.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   24


                        Seife and Douglas Deutsch re: same
                        (.1).

12/09/09   M. ROITMAN    Drafting Memo re: right of Debtors      5.30 hrs.
                         to Settle a Committee's claims
                         (4.7); meeting with D. Deutsch re:
                         same (0.3); Email to H. Seife and
                         D. Deutsch re: same (0.1); Cite
                         checking Motion for Standing (0.2).

12/09/09   H. SEIFE      Review of Browning deposition           3.60 hrs.
                         letter (.8); review of ML
                         objection to 2004 motion (.7);
                         review of memo on STN and right to
                         settle (.9); review of memos
                         regarding HL and VRC depositions
                         (.8); review of memo on similar
                         large case settlement issues (.4).

12/09/09   N. T. ZINK    Peform off-line second tier            6.00 hrs.
                         document review in connection with
                         investigation (3.5); further
                         on-line second tier document
                         review (2.5).

12/09/09   M. IACOPELLI  Prepare in chron order additional      5.40 hrs.
                         key documents from 2nd tier for A.
                         Nellos (5.4).

12/09/09   D. BAVA       Review and analysis of docket          0.20 hrs.
                         sheet of similar large case re:
                         LBO litigation issues (.20).

12/09/09   C. L. RIVERA  Review/revise summary of adversary     3.30 hrs.
                         proceeding of similar large case
                         (0.4); confer with Y. Yoo re: same
                         (0.3); review/revise related
                         timeline (0.8); confer with B. Dye
                         re: same (0.2); confer with D.
                         Deutsch re: status of same (0.2);
                         research re: fraudulent conveyance
                         issue (1.4).

12/09/09   F. VAZQUEZ    Second tier review of documents        1.20 hrs.
                         produced in connection
                         w/investigation of leveraged ESOP
                         transaction(1.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            January 24, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page   25


12/09/09    T. J. MCCORMACK     E-mails with Zuckerman re: expert        5.30 hrs.
                                issues (0.3); review issues for
                                solvency expert retention (0.4);
                                analyze case law on fiduciary
                                duties, theories of claims against
                                D&Os and others (2.4); review
                                facts/documents on potential third
                                party claims (2.2).

12/09/09    R. A. SCHWINGER     Review Debtors' motion to               0.60 hrs.
                                establish document depository
                                (0.4); e-mail to A. Nellos re JPM
                                letter re non-Committee discovery
                                (0.2).

12/09/09    D. E. DEUTSCH       Review draft Young Yoo memorandum       1.60 hrs.
                                on settlement by Debtors in
                                similar case and request
                                additional research on same (.5);
                                related meeting with Young Yoo
                                (.2); call with counsel involved
                                in similar case re: settlement
                                (.2); meeting with Marc Roitman to
                                discuss additional research re:
                                standing memorandum (.2); edit
                                memorandum/outline on similar case
                                issues (.5).

12/09/09    A. K. NELLOS        Check progress of document             6.10 hrs.
                                reviewers (.8) and assign
                                additional documents (1.0); finish
                                review/summary of Amsden documents
                                related to deposition next week
                                (3.9); discuss various discovery
                                issues with L. Moloney (.4).

12/09/09    E. M. MILLER        Revise deposition summary memos        5.70 hrs.
                                for Houlihan Lokey and VRC
                                witnesses using final deposition
                                transcripts (3.4);Draft cover note
                                for posting to Intralinks (0.3)
                                Revise summary memos to
                                incorporate comments from M Ashley
                                (2.0).

12/09/09    P. TANCK            On-line review of documents            7.00 hrs.
                                produced in connection with
                                investigation of ESOP Transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    26


| | | | |
|---|---|---|---|
| 12/09/09 | M. D. ASHLEY | Reviewed materials regarding upcoming depositions (3.2); reviewed and revised draft summaries of Houlihan and VRC depositions (2.4); reviewed materials regarding discovery issues (1.6); emails and calls with Zuckerman and A.Nellos regarding document production issues and depositions (.9). emails with M.Roitman regarding ML discovery motion (.2). | 8.30 hrs. |
| 12/09/09 | T. L. STEVENSON | Reviewing facts and documents for complaint against third parties (5.2); Drafting complaint against third parties (3.9). | 9.10 hrs. |
| 12/09/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 12/09/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (6.5). | 6.50 hrs. |
| 12/10/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (7.0). | 7.00 hrs. |
| 12/10/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 12/10/09 | M. D. ASHLEY | Reviewed materials regarding depositions (3.8); reviewed deposition summaries (.6); reviewed materials regarding discovery issues and upcoming court hearing (2.7); emails and calls with D.Deutsch and E.Miller regarding discovery issues and status of investigation (1.0). | 8.10 hrs. |
| 12/10/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   27

| 12/10/09 | E. M. MILLER | Revise Houlihan Lokey deposition summary memo to include Zuckerman's comments (0.5) Revise VRC deposition summary memo to include Zuckerman's comments (0.3) Review and exchange e-mails with M Ashley and D Deutsch re same (0.3) Review and exchange e-mails with Zuckerman re documents for D&P deposition (0.2) Review and exchange e-mails with M Ashley re Bluth deposition (0.2) Review documents in D&P binder re same (0.7) | 2.20 hrs. |
| 12/10/09 | A. K. NELLOS | Review progress of first- and second- tier document reviewers (1.1) and add additional documents for review (1.3); Continue to work on outline regarding potential Amsden deposition materials (3.4). | 5.80 hrs. |
| 12/10/09 | D. E. DEUTSCH | Review and respond to inquiry from Howard Seife on depository motion (.2); meeting with Marc Roitman to discuss additional research related to standing issue (.3); exchange e-mails with Marc Ashley re: deposition summaries (.2). | 0.70 hrs. |
| 12/10/09 | R. A. SCHWINGER | Prepare materials on MLCC discovery history and corresponding chronology to be used by ZS at 12/15/09 hearing of Rule 2004 motion (3.7); TC with Joe Drayton, Madlyn Primoff re Rule 2004 motion (0.3) and preparing follow-up e-mails re same (0.2). | 4.20 hrs. |
| 12/10/09 | T. J. MCCORMACK | Analysis of issues for expert retention, procedural questions and timing issues (0.7); e-mails with Zuckerman re: same (0.2); review/analyze "demand" case law in bankruptcy setting (1.8); review/analyze Delaware cases on "entire fairness" doctrine (1.3); confer Zuckerman re: experts, miscellaneous issues (0.3). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   28


| 12/10/09 | C. L. RIVERA | Review news re: related case for strategy purposes (0.4); confer with T. Zink re: same (0.1); correspondence re: upcoming conference (0.2); review/comment to B. Dye re: jurisdiction memo (.5). | 1.20 hrs. |
| 12/10/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20); telephone conference with chambers re: scheduled status conference (.20). | 0.40 hrs. |
| 12/10/09 | H. SEIFE | Review of memo on Law Debenture motion and discovery (.7); review of update on ML discussions (.4); review of Schwinger materials on ML (.4); review of STN issues and settlement in similar large case (1.5). | 3.00 hrs. |
| 12/10/09 | N. T. ZINK | Phone conference with T. McCormack re third party claims and case strategy (.6); second tier document review (4.5); review Rucker and Browning depositions and summaries (1.5). | 6.60 hrs. |
| 12/10/09 | M. ROITMAN | Research re: right of the Debtors to settle a Committee's claims (0.6); Meeting with D. Deutsch re: same (0.3) | 0.90 hrs. |
| 12/10/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.10 hrs. |
| 12/10/09 | B. DYE | Research re: jurisdiction issue (5.1); meeting with T. Zink to discuss jurisdiction memo (1.1). | 6.20 hrs. |
| 12/10/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.60 hrs. |
| 12/10/09 | E. PRZYBYLKO | Review materials and research re potential third-party claims (0.7) | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   29

| | | | |
|---|---|---|---|
| 12/10/09 | L. F. MOLONEY | Conference with A. Nellos re Relativity database issues (.3) review and process new data and documents from TRB, JPMorgan and Great Banc (2.6);  follow up telephone call with M. Isbrecht and P. Kelley at Complete Document Source re new materials (1.2). | 4.10 hrs. |
| 12/10/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.60 hrs. |
| 12/10/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 12/10/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.50 hrs. |
| 12/11/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.70 hrs. |
| 12/11/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.00 hrs. |
| 12/11/09 | M. S. TOWERS | Reviewed and revised draft standing analysis. | 0.90 hrs. |
| 12/11/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 12/11/09 | R. A. SCHWINGER | Conference call with Andrew Goldfarb, Graeme Bush, M. Ashley re plan for responding to latest MLCC proposal re e-mail production and for handling 12/15/09 hearing (0.3); follow-up e-mail to MLCC counsel (0.2); editing/updating MLCC discovery chronology (1.1). | 1.60 hrs. |
| 12/11/09 | W. BAKARE | Review/analyze materials retrieved from Amsden files in chronological order for attorney review per A. Nellos request. | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   30


| 12/11/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
|---|---|---|---|
| 12/11/09 | E. PRZYBYLKO | Confs. w T. Stevenson re draft complaint re third-party claims (0.3); conf. with T. McCormack re same (0.2); review research re third-party claim issues (0.4) | 0.90 hrs. |
| 12/11/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 12/11/09 | B. DYE | Researching place of injury issue for jurisdiction memo | 2.30 hrs. |
| 12/11/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 12/11/09 | M. ROITMAN | Research re: right of the Debtors to settle certain claims (4.9); cite checking standing analysis (1.7). | 6.60 hrs. |
| 12/11/09 | H. SEIFE | Conference call with G.Bush regarding preparation for DPW call (.4); conference call with DPW regarding settlement negotiations scheduling/next steps (.6); review of report on similar large case involving fraudulent conveyance litigation (.6); preparation for hearing before J.Carey on 12/15 (1.3). | 2.90 hrs. |
| 12/11/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 12/11/09 | C. L. RIVERA | Attend status/settlement conference in LBO adversary for strategic purposes (6.8); correspondence with M. Roitman re: case law cited by parties and Judge (0.2); correspondence to Chadbourne team re: relevant arguments and analysis raised at status conference (1.4); correspondence with B. Dye re: jurisdiction issues (0.2). | 8.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   31


| | | | |
|---|---|---|---|
| 12/11/09 | D. M. LeMAY | T/c w/ZS regarding various matters (.3). Conference w/HS re: settlement meetings (.3). Conference call w/DPW regarding same (.7). | 1.30 hrs. |
| 12/11/09 | T. J. MCCORMACK | Review retention letter issues for expert and comments re: same (0.7); review documents on identity and tenure of D&O's at Tribune (0.8); analysis of D&O insurance policies for various issues (0.9); analyze potential D&O claims, legal/factual support (2.3). | 4.70 hrs. |
| 12/11/09 | D. E. DEUTSCH | Final edits to Committee memos on depositions (.4); draft Committee posting note re: same (.3); review comments from Zuckerman and team on same (.1); e-mail Marc Ashley re: future deposition coverage (.2). | 1.00 hrs. |
| 12/11/09 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents (1.4); Speak with L. Moloney regarding various issues with Relativity (.8); Finish review of materials in connection with Amsden deposition (2.4); Review/revise materials in connection with preparation for court hearing regarding MLCC motion (1.9). | 7.70 hrs. |
| 12/11/09 | E. M. MILLER | Review and exchange e-mails with Zuckerman and M Ashley re questions re D&P documents, in anticipation of D&P deposition (0.4) | 0.40 hrs. |
| 12/11/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 12/11/09 | M. D. ASHLEY | Reviewed materials regarding depositions (2.8); reviewed materials regarding discovery issues and upcoming court hearing (2.4); emails with E.Miller and ZS | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         January 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   32

|            |                  | regarding discovery issues and status of investigation (.7). |           |
|------------|------------------|--------------------------------------------------------------|-----------|
| 12/11/09   | T. L. STEVENSON  | Reviewing documents regarding third party complaint (3.4); Drafting complaint against third parties (4.7); research regarding statute of limitations for certain claims brought in Delaware (.7). | 8.80 hrs. |
| 12/11/09   | A. KRONSTADT     | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 12/11/09   | A. DUFFY         | Online review of documents produced in connection with the ESOP Transaction (1.7). | 1.70 hrs. |
| 12/12/09   | A. DUFFY         | Online review of documents produced in connection with the ESOP Transaction (2.6) | 2.60 hrs. |
| 12/12/09   | T. L. STEVENSON  | Drafting complaint against third parties (5.4). | 5.40 hrs. |
| 12/12/09   | A. K. NELLOS     | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 2.00 hrs. |
| 12/12/09   | R. A. SCHWINGER  | Updating materials on MLCC discovery history for use i/c/w 12/15/09 hearing of Rule 2004 motion re MLCC e-mail production (0.8); review revisions to proposed order re document depository motion (0.3). | 1.10 hrs. |
| 12/12/09   | H. SEIFE         | Review of R.Schwinger updated memos on ML discovery dispute. | 0.80 hrs. |
| 12/12/09   | M. ROITMAN       | Research re: right of the Debtors to settle certain claims (2.9) | 2.90 hrs. |
| 12/13/09   | M. ROITMAN       | Research re: right of the Debtors to settle certain claims (3.8) | 3.80 hrs. |
| 12/13/09   | N. T. ZINK       | Second tier on-line document review in connection with ESOP investigation. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   33


| 12/13/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 1.10 hrs. |
| 12/13/09 | M. D. ASHLEY | Reviewed produced materials in preparation for upcoming Debtor and Duff & Phelps depositions. | 1.80 hrs. |
| 12/13/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (3.1). | 3.10 hrs. |
| 12/14/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (5.3). | 5.30 hrs. |
| 12/14/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 12/14/09 | J. LOPEZ | Preparing production of new data for Depository. | 8.20 hrs. |
| 12/14/09 | M. D. ASHLEY | Reviewed discovery-related materials in preparation for upcoming court hearing (1.6); conference call with R. Schwinger, A. Goldfarb regarding Merrill Lynch discovery issues in preparation for court hearing (.4); reviewed production materials in preparation for Amsden and Bluth depositions (6.9). | 8.90 hrs. |
| 12/14/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 12/14/09 | T. L. STEVENSON | Research regarding fiduciary liability standards (1.1); Drafting complaint against third parties (8.2). | 9.30 hrs. |
| 12/14/09 | A. K. NELLOS | Draft letter to JPMorgan regarding discovery (.2); Draft letter to Kasowitz and Akin regarding discovery (.4); Review progress of document reviewers (1.2) and add additional documents (1.3); Speak with L. Moloney regarding various issues with Relativity (.8); Online review and comparison of | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    34

|  |  |  |  |
|---|---|---|---|
|  |  | documents related to the ESOP transaction (second- tier review) (1.6). |  |
| 12/14/09 | D. E. DEUTSCH | Review multiple e-mails re: revisions to document depository order (.3); meeting with Marc Ashley to discuss tomorrow's hearing (.4); review multiple e-mails re: document repository motion and tomorrow's hearing (.4); discuss research on standing issue with Marc Roitman (.2). | 1.30 hrs. |
| 12/14/09 | N. T. ZINK | Second tier, on-line document review in connection with investigation (4.4); phone conference with T. McCormack re state law fraudulent transfer jurisdictional issue (.1); conference with B. Dye and K. Levenberg re state law fraudulent transfer jurisdiction issue (.3); begin preparing next report to the Creditors' Committee (1.7). | 6.50 hrs. |
| 12/14/09 | H. SEIFE | Review of discovery responses (.9); review of revisions to document repository order (.6); scheduling of settlement conferences (emails) (.7). | 2.20 hrs. |
| 12/14/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 12/14/09 | M. IACOPELLI | Reviewed and organized materials for key binders (5.3). | 5.30 hrs. |
| 12/14/09 | R. A. SCHWINGER | Voicemail to Moody's re document request (0.2); TC with Alun Griffifths re document request to Moody's (0.3) and summary e-mail re same (0.3); conference call with Andrew Goldfarb, M. Ashley re 12/15/09 hearing of Rule 2004 motion re MLCC e-mail production (0.4); organize materials for hearing (0.5); e-mails with A. Nellos re outgoing correspondence (0.2); review e-mails re document depository motion (0.5); e-mail re | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   35

|            |                 | GreatBanc documents and privilege log (0.4).                                                                                                                       |           |
|------------|-----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 12/14/09   | T. J. McCORMACK | Review certain cases on fiduciary claims and various elements and aspects of same (2.1); analysis of aiding and abetting claims (1.6).                              | 3.70 hrs. |
| 12/14/09   | D. M. LeMAY     | Three e-mails to A. Nellos regarding scheduling of depositions and latest document demands.                                                                        | 0.50 hrs. |
| 12/14/09   | F. VAZQUEZ      | Email to & from Nellos re Moody's (.1).                                                                                                                            | 0.10 hrs. |
| 12/14/09   | M. ROITMAN      | Researching and Revising memo re: right of the Debtors to settle certain claims (4.7); Preparation for (0.2) and attendance at meeting with D. Deutsch re: same (0.3). | 5.20 hrs. |
| 12/14/09   | B. DYE          | Meeting with T. Zink and K. Levenberg re jurisdiction memo (.5); researching place of injury issue for jurisdiction memo (4.3)                                     | 4.80 hrs. |
| 12/14/09   | J. NOBLE        | Online review of documents produced in connection with investigation of ESOP transaction.                                                                         | 1.00 hrs. |
| 12/14/09   | L. ARYANI       | Online review of documents produced in connection with investigation of ESOP Transaction.                                                                         | 4.10 hrs. |
| 12/14/09   | K. LEVENBERG    | Meeting with T.Zink and B.Dye re: fraudulent transfer issues (.3); review draft memo re fraudulent transfer claims (.9).                                           | 1.20 hrs. |
| 12/14/09   | F. MALIK        | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                        | 1.60 hrs. |
| 12/14/09   | E. GRIMALDI     | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                        | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           January 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   36

| 12/14/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |
|---|---|---|---|
| 12/14/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 12/15/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.30 hrs. |
| 12/15/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 12/15/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 12/15/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.20 hrs. |
| 12/15/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 12/15/09 | E. M. MILLER | Review and exchange e-mails with A Nellos, M Ashley and Zuckerman attorney re GreatBanc document in preparation for D&P Bluth deposition (0.4). | 0.40 hrs. |
| 12/15/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.50 hrs. |
| 12/15/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 12/15/09 | E. PRZYBYLKO | Conferences with T. McCormack, T.Stevenson re third party claims (.5); review research on third party claims (1.5). | 2.00 hrs. |
| 12/15/09 | L. F. MOLONEY | Prepare spreadsheet indexing all of the media and materials received and loaded into Relativity database (3.2); prepare production material for Repository | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   37


                              (2.1)

12/15/09    J. NOBLE        Online review of documents         7.70 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

12/15/09    M. ROITMAN      Revising memo re: right of the     2.10 hrs.
                            Debtors to settle certain claims
                            (1.8); meeting with D. Deutsch re:
                            same (0.3).

12/15/09    Y. YOO          Continued on-line review of        3.20 hrs.
                            documents produced in connection
                            with investigation of ESOP
                            Transaction (3.2).

12/15/09    T. J. MCCORMACK Analysis/review of case law on D&O 4.20 hrs.
                            claims by unsecured creditors
                            (3.1); analysis of limitations
                            issues (1.1).

12/15/09    R. A. SCHWINGER Attend hearing at USBC Del. on      3.70 hrs.
                            Committee's Rule 2004 motion re
                            MLCC e-mails and document
                            depository (1.8); reviewing MLCC
                            opposition papers re Rule 2004
                            motion (0.6); meetings with D.
                            Deutsch and ZS/LR&C counsel re
                            same (0.7); e-mails to Rebecca
                            Butcher, Jill Ludwig re
                            Committee's obligations under
                            depository motion order (0.6).

12/15/09    M. IACOPELLI    Reviewed correspondence file (1.0) 3.40 hrs.
                            and prepared electronic copies of
                            discovery letters as per A. Nellos
                            (2.4).

12/15/09    D. BAVA         Review and analysis of docket      0.20 hrs.
                            sheet of similar large case re:
                            LBO litigation issues (.20).

12/15/09    H. SEIFE        Meeting with litigation team on    2.20 hrs.
                            update and coordination of
                            discovery (1.2); review of Moelis
                            assessment of recovery analysis
                            (1.0).

12/15/09    N. T. ZINK      Second tier on-line document       4.60 hrs.
                            review in connection with
                            investigation (4.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   38


| 12/15/09 | D. E. DEUTSCH | Review case filings related to today's hearing on certain litigation matters (.6); review e-mails from Debtors' counsel re: privilege log (.2); review and respond to inquiry from Dan Rath re: Merrill discovery next steps (.2). | 1.00 hrs. |
| 12/15/09 | A. K. NELLOS | Exchange e-mails with Mark Ashley regarding discovery issues (.9); Review correspondence and materials provided in connection with privilege redactions from Debtors (1.4); meet with R. Schwinger and M. Ashley to discuss discovery issues related to Merrill Lynch (.5); Review progress of document reviewers (1.2) and add additional documents as needed (1.4); draft e-mail to M. Ashley regarding progress of document review (.9); Discuss with L. Moloney issues relating to compliance with court order from conference held today (.8). | 7.10 hrs. |
| 12/15/09 | T. L. STEVENSON | Drafting complaint against third parties (7.4); research regarding equitable tolling doctrine (.4); research regarding unsecured creditors committee authority to assert certain claims (1.4). | 9.20 hrs. |
| 12/15/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 12/15/09 | M. D. ASHLEY | Reviewed production materials in preparation for Amsden and Bluth depositions (5.4); reviewed papers filed regarding Merrill Lynch discovery motion in preparation for court hearing (.6); reviewed correspondence and lists of withheld documents relating to Debtors' privilege claims (.8); emails with Chadbourne and Zuckerman teams regarding court hearing and upcoming depositions (.8). | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page  39


| 12/15/09 | J. LOPEZ | Preparing copies of new data for Depository. | 7.10 hrs. |
|---|---|---|---|

| 12/15/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |

| 12/15/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.6). | 3.60 hrs. |

| 12/16/09 | J. LOPEZ | Preparing production of new data for Depository. | 8.30 hrs. |

| 12/16/09 | M. D. ASHLEY | Reviewed materials in preparation for Amsden and Bluth depositions (3.2); attended Amsden (Tribune) deposition (6.9); emails with E. Miller, A. Goldfarb in preparation for Bluth deposition (.3). | 10.40 hrs. |

| 12/16/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |

| 12/16/09 | T. L. STEVENSON | Drafting complaint against third parties (9.8); reviewing documents related to complaint against third parties (1.9). | 11.70 hrs. |

| 12/16/09 | A. K. NELLOS | Review online database regarding potential Merrill Lynch individuals to prioritize for e-mail production (2.3); Begin to review privilege list provided by Debtors to determine which documents to question that have been withheld from Debtors (2.2); review progress of document reviewers (1.2) and add additional documents (1.3); Confer with Lori Moloney and parties at Complete Documents related to Relativity (1.2). | 8.20 hrs. |

| 12/16/09 | D. E. DEUTSCH | Meeting with Marc Roitman to discuss standing issue research (.5); review multiple e-mails re: Merrill discovery next steps (.2); meeting with Marc Roitman to discuss PBGC confidentiality memo/next steps (.1); review draft | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    40

|  |  |  |  |
|---|---|---|---|
|  |  | memorandum to PBGC and edit same (.4). |  |
| 12/16/09 | H. SEIFE | Conference call with Sidley regarding settlement meeting (.5); review of status of discovery (.6); preparation for settlement conference meeting (2.3). | 3.40 hrs. |
| 12/16/09 | N. T. ZINK | Second tier document review in connection with investigation (3.7); phone conference with counsel for Tribune and Law Debenture re first step and second step solvency calculation issues (1.0); phone conference with J. Sottile re call with counsel for Tribune and counsel for Law Debenture (.2); phone conference with counsel for Law Debenture re solvency issues (.2); conference with H. Seife re call with Tribune and Law Debenture counsel (.2); review Browing and Rucker deposition transcripts (1.5). | 6.80 hrs. |
| 12/16/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 12/16/09 | M. IACOPELLI | Reviewed correspondence file (1.8) and prepared electronic copies of discovery letters as per A. Nellos (2.8). | 4.60 hrs. |
| 12/16/09 | R. A. SCHWINGER | Draft and revise Rule 2004 order re MLCC e-mail production based on 12/15/09 hearing (2.0) and e-mails re same with Committee counsel and MLCC counsel (0.8); e-mail and meeting with A. Nellos re complying with document depository order (0.4). | 3.20 hrs. |
| 12/16/09 | T. J. MCCORMACK | Prep for (0.4) and t/c with Debtor's counsel and Kasowitz and Zuckerman on status of legal/factual analysis (1.4); confer T. Stevenson re: third party claims, financial advisors and idemnification of certain parties (0.4); analysis of legal | 3.80 hrs. |