TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   41

|            |                |                                                                                                                                                                                                                             |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | elements, timing issues, demand and standing questions on D&O claims (1.6).                                                                                                                                                  |            |
| 12/16/09   | F. VAZQUEZ     | Conf w/Zink, Kasowitz and Sidley re open issues and in particular step 1 versus step 2.                                                                                                                                       | 1.00 hrs.  |
| 12/16/09   | D. M. LeMAY    | Rescheduling of depositions in senior lender fee dispute.                                                                                                                                                                     | 0.30 hrs.  |
| 12/16/09   | Y. YOO         | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (6.4).                                                                                                                   | 6.40 hrs.  |
| 12/16/09   | I SAFIER       | On-line review of documents produced in connection with investigation of ESOP Transaction;                                                                                                                                    | 6.00 hrs.  |
| 12/16/09   | M. ROITMAN     | Revising memo re: right of the Debtors to settle certain claims (0.9); meeting with D. Deutsch re: legal analysis in memo (0.4). Drafting email to PBGC re: confidentiality (0.7); meeting with D. Deutsch re: PBGC confis (0.1). | 2.10 hrs.  |
| 12/16/09   | B. DYE         | Researching jurisdictional issues for memo on state law cause of action                                                                                                                                                       | 3.30 hrs.  |
| 12/16/09   | L. F. MOLONEY  | Prepare production of data for Repository (4.4); Updating spreadsheet indexing all of the media and materials received and loaded into Relativity database (1.1)                                                              | 5.50 hrs.  |
| 12/16/09   | E. PRZYBYLKO   | Review research on third party claims (1.8); and confs. with T. Stevenson and T. McCormack re same (.4).                                                                                                                       | 2.20 hrs.  |
| 12/16/09   | K. LEVENBERG   | Research and draft memo re fraudulent transfer claims                                                                                                                                                                         | 5.40 hrs.  |
| 12/16/09   | F. MALIK       | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                                                                                    | 4.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   42


| 12/16/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.30 hrs. |
| 12/16/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.90 hrs. |
| 12/16/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 12/16/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 12/17/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.50 hrs. |
| 12/17/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 12/17/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.40 hrs. |
| 12/17/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.00 hrs. |
| 12/17/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
| 12/17/09 | E. PRZYBYLKO | Review drafts re potential third-party claims (.9) and research re same (.7), confs. w T. Stevenson re drafts (.2). | 1.80 hrs. |
| 12/17/09 | L. F. MOLONEY | Prepare data for third party Debtor Repository (5.4); Correspondence with P. Kelley at Complete Document Source re: productions for inclusion in the third party Repository (.5). | 5.90 hrs. |
| 12/17/09 | B. DYE | Researching jurisdictional issues for state law cause of action | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   43


| | | | |
|---|---|---|---|
| 12/17/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 12/17/09 | M. ROITMAN | Research and revise memo re: right of the Debtors to settle certain claims (3.4). | 3.40 hrs. |
| 12/17/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.90 hrs. |
| 12/17/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (4). | 4.00 hrs. |
| 12/17/09 | T. J. MCCORMACK | Review/analyze case law on all elements of D&O claims (2.2). | 2.20 hrs. |
| 12/17/09 | R. A. SCHWINGER | Review e-mails re D&P materials for document depository (0.5); e-mail re use of document depository for deposition transcripts (0.6); review Joe Drayton's proposed mark ups to Rule 2004 order re MLCC e-mails (0.3) and comment re same (0.3); TC with Sharon Katz re JPM production issue (0.1). | 1.80 hrs. |
| 12/17/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20); telephone conference with chambers re: settlement hearing date (.10). | 0.30 hrs. |
| 12/17/09 | H. SEIFE | Conference call with G.Bush regarding conference call preparation (.6); conference call with D.Liebentritt and B.Krakauer (1.1); review of report on Amsden's deposition (.6); review of Debtors' presentation to Centerbridge (1.3). | 3.60 hrs. |
| 12/17/09 | N. T. ZINK | Off-line second tier document review in connection with investigation (1.5); review Amsden deposition transcript (1.8); second tier on-line document review re investigation (1.4). | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   44

| | | | |
|---|---|---|---|
| 12/17/09 | N. T. ZINK | Review Browning (.6) and Rucker (.9) deposition transcripts. | 1.50 hrs. |
| 12/17/09 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: access to certain investigation documents by PBGC (.2); review and mark-up draft research memorandum to Committee re: pursuit of investigation issue (1.1). | 1.30 hrs. |
| 12/17/09 | A. K. NELLOS | Assign additional documents to first- and second-tier reviewers (2.4); Speak with L. Moloney regarding issues with Relativity (.7); Review and analyze materials provided related to documents withheld from Debtors' production on the basis of privilege (3.5). | 6.60 hrs. |
| 12/17/09 | T. L. STEVENSON | Discussion with E. Przybylko re complaint against third parties (.2); reviewing pleadings from comparable lawsuit (2.4); reviewing documents in connection with drafting complaint against third parties (3.4); Drafting complaint (2.8). | 8.80 hrs. |
| 12/17/09 | E. M. MILLER | Attend deposition of Duff & Phelps witness Elyse Bluth (7.2) | 7.20 hrs. |
| 12/17/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 12/17/09 | M. D. ASHLEY | Reviewed materials in preparation for Bluth deposition (1.4); attended Bluth (Duff & Phelps) deposition (6.3); emails with A. Nellos, R. Schwinger regarding pending discovery issues (.3); emails with T. Stevenson regarding potential third-party claims (.2). | 8.20 hrs. |
| 12/17/09 | J. LOPEZ | Preparing copies of new data for Depository. | 7.50 hrs. |
| 12/18/09 | J. LOPEZ | Preparing data for Depository. | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      January 24, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   45


| 12/18/09 | A. KRONSTADT | Attend team meeting with A.Nellos on status of document review (.4); On-line review of documents produced in connection with investigation of ESOP transaction (.9). | 1.30 hrs. |
|---|---|---|---|
| 12/18/09 | M. D. ASHLEY | Reviewed correspondence and production materials relating to Merrill Lynch discovery motion (.6); reviewed correspondence and production materials relating to Debtors' privilege claims (.8); meeting with A. Nellos regarding Debtors' privilege claims (.4); reviewed production materials and exhibits regarding depositions (2.2); emails with R. Schwinger, A. Goldfarb regarding discovery issues (.3). | 4.30 hrs. |
| 12/18/09 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (1.5) | 1.50 hrs. |
| 12/18/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 12/18/09 | T. L. STEVENSON | Drafting motion for permission for creditors' committee to bring claims against certain third parties (6.3); research re standards for creditors committee to pursue claims (1.9). | 8.20 hrs. |
| 12/18/09 | A. K. NELLOS | Meeting with first-tier document review team regarding strategy and timeline (.4); Discuss with M. Ashley issues relating to privilege in connection with Debtors' production (.5); Draft letter regarding discovery and the document depository (.6); Coordinate with L.Moloney regarding materials to be sent to depository (.9); Review progress of document reviewers (1.0) and assign additional documents (1.4); Continue to review materials to make determinations re privilege | 6.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                January 24, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   46

|  |  |  |  |
|---|---|---|---|
|  |  | review (1.5). |  |
| 12/18/09 | N. T. ZINK | Off-line second tier document review (2.0); review step one and step two solvency issues in light of phone conference with Sidley & Austin and Kasowitz (.8). | 2.80 hrs. |
| 12/18/09 | N. T. ZINK | Second tier, on-line document review in connection with ESOP investigation(.5). | 0.50 hrs. |
| 12/18/09 | H. SEIFE | Telephone conference with G.Bush regarding meeting update and strategy (.6); emails regarding meetings on 1/5 and 1/7 (1.1); review of presentation by Debtors on fraudulent conveyance issues (.8); prepare for upcoming settlement meetings (2.2). | 4.70 hrs. |
| 12/18/09 | R. A. SCHWINGER | TC with D. Deutsch, Frank Anderson re PBGC confidentiality issues (0.1); meetings with A. Nellos re Committee's deposit of disks pursuant to document depository order (0.4); finalizing comments on Rule 2004 order re MLCC e-mails (0.7); e-mails and TC with Andrew Goldfarb re MLCC custodian list (0.4). | 1.60 hrs. |
| 12/18/09 | T. J. MCCORMACK | Research/analysis of case law on certain D&O claims (2.3); review drafts on elements of claims and standing (1.3). | 3.60 hrs. |
| 12/18/09 | D. M. LeMAY | Review Debtor's presentation to Centerbridge. | 0.80 hrs. |
| 12/18/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transaction. | 3.00 hrs. |
| 12/18/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (8.8). | 8.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   47

| 12/18/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (7.9); attend meeting with A.Nellos and team re: status of document reaview (.4). | 8.30 hrs. |
|---|---|---|---|
| 12/18/09 | J. NOBLE | Conf. w/ A. Nellos and document review team re: next steps (0.3). Online review of documents produced in connection with investigation of ESOP transaction (1.7). | 2.00 hrs. |
| 12/18/09 | B. DYE | Researching jurisdictional issues for state law cause of action memo (3.2); attend meeting with A.Nellos and document review team re status of document review (.4); online review of documents produced in connection with ESOP transactions (2.6) | 6.20 hrs. |
| 12/18/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.20 hrs. |
| 12/18/09 | E. PRZYBYLKO | Review part of draft third-party complaints (1.5); confs. with T. Stevenson and T. McCormack re same (.4). | 1.90 hrs. |
| 12/18/09 | K. LEVENBERG | Research and draft memo re specific fraudulent transfer claim issue. | 3.50 hrs. |
| 12/18/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.30 hrs. |
| 12/18/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction (8.0); attend meeting with team regarding status of Tribune document review (0.3). | 8.30 hrs. |
| 12/18/09 | E. GRIMALDI | Attend meeting with document review team to discuss status of review (.3);  On-line review of documents produced in connection with investigation of ESOP | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    48

|  |  |  |  |
|---|---|---|---|
|  |  | transaction (4.9). |  |
| 12/18/09 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.60 hrs. |
| 12/18/09 | E. M. MILLER | Phone call with A Nellos re D&P Bluth deposition (0.3) | 0.30 hrs. |
| 12/18/09 | E. DAUCHER | Attend meeting with A. Nellos and document review team to discuss upcoming document production issues. | 0.40 hrs. |
| 12/18/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.10 hrs. |
| 12/18/09 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.30 hrs. |
| 12/18/09 | K. ZAFRAN | Meeting with A. Nellos and first tier-reviewers re: status of document review (.3) and prepare summary of meeting (.4); on-line review of documents produced in connection with investigation of ESOP transaction (5.4). | 6.10 hrs. |
| 12/18/09 | E. WEISSMAN | Prepare new data for Depository. | 1.90 hrs. |
| 12/18/09 | J. P. NARVAEZ | Meeting with A. Nellos and document review team re: status of review of documents. | 0.40 hrs. |
| 12/19/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 12/19/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 12/19/09 | N. T. ZINK | Second tier, on-line document review in connection with investigation (.8); additional off-line document review (1.0). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   49

| 12/19/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 2.50 hrs. |
|---|---|---|---|
| 12/19/09 | T. L. STEVENSON | Revising complaint against third parties. | 3.90 hrs. |
| 12/19/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 12/19/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.8). | 1.80 hrs. |
| 12/20/09 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (0.9) | 0.90 hrs. |
| 12/20/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 12/20/09 | M. D. ASHLEY | Reviewed correspondence relating to Merrill Lynch discovery motion (.4); reviewed materials regarding Amsden and Bluth deposition (.6). | 1.00 hrs. |
| 12/20/09 | A. K. NELLOS | Continue to review privilege documents relating to questions with Debtors' production (2.2). | 2.20 hrs. |
| 12/20/09 | N. T. ZINK | Second tier, on-line document review of documents in connection with ESOP investigation. | 1.80 hrs. |
| 12/20/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 12/20/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 12/20/09 | E. PRZYBYLKO | Review and comment re draft revised third-party complaint (1.3); draft motion for standing (.9). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   50

| | | | |
|---|---|---|---|
| 12/20/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |
| 12/21/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 12/21/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 12/21/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 12/21/09 | E. PRZYBYLKO | Review draft pleadings re third party complaint and other anticipated actions on behalf of estate (1.6); confs. with T. Stevenson, T. McCormack re third-party claims and draft complaint (0.8). | 2.40 hrs. |
| 12/21/09 | K. LEVENBERG | Research and draft memo regarding jurisdictional issues in fraudulent transfer claims | 6.50 hrs. |
| 12/21/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.20 hrs. |
| 12/21/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.60 hrs. |
| 12/21/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.80 hrs. |
| 12/21/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (7.4); | 7.40 hrs. |
| 12/21/09 | M. ROITMAN | Further research and revisions to memo re: right of the Debtors to settle claims (3.9); meeting with D. Deutsch re: same (0.7); On-line review of documents produced in connection with investigation of ESOP transaction (3.7). | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   51

| | | | |
|---|---|---|---|
| 12/21/09 | H. SEIFE | Review of transcript of Bluth deposition (.6); review of draft ZS pleading (1.2); preparation for settlement conference (1.7). | 3.50 hrs. |
| 12/21/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 12/21/09 | N. T. ZINK | Second tier, on-line document review in connection with investigation (3.0); review Bluth deposition transcript (2.5). | 5.50 hrs. |
| 12/21/09 | F. VAZQUEZ | Conf w/Zink re document review & next steps (.3); second tier review of documents produced in connection w/investigation of leveraged ESOP transaction (4.2). | 4.50 hrs. |
| 12/21/09 | C. L. RIVERA | Reviewing related LBO adversary update (0.3); confer with D. Bava re: status of same (0.1); on-line review of documents produced in connection with investigation of ESOP transaction (3.2). | 3.60 hrs. |
| 12/21/09 | T. J. MCCORMACK | Review various factual and legal elements re: D&O claims (1.8); review materials from Tammy Stevenson re: same (1.1); analysis of standing issues, demand issues and other issues (1.3). | 4.20 hrs. |
| 12/21/09 | R. A. SCHWINGER | Review e-mails re bank e-mail production and transmittal to document depository. | 0.40 hrs. |
| 12/21/09 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents to first- and second- tier reviewers (1.4); Continue to review materials provided by debtors to determine issues regarding privilege log (3.9); Draft letter to J. Peltz regarding discovery/depository issues (.5); Speak with L. Moloney and Complete Documents team regarding various issues with Relativity (.9); Online review and | 9.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   52


                         comparison of documents related to
                         the ESOP transaction (second-tier
                         review) (1.1).

12/21/09    D. E. DEUTSCH      Review memorandum on litigation       1.40 hrs.
                              issue (1.1); discuss follow-up
                              research related to same with Marc
                              Roitman (.3);

12/21/09    T. L. STEVENSON    Discussed draft complaint against     1.10 hrs.
                              third parties and draft motion for
                              standing with E. Przybylko (.3);
                              reviewing complaint against third
                              parties (.8).

12/21/09    E. M. MILLER       Exchange e-mails with M Ashley and    4.60 hrs.
                              Zuckerman co-counsel re preparing
                              summaries of Bluth and Amsden
                              depositions (0.2); exchange e-mail
                              with A Nellos re Bluth deposition
                              testimony (0.3); Review Bluth
                              deposition transcript (1.8) and
                              draft summary memo to Committee re
                              same (2.3).

12/21/09    A. KRONSTADT       On-line review of documents          0.70 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

12/21/09    A. DUFFY           Online review of documents           0.40 hrs.
                              produced in connection with the
                              ESOP Transaction (0.4).

12/22/09    A. KRONSTADT       On-line review of documents          2.50 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

12/22/09    M. D. ASHLEY       Participated in team meeting         5.90 hrs.
                              regarding status of investigation
                              (.5);  meeting with T. Zink
                              regarding review of pleadings
                              (.2); meeting with A. Nellos
                              regarding analysis of Debtors'
                              privilege claims (.4); reviewed
                              materials regarding Debtors'
                              privilege claims (1.0); reviewed
                              production and court materials
                              relating to depositions (3.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   53

| | | | |
|---|---|---|---|
| 12/22/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 12/22/09 | E. M. MILLER | Draft summary memo re Bluth deposition transcript (0.7); Review Amsden deposition transcript (2.6); and draft summary memo to Committe (3.8). | 7.10 hrs. |
| 12/22/09 | T. L. STEVENSON | Telephone call with E. Przybylko regarding complaint against third parties and discovery related to same (.2); reviewing December 17 decision from Neil v. Zell, No. 08-c-6833 (.7); telephone call with A. Nellos regarding document production related to third party claims issues (.3). | 1.20 hrs. |
| 12/22/09 | D. E. DEUTSCH | Participate in meeting with Chadbourne investigation team re: all pending matters (.7); meeting with Marc Roitman re: research on investigation issue (.5); | 1.20 hrs. |
| 12/22/09 | A. K. NELLOS | Review progress of document review (1.2) and assign additional documents (1.4); discusions with Relativity and L.Moloney re: Foundations' production (.5); Exchange e-mails with Foundations' counsel regarding same (.2); Discuss various issues related to privilege log with M. Ashley (.7); Discuss issues regarding third-party claim issues in connection with discovery with E. Przybylko (.6 ) and T. Stevenson (.6); Review materials related to privilege (including correspondence regarding same from debtors) (2.3) and begin to draft letter related to discovery/privilege concerns (3.6). | 11.10 hrs. |
| 12/22/09 | T. J. MCCORMACK | Analyze decision in ESOP case on fiduciary duty breaches (1.2); analysis of "demand" issue vis a vis D&O claims made by unsecured creditors (1.4). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   54


12/22/09   D. BAVA          Review and prepare settlement        0.50 hrs.
                            materials binder (.40); draft
                            index re: settlement materials
                            (.10).

12/22/09   C. L. RIVERA     Meeting with T. Zink and F.          4.80 hrs.
                            Vazquez re: issues on sub
                            guarantees (0.7); confer with B.
                            Dye re: gathering documents
                            necessary for review (0.2);
                            reviewing related documents and
                            analysis of arguments (1.5);
                            on-line review of documents
                            produced in connection with
                            investigation of ESOP transaction
                            (2.4).

12/22/09   F. VAZQUEZ       Conf w/Zink & C. Rivera re           6.80 hrs.
                            standing issues (1.0); second tier
                            review of documents produced in
                            connection w/investigation of
                            leveraged ESOP transaction (1.7);
                            conference with Nellos re document
                            review issue (.3); review
                            documents in connection with
                            standing issue, including
                            memoranda and hearing transcript
                            (3.6); conference with T.Zink re
                            document review (.2).

12/22/09   N. T. ZINK       Conference with H. Seife, D.         7.00 hrs.
                            Deutsch. and M. Ashley re
                            preparation for January settlement
                            meetings (.5); prepare first draft
                            of memorandum for the Committee re
                            anticipated defenses and arguments
                            of Lenders (5.5); review lack of
                            standing argument and prepare
                            counter arguments in consultation
                            with C. Rivera and F. Vazquez
                            (1.0).

12/22/09   D. BAVA          Review and analysis of docket        0.30 hrs.
                            sheet of similar large case re:
                            LBO litigation issues (.20);
                            telephone conference with chambers
                            re: settlement hearing date (.10).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   55


12/22/09   H. SEIFE          Review of Zell/ESOP decision (.5);      2.50 hrs.
                             review of ZS draft pleading (.8);
                             prepare for settlement conference
                             (1.2).

12/22/09   M. ROITMAN        Revising memo re: right of the          3.50 hrs.
                             Debtors to settle certain claims
                             (2.7); meeting with D. Deutsch re:
                             same (0.8).

12/22/09   I SAFIER          On-line review of documents             8.50 hrs.
                             produced in connection with
                             investigation of ESOP Transaction;

12/22/09   Y. YOO            Continued on-line review of             4.20 hrs.
                             documents produced in connection
                             with investigation of ESOP
                             Transaction (4.2).

12/22/09   J. NOBLE          Conf. w/ A. Nellos re: scope of         5.80 hrs.
                             common privilege issue (.3).
                             Online review of documents
                             produced in connection with
                             investigation of ESOP transaction
                             (4.7). Research re: scope of
                             common interest privilege (0.8).

12/22/09   B. DYE            Reviewing docket of similar large       4.70 hrs.
                             chapter 11 case for relevant
                             memorandum of law on the standing
                             issue.

12/22/09   E. GRIMALDI       On-line review of documents             2.10 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

12/22/09   F. MALIK          On-line review of documents             8.20 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

12/22/09   K. LEVENBERG      Research and draft memo regarding       6.00 hrs.
                             jurisdictional issues in
                             fraudulent transfer claims

12/22/09   L. ARYANI         Online review of documents             0.90 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   56

| | | | |
|---|---|---|---|
| 12/22/09 | E. PRZYBYLKO | Review and revise draft third-party complaint and motion (0.9) confs. with T. McCormack and T. Stevenson re same (0.3); internal meeting with investigation team on discovery status (0.6); conf. w A. Nellos re discovery issues (0.6); review discovery re same (0.4) | 2.80 hrs. |
| 12/22/09 | L. F. MOLONEY | Prepared media with new materials for Relativity (1.2); Reviewed relativity database and Foundation production sets (.7) and follow-up t/c with M. Isbrecht at Complete Document Source and A. Nellos re. same (.4). | 2.30 hrs. |
| 12/22/09 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.40 hrs. |
| 12/22/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.70 hrs. |
| 12/22/09 | E. WEISSMAN | Prepare new data for Repository. | 1.10 hrs. |
| 12/22/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 12/23/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |
| 12/23/09 | L. ROWNTREE | Met with A. Nellos to discuss the background of the case, including the relevant parties and issues notable to discovery. | 0.50 hrs. |
| 12/23/09 | E. PRZYBYLKO | Correspondence with T. Stevenson (.3) and A. Nellos (.3) re: third party complaint and motion. | 0.60 hrs. |
| 12/23/09 | K. LEVENBERG | Research regarding additional jurisdictional issues in fraudulent transfer claim (1.2); draft memo regarding same (1.5). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   57


| 12/23/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction (3.1); telephone call to discuss documents with A. Nellos (.3). | 3.40 hrs. |

| 12/23/09 | B. DYE | Online review of documents produced in connection with ESOP transaction. | 2.40 hrs. |

| 12/23/09 | J. NOBLE | Research re: scope of common-interest privilege (4.5). Online review of documents produced in connection with investigation of ESOP transaction (1.5). | 6.00 hrs. |

| 12/23/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.20 hrs. |

| 12/23/09 | M. ROITMAN | Research re: additional issue related to right of the Debtors to settle certain claims (0.4); On-line review of documents produced in connection with investigation of ESOP transaction (1.2). | 1.60 hrs. |

| 12/23/09 | H. SEIFE | Conference call with B.Krakauer and G.Bush regarding conference (.8); review of Wilmington Trust letter request (.3); preparation of issues list for conference (1.2). | 2.30 hrs. |

| 12/23/09 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |

| 12/23/09 | F. VAZQUEZ | Conference with C. Rivera re standing issue (.3); review materials (including memoranda and transcript) re standing issue (2.8); review email from C. Rivera re standing issue (.1); review memorandum re discussion with Sidley and Law Debenture (.1); email to Zink re Sidley memorandum (.1) | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   58


12/23/09    C. L. RIVERA        Analysis of strengths and          4.10 hrs.
                                weaknesses to options set forth by
                                senior lenders, including review
                                of case law, related pleadings,
                                articles.

12/23/09    T. J. MCCORMACK     Review/analyze theories of         4.40 hrs.
                                recovery based on fiduciary duty
                                breaches.

12/23/09    A. K. NELLOS        Review progress of first- and      9.80 hrs.
                                second- tier reviewers (1.3) and
                                assign additional documents for
                                review (1.6); continue to review
                                issues related to privilege,
                                including legal research of J.
                                Noble and materials produced by
                                Debtors (3.8) and finalize draft
                                of letter to Debtors regarding
                                same (2.2); Draft letter to Sidley
                                regarding discovery/depository
                                issues (.4); conference with L.
                                Rowntree (first-tier reviewer) re
                                background of investigation and
                                document review (.5).

12/23/09    D. E. DEUTSCH       Draft e-mail to Marc Ashley re:     0.20 hrs.
                                deposition summary (.2);

12/23/09    E. M. MILLER        Review and exchange e-mails with M  0.20 hrs.
                                Ashley re summary memos for Amsden
                                and Bluth depositions and
                                deposition scheduling chart (0.2)

12/23/09    P. TANCK            On-line review of documents         7.00 hrs.
                                produced in connection with
                                investigation of ESOP Transaction.

12/23/09    M. D. ASHLEY        Reviewed correspondence and         4.00 hrs.
                                production materials regarding
                                Debtors' privilege claims (.4);
                                reviewed correspondence regarding
                                open discovery issues (.6);
                                revised draft Amsden and Bluth
                                deposition summaries (1.7) and
                                reviewed related transcripts (.9);
                                emails with A. Nellos regarding
                                privilege issues and document
                                review (.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       January 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   59


12/23/09   A. DUFFY        Online review of documents              1.00 hrs.
                           produced in connection with the
                           ESOP Transaction (1.0).

12/24/09   P. TANCK        On-line review of documents             7.00 hrs.
                           produced in connection with
                           investigation of ESOP Transaction.

12/24/09   E. M. MILLER    Review and incorporate comments         3.70 hrs.
                           from M Ashley on draft Amsden and
                           Bluth deposition summaries (2.8)
                           Review and exchange e-mails with M
                           Ashley and D Deutsch re same (0.2)
                           Draft deposition scheduling chart
                           and send to M Ashley and D Deutsch
                           (0.7)

12/24/09   D. E. DEUTSCH   Review e-mail from Howard Seife         0.30 hrs.
                           re: research on litigation issue
                           (.1); exchange e-mails with Frank
                           Vazquez on same (.2).

12/24/09   A. K. NELLOS    Review progress of document            3.40 hrs.
                           reviewers (1.2) and assign
                           additional documents (1.4); Draft
                           correspondence regarding discovery
                           issues and depository to Sidley
                           (.6); conference with L.Rowntree
                           regarding background materials on
                           investigation (.2).

12/24/09   F. VAZQUEZ      Conference with Zink and Roitman       2.70 hrs.
                           re decision in Zell litigation
                           (.3); conference with Deutsch re
                           Zell decision (.2); review
                           materials and case law re standing
                           issue (2.0); email to and from
                           Deutsch and Zink re Zell decision
                           (.2)

12/24/09   H. SEIFE        Review emails regarding settlement     2.90 hrs.
                           conference (.8); emails with Brown
                           Rudnick regarding discovery and
                           settlement conference (.4); review
                           of summaries of Amsden and Bluth
                           depositions (.8); preparation of
                           issues list for settlement
                           conference (.9).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   60


12/24/09   D. BAVA       Review and analysis of docket        0.20 hrs.
                         sheet of similar large case re:
                         LBO litigation issues (.20).

12/24/09   M. ROITMAN    Preparation for (0.7) and            3.60 hrs.
                         attendance at (0.5) meeting with
                         F. Vazquez and T. Zink re:
                         decision in Zell litigation
                         proceeding (0.3); Drafting Memo
                         re: same (2.1).

12/24/09   M. ROITMAN    On-line review of documents          0.60 hrs.
                         produced in connection with
                         investigation of ESOP transaction
                         (0.6)

12/24/09   I SAFIER      On-line review of documents          9.00 hrs.
                         produced in connection with
                         investigation of ESOP Transaction;

12/24/09   F. MALIK      On-line review of documents          2.30 hrs.
                         produced in connection with
                         investigation of ESOP transaction.

12/24/09   T. P. CASTELL On-line review of documents          1.00 hrs.
                         produced in connection with
                         investigation of ESOP Transaction.

12/24/09   K. LEVENBERG  Continue drafting memo regarding     1.20 hrs.
                         jurisdictional issues in
                         fraudulent transfer claims.

12/24/09   L. ROWNTREE   Conference with A. Nellos about      0.20 hrs.
                         the relevant background documents
                         on investigation.

12/24/09   E. DAUCHER    On-line review of documents          3.80 hrs.
                         produced in connection with
                         investigation of ESOP transaction.

12/24/09   E. WEISSMAN   Prepare new data for Repository.     2.50 hrs.

12/24/09   J. P. NARVAEZ On-line review of documents          1.10 hrs.
                         produced in connection with
                         investigation of ESOP transaction.

12/24/09   K. ZAFRAN     On-line review of documents          1.60 hrs.
                         produced in connection with
                         investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   61

| 12/25/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.4). | 3.40 hrs. |
| 12/25/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 12/26/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 12/26/09 | H. SEIFE | Emails regarding issues list. | 0.40 hrs. |
| 12/26/09 | E. PRZYBYLKO | Correspondence with T.Stevenson re third-party complaint and discovery review (0.4). | 0.40 hrs. |
| 12/27/09 | M. ROITMAN | Drafting Memo re: decision in Zell litigation proceeding (2.3). | 2.30 hrs. |
| 12/27/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.70 hrs. |
| 12/27/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (4.4). | 4.40 hrs. |
| 12/28/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.0). | 3.00 hrs. |
| 12/28/09 | M. D. ASHLEY | Reviewed and revised draft letter to Debtors' counsel regarding privilege issues and related materials (.7); emails with A.Nellos regarding same (.3); emails with E.Miller regarding depositions (.2). | 1.20 hrs. |
| 12/28/09 | A. K. NELLOS | Discuss with L. Rowntree research issues related to privileged documents and assertions made by Debtors (1.2); review progress of document reviewers (1.3) and assign additional documents (1.5); Discuss issues related to third-party claims with T. Stevenson (.2); draft letter addressing various questions from Sidley regarding depository (.3); | 11.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   62

|          |                 | review research by L. Rowntree (2.2) and revise letter to Sidley regarding discovery issues concerning privilege assertions (3.3); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.8). |            |
| 12/28/09 | D. E. DEUTSCH   | Review detailed draft agenda for all-party LBO meeting and draft proposed inserts for same (.4). | 0.40 hrs. |
| 12/28/09 | E. M. MILLER    | Phone conference with A Nellos re TRB privilege log and letter responding to same (0.3) | 0.30 hrs. |
| 12/28/09 | T. L. STEVENSON | Meeting with T. McCormack to analyze claims against third parties (3.2); discussion with E. Przybylko regarding complaint against third parties (.2); discussion with B. Kirby regarding research related to complaint against third parties (.2); reviewing interim report in connection with drafting complaint against third parties (1.5); reviewing draft complaint against lenders (.8); reviewing minutes of board and special committee meetings (1.2); continue drafting and revising complaint against third parties (6.1). | 13.20 hrs. |
| 12/28/09 | H. SEIFE        | Emails regarding settlement meeting (.8); review comments on issues list (1.1); preparation for settlement conference (2.1). | 4.00 hrs. |
| 12/28/09 | N. T. ZINK      | Phone conference with F. Vazquez and C. Rivera re preparation of memorandum re plan structure suggested by senior lenders (.2); review litigation affidavits (1.2); draft analysis re: senior lender plan structure (1.0); off-line second tier document review in connection with investigation (1.6). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   63

| | | | |
|---|---|---|---|
| 12/28/09 | F. VAZQUEZ | Conferences with Daucher re standing issue (.5); conference with Roitman re Zell litigation (.2); review and revise memorandum re Zell litigation (3.3); second tier review of documents produced in connection with investigation of leveraged ESOP transaciton (1.5). | 5.50 hrs. |
| 12/28/09 | F. VAZQUEZ | Conference with T.Zink and C.Rivera re specific alternative structure plan proposal (.2); draft talking points re standing issue and plan proposal (3.2); email to and from Zink re same (.1); email to/from Zink re Zell litigation (.1). | 3.60 hrs. |
| 12/28/09 | C. L. RIVERA | Reviewing case law re: actual fraud (0.8) and prep for call (0.3); call with T. Zink and F. Vazquez re: analysis of attached plan (0.3). | 1.40 hrs. |
| 12/28/09 | T. J. MCCORMACK | Review case law on standing issues for certain claims for unsecured creditors (1.0); and meeting with T. Stevenson re: analysis of several issues on potential claims against fiduciaries (3.1); review case law on duties to creditors (1.8). | 5.90 hrs. |
| 12/28/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 12/28/09 | R. M. KIRBY | Meeting with T.Stevenson to discuss research assignments (.2); conducting research on aiding and abetting and breach of fiduciary duty claims under Delaware law, as per T. Stevenson (4.7). | 4.90 hrs. |
| 12/28/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
| 12/28/09 | E. DAUCHER | Meet with F. Vazquez to discuss fraudulent conveyance issue. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   64

| | | | |
|---|---|---|---|
| 12/28/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.20 hrs. |
| 12/28/09 | E. DAUCHER | Research specific fraudulent conveyance action. | 1.60 hrs. |
| 12/28/09 | E. DAUCHER | Research structure issue related to fraudulent conveyance action. | 2.40 hrs. |
| 12/28/09 | L. ROWNTREE | Met with A. Nellos to discuss research re: the common interest privilege (1.3), conducted research re the same (6.4); drafted a memo for M. Ashley on the findings (2.8). | 10.50 hrs. |
| 12/28/09 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (5.4) | 5.40 hrs. |
| 12/28/09 | M. ROITMAN | Drafting Memo re: Zell litigation (1.4); Meeting with F. Vazquez re: same (0.1). | 1.50 hrs. |
| 12/28/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.40 hrs. |
| 12/28/09 | E. PRZYBYLKO | Review research and draft complaint re third-party claims (1.2); confs. w T. Stevenson re same (.4). | 1.60 hrs. |
| 12/29/09 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 12/29/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |
| 12/29/09 | M. ROITMAN | Research re: S/L in context of derivative standing (2.7); Correspondence with D. Deutsch re: same (0.1). | 2.80 hrs. |
| 12/29/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        January 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   65


| 12/29/09 | L. ROWNTREE | Spoke with A. Nellos about research findings re: common interest privilege and subsequent document review assignment (.2), and updated research memo based on conversation (.2). | 0.40 hrs. |
| 12/29/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
| 12/29/09 | E. DAUCHER | Research capital structure issue related to fraudulent conveyance action. | 3.20 hrs. |
| 12/29/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.30 hrs. |
| 12/29/09 | R. M. KIRBY | Conducting research on aiding and abetting and breach of fiduciary duty claims under Delaware law, as per T. Stevenson. | 7.00 hrs. |
| 12/29/09 | M. ROITMAN | Revising memo re: decision in Zell litigation (3.5); Meeting with D. Deutsch and F. Vazquez re: same (0.2). | 3.70 hrs. |
| 12/29/09 | T. J. MCCORMACK | Confer D. Deutsch re: D&O claims and elements of same (0.2); review issues with T. Stevenson on numerous research and due diligence projects (0.7); review prior complaints on D&O issues, ERISA issues (1.4); analysis of standing and demand issues (0.8) and review case law re: same (0.5); review expert issues (0.2). | 3.80 hrs. |
| 12/29/09 | R. A. SCHWINGER | E-mails with Alun Griffiths re document request to Moody's (0.3); review e-mails re status of document depository and MLCC e-mail production (0.3). | 0.60 hrs. |
| 12/29/09 | F. VAZQUEZ | Conferences with Roitman re Zell decision (.6); review and revise memo re Zell decision (2.9); email to and from C. Rivera re collapsing cases (.1); review merger agreement re fiduciary out | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   66

|  |  |  |  |
|---|---|---|---|
|  |  | (.3); conference with Zink re fiduciary out (.2); review and revise memorandum re discussions with Sidley (.3); conference with Zink re memo re discussion with Sidley (.1); conferences with Deutsch and Roitman re Zell memorandum (.3); conference w/McCormack re Sidley discussion (.1). |  |
| 12/29/09 | F. VAZQUEZ | Second tier review of documents produced in connection with investigation of leveraged ESOP transaction. | 1.70 hrs. |
| 12/29/09 | F. VAZQUEZ | Conference with Daucher re subsidiary plan issues (.3); review Securities Purchase Agreement (.4); email to ZInk re break-up fee (.1); conf w/Daucher re similar large case decision (.2). | 1.00 hrs. |
| 12/29/09 | N. T. ZINK | Perform off-line second tier document review in connectionwith investigation (3.2). | 3.20 hrs. |
| 12/29/09 | H. SEIFE | Review of G.Bush comments on issues (.8); conference call with G.Bush regarding settlement conference (.6); review of Krakauer comments on issues list (.5); prepare for conference (1.7). | 3.60 hrs. |
| 12/29/09 | T. L. STEVENSON | Revising draft complaint against third parties (9.3); reviewing minutes of board and special committee meetings (1.2); reviewing documents in connection with drafting complaint against third parties (3.9). | 14.40 hrs. |
| 12/29/09 | E. M. MILLER | Review and exchange e-mails with D Deutsch, M Ashley and Zuckerman firm re Amsden and Bluth deposition summary memos (0.3) Review and exchange e-mails with Zuckerman and court reporter re final transcripts for same (0.2) Brief revision of Amsden deposition summary re comments | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   67

|  |  |  |  |
|---|---|---|---|
|  |  | from Zuckerman firm (0.2) Phone conferences with A Nellos re TRB privilege log (0.1) and draft letter responding to same (0.3) Second level document review of documents produced in connection with ESOP transaction (3.9). |  |
| 12/29/09 | D. E. DEUTSCH | Review various e-mails from Committee team re: investigation matters (.2); discuss investigation issue with Tom McCormack and, in part, David LeMay (.4); exchange e-mails with Ali Nellos re: document discovery (.3); review draft memorandum to Committee on related litigation (.3) and draft edits/comments on same (.6). | 1.80 hrs. |
| 12/29/09 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents (1.4); Finalize revisions to letter to Sidley regarding privilege issues (1.4); Draft letter to Peltz / Sidley responding to question regarding depository issues (.2); Speak with T. Stevenson regarding third party claim issues (.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.0). | 5.40 hrs. |
| 12/29/09 | M. D. ASHLEY | Emails with E.Miller, Zuckerman regarding depositions (.3); reviewed materials relating to legal research regarding LBO transaction (.3). | 0.60 hrs. |
| 12/29/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.3). | 3.30 hrs. |
| 12/29/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page   68

| 12/30/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
|---|---|---|---|
| 12/30/09 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (4.6). | 4.60 hrs. |
| 12/30/09 | M. D. ASHLEY | Reviewed and revised draft letter to Debtors' counsel regarding privilege issues (.5); reviewed legal research regarding privilege issues (.6). | 1.10 hrs. |
| 12/30/09 | D. E. DEUTSCH | Conference with Marc Roitman to discuss assignment on statute of limitations issue (.2); review related ESOP case (.5); review related research materials (.6); review and edit lengthy memorandum to Committee re: related LBO case (2.3); discuss follow-up research on same with Marc Roitman (.2); address inquiry from Robert Kirby re: litigation research issue (.2); review agenda and additional materials related to meeting on ESOP with all parties (.4). | 4.40 hrs. |
| 12/30/09 | A. K. NELLOS | Meet with L. Roundtree to discuss additional background issues related to document review (1.4); Review progress of document reviewers (1.4) and add additional documents (1.5); Revise letter regarding discovery per comments from M. Ashley (3.0). | 7.30 hrs. |
| 12/30/09 | E. M. MILLER | Review and exchange e-mails with D Deutsch, M Ashley and Zuckerman firm re Amsden and Bluth deposition summary memos (0.2); Phone conference with A Nellos re TRB privilege log (0.1) and draft letter responding to same (0.2) Second level document review of documents in Relativity (5.3). | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         January 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   69

| | | | |
|---|---|---|---|
| 12/30/09 | T. L. STEVENSON | Drafting complaint against third parties (9.1); discussing bond prices and unsecured debt levels with M. Roitman (.2); discussing document review related to third party complaints with L. Rowntree (.2); reviewing B. Kirby's research related to breach of fiduciary duty and revising complaint against third parties accordingly (1.3); reviewing documents sent from T. McCormack in connection with drafting third party complaint (1.1); telephone call with T. McCormack and T. MacCauley regarding claims against third party advisors (.1); drafting email correspondence to T. MacCauley regarding claims against third party advisors (.2); discussing complaint against third parties with T. McCormack (.4). | 12.60 hrs. |
| 12/30/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 12/30/09 | H. SEIFE | Review of discovery materials (1.3); emails regarding settlement conference (.8); revised issue list (.8); email to all settlement conference attendees (.6); emails with Brown Rudnick (.5). | 4.00 hrs. |
| 12/30/09 | N. T. ZINK | Peform off-line second tier document review in connection with ESOP investigation (3.8). | 3.80 hrs. |
| 12/30/09 | F. VAZQUEZ | Conference with C. Rivera re alternative plan structure (.6); conference with E.Daucher re alternative plan structure and 9019 standard research (.3); review 9019 research (1.7); update alternative plan structure talking points (.4); conference with T.Zink re alternative plan structure talking points (.3); review and revise subsidiary plan talking points (.3). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      January 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   70

| 12/30/09 | F. VAZQUEZ | Conference with M.Roitman re Zell litigation (.1); conference with T.McCormack re discussions with Sidley (.2); revise memo to incorporate discussion with Sidley (.2); second tier review of documents produced in connection with investigation (2.3); email to/from Stevenson re advisor fees (.1); email to T.Zink re VRC opinion (.1). | 3.00 hrs. |
|---|---|---|---|
| 12/30/09 | C. L. RIVERA | Review talking points re: issue in similar large case and related analysis (0.6); conference call with T. Zink and F. Vazquez re: same (0.5); confer with B. Dye re: follow-up research (0.1). | 1.20 hrs. |
| 12/30/09 | T. J. MCCORMACK | Analysis of specific claims, issues, factual and legal elements for potential third-party complaint (4.3); confer with T. Stevenson on all issues (1.8); review additional Delaware causes of action (1.7). | 7.80 hrs. |
| 12/30/09 | M. ROITMAN | Revising Memo re: decision in related case litigation proceeding (2.4); Meeting with D. Deutsch re: same (0.4); exchange emails with R. Kirby, T. Steveson, D. Deutsch and B. Hall/A.Holtz (AlixPartners) re: valuation of bond debt (0.9); Call with B. Hall and A. Leung (AlixPartners) re: same (0.3); Call with T. Steveson re: same (0.2). | 4.20 hrs. |
| 12/30/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.90 hrs. |
| 12/30/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 12/30/09 | L. ROWNTREE | Met with A. Nellos to discuss background issues and document review (1.3); spoke with T. Stevenson to discuss documents relevant to the McCormick | 9.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   71


                              Foundation (.3); reviewed
                              documents produced by McCormick
                              Foundation (7.4).

12/30/09   F. PERKINS         On-line review of documents        10.70 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

12/30/09   J. NOBLE           Online review of documents          7.10 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

12/30/09   B. DYE             Research on specific case law for    6.10 hrs.
                              C. Rivera (3.5); online review of
                              documents produced in connection
                              with ESOP transactions (2.6)

12/30/09   M. ROITMAN         Research re: SOL in context of       0.60 hrs.
                              derivative standing (0.3); Meeting
                              with D. Deutsch re: same (0.2);
                              Call with T. Steveson re: same
                              (0.1).

12/30/09   F. MALIK           On-line review of documents          4.90 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

12/30/09   E. PRZYBYLKO       Review research and materials re     2.20 hrs.
                              third-party claim (.7) and draft
                              insert for complaint re same (1.5).

12/31/09   E. PRZYBYLKO       Review T. Stevenson correspondence   0.80 hrs.
                              re third-party claim issues (0.2);
                              review and comment re revised
                              complaint re third-party claims
                              (0.6).

12/31/09   T. P. CASTELL      On-line review of documents          1.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

12/31/09   M. ROITMAN         Research and drafting Memo re: SOL   2.40 hrs.
                              in context of derivative standing
                              (2.4).

12/31/09   B. DYE             Online review of documents           4.50 hrs.
                              produced in connection with the
                              ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    72


| | | | |
|---|---|---|---|
| 12/31/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 5.00 hrs. |
| 12/31/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.20 hrs. |
| 12/31/09 | L. ROWNTREE | Reviewed documents re: McCormick Foundation. | 3.30 hrs. |
| 12/31/09 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.70 hrs. |
| 12/31/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation into ESOP transaction. | 3.00 hrs. |
| 12/31/09 | T. J. MCCORMACK | Analysis of all legal and factual issues for third-party breach claims and related claims, including review of case law, SEC filings and draft claims (6.4); analyze ESOP case decision and comment on memo re: same (1.2). | 7.60 hrs. |
| 12/31/09 | C. L. RIVERA | Call with T. Zink and F. Vazquez re: further fraudulent conveyance analysis (.4); correspondence with B. Dye re: new relevant circuit court decision (0.2); reviewing same and subsequent decision (0.6); review/revise draft outline of argument (.4); confer with F. Vazquez re: same (0.2). | 1.80 hrs. |
| 12/31/09 | F. VAZQUEZ | Review and revise response to alternative structure plan (.4); email to and from C. Rivera re same (.1). | 0.50 hrs. |
| 12/31/09 | F. VAZQUEZ | Conference with C. Rivera re certain 544 and 548 analyses (.2); conference with Zink and C. Rivera re standing issue (.3); review list of leveraged ESOP expenses (.1); second tier review of documents produced in connection with invesitgation of leveraged ESOP (3.3); email to Stevenson re | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      January 24, 2010
435 N. MICHIGAN AVENUE      Invoice ******
CHICAGO, IL 60611      Page   73

|  |  | advisor fees (.1). |  |
|---|---|---|---|
| 12/31/09 | N. T. ZINK | Review and revise memorandum re Step One and Step Two debt (1.0); phone conference with C. Rivera and F. Vazquez re arguments in opposition to possible alternative structure for plan (.2); perform off-line document review in connection with investigation (1.8). | 3.00 hrs. |
| 12/31/09 | H. SEIFE | Emails with Sidley regarding conference (.6); review of memo regarding Neil decision (.5); prepare for settlement conference (2.2). | 3.30 hrs. |
| 12/31/09 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 12/31/09 | T. L. STEVENSON | Review and revise complaint against third parties. | 6.90 hrs. |
| 12/31/09 | E. M. MILLER | Review and exchange e-mails with D Deutsch, M Ashley re deposition scheduling chart (0.1) Second level document review of documents in Relativity (6.0) Draft and send e-mail to A Nellos re JPM documents (0.1) | 6.20 hrs. |
| 12/31/09 | H. LAMB | Emails with Committee professionals, Debtors and lenders regarding 1/5 settlement meeting. | 1.00 hrs. |
| 12/31/09 | D. E. DEUTSCH | Telephone conversation with Tom McCormack re: Neil litigation/third party claims (.2); review revisions to Committee memorandum on same (.2); e-mail Howard Seife re: same (.1). | 0.50 hrs. |
| 12/31/09 | A. DUFFY | Online review of documents produced in connection with ESOP Transaction (4.4). | 4.40 hrs. |
| 12/31/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          January 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   74
```

**Total Fees for Professional Services..............$1,211,986.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 5.60 | 4788.00 |
| H. SEIFE | 965.00 | 78.00 | 75270.00 |
| N. T. ZINK | 795.00 | 106.70 | 84826.50 |
| R. A. SCHWINGER | 785.00 | 41.60 | 32656.00 |
| T. J. MCCORMACK | 825.00 | 86.80 | 71610.00 |
| M. D. ASHLEY | 645.00 | 130.90 | 84430.50 |
| D. E. DEUTSCH | 695.00 | 26.20 | 18209.00 |
| E. GRIMALDI | 475.00 | 29.10 | 13822.50 |
| E. M. MILLER | 595.00 | 68.60 | 40817.00 |
| E. PRZYBYLKO | 625.00 | 25.10 | 15687.50 |
| F. E. CREAZZO | 595.00 | 1.50 | 892.50 |
| F. MALIK | 405.00 | 104.80 | 42444.00 |
| F. VAZQUEZ | 625.00 | 73.30 | 45812.50 |
| K. LEVENBERG | 595.00 | 26.50 | 15767.50 |
| K. A. GIULIANO | 595.00 | .30 | 178.50 |
| L. ARYANI | 405.00 | 28.00 | 11340.00 |
| T. P. CASTELL | 595.00 | 12.80 | 7616.00 |
| D. BAVA | 270.00 | 4.90 | 1323.00 |
| J. LOPEZ | 215.00 | 34.40 | 7396.00 |
| M. IACOPELLI | 240.00 | 37.40 | 8976.00 |
| W. BAKARE | 230.00 | 5.50 | 1265.00 |
| A. K. NELLOS | 595.00 | 183.70 | 109301.50 |
| C. L. RIVERA | 625.00 | 37.50 | 23437.50 |
| E. DAUCHER | 355.00 | 70.90 | 25169.50 |
| J. P. NARVAEZ | 475.00 | 12.50 | 5937.50 |
| L. ROWNTREE | 355.00 | 23.90 | 8484.50 |
| M. S. TOWERS | 475.00 | 19.30 | 9167.50 |
| P. TANCK | 595.00 | 128.00 | 76160.00 |
| R. M. KIRBY | 475.00 | 11.90 | 5652.50 |
| T. I. CANKOREL | 515.00 | 23.10 | 11896.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2010
Invoice ******
Page    75

| T. L. STEVENSON | | 595.00 | 157.50 | 93712.50 |
|---|---|---|---|---|
| A. DUFFY | | 405.00 | 73.60 | 29808.00 |
| A. KRONSTADT | | 405.00 | 38.20 | 15471.00 |
| B. DYE | | 405.00 | 70.80 | 28674.00 |
| E. WEISSMAN | | 250.00 | 6.70 | 1675.00 |
| F. PERKINS | | 405.00 | 107.50 | 43537.50 |
| H. LAMB | | 270.00 | 1.00 | 270.00 |
| I SAFIER | | 405.00 | 90.20 | 36531.00 |
| J. NOBLE | | 405.00 | 57.00 | 23085.00 |
| K. ZAFRAN | | 405.00 | 54.10 | 21910.50 |
| L. F. MOLONEY | | 305.00 | 27.40 | 8357.00 |
| M. ROITMAN | | 355.00 | 87.90 | 31204.50 |
| Y. YOO | | 405.00 | 43.00 | 17415.00 |
| | TOTALS | | 2253.70 | 1211986.00 |