UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* : | Chapter 11 |
| : |  |
| TRIBUNE COMPANY, *et al.*, : | Case Number 08-13141 (KJC) |
| Debtors. : | (Jointly Administered) |
| : |  |

Hearing Date: January 27, 2010 at 10:00 A.M.

### STATEMENT OF THE UNITED STATES TRUSTEE
### REGARDING THE 2009 MANAGEMENT INCENTIVE PLAN
### (RELATED TO DOCKET ENTRY # 3159)

1. The U.S. Trustee previously participated at the September 24, 2009 hearing on the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "Motion") and, at the close of the evidence, joined with the Washington-Baltimore Newspaper Guild in objecting to the relief sought.

2. As noted in the Debtors' January 20, 2010 certification of counsel ("COC") regarding the Motion, the U.S. Trustee was contacted by counsel for the Debtors and asked whether the U.S. Trustee would object to the Debtors' filing of a certification indicating that they were prepared to accept a separate ruling on the Motion with respect to the Management Incentive Plan for 2009 (the "2009 MIP"), notwithstanding the Debtors' previous representations to this Court that addressing the three proposed 2009 bonus plans separately would be imprudent. The U.S. Trustee did not take a position with respect to the filing of the COC.

3. This Court's January 21, 2010 order indicates that the Court may address the relief requested in the 2009 MIP at tomorrow's omnibus hearing. The U.S. Trustee's position with respect to the 2009 MIP as stated on the record at the September 24 hearing has not changed, and

the U.S. Trustee continues to object to all three 2009 bonus plans described in the Motion.

        Respectfully submitted,

        **ROBERTA A. DeANGELIS**
        **ACTING UNITED STATES TRUSTEE**


**BY:**  /s/ Joseph J. McMahon, Jr.
        Joseph J. McMahon, Jr., Esquire (# 4819)
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Room 2207, Lockbox 35
        Wilmington, DE  19801
        (302) 573-6491
        (302) 573-6497 (Fax)

Date:  January 26, 2010