**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |

------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on January 25, 2010, true and correct copies of *Law Debenture Trust Company of New York's Request for Admissions by the Debtors* was served upon the following counsel via electronic mail:

James W. Ducayet, Esq.
jducayet@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Dated: January 26, 2010     Respectfully submitted,
Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900
(302) 429-8600 (fax)
gmcdaniel@bglawde.com

*Co-Counsel for Law Debenture Trust Company
 of New York*