# **CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on January 26, 2010, copies of the foregoing

*Notice of Service* were served upon the following via first class mail:

| | |
|---|---|
| James W. Ducayet, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603 | Howard Seife, Esquire<br>David M. Lemay, Esquire<br>Douglas E. Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza |
| Bryan Krakauer, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(Counsel to Debtors) | New York, NY 10112<br>(Counsel for Creditors' Committee)<br><br>Adam G. Landis, Esquire<br>Matthew B McGuire, Esquire<br>Mona Parikh, Esquire |
| Norman Pernick, Esq.<br>J. Kate Stickles , Esq.<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(Counsel to Debtors) | Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee)<br><br>Office Of The United States Trustee<br>Joseph J. McMahon, Jr., Esq.<br>United States Dept. Of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

/s/ Garvan F. McDaniel
Garvan F. McDaniel