**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,** | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |

------------------------------------------------------x

## <u>NOTICE OF SERVICE</u>

Upon information and belief, the undersigned hereby states that on January 25, 2010, true and correct copies of *Law Debenture Trust Company of New York's Request for Admissions by JPMorgan Chase Bank, N.A.* was served upon the following counsel via electronic mail:

Michael J. Russano, Esq.
michael.russano@davispolk.com
Michael E. MCGovern, Esq.
michael.mcgovern@davispolk.com
Andrew D. Schlichter, Esquire
andrew.schlichter@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Dated: January 26, 2010          Respectfully submitted,
      Wilmington, Delaware

<u>/s/ Garvan F. McDaniel</u>
Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900
(302) 429-8600 (fax)
gmcdaniel@bglawde.com

*Co-Counsel for Law Debenture Trust Company*
* of New York*