**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on January 26, 2010, copies of the foregoing

*Notice of Service* were served upon the following via first class mail:

| | |
|---|---|
| Michael J. Russano, Esq. | Howard Seife, Esquire |
| Michael E. MCGovern, Esq. | David M. Lemay, Esquire |
| Andrew D. Schlichter, Esquire | Douglas E. Deutsch |
| Davis Polk & Wardwell LLP | Chadbourne & Parke LLP |
| 450 Lexington Avenue | 30 Rockefeller Plaza |
| New York, NY 10017 | New York, NY 10112 |
| | (Counsel for Creditors' Committee) |
| Bryan Krakauer, Esq. | |
| Sidley Austin LLP | Adam G. Landis, Esquire |
| One South Dearborn | Matthew B McGuire, Esquire |
| Chicago, IL 60603 | Mona Parikh, Esquire |
| (Counsel to Debtors) | Landis Rath & Cobb LLP |
| | 919 Market Street, Suite 1800 |
| Norman Pernick, Esq. | Wilmington, DE 19801 |
| J. Kate Stickles , Esq. | (Counsel to Creditors' Committee) |
| Cole, Schotz, Meisel, Forman & Leonard | |
| 500 Delaware Avenue, Suite 1410 | Office Of The United States Trustee |
| Wilmington, DE 19801 | Joseph J. McMahon, Jr., Esq. |
| (Counsel to Debtors) | United States Dept. Of Justice |
| | 844 King Street, Suite 2207 |
| | Lockbox #35 |
| | Wilmington, DE 19899-0035 |

/s/ Garvan F. McDaniel
Garvan F. McDaniel