# EXHIBIT A

**STUART MAUE**
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | KCT | 0.10 | Review and analyze fee entries related to travel. | 27.50 |
| | | 0.50 | Review and analyze fee entries related to blocked billing. | 137.50 |
| | | 0.10 | Review and analyze fee entries related to timekeepers who billed less than 10.0 hours. | 27.50 |
| | | 0.10 | Review and analyze fee entries related to conferences sorted by matter. | 27.50 |
| | | 1.00 | Review and analyze fee entries related to multiple attendance. | 275.00 |
| | | 0.10 | Review and analyze fee entries related to potential double billing and days billed in excess of 16.00 hours. | 27.50 |
| 12/04/2009 | KCT | 0.30 | Begin to review and analyze all uncategorized fee entries. | 82.50 |
| | | 1.80 | Review and analyze fee entries related to vague conferences including additional potential multiple attendance. | 495.00 |
| | | 0.10 | Review and analyze fee entries related to potential legal research. | 27.50 |
| | | 0.20 | Continue to review and analyze all uncategorized fee entries. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to administrative activity. | 27.50 |
| | | 0.30 | Continue to review and analyze fee entries related to firm and potential nonfirm retention and compensation. | 82.50 |
| | | 0.30 | Review and analyze fee entries related to firm's retention and compensation. | 82.50 |
| | | 0.80 | Review and analyze fee entries related to nonworking travel with particular attention to travel billed at half rate. | 220.00 |
| | | 0.40 | Review and analyze fee entries related to travel and multiple attendance. | 110.00 |
| | | 0.50 | Review and analyze fee entries related to travel and multiple attendance. | 137.50 |
| 12/07/2009 | KCT | 0.30 | Continue to review and analyze uncategorized fee entries. | 82.50 |
| 12/08/2009 | JJS | 0.30 | Revise fee entries to proportionalize block billed time. | 82.50 |
| 12/08/2009 | KCT | 0.40 | Verification of fee entries categorized as nonfirm multiple attendance. | 110.00 |
| | | 1.90 | Continue to review and analyze all uncategorized fee entries. | 522.50 |
| | | **9.60** | | **$2,640.00** |

STUART MAULE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Jeffrey J. Struif | JJS | 275.00 | x | 0.30 | = | $82.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 9.30 | = | $2,557.50 |
| **Total for Legal Auditors:** | | | | **9.60** | | **$2,640.00** |
| **Total Hours Worked:** | | | | **9.60** | | |
| **Total Hours Billed:** | | | | **9.60** | | **$2,640.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025496**
**Matter Number: 1025496**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/28/2009 | DB | 1.30 | Revised preliminary report. | 357.50 |
| | | 3.00 | Review and verification of coding of over $1.5 million in fees. | 825.00 |
| | | **4.30** | | **$1,182.50** |

STUART/MAUL
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025496**
**Matter Number: 1025496**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 4.30 = | $1,182.50 |
| | | **Total for Legal Auditors:** | **4.30** | **$1,182.50** |
| | | **Total Hours Worked:** | **4.30** | |
| | | **Total Hours Billed:** | **4.30** | **$1,182.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1024409**
**Matter Number: 1024409**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/08/2009 | JLD | 1.80 | Review fee applications, exhibits, and reports to prepare for conference with D. Deutsch. | 585.00 |
| | | **1.80** | | **$585.00** |

STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1024409**
**Matter Number: 1024409**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 12/31/2009** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 1.80 = | $585.00 |
| | | **Total for Legal Auditors:** | **1.80** | **$585.00** |
| | | **Total Hours Worked** | **1.80** | |
| | | **Total Hours Billed:** | **1.80** | **$585.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/08/2009 | JLD | 0.80 | Telephone conference with D. Deutsch re fee and expense issues for 1st and 2nd fee applications. | 260.00 |
| | | **0.80** | | **$260.00** |

*STUART MAULE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 01/25/2010
Invoice Number: R745 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John L. Decker | JLD | 325.00 | x | 0.80 | = | $260.00 |
| **Total for Legal Auditors:** | | | | **0.80** | | **$260.00** |
| **Total Hours Worked:** | | | | **0.80** | | |
| **Total Hours Billed:** | | | | **0.80** | | **$260.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | JEP | 4.30 | Review of billing entries and the identification and classification of task descriptions referencing multiple attendance at nonfirm conferences and events. | 1,182.50 |
| | | 2.60 | Continued the review of billing entries and the identification and classification of task descriptions referencing questioned multiple attendance at nonfirm conferences and events. | 715.00 |
| | | 0.20 | Continued the review of billing entries and the identification of task descriptions referencing travel activities and nonworking travel activities. | 55.00 |
| | | 1.20 | Continued the review of billing entries and began the identification of task descriptions referencing legal research activities. | 330.00 |
| 12/02/2009 | JEP | 2.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing clerical activities. | 742.50 |
| | | 1.60 | Continued the review of billing entries and the identification of task descriptions billed in half-hour and full-hour time increments. | 440.00 |
| | | 1.20 | Continued the review of billing entries and the classification of task descriptions referencing vaguely described conferences. | 330.00 |
| | | 0.20 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to conflicts checks. | 55.00 |
| | | 1.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the retention/compensation of Chadbourne & Parke and other case professionals. | 467.50 |
| | | 0.50 | Continued the review of billing entries and began the identification and classification of other vaguely described tasks. | 137.50 |
| | | 0.70 | Continued the review of billing entries and the classification of task descriptions referencing activities relating to cite checking. | 192.50 |
| 12/03/2009 | JEP | 6.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing other vaguely described tasks. | 1,705.00 |
| | | 1.30 | Continued the review of billing entries and the further identification and classification of task descriptions referencing clerical activities. | 357.50 |
| | | 0.90 | Continued the review of billing entries and the classification of task descriptions referencing administrative activities. | 247.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/04/2009 | JEP | 2.70 | Continued the review of billing entries and began the classification of block-billed task descriptions. | 742.50 |
| | | 0.40 | Began drafting the list of bankruptcy categories reviewed. | 110.00 |
| | | 2.80 | Continued the review of billing entries and the further identification of task descriptions referencing other vaguely described tasks. | 770.00 |
| | | 2.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the review of documents produced in response to document requests. | 632.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing travel activities relating to multiple attendance at nonfirm conferences or events. | 110.00 |
| | | 0.30 | Continued the review of billing entries and reviewed all task descriptions relating to travel activities to determine if same were billed at the timekeepers' regular hourly rates. | 82.50 |
| 12/07/2009 | JEP | 3.30 | Began drafting preliminary report regarding firm's third interim fee application. | 907.50 |
| | | 2.20 | Continued drafting and preparation of listing of bankruptcy categories reviewed. | 605.00 |
| | | 0.30 | Continued the review of billing entries and the further identification and classification task descriptions referencing legal research activities. | 82.50 |
| | | 1.40 | Continued the review of billing entries and the further identification of transient timekeepers. | 385.00 |
| | | 2.20 | Continued the review of billing entries and the further classification of block-billed tasks. | 605.00 |
| 12/07/2009 | JJS | 1.90 | Revise fee entries to proportionalize block billed time. | 522.50 |
| 12/09/2009 | JEP | 5.20 | Continued drafting and preparation of preliminary report regarding firm's third fee application and accompanying fee exhibits. | 1,430.00 |
| | | 1.40 | Drafted listing of fee and expense exhibits to accompany draft preliminary report. | 385.00 |
| | | 1.70 | Continued drafting listing of bankruptcy categories reviewed. | 467.50 |
| | | **53.80** | | **$14,795.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 12/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 51.90 = | $14,272.50 |
| Jeffrey J. Struif | JJS | 275.00 x | 1.90 = | $522.50 |
| **Total for Legal Auditors:** | | | **53.80** | **$14,795.00** |
| **Total Hours Worked:** | | | **53.80** | |
| **Total Hours Billed:** | | | **53.80** | **$14,795.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025500**
**Matter Number: 1025500**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | JJS | 0.50 | Revise fee entries to proportionalize block billed time. | 137.50 |
| 12/01/2009 | LS | 2.30 | Completion of clerical tasks analysis. | 632.50 |
| | | 2.50 | Drafted and reviewed preliminary report. | 687.50 |
| | | **5.30** | | **$1,457.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 01/25/2010
Invoice Number: R745 - 1025500
Matter Number: 1025500
Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Lisa Savoy | LS | 275.00 | x | 4.80 | = | $1,320.00 |
| Jeffrey J. Struif | JJS | 275.00 | x | 0.50 | = | $137.50 |
| | | **Total for Legal Auditors:** | | **5.30** | | **$1,457.50** |
| | | **Total Hours Worked:** | | **5.30** | | |
| | | **Total Hours Billed:** | | **5.30** | | **$1,457.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025501**
**Matter Number: 1025501**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | PSS | 0.30 | Review preliminary report and exhibits to verify amounts and calculations. | 82.50 |
| 12/02/2009 | PSS | 0.20 | Final review of preliminary report and verification of figures and calculations. | 55.00 |
| | | **0.50** | | **$137.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025501**
**Matter Number: 1025501**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| | | **Total for Legal Auditors:** | | **0.50** | | **$137.50** |
| | | **Total Hours Worked:** | | **0.50** | | |
| | | **Total Hours Billed:** | | **0.50** | | **$137.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025835**
**Matter Number: 1025835**
**Firm: Deloitte & Touche LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/04/2009 | LAS | 0.30 | Reviewed and classified entries for firm's retention. | 82.50 |
| | | 0.20 | Reviewed entries and classified administrative activities. | 55.00 |
| | | 0.30 | Reviewed entries for vague task descriptions. | 82.50 |
| | | 0.50 | Reviewed conferences with nonfirm personnel multiple attendance and classified questioned timekeepers. | 137.50 |
| | | 0.20 | Reviewed and classified clerical entries. | 55.00 |
| | | 0.10 | Reviewed entries for legal research. | 27.50 |
| | | 0.10 | Reviewed retention order and entries and confirmed no pretention billing entries. | 27.50 |
| 12/11/2009 | JJS | 0.30 | Revise fee entries to proportionalize block billed activities. | 82.50 |
| 12/11/2009 | LAS | 0.30 | Reviewed entries that need to be proportionalized because they were block billed by the firm. | 82.50 |
| | | 0.20 | Reviewed entries greater than an hour and classified entries that the firm block billed. | 55.00 |
| | | **2.50** | | **$687.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025835**
**Matter Number: 1025835**
**Firm: Deloitte & Touche LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 12/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Laura A. Storck-Elam | LAS | 275.00 x | 2.20 = | $605.00 |
| Jeffrey J. Struif | JJS | 275.00 x | 0.30 = | $82.50 |
| **Total for Legal Auditors:** | | | **2.50** | **$687.50** |
| **Total Hours Worked:** | | | **2.50** | |
| **Total Hours Billed:** | | | **2.50** | **$687.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1026715**
**Matter Number: 1026715**
**Firm: Deloitte & Touche LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/08/2009 | JJS | 3.80 | Balance fees and expenses for Second Monthly Fee Application. | 1,045.00 |
| 12/09/2009 | JEP | 2.40 | Began the review of billing entries for the identification and classification of task descriptions referencing conferences, nonfirm conferences, intraoffice conferences, multiple attendance, and clerical and travel activities. | 660.00 |
| 12/09/2009 | PSS | 1.20 | Review reconciliation of fees and verify accuracy of schedules. | 330.00 |
| 12/10/2009 | JEP | 2.30 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance, block-billed entries, administrative and clerical activities. | 632.50 |
| | | 3.90 | Drafted preliminary report regarding firm's second monthly fee application, accompanying list of exhibits, and listing of bankruptcy categories reviewed. | 1,072.50 |
| 12/10/2009 | JJS | 0.50 | Revise fee entries to proportionalize block billed time. | 137.50 |
| 12/21/2009 | DB | 0.40 | Review and verification of fee analysis. | 110.00 |
| | | 0.50 | Drafting preliminary report. | 137.50 |
| 12/21/2009 | PSS | 0.20 | Prepare exhibits to accompany the preliminary report. | 55.00 |
| 12/22/2009 | DB | 0.20 | Review and verification of exhibits for draft report. | 55.00 |
| | | **15.40** | | **$4,235.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1026715**
**Matter Number: 1026715**
**Firm: Deloitte & Touche LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 1.10 | = | $302.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 8.60 | = | $2,365.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| Jeffrey J. Struif | JJS | 275.00 | x | 4.30 | = | $1,182.50 |
| **Total for Legal Auditors:** | | | | **15.40** | | **$4,235.00** |
| **Total Hours Worked:** | | | | **15.40** | | |
| **Total Hours Billed:** | | | | **15.40** | | **$4,235.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025575**
**Matter Number: 1025575**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/03/2009 | WD | 0.10 | Discussion with JLD regarding firm's response to the preliminary report. | 32.50 |
| | | 0.30 | Revise and edit final report in light of firm's response to preliminary report. | 97.50 |
| 12/04/2009 | PSS | 0.30 | Review final report and exhibits to verify figures and calculations. | 82.50 |
| 12/04/2009 | WD | 0.20 | Edit final report. | 65.00 |
| 12/07/2009 | PSS | 1.30 | Continue to review final report and exhibits to verify amounts and calculations. | 357.50 |
| 12/07/2009 | WD | 0.20 | Revise expenses section and complete final report. | 65.00 |
| | | **2.40** | | **$700.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025575**
**Matter Number: 1025575**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.80 | = | $260.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| **Total for Legal Auditors:** | | | | **2.40** | | **$700.00** |
| **Total Hours Worked:** | | | | **2.40** | | |
| **Total Hours Billed:** | | | | **2.40** | | **$700.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/08/2009 | PSS | 0.50 | Review expenses requested in application and draft expense section of report. | 137.50 |
| | | 1.90 | Review reconciliation of fees and verify accuracy of schedules. | 522.50 |
| 12/09/2009 | JLD | 2.90 | Begin review of fee entries and classify billing issues. | 942.50 |
| 12/09/2009 | PSS | 1.60 | Continue to review expenses requested in application and draft expense section of report. | 440.00 |
| 12/10/2009 | JJS | 0.70 | Revise fee entries to proportionalize block billed time. | 192.50 |
| 12/10/2009 | JLD | 2.30 | Review fee entries and identify questionable activities. | 747.50 |
| | | 1.30 | Draft and edit preliminary report and exhibit table. | 422.50 |
| 12/21/2009 | DB | 0.50 | Review and verification of fee analysis. | 137.50 |
| | | 0.30 | Drafting preliminary report. | 82.50 |
| | | 0.20 | Review case file and retention documents. | 55.00 |
| 12/21/2009 | PSS | 0.20 | Prepare exhibits to accompany the preliminary report. | 55.00 |
| 12/22/2009 | DB | 0.30 | Review and verification of exhibits for draft report. | 82.50 |
| | | **12.70** | | **$3,817.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 1.30 | = | $357.50 |
| John L. Decker | JLD | 325.00 | x | 6.50 | = | $2,112.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 4.20 | = | $1,155.00 |
| Jeffrey J. Struif | JJS | 275.00 | x | 0.70 | = | $192.50 |
| **Total for Legal Auditors:** | | | | **12.70** | | **$3,817.50** |
| **Total Hours Worked:** | | | | **12.70** | | |
| **Total Hours Billed:** | | | | **12.70** | | **$3,817.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025503**
**Matter Number: 1025503**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/08/2009 | DB | 0.50 | Revised preliminary report. | 137.50 |
| 12/15/2009 | WD | 0.30 | Revise and edit preliminary report. | 97.50 |
| | | 0.10 | Discussion with DDB regarding redacted time entries. | 32.50 |
| | | **0.90** | | **$267.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025503**
**Matter Number: 1025503**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 0.50 | = | $137.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| **Total for Legal Auditors:** | | | | **0.90** | | **$267.50** |
| **Total Hours Worked:** | | | | **0.90** | | |
| **Total Hours Billed:** | | | | **0.90** | | **$267.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025295**
**Matter Number: 1025295**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | WD | 0.10 | Review firm's response to preliminary report. | 32.50 |
| | | 0.40 | Draft and revise final report. | 130.00 |
| 12/03/2009 | PSS | 0.70 | Review final report and exhibits to verify amounts and calculations. | 192.50 |
| | | **1.20** | | **$355.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025295**
**Matter Number: 1025295**
**Firm: Jones Day**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| **Total for Legal Auditors:** | | | | **1.20** | | **$355.00** |
| **Total Hours Worked:** | | | | **1.20** | | |
| **Total Hours Billed:** | | | | **1.20** | | **$355.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025504**
**Matter Number: 1025504**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/02/2009 | PSS | 0.90 | Review preliminary report and exhibits to verify amounts and calculations. | 247.50 |
| | | **0.90** | | **$247.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 01/25/2010
Invoice Number: R745 - 1025504
Matter Number: 1025504
Firm: Jones Day

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
|---|---|---|---|---|
| | **Total for Legal Auditors:** | | **0.90** | **$247.50** |
| | **Total Hours Worked** | | **0.90** | |
| | **Total Hours Billed:** | | **0.90** | **$247.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025505**
**Matter Number: 1025505**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/28/2009 | DB | 2.20 | Review fee analysis and revisions to same. | 605.00 |
| | | 1.50 | Drafted preliminary report. | 412.50 |
| | | **3.70** | | **$1,017.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025505**
**Matter Number: 1025505**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 3.70 | = | $1,017.50 |
| | | **Total for Legal Auditors:** | | **3.70** | | **$1,017.50** |
| | | **Total Hours Worked:** | | **3.70** | | |
| | | **Total Hours Billed:** | | **3.70** | | **$1,017.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025356**
**Matter Number: 1025356**
**Firm: Lazard Freres & Co. LLC**

| Activity<br>Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/02/2009 | WD | 1.80 | Analysis and verification of fees and expenses to be addressed in preliminary report. | 585.00 |
| | | 0.90 | Draft and edit preliminary report. | 292.50 |
| 12/03/2009 | PSS | 1.50 | Review preliminary report and exhibits to verify amounts and calculations. | 412.50 |
| | | **4.20** | | **$1,290.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025356**
**Matter Number: 1025356**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 2.70 | = | $877.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.50 | = | $412.50 |
| | | **Total for Legal Auditors:** | | **4.20** | | **$1,290.00** |
| | | **Total Hours Worked:** | | **4.20** | | |
| | | **Total Hours Billed:** | | **4.20** | | **$1,290.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025506**
**Matter Number: 1025506**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/15/2009 | PSS | 1.60 | Reconcile fees in database to fees requested in interim application. | 440.00 |
| 12/16/2009 | JLD | 1.10 | Review fees and classify billing issues. | 357.50 |
| | | 1.40 | Draft and edit report and exhibit table. | 455.00 |
| 12/16/2009 | PSS | 0.40 | Continue to reconcile fees in database to fees requested in interim application. | 110.00 |
| | | 1.90 | Review expenses requested in application and draft expense section of report. | 522.50 |
| | | **6.40** | | **$1,885.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025506**
**Matter Number: 1025506**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John L. Decker | JLD | 325.00 | x | 2.50 | = | $812.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.90 | = | $1,072.50 |
| **Total for Legal Auditors:** | | | | **6.40** | | **$1,885.00** |
| **Total Hours Worked:** | | | | **6.40** | | |
| **Total Hours Billed:** | | | | **6.40** | | **$1,885.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 01/25/2010
Invoice Number: R745 - 1025508
Matter Number: 1025508
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/02/2009 | JJS | 6.60 | Balancing fees and expenses for Third Interim Fee Application. | 1,815.00 |
| 12/03/2009 | JJS | 1.60 | Create discrepancy report for Third Interim Fee Application. | 440.00 |
| 12/17/2009 | JEP | 3.80 | Began the review of billing entries and the identification and classification of task descriptions referencing conferences, intraoffice conferences, nonfirm conferences, vaguely described conferences, and multiple attendance at intraoffice conferences. | 1,045.00 |
| 12/17/2009 | PSS | 2.70 | Review reconciliation of fees and verify accuracy of schedules. | 742.50 |
| | | 0.90 | Review expenses requested in application and draft expense section of report. | 247.50 |
| 12/18/2009 | JEP | 1.10 | Continued the review of billing entries and the classification of task descriptions referencing activities related to the firm's retention/compensation. | 302.50 |
| | | 0.70 | Drafted listing of bankruptcy categories reviewed. | 192.50 |
| | | 0.80 | Continued the review of billing entries and the identification of transient billers. | 220.00 |
| | | 0.40 | Continued the review of billing entries for the identification of potentially long billing and double-billed tasks. | 110.00 |
| | | 0.30 | Continued the review of billing entries and the classification of tasks billed in full-hour and half-hour time increments. | 82.50 |
| | | 2.20 | Continued the review of billing entries and the identification of vaguely described conferences and other vaguely described tasks. | 605.00 |
| | | 1.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing administrative and clerical activities. | 357.50 |
| | | 1.20 | Continued the review of billing entries and the identification of task descriptions referencing questioned multiple attendance at nonfirm conferences. | 330.00 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of task descriptions referencing legal research activities. | 220.00 |
| 12/18/2009 | JJS | 0.10 | Revise fee entries to proportionalize block billed time. | 27.50 |
| 12/21/2009 | JEP | 1.10 | Continued the review of billing entries and classification of block-billed task descriptions. | 302.50 |
| | | 0.90 | Continued the review of billing entries and the further identification and classification of billing entries referencing intraoffice and nonfirm conferences. | 247.50 |
| | | 1.80 | Continued the review of billing entries and the identification and classification of billing entries referencing legal research activities, clerical activities, and administrative activities. | 495.00 |
| | | 3.80 | Began drafting preliminary report regarding firm's third quarterly fee application and accompanying list of fee exhibits. | 1,045.00 |
| | | 0.70 | Continued drafting of listing of bankruptcy categories reviewed. | 192.50 |
| 12/30/2009 | JEP | 1.10 | Continued drafting report regarding firm's third interim application and accompanying list of exhibits and listing of categories reviewed. | 302.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025508**
**Matter Number: 1025508**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| | | | | |

**For Professional Services through 12/31/2009**

| | | 33.90 | | $9,322.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025508**
**Matter Number: 1025508**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 12/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 22.00 = | $6,050.00 |
| Pamela S. Snyder | PSS | 275.00 x | 3.60 = | $990.00 |
| Jeffrey J. Struif | JJS | 275.00 x | 8.30 = | $2,282.50 |
| **Total for Legal Auditors:** | | | **33.90** | **$9,322.50** |
| **Total Hours Worked:** | | | **33.90** | |
| **Total Hours Billed:** | | | **33.90** | **$9,322.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1024898**
**Matter Number: 1024898**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | PSS | 0.40 | Review preliminary report and exhibits to verify figures and calculations. | 110.00 |
| 12/02/2009 | PSS | 0.40 | Final review of preliminary report and verification of amounts and calculations. | 110.00 |
| | | **0.80** | | **$220.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1024898**
**Matter Number: 1024898**
**Firm: Moelis & Company LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.80 | = | $220.00 |
| | | **Total for Legal Auditors:** | | **0.80** | | **$220.00** |
| | | **Total Hours Worked** | | **0.80** | | |
| | | **Total Hours Billed:** | | **0.80** | | **$220.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025510**
**Matter Number: 1025510**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/11/2009 | PSS | 1.10 | Reconcile fees in database to fees requested in interim application. | 302.50 |
| | | 1.20 | Review expenses requested in application and draft expense section of report. | 330.00 |
| 12/14/2009 | JEP | 4.60 | Began the review of billing entries and the identification and classification of task descriptions referencing nonfirm and intraoffice conferences, vague task descriptions, double billed entries, attendance at events, and long billing days. | 1,265.00 |
| | | 3.40 | Began drafting preliminary report regarding firm's third interim fee application, accompanying list of fee and expense exhibits, and listing of bankruptcy categories reviewed. | 935.00 |
| 12/15/2009 | JEP | 2.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing intraoffice conferences, nonfirm conferences, vaguely described conferences and multiple attendance. | 605.00 |
| | | 3.30 | Continued drafting of preliminary report regarding firm's third fee application, accompanying list of exhibits, and listing of bankruptcy categories reviewed. | 907.50 |
| 12/29/2009 | DB | 2.70 | Revision to and verification of fee analysis. | 742.50 |
| | | 0.60 | Drafted preliminary report. | 165.00 |
| | | **19.10** | | **$5,252.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 01/25/2010
Invoice Number: R745 - 1025510
Matter Number: 1025510
Firm: Moelis & Company LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 3.30 | = | $907.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 13.50 | = | $3,712.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.30 | = | $632.50 |
| **Total for Legal Auditors:** | | | | **19.10** | | **$5,252.50** |
| **Total Hours Worked:** | | | | **19.10** | | |
| **Total Hours Billed:** | | | | **19.10** | | **$5,252.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025515**
**Matter Number: 1025515**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/21/2009 | WD | 0.30 | Revise and finalize preliminary report. | 97.50 |
| 12/23/2009 | PSS | 0.40 | Review preliminary report and exhibits to verify amounts and calculations. | 110.00 |
| | | **0.70** | | **$207.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025515**
**Matter Number: 1025515**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 12/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.40 | = | $110.00 |
| | | **Total for Legal Auditors:** | | **0.70** | | **$207.50** |
| | | **Total Hours Worked:** | | **0.70** | | |
| | | **Total Hours Billed:** | | **0.70** | | **$207.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025516**
**Matter Number: 1025516**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/21/2009 | WD | 0.20 | Revise and finalize preliminary report. | 65.00 |
| 12/23/2009 | PSS | 0.30 | Review preliminary report and exhibits to verify figures and calculations. | 82.50 |
| | | **0.50** | | **$147.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025516**
**Matter Number: 1025516**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.20 | = | $65.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.30 | = | $82.50 |
| **Total for Legal Auditors:** | | | | **0.50** | | **$147.50** |
| **Total Hours Worked:** | | | | **0.50** | | |
| **Total Hours Billed:** | | | | **0.50** | | **$147.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025511**
**Matter Number: 1025511**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/03/2009 | PSS | 0.10 | Prepare fee exhibit in Excel format as requested by law firm. | 27.50 |
| | | **0.10** | | **$27.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 01/25/2010
Invoice Number: R745 - 1025511
Matter Number: 1025511
Firm: Paul, Hastings, Janofsky & Walker LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.10 | = | $27.50 |
| | | Total for Legal Auditors: | | 0.10 | | $27.50 |
| | | Total Hours Worked: | | 0.10 | | |
| | | Total Hours Billed: | | 0.10 | | $27.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025513**
**Matter Number: 1025513**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/09/2009 | JJS | 5.60 | Balance fees and expenses for Third Interim Fee Application. | 1,540.00 |
| 12/11/2009 | JJS | 1.40 | Create discrepancy report for Third Interim Fee Application. | 385.00 |
| 12/15/2009 | JEP | 2.90 | Began the review of billing entries for the identification and classification of task descriptions referencing conferences, intraoffice conferences, nonfirm conferences, multiple attendance, travel activities, and long billing days. | 797.50 |
| 12/15/2009 | PSS | 1.80 | Review reconciliation of fees and verify accuracy of schedules. | 495.00 |
| | | 1.80 | Review expenses requested in application and draft expense section of report. | 495.00 |
| 12/16/2009 | JEP | 1.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing questioned multiple attendance, entries billed in half and full-hour increments, and retention/compensation activities. | 467.50 |
| | | 3.70 | Began drafting preliminary report regarding firm's third interim fee application. | 1,017.50 |
| | | 1.10 | Drafted listing of bankruptcy categories identified. | 302.50 |
| | | 2.30 | Continued the review of billing entries and the further identification of task descriptions referencing other vaguely described tasks, administrative and clerical activities. | 632.50 |
| 12/17/2009 | JEP | 4.60 | Continued drafting of preliminary report regarding firm's third interim fee application, list of accompanying fee exhibits, and listing of bankruptcy categories reviewed. | 1,265.00 |
| 12/17/2009 | JJS | 0.50 | Revise fee entries to proportionalize block billing time. | 137.50 |
| | | **27.40** | | **$7,535.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025513**
**Matter Number: 1025513**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 12/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 16.30 = | $4,482.50 |
| Pamela S. Snyder | PSS | 275.00 x | 3.60 = | $990.00 |
| Jeffrey J. Struif | JJS | 275.00 x | 7.50 = | $2,062.50 |
| | **Total for Legal Auditors:** | | **27.40** | **$7,535.00** |
| | **Total Hours Worked:** | | **27.40** | |
| | **Total Hours Billed:** | | **27.40** | **$7,535.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025115**
**Matter Number: 1025115**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | WD | 0.40 | Draft and edit final report. | 130.00 |
| | | 0.10 | Review firm's response to preliminary report. | 32.50 |
| 12/02/2009 | PSS | 1.00 | Review final report and exhibits to verify figures and calculations. | 275.00 |
| 12/03/2009 | PSS | 0.80 | Final review of final report and verification of amounts and calculations. | 220.00 |
| | | **2.30** | | **$657.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025115**
**Matter Number: 1025115**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.80 | = | $495.00 |
| **Total for Legal Auditors:** | | | | **2.30** | | **$657.50** |
| **Total Hours Worked:** | | | | **2.30** | | |
| **Total Hours Billed:** | | | | **2.30** | | **$657.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025514**
**Matter Number: 1025514**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/29/2009 | DB | 0.60 | Drafted preliminary report. | 165.00 |
| | | 0.90 | Revision to and verification of fee analysis. | 247.50 |
| | | **1.50** | | **$412.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025514**
**Matter Number: 1025514**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 12/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 1.50 | = | $412.50 |
| | | **Total for Legal Auditors:** | | **1.50** | | **$412.50** |
| | | **Total Hours Worked:** | | **1.50** | | |
| | | **Total Hours Billed:** | | **1.50** | | **$412.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1026696**
**Matter Number: 1026696**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | PSS | 0.20 | Review application. | 55.00 |
| 12/07/2009 | JJS | 2.80 | Balance fees and expenses for First Monthly Fee Application. | 770.00 |
| 12/08/2009 | JJS | 4.10 | Balance fees and expenses. | 1,127.50 |
| 12/10/2009 | PSS | 0.90 | Review expenses requested in application and draft expense section of report. | 247.50 |
| | | 1.30 | Review reconciliation of fees and verify accuracy of schedules. | 357.50 |
| 12/11/2009 | JEP | 1.30 | Drafted listing of bankruptcy categories identified. | 357.50 |
| | | 3.30 | Review of billing entries and identification and classification of task descriptions referencing conferences, nonfirm conferences, research activities, attendance at events, vague tasks, and tasks billed in large time increments. | 907.50 |
| | | 4.40 | Drafted preliminary report regarding firm's first monthly fee application and accompanying list of fee exhibits. | 1,210.00 |
| 12/11/2009 | JJS | 0.20 | Revise fee entries to proportionalize block billed time. | 55.00 |
| 12/11/2009 | PSS | 0.30 | Continue to review expenses requested in application and draft expense section of report. | 82.50 |
| 12/21/2009 | DB | 0.40 | Analyze and verify transient billers and other categories of questionable fees. | 110.00 |
| | | 0.30 | Review case file regarding ordinary course professional protocol. | 82.50 |
| | | 0.60 | Drafting preliminary report. | 165.00 |
| 12/21/2009 | PSS | 0.10 | Prepare exhibits to accompany the preliminary report. | 27.50 |
| 12/22/2009 | DB | 0.30 | Review and verification of exhibits for draft report. | 82.50 |
| | | **20.50** | | **$5,637.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 01/25/2010
Invoice Number: R745 - 1026696
Matter Number: 1026696
Firm: Seyfarth Shaw LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 12/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 1.60 = | $440.00 |
| Janet E. Papageorge | JEP | 275.00 x | 9.00 = | $2,475.00 |
| Pamela S. Snyder | PSS | 275.00 x | 2.80 = | $770.00 |
| Jeffrey J. Struif | JJS | 275.00 x | 7.10 = | $1,952.50 |
| | **Total for Legal Auditors:** | | **20.50** | **$5,637.50** |
| | **Total Hours Worked:** | | **20.50** | |
| | **Total Hours Billed:** | | **20.50** | **$5,637.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | JLD | 7.40 | Review fee entries and classify legal research, clerical, vague, travel, and intraoffice conference activities. | 2,405.00 |
| 12/02/2009 | JLD | 7.20 | Review fee entries and classify intraoffice conferences and conferences with non-firm personnel. | 2,340.00 |
| 12/03/2009 | JLD | 5.30 | Review fee entries and identify questionable activities. | 1,722.50 |
| | | 1.80 | Draft preliminary report and exhibit table. | 585.00 |
| 12/04/2009 | JLD | 1.80 | Review, edit, and complete draft of preliminary report and exhibit table. | 585.00 |
| | | **23.50** | | **$7,637.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 12/31/2009** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 23.50 = | $7,637.50 |
| | | **Total for Legal Auditors:** | **23.50** | **$7,637.50** |
| | | **Total Hours Worked:** | **23.50** | |
| | | **Total Hours Billed:** | **23.50** | **$7,637.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1026275**
**Matter Number: 1026275**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/29/2009 | PSS | 0.80 | Reconcile fees in database to hard copy of interim application. | 220.00 |
| 12/30/2009 | PSS | 3.40 | Continue to reconcile fees in database to hard copy of interim application. | 935.00 |
| | | **4.20** | | **$1,155.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1026275**
**Matter Number: 1026275**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 4.20 | = | $1,155.00 |
| | **Total for Legal Auditors:** | | | **4.20** | | **$1,155.00** |
| | **Total Hours Worked:** | | | **4.20** | | |
| | **Total Hours Billed:** | | | **4.20** | | **$1,155.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 12/31/2009** | | | | |
| 12/01/2009 | PSS | 1.10 | Review of applications received recently. | 302.50 |
| 12/01/2009 | WD | 0.90 | Draft and revise Stuart Maue's fee application. | 292.50 |
| 12/03/2009 | JLD | 0.60 | Prepare errata for October 27, 2009 affidavit. | 195.00 |
| 12/09/2009 | PSS | 0.30 | Analyze applications received recently. | 82.50 |
| 12/11/2009 | PSS | 0.30 | Verify amounts in proposed Omnibus order for First Interim period. | 82.50 |
| 12/11/2009 | WD | 0.10 | Telephone call with Kate Stickles regarding omnibus order. | 32.50 |
| | | 0.10 | Exchange of several e-mails with case professionals regarding figures in omnibus order. | 32.50 |
| 12/14/2009 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 12/21/2009 | PSS | 0.10 | Review of applications received recently. | 27.50 |
| 12/23/2009 | WD | 1.20 | Prepare eighth monthly fee application and verification of all figures therein. | 390.00 |
| 12/29/2009 | PSS | 0.20 | Analyze applications received recently. | 55.00 |
| | | **5.10** | | **$1,547.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 01/25/2010**
**Invoice Number: R745 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 12/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 2.30 | = | $747.50 |
| John L. Decker | JLD | 325.00 | x | 0.60 | = | $195.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.20 | = | $605.00 |
| **Total for Legal Auditors:** | | | | **5.10** | | **$1,547.50** |
| **Total Hours Worked:** | | | | **5.10** | | |
| **Total Hours Billed:** | | | | **5.10** | | **$1,547.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Summary For Professional Services through 12/31/2009** | | | | | |
| **Legal Auditors** | | | | | |
| Dave Brown | DB | 275.00 X | 17.30 = | | $4,757.50 |
| W. Andrew Dalton | WD | 325.00 X | 7.70 = | | $2,502.50 |
| John L. Decker | JLD | 325.00 X | 35.70 = | | $11,602.50 |
| Janet E. Papageorge | JEP | 275.00 X | 121.30 = | | $33,357.50 |
| Lisa Savoy | LS | 275.00 X | 4.80 = | | $1,320.00 |
| Pamela S. Snyder | PSS | 275.00 X | 36.80 = | | $10,120.00 |
| Laura A. Storck-Elam | LAS | 275.00 X | 2.20 = | | $605.00 |
| Jeffrey J. Struif | JJS | 275.00 X | 30.90 = | | $8,497.50 |
| Kathy C. Tahan | KCT | 275.00 X | 9.30 = | | $2,557.50 |
| | | **Total for Legal Auditors:** | **266.00** | | **$75,320.00** |
| | | **Total Hours Worked:** | **266.00** | | |
| | | **Total Hours Billed:** | **266.00** | | **$75,320.00** |