# EXHIBIT B

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.  
Invoice Date: 1/26/2010  
Invoice Number: R745 - Expenses

**TRIBUNE - DECEMBER 2009 EXPENSES**

PHOTOCOPIES:

    1,931 at $0.10/Page     $193.10

POSTAGE:

    Postage Paid     120.21

**TOTAL EXPENSES:**     **$313.31**