# EXHIBIT 1

## Tribune Tenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Newman, Mathis, Brady & Spedale<br>212 Veterans Boulevard<br>Metairie, LA 70005<br>Contact: Joseph Fick<br>Email: jfick@newmanmathis.com | Collection Matters | 20% contingency fee on amounts collected plus expenses |
| Heigle & Associates<br>131 Auline Drive, Suite 201<br>Metairie, LA 70001<br>504-832-0401<br>Contact: Kevin Heigle<br>Email: kheigle@aol.com | Real Estate Law | $5,000.00 |
| Uddo, Beatmann & Code LLC<br>3445 N. Causeway Boulevard<br>Suite 724<br>Metairie, LA 70002<br>Contact: Michael Code<br>Email: mcode@ubslaw.com | Collection Matters | 20% contingency fee on amounts collected plus expenses |