## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 3185** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 27, 2010 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## ADJOURNED MATTERS

1.    Motion of Simone and Victoria Conigliaro for Relief from Automatic Stay to Permit the Continuation of State Court Action (Filed November 25, 2009) (Docket No. 2649)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]    **Amendments appear in bold print.**

Objection Deadline:  January 20, 2010 at 4:00 p.m.  On consent of the parties, the
Objection Deadline is extended until 4:00 p.m. on February 11, 2010 for the Debtors.

Responses Received: None at this time.

Status:    The parties intend to negotiate a consensual resolution of the motion.  This
matter is adjourned to the February 18, 2010 hearing.  This matter will not
be going forward.

2.    Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy
Code (Filed February 20, 2009) (Docket No. 438)

Objection Deadline:  March 5, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on
June 18, 2009 for the Debtors.

Responses Received:

(a)    Debtors' Objection to the Motion of Allen Francisco for Relief from
Stay Under Section 362 of the Bankruptcy Code (Filed March 3,
2009) (Docket No. 465)

(b)    Joinder of the Official Committee of Unsecured Creditors in the
Debtors' Objection to the Motion of Allen Francisco for Relief from
Stay Under Section 362 of the Bankruptcy Code (Filed March 5,
2009) (Docket No. 475)

(c)    Certification of Counsel with Respect to Stipulation Modifying the
Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc.
and Allen Francisco to Proceed with a Pretrial Settlement
Conference with Respect to a Personal Injury Action Against
Chicago Tribune Newspapers, Inc. (Filed November 24, 2009)
(Docket No. 2627)

(d)    Order Approving Stipulation Modifying the Automatic Stay to
Permit Debtor Chicago Tribune Newspapers, Inc. and Allen
Francisco to Proceed with a Pretrial Settlement Conference with
Respect to a Personal Injury Action Against Chicago Tribune
Newspapers, Inc. (Entered November 25, 2009) (Docket No. 2652)

(e)    **Certification of Counsel with Respect to Stipulation Modifying the
Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc.
and Allen Francisco to Proceed with Certain Limited Discovery with
Respect to a Personal Injury Action Against Chicago Tribune
Newspapers, Inc. (Filed January 26, 2010) (Docket No. 3210)**

2

Status:        The Court previously approved a stipulation modifying the automatic stay for the sole and limited purpose of permitting the parties to proceed with a settlement conference. The settlement conference was not successful and the Debtors are proceeding with additional discovery. A Certification of Counsel, together with a Stipulation and proposed order modifying the automatic stay to permit certain limited discovery, was filed with the Court. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

3.      Debtors' Objection to Claim No. 5844 of Joanna Canzoneri McCormick Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed December 22, 2009) (Docket No. 2894)

Related Document(s):

(a)     Certification of No Objection Regarding Debtors' Objection to Claim No. 5844 of Joanna Canzoneri McCormick Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed January 22, 2010) (Docket No. 3173)

(b)     **Order Sustaining Debtors' Objection to Claim No. 5844 of Joanna Canzoneri McCormick Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Entered January 25, 2010) (Docket No. 3186)**

Objection Deadline: January 20, 2010 at 4:00 p.m.

Responses Received: None.

Status:        **The Court entered an Order sustaining the Objection. This matter will not be going forward.**

4.      Debtors' Twelfth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 22, 2009) (Docket No. 2897)

Related Document(s):

(a)     Certification of No Objection Regarding Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed January 22, 2010) (Docket No. 3169)

3

       (b)       **Order Sustaining Debtors' Twelfth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 25, 2010) (Docket No. 3187)**

Objection Deadline:  January 20, 2010 at 4:00 p.m.

Responses Received: None.

       **Status:**       **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

5.       Debtors' Thirteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 22, 2009) (Docket No. 2899)

       Related Document(s):

       (a)       Certification of No Objection Regarding Debtors' Thirteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed January 22, 2010) (Docket No. 3170)

       (b)       **Order Sustaining Debtors' Thirteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 25, 2010) (Docket No. 3188)**

Objection Deadline:  January 20, 2010 at 4:00 p.m.

Responses Received: None.

       **Status:**       **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

6.       Motion of the Debtors Pursuant to Bankruptcy Code Sections 105(a) and 363(b) and Bankruptcy Rule 9019 for an Order Authorizing the Compromise and Settlement of the Working Capital Account and Related Amounts with Hearst Danbury Holdings, LLC et al. (Filed January 6, 2010) (Docket No. 3024)

       Related Document(s):

       (a)       Certification of No Objection Regarding Motion of the Debtors Pursuant to Bankruptcy Code Sections 105(a) and 363(b) and Bankruptcy Rule 9019 for an Order Authorizing the Compromise and Settlement of the Working Capital Account and Related Amounts with Hearst Danbury Holdings, LLC et al. (Filed January 22, 2010) (Docket No. 3171)

    (b)    **Order Granting the Motion of the Debtors Pursuant to Bankruptcy Code Sections 105(a) and 363(b) and Bankruptcy Rule 9019 for an Order Authorizing the Compromise and Settlement of the Working Capital Account and Related Amounts with Hearst Danbury Holdings, LLC et al. (Entered January 25, 2010) (Docket No. 3189)**

Objection Deadline:  January 20, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**    **The Court entered an Order granting the Motion.  This matter will not be going forward.**

7.    Motion of Debtors for an Order Authorizing Tribune Company to Purchase Tail Coverage Respecting the Debtors' Existing Directors and Officers and Fiduciary Liability Insurance Policies Pursuant to Section 363(b) of the Bankruptcy Code (Filed January 6, 2010) (Docket No. 3025)

Related Document(s):

    (a)    Certification of No Objection Regarding Motion of Debtors for an Order Authorizing Tribune Company to Purchase Tail Coverage Respecting the Debtors' Existing Directors and Officers and Fiduciary Liability Insurance Policies Pursuant to Section 363(b) of the Bankruptcy Code (Filed January 22, 2010) (Docket No. 3175)

    (b)    **Order Authorizing Tribune Company to Purchase Tail Coverage Respecting the Debtors' Existing Directors and Officers and Fiduciary Liability Insurance Policies Pursuant to Section 363(b) of the Bankruptcy Code (Entered January 25, 2010) (Docket No. 3190)**

Objection Deadline:  January 20, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**    **The Court entered an Order granting the Motion.  This matter will not be going forward.**

46429/0001-6202903v2

8.    Motion for an Order Pursuant to 11 U.S.C. § 365 and Federal Rule of Bankruptcy
      Procedure 9019 Authorizing the Debtors to Assume Certain Syndicated Program
      Agreements with NBC Universal and to Compromise Claims (Filed January 6, 2010)
      (Docket No. 3026)

      Related Document(s):

            (a)    Certification of No Objection Regarding Motion for an Order Pursuant to
                   11 U.S.C. § 365 and Federal Rule of Bankruptcy Procedure 9019
                   Authorizing the Debtors to Assume Certain Syndicated Program
                   Agreements with NBC Universal and to Compromise Claims (Filed
                   January 22, 2010) (Docket No. 3172)

            (b)    **Order Authorizing the Debtors to Assume Certain Syndicated
                   Program Agreements with NBC Universal and Approving
                   Compromise of Claims (Entered January 25, 2010) (Docket No. 3191)**

      Objection Deadline:  January 20, 2010 at 4:00 p.m.

      Responses Received: None.

      **Status:**        **The Court entered an Order granting the Motion.  This matter will
                         not be going forward.**

9.    Application for an Order Authorizing Debtors to Employ and Retain Seyfarth Shaw LLP
      as Special Counsel for Certain Employment Litigation Matters Pursuant to 11 U.S.C.
      §§ 327(e) and 1107, *Nunc Pro Tunc* to December 1, 2009 (Filed January 8, 2010)
      (Docket No. 3046)

      Related Document(s):

            (a)    Certification of No Objection Regarding Application for an Order
                   Authorizing Debtors to Employ and Retain Seyfarth Shaw LLP as Special
                   Counsel for Certain Employment Litigation Matters Pursuant to 11 U.S.C.
                   §§ 327(e) and 1107, *Nunc Pro Tunc* to December 1, 2009 (Filed January
                   22, 2010) (Docket No. 3177)

            (b)    **Order Authorizing Debtors to Employ and Retain Seyfarth Shaw
                   LLP as Special Counsel for Certain Employment Litigation Matters
                   Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to
                   December 1, 2009 (Entered January 25, 2010) (Docket No. 3192)**

      Objection Deadline:  January 20, 2010 at 4:00 p.m.

      Responses Received: None.

46429/0001-6202903v2

**Status:**     **The Court entered an Order granting the Motion.  This matter will not be going forward.**

## CONTESTED MATTERS GOING FORWARD

10.    Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed July 22, 2009) (Docket No. 1800)

Related Document(s):

  (a)    Debtors' Reply to Objections to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed August 6, 2009) (Docket No. 1903)

  (b)    Reply of the Debtors to Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 18, 2009) (Docket No. 2151) [Filed Under Seal]

  (c)    Joint Pretrial Memorandum Regarding Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 18, 2009) (Docket No. 2156) [Filed Under Seal]

  (d)    Certification of Counsel Regarding Bifurcation of Ruling on 2009 Management Incentive Plan (Filed January 20, 2009) (Docket No. 3152)

  (e)    Order Regarding Bifurcation of Ruling on 2009 Management Incentive Plan (Entered January 21, 2010) (Docket No. 3159)

Objection Deadline:  January 26, 2010 at 12:00 p.m. (noon) (objections to approval of the 2009 annual MIP component of the 2009 Management Incentive Plan, as requested in the Debtors Certification of Counsel Regarding Bifurcation of Ruling on 2009 annual MIP only).

Responses Received:

  (a)    Letter from Chuck Philips (Filed August 4, 2009) (Docket No. 1886)

  (b)    Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the

Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 4, 2009) (Docket No. 1889)

(c)     Joinder of Newspaper Guild of New York, CWA Local 31003 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1890)

(d)     Joinder of Teamsters Local Union No. 355 and Teamsters Local Union No. 888 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for An Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1891)

(e)     The United States Trustee's (I) Response to the Debtors' Motion for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Awards to Certain Executives and (II) Objection to the Related Motion to Seal the Mercer Report (Docket Entry #s 1800, 1801) (Filed August 5, 2009) (Docket No. 1893)

(f)     Exhibit A to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 5, 2009) (Docket No. 1895)

46429/0001-6202903v2

(g)    International Brotherhood of Electrical Workers, Local 1212's Letter Objection to Motion to Implement and Pay Management Incentive Plan (Received August 4, 2009)

(h)    Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 11, 2009) (Docket No. 2110) [Filed Under Seal]

(i)    Appendix of Exhibits re: D.I. Nos. 2109 & 2110 (Filed September 11, 2009) (Docket No. 2111) [Filed Under Seal]

(j)    Notice of Service of Expert Report of Edward A. Phillips in Support of Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 11, 2009) (Docket No. 2112) [Filed Under Seal]

(k)    **Second Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed January 26, 2010) (Docket No. 3209)**

(l)    **Statement of the United States Trustee Regarding the 2009 Management Incentive Plan (Filed January 26, 2010) (Docket No. 3211)**

Status:    Pursuant to the Court's Order, entered January 21, 2010, this matter will be going forward as to the Debtors' request for approval of the 2009 annual MIP component of the 2009 Management Incentive Plan only.

11.    Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2559)

Related Document(s):

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2683)

     (b)      Order Sustaining Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3013)

Response Deadline: December 8, 2009 at 4:00 p.m.

Responses Received:

     (a)      Response by Howard W. Mylander to Debtors' Eighth Omnibus (Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2738)

Status:     The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. This matter will be going forward as to the claim of Howard W. Mylander only.

12.    Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2560)

Related Document(s):

     (a)      Notice of Submission of Proofs of Claim Regarding Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2684)

     (b)      Order Sustaining Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3012)

Response Deadline: December 8, 2009 at 4:00 p.m.

Responses Received:

     (a)      Response by Claudia Sanzeri to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims (Filed December 8, 2009) (Docket No. 2765)

**Status:**     **The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. This matter is adjourned as to the claim of Claudia Sanzeri. This matter will not be going forward.**

46429/0001-6202903v2

13.     Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

Related Document(s):

    (a)     Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

    (b)     Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

Response Deadline:  December 8, 2009 at 4:00 p.m.

Responses Received:

    (a)     Response by Karolyn M. Walker to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2739)

    (b)     Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (c)     Response by Chris Parker to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 7, 2009) (Docket No. 2750)

    (d)     Response by Marc Silver to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 7, 2009) (Docket No. 2751)

    (e)     Informal Response received from GE Capital Fleet Services

    (f)     Informal Response received from Personal Plus, Inc.

    (g)     Withdrawal of Claim filed by Marc Silver (Filed December 29, 2009) (Docket No. 2957)

46429/0001-6202903v2

**Status:**    **The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker. Claim No. 2998 of Marc Silver was withdrawn. This matter is adjourned as to GE Capital Fleet Services, Karolyn M. Walker and Robby S. Wells. This matter will be going forward as to the claim of Personal Plus, Inc. only.**

Dated:  January **26**, 2010

<div style="margin-left:40%">

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Janet E. Henderson
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

</div>

46429/0001-6202903v2