IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                                       ) SS
NEW CASTLE COUNTY )

       Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 26th day of January, 2010, she caused a copy of the following:

1. MOTION IN LIMINE TO EXCLUDE OR LIMIT DONNA GERHART GUTMAN'S TESTIMONY IN CONNECTION WITH THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 363(B) AND FED. R. BANKR. P. 9019(A) APPROVING A SETTLEMENT AGREEMENT BETWEEN CERTAIN DEBTORS AND THE ESTATE OF E. MICHAEL GUTMAN, M.D [D.I. 3228]

2. MOTION FOR AN ORDER SETTING NOTICE WITH RESPECT TO THE MOTION IN LIMINE TO EXCLUDE OR LIMIT DONNA GERHART GUTMAN'S TESTIMONY IN CONNECTION WITH THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 363(B) AND FED. R. BANKR. P. 9019(A) APPROVING A SETTLEMENT AGREEMENT BETWEEN CERTAIN DEBTORS AND THE ESTATE OF E. MICHAEL GUTMAN, M.D [D.I. 3229]

to be served upon the parties identified on the attached list in the manner indicated.

*/s/ Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 27th day of January, 2010.

*/s/ Cassandra D. Lewicki*
Notary Public
My Commission Expires: 12/1/12

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

698.001-W0005603

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Core Service List**

*Via Hand Delivery and Facsimile*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Kevin T. Lantry, Esq.
Kerriann S. Mills, Esq.
Geo. Tyler Coulson, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via Hand Delivery and Facsimile*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via Hand Delivery and Facsimile*
(Counsel to Donna Gutman, Estate Representative
Of Plaintiff E. Michael Gutman)
L. Jason Cornell, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 810
Wilmington, DE 19899