## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of January, 2010, he caused a copy of the attached to be served on the following via the manner specified:

**HAND DELIVERY**

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market St., Ste. 1800
Wilmington, DE 19801

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Shotz, Meisel, Forman &
    Leonard, P.A.
500 Delaware Avenue, Ste. 1410
Wilmington, DE 19801

United States Trustee
844 King Street, Rooms 2207
Lockbox #35
Wilmington, DE 19899

**VIA FACSIMILE**

Douglas E. Deutsch, Esquire
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112
Fax: 212 541 5369

                                                              /s/ L. Jason Cornell
                                                              L. Jason Cornell (Del Bar 3821)