# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** January 27, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Lotsoff | Sidley Austin | Tribune Company |
| Kevin Lantry | " | " |
| Norman Pernick | Cole Schotz | " |
| Christopher Shur | Washington Balt. Newspaper → Crose & Simon, LLC | Washington Baltimore Newspaper Guild |
| Adam Landis | Landis Rath & Cobb LLP | Creditors Committee |
| Douglas Deutsch | Chadbourne & Parke | " |
| Tom Hoean | Womble Carlyle Sandridge & Rice | Great Banc |
| Drew Sloan | Richards Layton | JP Morgan Chase |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 01/27/2010
Calendar Time: 10:00 AM

Amended Calendar 01/26/2010 03:56 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3317154 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3315605 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Katherine Gilman / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3317156 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3319140 | Rita Farrell | 603-869-2473 | Rita Farrell - Reporter | Interested Party, Rita Farrell / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3307225 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3317091 | Sarah Johnson | 212-478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3311499 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3315808 | Sharon Katz | (212) 450-4000 | Davis Polk & Wardwell, LLP | Interested Party, JP Morgan Chase Bank, N.A. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3317171 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3317151 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3317157 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3311789 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3315814 | Eli Vonnegut | 650-752-2000 | Davis Polk & Wardwell, LLP | Interested Party, JP Morgan Chase Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3317159 | Gary Weitman | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |