IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                          ) SS
NEW CASTLE COUNTY  )

       Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 27th day of January, 2010, she caused a copy of the following:

**ORDER DENYING MOTION IN LIMINE TO EXCLUDE OR LIMIT DONNA GERHART GUTMAN'S TESTIMONY IN CONNECTION WITH THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 363(B) AND FED. R. BANKR. P. 9019(A) APPROVING A SETTLEMENT AGREEMENT BETWEEN CERTAIN DEBTORS AND THE ESTATE OF E. MICHAEL GUTMAN, M.D. [D.I. 3238]**

to be served upon the parties identified on the attached list in the manner indicated.

                                                 /s/ Frances A. Panchak
                                                 Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 27th day of January, 2010.

                                                 Notary Public
                                                 My Commission Expires: 10/26/2011



Notary seal: MICHELLE L. IFILL, MY COMMISSION EXPIRES OCT. 26, 2011, NOTARY PUBLIC, STATE OF DELAWARE

698.001-W0005622

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Core Service List**

*Via Facsimile*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Kevin T. Lantry, Esq.
Kerriann S. Mills, Esq.
Geo. Tyler Coulson, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via Facsimile*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Donna Gutman, Estate Representative
Of Plaintiff E. Michael Gutman)
L. Jason Cornell, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 810
Wilmington, DE 19899