**EXHIBIT A**

**FEE SUMMARY**

820734/1/5752.085

**FEE SUMMARY FOR THE PERIOD FROM**
**SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marilyn Wethekam | Partner | $ 495.00 | 29.25 | $  14,478.75 |
| Jennifer Zimmerman | Associate | 300.00 | 19.00 | 5,700.00 |
| Breen Schiller | Associate | 225.00 | 14.75 | 3,318.75 |
| | | | | |
| | | | | |
| **Grand Total** | | | 63.00 | $  23,497.50 |
| **Blended Rate** | | $ 372.98 | | |

820734/1/5752.085

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM**
**SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| California Amended Return 12/00 – 12/01 | .50 | $    247.50 |
| State of Georgia | 13.75 | 3,562.50 |
| Connecticut – Corp. Tax | 18.00 | 7,830.00 |
| State of Wisconsin TMS TV | 13.75 | 5,002.50 |
| Times Mirror CA 12/97 – 6/99 | 4.00 | 1,980.00 |
| California 12/02 – 12/04 | 2.50 | 1,237.50 |
| Times Mirror CA – Amended Return | 1.00 | 446.25 |
| State of Wisconsin Tribune Media Services | 9.50 | 3,191.25 |
| **Total** | **63.00** | **$ 23,497.50** |

2

820734/1/5752.085

# EXHIBIT B

# EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total |  | $0.00 |

820734/1/5752.085

# EXHIBIT C

# FEE AND EXPENSE DETAIL

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

Page: 1
10/06/2009
Tribune Company
Attn:  Mr. Patrick Shanahan                    ACCOUNT NO: 5752-073M
V.P. Taxes                                     INVOICE NO:     34
435 North Michigan Avenue
Chicago  IL  60611


Times Mirror-CA Income Tax Audit 12/97-6/99


|            |     |                                                                                      | HOURS |          |
|------------|-----|--------------------------------------------------------------------------------------|-------|----------|
| 09/09/2009 | MAW | Telephone conference with M. Halleron re: IL unitary audit for M.B. Parent.          | 0.50  | 247.50   |
| 09/20/2009 | MAW | Review information and determine what additional information was needed for settlement conference. | 1.00  | 495.00   |
| 09/21/2009 | MAW | Telephone conference with M. Halleron re: additional issues.                         | 0.50  | 247.50   |
| 09/22/2009 | MAW | Review audit adjustments and prepare for conference.                                 | 2.00  | 990.00   |
|            |     | FOR LEGAL SERVICES RENDERED THRU 09/30/2009                                          | 4.00  | 1,980.00 |

FOR CURRENT SERVICES                                                      1,980.00

PREVIOUS BALANCE                                                          $2,006.25


| 09/25/2009 | Payment - Thank You - Wired |  -495.00  |
|------------|-----------------------------|-----------|
| 09/25/2009 | Payment - Thank You - Wired |  -273.75  |
| 09/25/2009 | Payment - Thank You - Wired |  -247.50  |
|            | TOTAL PAYMENTS              | -1,016.25 |

BALANCE DUE                                                              $2,970.00


SUMMARY OF AMOUNTS DUE

| 0-30   | 31-60 | 61-90 | 91+  |
|--------|-------|-------|------|
| 990.00 | 0.00  | 0.00  | 0.00 |



MAW

PLEASE PROVIDE ACCOUNT NUMBER ON YOUR REMITTANCE. IF
YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT PLEASE
CONTACT LYNN MUIR AT LMUIR@HMBLAW.COM OR AT
(312)606-3217

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

|  |  |
|---|---|
| Tribune Company | Page: 1 |
| Attn:  Mr. Patrick Shanahan | 10/06/2009 |
| V.P. Taxes | ACCOUNT NO: 5752-079M |
| 435 North Michigan Avenue | INVOICE NO:        27 |
| Chicago  IL  60611 |  |

California Amended Return 12/00-12/01

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/08/2009 MAW | Letter to C. Rogers re: refund to hold payment. | | 0.50 | 247.50 |
|  | FOR LEGAL SERVICES RENDERED THRU 09/30/2009 | | 0.50 | 247.50 |
|  | FOR CURRENT SERVICES | | | 247.50 |
|  | PREVIOUS BALANCE | | | $9,690.00 |
| 09/25/2009 | Payment - Thank You - Wired | | | -322.50 |
| 09/25/2009 | Payment - Thank You - Wired | | | -322.50 |
| 09/25/2009 | Payment - Thank You - Wired | | | -123.75 |
| 09/25/2009 | Payment - Thank You - Wired | | | -866.25 |
| 09/25/2009 | Payment - Thank You - Wired | | | -866.25 |
|  | TOTAL PAYMENTS | | | -2,501.25 |
|  | BALANCE DUE | | | $7,436.25 |

SUMMARY OF AMOUNTS DUE

| 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|
| 2,115.00 | 0.00 | 2,351.25 | 2,722.50 |

MAW

PLEASE PROVIDE ACCOUNT NUMBER ON YOUR REMITTANCE. IF
YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT PLEASE
CONTACT LYNN MUIR AT LMUIR@HMBLAW.COM OR AT
(312)606-3217

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

Tribune Company                                              Page: 1
Attn:  Mr. Patrick Shanahan                          10/06/2009
V.P. Taxes                                   ACCOUNT NO: 5752-082M
435 North Michigan Avenue                    INVOICE NO:      15
Chicago IL  60611


Times Mirror California-California Amended Return

                                                      HOURS
09/03/2009 JJZ   Prepare fax correspondence to C. Rogers
                 enclosing bankruptcy order.          0.25      75.00

09/20/2009 MAW   Review Protest and determine what additional
                 information is needed for settlement conference.   0.75     371.25
                 FOR LEGAL SERVICES RENDERED THRU 09/30/2009        1.00     446.25

                 FOR CURRENT SERVICES                                        446.25

                 PREVIOUS BALANCE                                         $9,292.50


09/25/2009       Payment – Thank You – Wired                             -6,071.25
09/25/2009       Payment – Thank You – Wired                             -1,608.75
                 TOTAL PAYMENTS                                          -7,680.00

                 BALANCE DUE                                             $2,058.75

                         SUMMARY OF AMOUNTS DUE
                 0-30        31-60       61-90        91+
                 0.00        0.00        0.00      1,612.50




MAW

PLEASE PROVIDE ACCOUNT NUMBER ON YOUR REMITTANCE. IF
YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT PLEASE
CONTACT LYNN MUIR AT LMUIR@HMBLAW.COM OR AT
(312)606-3217

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

Page: 1
10/06/2009

Tribune Company
Attn:  Mr. Patrick Shanahan                ACCOUNT NO: 5752-085M
V.P. Taxes                                 INVOICE NO:        7
435 North Michigan Avenue
Chicago  IL  60611


State of Connecticut - Corp. Inc. Tax 12/03-12/07


|  |  | HOURS |  |
|---|---|---|---|
| 09/02/2009 MAW | Review tax effect schedules and e-mail with questions. | 1.00 | 495.00 |
| 09/04/2009 MAW | Outline settlement proposal; Review statute and regulations. | 1.75 | 866.25 |
| 09/09/2009 MAW | Draft settlement letter; Telephone conference with M. Halleron re: same. | 3.00 | 1,485.00 |
| BMS | Conference with MAW re: settlement offer and research re: push-down accounting. | 0.50 | 112.50 |
| 09/10/2009 MAW | Draft settlement letter; Review statute documents and regulations; Revise same. | 2.75 | 1,361.25 |
| BMS | Research re: push-down accounting. | 1.00 | 225.00 |
| 09/11/2009 MAW | Telephone conference with M. Halleron re: settlement proceedings; Review CT letter. | 1.50 | 742.50 |
| 09/13/2009 MAW | Review draft settlement letter; Research debt issue; Review revised Schedules for cost of issues. | 3.00 | 1,485.00 |
| 09/14/2009 BMS | Memorandum to MAW re: push-down accounting. | 2.50 | 562.50 |
| MAW | Review memo on Push Down Debt and Bona Fide Debt. | 0.50 | 247.50 |
| 09/24/2009 MAW | Review e-mail re: CT interest issues; review information and respond to same. | 0.50 | 247.50 |
|  | FOR LEGAL SERVICES RENDERED THRU 09/30/2009 | 18.00 | 7,830.00 |
|  | FOR CURRENT SERVICES |  | 7,830.00 |
|  | PREVIOUS BALANCE |  | $35,525.28 |
| 09/25/2009 | Payment - Thank You - Wired |  | -866.25 |
| 09/25/2009 | Payment - Thank You - Wired |  | -6,067.50 |
|  | TOTAL PAYMENTS |  | -6,933.75 |

```
                                                          Page: 2
Tribune Company                                          10/06/2009
                                            ACCOUNT NO: 5752-085M
                                            INVOICE NO:         7

State of Connecticut - Corp. Inc. Tax 12/03-12/07


        BALANCE DUE                                  $36,421.53

                     SUMMARY OF AMOUNTS DUE
              0-30       31-60       61-90         91+
           16,055.28      0.00     1,762.50    10,773.75
```

MAW

PLEASE PROVIDE ACCOUNT NUMBER ON YOUR REMITTANCE. IF
YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT PLEASE
CONTACT LYNN MUIR AT LMUIR@HMBLAW.COM OR AT
(312)606-3217

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

Page: 1
10/06/2009
Tribune Company
Attn:  Mr. Patrick Shanahan                          ACCOUNT NO: 5752-086M
V.P. Taxes                                           INVOICE NO:        7
435 North Michigan Avenue
Chicago  IL  60611


State of California Corp. Income Tax 12/02-12/04

|  |  | HOURS |  |
|---|---|---|---|
| 09/03/2009 MAW | Review settlement letter and send e-mail re: same. | 0.25 | 123.75 |
| 09/08/2009 MAW | Review settlement documents and send letter re: same. | 0.75 | 371.25 |
| 09/11/2009 MAW | Review settlement documents. | 0.75 | 371.25 |
| 09/14/2009 MAW | Telephone conference with FTB re: Settlement. | 0.25 | 123.75 |
| 09/21/2009 MAW | Telephone Conference with M. Halleron re: Protest; Review and revise same. | 0.50 | 247.50 |
|  | FOR LEGAL SERVICES RENDERED THRU 09/30/2009 | 2.50 | 1,237.50 |
|  | FOR CURRENT SERVICES |  | 1,237.50 |
|  | PREVIOUS BALANCE |  | $9,652.50 |
| 09/25/2009 | Payment - Thank You - Wired |  | -5,280.00 |
| 09/25/2009 | Payment - Thank You - Wired |  | -371.25 |
|  | TOTAL PAYMENTS |  | -5,651.25 |
|  | BALANCE DUE |  | $5,238.75 |

SUMMARY OF AMOUNTS DUE

| 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|
| 0.00 | 0.00 | 75.00 | 3,926.25 |


MAW

PLEASE PROVIDE ACCOUNT NUMBER ON YOUR REMITTANCE. IF
YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT PLEASE
CONTACT LYNN MUIR AT LMUIR@HMBLAW.COM OR AT
(312)606-3217

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

Tribune Company
Attn:  Mr. Patrick Shanahan
V.P. Taxes
435 North Michigan Avenue
Chicago  IL  60611

Page: 1
10/06/2009
ACCOUNT NO: 5752-087M
INVOICE NO:        2

State of Wisconsin/TMS TV Publishing

|  |  | HOURS |  |
|---|---|---|---|
| 09/08/2009 JJZ | Conference with MAW re: preparation of protest. | 0.25 | 75.00 |
| 09/09/2009 JJZ | Review workpapers and adjustments to income. | 1.25 | 375.00 |
| 09/10/2009 JJZ | Conference with MAW re: review of IDR responses and audit workpapers; Continue to draft protest. | 3.00 | 900.00 |
| MAW | Meeting with JJZ re: issues in protest. | 1.25 | 618.75 |
| 09/11/2009 MAW | Meeting with JJZ re: Wisconsin Protest and interest and throw-back issues; Review the draft Protest for TMS. | 2.00 | 990.00 |
| JJZ | Finishing preparing and reviewing draft protest; Conference with MAW re: revisions to draft protest. | 3.25 | 975.00 |
| 09/14/2009 JJZ | Review protest based on MAW's revisions; Prepare power of attorney; Prepare correspondence to M. Halleron enclosing protest for review. | 0.50 | 150.00 |
| 09/18/2009 JJZ | Prepare follow-up correspondence to M. Halleron re: Wisconsin. | 0.25 | 75.00 |
| 09/21/2009 JJZ | Review power of attorney and prepare correspondence to M. Halleron re: said power and deadline for filing. | 0.25 | 75.00 |
| 09/22/2009 JJZ | Review correspondence from M. Halleron re: revisions to protest; Revise protest and prepare in final; Prepare exhibits. | 0.50 | 150.00 |
| MAW | Review changes to WI Protests;Finalize and file; Telephone conference with M. Halleron re: same; Meeting with JJZ re: same. | 1.25 | 618.75 |
|  | FOR LEGAL SERVICES RENDERED THRU 09/30/2009 | 13.75 | 5,002.50 |
|  | FOR CURRENT SERVICES |  | 5,002.50 |
|  | PREVIOUS BALANCE |  | $1,342.50 |
|  | BALANCE DUE |  | $6,345.00 |

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

                                                      Page: 1
Tribune Company                                   10/06/2009
Attn:  Mr. Patrick Shanahan          ACCOUNT NO: 5752-088M
V.P. Taxes                           INVOICE NO:        1
435 North Michigan Avenue
Chicago IL  60611


State of Wisconsin/Tribune Media Services


                                                    HOURS

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/2009 | MAW | Telephone conference with M. Halleron re: Protests. | 0.25 | 123.75 |
| 09/09/2009 | JJZ | Review workpapers and continue to prepare protest. | 1.25 | 375.00 |
| 09/10/2009 | JJZ | Conference with MAW re: review of IDR responses and audit workpapers; Finish preparing draft protest. | 2.75 | 825.00 |
| 09/11/2009 | MAW | Review draft Protest and revise same. | 1.50 | 742.50 |
| | JJZ | Finish preparing and reviewing draft protest; Conference with MAW re: revisions to protest; Revise protest. | 1.00 | 300.00 |
| 09/14/2009 | JJZ | Prepare power of attorney and correspondence to M. Halleron enclosing protest for review. | 0.25 | 75.00 |
| 09/21/2009 | JJZ | Revise protest based on comments from M. Halleron; Revise power; Prepare correspondence to M. Halleron enclosing revised protest and power and deadline for filing. | 2.00 | 600.00 |
| 09/22/2009 | JJZ | Review correspondence from M. Halleron re: revisions to protest; Revise protest and prepare protest in final; Prepare exhibits.  s | 0.50 | 150.00 |

FOR LEGAL SERVICES RENDERED THRU 09/30/2009      9.50  3,191.25

FOR CURRENT SERVICES                                   3,191.25


BALANCE DUE                                          $3,191.25


MAW

PLEASE PROVIDE ACCOUNT NUMBER ON YOUR REMITTANCE. IF
YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT PLEASE
CONTACT LYNN MUIR AT LMUIR@HMBLAW.COM OR AT
(312)606-3217

HORWOOD MARCUS & BERK
Chartered
Suite 3700
180 North LaSalle Street
Chicago, Illinois  60601

Taxpayer ID#36-3302504

                                                          Page: 1
                                                       10/06/2009
Tribune Company                            ACCOUNT NO: 5752-089M
Attn:  Mr. Patrick Shanahan                INVOICE NO:        1
V.P. Taxes
435 North Michigan Avenue
Chicago  IL  60611


State of Georgia/Corporate Income Tax
Tax Years 2005-2007


                                                     HOURS

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/2009 | MAW | Review notices of assessment; Meeting with BMS re: same. | 1.25 | 618.75 |
| | BMS | Review notice of deficiencies received from GA; Research re: and review of GA protest procedures; Conference with MAW. | 1.50 | 337.50 |
| 09/09/2009 | BMS | Conference with MAW re: bankruptcy provision on the Notice of Deficiency. | 0.25 | 56.25 |
| 09/10/2009 | BMS | Review of GA statutes and regulations re: whether bankruptcy stays or affects protests of notice of deficiencies call to GA Department of Revenue to confirm. | 2.00 | 450.00 |
| 09/15/2009 | BMS | Telephone conference with GA Corporate Income Tax Division supervisor re: bank language on notice of deficiency; Conference with MAW re: protests. | 0.75 | 168.75 |
| 09/18/2009 | BMS | Conference with MAW re: file from M. Halleron. | 0.25 | 56.25 |
| 09/21/2009 | BMS | Conference with MAW re: documents; Review of notices for separate entities; Began preparation of powers of attorney. | 0.25 | 56.25 |
| 09/24/2009 | BMS | Draft power of attorney for Tribune Media Services, | 0.25 | 56.25 |
| 09/28/2009 | BMS | Draft correspondence to M. Halleron re: GA file; Review of correspondence received from client. | 0.25 | 56.25 |
| 09/29/2009 | BMS | Draft powers of attorney; Telephone conference with M. Halleron re: audit and file. | 1.00 | 225.00 |
| 09/30/2009 | JJZ | Review assessments and audit workpapers; Conference with BMS re: said review; Teleconference with BMS and M. Halleron re: review of all assessments. | 1.75 | 525.00 |
| | BMS | Review GA assessments and IDRs received from client; Research re: and Review of GA law re: | | |

```
                                                         Page: 2
Tribune Company                                       10/06/2009
                                          ACCOUNT NO: 5752-089M
                                          INVOICE NO:          1
State of Georgia/Corporate Income Tax
Tax Years 2005-2007
```

|                                                                                                                                                        | HOURS |          |
| --- | --- | --- |
| shifting of income and addback statute and regulation; Conference with JJZ re: assessments; Telephone conference with JJZ and M. Halleron re: audit file. | 4.25  | 956.25   |
| FOR LEGAL SERVICES RENDERED THRU 09/30/2009                                                                                                              | 13.75 | 3,562.50 |
| FOR CURRENT SERVICES                                                                                                                                     |       | 3,562.50 |
| BALANCE DUE                                                                                                                                              |       | $3,562.50 |

MAW

PLEASE PROVIDE ACCOUNT NUMBER ON YOUR REMITTANCE. IF
YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT PLEASE
CONTACT LYNN MUIR AT LMUIR@HMBLAW.COM OR AT
(312)606-3217