# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

December 1, 2009 through and including December 31, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 24.40 | $14,518.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | 37.50 | $19,687.50 |
| William A. Chipman, Jr. | Partner; Admitted DE 1999 | May, 1999 | $500.00 | .30 | $150.00 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 51.40 | $19,275.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 18.2 | $6,734.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $275.00 | 40.80 | $11,220.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 3.70 | $1,017.50 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $260.00 | 24.50 | $6,370.00 |
| Michelle M. Dero | Paralegal | N/A | $200.00 | .10 | $20.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 31.30 | $6,260.00 |
| Cathy A. Adams | Paralegal | N/A | $180.00 | .30 | $54.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 1.60 | $200.00 |
| | | | **Total** | **234.10** | **$85,506.00** |

**Blended Rate:  $365.25**

{698.001-W0005592.}