# EXHIBIT "B"

{698.001-W0005592.}

Official Committee of Unsecured Creditors

January 27, 2010
Account No:   698-001
Statement No:    10992

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|      |                                                        | Fees | Hours |
|------|--------------------------------------------------------|---------:|------:|
| B110 | Asset Analysis and Recovery                            | 74.00 | 0.20 |
| B112 | Asset Disposition                                      | 52.00 | 0.20 |
| B114 | Assumption/Rejection of Leases and Contracts           | 52.00 | 0.20 |
| B122 | Case Administration                                    | 2,138.00 | 10.30 |
| B124 | Claims Administration & Objections                     | 312.00 | 1.20 |
| B128 | Fee/Employment Objections                              | 264.00 | 0.50 |
| B133 | LBO and Related Transactions                           | 59,841.00 | 160.00 |
| B134 | Hearings                                               | 6,682.50 | 13.90 |
| B135 | Litigation                                             | 3,481.00 | 9.30 |
| B136 | LRC Retention & Fee Matters                            | 3,243.00 | 12.40 |
| B138 | Creditors' Committee Meetings/Communications           | 5,413.00 | 12.80 |
| B140 | Creditor Inquiries                                     | 60.00 | 0.30 |
| B144 | Non-LRC Retention & Fee Matters                        | 3,504.00 | 11.90 |
| B146 | Plan and Disclosure Statement (including Business Plan) | 389.50 | 0.90 |
| **TOTAL** |                                                   | **$85,506.00** | **234.10** |

{698.001-W0005626.}

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors

January 27, 2010
Account No:   698-001
Statement No:    10992

Tribune Company, et al. bankruptcy

### Fees through 12/31/2009

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 12/18/2009 | MBM | B110 | A100 | Emails from Deutsch regarding D&O insurance issues | 0.20 | 74.00 |
|  |  |  |  |  | ---- | ----- |
|  |  |  | **B110 - Asset Analysis/Recovery** |  | **0.20** | **74.00** |
| 12/14/2009 | KAB | B112 | A104 | Review and summarize Order Authorizing the sale of Real Property Located in Countryside (.1), circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
|  |  |  |  |  | ---- | ----- |
|  |  |  | **B112 - Asset Disposition** |  | **0.20** | **52.00** |
| 12/14/2009 | KAB | B114 | A104 | Review and summarize Court's ORder re: LA Times assuming lease (.1) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
|  |  |  |  |  | ---- | ----- |
|  |  |  | **B114 - Assum/Rej of Lease/Cont** |  | **0.20** | **52.00** |
| 12/01/2009 | FAP | B122 | A100 | Briefly review Law Debenture's proposed exhibits | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review draft 11/12, 11/19 mtg. minutes and supplements thereto | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Stuart Maue seventh monthly fee application; update critical dates | 0.10 | 20.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.00 |
| 12/02/2009 | FAP | B122 | A100 | Review D. Deutsch email re: update on 12/1 hearing | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Compile binder of Law Debenture exhibits to Motion to Terminate Payment of LBO Lenders' Fees (.3); correspondence to D. Deutsch re: same (.1) | 0.40 | 80.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Chadbourne memos regarding committee's position on debtors' motion to authorize settlement agreement with Gutman estate, substantive and non-substantive claims objections and motion to settle Countryside, IL real estate | 0.20 | 40.00 |
|  | KAB | B122 | A100 | review docket | 0.10 | 26.00 |
| 12/03/2009 | KAB | B122 | A104 | Review docket | 0.10 | 26.00 |

{698.001-W0005626.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                              | Hours |       |
|------------|-----|------|------|----------------------------------------------------------------------------------------------|-------|-------|
| 12/04/2009 | FAP | B122 | A100 | Review Paul Hastings notice of tenth fee application; update critical dates                   | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review PWC notice of ninth fee application; update critical dates                             | 0.20  | 40.00 |
|            | KAB | B122 | A104 | review docket                                                                                | 0.10  | 26.00 |
| 12/07/2009 | FAP | B122 | A100 | Review notice of PWC tenth monthly fee application; update critical dates                     | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of Daniel Edelman eighth monthly fee application; update critical dates         | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of Reed Smith ninth monthly fee application; update critical dates              | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review Intralinks weekly court calendar                                                       | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Update critical dates memo and circulate                                                      | 0.40  | 80.00 |
|            | MMD | B122 | A100 | Email 1102 Motion to M. Olivere                                                               | 0.10  | 20.00 |
| 12/08/2009 | KAB | B122 | A104 | Review docket                                                                                | 0.10  | 26.00 |
|            | FAP | B122 | A100 | Review updated docket                                                                         | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Discussion with R. Butcher re: confirm exclusivity extended deadline                          | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                                     | 0.10  | 20.00 |
| 12/09/2009 | FAP | B122 | A100 | Review notice of resumption of 341 meeting for Tribune Company; update critical dates         | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review CRP Holdings notice of withdrawal of appearance; update 2002 service list              | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review 12/10 committee meeting agenda                                                         | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Briefly review Intralinks posting re: solvency expert and circulate same                      | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Briefly review CNLBC amended schedules                                                        | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review motion to establish a document depository and settlement protections and motion to shorten notice | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review order shortening notice re: motion to establish document depository; update critical dates | 0.10  | 20.00 |
| 12/10/2009 | FAP | B122 | A100 | Review notice of hearing re: document depository and settlement protection                    | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Briefly review Moelis weekly report                                                           | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Retrieve and circulate debtors' motion to establish document depository                       | 0.10  | 20.00 |
|            | KAB | B122 | A104 | Review UST notice of 341 hearing continuation                                                 | 0.10  | 26.00 |
|            | KAB | B122 | A104 | review docket                                                                                | 0.10  | 26.00 |
| 12/11/2009 | FAP | B122 | A100 | Review Intralinks weekly court calendar                                                       | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of McDermott Will third interim fee application; update critical dates          | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of McDermott Will September monthly fee application; update critical dates      | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Briefly review McCormick and Cantigny Foundation limited objection to document depository motion | 0.10  | 20.00 |

Page: 3
Official Committee of Unsecured Creditors

January 27, 2010
Account No:   698-001
Statement No:    10992

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 12/14/2009 | FAP | B122 | A100 | Briefly review notice of filing lender fee payment summary | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Gutman Estate Reply to Committee's objection to settlement agreement | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Credit Agreement Lenders statement regarding motion to establish document depository | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Chadbourne memos re: Houlihan and VRC deposition summaries and circulate | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review weekly docket | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Briefly review order approving sale of Countryside, IL real estate | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review order granting seventh omni objection to claims | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review order granting eleventh omni objection to claims | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review order approving LA Times to assume lease | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Retrieve and circulate order approving 1102(b)(3) motion | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order extending exclusivity; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Bralow declaration in support of debtors' motion to approve Gutman settlement | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Merrill Lynch objection to 2004 motion and Drayton Declaratio in support of objection | 0.30 | 60.00 |
| 12/15/2009 | KAB | B122 | A104 | Review M. Langbert's letter to court re: editorial policy shifting | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Review New York State Taxation notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 12/16/2009 | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review agenda for 12/17 meeting and circulate | 0.10 | 20.00 |
|  | KAB | B122 | A104 | Review docket | 0.10 | 26.00 |
| 12/17/2009 | KAB | B122 | A104 | Review docket | 0.10 | 26.00 |
| 12/18/2009 | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | KAB | B122 | A104 | review docket | 0.10 | 26.00 |
| 12/21/2009 | KAB | B122 | A104 | Review docket | 0.10 | 26.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
| 12/22/2009 | KAB | B122 | A104 | review docket | 0.10 | 26.00 |
| 12/23/2009 | FAP | B122 | A100 | Email exchanges with M. Roitman re: 12/15 hearing transcript | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | **Hours** | |
|---|---|---|---|---|---|
| FAP | B122 | A100 | Briefly review November MOR | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of twelfth omni objection to claims; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of thirteenth omni objection to claims; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | File maintenance and organization of pleadings | 0.20 | 40.00 |
| 12/28/2009 FAP | B122 | A100 | Review notice of Cole Schotz eleventh monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Sidley Austin eleventh monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review order staying Beatty adversary proceeding | 0.10 | 20.00 |
| FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
| FAP | B122 | A100 | Review D. Deutsch email re: 1/7 in-person committee meeting; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
| FAP | B122 | A100 | Email exchanges with D. Bava re: scheduled conferences for 2004 Merrill Lynch motion and Gutman evidentiary hearing | 0.10 | 20.00 |
| FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 60.00 |
| FAP | B122 | A100 | Review notice of Stuart Maue eighth monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of withdrawal of Centerpoint's motion for payment of administrative claim | 0.10 | 20.00 |
| FAP | B122 | A100 | Review notice of Paul Hastings eleventh monthly fee application; update critical dates | 0.10 | 20.00 |
| 12/29/2009 FAP | B122 | A100 | Review updated weekly docket | 0.10 | 20.00 |
| | | | **B122 - Case Administration** | **10.30** | **2,138.00** |
| 12/07/2009 KAB | B124 | A104 | Review and summarize Mylander's objection to 8th omnibus (.1) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| 12/14/2009 KAB | B124 | A104 | Review and summarize Court's Orders re: Debtors 7th and 11th Omnibus Objections (.2), circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 78.00 |
| 12/22/2009 KAB | B124 | A104 | Review and summarize the Debtors' objection to Ms. McCormick's claim (.2) and circulate summary to A. Landis, M. Mcguire, and M. Parikh (.1) | 0.30 | 78.00 |
| 12/28/2009 KAB | B124 | A103 | Review and Summarize Debtors 13th Omnibus objection (.2) and email summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 78.00 |
| KAB | B124 | A104 | Review Centerpoint's withdrawal of motion | 0.10 | 26.00 |
| | | | **B124 - Claims Adm. & Objection** | **1.20** | **312.00** |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 12/08/2009 AGL | B128 | A100 | call with deutsch re: fee examiner issues (.1); emails to and from cole schotz re: same for hearing (.1); review final report/response re: potential settlement (.2) | 0.40 | 238.00 |
| 12/15/2009 KAB | B128 | A104 | Review Court's order re: fee apps | 0.10 | 26.00 |
| | | | | ---- | ------ |
| | | | **B128 - Fee/Empl. Objections** | **0.50** | **264.00** |
| 12/01/2009 DBR | B133 | A100 | review status of target investigations (.5); discuss investigation of all targets with Butcher and follow up re: same (.9) | 1.40 | 735.00 |
| JLE | B133 | A100 | Document Review re: LBO investigation and discovery | 9.20 | 2,530.00 |
| RLB | B133 | A100 | E-mail with co-counsel at Chadbourne re: 2004 exam of Merrill Lynch.(.3)   E-mail with co-counsel re: ESI format for production (.3) | 0.60 | 225.00 |
| 12/02/2009 DBR | B133 | A100 | consult with landis re: court hearing on discovery issues(.3); follow up on investigations re: Goldman, S&P, and declining banks(1.2); review materials relating to hearing (.6) | 2.10 | 1,102.50 |
| KAB | B133 | A100 | discuss status of document review with L. Ellis | 0.10 | 26.00 |
| JLE | B133 | A100 | Document Review re:: LBO investigation and discovery | 10.90 | 2,997.50 |
| 12/03/2009 DBR | B133 | A100 | work on investigations of 7 declining banks | 3.10 | 1,627.50 |
| FAP | B133 | A100 | Discussion with R. Butcher re: Raymond James discovery production | 0.10 | 20.00 |
| JLE | B133 | A100 | Document Review (4.0); communicate with Nuble re: entry into worksheet (.1) | 4.10 | 1,127.50 |
| RLB | B133 | A100 | E-mails with counsel to Bank of Tokyo re: document production (.4) E-mail with co-counsel re: document production (.2) Review Blackstone document requests (.6)   E-mail re: proposed changes with Chadbourne and Zuckerman (.3) E-mail with Morgan Stanley re: status of ESI production (.3) Revise and edit list of counsel for responding parties(.6) Forward information re: 2004 motion for Merrill Lynch to co-counsel (.5) E-mails with co-counsel at Chadbourne and Zuckerman re: production and document depository (.5) | 3.40 | 1,275.00 |
| 12/04/2009 AGL | B133 | A100 | emails to and from zs and cp groups re: discovery issues | 0.50 | 297.50 |

Official Committee of Unsecured Creditors                                    January 27, 2010
                                                                           Account No:  698-001
                                                                           Statement No:    10992

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | Call and e-mail with Raymond James re: discovery password (.3) E-mail with paralegals re: same (.2) E-mail with co-counsel at Chadbourne and Zuckerman re: Blackstone document requests (.4)  E-mails with Chadbourne re: format and content of Merrill Lynch 2004 Motion (.8)  Review documents for example motions (.6)  Draft summary of declining bank discovery responses (.6) | 2.90 | 1,087.50 |
|  | DBR | B133 | A100 | working on Blackstone requests (1.0) and communications with co counsel re: same (.3) | 1.30 | 682.50 |
| 12/06/2009 | AGL | B133 | A100 | review and revise discovery for lbo parties (.6); emails to and from zs and cp groups re: open investigation items, hearing issues (.6) | 1.20 | 714.00 |
|  | DBR | B133 | A100 | review and respond to Butcher, Landis and Bush re: discovery related issues(.4); evaluate matters raised by Bush (.7); review draft 2004 documents (1.2) | 2.30 | 1,207.50 |
|  | RLB | B133 | A100 | E-mails with co-counsel at Chadbourne re: Merrill Lynch 2004 Motion format and scheduling conference re: motion. | 0.60 | 225.00 |
| 12/07/2009 | DBR | B133 | A100 | prepare for professionals call re: LBO investigation (.5); participate in call re: same(.7); evaluate investigation status and strategy(.4); review JPM 2004 motions and corespondence re: same(.6); follow up post professionals call on expert issues(.5) | 2.70 | 1,417.50 |
|  | RLB | B133 | A100 | Call (.2) and e-mail (.4) to Raymond James re: document production password.  E-mail with co-counsel at Chadbourne re: requests to alternate declining banks (.2) E-mail regarding conference call on LBO discovery (.2) Call with Committee counsel re: discovery issues including Merrill Lynch ESI, JPM depositions, retention of experts and document depository (1.0)  Research re: authority to settle when standing to sue has been granted (1.6)  E-mails with co-counsel re: retention of expert and appl;ication to Court. (.7) Begin review draft Merrill 2004 motion (.3) | 4.60 | 1,725.00 |
|  | FAP | B133 | A100 | Coordinate Raymond James discovery production (.1); correspondence to F. Vazquez re: same (.1) | 0.20 | 40.00 |
|  | KAB | B133 | A105 | discuss status and editing process of document review list for Citi | 0.20 | 52.00 |
|  | JLE | B133 | A100 | Review Document Production Index re: LBO investigation | 0.80 | 220.00 |
| 12/08/2009 | KAB | B133 | A104 | review and edit master list of categorized documents produced by Citi | 3.80 | 988.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| DBR | B133 | A100 | prepare for and participate in professionals call(1.5); review motion for 2004 exam re: Merrill(1.0); review and revise motion papers related to 2004 exam and exhibits(1.0); communications with Butcher re: above(.5); review motion re: depo of JPM(.5) | 4.50 | 2,362.50 |
| FAP | B133 | A100 | Discussions with R. Butcher re: filing/service of 2004 motion for Merrill Lynch (.2); review/revise 2004 motion and motion to shorten (.4); file and coordinate service of same (1.0); submit to chambers (.1) | 1.70 | 340.00 |
| AGL | B133 | A100 | emails to and from group re discovery issues and strategy (.8); review and revise merrill discovery and comments from group (1.4); review and analyze jpmc discovery, comments and timing issues (1.2) | 3.40 | 2,023.00 |
| JLE | B133 | A100 | Review and Revise document production index | 5.90 | 1,622.50 |
| MBM | B133 | A100 | review and comment on draft Merrill 2004 exam (1.4); conference with Butcher re: same (.2); emails to/from co-counsel re: same (.3) | 1.90 | 703.00 |
| RLB | B133 | A100 | E-mail with Citi counsel re: timing and volume of ESI production (.3) Review draft 2004 Motion and provide comments (.8)   Review comments by co-counsel at Zuckerman and Chadbourne to draft (.8) E-mail re: declining bank production with in house counsel (.4) E-mails with co-counsel at Zuckerman and Chadbourne re: filing of 2004 Motion against Merrill (.7)   Review 2004 Motion and accompanying papers(.8) and finalize for filing (1.0).  E-mail with co-counsel at Chadbourne and Zuckerman re: as filed motion (.2) | 5.00 | 1,875.00 |
| 12/09/2009 DBR | B133 | A100 | review Merrill 2004 motion and exhibits(.6); confer with Butcher re: hearing(.3); correspond with committee counsel re: hearing (.3) | 1.20 | 630.00 |
| FAP | B133 | A100 | Update service list for 2004 motion and motion to shorten (.1); prepare affidavit of service (.1); file same (.1) | 0.30 | 60.00 |
| KAB | B133 | A105 | discuss status of edits to the main list re: categorized citi documents with L. Ellis and S. Lewicki | 0.20 | 52.00 |
| FAP | B133 | A100 | Email to group re: status of motion to shorten 2004 motion (.1); call with chambers (.1) | 0.20 | 40.00 |
| FAP | B133 | A100 | Draft notice of 2004 motion for Merrill Lynch | 0.10 | 20.00 |
| FAP | B133 | A100 | Further discussions with R. Butcher and call to N. Hunt re: motion to shorten 2004 motion (.1); briefly review and circulate Merrill Lynch objection to motion to shorten (.1) | 0.20 | 40.00 |
| JLE | B133 | A100 | Review revised document production index | 1.30 | 357.50 |

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | E-mail with co-counsel at Chadbourne (.4) and AGL (.3) and Zuckerman (.2) re: response to 2004 Motion re: Merrill Lynch. Review objection to motion to shorten (.4) Review order granting motion to shorten (.2) | 1.50 | 562.50 |
|  | MBM | B133 | A100 | review of document depository motion and motion to shorten re: same | 0.80 | 296.00 |
| 12/10/2009 | FAP | B133 | A100 | Briefly review stipulation between committee and U.S. Bank re: 2004 | 0.10 | 20.00 |
|  | FAP | B133 | A100 | Review order shortening notice re: 2004 motion to Merrill Lynch; update critical dates (.1); revise notice of hearing for same (.2); discussions with R. Butcher re: same (.1); coordinate service of same (.2); update service list (.1) | 0.70 | 140.00 |
|  | FAP | B133 | A100 | File and coordinate service of notice of hearing on 2004 motion (.3); serve Merrill's counsel (.1) | 0.40 | 80.00 |
|  | KAB | B133 | A104 | Review and summarize (i) Committee's Motion for 2004 Examination of Merrill Lynch and related Motion to Shorten Notice (.3), (ii) the Debtors' Motion to Authorize Document Depository and Establishing Settlement Negotiation Protections and related Motion to Shorten (.3); and (iii) ML's Objection to Committee's Motion to Shorten (.3) and circulate same to A. Landis, M. McGuire, M. Parikh, and R. Butcher (.1) | 1.00 | 260.00 |
|  | KAB | B133 | A105 | discuss status of edits to master list re: documents produced by Citi re: LBO with S. Lewicki and L. Ellis | 0.20 | 52.00 |
|  | FAP | B133 | A100 | Prepare affidavit of service for order shortening notice of 2004 motion and notice of hearing on motion (.1); file same (.1) | 0.20 | 40.00 |
|  | KAB | B133 | A105 | Conference with L. Ellis re: finalization of main list re: Citi Document Categorization | 1.40 | 364.00 |
|  | JLE | B133 | A100 | Review index and confer with Brown (.9); discuss appropriateness of categories and revise index with Brown (1.4) | 2.30 | 632.50 |
|  | AGL | B133 | A100 | review and analyze ml response to motion to shorten and email discovery motion and related papers | 1.60 | 952.00 |
|  | AGL | B133 | A100 | review and analyze debtors document repository motion and related papers | 1.40 | 833.00 |
|  | RLB | B133 | A100 | Review order re: shorten notice (.3) Review Blackstone discovery (.4) | 0.70 | 262.50 |
| 12/11/2009 | KAB | B133 | A103 | Review and revise the master list re: documents produced by Citi (.9), confer with L. Ellis re: same (.2), circulate list to R. Butcher (.1) | 1.20 | 312.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | KAB | B133 | A104 | Review and summarize Foundations' limited objection to document depository (.3) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.40 | 104.00 |
| | AGL | B133 | A100 | review responses to doc depository motion by mccormack (.4) and credit lenders (.5) | 0.90 | 535.50 |
| | JLE | B133 | A100 | Finalize Index re: discovery production (.4); confer with Brown re: same (.2) | 0.60 | 165.00 |
| | RLB | B133 | A100 | Morgan Stanley e-mail re: ESI (.2).  E-mail with Citi counsel re: ESI production (.2) Draft and revise list of search terms for Barclays (.8)  E-mail with Zuckerman re: status of discovery (.3) | 1.50 | 562.50 |
| | MBM | B133 | A100 | review memorandum re: expert retention (.6); conference with Landis re: same (.2) | 0.80 | 296.00 |
| 12/14/2009 | KAB | B133 | A104 | Review documents produced by Raymond James re: LBO investigation(1.3), email R. Butcher with questions re: same (.1) | 1.40 | 364.00 |
| | RLB | B133 | A100 | Review Merrill Lynch objection to 2004 Motion (.8) Review e-mail re: Moody's production (.5) Discuss review of Raymond James document production (.5) E-mail with co-counsel re: Morgan Stanley production (.2) E-mail with counsel to Morgan Stanley re: completing production (.3)  Call regarding LBO investigation issues with Chadbourne (.4) | 2.70 | 1,012.50 |
| | DBR | B133 | A100 | review materials for hrg re: professionals call (.6); communications re: merrill hrg and review materials re: same (1.2) | 1.80 | 945.00 |
| 12/15/2009 | DBR | B133 | A100 | evaluating options for Merrill discovery resolution (.8); prepare for and participate in professionals conf call (.8); review and respond to corespondence re: discovery issues (.5); follow up re: investigations (.6) | 2.70 | 1,417.50 |
| | KAB | B133 | A105 | discuss bates number issue on documents produced by Raymond James re: LBO investigation w/ R. Butcher and F. Panchak | 0.30 | 78.00 |
| | KAB | B133 | A104 | Continue review of documents produced by Raymond James re: LBO investigation | 1.10 | 286.00 |
| | FAP | B133 | A100 | Discussion with K. Brown re: Raymond James document production and bates numbers for same (.1); coordinate with DLS for same (.1) | 0.20 | 40.00 |
| | KAB | B133 | A104 | Review and summarize ML's objection to Committee's motion re: email production (.2) and review and summarize Drayton's declaration in support thereto (.1), circulate summaries to A. Landis, M. McGuire, and M. Parikh (.1) | 0.40 | 104.00 |
| | FAP | B133 | A100 | Briefly review order establishing document depository and settlement negotiation protections; update critical dates (.1); discussion with R. Butcher re: same (.1) | 0.20 | 40.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | KAB | B133 | A104 | Review and summarize Certification of Counsel re: document depository (.2) and Court order granting request for depository (.2) and circulate summaries to A. Landis, M. McGuire, M. Parikh, and R. Butcher (.1) | 0.50 | 130.00 |
|  | RLB | B133 | A100 | DRaft and revise Bank of America Confidentiality Agreement (.6) Revise Bank of America ESI search term list (.5) Professionals call re: LBO investigation (.7) E-mail with Chadbourne regarding document depository (.3) Review document depository order (.4) E-mail with counsel to Citigroup re: ESI production (.3) E-mail with counsel to Goldman re: ESI production (.3) E-mail with counsel to Morgan Stanley re: change to ESI terms and discovery (.3) | 3.40 | 1,275.00 |
| 12/16/2009 | FAP | B133 | A100 | Review R. Butcher and Schwinger email exchanges re: document depository order and establishing procedures for same | 0.10 | 20.00 |
|  | DBR | B133 | A100 | follow up regarding Merrill discovery matters with Butcher (.5); continue work on investigation of targets (.8); review and revise draft 2004 order(.4) | 1.70 | 892.50 |
|  | KAB | B133 | A104 | Continue review of documents produced by Raymond James re: LBO investigation | 0.30 | 78.00 |
|  | RLB | B133 | A100 | E-mail with Chadbourne and Zuckerman re: 2004 Motion.(.5)   Review draft 2004 order (.6) Forward suggested changes to order (.4) E-mail with counsel to Goldman re: ESI production (.2) E-mail with counsel to Citi re: dates for ESI production (.3) Research re: creditor demand for derivative action (.9) | 2.90 | 1,087.50 |
| 12/17/2009 | RLB | B133 | A100 | E-mails with counsel at Chadbourne, Sidley and Zuckerman re: document depository (.6)   E-mail with counsel to Merrill, Chadbourne and Zuckerman re: Merrill Lynch 2004 order and production order (.6) Draft and revise Cerberus confidentiality agreement (.8) E-mail to Cerberus counsel re: confidentiality agreement and documents (.3) | 2.30 | 862.50 |
|  | DBR | B133 | A100 | communications with co-counsel re: Merrill 2004 order (.3); review order and exhibits re: same (.7) | 1.00 | 525.00 |
| 12/18/2009 | KAB | B133 | A104 | Continue review of documents produced by Raymond James re: LBO investigation | 1.20 | 312.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | Prepare list of documents for document depository (.6) E-mail with counsel at Sidley, Chadbourne and Zuckerman re: depository (.3) E-mails with Citigroup counsel re: ESI production (.3) Review revised Merrill Lynch 2004 order (.5)   E-mail with counsel at Sidely and Chadbourne re: order (.3) | 2.00 | 750.00 |
|  | DBR | B133 | A100 | review further revised drafts of 2004 Merrill order (.7) and communications with Chadbourne re: same | 1.00 | 525.00 |
| 12/19/2009 | DBR | B133 | A100 | review correspondence with Butcher and Chadbourne re: Merrill production issues | 0.40 | 210.00 |
| 12/21/2009 | KAB | B133 | A104 | Continue review of documents produced by Raymond James re: LBO investigation | 5.50 | 1,430.00 |
|  | KAB | B133 | A105 | confer with R. Butcher and L. Ellis re: email production and review of documents produced in LBO investigation | 0.30 | 78.00 |
|  | FAP | B133 | A100 | Discussion with R. Butcher re: Citigroup document production (.1); coordinate production (.1); correspondence to F. Vazquez (.1); correspondence to Sidley Austin for document depository (.1) | 0.40 | 80.00 |
|  | AGL | B133 | A100 | call with deutsch (.3) and research re: lbo litigation/expert issues (.5) | 0.80 | 476.00 |
|  | MBM | B133 | A100 | emails with litigation team re: e-discovery issues | 0.50 | 185.00 |
|  | RLB | B133 | A100 | E-mail re: Citigroup ESI production with citigroup counsel (.2) and co-counsel (.4) E-mails with Debtors counsel (.2) and co-counsel re: document depository (.5) Research re: issue of production by shareholder financial advisor for possible 2004 motion. (.8) | 2.10 | 787.50 |
|  | DBR | B133 | A100 | Review agenda (.1) and prepare for professionals call (.9) | 1.00 | 525.00 |
| 12/22/2009 | DBR | B133 | A100 | evaluating status of all investigation targets and discuss same with Butcher (2.1); prepare for and participate in professionals conference call (1.2) | 3.30 | 1,732.50 |
|  | KAB | B133 | A105 | confer with L. Ellis and R. Butcher re: categorizing citi emails for LBO investigation | 0.30 | 78.00 |
|  | JLE | B133 | A100 | Document review re: LBO investigation and discovery | 1.40 | 385.00 |
|  | MBM | B133 | A100 | emails from co-counsel re: document depository | 0.20 | 74.00 |
|  | RLB | B133 | A100 | Tribune professionals call re: plan negotiations, LBO investigation and discovery motions (1.1).  E-mail with counsel to Citigroup re: ESI production (.3) E-mail with Morgan Stanley re: ESI production (.3) | 1.70 | 637.50 |

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 12/23/2009 RLB | B133 | A100 | Conference call with Debtors' attorneys and Committee attorneys re: plan negotiations and LBO investigation (.4) E-mails from Debtors' counsel and co-counsel at Chadbourne re: document depository (.5) E-mails from Merrill Lynch counsel and co-counsel at Chadbourne and Zuckerman re: Merrill lynch ESI production (.3) | 1.20 | 450.00 |
| JLE | B133 | A100 | Document Review Citi Documents | 4.30 | 1,182.50 |
| DBR | B133 | A100 | review Merrill correspondence (.3) and filed Merrill order (.2) | 0.50 | 262.50 |
| 12/24/2009 DBR | B133 | A100 | review status of investigation of targets | 1.00 | 525.00 |
| RLB | B133 | A100 | Research re: ESI production standard and privilege log (.6) Review of Citigroup document log (.6) | 1.20 | 450.00 |
| 12/28/2009 FAP | B133 | A100 | Review order requiring production by date certain from Merrill Lynch (.1); telephone call with Zuckerman para re: service of same (.1); circulate to group (.1) | 0.30 | 60.00 |
| KAB | B133 | A104 | Review and summarize Court's Order re: ML email production (.1) provide summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 52.00 |
| KAB | B133 | A104 | Continue review of documents produced by Raymond James re: LBO investigation | 0.60 | 156.00 |
| RLB | B133 | A100 | Review e-mail re: 2004 Order (.3) Review e-mail with co-counsel re: Merrill Lynch production (.3) Research re: 2004 production of documents from bank declining to participate in financing (.9)  E-mail with declining banks re: document production (.4) | 1.90 | 712.50 |
| DBR | B133 | A100 | review correspondence re: Merrill issues(.4); review agenda and prepare for professionals call (.6) | 1.00 | 525.00 |
| 12/29/2009 RLB | B133 | A100 | Committee professionals call re: discovery on LBO and plan negotiations (.6) E-mails with Cerberus (.2) and Bayern (.2) re: document production.  Research re: Standard & Poor case law re: defense to document production (.8) | 1.80 | 675.00 |
| 12/30/2009 RLB | B133 | A100 | E-mail with counsel to Morgan Stanley (.2) and counsel to Goldman (.2) re: ESI discovery. Call with Bank of Tokyo (.2) and Mizuho Bank (.2) re: document production.  Revise and edit list of ESI search terms for Barclays Bank (.4) | 1.20 | 450.00 |
|  |  |  | **B133-LBO & Related Trans** | **160.00** | **59,841.00** |
| 12/01/2009 AGL | B134 | A100 | attend omnibus hearing | 4.00 | 2,380.00 |
| 12/02/2009 FAP | B134 | A100 | Review M. McGuire and D. Deutsch email exchanges re: 12/1 hearing transcript (.1); complete order for same (.1) | 0.20 | 40.00 |

{698.001-W0005626.}

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 12/04/2009 FAP | B134 | A100 | Multiple email exchanges and calls with D. Bava re: status of 12/1 hearing transcript (.3); call to clerk's office (.1); call with transcriber (.2) |  | 0.60 | 120.00 |
| FAP | B134 | A100 | Review notice of adjourned 2/24 hearing; update critical dates |  | 0.10 | 20.00 |
| 12/11/2009 FAP | B134 | A100 | Review agenda for 12/15 hearing (.1); retrieve pleadings going forward and begin compiling hearing binder (.4) |  | 0.50 | 100.00 |
| 12/14/2009 FAP | B134 | A100 | Email exchanges with A. Holtz re: 12/15 telephonic appearance (.1); coordinate with CourtCall for same (.1) |  | 0.20 | 40.00 |
| FAP | B134 | A100 | Finalize 12/15 hearing binder |  | 0.90 | 180.00 |
| AGL | B134 | A100 | prepare for omnibus hearing (review agenda and pleadings filed) |  | 0.90 | 535.50 |
| 12/15/2009 FAP | B134 | A100 | Review amended agenda for 12/15 hearing (.1); briefly review certifications of counsel re: interim fees and motion establish document depository and supplement hearing binder (.2) |  | 0.30 | 60.00 |
| FAP | B134 | A100 | Discussion with D. Rath re: litigation matters going forward on 12/15 (.1); retrieve related pleadings and circulate (.1) |  | 0.20 | 40.00 |
| AGL | B134 | A100 | prepare for (.5) and attend (1.6) omni hearing |  | 2.10 | 1,249.50 |
| DBR | B134 | A101 | Prepare for (1.9) and participate in omni hearing (1.6) |  | 3.50 | 1,837.50 |
| 12/16/2009 FAP | B134 | A100 | Coordinate 12/15 transcript order |  | 0.10 | 20.00 |
| 12/22/2009 FAP | B134 | A100 | Review 12/15 hearing transcript (.2); update critical dates with status conferences scheduled for Gutman and 2004 Merill Lynch motions (.1) |  | 0.30 | 60.00 |
|  |  |  | **B134 - Hearings** |  | **13.90** | **6,682.50** |
| 12/08/2009 FAP | B135 | A100 | Email exchanges and discussion with M. McGuire re: filing of objection to motion to approve Gutman settlement agreement (.1); review/revise same (.2); update service list (.1); prepare: affidavit of service (.1); file and serve objection (.4) |  | 0.90 | 180.00 |
| WEC | B135 | A107 | Review draft 9019 motion and confer with M. McGuire regarding motion in limine |  | 0.30 | 150.00 |
| MBM | B135 | A100 | emails with Chadbourne re: Guttman objection (.2); conference with Landis re: same (.1); review of objection and revisions to same (.8) |  | 1.10 | 407.00 |
| 12/10/2009 KAB | B135 | A104 | Review and summarize Committee's objection to settlement with Gutman Estate (.2) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) |  | 0.30 | 78.00 |

Official Committee of Unsecured Creditors                                January 27, 2010
                                                                        Account No:   698-001
                                                                        Statement No:    10992

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 12/13/2009 | AGL | B135 | A100 | review and analyze gutman response to committee objection to claim settlement | 0.50 | 297.50 |
| 12/14/2009 | KAB | B135 | A104 | Review and summarize the Estate of Gutman's Reply re: Committee's Objection to Settlement Agreement (.2), circulate summary to A. Landis, M. McGuire and M. Parikh (.1) | 0.30 | 78.00 |
|  | AGL | B135 | A100 | call with deutsch re: gutman motion/hearing issues | 0.50 | 297.50 |
| 12/15/2009 | KAB | B135 | A104 | Review and summarize Bralow's declaration in support of Debtors' motion to settle with the Gutman Estate | 0.20 | 52.00 |
| 12/22/2009 | MBM | B135 | A100 | review Guttman pleadings (.8); conference with Butcher re: same (.3); call with co-counsel re: deposition schedule (.7) | 1.80 | 666.00 |
|  | RLB | B135 | A100 | Call with co-counsel at Chadbourne re: objection to 9019 Motion re: settlement with Gutman (.3).  Follow up e-mail with Marc Ashley re: prosecution of objection (.2) | 0.50 | 187.50 |
| 12/23/2009 | RLB | B135 | A100 | Call with Chadbourne re: objection to Gutman 9019 Motion (.3)   Review 9019  motion and objection to same (.8) | 1.10 | 412.50 |
| 12/24/2009 | RLB | B135 | A100 | Review hearing transcript re: Gutman 9019 motion. | 0.30 | 112.50 |
| 12/28/2009 | RLB | B135 | A100 | Call with Sidley re: Gutman motion (.4) E-mail with Guy Neal re: Gutman 9019 motion (.2) | 0.60 | 225.00 |
| 12/30/2009 | RLB | B135 | A100 | E-mail with co-counsel at Chadbourne re: call from Debtors counsel about Gutman 9019 motion and discovery on same (.6)   E-mail to opposing counsel (.3) re: dates and place for depositions of Bralow and Gutman. | 0.90 | 337.50 |
|  |  |  |  | **B135 - Litigation** | **9.30** | **3,481.00** |
| 12/02/2009 | FAP | B136 | A100 | Email to J. Decker re: LRC October 2009 fee/expense detail | 0.10 | 20.00 |
| 12/03/2009 | FAP | B136 | A100 | Begin review/revise November pre-bills | 0.50 | 100.00 |
| 12/07/2009 | FAP | B136 | A100 | Continue review/revise November pre-bills | 0.40 | 80.00 |
| 12/09/2009 | FAP | B136 | A100 | Retrieve and distribute fee examiner final report re: LRC first interim fees | 0.10 | 20.00 |
|  | FAP | B136 | A100 | Review A. Landis and J. Becker email exchanges re: agreed reduction in LRC fees/expenses for first interim fees (.1); revise amounts (.4); email to K. Stickles re: same (.1); further discussions with A. Landis re: same (.1) | 0.70 | 140.00 |

Official Committee of Unsecured Creditors                           January 27, 2010
                                                                Account No:  698-001
                                                               Statement No:    10992

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | MBM | B136 | A100 | conferences with Landis re: settlement of fee examiner issues (.3); calls with Deutsch and Landis re: same (.2); review of examiner report (.3) | 0.80 | 296.00 |
|  | AGL | B136 | A100 | calls and emails to and from decker re: lrc fee issues (.3); emails to and from group re: same/resolution (.2) | 0.50 | 297.50 |
| 12/10/2009 | FAP | B136 | A100 | Email exchanges with P. Ratkowiak re: confirm reduction in LRC expenses | 0.10 | 20.00 |
|  | MAP | B136 | A100 | Review and revise November prebill | 0.30 | 82.50 |
| 12/11/2009 | FAP | B136 | A100 | Review P. Ratkowiak email re: proposed omnibus fee order and review same (.1); review J. Ludwig email re: same (.1); discussions with M. McGuire (.1); retrieve applicable Certificate of No Objection filing dates/docket numbers (.1); follow-up email to P. Ratkowiak re: same (.1) | 0.50 | 100.00 |
|  | FAP | B136 | A100 | Review J. Becker email re: LRC revised fee/expense amounts (.1); review fee examiner agreed upon reduction (.1); conference with M. McGuire re: same (.2) | 0.40 | 80.00 |
|  | MBM | B136 | A100 | review of interim fee order and LRC fee applications (.7); conferences with Landis and Panchak re: same (.4); emails with fee auditor re: interim fee application (.3); call to Stickles re: same (.2) | 1.60 | 592.00 |
| 12/15/2009 | FAP | B136 | A100 | Review omnibus order approving first interim fees (.1); discussion with S. Lewicki regarding payment of same (.1) | 0.20 | 40.00 |
| 12/16/2009 | FAP | B136 | A100 | Email exchanges with A. Landis, M. McGuire re: responses to LRC tenth monthly fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 40.00 |
| 12/17/2009 | FAP | B136 | A100 | Discussion with M. McGuire and C. Lewicki re: status of Certificate of No Objection for October application | 0.10 | 20.00 |
|  | FAP | B136 | A100 | Finalize correspondence to V. Garlati re: October invoice and CNO | 0.10 | 20.00 |
|  | FAP | B136 | A100 | File and coordinate service of Certificate of No Objection to LRC tenth monthly fee application | 0.30 | 60.00 |
|  | MAP | B136 | A100 | Continue to review and revise Nov. prebill (.5); discussion w/ Lewicki re: same (.1). | 0.60 | 165.00 |
| 12/21/2009 | MAP | B136 | A100 | Complete revisions to Nov. prebill (1.0); Prepare LRC 11th Monthly Fee App (1.4). | 2.40 | 660.00 |
|  | CL | B136 | A103 | Edits to LRC November draft invoice | 0.80 | 100.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 12/22/2009 MAP | B136 | A100 | Discussion with McGuire (.1) and Lewicki (.1) re: edits to November prebill. | 0.20 | 55.00 |
| 12/23/2009 MAP | B136 | A100 | Revise LRC 11th Monthly Fee App per edits from McGuire (.1); discussion with Lewicki re: finalizing bill for same (.1). | 0.20 | 55.00 |
| CL | B136 | A103 | Edits to and finalize LRC November invoice for LRC 11th monthly fee appln | 0.80 | 100.00 |
| 12/28/2009 FAP | B136 | A100 | File and coordinate service of LRC eleventh monthly fee application | 0.40 | 80.00 |
| 12/29/2009 FAP | B136 | A100 | Email to J. Decker re: November fee and expense detail | 0.10 | 20.00 |
| | | | **B136 - LRC Ret. & Fee Matters** | **12.40** | **3,243.00** |
| 12/03/2009 RLB | B138 | A100 | Call with Creditor's Committee re: Plan negotiations, discovery issues and LBO investigation (.9)  Draft summary of Committee call for circulation (.4) | 1.30 | 487.50 |
| 12/08/2009 MBM | B138 | A100 | prepare for (.3) and attend committee professionals call (.9) | 1.20 | 444.00 |
| 12/10/2009 AGL | B138 | A100 | review distribution in preparation for committee call (.8); attend call 1.0) | 1.80 | 1,071.00 |
| RLB | B138 | A100 | Review agenda for telephonic Committee meeting (.2)   Review report re: agenda (.2) Participate in telephonic Committee meeting (.8) Draft summary of Committee call for file (.3) | 1.50 | 562.50 |
| 12/11/2009 AGL | B138 | A100 | call with deutsch re: 341 meeting and issues (.4); conferences with mcguire re: same and 341 coverage (.3) | 0.70 | 416.50 |
| 12/14/2009 MBM | B138 | A100 | prepare for (.3) and attend continued/cubs 341 meeting (1.4) | 1.70 | 629.00 |
| 12/15/2009 AGL | B138 | A100 | prepare for (.2) and attend (.5) professionals call re: agenda items listed | 0.70 | 416.50 |
| 12/16/2009 MBM | B138 | A100 | prepare for (.2) and attend meeting with Debtor and committee professionals (.7) | 0.90 | 333.00 |
| 12/22/2009 MBM | B138 | A100 | prepare for (.2) and participate in committee professionals meeting (.7) | 0.90 | 333.00 |
| 12/23/2009 CAA | B138 | A100 | Review intralinks email and circulate Moelis Weekly Media Update | 0.30 | 54.00 |
| MBM | B138 | A100 | prepare for (.1) and attend meeting with committee and debtor professionals (.5) | 0.60 | 222.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 12/29/2009 | MBM | B138 | A100 | prepare for (.1) and attend committee professionals meeting (.6) | 0.70 | 259.00 |
| 12/30/2009 | MBM | B138 | A100 | prepare for (.1) and attend meeting with committee and debtors professionals (.4) | 0.50 | 185.00 |
|  |  |  |  | **B138 - Creditors' Cmte Mtgs** | **12.80** | **5,413.00** |
| 12/10/2009 | FAP | B140 | A100 | Calls from/to E. Beesley re: Brandsmart claim (.1); review Epiq website (.1); review schedules for Sun-Sentinel Company (.1) | 0.30 | 60.00 |
|  |  |  |  | **B140 - Creditor Inquiries** | **0.30** | **60.00** |
| 12/01/2009 | FAP | B144 | A100 | Email exchanges with V. Patel re: responses to Moelis ninth fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 40.00 |
| 12/02/2009 | FAP | B144 | A100 | File and serve Certificate of No Objection to Moelis ninth monthly fee application (.4); follow-up email to V. Patel (.1) | 0.50 | 100.00 |
| 12/08/2009 | MBM | B144 | A100 | call from Stickles re: supplemental retention affidavits (.2); emails with Deutsch and Kwon re: same (.4); review of Cubs joint admin motion (.3); calls and emails with Macauley re: same (.2) | 1.10 | 407.00 |
| 12/09/2009 | FAP | B144 | A100 | Review P. Ratkowiak and A. Landis email exchanges re: Moelis, AlixPartners and Members contact info (.1); email info to P. Ratkowiak (.1) | 0.20 | 40.00 |
|  | FAP | B144 | A100 | Review D. Deutsch and J. Becker email exchanges re: reduction in Chadbourne's first quarter fees (.1); review M. McGuire and A. Landis email exchanges re: same (.1); revise fees (.2); email to K. Stickles re: same (.1); review D. Deutsch response email (.1); review H. Lamb email re: revised Chadbourne amounts (.1) | 0.70 | 140.00 |
|  | AGL | B144 | A100 | calls with and emails to and from deutsch re: resolution of c&p fee issues | 0.30 | 178.50 |
| 12/11/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: committee members revised expenses (.1); review H. Lamb, D. Deutsch and A. Dalton email exchanges re: same (.1) | 0.20 | 40.00 |
|  | AGL | B144 | A100 | calls and emails to and from deutsch re: committee expert retention issues (.5); research same (1.4) | 1.90 | 1,130.50 |
| 12/15/2009 | FAP | B144 | A100 | Email exchanges with committee professionals re: order approving first interim fee applications | 0.20 | 40.00 |

Tribune Company, et al. bankruptcy

| | | | | **Hours** | |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Multiple email exchanges with V. Patel re: revisions to Moelis tenth monthly fee application (.2); review and compile fee application in preparation of filing (.2); draft notice (.1); draft affidavit of service (.1) | 0.60 | 120.00 |
| FAP | B144 | A100 | File and coordinate service of Moelis tenth monthly fee application (.4); follow-up email to V. Patel re: same (.1) | 0.50 | 100.00 |

12/16/2009

| | | | | | |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Email exchanges with Chadbourne team re: responses to Chadbourne tenth monthly fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 40.00 |
| FAP | B144 | A100 | Email exchanges with A. Holtz and A. Leung re: responses to AlixPartners tenth monthly fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 40.00 |
| FAP | B144 | A100 | Email exchanges with A. Leung re: filing date for November fee applications | 0.10 | 20.00 |
| FAP | B144 | A100 | Email exchanges with M. McGuire, H.Lamb and V. Patel re: confirmation of holdback amounts for first interim period | 0.20 | 40.00 |
| MBM | B144 | A100 | calls and emails with Stickles re: confirmation of professional holdback amounts | 0.40 | 148.00 |

12/17/2009

| | | | | | |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Prepare affidavit of service for Certificate of No Objection to LRC, Chadbourne and AlixPartners tenth monthly fee applications (.1); file same (.1) | 0.20 | 40.00 |
| FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to Chadbourne tenth monthly fee application (.3); follow-up email to H. Lamb (.1) | 0.40 | 80.00 |
| FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to AlixPartners tenth monthly fee application (.3); follow-up email to A. Holtz re: same (.1) | 0.40 | 80.00 |

12/21/2009

| | | | | | |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Email exchanges with A. Leung re: revisions to monthly fee applications | 0.10 | 20.00 |

12/23/2009

| | | | | | |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Telephone call with H. Lamb re: Chadbourne and committee November applications | 0.10 | 20.00 |

12/28/2009

| | | | | | |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Email exchanges with A. Holtz re: filing AlixPartners eleventh monthly fee application (.1); review application in preparation of filing (.1); draft notice for same (.1) | 0.30 | 60.00 |
| FAP | B144 | A100 | Email exchanges with H. Lamb re: committee members November expenses (.1); review same in preparation of drafting application (.1); draft eighth application (.3); draft notice (.1); discussion with M. Parikh re: same (.1) | 0.70 | 140.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankrupcty

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne eleventh monthly fee application (.1); review same in preparation of filing (.2); draft notice (.1) | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service of Chadbourne eleventh monthly fee application (.6) follow-up email to H. Lamb (.1) | 0.70 | 140.00 |
| | FAP | B144 | A100 | File and coordinate service of AlixPartners eleventh monthly fee application (.4) follow-up email to A. Holtz (.1) | 0.50 | 100.00 |
| | FAP | B144 | A100 | File and coordinate service of Members eighth application (.3) follow-up email to H. Lamb (.1) | 0.40 | 80.00 |
| 12/29/2009 | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, LRC, AlixPartners and Members monthly applications (.1); file same (.1) | 0.20 | 40.00 |
| | | | | **B144 - Non-LRC Ret. & Fee Matt** | **11.90** | **3,504.00** |
| 12/08/2009 | AGL | B146 | A100 | emails to and from stickles re: exclusivity issues, form of order | 0.30 | 178.50 |
| 12/09/2009 | MBM | B146 | A100 | review of exclusivity order (.3); emails with Deutsch and Stickles re: same (.2) | 0.50 | 185.00 |
| 12/15/2009 | KAB | B146 | A104 | Review and summarize Court's order extending the Debtors' exclusivity period | 0.10 | 26.00 |
| | | | | **B146 - Plan & Disclos. Stmt.** | **0.90** | **389.50** |
| | | | | **For Current Services Rendered** | **234.10** | **85,506.00** |

{698.001-W0005626.}