# EXHIBIT "C"

Official Committee of Unsecured Creditors

January 27, 2010
Account No:   698-001
Statement No:    10992

Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Postage | 2.10 |
| Copying | 110.30 |
| Overnight Delivery | 2,847.15 |
| Facsimile | 10.00 |
| Courier Fees | 693.80 |
| Outside Duplication Services | 3,962.36 |
| US Postage | 4,125.30 |
| Court Reporter fees | 1,210.00 |
| Client meals | 48.15 |
| Conference Call Service | 30.00 |
| Professional Consultant Fees | 228.57 |
| | --------- |
| **Total Expenses Thru 12/31/2009** | **$13,267.73** |

{698.001-W0005626.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | | |
| 698.001 | 12/01/2009 | AGL | U | B100 | E111 | | 48.15 | Meals Cavanaugh's Restaurant - Lunch for 3 | 435 |
| 698.001 | 12/01/2009 | AGL | U | B100 | E101 | 0.100 | 24.50 | Copying | 442 |
| 698.001 | 12/01/2009 | AGL | U | B100 | E217 | | 877.25 | Court Reporter fee J & J Court Transcribers, Inc. | 460 |
| 698.001 | 12/01/2009 | AGL | U | B100 | E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage | 467 |

Subtotal for Transaction Date 12/01/2009

     Billable      956.40

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/02/2009 | AGL | U | B100 | E221 | | 25.81 | Overnight Delivery FedEx | 462 |
| 698.001 | 12/02/2009 | AGL | U | B100 | E216 | | 26.00 | Courier Fee - Advance TriState Courier & Carriage | 468 |

Subtotal for Transaction Date 12/02/2009

     Billable      51.81

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/07/2009 | AGL | U | B122 | E101 | 0.100 | 2.70 | Copying | 448 |

Subtotal for Transaction Date 12/07/2009

     Billable      2.70

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/08/2009 | AGL | U | B122 | E101 | 0.100 | 8.50 | Copying | 449 |
| 698.001 | 12/08/2009 | AGL | U | B122 | E104 | | 10.00 | Facsimile | 450 |
| 698.001 | 12/08/2009 | AGL | U | B122 | E108 | | 2.10 | Postage | 456 |
| 698.001 | 12/08/2009 | AGL | U | B122 | E101 | 0.100 | 31.20 | Copying | 457 |
| 698.001 | 12/08/2009 | AGL | U | B100 | E221 | | 21.75 | Overnight Delivery FedEx | 463 |
| 698.001 | 12/08/2009 | AGL | U | B100 | E211 | | 1,850.94 | Outside printing - Advance Digital Legal Services, LLC - 51623 | 471 |
| 698.001 | 12/08/2009 | AGL | U | B100 | E210 | | 3,894.85 | US Postage # Digital Legal Services, LLC - 51623 | 472 |
| 698.001 | 12/08/2009 | AGL | U | B100 | E216 | | 253.50 | Courier Fee - Advance TriState Courier & Carriage | 486 |

Subtotal for Transaction Date 12/08/2009

     Billable      6,072.84

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/09/2009 | AGL | U | B100 | E216 | | 23.90 | Courier Fee - Advance TriState Courier & Carriage | 487 |

Subtotal for Transaction Date 12/09/2009

     Billable      23.90

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/10/2009 | AGL | U | B122 | E101 | 0.100 | 0.10 | Copying | 458 |
| 698.001 | 12/10/2009 | AGL | U | B100 | E221 | | 2,686.79 | Overnight Delivery FedEx | 464 |
| 698.001 | 12/10/2009 | AGL | U | B100 | E221 | | 52.64 | Overnight Delivery FedEx | 485 |
| 698.001 | 12/10/2009 | AGL | U | B100 | E216 | | 258.50 | Courier Fee - Advance TriState Courier & Carriage | 488 |
| 698.001 | 12/10/2009 | AGL | U | B100 | E210 | | 175.00 | US Postage # Digital Legal Services, LLC - 51686 | 494 |
| 698.001 | 12/10/2009 | AGL | U | B100 | E211 | | 388.28 | Outside printing - Advance Digital Legal Services, LLC - 51686 | 495 |

Subtotal for Transaction Date 12/10/2009

     Billable      3,561.31

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/11/2009 | AGL | U | B100 | E118 | | 228.57 | Litigation support vendors Kurtzman Carson Consultants LLC | 461 |
| 698.001 | 12/11/2009 | AGL | U | B100 | E221 | | 17.52 | Overnight Delivery FedEx | 483 |
| 698.001 | 12/11/2009 | AGL | U | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage | 489 |

Subtotal for Transaction Date 12/11/2009

     Billable      263.49

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/14/2009 | AGL | U | B122 | E101 | 0.100 | 4.40 | Copying | 459 |

Subtotal for Transaction Date 12/14/2009

     Billable      4.40

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/15/2009 | AGL | U | B100 | E217 | | 332.75 | Court Reporter fee Perfect Pages Transcription & Reporting | 482 |
| 698.001 | 12/15/2009 | AGL | U | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 490 |
| 698.001 | 12/15/2009 | AGL | U | B100 | E211 | | 47.41 | Outside printing - Advance Digital Legal Services, LLC - 51687 | 496 |
| 698.001 | 12/15/2009 | AGL | U | B100 | E210 | | 11.20 | US Postage # Digital Legal Services, LLC - 51687 | 497 |
| 698.001 | 12/15/2009 | AGL | U | B100 | E211 | | 14.75 | Outside printing - Advance Digital Legal | 500 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| | | | | | | | Services, LLC - Bates labels - 51724 | |
| Subtotal for Transaction Date 12/15/2009 | | | | | Billable | 442.11 | | |
| 698.001 | 12/17/2009 | AGL | U | B100 E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 491 |
| 698.001 | 12/17/2009 | AGL | U | B100 E211 | | 11.54 | Outside printing - Advance Digital Legal Services, LLC - 51715 | 498 |
| 698.001 | 12/17/2009 | AGL | U | B100 E210 | | 6.10 | US Postage # Digital Legal Services, LLC - 51715 | 499 |
| Subtotal for Transaction Date 12/17/2009 | | | | | Billable | 53.64 | | |
| 698.001 | 12/21/2009 | AGL | U | B100 E226 | | 30.00 | Conference Call Service - Court Call | 481 |
| 698.001 | 12/21/2009 | AGL | U | B100 E221 | | 42.64 | Overnight Delivery FedEx | 484 |
| 698.001 | 12/21/2009 | AGL | U | B100 E211 | | 1,340.56 | Outside printing - Advance Digital Legal Services, LLC - 51767 | 501 |
| Subtotal for Transaction Date 12/21/2009 | | | | | Billable | 1,413.20 | | |
| 698.001 | 12/23/2009 | AGL | U | B122 E101 | 0.100 | 1.80 | Copying | 473 |
| Subtotal for Transaction Date 12/23/2009 | | | | | Billable | 1.80 | | |
| 698.001 | 12/28/2009 | AGL | U | B122 E101 | 0.100 | 37.10 | Copying | 474 |
| 698.001 | 12/28/2009 | AGL | U | B100 E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 492 |
| 698.001 | 12/28/2009 | AGL | U | B100 E211 | | 308.88 | Outside printing - Advance Digital Legal Services, LLC - 51813 | 502 |
| 698.001 | 12/28/2009 | AGL | U | B100 E210 | | 38.15 | US Postage # Digital Legal Services, LLC - 51813 | 503 |
| Subtotal for Transaction Date 12/28/2009 | | | | | Billable | 420.13 | | |
| **Total for Client ID 698.001** | | | | | Billable | 13,267.73 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| **GRAND TOTALS** | | | | | Billable | 13,267.73 | | |