## VERIFICATION

STATE OF ILLINOIS          )
                           ) SS:
COUNTY OF COOK             )

Kimberly D. Newmarch, after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant firm, Paul, Hastings, Janofsky & Walker LLP and am admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

_____
Kimberly D. Newmarch (DE 4340)

LEGAL_US_E # 86598680.2