# EXHIBIT A

## (Fee Statement)

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819724

PHJ&W Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2009 | $9,617.00 |
| Costs incurred and advanced | 13.00 |
| **Current Fees and Costs** | **$9,630.00** |
| **Total Balance Due** | **$9,630.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 86598680.2

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

January 25, 2010

Please refer to
Invoice Number: 1819724

Attn: David Eldersveld, Esq.
          Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2009 | $9,617.00 |
| Costs incurred and advanced | 13.00 |
| **Current Fees and Costs Due** | **$9,630.00** |
| **Total Balance Due** | **$9,630.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 86598680.2

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819724

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2009

**Post-Petition General Matter**                                   $9,617.00

## B110  Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/01/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/02/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/03/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/07/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/08/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/09/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

LEGAL_US_E # 86598680.2

Tribune Company                                                                                Page 2
75245-00001
Invoice No. 1819724

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/11/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/14/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/15/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/16/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/21/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/22/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/23/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/28/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/29/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                                    Page 3
75245-00001
Invoice No. 1819724

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/30/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 12/31/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| | | **Subtotal:  B110   Case Administration** | **2.10** | | **430.50** |

### B131   Sale of Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/23/09 | JSR6 | Review holdback escrow agreement regarding release of funds in escrow relating to sale of Southern Connecticut newspaper property (1.5) | 1.50 | 675.00 | 1,012.50 |
| | | **Subtotal:  B131   Sale of Real Estate** | **1.50** | | **1,012.50** |

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/01/09 | JBB3 | Work on supplemental conflict search (0.5) | 0.50 | 205.00 | 102.50 |
| 12/01/09 | RPR | Review October billing statement (0.8) | 0.80 | 320.00 | 256.00 |
| 12/02/09 | JBB3 | Prepare fifth supplemental affidavit of disinterestedness and exhibit (0.8) | 0.80 | 205.00 | 164.00 |
| 12/02/09 | RPR | Work on tenth monthly (October) fee application (1.7) and exhibits (1.3); forward same to K. Newmarch (0.1) | 3.10 | 320.00 | 992.00 |
| 12/02/09 | SSP2 | Review and revise supplemental affidavit of disinterestedness (0.3) | 0.30 | 425.00 | 127.50 |
| 12/02/09 | SSP2 | Review October fee application (0.5) | 0.50 | 425.00 | 212.50 |
| 12/03/09 | RPR | Revise tenth monthly (October) fee application (0.3); forward same to S. Park (0.1) | 0.40 | 320.00 | 128.00 |

Tribune Company                                                                                          Page 4
75245-00001
Invoice No. 1819724

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/03/09 | SSP2 | Review revised October fee application (0.1); forward same to K. Stickles for court filing (0.1) | 0.20 | 425.00 | 85.00 |
| 12/04/09 | HUJ | Work on response to fee examiner's preliminary report regarding Paul Hastings' second interim fee request (1.4); telephone call with J. Decker regarding same (0.1) | 1.50 | 475.00 | 712.50 |
| 12/06/09 | HUJ | Finalize draft response to fee auditor's preliminary report regarding Paul Hastings' second interim fee request (0.5); forward same to K. Newmarch (0.1) | 0.60 | 475.00 | 285.00 |
| 12/06/09 | KDN | Review and edit letter to fee auditor regarding initial report regarding Paul Hastings' second interim fee application (0.3) | 0.30 | 645.00 | 193.50 |
| 12/07/09 | HUJ | Review K. Newmarch's comments to draft response to fee examiner's report regarding Paul Hastings' second interim fee application (0.3) | 0.30 | 475.00 | 142.50 |
| 12/08/09 | HUJ | Amend draft response to fee examiner's report regarding Paul Hastings' second interim fee application per K. Newmarch's comments (0.3); correspondence with K. Newmarch regarding same (0.1) | 0.40 | 475.00 | 190.00 |
| 12/08/09 | JPB7 | Review draft response to fee auditor's report (0.3) | 0.30 | 550.00 | 165.00 |
| 12/09/09 | HUJ | Responsive email to K. Newmarch regarding draft response to fee examiner's report (0.1); finalize draft response to fee examiner's report regarding Paul Hastings' second interim fee application (2.8); correspondence with D. Perlman, R. Chesley (0.1) and K. Newmarch (x2) regarding same (0.2) | 3.20 | 475.00 | 1,520.00 |

Tribune Company                                                                      Page 5
75245-00001
Invoice No. 1819724

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/10/09 | HUJ | Further review response with K. Newmarch (0.3); revise response per K. Newmarch's comments (0.2); forward response to J. Decker (0.1) | 0.60 | 475.00 | 285.00 |
| 12/10/09 | JPB7 | Review omnibus fee order and exhibit (0.5) | 0.50 | 550.00 | 275.00 |
| 12/13/09 | SSP2 | Responsive email to J. Brown regarding fee application (0.2) | 0.20 | 425.00 | 85.00 |
| 12/14/09 | JBB3 | Review November billing statement (2.8) | 2.80 | 205.00 | 574.00 |
| 12/14/09 | JPB7 | Review billing statements for privilege (0.5) | 0.50 | 550.00 | 275.00 |
| 12/14/09 | KDN | Draft responsive email to J. Brown regarding November monthly fee application (0.1) | 0.10 | 645.00 | 64.50 |
| 12/15/09 | JBB3 | Review November billing statement (1.1) | 1.10 | 205.00 | 225.50 |
| 12/15/09 | KDN | Draft responsive email to J. Brown regarding Paul Hastings November monthly bills (0.1) | 0.10 | 645.00 | 64.50 |
| 12/16/09 | JBB3 | Prepare November 2009 fee application (0.5) | 0.50 | 205.00 | 102.50 |
| 12/17/09 | JBB3 | Revise November 2009 fee application (0.2) | 0.20 | 205.00 | 41.00 |
| 12/17/09 | SSP2 | Conference with J. Brown regarding edits to November fee application (0.1); review and comment on November fee application (0.8) | 0.90 | 425.00 | 382.50 |
| 12/18/09 | JBB3 | Revise November 2009 fee application (0.1) | 0.10 | 205.00 | 20.50 |
| 12/22/09 | SSP2 | Review November fee application (0.3); email same to K. Stickles for court filing (0.1) | 0.40 | 425.00 | 170.00 |
| 12/31/09 | JBB3 | Work on supplemental conflict check (1.0) | 1.00 | 205.00 | 205.00 |
| 12/31/09 | RPR | Update Tribune draft fourth interim fee application (0.4) | 0.40 | 320.00 | 128.00 |

Tribune Company                                                          Page 6
75245-00001
Invoice No. 1819724

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: B160   Fee/ Employment Applications** | **22.60** | | **8,174.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.50 | 675.00 | 1,012.50 |
| HUJ | Hilla U. Jimenez | ASSOCIATE | 6.60 | 475.00 | 3,135.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 1.30 | 550.00 | 715.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.50 | 645.00 | 322.50 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 2.50 | 425.00 | 1,062.50 |
| RPR | Ruth P. Rosen | PARALEGAL | 4.70 | 320.00 | 1,504.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 9.10 | 205.00 | 1,865.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$9,630.00** |
| **Total Balance Due** | **$9,630.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819725

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2009 | $948.00 |
| **Current Fees and Costs Due** | $948.00 |
| **Total Balance Due** | $948.00 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86598680.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                               January 25, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                         Please refer to
Chicago, IL 60611-4096                         Invoice Number: 1819725

Attn: David Eldersveld, Esq.                   PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

Legal fees for professional services
for the period ending December 31, 2009                      $948.00
          **Current Fees and Costs Due**                     $948.00
          **Total Balance Due**                              $948.00

**Wiring Instructions:**                       **Remittance Address:**
   Bank of America                             Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                           191 N. Wacker Drive
   CHIPS Address: 0959                         30th Floor
   SWIFT Address: BOFAUS3N                     Chicago, IL 60606
   100 West 33rd Street
   New York, New York 10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86598680.2

**Paul Hastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
           Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819725

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2009

**L.A. Times**                                                                                  $948.00

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/09 | DJP2 | Develop strategy for lot split and leases at LA Times building (0.8); telephone conference with S. Pater regarding same (0.4) | 1.20 | 790.00 | 948.00 |
| | **Subtotal:  B131   Sale of Real Estate** | | **1.20** | | **948.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.20 | 790.00 | 948.00 |

**Current Fees and Costs**                                          $948.00
**Total Balance Due**                                                 $948.00

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
  Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819726

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2009 | $1,782.00 |
| **Current Fees and Costs Due** | **$1,782.00** |
| **Total Balance Due** | **$1,782.00** |

**Wiring Instructions:**
 Bank of America
 ABA # 0260-0959-3
 CHIPS Address: 0959
 SWIFT Address: BOFAUS3N
 100 West 33rd Street
 New York, New York 10001
 Account Number: 14599-04796
 Account Name: Paul, Hastings, Janofsky & Walker LLP
 Comment: Please refer to the invoice number listed above.

**Remittance Address:**
 Paul, Hastings, Janofsky & Walker LLP
 191 N. Wacker Drive
 30th Floor
 Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86598680.2

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819726

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending December 31, 2009 .......................................... $1,782.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$1,782.00** |
| **Total Balance Due** | **$1,782.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86598680.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819726

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2009

**KTLA**                                                                            **$1,782.00**

## B131  Sale of Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/03/09 | PAR | Prepare email to S. Kalt (Hudson counsel) and S. Nock (lender counsel) regarding lender requested changes to lease amendment and subordination agreement (0.3) | 0.30 | 810.00 | 243.00 |
| 12/08/09 | PAR | Subordination agreement discussion with S. Kalt (Hudson counsel) (0.3) | 0.30 | 810.00 | 243.00 |
| 12/21/09 | PAR | Correspondence with S. Kalt (Hudson counsel) and S. Nock (lender counsel) regarding lender counsel comments to lease amendment and subordination agreement (0.3) | 0.30 | 810.00 | 243.00 |
| 12/28/09 | PAR | Prepare email to S. Pater regarding discussions with Hudson counsel and lender counsel in connection with lease amendment and subordination agreement (0.3) | 0.30 | 810.00 | 243.00 |

Tribune Company                                                      Page 2
75245-00013
Invoice No. 1819726

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/29/09 | PAR | Review notice from Chicago Title escrow regarding release of funds held in escrow on Tribune's behalf (0.2); review correspondence from S. Pater regarding same (0.2); review KTLA purchase agreement and escrow agreement regarding funds held in escrow (0.2); conference with F. Holley regarding release of funds held in escrow (0.2); prepare email to S. Pater regarding same (0.2) | 1.00 | 810.00 | 810.00 |
| | **Subtotal:  B131   Sale of Real Estate** | | **2.20** | | **1,782.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 2.20 | 810.00 | 1,782.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$1,782.00** |
| **Total Balance Due** | | **$1,782.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819727

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2009 | $110.00 |
| **Current Fees and Costs Due** | **$110.00** |
| **Total Balance Due** | **$110.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86598680.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819727

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2009 | $110.00 |
| **Current Fees and Costs Due** | **$110.00** |
| **Total Balance Due** | **$110.00** |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address: 0959
    SWIFT Address: BOFAUS3N
    100 West 33rd Street
    New York, New York  10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 86598680.2

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819727

PHJ&W Tax ID No. 95-2209675

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending December 31, 2009

**Stamford**                                                                              **$110.00**

**B241  Environmental Issues**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/23/09 | JPB7 | Review escrow agreement regarding environmental clean up (0.2) | 0.20 | 550.00 | 110.00 |
| | | **Subtotal:  B241  Environmental Issues** | **0.20** | | **110.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JPB7 | Justin P. Bender | ASSOCIATE | 0.20 | 550.00 | 110.00 |

|  |  |
|--|--|
| **Current Fees and Costs** | **$110.00** |
| **Total Balance Due** | **$110.00** |

**EXHIBIT B**

**(Expenses Statement)**

**EXPENSE SUMMARY**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $0.00 |
| Taxi/Ground Transportation | | $28.85 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $1.20 |
| Photocopy Charges ($0.10 per page) | | $13.00 |
| Outside Photocopying | | $0.00 |
| Facsimile | | $0.00 |
| **TOTAL** | | **$43.05** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819724

PHJ&W Tax ID No. 95-2209675

---

**DECEMBER 2009**

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 12/11/2009 | JBB3 | Photocopy Charges | 130 | 0.10 | 13.00 |
| | | **Total Costs** | | | **$13.00** |

LEGAL_US_E # 86598680.2

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

January 25, 2010

Please refer to
Invoice Number: 1819728

PHJ&W Tax ID No. 95-2209675

---

**DECEMBER 2009**

**SUMMARY SHEET**

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 12/14/2009 | DJP2 | Taxi/Ground Transportation - Taxi Affiliation Services, LLC Inv. #003805 dated 11/30/09, Passenger: J. Brown, 11/02/09, From/To: Office/Client (Round Trip); Taxi to client's office for execution of closing documents and return to office | | | 14.85 |
| 12/09/2009 | PHJW | Local -Taxi - J. Brown, 11/20/09, From/To: Client/Office; Return from delivering original promissory note to client | | | 7.00 |
| 12/09/2009 | PHJW | Local -Taxi - J. Brown, 11/20/09, From/To: Office/Client; Deliver original promissory note to client | | | 7.00 |
| 10/22/2009 | DJP2 | Long Distance Telephone Charges: 12/09 | | | 1.20 |
| | | **Total Costs** | | | **$30.05** |