# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** January 28, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rebecca Butcher | Landis Rath & Cobb | Off. Comm. Unsec. Creditors |
| Doug Deutsch | Chadbourne & Parke | " |
| Marc Ashley | Chadbourne & Parke | " |
| Norm Pernick | Cole Schotz | Tribune Company |
| Jason Cornell | Fox Rothschild | Donna Gutman |
| Paul Sloan | Richards Layton | JP Morgan Chase |
| Guy Neal | Sidley Austin LLP | Tribune |
| Kevin Lantry | Sidley Austin LLP | Tribune |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 01/28/2010
Calendar Time: 10:00 AM

1st Revision 01/27/2010 12:57 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3320742 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3320755 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3320792 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3320766 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3316281 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3316274 | Eli Vonnegut | 650-752-2000 | Davis Polk & Wardwell, LLP | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3320778 | Gary Weitman | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

Raymond Reyes                                                                 CourtConfCal2007