# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING SECOND QUARTERLY APPLICATION OF
## JENNER & BLOCK LLP

Stuart Maue, fee examiner in the above-referenced matter, submits this final report with respect to the Second Quarterly Application of Jenner & Block LLP for the period from March 1, 2009, through May 31, 2009 ("Application"), seeking approval of fees that total $448,140.64 and reimbursement of expenses that total $11,721.03. Jenner & Block LLP ("Jenner") is special counsel to the debtors for litigation matters.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Background

1.       Stuart Maue reviewed the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.       This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees are displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed but not underlined.

3.       Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.       Stuart Maue prepared and submitted a preliminary report to Jenner, and the firm provided a written response. After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings

### Recomputation of Fees and Expenses

5.      Jenner's Application states that Equity Group Investments, LLC ("EGI") is responsible for paying one-fourteenth (1/14) of the legal fees and expenses due to Jenner on account of its representation of the Debtors in the *Neil* Litigation (but not any other matters).  Thus, Jenner reduced its fee request by $15,330.36 and its expense request by $292.34, representing one-fourteenth of the fees and expenses invoiced to the *Neil* Litigation.

6.      After factoring in the EGI adjustment, Stuart Maue identified a discrepancy between the fees requested and fees represented on the Jenner invoices.  Stuart Maue's recomputation of fees revealed that the requested fee amount is $1,677.50 greater than the computed fee amount.  The discrepancy is due to task hours within certain entries that do not equal the time billed for the entries as a whole, as displayed in Exhibit A.  We identified no discrepancy with the expenses in the Application. The figures in this report and the accompanying exhibits reflect the fees and expenses computed by Stuart Maue.

Stuart Maue recommends a fee reduction in the amount of $1,677.50 as a result of the mathematical discrepancy displayed in Exhibit A.

### Review of Fees

7.      **Firm Staffing.**  The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11."  The Application provided the names, positions, and hourly rates of the Jenner professionals and paraprofessionals who billed to this matter.  The matter was staffed with  45 professionals  and  paraprofessionals,  consisting of  14 partners,  14 associates,

9 paralegals and project assistants, and 8 timekeepers described as "Litigation Support and Database Technology." A summary of hours and fees billed by each timekeeper is displayed in Exhibit B.

The firm invoiced a total of 972.60 hours with associated fees of $461,793.50.[2] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 256.30 | 26% | $186,042.00 | 40% |
| Associate | 589.20 | 61% | 246,372.50 | 53% |
| Paralegal | 99.70 | 10% | 21,844.00 | 5% |
| Litigation Support/Database Technology | 27.40 | 3% | 7,535.00 | 2% |
| TOTAL | 972.60 | 100% | $461,793.50 | 100% |

The blended hourly rate for the Jenner professionals is $511.43 and the blended hourly rate for professionals and paraprofessionals is $474.80.

8.    **Hourly Rate Increases.** During this interim period, the rates of certain Jenner timekeepers increased effective January 1, 2009, in accord with the firm's previous explanation in regard to its procedures for implementing periodic adjustments in billing rates.

9.    **Transient Timekeepers.** The activities of timekeepers whose participation appears to be limited and sporadic may be questionable if the value of their involvement and necessity of their contribution is unclear. From a review of the activities performed by these timekeepers, considering their minimal involvement in the case, it appears as though their participation may have been unnecessary and potentially duplicative of other billers' roles. The potentially transient timekeepers' billing entries were displayed in Exhibit C to the preliminary report and totaled 15.90 hours with $8,834.50 in associated fees. Stuart Maue requested that Jenner provide additional information regarding the necessity of the timekeepers' billing activities.

In response to the preliminary report, Jenner provided an explanation of the role of each potentially transient timekeeper and additional context regarding his/her contribution to the matter.

---

[2] This amount reflects the fees computed by Stuart Maue.

Given the additional information provided by the firm, Stuart Maue makes no recommendation for a fee reduction, and Exhibit C is omitted from this report.

10.     **Complete and Detailed Task Descriptions.**  Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary."  The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity.  Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference."  Contrary to the requirements of the Local Rules and the Guidelines, certain activity descriptions in the Application were not sufficiently detailed.

a.     **Vaguely Described Conferences.**  Stuart Maue identified a number of billing entries for conferences that did not include the name of the person(s) with whom the communication was held and/or the subject or purpose of the communication.  The entries, totaling 5.60 hours with $3,770.50 in associated fees, were identified as vaguely described conferences and displayed in Exhibit D to the preliminary report.  Stuart Maue makes no recommendation for a fee reduction resulting from the entries, and Exhibit D is omitted from this report.

b.     **Other Vaguely Described Activities.**  Activity descriptions for the review of documents and correspondence should identify the document or the person/party who prepared the document or correspondence and its subject matter.  Activity descriptions for legal research should include the issues researched and the purpose of the research.  The Application included several redacted time entries that did not display sufficient detail.  Examples include:  "Researched," "Researched and reviewed," "Drafted" and "Reviewed."  The entries totaled 102.60 hours with $46,435.00 in associated fees and were displayed in Exhibit E to the preliminary report.  Stuart Maue

requested that Jenner provide additional detail for the entries in the exhibit and all entries in future applications.

In response to the preliminary report, Jenner provided the unredacted time entries. Provided with the additional detail, Stuart Maue makes no recommendation for a fee reduction and Exhibit E is omitted from this report. Stuart Maue requests that in the future Jenner provide under separate cover the complete description for any time entries that are redacted in the firm's fee applications.

11.    **Block Billing.**  The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). A few of the Jenner time entries were block billed (17.00 hours and $7,959.50 in fees; displayed in Exhibit F to the preliminary report). Stuart Maue requested that Jenner bill each discrete activity separately in future applications. Stuart Maue makes no recommendation for a fee reduction due to block billed entries, and Exhibit F is omitted from this report.

12.    **Conferences, Hearings, and Other Events.**  Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994).

a.    **Nonfirm Conferences, Hearings, and Events.**  Stuart Maue identified occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or other event. Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 21.80 hours with $15,170.00 in associated fees, were displayed in Exhibit G to the preliminary report.

In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference).    The potentially duplicative and unnecessary timekeepers' entries total 12.30 hours with $7,150.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  Stuart Maue requested that the firm provide a brief explanation of the necessity of the multiple billers and their respective roles.

In response to the preliminary report, Jenner provided additional context for the meetings/events and the necessity of the various timekeepers.   Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction resulting from multiple attendance.  Exhibit G is omitted from this report.

**b.**     **Intraoffice Conferences.**     Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The fees billed by Jenner for intraoffice conferences total 74.65 hours with $43,315.00 in associated fees, which computes to approximately 9% of the total fees requested in the Application.  The entries were displayed in Exhibit H to the preliminary report.  In many instances, two or more firm professionals and/or paraprofessionals billed to attend the same internal conference, totaling 38.50 hours with $22,860.50 in associated fees.  The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold and marked with an ampersand [&] in the exhibit.  Stuart Maue requested that the firm provide a brief explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the preliminary report, Jenner divided the intraoffice conferences into categories based on the subject matter involved and provided additional information and context for the necessity of the internal communications.  Given the additional information provided by the firm, Stuart Maue makes no recommendation for a fee reduction resulting from intraoffice conferences. Exhibit H is omitted from this report.

13.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries or support personnel.  Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying.  Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  "Fees for services that are purely clerical, ministerial, or administrative should be disallowed."  *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989).  In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case.  The entries describing clerical activities were displayed in Exhibit I to the preliminary report and total 78.60 hours with $17,358.00 in associated fees.  The preliminary report stated that, pending additional information from the firm, it is Stuart Maue's intent to recommend that the entries be paid at the rate of $80.00 per hour.

Jenner provided no response regarding the time entries describing clerical activities.  Accordingly, Stuart Maue recommends a fee reduction in the amount of $11,070.00 resulting from adjusting the entries set forth in Exhibit I to this report to a rate of $80.00 per hour.

14.    **Travel.**  Local Rule 2016-2 (d)(viii) provides that nonworking travel time "may be billed at no more than 50% of regular hourly rates."  The Application included one time entry describing working travel, and no time entries describing nonworking travel.

15.    **Jenner Retention/Compensation.**  Stuart Maue reviewed and identified entries related to the firm's retention and compensation.  Jenner billed 66.05 hours with associated fees of $23,596.00 to prepare the firm's applications for compensation, which computes to approximately 5% of the total fees billed by the firm.  The fee entries identified as retention/compensation activities were displayed in

Exhibit J to the preliminary report; the exhibit is omitted from this report as Stuart Maue makes no recommendation for a fee reduction resulting from the retention/compensation activities.

**Review of Expenses**

16.    **Complete and Detailed Itemization of Expenses.**    The Guidelines in Section II.E.3 provide that factors relevant to a determination that the expense is proper include "Whether applicant as provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." Jenner provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

17.    **Photocopies.**   Local Rule 2016-2 (e)(iii) provides that copying charges shall not exceed $0.10 per page.   Jenner stated in the Application that the firm's rate for duplication was $0.08 per page.   From the descriptions provided, it is unclear which entries were internal photocopies billed at a rate of $0.08 per page and which charges resulted from an outside vendor.   In addition, the Application did not provide a per-page rate associated with the charges described as "Network Printing."   Stuart Maue requested that Jenner provide additional information explaining the expenses displayed in Exhibit K to the preliminary report.

In response, Jenner stated that while there was a time at the beginning of 2009 the firm charged $0.08 per page, the current charge is $0.09 per page for all copies whether printed or otherwise.   As the per-page rate is within the limits of the Local Rules, Stuart Maue makes no recommendation for an expense reduction and Exhibit K is omitted from this report.

18.    **Computer-Assisted Legal Research.**    Local Rule 2016-2 (e)(iii) provides that computer-assisted legal research charges shall not be more than the actual cost.   The firm invoiced

-9-
Jenner Final Report – Second Quarterly Application
Case No. 08-13141 (KJC)

$9,451.83 for computer-assisted legal research. The Application stated: "With respect to legal research expenses, charges to Jenner by Lexis/Nexis and Westlaw are based on the actual number and scope of searches." Stuart Maue makes no recommendation for an expense reduction resulting from computer-assisted legal research.

19. **In-City Transportation.** Jenner requested reimbursement of $172.00 for expenses described only as "In-City Transportation." Stuart Maue requested that Jenner provide an explanation for the purpose of the transportation charges displayed in Exhibit L to the preliminary report.

Jenner provided no response to the inquiry regarding the transportation charge. Accordingly, as the charge appears to constitute firm overhead, Stuart Maue recommends an expense reduction in the amount of $172.00. The charges are set forth in Exhibit L.

### Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above. Stuart Maue recommends the approval of fees in the amount of $435,393.14 ($448,140.64 minus $12,747.50) and reimbursement of expenses in the amount of $11,549.03 ($11,721.03 minus $172.00) for the period from March 1, 2009, through May 31, 2009. A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

**APPENDIX A**

**JENNER & BLOCK LLP**

**SUMMARY OF FINDINGS**

**Second Quarterly Application (March 1, 2009 through May 31, 2009)**

**A.**    **Amounts Requested and Computed**

| | | |
|---|---:|---:|
| Fees Requested | $448,140.64 | |
| Expenses Requested | 11,721.03 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $459,861.67 |
| | | |
| Fees Computed | $461,793.50 | |
| Expenses Computed | 12,013.37 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $473,806.87 |
| | | |
| Discrepancy in Fees (Due to Task Hours) | $  1,677.50 | |
| Fees to be Paid by EGI | (15,330.36) | |
| Expenses to be Paid by EGI | (292.34) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($  13,945.20) |

**B.**    **Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---:|---:|
| Fees Requested | $448,140.64 | |
| *Recommended Reduction for Discrepancy in Fees* | *($  1,677.50)* | |
| *Recommended Reduction for Clerical Activities* | *(11,070.00)* | |
| Subtotal | *($12,747.50)* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $435,393.14 |
| | | |
| Expenses Requested | $11,721.03 | |
| *Recommended Reduction for In-City Transportation* | *($    172.00)* | |
| Subtotal | *($    172.00)* | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 11,549.03 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $446,942.17 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 29th day of January, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

David J. Bradford, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

John L. Decker, Esq.

**EXHIBIT A**
**Discrepancy Schedule**
**Jenner & Block LLP**

| Invoice Number | Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | |
| 9127885 | Insurance Advice | Greenwald | 01/05/09 | $600.00 | 6.20 | 6.00 | 3,720.00 | 3,600.00 | 0.20 | $   120.00 |
| 9127885 | Insurance Advice | Greenwald | 01/13/09 | $600.00 | 3.00 | 2.00 | 1,800.00 | 1,200.00 | 1.00 | 600.00 |
| 9133092 | DOL Subpoena | Sondgeroth | 03/19/09 | $525.00 | 2.00 | 1.50 | 1,050.00 | 787.50 | 0.50 | 262.50 |
| 9135767 | Morgan Stanley Swap | McNally | 04/22/09 | $325.00 | 11.30 | 8.20 | 3,672.50 | 2,665.00 | 3.10 | 1,007.50 |
| 9135767 | Morgan Stanley Swap | McNally | 04/30/09 | $325.00 | 6.60 | 6.30 | 2,145.00 | 2,047.50 | 0.30 | 97.50 |
| | | | | | | | | **Total Overcharges** | **5.10** | **$ 2,087.50** |
| **Undercharges** | | | | | | | | | | |
| 9135766 | Fee Application | Matlock | 04/14/09 | $270.00 | 2.00 | 3.00 | 540.00 | 810.00 | (1.00) | $   (270.00) |
| 9138377 | ESOP/Stay Issues | Levenstam | 05/18/09 | $700.00 | 0.50 | 0.70 | 350.00 | 490.00 | (0.20) | (140.00) |
| | | | | | | | | **Total Undercharges** | **(1.20)** | **$   (410.00)** |
| | | | | | | | | **Net Total Discrepancy** | **3.90** | **$ 1,677.50** |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Jenner & Block LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| DJB | Bradford, David J. | PARTNER | $800.00 | $875.00 | 80.60 | $70,487.50 |
| DMG | Greenwald, David M. | PARTNER | $600.00 | $600.00 | 47.00 | $28,200.00 |
| MZH | Hankin, Marc B. | PARTNER | $725.00 | $725.00 | 34.20 | $24,795.00 |
| CS | Steege, Catherine | PARTNER | $725.00 | $725.00 | 27.30 | $19,792.50 |
| BL | Levenstam, Barry | PARTNER | $700.00 | $700.00 | 18.90 | $13,230.00 |
| ASA | Amert, Amanda S. | PARTNER | $540.00 | $540.00 | 21.30 | $11,502.00 |
| LPE | Ellsworth, Larry P. | PARTNER | $700.00 | $700.00 | 13.40 | $9,380.00 |
| DLB | Berman, Debbie L. | PARTNER | $625.00 | $625.00 | 6.70 | $4,187.50 |
| JL | Leon, Jorge M. | PARTNER | $595.00 | $595.00 | 2.50 | $1,487.50 |
| MRP | Pinciak, Monica R. | PARTNER | $545.00 | $545.00 | 2.00 | $1,090.00 |
| CCM | Martin, Craig C. | PARTNER | $850.00 | $850.00 | 1.00 | $850.00 |
| WLS | Scogland, William L. | PARTNER | $800.00 | $800.00 | 0.90 | $720.00 |
| VEL | Lazar, Vincent E. | PARTNER | $700.00 | $700.00 | 0.30 | $210.00 |
| CJR | Rozycki, Carla J. | PARTNER | $550.00 | $550.00 | 0.20 | $110.00 |

No. of Billers for Position: 14          Blended Rate for Position: $725.88          256.30          $186,042.00

% of Total:  26.35%          % of Total:  40.29%

| DAS | Sondgeroth, Douglas A. | ASSOCIATE | $470.00 | $525.00 | 125.80 | $65,962.50 |
| MMH | Hinds, Melissa M. | ASSOCIATE | $445.00 | $495.00 | 116.00 | $56,785.00 |
| EPK | Kelly, Eamon P. | ASSOCIATE | $325.00 | $325.00 | 97.30 | $31,622.50 |
| SRM | McNally, Sarah R. | ASSOCIATE | $325.00 | $325.00 | 88.00 | $28,600.00 |
| DHH | Hixson, David H. | ASSOCIATE | $400.00 | $400.00 | 47.70 | $19,080.00 |
| SEB | Biller, Sofia E. | ASSOCIATE | $325.00 | $325.00 | 57.20 | $18,590.00 |
| WAT | Thomson, Wade A. | ASSOCIATE | $410.00 | $475.00 | 30.60 | $14,489.50 |
| JR | Rafsky, Joshua | ASSOCIATE | $435.00 | $435.00 | 9.30 | $4,045.50 |
| EXL | Liebschutz, Elizabeth | ASSOCIATE | $370.00 | $370.00 | 6.00 | $2,220.00 |
| SM | Mavrothalasitis, Spiridoula | ASSOCIATE | $475.00 | $475.00 | 3.60 | $1,710.00 |
| SBW | Wilkens, Scott B. | ASSOCIATE | $525.00 | $525.00 | 2.30 | $1,207.50 |
| MAH | Hoffman, Michael A. | ASSOCIATE | $400.00 | $400.00 | 3.00 | $1,200.00 |
| LSR | Raiford, Landon S. | ASSOCIATE | $325.00 | $325.00 | 1.90 | $617.50 |
| AJO | Olejnik, Andrew J. | ASSOCIATE | $485.00 | $485.00 | 0.50 | $242.50 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Jenner & Block LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 14 | Blended Rate for Position: | $418.15 | | 589.20 | $246,372.50 |
| | | | | | % of Total: 60.58% | % of Total: 53.35% |
| MHM | Matlock, Michael H. | PARALEGAL | $270.00 | $270.00 | 25.90 | $6,993.00 |
| PXR | Ramos, Panagiota | PARALEGAL | $170.00 | $170.00 | 37.60 | $6,392.00 |
| DKM1 | Morgan, Daniel K. | PARALEGAL | $220.00 | $230.00 | 18.80 | $4,319.00 |
| SKM | McGee, Shawn K. | PARALEGAL | $270.00 | $270.00 | 9.30 | $2,511.00 |
| MXP | Patterson, Marc A. | PARALEGAL | $170.00 | $170.00 | 4.40 | $748.00 |
| DKM | Morgan, David K. | PARALEGAL | $230.00 | $230.00 | 2.70 | $621.00 |
| LAR | Ross, Lisa A. | PARALEGAL | $260.00 | $260.00 | 0.50 | $130.00 |
| MER | Ruddy, Mary E. | PARALEGAL | $260.00 | $260.00 | 0.30 | $78.00 |
| TJP | Peavler, Tricia J. | PARALEGAL | $260.00 | $260.00 | 0.20 | $52.00 |
| | No. of Billers for Position: 9 | Blended Rate for Position: | $219.10 | | 99.70 | $21,844.00 |
| | | | | | % of Total: 10.25% | % of Total: 4.73% |
| ATG | Applied Tech Support, Group | LIT SUPP/DB TEC | $275.00 | $275.00 | 9.50 | $2,612.50 |
| LIM | Manheimer, Lori L. | LIT SUPP/DB TEC | $275.00 | $275.00 | 6.30 | $1,732.50 |
| RRO | Ohton Jr., Robert R. | LIT SUPP/DB TEC | $275.00 | $275.00 | 4.00 | $1,100.00 |
| ZM | Master, Zulaikha | LIT SUPP/DB TEC | $275.00 | $275.00 | 2.60 | $715.00 |
| DG | Gardner, Daryl | LIT SUPP/DB TEC | $275.00 | $275.00 | 2.30 | $632.50 |
| DXW | Wirkiroski, David | LIT SUPP/DB TEC | $275.00 | $275.00 | 1.20 | $330.00 |
| WRW | Wettstein, Wendell R. | LIT SUPP/DB TEC | $275.00 | $275.00 | 1.00 | $275.00 |
| JA | Anderson, Jennifer | LIT SUPP/DB TEC | $275.00 | $275.00 | 0.50 | $137.50 |
| | No. of Billers for Position: 8 | Blended Rate for Position: | $275.00 | | 27.40 | $7,535.00 |
| | | | | | % of Total: 2.82% | % of Total: 1.63% |
| | Total No. of Billers: 45 | Blended Rate for Report: | $474.80 | | 972.60 | $461,793.50 |

EXHIBIT I

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Anderson, J | 0.50 | 137.50 |
| Applied Tech Support, G | 9.50 | 2,612.50 |
| Gardner, D | 2.30 | 632.50 |
| Manheimer, L | 6.30 | 1,732.50 |
| Master, Z | 2.60 | 715.00 |
| McGee, S | 0.80 | 216.00 |
| Morgan, D | 2.70 | 621.00 |
| Morgan, D | 16.80 | 3,859.00 |
| Ohton Jr., R | 4.00 | 1,100.00 |
| Ramos, P | 32.10 | 5,457.00 |
| Wettstein, W | 1.00 | 275.00 |
| | 78.60 | $17,358.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| DOL Subpoena | 29.20 | 7,745.00 |
| ESOP/Stay Issues | 46.30 | 8,905.00 |
| Insurance Advice | 3.10 | 708.00 |
| | 78.60 | $17,358.00 |

EXHIBIT I  PAGE 1 of 9

EXHIBIT I

CLERICAL ACTIVITIES

Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 12/19/08 Fri | Morgan, D 912655-INA/4 | 0.50 | 0.50 | 110.00 | | | *MATTER NAME: Insurance Advice*<br>1 {L140} {A100} REVIEWED FILES [REDACTED]. |
| 01/09/09 Fri | Morgan, D 912788-INA/30 | 1.00 | 1.00 | 230.00 | 0.30<br>0.10<br>0.30<br>0.30 | F<br>F<br>F<br>F | *MATTER NAME: Insurance Advice*<br>1 {L140} {A110} PREPARED COPIES OF [REDACTED] (.3);<br>2 UPLOADED DOCUMENTS TO SHAREPOINT SITE (.1);<br>3 ENTERED DATA INTO SHAREPOINT SITE (.3);<br>4 UPDATED CONCORDANCE CASE FILE INDEX AND HARD COPY FILES (.3). |
| 01/13/09 Tue | Morgan, D 912788-INA/34 | 1.30 | 1.30 | 299.00 | 0.30<br>0.20<br>0.50<br>0.10<br>0.20 | F<br>F<br>F<br>F<br>F | *MATTER NAME: Insurance Advice*<br>1 {L140} {A110} ADDED DOCUMENTS TO CASE FILES (.3);<br>2 ORGANIZED [REDACTED] (.2);<br>3 PRINTED [REDACTED] FOR CASE FILE INCLUSION (.5);<br>4 UPLOADED DOCUMENTS TO SHAREPOINT SITE (.1);<br>5 UPDATED CORRESPONDENCE FILE (.2). |
| 01/14/09 Wed | Morgan, D 912788-INA/38 | 0.30 | 0.30 | 69.00 | | | *MATTER NAME: Insurance Advice*<br>1 {L140} {A110} ORGANIZED [REDACTED] AND ADDED TO CASE FILES. |
| 03/02/09 Mon | Ramos, P 913489-ESI/173 | 2.00 | 2.00 | 340.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1 {L140} {A110} ORGANIZED AND ASSEMBLED TRIBUNE INSURANCE POLICIES BINDER PER S. MCGEE REQUEST. |
| 03/05/09 Thu | Morgan, D 913489-ESI/186 | 0.50 | 0.50 | 115.00 | 0.10<br>0.10<br>0.10<br>0.10<br>0.10 | F<br>F<br>F<br>F<br>F | *MATTER NAME: ESOP/Stay Issues*<br>1 {L140} {A110} UPLOADED DOCUMENTS FROM NDIL COURT WEBSITE (.1);<br>2 UPLOADED DOCUMENTS TO SHAREPOINT SITE (.1);<br>3 ENTERED DATA INTO SHAREPOINT SITE (.1);<br>4 UPDATED SHAREPOINT CALENDAR (.1);<br>5 UPDATED COURT FILE BINDER (.1). |
| 03/10/09 Tue | McGee, S 913489-ESI/219 | 0.80 | 0.80 | 216.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1 {L140} {A110} GATHERED AND ORGANIZED TRIBUNE BYLAWS FOR ATTORNEY REVIEW. |
| 03/10/09 Tue | Morgan, D 913489-ESI/213 | 0.20 | 0.20 | 46.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1 {L140} {A100} REVIEWED CASE FILES AND SHAREPOINT SITE FOR TRIBUNE BYLAWS. |
| 03/11/09 Wed | Morgan, D 913489-ESI/227 | 0.30 | 0.30 | 69.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1 {L140} {A110} REVIEWED AND ORGANIZED CORRESPONDENCE AND COURT FILE DOCUMENTS. |
| 03/13/09 Fri | Ramos, P 913489-ESI/257 | 1.50 | 1.50 | 255.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1 {L140} {A110} UPDATED COURT FILE, EMAIL CORRESPONDENCE FILE, TRIBUNE BY-LAWS SUBJECT FILE, ESOP/STAY ISSUES SUBJECT FILE AND SHAREPOINT SITE. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 2 of 9

EXHIBIT I
CLERICAL ACTIVITIES
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/16/09 Mon | Morgan, D 913489-ESI/262 | 0.50 | 0.50 | 115.00 | 0.30 0.20 | F F | 1 2 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} DOWNLOADED DOCUMENTS FROM PACER AND PREPARED SAME FOR DELIVERY TO JUDGE AS COURTESY COPIES (.3); ORGANIZED COURT FILE DOCUMENTS (.2). |
| 03/17/09 Tue | Ramos, P 913489-ESI/268 | 0.50 | 0.50 | 85.00 | | | 1 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} UPDATED CORRESPONDENCE FILE AND SHAREPOINT SITE. |
| 03/18/09 Wed | Ramos, P 913489-ESI/273 | 3.00 | 3.00 | 510.00 | 1.70 1.00 0.30 | F F F | 1 2 3 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} GATHERED, ORGANIZED AND ASSEMBLED CIVIL COURT FILE AND BANKRUPTCY COURT FILE BINDER RE PLEADINGS FILED ON MARCH 13, 2009 (1.7); CREATED INDICES RE SAME (1.0); UPDATED CORRESPONDENCE FILE AND SHAREPOINT (.3). |
| 03/19/09 Thu | Morgan, D 913489-ESI/277 | 0.30 | 0.30 | 69.00 | | | 1 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} ORGANIZED ELECTRONIC DOCUMENTS. |
| 03/19/09 Thu | Ramos, P 913489-ESI/278 | 3.50 | 3.50 | 595.00 | 1.30 1.40 0.80 | F F F | 1 2 3 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} ORGANIZED AND ASSEMBLED AIRCRAFT LEASES AND LIZARD INVESTORS LEASE (1.3); SEARCHED AND RETRIEVED GREATBANC/TRIBUNE AGREEMENTS AND ESOP DOCUMENTS PER S. MCGEE REQUEST (1.4); UPDATED CORRESPONDENCE FILE AND SHAREPOINT SITE (.8). |
| 03/20/09 Fri | Manheimer, L 913309-DOL/98 | 1.30 | 1.30 | 357.50 | 1.00 0.30 | F F | 1 2 | *MATTER NAME: DOL Subpoena* {L140} {A105} MET WITH S. MCGEE RE CREATION OF REVIEW DATABASE AND PROCESSING OF DOCUMENTS FOR SAME (1.0); COORDINATED WITH DATA TEAM PROCESSING OF SAME (.3). |
| 03/20/09 Fri | Ohton Jr., R 913309-DOL/100 | 3.00 | 3.00 | 825.00 | | | 1 | *MATTER NAME: DOL Subpoena* {L140} {A110} LOADED CLIENT DOCUMENT REVIEW DATA INTO CONCORDANCE DATABASE FOR ATTORNEY REVIEW. |
| 03/20/09 Fri | Ramos, P 913309-DOL/99 | 2.50 | 2.50 | 425.00 | 2.00 0.50 | F F | 1 2 | *MATTER NAME: DOL Subpoena* {L140} {A110} ORGANIZED AND ASSEMBLED DOCUMENTS RELATING TO TRIBUNE SUBPOENA INVESTIGATION (2.0); UPDATED SUBJECT FILES AND CASE FILE INDEX WITH ALL DOCUMENTS RECEIVED (.5). |
| 03/21/09 Sat | Anderson, J 913309-DOL/101 | 0.50 | 0.50 | 137.50 | | | 1 | *MATTER NAME: DOL Subpoena* {L140} {A110} PERFORMED QUALITY CHECK ON DATA LOADS. |
| 03/21/09 Sat | Ramos, P 913489-ESI/286 | 4.50 | 4.50 | 765.00 | | | 1 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} UPDATED CORRESPONDENCE FILE, EMAIL CORRESPONDENCE FILE, COURT FILE AND SHAREPOINT SITE. |
| 03/23/09 Mon | Manheimer, L 913309-DOL/107 | 2.00 | 2.00 | 550.00 | 1.00 0.50 0.50 | F F F | 1 2 3 | *MATTER NAME: DOL Subpoena* {L140} {A110} PERFORMED QUALITY CONTROL FOR RECENT DATABASE LOADS (1.0); COORDINATED LOADING ADDITIONAL DOCUMENTS PER S. MCGEE' REQUEST (.5); POPULATED DATABASE TAGS WITH KEY DOCUMENTS (.5). |
| 03/23/09 Mon | Master, Z 913309-DOL/110 | 0.30 | 0.30 | 82.50 | 0.20 0.10 | F F | 1 2 | *MATTER NAME: DOL Subpoena* {L140} {A110} PERFORMED LEVEL TWO QUALITY CHECK ON DATA LOAD (.2); COORDINATED WITH R. OHTON (.1). |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 3 of 9

EXHIBIT I
CLERICAL ACTIVITIES
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 03/23/09 Mon | Morgan, D 913489-ESI/296 | 0.30 | 0.30 | 69.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1  {L140 } {A110} REVIEWED CORRESPONDENCE AND FORWARDED FOR FILE AND SHAREPOINT INCLUSION. |
| 03/23/09 Mon | Ramos, P 913489-ESI/299 | 2.00 | 2.00 | 340.00 | 0.60<br>0.80<br>0.60 | F<br>F<br>F | *MATTER NAME: ESOP/Stay Issues*<br>1  {L140 } {A110} GATHERED AND ORGANIZED INSURANCE POLICY DOCUMENTS TO BE SCANNED AND ADDED TO SHAREPOINT SITE (.6):<br>2  UPDATED COURT FILE AND SHAREPOINT (.8):<br>3  UPDATED SUBJECT FILE RE ESOP/STAY ISSUES AND CASE FILE INDEX (.6). |
| 03/23/09 Mon | Wettstein, W 913309-DOL/109 | 0.70 | 0.70 | 192.50 | | | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} LOADED, FORMATTED, AND ORGANIZED ELECTRONIC DOCUMENTS INTO CLIENT DOCUMENT REVIEW DATABASE. |
| 03/24/09 Tue | Manheimer, L 913309-DOL/114 | 1.30 | 1.30 | 357.50 | 1.00<br>0.30 | F<br>F | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} PERFORMED QUALITY CONTROL FOR RECENT DATABASE LOADS (1.0):<br>2  COORDINATED WITH DATA TEAM RE LOADING ADDITIONAL DOCUMENTS PER S. MCGEE'S REQUEST (.3). |
| 03/24/09 Tue | Master, Z 913309-DOL/116 | 0.50 | 0.50 | 137.50 | 0.30<br>0.20 | F<br>F | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} PERFORMED LEVEL TWO QUALITY CHECK ON DATA LOAD (.3):<br>2  COORDINATED WITH W. WETTSTEIN (.2). |
| 03/24/09 Tue | Wettstein, W 913309-DOL/115 | 0.30 | 0.30 | 82.50 | | | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} LOADED, FORMATTED, AND ORGANIZED ELECTRONIC DOCUMENTS INTO CLIENT DOCUMENT REVIEW DATABASE. |
| 03/25/09 Wed | Master, Z 913309-DOL/121 | 0.50 | 0.50 | 137.50 | 0.40<br>0.10 | F<br>F | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} PERFORMED LEVEL TWO QUALITY CHECK ON DOCUMENT LOAD (.4):<br>2  COORDINATED WITH R. OHTON (.1). |
| 03/25/09 Wed | Morgan, D 913489-ESI/314 | 0.30 | 0.30 | 69.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1  {L140 } {A110} ORGANIZED ELECTRONIC CORRESPONDENCE FILES. |
| 03/25/09 Wed | Ohton Jr., R 913309-DOL/119 | 0.50 | 0.50 | 137.50 | | | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} EXTRACTED DATA AND LOADED SAME INTO CLIENT DOCUMENT REVIEW CONCORDANCE DATABASE. |
| 03/27/09 Fri | Manheimer, L 913309-DOL/133 | 0.80 | 0.80 | 220.00 | 0.60<br>0.20 | F<br>F | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} PERFORMED QUALITY CONTROL FOR RECENT DATABASE LOADS (.6):<br>2  COORDINATED WITH DATA TEAM RE LOADING ADDITIONAL DOCUMENTS PER S. MCGEE'S REQUEST (.2). |
| 03/27/09 Fri | Morgan, D 913489-ESI/331 | 0.30 | 0.30 | 69.00 | | | *MATTER NAME: ESOP/Stay Issues*<br>1  {L140 } {A110} ORGANIZED ELECTRONIC FILES AND FORWARDED FOR FILE INCLUSION. |
| 03/27/09 Fri | Ohton Jr., R 913309-DOL/135 | 0.50 | 0.50 | 137.50 | | | *MATTER NAME: DOL Subpoena*<br>1  {L140 } {A110} EXTRACTED DATA AND LOADED SAME INTO THE CLIENT DOCUMENT REVIEW CONCORDANCE DATABASE. |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 4 of 9

EXHIBIT I
CLERICAL ACTIVITIES
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/28/09 Sat | Master, Z 913309-DOL/137 | 0.50 | 0.50 | 137.50 | 0.40 0.10 | F F | 1 2 | MATTER NAME: DOL Subpoena {L140}{A110} PERFORMED LEVEL TWO QUALITY CHECK ON CONVERSION LOAD (.4); COORDINATED WITH R. OHTON (.1). |
| 03/30/09 Mon | Gardner, D 913309-DOL/142 | 2.30 | 2.30 | 632.50 | 2.00 0.10 0.20 | F F F | 1 2 3 | MATTER NAME: DOL Subpoena {L140}{A110} ORGANIZED CLIENT DOCUMENT REVIEW DATABASE (2.0); GENERATED PRODUCTION (.1); PERFORMED QUALITY CHECKS (.2). |
| 03/31/09 Tue | Manheimer, L 913309-DOL/155 | 0.90 | 0.90 | 247.50 | 0.60 0.30 | F F | 1 2 | MATTER NAME: DOL Subpoena {L140}{A110} PERFORMED QUALITY CONTROL FOR DOCUMENT PRODUCTION (.6); PREPARED CD-ROMS FOR SAME (.3). |
| 03/31/09 Tue | Master, Z 913309-DOL/158 | 0.80 | 0.80 | 220.00 | 0.70 0.10 | F F | 1 2 | MATTER NAME: DOL Subpoena {L140}{A110} PERFORMED LEVEL TWO QUALITY CHECK ON DATA PRODUCTION VOLUME (.7); COORDINATED WITH D. GARDNER (.1). |
| 03/31/09 Tue | Ramos, P 913489-ESI/350 | 3.00 | 3.00 | 510.00 | 1.00 0.50 1.50 | F F F | 1 2 3 | MATTER NAME: ESOP/Stay Issues {L140}{A110} UPDATED EMAIL CORRESPONDENCE FILE, CORRESPONDENCE FILE, COURT FILE, AND SUBJECT FILES (1.0); SCANNED DOCUMENTS TO BE UPLOADED INTO SHAREPOINT SITE RE SAME (.5); PREPARED CDS RESPONDING TO DOL SUBPOENA PER S. MCGEE REQUEST (1.5). |
| 04/01/09 Wed | Ramos, P 913576-ESI/368 | 3.00 | 3.00 | 510.00 | | | 1 | MATTER NAME: ESOP/Stay Issues {L140}{A110} UPDATED COURT FILE, CORRESPONDENCE FILE AND SHAREPOINT SITE. |
| 04/02/09 Thu | Morgan, D 913576-ESI/375 | 1.00 | 1.00 | 230.00 | 0.70 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: ESOP/Stay Issues {L140}{A110} CONVERTED ELECTRONIC EMAIL AND COURT FILE DOCUMENTS TO SEARCHABLE PDF AND PRINTED SAME (.7); UPLOADED CORRESPONDENCE TO SHAREPOINT SITE (.2); ORGANIZED ELECTRONIC DOCUMENTS ON L-DRIVE (.1). |
| 04/02/09 Thu | Ramos, P 913576-ESI/377 | 0.10 | 0.10 | 17.00 | | | 1 | MATTER NAME: ESOP/Stay Issues {L140}{A110} UPDATED COURT FILE AND SHAREPOINT SITE. |
| 04/03/09 Fri | Morgan, D 913576-ESI/379 | 1.00 | 1.00 | 230.00 | | | 1 | MATTER NAME: ESOP/Stay Issues {L140}{A110} UPLOADED CORRESPONDENCE AND COURT FILES TO SHAREPOINT AND ENTERED DATA FOR SAME. |
| 04/03/09 Fri | Ramos, P 913576-ESI/380 | 0.50 | 0.50 | 85.00 | | | 1 | MATTER NAME: ESOP/Stay Issues {L140}{A110} UPDATED COURT FILE AND SHAREPOINT SITE. |
| 04/07/09 Tue | Ramos, P 913576-ESI/398 | 5.50 | 5.50 | 935.00 | | | 1 | MATTER NAME: ESOP/Stay Issues {L140}{A110} GATHERED AND ORGANIZED EXHIBITS TO STIPULATION FOR D. SONDGEROTH REVIEW PER S. MCGEE. |
| 04/08/09 Wed | Applied Tech Support, G 91357-DOL/505 | 0.50 | 0.50 | 137.50 | 0.20 0.30 | F F | 1 2 | MATTER NAME: DOL Subpoena {L140}{A110} PERFORMED EDD EXTRACTION AND TIFF CONVERSION OF DATA [REDACTED] (0.2); LOADED DATA [REDACTED] INTO THE CONCORDANCE DATABASE, "DOCUMENT REVIEW" (0.3). |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 5 of 9

EXHIBIT I
CLERICAL ACTIVITIES
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 04/09/09 Thu | Applied Tech Support, G 91357-DOL/508 | 1.70 | 1.70 | 467.50 | 1.00 0.20 0.40 0.10 | F F F F | 1 2 3 4 | *MATTER NAME: DOL Subpoena* {L140} {A110} PERFORMED QUALITY CONTROL FOR SUPPLEMENTAL DOL PRODUCTION (1.0); CREATED CD-ROMS AND LABELS FOR SAME (.2); PERFORMED LEVEL TWO QUALITY CHECK ON CONVERSION LOAD (.4); COORDINATED WITH R. OHTON (.1). |
| 04/09/09 Thu | Morgan, D 913576-ESI/408 | 1.00 | 1.00 | 230.00 | 0.40 0.30 0.30 | F F F | 1 2 3 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} ORGANIZED CORRESPONDENCE AND COURT FILES AND UPLOADED SAME TO SHAREPOINT SITE (.4); ENTERED DATA INTO SHAREPOINT SITE (.3); ORGANIZED DOCUMENTS FOR INCLUSION INTO CASE FILES (.3). |
| 04/10/09 Fri | Applied Tech Support, G 91357-DOL/512 | 1.20 | 1.20 | 330.00 | 0.50 0.10 0.10 0.20 0.20 0.10 | F F F F F F | 1 2 3 4 5 6 | *MATTER NAME: DOL Subpoena* {L140} {A110} COORDINATED LOADING OF ADDITIONAL DOCUMENTS FOR ATTORNEY REVIEW (.5); LOADED DOCUMENTS FOR ELECTRONIC PROCESSING (.1); SETUP AND RAN TIFF CONVERSION PROCESS (.1); CREATED OCR OF ALL RECORDS WITHOUT EXTRACTED TEXT (.2); EXPORTED AND IMPORTED INTO CLIENT DOCUMENT REVIEW DATABASE (.2); PERFORMED QUALITY CONTROL OF ALL DATA AND IMAGES (.1). |
| 04/10/09 Fri | Morgan, D 913576-ESI/415 | 0.30 | 0.30 | 69.00 | 0.20 0.10 | F F | 1 2 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} UPDATED CORRESPONDENCE FILES (.2); UPLOADED DOCUMENTS TO SHAREPOINT SITE AND ENTERED DATA FOR SAME (.1). |
| 04/11/09 Sat | Applied Tech Support, G 91357-DOL/517 | 1.30 | 1.30 | 357.50 | 0.30 0.30 0.20 0.50 | F F F F | 1 2 3 4 | *MATTER NAME: DOL Subpoena* {L140} {A110} PRODUCED VOLUME [REDACTED] (.3); CREATED SEARCHABLE PDF'S FROM TIFF IMAGES PRODUCED THRU PRODUCTION FROM DATABASE (.3); PERFORMED QUALITY CONTROL OF ALL IMAGES (.2); PERFORMED LEVEL TWO QUALITY CHECK ON CONVERSION PROJECT [REDACTED] (.5). |
| 04/13/09 Mon | Applied Tech Support, G 91357-DOL/521 | 2.90 | 2.90 | 797.50 | 1.00 0.20 1.00 0.70 | F F F F | 1 2 3 4 | *MATTER NAME: DOL Subpoena* {L140} {A110} PERFORMED QUALITY CONTROL FOR SUPPLEMENTAL DOL PRODUCTION (1.0); CREATED CD-ROMS AND LABELS FOR SAME (.2); CREATED, ORGANIZED, AND FORMATTED THE ELECTRONIC DOCUMENT PRODUCTION [REDACTED] (1.0); PERFORMED LEVEL TWO QUALITY CONTROL [REDACTED] (.7). |
| 04/14/09 Tue | Applied Tech Support, G 91357-DOL/527 | 1.90 | 1.90 | 522.50 | 1.10 0.30 0.20 0.30 | F F F F | 1 2 3 4 | *MATTER NAME: DOL Subpoena* {L140} {A110} COORDINATED PROCESSING OF DOCUMENTS FOR PRODUCTION (1.1); GENERATED PRODUCTION VOLUME [REDACTED] (.3); PERFORMED QUALITY CHECKS AND RELEASED FOR SECOND LEVEL QUALITY CHECK (.2); PERFORMED LEVEL TWO QUALITY CHECK [REDACTED] (.3). |
| 04/14/09 Tue | Morgan, D 91357-DOL/531 | 0.80 | 0.50 | 115.00 | 0.30 0.50 | F F | 1 2 | *MATTER NAME: DOL Subpoena* {L140} {A110} CONSULTED WITH APPLIED TECHNOLOGY GROUP RE DOCUMENT PROCESSING (.3); REVIEWED AND QUALITY CHECKED PRODUCTION CDS (.5). |
| 04/20/09 Mon | Morgan, D 913576-ESI/447 | 0.50 | 0.30 | 69.00 | 0.30 0.20 | F F | 1 2 | *MATTER NAME: ESOP/Stay Issues* {L140} {A110} UPDATED CASE CALENDAR IN SHAREPOINT SITE (.3); REVIEWED SHAREPOINT SITE AND PACER FOR KEY DOCUMENTS (.2). |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 6 of 9

EXHIBIT I
CLERICAL ACTIVITIES
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|-----------|---|-------------|
| 04/20/09 Mon | Ramos, P 913576-ESI/449 | 0.50 | 0.50 | 85.00 | | | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} SEARCHED SHAREPOINT AND COURT FILE FOR D. BRADFORD AFFIDAVITS PER S. MCGEE AND D. MORGAN REQUEST. |
| 04/22/09 Wed | Morgan, D 913576-ESI/460 | 0.50 | 0.50 | 115.00 | | | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} PREPARED CDS WITH EXHIBITS AND QUALITY CHECKED SAME. |
| 04/24/09 Fri | Morgan, D 913576-ESI/474 | 0.20 | 0.20 | 46.00 | | | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} ORGANIZED COURT FILE DOCUMENTS. |
| 04/28/09 Tue | Morgan, D 913576-ESI/483 | 1.50 | 1.50 | 345.00 | 1.00<br>0.20<br>0.30 | F<br>F<br>F | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} ORGANIZED ELECTRONIC AND HARD COPY CORRESPONDENCE AND COURT FILE DOCUMENTS (1.0);<br>2  UPLOADED DOCUMENTS TO SHAREPOINT SITE AND ENTERED DATA FOR SAME (.2);<br>3  DOWNLOADED DOCUMENTS FROM PACER (.3). |
| 04/29/09 Wed | Morgan, D 913576-ESI/489 | 2.20 | 2.20 | 506.00 | 0.20<br>0.50<br>1.00<br>0.10<br>0.30<br>0.10 | F<br>F<br>F<br>F<br>F<br>F | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} SCANNED CORRESPONDENCE AND COURT FILE DOCUMENTS (.2);<br>2  ORGANIZED ELECTRONIC CORRESPONDENCE AND COURT FILE DOCUMENTS (.5);<br>3  UPLOADED DOCUMENTS TO SHAREPOINT SITE AND ENTERED DATA FOR SAME (1.0);<br>4  UPDATED CONCORDANCE CASE FILE INDEX (.1);<br>5  CREATED NEW CASE FILES AND ADDED TO FILES (.3);<br>6  UPDATED CASE CALENDAR (.1). |
| 04/30/09 Thu | Morgan, D 913576-ESI/496 | 0.50 | 0.50 | 115.00 | 0.30<br>0.20 | F<br>F | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} PREPARED CDS [REDACTED] (.3);<br>2  UPDATED CONCORDANCE CASE FILE INDEX AND ADDED FILES TO HARD COPY OF SAME (.2). |
| 05/01/09 Fri | Morgan, D 913837-ESI/627 | 0.50 | 0.50 | 115.00 | 0.40<br>0.10 | F<br>F | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} UPLOADED CORRESPONDENCE TO SHAREPOINT SITE AND ENTERED DATA FOR SAME (.4);<br>2  ADDED CORRESPONDENCE TO HARD COPY FILES (.1). |
| 05/04/09 Mon | Morgan, D 913837-ESI/632 | 0.20 | 0.20 | 46.00 | | | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} UPDATED CASE CALENDAR AND CONSULTED WITH DOCKETING RE AUTO REMINDERS FOR SAME. |
| 05/06/09 Wed | Morgan, D 913837-ESI/637 | 0.50 | 0.50 | 115.00 | 0.20<br>0.20<br>0.10 | F<br>F<br>F | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} SCANNED CORRESPONDENCE AND UPLOADED SAME TO SHAREPOINT SITE (.2);<br>2  ENTERED DATA INTO SHAREPOINT SITE (.2);<br>3  UPDATED CASE CALENDAR (.1). |
| 05/19/09 Tue | Morgan, D 913837-ESI/684 | 1.50 | 1.50 | 345.00 | 0.40<br>0.60<br>0.50 | F<br>F<br>F | MATTER NAME: ESOP/Stay Issues<br>1  {L140} {A110} SCANNED DOCUMENTS (.4);<br>2  UPLOADED CORRESPONDENCE TO SHAREPOINT SITE AND ENTERED DATA FOR SAME (.6);<br>3  DOWNLOADED CASES FROM WESTLAW (.5). |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 7 of 9

EXHIBIT I
CLERICAL ACTIVITIES
Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: ESOP/Stay Issues* |
| 05/20/09 | Morgan, D | 1.50 | 1.50 | 345.00 | 0.30 | F | 1 | {L140 } {A110} UPDATED CASE CALENDAR ON SHAREPOINT SITE (.3); |
| Wed | 913837-ESI/688 | | | | 0.70 | F | 2 | UPLOADED DOCUMENTS TO SHAREPOINT SITE (.7); |
| | | | | | 0.50 | F | 3 | UPDATED CORRESPONDENCE HARD COPY AND ELECTRONIC FILES (.5). |
| | | | | | | | | *MATTER NAME: ESOP/Stay Issues* |
| 05/21/09 | Morgan, D | 0.50 | 0.50 | 115.00 | | | 1 | {L140 } {A110} ADDED DOCUMENTS TO CONCORDANCE CASE FILE INDEX AND HARD COPY FILES FOR SAME. |
| Thu | 913837-ESI/689 | | | | | | | |
| Total | | | 78.60 | $17,358.00 | | | | |
| Number of Entries: | 67 | | | | | | | |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 8 of 9

EXHIBIT I

CLERICAL ACTIVITIES

Jenner & Block LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Anderson, J | 0.50 | 137.50 |
| Applied Tech Support, G | 9.50 | 2,612.50 |
| Gardner, D | 2.30 | 632.50 |
| Manheimer, L | 6.30 | 1,732.50 |
| Master, Z | 2.60 | 715.00 |
| McGee, S | 0.80 | 216.00 |
| Morgan, D | 2.70 | 621.00 |
| Morgan, D | 16.80 | 3,859.00 |
| Ohton Jr., R | 4.00 | 1,100.00 |
| Ramos, P | 32.10 | 5,457.00 |
| Wettstein, W | 1.00 | 275.00 |
| | 78.60 | $17,358.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| DOL Subpoena | 29.20 | 7,745.00 |
| ESOP/Stay Issues | 46.30 | 8,905.00 |
| Insurance Advice | 3.10 | 708.00 |
| | 78.60 | $17,358.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT I  PAGE 9 of 9

EXHIBIT L

In-City Transportation
Jenner & Block LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|--------------|---------------|----------------|-------------|
| 03/03/09 | 200905-EXP/4 | 5.00 | | 5.00 | IN-CITY TRANSPORTATION |
| 03/13/09 | 200905-EXP/9 | 60.00 | | 60.00 | IN-CITY TRANSPORTATION |
| 03/30/09 | 200905-EXP/64 | 16.00 | | 16.00 | IN-CITY TRANSPORTATION |
| 04/20/09 | 200905-EXP/100 | 6.00 | | 6.00 | IN-CITY TRANSPORTATION |
| 04/27/09 | 200905-EXP/106 | 16.00 | | 16.00 | IN-CITY TRANSPORTATION |
| 05/04/09 | 200905-EXP/111 | 30.00 | | 30.00 | IN-CITY TRANSPORTATION |
| 05/18/09 | 200905-EXP/112 | 7.00 | | 7.00 | IN-CITY TRANSPORTATION |
| 05/18/09 | 200905-EXP/113 | 32.00 | | 32.00 | IN-CITY TRANSPORTATION |
| | | $172.00 | | $172.00 | |

EXHIBIT L  PAGE 1 of 1