# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
### REGARDING SECOND INTERIM FEE APPLICATION REQUEST OF
### PAUL, HASTINGS, JANOFSKY & WALKER LLP

Stuart Maue, fee examiner in the above-referenced matter, submits this final report with respect

to the Second Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the

period from March 1, 2009, through May 31, 2009 ("Application") and seeking approval of fees that

total $429,987.00 and reimbursement of expenses that total $1,223.92. Paul, Hastings, Janofsky &

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Walker LLP ("Paul Hastings") is special counsel to the debtors and debtors-in-possession for general real estate and related matters.

<u>Background</u>

1.    Stuart Maue reviewed the Application, including each of the billing and expense entries shown in the exhibits to the monthly statements and application, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.    This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed but not underlined.

3.    Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.      Stuart Maue prepared and submitted a preliminary report to Paul Hastings, and the firm provided a detailed written response.  After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings

## Recomputation of Fees and Expenses

5.      Stuart Maue recomputed the fees requested in the Application by multiplying each timekeepers' total hours evidenced in the billing data by the applicable hourly rate.   The fee recomputation revealed that the firm's fee request is $202.50 less than the fees computed.   The discrepancy is the result of task hours within one entry that exceeded the time invoiced for the entry as a whole.  The discrepancy is displayed below:

| Invoice Number | Entry Number | Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Undercharges | | | | | | | | | | | |
| 1777716 | 113 | St. Louis | Rheeling | 03/18/09 | $675.00 | 2.50 | 2.80 | $1,687.50 | $1,890.00 | (0.30) | ($202.50) |
| | | | | | | | Total Undercharges | | | (0.30) | ($202.50) |
| | | | | | | | Net Total Discrepancy | | | (0.30) | ($202.50) |

Stuart Maue's recomputation of expenses revealed no difference between the amounts requested and the amounts computed.  The figures in this report and the accompanying exhibits reflect the fees computed by Stuart Maue.

## Review of Fees

6.      **Firm Staffing.**  The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11."  The Application provided the names, positions, and hourly rates of the Paul Hastings timekeepers.  Paul Hastings utilized 21 timekeepers, consisting of

5 partners, 1 of counsel, 9 associates, 2 senior paralegals, 2 paralegals, and 2 case assistants.    A

summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm invoiced a total of 690.50 hours with associated fees of $430,189.50.[2]  The

following table displays the hours and fees computed by timekeeper position and the percentage of total

hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 183.90 | 27% | $147,436.50 | 34% |
| Of Counsel | 245.10 | 35% | 165,442.50 | 38% |
| Associate | 210.60 | 31% | 102,792.00 | 24% |
| Senior Paralegal | 32.60 | 5% | 10,468.00 | 2% |
| Paralegal | 4.30 | * | 1,282.00 | * |
| Case Assistant | 14.00 | 2% | 2,768.50 | * |
| TOTAL | 690.50 | 100% | $430,189.50 | 100% |

\* Less than 1%

The blended hourly rate for the Paul Hastings professionals is $649.89 and the blended

hourly rate for professionals and paraprofessionals is $623.01.

7.     **Hourly Rate Increases.**  Paul Hastings did not increase the hourly rates of timekeepers

during the second interim period.

8.     **Potential Double Billing or Spread Billing.**  Stuart Maue examined the Application

for billing entries or entry activities that appear to be duplicated (i.e., on the same date by the same

timekeeper with identical or nearly identical descriptions and time increments), and identified several

instances where identical billing entries were invoiced to two or more matters.  The questioned tasks,

totaling 7.10 hours with $3,973.50 in associated fees, were highlighted in bold and marked with an

ampersand [&] in Exhibit B to the preliminary report.  Stuart Maue requested that the firm review the

entries and provide an explanation for the duplications, and further asked the firm to comment on the

apparent process of spread billing identical time entries to multiple matters.

In response to the preliminary report, Paul Hastings stated the applicable billing

attorneys reviewed the time entries in question and determined that no double billing occurred.  The

---

[2] This amount reflects the fees computed by Stuart Maue.

firm's explanation stated in some instances "the timekeeper was working on several different matters and simply failed to provide sufficient information." Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction resulting from the entries in question, and Exhibit B is omitted from this report.

9.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference."

Contrary to the requirements of the Local Rules and the Guidelines, many activity descriptions in the Application were not sufficiently detailed. Some entries described conferences that did not identify the participants or the subject or purpose of the meeting. Other entries used phrases such as "coordinate," "work on issues" or "address matters" which generally do not provide sufficient detail to determine the actual activity performed. The entries, totaling 163.80 hours with $105,538.50 in associated fees, were displayed in Exhibit C to the preliminary report. Stuart Maue requested that in future applications Paul Hastings provide sufficient detail for each billing entry.

In response to the preliminary report, Paul Hastings provided an exhibit setting forth each of the questioned time entries in more detail. Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction and Exhibit C is omitted from this report.

10.    **Block Billing.** The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). With minimal exceptions, Paul Hastings complied with this Guideline.

11.    **Conferences, Hearings, and Other Events.**  Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees."  While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified.  *See In re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994).

a.    **Nonfirm Conferences, Hearings, and Events.**  Stuart Maue identified a few occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or other event.  Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 10.25 hours with $7,788.25 in associated fees, were displayed in Exhibit D to the preliminary report. In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference).  The potentially duplicative and unnecessary timekeepers' entries total 5.85 hours with $4,303.75 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  Stuart Maue requested that the firm provide a brief explanation of the necessity of the multiple billers and their respective roles.

In response to the preliminary report, Paul Hastings provided context and an explanation for the various meetings and events for which more than one firm timekeeper invoiced fees. Given the necessity and distinct roles played by the multiple attendees, Stuart Maue makes no recommendation for a fee reduction.  Exhibit D is omitted from this report.

b.    **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The fees for intraoffice conferences total 26.35 hours with $15,950.75 in associated fees, which computes to

approximately 4% of the total fees requested in the Application.    The entries were displayed in Exhibit E to the preliminary report.    On some occasions, two or more firm professionals and/or paraprofessionals billed to attend the same internal conference, representing 8.70 hours with $4,877.50 in associated fees.    The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold and marked with an ampersand [&] in the exhibit.    Stuart Maue requested that the firm provide a brief explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the preliminary report, Paul Hastings explained the necessity for multiple timekeepers to attend intraoffice conferences and stated the firm will continue to limit "multiple participants to matters which are truly needed."    Stuart Maue makes no recommendation for a fee reduction resulting from intraoffice conferences, and Exhibit E is omitted from this report.

12.    **Administrative Activities.**    Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.    Likewise, activities relating to the training and assignment of tasks to staff members or the supervision of any administrative functions should be considered a cost of doing business and a factor considered in establishing the firm's hourly rates.    Also included in administrative tasks is time expended to review and edit time entries and invoices.    "Where the time entries require revision to conform to the court's standards, the editing services are administrative functions that are not compensable even if they are performed by a professional."    *See In re CF & I Fabricators of Utah,* 131 B.R. 474, 485 (D. Utah 1991).    As a general rule, time expended by a firm in performing conflicts checks required as a condition of the firm's employment is not compensable and is considered an administrative activity.    *See In Re ACT Manufacturing, Inc.,* 281 B.R. 468, 490 (Bankr. D. Mass. 2002).    Stuart Maue identified 20.30 hours with $5,747.50 in associated fees that appeared to be administrative activities.    The entries were displayed in Exhibit F to the preliminary report.    The

preliminary report stated that, pending additional information from the firm, it is Stuart Maue's intent to recommend a reduction in the requested fees for the administrative activities.

In response, Paul Hastings stated (i) that the appropriate timekeeper was assigned the task of preparing the firm fee applications, and (ii) that fees incurred for conflict checks are compensable. Regarding the fee applications, four firm timekeepers invoiced fees related to the Paul Hastings fee applications and billing statements. The attorneys who invested the most time, Ruth Rosen and Kimberly Newmarch, may be appropriate individuals to perform this work. The other two timekeepers, Christian Auty and Daniel Breslin, however, appear to have had minimal and unnecessary involvement with the firm billing and Stuart Maue recommends a fee reduction for the resulting fees. In addition, Stuart Maue recommends a fee reduction resulting from conflicts checks performed by firm personnel. In total, Stuart Maue recommends a fee reduction in the amount of $1,748.50 for the entries displayed in Exhibit F to this report.

13.     **Clerical Activities.** Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries or support personnel. Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying. Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members. "Fees for services that are purely clerical, ministerial, or administrative should be disallowed." *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989). In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case. The entries describing clerical activities were displayed in Exhibit G to the preliminary report and total 7.40 hours with $1,640.00 in associated fees. The preliminary report stated that, pending additional

information from the firm, it is Stuart Maue's intent to recommend that the entries be paid at the rate of $80.00 per hour.

In response, Paul Hastings asserted that the task of compiling a list of recent filings from the case docket and forwarding that list to attorneys "required extensive training" and "substantial knowledge." The firm believes this task merits compensation at a rate of $205.00 per hour. In addition, the firm stated that the daily docket update saves firm attorneys from having to review PACER daily. Paul Hastings' response does not support the claim that extensive training is required to review PACER, and we note that the very purpose of clerical staff is to allow firm professionals to perform legal work rather than the mundane but necessary activities related to a matter. Accordingly, Stuart Maue recommends a fee reduction in the amount of $1,048.00 resulting from reducing the hourly rate for the time entries displayed in Exhibit G to $80.00.

14.     **Travel.**   Local Rule 2016-2 (d)(viii) provides that nonworking travel time "may be billed at no more than 50% of regular hourly rates." The firm complied with the Local Rule.

## Review of Expenses

15.     **Complete and Detailed Itemization of Expenses.**   The Guidelines in Section II.E.3 provide that factors relevant to a determination that the expense is proper include "Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." Paul Hastings provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

16.    **Photocopies.**  Local Rule 2016-2 (e)(iii) provides that copying charges shall not exceed $0.10 per page.  Paul Hastings stated in the Application that the firm's rate for duplication is $0.10 per page.

17.    **After-Hours Taxi Charges.**  Paul Hastings requested reimbursement of expenses for two after-hours taxi charges totaling $22.50.  The charges are displayed in the following table.  Although a firm may have a policy that personnel may be reimbursed for travel home when working late, such charges are generally considered part of the firm's overhead.

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 1783665 | 04/30/09 | $18.00 | Local – Taxi – Justin Bender, 04/27/09, From/To: Office/Home, taxi home after late office work |
| 1788174 | 05/31/09 | $4.50 | Local – Taxi – Justin Bender, 05/28/09, From/To: Office/Home, Taxi home in evening |

The preliminary report stated that, pending additional information from Paul Hastings, it is Stuart Maue's intent to recommend that the request for reimbursement of expenses be reduced by the amount of the taxi charges.  In response, Paul Hastings stated that in the firm's experience such charges are "born by the client" and that the firm only submitted two such charges over a three month period.  Regardless of the firm's practice in other matters, Stuart Maue recommends an expense reduction in the amount of $22.50 resulting from the taxi expenses.

### Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above.  Stuart Maue recommends the approval of fees in the amount of $427,393.00 ($429,987.00 minus $2,594.00) and reimbursement of expenses in the amount of $1,201.42 ($1,223.92 minus $22.50) for the period from March 1, 2009, through May 31, 2009.  A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

**APPENDIX A**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

## SUMMARY OF FINDINGS

### Second Interim Fee Application Request (March 1, 2009 through May 31, 2009)

#### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $429,987.00 | |
| Expenses Requested | 1,223.92 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $431,210.92 |
| | | |
| Fees Computed | $430,189.50 | |
| Expenses Computed | 1,223.92 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $431,413.42 |
| | | |
| Discrepancy in Fees | ($ 202.50) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($ 202.50) |

#### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $429,987.00 | |
| *Discrepancy in Fees* | *$ 202.50* | |
| *Recommended Reduction for Administrative Activities* | *(1,748.50)* | |
| *Recommended Reduction for Clerical Activities* | *(1,048.00)* | |
| Subtotal | *($2,594.00)* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $427,393.00 |
| | | |
| Expenses Requested | $1,223.92 | |
| *Recommended Reduction for After-Hours Taxi Charges* | *($ 22.50)* | |
| Subtotal | *($ 22.50)* | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 1,201.42 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $428,594.42 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 29th day of January, 2010.

| | |
|---|---|
| Joseph J. McMahon, Jr., Esq.<br>Office of the United Status Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(US Trustee) | Howard Seife, Esq.<br>David M. LeMay, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel to Creditors' Committee) |
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) | Brian Trust, Esq.<br>Amit K. Trehan, Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Barclays Bank PLC) |
| Stuart M. Brown, Esq.<br>William E. Chipman Jr., Esq.<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Barclays Bank PLC) | Norman J. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>(Co-Counsel to Debtors) |
| Mark D. Collins, Esq.<br>Katisha D. Fortune, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511<br>(Counsel to Administrative Agent for<br>Prepetition Lenders, JP Morgan<br>Chase Bank, N.A.) | Donald S. Bernstein, Esq.<br>James A. Florack, Esq.<br>Damian S. Schaible, Esq.<br>Davis, Polk, & Wardwell, LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Administrative Agent for<br>Prepetition Lenders, JP Morgan<br>Chase Bank, N.A.) |
| Kenneth P. Kansa, Esq.<br>Jillian K. McClelland, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(Counsel to Debtors) | Richard A. Chesley, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>191 N. Wacker Drive, 30th Floor<br>Chicago, IL 60606 |

John L. Decker, Esq.

-13-

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Paul, Hastings, Janofsky & Walker LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | | FEES COMPUTED | |
|----------|------|----------|--------------|--------------|----------------|--|---------------|--|
| DJP2 | Perlman, Daniel J. | PARTNER | $790.00 | $790.00 | 80.80 | | $63,832.00 | |
| GES3 | Spitzer, Gregory E. | PARTNER | $810.00 | $810.00 | 62.70 | | $50,787.00 | |
| PAR | Ramsey, Patrick A. | PARTNER | $810.00 | $810.00 | 39.30 | | $31,833.00 | |
| RAC6 | Chesley, Richard A. | PARTNER | $895.00 | $895.00 | 0.80 | | $716.00 | |
| JPO2 | Opich, Joseph P. | PARTNER | $895.00 | $895.00 | 0.30 | | $268.50 | |
| | No. of Billers for Position: 5 | Blended Rate for Position: | $801.72 | | 183.90 | | $147,436.50 | |
| | | | | | % of Total: | 26.63% | % of Total: | 34.27% |
| JSR6 | Rheeling, Jeffrey S. | OF COUNSEL | $675.00 | $675.00 | 245.10 | | $165,442.50 | |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $675.00 | | 245.10 | | $165,442.50 | |
| | | | | | % of Total: | 35.50% | % of Total: | 38.46% |
| JPB7 | Bender, Justin P. | ASSOCIATE | $515.00 | $515.00 | 120.60 | | $62,109.00 | |
| DMS5 | Simon, Daniel M. | ASSOCIATE | $360.00 | $360.00 | 36.60 | | $13,176.00 | |
| TJC3 | Chandran, Tarun J. | ASSOCIATE | $580.00 | $580.00 | 15.60 | | $9,048.00 | |
| SGS4 | Spira, Susan G. | ASSOCIATE | $550.00 | $550.00 | 15.70 | | $8,635.00 | |
| LW9 | Weiss, Leah | ASSOCIATE | $360.00 | $360.00 | 12.50 | | $4,500.00 | |
| KDN | Newmarch, Kimberly D. | ASSOCIATE | $635.00 | $635.00 | 4.60 | | $2,921.00 | |
| CMA3 | Auty, Christian M. | ASSOCIATE | $515.00 | $515.00 | 2.20 | | $1,133.00 | |
| MGB3 | Brigham, Matthew G. | ASSOCIATE | $445.00 | $445.00 | 2.00 | | $890.00 | |
| KLS3 | Steffy, Kate | ASSOCIATE | $475.00 | $475.00 | 0.80 | | $380.00 | |
| | No. of Billers for Position: 9 | Blended Rate for Position: | $488.09 | | 210.60 | | $102,792.00 | |
| | | | | | % of Total: | 30.50% | % of Total: | 23.89% |
| RPR | Rosen, Ruth P. | SR PARALEGAL | $320.00 | $320.00 | 30.20 | | $9,664.00 | |
| FLH | Holley, Felicia L. | SR PARALEGAL | $335.00 | $335.00 | 2.40 | | $804.00 | |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $321.10 | | 32.60 | | $10,468.00 | |
| | | | | | % of Total: | 4.72% | % of Total: | 2.43% |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Paul, Hastings, Janofsky & Walker LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| SET2 | Tybor, Sarah E. | PARALEGAL | $300.00 | $300.00 | 4.10 | $1,230.00 |
| ALE | Eissing, Allison L. | PARALEGAL | $260.00 | $260.00 | 0.20 | $52.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $298.14 | | 4.30 | $1,282.00 |
| | | | | % of Total: 0.62% | | % of Total: 0.30% |
| JBB3 | Brown, Jamie B. | CASE ASSISTANT | $205.00 | $205.00 | 13.30 | $2,726.50 |
| DRB5 | Breslin, Daniel R. | CASE ASSISTANT | $60.00 | $60.00 | 0.70 | $42.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $197.75 | | 14.00 | $2,768.50 |
| | | | | % of Total: 2.03% | | % of Total: 0.64% |
| | Total No. of Billers: 21 | Blended Rate for Report: | $623.01 | | 690.50 | $430,189.50 |

EXHIBIT F

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Auty, C | 0.40 | 206.00 |
| Breslin, D | 0.70 | 42.00 |
| Brown, J | 6.70 | 1,373.50 |
| Newmarch, K | 0.20 | 127.00 |
| | 8.00 | $1,748.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 8.00 | 1,748.50 |
| | 8.00 | $1,748.50 |

EXHIBIT F

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/11/09 Wed | Brown, J 1777710/25 | 2.60 | 2.60 | 533.00 | 2.60 | F | 1 | MATTER NAME: Post-Petition General Matter SUPPLEMENTAL CONFLICT CHECK (2.6) |
| 03/12/09 Thu | Brown, J 1777710/26 | 0.50 | 0.40 | 82.00 | 0.40 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter SUPPLEMENTAL CONFLICT CHECK (.4); REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/12/09 Thu | Newmarch, K 1777710/1 | 0.10 | 0.10 | 63.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter DRAFT RESPONSIVE EMAIL TO J. BROWN REGARDING SUPPLEMENTAL CONFLICT CHECK INFORMATION (0.1) |
| 03/25/09 Wed | Auty, C 1777710/43 | 0.60 | 0.40 | 206.00 | 0.40 0.20 | F F | 1 2 | MATTER NAME: Post-Petition General Matter MULTIPLE EMAILS WITH ACCOUNTING REGARDING REVISIONS TO FEE APPLICATION (.4); COMMUNICATE WITH K. NEWMARCH AND R. ROSEN REGARDING SAME (.2) |
| 03/26/09 Thu | Brown, J 1777710/61 | 0.70 | 0.70 | 143.50 | 0.70 | F | 1 | MATTER NAME: Post-Petition General Matter SUPPLEMENTAL CONFLICT CHECK (.7) |
| 03/26/09 Thu | Newmarch, K 1777710/47 | 0.40 | 0.10 | 63.50 | 0.10 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: Post-Petition General Matter DRAFT RESPONSIVE E-MAIL TO J. BROWN REGARDING SUPPLEMENTAL CONFLICT INFORMATION (0.1); EDIT FEBRUARY MONTHLY FEE APPLICATION (0.2); DRAFT E-MAIL TO K. STICKLES REGARDING FEBRUARY MONTHLY FEE APPLICATION (0.1) |
| 03/30/09 Mon | Brown, J 1777710/62 | 0.50 | 0.50 | 102.50 | 0.50 | F | 1 | MATTER NAME: Post-Petition General Matter SUPPLEMENTAL CONFLICT CHECK (.5) |
| 04/15/09 Wed | Brown, J 1783660/186 | 1.20 | 1.20 | 246.00 | 1.20 | F | 1 | MATTER NAME: Post-Petition General Matter PREPARE SUPPLEMENTAL CONFLICT CHECK (1.2) |
| 04/27/09 Mon | Brown, J 1783660/187 | 0.20 | 0.20 | 41.00 | 0.20 | F | 1 | MATTER NAME: Post-Petition General Matter PREPARE SUPPLEMENTAL CONFLICT SEARCH (0.2) |
| 04/30/09 Thu | Brown, J 1783660/188 | 0.60 | 0.60 | 123.00 | 0.60 | F | 1 | MATTER NAME: Post-Petition General Matter PREPARE SUPPLEMENTAL CONFLICT SEARCH (0.6) |
| 05/13/09 Wed | Brown, J 1788171/337 | 0.50 | 0.50 | 102.50 | 0.50 | F | 1 | MATTER NAME: Post-Petition General Matter PREPARE INFORMATION FOR SUPPLEMENTAL CONFLICT CHECK (0.5) |
| 05/18/09 Mon | Breslin, D 1788171/322 | 0.70 | 0.70 | 42.00 | 0.70 | F | 1 | MATTER NAME: Post-Petition General Matter WORK ON APRIL BILLING STATEMENT (0.7) |

~ See the last page of exhibit for explanation

EXHIBIT F

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
|      |                 |             | 8.00  | $1,748.50 |         |   |             |

Total
Number of Entries:      12

EXHIBIT F

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Auty, C | 0.40 | 206.00 |
| Breslin, D | 0.70 | 42.00 |
| Brown, J | 6.70 | 1,373.50 |
| Newmarch, K | 0.20 | 127.00 |
| | 8.00 | $1,748.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 8.00 | 1,748.50 |
| | 8.00 | $1,748.50 |

<u>(-) REASONS FOR TASK HOUR ASSIGNMENTS</u>

F        FINAL BILL

EXHIBIT G

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, J | 6.40 | 1,312.00 |
| Eissing, A | 0.20 | 52.00 |
| Simon, D | 0.60 | 216.00 |
| Tybor, S | 0.20 | 60.00 |
| | 7.40 | $1,640.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 6.60 | 1,364.00 |
| St. Louis | 0.80 | 276.00 |
| | 7.40 | $1,640.00 |

EXHIBIT G

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/02/09 Mon | Brown, J 1777710/8 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 03/03/09 Tue | Brown, J 1777710/19 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 03/04/09 Wed | Brown, J 1777710/20 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 03/05/09 Thu | Brown, J 1777710/21 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/06/09 Fri | Brown, J 1777710/22 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/09/09 Mon | Brown, J 1777710/23 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/10/09 Tue | Brown, J 1777710/24 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/11/09 Wed | Brown, J 1777710/68 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 03/12/09 Thu | Brown, J 1777710/26 | 0.50 | 0.10 | 20.50 | 0.40<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>SUPPLEMENTAL CONFLICT CHECK (.4):<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/13/09 Fri | Brown, J 1777710/27 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/16/09 Mon | Brown, J 1777710/53 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/17/09 Tue | Brown, J 1777710/54 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/18/09 Wed | Brown, J 1777710/55 | 0.20 | 0.20 | 41.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1);<br>RETRIEVE AND DISTRIBUTE COURT DOCUMENTS TO ATTORNEYS (.1) |

~ See the last page of exhibit for explanation

EXHIBIT G
CLERICAL ACTIVITIES
Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|-----------|---|---|-------------|
| 03/19/09 Thu | Brown, J 1777710/56 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/20/09 Fri | Brown, J 1777710/57 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/23/09 Mon | Brown, J 1777710/58 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/24/09 Tue | Brown, J 1777710/59 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/25/09 Wed | Brown, J 1777710/60 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/26/09 Thu | Brown, J 1777710/69 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/27/09 Fri | Eissing, A 1777710/50 | 0.10 | 0.10 | 26.00 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/30/09 Mon | Brown, J 1777710/70 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 03/31/09 Tue | Brown, J 1777710/63 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| 04/01/09 Wed | Brown, J 1783660/152 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/02/09 Thu | Brown, J 1783660/153 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/03/09 Fri | Brown, J 1783660/154 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/06/09 Mon | Brown, J 1783660/155 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT G
CLERICAL ACTIVITIES
Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/07/09 Tue | Brown, J 1783660/156 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/08/09 Wed | Brown, J 1783660/157 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/09/09 Thu | Eissing, A 1783660/146 | 0.10 | 0.10 | 26.00 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/10/09 Fri | Brown, J 1783660/158 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/13/09 Mon | Brown, J 1783660/159 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/14/09 Tue | Brown, J 1783660/160 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/15/09 Wed | Brown, J 1783660/161 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/16/09 Thu | Brown, J 1783660/174 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/17/09 Fri | Brown, J 1783660/175 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/20/09 Mon | Brown, J 1783660/176 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/21/09 Tue | Brown, J 1783660/177 | 0.30 | 0.10 | 20.50 | 0.10 0.20 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO TEAM ATTORNEYS (0.1); COMPILE AND FORWARD FEE APPLICATIONS TO INTERNAL GROUP (0.2) |
| 04/22/09 Wed | Brown, J 1783660/178 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/23/09 Thu | Brown, J 1783660/179 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

EXHIBIT G
CLERICAL ACTIVITIES
Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| 04/24/09 Fri | Brown, J 1783660/180 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/27/09 Mon | Brown, J 1783660/181 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/28/09 Tue | Brown, J 1783660/182 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/29/09 Wed | Brown, J 1783660/183 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 04/30/09 Thu | Brown, J 1783660/184 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/01/09 Fri | Brown, J 1788171/328 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/04/09 Mon | Brown, J 1788171/329 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/05/09 Tue | Brown, J 1788171/330 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/06/09 Wed | Brown, J 1788171/331 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/07/09 Thu | Brown, J 1788171/332 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/08/09 Fri | Brown, J 1788171/333 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/11/09 Mon | Brown, J 1788171/334 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/12/09 Tue | Brown, J 1788171/335 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~   See the last page of exhibit for explanation

EXHIBIT G
CLERICAL ACTIVITIES
Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/13/09 Wed | Brown, J 1788171/336 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/14/09 Thu | Brown, J 1788171/338 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/15/09 Fri | Brown, J 1788171/339 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/18/09 Mon | Brown, J 1788171/345 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/19/09 Tue | Brown, J 1788171/346 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/20/09 Wed | Brown, J 1788171/347 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/21/09 Thu | Brown, J 1788171/348 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/22/09 Fri | Brown, J 1788171/349 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/26/09 Tue | Brown, J 1788171/350 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/26/09 Tue | Tybor, S 1788174/401 | 0.30 | 0.20 | 60.00 | 0.10<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: St. Louis<br>OFFICE CONFERENCE WITH D. SIMON REGARDING CORPORATE DOCUMENTS (0.1);<br>ORDER GOOD STANDINGS AND ARTICLES OF ORGANIZATION FOR TRIBUNE COMPANY (0.2) |
| 05/27/09 Wed | Brown, J 1788171/351 | 0.20 | 0.20 | 41.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1);<br>RETRIEVE AND DISTRIBUTE COURT DOCUMENTS TO REQUESTING ATTORNEYS (0.1) |
| 05/28/09 Thu | Brown, J 1788171/352 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| 05/29/09 Fri | Brown, J 1788171/353 | 0.10 | 0.10 | 20.50 | 0.10 | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~   See the last page of exhibit for explanation

EXHIBIT G

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 05/29/09 Fri | Simon, D 1788174/413 | 0.60 | 0.60 | 216.00 | | F | 1 | *MATTER NAME: St. Louis* <u>TRAVEL TO CLIENT OFFICE TO OBTAIN EXECUTION SIGNATURES (1.2)(BILL AT 1/2 RATE)</u> |
| | | | 7.40 | $1,640.00 | | | | |
| Total Number of Entries: | 66 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT G

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, J | 6.40 | 1,312.00 |
| Eissing, A | 0.20 | 52.00 |
| Simon, D | 0.60 | 216.00 |
| Tybor, S | 0.20 | 60.00 |
| | 7.40 | $1,640.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 6.60 | 1,364.00 |
| St. Louis | 0.80 | 276.00 |
| | 7.40 | $1,640.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL