B26 (Official Form 26) (06/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## PERIODIC REPORT OF DEBTORS PURSUANT TO

## BANKRUPTCY RULE 2015.3

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network, Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); WTXX Inc. (1268); and Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

B26 (Official Form 26) (06/09) - Cont

This is the Bankruptcy Rule 2015.3 report as of December 27, 2009 (the "Periodic Report") on the value, operations and profitability of certain entities in which one or more Debtors hold: (i) a combined 100% interest of certain non-debtor entities (the "Non-Debtor Entities), and (ii) between a 20% and 50% interest of certain non-debtor entities (the "Non Majority Interest Entities"). The estates of Tribune Company, Tribune Broadcasting Company, TMS Entertainment Guides, Inc., Tribune Media Services, Inc., Los Angeles Times Communications LLC, Chicago Tribune Company, Eagle New Media Investments, LLC, and Tribune Media Net, Inc., hold equity interests in the following entities:

| Name of Entity | Interest of the Estate | Income Statement, Balance Sheet, Cash Flow, and Equity Roll Forward Attached |
|---|---|---|
| Fairfax Media, Incorporated | 72.4% | See Note 1. |
| Multimedia Insurance Company | 100% | ✓ |
| Tribune (FN) Cable Ventures, Inc. | 100% | ✓ |
| Tribune Interactive, Inc. | 100% | ✓ |
| Tribune National Marketing Company | 100% | ✓ |
| Tribune ND, Inc. | 100% | ✓ |
| Tribune Receivables, LLC | 100% | ✓ |
| TMS Entertainment Guides Canada Corp | 100% | ✓ |
| Tribune Hong Kong Ltd. | 100% | ✓ |
| Tribune Media Services B.V. | 100% | ✓ |
| Professional Education Publishers International (Africa) Pty Ltd. | 100% | See Note 1. |
| Tribune Employee Lease Company LLC | 100% | See Note 1. |
| Tribune Technology LLC | 100% | See Note 1. |
| CIPS Marketing Group, Inc. | 50.0% | ✓ |
| Los Angeles Times - Washington Post News Service, Inc. | 50.0% | ✓ |
| Legacy.com, Inc. | 49.1% | ✓ |
| McClatchy/Tribune News Service | 50.0% | ✓ |
| Metromix LLC | 48.9% | ✓ |
| quadrantONE LLC | 25.0% | ✓ |
| TKG Internet Holdings II LLC | 42.5% | ✓ |
| Zetabid Holdings LLC | 50.0% | ✓ |

1.   Inactive company, with no operations and no financial results.

This Periodic Report contains separate reports on the operations and profitability of each Non-Debtor Entity and a combined and condensed financial report of the operations and profitability of the Non Majority Interest Entities. In accordance with generally accepted accounting principles ("GAAP"), the Debtors report their pro rata share of the Non Majority Interest Entities' net income or loss in their financial statements as "income/(loss) on equity investments". This is consistent in both the Debtors' prepetition publicly-filed financial statements and in their post-petition monthly operating reports. To the

B26 (Official Form 26) (06/09) - Cont

extent any of these entities determine that it is appropriate to dividend any excess cash to their investors, that cash would be remitted to the Debtor or Debtors in accordance with their respective ownership interest.

This Periodic Report does <u>not</u> include Tribune DB, LLC (f/k/a "Chicago Cubs Dominican Baseball Operations, LLC"), Tribune CNLBC, LLC[1] (f/k/a "Chicago National League Ball Club, LLC"), Tribune DQ, LLC (f/k/a "Diana-Quentin, LLC"), Tribune Sports Network Holdings, LLC, and Tribune WFPT, LLC (f/k/a "Wrigley Field Premium Ticket Services, LLC"), collectively, the "Cubs Entities"[2].

The undersigned, having reviewed the above listing of entities in which the estates of Tribune Company, Tribune Broadcasting Company, TMS Entertainment Guides, Inc., Tribune Media Services, Inc., Los Angeles Times Communications LLC, Chicago Tribune Company, Eagle New Media Investments, LLC, and Tribune Media Net, Inc. directly hold between a 20% and 100% interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: _Jan. 29_, 2010

_____
Chandler Bigelow III
Senior Vice President & Chief Financial Officer

---

[1] Tribune CNLBC, LLC (formerly Chicago National League Ball Club, LLC) filed a voluntary petition for relief under chapter 11 of the United States bankruptcy code on Oct. 12, 2009. This petition is being jointly administered under the caption "In re: Tribune Company, et al." Case No. 08-13141 starting on that date. Post petition financial statements for Tribune CNLBC, LLC are included in the Debtors Monthly Operating Reports.
[2] The presentation of the Non Majority Interest Entities on a combined basis and the exclusion of the Cubs Entities are pursuant to a court order dated September 2, 2009.

## General Notes

***Condensed Statements*** – The condensed financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.  Information for the Non-Debtor Entities is presented on the same basis as it is aggregated into the consolidated results of Tribune Company; however, such presentation may not be appropriate for each Non-Debtor Entiy on a stand-alone basis.

The Debtors are providing individual balance sheets, income and cash flow statements, and statements of shareholders equity for each of the Non-Debtor Entities that are directly or indirectly wholly owned by the Debtors. The Debtors are also providing balance sheets, income statements, cash flow statements, and statements of shareholders equity on a combined and condensed basis for the Non Majority Interest Entities.

The unaudited condensed financial statements and the unaudited combined and condensed financial statements presented in this report have been derived from the books and records of the Non-Debtor Entities and Non Majority Interest Entities, respectively. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors and the Non-Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position, and cash flows of the Non-Debtor Entities and/or the Non Majority Interest Entities in the future.

***Intercompany Transactions*** – Receivables and payables <u>between</u> the Debtors and/or the Non-Debtor Entities and/or the Non Majority Interest Entities have not been eliminated. Receivables and payables <u>among</u> the Debtors and/or the Non-Debtor Entities and/or the Non Majority Interest Entities have not been eliminated.  No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein.

B26 (Official Form 26) (06/09) - Cont

**_Valuation_** – The valuation information provided herein is based on the net book value (book value of assets less book value of liabilities) of the Non-Debtor Entities and the Non Majority Interest Entities. The Debtors do not maintain fair market value or other basis of valuation for these entities.

B26 (Official Form 26) (06/09) - Cont

**Exhibit A**

**Valuation Estimates for Non-Debtor Entities &**

**Non Majority Interest Entities**

**(Dollars in Thousands)**

| Non-Debtor Entity | Interest of the Estate | Net Book Value [1] |
|---|---|---|
| Multimedia Insurance Company | 100% | ($465) |
| Tribune (FN) Cable Ventures, Inc. | 100% | $332,990 |
| Tribune Interactive, Inc. | 100% | $24,307 |
| Tribune National Marketing Company | 100% | ($10,798) |
| Tribune ND, Inc. | 100% | $544,081 |
| Tribune Receivables, LLC | 100% | $247,747 |
| TMS Entertainment Guides Canada Corp | 100% | $4,192 |
| Tribune Hong Kong Ltd. | 100% | $77 |
| Tribune Media Services B.V. | 100% | ($5,537) |

| Non Majority Interest Entities | Interest of the Estate [2] | Net Book Value [3] |
|---|---|---|
| Combined Basis | n/a | $7,967 |

**Notes:**

1. The basis for the valuation of each legal entity is the net book value calculated as total assets less total liabilities as of December 27, 2009.
2. See chart on page 2 for a listing of each of the Non Majority Interest Entities, and the Debtors' interest therein.
3. The basis for the valuation of the Non Majority Interest Entities is the net book value calculated as total assets less total liabilities as of December 31, 2009.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1A**
**Balance Sheets for Non-Debtor Entities**
**As of December 28, 2008, June 28, 2009 & December 27, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Multimedia Insurance Company | | | Tribune (FN) Cable Ventures, Inc. | | |
|---|---|---|---|---|---|---|
| | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 2,591 | $ 2,638 | $ 2,889 | $ - | $ 56,848 | $ 93,242 |
| Accounts receivable, net | 3 | 1 | - | - | - | - |
| Inventories | - | - | - | - | - | - |
| Prepaid expenses and other | 81 | - | - | - | 7,500 | 7,500 |
| Total current assets | 2,675 | 2,639 | 2,889 | - | 64,348 | 100,742 |
| **Property, plant and equipment, net** | - | - | - | - | - | - |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | - | - | - | - |
| Investments in subsidiaries | - | - | - | - | - | |
| Other investments | - | - | - | 158,136 | 132,241 | 163,030 |
| Intercompany receivables / (payables), net | (6,491) | (6,491) | (6,443) | 106,201 | 106,237 | 77,815 |
| Other | - | - | - | - | - | - |
| **Total Assets** | $ (3,816) | $ (3,852) | $ (3,554) | $ 264,337 | $ 302,826 | $ 341,587 |
| **Liabilities and Shareholders' Equity (Deficit)** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ - | $ 7 | $ 294 | $ - | $ 2,733 | $ 8,166 |
| Debt | - | - | - | - | - | - |
| Total current liabilities | - | 7 | 294 | - | 2,733 | 8,166 |
| Other obligations | (3,383) | (3,383) | (3,383) | 425 | 425 | 431 |
| **Total Liabilities** | (3,383) | (3,376) | (3,089) | 425 | 3,158 | 8,597 |
| **Shareholders' Equity (Deficit)** | (433) | (476) | (465) | 263,912 | 299,668 | 332,990 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (3,816) | $ (3,852) | $ (3,554) | $ 264,337 | $ 302,826 | $ 341,587 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1A (Cont)**
**Balance Sheets for Non-Debtor Entities**
**As of December 28, 2008, June 28, 2009 & December 27, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Interactive, Inc. | | | Tribune National Marketing Company | | |
|---|---|---|---|---|---|---|
| | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 9,994 | $ 9,900 | $ 10,148 | $ - | $ - | $ - |
| Accounts receivable, net | 6,107 | 6,255 | 5,680 | 3 | 3 | - |
| Inventories | - | - | - | - | - | - |
| Prepaid expenses and other | 1,077 | 921 | 548 | - | - | - |
| Total current assets | 17,178 | 17,076 | 16,376 | 3 | 3 | - |
| **Property, plant and equipment, net** | 13,762 | 11,515 | 9,285 | - | - | - |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | - | - | - | - |
| Investments in subsidiaries | - | - | - | - | - | - |
| Other investments | (3,841) | (4,351) | - | 190,585 | 195,190 | 211,865 |
| Intercompany receivables / (payables), net | (20,184) | (14,013) | 9,033 | (223,083) | (222,451) | (222,381) |
| Other | 46 | - | - | - | - | - |
| **Total Assets** | $ 6,961 | $ 10,227 | $ 34,694 | $ (32,495) | $ (27,258) | $ (10,516) |
| **Liabilities and Shareholders' Equity (Deficit)** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ 13,914 | $ 13,959 | $ 10,438 | $ - | $ - | $ - |
| Debt | - | - | - | - | - | - |
| Total current liabilities | 13,914 | 13,959 | 10,438 | - | - | - |
| Other obligations | (51) | (8,881) | (51) | 265 | 268 | 282 |
| **Total Liabilities** | 13,863 | 5,078 | 10,387 | 265 | 268 | 282 |
| **Shareholders' Equity (Deficit)** | (6,902) | 5,149 | 24,307 | (32,760) | (27,526) | (10,798) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 6,961 | $ 10,227 | $ 34,694 | $ (32,495) | $ (27,258) | $ (10,516) |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1A (Cont)**
**Balance Sheets for Non-Debtor Entities**
**As of December 28, 2008, June 28, 2009 & December 27, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune ND, Inc. | | | Tribune Receivables, LLC | | |
|---|---|---|---|---|---|---|
| | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts receivable, net | - | 233 | 307 | 504,458 | 390,332 | 444,603 |
| Inventories | - | - | - | - | - | - |
| Prepaid expenses and other | 342 | 342 | 342 | - | - | - |
| Total current assets | 342 | 575 | 649 | 504,458 | 390,332 | 444,603 |
| **Property, plant and equipment, net** | 76,285 | 74,991 | 70,580 | - | - | - |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | - | - | - | - |
| Investments in subsidiaries | 589,664 | 589,664 | 589,664 | - | - | - |
| Other investments | 11,650 | 11,650 | 11,650 | - | - | - |
| Intercompany receivables / (payables), net | (114,448) | (113,352) | (112,537) | (216,912) | (155,315) | (196,784) |
| Other | - | - | - | - | - | - |
| **Total Assets** | $ 563,493 | $ 563,528 | $ 560,006 | $ 287,546 | $ 235,017 | $ 247,819 |
| **Liabilities and Shareholders' Equity (Deficit)** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ 6,241 | $ 6,458 | $ 6,279 | $ 2,061 | $ 807 | $ 72 |
| Debt | - | - | - | 225,000 | 170,000 | - |
| Total current liabilities | 6,241 | 6,458 | 6,279 | 227,061 | 170,807 | 72 |
| Other obligations | 15,767 | 13,828 | 9,646 | - | - | - |
| **Total Liabilities** | 22,008 | 20,286 | 15,925 | 227,061 | 170,807 | 72 |
| **Shareholders' Equity (Deficit)** | 541,485 | 543,242 | 544,081 | 60,485 | 64,210 | 247,747 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 563,493 | $ 563,528 | $ 560,006 | $ 287,546 | $ 235,017 | $ 247,819 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1A (Cont)**
**Balance Sheets for Non-Debtor Entities**
**As of December 28, 2008, June 28, 2009 & December 27, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | TMS Entertainment Guides Canada Corp | | | Tribune Hong Kong Ltd. | | | Tribune Media Services B.V. | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 27, 2009 |
| **Assets** | | | | | | | | | |
| **Current Assets** | | | | | | | | | |
| Cash and cash equivalents | $ 89 | $ 215 | $ 610 | $ 34 | $ 33 | $ 33 | $ 189 | $ 248 | $ 264 |
| Accounts receivable, net | 125 | 187 | 123 | - | - | - | 161 | 156 | 74 |
| Inventories | - | - | - | - | - | - | - | - | - |
| Prepaid expenses and other | 15 | 11 | 10 | 6 | 4 | 1 | 253 | 1,757 | 1,867 |
| Total current assets | 229 | 413 | 743 | 40 | 37 | 34 | 603 | 2,161 | 2,205 |
| **Property, plant and equipment, net** | 1 | 8 | 3 | - | - | - | 92 | 76 | 59 |
| **Other Assets** | | | | | | | | | |
| Goodwill and other intangible assets, net | 816 | 817 | 842 | - | - | - | - | - | - |
| Investments in subsidiaries | - | - | - | - | - | - | - | - | - |
| Other investments | - | - | - | - | - | - | - | - | - |
| Intercompany receivables / (payables), net | 2,251 | 3,366 | 2,636 | 54 | 66 | 64 | (5,645) | (7,622) | (7,793) |
| Other | - | - | - | - | - | - | - | - | - |
| **Total Assets** | $ 3,297 | $ 4,604 | $ 4,224 | $ 94 | $ 103 | $ 98 | $ (4,950) | $ (5,385) | $ (5,529) |
| **Liabilities and Shareholders' Equity (Deficit)** | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | |
| Accounts payable, accrued expenses, and other | $ - | $ - | $ 32 | $ 23 | $ 28 | $ 21 | $ - | $ - | $ - |
| Debt | - | - | - | - | - | - | - | - | - |
| Total current liabilities | - | - | 32 | 23 | 28 | 21 | - | - | - |
| Other obligations | - | - | - | - | - | - | - | - | 8 |
| **Total Liabilities** | - | - | 32 | 23 | 28 | 21 | - | - | 8 |
| **Shareholders' Equity (Deficit)** | 3,297 | 4,604 | 4,192 | 71 | 75 | 77 | (4,950) | (5,385) | (5,537) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 3,297 | $ 4,604 | $ 4,224 | $ 94 | $ 103 | $ 98 | $ (4,950) | $ (5,385) | $ (5,529) |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
   All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1B**
**Combined Condensed Balance Sheets for Non Majority Interest Entities**
**As of December 31, 2008, June 30, 2009 & December 31, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Combined Non Majority Interest Entities | | |
| --- | --- | --- | --- |
| | Dec. 31, 2008 | June 30, 2009 | Dec. 31, 2009 |
| **Assets** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 11,680 | $ 8,499 | $ 10,698 |
| Accounts receivable, net | 7,502 | 9,798 | 13,333 |
| Inventories | 91 | 99 | 164 |
| Prepaid expenses and other | 475 | 917 | 585 |
| Total current assets | 19,748 | 19,313 | 24,780 |
| **Property, plant and equipment, net** | 2,561 | 2,186 | 1,341 |
| **Other Assets** | | | |
| Goodwill and other intangible assets, net | 5,768 | 5,149 | 1,194 |
| Other investments | 10 | 10 | 10 |
| Receivables from related parties | 4,824 | 3,867 | 238 |
| Other | 517 | 571 | 727 |
| **Total Assets** | $ 33,428 | $ 31,096 | $ 28,290 |
| **Liabilities and Shareholders' Equity (Deficit)** | | | |
| **Current Liabilities** | | | |
| Accounts payable, accrued expenses, and other | $ 14,225 | $ 13,193 | $ 12,997 |
| Debt | 250 | 400 | - |
| Total current liabilities | 14,475 | 13,593 | 12,997 |
| Other obligations | 589 | 2,198 | 7,326 |
| **Total Liabilities** | 15,064 | 15,791 | 20,323 |
| **Shareholders' Equity (Deficit)** | 18,364 | 15,305 | 7,967 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 33,428 | $ 31,096 | $ 28,290 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2A**
**Statements of Operations for Non-Debtor Entities**
**Six Month Period & Year Ending December 27, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Multimedia Insurance Company | | Tribune (FN) Cable Ventures, Inc. | | Tribune Interactive, Inc. | |
|---|---|---|---|---|---|---|
| | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 |
| Total Revenue | $        - | $        - | $        - | $        - | $    38,960 | $    75,922 |
| Operating Expenses | | | | | | |
| Cost of sales | - | - | - | - | 14,006 | 29,063 |
| Selling, general and administrative | 39 | 90 | 58 | 58 | 14,352 | 29,704 |
| Depreciation | - | - | - | - | 2,818 | 5,767 |
| Amortization of intangible assets | - | - | - | - | - | - |
| Total operating expenses | 39 | 90 | 58 | 58 | 31,176 | 64,534 |
| Operating Income (Loss) | (39) | (90) | (58) | (58) | 7,784 | 11,388 |
| Net income / (loss) on equity investments | - | - | 49,398 | 93,314 | 2,927 | 2,145 |
| Interest income (expense), net | 50 | 58 | (364) | (376) | 330 | 481 |
| Management fee income / (expense) | - | - | - | - | 8,100 | 17,163 |
| Non-operating income (loss), net | - | - | (16,164) | (24,312) | 17 | 32 |
| Income (Loss) Before Income Taxes | 11 | (32) | 32,812 | 68,568 | 19,158 | 31,209 |
| Income Taxes | - | - | - | - | - | - |
| Net Income (Loss) | $    11 | $    (32) | $    32,812 | $    68,568 | $    19,158 | $    31,209 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2A (Cont)**
**Statements of Operations for Non-Debtor Entities**
**Six Month Period & Year Ending December 27, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Tribune National Marketing Company | | Tribune ND, Inc. | | Tribune Receivables, LLC | |
|---|---|---|---|---|---|---|
| | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 |
| Total Revenue | - | $ - | $ 4,545 | $ 7,313 | $ - | $ - |
| Operating Expenses | | | | | | |
| Cost of sales | - | - | (4) | (1) | - | - |
| Selling, general and administrative | (0) | 2 | 2,604 | 2,228 | 239 | 399 |
| Depreciation | - | - | 1,196 | 2,490 | - | - |
| Amortization of intangible assets | - | - | - | - | - | - |
| Total operating expenses | (0) | 2 | 3,796 | 4,717 | 239 | 399 |
| Operating Income (Loss) | 0 | (2) | 749 | 2,596 | (239) | (399) |
| Net income / (loss) on equity investments | 14,971 | 19,878 | - | - | - | - |
| Interest income (expense), net | 74 | 157 | 124 | 112 | (11,726) | (27,783) |
| Management fee income / (expense) | - | - | (34) | (112) | - | - |
| Non-operating income (loss), net | - | - | - | - | 25,502 | 45,444 |
| Income (Loss) Before Income Taxes | 15,046 | 20,034 | 839 | 2,596 | 13,537 | 17,262 |
| Income Taxes | - | - | - | - | - | - |
| Net Income (Loss) | 15,046 | $ 20,034 | $ 839 | $ 2,596 | $ 13,537 | $ 17,262 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2A (Cont)**
**Statements of Operations for Non-Debtor Entities**
**Six Month Period & Year Ending December 27, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | TMS Entertainment Guides Canada Corp | | Tribune Hong Kong Ltd. | | Tribune Media Services B.V. | |
|---|---|---|---|---|---|---|
| | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 |
| Total Revenue | $          466 | $          884 | $          50 | $          140 | $          647 | $          1,237 |
| Operating Expenses | | | | | | |
| Cost of sales | 101 | 211 | 50 | 136 | 407 | 769 |
| Selling, general and administrative | - | - | - | - | 451 | 910 |
| Depreciation | 6 | (1) | - | - | 19 | 36 |
| Amortization of intangible assets | 47 | 88 | - | - | - | - |
| Total operating expenses | 154 | 298 | 50 | 136 | 877 | 1,715 |
| Operating Income (Loss) | 312 | 586 | - | 4 | (230) | (478) |
| Net income / (loss) on equity investments | - | - | - | - | - | - |
| Interest income (expense), net | 1 | 1 | 2 | 2 | (76) | (112) |
| Management fee income / (expense) | (6) | (12) | - | - | - | - |
| Non-operating income (loss), net | - | - | - | - | - | 1 |
| Income (Loss) Before Income Taxes | 307 | 575 | 2 | 6 | (306) | (589) |
| Income Taxes | (112) | (203) | - | - | (534) | (690) |
| Net Income (Loss) | $          195 | $          372 | $          2 | $          6 | $          (840) | $          (1,279) |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2B**
**Combined Condensed Statements of Operations for Non Majority Interest Entities**
**Six Month Period & Year Ending December 31, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Combined Non Majority Interest Entities | |
|---|---|---|
| | July 1, 2009 through Dec. 31, 2009 | Jan. 1, 2009 through Dec. 31, 2009 |
| Total Revenue | $ 26,608 | $ 52,658 |
| Operating Expenses | | |
| Cost of sales | 6,947 | 12,882 |
| Selling, general and administrative | 25,252 | 48,657 |
| Depreciation and amortization | 1,985 | 2,972 |
| Total operating expenses | 34,184 | 64,510 |
| Operating Income (Loss) | (7,576) | (11,852) |
| Interest income (expense), net | (1) | (4) |
| Non-operating income (loss), net | 1,899 | 1,578 |
| Income (Loss) Before Income Taxes | (5,678) | (10,278) |
| Income Taxes | (342) | (800) |
| Net Income (Loss) | $ (6,019) | $ (11,078) |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

## Exhibit B-3A
## Statements of Cash Flows for Non-Debtor Entities
## Six Month Period & Year Ending December 27, 2009 [1]
## Unaudited
## (Dollars in Thousands)

| | Multimedia Insurance Company | | Tribune (FN) Cable Ventures, Inc. | | Tribune Interactive, Inc. | |
|---|---|---|---|---|---|---|
| | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 |
| Beginning Cash | $ 2,638 | $ 2,591 | $ 56,848 | $ - | $ 9,900 | $ 9,994 |
| Net Income | 11 | (32) | 32,812 | 68,568 | 19,158 | 31,209 |
| Operating Activities | | | | | | |
| Depreciation and amortization | - | - | - | - | 2,818 | 5,767 |
| Impairment of fixed assets | - | - | - | - | - | - |
| Net income on equity investments | - | - | (49,398) | (93,314) | (2,927) | (2,145) |
| Distributions from equity investments | - | - | 19,125 | 88,936 | - | - |
| Decrease / (increase) in accounts receivables | 1 | 3 | - | - | 575 | 427 |
| Increase / (decrease) in current liabilities | 287 | 294 | 5,433 | 8,166 | (3,521) | (3,476) |
| Increase / (decrease) in other obligations | - | - | - | - | 8,830 | - |
| Gain / (loss) on foreign exchange | - | - | - | - | - | - |
| Decrease / (increase) in other current assets | - | 81 | - | (7,500) | 373 | 529 |
| | 288 | 378 | (24,840) | (3,712) | 6,148 | 1,102 |
| Net Cash Flow from Operating Activities | 299 | 346 | 7,972 | 64,856 | 25,306 | 32,311 |
| Investing Activities | | | | | | |
| Capital expenditures | - | - | - | - | (588) | (1,290) |
| Net Cash Flow from Investing Activities | - | - | - | - | (588) | (1,290) |
| Financing Activities | | | | | | |
| Decrease / (increase) in intercompany receivables | (48) | (48) | 28,422 | 28,386 | (24,470) | (30,867) |
| Capital contribution from parent | - | - | - | - | - | - |
| Repayment of debt | - | - | - | - | - | - |
| Net Cash Flow from Financing Activities | (48) | (48) | 28,422 | 28,386 | (24,470) | (30,867) |
| Net Cash Flow | 251 | 298 | 36,394 | 93,242 | 248 | 154 |
| Ending Cash | $ 2,889 | $ 2,889 | $ 93,242 | $ 93,242 | $ 10,148 | $ 10,148 |

## Notes:

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-3A (Cont)**
**Statements of Cash Flows for Non-Debtor Entities**
**Six Month Period & Year Ending December 27, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Tribune National Marketing Company | | Tribune ND, Inc. | | Tribune Receivables, LLC | |
|---|---|---|---|---|---|---|
| | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 |
| Beginning Cash | $         - | $         - | $         - | $         - | $         - | $         - |
| Net Income | 15,046 | 20,034 | 839 | 2,596 | 13,537 | 17,262 |
| **Operating Activities** | | | | | | |
| Depreciation and amortization | - | - | 1,196 | 2,490 | - | - |
| Impairment of fixed assets | - | - | 3,119 | 3,119 | - | - |
| Net income on equity investments | (14,971) | (19,878) | - | - | - | - |
| Distributions from equity investments | - | 550 | - | - | - | - |
| Decrease / (increase) in accounts receivables | 3 | 3 | (74) | (307) | (54,271) | 59,855 |
| Increase / (decrease) in current liabilities | - | - | (179) | 38 | (735) | (1,989) |
| Increase / (decrease) in other obligations | 14 | 17 | (4,182) | (6,121) | - | - |
| Gain / (loss) on foreign exchange | - | - | - | - | - | - |
| Decrease / (increase) in other current assets | - | - | - | - | - | - |
| | (14,954) | (19,308) | (120) | (781) | (55,006) | 57,866 |
| Net Cash Flow from Operating Activities | 92 | 726 | 719 | 1,815 | (41,469) | 75,128 |
| **Investing Activities** | | | | | | |
| Capital expenditures | - | - | 96 | 96 | - | - |
| Net Cash Flow from Investing Activities | - | - | 96 | 96 | - | - |
| **Financing Activities** | | | | | | |
| Decrease / (increase) in intercompany receivables | (92) | (726) | (815) | (1,911) | 41,469 | (20,128) |
| Capital contribution from parent | - | - | - | - | 170,000 | 170,000 |
| Repayment of debt | - | - | - | - | (170,000) | (225,000) |
| Net Cash Flow from Financing Activities | (92) | (726) | (815) | (1,911) | 41,469 | (75,128) |
| Net Cash Flow | - | - | - | - | - | - |
| Ending Cash | - | - | $         - | $         - | $         - | $         - |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-3A (Cont)**
**Statements of Cash Flows for Non-Debtor Entities**
**Six Month Period & Year Ending December 27, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

| | TMS Entertainment Guides Canada Corp | | Tribune Hong Kong Ltd. | | Tribune Media Services B.V. | |
|---|---|---|---|---|---|---|
| | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 | Jun. 29, 2009 through Dec. 27, 2009 | Dec 29, 2008 through Dec. 27, 2009 |
| Beginning Cash | $ 215 | $ 89 | $ 33 | $ 34 | $ 248 | $ 189 |
| Net Income | 195 | 372 | 2 | 6 | (840) | (1,279) |
| Operating Activities | | | | | | |
| Depreciation and amortization | 53 | 87 | - | - | 19 | 36 |
| Impairment of fixed assets | - | - | - | - | - | - |
| Net income on equity investments | - | - | - | - | - | - |
| Distributions from equity investments | - | - | - | - | - | - |
| Decrease / (increase) in accounts receivables | 64 | 2 | - | - | 82 | 87 |
| Increase / (decrease) in current liabilities | 32 | 32 | (7) | (2) | - | - |
| Increase / (decrease) in other obligations | - | - | - | - | 8 | 8 |
| Gain / (loss) on foreign exchange | (607) | 523 | - | - | 688 | 692 |
| Decrease / (increase) in other current assets | 1 | 5 | 3 | 5 | (110) | (1,614) |
| | (457) | 649 | (4) | 3 | 687 | (791) |
| Net Cash Flow from Operating Activities | (262) | 1,021 | (2) | 9 | (153) | (2,070) |
| Investing Activities | | | | | | |
| Capital expenditures | (73) | (115) | - | - | (2) | (3) |
| Net Cash Flow from Investing Activities | (73) | (115) | - | - | (2) | (3) |
| Financing Activities | | | | | | |
| Decrease / (increase) in intercompany receivables | 730 | (385) | 2 | (10) | 171 | 2,148 |
| Capital contribution from parent | - | - | - | - | - | - |
| Repayment of debt | - | - | - | - | - | - |
| Net Cash Flow from Financing Activities | 730 | (385) | 2 | (10) | 171 | 2,148 |
| Net Cash Flow | 395 | 521 | - | (1) | 16 | 75 |
| Ending Cash | $ 610 | $ 610 | $ 33 | $ 33 | $ 264 | $ 264 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-3B**
**Combined Condensed Statements of Cash Flows for Non Majority Interest Entities**
**Six Month Period & Year Ending December 31, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Combined Non Majority Entities | |
|---|---|---|
|  | July 1, 2009 through Dec. 31, 2009 | Jan. 1, 2009 through Dec. 31, 2009 |
| Beginning Cash | $    8,499 | $    11,680 |
| Net Income | (6,019) | (11,078) |
| Operating Activities |  |  |
| Depreciation and amortization | 1,007 | 1,994 |
| Impairments of goodwill and fixed assets | 4,266 | 4,266 |
| Decrease / (increase) in accounts receivables | (3,535) | (5,831) |
| Increase / (decrease) in current liabilities | (196) | (1,228) |
| Increase / (decrease) in other obligations | 228 | 237 |
| Decrease / (increase) in inventories | (65) | (73) |
| Decrease / (increase) in other assets | 843 | 966 |
|  | 2,548 | 331 |
| Net Cash Flow from Operating Activities | (3,471) | (10,747) |
| Investing Activities |  |  |
| Capital expenditures | (1,140) | (1,752) |
| Net Cash Flow from Investing Activities | (1,140) | (1,752) |
| Financing Activities |  |  |
| Capital contributions | 2,251 | 4,251 |
| Borrowings from related party | 8,529 | 11,086 |
| Distribution to partners | (3,570) | (3,570) |
| Increase / (decrease) in debt | (400) | (250) |
| Net Cash Flow from Financing Activities | 6,810 | 11,517 |
| Net Cash Flow | 2,199 | (982) |
| Ending Cash | $    10,698 | $    10,698 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4A**
**Statements of Changes in Shareholders' Equity (Deficit) for Non-Debtor Entities**
**Six Month Period & Year Ending December 27, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Multimedia Insurance Company | Tribune (FN) Cable Ventures, Inc. | Tribune Interactive, Inc. | Tribune National Marketing Company | Tribune ND, Inc. |
|---|---|---|---|---|---|
| Shareholders Equity at Jun. 28, 2009 | $ (476) | $ 299,668 | $ 5,149 | (27,526) | $ 543,242 |
| Net Income | 11 | 32,812 | 19,158 | 15,046 | 839 |
| Capital contribution from parent | - | - | - | - | - |
| Other comprehensive income | - | 510 | - | 1,683 | - |
| Foreign currency translation adjustment | - | - | - | - | - |
| Shareholders Equity at Dec. 27, 2009 | $ (465) | $ 332,990 | $ 24,307 | (10,798) | $ 544,081 |
| | | | | | |
| Shareholders Equity at Dec. 28, 2008 | $ (433) | $ 263,912 | $ (6,902) | (32,760) | $ 541,485 |
| Net Income | (32) | 68,568 | 31,209 | 20,034 | 2,596 |
| Capital contribution from parent | - | - | - | - | - |
| Other comprehensive income | - | 510 | - | 1,929 | - |
| Foreign currency translation adjustment | - | - | - | - | - |
| Shareholders Equity at Dec. 27, 2009 | $ (465) | $ 332,990 | $ 24,307 | (10,798) | $ 544,081 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
   All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4A (Cont)**
**Statements of Changes in Shareholders' Equity (Deficit) for Non-Debtor Entities**
**Six Month Period & Year Ending December 27, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Receivables, LLC | TMS Entertainment Guides Canada Corp | Tribune Hong Kong Ltd. | Tribune Media Services B.V. |
|---|---|---|---|---|
| Shareholders Equity at Jun. 28, 2009 | $ 64,210 | $ 4,604 | $ 75 | $ (5,385) |
| Net Income | 13,537 | 195 | 2 | (840) |
| Capital contribution from parent | 170,000 | - | - | - |
| Other comprehensive income | - | - | - | - |
| Foreign currency translation adjustment | - | (607) | - | 688 |
| Shareholders Equity at Dec. 27, 2009 | $ 247,747 | $ 4,192 | $ 77 | $ (5,537) |
| | | | | |
| Shareholders Equity at Dec. 28, 2008 | $ 60,485 | $ 3,297 | $ 71 | $ (4,950) |
| Net Income | 17,262 | 372 | 6 | (1,279) |
| Capital contribution from parent | 170,000 | - | - | - |
| Other comprehensive income | - | - | - | - |
| Foreign currency translation adjustment | - | 523 | - | 692 |
| Shareholders Equity at Dec. 27, 2009 | $ 247,747 | $ 4,192 | $ 77 | $ (5,537) |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4B**
**Combined Condensed Statements of Changes in Shareholders' Equity**
**for Non Majority Interest Entities**
**Six Month Period & Year Ending December 31, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Combined Non Majority Entities |
|---|---|
| Shareholders' Equity at June 30, 2009 | $      15,305 |
| Net Income | (6,019) |
| Capital contributions | 2,251 |
| Partnership distributions | (3,570) |
| Shareholders' Equity at Dec. 31, 2009 | $      7,967 |
|  |  |
| Shareholders' Equity at Dec. 31, 2008 | $      18,364 |
| Net Income | (11,078) |
| Capital contributions | 4,251 |
| Partnership distributions | (3,570) |
| Shareholders' Equity at Dec. 31, 2009 | $      7,967 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.
    All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

## Exhibit C-1
## Description of Operations for Non-Debtor Entities

| Legal Entity | Operating Description | Parent Company |
| --- | --- | --- |
| Multimedia Insurance Company | Captive insurance company which is being wound down. | Tribune Company |
| Tribune (FN) Cable Ventures, Inc. | Holds minority investment in Television Food Network, G.P. | Tribune Broadcasting Company |
| Tribune Interactive, Inc. | Centralized entity that manages the website operations for Tribune's publishing and broadcasting subsidiaries, and helps manage Tribune's various online classified businesses. | Tribune Company |
| Tribune National Marketing Company | Owns interests in several of Tribune's joint ventures. | Tribune Company |
| Tribune ND, Inc. | Formerly published Newsday; Holds 3% interest in Newsday Holdings, LLC pursuant to the Newsday/Cablevision transaction that closed in July 2008. | Tribune Company |
| Tribune Receivables, LLC | Facilitates transactions related to a trade receivables securitization facility. | Tribune Company |
| TMS Entertainment Guides Canada Corp | Canadian sales of a program guide for the Entertainment Information Products Group. | TMS Entertainment Guides, Inc. |
| Tribune Hong Kong Ltd. | Operates a local sales office for Tribune Media Service's News & Features international syndication business to support sales efforts for Asian and multinational customers. | Tribune Company |
| Tribune Media Services B.V. | Operates a local sales office and data center for Tribune Media Service's Entertainment Information Products Group in the Netherlands. | Tribune Media Services, Inc. |

B26 (Official Form 26) (06/09) - Cont

**Exhibit C-2**
**Description of Operations for Non Majority Interest Entities**

| Legal Entity | Operating Description | Parent Company |
|---|---|---|
| CIPS Marketing Group, Inc. | Pre-print advertising distribution service in Los Angeles | Los Angeles Times Communications LLC |
| Los Angeles Times - Washington Post News Service, Inc. | News wire service | Tribune Company |
| Legacy.com, Inc. | Online obituaries | Tribune Company |
| McClatchy/Tribune News Service | News wire service | Tribune Company |
| Metromix LLC | National network of local entertainment (movies, dining, music, bars, etc.) websites | Tribune Company, Tribune Interactive, Inc., and Chicago Tribune Company |
| quadrantONE LLC | Online advertising network | Tribune Company |
| TKG Internet Holdings II LLC | Online news and community information | Eagle New Media Investments, LLC, and Tribune Media Net, Inc. |
| Zetabid Holdings LLC | Auctions of foreclosed homes | Los Angeles Times Communications LLC |