# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref No. 3198-3208, 3215-3220 & 3223-3225** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF NEW YORK )

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, LLC (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On January 26, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfers"), copies of which are annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>. I also caused copies of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Mary Christine Basile

Sworn to before me this

29th day of January, 2010

Notary Public

**TIME DARDEN**
**Notary Public, State Of New York**
**No. 01DA6196919**
**Qualified in Kings County**
**Commission Expires January 5, 2013**

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                   |
In re:                             |    Chapter 11
                                   |
TRIBUNE COMPANY, et al.,           |    Case No. 08-13141 (KJC)
                                   |
              Debtors.             |    Jointly Administered
                                   |
                                   |
                                   |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ACADEMY OF TELEVISION ARTS & SCIENCES
             5220 LANKERSHIM BLVD
             NORTH HOLLYWOOD, CA 91601

Please note that your claim # 3319 in the above referenced case and in the amount of
        $1,950.00 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: ACADEMY OF TELEVISION ARTS &
        ANSONIA FINANCE STATION
        PO BOX 237037
        NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3215       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                    David D. Bird, Clerk of Court

                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    |    Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |    Case No. 08-13141 (KJC)
                                          |
                Debtors.                  |    Jointly Administered
                                          |
                                          |
                                          |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BEAL INDUSTRIAL PRODUCTS
              7513 E CONNELLEY DR
              HANOVER, MD 21076

Please note that your schedule in the above referenced case and in the amount of
      $882.81 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: BEAL INDUSTRIAL PRODUCTS
        ANSONIA FINANCE STATION
        PO BOX 237037
        NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3216     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    | Chapter 11

TRIBUNE COMPANY, et al.,                  | Case No. 08-13141 (KJC)

                        Debtors.          | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BLUE CAT MEDIA GROUP
             13245 ATLANTIC BLVD     NO.4-152
             JACKSONVILLE, FL 32225-7118

Please note that your claim # 2002 in the above referenced case and in the amount of
        $1,500.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: BLUE CAT MEDIA GROUP
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3199      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                          David D. Bird, Clerk of Court

                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                   |
In re:                             |    Chapter 11
                                   |
TRIBUNE COMPANY, et al.,           |    Case No. 08-13141 (KJC)
                                   |
              Debtors.             |    Jointly Administered
                                   |
                                   |
                                   |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  BRICKMAN GROUP LTD
              18227 FLOWER HILL WAY, SUITE D
              GAITHERSBURG, MD 20879

Please note that your claim # 5407 in the above referenced case and in the amount of
       $8,289.54 has been transferred **(unless previously expunged by court order)** to:

         FAIR HARBOR CAPITAL, LLC
         TRANSFEROR: BRICKMAN GROUP LTD
         ANSONIA FINANCE STATION
         PO BOX 237037
         NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3217      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BRICKMAN GROUP LTD
              18227 FLOWER HILL WAY, SUITE D
              GAITHERSBURG, MD 20879

Please note that your claim # 5405 in the above referenced case and in the amount of $640.00 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: BRICKMAN GROUP LTD
        ANSONIA FINANCE STATION
        PO BOX 237037
        NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3218      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BRICKMAN GROUP LTD
             3400 N AVONDALE AVE
             CHICAGO, IL 60618

Please note that your schedule in the above referenced case and in the amount of
        $1,905.00 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: BRICKMAN GROUP LTD
        ANSONIA FINANCE STATION
        PO BOX 237037
        NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3219    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CENTURION INC
             1400 E LAKE COOK RD NO.170
             BUFFALO GROVE, IL 60089-8219

Please note that your claim # 3508 in the above referenced case and in the amount of $398.69 has been transferred **(unless previously expunged by court order)** to:

        UNITED STATES DEBT RECOVERY III LP
        TRANSFEROR: CENTURION INC
        940 SOUTHWOOD BLVD, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3198      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CHICAGO DEFENDER PUBLISHING CO
             200 S MICHIGAN AVE  SUITE 1700
             CHICAGO, IL 60604

Please note that your schedule in the above referenced case and in the amount of
        $1,854.60 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: CHICAGO DEFENDER PUBLISHING
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3202       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   DACKMAN & HEYMANLLP
              2221 MARYLAND AVE
              BALTIMORE, MD 21218

Please note that your schedule in the above referenced case and in the amount of
        $202.00 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: DACKMAN & HEYMANLLP
              940 SOUTHWOOD BLVD, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3207      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              | Chapter 11
                                                    |
TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)
                                                    |
                    Debtors.                        | Jointly Administered
                                                    |
                                                    |
                                                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   GBR SYSTEMS CORP
              12 INSPIRATION LANE
              CHESTER, CT 06412

Please note that your claim # 1763 in the above referenced case and in the amount of
        $1,571.51 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: GBR SYSTEMS CORP
        ANSONIA FINANCE STATION
        PO BOX 237037
        NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3220      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                              David D. Bird, Clerk of Court


                                              /s/MARY C. BASILE
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    | Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  | Case No. 08-13141 (KJC)
                                          |
                Debtors.                  | Jointly Administered
                                          |
                                          |
                                          |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HASTINGS AIR ENERGY CONTROL INC
             5555 S. WESTRIDGE DR
             NEW BERLIN, WI 53151-7900

Please note that your claim # 823 in the above referenced case and in the amount of
        $873.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: HASTINGS AIR ENERGY CONTROL
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3200      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                                | Chapter 11
                                                      |
TRIBUNE COMPANY, et al.,                              | Case No. 08-13141 (KJC)
                                                      |
                    Debtors.                          | Jointly Administered
                                                      |
                                                      |
                                                      |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HASTINGS AIR ENERGY CONTROL INC
         5555 S WESTRIDGE DRIVE
         NEW BERLIN, WI 53151

Please note that your schedule in the above referenced case and in the amount of
    $873.00 has been transferred **(unless previously expunged by court order)** to:

         UNITED STATES DEBT RECOVERY III LP
         TRANSFEROR: HASTINGS AIR ENERGY CONTROL
         940 SOUTHWOOD BLVD, SUITE 101
         INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3200     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                              David D. Bird, Clerk of Court


                                             /s/MARY C. BASILE
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                              |
In re:                        |     Chapter 11
                              |
TRIBUNE COMPANY, et al.,      |     Case No. 08-13141 (KJC)
                              |
              Debtors.        |     Jointly Administered
                              |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HOLLISTER KIDS
             3 E WYNNEWOOD RD
             WYNNEWOOD, PA 19096

Please note that your schedule in the above referenced case and in the amount of
        $1,105.00 has been transferred **(unless previously expunged by court order)** to:

            UNITED STATES DEBT RECOVERY III LP
            TRANSFEROR: HOLLISTER KIDS
            940 SOUTHWOOD BLVD, SUITE 101
            INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3205      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                          Debtors.               | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  JOSEPH WONG AIA DESIGN ASSOCIATES
           2359 FOURTH AVENUE
           SAN DIEGO, CA 92101-1606

Please note that your claim # 2323 in the above referenced case and in the amount of
      $673.75 has been transferred **(unless previously expunged by court order)** to:

      U.S BANKRUPTCY FUNDING
      TRANSFEROR: JOSEPH WONG AIA DESIGN ASSOC
      C/O BENJAMIN TARVER
      11152 WESTHEIMER ROAD #796
      HOUSTON, TX 77042

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3223      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                            David D. Bird, Clerk of Court


                                            /s/MARY C. BASILE
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              |        Chapter 11
                                                    |
TRIBUNE COMPANY, et al.,                            |        Case No. 08-13141 (KJC)
                                                    |
                        Debtors.                    |        Jointly Administered
                                                    |
                                                    |
                                                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   MANHATTAN PRODUCTION MUSIC
              355 W 52ND ST
              6TH FLOOR
              NEW YORK, NY 10019

Please note that your claim # 1080 in the above referenced case and in the amount of
        $3,500.00 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: MANHATTAN PRODUCTION MUSIC
              940 SOUTHWOOD BLVD, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3201       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                                    David D. Bird, Clerk of Court


                                                    /s/MARY C. BASILE
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                        |    Chapter 11
                              |
TRIBUNE COMPANY, et al.,      |    Case No. 08-13141 (KJC)
                              |
              Debtors.        |    Jointly Administered
                              |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   POYNTER INSTITUTE
               801 THIRD STREET SOUTH
               ST PETERSBURG, FL 33701

Please note that your schedule in the above referenced case and in the amount of
         $2,000.00 has been transferred **(unless previously expunged by court order)** to:

               UNITED STATES DEBT RECOVERY III LP
               TRANSFEROR: POYNTER INSTITUTE
               940 SOUTHWOOD BLVD, SUITE 101
               INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3208      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                      David D. Bird, Clerk of Court


                                      /s/MARY C. BASILE
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  PYNE-DAVIDSON COMPANY
             237 WESTON STREET
             HARTFORD, CT 06120

Please note that your claim # 2204 in the above referenced case and in the amount of
        $1,381.18 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: PYNE-DAVIDSON COMPANY
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3224      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                       David D. Bird, Clerk of Court


                                       /s/MARY C. BASILE
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
|
In re:                                 |        Chapter 11
                                       |
TRIBUNE COMPANY, et al.,               |        Case No. 08-13141 (KJC)
                                       |
            Debtors.                   |        Jointly Administered
                                       |
                                       |
                                       |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   PYNE-DAVIDSON COMPANY
              237 WESTON ST
              HARTFORD, CT 06120

Please note that your claim # 2205 in the above referenced case and in the amount of
        $1,393.90 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: PYNE-DAVIDSON COMPANY
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3225      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                            David D. Bird, Clerk of Court


                                            /s/MARY C. BASILE
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   SWITCH
>        PO BOX 12018
>        LEWISTON, ME 04243-9494

Please note that your schedule in the above referenced case and in the amount of $383.87 has been transferred **(unless previously expunged by court order)** to:

> UNITED STATES DEBT RECOVERY III LP
> TRANSFEROR: SWITCH
> 940 SOUTHWOOD BLVD, SUITE 101
> INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> District of Delaware
> 824 Market Street, Fifth Floor
> Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3203     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                      David D. Bird, Clerk of Court


                                      /s/MARY C. BASILE
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                        Debtors.                 | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   TRIANGLE ENVIRONMENTAL INC
              730 N MARIPOSA CT
              BURBANK, CA 91506

Please note that your schedule in the above referenced case and in the amount of
        $750.00 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY III LP
              TRANSFEROR: TRIANGLE ENVIRONMENTAL INC
              940 SOUTHWOOD BLVD, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3206      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  WESTERN BUILDING MAINTENANCE INC
         PO BOX 19433
         SACRAMENTO, CA 95819-0433

Please note that your schedule in the above referenced case and in the amount of $2,819.35 has been transferred **(unless previously expunged by court order)** to:

         UNITED STATES DEBT RECOVERY III LP
         TRANSFEROR: WESTERN BUILDING MAINTENANCE
         940 SOUTHWOOD BLVD, SUITE 101
         INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3204    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

EXHIBIT B

TIME: 19:12:38
DATE: 01/26/10

The Tribune Company
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ACADEMY OF TELEVISION ARTS & SCIENCES | 5220 LANKERSHIM BLVD NORTH HOLLYWOOD CA 91601 |
| BEAL INDUSTRIAL PRODUCTS | 7513 E CONNELLEY DR HANOVER MD 21076 |
| BLUE CAT MEDIA GROUP | 13245 ATLANTIC BLVD   NO.4-152 JACKSONVILLE FL 32225-7118 |
| BRICKMAN GROUP LTD | 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG MD 20879 |
| BRICKMAN GROUP LTD | 3400 N AVONDALE AVE CHICAGO IL 60618 |
| CENTURION INC | 1400 E LAKE COOK RD NO.170 BUFFALO GROVE IL 60089-8219 |
| CHICAGO DEFENDER PUBLISHING CO | 200 S MICHIGAN AVE  SUITE 1700 CHICAGO IL 60604 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PYNE-DAVIDSON COMPANY 92 UNION AVENUE CRESSKILL NJ 07626 |
| DACKMAN & HEYMANLLP | 2221 MARYLAND AVE BALTIMORE MD 21218 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ACADEMY OF TELEVISION ARTS & ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BEAL INDUSTRIAL PRODUCTS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BRICKMAN GROUP LTD ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: GBR SYSTEMS CORP ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GBR SYSTEMS CORP | 12 INSPIRATION LANE CHESTER CT 06412 |
| HASTINGS AIR ENERGY CONTROL INC | 5555 S WESTRIDGE DRIVE NEW BERLIN WI 53151 |
| HASTINGS AIR ENERGY CONTROL INC | 5555 S. WESTRIDGE DR NEW BERLIN WI 53151-7900 |
| HOLLISTER KIDS | 3 E WYNNEWOOD RD WYNNEWOOD PA 19096 |
| JOSEPH WONG AIA DESIGN ASSOCIATES | 2359 FOURTH AVENUE SAN DIEGO CA 92101-1606 |
| MANHATTAN PRODUCTION MUSIC | 355 W 52ND ST 6TH FLOOR NEW YORK NY 10019 |
| POYNTER INSTITUTE | 801 THIRD STREET SOUTH ST PETERSBURG FL 33701 |
| PYNE-DAVIDSON COMPANY | 237 WESTON ST HARTFORD CT 06120 |
| PYNE-DAVIDSON COMPANY | 237 WESTON STREET HARTFORD CT 06120 |
| SWITCH | PO BOX 12018 LEWISTON ME 04243-9494 |
| TRIANGLE ENVIRONMENTAL INC | 730 N MARIPOSA CT BURBANK CA 91506 |
| U.S BANKRUPTCY FUNDING | TRANSFEROR: JOSEPH WONG AIA DESIGN ASSOC C/O BENJAMIN TARVER 11152 WESTHEIMER ROAD #796 HOUSTON TX 77042 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: BLUE CAT MEDIA GROUP 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CENTURION INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CHICAGO DEFENDER PUBLISHING 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: DACKMAN & HEYMANLLP 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: HASTINGS AIR ENERGY CONTROL 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: HOLLISTER KIDS 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: MANHATTAN PRODUCTION MUSIC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: POYNTER INSTITUTE 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: SWITCH 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: TRIANGLE ENVIRONMENTAL INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| WESTERN BUILDING MAINTENANCE INC | TRANSFEROR: WESTERN BUILDING MAINTENANCE 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
|  | PO BOX 19433 SACRAMENTO CA 95819-0433 |

Total Number of Records Printed       37

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

TRB  TRF NTCS (1-26-10)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801