# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 3222 & 3227 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On January 26, 2010, I caused to be served the:

   a. "Notice of Supplement to Exhibit "A" to Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business," dated January 26, 2010 [Docket No. 3222], (the "Notice of Supplement"), and

   b. "Notice of Amended Agenda of Matters Scheduled for Hearing on January 27, 2010 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated January 26, 2010 [Docket No. 3227], (the "Amended Agenda"),

   by causing true and correct copies of:

   a) the Notice of Supplement to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the attached <u>Exhibit A</u>, and

   b) the Amended Agenda to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brittany Whalen

Sworn to before me this
27th day of January, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, ESQUIRE DAVID M. LEMAY, ESQUIRE DOUGLAS E. DEUTSCH, ESQUIRE 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| DAVIS POLK & WARDWELL | ATTN: DONALD S. BERNSTEIN, ESQUIRE JAMES A. FLORACK, ESQUIRE DAMIAN S. SCHAIBLE, ESQUIRE 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| EDWARDS ANGELL PALMER & DODGE | ATTN: STUART M. BROWN, ESQUIRE 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| HEIGLE & ASSOCIATES | ATTN: KEVIN HEIGLE 131 AULINE DRIVE, SUITE 201 METAIRIE LA 70001 |
| KAYE SCHOLER LLP | ATTN: MARGOT B. SCHONHOLTZ, ESQUIRE MADLYN GLEICH PRIMOFF, ESQUIRE 425 PARK AVENUE NEW YORK NY 10022 |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQUIRE MATTHEW B. MCGUIRE, ESQUIRE 919 MARKET STREET, STE. 1800 WILMINGTON DE 19801 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQUIRE JEFFREY G. TOUGAS, ESQUIRE 1675 BROADWAY NEW YORK NY 10019-5820 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQUIRE AMIT K. TREHAN, ESQUIRE 1675 BROADWAY NEW YORK NY 10019-5820 |
| NEWMAN, MATHIS, BRADY & SPEDALE | ATTN: JOSEPH FICK 212 VETERANS BOULEVARD METAIRIE LA 70005 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR., ESQUIRE J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQUIRE HERCULES PLAZA 1313 N. MARKET STREET, PO BOX 951 WILMINGTON DE 19899-0951 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, ESQUIRE KATISHA D. FORTUNE, ESQUIRE 920 N. KING STREET P.O. BOX 551 WILMINGTON DE 19899-0511 |
| SIDLEY AUSTIN LLP | ATTN: JAMES F. CONLAN, ESQUIRE BRYAN KRAKAUER, ESQUIRE ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | ATTN: KEVIN T. LANTRY, ESQUIRE 555 WEST FIFTH STREET LOS ANGELES CA 90013 |
| UDDO, BEATMANN & CODE LLC | ATTN: MICHAEL CODE 3445 N. CAUSEWAY BOULEVARD, SUITE 724 METAIRIE LA 70002 |

**Total Creditor Count 15**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. ONE BRYANT PARK (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) NEW YORK NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| ANDREW S. CONWAY, ESQUIRE | (COUSNEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ. 300 DELAWARE AVE, STE 1370 (COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.) WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN, ESQ. 500 DELAWARE AVENUE, 8TH AVENUE P.O. BOX 1150 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ. 401 NORTH MICHIGAN AVENUE, STE 550 (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC) CHICAGO IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT BANK OF AMERICA STRATEGIC SOLUTIONS MAIL CODE: IL1-231-11-19 231 SOUTH LASALLE STREET CHICAGO IL 60604 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 200 WEST MADISON ST., SUITE 3900 CHICAGO IL 60606 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP 200 PARK AVENUE ATTN: US CLIENT VALUATIONS GROUP NEW YORK NY 10166 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. BRADFORD J. SANDLER & JENNIFER R. HOOVER, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) 222 DELAWARE AVENUE, SUITE 801 WILMINGTON DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. DAVID M. NEUMANN, ESQUIRE (COUNSEL TO WILMINGTON TRUST COMPANY) 200 PUBLIC SQUARE SUITE 2300 CLEVELAND OH 44114-2378 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. (COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | & GOOD MAN, LLP 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ. (COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-2126 |
| CALLAHAN & BLAINE | ATTN: EDWARD SUSOLIK, ESQUIRE (COUNSEL TO JON VAN SEMUS BY AND THRU NEALA OLSEN) 3 HUTTON DRIVE, NINTH FLOOR SANTA ANA CA 92707 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA NEW HYDE PARK NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ. 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD |

| Claim Name | Address Information |
|---|---|
| CAPITALSOURCE FINANCE LLC | 20815 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| CIARDI CIARDI & ASTIN | DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ., MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ. CITIZENS BANK CENTER 919 NORTH MARKET STREET, STE 700 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) WILMINGTON DE 19801 |
| CITICORP NORTH AMERICA, INC | 750 WASHINGTON BLVD. STAMFORD CT 069013722 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ. MARC J. PHILLIPS, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET; PO BOX 2207 WILMINGTON DE 19899 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. (COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS) 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| CROSS & SIMON LLC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS 919 NORTH MARKET STREET 11TH FLOOR WILMINGTON DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 4750 VON KARMAN AVENUE NEWPORT BEACH CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. 340 E. MAIN ST. (COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE) ROCHESTER NY 14604 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DEUTSCHE BANK AG | 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST &SEC. SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT NJ 07901 |
| DRAPER & GOLDBERG, PLLC | ATTN. ADAM HILLER & MICHELLE BERKELEY-AYRES (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP) 1500 NORTH FRENCH STREET, 2ND FLOOR 19801 WILMINGTON DE 19801 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS (COUNSEL TO SONY PICTURES TELEVISION, INC.) 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN, ESQ. 919 N. MARKET ST, STE 1500 (COUNSEL TO BARCLAYS BANK PLC) WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60610-4500 |
| FOX ROTHSCHOLD LLP | ATTN. L. JASON CORNELL, ESQUIRE (COUNSEL TO DONNA GERHART GUTMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF E. MICHAEL GUTMAN AKA MICHAEL GUTMAN AKA ELLIOTT M. GUTMAN) 919 N. MARKET STREET, SUITE 1300 P.O. BOX 2323 WILMINGTON |

| Claim Name | Address Information |
|---|---|
| FOX ROTHSCHOLD LLP | DE 19899-2323 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 101 BILBY ROAD HACKETTSTOWN NJ 07840 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. FOUR EMBARCARCADERO CENTER, STE 4000 (COUNSEL TO CATELLUS DEVELOPMENT CORP.) SAN FRANCISCO CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HENNIGAN, BENNETT & DORMAN, LLP | ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS. 865 SOUTH FIGUEROA STREET, SUITE 2900 (COUNSEL TO VARIOUS PARTIES LISTED IN NOA) LOS ANGELES CA 90017 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 2125 E. KATELLA AVE. SUITE 400 ANAHEIM CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE VILLA PARK IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR HOUSTON TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS ONE CHASE PLAZA NEW YORK NY 10005 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. HENRY W. OLIVER BUILDING 535 SMITHFIELD ST (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) 425 PARK AVE NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LECLAIRRYAN, A PROFESSOINAL CORP. | ATTN. DAVID W. PHILLIPS (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC) TWO PENN PLAZA EAST NEWARK NJ 07105 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |

| Claim Name | Address Information |
|---|---|
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 1330 BROADWAY, SUITE 1800 OAKLAND CA 94612 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY) DALLAS TX 75201 |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | ATTN: ZACHARY J. BANCROFT, EST. 450 S. ORANGE AVE, SUITE 800 (COUNSEL TO ORLANDO MAGIC, LTD.) ORLANDO FL 32801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 682 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. G. AMANDA MALLAN, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 N. MARKET STREET, 8TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) WILMINGTON DE 19801 |
| MCGUIRE WOODS LLP | ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN. ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 10 ALMADEN BLVD., SUITE 1460 SAN JOSE CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICAHEL O'BRIEN 4 WORLD FINANCIAL CENTER 250 VESEY STREET NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300 IRVING TX 75039 |
| MESSANA ROSNER & STERN, LLP | FREDERICK B. ROSNER, ESQ. 1000 N. WEST STREET, SUITE 1200 (COUNSEL TO INTELSAT CORPORATION) WILMINGTON DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN. RACHEL B. MERSKY, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | ATTN: COLLEEN E. MCMANUS 191 NORTH WACKER DRIVE, STE 1800 (COUNSEL TO CF 4242 BRYN MAWR LLC) CHICAGO IL 60606 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY 333 EAST WASHINGTON ST., 3RD FLOOR SYRACUSE NY 13202 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN. ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH J. MCMAHON, JR., ESQ. UNITED STATES DEPT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS. 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 (COUNSEL TO CENTERBRIDGE CREDIT |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ADVISORS LLC.) WILMINGTON DE 19899 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET (COUNSEL TO: VALUATION RESEARCH CORPORATION) WILMINGTON DE 19806 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| POYNER SPRUILL LLP | JUDY D. THOMPSON, ESQ. 301 SOUTH COLLEGE STREET, STE 2300 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28202 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ. 300 NORTH LASALLE STREET, STE 400 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60654-3422 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. KATISHA D. FORTUNE, ESQ. 920 NORTH KING STREET (COUNSEL TO JPMORGAN CHASE BANK, N.A.) WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN. MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W. WASHINGTON DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY) WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | ATTN. JULIE A. MANNING, ESQ. (COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY) ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN. DANA S. PLON, ESQUIRE (COUNSEL TO UNISYS CORPORATION) 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ. TWO RENAISSANCE SQUARE 40 NORTH CENTRAL AVE, STE 2700 (COUNSEL TO PERSONAL PLUS, INC.) PHOENIX AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STUART MAUE | ATTN: LINDA K. COOPER FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 3 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |
| THE BAILEY LAW FIRM, P.A. | ATTN: JAMES F. BAILEY, JR., ESQ. THREE MILL ROAD, SUITE 306A (COUNSEL TO MOVANT SIMONE CONIGLIARO) WILMINGTON DE 19806 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| TOOD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC) POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |

| Claim Name | Address Information |
|---|---|
| TOWER DC, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER EH, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER JK, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER MS, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER PT, LLC | ATTN: JON WASSERMAN, GENERAL COUNSEL C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN. SHERRY RUGGIERO FALLON (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.) 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION 555 4TH ST. NW ROOM 6110, P.O. BOX 227 WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. 1100 L STREET, N.W. ROOM 10006 WASHINGTON DC 20530 |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR ELIZABETH S. GOLDBERG, ESQUIRE (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR) PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES ATTN TIFFANY STRELOW COBB 52 EAST GAY STREET COLUMBUS OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY ASSOCIATION INC ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN POST OFFICE BOX 4128 TALLAHASSEE FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE (COUNSEL TO: VALUATION RESEARCH CORPORATION) NEW YORK NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. THE BRADYWINE BUILDING – 17TH FLOOR 1000 WEST STREET, POST OFFICE BOX 391 (COUNSEL TO VARIOUS PARTIES LISTED ON NOA) WILMINGTON DE 19899-0391 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

**Claim Name** | **Address Information**

**Total Creditor Count 154**

| Claim Name | Address Information |
|---|---|
| ACE USA, PROFESSIONAL RISK | ATTN: UNDERWRITING DEPT. 140 BROADWAY, 40TH FLOOR NEW YORK NY 10005 |
| AIG TECHNICAL SERVICES, INC. | ATTN: UNDERWRITING DEPT. P.O. BOX 1000 NEW YORK NY 10268 |
| AIGDC | ATTN: UNDERWRITING DEPT. 160 WATER STREET, 19TH FLOOR NEW YORK NY 10038 |
| ALLIED WORLD ASSURANCE COMPANY, LTD. | ATTN: UNDERWRITING DEPT. 27 RICHMOND ROAD PEMBROKE HM 08 BERMUDA |
| AXIS FINANCIAL INSURANCE SOLUTION CLAIMS | ATTN: UNDERWRITING DEPT. CONNELL CORPORATE PARK P.O. BOX 357 BERKELEY HEIGHTS NJ 07922-0357 |
| AXIS FINANCIAL INSURANCE SOLUTIONS | ATTN: UNDERWRITING DEPT. CONNELL CORPORATE PARK P.O. BOX 357 BERKELEY HEIGHTS NJ 07922-0357 |
| CHUBB GROUP OF INSURANCE COMPANIES | ATTN: UNDERWRITING DEPT. 15 MOUNTAIN VIEW ROAD WARREN NJ 07059 |
| CHUBB GROUP OF INSURANCE COMPANIES | ATTN: UNDERWRITING DEPT. 82 HOPMEADOW STREET SIMSBURY CT 06070-7683 |
| EXECUTIVE LIABILITY UNDERWRITERS | ATTN: UNDERWRITING DEPT. ONE CONSTITUTION PLAZA, 16TH FLOOR HARTFORD CT 06103 |
| GREAT AMERICAN INSURANCE COMPANY | EXECUTIVE LIABILITY DIVISION ATTN: UNDERWRITING DEPT. P.O. BOX 66943 CHICAGO IL 60666 |
| HCC GLOBAL FINANCIAL PRODUCTS | ATTN: UNDERWRITING DEPT. P.O. BOX 4018 FARMINGTON CT 06034 |
| ILLINOIS NATIONAL INSURANCE COMPANY | ATTN: UNDERWRITING DEPT. 175 WATER STREET NEW YORK NY 10038 |
| LIBERTY INTERNATIONAL UNDERWRITERS | ATTN: UNDERWRITING DEPT. 55 WATER STREET, 18TH FLOOR NEW YORK NY 10041 |
| RSUI GROUP, INC. | ATTN: UNDERWRITING DEPT. 945 EAST PACES FERRY ROAD, SUITE 1800 ATLANTA GA 30326-1160 |
| TWIN CITY FIRE INSURANCE COMPANY | ATTN: HARTFORD FINANCIAL PRODUCTS DIV ATTN: UNDERWRITING DEPT. 2 PARK AVENUE, 5TH FLOOR NEW YORK NY 10016 |
| ZURICH AMERICAN INSURANCE COMPANY | ATTN:  EXECUTIVE ASSURANCE DEPT/ ATTN: UNDERWRITING DEPT ONE LIBERTY PLAZA, 30TH FLOOR NEW YORK NY 10006 |

**Total Creditor Count 16**

| Claim Name | Address Information |
|---|---|
| 6M BUILDERS | 1183 WENTWORTH ROAD   Account No. 1117 YORK PA 17408 |
| ACCENT ENERGY | 6065 MEMORIAL DR.   Account No. 6005 DUBLIN OH 43017 |
| ADVANCE MAGAZINE PUBLISHERS, INC | DBA: CONDE' NAST PUBLICATIONS 1313 N. MARKET STREET 12TH FLOOR   Account No. 023297002 LOS WILMINGTON DE 19801 |
| AFFILIATED PARTS INC | 1342 W MADISON   Account No. BUNE CHICAGO IL 60607 |
| ALGUIRE, JAMES L. | INKDROP MEDIA GROUP PO BOX 2027   Account No. 5001 DEL MAR CA 92014-1327 |
| ALLIANCE MAINTENANCE SERVICES | 855 MORSE ST. ATTN: MIKE KILEY ELK GROVE VILLAGE IL 60007 |
| ALLIED WASTE SERVICES | 5050 W LAKE STREET   Account No. 0432 MELROSE PARK IL 60160 |
| AMERICAN COPY EDITORS SOCIETY | 1714 ARDWICK DR HOFFMAN ESTATES IL 60195-2503 |
| ANCHOR DIRECT INC | 1900 NEW HIGHWAY FARMINGDALE NY 11735-1509 |
| ANDERSON DIRECTORY SALES | 4901 E DRY CREEK RD     NO.270   Account No. 0503 CENTENNIAL CO 80122 |
| ANNA GOODSON MANAGEMENT INC | 38-10 PLACE DU COMMERCE STE 611 VERDUN QC H3E IT8 CANADA |
| ANOCOIL CORPORATION | PO BOX 1318 60 EAST MAIN STREET   Account No. 0169 ROCKVILLE CT 06066 |
| ASCAP - BROADCAST LICENSING | 1 LINCOLN PLAZA NEW YORK NY 10023 |
| ASM CAPITAL, L.P. | TRANSFEROR: NEP SUPERSHOOTERS, L.P. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ACME SCALE SYSTEMS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: PACIFIC RADIO ELECTRONICS 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: SAS-ROI RETAIL MERCHANDISING ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: KROMA PRINTING INDUSTRIES CO ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ARENA MEDIA NETWORKS LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA   Account No. 8675 NEW YORK NY 10020-1666 |
| AT&T | C/O JNR ADJUSTMENT COMPANY INC. PO BOX 27070   Account No. 0002 MINNEAPOLIS MN 55427-0070 |
| AVAILABLE LIGHTING, INC. | 826 JEFFERSON HIGHWAY   Account No. 3838 JEFFERSON LA 70121 |
| B&F COFFEE SERVICE | 3535 COMMERCIAL AVE   Account No. 0053 NORTHBROOK IL 60062 |
| BOWE BELL & HOWELL COMPANY | ATTN: BLAKE EADDY 3791 S. ALSTON AVE.   Account No. 8697 DURHAM NC 27713 |
| BRADEN BUSINESS SYSTEMS | 9430 PRIORITY WAY WEST   Account No. WJ01 INDIANAPOLIS IN 46240 |
| BRAGMAN NYMAN CAFARELLI | ATTN: JOHN LUNDY; CFO 8687 MELROSE AVE. 8TH FLOOR   Account No. 2834 LOS ANGELES CA 90069 |
| BRANDOW AND JOHNSTON ASSOCIATES | 1660 WEST THIRD STREET   Account No. 1048 LOS ANGELES CA 90017 |
| BRILLIANT COLOR IMAGING INC | 301 N HARRISON ST        STE 133 PRINCETON NJ 08540 |
| BROWN PRINTING INC | 183 MIKRON ROAD   Account No. 1248 BETHLEHEM PA 18020 |
| BUSINESS TECHNOLOGY, INC. | 301 MALLORY STATION ROAD # 200   Account No. WPIX FRANKLIN TN 37067-2825 |
| CALIFORNIA OFFSET PRINTERS, INC. | 620 WEST ELK AVENUE   Account No. 1053 GLENDALE CA 91204 |
| CALL SOURCE | 31280 OAK CREST DRIVE SUITE 3   Account No. 3278 WESTLAKE VILLAGE CA 91361 |
| CAMERA MOVES, INC. | P.O. BOX 309 DINGMANS FERRY PA 18328 |
| CAPITAL CITY PROMOTIONS | 2311 TYROLEAN WAY   Account No. 0274 SACRAMENTO CA 95821 |
| CARRIER CORPORATION | JOYCE KUPPEL, CARRIER CORP PO BOX 4808, BLDG. TR. 5   Account No. 270456 SYRACUSE NY 13221 |
| CATTERTON PRINTING | 100 POST OFFICE ROAD   Account No. 4069 WALDORF MD 20602-2767 |
| CENTER ISLAND ELECTRIC | CHISTOPHER HAWKINS 96 NASSAU ROAD ROOSEVELT NY 11575 |
| CENTURY 21 CLICKIT INC. | 1780 OAK RD. SNELLVILLE GA 30078 |
| CITY NEWS SERVICE | DOUGLAS FAIGIN 11400 W. OLYMPIC BLVD - S-780   Account No. 0067 LOS ANGELES CA 90064 |
| CITY OF FORT LAUDERDALE | C/O CITY ATTORNEY'S OFFICE 100 N ANDREWS AVE   Account No. 3272 FORT |

| Claim Name | Address Information |
|---|---|
| CITY OF FORT LAUDERDALE | LAUDERDALE FL 33301 |
| CITY OF HOUSTON, TEXAS, P.W.E. | ATTN: EFFIE GREEN 4200 LEELAND    Account No. 5804 0300 6159 HOUSTON TX 77023 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: HYSTER NEW ENGLAND 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: KEENAN GROUP, INC., THE 92 UNION AVENUE CRESSKILL NJ 07626 |
| COLLEGE OF DUPAGE | MCANINCH ARTS CENTER 425 FAWELL BLVD GLEN ELLYN IL 60137 |
| CONTENT THAT WORKS | 4432 N. RAVENSWOOD MARLA MORGAN CHICAGO IL 60640 |
| CORBIS CORPORATION | ATTN: CREDIT DEPT. 710 SECOND AVE, STE 220    Account No. 157858 SEATTLE WA 98104 |
| COUNTY OF SAN DIEGO | REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 BRUFFIN ROAD, SUITE I SAN DIEGO CA 92123 |
| CRAFT PRODUCTIONS, LLC | DBA PROPULSION MEDIA LABS ONE BACTON HILL SOUTH SUITE 104 MALVERN PA 19355 |
| DATA CLEAN CORP | 740 E DEBRA LANE    Account No. 6585 ANAHEIM CA 92805 |
| DIEBOLD INC | 5995 MAYFAIR RD    Account No. 1L02 NORTH CANTON OH 44720 |
| DIELECTRIC COMMUNICATIONS | ATTN: ACCOUNTS RECEIVABLE 22 TOWER ROAD    Account No. 0093 RAYMOND ME 04071 |
| DILBARYAN, GEORGE | 10342 184 AVE NE STE 100 REDMOND WA 98052 |
| DISCHINGER, FRANCOIS | 576 BROOME STREET #4    Account No. 2557 NEW YORK NY 10013 |
| DOMINION DISTRIBUTION | ATTN: SHAMONA WALLACE 15 GRANBY STREET- 17C    Account No. 759MFM001 OR 314077 NORFOLK VA 23510 |
| EMBARKMEDIA | DANNY JOHNSON 333 E. ONTARIO ST. #1904B    Account No. CTC0 CHICAGO IL 60611 |
| EVERGREEN LANDCARE | 5057 W. WASHINGTON BLVD ATTN:   GARY GILMORE LOS ANGELES CA 90016 |
| EVERTZ MICROSYSTEMS LTD. | ATTN: ACCOUNTS RECEIVABLE 5288 JOHN LUCAS DRIVE    Account No. 8908 BURLINGTON ON L7L 5Z9 CANADA |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: DOGHAUS DESIGN INC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FEDEX CUSTOMER INFORMATION SERVICE | AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL    Account No. 119610265 MEMPHIS TN 38116 |
| FERRELLGAS | ONE LIBERRY PLAZA    Account No. 48196972 LIBERTY MO 64068 |
| FORD, ANN | 1435 W BALMORAL AVE, NO.2-S CHICAGO IL 60640 |
| GARCIA & CASTIELLO MEDIA SERVICES | ATTN: JOSE GARCIA 4321 SOUTHWEST 15TH ST.    Account No. 063 MIAMI FL 33134 |
| GEIB INDUSTRIES | 3220 N MANNHEIM RD    Account No. 2302 FRANKLIN PARK IL 60131 |
| GOOGLE, INC. | BINDER & MALTER, LLP C/O WENDY W. SMITH 2775 PARK AVENUE SANTA CLARA CA 95050 |
| GRAEBEL COMPANIES | 720 3RD STREET    Account No. 2987 WAUSAU WI 54403 |
| GREENSCAPES, INC. | 1721 ROGERS PLACE UNIT 49-J    Account No. 7838 BURBANK CA 91504 |
| HAMMERS, KATIE | 2029 N. SHEFFIELD AVE. APT #2 CHICAGO IL 60614 |
| HOLLISTER PUBLICATIONS | 3 EAST WYNNEWOOD ROAD    Account No. 1152 WYNNEWOOD PA 19096-1917 |
| IBM DAKSH BUSINESS PROCESS SERVICES PVT | LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR DLF CYBER PARK, DLF PHASE 2, SECTOR 25A    Account No. 9872 GURGAON, HARYANA 122002 INDIA |
| INITIATIVE MEDIA | 1 DAG HAMMARSKJOLD PLAZA    Account No. 3SWB/3KTL/3TSE NEW YORK NY 10017 |
| IOWA TOURISM OFFICE | 200 EAST GRAND AVENUE DES MOINES IA 50309 |
| JIM CUTLER | 17 MICHAELS LANE OLD BROOKVILLE NY 11545 |
| JOHN WILEY & SONS INC | 1 WILEY DRIVE SOMERSET NJ 08875 |
| KAUPERT, GLENN | 745 NORFOLK AVE.    Account No. 2312 WESTCHESTER IL 60154 |
| KAUPERT, GLENN A | 745 NORFOLK AVENUE    Account No. 2312 WESTCHESTER IL 60154 |
| LESCOE, EDMUND A. JR. | 10 STREAM CT. FARMINGTON CT 06032 |
| MANROLAND INC. | ATTN: MARK HERMAN 800 EAST OAK HILL DR    Account No. 1384 WESTMONT IL 60559 |
| MIRANDA TECHNOLOGIES INC | 3499 DOUGLAS B FLOREANI    Account No. 0001 ST LAURENT QC H4S 2C6 CANADA |
| OPINION RESEARCH CORP | PO BOX 510542 PHILADELPHIA PA 19175 |
| PENN INDUSTRIES, INC. | DBA PENN LITHO PO BOX 3117    Account No. 1133 CERRITOS CA 90703-3117 |
| REMOTE FACILITIES, INC. | ATTN: ANN MARIE STEPHENS 9 FOSTER ST. WAKEFIELD MA 01880 |
| RESEARCH AND ANALYSIS OF MEDIA OF | AMERICAS, INC. 757 BEAR RIDGE DRIVE NW    Account No. 0285 ISSAQUAH WA 98027 |

| Claim Name | Address Information |
|---|---|
| SCAN COMMUNICATIONS GROUP | W222 N625 CHEANEY DR WAUKESHA WI 53186 |
| SCARBOROUGH RESEARCH | 770 BROADWAY   Account No. 10169384 NEW YORK NY 10003 |
| STARDUST VISIONS | 315 S BEVERLY DR STE 300 BEVERLY HILLS CA 902124309 |
| STRATEGIC FULFILLMENT GROUP | 111 CORPORATE DRIVE   Account No. 0271 BIG SANDY TX 75755 |
| TELEREP, LLC | ATTN: ROBERT J DRURY, VICE PRESIDENT/CFO 1 DAG HAMMARSKJOLD PLAZA NEW YORK NY 10017 |
| TELEREP, LLC | KELLEY DRYE & WARREN LLP ATTN: ERIC R. WILSON, ESQ. JENNIFER A. CHRISTIAN, ESQ. 101 PARK AVNEUE NEW YORK NY 10178 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CNI CORPORATION 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: HASTINGS AIR ENERGY CONTROL 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNIVERSAL PRESS SYNDICATE | PO BOX 419149   Account No. 0764 KANSAS CITY MO 64141-9149 |

**Total Creditor Count 91**

| Claim Name | Address Information |
|---|---|
| ACCURINT | P.O. BOX 7247-6157   Account No. 7260 PHILADELPHIA PA 19170-6157 |
| ASM CAPITAL III, L.P. | TRANSFEROR: CREATORS SYNDICATE 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| BORITS JR, PAUL R | 1077 POHO POCO DR LEHIGHTON PA 18235 |
| CHESAPEAKE TELEPHONE SYSTEM INC. | 8225 A CLOVERLEAF DRIVE   Account No. TP01 MILLERSVILLE MD 21108 |
| CHRISTENSEN, STEVEN J. | 1243 TULIP ST.   Account No. 1108 LIVERPOOL NY 13090 |
| CRAFT, ANDREW | 12 BRIAR CIRCLE APT G   Account No. 7663 FAYETTEVILLE NC 28306 |
| DESOUSA, JOHN B | 67 COOLRIDGE RD   Account No. 070 252 MILFORD CT 64607621 |
| GET ME THAT VOICE! | 2409 FROSTED GREEN LANE PLANO TX 75025 |
| HASLER INC | PO BOX 3808   Account No. 5001 MILFORD CT 06461 |
| HOUSER III, JOHN C | 619 S KENWOOD AVE   Account No. 0242 BALTIMORE MD 21224 |
| JOSE LUIS GATMAYTAN, MIGUEL | 1208 SE 16TH ST OCALA FL 34471 |
| LEGACY.COM, INC. | 820 DAVIS STREET, SUITE 210   Account No. 0052 EVANSTON IL 60201 |
| LORIA, KEITH | 62 MYRTLE BLVD   Account No. 6246 LARCHMONT NY 10538 |
| LUM, CYNTHIA | 416 - 30TH ST   Account No. 8772 LOS ANGELES CA 90254 |
| MERRITT GB1 LLC | 2066 LORD BALTIMORE DR   Account No. GB1 BALTIMORE MD 21244 |
| MY WEB PAL | PO BOX 27 MOBERLY MO 65270 |
| NACCI PRINTING, INC. | 1327 NORTH 18TH STREET   Account No. 1010 ALLENTOWN PA 18104-3147 |
| NELSON CHARTERS, LLC | 15801 STANTON   Account No. 201701, ACCOUNT # WEST OLIVE MI 49460 |
| OLIPHANT EQUIPMENT REPAIR | 13213 SATICOY ST   SUITE#10 NORTH HOLLYWOOD CA 91605 |
| PERKINS, DAN | 30 EDWARDS ST   Account No. 5402 NEW HAVEN CT 06511 |
| POLLACK COMMUNICATIONS | 5143 CLEVELAND ROAD DELRAY BEACH FL 33484 |
| QUEST SOFTWARE | PO BOX 51739   Account No. 7286 LOS ANGELES CA 90051-6039 |
| QWEST CORPORATION | ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER CO 80202-2658 |
| ROONEY, ELIZABETH | 1265 W FLOURNOY ST # A   Account No. 1150 CHICAGO IL 606073324 |
| RUSSO, ANTHONY | 221 W MAIN RD LITTLE COMPTON RI 02837 |
| STARK, LINDSEY | 1225 JASMINE CIR   Account No. 0355 WESTON FL 33326 |
| VO, CHUAN D | 3021 W ARMITAGE AVE   NO.207 CHICAGO IL 60647 |
| WALAKOVITS, BARRY | 3202 HOBSON ST N   Account No. 1801 WHITEHALL PA 18052 |
| WILLIAMS, DONALD G. | 6540 SW 10TH STREET PEMBROKE PINES FL 33023-1608 |
| WINTHROP, SIMON | 1055 EAST FLAMINGO RD SUITE # 805 LAS VEGAS NV 89119 |

**Total Creditor Count 30**