## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of February, 2010, he caused a copy of the foregoing *Notice of Service* to be served on the following counsel in the manner indicated:

| VIA HAND DELIVERY AND E-MAIL | VIA FIRST CLASS MAIL AND E-MAIL |
|---|---|
| Garvan F. McDaniel<br>Bifferato, Gentilotti<br>800 North King Street, Plaza Level<br>Wilmington, Delaware 19801<br>gmcdaniel@bglawde.com | David S. Rosner<br>Andrew K. Glenn<br>Matthew B. Stein<br>Sheron Korpus<br>Daniel A. Fliman<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019<br>drosner@kasowitz.com<br>aglenn@kasowitz.com<br>mstein@kasowitz.com<br>skorpus@kasowitz.com<br>dfliman@kasowitz.com |
| Adam G. Landis<br>Matthew B. McGuire<br>Mona A. Parikh<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>parikh@lrclaw.com | Howard Seife<br>Davis M. LeMay<br>Douglas E. Deutsch<br>Alexandra K. Nellos<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>hseife@chadbourne.com<br>dlemay@chadbourne.com<br>ddeutsch@chadbourne.com<br>anellos@chadbourne.com |
| Robert S. Brady<br>M. Blake Cleary<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building - 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, DE 19899-0391<br>rbrady@ycst.com<br>mbcleary@ycst.com | Bruce Bennett<br>James O. Johnston<br>Joshua D. Morse<br>Hennigan, Bennett & Dorman LLP<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>bennettb@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>morsej@hbdlawyers.com |

RLF1 3533565v 1

| | |
|---|---|
| Norman L. Pernick<br>J. Kate Stickles<br>Patrick J. Reilley<br>Cole, Shotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>preilley@coleschotz.com | James F. Conlan<br>Bryan Krakauer<br>Janet E. Henderson<br>Jillian K. Ludwig<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>jconlan@sidley.com<br>bkrakauer@sidley.com<br>jhenderson@sidley.com<br>jillian.ludwig@sidley.com |
| Laura Davis Jones<br>Mark M. Billion<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>mbillion@pszjlaw.com | Daniel H. Golden<br>Philip C. Dublin<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>dgolden@akingump.com<br>pdublin@akingump.com |
| Katherine L. Mayer<br>McCarter & English LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com | David J. Adler<br>McCarter & English LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>dadler@mccarter.com |
| United States Trustee<br>844 King Street, Rooms 2207<br>Lockbox # 35<br>Wilmington, DE 19899<br>Joseph.McMahon@usdoj.gov | |

_____
Drew G. Sloan (No. 5069)

2