## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Hearing Date: 2/18/10 @ 10:00 a.m.**<br>**Objections Due: 2/11/10 @ 4:00 p.m.** |

## NOTICE OF MOTION

To:   Counsel for the Debtors
      Office of the United States Trustee
      Parties on the Rule 2002 Service List

On February 1, 2010, the Official Committee of Unsecured Creditors ("Movant") filed a "Motion for Entry of Order Authorizing Filing of Exhibit Under Seal" (the "Motion").

You are required to file a response to the Motion on or before February 11, 2010 at 4:00 p.m. (Eastern Time). You also are required to serve a copy of the response on undersigned counsel for Movant so that it is actually received by that time.

HEARING ON THE MOTION will be on February 18, 2010, at 10:00 a.m. Eastern Time at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware (the "Bankruptcy Court"), before the Honorable Kevin J. Carey.

2512413.1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
February 1, 2010

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

Graeme W. Bush, Esquire
Andrew N. Goldfarb, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee of Unsecured Creditors