UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY *et al.*, : | Case No. 08-13141 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| : | **Re: D.I. _____** |

## ORDER AUTHORIZING FILING UNDER SEAL

Upon the motion dated February 1, 2010 (the "Motion"), of the Official Committee of Unsecured Creditors in these chapter 11 cases (the "Committee"), for entry of an order authorizing the Committee to file under seal Exhibit A to its motion seeking leave, standing and authority on behalf of the Debtors' estates to commence, prosecute and settle claims and counterclaims arising out of or in connection with the Debtors' 2007 LBO transaction (the "Standing Motion"); and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Committee is authorized to file Exhibit A to the Standing Motion under seal.

Dated: February ____, 2010

 

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

2512478.1