UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x   Chapter 11
In re:                                                  :
                                                        :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY et al.,                                 :   Jointly Administered
                                                        :
                    Debtors.                            :   Hearing Date: 2/18/10 @ 10:00 a.m.
------------------------------------------------------- x   Objections Due: 2/11/10 @ 4:00 p.m.
```

## NOTICE OF MOTION

TO:    Counsel for the Debtors
Office of the United States Trustee
Parties on the Rule 2002 Service List

On February 1, 2010, the Official Committee of Unsecured Creditors ("Movant") filed a "Motion for Entry of Order Granting Leave, Standing and Authority To Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates" (the "Motion").

You are required to file a response to the Motion on or before February 11, 2010 at 4:00 p.m. (Eastern Time). You also are required to serve a copy of the response on undersigned counsel for Movant so that it is actually received by that time.

HEARING ON THE MOTION will be on February 18, 2010, at 10:00 a.m. Eastern Time at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware (the "Bankruptcy Court"), before the Honorable Kevin J. Carey.

2512432.1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
February 1, 2010

        ZUCKERMAN SPAEDER LLP

        */s/ Thomas G. Macauley*
        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        Wilmington, DE 19801
        Telephone: (302) 427-0400
        Facsimile: (302) 427-8242

        - and -

        Graeme W. Bush, Esquire
        Andrew N. Goldfarb, Esquire
        1800 M Street, N.W., Suite 1000
        Washington, DC 20036
        Telephone: (202) 778-1800
        Facsimile: (202) 822-8106

        Special Counsel to the Official Committee
        of Unsecured Creditors