UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: D.I. _____** |

## ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMMENCE, PROSECUTE AND SETTLE CLAIMS AND COUNTERCLAIMS OF THE DEBTORS' ESTATES

Upon the motion dated February 1, 2010 (the "Motion"), of the Official Committee of Unsecured Creditors in these chapter 11 cases (the "Committee"), for entry of an order granting the Committee leave, standing and authority on behalf of the Debtors' estates to commence, prosecute and settle claims and counterclaims arising out of or in connection with the Debtors' 2007 LBO transaction; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Committee is granted leave, standing and authority to commence, prosecute and settle the Derivative Causes of Action (as that term is defined in the Motion), including without limitation causes of action arising under Chapter 5 of the Bankruptcy Code, with the full rights and privileges and in the stead of the Debtors, with any and all recoveries to be for the benefit of the Debtors' estates.

Dated: February ____, 2010

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2512352.1