## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING SECOND QUARTERLY FEE APPLICATION OF
## MERCER (US) INC.

Stuart Maue, fee examiner in the above-referenced matter, submits this final report with respect to the Second Quarterly Fee Application of Mercer (US) Inc., for the period from March 1, 2009, through May 31, 2009 ("Application"), seeking approval of fees that total $266,908.00 and reimbursement of expenses that total $10,532.36. Mercer (US) Inc. ("Mercer") is a compensation consultant to the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

<u>Background</u>

1.      Stuart Maue reviewed the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.      This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed.

3.      Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.      Stuart Maue prepared and submitted a preliminary report to Mercer, and the firm provided a detailed written response. After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

<u>Review of Fees</u>

5.      **Recomputation of Fees and Expenses.**  Stuart Maue recomputed the fees and expenses requested in the Application.  The hours billed by each professional or paraprofessional were totaled and multiplied by that individual's hourly rate.  The recomputation of fees and expenses revealed no difference between the amount requested and the amount computed.

6.      **Firm Staffing.**  The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11."  The Application provided the names, positions, and hourly rates of the Mercer timekeepers who billed to this matter.   The matter was staffed with 16 professionals, including 3 principals, 3 senior associates, 2 associates, 7 analysts, and 1 researcher. A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm invoiced a total of 688.50 hours with associated fees of $266,908.00.   The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Principal | 118.25 | 17% | $ 85,878.75 | 32% |
| Senior Associate | 216.75 | 31% | 105,813.75 | 40% |
| Associate | 4.25 | * | 1,337.50 | * |
| Analyst | 315.50 | 46% | 71,448.00 | 27% |
| Researcher | 33.75 | 5% | 2,430.00 | * |
| **TOTAL** | 688.50 | 100% | $266,908.00 | 100% |

* Less than 1%

The blended hourly rate for the Mercer professionals is $387.67.

7.      **Hourly Rate Increases.**  Mercer did not increase the hourly rate of any timekeeper during the second interim period.

8.   **Complete and Detailed Task Descriptions.**  Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary."  The rules further provide that the fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity.  Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference."  Contrary to the requirements of the Local Rules and the Guidelines, many activity descriptions in the Application were not sufficiently detailed.

a.   **Vaguely Described Conferences.**  Stuart Maue identified numerous billing entries for conferences that did not include the name of the person(s) with whom the communication was held and/or the subject or purpose of the communication.  The entries totaling 23.79 hours with $9,603.42 in associated fees, were identified as vaguely described conferences and displayed in Exhibit C to the preliminary report.  As Stuart Maue makes no recommendation for a fee reduction, Exhibit C is omitted from this report.

b.   **Other Vaguely Described Activities.**  Activity descriptions for the review of documents and correspondence should identify the document or the person/party who prepared the document or correspondence and its subject matter.  Activity desriptions for legal research should include the issues researched and the purpose of the research.  Stuart Maue identified numerous billing entries that were so vaguely described that we could not determine the precise nature and necessity of the work being performed.  The entries displayed in Exhibit D to the preliminary report, total 191.75 hours with $55,883.75 in associated fees.  Stuart Maue requested that Mercer provide supplemental information regarding the billing narratives, and further requested that in future applications Mercer provide sufficient detail for each entry.

In response, Mercer provided a spreadsheet containing additional detail for the time entries in question. Given the additional information provided by the firm, Stuart Maue makes no recommendation for a fee reduction for vaguely described time entries. Exhibit D is omitted from this report.

9.    **Block Billing.**  The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). Mercer block billed time entries representing 219.25 hours and $92,020.75 in associated fees. The entries were displayed in Exhibit E to the preliminary report. Many of the block billed entries combine conferences with other activities rather than separately billing for each discrete activity. Stuart Maue requested that Mercer bill each discrete activity separately in the future.

10.    **Conferences, Hearings, and Other Events.**  Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.* 19 F.3d 833, 856 (3rd Cir. 1994).

a.    **Nonfirm Conferences, Hearings, and Events.**  Stuart Maue identified occasions when two or more Mercer timekeepers billed to attend the same nonfirm conference, hearing, or other event. Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 37.50 hours with $20,606.25 in associated fees, were displayed in Exhibit F to the preliminary report. In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the individual leading rather than observing a nonfirm conference). The potentially duplicative and

unnecessary timekeepers' entries total 14.00 hours with $5,799.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. Stuart Maue requested that Mercer provide a brief explanation of the necessity of the multiple billers and their respective roles.

In response to the preliminary report, Mercer provided specific information regarding the role and necessity of the individual timekeepers at the various conferences. The firm also offered the general statement that each firm timekeeper attending a meeting had a separate and distinct role that could not properly be performed by a single person. Given the additional information and explanation provided by Mercer, Stuart Maue makes no recommendation for a fee reduction resulting from multiple attendance. Exhibit F is omitted from this report.

      **b.**    **Intraoffice Conferences.** Stuart Maue's review of the fee entries revealed that Mercer infrequently invoiced time relating to intraoffice conferences (approximately 13 instances) and that more than one timekeeper invoiced for the same intraoffice conference on only one occasion.

     11.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Likewise, activities relating to the training and assignment of tasks to staff members or the supervision of any administrative functions should be considered a cost of doing business and a factor considered in establishing the firm's hourly rates. The entries describing administrative activities, totaling 11.75 hours with $6,720.75 in associated fees, were displayed in Exhibit G to the preliminary report. All of the entries reference the vague task of performing "project management." Stuart Maue requested further information regarding the potentially administrative tasks.

In response to the preliminary report, Mercer provided a spreadsheet which included an explanation of the actual activity performed for each time entry initially described as "project management." Given the additional information provided, the activities do not appear administrative and Stuart Maue makes no recommendation for a fee reduction. Exhibit G is omitted from this report.

12.    **Clerical Activities.** Stuart Maue's review of Mercer's billing entries did not reveal any time entries that described clerical activities.

13.    **Travel.** Local Rule 2016-2 (d)(viii) provides that "travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Mercer invoiced 7.00 hours with $5,075.00 in associated fees for nonworking travel (the entries were displayed in Exhibit H to the preliminary report). In apparent violation of the local rule, Mercer invoiced the nonworking travel hours at the timekeepers' full hourly rate.

In response to the preliminary report, Mercer stated that a portion of the time invoiced in the two travel entries was actually spent performing compensable work on behalf of the Debtors. However, the firm acknowledged that of the 7.00 hours referenced in Exhibit H (attached hereto), 5.50 hours reflect actual travel time which should be paid at 50% of the timekeeper's hourly rate. Accordingly, Mercer agreed to a voluntary fee reduction in the amount of $1,993.75 resulting from travel time billed at the full hourly rate.

14.    **Mercer Retention/Compensation.** Stuart Maue did not identify any activity related to the retention and compensation of Mercer.

15.    **Time Increments.** Mercer invoiced its time in quarter hour increments, in accord with the Court's Order Authorizing Debtors to Retain and Employ Mercer.

### Review of Expenses

16.    **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3 provide that factors relevant to a determination that the expense is proper include "Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline

travel, etc.) and by the month incurred." Mercer provided an itemization for its expenses that included the category, the date, the description, and the amount.

17.    **Overtime Expenses.** Mercer requested reimbursement of transportation while working late totaling $562.00 and meals while working late totaling $460.51. The charges were displayed in Exhibits I and J to the preliminary report. Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead. The preliminary report stated that, pending additional information from the firm, it is Stuart Maue's intent to recommend that the overtime charges be disallowed.

In response, Mercer agreed to a voluntary expense reduction in the amount of $1,022.51 resulting from the overtime expenses displayed in Exhibits I and J attached hereto.

18.    **Local Transportation.** The Application also included expense charges in the amount of $99.00 for local transportation between the firm's office and the offices of the Debtors in Chicago, Illinois. Stuart Maue requested that Mercer provide an explanation for the purpose of the transportation charges displayed in Exhibit K to the preliminary report.

In response, Mercer provided a spreadsheet containing additional detail for the local transportation charges, all but one of which resulted from travel to or from the Tribune offices. However, in the course of preparing the firm's response to the preliminary report, Mercer did identify one charge that was mislabeled and should have been listed as an expense for travel home due to a professional working late. Mercer agreed to a voluntary expense reduction in the amount of $11.00 resulting from the mislabeled expense.

19.    **Telephone/Communication.** Mercer requested reimbursement of two wireless monthly bills totaling $129.28. The Guidelines state that monthly car phone charges are considered overhead. Stuart Maue requested that Mercer provide an explanation of the charges and whether the

expenses include any monthly service charges.   The wireless usage charges are displayed in the following table:

| Entry Date | Amount | Description |
|---|---|---|
| 04/01/09 | $113.27 | Verizon Wireless Monthly Bill – 2/10/09-03/09/09 |
| 04/14/09 | $16.01 | Verizon Wireless Monthly Bill – 2/10/09-03/09/09 |

In response, Mercer stated that the firm bills its clients for a portion of monthly wireless bills in accordance with agreements Mercer has with its client.  Stuart Maue's review of the engagement letter and other firm retention documents, however, revealed no reference to monthly wireless bills.  In addition, the order authorizing the Debtors to retain and employ Mercer states the firm's compensation is subject to the Guidelines.  Accordingly, Stuart Maue recommends an expense reduction in the amount of $129.28 resulting from the monthly phone charges.

20.    **Vaguely Described Expenses.**   The firm requested reimbursement for two charges described as "Administrative – Legal."   Stuart Maue requests that Mercer provide additional information regarding the charges, which are displayed in the following table:

| Entry Date | Amount | Description |
|---|---|---|
| 04/30/09 | $6,504.75 | Legal |
| 05/31/09 | $1,878.41 | Legal |

In response, Mercer stated that the expenses in question relate to the negotiation, drafting, and filing of the firm's retention application.  Mercer also provided supporting documentation for the legal costs.  Given the additional explanation and information offered by the firm, Stuart Maue makes no recommendation for an expense reduction.

### Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above.  Stuart Maue recommends the approval of fees in the amount of $264,914.25 ($266,908.00 minus $1,993.75) and reimbursement of expenses in the amount of $9,369.57

($10,532.36 minus $1,162.79) for the period from March 1, 2009, through May 31, 2009.  A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

## APPENDIX A

### MERCER (US) INC.

#### SUMMARY OF FINDINGS

##### Second Quarterly Fee Application (March 1, 2009 through May 31, 2009)

###### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $266,908.00 | |
| Expenses Requested | 10,532.36 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $277,440.36 |
| | | |
| Fees Computed | $266,908.00 | |
| Expenses Computed | 10,532.36 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $277,440.36 |

###### B.    Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---|---|---|
| Fees Requested | $266,908.00 | | |
| *Agreed Reduction for Travel* | | *($1,993.75)* | |
| Subtotal | | *($1,993.75)* | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $264,914.25 |
| | | | |
| Expenses Requested | $10,532.36 | | |
| *Agreed Reduction for Overtime Expenses* | | *($1,022.51)* | |
| *Agreed Reduction for Local Transportation* | | *(11.00)* | |
| *Recommended Reduction for Monthly Phone* *Charges* | | *(129.28)* | |
| Subtotal | | *($1,162.79)* | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 9,369.57 |
| | | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $274,283.82 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 1st day of February, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Mr. John Dempsey
Mercer (US) Inc.
10 South Wacker Drive, Suite 1700
Chicago, IL  60606

John L. Decker, Esq.

-12-
Mercer Final Report – Second Quarterly Fee Application
Case No. 08-13141 (KJC)

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Mercer (US) Inc.

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| JDEM | Dempsey, John | PRINCIPAL | $725.00 | $725.00 | 115.00 | $83,375.00 |
| JDUY | Den Uyl, Janet | PRINCIPAL | $795.00 | $795.00 | 2.00 | $1,590.00 |
| MBUR | Burek, Melissa | PRINCIPAL | $731.00 | $731.00 | 1.25 | $913.75 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $726.25 | | 118.25 | $85,878.75 |
| | | | | % of Total: 17.18% | | % of Total: 32.18% |
| MLON | Long, Marcia | SR. ASSOCIATE | $493.00 | $493.00 | 201.00 | $99,093.00 |
| KSOU | Soundararajan, Kanak | SR. ASSOCIATE | $435.00 | $435.00 | 14.25 | $6,198.75 |
| SCZA | Czarnota, Sarah | SR. ASSOCIATE | $348.00 | $348.00 | 1.50 | $522.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $488.18 | | 216.75 | $105,813.75 |
| | | | | % of Total: 31.48% | | % of Total: 39.64% |
| JBEC | Beckett, Joshua | ASSOCIATE | $290.00 | $290.00 | 2.75 | $797.50 |
| KMOR | Moriarty, Kimberly | ASSOCIATE | $360.00 | $360.00 | 1.50 | $540.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $314.71 | | 4.25 | $1,337.50 |
| | | | | % of Total: 0.62% | | % of Total: 0.50% |
| JWU | Wu, Justin | ANALYST | $226.00 | $226.00 | 119.25 | $26,950.50 |
| CSUN | Sung, Christina | ANALYST | $226.00 | $226.00 | 111.50 | $25,199.00 |
| MMOS | Moses, Michael | ANALYST | $226.00 | $226.00 | 51.50 | $11,639.00 |
| EREN | Rentsch, Eric | ANALYST | $226.00 | $226.00 | 15.50 | $3,503.00 |
| JKLE | Klein, Jon | ANALYST | $226.00 | $226.00 | 9.00 | $2,034.00 |
| SWAD | Wadgaonkar, Shruti | ANALYST | $255.00 | $255.00 | 5.00 | $1,275.00 |
| JNIE | Nieting, Justin | ANALYST | $226.00 | $226.00 | 3.75 | $847.50 |
| | No. of Billers for Position: 7 | Blended Rate for Position: | $226.46 | | 315.50 | $71,448.00 |
| | | | | % of Total: 45.82% | | % of Total: 26.77% |
| JMAY | Mayer, Julie | RESEARCHER | $72.00 | $72.00 | 33.75 | $2,430.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

**Mercer (US) Inc.**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 1 | Blended Rate for Position: | $72.00 | | 33.75 | $2,430.00 |
| | | | | | % of Total: 4.90% | % of Total: 0.91% |
| | Total No. of Billers: 16 | Blended Rate for Report: | $387.67 | | 688.50 | $266,908.00 |

EXHIBIT E

BLOCK BILLING

Mercer (US) Inc.

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Dempsey, J | 3.00 | 2,175.00 |
| Long, M | 147.00 | 72,471.00 |
| Soundararajan, K | 8.25 | 3,588.75 |
| Sung, C | 37.25 | 8,418.50 |
| Wu, J | 23.75 | 5,367.50 |
| | 219.25 | $92,020.75 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Compensation Consultant to the Debtors | 219.25 | 92,020.75 |
| | 219.25 | $92,020.75 |

EXHIBIT E
BLOCK BILLING
Mercer (US) Inc.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 03/02/09 Mon | Long, M 032009/1 | 4.00 | 4.00 | 1,972.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 REVISIONS TO DECK,<br>2 PAYOUT CURVE,<br>3 DISCUSSION OF SEMI ANNUAL GOALS,<br>4 TITLE CHANGES, ETC |
| 03/02/09 Mon | Sung, C 032009/2 | 1.25 | 1.25 | 282.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MARKET PRICING CHANGES, PAY OUT CURVE, BOARD MEETING DECK CREATION |
| 03/03/09 Tue | Long, M 032009/3 | 7.00 | 7.00 | 3,451.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MEETING PREP, UPDATE DECK PER FEEDBACK FROM TRIB TEAM, REVENUE SCOPE CHANGE, TITLE CHANGES, ANNUAL CF GOALS, ETC |
| 03/03/09 Tue | Sung, C 032009/6 | 2.50 | 2.50 | 565.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MARKET PRICING CHANGES, PAY OUT CURVE, BOARD MEETING DECK CREATION |
| 03/04/09 Wed | Long, M 032009/9 | 1.50 | 1.50 | 739.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 REVISIONS TO 2009 PROGRAM PROPOSAL:<br>2 PROJECT MGT - INTERNAL MEETINGS/NEXT STEPS |
| 03/04/09 Wed | Sung, C 032009/10 | 1.50 | 1.50 | 339.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MARKET PRICING CHANGES, PAY OUT CURVE, BOARD MEETING DECK CREATION |
| 03/05/09 Thu | Long, M 032009/12 | 2.50 | 2.50 | 1,232.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 SUMMARIZE IMPACT OF CHANGING KEIP MULTIPLES:<br>2 MULTIPLE EMAILS/CALLS/PREP FOR 3/06 MEETING, REVIEW MIP PAYOUT MATERIALS |
| 03/06/09 Fri | Long, M 032009/17 | 6.00 | 6.00 | 2,958.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 UPDATE ANALYSIS BASED ON COMP COMMITTEE FEEDBACK:<br>2 DEBRIEF WITH DEMPSEY/SUNG AND KANAK |
| 03/06/09 Fri | Soundararajan, K 032009/20 | 2.00 | 2.00 | 870.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 KT WITH MARCIA AND JOHN,<br>2 ONE CALL WITH CLIENT |
| 03/06/09 Fri | Sung, C 032009/21 | 8.75 | 8.75 | 1,977.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MARKET PRICING CHANGES, PAY OUT CURVE, BOARD MEETING DECK CREATION |
| 03/07/09 Sat | Sung, C 032009/22 | 1.75 | 1.75 | 395.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MARKET PRICING CHANGES, PAY OUT CURVE, BOARD MEETING DECK CREATION |
| 03/09/09 Mon | Long, M 032009/26 | 4.00 | 4.00 | 1,972.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PROJECT MANAGEMENT FOR WEEK OF MARCH 9:<br>2 PEER DRAFT REVIEW REPORT:<br>3 DISCUSS 2008 PAYOUTS WITH KANAK:<br>4 MISC CALLS/EMAILS RE: CHANGES TO ANALYSIS |

EXHIBIT E

BLOCK BILLING

Mercer (US) Inc.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 03/10/09 Tue | Soundararajan, K 032009/33 | 3.50 | 3.50 | 1,522.50 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 TRIBUNE REPORT UPDATES, MEETINGS AND CALLS |
| 03/12/09 Thu | Soundararajan, K 032009/42 | 1.00 | 1.00 | 435.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 TRIBUNE CALL <br> 2 AND RELATED CONVERSATIONS |
| 03/12/09 Thu | Soundararajan, K 032009/45 | 1.75 | 1.75 | 761.25 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 TRIBUNE PEER REVIEW AND OTHER DISCUSSIONS |
| 03/16/09 Mon | Long, M 032009/53 | 1.00 | 1.00 | 493.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 REVIEW AND REVISE DECK FOR COMMITTEE PRESENTATION/MISC CALLS AND EMAILS; <br> 2 FOLLOW UP ON PLAN COST ANALYSIS, PROXY ANALYSIS |
| 03/17/09 Tue | Long, M 032009/57 | 3.50 | 3.50 | 1,725.50 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 MEETING PREP/DOCUMENT REVIEW AND PRODUCTION, REVISIONS TO ANALYSIS PER CREDITOR FEEDBACK |
| 03/18/09 Wed | Long, M 032009/61 | 3.00 | 3.00 | 1,479.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 PEER REVIEW REVISIONS TO ANALYSIS, UPDATE REPORT |
| 03/19/09 Thu | Long, M 032009/67 | 1.00 | 1.00 | 493.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 MISC CALLS AND EMAILS; <br> 2 FOLLOW UP ON PLAN COST ANALYSIS, PROXY ANALYSIS |
| 03/24/09 Tue | Long, M 032009/77 | 8.00 | 8.00 | 3,944.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 PREPARE AND REVIEW RESPONSES TO CREDITOR QUESTIONS; <br> 2 RESEARCH PLAN TRIGGERS FOR COMPARATOR GROUP; <br> 3 MISC CALLS AND EMAILS PERTAINING TO RESPONSES |
| 03/25/09 Wed | Long, M 032009/81 | 3.00 | 3.00 | 1,479.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 REVIEW REVISED RESPONSES AND ATTACHMENTS; <br> 2 UPDATES TO TRIGGER ANALYSIS |
| 03/27/09 Fri | Long, M 032009/89 | 2.00 | 2.00 | 986.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 UPDATES TO PROXY ANALYSIS; <br> 2 DRAFT TERMINATION PROVISIONS FOR PLANS |
| 03/30/09 Mon | Dempsey, J 032009/92 | 3.00 | 3.00 | 2,175.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 REACTION TO COUNTER PROPOSALS <br> 2 AND REVISED DECK <br> 3 INCLUDING TEAM CONF CALL WITH CHANDLER ET AL |
| 03/31/09 Tue | Long, M 032009/99 | 4.00 | 4.00 | 1,972.00 | *MATTER NAME: Compensation Consultant to the Debtors* <br> 1 REVIEW PAYOUT ANALYSIS, REFINE REVISED REPORT, MISC CALLS AND EMAILS |

EXHIBIT E

BLOCK BILLING

Mercer (US) Inc.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 04/01/09 Wed | Long, M 042009/103 | 2.00 | 2.00 | 986.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MISC CALLS/EMAILS, REFRESH ANALYSIS WITH NEW CLIENT DATA;<br>2 ADJUST PAYOUT CURVE |
| 04/02/09 Thu | Long, M 042009/106 | 1.00 | 1.00 | 493.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MISC CALLS/EMAILS, REFRESH ANALYSIS WITH NEW CLIENT DATA;<br>2 ADJUST PAYOUT CURVE |
| 04/02/09 Thu | Wu, J 042009/107 | 4.50 | 4.50 | 1,017.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PROXY OUTPUT AND PEER REVIEW |
| 04/03/09 Fri | Long, M 042009/110 | 1.50 | 1.50 | 739.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 MISC CALLS/EMAILS, REFRESH ANALYSIS WITH NEW CLIENT DATA;<br>2 ADJUST PAYOUT CURVE |
| 04/03/09 Fri | Wu, J 042009/112 | 1.00 | 1.00 | 226.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PROXY OUTPUT AND PEER REVIEW |
| 04/06/09 Mon | Long, M 042009/115 | 4.00 | 4.00 | 1,972.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PEER REVIEW PLAN COST ANALYSIS (FOR PEERS AND BANKRUPTCY GROUP), REVIEW UPDATED COMP ANALYSIS-EXCLUDING OPS EXECS FROM KEIP, REMOVING BASE SALARY INCREASES;<br>2 REVIEW UPDATED COMP DATA FROM TRIB |
| 04/06/09 Mon | Sung, C 042009/117 | 1.75 | 1.75 | 395.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 UPDATE DISCUSSION CALL,<br>2 COST ANALYSIS, COMP UPDATES |
| 04/08/09 Wed | Long, M 042009/126 | 4.00 | 4.00 | 1,972.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PEER REVIEW UPDATED PLAN COST ANLAYSIS;<br>2 UPDATE REPORT,<br>3 REVIEW WITH DEMPSEY AND FINALIZE |
| 04/08/09 Wed | Wu, J 042009/128 | 2.00 | 2.00 | 452.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 BR RESEARCH AND PROXY PR |
| 04/09/09 Thu | Long, M 042009/131 | 6.00 | 6.00 | 2,958.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PREP FOR MEETING;<br>2 UPDATE PLAN COST REPORT, REVIEW ANALYST REPORTS, REVIEW 2009 PROXIES, COORDINATE ANALYSIS, MISC MEETINGS, CALLS, EMAILS AND BEGIN DRAFTING REVISED REPORT |
| 04/09/09 Thu | Wu, J 042009/135 | 2.50 | 2.50 | 565.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 BR RESEARCH AND PROXY PR |

EXHIBIT E

BLOCK BILLING

Mercer (US) Inc.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 04/10/09 Fri | Long, M 042009/137 | 6.00 | 6.00 | 2,958.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 INTERNAL MEETINGS,<br>2 REVISIONS TO 2008 PAYOUT MATERIALS,<br>3 UPDATE MATERIALS FOR 2009 INCENTIVES,<br>4 PEER REVIEW ANALYSES |
| 04/10/09 Fri | Sung, C 042009/139 | 1.25 | 1.25 | 282.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 UPDATE DISCUSSION CALL, COST ANALYSIS, COMP UPDATES |
| 04/10/09 Fri | Wu, J 042009/141 | 6.75 | 6.75 | 1,525.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 BR RESEARCH AND PROXY PR |
| 04/13/09 Mon | Long, M 042009/144 | 6.00 | 6.00 | 2,958.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PEER REVIEW PROXY ANALYSIS AND COST ANALYSIS;<br>2 PRELIM REVIEW OF UPDATED TRIBUNE BU PLANS |
| 04/15/09 Wed | Long, M 042009/158 | 6.00 | 6.00 | 2,958.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 FINAL PEER OF ANALYSES;<br>2 DETAILED REVIEW OF TRIBUNE BU PLANS;<br>3 MISC EMAILS TO CLARIFY |
| 04/16/09 Thu | Long, M 042009/166 | 4.00 | 4.00 | 1,972.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PEER REVIEW PROXY ANALYSIS, PEER COST ANALYSIS;<br>2 REVIEW UPDATED TRIBUNE BU PLANS |
| 04/17/09 Fri | Long, M 042009/176 | 4.00 | 4.00 | 1,972.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 REVISIONS TO 2008 REPORT;<br>2 UPDATE MARKET ANALYSIS BASED ON CHANGES TO 2008 BONUS POOL,<br>3 DISCUSS 2009 PROPOSALS WITH J LOTSOFF;<br>4 DISCUSS 409A ISSUES WITH JANET DEN UYL |
| 04/20/09 Mon | Long, M 042009/181 | 4.00 | 4.00 | 1,972.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 FINALIZE 2008 MIP DECK, REVISIONS TO 2009 PROPOSALS |
| 04/21/09 Tue | Long, M 042009/184 | 2.00 | 2.00 | 986.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 FINALIZE 2008 MIP DECK, REVISIONS TO 2009 PROPOSALS |
| 04/22/09 Wed | Long, M 042009/189 | 1.00 | 1.00 | 493.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 FINALIZE 2008 MIP DECK, REVISIONS TO 2009 PROPOSALS |
| 04/23/09 Thu | Long, M 042009/192 | 2.00 | 2.00 | 986.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 FINALIZE 2008 MIP DECK, REVISIONS TO 2009 PROPOSALS |

EXHIBIT E

BLOCK BILLING

Mercer (US) Inc.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 04/27/09<br>Mon | Long, M<br>042009/198 | 2.00 | 2.00 | 986.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 REFINE 2009 PROPOSALS DECK, DEVELOP KEY OPERATOR MODEL |
| 04/28/09<br>Tue | Long, M<br>042009/201 | 6.00 | 6.00 | 2,958.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 DEVELOP AND MODEL KEY OPERATOR PLAN, UPDATE 2009 INCENTIVE PLAN REPORT |
| 04/29/09<br>Wed | Sung, C<br>042009/205 | 4.00 | 4.00 | 904.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 CREDITORS DECK 4-30,<br>2 CALL WITH SIDLEY, TRIBUNE |
| 04/30/09<br>Thu | Sung, C<br>042009/209 | 6.25 | 6.25 | 1,412.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 CREDITORS DECK 4-30, CALL WITH SIDLEY, TRIBUNE |
| 05/01/09<br>Fri | Long, M<br>052009/214 | 8.00 | 8.00 | 3,944.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 CONF CALL WITH CHANDLER BIGELOW AND JONATHON LOTSOFF TO DISCUSS 2009 INCENTIVE PLANS,<br>2 REVISIONS TO REPORT,<br>3 PEER REVIEW UPDATED KOIP ANALYSIS,<br>4 MULTIPLE EMAILS AND CALLS |
| 05/04/09<br>Mon | Long, M<br>052009/219 | 6.00 | 6.00 | 2,958.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 CLIENT/PROJECT MANAGEMENT,<br>2 REVISIONS TO 2009 RECOMMENDATIONS, ADD SVP CORP REL TO KEIP, PEER REVIEW UPDATED ANALYSES |
| 05/04/09<br>Mon | Sung, C<br>052009/220 | 5.75 | 5.75 | 1,299.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 CHANGES TO MARKET PRICING, REPORT REVISIONS, KOIP CHANGES |
| 05/05/09<br>Tue | Sung, C<br>052009/223 | 2.50 | 2.50 | 565.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 CHANGES TO MARKET PRICING, REPORT REVISIONS, KOIP CHANGES |
| 05/08/09<br>Fri | Long, M<br>052009/229 | 1.50 | 1.50 | 739.50 | MATTER NAME: Compensation Consultant to the Debtors<br>1 PEER REVIEW CC AIP PAYOUT ANALYSIS AND UPDATE 2008 PAYOUT REPORT,<br>2 AND OVERALL PROJECT MGT |
| 05/12/09<br>Tue | Long, M<br>052009/237 | 2.00 | 2.00 | 986.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 REVIEW ALIX QUESTIONS,<br>2 MEET WITH TEAM TO DISCUSS ADDITIONAL DOCUMENTATION,<br>3 DRAFT INITIAL RESPONSE |
| 05/12/09<br>Tue | Wu, J<br>052009/241 | 5.00 | 5.00 | 1,130.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 CCMO PROXY PEER REVIEW AND PROXY OUTPUT UPDATE,<br>2 INTERNAL UPDATE MEETING,<br>3 MEDIA RESEARCH |
| 05/13/09<br>Wed | Long, M<br>052009/243 | 2.00 | 2.00 | 986.00 | MATTER NAME: Compensation Consultant to the Debtors<br>1 DRAFT RESPONSE TO ALIX QUESTIONS,<br>2 FINALIZE AND SEND SUPP MATERIALS |

EXHIBIT E

BLOCK BILLING

Mercer (US) Inc.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 05/13/09 Wed | Long, M 052009/245 | 0.50 | 0.50 | 246.50 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 INTERNAL MEETING WITH DEMPSEY, SUNG AND WU;<br>2 REVIEW PRELIMINARY SUPPLEMENTAL MATERIALS FOR ALIX PARTNERS |
| 05/14/09 Thu | Long, M 052009/248 | 4.00 | 4.00 | 1,972.00 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 KEIP PAYOUT TIMING RESEARCH AND DOCUMENTATION |
| 05/15/09 Fri | Long, M 052009/251 | 1.00 | 1.00 | 493.00 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 DRAFT RESPONSE TO ALIX QUESTIONS;<br>2 FINALIZE AND SEND SUPP MATERIALS |
| 05/18/09 Mon | Long, M 052009/254 | 1.00 | 1.00 | 493.00 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 CONF CALL WITH CHANDLER BIGELOW;<br>2 DEBRIEF ON ALIX FEEDBACK AND AGREE ON NEXT STEPS |
| 05/18/09 Mon | Long, M 052009/255 | 3.00 | 3.00 | 1,479.00 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 DRAFT TERMINATION PROVSIIONS;<br>2 PROJECT MGT,<br>3 MISC EMAILS,<br>4 INTERNAL DEBRIEF MEETINGS |
| 05/19/09 Tue | Long, M 052009/257 | 3.00 | 3.00 | 1,479.00 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 UPDATE TERMINATION PROVISIONS TO REFLECT TRIB LOA POLICIES;<br>2 REVIEW MIP RECON FILE, GEN'L PROJECT MGT |
| 05/28/09 Thu | Long, M 052009/271 | 1.50 | 1.50 | 739.50 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 INTERNAL MEETING TO DISCUSS EMERGENCE EQUITY APPROACH AND NEXT STEPS FOR 2009 COMP PROPOSALS;<br>2 MISC CLIENT EMAILS |
| 05/29/09 Fri | Long, M 052009/275 | 0.50 | 0.50 | 246.50 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 INTERNAL MEETING;<br>2 REVIEW NEXT STEPS, REVIEW AND VERIFY CURRENT DATA |
| 05/29/09 Fri | Long, M 052009/276 | 1.00 | 1.00 | 493.00 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 CONF CALL WITH TRIBUNE MGT (CHANDLER, DON & MIKE), AND SIDLEY;<br>2 DEBRIEF ON BLACKSTONE FEEDBACK, AGREE ON NEXT STEPS AND TIMING |
| 05/29/09 Fri | Wu, J 052009/279 | 2.00 | 2.00 | 452.00 | | *MATTER NAME: Compensation Consultant to the Debtors*<br>1 EMERGENCE DATABASE RESEARCH, REPORT UPDATE |
| Total<br>Number of Entries: | 68 | | 219.25 | $92,020.75 | | |

EXHIBIT E

BLOCK BILLING

Mercer (US) Inc.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Dempsey, J | 3.00 | 2,175.00 |
| Long, M | 147.00 | 72,471.00 |
| Soundararajan, K | 8.25 | 3,588.75 |
| Sung, C | 37.25 | 8,418.50 |
| Wu, J | 23.75 | 5,367.50 |
| | 219.25 | $92,020.75 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Compensation Consultant to the Debtors | 219.25 | 92,020.75 |
| | 219.25 | $92,020.75 |

EXHIBIT H

TRAVEL BILLED AT MORE THAN HALF-RATE

Mercer (US) Inc.

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Dempsey, J | 7.00 | 5,075.00 |
| | 7.00 | $5,075.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Compensation Consultant to the Debtors | 7.00 | 5,075.00 |
| | 7.00 | $5,075.00 |

EXHIBIT H
TRAVEL BILLED AT MORE THAN HALF-RATE
Mercer (US) Inc.

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 05/11/09 Mon | Dempsey, J 052009/233 | 4.00 | 4.00 | 2,900.00 | 1 | *MATTER NAME: Compensation Consultant to the Debtors*<br>TRAVEL TO DE AND PREP |
| 05/12/09 Tue | Dempsey, J 052009/235 | 3.00 | 3.00 | 2,175.00 | 1 | *MATTER NAME: Compensation Consultant to the Debtors*<br>TRAVEL TO CHI AND DE |
| Total | | | 7.00 | $5,075.00 | | |
| Number of Entries: | 2 | | | | | |

EXHIBIT H

TRAVEL BILLED AT MORE THAN HALF-RATE

Mercer (US) Inc.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Dempsey, J | 7.00 | 5,075.00 |
| | 7.00 | $5,075.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Compensation Consultant to the Debtors | 7.00 | 5,075.00 |
| | 7.00 | $5,075.00 |

Transportation - Late Work
Mercer (US) Inc.

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|------|------|------|------|------|
| 03/03/09 | 032009/1 | 17.00 | | 17.00 | CAB HOME - WORKING LATE |
| 03/06/09 | 032009/3 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 03/08/09 | 032009/5 | 18.00 | | 18.00 | PARKING - WORKING WEEKEND |
| 03/10/09 | 032009/10 | 17.00 | | 17.00 | CAB HOME - WORKING LATE |
| 03/11/09 | 032009/12 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 03/13/09 | 032009/20 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 03/15/09 | 032009/22 | 18.00 | | 18.00 | PARKING - WORKING WEEKEND |
| 03/17/09 | 032009/23 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 03/18/09 | 032009/24 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 04/02/09 | 042009/28 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 04/10/09 | 042009/31 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 04/14/09 | 042009/36 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 04/16/09 | 042009/42 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 04/17/09 | 042009/44 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 04/20/09 | 042009/45 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/01/09 | 052009/52 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/04/09 | 052009/53 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 05/08/09 | 052009/55 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/11/09 | 052009/63 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 05/12/09 | 052009/67 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/12/09 | 052009/68 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 05/13/09 | 052009/70 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/13/09 | 052009/71 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/14/09 | 052009/73 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/15/09 | 052009/75 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 05/18/09 | 052009/76 | 19.00 | | 19.00 | CAB HOME - WORKING LATE |
| 05/22/09 | 052009/77 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 05/28/09 | 052009/78 | 20.00 | | 20.00 | CAB HOME - WORKING LATE |
| 05/29/09 | 052009/79 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| 05/29/09 | 052009/81 | 18.00 | | 18.00 | CAB HOME - WORKING LATE |
| | | $562.00 | | $562.00 | |

EXHIBIT I PAGE 1 of 1

Meals - Non-Travel (Late Work)
Mercer (US) Inc.

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|--------------:|--------------:|---------------:|-------------|
| 03/03/09 | 032009/2 | 9.45 | | 9.45 | DINNER - WORKING LATE |
| 03/06/09 | 032009/4 | 11.00 | | 11.00 | DINNER - WORKING LATE |
| 03/10/09 | 032009/11 | 9.45 | | 9.45 | DINNER - WORKING LATE |
| 03/11/09 | 032009/13 | 12.70 | | 12.70 | DINNER - WORKING LATE |
| 03/13/09 | 032009/21 | 9.45 | | 9.45 | DINNER - WORKING LATE |
| 03/18/09 | 032009/25 | 12.50 | | 12.50 | DINNER - WORKING LATE |
| 04/01/09 | 042009/27 | 5.00 | | 5.00 | DINNER - WORKING LATE |
| 04/10/09 | 042009/30 | 27.80 | | 27.80 | DINNER - WORKING LATE |
| 04/13/09 | 042009/32 | 20.00 | | 20.00 | DINNER - WORKING LATE |
| 04/14/09 | 042009/37 | 14.25 | | 14.25 | DINNER - WORKING LATE |
| 04/14/09 | 042009/38 | 5.00 | | 5.00 | DINNER - WORKING LATE |
| 04/15/09 | 042009/41 | 23.98 | | 23.98 | DINNER - WORKING LATE |
| 04/16/09 | 042009/43 | 37.00 | | 37.00 | DINNER - WORKING LATE |
| 04/20/09 | 042009/46 | 20.00 | | 20.00 | DINNER - WORKING LATE |
| 04/21/09 | 042009/47 | 15.00 | | 15.00 | DINNER - WORKING LATE |
| 04/28/09 | 042009/48 | 38.80 | | 38.80 | LUNCH AT RIVERS |
| 04/28/09 | 042009/50 | 15.00 | | 15.00 | DINNER - WORKING LATE |
| 05/04/09 | 052009/54 | 13.12 | | 13.12 | DINNER WORKING LATE |
| 05/08/09 | 052009/56 | 25.00 | | 25.00 | DINNER WORKING LATE |
| 05/11/09 | 052009/64 | 29.00 | | 29.00 | DINNER WORKING LATE |
| 05/12/09 | 052009/69 | 22.00 | | 22.00 | DINNER WORKING LATE |
| 05/13/09 | 052009/72 | 24.00 | | 24.00 | DINNER WORKING LATE |
| 05/14/09 | 052009/74 | 30.00 | | 30.00 | DINNER WORKING LATE |
| 05/29/09 | 052009/80 | 14.01 | | 14.01 | DINNER WORKING LATE |
| 05/29/09 | 052009/82 | 17.00 | | 17.00 | DINNER WORKING LATE |
| | | $460.51 | | $460.51 | |

Exhibit K

Transportation to and from Tribune
Mercer (US) Inc.

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| 03/09/09 | 032009/6 | 6.00 | | 6.00 | TAXI FROM TRIBUNE - 435 N. MICHIGAN |
| 03/09/09 | 032009/7 | 6.00 | | 6.00 | TAXI TO TRIBUNE - 435 N. MICHIGAN |
| 03/10/09 | 032009/8 | 6.00 | | 6.00 | TAXI FROM TRIBUNE - 435 N. MICHIGAN |
| 03/10/09 | 032009/9 | 6.00 | | 6.00 | TAXI TO TRIBUNE - 435 N. MICHIGAN |
| 03/12/09 | 032009/14 | 6.00 | | 6.00 | TAXI FROM TRIBUNE - 435 N. MICHIGAN |
| 03/12/09 | 032009/15 | 6.00 | | 6.00 | TAXI TO TRIBUNE - 435 N. MICHIGAN |
| 03/13/09 | 032009/16 | 6.00 | | 6.00 | TAXI FROM TRIBUNE - 435 N. MICHIGAN |
| 03/13/09 | 032009/17 | 6.00 | | 6.00 | TAXI TO TRIBUNE - 435 N. MICHIGAN |
| 03/13/09 | 032009/19 | 6.00 | | 6.00 | TAXI TO TRIBUNE - 435 N. MICHIGAN (DEADLINE DELIVERY) |
| 03/13/09 | 032009/18 | 6.00 | | 6.00 | TAXI FROM TRIBUNE - 435 N. MICHIGAN (DEADLINE DELIVERY) |
| 04/10/09 | 042009/29 | 11.00 | | 11.00 | TAXI TO AND FROM TRIBUNE - 435 N. MICHIGAN |
| 04/13/09 | 042009/33 | 7.00 | | 7.00 | TAXI TO TRIBUNE - 435 N. MICHIGAN |
| 04/13/09 | 042009/34 | 7.00 | | 7.00 | TAXI FROM TRIBUNE - 435 N. MICHIGAN |
| 04/15/09 | 042009/39 | 7.00 | | 7.00 | TAXI FROM TRIBUNE - 435 N. MICHIGAN |
| 04/15/09 | 042009/40 | 7.00 | | 7.00 | TAXI TO TRIBUNE - 435 N. MICHIGAN |
| | | $99.00 | | $99.00 | |