## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT
### REGARDING SECOND INTERIM FEE APPLICATION OF
### PRICEWATERHOUSECOOPERS LLP

Stuart Maue, fee examiner in the above-referenced matter, submits this final report with respect

to the Second Interim Fee Application of PricewaterhouseCoopers LLP ("Application"), for the period

from March 1, 2009, through May 31, 2009, seeking approval of fees that total $327,208.00 (including

$205,000.00 in fixed fee services and $122,208.00 in hourly services) and reimbursement of expenses

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

that total $2,480.54. PricewaterhouseCoopers LLP ("PwC") serves as compensation and tax advisors and independent auditors to the debtors and debtors-in-possession.

<u>Background</u>

1.        Stuart Maue reviewed the firm's monthly fee statements and the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.        This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees are displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed but not underlined.

3.        Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes*, 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.     Stuart Maue prepared and submitted a preliminary report to PwC, and the firm provided a detailed written response.  After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

### Discussion of Findings

### Fixed Services

5.     PwC previously indicated that it would seek compensation for audit engagement letters based on a fixed fee structure and would provide a summary of hours by professional.  Overall, PwC estimated the fees in connection with the audit engagement letters to be $1,815,000.00, not including reasonable out-of-pocket expenses.

6.     The Application requested a total of $205,000.00 for fixed fee services for the 2008 and 2009 Consolidated Audits and provided a summary displaying the professionals, their positions, and the associated hours totaling 1,180.70.  Stuart Maue makes no findings regarding the propriety of the fixed fee services.

### Recomputation of Hourly Fees and Expenses

7.     The Application requested $122,208.00 for hourly services and $2,480.54 in expenses. Stuart Maue recomputed the requested hourly fees by multiplying each timekeeper's total hours by the applicable hourly rate, and recomputed the requested expenses for accuracy.  The recomputation of fees and expenses revealed no difference between the amounts requested and the amounts computed.

### Review of Hourly Fees

8.     **Firm Staffing.**  The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11." The Application provided the names, positions, and hourly rates of the PwC professionals and paraprofessionals who billed to this matter.  The matter was

staffed with 19 timekeepers, consisting of 4 partners, 2 senior managing directors, 3 directors, 3 managers, 4 senior associates, 2 associates, and 1 professional assistant. A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm invoiced a total of 428.20 hours with associated fees of $122,208.00 for the hourly services. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 4.20 | * | $ 2,760.00 | 2% |
| Senior Managing Director | 2.50 | * | 1,500.00 | 1% |
| Director | 71.60 | 17% | 32,220.00 | 26% |
| Manager | 34.50 | 8% | 13,028.00 | 11% |
| Senior Associate | 281.90 | 66% | 68,072.50 | 56% |
| Associate | 14.20 | 3% | 2,215.00 | 2% |
| Professional Assistant | 19.30 | 5% | 2,412.50 | 2% |
| TOTAL | 428.20 | 100% | $122,208.00 | 100% |

* Less than 1%

The blended hourly rate for the PwC professionals is $292.97 and the blended hourly rate for professionals and paraprofessionals is $285.40.

9.    **Hourly Rate Increases.**  PwC did not increase the hourly rate of any timekeeper during the second interim period.

10.    **Transient Timekeepers.**  The activities of timekeepers whose participation appears to be limited and sporadic become questionable if the value of their involvement and necessity of their contribution is unclear. Eleven PwC timekeepers billed fewer than 10.00 hours during this interim period. Stuart Maue recognizes that some professionals have specialized knowledge or expertise and may be called upon to provide services to the case on a limited basis; however, it appeared that certain timekeepers had minimal involvement in the case and billed for activities that may have been performed by other timekeepers. Stuart Maue requested that PwC provide additional information regarding the role of the timekeepers displayed in Exhibit B to the preliminary report. The billing entries of the timekeepers total 23.00 hours and $9,833.00 in associated fees.

In response to the preliminary report, PwC provided a detailed explanation of the role and necessity of various timekeepers, addressing the various professionals by project category. The firm identified three professionals who performed work that could have been done by another timekeeper or otherwise need not have been billed. PwC agreed to a voluntary fee reduction in the amount of $4,260.00 resulting from the time entries displayed in Exhibit B to this report.

11.     **Complete and Detailed Task Descriptions.**   Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." All but three of the activity descriptions in the Application were sufficiently detailed.

12.     **Time Increments.**   The order authorizing the retention and employment of PwC authorizes the firm to submit time records for hourly work in ½ hour increments.

13.     **Block Billing.**   The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). With minimal exceptions, PwC complied with this Guideline.

14.     **Conferences, Hearings, and Other Events.**   Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994).

a.      **Nonfirm Conferences, Hearings, and Events.**   Stuart Maue identified a few occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or other event. Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling

29.60 hours with $11,154.50 in associated fees, were displayed in Exhibit D to the preliminary report. In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the timekeeper leading rather than observing a nonfirm conference).    The potentially duplicative and unnecessary timekeepers' entries total 13.20 hours with $4,343.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  Stuart Maue requested that the firm provide a brief explanation of the necessity of the multiple billers and their respective roles.

In response to the preliminary report, PwC stated that firm professionals participated in the meetings in question as the most efficient way to provide the Debtors with PwC's knowledge base.  The firm asserted that PwC tries to minimize the number of participants attending both internal and external meetings.  PwC then provided a detailed explanation of specific meetings and the role and necessity of various firm timekeepers.  Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction due to multiple attendance, and Exhibit D is omitted from this report.

      **b.**    **<u>Intraoffice Conferences.</u>**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The fees for intraoffice conferences total 97.60 hours with $28,772.00 in associated fees, which computes to approximately 24% of the total fees requested in the Application.  The entries were displayed in Exhibit E to the preliminary report.  On nearly every occasion, two or more firm professionals and/or paraprofessionals billed to attend the same internal conference, representing 97.20 hours with $28,612.00 in associated fees.  The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold and marked with an ampersand [&] in the exhibit.  Stuart Maue requested that the firm provide a brief explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the preliminary report, PwC restated the firm's efforts to minimize the number of participants at internal meetings. The firm's response then addressed specific internal conferences and the necessary contributions of various firm personnel. Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction for internal conferences, and Exhibit E is omitted from this report.

15.    **Clerical Activities.** Clerical activities are tasks that may be effectively performed by administrative assistants, secretaries or support personnel. Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying. Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members. "Fees for services that are purely clerical, ministerial, or administrative should be disallowed." *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989). In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case. The three entries describing clerical activities were displayed in Exhibit F to the preliminary report and total 1.90 hours with $465.00 in associated fees. The preliminary report stated that, pending additional information from the firm, it is Stuart Maue's intent to recommend that the clerical entries be paid at the rate of $80.00 per hour.

In response, PwC agreed to a voluntary fee reduction in the amount of $313.00, resulting from reducing the hourly rate for the time entries displayed in Exhibit F (attached hereto) to $80.00.

16.    **Travel.** The Application did not include entries describing travel time.

17.    **PwC Retention/Compensation.** PwC invoiced 78.10 hours with associated fees of $23,604.50 to prepare the firm's retention documents and applications for compensation, which

computes to approximately 19% of the total fees.  The fee entries identified as retention/compensation activities were displayed in Exhibit G to the preliminary report.  As Stuart Maue makes no recommendation for a fee reduction resulting from the retention/compensation activities, Exhibit G is omitted from this report.

**Review of Expenses**

18.     **Complete and Detailed Itemization of Expenses.**  The Guidelines in Section II.E.3 provide that factors relevant to a determination that the expense is proper include "Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred."  PwC provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

19.     **Overtime Transportation.**  PwC requested reimbursement of overtime transportation totaling $820.05.  Although a firm may have a policy that personnel may be reimbursed for travel home when working late, such charges are generally considered part of the firm's overhead.  The charges were displayed in Exhibit H to the preliminary report.  The preliminary report stated that, pending additional information from the firm, it is Stuart Maue's intent to recommend that the overtime transportation expenses be deducted from the requested expense reimbursement.

In response, PwC reviewed the expenses and agreed to a voluntary expense reduction in the amount of $820.05.  The overtime transportation expenses are displayed in Exhibit H to this report.

20.     **Overhead Meals.**  PwC requested reimbursement of $827.59 for meals.  Of that sum, it appears that meals totaling $433.23 related to travel or meetings.  The remaining meals, totaling $394.36, appear to be for PwC employees unrelated to travel.  Although a firm may have a policy that

personnel may be reimbursed for working meals, such charges are generally considered part of the firm's overhead. Stuart Maue requested that PwC provide an explanation for the purpose of the meal charges displayed in Exhibit I to the preliminary report. The preliminary report stated that, pending additional information from the firm, it is Stuart Maue's intent to recommend that the questioned meal expenses be deducted from the requested expense reimbursement.

In response, PwC reviewed the expenses and agreed to a voluntary expense reduction in the amount of $394.36. The overhead meal expenses are displayed in Exhibit I to this report.

21.    **Confirmation Service Website.** PwC requested reimbursement of $401.00 for the use of "confirmation service website." Stuart Maue requested that PwC provide an explanation for the purpose of the charges, which were displayed in Exhibit J to the preliminary report.

In response, PwC stated the confirmation service website expense was necessary as certain financial institutions no longer accept paper cash confirmations, requiring PwC to sign up for the electronic service. Stuart Maue makes no recommendation for an expense reduction, and Exhibit J is omitted from this report.

**Conclusion**

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above. Stuart Maue recommends the approval of fees in the amount of $117,635.00 ($122,208.00 minus $4,573.00) and reimbursement of expenses in the amount of $1,266.13 ($2,480.54 minus $1,214.41) for the period from March 1, 2009, through May 31, 2009. A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:   (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# APPENDIX A

## PRICEWATERHOUSECOOPERS LLP

### SUMMARY OF FINDINGS

#### Second Interim Fee Application (March 1, 2009 through May 31, 2009)

##### A.    Amounts Requested and Computed

| | | |
|---|---:|---:|
| Fees Requested: | | |
| Fixed Fee Services | $205,000.00 | |
| Hourly Services | 122,208.00 | |
| Expenses Requested | 2,480.54 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $329,688.54 |
| | | |
| Hourly Fees Computed | $122,208.00 | |
| Expenses Computed | 2,480.54 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $124,688.54 |
| | | |
| Fixed Fee Services for the 2008 and 2009 Consolidated Audits | $205,000.00 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $205,000.00 |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---:|---:|
| Fees Requested (Hourly Services) | $122,208.00 | |
| *Agreed Reduction for Transient Timekeepers* | *($4,260.00)* | |
| *Agreed Reduction for Clerical Activities* | *(313.00)* | |
| Subtotal | *($4,573.00)* | |
| | | |
| RECOMMENDED HOURLY FEE ALLOWANCE | | $117,635.00[2] |
| | | |
| Expenses Requested | $2,480.54 | |
| *Agreed Reduction for Overtime Transportation* | *($   820.05)* | |
| *Agreed Reduction for Overhead Meals* | *(394.36)* | |
| Subtotal | *($1,214.41)* | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 1,266.13 |
| | | |
| TOTAL RECOMMENDED HOURLY FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $118,901.13 |

---

[2] Stuart Maue makes no findings regarding the propriety of the fixed fee services totaling $205,000.00.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 1st day of February, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

William T. England, Esq.
PricewaterhouseCoopers LLP
One North Wacker
Chicago IL 60606

_____
John L. Decker, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

### PricewaterhouseCoopers LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| JLKR | Krueger, Janet L. | PARTNER | $625.00 | $625.00 | 1.40 | $875.00 |
| MAED | Aeder, Mitchel | PARTNER | $760.00 | $760.00 | 1.00 | $760.00 |
| TSNY | Snyder, Thomas | PARTNER | $625.00 | $625.00 | 1.00 | $625.00 |
| DLPI | Pinney, Douglas L. | PARTNER | $625.00 | $625.00 | 0.80 | $500.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $657.14 | | 4.20 | $2,760.00 |
| | | | | % of Total: | 0.98% | % of Total: 2.26% |
| TMBY | Byrd, Timothy M. | SR MANAG DIREC | $600.00 | $600.00 | 2.00 | $1,200.00 |
| JTWI | Winks, J. Timothy | SR MANAG DIREC | $600.00 | $600.00 | 0.50 | $300.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $600.00 | | 2.50 | $1,500.00 |
| | | | | % of Total: | 0.58% | % of Total: 1.23% |
| ATHA | Thacher, Alex | DIRECTOR | $450.00 | $450.00 | 50.60 | $22,770.00 |
| WJOZ | Jozaitis, William | DIRECTOR | $450.00 | $450.00 | 11.30 | $5,085.00 |
| RLCO | Cook, Ronald L. | DIRECTOR | $450.00 | $450.00 | 9.70 | $4,365.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $450.00 | | 71.60 | $32,220.00 |
| | | | | % of Total: | 16.72% | % of Total: 26.36% |
| ACSM | Smith, Andrea Clark | MANAGER | $400.00 | $400.00 | 25.10 | $10,040.00 |
| AKOL | Olson, Andrew K. | MANAGER | $320.00 | $320.00 | 8.40 | $2,688.00 |
| DDES | Desai, Deeti | MANAGER | $300.00 | $300.00 | 1.00 | $300.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $377.62 | | 34.50 | $13,028.00 |
| | | | | % of Total: | 8.06% | % of Total: 10.66% |
| JCFA | Fairley, Jamila Charlise | SR. ASSOCIATE | $240.00 | $240.00 | 196.20 | $47,088.00 |
| SILO | Lovitch, Samuel I. | SR. ASSOCIATE | $225.00 | $225.00 | 59.40 | $13,365.00 |
| SMFI | Finseth, Shonda M. | SR. ASSOCIATE | $290.00 | $290.00 | 24.80 | $7,192.00 |
| JPIE | Pierzchalski, James | SR. ASSOCIATE | $285.00 | $285.00 | 1.50 | $427.50 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### PricewaterhouseCoopers LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position:  4 | Blended Rate for Position: | $241.48 | | 281.90 | $68,072.50 |
| | | | | % of Total: | 65.83% | % of Total:    55.70% |
| DYPA | Pai, David Y. | ASSOCIATE | $155.00 | $155.00 | 14.00 | $2,170.00 |
| SMST | Stendahl, Subashi M. | ASSOCIATE | $225.00 | $225.00 | 0.20 | $45.00 |
| | No. of Billers for Position:  2 | Blended Rate for Position: | $155.99 | | 14.20 | $2,215.00 |
| | | | | % of Total: | 3.32% | % of Total:    1.81% |
| BRDA | Davis, Brian Randall | PROF ASSISTANT | $125.00 | $125.00 | 19.30 | $2,412.50 |
| | No. of Billers for Position:  1 | Blended Rate for Position: | $125.00 | | 19.30 | $2,412.50 |
| | | | | % of Total: | 4.51% | % of Total:    1.97% |
| | Total No. of Billers:  19 | Blended Rate for Report: | $285.40 | | 428.20 | $122,208.00 |

EXHIBIT B

TRANSIENT TIMEKEEPERS

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Cook, R | 8.70 | 3,915.00 |
| Desai, D | 1.00 | 300.00 |
| Stendahl, S | 0.20 | 45.00 |
| | 9.90 | $4,260.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Monthly, Interim and Final Fee Applications | 8.90 | 3,960.00 |
| Tax Consulting Services | 1.00 | 300.00 |
| | 9.90 | $4,260.00 |

EXHIBIT B

TRANSIENT TIMEKEEPERS

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Cook, R | 04/13/09 042009-40/101 | Mon | 0.50 | 0.50 | 225.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0409H0101: REVIEW BILLING PROCEDURES AND PERFORM WIP ANALYSIS. |
| | 04/15/09 042009-40/107 | Wed | 0.30 | 0.30 | 135.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0409H0107: REVIEW BILLING ANALYSIS. |
| | 04/17/09 042009-40/108 | Fri | 2.40 | 2.40 | 1,080.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0409H0108: REVIEW REQUIRED BILLING PROVISIONS AND ANALYSIS OF BILLING. |
| | 04/20/09 042009-40/109 | Mon | 2.90 | 2.90 | 1,305.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0409H0109: REVIEW REQUIRED BILLING PROVISIONS AND ANALYSIS OF BILLING. |
| | 04/22/09 042009-40/111 | Wed | 0.30 | 0.30 | 135.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0409H0111: REVIEW THE SALT TIME ANALYSIS. |
| | 05/19/09 052009-40/83 | Tue | 1.10 | 1.10 | 495.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0509H0083: ANALYSIS OF BILLING, INCLUDING REVISIONS AND COORDINATING WITH LOS ANGELES TEAM ON REVISIONS. |
| | 05/20/09 052009-40/85 | Wed | 1.20 | 1.20 | 540.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0509H0085: REVISIONS TO BILLING DESCRIPTIONS AND REVIEW OF REVISIONS MADE BY LA TEAM. |
| | NUMBER OF ENTRIES: | | 7 | 8.70 | 3,915.00 | |
| Desai, D | 03/05/09 032009-70/130 | Thu | 1.00 | 1.00 | 300.00 | *MATTER NAME: Tax Consulting Services*<br>1  0309H0002: RESEARCH INTEREST DEDUCTIBILITY ARTICLES. |
| | NUMBER OF ENTRIES: | | 1 | 1.00 | 300.00 | |
| Stendahl, S | 03/05/09 032009-40/116 | Thu | 0.20 | 0.20 | 45.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1  0309H0118: UPDATE DRAFT EXHIBITS FOR THE AUDIT TEAM. |
| | NUMBER OF ENTRIES: | | 1 | 0.20 | 45.00 | |

EXHIBIT B
TRANSIENT TIMEKEEPERS
PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| Total | | | 9.90 | $4,260.00 | |
| Number of Entries: | 9 | | | | |

EXHIBIT B

TRANSIENT TIMEKEEPERS

PricewaterhouseCoopers LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Cook, R | 8.70 | 3,915.00 |
| Desai, D | 1.00 | 300.00 |
| Stendahl, S | 0.20 | 45.00 |
| | 9.90 | $4,260.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Monthly, Interim and Final Fee Applications | 8.90 | 3,960.00 |
| Tax Consulting Services | 1.00 | 300.00 |
| | 9.90 | $4,260.00 |

EXHIBIT F

CLERICAL ACTIVITIES

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Fairley, J | 1.70 | 408.00 |
| Pierzchalski, J | 0.20 | 57.00 |
| | 1.90 | $465.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims Consulting Services | 1.90 | 465.00 |
| | 1.90 | $465.00 |

EXHIBIT F

CLERICAL ACTIVITIES

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 03/23/09 Mon | Pierzchalski, J 032009-20/6 | 0.20 | 0.20 | 57.00 | | *MATTER NAME: Claims Consulting Services* <br> 1  0309H0091: SCAN CHICAGO PROTEST LETTER AND SEND TO TRIBUNE. |
| 04/14/09 Tue | Fairley, J 042009-20/68 | 0.50 | 0.50 | 120.00 | | *MATTER NAME: Claims Consulting Services* <br> 1  0409H0068: PREPARE DUPLICATE COPIES OF THE LOS ANGELES TIMES HEARING BINDERS AND TRANSMITTAL LETTERS TO SUBMIT TO J. KRUEGER AND R. COOK (BOTH PWC). |
| 04/15/09 Wed | Fairley, J 042009-20/71 | 1.20 | 1.20 | 288.00 | | *MATTER NAME: Claims Consulting Services* <br> 1  0409H0071: PREPARE ADDITIONAL COPIES OF THE LOS ANGELES TIMES HEARING BINDERS FOR DISTRIBUTION TO P. SHANAHAN (TRIBUNE). |
| Total | | | 1.90 | $465.00 | | |
| Number of Entries: | 3 | | | | | |

EXHIBIT F

CLERICAL ACTIVITIES

PricewaterhouseCoopers LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Fairley, J | 1.70 | 408.00 |
| Pierzchalski, J | 0.20 | 57.00 |
| | 1.90 | $465.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims Consulting Services | 1.90 | 465.00 |
| | 1.90 | $465.00 |

Overtime Transportation

PricewaterhouseCoopers LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 01/26/09 | 032009-60/4 | 15.00 | | 15.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0004: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 01/29/09 | 032009-60/5 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0005: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/02/09 | 032009-60/6 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0006: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/02/09 | 032009-60/7 | 7.00 | | 7.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0007: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/02/09 | 032009-60/8 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0008: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/03/09 | 032009-60/9 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0009: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/03/09 | 032009-60/10 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0010: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/03/09 | 032009-60/11 | 19.00 | | 19.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0011: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/04/09 | 032009-60/12 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0012: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/04/09 | 032009-60/13 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0013: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/04/09 | 032009-60/14 | 7.00 | | 7.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0014: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/05/09 | 032009-60/17 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0017: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/05/09 | 032009-60/18 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0018: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/05/09 | 032009-60/20 | 19.00 | | 19.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0020: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |

Overtime Transportation

PricewaterhouseCoopers LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 02/06/09 | 032009-60/21 | 19.05 | | 19.05 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0021: CHICAGO CARRIAGE CAB 312-326-2221 - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/07/09 | 032009-60/22 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0022: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/09/09 | 032009-60/24 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0024: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/09/09 | 032009-60/26 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0026: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/10/09 | 032009-60/27 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0027: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/10/09 | 032009-60/28 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0028: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/11/09 | 032009-60/31 | 7.00 | | 7.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0031: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/11/09 | 032009-60/30 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0030: CHECKER CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/11/09 | 032009-60/33 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0033: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/12/09 | 032009-60/35 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0035: CARRIAGE TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/12/09 | 032009-60/36 | 7.00 | | 7.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0036: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/12/09 | 032009-60/37 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0037: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/14/09 | 032009-60/39 | 7.00 | | 7.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0039: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/16/09 | 032009-60/40 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0040: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |

Overtime Transportation

PricewaterhouseCoopers LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 02/16/09 | 032009-60/41 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0041: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/16/09 | 032009-60/42 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0042: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/17/09 | 032009-60/44 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0044: CHECKER TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/17/09 | 032009-60/45 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0045: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/17/09 | 032009-60/47 | 17.00 | | 17.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0047: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/17/09 | 032009-60/46 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0046: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/18/09 | 032009-60/53 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0053: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/18/09 | 032009-60/51 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0051: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/18/09 | 032009-60/50 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0050: CARRIAGE TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/19/09 | 032009-60/55 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0055: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/19/09 | 032009-60/56 | 17.00 | | 17.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0056: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/21/09 | 032009-60/57 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0057: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/23/09 | 032009-60/61 | 6.00 | | 6.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0061: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/23/09 | 032009-60/62 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0062: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |

Overtime Transportation

PricewaterhouseCoopers LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 02/24/09 | 032009-60/64 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0064: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/24/09 | 032009-60/65 | 8.00 | | 8.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0065: GLOBE TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/24/09 | 032009-60/66 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0066: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/25/09 | 032009-60/70 | 7.00 | | 7.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0070: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/25/09 | 032009-60/69 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0069: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/25/09 | 032009-60/68 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0068: CHECKER CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/25/09 | 032009-60/71 | 17.00 | | 17.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0071: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/26/09 | 032009-60/72 | 13.00 | | 13.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0072: CARRIAGE CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| 02/26/09 | 032009-60/74 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0074: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 02/26/09 | 032009-60/75 | 7.00 | | 7.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0075: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 02/26/09 | 032009-60/77 | 17.00 | | 17.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0077: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 02/28/09 | 032009-60/80 | 12.00 | | 12.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0080: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ANDREA JOHANNS] [2008 CONSOLIDATED AUDIT]" |
| 03/02/09 | 032009-60/81 | 16.00 | | 16.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0081: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| 03/03/09 | 032009-60/84 | 18.00 | | 18.00 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0084: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |

Overtime Transportation

PricewaterhouseCoopers LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|--------------|--------------|---------------|-------------|
| | | | | | *MATTER NAME: 60 - 2008 Consolidated Audit* |
| 03/04/09 | 032009-60/85 | 18.00 | | 18.00 | 0309E0085: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| | | | | | *MATTER NAME: 60 - 2008 Consolidated Audit* |
| 03/05/09 | 032009-60/86 | 13.00 | | 13.00 | 0309E0086: CHECKERS CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| | | | | | *MATTER NAME: 60 - 2008 Consolidated Audit* |
| 03/05/09 | 032009-60/88 | 18.00 | | 18.00 | 0309E0088: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| | | | | | *MATTER NAME: 60 - 2008 Consolidated Audit* |
| 03/06/09 | 032009-60/90 | 12.00 | | 12.00 | 0309E0090: CARRIAGE CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| | | | | | *MATTER NAME: 60 - 2008 Consolidated Audit* |
| 03/09/09 | 032009-60/96 | 16.00 | | 16.00 | 0309E0096: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT]" |
| | | | | | *MATTER NAME: 60 - 2008 Consolidated Audit* |
| 03/10/09 | 032009-60/97 | 12.00 | | 12.00 | 0309E0097: CARRIAGE CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [DAN DROBAC] [2008 CONSOLIDATED AUDIT]" |
| | | | | | *MATTER NAME: 80 - 2009 Consolidated Audit* |
| 05/20/09 | 052009-80/7 | 16.00 | | 16.00 | 0509E0013: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. [PUBLIC/GROUND TRANSPORTATION] [ABIGAIL E SULLIVAN] [2009 CONSOLIDATED AUDIT |
| | | $820.05 | | $820.05 | |

EXHIBIT I

Potential Overhead Meals

PricewaterhouseCoopers LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 12/22/08 | 032009-60/2 | 50.77 | | 50.77 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0002: MA PETIT BAKERY & CAFE - DINNER - WITH A. SULLIVAN, A. JOHANNS, AND SELF. [MEALS] [SHERI L MEYERS] [2008 CONSOLIDATED AUDIT]" |
| 02/04/09 | 032009-60/15 | 51.03 | | 51.03 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0015: JIMMY JOHN`S #290 00 CHICAGO - OVERTIME MEAL - WITH M. SULLIVAN, D. CHAVEZ, AND SELF. [MEALS] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 02/07/09 | 032009-60/23 | 28.41 | | 28.41 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0023: JIMMY JOHN`S #290 00 CHICAGO - DINNER - WITH M. SULLIVAN AND SELF. [MEALS] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 02/26/09 | 032009-60/73 | 16.01 | | 16.01 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0073: JIMMY JOHNS WASHINGT CHICAGO IL - LUNCH - WITH W. ENGLAND AND SELF. [MEALS] [DANIEL C CHAVEZ] [2008 CONSOLIDATED AUDIT] |
| 02/26/09 | 032009-60/76 | 78.02 | | 78.02 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0076: DINING IN 0035 BRIGHTON MA - OVERTIME MEAL - WITH J. SPAHN, A. JOHANNS, AND SELF. [MEALS] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 03/03/09 | 032009-60/83 | 76.22 | | 76.22 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0083: GRUBHUB.COM 888-4138032 IL - OVERTIME MEAL - WITH J. SPAHN, A. SULLIVAN, AND SELF. [MEALS] [MEAGHAN K SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| 03/05/09 | 032009-60/87 | 69.49 | | 69.49 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0087: DINING IN 0035 BRIGHTON MA - OVERTIME MEAL - DINNER - WITH J. SPAHN, M. SULLIVAN, AND SELF. [MEALS] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT]" |
| 03/07/09 | 032009-60/91 | 24.41 | | 24.41 | MATTER NAME: 60 - 2008 Consolidated Audit<br>0309E0091: JIMMY JOHN`S #290 00 CHICAGO IL - OVERTIME MEAL - WITH SELF. [MEALS] [ABIGAIL E SULLIVAN] [2008 CONSOLIDATED AUDIT] |
| | | $394.36 | | $394.36 | |

EXHIBIT I PAGE 1 of 1