# EXHIBIT A

**Tribune Co.**



Time Log

**Moelis & Company**
**Summary of Hours Worked**
**December 1, 2009 - December 31, 2009**

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Thane Carlston | Managing Director, Restructuring Group | 12.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 13.5 |
| John Momtazee | Managing Director, Media | 6.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 21.0 |
| Larry Kwon | Vice President, Restructuring Group | 19.5 |
| Ashish Ajmera | Vice President, Media | 22.5 |
| Evan Glucoft | Associate | 37.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total Moelis Team Hours** | | **192.5** |

**Tribune Co.**                                                    M O E L I S & C O M P A N Y

Time Log - December 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 12.5 |
| Navid Mahmoodzadegan | Managing Director | 13.5 |
| John Momtazee | Managing Director | 6.0 |
| Zul Jamal | Sr. Vice President | 21.0 |
| Larry Kwon | Vice President | 19.5 |
| Ashish Ajmera | Vice President | 22.5 |
| Evan Glucoft | Associate | 37.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **192.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 12/01/09 | 2.0 | Review of Docket |
| Vishal Patel | 12/01/09 | 3.0 | Media Update |
| Navid Mahmoodzadegan | 12/01/09 | 0.5 | Discussion regarding management / board changes at Debtor |
| Thane Carlston | 12/01/09 | 0.5 | Discussion regarding management / board changes at Debtor |
| Zul Jamal | 12/01/09 | 0.5 | Discussion regarding management / board changes at Debtor |
| Ashish Ajmera | 12/01/09 | 0.5 | Discussion regarding management / board changes at Debtor |
| Zul Jamal | 12/01/09 | 1.0 | Call regarding exclusivity extension |
| Larry Kwon | 12/01/09 | 1.0 | Call regarding exclusivity extension |
| Navid Mahmoodzadegan | 12/03/09 | 2.0 | UCC Committee Call |
| Thane Carlston | 12/03/09 | 2.0 | UCC Committee Call |
| John Momtazee | 12/03/09 | 2.0 | UCC Committee Call |
| Ashish Ajmera | 12/03/09 | 2.0 | UCC Committee Call |
| Zul Jamal | 12/03/09 | 2.0 | UCC Committee Call |
| Larry Kwon | 12/03/09 | 2.0 | UCC Committee Call |
| Evan Glucoft | 12/03/09 | 2.0 | UCC Committee Call |
| Vishal Patel | 12/03/09 | 2.0 | UCC Committee Call |
| Navid Mahmoodzadegan | 12/04/09 | 1.5 | Internal Call to discuss case process |
| Thane Carlston | 12/04/09 | 1.0 | Internal Call to discuss case process |
| Zul Jamal | 12/04/09 | 1.5 | Internal Call to discuss case process |
| Larry Kwon | 12/04/09 | 1.5 | Internal Call to discuss case process |
| Ashish Ajmera | 12/05/09 | 4.0 | Industy Research |
| Evan Glucoft | 12/05/09 | 3.0 | Industy Research |
| Vishal Patel | 12/05/09 | 4.0 | Media Update |
| Evan Glucoft | 12/06/09 | 3.0 | Media Update |
| Vishal Patel | 12/06/09 | 2.0 | Media Update |
| Navid Mahmoodzadegan | 12/07/09 | 1.0 | Review of industry trends |
| John Momtazee | 12/07/09 | 1.5 | Review of industry trends |
| Thane Carlston | 12/07/09 | 1.0 | Review of industry trends |
| Ashish Ajmera | 12/07/09 | 1.5 | Review of industry trends |
| Navid Mahmoodzadegan | 12/07/09 | 0.5 | Review of Professional Call agenda |
| Zul Jamal | 12/07/09 | 0.5 | Review of Professional Call agenda |
| Larry Kwon | 12/07/09 | 0.5 | Review of Professional Call agenda |
| Evan Glucoft | 12/07/09 | 1.0 | Media Update |
| Vishal Patel | 12/07/09 | 2.5 | Media Update |
| Larry Kwon | 12/08/09 | 1.0 | Preparation of Second Supplemental Declaration |
| Evan Glucoft | 12/08/09 | 1.0 | Preparation of Second Supplemental Declaration |
| Vishal Patel | 12/08/09 | 3.0 | Preparation of Second Supplemental Declaration |
| Zul Jamal | 12/09/09 | 0.5 | Review of Fee Examiner's report |
| Evan Glucoft | 12/09/09 | 1.0 | Review of Fee Examiner's report |
| Vishal Patel | 12/09/09 | 1.0 | Review of Fee Examiner's report |

**Tribune Co.**

M O E L I S  &  C O M P A N Y

Time Log - December 2009

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 12.5 |
| Navid Mahmoodzadegan | Managing Director | 13.5 |
| John Momtazee | Managing Director | 6.0 |
| Zul Jamal | Sr. Vice President | 21.0 |
| Larry Kwon | Vice President | 19.5 |
| Ashish Ajmera | Vice President | 22.5 |
| Evan Glucoft | Associate | 37.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **192.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Navid Mahmoodzadegan | 12/10/09 | 1.5 | UCC Committee Call |
| Thane Carlston | 12/10/09 | 1.5 | UCC Committee Call |
| Zul Jamal | 12/10/09 | 1.5 | UCC Committee Call |
| Larry Kwon | 12/10/09 | 1.5 | UCC Committee Call |
| Ashish Ajmera | 12/10/09 | 1.5 | UCC Committee Call |
| Evan Glucoft | 12/10/09 | 1.5 | UCC Committee Call |
| Vishal Patel | 12/10/09 | 1.0 | UCC Committee Call |
| Zul Jamal | 12/11/09 | 1.0 | Preparation of Second Supplemental Declaration |
| Larry Kwon | 12/11/09 | 1.0 | Preparation of Second Supplemental Declaration |
| Vishal Patel | 12/11/09 | 1.0 | Preparation of Second Supplemental Declaration |
| Ashish Ajmera | 12/11/09 | 0.5 | Discussion with Alix re: 2010 plan |
| Evan Glucoft | 12/12/09 | 2.0 | Media Update |
| Vishal Patel | 12/12/09 | 3.0 | Media Update |
| Ashish Ajmera | 12/13/09 | 1.0 | Media Update |
| Vishal Patel | 12/13/09 | 4.0 | Media Update |
| Thane Carlston | 12/14/09 | 1.0 | Review of Debtor's recovery analysis |
| Navid Mahmoodzadegan | 12/14/09 | 1.0 | Review of Debtor's recovery analysis |
| Zul Jamal | 12/14/09 | 2.0 | Review of Debtor's recovery analysis |
| Larry Kwon | 12/14/09 | 1.5 | Review of Debtor's recovery analysis |
| Ashish Ajmera | 12/14/09 | 3.0 | Review of Debtor's recovery analysis |
| Evan Glucoft | 12/14/09 | 3.0 | Review of Debtor's recovery analysis |
| Vishal Patel | 12/14/09 | 8.0 | Review of Debtor's recovery analysis |
| Ashish Ajmera | 12/14/09 | 1.5 | Review of 5 year plan and call with Alix re 2010 Budget |
| Evan Glucoft | 12/14/09 | 1.5 | Review of 5 year plan and call with Alix re 2010 Budget |
| Vishal Patel | 12/14/09 | 1.5 | Review of 5 year plan and call with Alix re 2010 Budget |
| Larry Kwon | 12/14/09 | 1.0 | Preparation of Second Supplemental Declaration |
| Evan Glucoft | 12/14/09 | 2.0 | Preparation of Second Supplemental Declaration |
| Vishal Patel | 12/14/09 | 0.5 | Preparation of Second Supplemental Declaration |
| Larry Kwon | 12/15/09 | 1.0 | Professionals Call |
| Ashish Ajmera | 12/15/09 | 1.0 | Professionals Call |
| Evan Glucoft | 12/15/09 | 1.0 | Professionals Call |
| Vishal Patel | 12/15/09 | 1.0 | Professionals Call |
| Navid Mahmoodzadegan | 12/15/09 | 1.5 | Internal discussion of next steps in case / litigation |
| Thane Carlston | 12/15/09 | 1.5 | Internal discussion of next steps in case / litigation |
| Zul Jamal | 12/15/09 | 1.5 | Internal discussion of next steps in case / litigation |
| Zul Jamal | 12/15/09 | 1.0 | Recovery Analysis modeling |
| Larry Kwon | 12/15/09 | 1.0 | Recovery Analysis modeling |
| Ashish Ajmera | 12/15/09 | 0.5 | Recovery Analysis modeling |
| Evan Glucoft | 12/15/09 | 0.5 | Recovery Analysis modeling |
| Vishal Patel | 12/15/09 | 3.0 | Recovery Analysis modeling |

**Tribune Co.**                                                                              M O E L I S & C O M P A N Y

Time Log - December 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 12.5 |
| Navid Mahmoodzadegan | Managing Director | 13.5 |
| John Momtazee | Managing Director | 6.0 |
| Zul Jamal | Sr. Vice President | 21.0 |
| Larry Kwon | Vice President | 19.5 |
| Ashish Ajmera | Vice President | 22.5 |
| Evan Glucoft | Associate | 37.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **192.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 12/15/09 | 1.5 | Review of case related emails and documents |
| Zul Jamal | 12/17/09 | 3.0 | Review of 2nd Fee Examiner Report |
| Evan Glucoft | 12/17/09 | 3.0 | Review of 2nd Fee Examiner Report |
| Vishal Patel | 12/17/09 | 2.0 | Review of 2nd Fee Examiner Report |
| Thane Carlston | 12/17/09 | 1.5 | UCC Committee Call |
| John Momtazee | 12/17/09 | 1.5 | UCC Committee Call |
| Zul Jamal | 12/17/09 | 1.5 | UCC Committee Call |
| Larry Kwon | 12/17/09 | 1.5 | UCC Committee Call |
| Evan Glucoft | 12/17/09 | 1.5 | UCC Committee Call |
| Ashish Ajmera | 12/17/09 | 1.0 | UCC Committee Call |
| Vishal Patel | 12/17/09 | 1.5 | UCC Committee Call |
| Navid Mahmoodzadegan | 12/18/09 | 2.0 | Review of case related documents / filings |
| Vishal Patel | 12/19/09 | 4.0 | Media Update |
| Evan Glucoft | 12/19/09 | 2.0 | Media Update |
| Larry Kwon | 12/21/09 | 2.0 | Preparation of Second Supplemental Declaration |
| Vishal Patel | 12/21/09 | 1.0 | Preparation of Second Supplemental Declaration |
| Navid Mahmoodzadegan | 12/21/09 | 0.5 | Review of upcoming Debtor motions |
| Thane Carlston | 12/21/09 | 0.5 | Review of upcoming Debtor motions |
| Larry Kwon | 12/21/09 | 0.5 | Review of upcoming Debtor motions |
| Zul Jamal | 12/21/09 | 0.5 | Review of upcoming Debtor motions |
| Evan Glucoft | 12/21/09 | 0.5 | Review of upcoming Debtor motions |
| Larry Kwon | 12/22/09 | 1.0 | Recovery Analysis modeling |
| Ashish Ajmera | 12/23/09 | 1.0 | Media Update |
| Navid Mahmoodzadegan | 12/23/09 | 1.0 | Media Update |
| Zul Jamal | 12/23/09 | 1.5 | Media Update |
| Vishal Patel | 12/23/09 | 2.0 | Media Update |
| John Momtazee | 12/24/09 | 0.5 | Scheduling for Jan 7 meeting |
| Vishal Patel | 12/26/09 | 4.0 | Media Update |
| Zul Jamal | 12/29/09 | 1.0 | Professionals Call |
| Larry Kwon | 12/29/09 | 1.0 | Professionals Call |
| Ashish Ajmera | 12/29/09 | 1.0 | Professionals Call |
| Vishal Patel | 12/29/09 | 1.0 | Professionals Call |
| Ashish Ajmera | 12/30/09 | 2.0 | Media Update |
| Vishal Patel | 12/30/09 | 4.0 | Media Update |
| Evan Glucoft | 12/30/09 | 6.0 | Recovery Analysis modeling |
| Thane Carlston | 12/31/09 | 0.5 | Review Chadbourne update on D&O issues |
| Navid Mahmoodzadegan | 12/31/09 | 0.5 | Review Chadbourne update on D&O issues |
| John Momtazee | 12/31/09 | 0.5 | Review Chadbourne update on D&O issues |
| Zul Jamal | 12/31/09 | 0.5 | Review Chadbourne update on D&O issues |
| Ashish Ajmera | 12/31/09 | 0.5 | Review Chadbourne update on D&O issues |

**Tribune Co.**

M O E L I S & C O M P A N Y

Time Log - December 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 12.5 |
| Navid Mahmoodzadegan | Managing Director | 13.5 |
| John Momtazee | Managing Director | 6.0 |
| Zul Jamal | Sr. Vice President | 21.0 |
| Larry Kwon | Vice President | 19.5 |
| Ashish Ajmera | Vice President | 22.5 |
| Evan Glucoft | Associate | 37.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **192.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Larry Kwon | 12/31/09 | 0.5 | Review Chadbourne update on D&O issues |
| | **Total** | **192.5** | |