# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:

TRIBUNE COMPANY et al.,

                          Debtors.
-----------------------------------------------------------x

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

**Hearing Date: (Negative Notice)**
**Objections Due: 2/25/2010 @ 4:00 p.m.**

## NOTICE OF APPLICATION

To: The Notice Parties Pursuant to the Administrative Order

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP served its Fifth Monthly Application for Interim Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through December 31, 2009 (the "Application"), which seeks fee compensation in the amount of $316,786.50 and reimbursement of expenses in the amount of $75,232.33.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on February 25, 2010.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER, PURSUANT TO SECTIONS 105(A) AND 331 OF THE BANKRUPTCY CODE, ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION & REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (DOCKET NO. 225). IF NO

2516883.1

OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED FEES AND 100% OF REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE A HEARING WILL BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
      February 5, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

- and -

Graeme W. Bush
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1800

Special Counsel to the Official Committee
of Unsecured Creditors

2516883.1