EXHIBIT A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

January 29, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:270605
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2009.

By Graeme W. Bush
  117.50  hours at  $725.00  per hour
$    85,187.50

By Marshall S. Wolff
  8.80  hours at  $675.00  per hour
$    5,940.00

By James Sottile
  66.60  hours at  $650.00  per hour
$    43,290.00

By Thomas G. Macauley
  66.20  hours at  $570.00  per hour
$    37,734.00

By Andrew N. Goldfarb
  126.90  hours at  $520.00  per hour
$    65,988.00

By Caroline Judge Mehta
  6.00  hours at  $500.00  per hour
$    3,000.00

By Martin G. Deptula
  33.40  hours at  $465.00  per hour
$    15,531.00

By Lani C. Cossette
  2.00  hours at  $385.00  per hour
$    770.00

By Virginia W. Guldi
  25.70  hours at  $325.00  per hour
$    8,352.50

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

2511731.1

January 29, 2010

By Scott A. Hanna
  130.50  hours at  $280.00  per hour                    $      36,540.00

By Kimberley Wilson
  0.50  hours at  $165.00  per hour                       $          82.50

By Diana Gillig
  4.90  hours at  $155.00  per hour                       $         759.50

        TOTAL FEES                                       $     303,175.00

        TOTAL EXPENSES                                   $           0.00

        TOTAL FEES AND EXPENSES THIS INVOICE             $     303,175.00

January 29, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 12/01/09 | 4.50 | Continued review/analysis of documents to prepare for Rucker and Browning Rule 2004 examinations. |
| 12/01/09 | 2.50 | Draft outlines of Rucker and Browning Rule 2004 examinations. |
| 12/01/09 | 0.50 | Teleconference with M. Rule (Alix Partners) regarding issues for Rucker and Browning Rule 2004 examinations. |
| 12/02/09 | 2.20 | Prepare for Rucker and Browning 2004 examinations while traveling to NY. |
| 12/02/09 | 4.80 | Continued work to prepare for Rucker and Browning 2004 examinations by review and analyzing key documents. |
| 12/02/09 | 1.20 | Draft/edit outlines of Rucker and Browning 2004 examinations. |
| 12/03/09 | 1.10 | Further preparation for Browning 2004 examination. |
| 12/03/09 | 9.40 | Prepare for and take Rucker 2004 examination. |
| 12/04/09 | 8.50 | Prepare for and take Browning 2004 examination. |
| 12/07/09 | 1.00 | Participate in internal team meeting with Graeme Bush, Tom Macauley, Andrew Goldfarb and Marshall Wolff regarding strategy and next steps. |
| 12/07/09 | 0.60 | Participate in teleconference with Howard Seife and others at Chadbourne and Graeme Bush, Tom Macauley and Andrew Goldfarb regarding strategy and next steps. |
| 12/07/09 | 1.20 | Outline key solvency issues to follow up on from Rucker and Browning 2004 examinations. |
| 12/09/09 | 2.70 | Draft/edit complaint regarding potential fraudulent transfer claims. |
| 12/09/09 | 0.70 | Meeting with G. Bush and A. Goldfarb regarding preparation for G. Bush meeting with Debtors and Centerbridge on solvency analysis. |
| 12/09/09 | 0.50 | Review/analyze documents regarding VRCs May 17 solvency analysis. |
| 12/10/09 | 0.40 | Teleconference with Graeme Bush and other team members regarding meeting between Debtor and Centerbridge and next steps. |

January 29, 2010

| | | |
|---|---|---|
| 12/10/09 | 0.50 | Review/analyze Debtors presentation at Centerbridge meeting regarding solvency issues. |
| 12/10/09 | 0.20 | Teleconference with Tom McCormack (Chadbourne) regarding issues on retention of solvency expert. |
| 12/10/09 | 0.40 | Review and edit deposition summaries for VRC witnesses. |
| 12/10/09 | 1.80 | Review/analyze deposition transcripts of VRC witnesses. |
| 12/11/09 | 0.30 | Teleconference with David LeMay and Tom Macauley regarding fraudulent transfer claims issues. |
| 12/11/09 | 1.70 | Further work analyzing key documents for solvency analysis at Stage 1 and developing arguments regarding same. |
| 12/11/09 | 1.20 | Further review/analysis of equitable subordination cases. |
| 12/14/09 | 0.40 | Call with expert and Graeme Bush, Andrew Goldfarb and Tom Macauley regarding expert work on solvency. |
| 12/14/09 | 0.20 | Call with Graeme Bush, Andrew Goldfarb and Tom Macauley regarding expert work on solvency. |
| 12/14/09 | 1.90 | Analyze additional legal theories for complaint and analyze relevant cases. |
| 12/14/09 | 1.60 | Work on revisions to complaint. |
| 12/15/09 | 0.60 | Identify key documents for expert to interview. |
| 12/15/09 | 1.40 | Further revisions to draft complaint. |
| 12/16/09 | 1.20 | Participate in teleconference with counsel for Debtor, Centerbridge and Chadbourne lawyers regarding legal issues relevant to solvency analysis. |
| 12/16/09 | 0.40 | Draft summary of teleconference with counsel for Debtor, Centerbridge and Chadbourne lawyers regarding legal issues relevant to solvency analysis. |
| 12/16/09 | 0.30 | Teleconferences with Tom McCormack and Theodore Zink (Chadbourne) regarding teleconference with counsel for Debtor, Centerbridge and Chadbourne lawyers regarding legal issues relevant to solvency analysis. |
| 12/16/09 | 2.20 | Review and edit revised draft of complaint. |
| 12/17/09 | 0.30 | Review T. Macauley edits to complaint. |
| 12/18/09 | 0.80 | Teleconference with expert and A. Goldfarb and T. Macauley regarding solvency analysis. |
| 12/18/09 | 1.70 | Continued work of solvency analysis and issues for expert. |

January 29, 2010

| 12/18/09 | 0.90 | Further revisions to draft complaint. |
| 12/21/09 | 1.10 | Revise complaint and send to Chadbourne for review. |
| 12/22/09 | 0.80 | Participate in weekly committee professionals call regarding key issues in bankruptcy and fraudulent transfer investigation. |
| 12/22/09 | 0.10 | E-mail to M. Rule (Alix) regarding pre-petition cash transfers. |
| 12/22/09 | 0.80 | Review/analyze additional cases regarding potential claims against lenders arising from LBO. |
| 12/23/09 | 0.80 | Teleconference with expert and Graeme Bush, Andrew Goldfarb and Tom Macauley regarding solvency analysis. |
| 12/23/09 | 1.20 | Review/analyze decisions relevant to potential complaint. |

Caroline Judge Mehta

| 12/11/09 | 0.20 | Meet with Andrew Goldfarb regarding status of litigation and equitable subordination claims. |
| 12/15/09 | 1.30 | Review hot documents collected relating to equitable subordination claims. |
| 12/16/09 | 1.10 | Continue review of hot documents relevant to equitable subordination claims. |
| 12/18/09 | 2.20 | Continue review of hot documents related to equitable subordination claims. |
| 12/21/09 | 1.20 | Continue review of hot documents relating to equitable subordination claims. |

Andrew N. Goldfarb

| 12/01/09 | 8.10 | Prepare for Buettell deposition. |
| 12/01/09 | 0.30 | Review and send numerous e-mails about deposition, confidentiality issues, discovery to Zuckerman Spaeder Tribune team. |
| 12/02/09 | 8.00 | Prepare for and take Buettell (Houlihan Lokey) deposition. |
| 12/03/09 | 2.40 | Review documents on Tribune projections and H. Amsden. |
| 12/03/09 | 0.40 | Begin review of Rucker deposition. |
| 12/03/09 | 0.20 | Arrange deposition logistics for Bluth Rule 2004 examination. |
| 12/03/09 | 0.40 | Review rough transcript of Buettell examination. |

January 29, 2010

| | | |
|---|---|---|
| 12/03/09 | 0.10 | Call with Paul Weiss regarding Citigroup examination. |
| 12/03/09 | 0.10 | Send certain HLHZ documents to counsel subject to confidentiality agreement. |
| 12/03/09 | 0.50 | Review and send Buettell deposition exhibits to attending counsel. |
| 12/03/09 | 0.10 | Review notes sent by M. Rule regarding Duff & Phelps. |
| 12/03/09 | 0.50 | Revise and send discovery information to counsel for certain lenders. |
| 12/03/09 | 0.50 | Review and revise draft requests to Blackstone Group, including send e-mails regarding same. |
| 12/03/09 | 0.40 | Review, analyze, and respond to various e-mails about investigation status and discovery. |
| 12/03/09 | 0.30 | Confer with G. Bush regarding case strategy and organization. |
| 12/04/09 | 1.30 | Review Rucker deposition transcript. |
| 12/04/09 | 7.30 | Attend Browning Deposition. |
| 12/06/09 | 1.40 | Review and send numerous e-mails regarding discovery and lenders, including review of email timeline. |
| 12/07/09 | 1.00 | Zuckerman Spaeder Tribune team meeting regarding case development and strategy. |
| 12/07/09 | 0.70 | Participate in Tribune call with Chadbourne & Parke. |
| 12/07/09 | 1.40 | Review H. Amsden documents and prepare them for review. |
| 12/07/09 | 0.30 | Confer with S. Hanna re deposition prep assistance. |
| 12/07/09 | 1.60 | Review Duff & Phelps analyses. |
| 12/07/09 | 0.20 | Email M. Rule regarding D&P analyses. |
| 12/07/09 | 0.30 | Initial review of draft 2004 motion, including email Chadbourne & Parke regarding same. |
| 12/07/09 | 0.30 | Attention to Chicago deposition arrangements for 12/16 and 12/17. |
| 12/07/09 | 0.20 | Email to Kasowitz (A. Glenn) regarding JPM document, review materials in connection with same. |
| 12/07/09 | 0.30 | Initial prep for Bluth Rule 2004 exam. |
| 12/08/09 | 0.30 | Call with S. Katz, G. Bush, and R. Schwinger regarding proposed document depository. |

January 29, 2010

| | | |
|---|---|---|
| 12/08/09 | 0.60 | Participate in weekly professionals' call. |
| 12/08/09 | 1.30 | Call with Chadbourne & Parke regarding Bluth deposition. |
| 12/08/09 | 2.30 | Review Duff & Phelps documents. |
| 12/08/09 | 0.90 | Review, revise, and redline draft Rule 2004 motion. |
| 12/08/09 | 0.20 | Review re-revised Rule 2004 motion regarding discovery. |
| 12/08/09 | 0.30 | Attention to U.S. Bank Rule 2004 stipulation, including revisions to stipulation and e-mails with counsel for U.S. Bank. |
| 12/08/09 | 0.20 | Call with C. Montenegro (Kasowitz) regarding various discovery and deposition issues. |
| 12/08/09 | 0.20 | Review Browning deposition, email M. Rule (Alix) regarding solvency question. |
| 12/08/09 | 0.10 | Review e-mails and documents from Beth Miller (Chadbourne & Parke). |
| 12/08/09 | 0.30 | Review numerous e-mails from G. Bush and other Tribune professionals on discovery and deposition scheduling, potential motions. |
| 12/08/09 | 0.30 | Review draft motion from Debtors on document depository, confer with G. Bush regarding same. |
| 12/08/09 | 0.40 | Review JP Morgan credit documents. |
| 12/09/09 | 3.40 | Review and analyze Duff & Phelps documents. |
| 12/09/09 | 0.50 | Revise and finalize stipulation with U.S. Bank, including e-mails with U.S. Bank's counsel. |
| 12/09/09 | 0.10 | Call with M. Stein (Kasowitz) regarding cases. |
| 12/09/09 | 0.10 | Call with Stein and Montenegro regarding Amsden examination. |
| 12/09/09 | 0.20 | Review and send cases to M. Stein (Kasowitz). |
| 12/09/09 | 0.30 | Finalize and circulate Rule 2004 Notices. |
| 12/09/09 | 0.10 | Email counsel for lenders. |
| 12/09/09 | 0.20 | Conduct initial review of Amsden document list. |
| 12/09/09 | 0.80 | Review and analyze draft Centerbridge powerpoint, including review of underlying materials. |
| 12/09/09 | 0.20 | Confer with J. Sottile regarding Centerbridge powerpoint and JP Morgan's documents. |

January 29, 2010

| | | |
|---|---|---|
| 12/10/09 | 3.10 | Review Duff & Phelps documents. |
| 12/10/09 | 0.40 | E-mails to Alix regarding Duff & Phelps solvency and ESOP issues. |
| 12/10/09 | 0.20 | Calls with M. Deptula regarding fact research project. |
| 12/10/09 | 0.20 | Confer with S. Hanna regarding Amsden prep. |
| 12/10/09 | 1.50 | Review Amsden summary of docs. |
| 12/10/09 | 0.10 | Call with counsel for Duff & Phelps. |
| 12/10/09 | 0.60 | Meet with G. Bush and J. Sottile on various issues. |
| 12/10/09 | 0.20 | Call with Zuckerman Spaeder Tribune team regarding G. Bush's meeting. |
| 12/10/09 | 0.10 | E-mails with Chadbourne & Parke regarding Duff & Phelps docs. |
| 12/11/09 | 1.80 | Telephone call with M. Rule. |
| 12/11/09 | 0.30 | Prepare for call with M. Rule. |
| 12/11/09 | 0.40 | Review confidentiality restrictions for GWB question, e-mail M. Stein (Kasowitz) re same. |
| 12/11/09 | 0.30 | Draft email relating to Debtors' privilege log issues. |
| 12/11/09 | 0.20 | Confer with S. Hanna via email re Amsden documentation preparation for G. Bush. |
| 12/11/09 | 0.30 | Confer with J. Clark re Bluth deposition exhibits. |
| 12/11/09 | 0.10 | Locate and circulate Garamella complaint. |
| 12/11/09 | 0.10 | Email R. Butcher re discovery questions for Morgan, Citi. |
| 12/11/09 | 0.60 | Review Bluth documents. |
| 12/11/09 | 1.40 | Prepare for Bluth 2004 examination. |
| 12/13/09 | 4.30 | Prepare for Bluth examination. |
| 12/13/09 | 0.30 | Prep for 12/15 hearing. |
| 12/14/09 | 2.90 | Prepare for Bluth deposition, including outline. |
| 12/14/09 | 2.20 | Review documents in prep for Bluth deposition, including confer with Deptula regarding same. |
| 12/14/09 | 0.50 | Conference call with expert, G. Bush, J. Sottile and T. Macauley regarding substance and examination logistics. |
| 12/14/09 | 0.30 | Assist with logistics for Amsden examination. |

January 29, 2010

| 12/14/09 | 1.00 | Prepare for 12/15 hearing, including review papers filed by Tribune UCC and MLCC. |
| 12/14/09 | 0.30 | Call with R. Schwinger and M. Ashley regarding 12/15 hearing. |
| 12/15/09 | 2.50 | Prepare for hearing on Merrill motion. |
| 12/15/09 | 2.00 | Attend and participate in hearing. |
| 12/15/09 | 0.10 | Confer with M. Deptula regarding fact and legal research assignments. |
| 12/15/09 | 0.30 | Email Zuckerman Spaeder team and M. Ashley, regarding hearing. |
| 12/15/09 | 0.20 | Email Drayton (Merrill) regarding follow up requests to hearing. |
| 12/15/09 | 1.90 | Prepare for Bluth deposition. |
| 12/15/09 | 0.50 | Participate in weekly professionals' conference call. |
| 12/15/09 | 0.20 | Call with S. Korpus (Kasowitz) regarding Bluth depo. |
| 12/16/09 | 10.30 | Prep for Bluth depo. |
| 12/17/09 | 1.70 | Prepare for Bluth depo. |
| 12/17/09 | 9.00 | Attend Bluth depo. |
| 12/18/09 | 2.30 | Review JP Morgan documents, including draft memoranda regarding same. |
| 12/18/09 | 0.50 | Draft email summary of Bluth Rule 2004 Examination. |
| 12/18/09 | 0.30 | Confer with G. Bush regarding Bluth examination, and other case matters. |
| 12/18/09 | 1.50 | Revise draft MLCC email production order per motion, including review documents regarding same. |
| 12/18/09 | 0.40 | Draft and send e-mails to Drayton regarding Exhibit 1, draft order. |
| 12/18/09 | 0.20 | Confer with Chadbourne & Parke regarding MLCC production, draft order. |
| 12/18/09 | 0.10 | Email C. Montenegro regarding deposition schedule. |
| 12/18/09 | 1.00 | Call with J. Sottile and expert. |
| 12/19/09 | 0.20 | Review and respond to Drayton email regarding MLCC email production. |
| 12/19/09 | 0.60 | Review JP Morgan documents. |

| 12/19/09 | 0.10 | Email C. Montenegro (Kasowitz) regarding confidentiality designation. |
| 12/21/09 | 1.30 | Review and redline draft complaint. |
| 12/21/09 | 0.20 | Review case sent by M. Deptula, email regarding same. |
| 12/21/09 | 0.10 | Locate and send Bluth exhibit to court reporter. |
| 12/21/09 | 0.10 | Identify document for valuation binder. |
| 12/21/09 | 0.20 | Review Complaint draft as circulated. |
| 12/22/09 | 2.40 | Legal research on remedies and related issues. |
| 12/22/09 | 0.30 | Telephone call with Kasowitz re discovery issues. |
| 12/22/09 | 0.30 | Call with M. Deptula regarding remedy issues. |
| 12/22/09 | 0.80 | Participate in weekly professionals' call. |
| 12/22/09 | 0.10 | Finalize pro hac papers. |
| 12/22/09 | 0.20 | Finalize proposed order for MLCC email motion. |
| 12/22/09 | 0.10 | E-mail D. Brown (Paul Weiss) re Mohr examination scheduling, attention to Citi production. |
| 12/22/09 | 0.30 | Email ZS team regarding remedies. |
| 12/22/09 | 0.50 | Begin preparing chart regarding recovery scenarios. |
| 12/22/09 | 0.20 | Review opinion in related case. |
| 12/22/09 | 0.10 | Review internal emails re pre-petition transfers. |
| 12/23/09 | 1.00 | Participate in call with expert and Bush, Sottile, Macauley regarding solvency issues. |
| 12/23/09 | 1.30 | Legal research on remedies. |
| 12/23/09 | 0.20 | Email ZS team re same. |
| 12/23/09 | 0.20 | Telephone call with Rosner and Korpus (Kasowitz) re case status and strategy. |
| 12/23/09 | 0.40 | Locate and send materials to expert with confidentiality agreements. |
| 12/23/09 | 1.10 | Attention to document depository confidentiality issues, including review order and acknowledgement, execute acknowledgement for UCC. |
| 12/23/09 | 0.30 | Attention to logistical assistance for expert access to document database. |
| 12/23/09 | 0.20 | Email ZS team re call with Rosner and Korpus. |

January 29, 2010

| 12/23/09 | 0.20 | Send and receive emails regarding MLCC document production. |
| 12/24/09 | 1.30 | Develop and structure draft scenario/recovery matrix. |
| 12/24/09 | 0.20 | Attention to planning JPM examinations, logistics. |
| 12/24/09 | 1.60 | Research and provide requested materials to expert. |
| 12/24/09 | 0.20 | Review and circulate notes on JPM documents. |

Thomas G. Macauley

| 12/01/09 | 0.20 | Review and edit Bush pro hac vice application. |
| 12/01/09 | 0.10 | Review amended hearing agenda. |
| 12/01/09 | 0.20 | Review papers prior to hearing. |
| 12/01/09 | 1.10 | Analyze issues regarding hearing and status conference. |
| 12/01/09 | 4.80 | Attend hearing (two parts). |
| 12/01/09 | 0.20 | Review emails regarding Rule 2004 exams. |
| 12/02/09 | 0.40 | Analyze issues regarding Rule 2004 motion for JPM. |
| 12/02/09 | 0.70 | Analyze issues regarding potential experts and continue due diligence. |
| 12/02/09 | 2.20 | Work on draft complaint and analyze issues regarding same. |
| 12/02/09 | 1.90 | Review and edit draft Rule 2004 motion. |
| 12/03/09 | 0.40 | Analyze issues regarding exam schedule and notices regarding same. |
| 12/03/09 | 0.60 | Analyze issues regarding 2004 motion and potential resolution of same. |
| 12/03/09 | 0.80 | Review and edit Rule 2004 motion. |
| 12/03/09 | 0.50 | Review and edit proposed order. |
| 12/03/09 | 0.60 | Review and edit motion to shorten notice and proposed order. |
| 12/03/09 | 0.20 | Draft note to internal team regarding Rule 2004 papers. |
| 12/04/09 | 0.60 | Review and edit Rule 2004 motion and analyze issues regarding same. |
| 12/04/09 | 0.30 | Review and analyze issues regarding proposed order. |
| 12/04/09 | 0.30 | Review and edit notice of motion. |
| 12/04/09 | 0.20 | Review and edit Rule 2004 notices for mid-December exams. |

January 29, 2010

| 12/04/09 | 0.20 | Review and edit certificate of service for motion. |
| 12/04/09 | 0.20 | Speak with B. Krakauer regarding follow up from status conference. |
| 12/04/09 | 0.30 | Analyze issues regarding same. |
| 12/04/09 | 0.50 | Speak with H. Seife, B. Schwirser and G. Bush regarding discovery issues. |
| 12/04/09 | 0.50 | Review and revise motion and proposed order to shorten notice. |
| 12/04/09 | 0.30 | Draft note to H. Seife and A. Landis regarding 2004 papers. |
| 12/04/09 | 0.70 | Work on draft complaint. |
| 12/04/09 | 0.10 | Review Katz email to producing parties regarding Rule 2004 relief. |
| 12/07/09 | 1.40 | Review and analyze issues regarding complaint. |
| 12/07/09 | 0.20 | Review and analyze issues for meetings today. |
| 12/07/09 | 1.50 | Review and edit complaint. |
| 12/07/09 | 1.00 | Internal meeting regarding exams and other issues. |
| 12/07/09 | 0.70 | Call with C&P regarding discovery issues. |
| 12/08/09 | 0.60 | Participate on committee professionals call. |
| 12/08/09 | 0.10 | Draft note to D. Deutsch regarding 2004 motion. |
| 12/08/09 | 0.20 | Review comments to Rule 2004 motion papers. |
| 12/08/09 | 0.40 | Review and analyze issues regarding JPM proposal regarding exams. |
| 12/08/09 | 0.50 | Review and edit Rule 2004 motion. |
| 12/08/09 | 0.40 | Review and edit motion to shorten notice. |
| 12/08/09 | 0.30 | Analyze issues regarding engagement of expert. |
| 12/08/09 | 0.30 | Review motion papers regarding Merrill Lynch and exchange notes with R. Butcher regarding same. |
| 12/08/09 | 0.40 | Review and analyze issues regarding complaint. |
| 12/09/09 | 0.10 | Review US Bank stipulation and correspondence with counsel. |
| 12/09/09 | 0.30 | Analyze issues regarding JPM Rule 2004 motion. |
| 12/09/09 | 0.30 | Review and finalize 2004 notices for Bluth and Amsden exams. |

January 29, 2010

| 12/09/09 | 0.20 | Review and analyze issues regarding Bluth amended notice. |
| 12/09/09 | 0.20 | Review US Bank stipulation and certificate of service. |
| 12/09/09 | 0.20 | Review Centerbridge draft analysis. |
| 12/09/09 | 0.20 | Exchange notes with T. McCormack regarding experts. |
| 12/09/09 | 0.40 | Analyze issues regarding memo on expert retention. |
| 12/09/09 | 0.20 | Review Debtors' motion regarding document depository. |
| 12/09/09 | 0.20 | Review orders shortening notice on two motions scheduled for 12/15. |
| 12/09/09 | 0.70 | Work on draft complaint. |
| 12/10/09 | 0.20 | Review Merrill objection to motion to shorten notice. |
| 12/10/09 | 3.20 | Work on draft complaint. |
| 12/10/09 | 0.30 | Participate on internal call regarding Centerbridge meeting. |
| 12/10/09 | 0.20 | Speak with expert candidates. |
| 12/10/09 | 0.10 | Review correspondence regarding Duff & Phelps witness. |
| 12/11/09 | 0.20 | Review exchange with Alix regarding VRC deposition responses. |
| 12/11/09 | 0.50 | Analyze issues regarding standing motion. |
| 12/11/09 | 0.20 | Speak with D. LeMay and J. Sottile regarding same. |
| 12/11/09 | 0.70 | Review and analyze issues regarding expert retention letter. |
| 12/11/09 | 0.30 | Analyze particular discovery issues. |
| 12/11/09 | 0.20 | Speak with expert candidate. |
| 12/11/09 | 0.60 | Review and analyze issues regarding complaint. |
| 12/13/09 | 1.10 | Work on complaint. |
| 12/13/09 | 0.90 | Draft memo and analyze issues regarding same. |
| 12/14/09 | 0.30 | Review docket and responses to Debtors' document. |
| 12/14/09 | 0.20 | Analyze issues regarding hearing tomorrow. |
| 12/14/09 | 0.50 | Research and analyze issues regarding avoidance of transfers. |
| 12/14/09 | 2.90 | Work on complaint and analyze issues regarding potential causes of action. |
| 12/14/09 | 0.40 | Speak with expert and internal team regarding initial issues and documents. |

January 29, 2010                                                                                      Page 14

| 12/14/09 | 0.50 | Speak with internal team regarding same. |
| 12/15/09 | 1.60 | Review and edit complaint. |
| 12/15/09 | 0.50 | Review Merrill objection and analyze issues regarding same. |
| 12/15/09 | 0.30 | Review docket, hearing agenda and proposed order on depository motion. |
| 12/15/09 | 2.20 | Attend hearing. |
| 12/15/09 | 0.30 | Analyze issues regarding same. |
| 12/15/09 | 0.60 | Participate on weekly call with Committee professionals. |
| 12/15/09 | 0.20 | Draft note internally regarding complaint. |
| 12/16/09 | 0.30 | Review and analyze documents from bondholder. |
| 12/16/09 | 0.20 | Review summary of call with Debtors, Centerbridge and Committee. |
| 12/17/09 | 2.30 | Review and edit complaint and analyze issues regarding same. |
| 12/17/09 | 0.20 | Review pro hac vice applications for Bush and Goldfarb. |
| 12/17/09 | 0.20 | Speak with G. Bush and J. Sottile regarding meeting today and exam yesterday. |
| 12/17/09 | 0.20 | Review Debtors' presentation regarding same. |
| 12/18/09 | 0.10 | Review summary of Bluth exam. |
| 12/18/09 | 1.60 | Research and analyze issues regarding standing argument. |
| 12/18/09 | 0.90 | Speak with expert regarding case theories. |
| 12/21/09 | 0.30 | Analyze issues regarding draft complaint. |
| 12/22/09 | 0.90 | Participate on call with other committee professionals. |
| 12/22/09 | 0.10 | Analyze issues regarding subsidiary transfers. |
| 12/22/09 | 0.10 | Give instruction regarding Merrill Lynch proposed order. |
| 12/22/09 | 0.30 | Analyze issues regarding legal theory. |
| 12/23/09 | 1.10 | Participate on call with expert. |
| 12/23/09 | 0.40 | Review and edit certifications of counsel and service regarding Merrill Lynch order. |
| 12/23/09 | 0.20 | Review Goldfarb and Bush pro hac vice applications. |
| 12/23/09 | 0.20 | Review and edit notice regarding JPM exams. |

January 29, 2010

| 12/23/09 | 0.20 | Review summary and analyze issues regarding call with Law Debenture. |
| 12/23/09 | 0.70 | Review cases and treatise and analyze issues regarding legal theories. |
| 12/24/09 | 0.20 | Review and finalize notice regarding exams for JPM witnesses. |
| 12/27/09 | 0.80 | Review Buettell exam transcript. |
| 12/27/09 | 0.30 | Analyze issues regarding other exams. |
| 12/28/09 | 0.10 | Review Wilmington Trust letter regarding participation. |
| 12/28/09 | 0.10 | Review agenda for professionals call tomorrow. |
| 12/28/09 | 0.10 | Review Merrill Lynch signed order. |
| 12/28/09 | 0.10 | Review certificate of service regarding same. |
| 12/28/09 | 1.10 | Review and analyze list of potential issues for discussions with lenders. |
| 12/29/09 | 0.60 | Participate on committee professionals call. |
| 12/29/09 | 0.40 | Speak with G. Bush regarding various case issues. |
| 12/29/09 | 0.10 | Analyze issues regarding upcoming examinations. |
| 12/30/09 | 0.30 | Speak with T. McCormack and T. Stevenson regarding potential claims against advisors. |
| 12/31/09 | 0.60 | Review spreadsheets describing cash flows at closings and through petition date. |
| 12/31/09 | 0.90 | Review and analyze issues regarding prior bank debt. |
| 12/31/09 | 0.30 | Speak with T. Zink regarding intercompany claims. |
| 12/31/09 | 0.20 | Speak with G. Bush regarding same. |
| 12/31/09 | 0.20 | Review intercompany claims listing. |

Marshall S. Wolff

| 12/02/09 | 0.20 | Confer with Graeme Bush regarding hearing in bankruptcy court. |
| 12/03/09 | 2.40 | Review Houlihan Lokey deposition and e-mails regarding same. |
| 12/03/09 | 0.80 | Read decision regarding standing to bring avoidance actions. |
| 12/04/09 | 1.10 | Review VRC deposition and e-mail regarding same. |

| | | |
|---|---|---|
| 12/07/09 | 1.00 | Team meeting. |
| 12/07/09 | 1.00 | Review second VRC deposition. |
| 12/10/09 | 0.30 | Review Centerbridge presentation. |
| 12/11/09 | 0.20 | Read Debtor presentation and accompanying claim analysis. |
| 12/11/09 | 0.30 | Confer with Graeme Bush regarding developments in case. |
| 12/16/09 | 0.50 | Read materials on solvency analysis provided by bondholder. |
| 12/18/09 | 0.30 | Read insolvency analysis. |
| 12/21/09 | 0.20 | Read document depository order. |
| 12/22/09 | 0.50 | Read decision. |

Graeme W. Bush

| | | |
|---|---|---|
| 12/01/09 | 3.50 | Attend hearing. |
| 12/01/09 | 1.50 | Prepare for hearing, including conferences with Messrs. Rosner, Seife and Deutsch. |
| 12/01/09 | 1.00 | Confer with Thomas Macauley regarding hearing and other issues in the case and work by Zuckerman Spaeder. |
| 12/02/09 | 0.50 | Coordinate with Law Debenture counsel regarding discovery and other matters. |
| 12/02/09 | 0.70 | Confer and e-mails Chadbourne & Parke and Merrill regarding Merrill e-mail production. |
| 12/02/09 | 0.20 | E-mails regarding scheduling of Rule 2004 examinations. |
| 12/02/09 | 0.40 | E-mails and confer with Chadbourne & Parke and internal regarding expert. |
| 12/03/09 | 0.40 | Telephone conference with Donald Bernstein. |
| 12/03/09 | 1.10 | Work on Rule 2004 discovery, telephone calls and e-mails with Sharon Katz regarding same. |
| 12/03/09 | 0.10 | Telephone calls with J. Conlan. |
| 12/03/09 | 0.50 | UCC telephone conference. |
| 12/03/09 | 0.50 | Telephone conference with Messrs. Sassower and Seife and e-mails regarding same. |
| 12/03/09 | 0.30 | E-mails and confer Rule and Andrew Goldfarb regarding preparation for Rule 2004 examination. |
| 12/03/09 | 0.40 | E-mails and telephone conferences with Andrew Goldfarb regarding JPM witnesses. |

| 12/03/09 | 0.40 | Meeting and e-mails Andrew Goldfarb regarding depositions and documents. |
| 12/04/09 | 0.80 | Deal with document production issues, including telephone conference with Messrs. Schwinger, Seife and Macauley. |
| 12/04/09 | 0.60 | Review draft Rule 2004 motion and telephone conferences with Thomas Macauley regarding same. |
| 12/04/09 | 0.20 | Return telephone calls and e-mails regarding miscellaneous status matters. |
| 12/04/09 | 0.70 | Work on JPM and Lender Group document request issues, including review e-mails from Sharon Katz and James Johnston regarding same and telephone call with Sharon Katz. |
| 12/04/09 | 0.20 | E-mail with Thomas Macauley regarding Krakauer telephone call. |
| 12/05/09 | 1.20 | Prepare for Amsden examination. |
| 12/05/09 | 0.80 | Review financial issues. |
| 12/05/09 | 0.50 | Telephone call with David Rosner regarding developments in case. |
| 12/06/09 | 0.50 | Telephone call with David Rosner regarding settlement meetings and depositions. |
| 12/06/09 | 1.10 | Review e-mails regarding document production issues, JPM, depositions, financial analysis and set telephone conference to discuss same. |
| 12/06/09 | 0.60 | Prepare for examination. |
| 12/07/09 | 1.00 | Team meeting with Messrs. Goldfarb, Macauley, Sottile and Kolker. |
| 12/07/09 | 1.20 | Prepare for and telephone conference with Chadbourne & Parke regarding pending projects. |
| 12/07/09 | 0.70 | Review e-mails from David Rosner and telephone calls regarding same. |
| 12/07/09 | 1.40 | Prepare for Rule 2004 exam. |
| 12/07/09 | 1.00 | E-mails and conferences and work on document depository motion. |
| 12/07/09 | 0.40 | Law Debenture notices of deposition and e-mails regarding same. |
| 12/08/09 | 0.70 | UCC Professionals call. |

| 12/08/09 | 0.60 | Prepare for and telephone conference with Messrs. Schwinger and Goldfarb regarding document depository motion and related document issues. |
| 12/08/09 | 1.20 | Prepare for and telephone conference with Messrs. Schwinger, Goldfarb and Sharon Katz regarding JPM witnesses and document depository motion and e-mails regarding same. |
| 12/08/09 | 3.00 | Work on deposition preparation, review documents and telephone call with Messrs. Ashley and Nellos regarding same. |
| 12/08/09 | 0.30 | E-mails and telephone message for Sharon Katz regarding witnesses. |
| 12/08/09 | 0.30 | E-mails and telephone messages for David Rosner regarding meeting. |
| 12/08/09 | 0.50 | E-mails and telephone call regarding expert. |
| 12/09/09 | 3.00 | Review documents and prepare for Amsden exam. |
| 12/09/09 | 0.40 | Review e-mail and agenda regarding UCC meeting and telephone conference with Douglas Deutsch regarding same. |
| 12/09/09 | 0.90 | E-mails and telephone calls regarding issue regarding projections. |
| 12/09/09 | 1.70 | Review draft presentation and telephone conference with Centerbridge. |
| 12/09/09 | 0.80 | Confer with R.Schwinger and telephone call and e-mail with Andrew Goldfarb regarding Merrill Rule 2004 issue. |
| 12/10/09 | 2.50 | Prepare for and attend meeting at Centerbridge with Debtor. |
| 12/10/09 | 0.70 | Confer with Messrs. Seife and Deutsch and telephone conference with UCC. |
| 12/10/09 | 1.00 | Confer with Messrs. Seife and Deutsch regarding Rule 2004 discovery issues, experts, Merrill call regarding Rule 2004, and hearing. |
| 12/10/09 | 0.70 | Report on Centerbridge meeting to team. |
| 12/10/09 | 3.40 | Review documents and prepare for deposition. |
| 12/10/09 | 0.80 | E-mails and meeting with Messrs. Goldfarb and Sottile regarding solvency and projection issues. |
| 12/11/09 | 0.40 | Telephone call with Howard Seife regarding JPM. |

| | | |
|---|---|---|
| 12/11/09 | 0.90 | Prepare for and telephone conference with Messrs. Bernstein, Glazer and Seife. |
| 12/11/09 | 1.10 | Conferences and e-mails with Messrs. Hanna and Goldfarb regarding preparation for Amsden exam. |
| 12/11/09 | 2.40 | Review documents and prepare for Amsden exam. |
| 12/11/09 | 0.70 | Review e-mails and summaries regarding telephone conference with Messrs. Goldfarb, Schwinger and Ashley regarding Merrill Rule 2004 motion and hearing. |
| 12/11/09 | 0.60 | Coordinate with Kasowitz regarding Amsden deposition. |
| 12/11/09 | 0.20 | Telephone call with Bryan Krakauer. |
| 12/11/09 | 0.20 | Telephone call with James Bendernagel. |
| 12/12/09 | 1.80 | Prepare for Rule 2004 exam. |
| 12/12/09 | 0.40 | E-mails regarding telephone call with Messrs. Rosner, Golden, et al. |
| 12/12/09 | 0.60 | E-mails regarding 12/15 hearing. |
| 12/12/09 | 0.30 | E-mails regarding draft complaint. |
| 12/13/09 | 4.50 | Prepare for Rule 2004 examination. |
| 12/13/09 | 0.30 | E-mails with Bryan Krakauer. |
| 12/13/09 | 0.70 | E-mails and telephone conference with Messrs. Rosner, Golden, et al. |
| 12/13/09 | 0.80 | Prepare for and e-mails with ALIX regarding Thursday meeting with Company. |
| 12/13/09 | 1.00 | Review draft complaint. |
| 12/14/09 | 4.50 | Review projection data and prepare for Rule 2004 exam. |
| 12/14/09 | 1.50 | E-mails to Centerbridge representatives and conferences with team regarding meetings with Company in Chicago. |
| 12/14/09 | 0.80 | Telephone conference regarding Rule regarding projection information. |
| 12/14/09 | 0.70 | Telephone conference regarding bondholder issues. |
| 12/14/09 | 0.30 | E-mails regarding complaint issues. |
| 12/14/09 | 0.50 | Telephone conference with expert, James Sottile and Andrew Goldfarb. |
| 12/15/09 | 4.50 | Prepare for Amsden deposition. |

| 12/15/09 | 0.30 | E-mails regarding settlement meetings. |
| 12/15/09 | 0.40 | E-mails regarding Company document production and privilege log. |
| 12/15/09 | 0.20 | E-mails regarding Rule 2004 hearing. |
| 12/15/09 | 0.40 | E-mails and telephone call with Andrew Goldfarb regarding expert. |
| 12/15/09 | 0.30 | E-mails regarding priority searches for Merrill. |
| 12/16/09 | 11.00 | Prepare for and take Amsden deposition. |
| 12/16/09 | 0.50 | Confer with Bryan Krakauer. |
| 12/16/09 | 0.30 | E-mails with team regarding deposition and upcoming meetings. |
| 12/16/09 | 0.30 | Conferences and e-mails regarding telephone conference with debtor on legal issues. |
| 12/16/09 | 0.20 | E-mails regarding Merrill order. |
| 12/17/09 | 4.90 | Attend meetings in Chicago with Company and Centerbridge representatives and financial advisors. |
| 12/17/09 | 0.70 | Confer with financial advisor and team regarding follow-up work. |
| 12/17/09 | 0.30 | E-mails to Chadbourne & Parke regarding meetings. |
| 12/17/09 | 0.50 | E-mails to Messrs. Goldfarb, Schwinger and Drayton regarding Merrill document production. |
| 12/17/09 | 0.50 | Telephone call with financial advisor/expert. |
| 12/17/09 | 0.30 | E-mails regarding revisions to draft complaint. |
| 12/17/09 | 0.90 | Review Company financial presentation. |
| 12/18/09 | 0.70 | Telephone call with Howard Seife; e-mails regarding reports on meetings; discussion of next steps. |
| 12/18/09 | 0.80 | Telephone call and e-mails to Donald Bernstein regarding January meetings. |
| 12/18/09 | 0.40 | E-mails to Sturm regarding follow-up on financial question. |
| 12/18/09 | 0.50 | E-mails and telephone call with Andrew Goldfarb regarding depositions, status and follow up. |
| 12/19/09 | 0.80 | E-mails regarding January meetings and projects. |
| 12/23/09 | 0.90 | Telephone conferences with Messrs. Bernstein and Rosner regarding January 5th meeting. |

January 29, 2010                                                                                    Page 21

| 12/23/09 | 0.60 | Telephone conference with counsel for parties regarding January meetings. |
| 12/23/09 | 0.50 | Telephone conference with Howard Seife regarding strategic questions. |
| 12/23/09 | 1.20 | Prepare for and telephone conference with expert, James Sottile and Andrew Goldfarb. |
| 12/23/09 | 0.40 | Telephone conference with Messrs. Krakauer and Seife. |
| 12/24/09 | 0.40 | E-mails regarding UCC meeting and Committee members' requests regarding meetings. |
| 12/24/09 | 0.30 | E-mails regarding documents from JPM. |
| 12/24/09 | 0.20 | E-mails regarding coordination with Centerbridge. |
| 12/27/09 | 0.80 | Review legal and financial materials from party in interest. |
| 12/27/09 | 0.40 | Review e-mails regarding coordination with Centerbridge. |
| 12/28/09 | 0.90 | E-mails regarding settlement and UCC meetings and issues, and attend to same. |
| 12/28/09 | 0.30 | E-mails regarding Merrill production. |
| 12/28/09 | 0.20 | E-mails regarding telephone conference with financial advisor. |
| 12/29/09 | 1.50 | E-mails and telephone conference with financial advisor regarding presentations. |
| 12/29/09 | 0.70 | UCC professionals call. |
| 12/29/09 | 1.10 | Telephone conferences with Messrs. Macauley and Sottile regarding financial advisor, settlement meetings, UCC meetings, and related issues. |
| 12/29/09 | 1.20 | Review, revise and edit draft issues list and e-mails regarding same. |
| 12/29/09 | 0.20 | E-mails regarding Debtor's financial analysis and intercompany claims. |
| 12/30/09 | 0.50 | E-mails with David Rosner regarding various matters. |
| 12/30/09 | 1.10 | Work on issues regarding January 5 and January 12 meetings, including telephone conference with Howard Seife regarding same. |
| 12/30/09 | 0.80 | Review and revise draft issues list and confer with Howard Seife regarding same. |

| 12/30/09 | 0.70 | Work on financial analysis of claims, including telephone conference with Bryan Krakauer regarding same. |
| 12/31/09 | 0.20 | E-mails regarding January 5th meeting. |
| 12/31/09 | 0.60 | Review e-mails regarding claim theories and confer with Thomas Macauley regarding same. |

**Lani C. Cossette**

| 11/21/09 | 0.90 | Draft memorandum regarding analysis of documents in light of potential equitable subordination claim. |
| 11/22/09 | 0.40 | E-mail team regarding results of analysis and hot documents. |
| 11/22/09 | 0.70 | Review and analyze documents in connection with same. |

**Virginia W. Guldi**

| 12/02/09 | 1.50 | Draft Motion to allow Rule 2004 Exam. |
| 12/02/09 | 1.00 | Draft Motion to Shorten Time. |
| 12/03/09 | 1.20 | Draft Motion to Shorten Time to respond to Rule 2004 Exam. |
| 12/11/09 | 0.20 | Meet with Tom Macauley; telephone conference with co-counsel regarding motion for committee to have standing to pursue estate causes of action. |
| 12/11/09 | 3.80 | Legal research regarding standing issues for Committee's motion to pursue estate causes of action. |
| 12/14/09 | 3.50 | Draft Motion for Committee standing to pursue estate causes of action. |
| 12/15/09 | 2.00 | Draft Standing Motion. |
| 12/15/09 | 0.50 | Memorandum to Tom Macauley regarding same. |
| 12/18/09 | 4.00 | Draft Motion for standing to pursue estate claims. |
| 12/18/09 | 1.00 | Legal research regarding avoidance of upstream guarantees. |
| 12/21/09 | 1.80 | Legal research regarding avoidance of upstream guarantees. |
| 12/22/09 | 3.70 | Legal research regarding avoidance of upstream guarantees. |
| 12/29/09 | 1.50 | Legal research regarding avoidance of upstream guarantees. |

**Martin G. Deptula**

| 12/04/09 | 2.00 | Review and analyze rough copy of Chad Rucker's deposition transcript forwarded to my attention from Andrew Goldfarb. |
| 12/04/09 | 1.50 | Review VRC documents. |

| 12/10/09 | 3.00 | Review and analyze documents relating to the Duff & Phelps engagement. |
|----------|------|-------------------------------------------------------------------------|
| 12/11/09 | 4.40 | Review and analyze documents relating to the Duff & Phelps engagement. |
| 12/14/09 | 6.50 | Review and analyze documents in preparation for the deposition of Elyse Bluth. |
| 12/15/09 | 3.80 | Review and analyze documents to prepare Andrew Goldfarb for the deposition of Elyse Bluth. |
| 12/16/09 | 1.10 | Review materials provided by Andrew Goldfarb concerning legal theory on remedies. |
| 12/16/09 | 2.50 | Conduct legal research on same. |
| 12/16/09 | 1.80 | Conduct legal research on alternate legal theory regarding remedies. |
| 12/16/09 | 2.20 | Conduct legal research on interplay between legal theories and the doctrine of equitable subordination. |
| 12/17/09 | 3.20 | Review and analyze electronic documents regarding draft solvency letter. |
| 12/17/09 | 1.40 | Conduct legal research on legal theory regarding remedies. |

Scott A. Hanna

| 12/01/09 | 4.70 | Electronic review of database regarding documents in preparation of upcoming depositions and review binder of same. |
|----------|------|-------------------------------------------------------------------------|
| 12/01/09 | 2.30 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 12/02/09 | 6.10 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 12/02/09 | 1.40 | Electronic document review of database regarding documents related to lenders' questions. |
| 12/03/09 | 7.40 | Assemble document binders and review same, highlighting key passages for higher-level review of same. |
| 12/04/09 | 5.50 | Review document binders, highlighting key passages for higher-level review of same. |
| 12/07/09 | 0.20 | Meeting with A. Goldfarb regarding Harry Amsden deposition. |
| 12/07/09 | 6.70 | Electronic document review of database regarding same. |

| 12/07/09 | 1.60 | Electronic document review of database of Chadbourne-selected Second Review Documents. |
| 12/08/09 | 5.50 | Electronic document review of database regarding documents relating to Harry Amsden examination. |
| 12/08/09 | 0.10 | Telephone conversation with A. Nellos (Chadbourne & Parke) regarding electronic document review of database in preparation of Amsden deposition. |
| 12/08/09 | 0.70 | Draft update email memorandum to A. Goldfarb regarding electronic document review of documents for Harry Amsden examination. |
| 12/08/09 | 1.90 | Retrieve and assemble documents selected by Alix Partners as being relevant to Harry Amsden deposition. |
| 12/09/09 | 7.50 | Electronic document review of database regarding Harry Amsden documents. |
| 12/10/09 | 2.70 | Electronic document review of database regarding documents in anticipation of Amsden deposition. |
| 12/10/09 | 2.30 | Retrieve documents from electronic document review in preparation of Amsden deposition. |
| 12/10/09 | 4.50 | Retrieve those documents selected by Chadbourne and A. Goldfarb as relevant to prep review in anticipation of Amsden deposition. |
| 12/11/09 | 5.40 | Retrieve and assemble all documents by Chadbourne and selected by A. Goldfarb as relevant to Amsden deposition. |
| 12/11/09 | 1.60 | Electronic document review of database regarding documents related to Frank Garamello litigation and draft email to G. Bush and J. Sottile regarding same. |
| 12/11/09 | 1.80 | Retrieve from database all relevant flash summaries and incorporate same into Amsden review binder. |
| 12/14/09 | 7.70 | Retrieve and assemble deposition exhibits for Harry Amsden deposition. |
| 12/14/09 | 0.80 | Review index of documents, retrieve samples from same and draft emails to G. Bush and J. Sottile regarding same. |
| 12/15/09 | 4.70 | Retrieve from database selected documents for expert's review, and draft cover letter to same. |
| 12/15/09 | 2.30 | Retrieve from database documents to serve as exhibits in Elyse Bluth deposition. |

January 29, 2010

| 12/15/09 | 2.50 | Review exhibits for Elyse Bluth deposition and prep 15 copies of same. |
| 12/16/09 | 6.50 | Retrieve from database general background materials and valuation materials. |
| 12/17/09 | 7.50 | Retrieve from database documents related to solvency analyses and supporting valuation materials. |
| 12/18/09 | 7.50 | Retrieve from database documents related to third parties' solvency analyses and supporting valuation materials. |
| 12/21/09 | 5.50 | Retrieve from database documents related to valuation analyses. |
| 12/22/09 | 2.60 | Retrieve from database documents related to valuation analyses. |
| 12/22/09 | 4.10 | Retrieve all Alix Partners-identified key expert documents and third-party solvency and valuation opinions. |
| 12/23/09 | 0.70 | Retrieve Ben Buettell, Chad Rucker, and Bryan Browning deposition transcripts and exhibits. |
| 12/23/09 | 2.30 | Prepare solvency document CDs and draft transmittal letter to expert regarding same. |
| 12/23/09 | 1.60 | Retrieve all Alix Partners-identified documents regarding solvency and valuation opinions. |
| 12/23/09 | 1.40 | Draft indices of same. |
| 12/31/09 | 2.90 | Draft index of key expert documents and assemble review binders regarding same. |

Kimberley Wilson

| 12/18/09 | 0.50 | Pull several cases for Virginia Guldi. |

Diana Gillig

| 12/01/09 | 0.10 | Revise pro hac motion. |
| 12/04/09 | 0.10 | Revise Rule 2004 motion. |
| 12/04/09 | 0.10 | Revise notice regarding E. Bluth oral exam. |
| 12/04/09 | 0.10 | Draft oral exam notice regarding H. Amsden. |
| 12/04/09 | 0.20 | Draft certificates of service for oral exam notices. |
| 12/04/09 | 0.30 | Draft certificate of service regarding Rule 2004 motion. |
| 12/04/09 | 0.20 | Review certificate of service for motion. |

| | | |
|---|---|---|
| 12/09/09 | 0.20 | Electronically file notices of oral exam of E. Bluth and H. Amsden. |
| 12/09/09 | 0.20 | Pull 3 LEXIS cases for T. Macauley. |
| 12/09/09 | 0.10 | Review and revise filed E. Bluth notice of exam. |
| 12/09/09 | 0.10 | Electronically file amended notice of oral exam of E. Bluth. |
| 12/09/09 | 0.10 | Prepare service of filed notices. |
| 12/09/09 | 0.10 | Electronically file stipulation between Committee and U.S. Bank National. |
| 12/09/09 | 0.10 | Prepare service of same. |
| 12/11/09 | 0.20 | Revise G. Bush pro hac motion. |
| 12/11/09 | 0.20 | Draft pro hac motion for A. Goldfarb. |
| 12/22/09 | 0.30 | Draft certification of counsel regarding e-mail documents order. |
| 12/22/09 | 0.20 | Draft certificate of service for same. |
| 12/22/09 | 0.10 | Revise pro hac motion for A. Goldfarb. |
| 12/23/09 | 0.10 | Draft certificate of service for Notice of Rule 2004 Exam |
| 12/23/09 | 0.10 | Review and forward pro hac vice motion to G. Bush. |
| 12/23/09 | 0.10 | Revise certification of counsel regarding production of email. |
| 12/23/09 | 0.10 | Electronically file certification of counsel with proposed order. |
| 12/23/09 | 0.10 | Prepare service regarding same. |
| 12/23/09 | 0.10 | Forward same to team. |
| 12/24/09 | 0.10 | Revise notice for Rule 2004 oral exam. |
| 12/24/09 | 0.10 | Electronically file same. |
| 12/24/09 | 0.10 | Prepare service regarding same. |
| 12/28/09 | 0.10 | Review docket regarding order requiring production of email. |
| 12/28/09 | 0.10 | Prepare service of signed order. |
| 12/28/09 | 0.20 | Draft certificate of service regarding signed order. |
| 12/28/09 | 0.10 | Electronically file same. |
| 12/28/09 | 0.20 | Electronically file G. Bush and A. Goldfarb pro hac vice motions. |
| 12/28/09 | 0.10 | Forward pro hac motions to Court |

| 12/31/09 | 0.10 | Review docket for signed orders regarding pro hac vice motions for G. Bush and A. Goldfarb. |
| 12/31/09 | 0.10 | Forward same to counsel. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

January 29, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:270992
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2009.

By Thomas G. Macauley
   6.50  hours at  $570.00  per hour       $      3,705.00

By Diana Gillig
   0.90  hours at  $155.00  per hour       $      139.50

| | | |
|---|---|---|
| TOTAL FEES | $ | 3,844.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 3,844.50 |

2511725.1

January 29, 2010                                                            Page 2

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                              MATTER: 0002


Thomas G. Macauley

| 12/08/09 | 0.10 | Speak with M. McGuire regarding supplemental affidavit. |
| 12/09/09 | 1.60 | Research and review cases regarding expert retention. |
| 12/09/09 | 1.80 | Draft memo regarding same. |
| 12/09/09 | 0.10 | Review CNO for 2nd monthly fee application. |
| 12/09/09 | 0.30 | Draft note to V. Galati regarding same. |
| 12/17/09 | 0.20 | Review docket and CNO for 3rd monthly fee application. |
| 12/17/09 | 0.30 | Draft note to V. Garlati regarding same. |
| 12/22/09 | 0.10 | Analyze issues regarding 1st interim fee application. |
| 12/22/09 | 0.20 | Analyze issues regarding expert retention. |
| 12/27/09 | 1.00 | Review November time detail with attention to work product. |
| 12/28/09 | 0.80 | Continue review of November time detail with attention to work product. |

Diana Gillig

| 12/08/09 | 0.10 | Review docket regarding 12/15 hearing. |
| 12/08/09 | 0.10 | Pull notice of hearing regarding 12/15 hearing on fee applications. |
| 12/09/09 | 0.30 | Research regarding expert retention. |
| 12/09/09 | 0.10 | Review docket. |
| 12/09/09 | 0.10 | Draft CNO regarding ZS 2nd monthly fee application. |
| 12/09/09 | 0.10 | Electronically file CNO. |
| 12/11/09 | 0.10 | Draft CNO regarding ZS 3rd monthly fee application. |



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

January 29, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:270993
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2009.

By Graeme W. Bush
   6.00  hours at  $725.00  per hour        $     4,350.00

By James Sottile
   5.80  hours at  $650.00  per hour        $     3,770.00

By Thomas G. Macauley
   2.60  hours at  $570.00  per hour        $     1,482.00

By Andrew N. Goldfarb
   19.10  hours at  $520.00  per hour        $     9,932.00

          TOTAL FEES                  $     19,534.00

          LESS REDUCTION (Travel Billed at 50%)    $   (9.767.00)

          TOTAL FEES AND EXPENSES THIS INVOICE    $     9,767.00

2512265.1

January 29, 2010                                                            Page 2

DESCRIPTION OF SERVICES                                         CLIENT: 12464
                                                               MATTER: 0003


James Sottile

| 12/02/09 | 1.80 | Travel to NY for Rucker and Browning 2004 examinations. |
| 12/04/09 | 4.00 | Travel back to DC following Rucker and Browning 2004 examinations. |

Andrew N. Goldfarb

| 12/01/09 | 3.00 | Travel to Chicago for deposition. |
| 12/02/09 | 3.20 | Return to Washington. |
| 12/04/09 | 5.50 | Travel to and from New York for Browning deposition. |
| 12/15/09 | 1.40 | Travel to and from hearing. |
| 12/16/09 | 2.00 | Travel to Chicago for Bluth depo. |
| 12/17/09 | 4.00 | Travel back to Washington, D.C. |

Thomas G. Macauley

| 12/07/09 | 2.60 | Travel to/from Washington DC for internal meetings. |

Graeme W. Bush

| 12/09/09 | 1.50 | Travel to New York, NY. |
| 12/10/09 | 2.00 | Travel from New York, NY. |
| 12/15/09 | 2.50 | Travel to Chicago. |

2512265.1

**EXHIBIT B**

Tribune Company, et al. 08-13141 (KJC)
Zuckerman Spaeder LLP
5th Monthly Fee Application
Period 12/1/09-12/31/09

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | | | |
| LITIGATION EXPERT | $ 57,567.50 | | |
| | | | |
| Total | $ 57,567.50 | | $ 57,567.50 |
| COURT COSTS | $ 50.00 | 12/31/2009 | |
| | | | |
| Total | $ 50.00 | | $ 50.00 |
| EXPRESS DELIVERY- FEDEX | $ 267.39 | 12/15/2009 | |
| | $ 1,059.13 | 12/29/2009 | |
| | | | |
| | $ 1,326.52 | | $ 1,326.52 |
| Total | | | |
| | | | |
| AIR/TRAIN TRAVEL | $ 692.78 | 12/4/2009 | |
| | $ 1,309.52 | 12/9/2009 | |
| | $ 5,595.23 | 12/14/2009 | |
| | $ 1,875.47 | 12/31/2009 | |
| | | | |
| Total | $ 9,473.00 | | $ 9,473.00 |
| LOCAL TRANSP. - ARNOW | $ 65.00 | 12/30/2009 | |
| | $ 56.50 | 12/31/2009 | |
| | | | |
| Total | $ 121.50 | | $ 121.50 |
| COURIER SERVICE | | | |
| WASHINGTON EXPRESS | $ 67.88 | 12/23/2009 | |
| | | | |
| Total | $ 67.88 | | $ 67.88 |
| | | | |
| COURIER SERVICE - PARCELS | $ 30.00 | 12/28/2009 | |
| | | | |
| Total | $ 30.00 | | $ 30.00 |
| | | | |
| MEALS / MISC | 17.37 | 12/2/2009 | |
| | $ 112.74 | 12/4/2009 | |
| | $ 13.07 | 12/9/2009 | |
| | | | |
| Total | $ 143.18 | | $ 143.18 |
| | | | |
| TAXI SERVICE | $ 36.00 | 12/9/2009 | |
| | $ 61.50 | 12/14/2009 | |
| | | | |
| Total | $ 97.50 | | $ 97.50 |
| | | | |
| INHOUSE COPY | $ 290.40 | 12/1/2009 | |
| | $ 7.70 | 12/9/2009 | |
| | $ 2,123.90 | 12/15/2009 | |
| | $ 30.10 | 2/16/2009 | |
| | $ 0.70 | 12/23/2009 | |
| | $ 1.20 | 12/24/2009 | |
| | $ 5.10 | 12/28/2009 | |
| | | | |
| Total | $ 2,459.10 | | $ 2,459.10 |
| | | | |
| LEXIS RESEARCH | $ 395.14 | 11/30/2009 | |
| | | | |
| Total | $ 395.14 | | $ 395.14 |
| | | | |
| WESTLAW RESEARCH | $ 2,505.91 | 11/30/2009 | |
| | $ 324.96 | 12/3/2009 | |

5th Monthly Fee Application
Period 12/1/09-12/31/09

| | | | | |
|---|---|---|---|---|
| Total | $ | 2,830.87 | | $ | 2,830.87 |
| | | | | |
| RESEARCH - REED ELSEVIER | $ | 212.00 | 12/23/2009 | |
| | | | | |
| Total | $ | 212.00 | | $ | 212.00 |
| | | | | |
| SOUNDPATH - CONFERENCE CALLS | $ | 85.11 | 12/4/2009 | |
| | $ | 31.60 | 12/31/2009 | |
| | | | | |
| Total | $ | 116.71 | | $ | 116.71 |
| | | | | |
| DOCKET RESEARCH - PACER | $ | 149.20 | 9/30/2009 | |
| | | | | |
| Total | $ | 149.20 | | $ | 149.20 |
| | | | | |
| LONG DISTANCE CALLS | $ | 1.80 | 12/2/2009 | |
| | $ | 3.36 | 12/3/2009 | |
| | $ | 0.84 | 12/4/2009 | |
| | $ | 3.96 | 12/8/2009 | |
| | $ | 2.88 | 12/9/2009 | |
| | $ | 1.44 | 12/10/2009 | |
| | $ | 12.12 | 12/11/2009 | |
| | $ | 6.24 | 12/14/2009 | |
| | $ | 0.48 | 12/15/2009 | |
| | $ | 0.24 | 12/16/2009 | |
| | $ | 0.48 | 12/18/2009 | |
| | $ | 0.12 | 12/22/2009 | |
| | $ | 1.08 | 12/23/2009 | |
| | $ | 2.64 | 12/30/2009 | |
| | $ | 0.24 | 12/31/2009 | |
| | | | | |
| Total | $ | 37.92 | | $ | 37.92 |
| | | | | |
| POSTAGE | $ | 19.31 | 12/31/2009 | |
| | | | | |
| Total | $ | 19.31 | | $ | 19.31 |
| | | | | |
| | | | | |
| SECRETARIAL O/T | $ | 135.00 | 12/15/2009 | |
| | | | | |
| Total | $ | 135.00 | | $ | 135.00 |
| | | | | |
| GRAND TOTAL | | | | $ | 75,232.33 |