## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:

**TRIBUNE COMPANY, et al.**

Debtors.

Chapter 11
Case No.:  08-13141
(Jointly Administered)

## AMENDED NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

Sodexo, Inc. ("Sodexo"), a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
jdt@jdthompsonlaw.com

Sodexo respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Sodexo requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

This Amended Notice of Appearance does not give express or implied consent by the undersigned to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted, this 8th day of February, 2010.

By:    Judy D. Thompson
Judy D. Thompson
NC State Bar No. 15617
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
(828)749-1865
jdt@jdthompsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Notice of Appearance has been served upon the parties listed below, by mailing a copy of the same to them by regular mail, on this the 8th day of February, 2010.

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

Normal L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
    1000 N. West Street, Suite 1200
Wilmington, DE 19801

J. Kate Stickles
Saul Ewing LLP
222 Delaware Avenue
PO Box 1266
Wilmington, DE 19899-1266

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis, Cynthia E. Moh
Kerri K. Mumford, Matthew B. McGuire,
Mona A. Parikh
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

   /s/ Judy D. Thompson
Judy D. Thompson

CHARLOTTE/380989v1