IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| : | Jointly Administered |
| Debtors. : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Jennifer R. Hoover, Esquire, move for the admission *pro hac vice*, pursuant to Local Rule 83.5, of William M. Dolan, III, Esquire of Brown Rudnick LLP, 121 South Main Street, Providence, Rhode Island, to represent Wilmington Trust Company, as Successor Indenture Trustee for the Exchangeable Subordinate Debentures due 2029 issued by Tribune Company, in the above-captioned case.

Dated: February 8, 2010

                                      BENESCH, FRIEDLANDER, COPLAN
                                      & ARONOFF LLP

By:   */s/ Jennifer R. Hoover*
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        302-442-7010 (telephone)
        302-442-7012 (facsimile)
        jhoover@beneschlaw.com

        *Counsel to Wilmington Trust Company, as*
        *Successor Indenture Trustee*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Rhode Island and Maryland. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 31st, 2010

BROWN RUDNICK LLP

By: _____
William M. Dolan, III, Esquire
121 South Main Street
Providence, RI 02903
(401) 276-2600 telephone
(401) 276 2601 facsimile

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*