IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.*, | : Case No. 08-13141 (KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : **Re: Docket No.** _____ |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of William M. Dolan, III, Esquire *pro hac vice* is granted.

Dated: February _____, 2010

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge

Doc 3486142 v1