IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | **Objection Date: March 1, 2010 at 4:00 p.m.** |
| | : | **Hearing Date:** *Only if Objections are filed* |

**TWELFTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ,
MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO
THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009 *nunc pro tunc* to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **December 1, 2009 through December 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$81,304.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$3,248.00** |
| This is a: | **Twelfth Monthly Application** |

The time expended for the preparation of the Applicant's eleventh monthly fee application in December is approximately 6.5 hours, and the corresponding compensation requested is approximately $1,580.  The time expended for the preparation of the Applicant's twelfth monthly fee application will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | $187,130.40/$21,827.87 |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | $67,893.60/$3,674.21 |
| 3rd | 5/21/09 | 3/1/09 – 3/31/09 | $93,216/$4,574.28 | $74,572.80/$4,574.28 |
| 4th | 5/29/09 | 4/1/09 – 4/30/09 | $85,538.50/$9,310.40 | $68,430.80/$9,310.40 |
| 5th | 7/14/09 | 5/1/09 – 5/31/09 | $77,805.50/$3,025.90 | $62,244.40/$3,025.90 |
| 6th | 7/22/09 | 6/1/09 – 6/30/09 | $106,998.50/$5,684.58 | $85,598.80/$5,684.58 |
| 7th | 8/28/09 | 7/1/09 – 7/31/09 | $87,804.50/$8,160.20 | $70,243.60/$8,160.20 |
| 8th | 10/2/09 | 8/1/09 – 8/31/09 | $106,819/$4,367.14 | $85,455.20/$4,367.14 |
| 9th | 11/25/09 | 9/1/09 – 9/30/09 | $70,349/$6,301.43 | $56,279.20/$6,301.43 |
| 10th | 11/25/09 | 10/31/09 – 10/31/09 | $60,948/$10,706.61 | $48,758.40/$10,706.61 |

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 11th | 12/23/09 | 11/1/09 – 11/30/09 | $103,033.50/$96.48 | $82,426.80/$96.48 |
| 12th | 2/4/10 | 12/1/09 – 12/31/09 | $81,304/$3,248 | *pending* |

46429/0001-6299471v1

**TRIBUNE COMPANY,** *et al.*

**SUMMARY OF BILLING BY ATTORNEY**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $700.00 | 27.5 | $19,250.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $550.00 | 0.6 | $330.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $550.00 | 80.7 | $44,385.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $365.00 | 1.2 | $438.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $210.00 | 78.7 | $16,527.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $170.00 | 2.2 | $374.00 |
| **TOTALS** | | | | **190.90** | **$81,304.00** |

**Blended Rate:  $425.90**

\*       This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2009).

**TRIBUNE COMPANY,** *et al.*

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses and Leases (Section 363) | 3.7 | $1,917.00 |
| Automatic Stay Matters/Litigation | 2.0 | $998.00 |
| Case Administration | 18.3 | $7,832.50 |
| Claims Analysis, Administration and Objections | 21.8 | $8,624.00 |
| Committee Matters and Creditor Meetings | 1.9 | $1,330.00 |
| Creditor Inquiries | 0.3 | $131.00 |
| Employee Matters | 7.6 | $5,230.00 |
| Fee Application Matters/Objections | 41.2 | $12,890.50 |
| Leases (Real Property) | 1.9 | $671.00 |
| Litigation/General (Except Automatic Stay Relief) | 23.5 | $11,424.00 |
| Preparation for and Attendance at Hearings | 37.6 | $16,981.00 |
| Press/Public Affairs | 0.4 | $220.00 |
| Reorganization Plan | 9.1 | $4,894.00 |
| Reports; Statements and Schedules | 3.8 | $1,614.00 |
| Retention Matters | 12.7 | $3,973.00 |
| U.S. Trustee Matters and Meetings | 4.5 | $2,244.00 |
| General Corporate Advice | 0.6 | $330.00 |
| **TOTAL** | **190.90** | **$81,304.00** |

**TRIBUNE COMPANY,** *et al.*

**EXPENSE SUMMARY**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (4,567 pages @ $.10/page) | | $456.70 |
| Telephone | | $95.62 |
| Postage | | $72.29 |
| Telecopier | *Parcels, Inc.* | $1,097.75 |
| Filing Fees (*Pro Hac Motion; Amended Schedule*) | *US District Court; US Bankruptcy Court* | $51.00 |
| Court Costs (*Telephonic Appearance Fee*) | *CourtCall* | $295.00 |
| Certified Copies | *US Bankruptcy Court* | $52.00 |
| Document Retrieval/Court Documents | *PACER Service Center* | $32.96 |
| Travel Expenses (transportation charges, working meals) | *Purebread; Dave's Limousine* | $363.54 |
| Transcripts | *J&J Transcribers* | $242.50 |
| Electronic Filing Service Fee | *Parcels, Inc.* | $185.00 |
| Messenger Service | *Parcels, Inc.* | $27.50 |
| Overnight Delivery | *Federal Express* | $222.96 |
| Outside Photocopying | *Parcels, Inc.* | $29.24 |
| Outside Postage | *Parcels, Inc.* | $23.94 |
| **TOTAL** | | **$3,248.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
|  | : | Jointly Administered |
| Debtors. | : | **Objection Date: March 1, 2010 at 4:00 p.m.** |
|  | : | **Hearing Date:** *Only if Objections are filed* |

**TWELFTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ,
MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO
THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $81,304.00, and reimbursement of expenses in the amount of $3,248.00 for the period from December 1, 2009 through December 31, 2009 (the "Application"), and respectfully represents as follows:

**Introduction**

1.        On December 8, 2008 (the "Petition Date"), the Debtors, including the Hartford Courant, each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, with the exception of Debtor Tribune CNLBC, LLC (formerly known as Chicago National League Ball Club, LLC), which filed a voluntary chapter 11 petition on October 12, 2009.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only by applicable orders of the Bankruptcy Court.

2.        On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3.    On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order").  In accordance with the Fee Order, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees and 100% of the disbursements requested.

4.    On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5.    On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

## Relief Requested

6.    Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim approval of compensation for professional services rendered, in the amount of $81,304.00, and reimbursement of actual and necessary expenses incurred, in the amount of $3,248.00, in serving as co-counsel to the Debtors during the period December 1, 2009 through December 31, 2009.

## Allowance of Compensation

7.    Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

8.    Attached hereto as Exhibit "B" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from December 1, 2009 through December 31, 2009.  This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries

2

are presented chronologically in categories, and all meetings or hearings are individually identified.

9.        The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings.  The following summary highlights the major areas in which the Applicant rendered services for the time period covered by this Application.  The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "B".

a)        <u>Case Administration</u> (18.3 hours; $7,832.50).  This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, maintaining a critical dates chart, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, conferences with co-counsel regarding tasks, division of labor and strategies, and other miscellaneous tasks not otherwise separately classifiable.

b)        <u>Claims Analysis, Administration and Objections</u> (21.8 hours; $8,624.00). This category includes time spent related to filing certifications of no objection regarding the seventh and eleventh omnibus objections to claims, reviewing responses to the eighth, ninth and tenth omnibus objections to claims, preparing and filing certifications of counsel and proposed forms of order as to non-responding claimants for the eighth, ninth and tenth omnibus objections to claims, and preparing and filing twelfth and thirteenth omnibus objections to claims.

c)        <u>Employee Matters</u> (7.6 hours; $5,230.00).  This category includes a number of different tasks related to the pending management incentive plan motion, including communications with co-counsel.

3

d)      <u>Fee Application Matters/Objections</u> (41.2 hours; $12,890.50).   This category includes time spent preparing and filing Applicant's monthly fee applications, as well as time spent corresponding with the Debtors' other professionals regarding their fee applications, preparing and filing other professionals' fee applications, preparing and filing certifications with respect to fee applications, preparing and filing notices with respect to payment of ordinary course professionals and preparing omnibus fee order for the first interim fee period.

e)      <u>Litigation/General   (Except   Automatic   Stay   Relief)</u> (23.5   hours; $11,424.00).   This category includes time spent reviewing, revising and filing:   (i) a certification of counsel with proposed form of order staying Beatty adversary action; (ii) the motion to establish document depository; and (iii) the notice of service of responses to discovery requests from Law Debenture.  This category also includes time spent reviewing discovery requests and deposition notices filed by Law Debenture and the Creditors' Committee's 2004 motion and corresponding motion to shorten.

f)      <u>Preparation for and Attendance at Hearings</u> (37.6 hours; $16,981.00). This category includes time spent attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

46429/0001-6299471v1

## Reimbursement of Expenses

10.    Attached hereto as Exhibit "C" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors. These costs for which reimbursement is requested total $3,248.00. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, certified copies, telephonic appearance charges, overnight delivery charges, filing fees, messenger service, working meals, transportation charges, transcription fees and document retrieval charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order:    (i) granting the Application and authorizing allowance of compensation in the amount of $81,304.00 for professional services rendered, and $3,248.00 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: February 9, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

5