# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.: 08-13141 (KJC) |
| TRIBUNE COMPANY INC., *et al.* | Chapter 11 |
| | Jointly Administered |
| Debtors. | Ref. Docket No. _____ |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF AURELIUS CAPITAL MANAGEMENT, LP'S OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ENTRY OF ORDER AUTHORIZING FILING OF EXHIBIT UNDER SEAL

Upon the Motion of Aurelius Capital Management, LP ("ACM"), for expedited consideration (the "Motion for Expedited Consideration")[1] of the Objection to Motion of the Official Committee of Unsecured Creditors for the Entry Order Authorizing Filing of Exhibit Under Seal; and the Court having determined that the relief requested in this Motion for Expedited Consideration is appropriate; and it appearing that notice of the Motion for Expedited Consideration was good and sufficient under the circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Expedited Consideration is GRANTED.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion for Expedited Consideration

2.       This Court shall hold a hearing on the Objection on February \_\_\_\_\_, 2010, at

_____.

Dated: February \_\_\_\_\_, 2010
           Wilmington, Delaware

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

2

*DEL 86,305,860v1 2-9-10*