**EXHIBIT C**

```
              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF DELAWARE


IN RE:                           .    Chapter 11
                                 .
AMERICAN HOME MORTGAGE           .    Case No. 07-11047(CSS)
HOLDINGS, INC., a Delaware       .    (Jointly Administered)
corporation, et al.,             .
                                 .    Oct. 31, 2007 (10:09 a.m.)
          Debtors.               .    (Wilmington)
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1  budget.  Her view was that if the Code required the
2  appointment of an examiner, she would appoint one and have
3  the examiner ready to go if an issue arose later in the case
4  that required an examination, but because there was no
5  examination required at that time, she would merely put the
6  examiner in place to satisfy some reading of 1004©)(2) and
7  keep that examiner in place until or unless an issue arose in
8  the case that required some examination.  So, we've seen
9  through the treatises and case law and largely this is
10 unreported in how courts have dealt with this, courts
11 applying a practical approach to 1104©)(2) because again,
12 Your Honor, burdening this estate with an examiner where
13 there is no apparent need or no established need for an
14 examination would simply waste the creditors' money.  So with
15 that, we would ask that the Court deny the request.
16           THE COURT: All right.  Thank you, Mr. Brady.  You
17 read from the elements of Colliers that I have actually up
18 here on the bench and marked, and I think it's important -
19 Clearly, and I'm dealing here with the narrow issue of
20 1104©)(2) because I don't think the appointment of an
21 examiner would be in the best interest of the creditors or
22 the equity security holders or the interests of the estate.
23 So, I would deny, as I said earlier, I would deny the motion
24 for appointment of an examiner under ©)(1), and I'd like to
25 pick up before I sort of speak more on, I think, Mr. Brady's

1  comment earlier in connection with the trustee motion and I
2  think it's equally applicable to the examiner motion, I
3  didn't see any real factual allegations contained in the
4  motion when it came to these issues. I felt that the movants
5  basically parroted the language of the statute and sort of
6  said, Because I just said what the statute says, a trustee or
7  an examiner should be appointed, and obviously, you need to
8  do more than that. The problem of course is that shall means
9  shall, and the courts require, when I see something like that
10 it obviously means the court's required to appoint an
11 examiner if the criteria are met. I think it's important to
12 look at ©)(2) though as - not on its own, but as it relates
13 to the rest of the sentence. So, the Court shall order the
14 appointment of an examiner to conduct such an investigation
15 of the debtor as is appropriate if the financial criteria are
16 met. The problem isn't so much shall, it's that if and
17 whether if means, you know, if the financial criteria are met
18 you have to appoint an examiner. Well, if you read it that
19 way, the first part of the sentence doesn't make any sense.
20 So I think you have to read it as a whole, and I think - I
21 have tons of respect for Judge Fitzgerald, but I think, you
22 know, appointing an examiner and then giving that examiner no
23 budget and no duties is tantamount to not appointing an
24 examiner, and having one ready to go, I mean, the process of
25 appointing an examiner is not particularly onerous, it

1  doesn't take a ton of time. So - and I'm sensitive to this
2  issue and I know the Office of the United States Trustee is
3  sensitive, and I understand their position in connection with
4  shall meaning shall, and I think that's true, but I think in
5  order for - I would draw a bit of a distinction between what
6  Judge Walsh and Judge Balick have appeared to rule which is
7  simply that it's a best interest test. I don't think that's
8  correct. The best interest is in ©)(1). It's not in ©)(2).
9  I think the financial criteria are important, and obviously,
10 they're met in this case, but that's only one piece of the
11 puzzle, and the other piece of the puzzle is that there has
12 to be an investigation to perform that's appropriate. I
13 think the cases cited in the Colliers treatise discuss that.
14 I think that's a more nuance approach than sort of saying it
15 is what it is, and if you cry "examiner" in a crowded case,
16 you get one. In this case, reading the motion carefully, I
17 really didn't see a request for any investigation. There was
18 a complaint about practices. A 2004 request for information
19 about individual loan files that we've already discussed, but
20 no real articulation of what it was that the movants wanted
21 to be investigated by an examiner, and even if one were to
22 sort of assume, okay, they want someone to examine the
23 debtors' practices in connection with loan origination and
24 servicing that may be violations of state or federal law, I
25 don't think that at this time giving someone sort of carte

1    blanche to look into that issue will be appropriate. Again,
2    the Committee is extremely involved in this case. There are
3    ongoing investigations, possibly by other governmental
4    entities. There's obviously a lot of issues going on in
5    Congress right now in connection with these types of
6    practices that allegedly the debtor participated in, so I'm
7    not - I don't think in this case there would be anything to
8    be gained by appointing an examiner and giving that examiner
9    a budget and saying, I'd like you to investigate the debtors'
10   loan origination and servicing policies in connection with
11   whether it may have violated state or federal law. I think
12   that's asking for a $20 million report, and I'm not sure what
13   it would accomplish. So, with regard to the temporal
14   requirement, again, I'm not - I understand there are those
15   cases. I think it would be more appropriate to deny the
16   motion without prejudice than to sort of say, Okay, I'm
17   granting the motion, but I'm not at this point going to
18   appoint an examiner. Again, I think that's just tantamount
19   to denying the motion. So, I'm going to do that. I'm going
20   to deny the motion without prejudice to be brought again if
21   new facts arise or if the status of the case changes. And
22   just an aside, I mean, I don't know what this case ultimately
23   ends up with, whether we end up in with a liquidating plan,
24   whether we convert to 7. I mean, I know - I'm sure there are
25   discussions that I'm very happy to not be participating in

1   that may be focused on that, but my instincts tell me that to
2   the extent there's some real issues out here, that they are
3   going to be investigated by somebody in the future, and if
4   turns out that that's not the case, I'm certainly open to
5   hearing someone ask me to appoint someone to do that on
6   behalf of the debtors' estate at the appropriate time.  All
7   right?  Are there any other issues?  I'm going to - So, I
8   think we've addressed the issues raised by - Oh, there was
9   the issue of the injunction.  I think that's very easily
10  dealt with.  You can't get an injunction by filing a motion.
11  I've said it many times before.  You have to file an
12  adversary proceeding under Rule 7001, and you need to meet
13  the criteria to get an injunction and you have to support it
14  by evidence, and without that, I'll deny that.  So I'm going
15  to deny - For the foregoing reasons, I'm going to deny all
16  three motions, and I'd ask the debtors to submit a form of
17  order, please, under certification of counsel.
18           MR. BRADY: Your Honor, we will prepare forms of
19  order for each motion.
20           THE COURT: I think that turns me to cash
21  collateral.  I don't have those papers.  I know they came
22  over yesterday in connection with the motion to shorten,
23  which I granted, but I didn't actually save them, so -
24           MR. WAITE: Your Honor, I can hand up - I have a
25  copy of the motion and a copy of the order; is that helpful