IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) ) Jointly Administered ) |
| Debtors. | ) **Re: Docket No. 3281** ) |

**MOTION OF WILMINGTON TRUST COMPANY FOR ENTRY OF ORDER AUTHORIZING FILING OF ITS UNREDACTED RESPONSE TO THE COMMITTEE'S STANDING MOTION AND CROSS-MOTION TO INTERVENE AND ALL EXHIBITS THERETO UNDER SEAL**

Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of approximately $1.2 billion (the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), by and through its undersigned counsel, hereby moves for entry of an order authorizing Wilmington Trust to file under seal an unredacted version of its Response to the Official Committee's Standing Motion and Cross-Motion to Intervene and all exhibits thereto ("Response and Cross-Motion") pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware. In support of this Motion, the Committee respectfully submits as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion raises a core matter under 28 U.S.C. § 157(b)(2). Venue of these cases and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is found in 11 U.S.C. §§ 105(a) and 107 and Federal Rule of Bankruptcy Procedure 9018 and Local Rule 9018-1.

## BACKGROUND

3. On December 8, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. The Response and Cross-Motion are Wilmington Trust's response to the Committee's Standing Motion [Docket No. 3281] seeking leave and derivative standing for the Committee to commence, prosecute and settle claims and counterclaims on behalf of the Debtors' estates that arise out of or in connection with the Debtors' 2007 LBO transaction.

5. In conjunction with the preparation of the Response and Cross-Motion, Wilmington Trust has obtained information on a confidential basis from the Debtors and many other parties that had a connection with the LBO transaction or its financing. The Response itself, as well as the exhibits thereto, contain confidential information.

6. On December 15, 2009, the Court entered an Order that, among other things, established a document depository for the retention of documents and other information produced pursuant to discovery requests in these cases (the "Depository Order"). Due to the confidential nature of the information contained in many of the documents, the Depository Order expressly provides:

> No Depository Designee or its Designated Representative may use Discovery Documents or Depository Information stamped or otherwise designated as "Financial Institution Highly Confidential Documents", "Highly Confidential — Attorneys' Eyes Only", or "Confidential" in a court filing in these chapter 11 cases unless such documents are filed under seal.

Depository Order 11 f, at 4.  Wilmington Trust has been deemed a Depository Designee pursuant to the Depository Order.   Accordingly, the Depository Order obligates Wilmington Trust to file under seal any document that contains such confidential information, such as the Response and Cross-Motion and exhibits thereto.

## RELIEF REQUESTED

7. Accordingly, by this Motion, Wilmington Trust respectfully requests that the Court enter an order authorizing Wilmington Trust to file an unredacted version of its Response and Cross-Motion under seal to prevent disclosure of any confidential information contained therein.  Wilmington Trust intends to file a redacted version of the Response and Cross-Motion with the Court prior to the hearing scheduled on the Standing Motion.

## BASIS FOR RELIEF

8. Section 107(b) of the Bankruptcy Code authorizes the Court to "protect an entity with respect to trade secret or confidential research, development or commercial information." 11 U.S.C. § 107(b). Bankruptcy Rule 9018 then sets forth the procedure by which a party in interest may obtain a protective order authorizing the filing of a document under seal:

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information . . . .

Fed. R. Bankr. P. 9018. For information covered under section 107(b) of the Bankruptcy Code, "the court is required to protect a requesting party and has no discretion to deny the application." *Video Software Dealers Ass'n v. Orion Pictures Corp. (In re Orion Pictures Corp.)*, 21 F.3d 24, 27 (2d Cir. 1994).

9. The Response and Cross-Motion contains quotations from and paraphrases information that one or more of the parties producing information subject to the Depository

Order has characterized under one of the descriptions set forth in Paragraph f of the Depository Order. Based on Wilmington Trust's obligation under the Depository Order, and in an effort to prevent disclosure of any confidential information contained therein, Wilmington Trust requests that the Court enter an accompanying order authorizing Wilmington Trust to file an unredacted version of its Response and Cross-Motion and all exhibits thereto under seal.

**WHEREFORE**, Wilmington Trust respectfully requests that the Court: (i) enter an order authorizing it to file under seal its Response and Cross-Motion; and (ii) grant such other and further relief as is just and proper under the circumstances.

Dated: February 11, 2010

        BENESCH, FRIEDLANDER, COPLAN
         & ARONOFF LLP

By:    /s/ Jennifer R. Hoover
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Avenue, Suite 801
       Wilmington, DE  19801
       (302) 442-7010  telephone
       (302) 442-7012  facsimile
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

       -and-

       Robert J. Stark, Esquire
       Martin S. Siegel, Esquire
       BROWN RUDNICK LLP
       Seven Times Square
       New York, New York 10036
       (212) 209-4800  telephone
       (212) 209-4801  facsimile

       - and -

William M. Dolan III, Esquire
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600  telephone
(401) 276-2601  facsimile

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*