**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. |
| | ) | |

**ORDER AUTHORIZING FILING UNDER SEAL**

Upon the motion dated February _____, 2010 (the "Motion"), of Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of approximately $1.2 billion (the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), for entry of an order authorizing Wilmington Trust to file under seal an unredacted version of its Response to the Official Committee's Standing Motion and its Cross-Motion to Intervene and all exhibits thereto ("Response and Cross-Motion"); and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED Wilmington Trust is authorized to file its Response and Cross-Motion to the Standing Motion and all exhibits thereto under seal.

Dated: February __, 2010

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge