## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRIBUNE COMPANY**, *et a1.*, | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Citicorp North America, Inc. and Citigroup Global Markets Inc. hereby enters its appearance, by and through its counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in the above-captioned cases be given and served upon the undersigned representatives at the following addresses and telephone numbers:

> Stephen P. Lamb
> John P. DiTomo
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801
> Tel. No. (302) 655-4410
> Fax No. (302) 644-4420
> slamb@paulweiss.com
> jditomo@paulweiss.com

> -and-

Stephen J. Shimshak
Andrew Gordon
David W. Brown
Lauren Shumejda
Stuart McPhail
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Tel. No. (212) 373-3000
Fax No. (212) 757-3990
sshimshak@paulweiss.com
agordon@paulweiss.com
dbrown@paulweiss.com
lshumejda@paulweiss.com
smcphail@paulweiss.com

-and-

Charles E. Davidow
2001 K. Street, N.W.
Washington, DC 20006-1047
Tel. No. (202) 223-7300
Fax No. (202) 223-7420
cdavidow@paulweiss.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of Citicorp North America, Inc. or Citigroup Global Markets Inc.  (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable

herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to rights, claims, actions, defenses, setoffs or recoupments to which Citicorp North America, Inc. or Citigroup Global Markets Inc. may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

February 11, 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


_____*/s/ John P. DiTomo*_____
Stephen P. Lamb (#2053)
John P. DiTomo (#4850)
Brandywine Building
1000 N. West St., Suite 1200
Wilmington, DE 19801
(302) 655-4410
*Attorneys for Citicorp North America, Inc. and Citigroup Global Markets Inc.*