# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | (Jointly Administered) |
| Debtors. | Hearing Date: February 18, 2010 at 10:00 a.m. (ET) |
| | Objection Deadline: February 11, 2010 at 4:00 p.m. (ET) |
| | Re: Docket No. 3363 |

## JOINDER OF MERRILL LYNCH CAPITAL CORPORATION TO J.P. MORGAN CHASE BANK, N.A.'S RESPONSE TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE CLAIMS AND COUNTERCLAIMS OF THE DEBTORS' ESTATES [DKT NO. 3281]

Merrill Lynch Capital Corporation ("Merrill Lynch"), by its attorneys Kaye Scholer LLP and Potter Anderson and Corroon LLP, submits this joinder ("Joinder") to the response (the "Response") of J.P. Morgan Chase Bank ("JPMorgan") to the motion (the "Motion"), dated February 1, 2010, of the Official Committee of Unsecured Creditors (the "Creditors' Committee") for entry of an order granting leave, standing and authority to commence, prosecute and settle claims and counterclaims of the Debtors' estate, and respectfully states as follows:

1. Merrill Lynch joins in the Response and agrees with the positions and objections set forth in the Response. Accordingly, Merrill Lynch files this Joinder in support thereof.

2. Merrill Lynch reserves its rights to specifically respond to the allegations set forth in the Motion and its attached Exhibit A upon the commencement of any claims against Merrill Lynch.

31915896.DOC

**WHEREFORE,** Merrill Lynch respectfully requests that this Court deny the Motion.

Dated: February 11, 2010
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

By: /s/ R. Stephen McNeill

Laurie Selber Silverstein (DE Bar No. 2396)
R. Stephen McNeill (DE Bar No. 5210)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

-and-

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Joseph M. Drayton
425 Park Avenue
New York, New York 10022

*Counsel for Merrill Lynch Capital Corporation*

PAC/953077