# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | (Jointly Administered) |
| Debtors. | Hearing Date: February 18, 2010 at 10:00 a.m. (ET) |
| | Objection Deadline: February 11, 2010 at 4:00 p.m. (ET) |
| | Re: Docket No. 3362 |

## JOINDER OF MERRILL LYNCH CAPITAL CORPORATION TO J.P. MORGAN CHASE BANK, N.A.'S RESPONSE TO MOTION OF WILMINGTON TRUST COMPANY FOR APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(C) OF THE BANKRUPTCY CODE [DKT. NO. 3063]

Merrill Lynch Capital Corporation ("Merrill Lynch"), by its attorneys Kaye Scholer LLP and Potter Anderson and Corroon LLP, submits this joinder ("Joinder") to the response (the "Response") of J.P. Morgan Chase Bank ("JPMorgan") to the motion (the "Motion"), dated January 13, 2010, of the Wilmington Trust Company for appointment of an examiner pursuant to Section 1104(C) of the Bankruptcy Code, and respectfully states as follows:

1. Merrill Lynch joins in the Response and agrees with the positions and objections set forth in the Response. Accordingly, Merrill Lynch files this Joinder in support thereof.

**WHEREFORE,** Merrill Lynch respectfully requests that this Court deny the Motion.

Dated: February 11, 2010
Wilmington, Delaware

        POTTER ANDERSON & CORROON LLP

By: *R. Stephen McNeill*
Laurie Selber Silverstein (DE Bar No. 2396)
R. Stephen McNeill (DE Bar No. 5210)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

-and-

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Joseph M. Drayton
425 Park Avenue
New York, New York 10022

*Counsel for Merrill Lynch Capital Corporation*

PAC/953079