**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) Jointly Administered<br>)<br>) **Re: Docket No. 3364**<br>) |

**MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO WILMINGTON TRUST COMPANY'S (I) CROSS-MOTION TO INTERVENE; AND (II) MOTION TO FILE UNDER SEAL**

Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee, by and through its undersigned counsel, hereby moves this Court for entry of an Order fixing a hearing date, limiting notice and shortening the time to object or respond (the "Motion to Shorten") to the Cross-Motion of Wilmington Trust Company to Intervene Pursuant to Federal Rule of Bankruptcy Procedure 7024 ("Motion to Intervene"), and Motion to File Under Seal [Docket No. 3364]. Wilmington Trust has filed the Motion to Intervene as alternative relief in conjunction with its Response to the Official Committee's Standing Motion ("Standing Motion") [Docket No. 3281], and to the extent that the Court grants the relief requested in the Standing Motion, Wilmington Trust requests a hearing on its Motion to Intervene concurrently therewith. Wilmington Trust is concurrently filing the Motion to Intervene and Motion to File Under Seal (collectively, the "Motions") and is serving the Motions by hand delivery, electronic delivery, or first class mail upon: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee; (d) all Respondents to the Standing Motion; and (e) the parties requesting notice pursuant to Rule 2002.

1.  By way of this Motion to Shorten, Wilmington Trust requests that the Motions be heard on February 18, 2010 at 10:00 a.m., which is the next scheduled omnibus hearing date in

this matter, with objections due on or before February 16, 2010 at 4:00 p.m.  Wilmington Trust avers that no party will suffer any harm by the Court granting the relief requested herein, as the matters raised in the Motion to Intervene and the Motion to File Under Seal are inextricably intertwined with matters already scheduled to be heard by the Court on the hearing on February 18th, including Wilmington Trust's Motion to Appoint an Examiner [Docket No. 3062], and the Standing Motion.

2. With respect to the Motion to File Under Seal, Wilmington Trust's underlying Response to the Standing Motion contains information marked confidential in accordance with previous orders of this Court and must be filed under seal to comply therewith.  With respect to the Motion to Intervene, to the extent that the relief requested by the Committee in its Standing Motion is granted, it is imperative that the Motion to Intervene be heard at the same time so that the interest of Wilmington Trust and the Debtors' Pre-LBO Bondholders, including the PHONES[1] be adequately represented in the adversary proceeding immediately from its commencement.

3. If the Court grants this Motion to Shorten and enters an order fixing a hearing date of February 18, 2010 at 10:00 a.m., prevailing Eastern Time and shortens the time to object or respond to the Motions to February 16, 2010 at 4:00 p.m., Wilmington Trust will serve a copy of such order, and a notice of the Motions, on the same parties who were originally served with the Motions via hand delivery, electronic delivery, or overnight delivery.

WHEREFORE, the Debtor respectfully requests the entry of an Order (a) fixing a hearing date with respect to the Motions; (b) limiting notice thereof; (c) approving shortening the time to object or respond to the Motions; and (d) for such other and further relief as the Court may deem

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in Wilmington Trust's Response to the Committee's Standing Motion.

appropriate.

Dated: February 11, 2010

        BENESCH, FRIEDLANDER, COPLAN
          & ARONOFF LLP

By:   */s/ Jennifer R. Hoover*
      Jennifer R. Hoover, Esquire (No. 5111)
      222 Delaware Avenue, Suite 801
      Wilmington, DE  19801
      (302) 442-7010  telephone
      (302) 442-7012  facsimile
      jhoover@beneschlaw.com

      -and-

      Robert J. Stark, Esquire
      Martin S. Siegel, Esquire
      BROWN RUDNICK LLP
      Seven Times Square
      New York, New York 10036
      (212) 209-4800  telephone
      (212) 209-4801  facsimile

      - and -

      William M. Dolan III, Esquire
      BROWN RUDNICK LLP
      121 South Main Street
      Providence, RI 02903
      (401) 276-2600  telephone
      (401) 276-2601  facsimile

      *Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

3500836v1