**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) Jointly Administered |
|  | ) |
| Debtors. | ) |
|  | ) **Re: Docket No. _____** |

**ORDER GRANTING MOTION TO FIX HEARING DATE ON,
LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND
TO MOTION OF WILMINGTON TRUST COMPANY'S  (I) CROSS-
MOTION TO INTERVENE; AND (II) MOTION TO FILE UNDER SEAL**

AND NOW, this _____ day of February, 2010, upon consideration of Wilmington Trust's Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Wilmington Trust's (i) Cross-Motion to Intervene; and (ii) Motion to File Under Seal (collectively, the "Motions"), it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing on the Motions shall be held on February 18, 2010 at 10:00 a.m., prevailing Eastern Time; and it is further

ORDERED, that any objections to the Motions shall be filed and served not later than February _____, 2010 at 4:00 p.m.; and it is further

ORDERED, that the movant shall cause a copy of the Motions and this Order to be served via overnight mail, hand delivery or electronic delivery within one (1) business day of the date hereof upon the following persons: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) all Respondents; and (e) any other parties who were originally served with the Motions.

BY THE COURT:

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge