# **EXHIBIT E**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
In re:                                       :   Chapter 11
                                             :
ACANDS, INC.,                                :   Case No. 02-12687 (RJN)
                                             :
                    Debtor.                  :   Re: D. I. Nos. 73, 213 and 214
                                             :
---------------------------------------------x

### ORDER

Upon consideration of Travelers Casualty and Surety Company's motion for the appointment of an examiner, pursuant to 11 U.S.C. §§ 1104(c) and 105(a) (the "Motion), appropriate notice having been provided to parties in interest, and good cause appearing therefore, it is hereby

ORDERED that the Motion is granted in part only, for the reasons set forth on the record at the hearing on November 18, 2002; it is further

ORDERED that the United States Trustee, after consultation with parties in interest, shall appoint, subject to the court's approval, one disinterested person to serve as examiner in this case; it is further

ORDERED that the examiner is not to perform any task or take up any duty or in any way perform any work or incur cost to the estate without further order of the Court.

SO ORDERED.

Dated: 12/19, 2002

_____
Hon. Randall J. Newsome
United States Bankruptcy Judge

324639