**SERVICE LIST**

Benesch, Friedlander, Coplan & Aronoff LLP
Attn: Jennifer R. Hoover, Esq.
(Counsel to Wilmington Trust Company)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Cole, Schotz, Meisel, Foreman & Leonard, PA
Attn: Norman L. Pernick, Esq./J. Kate Stickles, Esq.
(Local Counsel for the Debtors_
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Sidley Austin LLP
Attn: Kenneth P. Kansa, Esq.
(Counsel to the Debtors)
One South Dearborn
Chicago, IL 60603

Brown Rudnick, LLP
Attn: Robert J. Stark, Esq./Daniel J. Saval, Esq.
(Counsel to Wilmington Trust Company)
Seven Times Square
New York, NY 10036

Chadborne & Parke, LLP
Attn: Howard Seife, David M. Lemay, Douglas E. Deutsche
(Counsel to the Unsecured Creditors' Comm.)
30 Rockefeller Plaza
New York, NY 10112

Davis Polk & Wardwell, LLP
Attn: Donald S. Bernstein, Esq.
James A Florack, Esq.
Damian S. Schaible, Esq.
(Counsel to JPMorgan Chase Bank, N.A.)
450 Lexington Avenue

Landis, Rath & Cobb, LLP
Attn: Adam G. Landis/Matthew B. McGuire
(Counsel for the Unsecured Creditors Comm.)
919 Market Street, Suite 1800
Wilmington, DE 19801

McCarter & English, LLP
Attn: David Adler, Esq./G. Amanda Mallan, Esq.
(Counsel to Duetsche Bank Trust Company Americas)
245 Park Avenue, 27th Floor
New York, NY 10167

Office of the United States Trustee
Attn: Joseph H. McMahon, Jr., Esq.
United States Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

Pension Benefit Guaranty Corporation
Attn: Frank A. Anderson, Cassandra R. Burton
& Kartar S. Khalsa, Esq.
Office of the Chief Counsel
1200 K. Street, NW
Washington, DC 20005-4026

Richards, Layton & Finger, PA
Attn: Mark D. Collins, Esq.
(Counsel to JPMorgan Chase Bank, N.A.)
Katasha D. Fortune, Esq.
920 North King Street
Wilmington, DE 19801

Stuart Maue
Attn: Linda K. Cooper
Fee Examiner
3840 McKelvey Road
St. Louis, MO 63044

Zwerdlking, Paul, Kahn & Wolly P.C.
Attn: Robert E. Paul, Esq.
(Counsel to Washington-Baltimore Newspaper Guild,
Local 32035, TNG-CWA)
1025 Connecticut Avenue, NW Suite 712
Washington, D.C. 20036-5420