# EXHIBITS A – S

# [FILED UNDER SEAL]