## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on February 11, 2010, he caused copies of the foregoing *Statement of Law Debenture Trust Company of New York in Response to Debtors' Motion for an Order Pursuant to 11 U.S.C. §1121(d) Further Extending Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via electronic mail:

| | |
|---|---|
| Bryan Krakauer, Esq.<br>bkrakauer@sidley.com<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(Counsel to Debtors) | Howard Seife, Esq.<br>hseife@chadbourne.com<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel for Creditors' Committee) |
| Norman Pernick, Esq.<br>J. Kate Stickles , Esq.<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(Counsel to Debtors) | Mark D. Collins, Esq.<br>Robert Stearn, Esq.<br>Drew Sloan, Esq.<br>Collins@rlf.com<br>Dsloan@rlf.com<br>Stearn@rlf.com<br>Richards, Layton, & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(Counsel to JPMorgan Chase – Administrative Agent) |
| Adam G. Landis, Esq.<br>Matthew B McGuire, Esq.<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>adams@lrclaw.com<br>panchak@lrclaw.com<br>dero@lrclaw.com<br>dellose@lrclaw.com<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) | Robert S. Brady, Esq.<br>rbrady@ycst.com<br>Young Conaway Stargatt & Taylor<br>1000 West Street<br>Wilmington, DE 19801<br>(Counsel to the Credit Agreement Lenders) |

| | |
|---|---|
| Cynthia Moh Baldwin, Esq.<br>cbaldwin@eapdlaw.com<br>Edwards Angell Palmer & Dodge<br>919 North Market Street 15th Floor<br>Wilmington, DE 19801 | Office Of The United States Trustee<br>Joseph J. McMahon, Jr., Esq.<br>Joseph.mcmahon@usdoj.gov<br>United States Dept. Of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

William S. Brody, Esq.
wbrody@buchalter.com
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Patrick T. Garvey, Esq.
garveyp@jbltd.com
Johnson & Bell Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL  60603

Michael A. Henry, Esq.
mhenry@grossmcginley.com
Gross McGinley
33 South Seventh Street
Allentown, PA 18105

Jennifer R. Hoover, Esq.
Raymond Lemisch, Esq.
Bradford J. Sandler, Esq.
Jennifer E. Smith, Esq.
jhoover@beneschlaw.com
ehein@beneschlaw.com
rlemisch@beneschlaw.com
bsandler@beneschlaw.com
jsmith@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Dated: February 11, 2010
       Wilmington, Delaware

 /s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)