# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | (Jointly Administered) |
| Debtors. | Re: Docket No. 3366, 3368 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                              ) ss:
COUNTY OF NEW CASTLE )

BE IT REMEMBERED, that on this 12th day of February, 2010, did personally appear before me Subscriber, a Notary for the State and County aforesaid, R. Stephen McNeill, who being by me duly sworn according to law, did depose and say:

1. That he is an attorney duly licensed to practice before the Courts of the State of Delaware and the United States District Court for the District of Delaware, and is an associate with the firm of Potter Anderson & Corroon LLP, counsel for Merrill Lynch Capital Corporation, as Administrative Agent;

2. That on February 11, 2010, he did cause to be served via the Court's ECF system, true and correct copies of the following documents on the persons listed on Exhibit A:

   a) Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to the Motion of the Official Committee of Unsecured Creditors for Entry of An Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of The Debtors' Estates [Dkt No. 3281]

b) Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to Motion of Wilmington Trust Company for Appointment of An Examiner Pursuant To Section 1104(C) Of The Bankruptcy Code [Dkt. No. 3063]

3. That on February 12, 2010, he did cause to be mailed by U.S. Mail, Postage Prepaid true and correct copies of the following document on the persons listed on Exhibit B:

a) Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to the Motion of the Official Committee of Unsecured Creditors for Entry of An Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of The Debtors' Estates [Dkt No. 3281]

b) Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to Motion of Wilmington Trust Company for Appointment of An Examiner Pursuant To Section 1104(C) Of The Bankruptcy Code [Dkt. No. 3063]

Dated this 12th day of February, 2010.

*R. Stephen McNeill*
R. Stephen McNeill

SWORN AND SUBSCRIBED before me the day and year aforesaid.

*Cacia Mauro Batts*
Notary Public
My commission expires:

[Notary Seal: CACIA MAURO BATTS, MY COMMISSION EXPIRES OCT. 15, 2013, NOTARY PUBLIC, STATE OF DELAWARE]