EXHIBIT A

**08-13141-KJC Notice will be electronically mailed to:**

mumford@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com

Michael S. Amato on behalf of Creditor Esther Rhein
mamato@rmfpc.com

Frank A. Anderson on behalf of Creditor Pension Benefit Guaranty Corporation
anderson.frank@pbgc.gov, efile@pbgc.gov

Thomas V. Askounis on behalf of Creditor Banc of America Leasing & Capital, LLC
taskounis@askounisdarcy.com

John M. August on behalf of Creditor Canon U.S.A., Inc.
jaugust@herrick.com, courtnotices@herrick.com

Mary E. Augustine on behalf of Interested Party Cantigny Foundation
maugustine@ciardilaw.com, vfrew@ciardilaw.com

Allison Rebecca Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com

Cynthia Moh Baldwin on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
cbaldwin@eapdlaw.com

Zachary J. Bancroft on behalf of Creditor Orlando Magic Ltd
zachary.bancroft@lowndes-law.com

Ian Connor Bifferato on behalf of Defendant Corie Brown
cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com

Mark M. Billion on behalf of Interested Party CenterPoint Energy Services, Inc.
mbillion@pszjlaw.com

William Pierce Bowden on behalf of Creditor Morgan Stanley Capital Services Inc.
wbowden@ashby-geddes.com

Robert S. Brady on behalf of Interested Party Credit Agreement Lenders
bankfilings@ycst.com

William S. Brody on behalf of Debtor Tribune Company
wbrody@buchalter.com

Glenn A. Brown on behalf of Interested Party Jayne Clement
glenn.brown@realworldlaw.com, noticeme.realworldlaw@gmail.com;mike.pistek@realworldlaw.com

Paul J. Catanese on behalf of Creditor The Nielsen Company (US) LLC
pcatanese@mcguirewoods.com

Camela J. Chapman on behalf of Interested Party Howard County, Maryland
cchapman@co.ho.md.us

William E. Chipman on behalf of Interested Party Barclays Bank PLC
chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com;dellose@lrclaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

M. Blake Cleary on behalf of Interested Party Credit Agreement Lenders
bankfilings@ycst.com

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, cdfricke@vorys.com

Elaine Z. Cole on behalf of Creditor New York State Dept. Of Taxation & Finance
elaine_cole@tax.state.ny.us

Kevin G. Collins on behalf of Attorney Bifferato LLC
kcollins@bifferato.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

Robert L. Cook on behalf of Creditor New York State Dept. Of Taxation & Finance
robert_cook@tax.state.ny.us

Linda K Cooper on behalf of Fee Examiner Stuart Maue
l.cooper@smmj.com

L. Jason Cornell on behalf of Creditor Donna Gerhart Gutman, personal representative to the estate of E. Michael Gutman a/k/a
Michael Gutman a/k/a Elliott M. Gutman
jcornell@foxrothschild.com, dkemp@foxrothschild.com

Scott D. Cousins on behalf of Interested Party Aurelius Capital Management, LP
bankruptcydel@gtlaw.com

Angie M. Cowan on behalf of Interested Party Inernational Association of Machinists Local 126 ("IAM Local 126")
cowan@ask-attorneys.com

John Louis Decker on behalf of Fee Examiner Stuart Maue
j.decker@smmj.com

John D. Demmy on behalf of Creditor The Connecticut Light and Power Company
jdd@stevenslee.com

John Patrick DiTomo on behalf of Interested Party Citicorp North America, Inc. and Citigroup Global Markets, Inc.
jditomo@paulweiss.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Caroline R. Djang on behalf of Creditor LIT Finance, LP
crd@jmbm.com

Thomas F. Driscoll on behalf of Defendant Corie Brown
tdriscoll@bifferato.com

Michael E. Emrich on behalf of Creditor Riverside Claims, LLC.
notice@regencap.com

Margaret Fleming England on behalf of Creditor The Nielsen Company (US) LLC
mengland@eckertseamans.com

Brian G. Esders on behalf of Creditor Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund
besders@abato.com

Justin Cory Falgowski on behalf of Attorney Reed Smith LLP
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Sherry Ruggiero Fallon on behalf of Interested Party Bedford Motor Service, Inc.
sfallon@trplaw.com

Mark E. Felger on behalf of Creditor Twentieth Television, Inc.
mfelger@cozen.com, mmillis@cozen.com

Adolph F. Fellmeth on behalf of Creditor Anton/Bauer
fred.fellmeth@vitecgroup.com

John V. Fiorella on behalf of Creditor Navistar Financial Corp
jfiorella@archerlaw.com

Norman P. Fivel on behalf of Creditor New York State Dept. Of Taxation & Finance
norman.fivel@oag.state.ny.us

Katisha D. Fortune on behalf of Interested Party JPMorgan Chase Bank, N.A.
fortune@rlf.com, rbgroup@rlf.com

Joseph D. Frank on behalf of Creditor Jones Lang LaSalle Americas (Illinois), L.P.
jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com

Jerome Bennett Friedman on behalf of Creditor Isaksen Investments, LLC
jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com

Gregg M. Galardi on behalf of Defendant Warren Beatty
debank@skadden.com;christopher.heaney@skadden.com;larry.morton@skadden.com

Patrick Theodore Garvey on behalf of Debtor Tribune Company
garveyp@jbltd.com, danelskis@jbltd.com

Yonatan Gelblum on behalf of Creditor Internal Revenue Service
yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

Ronald S. Gellert on behalf of Creditor The Nielsen Company (US) LLC
delawarebankruptcy@escm.com;rgellert@eckertseamans.com

Elizabeth Sara Goldberg on behalf of Interested Party Secretary of Labor, U.S. Department of Labor
goldberg.elizabeth@dol.gov

Scott Golden on behalf of Interested Party Abitibi Bowater, Inc.
sagolden@hhlaw.com

Douglas R. Gonzales on behalf of Creditor City of Dania Beach, FL
dgonzales@wsh-law.com

Donald L. Gouge on behalf of Interested Party International Brotherhood of Electrical Workers AFL-CIO Local 4
dgouge@gougelaw.com, lmartin@gougelaw.com

Virginia Whitehill Guldi on behalf of Spec. Counsel Special Counsel to the Official Committee of Unsecured Creditors

vguldi@zuckerman.com

Aaron L. Hammer on behalf of Other Prof. Mercer (US) Inc.
ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

Michael A. Henry on behalf of Debtor Tribune Company
mhenry@grossmcginley.com

Christine Zuehlke Heri on behalf of Interested Party Secretary of Labor, U.S. Department of Labor
heri-christine@dol.gov, sol-chi@dol.gov;goldberg.elizabeth@dol.gov

R. Karl Hill on behalf of Creditor Banc of America Leasing & Capital, LLC
khill@svglaw.com, cday@svglaw.com

Adam Hiller on behalf of Interested Party The Retirement Claimants
ahiller@phw-law.com

Daniel K. Hogan on behalf of Interested Party Anthony LaMantia
dkhogan@dkhogan.com, keharvey@dkhogan.com

Jennifer R. Hoover on behalf of Creditor Wilmington Trust Company
jhoover@beneschlaw.com,
ehein@beneschlaw.com;rlemisch@beneschlaw.com;bsandler@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com

Joseph H. Huston on behalf of Interested Party The Morning Call, Inc.
jhh@stevenslee.com

Ericka Fredricks Johnson on behalf of Interested Party Zurich American Insurance Company
erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com

Nathan Jones on behalf of Creditor US Debt Recovery III, LP
nate@usdrllc.com

Michael Joseph Joyce on behalf of Interested Party Newspaper Guild of New York, CWA Local 31003
mjoyce@crosslaw.com

Susan E. Kaufman on behalf of Interested Party The American Federation of Television and Radio Artists ("AFTRA")
skaufman@coochtaylor.com

William M. Kelleher on behalf of Interested Party Corestaff Services, L.P.
wkelleher@gfmlaw.com

Bryan Krakauer on behalf of Debtor Tribune Company
bkrakauer@sidley.com

Adam G. Landis on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com

Neil Raymond Lapinski on behalf of Interested Party Allen Francisco
nrl@elliottgreenleaf.com

Thomas G. Macauley on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bankr@zuckerman.com

Robert W. Mallard on behalf of Creditor Agfa Corporation
mallard.robert@dorsey.com

Julie A. Manning on behalf of Creditor United HealthCare Insurance Company
bankruptcy@goodwin.com

Katharine L. Mayer on behalf of Creditor Deutsche Bank Trust Company Americas
kmayer@mccarter.com

Garvan F. McDaniel on behalf of Interested Party Law Debenture Trust Company of New York
gmcdaniel@bglawde.com, ydalton@bglawde.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Matthew B. McGuire on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mcguire@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Michelle McMahon on behalf of Creditor CWA/ITV Negotiated Pension Plan
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

R. Stephen McNeill on behalf of Creditor Merrill Lynch Capital Corporation, as Administrative Agent
bankruptcy@potteranderson.com

Dennis A. Meloro on behalf of Interested Party Lauderdale River, Inc.
bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com

Rachel B. Mersky on behalf of Interested Party bkm 3128 Redhill, LLC
rmersky@monlaw.com

George R. Mesires on behalf of Interested Party KTR South Florida LLC
grmesires@uhlaw.com

Curtis S. Miller on behalf of Creditor Comcast Cable Communications, LLC
cmiller@mnat.com, aconway@mnat.com

Carol E. Momjian on behalf of Creditor PA Department of Revenue
cmomjian@attorneygeneral.gov

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Adam Scott Moskowitz on behalf of Creditor ASM Capital III, L.P.
asmcapital@aol.com

Carl D. Neff on behalf of Debtor Tribune Company
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com

Carl D. Neff on behalf of Interested Party Cantigny Foundation
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com

Carl D. Neff on behalf of Interested Party Cantigny Foundation
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com

Jami B. Nimeroff on behalf of Interested Party NBC Universal, Inc.
jnimeroff@bsnlawyers.com

Edward Patrick O'Brien on behalf of Creditor SLG 200 News Owner LLC
eobrien@sbchlaw.com

Mona A. Parikh on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
parikh@lrclaw.com, dero@lrclaw.com,panchak@lrclaw.com,;dellose@lrclaw.com

Norman L. Pernick on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A.
bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com

John C. Phillips on behalf of Creditor Valuation Research Corporation
cah@pgslaw.com;scs@pgslaw.com

Joan E. Pilver on behalf of Creditor STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
joan.pilver@po.state.ct.us

Dana S. Plon on behalf of Creditor Unisys Corporation
dplon@sirlinlaw.com

Patrick J. Reilley on behalf of Debtor Tribune Company
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com

David William Reimann on behalf of Creditor Majestic Realty Co., Yorba Park I, LLC, Yorba Park Sub, LLC
dreimann@reimannlawgroup.com

Jeffrey N. Rich on behalf of Interested Party GreatBanc Trust Company
jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com

Fred B. Ringel on behalf of Creditor Galleria Operating Co LLC
fbr@robinsonbrog.com

Richard A. Robinson on behalf of Attorney Reed Smith LLP
rrobinson@reedsmith.com

Martha E. Romero on behalf of Creditor County of San Bernardino, California
romero@dslextreme.com

Frederick Brian Rosner on behalf of Interested Party Intelsat Corporation
frosner@mrs-law.com, frosner@mrs-law.com

Sommer Leigh Ross on behalf of Creditor Sony Pictures Television
slross@duanemorris.com

John Henry Schanne on behalf of Interested Party PPF OFF Two Park Avenue Owner, LLC
schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com

Michael Alan Schloss on behalf of Interested Party Secretary of Labor, U.S. Department of Labor
schloos.michael@dol.gov

Steven C. Schwendemann on behalf of Fee Examiner Stuart Maue
s.schwendemann@smmj.com

Elaine M Seid on behalf of Creditor Diablo Investment Co.
emseid@mstpartners.com

Maurie J. Shalmone on behalf of Interested Party Longacre Opportunity Fund, L.P.
maurie@longacrellc.com

Joseph Emil Shickich on behalf of Creditor Microsoft Corporation
jshickich@riddellwilliams.com

Laurie Selber Silverstein on behalf of Creditor Merrill Lynch Capital Corporation, as Administrative Agent
bankruptcy@potteranderson.com

Christopher Page Simon on behalf of Interested Party Washington-Baltimore Newspaper Guild, Local 32035, TNG-CWA
csimon@crosslaw.com

Drew G. Sloan on behalf of Interested Party JPMorgan Chase Bank, N.A.
dsloan@rlf.com, rbgroup@rlf.com

Wayne M. Smith on behalf of Interested Party Warner Bros. Television Distribution, Inc.
wayne.smith@warnerbros.com

Patricia K. Smoots on behalf of Creditor The Nielsen Company (US) LLC
psmoots@mcguirewoods.com

James E. Sorenson on behalf of Creditor Florida Self-Insurers Guaranty Association, Inc.
jsorenson@wggdlaw.com, bk@wggdlaw.com

Robert J. Stearn Jr. on behalf of Interested Party JPMorgan Chase Bank, N.A.
stearn@rlf.com, rbgroup@rlf.com

Robert J. Stearn on behalf of Interested Party JPMorgan Chase Bank, N.A.
stearn@rlf.com, rbgroup@rlf.com

J. Kate Stickles on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A.
kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com

J. Kate Stickles on behalf of Debtor Tribune Company
kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

William David Sullivan on behalf of Creditor Diablo Investment Co.
bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com

Jay Teitelbaum on behalf of Creditor Mark Willes
jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com

Christina Maycen Thompson on behalf of Creditor DMD Special Situations Funding LLC
cthompson@cblh.com

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
jdthompson@poynerspruill.com

Edward J. Tredinnick on behalf of Creditor Catellus Development Corporation
etredinnick@greeneradovsky.com

Matthew J. Troy on behalf of Creditor UNITED STATES OF AMERICA
matthew.troy@usdoj.gov

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Deborah Waldmeir on behalf of Creditor State of Michigan, Department of Treasury
waldmeird@michigan.gov, gamep@michigan.gov

Pamela K. Webster on behalf of Creditor Sony Pictures Television
pwebster@buchalter.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

William Douglas White on behalf of Creditor Delmarva Power & Light Company
wdw@mccarthywhite.com, clm@mccarthywhite.ocm

Eric R. Wilson on behalf of Creditor TeleRep, LLC
KDWBankruptcyDepartment@kelleydrye.com

Jeffrey C. Wisler on behalf of Creditor CapitalSource Finance LLC and DMD Special Situations Funding LLC
jwisler@cblh.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Jon Van Senus, by and through his guardian ad litem, Neala Olson
rxza@elliottgreenleaf.com

**08-13141-KJC Notice will not be electronically mailed to:**

57-11 49th Place, LLC
,

Alice Lesmanage More
,

AlixPartners, LLP
,

Alvarez & Marsal North America, LLC
,

Ariel B. Brignole
c/o Timothy Brignole, Esq.
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106

Barger & Wolen, LLP
Attn: Gary A. Bresee
650 California Street
Ninth Floor
San Francisco, CA 94108-2800

Warren Beatty
,

John Bernado
,

C B Blackard on behalf of Interested Party Acxiom Corporation
301 E Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Corey smith Bott on behalf of Creditor Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund
Abato Rubenstein and Abato, PA
809 Gleneagles Court
Suite 320
Baltimore, MD 21286

Broward County Revenue Collection Division
Edward A. Dion, Esq.
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

Ronald K. Brown on behalf of Creditor Gateway Pacific Properties, Inc.
Law Office of Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach, CA 92660

Casey Bukro
2445 Cowper Avenue
Evanston, IL 60201

CF 4242 Bryn Mawr LLC
,

CRP Holdings C, L.P., a Delaware limited liability company
c/o Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave.
Suite 200
Wheaton, IL 60187

Chadbourne & Parke LLP
,

Chicago Portfolio, LLC
EKL Williams PLLC
901 Warrenville Rd. #175
Lisle, IL 60532

Chicago Tribune Company
,

Leslie A Cohen on behalf of Interested Party Kevin Sorbo
Leslie Cohen Law PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

Mark D. Collins on behalf of Interested Party JPMorgan Chase Bank, N.A.
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
collins@RLF.com, rbgroup@rlf.com

Comcast Spotlight
Comcast
c/o Furman Gregory LLC, 75 Federal Stree
Ninth Floor
Boston, Ma 02110

Simone Conigliaro
,

Victoria Conigliaro
,

Timothy J. Conklin on behalf of Creditor Dietz Park
Foster & Buick
2040 Aberdeen Court
Sycamore, IL 60178

James F. Conlan on behalf of Debtor Tribune Company
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

D Elaine Conway on behalf of Attorney Constellation NewEnergy, Inc.
Jackson Walker LLP
Jackson & Walker LLP
1401 McKinney St Ste 1900
Houston, TX 77010

Cop-Hanging Moss, LLC
c/o Todd M. Hoepker, P.A.
P O Box 3311
Orlando, FL 32802-3311

Mayra Cruz
1855 Coble Drive
Deltona, FL 32738

DELOITTE & TOUCHE LLP
,

Daniel J. Edelman, Inc.
,

Daniel L. Miles
,

Davis Polk & Wardwell LLP
,

De Lage Landen Financial Services, Inc.
c/o William E. Callahan, Jr.
LeClairRyan, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 24006-1200

Deloitte Consulting LLP
,

J. Scott Douglass
909 Fannin
suite 1800
Houston, TX 77010

Dow Lohnes PLLC
,

Shawn Dunston
,

Shawon Dunston
,

Epiq Bankruptcy Solutions, LLC
,

Ernst & Young LLP
,

Faggio, Andrew and Jennifer Faggio, his wife

,

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Fisher Printing, Inc.

,

Heather Marie Fossen Forrest on behalf of Creditor Constellation NewEnergy, Inc.
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, TX 75202

Marie Goldenberg
Ruskin Moscou Faltischek, PC
1455 RXR Plaza
Uniondale, NY 11556

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Robert L Hanley on behalf of Creditor St. John Properties, Inc.
Nolan, Plumhoff & Williams, Chtd
Suite 700- Nottingham Centre
502 Washington Ave
Towson, MD 21204

Harris Corporation
c/o Anthony Deglomine, III
1025 W. NASA Blvd.
Mail Stio A-11A
Melbourne, FL 32919

Hogan & Hartson LLP
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Horwood, Marcus & Berk Chartered

,

Howard W. Mylander
746 W. Bitteroot Ct.
Nampa, ID 83686

IBM CORPORATION
c/o Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60181

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")

,

Janice M. Shellenberger

,

Jenner Block LLP

,

Joanna McCormick

,

Jones Day

,

Karolyn M. Walker
1457 W. 37th Street
Riviera Beach, FL 33404

Frank R. Kauders
925 Old Metairie Drive
Metairie, LA 70001-6306

Kevin Millen
,

Landis Rath & Cobb LLP
,

Mitchell Langbert
,

Laura L. Mace
,

Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
Suite 109
West Hartford, CT 06119

Lazard Freres & Co. LLC
30 Rockefeller Plaza
New York, NY 10020

Lazard Frres & Co. LLC
,

George T. Lees, III on behalf of Creditor Schur Packaging Systems, Inc.
Rawle & Henderson, LLP
300 Delaware Ave.
Suite 1015
P.O. Box 588
Wilmington, DE

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Longacre Opportunity Offshore Fund Ltd
810 Seventh Ave, Floor 33
New York, NY 10019

Joshua G. Losardo on behalf of Creditor Enterprise Garage Corp.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

Madeleine Mathias
,

McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606

David McNulty on behalf of Interested Party AAT Communications LLC
517 RT 1 South
suite 1109
Iselin, NJ 08830

Thomas R. Meites on behalf of Defendant Corie Brown
Meites Mulder Mollica & Glink
20 S. Clark Street

Suite 1500
Chicago, IL 60603

Maria Ann Milano on behalf of Creditor Microsoft Corporation
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
cseelhoff@riddellwilliams.com;jshickich@riddellwilliams.com

Kevin Millen
,

Kenneth Miller on behalf of Creditor K Associates, Crenshaw 3840, d/b/a ARKA/Valencia I
Ervin Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Moelis & Company LLC
,

Navistar Leasing Company
425 N. Martingale Road
18th Floor
Schaumburg, IL 60173

Ramona Neal on behalf of Interested Party Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

Orange County Treasurer - Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

PRICEWATERHOUSECOOPERS LLP
,

Parcels, Inc.
,

Chris Parker
,

Paul, Hastings, Janofsky & Walker LLP
,

Personal Plus, Inc.
c/o Kelly Singer
Squire, Sanders & Dempsey LLP
40 N. Central Ave., #2700
Phoenix, AZ 85004

Philip C. Franzese
,

Chuck Philips
,

Postmaster Norfolk
,

R.R. Donnelly & Sons Company
800 Red Brook Boulevard
Owings Mills, MD 21117

Robby S. Wells
P.O. Box 345
Saunemin, IL 61769

Claudia Sanzeri
,

Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

Seyfarth Shaw LLP
,

Sidley Austin LLP
,

Sierra Liquidity Fund, LLC
,

Marc Silver
,

Dean S. Sommer on behalf of Interested Party Young Sommer Ward Ritzenberg Baker & Morre, LLC
Young Sommer Ward Ritzenberg Wooley
Executive Woods
5 Palisades Drive
Albany, NY 12205

South Florida Stadium Corporation
Cohen Seglias Pallas Greenhall & Furman
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801

SunGard Availability Services LP
c/o Maureen A. McGreevey
680 E. Swedesford Road
Wayne, PA 19087

TRB (Creditor DBF, Crednum
Grippo & Elden
111 S. Wacker Dr.
Suite 5100
Chicago, IL 60606

The Commonwealth of Massachusetts Department of Revenue
Litigation Bureau - Bankruptcy Unit
100 Cambridge Street
7th Floor
P.O. Box 9564
Boston, MA 02114

Travelers
ATTN: Mike Lynch-Account Resolution
One Tower Square
MN
Hartford, CT 06183

Marilyn Ann Wethekam on behalf of Attorney Horwood Marcus & Berk Chartered
Horwood Marcus & Berk Chartered
180 North LaSalle Street
Suite 3700
Chicago, IL 60601
amiener@hmblaw.com

tw telecom inc.
10475 Park Meadows Drive
#400
Littleton, CO 80124