IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x

In re:

TRIBUNE COMPANY, et al.,

            Debtors.

: Chapter 11
: Case No. 08-13141 (KJC)
: (Jointly Administered)
:
: Re: Docket No. 3281

---------------------------------x

## JOINDER OF JPMORGAN CHASE BANK N.A.'S TO THE OBJECTION OF MERRILL LYNCH CAPITAL CORPORATION TO WILMINGTON TRUST COMPANY'S MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO ITS CROSS-MOTION TO INTERVENE [DKT. NO. 3369]

JPMorgan Chase Bank N.A. ("JPMorgan"), as Agent for the Debtors' pre-petition senior lenders, by its attorneys Davis Polk & Wardwell LLP hereby joins (the "Joinder") in the objection (the "Objection") of Merrill Lynch Capital Corporation to the motion (the "Motion"), dated February 11, 2010, of Wilmington Trust Company to Fix Hearing Date On, Limit Notice, and Shorten Time to Object or Respond to its Cross-Motion to Intervene. In support of the Joinder, JPMorgan states as follows:

1.    JPMorgan joins in the Objection and agrees with the arguments set forth in the Objection. Accordingly, JPMorgan files this Joinder in support of the Objection for the reasons stated therein.

WHEREFORE, JPMorgan respectfully requests that this Court deny the Motion.

Dated: February 12, 2010
       Wilmington, Delaware

Respectfully submitted,

_____
Dennis E. Glazer
Karen E. Wagner
Sharon Katz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*