## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br> (Jointly Administered) <br><br> **Re: Docket Nos. 3362, 3363, 3382** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Tracy A. Cameron, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 12th day of February, 2010 she caused a copy of the following to be served on the attached list as indicated:

- JPMorgan Chase Bank, N.A.'s Response to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code [Docket. No. 3362]

- JPMorgan Chase Bank, N.A.'s Response to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates [Docket No. 3281]

- JPMorgan Chase Bank, N.A.'s (I) Response to Motion of Aurelius Capital Management, LP for Expedited Consideration of Objection to Motion for the Entry of an Order Authorizing Filing of Exhibit Under Seal [Docket No. 3353]; and (II) Reply to Objection of Aurelius Capital Management, LP to Motion for Entry of an Order Authorizing Filing of Exhibit Under Seal [Docket No. 3353] [Docket No. 3382]

Dated: February 12, 2010
      Wilmington, Delaware

*/s/ Tracy A. Cameron*
Tracy A. Cameron, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 12th day of February, 2010.

*/s/ Lesley A. Morris*
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3537594v 1

## SERVICE LIST

Garvan F. McDaniel
Bifferato, Gentilotti
800 North King Street, Plaza Level
Wilmington, Delaware 19801
*Via Hand Delivery*

Adam G. Landis
Matthew B. McGuire
Mona A. Parikh
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
*Via Hand Delivery*

Robert S. Brady
M. Blake Cleary
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building - 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391
*Via Hand Delivery*

Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
Cole, Shotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*Via Hand Delivery*

David S. Rosner
Andrew K. Glenn
Matthew B. Stein
Sheron Korpus
Daniel A. Fliman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
*Via First Class Mail*

Howard Seife
Davis M. LeMay
Douglas E. Deutsch
Alexandra K. Nellos
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*Via First Class Mail*

Bruce Bennett
James O. Johnston
Joshua D. Morse
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
*Via First Class Mail*

James F. Conlan
Bryan Krakauer
Janet E. Henderson
Jillian K. Ludwig
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*Via First Class Mail*


## **SERVICE LIST**

Laura Davis Jones
Mark M. Billion
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Via Hand Delivery*

Daniel H. Golden
Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*Via First Class Mail*

Katherine L. Mayer
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Via Hand Delivery*

David J. Adler
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167
*Via First Class Mail*

United States Trustee
844 King Street, Rooms 2207
Lockbox # 35
Wilmington, DE 19899
*Via Hand Delivery*