# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | (Jointly Administered) |
|  |  |
| Debtors. | Re: Docket No. 3281, 3063 |
|  | **Hearing Date: Feb. 18, 2010 at 10:00 a.m.** |
|  | **Objection Deadline: Feb. 12, 2010 at 4:00 p.m.**[1] |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### LIMITED JOINDER OF BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC TO J.P. MORGAN CHASE BANK, N.A.'S AND THE CREDIT AGREEMENT LENDERS' RESPONSES TO (I) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE CLAIMS AND COUNTERCLAIMS OF THE DEBTORS' ESTATES AND (II) MOTION OF WILMINGTON TRUST COMPANY FOR APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(C) OF THE BANKRUPTCY CODE

Bank of America, N.A. and Banc of America Securities LLC (collectively, "Bank of America") file this limited joinder (the "Limited Joinder") to the responses and objections of JPMorgan Chase Bank, N.A. ("JPMorgan") and the Credit Agreement Lenders (as defined in their Objections) to (i) the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (the "Standing Motion") and (ii) the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(C) of the Bankruptcy Code (the "Examiner

---

[1] The United States Bankruptcy Court for the District of Delaware was closed on February 11, 2010 due to inclement weather.  Pursuant to Federal Rule of Bankruptcy Procedure 9006(a), the objection deadline became February 12, 2010.

Motion"). In support of this Limited Joinder, Bank of America respectfully submits as follows:

***The Standing Motion***

1.       Bank of America joins in JPMorgan's Response to the Standing Motion ("JPMorgan's Standing Response") and the Credit Agreement Lenders' Objection to the Standing Motion ("Credit Agreement Lenders' Standing Objection"), and objects to the Standing Motion on the grounds stated in JPMorgan's Standing Response and the Credit Agreement Lenders' Standing Objection.

***The Examiner Motion***

2.       Bank of America joins in the arguments and assertions set forth in the Credit Agreement Lenders' Objection to the Examiner Motion ("Credit Agreement Lenders' Examiner Objection") that the appointment of an examiner is unnecessary and inappropriate in these chapter 11 cases, and objects to the Examiner Motion on the grounds stated in Credit Agreement Lenders' Examiner Objection concerning the necessity and appropriateness of the appointment of an examiner in these chapter 11 cases.

3.       Bank of America joins in the arguments and assertions set forth in JPMorgan's Response to the Examiner Motion ("JPMorgan's Examiner Response") that the appointment of an examiner is unnecessary and inappropriate in these chapter 11 cases, and objects to the Examiner Motion on the grounds stated in JPMorgan's Examiner

Response concerning the necessity and appropriateness of the appointment of an examiner in these chapter 11 cases.

WHEREFORE, for the reasons set forth herein, Bank of America respectfully requests that this Court deny the Standing Motion and the Examiner Motion.

Dated: February 12, 2010          Respectfully submitted,
      Wilmington, Delaware

                         PEPPER HAMILTON LLP

                     By: /s/ David B. Stratton
                       David B. Stratton (Bar No. 960)
                       John H. Schanne, II (Bar No. 5260)

                       -and-

                       Bradley J. Butwin
                       Daniel L. Cantor
                       Steven A. Rosenstein
                       O'MELVENY & MYERS LLP
                       Times Square Tower
                       7 Times Square
                       New York, New York  10036
                       (212) 326-2000

                       -and-

                       Evan M. Jones
                       O'MELVENY & MYERS LLP
                       400 South Hope Street
                       Los Angeles, CA 90071
                       (213) 430-6000

                       *Attorneys for Bank of America, N.A and Banc of America Securities LLC*