IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 11th day of February, 2010, she caused a copy of the following:

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO MOTION OF WILMINGTON TRUST COMPANY FOR APPOINTMENT OF AN
EXAMINER [D.I. 3360]**

to be served upon the parties identified on the attached list in the manner indicated.

*/s/ Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 12th day of February, 2010.

*/s/ Michelle M. Dero*
Notary Public
My Commission Expires:

MICHELLE M. DERO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 13, 2010

{698.001-W0005883.}698.001-W0005881

# Tribune Company, et al.
## 08-13141 (KJC)

## Service List

*Via Electronic Mail*
(Counsel to Wilmington Trust Company)
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Email:  jhoover@beneschlaw.com

*Via Electronic Mail*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Email:  rstark@brownrudnick.com
Email:  msiegel@brownrudnick.com

*Via Electronic Mail*
(Counsel to Wilmington Trust Company)
William M. Dolan, Esq.
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903
Email:  wdolan@brownrudnick.com