**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------x
In re:                                          :      Chapter 11 Cases
                                                :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :      (Jointly Administered)
                                                :
                        Debtors.                :
-------------------------------------------------------x
```

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK
TO THE MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING LEAVE,
STANDING AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE
CLAIMS AND COUNTERCLAIMS OF THE DEBTORS' ESTATES**

Law Debenture Trust Company of New York ("Law Debenture"), successor trustee under that certain Indenture, dated March 19, 1996, between Tribune Company ("Tribune" and with its subsidiaries the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7.25% Debentures due 2096 (as amended, the "Indenture"), as fiduciary for the interests of more than 18% of the Debtors' bondholders, by and through its undersigned counsel, hereby joins (the "Joinder") the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Dkt. No. 3281) (the "Motion") and respectfully represents as follows:[1]

1.  Law Debenture joins in the Motion and supports the legal and factual arguments set forth therein.

2.  Law Debenture reserves its rights to augment this Joinder and to respond to the (i) Debtors' Response and Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Dkt. No. 3371)

---

[1] The Committee granted Law Debenture a one-day extension to file this joinder.

1971563v1

("Debtors' Response"); (ii) J.P. Morgan Chase Bank, N.A.'s Response to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Dkt. No. 3363) ("JPM's Response"); (iii) Credit Agreement Lenders' Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Dkt. No. 3374) ("Credit Agreement Lenders' Response"); and (iv) Response of Wilmington Trust Company, as Indenture Trustee, to the Official Creditors' Committee's Standing Motion and Cross Motion for Order Authorizing Intervention in any Resulting Estate Litigation (Dkt. No. 3377) ("WTC's Response").

WHEREFORE, Law Debenture respectfully requests that the Court grant the Motion in its entirety.

Dated: Wilmington, Delaware
February 12, 2010

/s/ Garvan F. McDaniel
Garvan F. McDaniel (DE No. 4167)
Bifferato Gentilotti LLC
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*

1971563v1