# CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on February 12, 2010, he caused copies of the foregoing *Joinder of Law Debenture Trust Company of New York to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via electronic mail:

Bryan Krakauer, Esq.
bkrakauer@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Norman Pernick, Esq.
J. Kate Stickles , Esq.
npernick@coleschotz.com
kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to Debtors)

Adam G. Landis, Esq.
Matthew B McGuire, Esq.
landis@lrclaw.com
mcguire@lrclaw.com
adams@lrclaw.com
panchak@lrclaw.com
dero@lrclaw.com
dellose@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Howard Seife, Esq.
hseife@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for Creditors' Committee)

Mark D. Collins, Esq.
Robert Stearn, Esq.
Drew Sloan, Esq.
Collins@rlf.com
Dsloan@rlf.com
Stearn@rlf.com
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
(Counsel to JPMorgan Chase – Administrative Agent)

Robert S. Brady, Esq.
rbrady@ycst.com
Young Conaway Stargatt & Taylor
1000 West Street
Wilmington, DE 19801
(Counsel to the Credit Agreement Lenders)

| | |
|---|---|
| Cynthia Moh Baldwin, Esq.<br>cbaldwin@eapdlaw.com<br>Edwards Angell Palmer & Dodge<br>919 North Market Street 15th Floor<br>Wilmington, DE 19801 | Office Of The United States Trustee<br>Joseph J. McMahon, Jr., Esq.<br>Joseph.mcmahon@usdoj.gov<br>United States Dept. Of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

William S. Brody, Esq.
wbrody@buchalter.com
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Patrick T. Garvey, Esq.
garveyp@jbltd.com
Johnson & Bell Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL  60603

Michael A. Henry, Esq.
mhenry@grossmcginley.com
Gross McGinley
33 South Seventh Street
Allentown, PA 18105

Jennifer R. Hoover, Esq.
Raymond Lemisch, Esq.
Bradford J. Sandler, Esq.
Jennifer E. Smith, Esq.
jhoover@beneschlaw.com
ehein@beneschlaw.com
rlemisch@beneschlaw.com
bsandler@beneschlaw.com
jsmith@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Dated:  February 12, 2010
           Wilmington, Delaware

                                              /s/ Garvan F. McDaniel
                                              Garvan F. McDaniel (No. 4167)