IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x
                                              :
In re:                                  :        Chapter 11
                                              :
TRIBUNE COMPANY, et al.,         :        Case No. 08-13141 (KJC)
                                             :        (Jointly Administered)
               Debtors.         :
                                             :
--------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

Joseph Monzione, being duly sworn, deposes, and says:

      1.     I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

      2.     On February 11, 2010, I caused to be served copies of the following documents on the persons set forth on the attached service list:

              (i)     **Notice of Appearance and Request for Service of Papers**; and

              (ii)    **Limited Joinder of Citicorp North America, Inc. and Citigroup Global Markets Inc. to (I) J.P. Morgan Chase Bank, N.A.'s Responses and (II) the Credit Agreement Lenders' Objections to (A) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (B) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(C) of the Bankruptcy Code**

      3.     I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be served in the manner indicated on the attached service list.

      4.     I also caused such service to be made on all counsel of record in this action via the Court's electronic case filing system.

/s/ Joseph Monzione  
Joseph Monzione

Sworn to before me this  
12th day of February, 2010

<u>/s/ Maurice Tattnall</u>  
Notary Public  
State of New York  
No. 01TA6018000  
Qualified in Kings County  
Certificate Filed in New York County  
Commission Expires December 21, 2010

**SERVICE LIST**

**By Electronic Mail (E-mail)**

adams@lrclaw.com; panchak@lrclaw.com; dero@lrclaw.com;
dellose@lrclaw.com; butcher@lrclaw.com; cbaldwin@eapdlaw.com;
wbrody@buchalter.com; garveyp@jbltd.com; danelskis@jbltd.com;
mhenry@grossmcginley.com; jhoover@beneschlaw.com; ehein@beneschlaw.com;
rlemisch@beneschlaw.com; bsandler@beneschlaw.com; jsmith@beneschlaw.com;
docket@beneschlaw.com; bkrakauer@sidley.com; gmcdaniel@bglawde.com;
ydalton@bglawde.com; kstickles@colescholtz.com; npernick@coleschotz.com;
pratkowiak@coleschotz.com; svandyk@coleschotz.com; dsloan@rlf.com;
stearn@rlf.com; mcollins@ysct.com; sharon.katz@davispolk.com;
donald.bernstein@davispolk.com; damian@schaible@davispolk.com;
jdrayton@kayescholer.com; mprimoff@kayescholer.com; bbutwin@omm.com;
dcantor@omm.com; bennettb@hbdlawyers.com; johnstonj@hbdlawyers.com;
morsej@hbdlawyers.com

**By Federal Express**

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Howard Seife
David M. Lemay
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**By Federal Express (cont'd)**

Norman L. Pernick
J. Kate Stickles
Cole Schotz Meisel Forman & Leonard, PA
1000 North West Street, Suite 1200
Wilmington, DE 19801

Norman L. Pernick
J. Kate Stickles
Cole Schotz Meisel Forman & Leonard, PA
1000 North West Street, Suite 1200
Wilmington, DE 19801