**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, et al., | : Case No. 08-13141 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Related Docket No. 3389** |
| | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>DECLARATION OF SERVICE</u>**

I, David B. Stratton, hereby declare that on the 12<u>th</u> day of February, 2010, I caused the following to be served upon the party listed on the attached service list by first-class mail, postage prepaid, or in the manner indicated.

> *Limited Joinder of Bank of America, N.A. and Banc of America Securities LLC to J.P. Morgan Chase Bank, N.A.'s and the Credit Agreement Lenders' Responses to (I) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (II) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(C) of the Bankruptcy Code (Docket No. 3389)*

Dated: February 12, 2010
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ David B. Stratton
David B. Stratton (Bar No. 960)
John H. Schanne, II (Bar No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801-1709
Tel: 302-777-6500
Fax: 302-421-8390

*Attorneys for Bank of America, N.A and Banc of America Securities LLC*

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street
Wilmington, DE 19801
**Hand Deliver**

Graeme W. Bush, Esq.
1800 M. Street, N.W.
Suite 1000
Washington, DC 20036

Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801
**Hand Deliver**

Robert J. Stark, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

William M. Dolan, III, Esq.
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903

Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Foreman & Leonard, PA
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
**Hand Deliver**

Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Howard Seife, Esq.
Chadborne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

Donald S. Bernstein, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10112

Adam G. Landis, Esq.
Landis, Rath & Cobb, LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
**Hand Deliver**

David Adler, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167

Joseph H. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801
**Hand Deliver**

Frank A. Anderson
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Mark D. Collins, Esq.
Richards Layton & Finger, PA
920 N. King Street
Wilmington, DE 19801
**Hand Deliver**

Stuart Maue
Attn: Linda K. Cooper
Fee Examiner
3840 McKelvey Road
St. Louis, MO 63044

Robert E. Paul, Esq.
Zwerdlking, Paul, Kahn & Wolly P.C.
Local 32035, TNG-CWA
1025 Connecticut Avenue, NW
Suite 712
Washington, DC 20036-5420