David M. Powlen
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Phone:  (302) 888-4536
Email:  david.powlen@btlaw.com

Attorneys for Morgan Stanley & Co., Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Cases No.: 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

David M. Powlen of Barnes & Thornburg LLP hereby appears in the above-captioned cases as counsel for Morgan Stanley & Co., Inc., and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be served upon him at the following address, and that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> David M. Powlen
> BARNES & THORNBURG LLP
> 1000 North West Street, Suite 1200
> Wilmington, DE 19801
> Phone:  (302) 888-4536
> Email:  david.powlen@btlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise, and encompasses all notices required to be served

1

under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

Neither this Appearance nor any subsequent pleading, proof of claim or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the cases.

Dated: February 12, 2010

/s/ David M. Powlen
David M. Powlen (DE No. 4978)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 888-4536
E-Mail: david.powlen@btlaw.com
*Attorneys for Morgan Stanley & Co., Inc.*

INDS01 KFRANK 1183139v1