IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) ) Jointly Administered ) |
| Debtors. | ) ) Re: Docket No. **3369** |

### ORDER GRANTING MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO MOTION OF WILMINGTON TRUST COMPANY'S (I) CROSS-MOTION TO INTERVENE; AND (II) MOTION TO FILE UNDER SEAL

AND NOW, this 12th day of February, 2010, upon consideration of Wilmington Trust's Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Wilmington Trust's (i) Cross-Motion to Intervene; and (ii) Motion to File Under Seal (collectively, the "Motions"), * it is hereby DENIED

ORDERED, that the Motion to Shorten is ~~granted~~; and it is further

ORDERED, that a Status hearing on the Motions shall be held on February 18, 2010 at 10:00 a.m., prevailing Eastern Time; and it is further

~~ORDERED, that any objections to the Motions shall be filed and served not later than February __, 2010 at 4:00 p.m.; and it is further~~

ORDERED, that the movant shall cause a copy of the Motions and this Order to be served via overnight mail, hand delivery or electronic delivery within one (1) business day of the date hereof upon the following persons: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) all Respondents; and (e) any other parties who were originally served with the Motions.

BY THE COURT:

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge

* and upon consideration of the objections thereto (docket nos. 3363, 3367)