# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF GRAEME W. BUSH
## IN SUPPORT OF THE COMMITTEE'S MOTION FOR STANDING AND IN
## OPPOSITION TO WILMINGTON TRUST'S MOTION TO APPOINT AN EXAMINER

I, GRAEME W. BUSH, depose and say as follows:

1. I am a member of the law firm of Zuckerman Spaeder LLP, special counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned proceeding. I am fully familiar with the facts set forth herein. I submit this affidavit in support of the Committee's Motion for Entry of an Order Granting Leave, Standing and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and in opposition to Wilmington Trust Company's Motion for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code.

2. The Committee, by and through its counsel, has diligently and expeditiously conducted an extensive investigation of potential claims relating to the 2007 LBO transaction of the Tribune Company (the "Company"). In so doing, the Committee has issued document requests to at least 46 relevant parties and taken depositions of seven key witnesses to the events at issue. The Committee's vigorous efforts to obtain comprehensive Rule 2004 discovery in support of its investigation remain ongoing.

### Discovery Requests

3. Since the inception of its investigation, the Committee has made discovery requests under Rule 2004 of the Federal Rules of Bankruptcy Procedure of all relevant parties to the 2007 LBO transaction. The parties on whom document requests have been served and the dates of the document request are listed on Exhibit A. Whenever the Committee's counsel determined that follow-up with a producing party was required, such follow-up inquiry was, and continues to be, completed in a thorough and diligent manner. Inasmuch as the requests made for documents should not be in dispute, I have not attached copies of each of the letters referenced on Exhibit A, but the Committee will make them available to the Court should the Court desire or if another party contests that the requests were made.

**Document Depository**

4. In order to facilitate efficient access by interested parties to the documents obtained by the Committee through its numerous Rule 2004 discovery requests, the Committee's counsel participated in the creation of a document depository to house all such materials.

5. Pursuant to an order of the Court dated December 15, 2009, a document depository was created and has been regularly updated for use by all interested parties through timely delivery by the Committee of production materials it has received on an ongoing basis.

6. The documents that are in the document depository are the documents that were produced by parties pursuant to the document requests summarized above and reflected on Exhibit A. As of February 14, 2010, the depository contained 271,403 documents, totaling 3,274,066 pages.

**Depositions**

7. In addition to the document requests summarized above and reflected on Exhibit A, the Committee also took Rule 2004 depositions of several key witnesses to events related to the 2007 LBO transaction.

Ben Buetell of Houlihan Lokey was deposed on December 2, 2009.

Chad Rucker of VRC was deposed on December 3, 2009.

Bryan Browning of VRC was deposed on December 4, 2009.

Harry Amsden, a Company executive, was deposed on December 16, 2009.

Elyse Bluth of Duff & Phelps LLC was deposed on December 17, 2009.

John Kowalczuk of JPMorgan was deposed on January 20, 2010.

Rajesh Kapadia of JPMorgan was deposed on January 22, 2010.

**Legal and Financial Analysis**

8.   In addition to the factual discovery summarized above, the Committee professionals have engaged in extensive evaluation of the possible claims arising from the LBO transaction and the legal basis for the claims and any defenses that may exist.

9.   Likewise, the Committee Professionals have worked with the financial advisors and experts to conduct an extensive and thorough evaluation of the impact of the 2007 LBO transactions on the solvency of the Debtors.

I declare under penalties of perjury that the foregoing is true to the best of my knowledge, information and belief.

_____
Graeme W. Bush

| EXHIBIT A ||
|---|---|
| **Date of Request** | **Party** |
| March 13, 2009 | Debtors |
| March 26, 2009 | JPMorgan Chase Bank, N.A. (acted as a lender to the Company with respect to the 2007 LBO transaction) |
| May 13, 2009 | JPMorgan Chase Bank, N.A. (amended request) |
| May 14, 2009 | Merrill Lynch Capital Corporation (Merrill Lynch entities acted as both lender to the Company and as financial advisor to the Company's board of directors with respect to the 2007 LBO transaction) |
| June 26, 2009 | Merrill Lynch (amended request) |
| April 13, 2009 | Valuation Research Corporation ("VRC) (provided three solvency opinions to the Company's board of directors in connection with the 2007 LBO transaction) |
| April 29, 2009 | Chandler Trusts No. 1 and 2 (among the largest shareholders in the Company prior to the consummation of the 2007 LBO transaction) |
| April 21, 2009 | Jeffrey Chandler (a Chandler Trusts representative on the Company's board of directors prior to the consummation of the 2007 LBO transaction) |
| April 21, 2009 | Roger Goodan (a Chandler Trusts representative on the Company's board of directors prior to the consummation of the 2007 LBO transaction) |
| April 21, 2009 | William Stinehart, Jr. (a Chandler Trusts representative on the Company's board of directors prior to the consummation of the 2007 LBO transaction) |
| April 29, 2009 | Robert R. McCormick Tribune Foundation (the "McCormick Foundation") (among the largest shareholders in the Company prior to the consummation of the 2007 LBO transaction) |
| May 29, 2009 | Cantigny Foundation (among the largest shareholders in the Company prior to the consummation of the 2007 LBO transaction) |

| April 30, 2009 | Duff & Phelps LLC (the financial advisor to the ESOP with respect to the 2007 LBO transaction) |
|---|---|
| May 7, 2009 | CitiGroup Global Markets, Inc. ("Citigroup")(Citigroup entities acted as both lender to the Company and as financial advisor to the Company's board of directors with respect to the 2007 LBO transaction) |
| May 7, 2009 | Morgan Stanley & Co. Incorporated ("Morgan Stanley")(the financial advisor to the special committee of the Company's board of directors with respect to the 2007 LBO transaction) |
| June 29, 2009 | Goldman, Sachs & Co. ("Goldman Sachs") (party to an underwriting agreement pursuant to which the Company purchased shares from the Chandler Trusts in connection with the 2007 LBO transaction) |
| July 2, 2009 | Navigant Consulting, Inc. (retained by Tribune to provide company valuations for tax purposes in connection with the 2007 LBO transaction) |
| July 30, 2009 | Houlihan Lokey (approached by the Company with regard to providing a solvency opinion in connection with the 2007 LBO transaction) |
| July 31, 2009 | Rustic Canyon Partners (advised certain Chandler Trust board members) |
| September 2, 2009 | Standard & Poor's Rating Service (issued credit ratings for the Company during 2007) |
| September 18, 2009 | Murray, Devine, & Co. (apparently conducted solvency analysis for the lenders in connection with the 2007 LBO transaction) |
| April 27, 2009 | Sam Zell |
| May 8, 2009 | EGI-TRB, LLC, and Sam Investment Trust (entities affiliated with Mr. Zell in connection with the 2007 LBO transaction) |
| May 11, 2009 | Chai Trust Company, LLC (entity affiliated with Mr. Zell in connection with the 2007 LBO transaction) |
| May 11, 2009 | TESOP, Tesop Corporation and GreatBanc Trust Company (parties to the agreement pursuant to which the Company became wholly owned by the ESOP in |

| | |
|---|---|
| | connection with the 2007 LBO transaction) |
| October 26, 2009 | Bank of America, N.A. (Bank of America entities were among the lead banks for the May and December 2007 loan facilities provided to the Company) |
| October 26, 2009 | Barclay's Bank PLC (one of the lead banks for the May 2007 loan facility) |
| November 20, 2009 | Moody's Investors Service (issued credit ratings for the Company in 2007) |
| December 10, 2009 | Blackstone Group L.P. (acted as financial advisor to the McCormick Foundation in connection with the 2007 LBO transaction) |
| November 6, 2009 | Bank of Tokyo-Mitsubishi UFJ, Ltd. (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |
| November 6, 2009 | Bayern LB (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |
| November 20, 2009 | Cerberus Capital Management, L.P. (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |
| November 6, 2009 | Mizuho Corporate Bank, Ltd. (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |
| November 6, 2009 | Rabobank International, Ltd. (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |
| November 6, 2009 | Raymond James Bank FSB (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |
| November 6, 2009 | United Overseas Bank Ltd. (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |
| November 6, 2009 | U.S. Bancorp (upon information and belief, declined to participate in a loan facility in connection with the 2007 LBO transaction) |

| | |
|---|---|
| April 21, 2009 | Dudley S. Taft (member of the Company's board of directors at the time the 2007 LBO transaction was approved) |
| April 21, 2009 | Dennis J. FitzSimons (officer of the Company and a member of the Company's board of directors at the time the 2007 LBO transaction was approved) |
| April 21, 2009 | J. Christopher Reyes (member of the Company's board of directors at the time the 2007 LBO transaction was approved) |
| April 21, 2009 | William A. Osborn (member of the Company's board of directors at the time the 2007 LBO transaction was approved) |
| April 21, 2009 | Enrique Hernandez, Jr. (member of the Company's board of directors at the time the 2007 LBO transaction was approved) |
| April 21, 2009 | Robert S. Morrison (member of the Company's board of directors at the time the 2007 LBO transaction was approved) |
| April 21, 2009 | Betsy D. Holden (member of the Company's board of directors at the time the 2007 LBO transaction was approved) |
| April 21, 2009 | Miles D. White (member of the Company's board of directors at the time the 2007 LBO transaction was approved) |