**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) ) ) | Case No. 08-13141 (KJC) Jointly Administered |
| Debtors. | ) ) ) | **Re: Docket No. _____** |

**ORDER AUTHORIZING FILING UNDER SEAL**

Upon the motion dated February _____, 2010 (the "Motion"), of Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of approximately $1.2 billion (the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), for entry of an order authorizing Wilmington Trust to file under seal the unredacted Declaration of Martin S. Siegel In Further Support of the Motion ("Motion") of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code and certain exhibits thereto pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED Wilmington Trust is authorized to file the unredacted Declaration and the exhibits referenced in the Motion under seal.

Dated: February __, 2010

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge