**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | ) Chapter 11 |
| ) | ) |
| TRIBUNE COMPANY, *et al.*, ) | ) Case No. 08-13141 (KJC) |
| ) | ) Jointly Administered |
| Debtors. ) | ) |
| ) | ) **Re: Docket No. 3422** |

**MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO WILMINGTON TRUST COMPANY'S**
**MOTION TO FILE UNDER SEAL**

Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee, by and through its undersigned counsel, hereby moves this Court for entry of an Order fixing a hearing date, limiting notice and shortening the time to object or respond (the "Motion to Shorten") to the Motion to file under seal the unredacted Declaration of Martin S. Siegel in Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner[1] Pursuant to Section 1104(c) of the Bankruptcy Code and certain exhibits thereto pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware ("Motion to File Under Seal"). Wilmington Trust is concurrently filing the Motion to File Under Seal and is serving the Motion to File Under Seal by hand delivery, electronic delivery, or overnight mail upon: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee; and (d) all parties who were served with the Examiner Motion.

---

[1] Wilmington Trust's Motion to Appoint an Examiner was filed on January 13, 2010 at Docket No. 3062 (the "Examiner Motion").

1. By way of this Motion to Shorten, Wilmington Trust requests that the Motion to File Under Seal be heard on February 18, 2010 at 10:00 a.m., which is the next scheduled omnibus hearing date in this matter, with objections due on or before February 17, 2010 at 4:00 p.m., or such other time as set by the Court. Wilmington Trust avers that no party will suffer any harm by the Court granting the relief requested herein, as the relief requested in the Motion to File Under Seal is related to and in further support of the Examiner Motion which is already scheduled to be heard by the Court on the hearing on February 18th.

2. With respect to the Motion to File Under Seal, the Declaration and certain exhibits thereto contain information marked confidential in accordance with previous orders of this Court and must be filed under seal to comply therewith.

3. If the Court grants this Motion to Shorten and enters an order fixing a hearing date of February 18, 2010 at 10:00 a.m., prevailing Eastern Time and shortens the time to object or respond to the Motions to February 17, 2010 at 4:00 p.m. or such other time as set by the Court, Wilmington Trust will serve a copy of such order, and a notice of the Motion, on the same parties who were originally served with the Motions via hand delivery, electronic delivery, or overnight delivery.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Debtor respectfully requests the entry of an Order (a) fixing a hearing date with respect to the Motion; (b) limiting notice thereof; (c) approving shortening the time to object or respond to the Motion; and (d) for such other and further relief as the Court may deem appropriate.

Dated: February 16, 2010

        BENESCH, FRIEDLANDER, COPLAN
          & ARONOFF LLP

By:   */s/ Jennifer R. Hoover*
      Jennifer R. Hoover, Esquire (No. 5111)
      222 Delaware Avenue, Suite 801
      Wilmington, DE  19801
      (302) 442-7010  telephone
      (302) 442-7012  facsimile
      jhoover@beneschlaw.com

-and-

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800  telephone
(212) 209-4801  facsimile

- and -

William M. Dolan III, Esquire
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600  telephone
(401) 276-2601  facsimile

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

3503879v1