# EXHIBIT A

**Satisfied Claims**

5155701

## TRIBUNE COMPANY, ET AL

### OMNIBUS OBJECTION 15: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AP WIDEWORLD PHOTOS<br>ATTN: ANN MARIE CASALE<br>450 W 33 ST<br>NEW YORK, NY 10001 | 08-13184 | KWGN Inc. | 06/10/2009 | 4378 | $1,225.58 | Paid via check number 22915 on 11/20/09. |
| 2 | BALTIMORE BUSINESS JOURNAL<br>ELIEEN SIBERFIELD<br>111 MARKET PLACE 720<br>BALTIMORE, MD 21202 | 08-13209 | The Baltimore Sun Company | 06/11/2009 | 4592 | $4,263.75 | Paid via reference number 0002459280 on 6/3/09 and 0002455566 on 5/26/09. |
| 3 | BUSY BEE PROMOTIONS<br>211 E OHIO NO. 2624<br>CHICAGO, IL 60611 | 08-13141 | Tribune Company | 06/12/2009 | 5299 | $13,417.25 | Paid via check number 0002522696 on 11/23/09. |
| 4 | CARBONNEAU CARTAGE CO INC<br>14441 STATELY OAKS CIRCLE<br>HOMER GLEN, IL 60491 | 08-13227 | Tribune Direct Marketing, Inc. | 05/08/2009 | 2622 | $18,944.40 | Paid via EFT number 7700852380 on 12/31/08. |
| 5 | COOK, MICHAEL LEE<br>1524 CLARKSON ST<br>BALTIMORE, MD 21230 | 08-13209 | The Baltimore Sun Company | 04/27/2009 | 1809 | Undetermined | Paid via EFT number 7700954681 on 6/10/09. |
| 6 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/10/2009 | 4319 | $102,398.72 | Paid via check number 7701057396 on 11/20/09. |
| 7 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13145 | California Community News Corporation | 06/10/2009 | 4320 | $1,200.77 | Paid via check number 7701058969 on 11/20/09. |
| 8 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13208 | Sun-Sentinel Company | 06/10/2009 | 4321 | $16,526.99 | Paid via check number 7701057231 on 11/20/2009. |
| 9 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13152 | Chicago Tribune Company | 06/10/2009 | 4322 | $12,985.54 | Paid via check number 7701057189 on 11/20/09. |
| 10 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13198 | Orlando Sentinel Communications Company | 06/10/2009 | 4323 | $495.61 | Paid via check number 7701057246 on 11/20/09. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6257418v1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 15: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13209 | The Baltimore Sun Company | 06/10/2009 | 4324 | $6,002.34 | Paid via check number 7701057434 on 11/20/09. |
| 12 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4325 | $469.86 | Paid via check number 7701057265 on 11/20/09. |
| 13 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13233 | Tribune Los Angeles, Inc. | 06/10/2009 | 4327 | $276.21 | Paid via check number 7701057221 on 11/20/09. |
| 14 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13200 | Patuxent Publishing Company | 06/10/2009 | 4328 | $1,470.00 | Paid via check number 7701057443 on 11/20/09. |
| 15 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13156 | Chicagoland Publishing Company | 06/10/2009 | 4329 | $2,125.00 | Paid via check number 7701057224 on 11/20/09. |
| 16 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 08-13227 | Tribune Direct Marketing, Inc. | 09/08/2009 | 6200 | $26,650.71 | Paid via check number 7701057220 on 11/20/09. |
| 17 | ENOS, RANDALL<br>402 N PARK AVE<br>EASTON, CT 06612 | | The Hartford Courant Company | 04/27/2009 | 1760 | $1,000.00 | Paid via check number 7700953526 on 6/9/2009. |
| 18 | INTERVIEWING SERVICE OF AMERICA, INC.<br>15400 SHERMAN WAY, SUITE 400<br>VAN NUYS, CA 91406 | | No Debtor Asserted | 03/11/2009 | 721 | $1,000.00 | Paid via reference number 000243067T on 3/23/09. |
| 19 | LEIDBETTER, MARVA A<br>50 HILLSIDE ST<br>A 1<br>EAST HARTFORD, CT 06108 | 08-13211 | The Hartford Courant Company | 05/29/2009 | 3290 | $600.00 | Paid via check number 7700953679 on 6/9/09. |
| 20 | MISIASZEK, LORENIA R<br>410 GREENWAY DR<br>KINGMAN, AZ 864013982 | | No Debtor Asserted | 01/12/2009 | 217 | $2,156.00 | Paid via EFT numbers 7700877523 and 7700864210. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 15: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | SERRA, CHRISTOPHER<br>20 CEMETARY HILL RD<br>CONWAY, MA 01341 | 08-13185 | Los Angeles Times Communications LLC | 06/11/2009 | 4450 | $500.00 | Paid via check number 7700958071 on 6/16/09. |
| 22 | SHIRLEY PEWTER SHOP, INC<br>BRUCE ROBERTSON<br>1209 JAMESTOWN ROAD<br>WILLIAMSBURG, VA 23185 | | No Debtor Asserted | 04/20/2009 | 1023 | $25.83 | Paid via check number 7700939588 on 5/18/09. |
| 23 | WALSHE, SADHBH A<br>82 16TH ST. # 3<br>BROOKLYN, NY 11215 | 08-13152 | Chicago Tribune Company | 06/02/2009 | 3421 | $300.00 | Paid via check number 7700957750 on 6/16/09. |
| 24 | WEINMAN, SARAH<br>2576 BROADWAY # 426<br>NEW YORK, NY 10025 | | No Debtor Asserted | 12/24/2008 | 43 | $1,300.00 | Claimant stated all claims have been paid in full. |
| 25 | YAMADA, KATHERINE<br>1537 HIGHLAND AVE.<br>GLENDALE, CA 91202 | 08-13185 | Los Angeles Times Communications LLC | 05/11/2009 | 2690 | Undetermined | Paid via check # 0002437189 on 4/8/09 and 0002463686 on 6/16/09. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6257418v1