IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                         :        Chapter 11 Cases
                                               :        Case No. 08-1314 (KJC)
TRIBUNE COMPANY, et al.,                       :        (Jointly Administered)
                                               :
                     Debtors.                  :
-------------------------------------------------------x
```

**DECLARATION OF MARTIN S. SIEGEL IN FURTHER SUPPORT OF THE MOTION OF WILMINGTON TRUST COMPANY FOR APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(C) OF THE BANKRUPTCY CODE**

I, MARTIN S. SIEGEL, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1.  I am a partner in the law firm of Brown Rudnick LLP, counsel for Wilmington Trust Company ("Wilmington Trust") in the above-referenced matter. I have been admitted pro hac vice in this matter. I make this declaration to present the Court with the attached documents to be used at the February 18, 2010 hearing in support of the Motion of Wilmington Trust Company For Appointment of An Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 3062) (the "Examiner Motion"), dated January 13, 2010.

2.  Many of the documents attached are marked "Confidential" and "Attorneys' Eyes Only" or "Professional Eyes Only", in accordance with this Court's Document Depository Order (D.I. 2858), entered on December 15, 2009. Only parties who have been designated "Depository Designees" in accordance with this Document Depository Order may view documents accorded the "Confidential" and "Attorneys' Eyes Only" designations. Therefore, exhibits bearing these

1

designations are filed under seal. We understand that some, but not all, of the people expected to be present at the hearing are Depository Designees.[1]

3. Attached hereto as **Exhibit WT 1** is a copy of a chart reflecting Tribune's pre-LBO[2] organizational and capital structure.

4. Attached hereto as **Exhibit WT 2** is a copy of a chart reflecting Tribune's post-LBO organizational and capital structure.

5. Attached hereto as **Exhibit WT 3** is a copy of a chart reflecting the sources and uses of the LBO.

6. Attached hereto as **Exhibit WT 4** ███████████████████████████ ████████████████████████████.

7. Attached hereto as **Exhibit WT 5** ███████████████████████████ ████████████████████████████.

8. Attached hereto as **Exhibit WT 6** ███████████████████████████ ██████████████████.

9. Attached hereto as **Exhibit WT 7** is a copy of an article by Cynthia Koons and Michael Aneiro, Buyouts Batter Debt Ratings; First Data, Tribune Are Downgraded Amid Risk Worries, Wall Street Journal, April 3, 2007, pg. A6, a copy of which was previously attached to the Declaration of Robert J. Stark, dated January 13, 2010 ("Stark Decl.") as Exhibit D.

---

[1] Because of the confidential treatment afforded to these exhibits under the Document Depository Order, Wilmington Trust respectfully requests that the courtroom be sealed during its presentation and that only Depository Designees are allowed to be present.

[2] Capitalized terms not otherwise defined herein are accorded the same meaning as in the Examiner Motion and in the Response of Wilmington Trust Company, as Indenture Trustee, to the Official Creditors' Committee's Standing Motion and Cross-Motion for Order Authorizing Intervention in Any Resulting Estate Litigation (D.I. 3364) ("Wilmington Response"), dated February 11, 2010.

10. Attached hereto as **Exhibit WT 8** is a copy of a McGraw Hill Companies, Inc./Standard & Poor's Press Release, dated April 20, 2007, a copy of which was previously attached to the Stark Decl. as Exhibit E.

11. Attached hereto as **Exhibit WT 9** is a copy of the article by Sarah Ellison, How Will Tribune Pay Its Debts?  Highly Leveraged Deal Leaves Little Room for Error, Despite Tax Breaks, The Wall Street Journal, April 4, 2007, pg. A10, a copy of which was previously attached to the Stark Decl. as Exhibit F.

12. Attached hereto as **Exhibit WT 10** ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

13. Attached hereto as **Exhibit WT 11** ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

14. Attached hereto as **Exhibit WT 12** ███████████████████████████████████████████████████████████████████████████████████████████████████████.

15. Attached hereto as **Exhibit WT 13** ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

16. Attached hereto as **Exhibit WT 14** ███████████████████████████████
███████████████████████████████████████.

17. Attached hereto as **Exhibit WT 15** ███████████████████████████████
███████████████████████████████████████.

18. Attached hereto as **Exhibit WT 16** ███████████████████████████████
████████████████████████████████████████████████████████████████████
███████████████████████████████.

19. Attached hereto as **Exhibit WT 17** ███████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████.

20. Attached hereto as **Exhibit WT 18** ███████████████████████████████
███████████████████████████████████████.

21. Attached hereto as **Exhibit WT 19** is a copy of a Lehman Brothers' Newspaper Valuation and Stock Scorecard dated November 2, 2007, a copy of which was previously attached to the Stark Decl. as Exhibit P.

22. Attached hereto as **Exhibit WT 20** ███████████████████████████████
███████████████████████████████████████.

23. Attached hereto as **Exhibit WT 21** is a copy of a Goldman Sachs Tribune Company Update, dated December 20, 2007, a copy of which was previously attached to the Stark Decl. as Exhibit Q.

24. Attached hereto as **Exhibit WT 22** is a copy of a Boston Globe article, Zell Calls Tribune Co. Buy A 'Mistake', dated April 16, 2009, available at http://www.boston.com/ae/media/articles/2009/04/16/zell_calls_tribune_co_buy_a_mistake/, a copy of which was previously attached to the Stark Decl. as Exhibit R.

25. Attached hereto as **Exhibit WT 23** is a copy of a Business Week article, Sam Zell's Deal from Hell, dated July 30, 2008, available at http://www.businessweek.com/magazine/content/08_32/b4095000408330.htm?chan=top+news_top+news+index_top+story, a copy of which was previously attached to the Stark Decl. as Exhibit S.

26. Attached hereto as **Exhibit WT 24** is a copy of an article by Floyd Norris, The Deal is Encouraging and Absurd, New York Times, April 6, 2007, pg A1, a copy of which was previously attached to the Stark Decl. as Exhibit T.

27. Attached hereto as **Exhibit WT 25** is a copy of an article by Sarah Ellison and Jennifer S. Forsyth, Zell Wins Tribune In Bid to Revive a Media Empire; Budget Cuts Are Likely As Developer Takes Helm; Debt, ESOP Sew Up Deal, Wall Street Journal, April 3, 2007 Pg. A1, a copy of which was previously attached to the Stark Decl. as Exhibit U.

28. Attached hereto as **Exhibit WT 26** ███████████████████████████████████████████████████████████████.

29. Attached hereto as **Exhibit WT 27** ███████████████████████████████████████████████████████████████.

30. Attached hereto as **Exhibit WT 28** ███████████████████████████████████████████████████████████████.

5

31. Attached hereto as **Exhibit WT 29** ███████████████████████████████████████████████████████████████████████████████████████████.

32. Attached hereto as **Exhibit WT 30** ███████████████████████████████████████████████████████████████████████.

33. Attached hereto as **Exhibit WT 31** ███████████████████████████████████████████████████████████████████████████.

34. Attached hereto as **Exhibit WT 32** ██████████████████████████████████████████████████████████████████████████.

35. Attached hereto as **Exhibit WT 33** █████████████████████████████████████████████████████████████████████████████████.

36. Attached hereto as **Exhibit WT 34** ███████████████████████████████████████████████████████████████████████████████.

37. Attached hereto as **Exhibit WT 35** ████████████████████████████████████████████████████████████████████████████.

38. Attached hereto as **Exhibit WT 36** █████████████████████████████████████████████████████████████████████████████.

39. Attached hereto as **Exhibit WT 37** ██████████████████████████████████████████████████████████████████████████.

40. Attached hereto as **Exhibit WT 38** ████████████████████████████████████████████████████████████████████████████████████████████.

41. Attached hereto as **Exhibit WT 39** is a copy of a Tribune Press Release dated April 2, 2007.

42. Attached hereto as **Exhibit WT 40** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

43. Attached hereto as **Exhibit WT 41** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

44. Attached hereto as **Exhibit WT 42** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

45. Attached hereto as **Exhibit WT 43** is a copy of historical charts of Tribune's consolidated EBITDA.

46. Attached hereto as **Exhibit WT 44** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

47. Attached hereto as **Exhibit WT 45** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

48. Attached hereto as **Exhibit WT 46** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

49. Attached hereto as **Exhibit WT 47** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

50. Attached hereto as **Exhibit WT 48** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

51. Attached hereto as **Exhibit WT 49** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

52. Attached hereto as **Exhibit WT 50** ███████████████████████████

███████████████████████████.

53. Attached hereto as **Exhibit WT 51** ███████████████████████████

████████████████████.

54. Attached hereto as **Exhibit WT 52** ███████████████████████████

████████████████████.

55. Attached hereto as **Exhibit WT 53** is a copy of Tribune Co., Annual Report (Form 10-K), at 81 (March 20, 2008).

56. Attached hereto as **Exhibit WT 54** is a copy of Tribune ESOP Transaction Model 2007.

57. Attached hereto as **Exhibit WT 55** is a copy of Tribune Historical Financial Results dated November 14, 2007.

58. Attached hereto as **Exhibit WT 56** is a copy of Tribune Co., Quarterly Report (Form 10-Q), at Note 11 (May 9, 2007).

59. Attached hereto as **Exhibit WT 57** is a copy of Tribune Co., Quarterly Report (Form 10-Q), at Part 1, Item 1 (November 2, 2007).

60. Attached hereto as **Exhibit WT 58** is a copy of Tribune Co., Quarterly Report (Form 10-Q), at 1 (November 10, 2008).

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 16, 2010
      New York, New York

/s/ Martin S. Siegel
Martin S. Siegel, Esq.
Brown Rudnick LLP