# EXHIBIT WT 1

# TRIBUNE PRE-LBO ORGANIZATIONAL AND CAPITAL STRUCTURE



**$2.825 Unsecured Bridge and Term Facilities:**

$1.325 billion 6.2% Bridge Facility due 2007

$1.5 billion 6.2% Term Facility due 2011

**$1.429 Billion of Unsecured Notes:**

$449 million 4.875% Notes due 2010

$329 million 5.25% Notes due 2015

$80 million 7.25% Debentures due 2013

$95 million 7.5% Debentures due 2023

$263 million 5.6% Series E Medium Term Notes due 2008

$83 million 6.61% Debentures due 2027

$130 million 7.25% Debentures due 2096

**2% Exchangeable Subordinated Debentures due 2029 ("PHONES")**

$900 million as of April 1, 2007

**$51 million 7.7% Property Financing Obligation**

**Tribune Company**

Miscellaneous Subsidiaries

Publishing Subsidiaries

Broadcasting & Entertainment Subsidiaries

Source: SEC 10-Q Filing – April 1, 2007

# EXHIBIT WT 2

# TRIBUNE ORGANIZATIONAL AND CAPITAL STRUCTURE – 12/8/2008

**$8.472 Billion Senior Credit Facility (JP Morgan–administrative agent)**

$237 million Revolver (L+300)    $512 million Term Loan X (L+275)

$7,529.8 million Term Loan B (L+300)    $193 million Delayed Draw Term Loan B

- Security: Pledge of Tribune Co.'s equity interest in (i) Tribune Finance LLC; and (ii) Tribune Broadcasting Holdco, LLC
- Guarantees: By all material subsidiaries

**$1.6 Billion Unsecured Bridge Loan (Merrill Lynch–administrative agent)**

$1,600 million Senior Unsecured Bridge Facility (L+800)

- Security: None
- Guarantees: None

**$1.3 Billion of Unsecured Notes**

$450 million 4.875% Notes due 2010    $82.1 million 7.25% Debentures due 2013

$330 million 5.25% Notes due 2015    $98.8 million 7.5% Debentures due 2023

$98.0 million 5.68% Series E Medium Term Notes due 2008

- Deutsche Bank as Indenture Trustee

$85 million 6.61% Debenture due 2027    $148 million 7.25% Debentures due 2096

- Law Debenture Trust Company as indenture trustee
- Security: Pledge of Tribune Co.'s equity interest in (i) Tribune Finance LLC; and (ii) Tribune Broadcasting Holdco, LLC
- Guarantees: None

**$900 million 2%Exchangeable Subordinated Debentures due 2029 ("PHONES")**

- Wilmington Trust Company as successor indenture trustee
- Security: None
- Guarantees: None

**$225 million 4.64% Subordinated Promissory Note due 2018**

- Held by EGI-TRB, LLC (a Zell entity).
- Security: None
- Guarantees: None

Tribune Employees

Tribune ESOP
100% primary
52% Diluted

$225 million securitization facility

Sam Zell

Management Incentive Plan
0% primary
8% Diluted

EGI-TRB, LLC
(a Zell entity)
0% primary
40% Diluted

Tribune Company

Tribune Finance LLC

Publishing Operating Subsidiaries

Tribune Broadcasting Holdco LLC

$225 million securitization facility

Tribune Broadcasting Holdco LLC

Tribune Broadcasting Co.

Broadcasting Operating Subs

Legend: Borrower | Guarantor(s) | Pledged Equity | Obligation

# EXHIBIT WT 3

# Sources and Uses of LBO

## SOURCES

**Phase 1**

| | | |
|---|---|---|
| Tranche X Facility | $1.500 billion | |
| Tranche B Facility | $5.515 billion | |
| Initial Zell Investment | $0.250 billion | |

**Phase 2**

| | |
|---|---|
| Bridge Facility | $1.600 billion |
| Incremental Facility | $2.105 billion |
| Second Zell Investment | $0.315 billion |
| Cash on Hand | $0.465 billion |

**Total** $11.750 billion

## USES

**Phase 1**

| | |
|---|---|
| Share Purchase | $4.288 billion |
| Refinance Existing Tribune Debt | $2.825 billion |
| Estimated Fees and Expenses | $0.152 billion |

**Phase 2**

| | |
|---|---|
| Purchase Remaining Shares | $4.000 billion |
| Initial Zell Investment/Shares | $0.261 billion |
| Estimated Fees and Expenses | $0.224 billion |

**Total** $11.750 billion

# EXHIBIT WT 4
# FILED UNDER SEAL

# EXHIBIT WT 5
# FILED UNDER SEAL

# EXHIBIT WT 6
# FILED UNDER SEAL

# EXHIBIT WT 7

# ProQuest

Databases selected: Multiple databases...

## THE WALL STREET JOURNAL.

## Buyouts Batter Debt Ratings; First Data, Tribune Are Downgraded Amid Risk Worries

*Cynthia Koons and Michael Aneiro. Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 3, 2007. pg. C.6*

### Abstract (Summary)

Moody's Investors Service put the company's ratings on watch for a possible "multi-notch" downgrade, while Fitch Ratings dropped the company's rating three notches to BBB -- two notches above junk bonds. Fitch said its ratings action affects about $2.5 billion of debt.

Applications ........................ $41,231,975,000 $35,407,100,000 Accepted bids ........................ $17,000,195,000 $14,000,105,000 Accepted noncomp .................... $1,933,246,000 $1,739,267,000 Accepted frgn non .................... $100,000,000 $125,000,000 Auction price (Rate) ................ 98.758861(4.910%) 97.537944(4.870%) Coupon equivalent ................... 5.055% 5.076% Bids at market yield ................ 61.08% 0.86% Cusip number ........................ 912795ZP9 912795A43

Applications ........................ $35,360,700,000 Accepted bids ........................ $16,000,020,000 Accepted noncompetitively ............ $1,700,000 Auction price (Rate) ................ 99.812403(5.195%) Coupon equivalent ................... 5.292% Bids at market-clearing yld accepted . 80.84% Cusip number ........................ 912795TX9

### Full Text (682 words)

*(c) 2007 Dow Jones & Company, Inc. Reproduced with permission of copyright owner. Further reproduction or distribution is prohibited without permission.*

NEW YORK -- Leveraged buyouts swept through the corporate-bond market, with the separate purchases of credit-card and payments processor First Data Corp. and media company Tribune Co. sending the companies' credit ratings downward.

The cost of protecting their bonds also rose -- nearly doubling in the case of First Data -- as the added debt needed to finance the buyouts weighed on the companies' credit standings.

Standard & Poor's cut its corporate credit rating of First Data five notches to BB-plus, the highest rung on the high-yield debt, or junk-bond, ladder, after Kohlberg Kravis Roberts & Co. agreed to purchase the company for $25.6 billion. The agency warned further downgrades are possible.

Moody's Investors Service put the company's ratings on watch for a possible "multi-notch" downgrade, while Fitch Ratings dropped the company's rating three notches to BBB -- two notches above junk bonds. Fitch said its ratings action affects about $2.5 billion of debt.

Lower credit ratings will cost the company more when it taps the market for funds.

The cost of protection, as measured by credit default swaps, rose to between $200,000 and $210,000 annually for $10 million of bonds over five years. The cost was between $105,000 to $110,000 Friday, a market source said.

Investors use credit default swaps, or CDS, to protect bonds against the event of a default as well as to wager on a company's creditworthiness. A rising CDS level means investors reckon the company's ability to meet its debt obligations is deteriorating.

Trading of the company's bonds was light, however. First Data plans to buy back its bonds outstanding in the deal.

Tribune's announcement that it would go private triggered a credit downgrade of the company by two ratings agencies and prompted a review by another. The Chicago-based media company said it has agreed to sell itself to investor Sam Zell, with the company's board of directors choosing Zell's bid over a rival offer.

S&P cut Tribune's corporate credit rating to BB-minus from BB-plus and left its ratings on review for possible further downgrade. S&P said if shareholders approve the transaction as outlined, it would lower the corporate credit rating to B.

Fitch similarly cut Tribune's issuer rating to BB-minus from BB-plus and announced identical downgrades of Tribune's senior unsecured revolving credit facility and its senior unsecured notes. It also said it expects a multiple-notch downgrade if the transaction proceeds as outlined.

There are minimal covenants in the existing indentures to protect bondholders against leveraging transactions, as there are no financial covenants, change of control provisions, asset-sales restrictions or additional unsecured-debt provisions, Fitch noted.

Moody's Investors Service placed Tribune's Ba1 corporate family rating and its debt ratings on review for possible downgrade.

Treasurys Prices Rise

Yesterday's events offered slim pickings for a further rally in Treasurys, as prices rose.

The benchmark 10-year note was up 2/32 point to 99 27/32. Its yield fell to 4.644% from 4.651% Friday. The 30-year bond was up 7/32 point at 98 21/32 to yield 4.836%, down from 4.85%.

Hawkish remarks from St. Louis Federal Reserve President William Poole came as more of the same for Treasurys investors. Most had already revised their initial, dovish interpretation of the Fed's March policy statement.

AUCTION RESULTS

Here are the results of the Treasury bill auctions. All bids are awarded at a single price at the market-clearing yield. Rates are determined by the difference between that price and the face value.

13-WEEK 26-WEEK BILLS

13-Week 26-Week

Applications ......................... $41,231,975,000 $35,407,100,000 Accepted bids ....................... $17,000,195,000 $14,000,105,000 Accepted noncomp ................... $1,933,246,000 $1,739,267,000 Accepted frgn non ................... $100,000,000 $125,000,000 Auction price (Rate) ................ 98.758861(4.910%) 97.537944(4.870%) Coupon equivalent ................... 5.055% 5.078% Bids at market yield ................ 61.08% 0.86% Cusip number ......................... 912795ZP9 912795A43

Both issues are dated April 5. The 13-week bills mature July 5 and the 26-week bills mature Oct. 4.

13-DAY TREASURY CASH MANAGEMENT BILLS

Applications ......................... $35,360,700,000 Accepted bids ....................... $16,000,020,000 Accepted noncompetitively ........... $1,700,000 Auction price (Rate) ................ 99.812403(5.195%) Coupon equivalent ................... 5.292% Bids at market-clearing yld accepted . 80.84% Cusip number ......................... 912795TX9

The bills are dated April 3 and mature April 16.

**Indexing (document details)**

| | |
|---|---|
| **Subjects:** | Treasury bonds, Bond markets, Credit markets (wsj) |
| **Classification Codes** | 3400, 9190 |
| **Author(s):** | Cynthia Koons and Michael Aneiro |
| **Document types:** | News |
| **Column Name:** | *Credit Markets* |
| **Publication title:** | Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 3, 2007. pg. C.6 |
| **Source type:** | Newspaper |
| **ISSN:** | 00999660 |
| **ProQuest document ID:** | 1248829771 |
| **Text Word Count** | 682 |
| **Document URL:** | http://0-proquest.umi.com.www.consuls.org/pqdweb?did=1248829771&sid=1&Fmt=3&clientId=23650&RQT=309&VName=PQD |

Copyright © 2010 ProQuest LLC. All rights reserved.



.

# EXHIBIT WT 8

CMN        MHP US: S&P: Tribune's $10.1B Secured Financing Rated BB /Wa
           Apr 20 2007  11:58:14


MCGRAW-HILL COS INC ("MHP-BHDNPX3")
- S&P:  Tribune's $10.1B Secured Financing Rated BB-/Watch Neg
- (Recovery Rating: 2)

    Standard & Poor's Ratings Services assigned its loan and recovery
ratings to Chicago, Ill.-based Tribune Co.'s proposed approximate $10.1
billion bank facility. The loan was rated 'BB-' (at the same level as the
corporate credit rating on Tribune) with a recovery rating of '2',
indicating the expectation for substantial (80%-100%) recovery of principal
in the event of a payment default. Concurrently, the 'BB-' loan rating was
placed on CreditWatch with negative implications in accordance with the
corporate credit rating on the company. (For the complete recovery
analysis, see Standard & Poor's recovery report on Tribune's secured
financing, to be published on RatingsDirect immediately following the
release of this report.)

    The 'BB-' corporate credit rating (and other ratings) on Tribune
remains on CreditWatch with negative implications as the company completes
a leveraged buyout transaction valued at just less than $14.5 billion
(incorporating the assumption or repayment of approximately $5.7 billion of
debt, which includes the principal amount of Tribune's PHONES).
Furthermore, based on our analysis of the proposed capital structure, we
have determined that if shareholders approve the transaction as outlined,
we would lower the corporate credit rating to 'B' with a stable outlook.
Under these circumstances, the bank loan rating would also be lowered to
'B'.

    The rating on Tribune's existing unsecured notes are currently rated
'BB-'. Upon the close of the proposed bank transaction, Standard & Poor's
will lower the rating on these unsecured notes to 'B' from 'BB-'. This
rating will remain on CreditWatch with negative implications and will be
lowered further to 'CCC+' if shareholder approval for the LBO is obtained.
While these notes will benefit from the same security package as the
proposed bank facility due to negative pledge covenants in existing bond
indentures, they will not benefit from upstream guarantees from the
company's operating subsidiaries as is the case with the bank facility,
which will benefit from a senior guarantee. Also, given the amount of
priority debt ahead of these notes, we will assign them a recovery rating
of '5' upon the close of the proposed bank transaction, indicating the
expectation for negligible (0%-25%) recovery of principal in the event of a
payment default.

    Tribune will be taken private through a newly formed employee stock
ownership plan (ESOP) and a $315 million investment by Sam Zell. This going
private transaction is expected to occur in two steps.

    Upon completion of the merger, Zell's initial $250 million investment
will be redeemed and he will make a new investment of $315 million through
the purchase of a $225 million 11-year subordinated note and a 15-year
warrant, for a purchase price of $90 million. The warrant will entitle him
to acquire 40% of the common stock on a fully diluted basis for an
aggregate exercise price of initially $500 million, which will increase by
$10 million per year in the first 10 years, for a maximum exercise price of
$600 million. Upon completion of the transactions, the ESOP will own 100%
Copyright (c) 2010

CMN          MHP US: S&P: Tribune's $10.1B Secured Financing Rated BB /Wa
             Apr 20 2007  11:58:14

of Tribune's common stock, which is subject to dilution upon the exercise
of Zell's warrant. In addition, the company has announced that it will
begin a process to sell the Chicago Cubs and the company's 25% interest in
Comcast SportsNet Chicago, with completion expected in the fourth quarter
of 2007; proceeds will be used to repay debt. The successful completion of
these sales is factored into our rating conclusions.

     "The CreditWatch resolution would occur once shareholders have
approved the LBO transaction as outlined, and the corporate credit rating
would be lowered to 'B' from 'BB-'" noted Standard & Poor's credit analyst
Peggy Hebard. "The rating outlook would be stable."

     The expected 'B' rating would reflect the company's highly leveraged
capital structure, weakened credit measures, and reduced cash
flow-generating capability as a result of its LBO and associated heavy
interest burden. The rating would also underscore Tribune's exposure to the
very challenging revenue climates and competitive market conditions
affecting its newspaper and broadcasting operations, and its aggressive
financial policy. Tribune's near-term credit profile will be largely
dictated by the company's sizable financial leverage, with liquidity a key
factor in Standard & Poor's rating surveillance. Nonetheless, credit
quality is supported by a satisfactory business risk profile, reflecting
Tribune's leading and diversified mix of newspaper and broadcasting
properties.

     Complete ratings information is available to subscribers of
RatingsDirect, the real-time Web-based source for Standard & Poor's credit
ratings, research, and risk analysis at www.ratingsdirect.com. All ratings
referenced herein can be found on Standard & Poor's public Web site at
www.standardandpoors.com; under Credit Ratings in the left navigation bar,
select Find a Rating, then Credit Ratings Search.

Analyst Contacts:

Peggy Hwan Hebard,CFA,CPA, New York (1) 212-438-2319
Emile Courtney, CFA, New York (1) 212-438-7824

     The information contained in this message is intended only for the
recipient, and may be a confidential attorney-client communication or may
otherwise be privileged and confidential and protected from disclosure. If
the reader of this message is not the intended recipient, or an employee or
agent responsible for delivering this message to the intended recipient,
please be aware that any dissemination or copying of this communication is
strictly prohibited. If you have received this communication in error,
please immediately notify us by replying to the message and deleting it
from your computer.  The McGraw-Hill Companies, Inc. reserves the right,
subject to applicable local law, to monitor and review the content of any
electronic message or information sent to or from McGraw-Hill employee
e-mail addresses without informing the sender or recipient of the message.

     Standard & Poor's, a division of The McGraw-Hill Companies (NYSE:MHP),
is the world's foremost provider of financial market intelligence,
including independent credit ratings, indices, risk evaluation, investment
research and data. With approximately 8,500 employees, including wholly
owned affiliates, located in 21 countries. Standard & Poor's is an
essential part of the world's financial infrastructure and has played a
Copyright (c) 2010

CMN          MHP US; S&P: Tribune's $10.1B Secured Financing Rated BB /Wa
              Apr 20 2007  11:58:14
leading role for more than 140 years in providing investors with the
independent benchmarks they need to feel more confident about their
investment and financial decisions. For more information, visit
http://www.standardandpoors.com.

Key Contacts:
Americas Media Relations: (1) 212-438-6667
media_ relations@standardandpoors.com

Americas Customer Service: (1) 212-438-7280
research_request@standardandpoors.com

TEL:  212-438-6634   Edward Sweeney, Media, S&P
EMAIL:  edward_sweeney@standardandpoors.com

          (c) Market News Publishing Inc.  Tel:(604) 689-1101
              All rights reserved.      Fax:(604) 689-1106

Provider ID: 00000690
-0- Apr/20/2007 15:58 GMT

Copyright (c) 2010

# EXHIBIT WT 9

ProQuest

Databases selected: Multiple databases...

# THE WALL STREET JOURNAL.

## How Will Tribune Pay Its Debts?; Highly Leveraged Deal Leaves Little Room for Error, Despite Tax Breaks

*Sarah Ellison*. Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 4, 2007. pg. A.10

### Abstract (Summary)

Mr. [Sam Zell] will become Tribune chairman upon completion of the deal, and said that his longtime associate, William Pate, would also serve on the board. "Obviously, all you have to do is look at all the other companies I've run, and I think it is safe to say I've been an aggressive owner in driving value in everything I've been involved in," Mr. Zell added.

While Tribune's revenue has remained flat overall for the past several years, its earnings have declined slightly. And the company is off to a difficult start for this year, with revenue down 4.3% through March 4 from a year earlier. Mr. [Dennis FitzSimons], Tribune's CEO, told employees Monday that there would be "limited staff reductions" to compensate for the declines in revenue, though he added that he hoped to accomplish those mainly through attrition. The staff of the Los Angeles Times, Tribune's single biggest division, has been bracing for layoffs for weeks.

Mr. FitzSimons said Tribune wasn't planning any big asset sales, though "there may be some real-estate assets we choose to sell off." The person familiar with the deal said any real-estate sales would likely be in the "tens of millions of dollars," a tiny portion of Tribune's property portfolio, which is estimated to be valued at around $700 million.

### Full Text (1188 words)

(c) 2007 Dow Jones & Company, Inc. Reproduced with permission of copyright owner. Further reproduction or distribution is prohibited without permission.

Tribune Co. and Sam Zell just took out a risky loan on the future of the newspaper industry. Now, they have to start paying it back.

The big question hanging over Tribune's $8.2 billion buyout deal unveiled Monday is this: How do they plan to do that, given that the newspaper industry faces uncertain prospects? Financed almost entirely by debt, the buyout will leave the newspaper and TV concern staggering under more than $12 billion in debt, when existing borrowings are included. That is about 10 times Tribune's annual cash flow, a ratio several times higher than typically carried by most media businesses.

"We think it is possible that Tribune is leveraged higher than the total assets of the company after taxes," wrote Hale Holden, an analyst at Barclays Capital.

In an interview yesterday, Mr. Zell defended the borrowing. "The actual debt burden is less than any of the other alternatives Tribune had," including the self-help option the company was exploring, he said. "Our structure allows us to rapidly pay down debt because of the [employee stock ownership plan]."

To structure the buyout, Tribune and Mr. Zell are engaging in some fancy financial footwork, adopting special tax-efficient structures such as the ESOP. Tribune also plans to sell the Chicago Cubs baseball team, which could fetch about $600 million. Even so, "the transaction leaves little room for error," says Peter Appert, a newspaper analyst with Goldman Sachs.

"We feel that given the cash flow that our company generates and the tax advantages of the structure, that the debt levels, while high, are manageable," Tribune Chief Executive Dennis FitzSimons said in an interview Monday.

Mr. Zell will become Tribune chairman upon completion of the deal, and said that his longtime associate, William Pate, would also serve on the board. "Obviously, all you have to do is look at all the other companies I've run, and I think it is safe to say I've been an aggressive owner in driving value in everything I've been involved in," Mr. Zell added.

Tribune's properties include the Los Angeles Times, Chicago Tribune and Newsday of Long Island, as well as a string of television stations, many carrying programming for the nascent CW network. Mr. Zell believes the company can be more aggressive in its strategy -- particularly on the Internet -- to boost revenue, according to a person familiar with his thinking. But as newspaper investors have learned, predicting the future course of the business is difficult.

A year ago, private-equity firms such as Chicago's Madison Dearborn indicated they could be willing to pay $38 a share for Tribune,

according to people familiar with the matter. Today, that kind of money has long been scared away from the newspaper industry, where a decline in ad revenue worsened suddenly last summer. Mr. Zell's deal with Tribune involves a buyout offer of $34 a share.

The ESOP structure brings clear tax benefits. The employee share plan, combined with tax breaks available to companies that adopt so- called S-corporation status, will let Tribune avoid paying corporate taxes that last year cost the company more than $300 million, according to a person familiar with the deal.

But saving taxes won't be much help unless Tribune can pay its interest bills. And that is where things could get tricky, analysts say. Last year, Tribune paid $274 million in interest on its borrowings, which it could easily afford, given its $1.3 billion in earnings before interest, taxes, depreciation and amortization. With the new debt load, the interest expense could rise to roughly $1 billion annually, based on an average interest rate of 8.5% estimated by one bond analyst yesterday. Tribune is likely to pay a higher rate on new debt than in the past, as its credit rating has been downgraded to junk status in the wake of the deal.

While Tribune's revenue has remained flat overall for the past several years, its earnings have declined slightly. And the company is off to a difficult start for this year, with revenue down 4.3% through March 4 from a year earlier. Mr. FitzSimons, Tribune's CEO, told employees Monday that there would be "limited staff reductions" to compensate for the declines in revenue, though he added that he hoped to accomplish those mainly through attrition. The staff of the Los Angeles Times, Tribune's single biggest division, has been bracing for layoffs for weeks.

Yesterday, Mr. Zell met with Tribune's general managers and publishers, who had come to the company's historic Chicago headquarters to be briefed on the deal.

If ad revenue keeps falling, as many analysts expect, Tribune will have to cut costs. Another option would be asset sales, though Tribune says it isn't planning such action. Selling cash-generating assets isn't likely to solve a financial crisis, unless the sale price is extraordinarily high. What's more, despite the tax breaks the new company will have, it would still be liable for capital-gains taxes on profits from asset sales, at least in the next few years (S corporations can sell assets tax-free after 10 years).

Some people estimate that the tax rate on selling the Los Angeles Times, one highly sought-after asset, could be around 35%, which would make it prohibitively expensive to unload directly, despite interest from local Los Angeles moguls such as David Geffen. It is always possible, of course, that Mr. Geffen or another potential buyer could try to structure some complex tax-efficient structure. Mr. Geffen says, "I'm still interested in making a deal for the L.A. Times." Mr. Zell's offer beat out a proposal from two other Los Angeles businessmen, Ron Burkle and Eli Broad, who could still come back with a new offer for Tribune.

A person familiar with Mr. Burkle and Mr. Broad's thinking said they are "meeting with their advisers and continuing to study the Tribune opportunity,"

Mr. FitzSimons said Tribune wasn't planning any big asset sales, though "there may be some real-estate assets we choose to sell off." The person familiar with the deal said any real-estate sales would likely be in the "tens of millions of dollars," a tiny portion of Tribune's property portfolio, which is estimated to be valued at around $700 million.

So the company's ESOP will likely pay off its loans the old- fashioned way, which could take time. Mr. Zell, who is contributing $315 million in equity to the deal, expects the ESOP could pay off between a third and a half of the debt within 10 years, according to the person familiar with the deal.

If things go well, Mr. Zell stands to profit handsomely. Upon completion of the deal, Mr. Zell will receive a 15-year warrant to purchase 40% of Tribune's common stock for $500 million.

Corporate debt levels have soared in recent months, reflecting the increased appetite for leverage among private-equity firms and other investors. Still, newspapers, with higher fixed costs and declining revenue, are under particular pressure, and such a leveraged deal in the newspaper world is untested. Last year, when a group of local investors bought the Philadelphia Inquirer, they were forced to make severe cutbacks in order to compensate for the paper's declining earnings.

Enlarge 200%
Enlarge 400%



*Dennis J.*
*FitzSimons*



**Heavy Load**
Tribune has repayments on existing
debt due in the next few years.
After the buyout, though, its overall
debt load will more than double.
Debt outstanding as of Dec. 31, 2006:

Enlarge 200%
Enlarge 400%

Sources: the company (debt outstanding); WSJ reporting

**Indexing (document details)**

| | |
|---|---|
| Author(s): | Sarah Ellison |
| Column Name: | *Corporate Focus* |
| Publication title: | Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 4, 2007. pg. A.10 |
| Source type: | Newspaper |
| ISSN: | 00999660 |
| ProQuest document ID: | 1249455991 |
| Text Word Count | 1188 |
| Document URL: | http://0-proquest.umi.com.www.consuls.org/pqdweb?did=1249455991&sid=2&Fmt=4&clientId=23650&RQT=309&VName=PQD |

Copyright © 2010 ProQuest LLC. All rights reserved.



# EXHIBIT WT 10
# FILED UNDER SEAL

# EXHIBIT WT 11
# FILED UNDER SEAL

# EXHIBIT WT 12
# FILED UNDER SEAL

# EXHIBIT WT 13
# FILED UNDER SEAL

# EXHIBIT WT 14
# FILED UNDER SEAL

# EXHIBIT WT 15
# FILED UNDER SEAL

**EXHIBIT WT 16**
**FILED UNDER SEAL**

# EXHIBIT WT 17
# FILED UNDER SEAL

# EXHIBIT WT 18
# FILED UNDER SEAL