# EXHIBIT WT 47
# FILED UNDER SEAL

# EXHIBIT WT 48
# FILED UNDER SEAL

# EXHIBIT WT 49
# FILED UNDER SEAL

# EXHIBIT WT 50
# FILED UNDER SEAL

# EXHIBIT WT 51
# FILED UNDER SEAL

# EXHIBIT WT 52
# FILED UNDER SEAL

# EXHIBIT WT 53

Morningstar® Document Research[SM]

# FORM 10-K

## TRIBUNE CO - TRBCQ

**Filed: March 20, 2008 (period: December 30, 2007)**

Annual report which provides a comprehensive overview of the company for the past year

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-K

### ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
### OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 30, 2007**

**Commission file number 1-8572**

# TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **435 North Michigan Avenue** **Chicago, Illinois** | **60611** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(312) 222-9100**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| 2% Exchangeable Subordinated Debentures Due 2029 | New York Stock Exchange |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (check one):

Large Accelerated Filer ☐    Accelerated Filer ☐    Non-Accelerated Filer ☒    Smaller Reporting Company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Exchange Act Rule 12b-2). Yes ☐ No ☒

Aggregate market value of the Company's voting and non-voting common equity held by non-affiliates on June 29, 2007, based upon the closing price of the Company's Common Stock as reported on the New York Stock Exchange Composite Transactions list for such date: approximately $3,480,700,000.

Source: TRIBUNE CO, 10-K, March 20, 2008

On December 20, 2007, each share of the Company's common equity held by non-affiliates as of that date was cancelled and converted into the right to receive $34.00 per share in cash. The Company's Common Stock was also suspended from trading on the New York Stock Exchange on that date.

At March 20, 2008, there were 56,521,739 shares of the Company's Common Stock ($.01 par value per share) outstanding, each of which were held by the Tribune Employee Stock Ownership Plan.

**TRIBUNE COMPANY AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF INCOME**
**(In thousands of dollars)**

| | Year Ended | | |
| | Dec. 30, 2007 | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---|---|---|
| **Operating Revenues** | | | |
| Publishing | | | |
| Advertising | $    2,861,019 | $    3,194,968 | $    3,171,776 |
| Circulation | 526,529 | 567,326 | 585,093 |
| Other | 277,042 | 256,124 | 255,544 |
| Total | 3,664,590 | 4,018,418 | 4,012,413 |
| Broadcasting and entertainment | 1,398,394 | 1,425,146 | 1,414,433 |
| Total operating revenues | 5,062,984 | 5,443,564 | 5,426,846 |
| | | | |
| **Operating Expenses** | | | |
| Cost of sales (exclusive of items shown below) | 2,545,554 | 2,700,302 | 2,661,725 |
| Selling, general and administrative | 1,525,443 | 1,434,076 | 1,405,485 |
| Depreciation | 208,237 | 204,662 | 219,539 |
| Amortization of intangible assets | 19,833 | 19,763 | 18,838 |
| Write-down of intangible assets (Note 7) | 130,000 | — | — |
| Total operating expenses | 4,429,067 | 4,358,803 | 4,305,587 |
| | | | |
| **Operating Profit** | 633,917 | 1,084,761 | 1,121,259 |
| Net income on equity investments | 100,219 | 80,773 | 41,209 |
| Interest and dividend income | 21,827 | 14,145 | 7,539 |
| Interest expense | (581,640) | (273,902) | (155,191) |
| Gain (loss) on change in fair values of derivatives and related investments | (96,806) | 11,088 | 62,184 |
| Strategic transaction expenses | (85,131) | (3,466) | — |
| Gain on TMCT transactions | 8,003 | 59,596 | — |
| Gain on other investment transactions, net | 31,578 | 36,732 | 6,780 |
| Other non-operating gain (loss), net | 5,137 | (981) | 897 |
| **Income From Continuing Operations Before Income Taxes** | 37,104 | 1,008,746 | 1,084,677 |
| Income taxes (Note 14) | 18,234 | (347,573) | (565,293) |
| **Income From Continuing Operations** | 55,338 | 661,173 | 519,384 |
| **Income (Loss) from Discontinued Operations, net of tax (Note 4)** | 31,607 | (67,178) | 15,305 |
| | | | |
| **Net Income** | $    86,945 | $    593,995 | $    534,689 |

See Notes to Consolidated Financial Statements.

81

Source: TRIBUNE CO, 10-K, March 20, 2008