# EXHIBIT WT 55
# FILED UNDER SEAL

# EXHIBIT WT 56

# Morningstar® Document Research℠

## FORM 10-Q

**TRIBUNE CO - TRBCQ**

**Filed: May 09, 2007 (period: April 01, 2007)**

Quarterly report which provides a continuing view of a company's financial position

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

## FORM 10-Q

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED APRIL 1, 2007**

Commission file number 1-8572

## TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **435 North Michigan Avenue, Chicago, Illinois** | **60611** |
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: (312) 222-9100

No Changes
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes /✓/ No / /

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act (Check One):
Large accelerated filer /✓/  Accelerated filer / /  Non-accelerated filer / /

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes / / No /✓/

At April 27, 2007, there were 242,833,053 shares outstanding of the Company's Common Stock ($.01 par value per share), excluding 60,671,319 shares held by subsidiaries of the Company and 8,928,571 shares held by the Tribune Employee Stock Ownership Plan.

Source: TRIBUNE CO, 10-Q, May 09, 2007    Powered by Morningstar® Document Research℠

NOTE 11: DEBT

Debt consisted of the following:

| (in thousands) | April 1, 2007 | Dec. 31, 2006 |
|---|---|---|
| Borrowings under bridge credit facility due June 19, 2007, interest rate of 6.2% | $ 1,325,000 | $ 1,310,000 |
| Term loan due June 20, 2011, interest rate of 6.2% | 1,500,000 | 1,500,000 |
| Commercial paper, weighted average interest rate of 5.9% in 2006 | – | 97,019 |
| Medium-term notes, weighted average interest rate of 5.6% in 2007 and 2006, due 2007-2008 | 262,585 | 262,585 |
| Property financing obligation, effective interest rate of 7.7%, expiring 2009 | 51,000 | 55,711 |
| 4.875% notes due 2010, net of unamortized discount of $526 and $564, respectively | 449,474 | 449,436 |
| 7.25% debentures due 2013, net of unamortized discount of $2,051 and $2,137, respectively | 80,032 | 79,946 |
| 5.25% debentures due 2015, net of unamortized discount of $1,323 and $1,362, respectively | 328,677 | 328,638 |
| 7.5% debentures due 2023, net of unamortized discount of $3,911 and $3,969, respectively | 94,839 | 94,781 |
| 6.61% debentures due 2027, net of unamortized discount of $2,175 and $2,200, respectively | 82,785 | 82,760 |
| 7.25% debentures due 2096, net of unamortized discount of $18,068 and $18,116, respectively | 129,932 | 129,884 |
| Interest rate swap | 23,472 | 24,600 |
| Other notes and obligations | 16,358 | 16,898 |
| Total debt excluding PHONES | 4,344,154 | 4,432,258 |
| Less debt due within one year | (1,347,664) | (1,429,007) |
| Long-term debt excluding PHONES | 2,996,490 | 3,003,251 |
| 2% PHONES debt related to Time Warner stock, due 2029 | 612,080 | 572,960 |
| Total long-term debt | $ 3,608,570 | $ 3,576,211 |

**Debt due within one year** – Debt due within one year at April 1, 2007 includes $1.325 billion of borrowings under a 364-day bridge credit agreement and $23 million of property financing and other obligations. Debt due within one year at Dec. 31, 2006 included $1.31 billion of borrowings under the 364-day bridge credit agreement, $97 million of commercial paper and $22 million of property financing and other obligations.

**Exchangeable Subordinated Debentures due 2029 ("PHONES")** – In 1999, the Company issued 8 million PHONES for an aggregate principal amount of approximately $1.3 billion. The principal amount was equal to the value of 16 million shares of Time Warner common stock at the closing price of $78.50 per share on April 7, 1999. Interest on the debentures is paid quarterly at an annual rate of 2%. The Company also records non-cash interest expense on the discounted debt component of the PHONES.

The PHONES debenture agreement requires the Company to make principal payments equal to any dividends declared on the 16 million shares of Time Warner common stock. A payment of $.11 per PHONES was made in the first quarter of 2007 for a Time Warner dividend declared in the fourth quarter of 2006, and a payment of $.11 per PHONES will be due in the second quarter of 2007 for a Time Warner dividend declared in the first quarter of 2007. The Company records the dividends it receives on its Time Warner common stock as dividend income and accounts for the related payment to the PHONES holders as principal reduction.

The Company may redeem the PHONES at any time for the higher of the principal value of the PHONES ($156.36 per PHONES at April 1, 2007) or the then market value of two shares of Time Warner common stock, subject to certain adjustments. At any time, holders of the PHONES may exchange a PHONES for an amount of cash equal to 95% (or 100% under certain circumstances) of the market value of two shares of Time Warner

**EXHIBIT WT 57**

# Morningstar® Document Research℠

# FORM 10-Q

**TRIBUNE CO - TRBCQ**

Filed: November 02, 2007 (period: September 30, 2007)

Quarterly report which provides a continuing view of a company's financial position

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

## FORM 10-Q

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2007**

Commission file number 1-8572

## TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **435 North Michigan Avenue, Chicago, Illinois** | **60611** |
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: (312) 222-9100

No Changes
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes /✓/   No / /

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act (Check One):
Large accelerated filer /✓/      Accelerated filer / /      Non-accelerated filer / /

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes / /   No /✓/

At Oct. 26, 2007, there were 118,469,274 shares outstanding of the Company's Common Stock ($.01 par value per share), excluding 60,671,319 shares held by subsidiaries of the Company and 8,928,571 shares held by the Tribune Employee Stock Ownership Plan.

# TRIBUNE COMPANY
## INDEX TO 2007 THIRD QUARTER FORM 10-Q

| Item No. | | Page |
|---|---|---|
| **PART I. FINANCIAL INFORMATION** | | |
| 1. | Financial Statements | |
| | Condensed Consolidated Statements of Operations for the Third Quarters and First Three Quarters Ended Sept. 30, 2007 and Sept. 24, 2006 | 1 |
| | Condensed Consolidated Balance Sheets at Sept. 30, 2007 and Dec. 31, 2006 | 2 |
| | Condensed Consolidated Statements of Cash Flows for the First Three Quarters Ended Sept. 30, 2007 and Sept. 24, 2006 | 4 |
| | Notes to Condensed Consolidated Financial Statements | |
| | Note 1: Basis of Preparation | 5 |
| | Note 2: Earnings Per Share | 6 |
| | Note 3: Leveraged ESOP Transactions | 7 |
| | Note 4: Discontinued Operations | 9 |
| | Note 5: Income Taxes | 11 |
| | Note 6: *Newsday* and *Hoy*, New York Charge | 13 |
| | Note 7: Stock-Based Compensation | 14 |
| | Note 8: Pension and Postretirement Benefits | 16 |
| | Note 9: Non-Operating Items | 16 |
| | Note 10: Inventories | 17 |
| | Note 11: Goodwill and Other Intangible Assets | 18 |
| | Note 12: Debt | 19 |
| | Note 13: Comprehensive Income | 23 |
| | Note 14: Other Matters | 24 |
| | Note 15: Segment Information | 26 |
| 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| 3. | Quantitative and Qualitative Disclosures About Market Risk | 47 |
| 4. | Controls and Procedures | 49 |
| **PART II. OTHER INFORMATION** | | |
| 1. | Legal Proceedings | 50 |
| 1A. | Risk Factors | 51 |
| 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 54 |
| 4. | Submission of Matters to a Vote of Security Holders | 54 |
| 6. | Exhibits | 55 |

PART I. FINANCIAL INFORMATION

ITEM 1. FINANCIAL STATEMENTS.

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(In thousands of dollars, except per share data)
(Unaudited)

|  | Third Quarter Ended | | Three Quarters Ended | |
|---|---|---|---|---|
|  | Sept. 30, 2007 | Sept. 24, 2006 | Sept. 30, 2007 | Sept. 24, 2006 |
| **Operating Revenues** | $ 1,276,899 | $ 1,332,169 | $ 3,794,289 | $ 3,995,350 |
| **Operating Expenses** | | | | |
| Cost of sales (exclusive of items shown below) | 655,823 | 690,144 | 1,932,555 | 2,011,902 |
| Selling, general and administrative | 335,993 | 347,408 | 1,083,571 | 1,057,787 |
| Depreciation | 50,842 | 51,600 | 155,526 | 151,015 |
| Amortization of intangible assets | 5,240 | 5,161 | 15,462 | 14,602 |
| Total operating expenses | 1,047,898 | 1,094,313 | 3,187,114 | 3,235,306 |
| **Operating Profit** | 229,001 | 237,856 | 607,175 | 760,044 |
| Net income on equity investments | 26,559 | 18,743 | 67,953 | 51,308 |
| Interest and dividend income | 4,924 | 4,678 | 11,908 | 9,330 |
| Interest expense | (186,771) | (84,324) | (385,925) | (180,375) |
| Loss on change in fair values of derivatives and related investments | (84,969) | (17,746) | (182,144) | (34,184) |
| Gain on TMCT transactions | 8,329 | 59,596 | 8,329 | 59,596 |
| Other non-operating gain (loss), net | (1,224) | 21,675 | (30,107) | 17,692 |
| **Income (Loss) from Continuing Operations Before Income Taxes** | (4,151) | 240,478 | 97,189 | 683,411 |
| Income taxes (Note 5) | 89,966 | (75,179) | 35,761 | (255,616) |
| **Income from Continuing Operations** | 85,815 | 165,299 | 132,950 | 427,795 |
| **Income (Loss) from Discontinued Operations, net of tax (Note 4)** | 66,950 | (959) | 32,796 | (72,857) |
| **Net Income** | 152,765 | 164,340 | 165,746 | 354,938 |
| Preferred dividends | – | (2,103) | – | (6,309) |
| **Net Income Attributable to Common Shares** | $ 152,765 | $ 162,237 | $ 165,746 | $ 348,629 |
| **Earnings Per Share (Note 2):** | | | | |
| Basic: | | | | |
| Continuing operations | $ .72 | $ .66 | $ .71 | $ 1.48 |
| Discontinued operations | .57 | – | .17 | (.26) |
| Net income | $ 1.29 | $ .66 | $ .88 | $ 1.22 |
| Diluted: | | | | |
| Continuing operations | $ .69 | $ .65 | $ .70 | $ 1.47 |
| Discontinued operations | .53 | – | .17 | (.25) |
| Net income | $ 1.22 | $ .65 | $ .88 | $ 1.22 |
| Dividends per common share | $ – | $ .18 | $ .18 | $ .54 |

# EXHIBIT WT 58

# Morningstar® Document Research℠

# FORM 10-Q

## TRIBUNE CO - TRBCQ

Filed: November 10, 2008 (period: September 28, 2008)

Quarterly report which provides a continuing view of a company's financial position

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

## FORM 10-Q

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 28, 2008**

Commission file number 1-8572

## TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **435 North Michigan Avenue, Chicago, Illinois** | **60611** |
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: (312) 222-9100

No Changes
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes /✓/ No / /

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act (Check One):
Large accelerated filer / /    Accelerated filer / /    Non-accelerated filer /✓/    Smaller Reporting Company / /

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes / / No /✓/

At November 10, 2008, there were 56,521,739 shares of the Company's Common Stock ($.01 par value per share) outstanding, all of which were held by the Tribune Employee Stock Ownership Plan.

# TRIBUNE COMPANY
## INDEX TO 2008 THIRD QUARTER FORM 10-Q

**Item No.**  **Page**

### PART I. FINANCIAL INFORMATION

1. Financial Statements (Unaudited)
   - Condensed Consolidated Statements of Operations for the Third Quarters and First Three Quarters Ended Sept. 28, 2008 and Sept. 30, 2007 — 1
   - Condensed Consolidated Balance Sheets at Sept. 28, 2008 and Dec. 30, 2007 — 2
   - Condensed Consolidated Statements of Cash Flows for the First Three Quarters Ended Sept. 28, 2008 and Sept. 30, 2007 — 4
   - Notes to Condensed Consolidated Financial Statements — 5
   - Note 1: Basis of Preparation — 6
   - Note 2: Discontinued Operations and Assets and Liabilities Held for Disposition — 10
   - Note 3: Income Taxes — 11
   - Note 4: Stock-Based Compensation — 12
   - Note 5: Employee Stock Ownership Plan — 13
   - Note 6: Pension and Other Postretirement Benefits — 14
   - Note 7: Changes in Operations and Non-Operating Items — 16
   - Note 8: Inventories — 16
   - Note 9: Goodwill and Other Intangible Assets — 19
   - Note 10: Debt — 26
   - Note 11: Fair Value of Financial Instruments — 27
   - Note 12: Comprehensive Income (Loss) — 28
   - Note 13: Other Matters — 31
   - Note 14: Segment Information — 32
2. Management's Discussion and Analysis of Financial Condition and Results of Operations — 56
3. Quantitative and Qualitative Disclosures About Market Risk — 59
4. Controls and Procedures

### PART II. OTHER INFORMATION

1. Legal Proceedings — 60
1A. Risk Factors — 62
6. Exhibits — 63

## PART I. FINANCIAL INFORMATION

### ITEM 1. FINANCIAL STATEMENTS.

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(In thousands of dollars)
(Unaudited)

|  | Third Quarter Ended | | First Three Quarters | |
|---|---|---|---|---|
|  | Sept. 28, 2008 | Sept. 30, 2007 | Sept. 28, 2008 | Sept. 30, 2007 |
| **Operating Revenues** | $ 1,036,946 | $ 1,158,553 | $ 3,152,534 | $ 3,422,787 |
| **Operating Expenses** | | | | |
| Cost of sales (exclusive of items shown below) | 594,161 | 592,804 | 1,742,692 | 1,744,988 |
| Selling, general and administrative | 353,220 | 298,048 | 902,652 | 964,435 |
| Depreciation | 47,857 | 46,250 | 142,774 | 140,089 |
| Amortization of intangible assets | 4,645 | 4,621 | 13,965 | 13,976 |
| Write-downs of intangible assets (Note 9) | — | — | 3,843,111 | — |
| Total operating expenses | 999,883 | 941,723 | 6,645,194 | 2,863,488 |
| **Operating Profit (Loss)** | 37,063 | 216,830 | (3,492,660) | 559,299 |
| Net income on equity investments | 23,201 | 26,559 | 58,130 | 67,953 |
| Interest and dividend income | 2,610 | 4,923 | 9,736 | 11,902 |
| Interest expense | (231,803) | (175,803) | (694,807) | (370,661) |
| Gain (loss) on change in fair values of PHONES and related investment | (8,360) | (84,969) | 97,960 | (182,144) |
| Strategic transaction expenses | — | (3,160) | — | (38,557) |
| Gain on sales of investments, net | 78,675 | — | 67,375 | 516 |
| Gain on TMCT transactions | — | 8,329 | — | 8,329 |
| Other non-operating gain, net | 372 | 1,936 | 527 | 22,934 |
| **Income (Loss) from Continuing Operations Before Income Taxes** | (98,242) | (4,555) | (3,953,739) | 79,571 |
| Income taxes (Note 3) | (25,919) | 88,106 | 1,836,833 | 44,914 |
| **Income (Loss) from Continuing Operations** | (124,161) | 83,551 | (2,116,906) | 124,485 |
| Income (Loss) from Discontinued Operations, net of tax (Note 2) | 2,585 | 69,214 | (715,157) | 41,261 |
| **Net Income (Loss)** | $ (121,576) | $ 152,765 | $ (2,832,063) | $ 165,746 |

See Notes to Condensed Consolidated Financial Statements.

1

Source: TRIBUNE CO, 10-Q, November 10, 2008                    Powered by Morningstar® Document Research℠