IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> TRIBUNE COMPANY, *et al.*, <br> Debtors. | Chapter 11 <br> Case No. 08-13141 (KJC) <br> Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David W. Brown of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent Citigroup Global Markets Inc. and Citicorp North America Inc. as parties in interest in this action.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

February 12, 2010

/s/ *John P. DiTomo*
Stephen P. Lamb (#2053)
John P. DiTomo (#4850)
Brandywine Building
1000 N. West St., Suite 1200
Wilmington, DE 19801
(302) 655-4410
*Attorneys for Citigroup Global Markets, Inc. and Citigroup North America Inc.*

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and its Standing Order for District Court Fund, effective January 1, 2005. I further certify that the annual fee of $25 has been paid to the Clerk of the Court for the District of Delaware.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

_____
David W. Brown
1285 Avenue of the Americas
New York, NY 10019
Tel. No. (212) 373-3000
Fax No. (212) 757-3990
dbrown@paulweiss.com

February 10, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: February 16, 2010

_____
United States Bankruptcy Judge