# CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 16th day of February, 2010, I caused the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties on the attached service list, by first-class mail, or in the manner indicated.

| | |
|---|---|
| Bryan Krakauer, Esq.<br>James F. Conlan, Esq.<br>Janet E. Henderson, Esq.<br>James W. Ducayet, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole Schotz Meisel Forman & Leonard, PA<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>**Hand Deliver** |
| Office Of The United States Trustee<br>844 King Street<br>Room 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>**Hand Deliver** | |

                                                                            /s/ John H. Schanne, II
                                                                             John H. Schanne, II