## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------x
In re:                                    :        Chapter 11 Cases
                                          :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                  :        (Jointly Administered)
                                          :
                    Debtors.              :
--------------------------------------------------x
```

### DECLARATION OF ANDREW K. GLENN

ANDREW K. GLENN, hereby declares, pursuant to 28 U.S.C. § 1746, that the following

is true and correct to the best of his knowledge, information, and belief:

1.      I am a partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP,

counsel for Law Debenture Trust Company of New York in the above-referenced cases.  I make

this declaration to present the Court with the attached documents in connection with the Joinder

of Law Debenture Trust Company of New York to the Motion of the Official Committee of

Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to

Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates.

2.      Attached hereto as **Exhibit 1** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3.      Attached hereto as **Exhibit 2** is a copy of a page from Tribune's website

(http://www.tribune.com/about/bios/board_index.html).

4.      Attached hereto as **Exhibit 3** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5.      Attached hereto as **Exhibit 4** is a copy of a page from Tribune's website

(http://www.tribune.com/about/bios/pate.html).

6.    Attached hereto as **Exhibit 5** is a copy of an article about the Tribune LBO (http://www.azdailysun.com/news/national/article_3e73c9c2-81ed-5aba-b2fc-0768e1893fc5.html).

7.    Attached hereto as **Exhibit 6** is a copy of an article about the Tribune LBO (http://archives.chicagotribune.com/2007/dec/29/business/chi-sat_4brief_1229dec29).

8.    Attached hereto as **Exhibit 7** is a copy of a page from Tribune's website (http://www.tribune.com/about/bios/michaels.html).

9.    Attached hereto as **Exhibit 8** is a copy of an article about Samuel Zell (http://www.beachwoodreporter.com/people_places_things/the_sam_zell_papers.php).

10.    Attached hereto as **Exhibit 9** is a copy of a page from Tribune's website (http://www.tribune.com/about/bios/wood.html).

11.    Attached hereto as **Exhibit 10** is a copy of an article about Equity Residential (http://www.earthtimes.org/articles/show/equity-residential-appoints-mark-shapiro-to-board-of-trustees,1137916.shtml).

12.    Attached hereto as **Exhibit 11** is a copy of a page from Tribune's website (http://www.tribune.com/about/bios/spector.html).

13.    Attached hereto as **Exhibit 12** is a copy of a page from Tribune's website (http://www.tribune.com/about/bios/bigelow.html).

14.    Attached hereto as **Exhibit 13** is a copy of a profile of Nils Larsen and a page from Tribune's website (http://people.forbes.com/profile/nils-e-larsen/4485 and http://www.tribune.com/pressroom/releases/2009/12102009.html).

15.    Attached hereto as **Exhibit 14** is a copy of a page from Tribune's website (http://www.tribune.com/about/bios/liebentritt.html).

16.    Attached hereto as **Exhibit 15** is a copy of the Transcript of Hearing Before Honorable Kevin J. Carey United States Bankruptcy Court Chief Judge, *In re Tribune Co.*, 08-13141-KJC, dated December 1, 2009.

17.    Attached hereto as **Exhibit 16** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18.    Attached hereto as **Exhibit 17** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19.    Attached hereto as **Exhibit 18** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20.    Attached hereto as **Exhibit 19** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

21.    Attached hereto as **Exhibit 20** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22.    Attached hereto as **Exhibit 21** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23.    Attached hereto as **Exhibit 22** is a copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
       February 16, 2010

                              _/s/ Andrew K. Glenn_
                              ANDREW K. GLENN