# **EXHIBIT 1**

[Filed Under Seal]

# **EXHIBIT 2**



**About Tribune**

COMPANY VALUES |<
TRIBUNE HISTORY |<
BOARD OF DIRECTORS |<
CORPORATE MANAGEMENT |<
BUSINESS UNITS AND WEBSITES |<

## Board of Directors

Biographical information about our board members



**Samuel Zell**
Chairman of Tribune Company

**Jeffrey S. Berg**
Chairman and CEO of International Creative Management, Inc.

**Brian L. Greenspun**
Chairman and CEO of The Greenspun Corporation



**Betsy D. Holden**
Former President of Global Marketing and Category Development
for Kraft Foods

**Randy Michaels**
CEO of Tribune Company



**William A. Osborn**
Chairman of Northern Trust Corporation

**William Pate**
Chief Investment Officer of Equity Group Investments, LLC

**Mark Shapiro**
President and CEO of Six Flags, Inc.



**Maggie Wilderotter**
Chairman and CEO of Frontier Communications Corporation

**Frank Wood**
CEO of Secret Communications

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map   :: Contact Us   :: Terms of Service   :: Help

# <u>EXHIBIT 3</u>

[Filed Under Seal]

# **EXHIBIT 4**



back | home

>| Board of Directors
>| Corporate Management

» William Pate
   Director
   Tribune Company

# William Pate

*Director*
*Tribune Company*

William Pate is chief investment officer for Equity Group Investments, LLC, a privately held investment firm controlled by Sam Zell. He has served in various capacities for EGI since 1994, and in his present position since 2000.

Pate and his colleagues are responsible for EGI's non-real estate investment portfolio. He presently serves as a director for both Covanta Holding Corporation, the largest waste-to-energy service provider in the United States, and Hanover Compressor Company, a global oilfield services provider.

Pate has previously served on the board of directors of Adams Respiratory Therapeutics, CNA Surety, American Commercial Lines, Inc. and several private companies associated with EGI. He began his professional career at The First Boston Corporation as a financial analyst in the firm's merger and acquisition group. Subsequently, he was employed as an associate at The Blackstone Group.

Pate is a 1986 magna cum laude graduate of Harvard College and a 1993 honors graduate of the University of Chicago Law School. He was admitted to practice law in the State of New York in 1993 and is a member of the Visiting Committee for the Divinity School at the University of Chicago.

:: :: ::

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map    :: Contact Us   :: Terms of Service   :: Help

# EXHIBIT 5

Home / News / National

# Sam Zell finalizes Tribune Co. buyout

- Story
- Discussion

Posted: Thursday, December 20, 2007 11:00 pm | (0) Comments

Font Size:
>    Default font size
>    Larger font size

CHICAGO (AP) — Real estate magnate Sam Zell took control of newly private Tribune Co. on Thursday and began shaking up the newspaper and TV company the moment the $8.2 billion buyout he led closed, reshuffling the board, naming two top executives and promising more action ahead.

Taking on the CEO and chairman roles, Zell made clear he won't hesitate to make sweeping changes at the media conglomerate even though he has no previous experience in the industry.

He signaled he has no immediate asset sales in mind at the company that owns 23 television stations and nine daily newspapers, including the Los Angeles Times and the Chicago Tribune, although he hopes to complete the sale of the Chicago Cubs and Wrigley Field by the start of the baseball season at the end of March.

However, he made clear that other changes are coming.

"There's a new sheriff in town and the name of the game is excellence, relevance tied to revenue," Zell said at a news conference less than three hours after the deal's closing was announced. "I'm sick and tired of listening to everyone talk about and commiserate over the end of newspapers. They ain't ended and they're not going to end. I think they have a great future."

Graphically demonstrating the change in culture at the company, Zell was tieless and wore jeans and cowboy boots in his appearance at buttoned-down Tribune Tower.

Asked how long he intends to remain chief executive, he said he doesn't know but made a careful decision to take on the job for the time being.

"As you are undoubtedly aware, I'm the chairman of everything and the CEO of nothing," he said. "But in this particular situation, I thought it was extraordinarily important to make it absolutely ... clear my commitment, my interest, my involvement."

Zell has had 8 1/2 months to ponder changes since agreeing to head the debt-heavy buyout, which takes the company private under an employee stock ownership plan, and he wasted no time putting them into effect.

He added five directors to the board and named two longtime associates to key management posts. Randy

Michaels, who helped him turn around radio company Jacor Communications with the help of significant cost cuts, will head the broadcast and Internet operations, and Gerry Spector, who has been chief operating officer at Zell's Equity Residential Properties, will be Tribune's chief administrative officer.

Michaels and Spector are "new blood" who can "help us rearrange this company for the 21st century," Zell said, citing the company's penchant in the past for making slow decisions and being impeded by its bureaucracy.

He said Spector will effectively be responsible for everything other than content, handling most typical CEO duties. He reiterated that personally he has "absolutely no editorial aspirations" in terms of shaping day-to-day coverage.

The closing came after Tribune received the final cash installment from the four banks financing the deal — JP Morgan Chase & Co., Merrill Lynch & Co., Citigroup Inc. and Bank of America Corp. The lenders had given the deal last-minute scrutiny because of declining conditions at Tribune and in the public markets that will cause them to take a hit on the loan, but the company cleared all the benchmarks needed to guarantee financing.

The other obstacle to approval was removed on Nov. 30 when the Federal Communications Commission cleared the way for the deal.

Tribune's stock ceased trading at the market's close on Thursday after rising 91 cents to $33.98. That's virtually all the way back to the once-criticized price of $34 a share struck by Zell last April after sinking as low as $22.78 in August amid jitters about prospects for Tribune and the sale.

The swift personnel moves by the 66-year-old Zell, a self-described "professional opportunist," confirmed his intention to change the status quo at Tribune drastically.

No one knows exactly what cutbacks, asset sales or other moves to expect from the blunt-spoken billionaire — known as a brilliant investor and bargain-hunter in industries other than media. But even a man who long ago dubbed himself "The Grave Dancer" for his ability to revive moribund properties faces a tough task in trying to turn around the nation's second-largest newspaper publisher, its revenues still in free fall.

He said he plans to add Jeffrey Berg, Brian Greenspun, William Pate, Maggie Wilderotter and Frank Wood to the board — a mix of people with ties to both the media and Tribune's new boss. Zell called them "people who have significant media exposure and experience and tend to be non-conventional thinkers."

Berg, 60, is chairman and CEO of International Creative Management Inc. Greenspun, 61, is chairman and CEO of The Greenspun Corp., president and editor of the Las Vegas Sun newspaper and a "significant investor" in Tribune with his family.

Pate, 44, is chief investment officer of Equity Group Investments, Zell's firm. Wilderotter, 52, is chairman and CEO of Citizens Communications. Wood, 65, is CEO of the venture capital firm Secret Communications and a former lawyer who spent 33 years in the radio broadcasting business.

Two existing board members were re-elected as directors: William Osborn, the chairman and CEO of

Northern Trust Corp., and Betsy Holden, a senior adviser to McKinsey & Co. and former co-CEO of Kraft Foods Inc.

Under terms set when he crafted the buyout deal in April, Zell's investment in Tribune now rises to $315 million from $250 million and he owns warrants to buy about 40 percent of the company, which will be formally owned by an employee stock ownership plan. The deal added $8 billion in debt to Tribune's books for a total of $13 billion, and the company will be under pressure to keep up with its payments before the transaction becomes profitable.

"From my perspective I think it's a very low-risk investment," he said. "But this wouldn't be the first time that my opinion diverged from everybody else's."

Setting the stage for the transition, the company said Wednesday that Dennis FitzSimons will step down as chairman and CEO and leave the company at the end of the year. James F. Reda & Associates, a compensation consulting firm, said Thursday that based on an analysis of Tribune filings he will take away an exit package of severance, benefits and other holdings valued at $38 million to $39 million.

On the Net:

Tribune Co.: http://www.tribune.com

Posted in National on *Thursday, December 20, 2007 11:00 pm*
    Share This Story

Print Email ShareThis

**Similar Stories**

- County agrees to pay $4.1 million to Masters
- Ex-chief now questions '86 Bishop shooting probe
- Flight cleared after bomb threat at Philly airport
- Pelosi: Pa. Rep. Murtha was friend to military
- Rescue effort resumes at Mount St. Helens crater
- Clearing roads in winter requires snowphistication
- Defense says NYPD prosecution lacks evidence
- Out-of-town-jury to hear Mo. teen's murder trial

**Sponsored Links**

**Manhattan Commercial Real Estate Broker**
We represent the company who is looking for space
not the Landlord.
www.igdnyc.com

**Home Listings in Brooklyn, New York**
Start your Brooklyn real estate search here. We
know New York.
www.fillmore.com

**New York City Private Party Resource**
PartyReservations.com. - Your resource for New
York City private parties
www.partyreservations.com

Ads by Yahoo!



# EXHIBIT 6

 

**Chicago Tribune**

---

**Chicago Tribune Archives** Business

---

Return to your last page

Archive for Saturday, December 29, 2007

# New director acquires minority interest

By Tribune Staff
December 29, 2007

Newly appointed Tribune Co. director William Pate, chief investment officer of Sam Zell's Equity Group Investments, has acquired a minority interest in Tribune Chairman and Chief Executive Zell's stake in the now-private media concern, according to a filing Friday with the Securities and Exchange Commission.

Pate and fellow Tribune director Brian Greenspun, editor and president of the Las Vegas Sun and chairman of Greenspun Corp., each acquired their interest through limited liability companies for which they serve as the sole economic member, according to the filing. Greenspun's investment had been previously announced by Tribune. A spokesman for Tribune, which owns the Chicago Tribune, declined comment.



---

Copyright 2010 Chicago Tribune

# EXHIBIT 7

# TRIBUNE

back | home

>| Board of Directors
>| Corporate Management

» Randy Michaels
  CEO

# Randy Michaels
*Chief Executive Officer*

Randy Michaels was named Tribune Company's chief executive officer and elected to Tribune's board of directors in December 2009. Previously, he served as the company's chief operating officer.

Michaels joined Tribune in 2007 as executive vice president and CEO of Tribune's broadcasting and interactive businesses, and six of the company's mid-market newspapers. Also in 2007, Michaels was named as CEO of Local TV, LLC, a company that acquired the television stations formerly owned by The New York Times Company.

Michaels began his media career in radio, as an engineer at his college station (State University of New York). During college he joined Taft Broadcasting's radio and TV operations in Buffalo. He moved with Taft to Cincinnati, serving the company until 1983.

In 1983, Michaels and business partner Bobby Lawrence formed Seven Hills Communications, a radio company that merged with Jacor Communications in 1986. At Jacor, Michaels served as executive vice president/programming and co-chief operating officer, then became president and chief operating officer when Sam Zell acquired the company in 1993. Michaels was named CEO three years later.

Clear Channel Communications acquired Jacor in 1999, and Michaels became Clear Channel's division president and later chairman and CEO. During his tenure, Clear Channel applied an aggressive acquisition strategy, growing from 425 stations to 1200.

Michaels left Clear Channel in 2002 and started several private broadcast firms, including RadioActive and Product 1st. He began working with Oak Hill Capital partners in early 2005 on acquisition opportunities, culminating in the creation of Local TV.

:: :: ::

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map   :: Contact Us   :: Terms of Service   :: Help

# EXHIBIT 8



# The
# BEACHWOOD
# Reporter
### Chicago - Feb. 16, 2010

| MUSIC | TV | POLITICS | SPORTS | BOOKS | PEOPLE PLACES & THINGS |

**Beachwood PP&T**

Our monthly PP&T archive.

**Chicagoetry**

Rhymes for the Times.

**Beachwood Approved**

Beerlights

Footnotes

Exploratorium

Bar Tricks

People's Atlas of Chicago

Overheard in NYC

He Is Not Making This Up

Best of Craigslist

Wacky Packages

Improv Everywhere

Boing Boing

Reading With Scissors

Natasha in India

Chicagology

Taquitos

How Products Are Made

Everyday Mysteries

Chicago Zombie

Alcoholic Outsider Art

Proof

Failblog

Texts From Last Night

Awkward Family Photos

There I Fixed It

Interesting Ideas

Hack

Chicago Carto

Fresh Chickens

QuackWatch

Alcademics

Laugh Lines

Stuff Leaking From My Brain

The Frugal Girl

# The [Sam Zell] Papers

**By Steve Rhodes**

While Sam Zell's deal to buy Tribune Company still hangs in the balance, a profile of Zell in *The New Yorker* makes it clear that he's not the kind of guy you'd like own your local newspaper. Let's take a look at both that profile, Zell the Party Animal, and Zell the Evil Mobile Home Landlord.

**Rough Rider**
"When some of Zell's friends heard about the deal, they were surprised that he wanted to enter the newspaper business - and at a moment when it is struggling to survive. One friend told me that he thought Zell may have been motivated, at least in part, by his love of Chicago, where he has lived all his life; a growing interest in cultural and civic affairs (his third wife, Helen, is the chairwoman of the board of trustees of the Museum of Contemporary Art in Chicago); and a realization that he has made more money than he can ever spend. Forbes recently named him the wealthiest person in Chicago, with an estimated net worth of six billion dollars.

"However, Maggie Wilderotter, who is the chairwoman and C.E.O. of Citizens Communications and has sat on the boards of three of Zell's firms, said that she had spoken with him many times about Tribune Company before he made his bid, and that high-minded considerations played no part in his thinking. 'An important part of the Tribune portfolio is TV stations,' Wilderotter said. 'He's buying a media company that has assets other than newspapers.'

"[Ron] Burkle and [Eli] Broad told Tribune's directors that they were eager to preserve the newspapers' public-service role, which they believed was increasingly jeopardized by owners who were focussed solely on profitability. The media mogul David Geffen, who offered Tribune two billion dollars for the L.A. Times in 2006, made a similar argument. 'But that's not what drives Sam,' Wilderotter said. 'His thought process throughout this whole thing has always been about the business proposition. I never, ever heard Sam say, I'm doing this because I love the *Chicago Tribune*, or I'm committed to the city of Chicago. It would have been totally out of character."

Or, one might say, it might display character.

※

"The way I look at transactions, and the way I look at risk, I have no room for sentiment," Zell says.

Like journalism values.

※

This I like.

"Early in his career, [Zell] decided that he would not bow to convention in his speech or his attire. In the seventies, he would sometimes wear a red polyester jumpsuit and a gold chain to meetings with bankers. He once said that if you dress oddly and you're really good at what you do you're seen as eccentric; but if you're not so good you're seen as a schmuck."

Journalism is in large part about piercing appearances to reveal reality, but I'm not sure anyone is more obsessed with appearances in our society than the media, who like to dispense advice to pols and corporations about how best to create appearances to better manipulate the masses.

## Today's Beachwood

 **MUSIC** - The Rolling Stones' Love & Theft.

 **TV** - Berserk!

 **POLITICS** - The Prison Chief's Past.

 **SPORTS** - Snowboard Gold.

 **BOOKS** - Zell's Bullshit Walks.

 **PEOPLE PLACES & THINGS** - St. Catherine of My Cock.

**Search**
The Beachwood Reporter

[ Search ]

**Subscribe to the Newsletter**

Email: [ Go ]

────── ADVERTISEMENTS ──────


Be Positive Do Something Positive
Visit the Official Be Positive Day Website


Membership has its privileges
Join the elite ranks of those who support the Beachwood Reporter
[ become a member ]



3D GLASSES for 3D
movie - Official
3Dstereo Glasses
Best Price $0.78
or Buy New $3.99
Buy from amazon.com
Privacy Information



Red Laser Pointer Classic
Style with...
Photon
Best Price $4.50
or Buy New $7.49
Buy from amazon.com
Privacy Information



Sheet Pan Half Size - 12-
7/8" x 17-...
Vollrath
Best Price $16.99
or Buy New $16.99
Buy from amazon.com
Privacy Information

*

"Zell is easily provoked. He has frequently castigated analysts who have been critical of one of his companies. At a recent dinner party, the mention of Hillary Clinton's name prompted him to use a four-letter obscenity to describe her."

The word reportedly was cunt. Of course, if Hillary Clinton were a businessman Zell would probably have great admiration for her/him.

*

I wonder what this might mean for Tribune Company's ethics policies.

"A couple of years ago, Zell's close friend Will Weinstein, a money manager who was teaching at the University of Hawaii, asked Zell to address a class on business ethics. Several of Enron's leading executives were on trial at the time, for fraud and other crimes. Weinstein had opened the session to the public, and someone in the audience asked Zell whether, in the current environment, 'where some seem to be doing almost anything to be profitable, does not the concept of "business ethics" seem to be an oxymoron? And do you accept that there is a concept of greed? And how would you define it?'

"'Jesus Christ!' Zell replied. 'I mean, would you like a pulpit as well? I mean, when does the indictment come out? I mean, are people in the business community different from you, or you, or you?' He pointed angrily at the questioner and others nearby. 'C'mon! We're talking about weaknesses and we're talking about strengths! Are human ethics an oxymoron? I don't think so. Neither do I think business ethics are an oxymoron. It's real fun to take a shot at the business community. After all, those motherfuckers are getting all the money, right? But let me tell you something; I'll put my work schedule against anybody you know, including you, and I work my ass off every day! The idea that somehow or other the business community is full of all these greedy characters - you should see the greed in teachers' unions! You should see the greed in any political organization! Business is made up of a whole group of individuals, and within that group there are straight people, there are not-straight people, and then there's a whole bunch of us in the middle, who some days are straight and some days we're not.'

"Weinstein looked alarmed. 'You're not honestly putting yourself in that middle category?'

"'Oh sure, why not?' Zell replied. 'St. Sam - that's an oxymoron.'"

*

"Sam is brighter and faster than most but he's abrasive and arrogant and he belittles people," retired Itel Corporation board chairman Herbert Kunzel said.

Itel is a company Zell took over in a, um, controversial manner. According to a *Wall Street Journal* article cited by the *New Yorker*, "Zell sabotaged a planned acquisition, excoriated the company's CEO, and refused to shake hands."

What's that he said about greedy business people?

*

"In 1993, he bought a ninety-four-per-cent stake in Jacor Communications, a Cincinnati radio-station company, through one of his vulture funds. Jacor was profitable, but the company had borrowed too heavily and was deep in debt; Zell and a partner, David Schulte, paid down some of the debt and replaced the company's top executives. At the time, federal law limited to thirty-six the number of stations a company could control. But in February, 1996, the Telecommunications Act was passed, deregulating the radio business. 'I called the management in here and I said, Gentlemen, this is a once-in-a-lifetime opportunity: I want you to go out and buy all the radio stations you can,' Zell recalled. 'I'll figure out how to pay for them. And in two years we went from seventeen stations to two hundred and thirty-four, and in 1999 we sold out to Clear Channel.'"

Nice. For him. But for the public, a disaster.



FLYING SAUCER
BREAKFAST... LUNCH.
1123 N. California Ave.     (773) 342-0076



life can be
sew crewel
see for yourself at
crewelworld.com



93.5 FM Marfa
PUBLIC RADIO
Serving Far West Texas

Cheap Mobile Homes
Check Out Local.com To
Find Cheap Mobile
Homes In Your Area!
Local.com

BEACHWOOD MEDIA PRESENTS


Ferdy on Films, etc.
Film reviews and commentary,
random thoughts on the world
around us, blatant promotion of
favorite charities, and
other ponderables.



try it today!
Devin Hester
is Ridiculous!

BEACHWOOD FRIENDS





*

Then again, Zell's not all bad.

"Zell hinted that he would replace Tribune's top executives. He said that if Hurricane Katrina hit Chicago and the executives in Tribune Tower were cut off from the outside world, he thought that the L.A. *Times* and the other Tribune companies would do just fine. He also said that he believes that Tribune needs to become more decentralized by giving local executives more control. The *Times*, he said, should be able to function without someone telling it what to do. 'Zell's folks are very critical of the corporate culture here, and they see many of the top guys as personifying it,' a Tribune publishing executive told me, referring to the company's leaders."

*

"Zell told me, 'I've had offers on every single asset in the portfolio. Chuck Schumer - the New York senator - 'calls me, because he's hustling for some people who want to buy *Newsday*. Baltimore people are calling, Allentown's calling, Florida's calling, and, in L.A., David Geffen and Eli Broad. So all I can tell you is that for a dead industry with no future there are an awful lot of schmucks who want to take it away from me!'"

Zell is drawing the wrong conclusion. Readers, citizens and civic leaders are desperate for local ownership of their media. There also might be some sentiment involved.

*

"The galas that Zell hosts each September bear little resemblance to the old treasure hunts. Zell hates black-tie events, so guests receive T-shirts in advance, which feature obscure clues to the identity of the evening's performer. (Recently, these have included Bette Midler, Elton John, and Paul Simon.) For the September, 2006, party, three tour boats picked up the guests from Chicago's Navy Pier and headed into Lake Michigan. 'He got everybody on these boats and put them out there for about an hour,' one guest recalled. 'This was a crowd of pretty trendy people, all these type-A personalities, and they got like hornets! They were saying, Why couldn't we come by car? Are we going to have to come back on these damn things? I know he did it deliberately. So the parties have changed, but the theme of getting your guests mad and crazed is still there.'"

What a prick.

### Party Animal
1. Sam Zell's 60th birthday party.

2. From the *Tribune's* late *Inc.* column, September 1998: "Those three tents at Des Plaines and Kinzie? Area residents, as well as Metra commuters looking down from their trains, were curious. Now it can be told: They were Cirque du Soleil tents for Chicago gazillionare Sam Zell's annual party for associates, friends and relatives - with Ziggy Marley, Earth Wind & Fire and the Isley Brothers providing entertainment. Even Jam Productions' Jerry Mickelson, in attendance, was impressed. In the past, Zell has hired Jay Leno, Village People and the Beach Boys to entertain. More than 700 guests attended - including all the staff at Marche, which catered the bash."

### Evil Mobile Home Landlord
*From the Carol Marin files:*

1. "A Unit 5 follow-up tonight on a battle that is being played not only in Chicago but also across the country in so-called mobile home parks."

2. Zell and Victor Reyes.

3. Dear Sam Zell.

*From The May Report:*

From: Minpix@aol.com
Date: Sat, 10 Apr 2004 17:34:00 EDT
Subject: Zell charms crowd with insightful folksy talk
To: ron@themayreport.com

Ron,

Not all folks find him [Zell] quite so charming, here's something to give you some real insight. Please read the attachment. It is a Delaware House Resolution from last week, basically emergency legislation to stop MHC from evicting old people etc.

Subj: Elder Abuse coming soon to a park near you compliments of Chicago Billionaire

Chicago Billionaire Grave Dancer and self proclaimed "Vulture Investor" heads a multibillion-dollar publicly traded corporation (MHC) that makes it's livelihood shaking down fixed income old people, mostly female, for their lifesavings, leaving in its wake widespread poverty, despair and hopelessness.

Where once existed banana bread recipe websites, parties, and a host of charitable activities, now exists increasingly empty communities as MHC waits out the last oldsters in each.

It's happening in California, Florida, Delaware, Colorado, Illinois, it's happening in more than half the states, from coast-to-coast in 200 mobile home parks owned by this rapacious, predatory, lawsuit-loving corporation.

MHC's leader is a Chicago boy. For some he is a Wall Street genius. For some he is Satan incarnate. He, himself a senior citizen, does not even pretend to feel anything for the people he is steamrollering. Nope, it's all about the money. In Santa Cruz, California, MHC managed to transfer $70 million dollars of equity from the former homeowners to MHC's coffers.

Across the country Senators, Assemblypersons, Attorney Generals, and a whole host of legal representatives agree on one thing. MHC and its team of legal thugs are immoral criminals. But so far no one has figured out how to stop them.

We are hoping that by educating the masses with this kind of exposure we can help apply pressure and develop a groundswell to stop MHC. At the very least we can inform and forewarn senior citizens and mobile home communities nationwide about the true nature of MHC and this systematic pillaging of old folks.

*Case Study:*

Mobile Home Communities (MHC), through an endless barrage of lawsuits containing thinly veiled blackmail and threats, is harassing thousands of elderly, fixed income mobile home park residents. (MHC owns over 150 parks, one-third in California).

In De Anza Mobile Home Park in Santa Cruz, after 8 years of defending against a string of lawsuits, both the city and De Anza's elderly residents threw in the towel. MHC prevailed in a legal challenge to rent control, causing widespread financial ruin, simply because there was no more money to fight off MHC's team of legal thugs.

I am requesting that the Attorney General investigate this matter because it impacts thousands of California seniors living in mobile home parks. The unbridled activities of MHC are having the effect of WMD's.

MHC's CEO does not slap around Aunt Betty and steal her purse. He goes after hundreds of lifesavings at a time, leaving in his wake depression, anger, fear, hopelessness, poverty and despair.

Is this not financial and psychological abuse of the worst kind? Surely this is a public matter worthy of attention by the Attorney General's office.

The Attorney General's offices in several other states are actively defending and protecting their seniors from the abuses of this billion-dollar corporation.

*Letter to Wall Street Journal 3/2004:*

Warren Buffett, GMAC and others hoping to profit from an upswing in the mobile home industry cannot afford to ignore a critical factor affecting any turnaround.

This factor also accounts for why anyone would deliberately trash a mobile home before vacating it.

Mobile home parks, traditionally mom-and pop-businesses catering to seniors, have been discovered by Wall Street REIT's which are gobbling up parks and aggressively raising rents.

From California to Delaware, owners of mobile homes, especially the elderly, find life in a double-wide increasingly hard as rents rise faster than their income. Most mobile home residents own their home but not the land, which they rent from the park owners.

In a nationwide land-grab contributing to the repossession of 100,000 mobile homes last year, MHC, the largest and most aggressive mobile home park owner in the country (they own 200 parks in 23 states), is systematically challenging and overturning local laws and ordinances, even those designed to protect seniors from unfair rent increases.

Under the guise of "fiduciary responsibility" to their shareholders, MHC squeezes residents by aggressively raising rents as much as five-fold. The prohibitive cost and impracticality of moving a mobile home leave the mobile-home owner little choice but to pay up or get out. New buyers are scared away by the astronomical rent for the land.

This effectively shuts down the marketplace. With no buyers, the resident has no recourse but to abandon the home when they fall ill, die or, in some cases are evicted for failure or inability to pay the (exorbitant) rent increases. MHC then steps in and buys the abandoned home from the unfortunate lender for pennies on the dollar.

This egregious business practice is leaving in its wake widespread poverty, despair and hopelessness, especially among the nations senior citizens who account for half of all mobile home residents.

Any court victories favoring residents are inevitably followed by appeals and further legal challenges until at last the mostly elderly residents are left with no money to continue the fight.

The question is, where do you draw the line between social consciousness and what you need to do to satisfy Wall Street?

Is it any wonder that even the generally docile senior citizen is tempted to consider trashing a home upon leaving, given that the new de-facto owner is the very corporation responsible for their misery?

Permalink

Posted on November 14, 2007

© 2009, THE BEACHWOOD REPORTER

# **EXHIBIT 9**



back | home

>| Board of Directors
>| Corporate Management

» Frank Wood
  Director
  Tribune Company

# Frank Wood

*Director*
*Tribune Company*

Frank Wood is the chief executive officer of Secret Communications, LLC, a Cincinnati-based venture capital company with roots in the radio industry. In addition, he is chairman of the board of 8e6 Technologies, an Internet filtering company headquartered in Orange, Calif. Wood, a former lawyer, spent 33 years in the radio broadcasting business, including four years as the CEO of Jacor Communications.

Wood serves on the board of Chemed Corporation (NYSE:CHE) and C Bank, a new business bank.

:: :: ::

Copyright © 2010 Tribune Company. All Rights Reserved.
:: Site Map   :: Contact Us   :: Terms of Service   :: Help

# **EXHIBIT 10**

# Earthtimes.org (Press Release)

Print this Page          Close Window

## Equity Residential Appoints Mark Shapiro to Board of Trustees

Posted on : 2010-01-26 | Author : Equity Residential
News Category : PressRelease

CHICAGO - (Business Wire) Equity Residential (NYSE: EQR) today announced the appointment of Mark Shapiro to the company's Board of Trustees, effective as of January 26, 2010, to serve until the next annual meeting of shareholders. Mr. Shapiro qualifies as an independent trustee under the New York Stock Exchange's listing standards.

Mr. Shapiro, 39, is the Chief Executive Officer of Six Flags, Inc. (OTC BB: SIXFQ.OB), the world's largest regional theme park company. Prior to joining Six Flags in 2005, Mr. Shapiro spent 12 years at ESPN where he bore significant responsibility for many of the sports and entertainment properties that built the television network into one of the world's strongest multimedia brands. He serves as a director of Live Nation (NYSE: LYV) and the Tribune Company. Mr. Shapiro holds a B.A. from the University of Iowa.

"We are very pleased to have Mark as a member of Equity Residential's Board," said David J. Neithercut, Equity Residential's President and CEO. "We will benefit greatly from his background in marketing and branding as well as his experience as a public company CEO."

Equity Residential is an S&P 500 company focused on the acquisition, development and management of high quality apartment properties in top U.S. growth markets. Equity Residential owns or has investments in 494 properties totaling 136,843 units. For more information on Equity Residential, please visit our website at www.equityresidential.com.

Equity Residential
Marty McKenna, (312) 928-1901

Print this Page          Close Window

**Press Release Print Source :**
http://www.earthtimes.org/articles/show/equity-residential-appoints-mark-shapiro-to-board-of-trustees,1137916.shtml
© 2010 earthtimes.org. All Rights Reserved.
This material may not be published, broadcast, rewritten, or redistributed.

# **EXHIBIT 11**

# TRIBUNE

| About Tribune | Financial Information | Media Relations | Career Opportunities | Sales & Advertising |

back | home

>| Board of Directors
>| Corporate Management

» Gerald Spector
   Chief Operating Officer

# Gerald Spector
*Chief Operating Officer*
*Tribune Company*

Gerald A. (Gerry) Spector was named Tribune Company's chief operating officer in December 2009. Previously, Spector was executive vice president and chief administrative officer.

Spector joined Tribune in 2007 from Equity Residential, the largest apartment real estate investment trust in the United States, where he served as trustee and executive vice president of Equity Residential since March 1993 and chief operating officer since February 1995. He was treasurer from March 1993 to February 1995. At the end of 2007, Spector will retire from his operating posts at Equity Residential but remain vice chairman of the company's board of trustees.

From 1988 to 1994, Spector was chief operating officer of Equity Group Investments. For the last three of those years he was also EGI's executive vice president. He was vice president from November 1994 to January 1996.

Previously, starting in 1973, Spector was an officer of Equity Financial and Management Company, most recently serving as executive vice president from November 1994 to January 1996. From 1990 to 1994 he was the company's executive vice president and chief operating officer.

Spector was a director of Equity Group Investments, LLC, and Equity Financial and Management Company from 1990 to 1996, and a director of Manufactured Homes Communities, Inc., from 1992 to 1995.

Spector holds a BSBA from Roosevelt University, attended the University of Illinois and is a Certified Public Accountant.

:: :: ::

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map  :: Contact Us  :: Terms of Service  :: Help

# **EXHIBIT 12**

# TRIBUNE

| About Tribune | Financial Information | Media Relations | Career Opportunities | Sales & Advertising |

back | home

>| Board of Directors
>| Corporate Management

**PHOTO**



» Chandler Bigelow
Chief Financial Officer
Tribune Company

# Chandler Bigelow

*Chief Financial Officer*
*Tribune Company*

Chandler Bigelow was named chief financial officer for Tribune Company in March 2008. He oversees all corporate finance functions, including financial reporting, tax, audit, treasury and real estate.

Bigelow had been Tribune's vice president/treasurer with responsibility for the company's financing activities, cash management, short-term and retirement fund investments and risk-management programs since 2003. He was instrumental in closing Tribune's going-private transaction in December 2007.

Previously, Bigelow was assistant treasurer since 2001 and served as director/corporate finance from 2000 to 2001. He joined Tribune in 1998 as part of the Tribune Financial Development Program and became corporate finance manager in 1999.

Prior to Tribune, Bigelow was manager of investor relations for Spyglass, Inc., from 1996 to 1997. In 1994, he co-founded Brainerd Communicators, an investor relations firm, where he served as vice president through 1995. From 1991 to 1994, Bigelow was an account executive at Abernathy MacGregor Scanlon, an investor relations and communications firm; he focused on the company's media practice, advising clients such as Turner Broadcasting, McCaw Cellular, King World Productions and QVC.

A native of New York, born January 11, 1969, Bigelow holds a bachelor's degree from Trinity College in Hartford, Conn., and master's degree in business administration from the University of Wisconsin. He serves as a board member of the Springboard Foundation and is a board member for the Guild of the Chicago Botanic Garden.

:: :: ::

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map   :: Contact Us   :: Terms of Service   :: Help

# EXHIBIT 13

# Nils E. Larsen

**Director**
American Commercial Lines, Inc.
Jeffersonville , IN
Sector: SERVICES / Shipping

**38 Years Old**
Mr. Larsen was appointed a director of ACL on January 11, 2005. Mr. Larsen is an Executive Vice President at Tribune Company ('Tribune'), a diversified media company, and a Managing Director of Equity Group Investments, LLC ('EGI'), a private investment group. Mr. Larsen joined Tribune in December 2008 as a member of the senior leadership team managing Tribune's restructuring process. On December 8, 2008, Tribune filed for Chapter 11 bankruptcy. Mr. Larsen was named Managing Director at EGI in 2001 and joined EGI in 1995. While at EGI, Mr. Larsen has focused on a wide range of industries and financial securities with particular focus on the transportation, energy, media and retail industries and distressed debt securities. Previously, Mr. Larsen worked as a financial analyst with CS First Boston in the taxable fixed-income/derivatives group where he was involved in raising capital for international issuers and domestic financial institutions.

## Director Compensation (American Commercial Lines, Inc.)

| | |
|---|---|
| Fees earned or paid in cash | $42,500.00 |
| Stock awards | $17,624.00 |
| Option awards (in $) | $84,782.00 |
| Non-equity incentive plan compensation | $0.00 |
| Change in pension value and nondisqualified compensation earnings | $0.00 |
| All other compensation | $0.00 |
| **Total Compensation** | **$144,906.00** |

## Director Compensation (Rewards Network, Inc.)

| | |
|---|---|
| Fees earned or paid in cash | $500.00 |
| Stock awards | $58,297.00 |
| Option awards (in $) | $0.00 |
| Non-equity incentive plan compensation | $0.00 |
| Change in pension value and nondisqualified compensation earnings | $0.00 |
| All other compensation | $0.00 |
| **Total Compensation** | **$58,797.00** |

## Director Compensation (Rewards Network, Inc.)

| | |
|---|---|
| Fees earned or paid in cash | $56,500.00 |
| Stock awards | $26,627.00 |
| Option awards (in $) | $0.00 |
| Non-equity incentive plan compensation | $0.00 |
| Change in pension value and nondisqualified compensation earnings | $0.00 |
| All other compensation | $0.00 |
| **Total Compensation** | **$83,127.00** |

## Director Compensation (Rewards Network, Inc.)

| | |
|---|---|
| Fees earned or paid in cash | $56,000.00 |
| Stock awards | $13,862.00 |
| Option awards (in $) | $0.00 |
| Non-equity incentive plan compensation | $0.00 |
| Change in pension value and nondisqualified compensation earnings | $0.00 |
| All other compensation | $0.00 |
| **Total Compensation** | **$69,862.00** |

## Director Compensation (American Commercial Lines, Inc.)

| | |
|---|---|
| Fees earned or paid in cash | $56,250.00 |
| Stock awards | $16,541.00 |
| Option awards (in $) | $56,511.00 |
| Non-equity incentive plan compensation | $0.00 |
| Change in pension value and nondisqualified compensation earnings | $0.00 |
| All other compensation | $0.00 |
| **Total Compensation** | **$129,302.00** |

## Director Compensation (American Commercial Lines, Inc.)

| | |
|---|---|
| Fees earned or paid in cash | $42,500.00 |
| Stock awards | $11,164.00 |
| Option awards (in $) | $41,145.00 |
| Non-equity incentive plan compensation | $0.00 |
| Change in pension value and nondisqualified compensation earnings | $0.00 |
| All other compensation | $0.00 |
| **Total Compensation** | **$94,809.00** |

# **EXHIBIT 14**



back | home

>| Board of Directors
>| Corporate Management

» Don Liebentritt
  EVP/General Counsel
  Tribune Company

# Don Liebentritt

*EVP/General Counsel*
*Tribune Company*

Don Liebentritt joined Tribune Company as executive vice president and general counsel in May 2008. He directs all of the company's legal affairs.

Liebentritt also is a senior advisor with Equity Group Investments, L.L.C. (EGI), a private investment firm. He was president of EGI from 2000 through 2005.

In addition, he is the president and a member of the board of managers of Chai Trust Company, LLC, an Illinois registered trust company that acts as trustee for trusts whose assets are managed by EGI. He is chairman of the Board of Rewards Network, Inc., a leading provider of marketing services and loyalty programs for the restaurant industry.  He is also a director of WRS Holding Company, an environmental remediation services and construction company.

Liebentritt serves on the board of Children's Oncology Services, Inc., sponsor of recreational and educational programs for pediatric cancer patients and survivors. He is a program volunteer.

A native of Chicago's southwest side, Liebentritt is a graduate of Loyola University Chicago (B.A. 1972) and the University of Chicago Law School (J.D. 1976).

:: :: ::

Copyright © 2010 Tribune Company. All Rights Reserved.          :: Site Map   :: Contact Us   :: Terms of Service   :: Help