# **EXHIBIT 16**

[Filed Under Seal]

# **EXHIBIT 17**

[Filed Under Seal]

# **EXHIBIT 18**

[Filed Under Seal]

# EXHIBIT 19

[Filed Under Seal]

# EXHIBIT 20

[Filed Under Seal]

# EXHIBIT 21

[Filed Under Seal]

# EXHIBIT 22

[Filed Under Seal]