IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, *et al.*, ) | Case No. 08-13141 (KJC) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 3422 and 3423 |

**ORDER GRANTING MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO WILMINGTON TRUST COMPANY'S MOTION TO FILE UNDER SEAL**

AND NOW, this 16th day of February, 2010, upon consideration of Wilmington Trust's Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Wilmington Trust's Motion to File Under Seal (the "Motion to Shorten"), it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing on the Motion to File Under Seal shall be held on February 18, 2010 at 10:00 a.m., prevailing Eastern Time; and it is further

ORDERED, that any objections to the Motions may be presented at the time of hearing; and it is further

ORDERED, that the movant shall cause a copy of the Motion and this Order to be served via overnight mail, hand delivery or electronic delivery within one (1) business day of the date hereof upon the following persons: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; and (d) all parties who were served with the Examiner Motion.

BY THE COURT:

HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge