### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: Docket No. _____** |

-------------------------------------------------------x

## ORDER AUTHORIZING FILING UNDER SEAL

Upon the motion dated February 16, 2010 (the "Motion"), of Law Debenture Trust Company of New York ("Law Debenture"), successor trustee under that certain Indenture, dated March 19, 1996, between Tribune Company ("Tribune" and with its subsidiaries the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7.25% Debentures due 2096 (as amended, the "Indenture"), as fiduciary for the interests of more than 18% of the Debtors' bondholders for entry of an order authorizing Law Debenture to file under seal the Unredacted Reply in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (the "Reply") and Declaration of Andrew K. Glenn (the "Declaration") and certain exhibits thereto pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED Law Debenture is authorized to file the unredacted Reply and Declaration and the exhibits referenced in the Motion under seal.

Dated: February ___, 2010

HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge