IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                              :    Chapter 11 Cases
                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,            :    (Jointly Administered)
                                    :
              Debtors.              :    Re: Docket No.  3443
---------------------------------------------------------x

**MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN
TIME TO OBJECT OR RESPOND TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK'S MOTION TO FILE UNDER SEAL**

Law Debenture Trust Company of New York ("Law Debenture"), successor trustee under that certain Indenture, dated March 19, 1996, between Tribune Company ("Tribune" and with its subsidiaries the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7.25% Debentures due 2096 (as amended, the "Indenture"), as fiduciary for the interests of more than 18% of the Debtors' bondholders, by and through its undersigned counsel, hereby moves this Court for entry of an Order fixing a hearing date, limiting notice and shortening the time to object or respond (the "Motion to Shorten") to the Motion to file under seal the Unredacted Reply in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (the "Reply") and Declaration of Andrew K. Glenn (the "Declaration") and certain exhibits thereto, pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.  Law Debenture is concurrently filing the Motion to File Under Seal and is serving the Motion to File Under Seal by hand delivery, electronic delivery, or overnight mail upon: (a) counsel to the Debtors; (b) the Office of the United States Trustee; and (c) counsel to the Official Committee.

1.      By way of this Motion to Shorten, Law Debenture requests that the Motion to File Under Seal be heard on February 18, 2010 at 10:00 a.m., which is the next scheduled omnibus hearing date in this matter, with objections to be heard at the hearing, or such other time as set by the Court.  Law debenture avers that no party will suffer any harm by the Court granting the relief requested herein, as the relief requested in the Motion to File Under Seal is related to and in further support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates which is already scheduled to be heard by the Court on the hearing on February18, 2010.

2.      With respect to the Motion to File Under Seal, the Reply, Declaration and certain exhibits thereto contain information marked confidential in accordance with previous orders of this Court and must be filed under seal to comply therewith.

3.      If the Court grants this Motion to Shorten and enters an order fixing a hearing date of February 18, 2010 at 10:00 a.m., prevailing Eastern Time and shortens the time to object or respond to be heard at the hearing, or such other time as set by the Court, Law Debenture will serve a copy of such order upon (a) counsel to the Debtors; (b) the Office of the United States Trustee; and (c) counsel to the Official Committee of Unsecured Creditors via hand delivery, electronic delivery, or overnight delivery.

Dated:  Wilmington, Delaware
           February 16, 2010                              /s/ Garvan F. McDaniel
                                                                       Garvan F. McDaniel (DE No. 4167)
                                                                       Bifferato Gentilotti LLC
                                                                       800 N. King St., Plaza Level
                                                                       Wilmington, DE 19801
                                                                       (302) 429-1900

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*