IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref Docket No. 3287 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On February 1, 2010, I caused to be served the "Notice of Service," dated February 1, 2010 [Docket No. 3287], by causing true and correct copies, enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Samuel Garcia

Sworn to before me this
2nd day of February, 2010

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

T:\Clients\TRIBUNE\Affidavits\Notice of Service_DI 3287_AFF_2-1-10.doc

**EXHIBIT A**

TRB LAW DEB 2/1/10
BIFFERATO & GENTILOITI
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

TRB LAW DEB 2/1/10
LANDIS RATH & COBB LLP
ADAM G. LANDIS
MATTHEW B. MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

TRB LAW DEB 2/1/10
MARK D. COLLINS, WSQ.
ROBERT STEARN, ESQ.
RICHARDS, LAYTON & FINGER, PA
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

TRB LAW DEB 2/1/10
CHADBOURNE & PARKE LLP
HOWARD SEIFE, ESQ.
DOUGLAS E. DEUTSCHE, ESQ.
ROBERT A. SCHWINGER, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

TRB LAW DEB 2/1/10
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
DAVID S. ROSNER, ESQ.
ANDREW K. GLENN, ESQ.
MATTHEW B. STEIN, ESQ.
SHERON KORPUS, ESQ.
DANIEL A. FILMAN, ESQ.
1633 BROADWAY
NEW YORK, NY 10019

TRB LAW DEB 2/1/10
JOSEPH J. MCMAHON, JR., ESQUIRE
OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DE 19801

TRB LAW DEB 2/1/10
DONALD S. BERNSTEIN, ESQUIRE
SHARON KATZ,, ESQUIRE
DENNIS E. GLAZER, ESQUIRE
DAMIAN S. SCHAIBLE, ESQUIRE
DAVIS POLK & WARDWELL
450 LEXINGTON AVENUE
NEW YORK, NY  10017

TRB LAW DEB 2/1/10
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ROBERT S. BRADY, ESQ.
BLAKE CLEARY, ESQ.
PO BOX 391
THE BRANDYWINE BLDG
1000 WEST ST, 17TH FL
WILMINGTON, DE 19899-0391

TRB LAW DEB 2/1/10
HENNIGAN BENNETT & DORMAN, LLP
BRUCE BENNETT, ESQ.
JAMES O. JOHNSTON, ESQ.
865 S FIGUEROA ST, STE 2900
LOS ANGELES, CA 90017

TRB LAW DEB 2/1/10
PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES, ESQ.
MARK BILLION, ESQ.
919 N MARKET ST, 17TH FL
WILMINGTON, DE 19899-8705

TRB LAW DEB 2/1/10
AKIN GUMP STRAUSS HAUER & FLED LLP
DANIEL GOLDEN, ESQ.
PHILIP DUBLIN, ESQ.
ONE BRYANT PARK
NEW YORK, NY 10036

TRB LAW DEB 2/1/10
MCCARTER & ENGLISH LLP
KATHARINE MAYER, ESQ.
RENAISSANCE CENTRE
405 N. KING ST, 8TH FL
WILMINGTON, DE 19801

TRB LAW DEB 2/1/10
MCCARTER & ENGLISH LLP
DAVID ADLER, ESQ.
245 PARK AVE. 27TH FL
NEW YORK, NY 10167