# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 02/16/2010
Calendar Time: 03:00 PM

Amended Calendar 02/16/2010 09:33 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3354105 | David E. Blabey, Jr. / Catalina Cruz | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3355463 | Steven H. Church | (302) 661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3353173 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3354673 | Joseph Drayton | (212) 836-7177 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3354045 | James Ducayet | 312-853-7000 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3353082 | Daniel Fitman | 212-506-1732 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3355469 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3352724 | Denise Glazer | (212) 450-4900 | Davis Polk & Wardwell | Interested Party, JP Morgan Chase Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3355476 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Group Of Bridge Facilitate Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3354052 | Janet Henderson | (312) 853-2931 | Sidley & Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3353332 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3352708 | Sharon Katz | (212) 450-4000 | Davis Polk & Wardwell, LLP | Interested Party, JP Morgan Chase Bank, N.A. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3353083 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3355387 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal    CourtConfCal2007    Page 3 of 4

| Tribune Company | 08-13141 | Hearing | 3353180 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3353093 | Garvan McDaniel | 302-429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3353175 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3355508 | Joseph McMahon | 302-573-6491 | US Trustee Office Of Wilmington | Interested Party, US Trustee Office Of Wilmington Delware / LIVE |
| Tribune Company | 08-13141 | Hearing | 3353682 | Stuart C. McPhail | 212-373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3353102 | Francis Monaco | 302-252-4340 | Womble Carlyle Sandridge & Rice, | Creditor, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3352427 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3352737 | Micheal Russano | (212) 450-4019 | Davis Polk & Wardwell | Interested Party, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3355435 | Stephen Shimshak | 212-373-3133 | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3354049 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3354669 | Laurie Silver Silverstein | 302-984-6000 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3352686 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Interested Party, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3354027 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3352698 | Karen Wagner | 212-450-4404 ext. 00 | Davis Polk & Wardwell, LLP | Creditor, JP Morgan / LIVE |
| Tribune Company | 08-13141 | Hearing | 3354039 | Gary Weitman | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |