## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x

In re:                       :    Chapter 11 Cases

                               :    Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,     :    (Jointly Administered)

                               :

           Debtors.    :    **Re: Docket Nos. 3443 and 3444**

---------------------------------------------------x

### ORDER GRANTING MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT TO OR RESPOND TO LAW DEBENTURE TRUST COMPANY OF NEW YORK MOTION TO FILE UNDER SEAL

**AND NOW**, this ___ day of February 2010, upon consideration of Law Debenture Trust Company of New York's Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Law Debenture's Motion to File Under Seal (the "Motion to Shorten"), it is hereby

**ORDERED**, that the Motion to Shorten is granted; and it is further

**ORDERED**, that a hearing on the Motion to File Under Seal shall be held on February 18, 2010 at 10:00 a.m., prevailing Eastern Time; and it is further

**ORDERED**, that any objections to the Motion may be presented at the time of the hearing; and it is further

**ORDERED**, that the movant shall cause a copy of the Motion and this Order to be served via overnight mail, hand delivery or electronic delivery within one (1) business day of the date hereof upon the following persons: (a) counsel to the Debtors; (b) the Office of the United States Trustee; and (c) counsel to the Official Committee of Unsecured Creditors.

HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge