# **EXHIBIT A**

## CONFLICTS LIST- TRIBUNE COMPANY, et al.

### DEBTORS

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
Forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company

NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.

Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle

Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Michael C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion
Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings

2

| | |
|---|---|
| Dana C. Hayes, Jr. | Dan Mitrovich |
| Greg Healy | John S. Moczulski |
| Jane E. Healy | Richard D. Molchany |
| John R. Hendricks | Roaldo W. Moran |
| Ardith Hilliard | Christopher C. Morrill |
| Chris Hochschild | Robyn L. Motley |
| Carolyn S. Hudspeth | Robin Mulvaney |
| Hank J. Hundemer | Gwen P. Murkami |
| Bonnie B. Hunter | Russ Newton |
| Tony Hunter | Tom Nork |
| Richard E. Inouye | Dennis G. O'Brien |
| Alice T. Iskra | Mike O'Connor |
| Kamran Izadapanah | William C. O'Donovan |
| Janice Jacobs | John T. O'Loughlin |
| Juliana Jaoudi | Daniel O'Sullivan |
| Kim Johnson | Bert Ortiz |
| Lee Jones | Rob T. Patton |
| Judy Juds | Pamela S. Pearson |
| Jeff Kapugi | John F. Poelking |
| Daniel G. Kazan | Scott G. Pompe |
| Gerould W. Kern | Andrea M. Pudliner |
| Anne S. Kelly | Myrna Ramirez |
| Timothy R. Kennedy | Robert S. Ramsey |
| Jerry L. Kersting | Charles Ray |
| Avido Khahaifa | Justo Rey |
| Jack D. Klunder | Jack Rodden |
| Patricia A. Kolb | Robert R. Rounce |
| Timothy Koller | Sheau-Ming Ross |
| Glenn G. Kranzley | Timothy Ryan |
| Kim A. McCleary LaFrance | Naomi B. Sachs |
| Eric Laimins | Linda Schaible |
| Thomas E. Langmyer | Raymond J. Schonbak |
| Jeffrey S. Levine | Stephen G. Seidl |
| Donald J. Liebentritt | Henry M. Segal |
| Brian F. Litman | Lynne A. Segall |
| Walter Mahoney | Charles J. Sennet |
| Christopher Manis | Dinesh Shah |
| John Manzi | Patrick M. Shanahan |
| Jerome P. Martin | Shaun M. Sheehan |
| Earl R. Maucker | Sharon A. Silverman |
| Gina Mazzaferri | Digby A. Solomon |
| David R. Mayersky | Laurence J. Sotsky |
| Richard McGerald | Gerald A. Spector |
| Patrick Scott McKibben | Russ Stanton |
| Don W. Meek | WILLIAM STINEHART, JR. |
| Nancy A. Meyer | Scott Sullivan |
| Eric Meyrowitz | Laura L. Tarvainen |
| Randy Michaels | Lou Tazioli |
| Susan M. Mitchell | Clifford L. Teutsch |
| Paul Mitnick | Doug Thomas |

3

Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc.
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation

NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## DEBTORS' PREPETITION LENDERS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC

Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund (99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT

Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.

Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

### AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

### INDENTURE TRUSTEE

Deutsche Bank National Trust Company

### FORMER INDENTURE TRUSTEES

Bank of Montreal Trust Company
Bank of New York
Citibank, N.A.
First Interstate Bank of California
Wells Fargo Bank, N.A.
Wilmington Trust Company

### PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
Richards, Layton & Finder, P.A.
FTI Consulting

### PROFESSIONALS RETAINED BY POSTPETITION LENDERS

Mayer Brown LLP
Edward Angell Palmer & Dodge LLP

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

J.P. Morgan Chase Bank, N.A.
Warner Brothers Television
Pension Benefit Guaranty Corporation
Merrill Lynch Capital Corporation
Vertis, Inc.

Washington-Baltimore Newspaper Guild
Deutsche Bank Trust Company Americas
Wilmington Trust Company
Mark Willes

### PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Chadbourne & Parke LLP
Landis Rath & Cobb LLP
AlixPartners, LLP
Moelis & Company LLC

### PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Jones Day
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Reed Smith LLP
Sidley Austin LLP

### INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company

Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## DEBTORS' MAJOR CUSTOMERS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations

Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publ'g FSI
News Corp
News Corp – 20th Century Fox – Home - Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless

8

Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

**PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS**

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester

Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro

Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group

Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

### DEBTORS' SIGNIFICANT LANDLORDS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla

Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

### JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

### OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

### ESOP TRUSTEE

GreatBanc Trust Company

### ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
TESOP CORPORATION
GOLDMAN SACHS & CO.

### SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
Robert R. McCormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

### MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

### COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

### JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

### OTHER

EQUITY GROUP INVESTMENTS LLC

### EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC

CALIFORNIA INDEPENDENT POSTAL SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.