# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Objection Date:** March 9, 2010 at 4:00 p.m.<br>**Hearing Date:** *Only if Objections are filed* |

## TWELFTH MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD OF DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a/ Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | **December 1, 2009 through December 31, 2009** |
| Amount of compensation sought as actual, reasonable and necessary: | **$1,326,618.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | **$66,335.28** |

This is a(n):   __X__ monthly   _____ interim   _____ final application

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | **$1,061,294.80** |
| Expenses at 100% | **$66,335.28** |

# FEE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Larry A. Barden | Partner/ Corporate/ 27 years. Admitted 1982. | $825 | 18.00 | $14,850.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 32 years. Admitted 1977. | $775 | 146.20 | $113,305.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 23 years. Admitted 1986. | $735 | 3.60 | $2,646.00 |
| Thomas A. Cole | Partner/ Corporate/ 34 years. Admitted 1975. | $925 | 3.80 | $3,515.00 |
| James F. Conlan | Partner/ Bankruptcy/ 21 years. Admitted 1988. | $925 | 73.50 | $66,600.00 |
| Michael P. Doss | Partner/ Litigation/ 12 years. Admitted 1997. | $685 | .80 | $548.00 |
| James W. Ducayet | Partner/ Litigation/ 13 years. Admitted 1996. | $685 | 118.00 | $80,316.25 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | .80 | $620.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | 5.10 | $4,080.00 |
| Brian J. Gold | Partner/ Employment/ 27 years. Admitted 1982. | $660 | 1.70 | $1,122.00 |
| David F. Graham | Partner/ Litigation/ 31 years. Admitted 1978. | $850 | 1.80 | $1,530.00 |
| Janet E. Henderson | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $825 | 115.50 | $91,575.00 |
| Scott J. Heyman | Partner/ Tax/ 22 years. Admitted 1987. | $725 | 3.80 | $2,755.00 |
| Robert W. Hirth | Partner/ Litigation/ 30 years. Admitted 1979. | $875 | 1.70 | $1,487.50 |
| Michael Hyatte | Partner/ Regulatory/ 30 years. Admitted 1979. | $850 | .80 | $680.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth P. Kansa | Partner/ Bankruptcy/ 10 years. Admitted 1999. | $675 | 52.00 | $33,581.25 |
| Mark L. Kaufmann | Partner/ Corporate/ 20 years. Admitted 1989. | $660 | 1.30 | $858.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $900 | 166.10 | $137,925.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 18 years. Admitted 1991. | $825 | 128.50 | $104,940.00 |
| Robert J. Lewis | Partner/ Banking/ 14 years. Admitted 1995. | $650 | 2.40 | $1,560.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 15 years. Admitted 1994. | $605 | 13.90 | $8,409.50 |
| Guy S. Neal | Partner/ Bankruptcy/ 16 years. Admitted 1993. | $725 | .60 | $435.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 29 years. Admitted 1980. | $925 | .90 | $832.50 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dennis V. Osimitz | Partner/ Corporate/ 33 years. Admitted 1976. | $775 | .50 | $387.50 |
| Ellen P. Pesch | Partner/ Insurance/ 20 years. Admitted 1989. | $800 | 2.00 | $1,600.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 27 years. Admitted 1982. | $735 | .20 | $147.00 |
| Mark D. Schneider | Partner/ Communications/ 24 years. Admitted 1985. | $625 | 14.30 | $8,937.50 |
| Thomas P. Van Wazer | Partner/ Communications/ 19 years. Admitted 1990. | $600 | 8.90 | $5,340.00 |
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | .30 | $255.00 |
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | .50 | $387.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 30 years. Admitted 1979. | $675 | 159.50 | $107,662.50 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 29.20 | $10,950.00 |
| Nicholas J. Alexiou | Associate/ Litigation/ < 1 year. Admission pending. | $250 | 102.20 | $25,550.00 |
| Sheila Armbrust (formerly Gogate) | Associate/ Litigation/ 1 year Admitted 2009 | $315 | 9.80 | $3,087.00 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 7 years. Admitted 2002. | $625 | 60.10 | $37,562.50 |
| Shelbie J. Byers | Associate/ Employment/ 1 year. Admitted 2008. | $315 | 7.70 | $2,425.50 |
| Jay C. Coppoletta | Associate/ Corporate 6 years. Admitted 2003. | $495 | 2.80 | $1,386.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 4.30 | $1,612.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 10.70 | $4,012.50 |
| Christopher R. Hale | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 4.80 | $1,512.00 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 25.30 | $10,752.50 |
| Michael P. Heinz | Associate/ Corporate/ 5 years. Admitted 2004. | $465 | 3.30 | $1,534.50 |
| Eric G. Hoffman | Associate/ Litigation/ 5 years. Admitted 2004. | $625 | 4.40 | $2,750.00 |
| Seth H. Katz | Associate/ Corporate/ 7 years. Admitted 2002. | $515 | .20 | $103.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ <1 year. Admitted 2009. | $375 | 2.30 | $862.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Candice L. Kline | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 126.00 | $47,250.00 |
| Scott P. Kramer | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 66.00 | $23,430.00 |
| Christopher S. Krueger | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 8.70 | $2,740.50 |
| Susan P. Lagana | Associate/ Litigation/ <1 year. Admitted 2009. | $250 | 9.90 | $3,217.50 |
| James P. Langdon | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 17.70 | $6,991.50 |
| Jillian K. Ludwig (formerly McClelland) | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 172.70 | $71,782.50 |
| Gabriel R. MacConaill | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 5.70 | $2,992.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 92.10 | $48,352.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yemi P. Oladeinde | Associate/ Real Estate/ 3 years. Admitted 2006. | $440 | 50.90 | $22,396.00 |
| Ariella L. Omholt | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 3.00 | $945.00 |
| Sandra F. Palmer | Associate/ Litigation/ 6 years. Admitted 2003. | $505 | 26.30 | $13,281.50 |
| Jen Peltz | Associate/ Litigation/ 6 years. Admitted 2003. | $495 | 21.00 | $10,395.00 |
| Jamie Rehmann | Associate/ Litigation/ 1 year. Admitted 2008. | $325 | .20 | $65.00 |
| Christopher A. Ripple | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 2.00 | $630.00 |
| Allison E. Ross | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 37.20 | $13,950.00 |
| Thomas E. Ross | Associate/ Litigation/ < 1 year. Admitted 2009. | $250 | 27.60 | $8,970.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian D. Rubens | Associate/ Litigation/ 4 years. Admitted 2005. | $430 | 2.50 | $1,075.00 |
| Brian S. Shull | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 34.50 | $12,247.50 |
| Richard M. Silverman | Associate/ Tax/ 2 years. Admitted 2007. | $355 | 1.80 | $639.00 |
| Carol Ann Sterling | Associate/ Litigation/ 3 years. Admitted 2006. | $525 | 10.80 | $5,670.00 |
| Allison Leff Triggs | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 14.70 | $5,512.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 68.90 | $24,459.50 |
| Melanie E. Walker | Associate/ Litigation 9 years. Admitted 2000. | $530 | 15.90 | $8,427.00 |
| Mary E. Weicher Gaudette | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 27.90 | $10,462.50 |

9

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hsin Hsin Yang | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 19.90 | $7,462.50 |
| Angela M. Eavy | Staff Attorney/ Litigation/ 5 years. Admitted 2004. | $340 | 2.10 | $714.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ < 1 year. | $190 | 2.00 | $380.00 |
| Zorina De La Cruz | Legal Assistant/ Litigation/ 3 years. | $215 | 1.50 | $322.50 |
| Shirley Higashi | Legal Assistant/ Litigation/ 5 years. | $195 | 1.60 | $312.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 24 years. | $285 | 36.50 | $10,402.50 |
| Karen A. Nelms | Legal Assistant/ Litigation/ 14 years. | $245 | 10.00 | $2,450.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 13.30 | $2,660.00 |

10

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Quintana | Legal Assistant/ Litigation 6 years. | $195 | .20 | $39.00 |
| Nebojsa Rebic | Legal Assistant/ Litigation/ 14 years. | $225 | 1.80 | $405.00 |
| Maud Such | Legal Assistant/ Litigation/ 21 years. | $220 | 1.20 | $264.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 77.20 | $14,668.00 |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 48.10 | $12,746.50 |
| Jenny Y. Borrelli | Project Assistant Coordinator/ 8 years. | $110 | 26.20 | $2,882.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 3.50 | $385.00 |
| Crystal Wu | Project Assistant/ 2 years. | $110 | 3.50 | $385.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $150 | .80 | $116.00 |
| David Rogers | Librarian/ 20 years. | $100 | 1.00 | $100.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marc A. Beltran | Litigation Support/ 2 years. | $265 | .50 | $132.50 |
| Madeline E. Glidden | Litigation Support/ 1 year. | $210 | 5.00 | $1,050.00 |
| Alex Godofsky | Litigation Support/ < 1 year. | $185 | 9.30 | $1,720.50 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 10.50 | $2,205.00 |
| Daniel H. Lang | Litigation Support/ 6 years. | $185 | 56.00 | $10,360.00 |
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 10.40 | $2,756.00 |
| Richard Raez | Litigation Support 6 years. | $185 | 1.50 | $277.50 |
| Olivia Savell | Litigation Support/ 6 years. | $265 | 1.30 | $344.50 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 22.00 | $4,620.00 |
| Christopher Stavropoulos | Litigation Support/ 1 year. | $185 | 7.00 | $1,295.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Justin Tebbe | Litigation Support/ 1 years. | $265 | .50 | $132.50 |
| Sub Total | | | | $1,330,458.50[1] |
| Less Applied Credit | | | | ($3,840.00)[2] |
| Grand Total | | | 2,532.50 | $ 1,326,618.50 |
| Blended Rate | | $523.84 | | |

---

[1] $5,375.50 of this amount represents professional fees for services performed before December 1, 2009 that were not included in any prior monthly fee application.

[2] Reflects amounts previously invoiced to the Debtors for FCC Matters that have been voluntarily waived as to the Debtors by the Firm.

13

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Matters (20100) (with credit of $3,840.00) | 73.80 | $23,951.50[3] |
| Fee Applications (30390) | 97.70 | $24,348.00 |
| Executory Contracts and Leases (30410) | 29.10 | $13,656.00 |
| Vendor Issues (30420) | 19.60 | $10,290.00 |
| Use/Sale/Lease of Assets (30430) | 15.60 | $12,870.00 |
| DIP Financing/Cash Collateral (30440) | 2.40 | $1,560.00 |
| Insurance Issues (30450) | 27.90 | $17,020.00 |
| Committee-Related Matters (30460) | 9.50 | $7,947.50 |
| Litigated Matters (30470) | 1,375.30 | $693,703.00 |
| Travel Time (30480) (with 50% discount) | 53.90 | $21,385.00 |
| Labor Issues (30490) | .20 | $147.00 |
| Plan and Disclosure Statement (30500) | 420.60 | $285,234.50 |
| Professional Retention (30510) | 15.80 | $7,565.00 |
| Tax Issues (30520) | 10.10 | $6,130.00 |
| Claims Processing (30530) | 71.50 | $33,967.50 |
| Business Operations (30550) | 112.20 | $63,102.00 |
| Case Administration (30560) | 110.20 | $52,634.50 |
| Creditor Communications (30570) | 45.10 | $26,347.50 |
| Bankruptcy Schedules (30580) | 11.30 | $7,492.50 |
| Employee Issues (30590) | 28.20 | $15,999.50 |
| Asset Disposition (30600) | 2.50 | $1,267.50 |
| **TOTAL** | **2,532.50** | **$1,326,618.50[4]** |

---

[3] $5,095.50 of this amount represents professional fees for FCC-related services attributable to KWGN/FCC General (3.20 hrs., $1,183.00 fees); KPLR-TV (.50 hrs, $132.50 fees) and Nextel Negotiations (6.30 hrs., $3,780.00 fees), which have been separately invoiced at the request of the Debtors.

[4] $5,375.50 of this amount represents professional fees for services performed before December 1, 2009 that were not included in any prior monthly fee application.


## EXPENSE SUMMARY FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | Various | $5,502.93 |
| Court Costs | | $30.00 |
| Court Reporter | | $1,125.31 |
| Duplicating Charges[5] | | $23,816.80 |
| Document Delivery Services | | $1,539.74 |
| Document Production | | $62.50 |
| Document Services | | $128.61 |
| Filing Fees | | $775.00 |
| Ground Transportation | | $1,161.87 |
| Lexis Research Service | Lexis | $5,810.27 |
| Meals Out-of-Town | | $620.41 |
| Meals | | $750.74 |
| Messenger Services | | $90.19 |
| Professional Services Specialists | | $80.00 |
| Publications | | $420.75 |
| Search Services | | $82.36 |
| Telephone Tolls | | $1,018.04 |
| Travel/Lodging | | $6,461.61 |
| Westlaw Research Service | Westlaw | $16,858.15 |
| | | |
| **Total** | | **$66,335.28** |

---

[5] Sidley's rate for normal (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

15