IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.: 08-13141 (KJC) |
| TRIBUNE COMPANY, Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Nancy A. Mitchell, Esquire, of the law firm of Greenberg Traurig, LLP, to represent Aurelius Capital Management, LP in this action.

Dated: February 17, 2010

T. Max Riffin (No. 5225)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000
riffinm@gtlaw.com

Attorneys for Aurelius Capital Management, LP

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the States of Illinois and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Nancy A. Mitchell, Esquire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
212-801-9200
Facsimile: 212-801-6400

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: February ___, 2010

Honorable Kevin J. Carey
Chief United States Bankruptcy Court Judge

DEL 86,306,480v1 2-17-10