**EXHIBIT A**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10024

THE TRIBUNE COMPANY                                   JANUARY 31, 2010
435 N. MICHIGAN AVENUE                                INVOICE # 9158686
CHICAGO, IL 60611
ATTN: KAREN H. FLAX

### CUETO

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009                                   $ 187.50

DISBURSEMENTS                                                 638.31

                              TOTAL INVOICE                 $ 825.81

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL  60611                                    INVOICE # 9158686
ATTN: KAREN H. FLAX


JANUARY 31, 2010


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009


CUETO                                         MATTER NUMBER -    10024

| | | | | |
|---|---|---|---|---|
| 12/14/09 | DLB | .20 | { L120 } {A104} Reviewed and analyzed Cueto's new motion to reconsider. | 125.00 |
| 12/30/09 | DLB | .10 | { L120 } {A104} Reviewed and analyzed court's order denying Cueto's motion to reconsider. | 62.50 |
| | | 0.30 | PROFESSIONAL SERVICES | 187.50 |


## DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/09 | Out of Town Travel, D. Berman, 11/30/2009 to St. Louis (Attend Court Hearing) | 626.70 |
| 12/21/09 | Photocopy Expense | 8.55 |
| 12/22/09 | Photocopy Expense | 3.06 |
| | TOTAL DISBURSEMENTS | 638.31 |


## INVOICE TOTAL                    $ 825.81

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 0.30 | 625.00 | 187.50 |
| TOTAL | 0.30 | | 187.50 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

EGI-TRB, L.L.C.                                   JANUARY 31, 2010
TWO NORTH RIVERSIDE PLAZA                  INVOICE # 9158689
SUITE 600
CHICAGO, IL  60606
ATTN:  JONATHAN D. WASSERMAN, ESQ.

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2009 | $13,018.50 |
| DISBURSEMENTS | 25.44 |
| TOTAL INVOICE | $13,043.94 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $12,088.61 |
| TRIBUNE'S 13/14TH PORTION OF DISBURSEMENTS | 23.62 |
| **TOTAL DUE FROM TRIBUNE** | **$12,112.23** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $929.89 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 1.82 |
| **TOTAL DUE FROM EGI-TRB** | **$931.71** |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL  60606                                                  INVOICE # 9158689
ATTN: JONATHAN D. WASSERMAN, ESQ.

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE                                           JANUARY 31, 2010
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009

ESOP/STAY ISSUES                                          MATTER NUMBER -   10130

| 12/01/09 | DJB | 1.00 | { L190 } {A107} Various emails and telephone conferences re attempt of ███████████████ | 875.00 |
| 12/01/09 | DAS | .40 | { L210 } {A105} Telephone conference with D. Bradford re ████████████████████ (.2); reviewed communications re same (.2). | 210.00 |
| 12/02/09 | DJB | .60 | { L190 } {A107} Telephone conference with Sidley & Austin re ███████████ (.4); telephone conference with ██████ re same (.2). | 525.00 |
| 12/02/09 | DJB | .50 | { L190 } {A106} Telephone conference with D. Liebentritt, Tribune general counsel, re ████████ ████. | 437.50 |
| 12/02/09 | DJB | .70 | { L190 } {A103} Drafted and edited letter to Neil counsel re ████████████. | 612.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 12/03/09 | DJB | .50 | { L190 } {A103} Finalized letter to Neil counsel re ███████████. | 437.50 |
| 12/03/09 | DJB | .30 | { L190 } {A106} Telephone conference with Tribune re ███████████. | 262.50 |
| 12/03/09 | DJB | .20 | { L190 } {A107} Responded to plaintiffs' counsel re ███████████. | 175.00 |
| 12/03/09 | DAS | .40 | { L210 } {A108} Reviewed materials to prepare communication to opposing counsel related to hearing on December 1. | 210.00 |
| 12/03/09 | PXR | .80 | { L140 } {A110} Gathered and organized transcript of December 1, 2009 hearing for attorney review. | 136.00 |
| 12/03/09 | DXW | .70 | { L140 } {A110} Organized transcripts received from S. McGee. | 192.50 |
| 12/04/09 | DJB | .30 | { L190 } {A105} E-mails and office conference with C. Martin re ███████. | 262.50 |
| 12/04/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re ███████████. | 157.50 |
| 12/04/09 | PXR | 2.00 | { L140 } {A110} Gathered and organized transcript of December 1, 2009 hearing for attorney review. | 340.00 |
| 12/07/09 | DJB | .20 | { L190 } {A105} Office conference with D. Sondgeroth re ███████████. | 175.00 |
| 12/07/09 | DJB | .10 | { L190 } {A106} Telephone conference with D. Liebentritt re ███████████████. | 87.50 |
| 12/08/09 | DJB | .20 | { L190 } {A104} Reviewed letter from Neil plaintiffs. | 175.00 |
| 12/08/09 | DJB | .30 | { L190 } {A105} Various e-mails re ███████. | 262.50 |
| 12/08/09 | DJB | 1.50 | { L190 } {A107} Telephone conference with counsel for Duff & Phelps; telephone conference with counsel for Tribune re ███████████████. | 1,312.50 |
| 12/08/09 | DAS | 2.00 | { L210 } {A108} Telephone conference with D. Bradford, ███████████████. | 1,050.00 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 12/08/09 | DAS | .50 | { L210 } {A105} Office conference with D. Bradford re ███████████████████████████████. | 262.50 |
| 12/08/09 | DAS | .40 | { L210 } {A107} Communicated with attorneys at KL Gates re ███████████████████████████. | 210.00 |
| 12/08/09 | DAS | .50 | { L210 } {A104} Reviewed documents produced to ██████████████████████████████. | 262.50 |
| 12/09/09 | DJB | .50 | { L190 } {A107} Telephone conference with opposing counsel. | 437.50 |
| 12/10/09 | DJB | 1.30 | { L190 } {A107} Telephone conference with opposing counsel re ███████ (.8); telephone conference with counsel for clients re same (.5). | 1,137.50 |
| 12/11/09 | DJB | .40 | { L190 } {A106} Telephone conference with D. Liebentritt and B. Krakauer re ████████. | 350.00 |
| 12/11/09 | DJB | .40 | { L190 } {A103} Worked on letter to Neil counsel re ██████████████████. | 350.00 |
| 12/14/09 | DJB | .30 | { L190 } {A107} Telephone conference with opposing counsel re ████████. | 262.50 |
| 12/14/09 | DJB | .20 | { L190 } {A106} Followed up with client re ████████████████████████. | 175.00 |
| 12/17/09 | DJB | 1.50 | { L190 } {A104} Reviewed and analyzed opinion and various e-mails re same. | 1,312.50 |
| 12/18/09 | CS | .50 | { L120 } {A104} Reviewed Pallmeyer decision and prepared email to team. | 362.50 |
| | | 19.50 | **PROFESSIONAL SERVICES** | 13,018.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 10/05/09 | Pacer Charges | 2.40 |
| 12/08/09 | Photocopy Expense | 23.04 |
| | TOTAL DISBURSEMENTS | 25.44 |

**INVOICE TOTAL**                        $ 13,043.94

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 11.00 | 875.00 | 9,625.00 |
| CATHERINE L. STEEGE | 0.50 | 725.00 | 362.50 |
| DOUGLAS A. SONDGEROTH | 4.50 | 525.00 | 2,362.50 |
| DAVID WIRKIOWSKI | 0.70 | 275.00 | 192.50 |
| PANAGIOTA RAMOS | 2.80 | 170.00 | 476.00 |
| TOTAL | 19.50 | | 13,018.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JANUARY 31, 2010
INVOICE # 9158690

**DOL SUBPOENA**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2009 | $54,606.50 |
| DISBURSEMENTS | 199.29 |
| TOTAL INVOICE | $54,805.79 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9158690

JANUARY 31, 2010

CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009

DOL SUBPOENA                                           MATTER NUMBER -    10148

| | | | | |
|---|---|---|---|---|
| 12/01/09 | BLD | 3.20 | { L210 } {A103} Drafted ▮▮▮▮ summary. | 1,040.00 |
| 12/01/09 | PXR | 2.30 | { L140 } {A110} Organized and assembled ▮▮▮ documents into binders for attorney review per S. McGee request. | 391.00 |
| 12/01/09 | EJR | 1.80 | { L140 } {A110} Populated descriptive fields of Concordance, ▮▮▮▮ to expedite attorney review. | 414.00 |
| 12/02/09 | BLD | 3.90 | { L210 } {A103} Drafted ▮▮▮▮ summary. | 1,267.50 |
| 12/02/09 | BLD | .20 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 65.00 |
| 12/02/09 | KAP | 1.50 | { L110 } {A100} Reviewed ▮▮▮ documents for content. | 487.50 |
| 12/02/09 | EJR | .50 | { L140 } {A110} Continued to populate descriptive fields of Concordance, ▮▮▮▮ to expedite attorney review. | 115.00 |
| 12/03/09 | BLD | 7.60 | { L210 } {A103} Drafted ▮▮▮▮ summary. | 2,470.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 12/03/09 | BLD | .20 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 65.00 |
| 12/03/09 | KAP | 5.50 | { L110 } {A100} Reviewed GreatBanc documents for content. | 1,787.50 |
| 12/03/09 | EJR | 1.30 | { L140 } {A110} Continued to populate descriptive fields of Concordance, ████████████ ██████ documents to expedite attorney review. | 299.00 |
| 12/04/09 | BLD | 3.60 | { L210 } {A103} Drafted ██████████████ summary. | 1,170.00 |
| 12/04/09 | BLD | .20 | { L210 } {A103} Corresponded with D. Sondgeroth re document summary. | 65.00 |
| 12/04/09 | KAP | 1.50 | { L110 } {A100} Reviewed █████████ documents for content. | 487.50 |
| 12/04/09 | TH | 3.50 | { L140 } {A110} Worked on issue re documents loaded to Concordance. | 962.50 |
| 12/05/09 | BLD | 5.80 | { L210 } {A103} Drafted ████████████ summary. | 1,885.00 |
| 12/05/09 | KAP | 2.80 | { L110 } {A100} Reviewed █████████ documents for content. | 910.00 |
| 12/06/09 | BLD | 7.20 | { L210 } {A103} Drafted ████████████ summary. | 2,340.00 |
| 12/07/09 | BLD | 6.60 | { L210 } {A103} Drafted ████████████ summary. | 2,145.00 |
| 12/07/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 32.50 |
| 12/07/09 | EJR | 2.80 | { L140 } {A110} Populated descriptive fields of relevant documents in █████████████████ ██████████ for attorney review. | 644.00 |
| 12/08/09 | BLD | 7.10 | { L210 } {A103} Drafted ████████████ summary. | 2,307.50 |
| 12/08/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth re same. | 32.50 |
| 12/08/09 | KAP | 5.50 | { L110 } {A100} Reviewed █████████ documents for content. | 1,787.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 12/08/09 | PXR | 4.00 | { L140 } {A110} Searched and retrieved ▆▆▆▆▆ documents; organized and assembled same into binder for attorney review per S. McGee request. | 680.00 |
| 12/08/09 | EJR | 3.00 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ▆▆▆▆▆ ▆▆▆▆▆ for attorney review. | 690.00 |
| 12/09/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re ▆▆▆▆▆. | 157.50 |
| 12/09/09 | BLD | 6.20 | { L210 } {A103} Drafted ▆▆▆▆▆ summary. | 2,015.00 |
| 12/09/09 | KAP | 6.00 | { L110 } {A100} Reviewed ▆▆▆ documents for content. | 1,950.00 |
| 12/09/09 | EJR | 2.50 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ▆▆▆▆▆ ▆▆▆▆▆ for attorney review. | 575.00 |
| 12/10/09 | DAS | .60 | { L210 } {A104} Reviewed summary ▆▆▆▆▆. | 315.00 |
| 12/10/09 | DAS | .30 | { L210 } {A105} Communicated with D. Bradford re status ▆▆▆▆▆. | 157.50 |
| 12/10/09 | BLD | 6.70 | { L210 } {A103} Drafted ▆▆▆▆▆ summary. | 2,177.50 |
| 12/10/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 32.50 |
| 12/10/09 | KAP | 4.50 | { L110 } {A100} Reviewed ▆▆▆ documents for content. | 1,462.50 |
| 12/10/09 | PXR | 4.00 | { L140 } {A110} Searched and retrieved ▆▆▆ documents (2.0); organized and assembled into binder for attorney review per S. McGee request (2.0). | 680.00 |
| 12/10/09 | EJR | 4.30 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ▆▆▆▆▆ ▆▆▆▆▆ for attorney review. | 989.00 |
| 12/10/09 | LIM | 1.00 | { L140 } {A110} Coordinated loading of documents for attorney review. | 275.00 |

Federal Identification No. 36-2192554

LAW OFFICES

Page 4

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 12/10/09 | KZL | 1.30 | { L140 } {A110} Worked on loading documents onto Concordance for attorney review. | 357.50 |
| 12/10/09 | TH | 3.50 | { L140 } {A110} Resolved data load issue and generated OCR. | 962.50 |
| 12/11/09 | DJB | .50 | { L190 } {A107} Telephone conference with C. Smith re ███████████. | 437.50 |
| 12/11/09 | DAS | .50 | { L210 } {A107} Communicated with D. Miles of Sidley ████████████████ sent communication to same. | 262.50 |
| 12/11/09 | BLD | 5.50 | { L210 } {A103} Drafted ████████████ summary. | 1,787.50 |
| 12/11/09 | PXR | .50 | { L140 } {A110} Updated ████████████ binder and index per D. Sondgeroth request. | 85.00 |
| 12/11/09 | EJR | 3.30 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ████████████ for attorney review. | 759.00 |
| 12/11/09 | TH | 1.30 | { L140 } {A110} Worked on resolving issue with project in partial release (1.0); generated OCRs and text load and Bates labeled same (.3). | 357.50 |
| 12/11/09 | MS | 1.50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review (.5); began quality checking and loading review or endorsed data and images then prepared second level quality check request (.5); began importing tiff files, generating OCR using LAW, loading and quality checking for review (.5). | 412.50 |
| 12/12/09 | BLD | 2.50 | { L210 } {A103} Drafted ████████████ summary. | 812.50 |
| 12/12/09 | BLD | 2.50 | { L210 } {A105} Corresponded with D. Sondgeroth and K. Palazzolo re document summary. | 812.50 |
| 12/12/09 | MS | 1.00 | { L140 } {A110} Continued troubleshooting and correcting loaded data and images for review. | 275.00 |
| 12/13/09 | DAS | .50 | { L210 } {A103} Prepared summary ████████████ ████████████. | 262.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 5

| 12/13/09 | TH | .50 | { L140 } {A110} Worked on resolving issue with project in partial release (.3); generated OCRs and text load and Bates labeled same (.2). | 137.50 |
|---|---|---|---|---|
| 12/13/09 | JXA | 1.00 | { L140 } {A110} Performed level two quality checks on data import into Concordance and conversion of multi-page tiffs to single-page tiffs. | 275.00 |
| 12/14/09 | DJB | .50 | { L190 } {A107} Telephone conference with ▮▮▮▮▮▮▮. | 437.50 |
| 12/14/09 | PXR | 1.00 | { L140 } {A110} Reviewed recent production and organized and assembled same in database for attorney review per S. McGee request. | 170.00 |
| 12/14/09 | EJR | 3.60 | { L140 } {A110} Updated electronic and hard copy case file (.3); populated descriptive fields in folders containing newly added materials in SharePoint Extranet site (.6); continued to populate relevant descriptive fields ▮▮▮▮▮ for attorney document review (2.7). | 828.00 |
| 12/14/09 | TH | 1.50 | { L140 } {A110} Worked on resolving issue with project in partial release (1.0); generated OCRs and text load and Bates labeled same (.5). | 412.50 |
| 12/14/09 | MS | .30 | { L140 } {A110} Began quality checking and loading review or endorsed data and images then prepared second level quality check request. | 82.50 |
| 12/15/09 | KAP | 2.00 | { L110 } {A100} Reviewed ▮▮▮▮▮ documents for content. | 650.00 |
| 12/15/09 | EJR | 4.80 | { L140 } {A110} Continued to populate descriptive fields in folders containing newly added materials in SharePoint Extranet site (1.2); continued to populate relevent descriptive fields ▮▮▮▮▮ for attorney document review (3.6). | 1,104.00 |
| 12/16/09 | DJB | 1.00 | { L190 } {A107} Telephone conference with ▮▮▮▮▮. | 875.00 |

Federal Identification No. 36-2192554

| | | | | |
|---|---|---|---|---|
| 12/16/09 | DAS | .90 | { L210 } {A108} Participated in conference call re ████████ . (.5); communicated with co-counsel re issues related to ████████ (.4). | 472.50 |
| 12/16/09 | KAP | 2.00 | { L110 } {A100} Reviewed ████ documents for content. | 650.00 |
| 12/16/09 | EJR | 2.80 | { L140 } {A110} Continued to populate relevent descriptive fields ████████ for attorney document review | 644.00 |
| 12/17/09 | KAP | 2.50 | { L110 } {A100} Reviewed ████ documents for content. | 812.50 |
| 12/17/09 | EJR | 3.80 | { L140 } {A110} Continued to populate relevant descriptive fields in ████████ for attorney document review. | 874.00 |
| 12/17/09 | MS | 1.00 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review. | 275.00 |
| 12/18/09 | DAS | .20 | { L210 } {A105} Communicated with D. Bradford re issues related to ████████ | 105.00 |
| 12/18/09 | DAS | .20 | { L210 } {A108} Telephone conference with ████ . | 105.00 |
| 12/18/09 | KAP | 2.50 | { L110 } {A100} Reviewed ████ documents for content. | 812.50 |
| 12/28/09 | EJR | 1.30 | { L140 } {A110} Populated relevant descriptive fields in ████████ in preparation of attorney review. | 299.00 |
| 12/29/09 | EJR | 2.50 | { L140 } {A110} Continued to populate relevant descriptive fields ████████ in preparation of attorney review. | 575.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 7

| 12/30/09 | EJR | 3.30 | { L140 } {A110} Continued to populate relevant descriptive fields in ▮▮▮▮▮▮▮▮▮▮▮▮ in preparation of attorney review. | 759.00 |
| 12/31/09 | PXR | 2.00 | { L140 } {A110} Organized and assembled case file documents and updated correspondence file, subject files, case file index and database. | 340.00 |
| | | 183.90 | PROFESSIONAL SERVICES | 54,606.50 |

## DISBURSEMENTS

| 10/05/09 | Pacer Charges | 3.20 |
| 12/01/09 | Photocopy Expense | 41.76 |
| 12/01/09 | UPS | 22.25 |
| 12/08/09 | Photocopy Expense | 5.76 |
| 12/08/09 | Photocopy Expense | 35.19 |
| 12/10/09 | Photocopy Expense | 34.47 |
| 12/11/09 | UPS | 43.66 |
| 12/17/09 | Special Messenger Service | 6.50 |
| 12/17/09 | Special Messenger Service | 6.50 |
| | TOTAL DISBURSEMENTS | 199.29 |

**INVOICE TOTAL**                    **$ 54,805.79**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 2.00 | 875.00 | 1,750.00 |
| DOUGLAS A. SONDGEROTH | | 3.50 | 525.00 | 1,837.50 |
| BRIAN L. DOUGHERTY | | 69.30 | 325.00 | 22,522.50 |
| KYLE A. PALAZZOLO | | 36.30 | 325.00 | 11,797.50 |
| JENNIFER ANDERSON | | 1.00 | 275.00 | 275.00 |
| KELLY A. LAUGHRAN | | 1.30 | 275.00 | 357.50 |
| LORY I. MANHEIMER | | 1.00 | 275.00 | 275.00 |
| MARGARET SMALL | | 3.80 | 275.00 | 1,045.00 |
| TUNDE HOLLOWAY-WUSU | | 10.30 | 275.00 | 2,832.50 |
| EILEEN J. ROBERTSON | | 41.60 | 230.00 | 9,568.00 |
| PANAGIOTA RAMOS | | 13.80 | 170.00 | 2,346.00 |
| | TOTAL | 183.90 | | 54,606.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                JANUARY 31, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9158692
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009                                   $7,061.50

DISBURSEMENTS                                                  37.71

                                    TOTAL INVOICE           $7,099.21

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9158692
ATTN: DONALD J. LIEBENTRITT


JANUARY 31, 2010


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009


FEE APPLICATION                                   MATTER NUMBER -    10164

| | | | | |
|---|---|---|---|---:|
| 12/04/09 | DJB | .50 | { L190 } {A104} Reviewed fee examiner's report re fee application. | 437.50 |
| 12/04/09 | DJB | .80 | { L190 } {A103} Worked on response to fee examiner's inquiry re second interim fee application. | 700.00 |
| 12/04/09 | LSR | 1.60 | { L210 } {A103} Drafted October fee application. | 520.00 |
| 12/06/09 | DJB | .50 | { L190 } {A103} Worked on letter responding to fee examiner's inquiry and analyzed same. | 437.50 |
| 12/07/09 | DJB | 1.00 | { L190 } {A103} Worked on response to fee examiner's inquiry re second interim fee application. | 875.00 |
| 12/08/09 | MXP | 2.30 | { L210 } {A104} Reviewed invoices and prepared charts for Jenner's fee application exhibits. | 391.00 |
| 12/08/09 | MHM | 2.30 | { L210 {A104} Reviewed and proofread examiner submission data for conformance with redactions. | 621.00 |
| 12/08/09 | DJB | 1.20 | { L190 } {A103} Worked on response to fee examiner's inquiry re fee application and disclosure issues. | 1,050.00 |
| 12/09/09 | MXP | 1.90 | { L210 } {A103} Worked on preparing exhibits to Jenner's fee application. | 323.00 |
| 12/09/09 | DJB | .50 | { L190 } {A103} Drafted response re fee examiner's inquiry. | 437.50 |

LAW OFFICES                                                    Page 2

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 12/09/09 | LSR | .20 | { L210 } {A103} Edited November fee application. | 65.00 |
| 12/09/09 | LSR | 1.10 | { L210 } {A103} Edited response to examiner's report re second quarterly fee application. | 357.50 |
| 12/10/09 | CS | .50 | { L190 } {A103} Revised examiner's response. | 362.50 |
| 12/15/09 | LSR | .40 | { L190 } {A104} Reviewed October time for redactions (.2); incorporated changes to fee application based on redactions (.2). | 130.00 |
| 12/28/09 | LSR | .20 | { L210 } {A104} Edited October fee application. | 65.00 |
| 12/29/09 | MXP | 1.70 | { L210 } {A103} Prepared exhibits to Jenner's October 2009 fee invoice. | 289.00 |
| | | 16.70 | PROFESSIONAL SERVICES | 7,061.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 12/08/09 | Photocopy Expense | 33.12 |
| 12/08/09 | Photocopy Expense | 4.59 |
| | TOTAL DISBURSEMENTS | 37.71 |

**INVOICE TOTAL**                            **$ 7,099.21**

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 4.50 | 875.00 | 3,937.50 |
| CATHERINE L. STEEGE | | 0.50 | 725.00 | 362.50 |
| LANDON S. RAIFORD | | 3.50 | 325.00 | 1,137.50 |
| MICHAEL H. MATLOCK | | 2.30 | 270.00 | 621.00 |
| MARC A. PATTERSON | | 5.90 | 170.00 | 1,003.00 |
| | TOTAL | 16.70 | | 7,061.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JANUARY 31, 2010
INVOICE # 9158693

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2009 | $ 350.00 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $ 350.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9158693

JANUARY 31, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009

MORGAN STANLEY SWAP                                    MATTER NUMBER -    10180

| | | | | |
|---|---|---|---|---|
| 12/02/09 | DJB | .30 | { L190 } {A106} Telephone conference with D. Liebentritt re ▮▮▮▮▮▮. | 262.50 |
| 12/14/09 | DJB | .10 | { L190 } {A107} Email to opposing counsel. | 87.50 |
| | | 0.40 | PROFESSIONAL SERVICES | 350.00 |

**INVOICE TOTAL**                          **$ 350.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 0.40 | 875.00 | 350.00 |
| | TOTAL | 0.40 | | 350.00 |

**EXHIBIT B**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|:---:|---:|
| Out of Town Travel | 626.70 |
| Pacer Charges | 5.60 |
| Photocopy Expense | 189.54 |
| Special Messenger Service | 13.00 |
| UPS | 65.91 |
| **Total** | **900.75** |