## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Jennifer R. Hoover, Esquire, move for the admission *pro hac vice*, pursuant to Local Rule 83.5, of Katherine S. Bromberg, Esquire of Brown Rudnick LLP, Seven Times Square, New York, New York, to represent Wilmington Trust Company, as Successor Indenture Trustee for the Exchangeable Subordinate Debentures due 2029 issued by Tribune Company, in the above-captioned case.

Dated: February 18, 2010

          BENESCH, FRIEDLANDER, COPLAN
           & ARONOFF LLP

      By: /s/ *Jennifer R. Hoover*
          Jennifer R. Hoover, Esquire (No. 5111)
          222 Delaware Avenue, Suite 801
          Wilmington, DE 19801
          302-442-7010 (telephone)
          302-442-7012 (facsimile)
          jhoover@beneschlaw.com

          *Counsel to Wilmington Trust Company, as*
          *Successor Indenture Trustee*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 18, 2010

BROWN RUDNICK LLP

By: _____
Katherine S. Bromberg, Esquire
Seven Times Square
New York, NY 10036
(212) 209-4800 telephone
(212) 209-4801 facsimile

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*