# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Shannon Claim– 00003 | .80 | $100.00 |
| Reliance/Times Mirror – 00004 | 21.50 | $7,792.00 |
| Insurance Counseling – 00005 | 47.90 | $21,107.50 |
| Marsh – 00008 | 1.80 | $381.00 |
| Fee Applications – 00009 | 13.20 | $3,358.00 |
| **TOTAL:** | **85.20** | **$32,738.50** |

US_ACTIVE-103035886.1-JCFALGOW

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 28.40 | $14,626.00 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | 13.90 | $6,880.50 |
| Lana J. Raines | Associate. Joined Firm in 2003. Member of IL Bar since 2002. | $440.00 | 16.00 | $7,040.00 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | .70 | $301.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $360.00 | 2.00 | $720.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 7.30 | $1,058.50 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 16.90 | $2,112.50 |
| Grand Total: | | | 85.20 | $32,738.50 |
| Blended Rate: | | | | $442.94 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $484.71 |

US_ACTIVE-103035886.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1949808
Invoice Date: January 19, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through December 31, 2009

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Shannon Claim 503842.00003 | $100.00 | $0.00 | $100.00 |
| RE: | Reliance/Times Mirror 503842.00004 | $7,792.00 | $20.00 | $7,812.00 |
| RE: | Insurance Counseling 503842.00005 | $21,107.50 | $26.05 | $21,133.55 |
| RE: | Marsh 503842.00008 | $381.00 | $0.00 | $381.00 |
| RE: | Fee Applications 503842.00009 | $3,358.00 | $257.85 | $3,615.85 |
|  | **Current Invoice Total:** | **$32,738.50** | **$303.90** | **$33,042.40** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1949808)

**RE:**    **Shannon Claim**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/17/09 | SS | Reviewed Johnson Bell invoices in case file and prepared chart indicating invoices received and submitted for payment. | 0.80 |
| | | TOTAL FEES: | $100.00 |
| | | Fees & Disbursements | $100.00 |

**Fee Summary: Shannon Claim**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SS | S. Somoza | 0.80 | 125.00 | 100.00 |
| | | 0.80 | | 100.00 |

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/09 | SS | Reviewed case files and elite database for prior settlement between CIGA and Tribune for attorney review. | 0.60 |
| 12/01/09 | PRW | Analyzed documents from Reliance liquidation regarding evidence in connection with LPT claims. | 1.00 |
| 12/01/09 | TPL | Followed up with client regarding schedule. | 0.10 |
| 12/02/09 | SS | Reviewed correspondence case files for CIGA settlement agreement. | 0.60 |
| 12/02/09 | TPL | Revised scheduling order and e-mailed to opposing counsel. | 0.30 |
| 12/02/09 | JDS | Analyzed communications regarding proposed schedule for resolving Tribune LPT claims in Reliance Liquidation. | 0.20 |
| 12/03/09 | JDS | Analyzed communications from CIGA regarding LPT claims in California. | 0.50 |
| 12/04/09 | SS | Reviewed case files for exhibit A and exhibit B of settlement agreement with CIGA for attorney review (.7); organized case files in file room and prepared correspondence files prior to 2007 to be sent to off site storage (1.2). | 1.90 |
| 12/04/09 | JDS | Analyzed revised proposed Scheduling Order regarding LPT claims (.2) and forwarded same to client with comment (.1). | 0.30 |
| 12/07/09 | SS | Reviewed and catalogued correspondence. | 0.40 |
| 12/07/09 | PRW | Prepared draft of letter to CIGA responding to request to transfer certain workers' compensation claims to Tribune | 0.70 |
| 12/09/09 | JDS | Analyzed and provided comment regarding draft letter to CIGA regarding LPT claims. | 0.20 |
| 12/10/09 | JDS | Prepared email to Liquidator's counsel regarding proposed Scheduling Order. | 0.20 |
| 12/14/09 | JDS | Analyzed communications regarding Scheduling Order. | 0.20 |
| 12/15/09 | SS | Reviewed and catalogued case correspondence and other case related files. | 0.60 |
| 12/15/09 | PRW | Reviewed pleadings from prior Reliance, Marsh and Swiss Re cases for possible inclusion in Joint Appendix for Phase I issues on LPT claims | 0.50 |
| 12/15/09 | JDS | Analyzed Scheduling Order (.1) and forwarded same to client (.1). | 0.20 |
| 12/16/09 | JDS | Analyzed communication regarding Scheduling Order. | 0.10 |
| 12/17/09 | SS | Reviewed and catalogued correspondence file | 0.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/18/09 | PRW | Telephone conference with local counsel T. Law regarding preparing Joint Appendix for Phase I issues (0.2); worked on list of documents to include in Joint Appendix (1.0). | 1.20 |
| 12/18/09 | TPL | Telephone conference with Paul Walker-Bright regarding joint scheduling order and joint appendix. | 0.30 |
| 12/21/09 | SS | Reviewed and catalogued correspondence and other related case files. | 0.40 |
| 12/22/09 | SS | Reviewed case files and performed elite searches for pleading files for P. Walker-Bright to review. | 0.80 |
| 12/22/09 | PRW | Reviewed documents for possible inclusion in Joint Appendix on Phase I issues | 4.00 |
| 12/23/09 | SS | Reviewed boxes received from storage and identified pleading files for attorney review. | 0.40 |
| 12/23/09 | SS | Incorporated documents reviewed by attorney into the appropriate matter boxes for returning to storage. | 0.60 |
| 12/24/09 | SS | Reviewed case files and compiled 2007 pleading files for attorney review. | 0.70 |
| 12/29/09 | PRW | Reviewed and analyzed documents regarding preparation of Joint Appendix on Phase I issue. | 3.00 |
| 12/29/09 | PRW | Analyzed Reliance estate increased payment information (.3); communications with client regarding same (.2). | 0.50 |
| 12/29/09 | JDS | Communications regarding increased payout percentage approved for Reliance estate. | 0.30 |

TOTAL FEES: $7,792.00

**CURRENT DISBURSEMENTS**

| 12/31/2009 | Duplicating/Printing/Scanning | | 2.00 |
|---|---|---|---|
| 12/31/2009 | Courier Service | | 18.00 |
| | | Total Disbursements | 20.00 |
| | | Fees & Disbursements | $7,812.00 |

**Fee Summary: Reliance/Times Mirror**

| ID  | Names              | Hours | Rate   | Amount   |
|-----|--------------------|-------|--------|----------|
| JDS | J.D. Shugrue       | 2.20  | 515.00 | 1,133.00 |
| PRW | P.R. Walker-Bright | 10.90 | 495.00 | 5,395.50 |
| TPL | T.P. Law           | 0.70  | 430.00 | 301.00   |
| SS  | S. Somoza          | 7.70  | 125.00 | 962.50   |
|     |                    | 21.50 |        | 7,792.00 |

**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/02/09 | LJR | Analyzed correspondence and issued endorsements to confirm coverage terms and conditions (2.0); drafted summary chart tracking issued endorsements and approval of same (.4). | 2.40 |
| 12/02/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 12/03/09 | LJR | Analyzed correspondence and issued endorsements to confirm coverage terms and conditions (.3); drafted summary chart tracking issued endorsements and approval of same (1.0). | 1.30 |
| 12/03/09 | JDS | Telephone conference with client and broker regarding insurance renewals (1.0); communications with client regarding same (.5). | 1.50 |
| 12/04/09 | JDS | Telephone conference with client, broker regarding insurance renewal issues (1.1); prepared regarding same (.2); analyzed insurance-related provisions in contracts and communications with client regarding same (1.0). | 2.30 |
| 12/08/09 | JDS | Prepared outline of insurance issues. | 0.50 |
| 12/09/09 | SS | Reviewed, catalogued and prepared additional sub folders of claims. | 0.70 |
| 12/09/09 | JDS | Analyzed and exchanged emails regarding discussion concerning insurance coverage renewals. | 0.30 |
| 12/10/09 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 12/10/09 | PRW | Reviewed e-mail from The Home regarding recommendation to disallow proof of claim for Wingate Road and Pyle's Pit sites (0.2); prepared draft of letter to The Home responding to same (0.3); prepared drafts of letters to liability insurer tendering lawsuits for coverage (0.5). | 1.00 |
| 12/10/09 | JDS | Analyzed policy endorsements to ensure compliance with negotiated terms (1.0); telephone conference with underlying defense counsel regarding insurance issues related to settlement of third party lawsuit (.3); communications with client regarding upcoming insurance policy renewals and issues related to same (.2); analyzed correspondence from insurers related to third-party lawsuit and possible response to same (.4). | 1.90 |
| 12/11/09 | JDS | Analyzed issues related to insurance policy issuance and renewals (.20) and communications with client, bankruptcy counsel regarding same (.40). | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/14/09 | LJR | Discussed status of 2009 policy extensions with J. Shugrue (.2); reviewed 2008 - 2009 endorsements for D&O policies (.5); follow-up communications with client regarding same (.2); reviewed Extension Endorsements for 2008 - 2009 and drafted proposed extension endorsement with option of additional extension (2.1); communications with J. Shugrue and client regarding same (1.0); reviewed 2008 - 2009 FLI policies and correspondence regarding negotiation of same (1.0); reviewed existing run-off endorsements for D&O and FLI policies (.8); emailed same to J. Shugrue; follow-up regarding language for 2009 - 2010 binder (.9). | 6.70 |
| 12/14/09 | SS | Worked on claim/notice tracking chart. | 0.40 |
| 12/14/09 | PRW | Met with J. Shugrue and S. Somoza regarding status updates on various claims correspondence and issues pending for Tribune. | 0.30 |
| 12/14/09 | JDS | Worked on D&O and FLI insurance renewal issues (2.4); telephone conferences with client regarding same (.6); conferred with L. Raines regarding same (.5); analyzed status regarding pending insurance claims notices and follow up needed regarding same (.4). | 3.90 |
| 12/15/09 | LJR | Worked on policy extension documentation (1.8); communications with client regarding same (.5). | 2.30 |
| 12/15/09 | SS | Reviewed files and prepared spreadsheet of all Tribune claims for attorney review including dates of when notice was given to carriers. | 0.60 |
| 12/15/09 | SS | Reviewed and catalogued case correspondence files. | 0.40 |
| 12/15/09 | JDS | Worked on D&O and FLI insurance renewal issues (.5); worked on issues related to communication regarding insurance in connection with bankruptcy proceeding (.2); analyzed issues related to possible notice to insurers (.3). | 1.00 |
| 12/16/09 | LJR | Worked on policy extension documentation and issues. | 1.80 |
| 12/16/09 | SS | Reviewed and organized claim files; prepared files for new claims. | 0.50 |
| 12/16/09 | SS | Finalized spreadsheet of tribune claims to be used for tracking the status of each claim by attorneys. | 0.30 |
| 12/16/09 | JDS | Prepared for and participated in telephone conferences regarding D&O and FLI insurance renewals (3.0); analyzed court hearing transcript in connection with possible communication to insurers (.2). | 3.20 |
| 12/17/09 | SS | Reviewed and catalogued correspondence file. | 0.20 |
| 12/17/09 | SS | Worked on notice/claim tracking chart. | 1.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/17/09 | JDS | Prepared for and telephone conference concerning D&O and FLI insurance renewals. | 0.50 |
| 12/18/09 | LJR | Reviewed correspondence regarding status of policy extensions and proposed language for same. | 0.40 |
| 12/18/09 | PRW | Reviewed draft of notice letter to insurer (0.2); telephone conference with client regarding same (0.1). | 0.30 |
| 12/18/09 | JDS | Worked on issues related to policy renewal/extension insurance binders (2.3); analyzed emails regarding court ruling on motion to dismiss underlying third party suit (.2); analyzed materials regarding court hearing in connection with possible communication with insurers (.4). | 2.90 |
| 12/21/09 | PRW | Telephone conference with J. Shugrue regarding proposal for waiver of subrogation in contract with third party (0.3); reviewed proposal for waiver of subrogation contract with third party(0.3); telephone conference with client, opposing counsel and J. Shugrue regarding same (0.2); prepared draft of revised provision (0.3). | 1.10 |
| 12/21/09 | JDS | Prepared for (.5) and telephone conference (.5) with client, counsel for contracting party, P. Walker-Bright regarding insurance-related provisions of lease agreement; worked on revised language regarding same (.3). | 1.30 |
| 12/22/09 | SS | Reviewed and incorporated correspondence files received from attorney into general correspondence file. | 0.60 |
| 12/22/09 | SS | Reviewed and prepared correspondence file for new claim. | 0.30 |
| 12/22/09 | PRW | Reviewed e-mail from third-party counsel regarding revision to proposed waiver of subrogation provision (.1); prepared e-mail with suggested revisions in response to same (.2). | 0.30 |
| 12/22/09 | JDS | Analyzed and exchanged emails regarding negotiations involving insurance-related terms of lease agreement. | 0.30 |
| 12/28/09 | JDS | Attention to scheduling telephone conference with counsel for creditors, insurance broker, bankruptcy counsel and client regarding D&O and FLI insurance (.2); communications regarding defense costs claim against insurer in connection with third-party suit (.2). | 0.40 |
| 12/29/09 | JDS | Participated in telephone conferences with client, bankruptcy counsel, insurance broker, creditors' counsel regarding D&O and FLI insurance renewals. | 1.00 |
| 12/30/09 | LJR | Completed review of finalized 2008-2009 policy endorsements and compiled complete copies of 2008-2009 policies. | 1.10 |
| 12/30/09 | JDS | Communications regarding D&O and FLI renewals and notice to insurers regarding potential claim issues. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/31/09 | JDS | Telephone conference with bankruptcy counsel, client, insurance broker and creditor counsel regarding D&O and FLI insurance renewals (.5); analyzed and exchanged emails regarding same (.5). | 1.00 |

TOTAL FEES: $21,107.50

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 12/31/2009 | Duplicating/Printing/Scanning | 23.20 |
| 12/31/2009 | Telephone - Outside | 2.85 |
| | Total Disbursements | 26.05 |
| | Fees & Disbursements | $21,133.55 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 23.00 | 515.00 | 11,845.00 |
| PRW | P.R. Walker-Bright | 3.00 | 495.00 | 1,485.00 |
| LJR | L.J. Raines | 16.00 | 440.00 | 7,040.00 |
| SS | S. Somoza | 5.90 | 125.00 | 737.50 |
| | | 47.90 | | 21,107.50 |

January 19, 2010  
RE:   Marsh  
       (503842.00008)

Case 08-13141-BLS    Doc 3473-3    Filed 02/18/10    Page 13 of 16

Invoice: 1949808  
Page 10

**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/04/09 | SS | Reviewed and organized case files for future reference by attorney. | 1.20 |
| 12/11/09 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding issues related to prior agreements with Marsh. | 0.20 |
| 12/21/09 | SS | Reviewed and catalogued case correspondence file. | 0.20 |
| 12/23/09 | JDS | Analyzed and exchanged emails regarding possible motion regarding prior agreements with Marsh. | 0.20 |

                              TOTAL FEES:              $381.00

                                       Fees & Disbursements      $381.00

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 515.00 | 206.00 |
| SS | S. Somoza | 1.40 | 125.00 | 175.00 |
|  |  | 1.80 |  | 381.00 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/09 | LL | Drafted RS's 9th Monthly Fee Application (.7); drafted CNO regarding RS's 8th Monthly Fee Application (.2); e-mail correspondence regarding same (.1). | 1.00 |
| 12/02/09 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 12/03/09 | LL | Reviewed RS's Fee Application (.5); updates to cumulative spreadsheet (1.3). | 1.80 |
| 12/03/09 | JDS | Worked on fee applications. | 0.50 |
| 12/04/09 | JCF | Reviewed Fee Applications and communications with L. Lankford regarding same. | 0.60 |
| 12/04/09 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 12/04/09 | JDS | Worked on fee applications. | 0.50 |
| 12/07/09 | LL | Reviewed and revised RS's 9th Monthly Fee Application (1.3); e-file and service of same (.8). | 2.10 |
| 12/07/09 | SS | Reviewed and catalogued correspondence. | 0.10 |
| 12/10/09 | JCF | Communications with J. Shugrue regarding fee application issues. | 0.10 |
| 12/10/09 | JDS | Worked on Fee Application submissions and issues. | 0.60 |
| 12/11/09 | JCF | Communications with J. Shugrue regarding fee applications and fee hearing (.3); reviewed fee order and communications relating to fee order and hearing (.2). | 0.50 |
| 12/11/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 12/11/09 | JDS | Worked on issues related to upcoming hearing on First Interim Fee Submissions. | 0.30 |
| 12/14/09 | LL | E-mail correspondence regarding Fee Examiner's Final Report/Hearing on First Interim Fee Period (.2); reviewed same (.5). | 0.70 |
| 12/15/09 | JCF | Attended hearing on fee applications. | 0.70 |
| 12/15/09 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 12/16/09 | JCF | Reviewed fee orders and email to J. Shugrue regarding same. | 0.10 |
| 12/16/09 | JDS | Worked on fee application issues. | 0.20 |
| 12/17/09 | SS | Reviewed and catalogued correspondence. | 0.30 |
| 12/21/09 | LL | Revisions to RS's 10th Monthly Fee Application (.8); revisions to RS's 4th Interim Fee Application (.6); e-mail correspondence regarding same (.1). | 1.50 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/22/09 | LL | Updates to cumulative spreadsheets. | 0.20 |
| 12/22/09 | JDS | Worked on fee application issues. | 0.20 |
| 12/31/09 | JDS | Worked on fee applications. | 0.50 |

TOTAL FEES: $3,358.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 12/07/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 100.35 |
| 12/31/2009 | Courier Service - Outside | 157.50 |
| | Total Disbursements | 257.85 |
| | Fees & Disbursements | $3,615.85 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.80 | 515.00 | 1,442.00 |
| JCF | J.C. Falgowski | 2.00 | 360.00 | 720.00 |
| SS | S. Somoza | 1.10 | 125.00 | 137.50 |
| LL | L. Lankford | 7.30 | 145.00 | 1,058.50 |
| | | 13.20 | | 3,358.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1949808
Invoice Date: January 19, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through December 31, 2009

|     |                                      | Current Fees | Current Costs | Total for Matter |
|-----|--------------------------------------|-------------:|--------------:|-----------------:|
| RE: | Shannon Claim<br>503842.00003        | $100.00      | $0.00         | $100.00          |
| RE: | Reliance/Times Mirror<br>503842.00004| $7,792.00    | $20.00        | $7,812.00        |
| RE: | Insurance Counseling<br>503842.00005 | $21,107.50   | $26.05        | $21,133.55       |
| RE: | Marsh<br>503842.00008                | $381.00      | $0.00         | $381.00          |
| RE: | Fee Applications<br>503842.00009     | $3,358.00    | $257.85       | $3,615.85        |
|     | **Current Invoice Total:**           | **$32,738.50** | **$303.90**  | **$33,042.40**   |

**INVOICE IS PAYABLE UPON RECEIPT**