# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $25.20 |
| Courier Service | | $175.50 |
| Telephone – Outside | | $2.85 |
| Outside-Duplicating | IKON | $100.35 |
| **TOTAL** | | **$303.90** |

US_ACTIVE-103035886.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/18/09 | PRW | Telephone conference with local counsel T. Law regarding preparing Joint Appendix for Phase I issues (0.2); worked on list of documents to include in Joint Appendix (1.0). | 1.20 |
| 12/18/09 | TPL | Telephone conference with Paul Walker-Bright regarding joint scheduling order and joint appendix. | 0.30 |
| 12/21/09 | SS | Reviewed and catalogued correspondence and other related case files. | 0.40 |
| 12/22/09 | SS | Reviewed case files and performed elite searches for pleading files for P. Walker-Bright to review. | 0.80 |
| 12/22/09 | PRW | Reviewed documents for possible inclusion in Joint Appendix on Phase I issues | 4.00 |
| 12/23/09 | SS | Reviewed boxes received from storage and identified pleading files for attorney review. | 0.40 |
| 12/23/09 | SS | Incorporated documents reviewed by attorney into the appropriate matter boxes for returning to storage. | 0.60 |
| 12/24/09 | SS | Reviewed case files and compiled 2007 pleading files for attorney review. | 0.70 |
| 12/29/09 | PRW | Reviewed and analyzed documents regarding preparation of Joint Appendix on Phase I issue. | 3.00 |
| 12/29/09 | PRW | Analyzed Reliance estate increased payment information (.3); communications with client regarding same (.2). | 0.50 |
| 12/29/09 | JDS | Communications regarding increased payout percentage approved for Reliance estate. | 0.30 |

TOTAL FEES: $7,792.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 12/31/2009 | Duplicating/Printing/Scanning | 2.00 |
| 12/31/2009 | Courier Service | 18.00 |
| | Total Disbursements | 20.00 |
| | Fees & Disbursements | $7,812.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/31/09 | JDS | Telephone conference with bankruptcy counsel, client, insurance broker and creditor counsel regarding D&O and FLI insurance renewals (.5); analyzed and exchanged emails regarding same (.5). | 1.00 |

TOTAL FEES: $21,107.50

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 12/31/2009 | Duplicating/Printing/Scanning | 23.20 |
| 12/31/2009 | Telephone - Outside | 2.85 |
| | Total Disbursements | 26.05 |
| | Fees & Disbursements | $21,133.55 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 23.00 | 515.00 | 11,845.00 |
| PRW | P.R. Walker-Bright | 3.00 | 495.00 | 1,485.00 |
| LJR | L.J. Raines | 16.00 | 440.00 | 7,040.00 |
| SS | S. Somoza | 5.90 | 125.00 | 737.50 |
| | | 47.90 | | 21,107.50 |

January 19, 2010 Case 08-13141-BLS Doc 3473-4 Filed 02/18/10 Page 5 of 5 Invoice 1949808
RE: Fee Applications Page 12
  (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/22/09 | LL | Updates to cumulative spreadsheets. | 0.20 |
| 12/22/09 | JDS | Worked on fee application issues. | 0.20 |
| 12/31/09 | JDS | Worked on fee applications. | 0.50 |

      TOTAL FEES:  $3,358.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 12/07/2009 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 100.35 |
| 12/31/2009 | Courier Service - Outside | 157.50 |
| | Total Disbursements | 257.85 |
| | Fees & Disbursements | $3,615.85 |

### Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.80 | 515.00 | 1,442.00 |
| JCF | J.C. Falgowski | 2.00 | 360.00 | 720.00 |
| SS | S. Somoza | 1.10 | 125.00 | 137.50 |
| LL | L. Lankford | 7.30 | 145.00 | 1,058.50 |
| | | 13.20 | | 3,358.00 |