# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                : Chapter 11 Cases
                                      : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,              : (Jointly Administered)
                                      :
            Debtors.                  : **Re: Docket No. 2407**
---------------------------------------------------------x

## CERTIFICATION OF COUNSEL

1. On October 23, 2009, Law Debenture Trust Company of New York filed its *Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Docket No. 2407] (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. On February 16, 2010, the Court held a status conference (the "Status Conference") regarding the Motion. At the Status Conference, the Court ordered the parties to confer and submit a scheduling order under certification of counsel.

3. The parties have conferred and they have agreed upon a proposed scheduling order.

**WHEREFORE**, Counsel respectfully requests that the Court approve the Proposed Scheduling Order attached hereto as Exhibit A.

Dated: Wilmington, Delaware
       February 18, 2010         /s/ Garvan F. McDaniel
                                 Garvan F. McDaniel (DE No. 4167)
                                 Bifferato Gentilotti LLC
                                 800 N. King St., Plaza Level
                                 Wilmington, DE 19801
                                 (302) 429-1900

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust
Company of New York*