# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

------------------------------------------------------x

### SCHEDULING ORDER REGARDING LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS

This matter is before this Court in connection with Law Debenture Trust Company of New York's *Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* (the "Motion"), and the various objections, joinders, and responses filed thereto (collectively the "Objections"). On February 16, 2010, the Court held a status conference (the "Status Conference") regarding the hearing (the "Hearing") on the Motion that had been scheduled for January 21, 2010 at 11:00 a.m., and subsequently rescheduled to February 19, 2010 at 10:00 a.m. The parties indicated at the Status Conference that they were prepared to proceed via a non-evidentiary hearing and requested the Court to reschedule the Hearing.

**IT IS HEREBY ORDERED** as follows:

1. The Hearing shall occur on **March 26, 2010 at 10:00 a.m.** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801. Unless otherwise directed by this Court, the Hearing will consist of oral arguments with no live testimony.

2. All briefing must be served and filed with the Court on or before March 15, 2010, and the parties have agreed to file all opening supplemental briefs by no later than March 2, 2010, with any reply briefs responsive thereto filed by no later than March 15, 2010.  The parties have also agreed to submit to the Court their lists of stipulated facts, the depositions taken in connection with this matter and agreed exhibits by no later than March 2, 2010.

**SO ORDERED**:

Date: _____, 2010

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge