IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | |
|---|---|
| **In re:** : | Chapter 11 Cases |
| : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** : | (Jointly Administered) |
| : | |
| **Debtors.** : | |

------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Sheron Korpus of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: February 19, 2010              **BIFFERATO GENTILOTTI LLC**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Fax: (302) 429-8600
gmcdaniel@bglawde.com

*Counsel for Law Debenture Trust Company of New York*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of Sheron Korpus, Esquire is granted.

Dated: _____, 2010              _____
United States Bankruptcy Court Judge