**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------x
In re:                                    :        Chapter 11 Cases
                                          :        Case No. 08-13141 (KJC)
**TRIBUNE COMPANY, et al.,**              :        (Jointly Administered)
                                          :
          **Debtors.**                    :
---------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Daniel A. Fliman of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: February 19, 2010                **BIFFERATO GENTILOTTI LLC**

                                                                      /s/ Garvan F. McDaniel
                                                                      Garvan F. McDaniel (I.D. #4167)
                                                                      800 N. King Street, Plaza Level
                                                                      Wilmington, DE  19801
                                                                      Telephone:  (302) 429-1900
                                                                      Fax:  (302) 429-8600
                                                                      gmcdaniel@bglawde.com

                                                                      *Counsel for Law Debenture Trust Company*
                                                                      *of New York*

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of Daniel A. Fliman, Esquire is granted.

Dated: _____, 2010                    _____
                                                                      United States Bankruptcy Court Judge