IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                    :    Chapter 11 Cases
                                          :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                  :    (Jointly Administered)
                                          :
                       Debtors.           :
-------------------------------------------------------x
```

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing[1] as a member of the Bars of the State of New York, New Jersey and Georgia, U.S. District Court, District of New Jersey, Northern District of Georgia, Southern District of New York and Middle District of Georgia, U.S. Court of Appeals, Fourth Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 19, 2010

                                      /s/ Daniel A. Fliman
                                      Daniel A. Fliman
                                      Kasowitz, Benson, Torres & Friedman LLP
                                      1633 Broadway
                                      New York, NY  10019
                                      Telephone:  (212) 506-1713
                                      Fax:  (212) 506-1800
                                      dfliman@kasowitz.com

---

[1] I voluntarily elected to be placed on administrative inactive status with the New Jersey Bar and Georgia Bar.