# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 18, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Adler | McCarter + English | Deutsche Bank Trust Company |
| Darl Golden | Akin Gump Strauss Hauer Feld | Centerbridge Credit Advisors |
| Alexis Freeman | " | " |
| Bruce Bennett | Hennigan Bennett Dorman | Credit Agreement Lenders |
| James Johnston | " " " | " |
| Blake Cleary | Young Conaway Stargatt & Taylor | " |
| Adam Landis | Landis Rath & Cobb | Creditors' Committee |
| Howard Seife | Chadbourne Parke | " |
| David LeMay | " | " |
| Robert Stark | Brown Rudnick | WTC |
| Martin Siegel | " | " |
| William Dolan | " | " |
| Jennifer Fricke | Benesch Friedlander | " |
| Ray Lemisor | Benesch Friedlander | |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 18, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Macauley | Zuckerman Spaeder | Committee |
| Graeme Bush | " | " |
| James Sottile | " | " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Andrew Glenn | Kasowitz Benson | " |
| Matt Stein | " | " |
| Donna Harris | Pinkney Harris Weidy | TM Retirees |
| Damien Schaible | Davis Polk & Wardwell LLP | JPMC |
| Dennis Glazer | " | " |
| Sharon Katz | " | " |
| Michael Russano | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 18, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Horan | Womble Carlyle | GreatBanc |
| Norman Pernick | Cole Schotz | Debtors |
| James Conlan | Sidley Austin | " |
| Ryan Krakauer | " | " |
| James Bendernagel | " | " |
| James Ducayet | " | " |
| Bos Steen | Kir | JPMorgan Chase |
| Stephen J. Shimshak | Paul Weiss | Citi |
| Jeffrey M. Gosis | Paul Weiss | Citi |
| Jay Teitelbaum | Teitelbaum & Baskin | TM Retirees / W. Niese |
| Nancy Mitchell | Greenberg Traurig | Aurelius |
| Scott Cousins | Greenberg Traurig | Aurelius |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 18, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang, et al | Centerbridge |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| Laurie Selber Silverstein | Potter Anderson Corroon | Merrill Lynch |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 02/18/2010
Calendar Time: 10:00 AM

2nd Revision 02/18/2010 06:12 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3355354 | Jeff Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3357511 | James Bayles | 312-324-1123 | Morgan Lewis & Bockius LLP | Interested Party, Morgan Lewis & Bockius LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3356100 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3315652 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3360717 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3358092 | Prashanth Bobba | (212) 500-3058 | Marathon Asset Management | Interested Party, Marathon Asset Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3332903 | Robert Burns | 212-554-1768 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3355885 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3355835 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3315607 | Katherine Cruz [JEFF BALEDUINI] | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Katherine Gilman / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3356478 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3358135 | Richard Divito | (212) 412-6743 | Barclays Capital, Inc. | Creditor, Barclays Capital, Inc. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3358067 | Neel Doshi | (203) 719-8723 | UBS Investment Bank | Interested Party, UBS Investment Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3343696 | Joseph Drayton | (212) 836-7177 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3356117 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3359801 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3356875 | Rita Farrell | 603-869-2473 | Rita Farrell - Reporter | Interested Party, Rita Farrell / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3291483 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3356156 | Raman Gambhir | (212) 751-5724 | DW Investment Managements | Interested Party, DW Investment Managements / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3358179 | Evan Geller | (415) 315-6514 | KKR Asset Management | Interested Party, KKR Asset Management / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3342687 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3356076 | Janet Henderson | (312) 853-2931 | Sidley & Austin | Debtor, Tribune Company / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3303372 | Sarah Johnson | 212-478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3355854 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3355486 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3356071 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3355494 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3356095 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3356065 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3327908 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3356124 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE | |
| Tribune Company | 08-13141 | Hearing | 3360149 | John London | (212) 588-6654 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3358197 | Neil S Losquadro | (212) 745-9758 | Neil S Losquadro - In Pro Per/Pro Se | In Propria Persona, Neil S Losquadro / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3355351 | Scott McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY | |
| Tribune Company | 08-13141 | Hearing | 3356088 | Jillian McClelland | (312) 853-5761 | Sidley Austin | Debtor, Tribune Company / LIVE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3354095 | Michael McMahon | (203) 302-4046 | Carlson Capital | Interested Party, Carlson Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3336382 | Stuart C. McPhail | 212-373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3355520 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Marryl Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3226142 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3343688 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3357702 | Aaron Rosen | 212-728-2528 | Aaron Rosen - In Pro Per/Pro Se | In Propria Persona, Aaron Rosen / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3348224 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3355473 | Mitchell Sockett | (434) 284-4400 | King Street Capital Management, LLC | Creditor, Mitchell Sockett / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3358124 | Rebecca Song | (212) 559-9933 | Citi | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3332946 | Usman Tahir | 212-527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3358056 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3318738 | Rushabh Vora | (212) 231-6311 | MacQuarie Capital | Creditor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3356131 | Gary Weitman | (302) 296-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3357423 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3355906 | James J. Williams | (212) 709-2479 | Labanche Inc. Company | Creditor, James J. Williams / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3355478 | Teck Wong | (952) 984-3440 | Carval Investors | Creditor, Carval Investor / LISTEN ONLY |

IAN SILVERBAND

REBECCA FONG