## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 18th day of February, 2010, I caused the foregoing **Motion and Order for Admission Pro Hac Vice of Steven A. Rosenstein** to be served upon the parties on the attached service list, by first-class mail, or in the manner indicated.

Bryan Krakauer, Esq.
James F. Conlan, Esq.
Janet E. Henderson, Esq.
James W. Ducayet, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801
**Hand Deliver**

Office Of The United States Trustee
844 King Street
Room 2207
Lockbox 35
Wilmington, DE 19801
**Hand Deliver**

  /s/ John H. Schanne, II
John H. Schanne, II

#12135421 v1