# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.*, | : Case No. 08-13141 (KJC) |
| | : Jointly Administered |
| Debtors. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Jennifer R. Hoover, Esquire, move for the admission *pro hac vice*, pursuant to Local Rule 83.5, of Katherine S. Bromberg, Esquire of Brown Rudnick LLP, Seven Times Square, New York, New York, to represent Wilmington Trust Company, as Successor Indenture Trustee for the Exchangeable Subordinate Debentures due 2029 issued by Tribune Company, in the above-captioned case.

Dated: February 18, 2010

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

By:   */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
jhoover@beneschlaw.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

DOCKET NO. 3470
DATE FILED 2/18/10

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 18, 2010

BROWN RUDNICK LLP

By: _____
Katherine S. Bromberg, Esquire
Seven Times Square
New York, NY  10036
(212) 209-4800  telephone
(212) 209-4801  facsimile

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.*, | : Case No. 08-13141 (KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 3470 |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Katherine S. Bromberg, Esquire *pro hac vice* is granted.

Dated: February 19, 2010

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge

Doc 3508454v1