IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, et al., ) | Case No. 08-13141 (KJC) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| | Related Docket No. 3483 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF EVAN M. JONES

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Evan M. Jones, Esq., to represent Bank of America, N.A and Banc of America Securities LLC in the above-captioned cases.

Dated: February __, 2010
Wilmington, Delaware

/s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

#12135967 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bars of the State of California and Washington, D.C., and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk for District Court.

_____
Evan M. Jones, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071
(213) 430-6000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: February 19, 2010

_____
Kevin J. Carey
United States Bankruptcy Judge

#12135963 v1