UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

## FEE EXAMINER'S FINAL REPORT
## REGARDING THIRD INTERIM FEE APPLICATION OF
## REED SMITH LLP

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the Third Interim Fee Application of Reed Smith LLP ("Application"), for the period from June 1, 2009, through August 31, 2009, seeking approval of fees that total $46,637.00 and reimbursement of expenses that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

total $562.58. Reed Smith LLP ("Reed Smith") is special counsel for certain insurance matters to the debtors and debtors in possession.

## Background

1.  Stuart Maue reviewed the firm's monthly fee statements and the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.  This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees, are displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed but not underlined.

3.  Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.  Stuart Maue prepared and submitted a preliminary report to Reed Smith, and the firm provided a written response. After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

### Discussion of Findings

### Reconciliation of Fees and Expenses

5.  Stuart Maue recomputed the fees and expenses requested in the Application. The hours billed by each professional or paraprofessional were totaled and multiplied by that individual's hourly rate. The recomputation of fees revealed that the requested amount is $103.00 greater than the computed amount. The discrepancy is the result of task hours within one time entry not equal to time billed for the entry as a whole. The discrepancy is displayed below:

| Invoice Number | Entry Number | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Overcharges | | | | | | | | | | |
| 1903960-5 | 19 | Shugrue | 08/06/09 | $515.00 | 1.20 | 1.00 | $618.00 | $515.00 | 0.20 | $103.00 |
| | | | | | | | Total Overcharges | | 0.20 | $103.00 |
| | | | | | | | | Total Discrepancy | 0.20 | $103.00 |

The recomputation of expenses revealed no difference between the amount requested and the amount computed. The figures in this report and the accompanying exhibits reflect the fees and expenses computed by Stuart Maue.

The preliminary report stated that, pending additional information from the firm, Stuart Maue would recommend a reduction in the requested fees in the amount of $103.00. Reed Smith's response did not address the fee reconciliation, and accordingly Stuart Maue recommends a fee reduction in the amount of $103.00 resulting from the mathematical discrepancy.

### Review of Fees

6.  **Firm Staffing.** The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement

of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11." The Application provided the names, positions, and hourly rates of the Reed Smith professionals and paraprofessionals who billed to this matter. The matter was staffed with 8 timekeepers, consisting of 3 partners, 2 associates, 2 paralegals, and 1 practice group specialist. A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm billed a total of 122.70 hours with associated fees of $46,534.00.[2] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 75.80 | 62% | $38,402.50 | 82% |
| Associate | 10.00 | 8% | 3,108.00 | 7% |
| Paralegal | 17.70 | 14% | 2,239.50 | 5% |
| Practice Group Specialist | 19.20 | 16% | 2,784.00 | 6% |
| TOTAL | 122.70 | 100% | $46,534.00 | 100% |

The blended hourly rate for the Reed Smith professionals is $483.81 and the blended hourly rate for professionals and paraprofessionals is $379.25.

7. **Hourly Rate Increases.** Reed Smith did not increase the hourly rate of any timekeeper during this interim period.

8. **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should

---

[2] This is the amount of fees computed by Stuart Maue.

identify the subject of the hearing or conference." Contrary to the requirements of the Local Rules and the Guidelines, certain activity descriptions in the Application were not sufficiently detailed. The billing entries containing vaguely described activities, totaling 21.10 hours with $9,921.00 in associated fees, were displayed in Exhibit B to the preliminary report. Stuart Maue requested that in future applications Reed Smith provide sufficient detail for each entry.

In response to the preliminary report, Reed Smith stated that entries are not more detailed to avoid disclosing sensitive client information. While Stuart Maue does not recommend a fee reduction resulting from vaguely described conferences, we do advise Reed Smith that it is possible to provide descriptive time entries while preserving confidentiality and sensitive information. The Local Rules and the Guidelines require certain detail, and the failure to comply in future applications may result in a recommendation for a fee reduction.

9.  **Conferences, Hearings, and Other Events.** Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994).

a.  **Nonfirm Conferences, Hearings, and Events.** Stuart Maue identified two occasions when two Reed Smith timekeepers billed to attend the same nonfirm conference. Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 5.00 hours with $2,362.50 in associated fees, were displayed in Exhibit C to the preliminary report. In each instance, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference). The potentially duplicative and

unnecessary timekeepers' entries total 2.50 hours with $1,075.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. Stuart Maue requested that the firm provide an explanation of the necessity of the multiple billers and their respective roles for each event attended by more than one timekeeper.

In response to the preliminary report, Reed Smith provided a complete and detailed explanation regarding the telephone conferences in question. The firm fully described the role and necessity of both timekeepers. Given the additional information provided by Reed Smith, Stuart Maue makes no recommendation for a fee reduction resulting from multiple attendance. Exhibit C is omitted from this report.

    b. **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by Reed Smith for intraoffice conferences total 2.40 hours with $890.00 in associated fees, which computes to approximately 2% of the total fees requested in the Application. For informational purposes, the entries were displayed in Exhibit D to the preliminary report. However, as Stuart Maue makes no recommendation for a fee reduction resulting from intraoffice communication, Exhibit D is omitted from this report.

  10. **Clerical Activities.** Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel. Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying. Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members. "Fees for services that are purely clerical, ministerial, or administrative should be disallowed." *See Missouri v. Jenkins*, 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989). In this Court, there has been a practice of recommending that clerical activities be

paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case. The entries describing clerical activities were displayed in Exhibit E to the preliminary report and total 10.10 hours with $1,262.50 in associated fees. The preliminary report stated that, pending additional information from Reed Smith, Stuart Maue would recommend that the clerical entries be paid at the rate of $80.00 per hour.

The firm's response to the preliminary report did not address the issue of clerical activities. Accordingly, Stuart Maue recommends a fee reduction in the amount of $454.50 resulting from adjusting the entries in Exhibit E (attached hereto) to the clerical rate of $80.00 per hour.

11. **Travel.** Local Rule 2016-2 (d)(viii) provides "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Stuart Maue identified no billing entries that described travel.

12. **Reed Smith Retention/Compensation.** Stuart Maue reviewed and identified entries related to the firm's retention and compensation. Reed Smith billed 29.30 hours with associated fees of $6,785.50 for activities related to firm's retention and applications for compensation, which computes to approximately 15% of the total fees billed by the firm. The fee entries identified as retention/compensation activities were displayed in Exhibit F to the preliminary report for informational purposes; Exhibit F is omitted from this report.

## Review of Expenses

13. **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3 state that factors relevant to a determination that the expense is proper include "Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." Reed Smith provided an itemization for the firm expenses

that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge. Stuart Maue did not identify any billing issues with respect to the firm's expenses.

### Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above. Stuart Maue recommends the approval of fees in the amount of $46,079.50 ($46,637.00 minus $557.50) and reimbursement of expenses in the amount of $562.58 for the period from June 1, 2009, through August 31, 2009. A summary of our findings is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker. Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:   (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# APPENDIX A

## REED SMITH LLP

### SUMMARY OF FINDINGS

#### Third Interim Fee Application (June 1, 2009 through August 31, 2009)

##### A. Amounts Requested and Computed

| | | |
|---|---:|---:|
| Fees Requested | $46,637.00 | |
| Expenses Requested | 562.58 | |
| **TOTAL FEES AND EXPENSES REQUESTED** | | **$47,199.58** |
| Fees Computed | $46,534.00 | |
| Expenses Computed | 562.58 | |
| **TOTAL FEES AND EXPENSES COMPUTED** | | **$47,096.58** |
| Discrepancy in Fees | $ 103.00 | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $ 103.00 |

##### B. Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---:|---:|---:|
| Fees Requested | $46,637.00 | | |
| *Recommended Reduction for Discrepancy in Fees* | | ($103.00) | |
| *Recommended Reduction for Clerical Activities* | | (454.50) | |
| Subtotal | | ($557.50) | |
| **RECOMMENDED FEE ALLOWANCE** | | | **$46,079.50** |
| Expenses Requested | $562.58 | | |
| **RECOMMENDED EXPENSE REIMBURSEMENT** | | | 562.58 |
| **TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT** | | | **$46,642.08** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 19th day of February, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

John D. Shugrue, Esq.
Partner
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

_____
John J. Decker, Esq.

-10-
Reed Smith Final Report – Third Interim Fee Application
Case No. 08-13141 (KJC)

# EXHIBIT A

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Reed Smith LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| JDS | Shugrue, John D. | PARTNER | $515.00 | $515.00 | 65.20 | $33,578.00 |
| TPL | Law, Timothy P. | PARTNER | $430.00 | $430.00 | 6.50 | $2,795.00 |
| PRW | Walker-Bright, Paul R. | PARTNER | $495.00 | $495.00 | 4.10 | $2,029.50 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $506.63 | | 75.80 | $38,402.50 |
| | | | | % of Total: | 61.78% | % of Total:  82.53% |
| DR | Rosenfield, David M. | ASSOCIATE | $300.00 | $300.00 | 8.20 | $2,460.00 |
| JCF | Falgowski, J. C. | ASSOCIATE | $360.00 | $360.00 | 1.80 | $648.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $310.80 | | 10.00 | $3,108.00 |
| | | | | % of Total: | 8.15% | % of Total:  6.68% |
| LL | Lankford, Lisa A. | PRAC GROUP SPEC | $145.00 | $145.00 | 19.20 | $2,784.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $145.00 | | 19.20 | $2,784.00 |
| | | | | % of Total: | 15.65% | % of Total:  5.98% |
| SS | Somoza, S. | PARALEGAL | $125.00 | $125.00 | 12.30 | $1,537.50 |
| MT | Todd, M. | PARALEGAL | $130.00 | $130.00 | 5.40 | $702.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $126.53 | | 17.70 | $2,239.50 |
| | | | | % of Total: | 14.43% | % of Total:  4.81% |
| | Total No. of Billers: 8 | Blended Rate for Report: | $379.25 | | 122.70 | $46,534.00 |

EXHIBIT B
VAGUELY DESCRIBED ACTIVITIES
Reed Smith LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Law, T | 3.10 | 1,333.00 |
| Rosenfield, D | 2.60 | 780.00 |
| Shugrue, J | 14.80 | 7,622.00 |
| Somoza, S | 0.30 | 37.50 |
| Walker-Bright, P | 0.30 | 148.50 |
| | 21.10 | $9,921.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 5.70 | 2,818.50 |
| Insurance Counseling | 8.00 | 4,120.00 |
| Marsh | 4.00 | 1,501.00 |
| Reliance/Times Mirror | 3.40 | 1,481.50 |
| | 21.10 | $9,921.00 |

EXHIBIT B

VAGUELY DESCRIBED ACTIVITIES

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/01/09 Mon | Shugrue, J 1882451-9/26 | 0.30 | 0.30 | 154.50 | | | 1 | MATTER NAME: Fee Applications<br>WORKED ON FEE APPLICATION AND SUPPORTING DOCUMENTATION. |
| 06/02/09 Tue | Shugrue, J 1882451-9/29 | 0.20 | 0.20 | 103.00 | | | 1 | MATTER NAME: Fee Applications<br>WORKED ON FEE APPLICATION. |
| 06/22/09 Mon | Shugrue, J 1882451-9/33 | 0.40 | 0.40 | 206.00 | | | 1 | MATTER NAME: Fee Applications<br>WORKED ON MONTHLY AND INTERIM FEE APPLICATION DOCUMENTS. |
| 06/23/09 Tue | Rosenfield, D 1882451-8/17 | 1.00 | 1.00 | 300.00 | | | 1 | MATTER NAME: Marsh<br>WORKED ON REIMBURSEMENT SUBMISSIONS PER PRIOR AGREEMENT. |
| 06/23/09 Tue | Shugrue, J 1882451-8/18 | 0.40 | 0.40 | 206.00 | | | 1 | MATTER NAME: Marsh<br>WORKED ON SUBMISSIONS PER PRIOR AGREEMENT. |
| 06/24/09 Wed | Rosenfield, D 1882451-8/20 | 1.60 | 1.10 | 330.00 | 1.10<br>0.50 | F<br>F | 1<br>2 | MATTER NAME: Marsh<br>WORKED ON REIMBURSEMENT SUBMISSIONS (1.1);<br>REVISED REIMBURSEMENT REQUEST LETTER TO MARSH (.5). |
| 06/24/09 Wed | Shugrue, J 1882451-8/21 | 0.30 | 0.30 | 154.50 | | | 1 | MATTER NAME: Marsh<br>WORKED ON PREPARATION OF SUBMISSIONS PER AGREEMENT. |
| 06/24/09 Wed | Shugrue, J 1882451-9/36 | 0.70 | 0.70 | 360.50 | | | 1 | MATTER NAME: Fee Applications<br>WORKED ON MONTHLY AND INTERIM FEE APPLICATIONS. |
| 06/30/09 Tue | Shugrue, J 1882451-9/41 | 0.50 | 0.50 | 257.50 | | | 1 | MATTER NAME: Fee Applications<br>WORKED ON FEE APPLICATIONS AND ISSUES RELATED TO SAME. |
| 07/07/09 Tue | Shugrue, J 1894256-9/111 | 0.70 | 0.70 | 360.50 | | | 1 | MATTER NAME: Fee Applications<br>WORKED ON FEE APPLICATION MATTERS. |
| 07/13/09 Mon | Law, T 1894256-4/45 | 0.30 | 0.30 | 129.00 | | | 1 | MATTER NAME: Reliance/Times Mirror<br>TELEPHONE CALL WITH REFEREE. |
| 07/14/09 Tue | Rosenfield, D 1894256-8/98 | 0.80 | 0.50 | 150.00 | 0.50<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: Marsh<br>WORKED ON REQUEST FOR REIMBURSEMENT PER AGREEMENT (.5);<br>CORRESPONDED WITH CLIENT REGARDING SAME (.3). |

~ See the last page of exhibit for explanation

EXHIBIT B
VAGUELY DESCRIBED ACTIVITIES
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Insurance Counseling |
| 07/14/09 | Shugrue, J | 3.90 | 2.50 | 1,287.50 | 2.50 | F | 1 | WORKED ON REVISED INSURANCE PROVISIONS FOR USE IN ASSET SALE TRANSACTION (2.5); |
| Tue | 1894256-5/76 | | | | 0.80 | F | 2 | EXCHANGED EMAILS WITH CLIENT REGARDING SAME (.8); |
| | | | | | 0.50 | F | 3 | TELEPHONE CONFERENCES WITH CLIENT REGARDING SAME (.5); |
| | | | | | 0.10 | F | 4 | TELEPHONE CONFERENCES WITH CLIENT REGARDING NOTICE TO INSURERS REGARDING NEW THIRD PARTY CLAIM (.1). |
| | | | | | | | | MATTER NAME: Marsh |
| 07/14/09 | Shugrue, J | 0.60 | 0.50 | 257.50 | 0.50 | F | 1 | WORKED ON CORRESPONDENCE AND SUBMISSION TO MARSH PURSUANT TO SETTLEMENT AGREEMENT (.5); |
| Tue | 1894256-8/99 | | | | 0.10 | F | 2 | TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME (.1). |
| | | | | | | | | MATTER NAME: Fee Applications |
| 07/14/09 | Shugrue, J | 0.80 | 0.80 | 412.00 | | | 1 | WORKED ON FEE APPLICATION SUBMISSIONS AND ISSUES. |
| Tue | 1894256-9/115 | | | | | | | |
| | | | | | | | | MATTER NAME: Insurance Counseling |
| 07/15/09 | Shugrue, J | 1.00 | 0.20 | 103.00 | 0.50 | F | 1 | ANALYZED INSURANCE COVERAGE TERMS AND CONDITIONS RELATED TO POSSIBLE ASSET SALE TRANSACTION (.5); |
| Wed | 1894256-5/78 | | | | 0.30 | F | 2 | PREPARED EMAIL TO CLIENT REGARDING SAME (.3); |
| | | | | | 0.20 | F | 3 | WORKED ON NOTICE TO INSURERS REGARDING NEW THIRD PARTY CLAIM (.2). |
| | | | | | | | | MATTER NAME: Insurance Counseling |
| 07/16/09 | Shugrue, J | 2.60 | 1.10 | 566.50 | 0.30 | F | 1 | WORKED ON NOTICE TO INSURERS REGARDING NEW THIRD-PARTY CLAIM (.3); |
| Thu | 1894256-5/80 | | | | 0.80 | F | 2 | WORKED ON ALTERNATIVE LANGUAGE REGARDING INSURANCE ISSUES FOR USE IN ASSET SALE TRANSACTION (.8); |
| | | | | | 0.70 | F | 3 | TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME (.7); |
| | | | | | 0.80 | F | 4 | TELEPHONE CONFERENCE WITH CLIENT AND TRANSACTION COUNSEL (R. HARRIS) REGARDING SAME (.8). |
| | | | | | | | | MATTER NAME: Insurance Counseling |
| 07/20/09 | Shugrue, J | 4.10 | 0.80 | 412.00 | 1.40 | F | 1 | ANALYZED AND WORKED ON REVISIONS TO MOTION TO BANKRUPTCY COURT REGARDING INSURER PAYMENT OF DEFENSE COSTS REGARDING THIRD PARTY SUIT (1.4); |
| Mon | 1894256-5/82 | | | | 0.40 | F | 2 | TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING SAME (.4); |
| | | | | | 0.80 | F | 3 | WORKED ON PROPOSED REVISIONS TO INSURANCE PROVISIONS OF ASSET SALE AGREEMENT (.8); |
| | | | | | 1.50 | F | 4 | TELEPHONE CONFERENCES WITH CLIENT, TRANSACTION COUNSEL REGARDING SAME (1.5). |
| | | | | | | | | MATTER NAME: Marsh |
| 07/21/09 | Shugrue, J | 0.20 | 0.20 | 103.00 | | | 1 | WORKED ON PROVIDING RECENT RELIANCE CLAIM DOCUMENTS TO MARSH. |
| Tue | 1894256-8/105 | | | | | | | |
| | | | | | | | | MATTER NAME: Insurance Counseling |
| 07/22/09 | Shugrue, J | 2.70 | 1.90 | 978.50 | 0.20 | F | 1 | ANALYZED INSURER CORRESPONDENCE REGARDING UPCOMING MEDIATION OF THIRD PARTY SUIT (.2); |
| Wed | 1894256-5/85 | | | | 0.60 | F | 2 | TELEPHONE CONFERENCE WITH CLIENT, DEFENSE COUNSEL, BANKRUPTCY COUNSEL REGARDING SAME (.6); |
| | | | | | 1.90 | F | 3 | WORKED ON CORRESPONDENCE REGARDING SAME (1.9). |
| | | | | | | | | MATTER NAME: Reliance/Times Mirror |
| 07/22/09 | Walker-Bright, P | 0.30 | 0.30 | 148.50 | | | 1 | WORKED ON REVISIONS TO TIME LINE OF EVENTS IN DISPUTE WITH RELIANCE |
| Wed | 1894256-4/56 | | | | | | | |
| | | | | | | | | MATTER NAME: Insurance Counseling |
| 07/29/09 | Shugrue, J | 1.20 | 0.60 | 309.00 | 0.40 | F | 1 | TELEPHONE CONFERENCE WITH INSURER COUNSEL REGARDING DRAFT MOTION TO BANKRUPTCY COURT REGARDING PAYMENT OF DEFENSE COSTS REGARDING THIRD PARTY SUIT (.4); |
| Wed | 1894256-5/92 | | | | 0.60 | F | 2 | WORKED ON REVISIONS TO DRAFT MOTION (.6); |
| | | | | | 0.20 | F | 3 | TELEPHONE CONFERENCE WITH CLIENT REGARDING OUTCOME OF MEDIATION OF THIRD PARTY SUIT (.2). |

~ See the last page of exhibit for explanation

EXHIBIT B
VAGUELY DESCRIBED ACTIVITIES
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 07/30/09 Thu | Shugrue, J 1894256-5/94 | 0.80 | 0.40 | 206.00 | 0.40 0.40 | F F | 1 2 | *MATTER NAME: Insurance Counseling* <br> WORKED ON REVISIONS TO INSURANCE RELATED PROVISIONS OF ASSET PURCHASE AGREEMENT (.4); <br> ANALYZED AND PROPOSED REVISIONS TO GROUP HEALTH SERVICES AGREEMENT (.4). |
| 07/31/09 Fri | Shugrue, J 1894256-9/121 | 0.80 | 0.80 | 412.00 | | | 1 | *MATTER NAME: Fee Applications* <br> WORKED ON FEE APPLICATION. |
| 08/03/09 Mon | Shugrue, J 1903960-5/16 | 0.70 | 0.50 | 257.50 | 0.20 0.50 | F F | 1 2 | *MATTER NAME: Insurance Counseling* <br> ANALYZED COMMUNICATIONS REGARDING MOTION FOR FILING IN BANKRUPTCY COURT REGARDING INSURER PAYMENT OF DEFENSE COSTS REGARDING UNDERLYING SUIT (.2); <br> WORKED ON ISSUES RELATED TO INSURANCE CLAUSES IN ASSET SALE AGREEMENT (.5). |
| 08/03/09 Mon | Shugrue, J 1903960-9/45 | 0.20 | 0.20 | 103.00 | | | 1 | *MATTER NAME: Fee Applications* <br> WORKED ON FEE APPLICATION. |
| 08/18/09 Tue | Shugrue, J 1903960-9/47 | 0.20 | 0.20 | 103.00 | | | 1 | *MATTER NAME: Fee Applications* <br> WORKED ON FEE APPLICATIONS. |
| 08/20/09 Thu | Shugrue, J 1903960-9/49 | 0.60 | 0.60 | 309.00 | | | 1 | *MATTER NAME: Fee Applications* <br> WORKED ON FEE APPLICATIONS. |
| 08/24/09 Mon | Somoza, S 1903960-9/51 | 0.30 | 0.30 | 37.50 | | | 1 | *MATTER NAME: Fee Applications* <br> WORKED ON FEE APPLICATION FILINGS. |
| 08/26/09 Wed | Law, T 1903960-4/12 | 2.80 | 2.80 | 1,204.00 | | | 1 | *MATTER NAME: Reliance/Times Mirror* <br> WORKED ON MEDIATION STRATEGY AND PREPARATION. |
| Total Number of Entries: 30 | | | 21.10 | $9,921.00 | | | | |

~ See the last page of exhibit for explanation

EXHIBIT B
VAGUELY DESCRIBED ACTIVITIES
Reed Smith LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Law, T | 3.10 | 1,333.00 |
| Rosenfield, D | 2.60 | 780.00 |
| Shugrue, J | 14.80 | 7,622.00 |
| Somoza, S | 0.30 | 37.50 |
| Walker-Bright, P | 0.30 | 148.50 |
| | 21.10 | $9,921.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 5.70 | 2,818.50 |
| Insurance Counseling | 8.00 | 4,120.00 |
| Marsh | 4.00 | 1,501.00 |
| Reliance/Times Mirror | 3.40 | 1,481.50 |
| | 21.10 | $9,921.00 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT E
CLERICAL ACTIVITIES
Reed Smith LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Somoza, S | 10.10 | 1,262.50 |
|  | 10.10 | $1,262.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 0.90 | 112.50 |
| Insurance Counseling | 5.20 | 650.00 |
| Marsh | 0.60 | 75.00 |
| Reliance/Times Mirror | 3.40 | 425.00 |
|  | 10.10 | $1,262.50 |

EXHIBIT E
CLERICAL ACTIVITIES
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|---|---|---|---|---|---|---|
| 06/11/09 Thu | Somoza, S 1882451-4/5 | 0.70 | 0.70 | 87.50 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> ANALYZED AND ORGANIZED CORRESPONDENCE AND OTHER DOCUMENTS. |
| 06/22/09 Mon | Somoza, S 1882451-5/11 | 0.50 | 0.50 | 62.50 | 1 | *MATTER NAME: Insurance Counseling* <br> REVIEWED AND CATALOGUED SUB FOLDERS WITH MATERIAL OBTAINED FROM J. SHUGRUE. |
| 06/22/09 Mon | Somoza, S 1882451-5/12 | 0.80 | 0.80 | 100.00 | 1 | *MATTER NAME: Insurance Counseling* <br> ANALYZED AND ORGANIZED CORRESPONDENCE CASE FILES AND PREPARED NEW SUB FOLDERS PER J. SHUGRUE. |
| 07/14/09 Tue | Somoza, S 1894256-5/75 | 0.60 | 0.60 | 75.00 | 1 | *MATTER NAME: Insurance Counseling* <br> PREPARED CASE FILES FOR ADDITIONAL SUB FOLDERS AND CATALOGUED CORRESPONDENCE. |
| 07/14/09 Tue | Somoza, S 1894256-9/114 | 0.30 | 0.30 | 37.50 | 1 | *MATTER NAME: Fee Applications* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 07/15/09 Wed | Somoza, S 1894256-4/48 | 0.80 | 0.80 | 100.00 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> REVIEWED AND CATALOGUED CORRESPONDENCE. |
| 07/17/09 Fri | Somoza, S 1894256-4/51 | 0.30 | 0.30 | 37.50 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> REVIEWED AND CATALOGUED CORRESPONDENCE. |
| 07/21/09 Tue | Somoza, S 1894256-9/117 | 0.30 | 0.30 | 37.50 | 1 | *MATTER NAME: Fee Applications* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 07/23/09 Thu | Somoza, S 1894256-5/86 | 0.60 | 0.60 | 75.00 | 1 | *MATTER NAME: Insurance Counseling* <br> PREPARED FILES AND ENTERED SUB FOLDER INFORMATION INTO ELITE DATABASE FOR FUTURE REFERENCE BY ATTORNEYS. |
| 07/29/09 Wed | Somoza, S 1894256-4/61 | 0.40 | 0.40 | 50.00 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> REVIEWED AND CATALOGUED CASE RELATED DOCUMENTS RECEIVED FROM D. ROSENFIELD. |
| 07/30/09 Thu | Somoza, S 1894256-5/93 | 0.40 | 0.40 | 50.00 | 1 | *MATTER NAME: Insurance Counseling* <br> ANALYZED AND CATALOGUED CASE CORRESPONDENCE. |
| 08/04/09 Tue | Somoza, S 1903960-4/1 | 0.20 | 0.20 | 25.00 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 08/06/09 Thu | Somoza, S 1903960-5/18 | 0.40 | 0.40 | 50.00 | 1 | *MATTER NAME: Insurance Counseling* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |

EXHIBIT E
CLERICAL ACTIVITIES
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|---|---|---|---|---|---|---|
| 08/12/09 Wed | Somoza, S 1903960-4/4 | 0.30 | 0.30 | 37.50 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> REVIEWED AND CATALOGUED PLEADING FILES. |
| 08/17/09 Mon | Somoza, S 1903960-5/25 | 0.70 | 0.70 | 87.50 | 1 | *MATTER NAME: Insurance Counseling* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 08/21/09 Fri | Somoza, S 1903960-4/10 | 0.30 | 0.30 | 37.50 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 08/21/09 Fri | Somoza, S 1903960-5/30 | 0.60 | 0.60 | 75.00 | 1 | *MATTER NAME: Insurance Counseling* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE FILES TO NUMEROUS SUB FOLDERS. |
| 08/21/09 Fri | Somoza, S 1903960-8/41 | 0.40 | 0.40 | 50.00 | 1 | *MATTER NAME: Marsh* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 08/24/09 Mon | Somoza, S 1903960-9/51 | 0.30 | 0.30 | 37.50 | 1 | *MATTER NAME: Fee Applications* <br> WORKED ON FEE APPLICATION FILINGS. |
| 08/27/09 Thu | Somoza, S 1903960-4/13 | 0.40 | 0.40 | 50.00 | 1 | *MATTER NAME: Reliance/Times Mirror* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 08/27/09 Thu | Somoza, S 1903960-5/34 | 0.60 | 0.60 | 75.00 | 1 | *MATTER NAME: Insurance Counseling* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE FILE, PREPARED NEW SUB FOLDERS AND REVISED SUB FOLDER INDEXED. |
| 08/27/09 Thu | Somoza, S 1903960-8/42 | 0.20 | 0.20 | 25.00 | 1 | *MATTER NAME: Marsh* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| Total Number of Entries: 22 | | | 10.10 | $1,262.50 | | |

EXHIBIT E
CLERICAL ACTIVITIES
Reed Smith LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---:|---:|
| Somoza, S | 10.10 | 1,262.50 |
|  | 10.10 | $1,262.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---:|---:|
| Fee Applications | 0.90 | 112.50 |
| Insurance Counseling | 5.20 | 650.00 |
| Marsh | 0.60 | 75.00 |
| Reliance/Times Mirror | 3.40 | 425.00 |
|  | 10.10 | $1,262.50 |