# **PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ____** |

**ORDER SUSTAINING DEBTORS' SIXTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**("CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR")**

Upon consideration of the Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (the "Objection") of the Debtors, by which the Debtors request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and Local Rule 3007-1, modifying the Disputed Claims[2] set forth on Exhibit A attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that each of the Disputed Claims set forth on the attached Exhibit A is hereby modified solely to specify that the claim is asserted against the particular Debtor indicated on Exhibit A; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
March ____, 2010

______________________________
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

# EXHIBIT A

## Claims Asserted Against No Debtor or Improper Debtor

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | CASE NUMBER | DEBTOR | CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
| 1 | 1504 | AMMERAAL BELTECH<br>PO BOX 90351<br>CHICAGO, IL 60696-0351 | 4/24/2009 | $190.84 | | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $190.84 |
| 2 | 6333 | ASM CAPITAL<br>BARKWORK - ASSIGNOR<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 11/10/2009 | $3,921.00 | 08-13208 | Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company | $3,921.00 |
| 3 | 4372 | ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | 6/10/2009 | $5,153.21 | 08-13223 | Tribune Broadcasting Company | 08-13225 | Tribune Broadcasting News Network, Inc. | $5,153.21 |
| 4 | 4373 | ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | 6/10/2009 | $3,709.80 | 08-13223 | Tribune Broadcasting Company | 08-13245 | Tribune Television Northwest, Inc. | $3,709.80 |
| 5 | 4866 | CBS RADIO EAST INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | 6/11/2009 | $11,751.25 | 08-13223 | Tribune Broadcasting Company | 08-13241 | Tribune Television Company | $11,751.25 |
| 6 | 3670 | CITY OF FULLERTON<br>303 W COMMONWEALTH AVE<br>FULLERTON, CA 92632 | 6/8/2009 | $68.74 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $68.74 |
| 7 | 3671 | CITY OF FULLERTON<br>303 W COMMONWEALTH AVE<br>FULLERTON, CA 92832--177 | 6/8/2009 | $160.39 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $160.39 |
| 8 | 1563 | CITY OF RIVERSIDE PUBLIC UTILITIES<br>3900 MAIN ST.<br>RIVERSIDE, CA 92522-0144 | 4/23/2009 | $1,494.45 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,494.45 |
| 9 | 323 | COLLEGE OF WILLIAM & MARY<br>BURSARS OFFICE/SHARON MIKANOWICZ<br>PO BOX 8795<br>WILLIAMSBURG, VA 23187-8795 | 1/26/2009 | $193.75 | | No Debtor Asserted | 08-13248 | Virginia Gazette Companies, LLC | $193.75 |
| 10 | 2005 | E & L DIRECT MAIL SYSTEM INC<br>PO BOX 1815<br>NORWALK, CA 90651-1815 | 4/27/2009 | $309.96 | | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $309.96 |
| 11 | 605 | ELITE PROPERTIES, INC.<br>3415 N 127TH # 300<br>BROOKFIELD, WI 530053117 | 3/2/2009 | $200.00 | | No Debtor Asserted | 08-13165 | forsalebyowner.com corp. | $200.00 |
| 12 | 3679 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OFFIT KURMAN, P.A.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 6/8/2009 | $3,888.50 | 08-13144 | Baltimore Newspaper Networks, Inc. | 08-13209 | The Baltimore Sun Company | $3,888.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 1975 | GOLDEN STATE WATER COMPANY<br>ATTN ACCOUNTS PAYABLE R2<br>630 EAST FOOTHILL BOULEVARD<br>SAN DIMAS, CA 91773 | 4/27/2009 | $293.08 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $293.08 |
| 14 | 2459 | HEILIG, JOHN<br>980 MACUNGIE AV<br>EMMAUS, PA 18049 | 5/5/2009 | $600.00 | | No Debtor Asserted | 08-13212 | The Morning Call, Inc. | $600.00 |
| 15 | 2140 | IMAGE COMMUNICATIONS INC<br>22435 PANTHER LOOP<br>BRADENTON, FL 34202 | 4/30/2009 | $121.64 | | No Debtor Asserted | 08-13222 | Tribune Broadcast Holdings, Inc. | $121.64 |
| 16 | 802 | JOHNSON CONTROLS, INC.<br>LOS ANGELES SERVICE<br>12393 SLAUSON AVE<br>WHITTIER, CA 90606 | 3/23/2009 | $4,254.77 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $4,254.77 |
| 17 | 551 | LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | 2/25/2009 | $1,677.50 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,677.50 |
| 18 | 642 | LEXINGTON GROUP, INC.<br>380 UNION ST.<br>WEST SPRINGFIELD, MA 01089 | 3/6/2009 | $3,012.78 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $3,012.78 |
| 19 | 2972 | LIBERTY CABLEVISION<br>LUQUILLO INDUSTRIAL PARK,<br>ROAD 992 KM 0.2<br>ATTN: LEGAL COUNSEL<br>LUQUILLO, PR 773 | 5/19/2009 | $500.00 | | No Debtor Asserted | 08-13220 | Tower Distribution Company | $500.00 |
| 20 | 840 | LIGHTING SERVICES, INC.<br>150 BROOKSIDE ROAD<br>WATERBURY, CT 06708 | 3/30/2009 | $1,570.41 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $1,570.41 |
| 21 | 2391 | LISA NALVEN PHOTOGRAPHY INC<br>2131 SW 27TH LN<br>FORT LAUDERDALE, FL 33312 | 5/4/2009 | $700.00 | | No Debtor Asserted | 08-13169 | Gold Coast Publications, Inc. | $700.00 |
| 22 | 2504 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MISI COMPANY LTD<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | 5/6/2009 | $15,980.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $15,980.00 |
| 23 | 83 | LUTTWAK, EDWARD N.<br>4510 DRUMMUND AVENUE<br>CHEVY CHASE, MD 20815 | 1/2/2009 | $250.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $250.00 |
| 24 | 2630 | MANPOWER, INC.<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 | 5/5/2009 | $4,616.68 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $4,616.68 |
| 25 | 1124 | MANUFACTURERS NEWS INC<br>1633 CENTRAL STREET<br>EVANSTON, IL 60201 | 4/20/2009 | $319.00 | | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. | $319.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | 702 | MAVERICK TECHNOLOGIES, LLC<br>265 ADMIRAL TROST RD<br>PO BOX 470<br>COLUMBIA, IL 62236 | 3/9/2009 | $1,440.00 | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $1,440.00 |
| 27 | 798 | MCC SERVICES, LLC<br>3001 17TH ST.<br>METAIRIE, LA 70002 | 3/23/2009 | $3,401.74 | No Debtor Asserted | 08-13244 | Tribune Television New Orleans, Inc. | $3,401.74 |
| 28 | 1641 | MCCLOUD<br>1012 W LUNT AVE<br>SCHAUMBERG, IL 60193 | 4/23/2009 | $674.00 | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $674.00 |
| 29 | 1640 | METROPOLIS INVESTMENT HOLDINGS INC<br>C/O BANK OF AMERICA NATIONAL ASSOC<br>PO BOX 847823<br>DALLAS, TX 75284-7823 | 4/23/2009 | $4,372.91 | No Debtor Asserted | 08-13241 | Tribune Television Company | $4,372.91 |
| 30 | 1199 | METTLER-TOLEDO INC<br>1900 POLARIS PARKWAY<br>COLUMBUS, OH 43240-2020 | 4/20/2009 | $564.23 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $564.23 |
| 31 | 1766 | MIURA BOILER<br>1945 S. MYRTLE AVE<br>ATTN: HECTOR LECEA<br>MONROVIA, CA 91016-4854 | 4/27/2009 | $3,937.30 | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $3,937.30 |
| 32 | 442 | MOBILE HEALTH SOLUTIONS INC<br>121 PINE CREEK TRAIL<br>ORMOND BEACH, FL 32174 | 2/9/2009 | $2,430.00 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $2,430.00 |
| 33 | 1084 | MULTIAD SERVICES<br>1720 W. DETWEILLER DR.<br>PEORIA, IL 61615 | 4/20/2009 | $556.79 | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $556.79 |
| 34 | 1429 | MULTIAD SERVICES<br>1720 W. DETWEILLER DR.<br>PEORIA, IL 61615 | 4/24/2009 | $116.00 | No Debtor Asserted | 08-13173 | Homestead Publishing Co. | $116.00 |
| 35 | 900 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $1,412.37 | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $1,412.37 |
| 36 | 901 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $2,526.78 | No Debtor Asserted | 08-13209 | The Baltimore Sun Company | $2,526.78 |
| 37 | 902 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $129.84 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $129.84 |
| 38 | 903 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $298.30 | No Debtor Asserted | 08-13210 | The Daily Press, Inc. | $298.30 |
| 39 | 911 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $1,062.00 | No Debtor Asserted | 08-13212 | The Morning Call, Inc. | $1,062.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | 523 | NATIONAL COMMUNICATIONS<br>D/B/A KAR GRAPHICS, LLC<br>L3930 NW 60TH AVE<br>MIAMI, FL 33014 | 2/23/2009 | $3,198.00 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $3,198.00 |
| 41 | 524 | NATIONAL COMMUNICATIONS<br>D/B/A KAR GRAPHICS, LLC<br>L3930 NW 60TH AVE<br>MIAMI, FL 33014 | 2/23/2009 | $8,252.50 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $8,252.50 |
| 42 | 1127 | NATIONAL LIFT TRUCK INC<br>3333 MT PROSPECT RD<br>FRANKLIN PARK, IL 60131 | 4/20/2009 | $2,929.80 | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $2,929.80 |
| 43 | 204 | NEATLY CHISELED FEATURES<br>N1870 LORAMOOR DR.<br>LAKE GENEVA, WI 53147 | 1/9/2009 | $3,732.85 | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $3,732.85 |
| 44 | 2852 | NELA TERNES REGISTER GROUP<br>7435 4TH STREET NORTH<br>OAKDALE, MN 55128 | 5/15/2009 | $6,480.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $6,480.00 |
| 45 | 626 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $700.00 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $700.00 |
| 46 | 627 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $3,402.16 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $3,402.16 |
| 47 | 628 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $14,989.20 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $14,989.20 |
| 48 | 629 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $440.32 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $440.32 |
| 49 | 630 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $1,950.00 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $1,950.00 |
| 50 | 631 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13210 | The Daily Press, Inc. | $200.00 |
| 51 | 632 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $200.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | 633 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $200.00 |
| 53 | 634 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $713.00 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $713.00 |
| 54 | 635 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $170.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $170.00 |
| 55 | 636 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $190.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $190.00 |
| 56 | 637 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $93.00 | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $93.00 |
| 57 | 638 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $190.00 | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $190.00 |
| 58 | 639 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $200.00 |
| 59 | 640 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $170.00 | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $170.00 |
| 60 | 641 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13212 | The Morning Call, Inc. | $200.00 |
| 61 | 358 | PACIFICA HEALTH AND MEDICAL<br>2650 CAMINO DEL RIO NO. STE. 212<br>SAN DIEGO, CA 92108 | 2/4/2009 | $629.00 | No Debtor Asserted | 08-13182 | KSWB Inc. | $629.00 |
| 62 | 501 | PARKER, CHRIS<br>VENDOR # 135268<br>561 EDINBOROUGH DR.<br>BAY VILLAGE, OH 44140 | 2/19/2009 | $400.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $400.00 |
| 63 | 813 | PJ MECHANICAL SERVICE & MAINTENANCE CORP.<br>135 WEST 18TH STR<br>NEW YORK, NY 10011 | 3/25/2009 | $2,142.24 | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. | $2,142.24 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 64 | 2978 | PUTNEY, MATTHEW<br>1125 FLAMMANG DR NO.4<br>WATERLOO, IA 50702 | 5/19/2009 | $343.40 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $343.40 |
| 65 | 600 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $738.33 | | No Debtor Asserted | 08-13212 | The Morning Call, Inc. | $738.33 |
| 66 | 601 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $5,618.28 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $5,618.28 |
| 67 | 602 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $1,125.00 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $1,125.00 |
| 68 | 603 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $3,045.80 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $3,045.80 |
| 69 | 1915 | RING POWER CORPORATION<br>10421 FERN HILL DRIVE<br>RIVERVIEW, FL 33578 | 4/27/2009 | $585.76 | 08-13202 | Sentinel Communications News Ventures, Inc. | 08-13198 | Orlando Sentinel Communications Company | $585.76 |
| 70 | 326 | RJ BENNETT REPRESENTS<br>530 EAST 20TH, # 2B<br>NEW YORK, NY 10009 | 1/27/2009 | $960.00 | | No Debtor Asserted | 08-13162 | Eagle New Media Investments, LLC | $960.00 |
| 71 | 3412 | ROCKET MESSENGER SERVICE<br>PO BOX 3506<br>CHATSWORTH, CA 913133506 | 6/2/2009 | $8,471.40 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $8,471.40 |
| 72 | 3143 | RONALD MCDONALD HOUSE CHARITIES<br>765 SOUTH PASADENA AVE<br>PASADENA, CA 91105 | 5/26/2009 | $4,388.07 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $4,388.07 |
| 73 | 772 | S. WALTER PACKAGING CORP<br>ARMOR-GERMAIN<br>2900 GRANT AVE.<br>PHILADELPHIA, PA 19114 | 3/18/2009 | $263.17 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $263.17 |
| 74 | 1512 | SANS PAREIL TECHNOLOGIES INC<br>100 W CHESTNUT NO.1305<br>CHICAGO, IL 60610-3296 | 4/24/2009 | $850.00 | | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $850.00 |
| 75 | 2530 | SCARBOROUGH RESEARCH<br>770 BROADWAY<br>13TH FLOOR<br>NEW YORK, NY 10003 | 5/7/2009 | $9,298.26 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $9,298.26 |
| 76 | 2508 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $5,069.49 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $5,069.49 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 77 | 2509 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $3,952.90 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $3,952.90 |
| 78 | 2514 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $8,271.32 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $8,271.32 |
| 79 | 2527 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $16,058.50 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $16,058.50 |
| 80 | 2154 | SHARED MAIL ACQUISITION D/B/A DOODAD<br>72 INDUSTRIAL CIRCLE<br>LANCASTER, PA 17601 | 4/30/2009 | $11,769.02 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $9,093.26 |
| | | | | | | | 08-13246 | Valumail, Inc. | $2,675.76 |
| | | | | | | | | Total | $11,769.02 |
| 81 | 1680 | SPANLINK<br>605 N. HWY 169,<br>STE 900<br>MINNEAPOLIS, MN 55441 | 4/23/2009 | $4,550.00 | 08-13185 | Los Angeles Times Communications LLC | 08-13240 | Tribune Publishing Company | $4,550.00 |
| 82 | 2431 | SPORTS LICENSED DIVISION OF THE ADIDAS GROUP, LLC.<br>8677 LOGO ATHLETIC COURT<br>INDIANAPOLIS, IN 46219 | 5/5/2009 | $2,974.72 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $2,974.72 |
| 83 | 760 | SUBURBAN ELEVATOR CO.<br>130 PRAIRIE LAKE RD., UNIT D<br>DUNDEE, IL 60118 | 3/17/2009 | $3,927.03 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $3,927.03 |
| 84 | 2334 | SUNSOURCE TECHNOLOGIES<br>NW 7809<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-7809 | 5/4/2009 | $320.16 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $320.16 |
| 85 | 921 | TELEMETRICS INC.<br>6 LEIGHTON PLACE<br>MAHWAH, NJ 07430 | 4/9/2009 | $186.50 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $186.50 |
| 86 | 2430 | TRAFFIC.COM INC<br>6461 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 5/5/2009 | $5,400.00 | 08-13241 | Tribune Television Company | 08-13198 | Orlando Sentinel Communications Company | $5,400.00 |
| 87 | 3066 | TRANE US INC<br>PO BOX 98167<br>CHICAGO, IL 60093 | 5/22/2009 | $3,999.99 | 08-13241 | Tribune Television Company | 08-13209 | The Baltimore Sun Company | $3,999.99 |
| 88 | 417 | TREASURE ISLAND FOODS<br>3460 N BROADWAY ST<br>CHICAGO, IL 60657 | 2/6/2009 | $637.41 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $637.41 |
| 89 | 1004 | ULINE SHIPPING SUPPLIES<br>2200 S. LAKESIDE DR.<br>WAUKEGAN, IL 60085 | 4/14/2009 | $11,041.10 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $11,041.10 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 90 | 428 | UNITED BUSINESS TECHNOLOGY<br>9218 GAITHER RD<br>GAITHERSBURG, MD 20877 | 2/9/2009 | $44.42 | | No Debtor Asserted | 08-13251 | WDCW Broadcasting, Inc. | $44.42 |
| 91 | 336 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SWEET AUDIO, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 1/30/2009 | $705.00 | | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $705.00 |
| 92 | 694 | UNIVERSAL MCCANN<br>622 THIRD AVENUE, 19TH FLOOR<br>ATTN: YESINIA LECCA-ROBLES<br>NEW YORK, NY 10017 | 3/9/2009 | $91,002.13 | | No Debtor Asserted | 08-13180 | KIAH Inc. | $91,002.13 |
| 93 | 875 | VALLEY FIRE PROTECTION<br>101 N. RADDANT ROAD<br>BATAVIA, IL 60510-2203 | 4/3/2009 | $535.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $535.00 |
| 94 | 574 | VSA, INC<br>6929 SEWARD AVE<br>LINCOLN, NE 68507 | 2/27/2009 | $3,266.50 | | No Debtor Asserted | 08-13180 | KIAH Inc. | $3,266.50 |
| 95 | 1113 | WALTON PRESS<br>402 MAYFIELD DRIVE<br>NAYOUNG WILSON<br>MONROE, GA 30655 | 4/20/2009 | $7,065.00 | | No Debtor Asserted | 08-13200 | Patuxent Publishing Company | $7,065.00 |
| 96 | 360 | WILLY'S ELECTRONIC SUPPLY CO INC<br>1636 D AVE<br>NATIONAL CITY, CA 91950 | 2/5/2009 | $105.72 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $105.72 |
| 97 | 3318 | WIP-AM<br>TWO BALA PLAZA<br>SUITE 700<br>BALA CYNWYD, PA 19004 | 6/1/2009 | $22,057.50 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $22,057.50 |
| 98 | 699 | WMMR-FM - GREATER BOSTON RADIO INC<br>ONE BALA PLAZA<br>SUITE 424<br>BALA CYNWYD, PA 19004 | 3/9/2009 | $115,153.75 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $115,153.75 |
| 99 | 854 | WOODS & POOLE ELECTRONICS, INC.<br>1794 COLUMBIA ROAD NW SUITE 4<br>WASHINGTON, DC 20009-2808 | 3/30/2009 | $799.00 | | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $799.00 |
| 100 | 3339 | WRIGHT EXPRESS<br>FINANCIAL SERVICES<br>PO BOX 639<br>PORTLAND, ME 04103 | 6/1/2009 | $2,290.02 | 08-13223 | Tribune Broadcasting Company | 08-13241 | Tribune Television Company | $2,290.02 |