**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2009 through December 31, 2009**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 1,780.40 | $375,000.00 |
| 2009 Consolidated Audit | 451.60 | $128,000.00 |
| 2008 forms 5500 and Related Filings | 49.50 | $14,500.00 |
| 2008 Employee Benefit Plan | 81.00 | $20,000.00 |
| **Subtotal - Fixed Fee Services** | **2,362.50** | **$537,500.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 3.50 | $1,575.00 |
| **Subtotal - Hourly Services** | **3.50** | **$1,575.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 23.40 | $7,620.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **23.40** | **$7,620.00** |
| | | |
| **Total Hours and Compensation** | **2,389.40** | **$546,695.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2009 through December 31, 2009**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 1,780.40 | $375,000.00 |
| 2009 Consolidated Audit | 451.60 | $128,000.00 |
| 2008 forms 5500 and Related Filings | 49.50 | $14,500.00 |
| 2008 Employee Benefit Plan | 81.00 | $20,000.00 |
| **Subtotal - Fixed Fee Services** | **2,362.50** | **$537,500.00** |
| **Total Hours and Compensation** | **2,362.50** | **$537,500.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                  **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2008 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period September 1, 2009 through December 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Cody L Smith | Partner | 2.50 |
| Edward J Abahoonie | Partner | 1.00 |
| John A Sandmeier | Partner | 4.00 |
| L Allen Arnett | Partner | 4.00 |
| Robert J Crnkovich | Partner | 12.00 |
| Thomas D. Snyder | Partner | 23.10 |
| William T England | Partner | 119.00 |
| Doran McClellan | Senior Managing Director | 2.00 |
| Marne L Doman | Senior Managing Director | 0.50 |
| Monte Jackel | Senior Managing Director | 15.00 |
| Timothy M Byrd | Senior Managing Director | 113.00 |
| Chad Morrissey | Director | 34.00 |
| Doran McClellan | Director | 4.50 |
| Esperanza Chan | Director | 0.30 |
| Christopher Michael Stephens | Senior Manager | 1.50 |
| Dan Drobac | Senior Manager | 161.50 |
| Eric M Ingram | Senior Manager | 5.00 |
| Jeanmarie Michelle Shah | Senior Manager | 2.00 |
| Jeffrey S Anderes | Senior Manager | 7.00 |
| Matthew B Larsen | Senior Manager | 142.00 |
| Anna V Kamenova | Manager | 28.50 |
| Daniel C Chavez | Manager | 142.10 |
| Justin A Spahn | Manager | 284.50 |
| Michelle Siu | Manager | 2.00 |
| Yohannes Hailu | Manager | 1.00 |
| Bryan K Turner | Senior Associate | 15.50 |
| Justin A Spahn | Senior Associate | 71.00 |
| Meaghan K Sullivan | Senior Associate | 90.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period September 1, 2009 through December 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Michelle Siu | Senior Associate | 5.00 |
| Shawn M Felt | Senior Associate | 5.10 |
| Sheri L Meyers | Senior Associate | 160.00 |
| Abigail E Sullivan | Associate | 296.90 |
| Christopher D Folk | Associate | 2.00 |
| Melissa Mary Begley | Associate | 7.30 |
| Thandiwe Mhonda | Associate | 8.00 |
| Deanna L. Dedrick | Administrative | 0.80 |
| Eleanor Anne Thompson | Administrative | 1.20 |
| Euginia Gluzberg | Administrative | 0.10 |
| Keisha L Fenton | Administrative | 1.00 |
| Lauren Lynn Bojovic | Administrative | 2.00 |
| M.Dolores Moyado | Administrative | 0.50 |
| Michael Lawrence Komro | Administrative | 1.50 |
| Patricia A Smith | Administrative | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **1,780.40** |
| Total Hours Incurred prior to September 1, 2009 | | 8,801.60 |
| **Total Hours Incurred through December 31, 2009** | | **10,582.00** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | $2,240,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | $375,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | **$2,615,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | **1,780.40** | **$375,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                        **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - September 1, 2009 through December 31, 2009**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 220.10 |
| 2000 - Entity Level Controls | 3.00 |
| 3100 - Purchasing and Payables Process | 15.90 |
| 3250 - Investments Process | 5.70 |
| 3450 - Goodwill and Intangibles Process | 349.20 |
| 3600 - Payroll Process | 8.60 |
| 3650 - Benefits Process | 36.30 |
| 3700 - Income Tax Process | 252.60 |
| 3800 - Capital and Equity Process | 7.10 |
| 3900 - Period-end Financial Reporting Process | 505.80 |
| 5500 - Financing Process | 3.30 |
| 6000 - Audit of ICFR - Finalization procedures | 11.50 |
| 6500 - Audit of Financial Statements | 33.00 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 12.50 |
| 8700 - Completion | 195.10 |
| 9400 - Newsday Tax Opinion | 67.50 |
| 9500 - Cubs Transaction | 18.00 |
| Liabilities Subject to Compromise | 35.20 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **1,780.40** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**December 1, 2009 through December 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| James M Maurer | Partner | 11.50 |
| John A May | Partner | 1.00 |
| John A Sandmeier | Partner | 4.00 |
| William T England | Partner | 18.00 |
| Christopher J King | Director | 0.50 |
| John F McKey | Director | 1.20 |
| Matthew B Larsen | Senior Manager | 22.00 |
| Patrick J Gabel | Manager | 2.00 |
| Sumaira Maryum Akhtar | Manager | 18.50 |
| Justin A Spahn | Senior Associate | 26.50 |
| Meaghan K Sullivan | Senior Associate | 3.00 |
| Sheri L Meyers | Senior Associate | 54.00 |
| Abigail E Sullivan | Associate | 34.70 |
| Bradley D Ebenhoch | Associate | 17.00 |
| Domonique P Hinton | Associate | 22.40 |
| Elizabeth A Kusek | Associate | 82.50 |
| Meghan M Corrigan | Associate | 8.00 |
| Melissa Mary Begley | Associate | 75.80 |
| Meredith A Flittner | Associate | 49.00 |
| **Total Hours Incurred during Compensation Period** | | **451.60** |
| Total Hours Incurred prior to December 1, 2009 | | 2,679.60 |
| **Total Hours Incurred through December 31, 2009** | | **3,131.20** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**December 1, 2009 through December 31, 2009**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | | $668,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | | $782,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | | **$1,450,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | | **451.60** | **$110,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - December 1, 2009 through December 31, 2009**

| Category | Hours |
|---|---:|
| 0200 - Audit Strategy and Meetings with Management | 37.50 |
| 3000 - Advertising Revenue and Receivables | 2.20 |
| 3700 - Income Tax Process | 4.00 |
| 3900 - Period-end Financial Reporting Process | 2.50 |
| 8700 - Completion | 12.70 |
| 2900 - Information Technology General Controls | 85.50 |
| KTLA Fieldwork | 2.40 |
| Sun Sentinel Fieldwork | 2.00 |
| WPIX Fieldwork | 69.50 |
| FSC Fieldwork | 2.00 |
| LAT Fieldwork | 231.30 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **451.60** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-3**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Forms 5500 and Related Filings**
**Summary of Professionals, Hours and Payments For the Period**
**December 1, 2009 through December 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Christopher J King | Director | 10.50 |
| Benjamin Joseph | Senior Associate | 39.00 |
| **Total Hours Incurred during Compensation Period** | | **49.50** |

| | | |
|---|---|---|
| **Requested Payment - 2008 Forms 5500 and Related Filings** | **49.50** | **$14,500.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-4**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Employee Benefit Plan**
**Summary of Professionals, Hours and Payments For the Period**
**December 1, 2009 through December 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Ernest Iannotta | Partner | 1.00 |
| Matthew Dean Booth | Partner | 14.00 |
| Christopher J King | Director | 2.50 |
| Dan Drobac | Senior Manager | 3.00 |
| Heather L Vasilenko | Senior Manager | 16.00 |
| Kelly Frantz VanCura | Senior Associate | 20.00 |
| Emily R Schwoerer | Associate | 20.00 |
| Patricia A Smith | Administrative | 4.50 |
| **Total Hours Incurred during Compensation Period** | | **81.00** |

| | | | |
|---|---|---:|---:|
| **Requested Payment - 2008 Employee Benefit Plan** | | **81.00** | **$20,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**

**For the Period December 1, 2009 through December 31, 2009**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $450 | 3.50 | $1,575.00 |
| **Subtotal - Claims Consulting Services** | | | **3.50** | **$1,575.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 2.90 | $1,595.00 |
| Justin A Spahn | Manager | $330 | 2.00 | $660.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 18.50 | $5,365.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **23.40** | **$7,620.00** |
| **Total Hours and Compensation** | | | **26.90** | **$9,195.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period December 1, 2009 through December 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 12/1/2009 | Stephen B Danton | Director | 1209H0001: Claims follow-up with the Kim Cook (Chicago Taxing Authority) relative to assessments by the city of Chicago. | $450.00 | 0.50 | $225.00 |
| 12/7/2009 | Stephen B Danton | Director | 1209H0002: Discussion with Kim Cook (Chicago Taxing Authority) regarding scheduling conference for Chicago appeals. | $450.00 | 1.00 | $450.00 |
| 12/10/2009 | Stephen B Danton | Director | 1209H0003: POA issues discussion with Ralph Gilman and Timothy Winks (PwC) regarding City of Chicago and bankruptcy. | $450.00 | 1.00 | $450.00 |
| 12/15/2009 | Stephen B Danton | Director | 1209H0004: Follow-up with Kim Cook (Chicago Taxing Authority) regarding electricity use tax. | $450.00 | 0.50 | $225.00 |
| 12/16/2009 | Stephen B Danton | Director | 1209H0005: Follow-up discussion with Kim Cook (Chicago Taxing Authority) regarding meeting and bankruptcy approval of settlement. | $450.00 | 0.50 | $225.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **3.50** | **$1,575.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 12/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0006: Assemble the Second Interim Fee Auditor Responses. | $290.00 | 1.90 | $551.00 |
| 12/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0007: Review the WIP Summary Report and the WIP LT to determine engagement values for the 2008 and 2009 Consolidated audit. Communications with Justin Spahn (PwC) regarding the same. | $290.00 | 1.10 | $319.00 |
| 12/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0008: Review and revise the October 2009 time consolidator and prepare the Exhibits. | $290.00 | 3.60 | $1,044.00 |

TRIBUNE COMPANY, et al (Case 08-13141)

**Exhibit C-2**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period December 1, 2009 through December 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0009: Review the October 2009 Expense consolidator and send email communications to Justin Spahn (PwC) regarding the same. | $290.00 | 0.30 | $87.00 |
| 12/2/2009 | Justin A Spahn | Manager | 1209H0010: Review the October 2009 Monthly Fee Application. | $330.00 | 2.00 | $660.00 |
| 12/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0011: Review the October 2009 expense consolidator and prepare the exhibits. | $290.00 | 1.10 | $319.00 |
| 12/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0012: Finalize the September 2009 fee application to be filed and prepare the GFS fee statement. | $290.00 | 0.50 | $145.00 |
| 12/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0013: Review and revise the October 2009 exhibits. | $290.00 | 0.40 | $116.00 |
| 12/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0014: Prepare the October 2009 narrative. | $290.00 | 0.80 | $232.00 |
| 12/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0015: Perform a final review of the October Monthly Fee Application and Exhibits. | $290.00 | 0.20 | $58.00 |
| 12/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0016: Perform a final review of the October Monthly Fee Application and Exhibits. Send to Justin Spahn (PwC) for review. | $290.00 | 0.30 | $87.00 |
| 12/3/2009 | Andrea Clark Smith | Director (Bankruptcy) | 1209H0017: Review the Second Interim Fee Auditor response. | $550.00 | 1.50 | $825.00 |
| 12/3/2009 | Andrea Clark Smith | Director (Bankruptcy) | 1209H0018: Review the October 2009 fee statement. | $550.00 | 0.90 | $495.00 |
| 12/3/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0019: Prepare response to the Second Interim Fee Auditor Report. | $290.00 | 1.80 | $522.00 |
| 12/4/2009 | Andrea Clark Smith | Director (Bankruptcy) | 1209H0020: Distribute the Second Interim Fee Application to the Fee Auditor and the October 2009 Application to the court for filing. | $550.00 | 0.50 | $275.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
For the Period December 1, 2009 through December 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0021: Update the November 2009 time consolidator with new WIP Reports and reconcile to the TA and WIP LT. | $290.00 | 1.80 | $522.00 |
| 12/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0022: Update the personnel tab within the November 2009 time consolidator for new professionals and review the consolidator. | $290.00 | 1.30 | $377.00 |
| 12/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0023: Review the unapplied cash received, apply cash, and create the October 2009 Fee Statement. | $290.00 | 0.40 | $116.00 |
| 12/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0024: Prepare supporting documentation for the Fee Auditor for the period of July - October 2009. | $290.00 | 1.30 | $377.00 |
| 12/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0025: Reconcile the November 2009 Expense Report. | $290.00 | 1.00 | $290.00 |
| 12/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1209H0026: Review the A/R Report and BCW to determine payments applied and cash to be collected. | $290.00 | 0.70 | $203.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **23.40** | **$7,620.00** |
| **Total Hours and Compensation** | | | | | **26.90** | **$9,195.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period December 1, 2009 through December 31, 2009**

| Transaction Type | Total Expenditures |
|---|---|
| **2008 Consolidated Audit** | |
| Meals | $52.72 |
| Parking | $94.00 |
| Public/ground transportation | $121.00 |
| **Subtotal - 2008 Consolidated Audit** | **$267.72** |
| **2008 Forms 5500 and Related Filings** | |
| Public/ground transportation | $52.00 |
| **Subtotal - 2008 Forms 5500 and Related Filings** | **$52.00** |
| **2009 Consolidated Audit** | |
| Airfare | $6,175.38 |
| Lodging | $9,374.08 |
| Meals | $1,859.65 |
| Parking | $817.00 |
| Public/ground transportation | $1,003.17 |
| Rental Car | $1,076.02 |
| Telephone Tolls | $36.80 |
| **Subtotal - 2009 Consolidated Audit** | **$20,342.10** |
| **Total Expenditures** | **$20,661.82** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, February 17, 2010

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
For the Period December 1, 2009 through December 31, 2009

**2008 Consolidated Audit**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 10/1/2009 | Bryan K Turner | Public/ground transportation | 1209E0001: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $10.00 |
| 10/1/2009 | Bryan K Turner | Public/ground transportation | 1209E0002: TAXI - TRANSPORTATION FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $11.00 |
| 11/2/2009 | William T England | Public/ground transportation | 1209E0003: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETINGS. | $18.00 |
| 11/9/2009 | William T England | Public/ground transportation | 1209E0004: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETINGS. | $18.00 |
| 11/14/2009 | Bryan K Turner | Meals | 1209E0005: STARBUCKS USA 022137 CHICAGO IL - BREAKFAST - SELF. | $2.06 |
| 11/16/2009 | Sheri L Meyers | Public/ground transportation | 1209E0006: CHICAGO YELLOW CAB - TAXI FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $7.00 |
| 11/17/2009 | William T England | Parking | 1209E0007: WRIGLEY LOT 00000020 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $25.00 |
| 11/30/2009 | William T England | Parking | 1209E0008: PARKING - PARKING TO ATTEND CLIENT MEETING. | $10.00 |
| 12/14/2009 | Sheri L Meyers | Public/ground transportation | 1209E0009: CHICAGO YELLOW CAB - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $24.00 |
| 12/15/2009 | William T England | Parking | 1209E0010: WRIGLEY LOT 00000020 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $21.00 |
| 12/15/2009 | Abigail E Sullivan | Meals | 1209E0011: JIMMY JOHNS MICHIGAN CHICAGO IL - DINNER - WORKING LATE SELF. | $8.01 |
| 12/16/2009 | William T England | Public/ground transportation | 1209E0012: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETINGS. | $18.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 17, 2010
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

For the Period December 1, 2009 through December 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 12/17/2009 | William T England | Parking | I209E0013: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $28.00 |
| 12/17/2009 | Abigail E Sullivan | Meals | I209E0014: COSI - #51 54292879 CHICAGO IL - DINNER - WORKING LATE - M. SULLIVAN, S. MEYERS, J. SPAHN, AND SELF. | $42.65 |
| 12/17/2009 | Abigail E Sullivan | Public/ground transportation | I209E0015: CHICAGO CAB, CHICAGO, IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $15.00 |
| 12/22/2009 | William T England | Parking | I209E0016: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $10.00 |
| **Subtotal - 2008 Consolidated Audit** | | | | **$267.72** |
| **2008 Forms 5500 and Related Filings** | | | | |
| 10/12/2009 | Christopher J King | Public/ground transportation | I209E0017: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $12.00 |
| 10/13/2009 | Christopher J King | Public/ground transportation | I209E0018: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $12.00 |
| 10/13/2009 | Christopher J King | Public/ground transportation | I209E0019: TAXI - TRANSPORTATION FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $4.00 |
| 10/14/2009 | Christopher J King | Public/ground transportation | I209E0020: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $12.00 |
| 10/15/2009 | Christopher J King | Public/ground transportation | I209E0021: TAXI - TRANSPORTATION FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $12.00 |
| **Subtotal - 2008 Forms 5500 and Related Filings** | | | | **$52.00** |
| **2009 Consolidated Audit** | | | | |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0022: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0023: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0024: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0025: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0026: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0027: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0028: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0029: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0030: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0031: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 10/21/2009 | Meaghan K Sullivan | Airfare | 1209E0032: AMERICAN AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ORD TO LAX WEEK OF 11/8/09-11/15/09. | $446.46 |
| 10/22/2009 | Meaghan K Sullivan | Airfare | 1209E0033: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 11/8/09-11/15/09. | $7.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 17, 2010
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**

**Exhibit D-2**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2009 through December 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 10/26/2009 | Melissa Mary Begley | Airfare | 1209E0034: ALLEGIANT AIR - WICHITA KANSAS AIRPORT - ECONOMY ONE WAY AIRFARE > ICT TO LAX ON 11/29/09. | $230.07 |
| 10/27/2009 | Sheri L Meyers | Airfare | 1209E0035: AMERICAN AIRLINES DALLAS, TX - IN-LIEU TRAVEL > ORD TO LAX WEEK OF 12/4/09-12/6/09. | $339.20 |
| 10/27/2009 | Melissa Mary Begley | Airfare | 1209E0036: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ONE WAY AIRFARE > LAX TO ORD ON 12/11/09. | $110.60 |
| 10/27/2009 | Melissa Mary Begley | Airfare | 1209E0037: AMERICAN AIRLINES TAMPA FL - IN-LIEU TRAVEL > ORD TO LAX WEEK OF 12/4/09-12/6/09. | $343.75 |
| 10/28/2009 | Melissa Mary Begley | Airfare | 1209E0038: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 11/29/09-12/11/09. | $7.00 |
| 10/28/2009 | Melissa Mary Begley | Airfare | 1209E0039: TRAVEL SERVICE FEE - AMEX TRAVEL FEE IN-LIEU TRAVEL > ORD TO LAX WEEK OF 12/4/09-12/6/09. | $33.00 |
| 11/2/2009 | Abigail E Sullivan | Airfare | 1209E0040: SOUTHWEST AIRLINES DALLAS TX - ECONOMY ONE WAY AIRFARE > LGA TO MDW ON 12/11/09. | $436.61 |
| 11/2/2009 | Abigail E Sullivan | Airfare | 1209E0041: JETBLUE SALT LAKE UT - ECONOMY ROUNDTRIP AIRFARE > MDW TO FLL WEEK OF 1/3/10-1/8/10. | $187.00 |
| 11/2/2009 | Abigail E Sullivan | Airfare | 1209E0042: SOUTHWEST AIRLINES DALLAS TX - ECONOMY ONE WAY AIRFARE > MDW TO LGA ON 12/6/09. | $89.60 |
| 11/2/2009 | Elizabeth A Kusek | Airfare | 1209E0043: AIRTRAN AIRWAYS MIAMI LAKES FL - ECONOMY ONE WAY AIRFARE > MKE TO LAX ON 11/29/09. | $362.10 |
| 11/2/2009 | Elizabeth A Kusek | Airfare | 1209E0044: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ONE WAY AIRFARE > SFO TO MKE ON 12/11/09. | $167.20 |
| 11/3/2009 | Domonique P Hinton | Airfare | 1209E0045: AMERICAN AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ORD TO LAX WEEK OF 11/8/09-11/15/09. | $561.99 |

Wednesday, February 17, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                                                    **Exhibit D-2**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2009 through December 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/3/2009 | William T England | Public/ground transportation | 1209E0046: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETINGS. | $18.00 |
| 11/3/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 1209E0047: CHICAGO CAB - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETINGS. | $14.00 |
| 11/3/2009 | William T England | Airfare | 1209E0048: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > MDW TO LAX WEEK OF 12/3/09-12/4/09. | $645.20 |
| 11/3/2009 | Elizabeth A Kusek | Airfare | 1209E0049: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE ON 11/29/2009. | $14.00 |
| 11/4/2009 | Timothy M Byrd | Public/ground transportation | 1209E0050: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/4/2009 | Justin A Spahn | Airfare | 1209E0051: SOUTHWEST AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > MDW TO LAX WEEK OF 11/11/09-11/13/09. | $517.20 |
| 11/4/2009 | William T England | Airfare | 1209E0052: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 12/3/09-12/4/09. | $7.00 |
| 11/4/2009 | Domonique P Hinton | Airfare | 1209E0053: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 11/8/09-11/15/09. | $7.00 |
| 11/5/2009 | Timothy M Byrd | Public/ground transportation | 1209E0054: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/5/2009 | Justin A Spahn | Airfare | 1209E0055: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE. | $7.00 |
| 11/5/2009 | Melissa Mary Begley | Meals | 1209E0056: WALGREENS #1298 0000 CHICAGO IL - BREAKFAST - S. MEYERS, J. SPAHN, AND SELF. | $21.32 |
| 11/5/2009 | Melissa Mary Begley | Public/ground transportation | 1209E0057: TRIBUNE TOWER TO OFFICE ROUND TRIP CHICAGO - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $16.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                                     **Exhibit D-2**

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/6/2009 | Timothy M Byrd | Public/ground transportation | 1209E0058: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/8/2009 | Meaghan K Sullivan | Airfare | 1209E0059: AMERICAN AIRLINES CHICAGO IL - AIRLINE BAGGAGE FEE FOR TRAVEL ON 11/8/09. | $20.00 |
| 11/8/2009 | Meaghan K Sullivan | Parking | 1209E0060: HILTON HOTELS LA 000 UNIVERSAL CTY CA - PARKING AT HOTEL WHILE TRAVELING. | $17.00 |
| 11/8/2009 | Meaghan K Sullivan | Public/ground transportation | 1209E0061: SUN TAXI ASSOCIATION CHICAGO IL - TAXI FROM CHICAGO, IL (HOME) TO ORD. | $38.75 |
| 11/8/2009 | Meaghan K Sullivan | Telephone Tolls | 1209E0062: HILTON HOTELS LA 000 UNIVERSAL CTY CA - INTERNET USAGE AT HOTEL WEEK OF 11/8/09-11/13/09. | $9.95 |
| 11/8/2009 | Meaghan K Sullivan | Meals | 1209E0063: PINK'S - DINNER - D. HINTON AND SELF. | $15.25 |
| 11/8/2009 | Domonique P Hinton | Airfare | 1209E0064: AMERICAN AIRLINES CHICAGO IL - AIRLINE BAGGAGE FEE FOR TRAVEL ON 11/8/09. | $20.00 |
| 11/9/2009 | Sheri L Meyers | Airfare | 1209E0065: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ONE WAY AIRFARE > LAX TO ORD ON 12/11/09. | $174.60 |
| 11/9/2009 | Sheri L Meyers | Airfare | 1209E0066: VIRGIN AMERICA BURLINGAME CA - ECONOMY ONE WAY AIRFARE > MIA TO LAX ON 11/29/09. | $477.60 |
| 11/9/2009 | Meaghan K Sullivan | Parking | 1209E0067: HILTON HOTELS LA 000 UNIVERSAL CTY CA - PARKING AT HOTEL WHILE TRAVELING. | $17.00 |
| 11/9/2009 | Meaghan K Sullivan | Telephone Tolls | 1209E0068: HILTON HOTELS LA 000 UNIVERSAL CTY CA - INTERNET USAGE AT HOTEL WEEK OF 11/8/09-11/13/09. | $9.95 |
| 11/9/2009 | Meaghan K Sullivan | Meals | 1209E0069: BRYAN'S BBQ PIT - DINNER - SELF. | $20.00 |
| 11/9/2009 | Domonique P Hinton | Public/ground transportation | 1209E0070: SUPERSHUTTLE 0659 SUN VALLEY CA - TAXI FROM LAX TO HOTEL. | $30.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/9/2009 | Domonique P Hinton | Meals | 1209E0071: FARMER'S MARKET - DINNER - SELF. | $20.00 |
| 11/10/2009 | Timothy M Byrd | Public/ground transportation | 1209E0072: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/10/2009 | Sheri L Meyers | Airfare | 1209E0073: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE ON 11/29/09. | $7.00 |
| 11/10/2009 | Meaghan K Sullivan | Meals | 1209E0074: GULFSTREAM -- LOS ANGELES CA - DINNER - SELF. | $50.00 |
| 11/10/2009 | Meaghan K Sullivan | Parking | 1209E0075: CENTURY CITY SANTA M LOS ANGELES CA - PARKING FOR DINNER WHILE TRAVELING. | $12.00 |
| 11/10/2009 | Meaghan K Sullivan | Parking | 1209E0076: HILTON HOTELS LA 000 UNIVERSAL CTY CA - PARKING AT HOTEL WHILE TRAVELING. | $17.00 |
| 11/10/2009 | Meaghan K Sullivan | Telephone Tolls | 1209E0077: HILTON HOTELS LA 000 UNIVERSAL CTY CA - INTERNET USAGE AT HOTEL WEEK OF 11/8/09-11/13/09. | $9.95 |
| 11/10/2009 | Domonique P Hinton | Meals | 1209E0078: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - SELF. | $9.08 |
| 11/10/2009 | Domonique P Hinton | Meals | 1209E0079: GULFSTREAM -- LOS ANGELES CA - DINNER - SELF. | $50.00 |
| 11/11/2009 | Justin A Spahn | Meals | 1209E0080: GOLD COAST DOGS 0500 CHICAGO IL - DINNER - SELF. | $14.02 |
| 11/11/2009 | Meaghan K Sullivan | Meals | 1209E0081: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - SELF. | $6.43 |
| 11/11/2009 | Meaghan K Sullivan | Meals | 1209E0082: SAMBA BRAZILIAN STEA UNIVERSAL CITY CA - DINNER - SELF. | $46.41 |
| 11/11/2009 | Meaghan K Sullivan | Parking | 1209E0083: HILTON HOTELS LA 000 UNIVERSAL CTY CA - PARKING AT HOTEL WHILE TRAVELING. | $17.00 |

Wednesday, February 17, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                  Exhibit D-2

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/11/2009 | Melissa Mary Begley | Public/ground transportation | 1209E0084: TRIBUNE TOWER, CHICAGO - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $16.00 |
| 11/11/2009 | Domonique P Hinton | Meals | 1209E0085: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - SELF. | $5.24 |
| 11/11/2009 | Domonique P Hinton | Meals | 1209E0086: SAMBA BRAZILIAN STEA UNIVERSAL CITY CA - DINNER - SELF. | $46.41 |
| 11/12/2009 | Timothy M Byrd | Public/ground transportation | 1209E0087: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/12/2009 | Justin A Spahn | Meals | 1209E0088: STAPLES CENTER CONCESSIONS, LOS ANGELES - DINNER - SELF. | $16.00 |
| 11/12/2009 | Meaghan K Sullivan | Meals | 1209E0089: STAPLES CTR-CNC LOS ANGELES CA - DINNER - SELF. | $9.25 |
| 11/12/2009 | Meaghan K Sullivan | Parking | 1209E0090: HILTON HOTELS LA 000 UNIVERSAL CTY CA - PARKING AT HOTEL WHILE TRAVELING. | $17.00 |
| 11/12/2009 | Domonique P Hinton | Meals | 1209E0091: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - SELF. | $9.71 |
| 11/13/2009 | Justin A Spahn | Rental Car | 1209E0092: SHELL OIL 5744271880 LOS ANGELES CA - GAS FOR RENTAL CAR WHILE TRAVELING TO CA. | $25.17 |
| 11/13/2009 | Meaghan K Sullivan | Rental Car | 1209E0093: BUDGET RENT A CAR LOS ANGELES CA - RENTAL CAR IN LA WEEK OF 11/8/09-11/13/09. | $408.79 |
| 11/13/2009 | Meaghan K Sullivan | Public/ground transportation | 1209E0094: TAXI - TAXI FROM ORD TO CHICAGO, IL (HOME). | $40.00 |
| 11/13/2009 | Domonique P Hinton | Meals | 1209E0095: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - SELF. | $6.48 |

Wednesday, February 17, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                                      Exhibit D-2

PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2009 through December 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/14/2009 | Justin A Spahn | Lodging | 1209E0096: HILTON HOTELS LA 000 UNIVERSAL CTY CA - LODGING WEEK OF 11/11/09-11/13/09 (2 NIGHTS). | $386.73 |
| 11/14/2009 | Meaghan K Sullivan | Lodging | 1209E0097: HILTON HOTELS LA 000 UNIVERSAL CTY CA - LODGING WEEK OF 11/8/09-11/13/09 (5 NIGHTS). | $1,020.30 |
| 11/14/2009 | Domonique P Hinton | Lodging | 1209E0098: HILTON HOTELS LA 000 UNIVERSAL CTY CA - LODGING WEEK OF 11/8/09-11/15/09 (5 NIGHTS). | $894.80 |
| 11/15/2009 | Meaghan K Sullivan | Airfare | 1209E0099: AMERICAN AIRLINES SANFRANCISCO CA - AIRLINE BAGGAGE FEE FOR TRAVEL ON 11/15/09. | $20.00 |
| 11/15/2009 | Domonique P Hinton | Airfare | 1209E0100: AMERICAN AIRLINES RENO NV - AIRLINE BAGGAGE FEE FOR TRAVEL ON 11/15/09. | $20.00 |
| 11/15/2009 | Domonique P Hinton | Parking | 1209E0101: OHARE PARK E LOT 00 CHICAGO IL - PARKING AT ORD WHILE TRAVELING. | $128.00 |
| 11/16/2009 | Timothy M Byrd | Public/ground transportation | 1209E0102: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/17/2009 | Timothy M Byrd | Public/ground transportation | 1209E0103: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/20/2009 | Timothy M Byrd | Public/ground transportation | 1209E0104: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $16.00 |
| 11/25/2009 | William T England | Public/ground transportation | 1209E0105: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETINGS. | $18.00 |
| 11/25/2009 | Sheri L Meyers | Airfare | 1209E0106: AMERICAN AIRLINES CHICAGO IL - AIRLINE BAGGAGE FEE FOR TRAVEL ON 12/11/09. | $20.00 |
| 11/25/2009 | Sheri L Meyers | Meals | 1209E0107: MCDONALD'S F26777 00 CHICAGO IL - DINNER - SELF. | $4.13 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 17, 2010
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)

**Exhibit D-2**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2009 through December 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/29/2009 | Sheri L Meyers | Airfare | 1209E0108: VIRGIN AMERICA BURLINGAME CA - AIRLINE BAGGAGE FEE FOR TRAVEL ON 11/29/09. | $20.00 |
| 11/29/2009 | Sheri L Meyers | Meals | 1209E0109: FT. LAUDERDALE INT'L FT. LAUDERDAL FL - DINNER - SELF. | $20.12 |
| 11/29/2009 | Elizabeth A Kusek | Airfare | 1209E0110: AIRTRAN AIRWAYS ATLANTA GA - AMEX TRAVEL SERVICE FEE ON 12/11/09. | $15.00 |
| 11/30/2009 | Justin A Spahn | Airfare | 1209E0111: SOUTHWEST AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > MDW TO LAX WEEK OF 12/2/09-12/4/09. | $645.20 |
| 11/30/2009 | Sheri L Meyers | Meals | 1209E0112: YARD HOUSE LOS ANGEL LOS ANGELES CA - DINNER - M. BEGLEY AND SELF. | $86.33 |
| 11/30/2009 | Sheri L Meyers | Public/ground transportation | 1209E0113: LOS ANGELES YELLOW CAB - TAXI FROM LAX TO HOTEL. | $45.00 |
| 11/30/2009 | Sheri L Meyers | Public/ground transportation | 1209E0114: LOS ANGELES YELLOW CAB - TAXI FROM HOTEL TO CLIENT LOCATION - LA TIMES (3 ROUND TRIPS). | $28.00 |
| 11/30/2009 | Elizabeth A Kusek | Meals | 1209E0115: MARRIOTT F&B LOS ANG LOS ANGELES CA - DINNER - SELF. | $22.69 |
| 11/30/2009 | Abigail E Sullivan | Public/ground transportation | 1209E0116: CHICAGO CAB, CHICAGO, IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $22.00 |
| 11/30/2009 | Melissa Mary Begley | Meals | 1209E0117: MARRIOTT F&B LOS ANG LOS ANGELES CA - BREAKFAST - SELF. | $10.00 |
| 12/1/2009 | William T England | Parking | 1209E0118: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $10.00 |
| 12/1/2009 | Justin A Spahn | Airfare | 1209E0119: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 12/2/09-12/4/09. | $7.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.

Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period December 1, 2009 through December 31, 2009**

**Exhibit D-2**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------:|
| 12/1/2009 | Sheri L Meyers | Meals | 1209E0120: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $8.51 |
| 12/1/2009 | Sheri L Meyers | Meals | 1209E0121: DOWNTOWN STANDARD F& LOS ANGELES CA - DINNER - E. KUSEK, M. BEGLEY, AND SELF. | $147.90 |
| 12/1/2009 | Sheri L Meyers | Parking | 1209E0122: LA DOWNTOWN PARKING - PARKING FOR DINNER WHILE TRAVELING. | $19.00 |
| 12/1/2009 | Elizabeth A Kusek | Meals | 1209E0123: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $3.79 |
| 12/1/2009 | Abigail E Sullivan | Public/ground transportation | 1209E0124: YELLOW CAB, CHICAGO, IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $14.00 |
| 12/2/2009 | Justin A Spahn | Public/ground transportation | 1209E0125: CHECKER CAB CO., LOS ANGELES - TAXI FROM LAX TO DOWNTOWN LA. | $52.00 |
| 12/2/2009 | Justin A Spahn | Public/ground transportation | 1209E0126: CHECK CAB CO., LOS ANGELES - TAXI FROM HOTEL TO LA TIMES BUILDING. | $8.00 |
| 12/2/2009 | Sheri L Meyers | Meals | 1209E0127: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - M. BEGLEY AND SELF. | $22.01 |
| 12/2/2009 | Elizabeth A Kusek | Meals | 1209E0128: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $3.79 |
| 12/2/2009 | Elizabeth A Kusek | Meals | 1209E0129: WOKCANO DOWNTOWN LA LOS ANGELES CA - DINNER - SELF. | $50.00 |
| 12/3/2009 | William T England | Meals | 1209E0130: ROCK'N FISH 80000008 LOS ANGELES CA - DINNER - J. SPAHN, S. MEYERS, E. KUSEK, M. BEGLEY, AND SELF. | $250.00 |
| 12/3/2009 | William T England | Public/ground transportation | 1209E0131: UNITED TAXI - TAXI FROM LAX TO HOTEL IN DOWNTOWN LA. | $61.25 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 17, 2010
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 12/3/2009 | Sheri L Meyers | Parking | 1209E0132: LA DOWNTOWN PARKING - PARKING FOR DINNER WHILE TRAVELING. | $8.00 |
| 12/3/2009 | Elizabeth A Kusek | Meals | 1209E0133: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $5.74 |
| 12/3/2009 | Melissa Mary Begley | Meals | 1209E0134: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $4.88 |
| 12/4/2009 | William T England | Parking | 1209E0135: O'HARE PARK MAINLOT CHICAGO IL - PARKING AT ORD WHILE TRAVELING. | $50.00 |
| 12/4/2009 | William T England | Public/ground transportation | 1209E0136: YELLOW CAB - TAXI FROM DOWNTOWN LA TO LAX. | $61.25 |
| 12/4/2009 | Justin A Spahn | Meals | 1209E0137: WESTIN HOTEL BONVNTR LOS ANGELES CA - DINNER - SELF. | $21.97 |
| 12/4/2009 | Justin A Spahn | Meals | 1209E0138: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $3.51 |
| 12/4/2009 | Justin A Spahn | Public/ground transportation | 1209E0139: TAXI - MIDWAY AIRPORT - TAXI FROM MDW TO HOME OAK LAWN, IL. | $20.00 |
| 12/4/2009 | Sheri L Meyers | Meals | 1209E0140: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - E. KUSEK AND SELF. | $7.00 |
| 12/4/2009 | Abigail E Sullivan | Public/ground transportation | 1209E0141: YELLOW CAB, CHICAGO, IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE FOR FIELDWORK. | $15.00 |
| 12/4/2009 | Melissa Mary Begley | Meals | 1209E0142: CULINART - LOS ANGELES - BREAKFAST - SELF. | $4.42 |
| 12/5/2009 | William T England | Lodging | 1209E0143: MARRIOTT MARRIOTT MA LOS ANGELES CA - LODGING WEEK OF 12/3/09-12/4/09 (1 NIGHT). | $181.36 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 17, 2010
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/5/2009 | Justin A Spahn | Lodging | 1209E0144: WESTIN HOTEL BONVNTR LOS ANGELES CA - LODGING WEEK OF 12/2/09-12/4/09 (2 NIGHTS). | $326.38 |
| 12/5/2009 | Sheri L Meyers | Lodging | 1209E0145: MARRIOTT MARRIOTT MA LOS ANGELES CA - LODGING WEEK OF 11/29/09-12/4/09 (5 NIGHTS). | $735.80 |
| 12/5/2009 | Elizabeth A Kusek | Lodging | 1209E0146: MARRIOTT MARRIOTT MA LOS ANGELES CA - LODGING WEEK OF 11/29/09-12/4/09 (5 NIGHTS). | $779.30 |
| 12/6/2009 | Elizabeth A Kusek | Public/ground transportation | 1209E0147: LA TAXI COOP INC 880 GARDENA CA - TAXI FROM LAX TO HOTEL. | $65.45 |
| 12/6/2009 | Abigail E Sullivan | Meals | 1209E0148: JAMBA JUICE #608 000 NEW YORK NY - DINNER - SELF. | $5.39 |
| 12/6/2009 | Abigail E Sullivan | Public/ground transportation | 1209E0149: NYC TAXI MED 9D60 09 BROOKLYN NY - TAXI FROM LGA TO HOTEL. | $38.52 |
| 12/6/2009 | Abigail E Sullivan | Public/ground transportation | 1209E0150: ALL TAXI MANAGEMENT LONG ISLAND CITY NY - TAXI FROM HOTEL TO CLIENT SITE IN NYC. | $10.70 |
| 12/7/2009 | Sheri L Meyers | Meals | 1209E0151: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $3.62 |
| 12/7/2009 | Sheri L Meyers | Meals | 1209E0152: ZUCCA LOS ANGELES CA - DINNER - E. KUSEK, M. BEGLEY, AND SELF. | $115.68 |
| 12/7/2009 | Elizabeth A Kusek | Meals | 1209E0153: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $5.56 |
| 12/7/2009 | Abigail E Sullivan | Meals | 1209E0154: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - SELF. | $10.00 |
| 12/8/2009 | Sheri L Meyers | Meals | 1209E0155: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $6.75 |

Wednesday, February 17, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period December 1, 2009 through December 31, 2009**

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 12/8/2009 | Sheri L Meyers | Meals | 1209E0156: KATSUYA LA LIVE LOS ANGELES CA - DINNER - E. KUSEK, M. BEGLEY, AND SELF. | $141.86 |
| 12/8/2009 | Elizabeth A Kusek | Meals | 1209E0157: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $6.78 |
| 12/8/2009 | Elizabeth A Kusek | Parking | 1209E0158: LA LIVE PARKING GARA LOS ANGELES CA - PARKING FOR DINNER WHILE TRAVELING. | $5.00 |
| 12/8/2009 | Abigail E Sullivan | Meals | 1209E0159: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - SELF. | $8.38 |
| 12/8/2009 | Abigail E Sullivan | Meals | 1209E0160: BLUE FIN NEW YORK NY - DINNER - D. HINTON AND SELF. | $100.00 |
| 12/8/2009 | Melissa Mary Begley | Meals | 1209E0161: CULINART - LOS ANGELES - BREAKFAST - SELF. | $4.66 |
| 12/9/2009 | Sheri L Meyers | Meals | 1209E0162: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $3.24 |
| 12/9/2009 | Sheri L Meyers | Meals | 1209E0163: DOMINICK'S RESTAURAN WEST HOLLYWOO CA - DINNER - E. KUSEK, M. BEGLEY, AND SELF. | $148.02 |
| 12/9/2009 | Abigail E Sullivan | Meals | 1209E0164: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - SELF. | $10.00 |
| 12/9/2009 | Abigail E Sullivan | Meals | 1209E0165: HAVANA CENTRAL TIM 5 NEW YORK NY - DINNER - D. HINTON AND SELF. | $77.11 |
| 12/9/2009 | Melissa Mary Begley | Meals | 1209E0166: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - E. KUSEK AND SELF. | $12.51 |
| 12/10/2009 | Sheri L Meyers | Airfare | 1209E0167: UNITED AIRLINES CHICAGO IL - AMEX TRAVEL SERVICE FEE ON 12/11/09. | $15.00 |

Wednesday, February 17, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                    **Exhibit D-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/10/2009 | Sheri L Meyers | Meals | 1209E0168: TASTE 3281754440994 WEST HOLLYWOO CA - DINNER - SELF. | $38.31 |
| 12/10/2009 | Sheri L Meyers | Meals | 1209E0169: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - SELF. | $10.00 |
| 12/10/2009 | Elizabeth A Kusek | Meals | 1209E0170: PINKBERRY-LITTLETOKY LOS ANGELES CA - DINNER - SELF. | $10.90 |
| 12/10/2009 | Abigail E Sullivan | Meals | 1209E0171: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - SELF. | $6.80 |
| 12/10/2009 | Melissa Mary Begley | Airfare | 1209E0172: UNITED AIRLINES CHICAGO IL - AIRLINE BAGGAGE FEE FOR TRAVEL ON 11/29/09. | $15.00 |
| 12/10/2009 | Melissa Mary Begley | Meals | 1209E0173: STAPLES CTR-CNC LOS ANGELES CA - DINNER - E. KUSEK AND SELF. | $70.00 |
| 12/10/2009 | Melissa Mary Begley | Meals | 1209E0174: CULINART - LOS ANGELES - BREAKFAST - SELF. | $6.26 |
| 12/11/2009 | Sheri L Meyers | Meals | 1209E0175: CULINART - LA TIMES LOS ANGELES CA - BREAKFAST - M. BEGLEY AND SELF. | $9.71 |
| 12/11/2009 | Elizabeth A Kusek | Airfare | 1209E0176: UNITED AIRLINES LOS ANGELES CA - AIRLINE BAGGAGE FEE FOR TRAVEL ON 11/29/09. | $20.00 |
| 12/11/2009 | Abigail E Sullivan | Meals | 1209E0177: LAGUARDIA AUBONPAIN NEW YORK NY - DINNER - SELF. | $16.26 |
| 12/11/2009 | Abigail E Sullivan | Public/ground transportation | 1209E0178: PETE PLEVRITIS PETE MIDDLE VILLAGE NY - TAXI FROM CLIENT SITE IN NYC TO LGA. | $45.50 |
| 12/11/2009 | Abigail E Sullivan | Telephone Tolls | 1209E0179: BOINGO WIRELESS 800-880-4117 CA - INTERNET USAGE AT HOTEL WEEK OF 12/6/09-12/11/09. | $6.95 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 12/11/2009 | Melissa Mary Begley | Parking | 1209E0180: AMPCO SYSTEM-MARRIOT LOS ANGELES CA - PARKING AT HOTEL WEEK OF 11/29/09-12/11/09 (10 NIGHTS). | $300.00 |
| 12/11/2009 | Melissa Mary Begley | Rental Car | 1209E0181: HERTZ CAR RENTAL LOS ANGELES CA - RENTAL CAR IN LA WEEK OF 11/29/09-12/11/09. | $642.06 |
| 12/11/2009 | Melissa Mary Begley | Public/ground transportation | 1209E0182: GLEIKE TAXI INC77348 CHICAGO IL - TAXI FROM ORD TO CHICAGO, IL (HOME). | $37.75 |
| 12/11/2009 | Melissa Mary Begley | Airfare | 1209E0183: UNITED AIRLINES - AIRLINE BAGGAGE FEE FOR TRAVEL ON 12/11/09. | $15.00 |
| 12/12/2009 | Sheri L Meyers | Lodging | 1209E0184: MARRIOTT MARRIOTT MA LOS ANGELES CA - LODGING WEEK OF 12/6/09-12/11/09 (5 NIGHTS). | $756.29 |
| 12/12/2009 | Elizabeth A Kusek | Lodging | 1209E0185: MARRIOTT MARRIOTT MA LOS ANGELES CA - LODGING WEEK OF 12/6/09-12/11/09 (5 NIGHTS). | $747.30 |
| 12/12/2009 | Abigail E Sullivan | Lodging | 1209E0186: MARRIOTT 33789NYMRQU NEW YORK NY - LODGING WEEK OF 12/6/09-12/11/09 (5 NIGHTS). | $1,733.05 |
| 12/12/2009 | Melissa Mary Begley | Lodging | 1209E0187: MARRIOTT MARRIOTT MA LOS ANGELES CA - LODGING WEEKS OF 11/29/09-12/4/09 AND 12/6/09-12/11/09 (10 NIGHTS). | $1,541.73 |
| 12/12/2009 | Melissa Mary Begley | Lodging | 1209E0188: MARRIOTT MARRIOTT MA LOS ANGELES CA - IN-LIEU TRAVEL WEEK OF 12/11/09-12/13/09 (2 NIGHTS). | $271.04 |
| 12/13/2009 | Elizabeth A Kusek | Airfare | 1209E0189: UNITED AIRLINES SAN FRANCISCOCA – AIRLINE BAGGAGE FEE FOR TRAVEL ON 12/11/09 (WORKING PAPERS). | $125.00 |
| 12/13/2009 | Elizabeth A Kusek | Airfare | 1209E0190: UNITED AIRLINES SAN FRANCISCOCA - AIRLINE BAGGAGE FEE FOR TRAVEL ON 12/11/09. | $20.00 |
| 12/13/2009 | Elizabeth A Kusek | Meals | 1209E0191: NEW BELGIUM HUB DENVER CO - DINNER - SELF. | $9.46 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 17, 2010
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2009 through December 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 12/13/2009 | Elizabeth A Kusek | Parking | 1209E0192: GENERAL MITCHEL INTL MILWAUKEE WI - PARKING AT AIRPORT WHILE TRAVELING 11/29/09-12/11/09. | $176.00 |
| 12/23/2009 | William T England | Parking | 1209E0193: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $24.00 |
| Subtotal - 2009 Consolidated Audit | | | | $20,342.10 |
| **Total Expenditures** | | | | **$20,661.82** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, February 17, 2010
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.