# EXHIBIT A

# Amended Claims

46429/0001-6342774v1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ASM CAPITAL, L.P. TRANSFEROR: AZZURRO HD LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 04/22/2009 | 08-13254 | 1318 | Undetermined | ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 10/13/2009 | 08-13254 | 6301 | $2,513.83 |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: MURPHY SECURITY SERVICE LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 01/12/2009 | 08-13211 | 215 | $69,979.82 | ASM CAPITAL AS PURCHASER OF: MURPHY SECURITY SERVICE LLC 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 04/16/2009 | 08-13141 | 1381 | $69,979.82 |
| 3 | ASM CAPITAL, L.P. TRANSFEROR: BARKWORK ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 05/01/2009 | 08-13208 | 2215 | Undetermined | ASM CAPITAL BARKWORK - ASSIGNOR 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 11/10/2009 | 08-13208 | 6333 | $3,921.00 |
| 4 | AVALON TRANSPORTATION 6160 BRISTOL PKWY B CULVER CITY, CA 902306604 | 03/19/2009 | No Debtor Asserted | 776 | $1,127.12 | AVALON TRANSPORTATION LLC ONE CIVIC PLAZA DRIVE #100 CARSON, CA 90745 | 10/30/2009 | 08-13183 | 6325 | $1,127.12 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 05/01/2009 | 08-13141 | 2211 | $144,359.05 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6291 | $93,012.48 |
| | | | | | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/23/2009 | 08-13141 | 6310 | $34,888.11 |
| | | | | | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6292 | $16,458.46 |
| 6 CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6291 | $93,012.48 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 01/19/2010 | 08-13141 | 6377 | $61,202.87 |
| 7 CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6292 | $16,458.46 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 01/19/2010 | 08-13141 | 6379 | $11,432.97 |
| 8 CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/23/2009 | 08-13141 | 6310 | $34,888.11 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 01/19/2010 | 08-13141 | 6378 | $24,884.95 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 06/10/2009 | 08-13227 | 4326 | $8,209.43 | EASTMAN KODAK COMPANY<br>343 STATE STREET<br>ROCHESTER, NY 14650-1121 | 09/08/2009 | 08-13227 | 6200 | $26,650.67 |
| 10 | EMERGENCE SERVICES<br>ALLISON WHITMIRE<br>13913 SE 92ND ST.<br>NEWCASTLE, WA 98059 | 02/12/2009 | No Debtor Asserted | 456 | $250.00 | WHITMIRE, ALISON<br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 06/11/2009 | 08-13245 | 4598 | $750.00 |
| 11 | HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | 05/11/2009 | No Debtor Asserted | 2678 | $6,795.00 | HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | 08/10/2009 | No Debtor Asserted | 6155 | $4,515.00 |
| 12 | HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | 08/10/2009 | No Debtor Asserted | 6155 | $4,515.00 | HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | 08/13/2009 | No Debtor Asserted | 6162 | $7,175.00 |
| 13 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | 06/10/2009 | 08-13154 | 4424 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 01/15/2010 | 08-13154 | 6359 | $19,844,866.20* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 11

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A -- AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13183 | 4425 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13183 | 6360 | $19,844,866.20 |
| 15 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13187 | 4426 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13187 | 6361 | $19,844,866.20 |
| 16 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13206 | 4427 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13206 | 6362 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13208 | 4428 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13208 | 6363 | $19,844,866.20 |
| 18 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13210 | 4429 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13210 | 6365 | $19,844,866.20 |
| 19 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13209 | 4430 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13209 | 6364 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13215 | 4431 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13215 | 6366 | $19,844,866.20 |
| 21 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13216 | 4432 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13216 | 6367 | $19,844,866.20 |
| 22 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13223 | 4433 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13223 | 6368 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 23 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13225 | 4434 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13225 | 6369 | $19,844,866.20 |
| 24 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13228 | 4435 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13228 | 6371 | $19,844,866.20 |
| 25 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13235 | 4436 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13235 | 6372 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 26 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13236 | 4437 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13236 | 6373 | $19,844,866.20 |
| 27 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13240 | 4438 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13240 | 6374 | $19,844,866.20 |
| 28 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13252 | 4439 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13252 | 6375 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13254 | 4440 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13254 | 6376 | $19,844,866.20 |
| 30 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13153 | 4441 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13153 | 6358 | $19,844,866.20 |
| 31 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13152 | 4442 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13152 | 6357 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13141 | 4443 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13141 | 6370 | $19,844,866.20 |
| 33 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: 3RD DIMENSION, INC. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 100193 | 04/20/2009 | No Debtor Asserted | 1078 | $24,214.99 | LONGACRE OPPORTUNITY FUND, L.P. AS ASSIGNEE OF 3RD DIMENSION INC. 810 SEVENTH AVE, FL. 33 NEW YORK, NY 10019 | 11/19/2009 | 08-13180 | 6331 | $24,214.99 |
| 34 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: JONES LANG LASALLE 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 06/08/2009 | 08-13152 | 3639 | $255,199.28 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: JONES LANG LASALLE 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 11/09/2009 | 08-13152 | 6327 | $230,919.18 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 35 | MEDIAMARK RESEARCH & INTELLIGENCE, LLC ATTN: CLAUDINE GUARDIANO 75 NINTH AVE 5TH FL NEW YORK, NY 10011 | 05/13/2009 | 08-13235 | 2757 | $56,690.00 | MEDIAMARK RESEARCH & INTELLIGENCE, LLC ATTN: CLAUDINE GUARDIANO 75 NINTH AVE 5TH FL NEW YORK, NY 10011 | 01/14/2010 | 08-13235 | 6356 | $28,345.00 |
| 36 | MONEY SERVICE CENTERS OF HAWAII, INC. 4-901 G KUHIO HWY. KAPAA, HI 96746 | 02/03/2009 | 08-13141 | 416 | $800.00 | MONEY SERVICE CENTERS OF HAWAII, INC. 4-901 G KUHIO HWY. KAPAA, HI 96746 | 07/13/2009 | No Debtor Asserted | 6059 | Undetermined |
| | | | | TOTAL | $397,613,822.74 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts