# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket No. \_\_\_\_ |

## ORDER SUSTAINING DEBTORS' SEVENTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("AMENDED CLAIMS")

Upon consideration of the Objection[2], by which the Debtors request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging the Amended Claims set forth on Exhibit A

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

46429/0001-6342774v1

attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims asserted in these chapter 11 cases; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on the Exhibit attached hereto, and the parties' rights with respect to the "Remaining Claims" are reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March ____, 2010

                                                The Honorable Kevin J. Carey
                                                Chief United States Bankruptcy Judge

# EXHIBIT A

# Amended Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ASM CAPITAL, L.P. TRANSFEROR: AZZURRO HD LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 04/22/2009 | 08-13254 | 1318 | Undetermined | ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 10/13/2009 | 08-13254 | 6301 | $2,513.87 |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: MURPHY SECURITY SERVICE LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 01/12/2009 | 08-13211 | 215 | $69,979.82 | ASM CAPITAL AS PURCHASER OF: MURPHY SECURITY SERVICE LLC 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 04/16/2009 | 08-13141 | 1381 | $69,979.82 |
| 3 | ASM CAPITAL, L.P. TRANSFEROR: BARKWORK ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 05/01/2009 | 08-13208 | 2215 | Undetermined | ASM CAPITAL BARKWORK - ASSIGNOR 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 11/10/2009 | 08-13208 | 6333 | $3,921.75 |
| 4 | AVALON TRANSPORTATION 6160 BRISTOL PKWY B CULVER CITY, CA 902306604 | 03/19/2009 | No Debtor Asserted | 776 | $1,127.12 | AVALON TRANSPORTATION LLC ONE CIVIC PLAZA DRIVE #100 CARSON, CA 90745 | 10/30/2009 | 08-13183 | 6325 | $1,127.12 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 11

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 05/01/2009 | 08-13141 | 2211 | $144,359.05 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6291 | $93,012.48 |
| | | | | | | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/23/2009 | 08-13141 | 6310 | $34,888.11 |
| | | | | | | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6292 | $16,458.46 |
| 6 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6291 | $93,012.48 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 01/19/2010 | 08-13141 | 6377 | $61,202.84 |
| 7 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/09/2009 | 08-13141 | 6292 | $16,458.46 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 01/19/2010 | 08-13141 | 6379 | $11,432.12 |
| 8 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 10/23/2009 | 08-13141 | 6310 | $34,888.11 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 01/19/2010 | 08-13141 | 6378 | $24,884.05 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | EASTMAN KODAK COMPANY 343 STATE STREET ROCHESTER, NY 14650-1121 | 06/10/2009 | 08-13227 | 4326 | $8,209.43 | EASTMAN KODAK COMPANY 343 STATE STREET ROCHESTER, NY 14650-1121 | 09/08/2009 | 08-13227 | 6200 | $26,650.70 |
| 10 | EMERGENCE SERVICES ALLISON WHITMIRE 13913 SE 92ND ST. NEWCASTLE, WA 98059 | 02/12/2009 | No Debtor Asserted | 456 | $250.00 | WHITMIRE, ALISON EMERGENCE SERVICES 13913 SE 92ND ST NEWCASTLE, WA 98059 | 06/11/2009 | 08-13245 | 4598 | $750.00 |
| 11 | HOUSEPAD LLP 1500 CONRAD WEISER PARKWAY WOMELSDORF, PA 19567 | 05/11/2009 | No Debtor Asserted | 2678 | $6,795.00 | HOUSEPAD LLP 1500 CONRAD WEISER PARKWAY WOMELSDORF, PA 19567 | 08/10/2009 | No Debtor Asserted | 6155 | $4,515.00 |
| 12 | HOUSEPAD LLP 1500 CONRAD WEISER PARKWAY WOMELSDORF, PA 19567 | 08/10/2009 | No Debtor Asserted | 6155 | $4,515.00 | HOUSEPAD LLP 1500 CONRAD WEISER PARKWAY WOMELSDORF, PA 19567 | 08/13/2009 | No Debtor Asserted | 6162 | $7,175.00 |
| 13 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13154 | 4424 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13154 | 6359 | $19,844,866.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 11

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13183 | 4425 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13183 | 6360 | $19,844,866.20 |
| 15 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13187 | 4426 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13187 | 6361 | $19,844,866.20 |
| 16 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13206 | 4427 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13206 | 6362 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A -- AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13208 | 4428 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13208 | 6363 | $19,844,866.20 |
| 18 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13210 | 4429 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13210 | 6365 | $19,844,866.20 |
| 19 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13209 | 4430 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13209 | 6364 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13215 | 4431 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13215 | 6366 | $19,844,866.20 |
| 21 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13216 | 4432 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13216 | 6367 | $19,844,866.20 |
| 22 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13223 | 4433 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13223 | 6368 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 23 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13225 | 4434 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13225 | 6369 | $19,844,866.20 |
| 24 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13228 | 4435 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13228 | 6371 | $19,844,866.20 |
| 25 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13235 | 4436 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13235 | 6372 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 26 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13236 | 4437 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13236 | 6373 | $19,844,866.20 |
| 27 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13240 | 4438 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13240 | 6374 | $19,844,866.20 |
| 28 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13252 | 4439 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13252 | 6375 | $19,844,866.20 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13254 | 4440 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13254 | 6376 | $19,844,866.20 |
| 30 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13153 | 4441 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13153 | 6358 | $19,844,866.20 |
| 31 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13152 | 4442 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13152 | 6357 | $19,844,866.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | LIBERTY MUTUAL INSURANCE COMPANY F/K/A SAFECO INSURANCE COMPANY C/O T. SCOTT LEO, LEO & WEBER, PC 1 N LASALLE ST, STE 3600 CHICAGO, IL 60602 | 06/10/2009 | 08-13141 | 4443 | $19,844,866.20* | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 01/15/2010 | 08-13141 | 6370 | $19,844,866.2 |
| 33 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: 3RD DIMENSION, INC. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 100193 | 04/20/2009 | No Debtor Asserted | 1078 | $24,214.99 | LONGACRE OPPORTUNITY FUND, L.P. AS ASSIGNEE OF 3RD DIMENSION INC. 810 SEVENTH AVE, FL. 33 NEW YORK, NY 10019 | 11/19/2009 | 08-13180 | 6331 | $24,214.99 |
| 34 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: JONES LANG LASALLE 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 06/08/2009 | 08-13152 | 3639 | $255,199.28 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: JONES LANG LASALLE 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 11/09/2009 | 08-13152 | 6327 | $230,919.5 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 17: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 35 | MEDIAMARK RESEARCH & INTELLIGENCE, LLC ATTN: CLAUDINE GUARDIANO 75 NINTH AVE 5TH FL NEW YORK, NY 10011 | 05/13/2009 | 08-13235 | 2757 | $56,690.00 | MEDIAMARK RESEARCH & INTELLIGENCE, LLC ATTN: CLAUDINE GUARDIANO 75 NINTH AVE 5TH FL NEW YORK, NY 10011 | 01/14/2010 | 08-13235 | 6356 | $28,345.00 |
| 36 | MONEY SERVICE CENTERS OF HAWAII, INC. 4-901 G KUHIO HWY. KAPAA, HI 96746 | 02/03/2009 | 08-13141 | 416 | $800.00 | MONEY SERVICE CENTERS OF HAWAII, INC. 4-901 G KUHIO HWY. KAPAA, HI 96746 | 07/13/2009 | No Debtor Asserted | 6059 | Undetermined |
| | | | | TOTAL | $397,613,822.74 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts