# EXHIBIT A

## Satisfied Claims

46429-0001/6342797v1

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A TO Z EVENTS INC<br>PO BOX 1014<br>WALLER, TX 77484 | | No Debtor Asserted | 05/07/2009 | 2536 | $10,500.00 | Claim paid via check number 0002446680 on 4/30/09 and check number 0002474857 on 7/17/09. |
| 2 | ALL DIRECT MAIL SERVICES INC<br>15392 COBALT ST<br>SYLMAR, CA 91342 | 08-13141 | Tribune Company | 06/01/2009 | 3384 | $300.00 | Claimant stated claim has been paid in full. |
| 3 | AMERICAN TOWER CORPORATION<br>ATTENTION: DREW GALVIN<br>116 HUNTINGTON AVENUE<br>BOSTON, MA 02116 | 08-13141 | Tribune Company | 06/04/2009 | 3478 | $79,679.75 | Claimant stated claim has been paid in full. |
| 4 | APAC CUSTOMER SERVICES INC.<br>ATTN: LAW DEPT.<br>2333 WAUKEGAN ROAD - STE 100<br>BANNOCKBURN, IL 60015 | 08-13240 | Tribune Publishing Company | 05/26/2009 | 3151 | $415,300.81 | Paid via reference number 7700979116 on 7/20/2009 and 7701009365 on 9/4/2009. |
| 5 | BJORKMAN, ERNEST<br>PO BOX 227<br>SOUTH FORK, CO 81154 | 08-13184 | KWGN Inc. | 05/01/2009 | 2250 | $146,678.20 | Paid via check number 1151668 on 6/5/2009 |
| 6 | BLACK, MATT<br>P.O.BOX 244<br>LEMON COVE, CA 93244 | | No Debtor Asserted | 04/27/2009 | 1929 | $109.25 | Claimant stated claim has been paid in full. |
| 7 | BRAYTON GRAPHICS<br>740 UNION ST<br>SCHENECTADY, NY 123051505 | | No Debtor Asserted | 04/24/2009 | 1469 | Undetermined | Claimant states all invoices have been paid. |
| 8 | CALL SOURCE<br>31280 OAK CREST DRIVE<br>SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | No Debtor Asserted | 06/10/2009 | 4304 | $219.41 | Paid via EFT number 7701108045 on 2/12/2010 and EFT number 7701109798 on 2/17/2010. |
| 9 | CAPOLI, GUS<br>30 BELLMERE AVENUE<br>STAMFORD, CT 06906 | 08-13205 | Southern Connecticut Newspapers, Inc. | 05/18/2009 | 2928 | $61,207.70 | Paid via reference number 1163434 on 11/2/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | CAROLINA TELEPHONE & TELEGRAPH CO. LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 08-13152 | Chicago Tribune Company | 02/12/2009 | 458 | $2.28 | Claimant stated claim has been paid in full. |
| 11 | CITADEL BROADCASTING CORP<br>3375 MERRIAM ST<br>MUSKEGON, MI 49444 | 08-13242 | Tribune Television Holdings, Inc. | 06/30/2009 | 6003 | $787.86 | Paid via check # 0002467632 on 7/2/2009. |
| 12 | CITY OF SAN BUENAVENTURA<br>P O BOX 2299<br>VENTURA, CA 93002-2299 | 08-13185 | Los Angeles Times Communications LLC | 04/24/2009 | 1480 | $269.03 | Paid via check number 2536279 on 1/4/2010. |
| 13 | COAPSTICK, LOUISE G.<br>22809 W ACACIA COURT<br>SAUGUS, CA 91350 | 08-13141 | Tribune Company | 06/09/2009 | 3958 | $47,011.00 | Paid via check number 1153937 on 7/3/2009. |
| 14 | DIRECT AVENUE INC<br>2701 LOKER AVENUE WEST STE 40<br>CARLSBAD, CA 92008 | 08-13183 | KTLA Inc. | 04/27/2009 | 1889 | $276.75 | Claimant stated claim paid in full. |
| 15 | DIRECT AVENUE INC<br>2701 LOKER AVENUE WEST STE 40<br>CARLSBAD, CA 92008 | 08-13253 | WLVI Inc. | 04/27/2009 | 1890 | $1,682.15 | Claimant stated claim paid in full. |
| 16 | GARI COMMUNICATIONS<br>1532 FALLING STAR AVE<br>WESTLAKE VILLAGE, CA 91362 | | No Debtor Asserted | 04/23/2009 | 1642 | $8,400.00 | Paid via EFT number 7700865329 on 1/27/09. |
| 17 | GILLESKI, JOSEPH J<br>110 ELMBROOK DRIVE<br>STANFORD, CT 06906 | 08-13205 | Southern Connecticut Newspapers, Inc. | 09/24/2009 | 6253 | $9,827.84 | Paid via reference number 163432 on 11/2/2009. |
| 18 | GODDARD, LISA<br>2855 N.W. 42ND STREET<br>BOCA RATON, FL 33434 | 08-13208 | Sun-Sentinel Company | 05/04/2009 | 2402 | $140.00 | Paid via check number 7700863505 on 1/22/2009 and check number 7700878035 2/17/2009. |
| 19 | GONZALEZ, RICK<br>3629 S. HONORE<br>CHICAGO, IL 60609 | | No Debtor Asserted | 04/27/2009 | 1831 | $483.43 | Claimant stated claim has been paid in full. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | HARRIS CORPORATION<br>1025 W NASA BVLD A-11A<br>MELBOURNE, FL 32919 | 08-13184 | KWGN Inc. | 06/11/2009 | 4793 | $12,217.03 | Paid via check number 8356 on 12/30/2008, check number 12773 on 1/30/2009 and 10120 on 2/6/2009. |
| 21 | HENDERSON, KATHY<br>38 STANDISH ROAD<br>APT. 1<br>STAMFORD, CT 06902 | 08-13205 | Southern Connecticut Newspapers, Inc. | 05/18/2009 | 2929 | $4,211.54 | Paid via reference number 1163427 on 11/2/2009. |
| 22 | INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 08-13220 | Tower Distribution Company | 06/04/2009 | 3511 | $40,645.17 | Claim satisfied via ordered set off. |
| 23 | KUTZ, MATTHEW P<br>5419 N GLENWOOD ST NO.2<br>CHICAGO, IL 60640 | 08-13141 | Tribune Company | 05/08/2009 | 2606 | $525.00 | Paid via check number 7700831717 on 11/14/2009. |
| 24 | LASERSHIP INC<br>1912 WOODFORD RD<br>VIENNA, MD 21182 | | No Debtor Asserted | 04/20/2009 | 1064 | $460.06 | Paid via reference number 0002482539 on 8/10/09 and reference number 0002531525 on 12/17/2009. |
| 25 | LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | | No Debtor Asserted | 06/11/2009 | 5825 | $183.01 | Paid via reference number 0002461792 on 6/10/2009. |
| 26 | MARGULIES, JIMMY<br>THE RECORD<br>150 RIVER ST.<br>HACKENSACK, NJ 07601 | | No Debtor Asserted | 12/24/2008 | 44 | $300.00 | Claimant stated claim has been paid in full. |
| 27 | MZINGA INC<br>154 MIDDLESEX TURNPIKE<br>BURLINGTON, MA 01803 | | No Debtor Asserted | 04/06/2009 | 906 | $4,200.00 | Paid via check number 7701063365 on 12/2/2009 and check number 7701063379 on 12/2/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | OMNI PUMP REPAIRS INC<br>9224 CHESTNUT AV<br>FRANKLIN PARK, IL 60131 | | No Debtor Asserted | 04/24/2009 | 1427 | Undetermined | Claimant states all invoices have been paid. |
| 29 | PAPAY, ANTHONY<br>660 FRANKLIN AVE<br>PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 06/12/2009 | 5106 | $615.12 | Paid via check number 0002492827 on 9/9/2009 and check number 0002498529 on 9/21/2009. |
| 30 | PWR TRANS SPEC<br>8803 SORENSEN AVE<br>SANTA FE SPRINGS, CA 90670 | | No Debtor Asserted | 04/30/2009 | 2134 | $295.26 | Paid via check number 2444665 on 4/24/2009. |
| 31 | RECTOR, JAMIE<br>250 LINDEN AVE STE 208<br>LONG BEACH, CA 90802 | 08-13185 | Los Angeles Times Communications LLC | 04/20/2009 | 1106 | $1,144.65 | Paid via EFT number 7700958062 on 6/16/2009. |
| 32 | RITCH, JONATHAN<br>35 ORCHARD STREET<br>COS COB, CT 06807 | 08-13205 | Southern Connecticut Newspapers, Inc. | 07/08/2009 | 6044 | $4,057.65 | Paid via reference number 1163429 on 11/2/2009. |
| 33 | RYAN, COLIN<br>14014 NORTHWEST PASSAGE APT 231<br>MARINA DEL REY, CA 90292 | 08-13185 | Los Angeles Times Communications LLC | 04/24/2009 | 1493 | $3,360.00 | Paid via reference number 7700958069 on 6/16/2009. |
| 34 | SELLER'S RESOURCE GROUP<br>273 WILDBRIAR RD<br>FLETCHER, NC 28732 | | No Debtor Asserted | 02/02/2009 | 355 | $200.00 | Paid via check number 0002411285 on 2/2/2009. |
| 35 | SHOWCASE PUBLICATIONS, INC.<br>P.O. BOX 491<br>TOMS RIVER, NJ 08754 | | No Debtor Asserted | 04/27/2009 | 1969 | $1,772.00 | Claimant stated claim paid in full. |
| 36 | SIEG, BRADLEY H<br>418 BRISTOL DR<br>CAROL STREAM, IL 60188 | | No Debtor Asserted | 04/30/2009 | 2124 | $500.00 | Paid via check number 7701065531 on 12/4/2009. |
| 37 | SOLSTICE CONSULTING, LLC<br>641 W LAKE<br>STE 102<br>CHICAGO, IL 60661 | | No Debtor Asserted | 04/30/2009 | 2144 | $10,200.00 | Paid via EFT number 7701096064 on 1/25/2010. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 18: EXHIBIT A -- SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | TOWER PRODUCTS, INC.<br>PO BOX 3070<br>EASTON, PA 18043 | | No Debtor Asserted | 04/06/2009 | 907 | $2,966.70 | Paid via reference number 7701049091on 11/10/2009. |
| 39 | USA TODAY<br>ATTN: PETE GALLO<br>535 MADISON AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022 | 08-13141 | Tribune Company | 01/20/2009 | 286 | $285,377.36 | Claim paid via check number 7700839084 on 11/26/2008, check number 7700868463 on 1/30/2009, check number 7700869294 on 2/3/2009, check number 7700869692 on 2/4/2009, check number 7700877383 on 2/13/2009, check number 7700872696 on 2/5/2009, check number 7700877969 on 2/17/09, check number 7700883362 on 2/24/2009, check number 7700894869 on 3/12/2009, check number 7700904199 on 3/25/2009, check number 7700905281 on 3/26/2009, check number 7700925159 on 4/24/2009, check number 7700928696 on 4/30/2009. |
| 40 | WILLIAMS, LANCE<br>2831 PRINCE ST.<br>BERKELEY, CA 94705 | 08-13141 | Tribune Company | 02/20/2009 | 584 | $539.19 | Paid via check number 0002451377 on 5/14/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 5