# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ____** |

**ORDER SUSTAINING DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**("SATISFIED CLAIMS")**

Upon consideration of the Eighteenth Omnibus (Non-Substantive) Objection[2] of the Debtors to claims (the "Objection"), by which the Debtors request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

3007-1, disallowing and expunging the Satisfied Claims set forth on Exhibit A attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Satisfied Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the notwithstanding anything contained in the Objection or the Exhibit attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
March ______, 2010

_________________________________
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# EXHIBIT A

## Satisfied Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A TO Z EVENTS INC<br>PO BOX 1014<br>WALLER, TX 77484 | | No Debtor Asserted | 05/07/2009 | 2536 | $10,500.00 | Claim paid via check number 0002446680 on 4/30/09 and check number 0002474857 on 7/17/09. |
| 2 | ALL DIRECT MAIL SERVICES INC<br>15392 COBALT ST<br>SYLMAR, CA 91342 | 08-13141 | Tribune Company | 06/01/2009 | 3384 | $300.00 | Claimant stated claim has been paid in full. |
| 3 | AMERICAN TOWER CORPORATION<br>ATTENTION: DREW GALVIN<br>116 HUNTINGTON AVENUE<br>BOSTON, MA 02116 | 08-13141 | Tribune Company | 06/04/2009 | 3478 | $79,679.75 | Claimant stated claim has been paid in full. |
| 4 | APAC CUSTOMER SERVICES INC.<br>ATTN: LAW DEPT.<br>2333 WAUKEGAN ROAD - STE 100<br>BANNOCKBURN, IL 60015 | 08-13240 | Tribune Publishing Company | 05/26/2009 | 3151 | $415,300.81 | Paid via reference number 7700979116 on 7/20/2009 and 7701009365 on 9/4/2009. |
| 5 | BJORKMAN, ERNEST<br>PO BOX 227<br>SOUTH FORK, CO 81154 | 08-13184 | KWGN Inc. | 05/01/2009 | 2250 | $146,678.20 | Paid via check number 1151668 on 6/5/2009 |
| 6 | BLACK, MATT<br>P.O.BOX 244<br>LEMON COVE, CA 93244 | | No Debtor Asserted | 04/27/2009 | 1929 | $109.25 | Claimant stated claim has been paid in full. |
| 7 | BRAYTON GRAPHICS<br>740 UNION ST<br>SCHENECTADY, NY 123051505 | | No Debtor Asserted | 04/24/2009 | 1469 | Undetermined | Claimant states all invoices have been paid. |
| 8 | CALL SOURCE<br>31280 OAK CREST DRIVE<br>SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | No Debtor Asserted | 06/10/2009 | 4304 | $219.41 | Paid via EFT number 7701108045 on 2/12/2010 and EFT number 7701109798 on 2/17/2010. |
| 9 | CAPOLI, GUS<br>30 BELLMERE AVENUE<br>STAMFORD, CT 06906 | 08-13205 | Southern Connecticut Newspapers, Inc. | 05/18/2009 | 2928 | $61,207.70 | Paid via reference number 1163434 on 11/2/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | CAROLINA TELEPHONE & TELEGRAPH CO. LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 08-13152 | Chicago Tribune Company | 02/12/2009 | 458 | $2.28 | Claimant stated claim has been paid in full. |
| 11 | CITADEL BROADCASTING CORP<br>3375 MERRIAM ST<br>MUSKEGON, MI 49444 | 08-13242 | Tribune Television Holdings, Inc. | 06/30/2009 | 6003 | $787.86 | Paid via check # 0002467632 on 7/2/2009. |
| 12 | CITY OF SAN BUENAVENTURA<br>P O BOX 2299<br>VENTURA, CA 93002-2299 | 08-13185 | Los Angeles Times Communications LLC | 04/24/2009 | 1480 | $269.03 | Paid via check number 2536279 on 1/4/2010. |
| 13 | COAPSTICK, LOUISE G.<br>22809 W ACACIA COURT<br>SAUGUS, CA 91350 | 08-13141 | Tribune Company | 06/09/2009 | 3958 | $47,011.00 | Paid via check number 1153937 on 7/3/2009. |
| 14 | DIRECT AVENUE INC<br>2701 LOKER AVENUE WEST STE 40<br>CARLSBAD, CA 92008 | 08-13183 | KTLA Inc. | 04/27/2009 | 1889 | $276.75 | Claimant stated claim paid in full. |
| 15 | DIRECT AVENUE INC<br>2701 LOKER AVENUE WEST STE 40<br>CARLSBAD, CA 92008 | 08-13253 | WLVI Inc. | 04/27/2009 | 1890 | $1,682.15 | Claimant stated claim paid in full. |
| 16 | GARI COMMUNICATIONS<br>1532 FALLING STAR AVE<br>WESTLAKE VILLAGE, CA 91362 | | No Debtor Asserted | 04/23/2009 | 1642 | $8,400.00 | Paid via EFT number 7700865329 on 1/27/09. |
| 17 | GILLESKI, JOSEPH J<br>110 ELMBROOK DRIVE<br>STANFORD, CT 06906 | 08-13205 | Southern Connecticut Newspapers, Inc. | 09/24/2009 | 6253 | $9,827.84 | Paid via reference number 163432 on 11/2/2009. |
| 18 | GODDARD, LISA<br>2855 N.W. 42ND STREET<br>BOCA RATON, FL 33434 | 08-13208 | Sun-Sentinel Company | 05/04/2009 | 2402 | $140.00 | Paid via check number 7700863505 on 1/22/2009 and check number 770087803[illegible] 2/17/2009. |
| 19 | GONZALEZ, RICK<br>3629 S. HONORE<br>CHICAGO, IL 60609 | | No Debtor Asserted | 04/27/2009 | 1831 | $483.43 | Claimant stated claim has been paid in full. |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | HARRIS CORPORATION<br>1025 W NASA BVLD A-11A<br>MELBOURNE, FL 32919 | 08-13184 | KWGN Inc. | 06/11/2009 | 4793 | $12,217.03 | Paid via check number 8356 on 12/30/2008, check number 12773 on 1/30/2009 and 10120 on 2/6/2009. |
| 21 | HENDERSON, KATHY<br>38 STANDISH ROAD<br>APT. 1<br>STAMFORD, CT 06902 | 08-13205 | Southern Connecticut Newspapers, Inc. | 05/18/2009 | 2929 | $4,211.54 | Paid via reference number 1163427 on 11/2/2009. |
| 22 | INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 08-13220 | Tower Distribution Company | 06/04/2009 | 3511 | $40,645.17 | Claim satisfied via ordered set off. |
| 23 | KUTZ, MATTHEW P<br>5419 N GLENWOOD ST NO.2<br>CHICAGO, IL 60640 | 08-13141 | Tribune Company | 05/08/2009 | 2606 | $525.00 | Paid via check number 7700831717 on 11/14/2009. |
| 24 | LASERSHIP INC<br>1912 WOODFORD RD<br>VIENNA, MD 21182 | | No Debtor Asserted | 04/20/2009 | 1064 | $460.06 | Paid via reference number 0002482539 on 8/10/09 and reference number 0002531525 on 12/17/2009. |
| 25 | LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | | No Debtor Asserted | 06/11/2009 | 5825 | $183.01 | Paid via reference number 0002461792 on 6/10/2009. |
| 26 | MARGULIES, JIMMY<br>THE RECORD<br>150 RIVER ST.<br>HACKENSACK, NJ 07601 | | No Debtor Asserted | 12/24/2008 | 44 | $300.00 | Claimant stated claim has been paid in full. |
| 27 | MZINGA INC<br>154 MIDDLESEX TURNPIKE<br>BURLINGTON, MA 01803 | | No Debtor Asserted | 04/06/2009 | 906 | $4,200.00 | Paid via check number 7701063365 on 12/2/2009 and check number 7701063370 on 12/2/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | OMNI PUMP REPAIRS INC<br>9224 CHESTNUT AV<br>FRANKLIN PARK, IL 60131 | | No Debtor Asserted | 04/24/2009 | 1427 | Undetermined | Claimant states all invoices have been paid. |
| 29 | PAPAY, ANTHONY<br>660 FRANKLIN AVE<br>PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 06/12/2009 | 5106 | $615.12 | Paid via check number 0002492827 on 9/9/2009 and check number 0002498529 on 9/21/2009. |
| 30 | PWR TRANS SPEC<br>8803 SORENSEN AVE<br>SANTA FE SPRINGS, CA 90670 | | No Debtor Asserted | 04/30/2009 | 2134 | $295.26 | Paid via check number 2444665 on 4/24/2009. |
| 31 | RECTOR, JAMIE<br>250 LINDEN AVE STE 208<br>LONG BEACH, CA 90802 | 08-13185 | Los Angeles Times Communications LLC | 04/20/2009 | 1106 | $1,144.65 | Paid via EFT number 7700958062 on 6/16/2009. |
| 32 | RITCH,JONATHAN<br>35 ORCHARD STREET<br>COS COB, CT 06807 | 08-13205 | Southern Connecticut Newspapers, Inc. | 07/08/2009 | 6044 | $4,057.65 | Paid via reference number 1163429 on 11/2/2009. |
| 33 | RYAN, COLIN<br>14014 NORTHWEST PASSAGE APT 231<br>MARINA DEL REY, CA 90292 | 08-13185 | Los Angeles Times Communications LLC | 04/24/2009 | 1493 | $3,360.00 | Paid via reference number 7700958069 on 6/16/2009. |
| 34 | SELLER'S RESOURCE GROUP<br>273 WILDBRIAR RD<br>FLETCHER, NC 28732 | | No Debtor Asserted | 02/02/2009 | 355 | $200.00 | Paid via check number 0002411285 on 2/2/2009. |
| 35 | SHOWCASE PUBLICATIONS, INC.<br>P.O. BOX 491<br>TOMS RIVER, NJ 08754 | | No Debtor Asserted | 04/27/2009 | 1969 | $1,772.00 | Claimant stated claim paid in full. |
| 36 | SIEG, BRADLEY H<br>418 BRISTOL DR<br>CAROL STREAM, IL 60188 | | No Debtor Asserted | 04/30/2009 | 2124 | $500.00 | Paid via check number 7701065531 on 12/4/2009. |
| 37 | SOLSTICE CONSULTING, LLC<br>641 W LAKE<br>STE 102<br>CHICAGO, IL 60661 | | No Debtor Asserted | 04/30/2009 | 2144 | $10,200.00 | Paid via EFT number 7701096064 on 1/25/2010. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 18: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | TOWER PRODUCTS, INC.<br>PO BOX 3070<br>EASTON, PA 18043 | | No Debtor Asserted | 04/06/2009 | 907 | $2,966.70 | Paid via reference number 7701049091on 11/10/2009. |
| 39 | USA TODAY<br>ATTN: PETE GALLO<br>535 MADISON AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022 | 08-13141 | Tribune Company | 01/20/2009 | 286 | $285,377.36 | Claim paid via check number 7700839084 on 11/26/2008, check number 7700868463 on 1/30/2009, check number 7700869294 on 2/3/2009, check number 7700869692 on 2/4/2009, check number 7700877383 on 2/13/2009, check number 7700872696 on 2/5/2009, check number 7700877969 on 2/17/09, check number 7700883362 on 2/24/2009, check number 7700894869 on 3/12/2009, check number 7700904199 on 3/25/2009, check number 7700905281 on 3/26/2009, check number 7700925159 on 4/24/2009, check number 7700928696 on 4/30/2009. |
| 40 | WILLIAMS, LANCE<br>2831 PRINCE ST.<br>BERKELEY, CA 94705 | 08-13141 | Tribune Company | 02/20/2009 | 584 | $539.19 | Paid via check number 0002451377 on 5/14/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts