# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref Nos. 3487, 3490-3500** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On February 19, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfers"), copies of which are annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>. I also caused copies of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Mary Christine Basile

Sworn to before me this

19th day of February, 2010

Notary Public

**TIME DARDEN**
**Notary Public, State Of New York**
**No. 01DA6196919**
**Qualified In Kings County**
**Commission Expires January 5, 2013**

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    ADMOBILE DALLAS
       2734 BURBANK ST.
       DALLAS, TX 75235

Please note that your claim # 504 in the above referenced case and in the amount of
$52,000.00 has been transferred **(unless previously expunged by court order)** to:

ASM CAPITAL, L.P.
TRANSFEROR: ADMOBILE DALLAS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3487      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                         David D. Bird, Clerk of Court

                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | | Chapter 11 |
|---|---|---|
| TRIBUNE COMPANY, et al., | | Case No. 08-13141 (KJC) |
| Debtors. | | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CHEM WARE CORPORATIO
             317 WEBSTER AVENUE
             SUITE 1
             BROOKLYN, NY 11230

Please note that your claim # 1556 in the above referenced case and in the amount of $317.86 has been transferred **(unless previously expunged by court order)** to:

        UNITED STATES DEBT RECOVERY III LP
        TRANSFEROR: CHEM WARE CORPORATIO
        940 SOUTHWOOD BLVD, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3445    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                    David D. Bird, Clerk of Court

                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                              |
In re:                        |    Chapter 11
                              |
TRIBUNE COMPANY, et al.,      |    Case No. 08-13141 (KJC)
                              |
              Debtors.        |    Jointly Administered
                              |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CROSSMARK GRAPHICS INC
             16100 W OVERLAND DR
             NEW BERLIN, WI 53151

Please note that your claim # 2025 in the above referenced case and in the amount of
        $18,333.08 has been transferred **(unless previously expunged by court order)** to:

        LONGACRE OPPORTUNITY FUND, L.P.
        TRANSFEROR: CROSSMARK GRAPHICS INC
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3494     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| In re:                              | Chapter 11
| TRIBUNE COMPANY, et al.,            | Case No. 08-13141 (KJC)
|                  Debtors.           | Jointly Administered
|                                     |
|                                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   EDENS EXPRESS INC
              1422 W WILLOW 102
              CHICAGO, IL 60622

Please note that your claim # 1776 in the above referenced case and in the amount of $86.91 has been transferred **(unless previously expunged by court order)** to:

              CORRE OPPORTUNITIES FUND, L.P.
              TRANSFEROR: EDENS EXPRESS INC
              ATTN: CLAIMS PROCESSING (BANKRUPTCY)
              1370 AVENUE OF THE AMERICAS, 29TH FLOOR
              NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3453      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____

In re:                                            |        Chapter 11
                                                  |
TRIBUNE COMPANY, et al.,                          |        Case No. 08-13141 (KJC)
                                                  |
                    Debtors.                      |        Jointly Administered
                                                  |
                                                  |
                                                  |
_____                 |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   ENTERCOM COMMUNICATIONS
                WEZB
                400 POYDRAS ST          STE 800
                NEW ORLEANS, LA 70130

Please note that your schedule in the above referenced case and in the amount of
          $9,403.80 has been transferred **(unless previously expunged by court order)** to:

          LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: ENTERCOM COMMUNICATIONS
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3496      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                            David D. Bird, Clerk of Court

                                            /s/MARY C. BASILE
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                             | Case No. 08-13141 (KJC)

                        Debtors.                     | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ENTERCOM COMMUNICATIONS
              WKBU-FM
              400 POYDRAS ST        STE 800
              NEW ORLEANS, LA 70130

Please note that your schedule in the above referenced case and in the amount of $6,375.00 has been transferred **(unless previously expunged by court order)** to:

              LONGACRE OPPORTUNITY FUND, L.P.
              TRANSFEROR: ENTERCOM COMMUNICATIONS
              810 SEVENTH AVENUE, 33RD FLOOR
              ATTN: VLADIMIR JELISAVCIC
              NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3497    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                        David D. Bird, Clerk of Court


                                        /s/MARY C. BASILE
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ENTERCOM COMMUNICATIONS
             WLMG
             400 POYDRAS ST        STE 800
             NEW ORLEANS, LA 70130

Please note that your schedule in the above referenced case and in the amount of
        $13,659.50 has been transferred **(unless previously expunged by court order)** to:

         LONGACRE OPPORTUNITY FUND, L.P.
         TRANSFEROR: ENTERCOM COMMUNICATIONS
         810 SEVENTH AVENUE, 33RD FLOOR
         ATTN: VLADIMIR JELISAVCIC
         NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 District of Delaware
                 824 Market Street, Fifth Floor
                 Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3498      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
In re:                             |    Chapter 11
                                   |
TRIBUNE COMPANY, et al.,           |    Case No. 08-13141 (KJC)
                                   |
                Debtors.           |    Jointly Administered
                                   |
                                   |
                                   |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ENTERCOM COMMUNICATIONS
              WWL
              400 POYDRAS ST        STE 800
              NEW ORLEANS, LA 70130

Please note that your schedule in the above referenced case and in the amount of
        $4,462.50 has been transferred **(unless previously expunged by court order)** to:

              LONGACRE OPPORTUNITY FUND, L.P.
              TRANSFEROR: ENTERCOM COMMUNICATIONS
              810 SEVENTH AVENUE, 33RD FLOOR
              ATTN: VLADIMIR JELISAVCIC
              NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3499        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |    Chapter 11

TRIBUNE COMPANY, et al.,                         |    Case No. 08-13141 (KJC)

                        Debtors.                 |    Jointly Administered

                                                 |

                                                 |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  ENTERCOM NEW ORLEANS D/B/A
>      WWL-AM/FM, WWWL, WKBU, WLMG, WEZB
>      400 POYDRAS STREET, SUITE 800
>      NEW ORLEANS, LA 70130

Please note that your claim # 63 in the above referenced case and in the amount of
$33,969.40 has been transferred **(unless previously expunged by court order)** to:

> LONGACRE OPPORTUNITY FUND, L.P.
> TRANSFEROR: ENTERCOM NEW ORLEANS D/B/A
> 810 SEVENTH AVENUE, 33RD FLOOR
> ATTN: VLADIMIR JELISAVCIC
> NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> District of Delaware
> 824 Market Street, Fifth Floor
> Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3495    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____

In re:                                    |        Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |        Case No. 08-13141 (KJC)
                                          |
                   Debtors.               |        Jointly Administered
                                          |
                                          |
_____      |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ENTERCOM PORTLAND LLC
              0700 SW BANCROFT ST
              PORTLAND, OR 97239

Please note that your claim # 1223 in the above referenced case and in the amount of
        $0.00 has been transferred **(unless previously expunged by court order)** to:

              LONGACRE OPPORTUNITY FUND, L.P.
              TRANSFEROR: ENTERCOM PORTLAND LLC
              810 SEVENTH AVENUE, 33RD FLOOR
              ATTN: VLADIMIR JELISAVCIC
              NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3492      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                       |
In re:                                 |    Chapter 11
                                       |
TRIBUNE COMPANY, et al.,               |    Case No. 08-13141 (KJC)
                                       |
             Debtors.                  |    Jointly Administered
                                       |
                                       |
                                       |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ENTERCOM PORTLAND LLC DBA KGON, KRSK,
             KNRK, KFXX, KWJJ, KYCH
             0700 S.W. BANCROFT ST
             PORTLAND, OR 97239

Please note that your claim # 731 in the above referenced case and in the amount of $55,309.50 has been transferred **(unless previously expunged by court order)** to:

        LONGACRE OPPORTUNITY FUND, L.P.
        TRANSFEROR: ENTERCOM PORTLAND LLC DBA KG
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3493     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                    David D. Bird, Clerk of Court


                                    /s/MARY C. BASILE
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |    Chapter 11

TRIBUNE COMPANY, et al.,                         |    Case No. 08-13141 (KJC)

        Debtors.                         |    Jointly Administered

                                                |

                                                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   ENTERCOM SACRAMENTO LLC
           5345 MADISON AVE     STE 100
           SACRAMENTO, CA 95841

Please note that your claim # 2636 in the above referenced case and in the amount of
    $43,252.25 has been transferred **(unless previously expunged by court order)** to:

        LONGACRE OPPORTUNITY FUND, L.P.
        TRANSFEROR: ENTERCOM SACRAMENTO LLC
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3990     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                  David D. Bird, Clerk of Court

                         /s/MARY C. BASILE
                         _____
                         By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
|
In re:                             |        Chapter 11
                                   |
TRIBUNE COMPANY, et al.,           |        Case No. 08-13141 (KJC)
                                   |
            Debtors.               |        Jointly Administered
                                   |
                                   |
                                   |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  HELINET AVIATION SERVICES LLC
               16644 ROSCOE BLVD
               VAN NUYS, CA 91406

Please note that your claim # 969 in the above referenced case and in the amount of
      $283,590.98 has been transferred **(unless previously expunged by court order)** to:

          LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: HELINET AVIATION SERVICES LL
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3491       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                              David D. Bird, Clerk of Court


                                              /s/MARY C. BASILE
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                     Debtors.                    | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  LOS ANGELES TIMES-WASHINGTON POST NEWS
          SERVICES, INC.
          1150 15TH ST., NW
          WASHINGTON, DC 20071-0070

Please note that your claim # 690 in the above referenced case and in the amount of
     $10,229.56 has been transferred **(unless previously expunged by court order)** to:

          UNITED STATES DEBT RECOVERY III LP
          TRANSFEROR: LOS ANGELES TIMES-WASHINGTON
          940 SOUTHWOOD BLVD, SUITE 101
          INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3442      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re:                          | Chapter 11                          |
|---------------------------------|-------------------------------------|
| TRIBUNE COMPANY, et al.,        | Case No. 08-13141 (KJC)             |
|                    Debtors.     | Jointly Administered                |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  LOS ANGELES TIMES-WASHINGTON POST NEWS
              SERVICES, INC.
              1150 15TH ST., NW
              WASHINGTON, DC 20071-0070

Please note that your claim # 692 in the above referenced case and in the amount of
      $44,104.72 has been transferred **(unless previously expunged by court order)** to:

         UNITED STATES DEBT RECOVERY III LP
         TRANSFEROR: LOS ANGELES TIMES-WASHINGTON
         940 SOUTHWOOD BLVD, SUITE 101
         INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3442        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                         David D. Bird, Clerk of Court


                                         /s/MARY C. BASILE
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  RITTER'S PRINTING
             1660 W MCNAB RD
             FORT LAUDERDALE, FL 33309

Please note that your schedule in the above referenced case and in the amount of
        $26,347.67 has been transferred **(unless previously expunged by court order)** to:

             LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: RITTER'S PRINTING
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3500      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                          David D. Bird, Clerk of Court


                                          /s/MARY C. BASILE
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 19, 2010.

EXHIBIT B

```
TIME: 19:43:10                                      The Tribune Company                                          PAGE:  1
DATE: 02/19/10                                       CREDITOR LISTING
```

| Name | Address |
|---|---|
| ADMOBILE DALLAS | 2734 BURBANK ST. DALLAS TX 75235 |
| ASM CAPITAL, L.P. | TRANSFEROR: ADMOBILE DALLAS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| CHEM WARE CORPORATIO | 317 WEBSTER AVENUE SUITE 1 BROOKLYN NY 11230 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: EDENS EXPRESS INC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CROSSMARK GRAPHICS INC | 16100 W OVERLAND DR NEW BERLIN WI 53151 |
| EDENS EXPRESS INC | 1422 W WILLOW  102 CHICAGO IL 60622 |
| ENTERCOM COMMUNICATIONS | WEZB 400 POYDRAS ST          STE 800 NEW ORLEANS LA 70130 |
| ENTERCOM COMMUNICATIONS | WKBU-FM 400 POYDRAS ST         STE 800 NEW ORLEANS LA 70130 |
| ENTERCOM COMMUNICATIONS | WLMG 400 POYDRAS ST          STE 800 NEW ORLEANS LA 70130 |
| ENTERCOM COMMUNICATIONS | WWL 400 POYDRAS ST           STE 800 NEW ORLEANS LA 70130 |
| ENTERCOM NEW ORLEANS D/B/A | WWL-AM/FM, WWWL, WKBU, WLMG, WEZB 400 POYDRAS STREET, SUITE 800 NEW ORLEANS LA 70130 |
| ENTERCOM PORTLAND LLC | 0700 SW BANCROFT ST PORTLAND OR 9239 |
| ENTERCOM PORTLAND LLC DBA KGON, KRSK, | KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST PORTLAND OR 97239 |
| ENTERCOM SACRAMENTO LLC | 5345 MADISON AVE           STE 100 SACRAMENTO CA 95841 |
| HELINET AVIATION SERVICES LLC | 16644 ROSCOE BLVD VAN NUYS CA 91406 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: CROSSMARK GRAPHICS INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: ENTERCOM COMMUNICATIONS 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: ENTERCOM NEW ORLEANS D/B/A 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: ENTERCOM PORTLAND LLC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: ENTERCOM PORTLAND LLC DBA KG 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: ENTERCOM SACRAMENTO LLC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: HELINET AVIATION SERVICES LL 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: RITTER'S PRINTING 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LOS ANGELES TIMES-WASHINGTON POST NEWS | SERVICES, INC. 1150 15TH ST., NW WASHINGTON DC 20071-0070 |
| RITTER'S PRINTING | 1660 W MCNAB RD FORT LAUDERDALE FL 33309 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CHEM WARE CORPORATIO 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: LOS ANGELES TIMES-WASHINGTON 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |

Total Number of Records Printed        27

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

TRB  TRF NTCS (2-19-10)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801