IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :      Chapter 11 Cases
                                                    :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :      (Jointly Administered)
                                                    :
                    Debtors.                        :
------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Sheron Korpus of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: February 19, 2010                     **BIFFERATO GENTILOTTI LLC**

                                             /s/ Garvan F. McDaniel
                                             Garvan F. McDaniel (I.D. #4167)
                                             800 N. King Street, Plaza Level
                                             Wilmington, DE 19801
                                             Telephone: (302) 429-1900
                                             Fax: (302) 429-8600
                                             gmcdaniel@bglawde.com

                                             *Counsel for Law Debenture Trust Company
                                             of New York*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of Sheron Korpus, Esquire is granted.

Dated: February 22, 2010

_____
United States Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :        Chapter 11 Cases
                                                :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :        (Jointly Administered)
                                                :
                          Debtors.              :
---------------------------------------------------------x

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, U.S. District Court, Eastern and Southern Districts of New York, U.S. Court of Appeals, Federal and Second Circuits and U.S. Supreme Court and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 19, 2010

/s/ Sheron Korpus
Sheron Korpus
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1969
Fax: (212) 506-1800
skorpus@kasowitz.com