

Ernst & Young LLP
233 South Wacker Drive
Chicago, Illinois
60606
Tel: (312) 879-2000
www.ey.com

January 19, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Mr. Brian Litman - Vice President and Controller

## Statement of Work - 
## FCC License Valuation

This Statement of Work ("SOW") is governed by and subject to the terms and conditions of our engagement letter (the "Agreement") dated May 15, 2009 between Tribune Company (the "Company") and Ernst & Young LLP ("E&Y" or "we"), which was executed in connection with the Company filing a Chapter 11 petition on December 8, 2008 with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and describes certain services that E&Y will perform for the Company during the Company's Chapter 11 bankruptcy. Unless modified by this SOW, the terms and conditions of the Agreement continue to apply. Capitalized terms used, but not defined, in this SOW have the meanings set forth in the Agreement. This SOW shall be effective as of January 19, 2010.

### Engagement Team

Matthew Howley (Principal) will lead the E&Y team in providing the Services (as defined below). If this individual ceases to provide services to the Company pursuant to the Agreement, E&Y will so advise the Company and, if that person is replaced, provide the Company with the name of that professional's replacement. Other staff not identified herein may be utilized as required to conduct our work in an efficient manner.

### Objective and Purpose

We understand that you have indefinite-lived intangibles assets recorded in your financial statements as a result of prior acquisitions. As a result, we further understand that you are required to periodically test these asset balances for impairment in accordance with the professional guidance outlined in Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 350, Intangibles – Goodwill and Other, formerly referred to as Statement of Financial Accounting Standards ("SFAS") No. 142, Goodwill and Other Intangible Assets.

According to FASB ASC Topic 350, Fair Value Measurements and Disclosures, the standard of value to be used for testing of impairment is fair value. According to the definition presented in FASB ASC Topic 820-10-20, formerly referred to as SFAS No. 157, Fair Value Measurements, fair value is defined as:

> *The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

≡ℓ ERNST & YOUNG

Mr. Brian Litman - Vice President and Controller  
Tribune Company

January 19, 2010  
Page 2 of 4

It is our understanding that the Company maintains FCC licenses (the "FCC Licenses"), which are classified by the Company as indefinite-lived. As such, the purpose of our analysis is to assist Company management with its impairment testing by determining the fair value of the FCC Licenses as of November 30, 2009 (the "Valuation Date").

**Scope of Services**

E&Y will perform the following Services, subject to Bankruptcy Court approval of our retention in accordance with the terms and conditions that are set forth in the Agreement (inclusive of this SOW):

- Interviews with Company management concerning the nature of the FCC Licenses;
- Consider any business plans, future performance estimates or budgets related to the FCC Licenses;
- Consider applicable economic, industry, and competitive environments, including relevant historical and future estimated trends;
- Perform a valuation analysis of the FCC Licenses as of the Valuation Date giving consideration to appropriate approaches to value;
- Preparation of exhibits summarizing our recommendations of a range of fair values.

The Services may be modified from time to time by our mutual written agreement and approval by the Bankruptcy Court.

**Out-Of-Scope Services**

Any activities not described as Services, as indicated above under Scope of Services, are not covered by the fees stated herein. These services will be considered outside the scope of this SOW and are the responsibility of the Company to perform on a timely basis unless otherwise agreed by the parties in writing.

For engagements involving a contemplated transaction, or a transaction in process, should the Company fail to close the transaction, E&Y will bill the Company for the time expended by our professionals at the hourly rates set forth in the applicable Statement of Work and for the expenses that were incurred up to the time that E&Y is asked to terminate the Services.

**Presentation of Results**

Our analysis and recommendations will be documented in exhibits (the "Exhibits") providing our recommendations. The recommendations expressed in our Exhibits will be based on methods and techniques that E&Y considers appropriate under the circumstances.

We will provide the Company with five (5) copies of the final Exhibits. The Services anticipate that we will receive the Company's editorial comments within ten (10) days following receipt of the draft. Any subsequent changes in the Exhibits beyond those required to address the initial comments or any additional copies of the Exhibits are outside the scope of the Services.



**ERNST & YOUNG**

Mr. Brian Litman - Vice President and Controller  
Tribune Company

January 19, 2010  
Page 3 of 4

The Services may include advice or recommendations, but all decisions in connection with the implementation of any thereof shall be the responsibility of, and made by, the Company. Additionally, the Company agrees that it shall not construe or rely on E&Y's analysis as a fairness opinion or investment advice, and will not use, or permit it to be used as the sole basis to set a transaction price. E&Y assumes no responsibility to any buyer or seller to negotiate a purchase or sale at the value set forth in the Exhibits.

The Exhibits will include a Statement of Limiting Conditions ("SLC"), a draft of which is attached to this Statement of Work as Attachment 1. If, during our engagement, we determine that changes to the SLC will be required, we will notify the Company of those changes.

**Information and Timing**

The Company will provide to E&Y, or cause to be provided to E&Y, in a timely manner, all information necessary, in E&Y's opinion, for E&Y to perform the Services. Subject to the Company's providing us with all necessary information, E&Y will deliver preliminary oral indications of value no later than three weeks following receipt of all necessary information. We anticipate forwarding our draft Exhibits to the Company no later than two weeks thereafter.

**Professional Fees**

The Company shall pay E&Y's fees for the Services, which fees are subject to Bankruptcy Court approval and based on the actual time of E&Y professionals expended in performing the Services. The actual time required will depend upon the extent and nature of available information, modifications to the scope of our engagement and other developments that may occur as work progresses. The Company shall also pay all applicable taxes incurred in connection with the delivery of the Services or any Reports (including the Exhibits) (except for taxes imposed on E&Y's income). The rates, by level of professional, are as follows:

| Title | Rate Per Hour |
|---|---|
| Executive Director/Principal/Partner | $525 |
| Senior Manager | $475 |
| Manager | $375 |
| Senior | $275 |
| Staff | $175 |

The Company shall also pay E&Y's expenses and reimbursements in accordance with the terms of the Agreement. We will submit an itemized and detailed billing statement and we will request payment of our fees in accordance with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware and any relevant administrative orders.



Mr. Brian Litman - Vice President and Controller  
Tribune Company

January 19, 2010  
Page 4 of 4

If, during the term of this SOW, E&Y determines that any additional work is necessary, whether at the Company's request or because the complexity of the project increases, E&Y will promptly contact the Company to discuss any adjustments to the scope of work and obtain Bankruptcy Court approval, if necessary, before proceeding.

\* \* \* \* \* \* \*

E&Y appreciates the opportunity to be of assistance to the Company. If this Statement of Work accurately reflects the terms on which the Company has agreed to engage E&Y, please sign the enclosed copy on behalf of the Company and return it, to Matthew Howley at the address on the first page of this letter. We look forward to working with you on this engagement.

Very truly yours,

*Ernst + Young LLP*

Agreed and accepted:

Tribune Company

*Brian Litman*                                2-16-09  
Signature                                                            Date

BRIAN LITMAN                        VICE PRESIDENT/CONTROLLER  
Name (please print or type)                      Title

## ATTACHMENT 1
### Statement of Limiting Conditions

1. Nothing has come to our attention to cause us to believe that the facts and data set forth in these Exhibits are not correct.

2. Provision of valuation recommendations and considerations of the issues described herein are areas of regular valuation practice for which we believe that we have, and hold ourselves out to the public as having, substantial knowledge and experience. The services provided are limited to such knowledge and experience and do not represent audit, advisory or tax-related services that may otherwise be provided by Ernst & Young LLP. Notwithstanding this limitation, the advice contained herein was not intended or written by E&Y to be used, and cannot be used, by the recipient or any other taxpayer for the purposes of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax laws.

3. No investigation of the title to the subject company and subject assets has been made, and the owner's claim to the subject company and subject assets is assumed to be valid. To the extent that Ernst & Young LLP's services include any analysis of assets, properties or business interests, Ernst & Young LLP assumes no responsibility for matters of legal description or title, and Ernst & Young LLP shall be entitled to make the following assumptions: (i) title is good and marketable, (ii) there exist no liens or encumbrances, (iii) there is full compliance with all applicable Federal, state, local and national regulations and laws (including, without limitation, usage, environmental, zoning and similar laws and/or regulations), and (iv) all required licenses, certificates of occupancy, consents, or legislative or administrative authority from any Federal, state, local, or national government, private entity or organization have been or can be obtained or renewed for any use on which Ernst & Young LLP services are to be based.

4. These Exhibits have been prepared solely for the purpose stated, and may not be used for any other purpose. Neither these Exhibits nor any portions hereof may be copied or disseminated through advertising, public relations, news, sales, Securities and Exchange Commission disclosure documents or any other public (or private) media without the express prior written approval of Ernst & Young LLP.

5. The recommendations of fair value contained herein are not intended to represent the values of the subject assets at any time other than the effective date that is specifically stated in these Exhibits. Changes in market conditions could result in recommendations of value substantially different than those presented at the stated effective date. We assume no responsibility for changes in market conditions or for the inability of the owner to locate a purchaser of the subject assets at the values stated herein.

6. No responsibility is assumed for information furnished by others, including management, and such information is believed to be reliable.

7. In the course of our analysis, we were provided with written information, oral information, and/or data in electronic form, related to the structure, operation, and financial performance of the subject company and subject assets. We have relied upon this information in our analyses and in

|     | |
| --- | --- |
|     | the preparation of these Exhibits and have not independently verified its accuracy or completeness. |
| 8.  | Certain historical financial data used in our valuation were derived from audited and/or unaudited financial statements and are the responsibility of management. The financial statements may include disclosures required by generally accepted accounting principles. We have not independently verified the accuracy or completeness of this data provided and do not express an opinion or offer any form of assurance regarding its accuracy or completeness. |
| 9.  | The estimates of cash flow data included herein are solely for use in the valuation analysis and are not intended for use as forecasts or projections of future operations. We have not performed an examination or compilation, nor have we performed an agreed-upon procedures engagement with regard to the accompanying cash flow data in accordance with standards prescribed by the American Institute of Certified Public Accountants, and, accordingly, do not express an opinion or offer any form of assurance on the accompanying cash flow data or their underlying assumptions. Furthermore, there will usually be differences between estimated and actual results because events and circumstances frequently do not occur as expected, and those differences may be material. |
| 10. | We assume no responsibility for any financial and tax reporting judgments, which are appropriately those of management. It is our understanding that management accepts responsibility for any financial statement and tax reporting issues with respect to the assets covered by our analysis, and for the ultimate use of our Exhibits. |
| 11. | Ernst & Young LLP is not required to furnish additional work or services, or to give testimony, or be in attendance in court with reference to the assets, properties, or business interest in question or to update any Exhibits, recommendation, analysis, conclusion or other document relating to its services for any events or circumstances unless arrangements acceptable to Ernst & Young LLP have been separately agreed with the Company and approved by the Bankruptcy Court. |
| 12. | The Exhibits do not constitute a Comprehensive Written Business Valuation Report as described in BVS-VIII by the Business Valuation Committee of the American Society of Appraisers ("ASA") and approved by the ASA Board of Governors. Sections describing the history and nature of the business, industry and economic outlook and historical financial analysis may have been omitted from the Exhibits. Where applicable, the data underlying these sections will be retained in our working papers. |