## CERTIFICATE OF SERVICE

I, John H. Schanne, II, hereby certify that on the 22nd day of February, 2010, I caused the foregoing **Motion and Order for Admission Pro Hac Vice of Daniel L. Cantor** to be served upon the parties on the following parties, by first-class mail, or in the manner indicated.

| | |
|---|---|
| Bryan Krakauer, Esq. <br> James F. Conlan, Esq. <br> Janet E. Henderson, Esq. <br> James W. Ducayet, Esq. <br> Sidley Austin LLP <br> One South Dearborn <br> Chicago, IL 60603 | Norman L. Pernick, Esq. <br> J. Kate Stickles, Esq. <br> Cole Schotz Meisel Forman & Leonard, PA <br> 1000 N. West Street, Suite 1200 <br> Wilmington, DE 19801 <br> **Hand Deliver** |
| Office Of The United States Trustee <br> 844 King Street <br> Room 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br> **Hand Deliver** | |

                                                  /s/ John H. Schanne, II  
                                                  John H. Schanne, II (DE No. 5260)