# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 18, 2010 10:00 AM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | N/A | | |

### *Matters:*

**1)** Exclusivity (Status or Evidentiary Hearing if Further Request Made)
  **R / M #:**    0 /  0

**2)** Omnibus
  **R / M #:**    0 /  0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Amended Agenda Item
#8, 9, 10 - Adjourned to 4/13/10
#11 - Order Due
#12, 13, 14 - Adjourned to 4/13/10