# EXHIBIT A

# Declaration of Christopher L. Meazell

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Eighth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period January 1, 2010 through January 31, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Eighth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 23d day of February, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

## EXHIBIT B

### FEE SUMMARY FOR THE MONTHLY PERIOD FROM
### JANUARY 1, 2010 TO JANUARY 31, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 32.1 | 17,013.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 44.3 | 32,117.50 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 36.6 | 23,790.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 11.9 | 4,760.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 | 540 | 6.4 | 3,456.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 280 | 0.9 | 252.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 (WI) | 440 | 42.8 | 18,832.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 65.2 | 40,750.00 |
| **TOTALS** | | | **240.2** | **140,970.50** |
| **BLENDED RATE** | | | | **586.88801** |

[1] On January 1, 2010 Dow Lohnes implemented a Firm-wide rate adjustment which impacted several timekeepers working on this matter as follows: Burrow (2010 rate is $530, up from 2009 rate of $510); Logan (2010 rate is $650, up from 2009 rate of $645); Patrick (2010 rate is $540, up from 2009 rate of $520); Pila (2010 rate is $280, up from 2009 rate of $255); Rademacher (2010 rate is $440, up from 2009 rate of $420); and Swanson (2010 rate is $625, up from 2009 rate of $575). The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

**COMPENSATION BY PROJECT CATEGORY
FOR THE PERIOD FROM
JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 228.3 | 136,210.50 |
| Fee Applications 08656.0101 | 11.9 | 4,760.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **240.2** | **140,970.50** |

# ☼ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

February 23, 2010                                                                   Page 1

Tribune Company                                                        Invoice 521299
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100            For Services Through January 31, 2010
FCC/Broadcast Matters

| Date | Description | Hours |
|------|-------------|-------|
| 01/04/10 | Review proposed Third Circuit responses and impact on existing Tribune waivers, FCC compliance and new waiver requests.<br>J. Feore | 0.50 hrs. |
| 01/04/10 | Review issues re modification of disclosure statement.<br>J. Logan | 0.50 hrs. |
| 01/04/10 | Telephone conference with J. Stenger (Chadbourne) re FCC issues, court stay and revisions to waiver request (0.4); email E. Washburn re same (0.2); review J. Stenger comments re Third Circuit (0.4); review Third Circuit draft re effect on waivers (0.2).<br>M. Swanson | 1.20 hrs. |
| 01/05/10 | Revise disclosure statement.<br>C. Burrow | 1.90 hrs. |
| 01/05/10 | Research regarding stay in Third Circuit ownership appeal regarding questions from creditors' committee concerning cross-ownership waiver requests.<br>J. Rademacher | 0.30 hrs. |
| 01/05/10 | Review comments of creditors committee counsel re waiver showings.<br>J. Feore | 0.60 hrs. |
| 01/05/10 | Revise FCC sections of draft disclosure statement (0.9); prepare inserts to draft disclosure statement (0.8).<br>J. Logan | 1.70 hrs. |
| 01/05/10 | Review re Northern District of Illinois decision to determine effect on bankruptcy and FCC filing schedule (0.1); email E. Washburn re same and creditor's committee comments (0.2); email J. Stenger | |

|  |  |  |
|---|---|---|
|  | (Chadbourne) re Third Circuit and stay history (0.3); email E. Washburn re DOJ and NTIA spectrum filings (0.2); telephone conference with M. Schneider (Sidley) re Third Circuit stay (0.2); review and email FCC January 12 panel public notice to client (0.1). | |
|  | M. Swanson | 1.10 hrs. |
| 01/06/10 | Revise disclosure statement. | |
|  | C. Burrow | 1.10 hrs. |
| 01/06/10 | Review revisions to disclosure statement re FCC waiver and ownership of stations (0.7); prepare changes to statement re FCC ownership and Section 310 compliance and timing of certifications (0.8). | |
|  | J. Feore | 1.50 hrs. |
| 01/06/10 | Revise disclosure statement re allocation of classes of stock and warrants (0.9); review timing issues and alternate approaches to expedite receipt of certification information (0.8); review outstanding regulatory issues in timing of allotment decisions (0.8). | |
|  | J. Logan | 2.50 hrs. |
| 01/06/10 | Revise bankruptcy court materials, including disclosure statement (1.6); telephone conference with J. Tatel (FCC) re additional ownership field hearings (0.2); review re FCC field hearing plans and roster of client stations (0.1). | |
|  | M. Swanson | 1.90 hrs. |
| 01/07/10 | Conference with creditors committee counsel re court filings and impact on FCC rules, circulation and application (0.4); review and update draft disclosure statement (0.6). | |
|  | J. Feore | 1.00 hrs. |
| 01/08/10 | Review timing issues re bankruptcy and FCC process. | |
|  | C. Burrow | 0.70 hrs. |
| 01/08/10 | Review and revise draft disclosure statement and associated drafts (0.8); conference with creditors committee counsel re court order and impact on ownership waivers (0.4). | |
|  | J. Feore | 1.20 hrs. |
| 01/08/10 | Analysis re timing issues re stock allotment and certification process. | |
|  | J. Logan | 0.80 hrs. |
| 01/09/10 | Review issues re disclosure statement updates. | |
|  | C. Burrow | 0.30 hrs. |
| 01/09/10 | Review cross-ownership filings with Third Circuit (0.4); review proposals re plan and disclosure statement prepared by creditors committee counsel (0.6). | |
|  | J. Feore | 1.00 hrs. |
| 01/09/10 | Prepare correspondence to J. Boelter (Sidley) re proposed telephone conference with transfer agent regarding allotment procedures. | |

Tribune Company

| | | |
|---|---|---|
| | J. Logan | 0.20 hrs. |
| 01/10/10 | Review J. Stenger (Chadbourne) email re status (0.1); review emails from Sidley and E. Washburn re plan, disclosure statement and related materials (0.2). | |
| | M. Swanson | 0.30 hrs. |
| 01/11/10 | Review updated corporate documents re FCC ownership and qualification requirements (0.9); prepare open issues memo following telephone conference with lenders' counsel and counsel for creditors committee (0.9). | |
| | J. Feore | 1.80 hrs. |
| 01/11/10 | Review revised drafts of proposed corporate articles re FCC matters. | |
| | J. Logan | 0.20 hrs. |
| 01/11/10 | Review status report in D.C. Circuit Tribune appeal and email same to client (0.1); review J. Stenger (Chadbourne) email and exchange emails re same (0.1). | |
| | M. Swanson | 0.20 hrs. |
| 01/12/10 | Review mechanisms for allocation of New Class A and New Class B stock (0.8); review and revise draft certificate of incorporation, by-laws and warrant agreement (1.6). | |
| | C. Burrow | 2.40 hrs. |
| 01/12/10 | Research re foreign ownership reporting (0.2); draft comments re same (0.1). | |
| | J. Pila | 0.30 hrs. |
| 01/12/10 | Telephone conference with counsel for lenders re open issues (0.5); prepare memo and update on open issues (0.5); review updated and revised disclosure statement re FCC application and timing issues (1.0). | |
| | J. Feore | 2.00 hrs. |
| 01/12/10 | Review revised articles re FCC issues in share allotments (0.8); review issues in stock allotment/warrants allotment in preparation for conference call requested by W. Johnson, FCC counsel to senior lenders (0.7). | |
| | J. Logan | 1.50 hrs. |
| 01/12/10 | Review FCC release re Chicago/Milwaukee renewals and email same to E. Washburn (0.2); review re application for review deadline (0.1); preparation for (0.6) and telephone conference with J. Stenger (Chadbourne) re waiver draft and Third Circuit issues (0.4); telephone conference with E. Washburn re J. Stenger call (0.2); review re FCC January 12 media hearing and effect on waiver draft (1.3). | |
| | M. Swanson | 2.80 hrs. |
| 01/13/10 | Review revised certificate of incorporation for reorganized Tribune and FCC ownership issues raised by stock conversions (1.0); review open issues in FCC application preparation raised by lenders' | |

counsel and arrange telephone conference with Tribune officials re application (1.1).

J. Feore                                        2.10 hrs.

01/13/10    Analyze FCC issues in connection with proposed articles of incorporation (0.8); prepare correspondence to J. Langdon (Sidley) re FCC issues in proposed conversion provisions (0.6); telephone conference with W. Johnson (FCC counsel to senior lenders) re attribution and related issues raised by allotment proposal (0.7); review issues on timing in connection with certifications for telephone conference with Sidley (0.3).

J. Logan                                        2.40 hrs.

01/13/10    Review re reports of January 12 media ownership hearing and effect on waiver draft.

M. Swanson                                        0.60 hrs.

01/14/10    Telephone conference with J. Boelter and K. Mills re solicitation agent issues and timing re FCC foreign ownership and media ownership certifications (1.1); review and revise disclosure statement re timing issues (2.4); telephone conference with bankruptcy and FCC working groups re procedure and timing issues regarding the allocation of stock and warrants (0.9); review alternative proposals re stock and warrant allocations (1.7).

C. Burrow                                        6.10 hrs.

01/14/10    Telephone conference with lenders' counsel re disclosure statement issues, FCC application and timing issues (0.7); review revised proposals for FCC certifications and compliance (1.4); update draft FCC showings and waiver requests and outline of FCC issues (1.3).

J. Feore                                        3.40 hrs.

01/14/10    Review timeline and stock procedures outline in preparation for conference call with J. Boelter (Sidley) re solicitation agent procedures (0.8); telephone conference with J. Boelter (Sidley) re Tribune position and concerns re stock allotment process and solicitation agent's processing of certifications (0.9); telephone conference with J. Langdon re FCC issues concerning draft articles of incorporation (0.6); telephone conference with D. Schaible, bankruptcy counsel to senior lenders, FCC counsel to senior lenders and J. Boelter re distribution plans and timing for Class A and B shares and warrants (0.8); review memoranda from Akin Gump and Wiley Rein re Angelo Gordon/Oaktree proposal for permitting aggregated certification (0.9); telephone conference with T. Davidson (Akin Gump) re approach for same (0.4).

J. Logan                                        4.40 hrs.

01/14/10    Preparation for and telephone conference with J. Boulter and K. Mills (Sidley) re broadcasting plan, timing and effect on FCC waivers (1.2); review re same (0.4); telephone conference with E. Washburn re spectrum, timing and cross-ownership update issues (0.8); review re FCC application license listing (0.1); telephone

|       | conference with E. Washburn re FTC issues and research re same (0.8); email E. Washburn re FTC endorsement rules (0.4); preparation for and telephone conference with Sidley counsel and Wiley counsel re plan issues and effect on FCC waiver requests (1.4); review and revise Plan and disclosure statement (1.7); email E. Washburn re FCC satellite decision (0.1). |            |
|       | M. Swanson | 6.90 hrs. |
| 01/15/10 | Revise FCC disclosure statement (1.7); correspondence with K. Mills and J. Boelter re same (0.4); review FCC and plan timing issues (1.1); review Oaktree/A. Gordon proposal for use of consolidated allocation methodology (0.9); telephone conference with J. Langdon re conversion rights of Class A and Class B stock (0.6). |            |
|       | C. Burrow | 4.70 hrs. |
| 01/15/10 | Preparation of cross-ownership waiver requests for update by markets prior to filing. |            |
|       | J. Rademacher | 1.80 hrs. |
| 01/15/10 | Telephone conference with D. Liebentritt, L. Washburn and S. Sheehan re court and FCC filings, open issues, lenders' counsel issues and work on applications (0.8); review updated disclosure statement (0.7); review proposed alien ownership plans of Oaktree and Angelo Gordon (0.8). |            |
|       | J. Feore | 2.30 hrs. |
| 01/15/10 | Analyze combination certification approach in memoranda from Angelo Gordon and from Oaktree counsel (0.9); telephone conference with T. Davidson, Akin Gump and H. Liberman (Drinker Biddle) re combination certification approach (0.9). |            |
|       | J. Logan | 1.80 hrs. |
| 01/15/10 | Preparation for and telephone conference with E. Washburn, D. Liebentritt and S. Sheehan re FCC and Hill (1.4); email E. Washburn re Akin and Wiley memos on foreign ownership (0.3); review re update issues (0.6); telephone conference with E. Washburn re same and plan timing (0.2); complete review of Disclosure Statement (0.4); email client re FCC workshop (0.1). |            |
|       | M. Swanson | 3.00 hrs. |
| 01/16/10 | Preparation of cross-ownership waiver requests for update by markets prior to filing. |            |
|       | J. Rademacher | 5.30 hrs. |
| 01/16/10 | Review and revise FCC regulatory, application and certification sections in disclosure statement (0.9); work on public interest language addition (0.8). |            |
|       | J. Feore | 1.70 hrs. |
| 01/17/10 | Research and review re updating waiver request. |            |
|       | M. Swanson | 1.70 hrs. |

| | | |
|---|---|---|
| 01/18/10 | Review and revise articles of incorporation re issue of "springing" FCC attributable interests (0.6); prepare memorandum for Sidley Austin re same (0.5). | |
| | C. Burrow | 1.10 hrs. |
| 01/18/10 | Review draft certificate of incorporation for reorganized Tribune and proposed new language re FCC compliance issues (1.0); conference with lenders' counsel re company options (0.9). | |
| | J. Feore | 1.90 hrs. |
| 01/18/10 | Prepare revised sections for corporate articles (0.9); prepare comments on draft articles of incorporation re denominator effect and allotment questions (0.8); prepare memorandum re Class A/Class B conversion issues (0.9); review issues re memoranda from Wiley and Akin on consolidated certification (0.7). | |
| | J. Logan | 3.30 hrs. |
| 01/18/10 | Review re status and updates re projected filing dates. | |
| | M. Swanson | 0.10 hrs. |
| 01/19/10 | Telephone conferences with counsel for senior lenders re timing and issues re FCC application (0.5); review revisions to company's incorporation documents (0.4); work on additional changes to disclosure statement (0.7). | |
| | J. Feore | 1.60 hrs. |
| 01/19/10 | Prepare memorandum for FCC issues in connection with proposal of Angelo Gordon for consolidated foreign ownership certifications. | |
| | J. Logan | 0.80 hrs. |
| 01/19/10 | Telephone conference with J. Stenger (Chadbourne) re Third Circuit status on ownership appeal procedural issue (0.1); assemble material for S. Sheehan review of waiver requests (0.2); telephone conference with L. Washburn re spectrum comments (0.2); email to same re list of community parties (0.1). | |
| | M. Swanson | 0.60 hrs. |
| 01/20/10 | Review Angelo Gordon consolidation proposal (0.9); correspondence with J. Boelter re same (0.4); review status of revised foreign ownership timeline (0.5); review and revise list of open FCC issues (0.4). | |
| | C. Burrow | 2.20 hrs. |
| 01/20/10 | Correspondence with J. Levine (Hartford market) regarding updates to public interest narrative for Hartford cross-ownership waiver shell (0.6); correspondence with B. Gremillion (Miami market) regarding updates to public interest narrative for Miami cross-ownership waiver shell (0.5); correspondence with M. Wilkie (Chicago market) regarding updates to public interest narrative for Chicago cross-ownership waiver shell (0.5); correspondence with C. Corsini (Los Angeles market) regarding updates to public interest narrative for Los Angeles market cross-ownership waiver shell (0.5); correspondence with B. Berlamino (New York market) regarding | |

Tribune Company                                                    Invoice 521299

|  |  |  |
|---|---|---|
|  | updates to public interest narrative for New York Market cross-ownership waiver shell (0.5); telephone conference with E. Washburn and J. Levine regarding updating FCC waiver petitions (0.8); correspondence with E. Washburn regarding updates to Hartford duopoly waiver request, G. Mazzaferri declaration and B. Byrnes declaration (0.6). | |
|  | J. Rademacher | 4.00 hrs. |
| 01/20/10 | Research re FCC regulatory issues re ownership consolidation and compliance (1.0); prepare memorandum re application requirements for ownership certification and telephone conference with senior lenders' counsel (0.6); telephone conference with S. Sheehan re FCC/Hill lobbying initiatives re application grant (0.3). | |
|  | J. Feore | 1.90 hrs. |
| 01/20/10 | Revise memorandum on Angelo Gordon, et al. consolidated certification proposal (0.8); review proposed agenda for conference with FCC counsel to senior lenders (0.2). | |
|  | J. Logan | 1.00 hrs. |
| 01/20/10 | Review Wiley Rein list of open items for January 22 counsel call (0.3); email same to E. Washburn (0.1); preparation for and participate in conference call with E. Washburn and Hartford market representatives re updating cross-ownership waiver and positive public interest examples (1.5); telephone conference with E. Washburn re updates for all markets and preparation for January 22 counsel call (0.4). | |
|  | M. Swanson | 2.30 hrs. |
| 01/21/10 | Review agenda and issues for telephone conference with lenders' counsel (0.6); work on updates to waiver request (0.9); review lenders' proposal re bifurcated bankruptcy proceeding and resolution re FCC issues raised (1.5). | |
|  | J. Feore | 3.00 hrs. |
| 01/21/10 | Prepare memorandum re Angelo Gordon proposal for consolidated foreign ownership certifications (0.9); review and revise draft agenda for meeting with senior lenders' counsel (0.3); telephone conference with T. Davidson (counsel to Angelo Gordon) re proposal for consolidated foreign ownership certification (0.4). | |
|  | J. Logan | 1.60 hrs. |
| 01/21/10 | Email E. Washburn re Chicago draft for circulation (0.2); review S. Sheehan email re draft and reply to same (0.2); email S. Farber re WGN-TV articles (0.2); review same (0.2). | |
|  | M. Swanson | 0.80 hrs. |
| 01/22/10 | Review proposal for subsidiaries only to move forward with bankruptcy (0.6); review open issues with senior lenders' FCC counsel re status and timing of FCC foreign ownership and media ownership certifications (1.3); review and revise documentation re same (0.9). | |

Tribune Company

|  |  |  |
|---|---|---|
| | C. Burrow | 2.80 hrs. |
| 01/22/10 | Conference call with lenders' counsel regarding FCC applications for assignment of broadcast licenses in bankruptcy. | |
| | J. Rademacher | 1.10 hrs. |
| 01/22/10 | Telephone conference with Wiley team re FCC application and waiver preparation and timing issues (1.0); telephone conference with S. Sheehan re lobbying issues for FCC and Hill (0.3); review proposal to restructure Tribune subsidiaries and FCC impacts and possible regulatory issues (1.7). | |
| | J. Feore | 3.00 hrs. |
| 01/22/10 | Prepare for telephone conference with counsel to senior lenders re timeline and waiver exhibit updates (0.5); telephone conference with senior lenders' counsel re foreign ownership certification procedures, media ownership certifications and Angelo Gordon proposal for consolidated certifications (0.9); review and analyze proposal by lender group for separate bankruptcy plans for Tribune and subsidiaries (0.8); review proposal for internal restructuring of Tribune subsidiaries (0.3). | |
| | J. Logan | 2.50 hrs. |
| 01/22/10 | Telephone conference with J. Fiorini re need to update Hartford duopoly and Indianapolis satellite showings (0.2); preparation for and telephone conference with Wiley Rein lawyers re FCC application status issues, including waiver updates (1.8); telephone conference with S. Sheehan re FCC notice of inquiry and 2010 quadrennial review (0.4); telephone conference with E. Washburn re Wiley Rein call (0.1); email E. Reed (Wiley) re BIA updating (0.1); review re FCC spectrum comment preparation (0.3); telephone conference with B. Bertolomino re waiver update (0.1); email J. Levine re same (0.1); preparation for and telephone conference with E. Reed (Wiley) and M. Fratrik (BIA) re BIA updating (0.7); telephone conference with E. Washburn re BIA updating and transferee issues (0.3); emails with station staff re updating and deadline (0.2). | |
| | M. Swanson | 4.30 hrs. |
| 01/23/10 | Review Tribune restructuring memo and change in licensee subsidiaries prepared by Sidley (0.9); research FCC processing and timing issues necessary for applications and impact on existing waivers (0.6). | |
| | J. Feore | 1.50 hrs. |
| 01/23/10 | Review agenda re next FCC ownership hearings and research panelists (0.2); email same to E. Washburn (0.1). | |
| | M. Swanson | 0.30 hrs. |
| 01/24/10 | Review M. Fratrik (BIA) reports to determine areas and points for updating. | |
| | M. Swanson | 2.30 hrs. |

February 23, 2010                                      Page 9

Tribune Company                                        Invoice 521299

| 01/24/10 | Prepare reply comments regarding FCC proposal to reallocate broadcast spectrum to mobile broadband services. | | $3,456.00 |
| | S. Patrick | 6.40 hrs. | |

01/25/10    Review FCC issues re two-plan proposal (0.4); review issues re media ownership and foreign ownership certifications (0.7).
            C. Burrow                                  1.10 hrs.

01/25/10    Research re failing station waiver cases (0.5); draft comments re same (0.1).
            J. Pila                                     0.60 hrs.

01/25/10    Telephone conference with J. Fiorini and J. Rheim (lenders' counsel) regarding Hartford duopoly and Indianapolis satellite waiver requests (0.6); research regarding cross-ownership waiver requests (0.7).
            J. Rademacher                              1.30 hrs.

01/25/10    Telephone conference with Wiley and Tribune re two-plan bankruptcy proposal and FCC issues (0.6); review possible delays in implementing plan (0.5); review subsidiary proposal and restructuring plan (0.7); prepare memorandum re open issues re same (1.2).
            J. Feore                                   3.00 hrs.

01/25/10    Review proposal for internal reorganization of Tribune re potential FCC issues (0.8); prepare memorandum re FCC points in proposed internal reorganization (0.9); review issues re proposed dual bankruptcy plan (0.6).
            J. Logan                                   2.30 hrs.

01/25/10    Review re ratings update (0.2); review re Miami awards update (0.1); prepare for and telephone conference with J. Fiorini (Wiley) and J. Riehm (Wiley) re Indianapolis and Hartford "shell" updates (1.4); email to E. Washburn re spectrum reply draft (0.1); exchange emails with B. Berlamino re updates (0.2).
            M. Swanson                                 2.00 hrs.

01/26/10    Review Wiley Rein edits to draft articles and warrants (1.2); correspondence with Wiley Rein re same (0.3); review and revise talking points re proposed dual plan structure (1.2).
            C. Burrow                                  2.70 hrs.

01/26/10    Analysis of lenders' counsel regarding suggested revisions of Indianapolis satellite waiver request.
            J. Rademacher                              0.30 hrs.

01/26/10    Telephone conference with Tribune (E. Washburn) and Sidley (M. Schneider) re restructuring FCC applications, timing and filing issues (0.9); telephone conference with Tribune (D. Liebentritt) and Sidley (B. Krakauer) re two-plan bankruptcy filing and FCC issues (0.9); review plan proposals and impact on FCC actions (1.5).
            J. Feore                                   3.30 hrs.

Tribune Company

| | | |
|---|---|---|
| 01/26/10 | Prepare memorandum re FCC questions and issues re two-step bankruptcy plan (0.9); revise memorandum re FCC issues in two-step bankruptcy plan (0.7); review structure charts and memoranda from Sidley in preparation for conference with Sidley on FCC issues in proposed reorganization of subsidiaries (0.8); telephone conference with D. Schneider (Sidley) re FCC issues in obtaining necessary agency consents for proposed reorganization (0.6); prepare correspondence to J. Boelter, et al. re memorandum on FCC issues in two-step plan proposed by lender group (0.2); telephone conference with J. Boelter re structure for proposed two-step plan for separate emergence of subsidiaries and parent from bankruptcy (0.8). | |
| | J. Logan | 4.00 hrs. |
| 01/26/10 | Telephone conference with J. Fiorini (Wiley) re two-step plan questions (0.2); prepare for and telephone conference with E. Reed (Wiley), J. Fiorini and M. Fratrik (BIA) re updating BIA reports (1.3); telephone conference with M. Fratrik re contract terms (0.2); telephone conference with E. Washburn re same (0.3); telephone conference with J. Stenger (Chadbourne) re update (0.2); prepare for and telephone conference with Sidley bankruptcy lawyers re structure (1.8); review re market updates (0.6). | |
| | M. Swanson | 4.60 hrs. |
| 01/27/10 | Telephone conference with Wiley team re two-step bankruptcy plan (0.7); review revised disclosure statement provisions (0.8); conference with S. Sheehan re waiver requests and lobbying efforts (0.2); review memorandum re restructuring and issues related to pro forma applications (0.8). | |
| | J. Feore | 2.50 hrs. |
| 01/27/10 | Review memorandum from Sidley & Austin re proposed reorganization of subsidiaries (0.3); prepare for telephone conference with Wiley firm re two-step bankruptcy structure proposal (0.5); telephone conference with Wiley firm re FCC issues in connection with proposed two-step bankruptcy plan (0.8); review correspondence from M. Heller (Wiley Rein) re FCC issues in connection with draft articles of incorporation (0.2). | |
| | J. Logan | 1.80 hrs. |
| 01/27/10 | Emails to and telephone conferences with E. Washburn re preparation of spectrum comments (0.8); telephone conference with M. Fratrik (BIA) re contract addendum (0.1); email to M. Fratrik re same (0.2); review FCC media ownership hearing excerpt and email to client re same and MMTC cross-ownership support (0.6); prepare for and telephone conference with Wiley attorneys re applicant structure (1.4); review re new ratings issue and market factual updates (2.9). | |
| | M. Swanson | 6.00 hrs. |
| 01/28/10 | Review and revise disclosure statement draft (1.7); telephone conferences and correspondence with K. Mills re same (0.8). | |

February 23, 2010                                            Page 11

Tribune Company                                    Invoice 521299

| | C. Burrow | 2.50 hrs. |

01/28/10    Telephone conference with E. Washburn, C. Sennet, D. Corsini, J. Ball and J. Moczulski regarding update to Los Angeles market narrative for newspaper/broadcast cross-ownership waiver (0.9); prepare New York market update regarding newspaper/broadcast cross-ownership waiver request (1.7); prepare Chicago market update regarding newspaper/broadcast cross-ownership waiver request (0.4); prepare Los Angeles market update regarding newspaper/broadcast cross-ownership waiver request (0.4); prepare Hartford market update regarding newspaper/broadcast cross-ownership waiver request (0.4); prepare Miami market update regarding newspaper/broadcast cross-ownership waiver request (0.4).

| | J. Rademacher | 4.20 hrs. |

01/28/10    Update revised disclosure statement draft (0.8); conference re amended certificate for Tribune and review proposed changes from DPW (0.5).

| | J. Feore | 1.30 hrs. |

01/28/10    Review memorandum from Sidley re proposed restructuring of subsidiaries (0.4); review revised draft of FCC sections of plan and disclosure statement from Sidley (0.3); review revised timeline on assessments for stock allotment from Sidley (0.3).

| | J. Logan | 1.00 hrs. |

01/28/10    Review re disclosure statement preparation and revisions (0.8); email to client re effect of "must carry" cert petition (0.2); review re Hartford emails with factual updates (0.6); email to client re FCC ownership hearing in South Carolina (0.1); prepare for and telephone conference with E. Washburn and KTLA staff re Los Angeles factual update (2.4); telephone conference with E. Washburn re other market factual changes (0.6).

| | M. Swanson | 4.70 hrs. |

01/29/10    Review Davis Polk revised timeline re FCC issues (0.9); review draft disclosure statement re same (0.8); review company edits to disclosure statement FCC sections and incorporate same (0.8).

| | C. Burrow | 2.50 hrs. |

01/29/10    Correspondence with E. Washburn regarding outstanding tasks for cross-ownership waiver requests (0.9); correspondence with H. Segal concerning Chicago Tribune employment data regarding Chicago cross-ownership waiver request (0.4); correspondence with M. Wilkie, G. Caputo and S. Farber concerning outstanding tasks for WGN-TV regarding Chicago market cross-ownership waiver request (0.8); telephone conference with M. Wilkie, G. Caputo and S. Farber regarding same (0.9); correspondence with M. Fratrik (BIA) regarding Hartford duopoly market study for Hartford market cross-ownership waiver request (0.4); telephone conference with T. Langmyer, K. Matheney and C. Meyerson regarding WGN(AM)

Tribune Company

|  |  |  |
|---|---|---|
|  | updates to Chicago market cross-ownership waiver request (1.0); preparation of updated Chicago market narrative regarding newspaper/broadcast cross-ownership waiver request (2.6). | |
|  | J. Rademacher | 7.00 hrs. |
| 01/29/10 | Review revisions to draft disclosure statement and update re FCC matters (0.5); conference with lenders' counsel re timeline on over certification and FCC compliance showing (0.4). | |
|  | J. Feore | 0.90 hrs. |
| 01/29/10 | Review revisions to plan draft and disclosure statement re FCC matters (0.9); review comments on draft plan from company counsel (0.6); review draft timeline on foreign ownership questionnaires and allotment of stock and warrants (0.8). | |
|  | J. Logan | 2.30 hrs. |
| 01/29/10 | Prepare for and telephone conference with E. Washburn, M. Wilke, S. Farber and G. Caputo re Chicago TV factual update (1.0); exchange emails with J. Fiorini (Wiley) re Hartford drafting issues (0.2); review and revise New York City waiver request (0.6); review and revise BIA contract and email same to client (1.1); review new "failing waiver" case (0.4); exchange emails with E. Washburn and J. Fiorini re same (0.2); prepare for and telephone conference with E. Washburn and T. Langmyer and staff re Chicago radio update (1.4); telephone conference with E. Washburn re New York City waiver issues (0.2); telephone conference with J. Houseman re same (0.2). | |
|  | M. Swanson | 5.30 hrs. |
| 01/30/10 | Prepare update to Miami market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (1.8); prepare update to Los Angeles market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (2.6); prepare update to New York market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (2.5). | |
|  | J. Rademacher | 6.90 hrs. |
| 01/30/10 | Review disclosure statement and discussion of existing Tribune waivers and extensions (0.8); research re transferability of pending appeals and impact of long-form applications (0.5). | |
|  | J. Feore | 1.30 hrs. |
| 01/30/10 | Review and revise Miami waiver request and exhibits (2.9); review and revise Chicago waiver request and exhibits (1.8); review re effect of "Future of Media" proceeding on waiver request content (0.9). | |
|  | M. Swanson | 5.60 hrs. |
| 01/31/10 | Prepare update to Miami market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (1.2); prepare update to Los Angeles market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (2.9); prepare update to New York market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (2.9); prepare | |

February 23, 2010                                        Page 13

Tribune Company                                          Invoice 521299

update to Los Angeles market public interest narrative regarding
newspaper/broadcast cross-ownership waiver request (3.0); prepare
update to Hartford market public interest narrative regarding
newspaper/broadcast cross-ownership waiver request (0.6).

J. Rademacher                                  10.60 hrs.

01/31/10      Review E. Washburn comments on disclosure statement (0.9);
              review and revise disclosure statement (2.1); review re strategic
              waiver options and scope (1.0); emails to E. Washburn re same and
              disclosure statement changes (0.9); review market factual materials
              and changes to cross-ownership waivers (1.7).

M. Swanson                                     6.60 hrs.

## BILLING SUMMARY

|            | Hours  |
|------------|--------|
| BURROW     | 32.10  |
| FEORE      | 44.30  |
| LOGAN      | 36.60  |
| PATRICK    | 6.40   |
| SWANSON    | 65.20  |
| RADEMACHER | 42.80  |
| PILA       | 0.90   |
| TOTAL      | 228.30 |

Fees for Professional Services .......................................................... $      136,210.50

| COURIER SERVICE      | $ | 53.56  |
|----------------------|---|--------|
| INFORMATION SERVICES | $ | 127.05 |
| LEXIS-NEXIS          | $ | 423.55 |
| REPRODUCTION         | $ | 207.70 |
| TELEPHONE            | $ | 26.28  |

Total Reimbursable Costs .......................................................... $      838.14

Total Current Billing For This File .......................................... $   137,048.64

Our File # 08656.0101          For Services Through January 31, 2010
Retention and Fee Applications

01/04/10          Preparation of second interim fee application.

February 23, 2010                                    Page 14

Tribune Company                                Invoice 521299

|  | C. Meazell | 1.60 hrs. |
|---|---|---|
| 01/06/10 | Preparation of 7th monthly fee application and exhibits thereto (1.5); research regarding potential new retention matters (0.3); research regarding billing format issues (0.4). | |
|  | C. Meazell | 2.20 hrs. |
| 01/07/10 | Preparation of 7th monthly fee application and exhibits thereto (1.3); telephone conference with J. Decker (Stuart Maue) regarding same (0.1). | |
|  | C. Meazell | 1.40 hrs. |
| 01/08/10 | Preparation of 2d interim fee application (0.6); preparation of 7th monthly fee application and exhibits thereto (1.1). | |
|  | C. Meazell | 1.70 hrs. |
| 01/11/10 | Preparation of 2d interim fee application. | |
|  | C. Meazell | 1.30 hrs. |
| 01/13/10 | Preparation of 7th monthly fee application and exhibits thereto. | |
|  | C. Meazell | 1.30 hrs. |
| 01/15/10 | Preparation of 7th monthly fee application and exhibits thereto. | |
|  | C. Meazell | 0.60 hrs. |
| 01/22/10 | Review docket regarding CNO (0.1); prepare correspondence to Tribune regarding same (0.2). | |
|  | C. Meazell | 0.30 hrs. |
| 01/25/10 | Finalize 7th monthly fee application (1.2); preparation of correspondence to DE counsel regarding filing of same (0.3). | |
|  | C. Meazell | 1.50 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 11.90 |
| TOTAL | 11.90 |

Fees for Professional Services ........................................................ $     4,760.00

Total Current Billing For This File............................................... $     4,760.00

Total Current Billing for This Invoice........................................... $   141,808.64

# ☤ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law                                          T  202.776.2000  F  202.776.2222
Washington, DC | Atlanta, GA

---

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**


February 23, 2010


Tribune Company                                                        Invoice 521299
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016


Our File # 08656.0100          For Services Through January 31, 2010
FCC/Broadcast Matters
   Total Current Billing for This Invoice ........................................................... $          137,048.64


Our File # 08656.0101          For Services Through January 31, 2010
Retention and Fee Applications
   Total Current Billing for This Invoice ........................................................... $            4,760.00


   Total Current Billing for This Invoice ........................................................... $          141,808.64

Wire Instructions:

     Bank Name: Wachovia Bank, N.A.
     ABA Routing #:  0540-0122-0
         1300 I Street, NW
         Washington, DC  20005
     Account Name: Dow Lohnes Main Operating Account

# REMITTANCE COPY

Account #: 2000026604103
Swift Code: PNBPUS33
Reference: Client/Matter # and Invoice#

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 207.70 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 53.56 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 423.55 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 127.05 |
| Telephone Tolls | | 26.28 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **838.14** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.