# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.: 08-13141 (KJC) |
| TRIBUNE COMPANY, Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE  §
§  SS:
NEW CASTLE COUNTY  §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for Aurelius Capital management, L.P., for the above-captioned action, and that on the 9th day of February 2010, she caused copies of the following to be served upon the attached Service List via Hand Delivery upon Local Counsel and First Class Mail upon Out of Town Counsel.

- Objection to Motion of the Committee for Entry of Order Authorizing Filing of Exhibit Under Seal [Docket No. 3352]
- Motion for Expedited Consideration of Objection to Motion of the Committee for Entry of Order Authorizing Filing of Exhibit Under Seal [Docket No. 3353]

Dated: February 19, 2010

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

DEL 86,306,921v1 2-19-10

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Committee Counsel)

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel,
Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Debtors Counsel)

Thomas Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington DE 19801
(Spec Counsel to Committee)

Graeme Bush
Andrew Goldfarb
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington DC 20036
(Spec Counsel to Committee)