# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### January 1, 2010 through January 31, 2010

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 41.00 | $18,901.00 |
| Committee Meetings | 003 | 130.80 | 90,983.50 |
| Creditor Communications | 004 | 4.60 | 3,399.00 |
| Business Operations | 007 | 199.60 | 55,179.00 |
| Claims Administration/Bar Date | 009 | 13.90 | 5,763.50 |
| Fee/Retention Applications | 010 | 65.70 | 28,382.50 |
| Plan and Disclosure Statement | 011 | 6.60 | 4,112.00 |
| Employee Issues | 014 | 8.90 | 6,237.50 |
| Relief from Stay Issues | 015 | 78.10 | 45,716.00 |
| General Litigation | 017 | 68.70 | 41,532.50 |
| Non-Working Travel* | 018 | 10.20 | 3,279.50 |
| Review of PrePetition Financings | 019 | 3,124.20 | 1,657,178.50 |
| **Total** | | **3,672.30** | **$1,960,664.50** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                    For Services Through January 31, 2010
Our Matter #19804.002
            BANKRUPTCY GENERAL


01/04/10   D. BAVA           Review and analysis of docket          0.90 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.40); review, revise and finalize
                             case calendar based on current
                             docket entries (.20); post certain
                             materials to Intralinks (.30).

01/04/10   D. E. DEUTSCH     Meeting with David LeMay to            0.60 hrs.
                             discuss case action items (.2);
                             review last several daily reports,
                             pleadings therein and calendar
                             (.4).

01/05/10   D. E. DEUTSCH     Draft agenda for tomorrow's            0.40 hrs.
                             meeting with Debtors'
                             professionals (.2); discuss edits
                             to same with Kevin Lantry
                             (Debtors' counsel) (.2).

01/05/10   D. BAVA           Review and analysis of docket          0.40 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.20); review, revise and finalize
                             case calendar based on current
                             docket entries (.20).

01/06/10   D. BAVA           Review and analysis of docket          1.20 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.20); review, revise and finalize
                             case calendar based on current
                             docket entries (.20); post certain
                             material to Intralinks (.60);
                             correspondence with F. Panchak of
                             Landis, Rath & Cobb re: calendar
                             issues (.20).

01/06/10   D. M. LeMAY       Participate in weekly call with        0.80 hrs.
                             Debtors' professionals (.8).

01/06/10   M. ROITMAN       Preparation for (0.3) and               0.90 hrs.
                             attendance at Debtors'
                             professionals conference call
                             (0.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| 01/06/10 | D. E. DEUTSCH | Prepare for (.2) and participate in meeting with Debtors' team (.5); review last two daily reports, pleadings therein and calendar (.2). | 0.90 hrs. |

01/07/10   D. E. DEUTSCH   Discuss status and legal issues in        0.40 hrs.
                           multiple Committee memoranda with
                           Marc Roitman (.2) and Eric Daucher
                           (.2).

01/07/10   M. ROITMAN      Review of Docket Filings and Case         0.50 hrs.
                           Calendar (0.3); Meeting with D.
                           Deutsch re: same (0.2)

01/07/10   D. BAVA         Review and analysis of docket             1.70 hrs.
                           sheets, including Neil district
                           court litigation and adversary
                           proceeding re: daily case activity
                           (.60); review, revise and finalize
                           case calendar based on current
                           docket entries (.30); post certain
                           presentation materials to
                           Intralinks in preparation for
                           Committee meeting (.80).

01/08/10   D. BAVA         Review and analysis of docket             0.80 hrs.
                           sheets, including Neil district
                           court litigation and adversary
                           proceeding re: daily case activity
                           (.40); review, revise and finalize
                           case calendar based on current
                           docket entries (.20); post certain
                           material to Intralinks (.20).

01/08/10   D. E. DEUTSCH   Exchange e-mails with David LeMay         0.20 hrs.
                           re: U.S. Trustee request for
                           Committee information (.2).

01/10/10   D. E. DEUTSCH   Review last two daily reports,            1.20 hrs.
                           pleadings therein and calendar
                           (.3); review last week's meeting
                           notes for Creditors' Committee,
                           professionals and meeting with
                           Debtors and update action list
                           based on same (.6); post certain
                           material to Intralinks (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 01/11/10 | D. E. DEUTSCH | Meeting with Howard Seife to discuss various outstanding matters (.2); review daily pleading report, pleadings therein and calendar (.3). | 0.50 hrs. |
|---|---|---|---|
| 01/11/10 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 01/11/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain material to Intralinks (.20). | 0.80 hrs. |
| 01/12/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); Intralinks maintenance re: provide access to certain Committee members (.60). | 1.20 hrs. |
| 01/12/10 | M. ROITMAN | Draft outline on certain issues for 1/13 Debtor professional call. | 0.60 hrs. |
| 01/12/10 | D. E. DEUTSCH | Review and edit draft agenda for tomorrow's meeting with Debtors (.2). | 0.20 hrs. |
| 01/13/10 | D. E. DEUTSCH | Review yesterday's daily report, pleadings therein and calendar (.2); prepare for (.4) and participate in meeting with Debtors' counsel re: all pending matters (.4). | 1.00 hrs. |
| 01/13/10 | M. ROITMAN | Preparation for (0.2) and attendance at Debtors' professionals call (0.3). | 0.50 hrs. |
| 01/13/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); post certain | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    4

| | | | |
|---|---|---|---|
| | | materials to Intralinks (.60). | |
| 01/14/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials/memoranda to Intralinks (.60). | 1.40 hrs. |
| 01/15/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |
| 01/16/10 | D. E. DEUTSCH | Review last several pleading reports, pleadings therein and calendar (.4). | 0.40 hrs. |
| 01/18/10 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 01/18/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |
| 01/19/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 01/20/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.80). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 23, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    5


| 01/21/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain presentation materials to Intralinks in preparation for Creditors' Committee (.80). | 1.60 hrs. |
| --- | --- | --- | --- |
| 01/21/10 | D. E. DEUTSCH | Review recent daily reports, pleadings therein and calendar (.5). | 0.50 hrs. |
| 01/22/10 | D. E. DEUTSCH | Review calendar for next week's hearings (.2); draft e-mail to Sidley team (Kevin Lantry et al.) re: additional items to address for same (.2); review and update task list for Chadbourne team (.4). | 0.80 hrs. |
| 01/22/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10). | 0.50 hrs. |
| 01/23/10 | D. E. DEUTSCH | Review yesterday's daily report, pleadings therein and calendar (.2). | 0.20 hrs. |
| 01/25/10 | D. E. DEUTSCH | Meeting with Howard Seife and David LeMay re: various case matters (.7); exchange e-mails with Marc Roitman re: scheduling/agenda for possible meeting with Committee professionals (.3); exchange e-mails with David LeMay re: unusual court filing activity (.2). | 1.20 hrs. |
| 01/25/10 | M. ROITMAN | Review of minute entry and Stipulation in Neil Adversary Proceeding (0.2); Review of various Orders entered in Tribune main docket (0.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| | | | |
|---|---|---|---|
| 01/25/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); review files re: affidavit filed in support of petition (.20). | 0.80 hrs. |
| 01/25/10 | D. M. LeMAY | Review all latest court filings. | 0.20 hrs. |
| 01/26/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post specific materials to Intralinks (.20); preparation of hearing materials re: matters before the Court on January 27, 2010 (1.30); preparation of materials for January 28 hearing. (.80). | 3.10 hrs. |
| 01/26/10 | M. ROITMAN | Draft and Circulate Agenda for 1/27 call with Debtors' professionals (0.3); exchange additional emails with Debtors' counsel re call schedule (0.3). | 0.60 hrs. |
| 01/26/10 | H. SEIFE | Review various court pleadings. | 0.30 hrs. |
| 01/26/10 | D. E. DEUTSCH | Review court postings related to Wednesday's omnibus hearing (.2): review revised agenda (.1) and discuss creating hearing materials with David Bava (.1); exchange e-mails with Howard Seife re: schedule/agenda for meeting with Debtors tomorrow (.2). | 0.60 hrs. |
| 01/27/10 | D. E. DEUTSCH | Review materials to prepare for today's omnibus hearing (1.3); participate in hearing (.9); discuss various open case matters with Kevin Lantry (.2); e-mail Marc Roitman re: posting alert for Committee (.1). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     7


| Date | Name | Description | Hours |
|---|---|---|---|
| 01/27/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.40). | 1.30 hrs. |
| 01/28/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20). | 0.70 hrs. |
| 01/29/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 01/29/10 | D. E. DEUTSCH | Conference with Howard Seife to discuss various pending Tribune projects (.2); review last three pleading reports, filings therein and the court calendar (.5). | 0.70 hrs. |

**Total Fees for Professional Services.............    $18,901.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page     8

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 3.60 | 3078.00 |
| H. SEIFE | 965.00 | .30 | 289.50 |
| D. E. DEUTSCH | 695.00 | 12.30 | 8548.50 |
| D. BAVA | 270.00 | 21.40 | 5778.00 |
| M. ROITMAN | 355.00 | 3.40 | 1207.00 |
| TOTALS | | 41.00 | 18901.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                              For Services Through January 31, 2010

Our Matter #19804.003
              COMMITTEE MEETINGS


01/04/10   H. SEIFE          Preparation for presentation to      1.70 hrs.
                             Committee at Committee meeting.

01/04/10   M. ROITMAN        Draft Agenda for 1/6 Committee        0.50 hrs.
                             Professionals' Conference Call
                             (0.1); Draft Agenda for 1/7
                             Creditors' Committee Meeting (0.4)

01/04/10   D. E. DEUTSCH     Review case action notes/files        0.70 hrs.
                             (.2) and draft edits to Committee
                             agenda for Thursday (.2);
                             telephone conversation with Thomas
                             McCormack to discuss presentation
                             for Committee on third party
                             claims (.3).

01/05/10   D. E. DEUTSCH     Draft agenda for tomorrow's          1.10 hrs.
                             rescheduled meeting with Committee
                             professionals (.3); edit draft
                             agenda for Thursday's Committee
                             meeting (.2): draft e-mail to
                             Committee chairs on same (.1);
                             review and respond to inquiry from
                             Wayne Smith (Warner Brothers) re:
                             same (.2); exchange e-mails with
                             Committee chairs and counsel re:
                             amendment to agenda and other
                             matters (.3).

01/05/10   M. ROITMAN        Draft and Circulate Agenda for 1/6    0.80 hrs.
                             Committee Professionals'
                             Conference Call (0.3); revise and
                             Circulate Agenda for 1/7
                             Creditors' Committee Meeting (0.5).

01/05/10   H. SEIFE          Prepare for Committee meeting         2.40 hrs.
                             (1.9); conference with Sidley
                             regarding presentation (.5).

01/06/10   H. SEIFE          Prepare for 1/17 Committee meeting    3.00 hrs.
                             (2.3); emails with JPM,
                             Centerbridge regarding scheduling
                             presentations (.7).

01/06/10   H. LAMB           Reviewing scheduling for             4.30 hrs.
                             presentations at Jan. 7 Committee
                             meeting (.6); emails with meeting
                             attendees regarding scheduling
                             (.9); emails with meeting

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | attendees regarding materials for meeting (.7); prepare materials for meeting (1.4); conferences with D.Deutsch regarding Committee meeting (.4); conferences with H.Seife regarding meeting (.3). |  |
| 01/06/10 | D. M. LeMAY | Participate in weekly call of Committee professionals (.9). | 0.90 hrs. |
| 01/06/10 | M. ROITMAN | Preparation for (0.1) and attendance at Committee Professionals' conference call (1.0); prepare internal Agenda for 1/7 Creditors' Committee Meeting (0.3); Correspondence with A. Leung (AlixPartners) and Helen Lamb re: AP Weekly Report (0.1); Prepare materials for 1/7 Creditors' Committee Meeting (0.9). | 2.40 hrs. |
| 01/06/10 | D. E. DEUTSCH | Prepare for (.4) and participate in part of Committee professional meeting (.7); exchange e-mails with David Rosner re: tomorrow's presentation (.2); exchange e-mails (.1) and hold call with Damian Schaible re: tomorrows' presentation (.2); exchange e-mails with Lazard (Debtors' investment banker) re: tomorrows' presentation issues (.2); discuss Committee meeting issues with Helen Lamb (.3); revise Committee agenda (.1); draft posting note for Committee agenda (.1); outline notes for tomorrow's Committee meeting (.4); review presentation materials provided by Debtors and Senior Lenders (.5). | 3.20 hrs. |
| 01/07/10 | D. E. DEUTSCH | Edit posting notes on Committee materials (.3); prepare notes/outline for Committee meeting (1.1); participate in part of Committee meeting (5.4). | 6.80 hrs. |
| 01/07/10 | M. ROITMAN | Preparation for (0.4) and record minutes at 1/7 Creditors' Committee Meeting (7.5); Correspondence with H. Lamb re: Committee member issue (0.1). | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 01/07/10 | N. T. ZINK | Attend lender presentation (1.6). | 1.60 hrs. |
|---|---|---|---|
| 01/07/10 | M. D. ASHLEY | Attended part of Committee meeting regarding presentations by Debtors, lenders and bondholders (6.9). | 6.90 hrs. |
| 01/07/10 | H. SEIFE | Preparation for Committee meeting (1.8); attend in-person meeting of Committee with series of presentations (6.8). | 8.60 hrs. |
| 01/07/10 | D. M. LeMAY | Review Centerbridge, Debtors and Senior Lenders presentations to Committee (1.4).  Participate (partially) in in-person Committee meeting (2.5). | 3.90 hrs. |
| 01/11/10 | M. ROITMAN | Draft Minutes for 1/7 Committee meeting (0.7); Draft and circulate Agenda for 1/12 Committee Professionals conference call (0.7). | 1.40 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review and edit draft meeting agenda for Committee professionals (.2). | 0.20 hrs. |
| 01/12/10 | D. E. DEUTSCH | Prepare for (.2) and participate in meeting with Committee professionals re: bankruptcy and litigation matters (.9); draft memorandum to Committee re: Thursday's Committee meeting matters (.3); review related e-mails from Committee members Jay Teitelbaum (.1) and Damian Schaible (.1). | 1.60 hrs. |
| 01/12/10 | M. ROITMAN | Draft and Circulate Agenda for 1/14 Creditors' Committee Meeting (0.4); Preparation for (0.2) and attendance at Committee Professionals' conference call (1.0); | 1.60 hrs. |
| 01/12/10 | H. SEIFE | Prepare for Committee meeting. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4

| | | | |
|---|---|---|---|
| 01/12/10 | M. D. ASHLEY | Attend Committee professionals meeting regarding status of investigation. | 1.10 hrs. |
| 01/12/10 | D. M. LeMAY | Revise agenda for next meeting. | 0.10 hrs. |
| 01/13/10 | H. SEIFE | Preparation for Committee meeting. | 1.50 hrs. |
| 01/13/10 | M. ROITMAN | Preparation for 1/14 Creditors' Committee Meeting (0.2). | 0.20 hrs. |
| 01/13/10 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: adding item to tomorrow's agenda (.2); e-mail Moelis team re: providing presentation at tomorrow's Committee meeting on Food Network related matter (.1). | 0.30 hrs. |
| 01/14/10 | D. E. DEUTSCH | Prepare for presentation at Committee meeting (.7) and participate in Committee meeting (2.0). | 2.70 hrs. |
| 01/14/10 | M. ROITMAN | Prepare for (0.9) and record Minutes at 1/14 Creditors' Committee Meeting (2.1); Revise 1/7 Creditors' Committee Meeting Minutes (0.1) | 3.10 hrs. |
| 01/14/10 | H. SEIFE | Prepare for Committee meeting (1.8); meeting with Committee (2.0). | 3.80 hrs. |
| 01/14/10 | D. M. LeMAY | Prepare for (1.2) and participate in (2.0) meeting of the Committee. | 3.20 hrs. |
| 01/14/10 | M. D. ASHLEY | Attended part of Committee meeting regarding investigation (1.5). | 1.50 hrs. |
| 01/18/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman and Howard Seife related to agenda for tomorrow's Committee professional meeting (.3). | 0.30 hrs. |
| 01/18/10 | H. SEIFE | Review of draft slides for Committee presentation (1.0); prepare for Committee meeting (1.7). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     5


| | | | |
|---|---|---|---|
| 01/18/10 | M. ROITMAN | Draft and circulate agenda for 1/19 Tribune Committee Professionals' Meeting (0.2) | 0.20 hrs. |
| 01/18/10 | N. T. ZINK | Prepare presentation for January 21 creditors' committee meeting (1.0). | 1.00 hrs. |
| 01/19/10 | M. ROITMAN | Prepare final internal and external agendas for 1/21 Creditors' Committee Meeting (0.5). | 0.50 hrs. |
| 01/19/10 | H. SEIFE | Preparation for Committee meeting. | 1.80 hrs. |
| 01/19/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman and, in part, David LeMay re: topics for this week's Committee meeting agenda/schedule (.2); exchange e-mails with Gabrielle Davis (Buena Vista) re: this week's Committee meeting (.1). | 0.30 hrs. |
| 01/19/10 | D. M. LeMAY | Revise agenda for next meeting. | 0.20 hrs. |
| 01/20/10 | H. LAMB | Preparation of handout materials for 1/21 in-person Committee meeting (2.2); conferences and emails with attendees regarding same (.8). | 3.00 hrs. |
| 01/20/10 | D. E. DEUTSCH | Exchange e-mails with Graeme Bush and Andrew Goldfarb re: presentation for tomorrow's Committee meeting (.2); review and edit chart for Committee on depositions (.2); prepare outline of issue for tomorrow's Committee meeting (.3). | 0.70 hrs. |
| 01/20/10 | H. SEIFE | Preparation for Committee meeting. | 2.50 hrs. |
| 01/20/10 | M. ROITMAN | Post memo and agenda for 1/21 Creditors' Committee Meeting. | 0.50 hrs. |
| 01/20/10 | N. T. ZINK | Prepare presentation for Committee meeting (.8). | 0.80 hrs. |
| 01/21/10 | N. T. ZINK | Prepare for committee meeting (.8); attend committee meeting (3.7). | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    6

| | | | |
|---|---|---|---|
| 01/21/10 | M. ROITMAN | Preparation for (0.9) and record minutes at 1/21 Creditors' Committee meeting (4.1); | 5.00 hrs. |
| 01/21/10 | H. SEIFE | Preparation for Committee meeting (.9); attend in-person Committee meeting (3.8). | 4.70 hrs. |
| 01/21/10 | D. E. DEUTSCH | Review materials for Committee meeting (.3); participate in part of Committee meeting (2.4). | 2.70 hrs. |
| 01/21/10 | D. M. LeMAY | Attend (in part) in-person meeting of the Committee. | 3.10 hrs. |
| 01/21/10 | M. D. ASHLEY | Attended professional meeting regarding preparation for Committee meeting (1.0); attending part of Committee meeting regarding status of investigation (3.2). | 4.20 hrs. |
| 01/25/10 | M. ROITMAN | Draft and circulate email re: 1/26 Tribune Committee Professionals' Meeting (0.6) | 0.60 hrs. |
| 01/26/10 | M. ROITMAN | Revise and post final agenda for 1/28 Creditors' Committee Meeting (0.4); Draft Minutes for 1/14 Creditors' Committee Meeting (0.6); Draft Minutes for 1/21 Creditors' Committee Meeting (0.8). | 1.80 hrs. |
| 01/26/10 | D. E. DEUTSCH | Review and edit agenda for Thursday's Committee meeting (.2). | 0.20 hrs. |
| 01/26/10 | H. SEIFE | Prepare for Committee meeting. | 1.10 hrs. |
| 01/27/10 | H. SEIFE | Preparation for Committee call. | 2.30 hrs. |
| 01/27/10 | M. ROITMAN | Circulate agenda for 1/28 Creditors' Committee Meeting (0.1); Preparation for 1/28 Committee Meeting (0.3); Draft email to Committee re: update on Committee Meeting (0.2) | 0.60 hrs. |
| 01/28/10 | M. ROITMAN | Preparation for (0.2) and record minutes at 1/28 Creditors' Committee Meeting (1.3); Call with N. Thomas (Kirkland) re: Committee Meeting (0.1) | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    February 23, 2010
435 N. MICHIGAN AVENUE                           Invoice ******
CHICAGO, IL 60611                                Page    7


01/28/10   H. SEIFE          Preparation for Committee meeting      3.10 hrs.
                             (1.6); conduct Committee meeting
                             (1.5).


          **Total Fees for Professional Services**.............   $90,983.50




### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 11.40 | 9747.00 |
| H. SEIFE | 965.00 | 40.90 | 39468.50 |
| N. T. ZINK | 795.00 | 7.90 | 6280.50 |
| M. D. ASHLEY | 645.00 | 13.70 | 8836.50 |
| D. E. DEUTSCH | 695.00 | 20.80 | 14456.00 |
| H. LAMB | 270.00 | 7.30 | 1971.00 |
| M. ROITMAN | 355.00 | 28.80 | 10224.00 |
| TOTALS | | 130.80 | 90983.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page    1

For Services Through January 31, 2010

Our Matter #19804.004
         CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 01/04/10 | D. E. DEUTSCH | Review inquiry from counsel to Committee member (Jay Teitlebaum) (.1); e-mail Alan Holtz to follow-up on same (.1); two calls with David Adler (Deutsche counsel) re: tomorrow's LBO meeting (.2). | 0.40 hrs. |
| 01/05/10 | D. E. DEUTSCH | Exchange e-mails with Gabrielle Davis (Buena Vista) re: Committee-related inquiry (.2). | 0.20 hrs. |
| 01/06/10 | D. E. DEUTSCH | Review e-mail and voicemail request from counsel to Committee member (Wilmington Trust) (.1); follow-up e-mail response to same (.1); telephone conversation with David Adler (counsel to Deutsche Bank) re: various agenda matters (.1); exchange e-mails with Buena Vista re: various Committee matters (.2). | 0.50 hrs. |
| 01/06/10 | H. SEIFE | Emails with counsel for Wilmington Trust. | 0.30 hrs. |
| 01/07/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Buena Vista) (.1); exchange e-mails from JPMorgan counsel re: Committee related request (.1). | 0.20 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review inquiry from Nikki Thomas (Warner counsel) re: litigation professional issue (.2); telephone conversation with Nikki Thomas re: same (.1); exchange e-mails with Frank Anderson re: Thursday's Committee meeting (.2). | 0.50 hrs. |
| 01/13/10 | D. E. DEUTSCH | Call with Frank Anderson and Cassandra Burton (PBGC counsel) re: motion to appoint examiner (.4). | 0.40 hrs. |
| 01/13/10 | H. SEIFE | Telephone conference with J.Teitelbaum regarding case status. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| 01/19/10 | D. E. DEUTSCH | Respond to inquiry from Committee member Pat Healy (Wilmington Trust) (.1). | 0.10 hrs. |
| 01/20/10 | D. E. DEUTSCH | Telephone conversation with Larry Kraemer (counsel) re: client's personal injury claim against Tribune (.3); exchange e-mails with Guild's counsel (.1). | 0.40 hrs. |
| 01/21/10 | D. E. DEUTSCH | Conference with Craig Yamaoka re: various case questions (.2); exchange e-mails with Wilmington Trust re: today's Committee meeting matter (.1); exchange e-mails with Gabrielle Davis (Buena Vista) re: issue discussed at Committee meeting (.2). | 0.50 hrs. |
| 01/21/10 | H. SEIFE | Telephone conference with D.Goldin. | 0.30 hrs. |
| 01/27/10 | M. ROITMAN | Calls with N. Thomas (Warner Bros. counsel) re: Case Calendar question (0.2). | 0.20 hrs. |
| 01/27/10 | D. E. DEUTSCH | Exchange e-mails with Committee member re: inquiry on Zuckerman project (.1); e-mail Graeme Bush on same (.1). | 0.20 hrs. |

**Total Fees for Professional Services.............    $3,399.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    3
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 1.00 | 965.00 |
| D. E. DEUTSCH | 695.00 | 3.40 | 2363.00 |
| M. ROITMAN | 355.00 | .20 | 71.00 |
| TOTALS | | 4.60 | 3399.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 23, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    1

                                    For Services Through January 31, 2010

Our Matter #19804.007
            BUSINESS OPERATIONS


01/04/10   J. A. STENGER      Review briefs of FCC, Tribune,        3.30 hrs.
                              media parties and public interest
                              groups in Third Circuit of
                              November 25 to December 14
                              regarding lifting the stay of the
                              2008 NBCO rule amendments and
                              Court Order of December 17
                              directing parties to show cause
                              (1.8); office conference with M.
                              Strand regarding same and
                              regarding research for show cause
                              filings (0.5); office
                              correspondence to D. Deutsch
                              regarding same (0.5); telephone
                              conference with Debtor FCC counsel
                              regarding same (0.5).

01/04/10   H. SEIFE           Review of Alix weekly report.        0.30 hrs.

01/04/10   M. STRAND          Meetings w/ J. Stenger RE:           2.20 hrs.
                              Prometheus/3d Cir. proceeding in
                              which Tribune is involved (.6);
                              research Prometheus docket (.4)
                              and review filings and court
                              orders (1.2).

01/05/10   M. STRAND          Meetings w/ J. Stenger RE: review    6.20 hrs.
                              of 3d Cir Prometheus proceeding
                              (1.4); review filings on
                              Prometheus docket
                              supporting/challenging stay of the
                              NBCO rule applicable to Tribune
                              (1.8); research RE: case law on
                              staying agency decisions and the
                              DC Circuit's treatment of cases
                              challenging the NBCO rule (3).

01/05/10   H. SEIFE           Review of Moelis report.             0.30 hrs.

01/05/10   D. E. DEUTSCH      Exchange e-mail with Brad Hall re:   0.20 hrs.
                              Food Networks issue (.2).

01/05/10   J. A. STENGER      Prepare correspondence to Debtor     3.90 hrs.
                              FCC counsel regarding response to
                              Third Circuit show cause order
                              (0.7); office conference and
                              correspondence with M. Strand
                              regarding research regarding draft
                              response to show cause order

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2

|  |  |  |  |
|---|---|---|---|
| | | (0.6); research regarding same (2.6). | |
| 01/06/10 | J. A. STENGER | Office conference with M. Strand regarding research on show cause order (0.5); research regarding same (2.3); prepare correspondence to Debtor FCC counsel regarding same (0.4). | 3.20 hrs. |
| 01/06/10 | D. E. DEUTSCH | Review materials on working capital adjustment with Hearst (.2); e-mail Marc Roitman re: follow-up on same (.1). | 0.30 hrs. |
| 01/06/10 | M. STRAND | Meeting w/J. Stenger RE: 3d Cir Prometheus docket and related research (.3); further research RE: same (1.0) and summary of research into email w/ key points applicable to Tribune's position in transfer application relating to reorganization (3.3). | 4.60 hrs. |
| 01/07/10 | M. STRAND | Meeting w. J. Stenger RE: compiling foreign ownership research applicable to Tribune and summarizing status of present quadrennial review (.5); review prior cases and summaries of foreign ownership (1.3). | 1.80 hrs. |
| 01/07/10 | J. A. STENGER | Office conference with M, Strand regarding FCC 2010 quadrennial review of NBCO rule (0.5); research regarding same (1.7). | 2.20 hrs. |
| 01/08/10 | J. A. STENGER | Review Third Circuit briefs filed on January 7, 2010 in response to show cause order on lifting stay of 2008 NBCO rule amendments (1.3); prepare correspondence to D. Deutsch regarding same (0.2); office conference with M. Strand regarding same and regarding 2010 review research (0.5). | 2.00 hrs. |
| 01/08/10 | D. M. LeMAY | T/c w/Sidley and bank counsel regarding proposed Cooking Channel matter. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 01/08/10 | M. STRAND | Research foreign ownership issues (.7); research and review latest round of 3d Cir Prometheus filings and email to J. Stenger for his review (1.6); review and draft email summary of pleadings for J. Stenger review (1.8). | 4.10 hrs. |
| 01/10/10 | D. E. DEUTSCH | Review last two AlixPartners business/operations reports (.4); review materials on Third Circuit actions re: FCC rules (2.2). | 2.60 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review and edit memorandum to Committee on Debtors' motion re: insurance (.4); conference with Eric Daucher to discuss two motions filed by Debtors re: settlement of outstanding obligations (.2). | 0.60 hrs. |
| 01/11/10 | E. DAUCHER | Draft memoranda to the Committee re: Chadbourne's analysis of two motions to compromise claims under Rule 9019 filed by the Debtors. | 3.90 hrs. |
| 01/11/10 | M. ROITMAN | Draft Memo re: Tail Coverage (1.0). | 1.00 hrs. |
| 01/11/10 | D. M. LeMAY | T/cs w/Alix Partners (.2) and Moelis (.2) re: proposed Food Network transaction. | 0.40 hrs. |
| 01/11/10 | M. STRAND | Review docket and new filings in 3d Cir Prometheus case (.3); email to J. Stenger re: same (.2). | 0.50 hrs. |
| 01/12/10 | M. STRAND | Meet w/J.Stenger re: drafting second Committee memo (.2), review update email from J. Stenger RE: Tribune's position in Prometheus 3d Cir. proceeding (.2); research 2010 ownership review (.9). | 1.30 hrs. |
| 01/12/10 | B. G. CARSON | Review corporate organizational documents and SEC filings in connection with analysis of whether the Foundations and Chandler Trusts could be deemed to be controlling shareholders (2.2); discuss same with M. Alpert (.3). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4


| 01/12/10 | H. SEIFE | Review of AlixPartners report. | 0.40 hrs. |
|---|---|---|---|
| 01/12/10 | E. DAUCHER | Edit memoranda to the Committee re: two motions of Debtors to compromise claims under Rule 9019. | 2.50 hrs. |
| 01/12/10 | D. E. DEUTSCH | Review and revise memorandum to Committee re: settlement of Hearst sale/escrow account issue (.4); exchange e-mails with David LeMay re: new business opportunity being considered by Debtors' networks (.2). | 0.60 hrs. |
| 01/12/10 | D. E. DEUTSCH | Review and revise memorandum to Committee re: assumption of contract /compromise of claims with NBC Universal (.5); meeting with Eric Daucher to discuss additional analysis related to same (.2). | 0.70 hrs. |
| 01/12/10 | J. A. STENGER | Telephone conference with J. Feore regarding Third Circuit developments (0.6); research regarding same (0.6); prepare correspondence to D. Deutsch regarding same (0.3). | 1.50 hrs. |
| 01/13/10 | D. E. DEUTSCH | Review and edit two draft Committee memoranda from Eric Daucher re: business issues (.7); review FCC materials to prepare for (.2) and hold call with James Stenger re: FCC matters and presentation to Committee on same (.3). | 1.20 hrs. |
| 01/13/10 | M. STRAND | Research FCC's 2010 review of ownership rules in preparation of summary for Committee memo. | 1.80 hrs. |
| 01/13/10 | E. DAUCHER | Draft memos to committee re: two motions to compromise claims under Rule 9019 filed by the Debtors. | 2.20 hrs. |
| 01/14/10 | E. DAUCHER | Finalize memos to committee re: Debtors two motions to compromise claims under Rule 9019. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 23, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page     5


| 01/14/10 | M. STRAND | Research FCC 2010 ownership review (.8); call w/ J. Stenger RE: same (.2).  Draft memo and email to J. Stenger (.3) | 1.30 hrs. |
| 01/14/10 | H. SEIFE | Review of Moelis report. | 0.30 hrs. |
| 01/14/10 | D. E. DEUTSCH | Review and make final edits of two memoranda on business agreement compromises (.4); review and edit proposed Committee posting note(.1); exchange e-mails with Eric Daucher on same (.1). | 0.60 hrs. |
| 01/14/10 | D. E. DEUTSCH | Exchange e-mails with Marc Alpert re: required follow-up with Debtors related to Cubs transaction (.2). | 0.20 hrs. |
| 01/19/10 | M. STRAND | Meet w/ J. Stenger RE: summarizing 2010 review for Committee memo (.2), review FCC materials RE: same (1.4); research 3d Cir Prometheus filings for memo summary (.7). | 2.30 hrs. |
| 01/19/10 | D. M. LeMAY | Review proposed new confi language regarding Food Network (.1); e-mail J. Henderson (2x) regarding same (.2). | 0.30 hrs. |
| 01/20/10 | M. STRAND | Review and summarize FCC materials on 2010 review workshops for Committee memo. | 4.60 hrs. |
| 01/20/10 | J. A. STENGER | Office conference wtih M. Strand regarding second memorandum to creditors (0.3); research regarding same (2.8). | 3.10 hrs. |
| 01/20/10 | H. SEIFE | Review of Alix weekly report (.3); review of company year-end cash results (.3). | 0.60 hrs. |
| 01/20/10 | D. E. DEUTSCH | Exchange e-mails with Ken Kansa re: unresolved matter re: Cubs transaction (.2). | 0.20 hrs. |
| 01/21/10 | H. SEIFE | Review of Moelis weekly report. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| | | | |
|---|---|---|---|
| 01/21/10 | J. A. STENGER | Office correspondence with M. Strand regarding research on second memorandum to Committee (.5) and review draft summary of FCC 2010 review documents (.7). | 1.20 hrs. |
| 01/21/10 | M. STRAND | Review and summarize FCC 2010 review materials for Committee memo (3.1), meetings w/ J. Stenger RE: same (.6). | 3.70 hrs. |
| 01/21/10 | D. M. LeMAY | Revise Sidley proposed language regarding Food Network confi agreement and send to J. Henderson (.5).  T/c w/J. Henderson regarding same (.2). | 0.70 hrs. |
| 01/22/10 | M. STRAND | Call w/ J. Stenger re: summary of FCC 2010 ownership review for Committee memo (.2); review and summarize the same (4.1); review recent DC Cir cases on NBCO rule (.7). | 5.00 hrs. |
| 01/23/10 | M. STRAND | Review and revise summary of FCC 2010 ownership review. | 1.50 hrs. |
| 01/23/10 | D. E. DEUTSCH | Review proposal from Debtors to address Committee confidentiality issue on specific new deal for Tribune (.3). | 0.30 hrs. |
| 01/24/10 | M. STRAND | Review and revise 2010 FCC review summary for creditor's memo, email to J. Stenger. | 1.40 hrs. |
| 01/25/10 | J. A. STENGER | Research regarding second memo to Creditors' Committee on FCC matters (1.7); draft second memo to creditors' Committee regarding Third Circuit and FCC developments affecting Tribune FCC application for approval of reorganization (2.7); office conference with M Strand regarding same (0.3). | 4.70 hrs. |
| 01/25/10 | D. M. LeMAY | E-mail Moelis re: Food Network transaction. | 0.10 hrs. |
| 01/26/10 | J. A. STENGER | Revise second memo to Committee and send same to D. Deutsch. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 01/26/10 | M. STRAND | Review status of 3d Cir Prometheus proceeding/docket (.2); email J. Stenger FCC materials (.5). | 0.70 hrs. |
| 01/26/10 | D. FRIX | Review FCC transfer of control policies (.6) and implications of NBC-Comcast regarding media deals (.4). | 1.00 hrs. |
| 01/26/10 | N. SCANNAVINO | Review and analyze Food Networks related Partnership Agreement. | 2.20 hrs. |
| 01/26/10 | N. SCANNAVINO | Meeting with B. Carson regarding summary of Food Networks Partnership Agreement. | 0.50 hrs. |
| 01/27/10 | N. SCANNAVINO | Meeting with B. Carson regarding Partnership Agreement (.3); review and analyze Partnership Agreement and draft summary regarding same (5.4). | 5.70 hrs. |
| 01/27/10 | D. FRIX | Review FCC issues (1.4) and NBC-Comcast transfer request petition (1.1). | 2.50 hrs. |
| 01/27/10 | M. STRAND | Review and revise 2nd Committee memo (2.1); review status of Prometheus/3d Cir. docket (.1). | 2.20 hrs. |
| 01/27/10 | H. SEIFE | Review of AlixPartners weekly report. | 0.40 hrs. |
| 01/28/10 | H. SEIFE | Review of Moelis weekly report. | 0.30 hrs. |
| 01/28/10 | M. STRAND | Review 3d Cir Prometheus docket for any developments/recent filings. | 0.20 hrs. |
| 01/28/10 | N. SCANNAVINO | Review and analyze Food Networks related Partnership Agreement and draft summary regarding same. | 8.80 hrs. |
| 01/29/10 | N. SCANNAVINO | Review and revise summary of Food Networks related Partnership Agreement. | 1.80 hrs. |


**Total Fees for Professional Services.............    $55,179.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page     8

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 2.20 | 1881.00 |
| H. SEIFE | 965.00 | 2.90 | 2798.50 |
| J. A. STENGER | 495.00 | 25.80 | 12771.00 |
| B. G. CARSON | 475.00 | 2.50 | 1187.50 |
| D. E. DEUTSCH | 695.00 | 7.50 | 5212.50 |
| D. FRIX | 675.00 | 3.50 | 2362.50 |
| E. DAUCHER | 355.00 | 9.80 | 3479.00 |
| N. SCANNAVINO | 355.00 | 19.00 | 6745.00 |
| M. ROITMAN | 355.00 | 1.00 | 355.00 |
| M. STRAND | 405.00 | 45.40 | 18387.00 |
| TOTALS | | 119.60 | 55179.00 |