```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through January 31, 2010

Our Matter #19804.009
            CLAIMS ADMINISTRATION/BAR DATE


| | | | |
|---|---|---|---|
| 01/04/10 | H. SEIFE | Review email from US Trustee regarding claims trading. | 0.30 hrs. |
| 01/04/10 | D. E. DEUTSCH | Exchange e-mails with US Trustee re: claims trading issues (.2). | 0.20 hrs. |
| 01/06/10 | M. ROITMAN | Researching and drafting memo to Committee re: Debtors' Claims Objections (1.0). | 1.00 hrs. |
| 01/08/10 | M. ROITMAN | Continue work on memo re: Debtors' Claims Objections (1.8). | 1.80 hrs. |
| 01/11/10 | M. ROITMAN | Revise Memo re: Claims Objections (0.9). | 0.90 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review request/inquiry from U.S. Trustee re: Committee member transfer of claims (.2); draft response to same (.2). | 0.40 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review materials and memorandum on three Debtor objections to claims (.3); provide preliminary comments to Marc Roitman on memorandum (.2); review and revise final memorandum (.3). | 0.80 hrs. |
| 01/19/10 | M. ROITMAN | Review of Debtors' 14th and 15th Omnibus Claims Objections. | 0.40 hrs. |
| 01/25/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: analysis of new omnibus claims objections (.2). | 0.20 hrs. |
| 01/25/10 | M. ROITMAN | Begin drafting memo re: Debtors 14th-15th Omnibus Objections to Claims (0.8). | 0.80 hrs. |
| 01/26/10 | M. ROITMAN | Continue drafting memo re: Debtors 14th-15th Omnibus Objections to Claims (0.2). | 0.20 hrs. |
| 01/26/10 | D. E. DEUTSCH | Review background materials on certain former employee claims (.2); meeting with Eric Daucher to discuss required research related to same (.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 01/27/10 | A. HANESSIAN | Preparing materals for analysis of certain claims filed. | 3.10 hrs. |
| 01/29/10 | A. HANESSIAN | Prepare claims spreadsheet. | 1.30 hrs. |
| 01/29/10 | D. E. DEUTSCH | Review certain employee claims and related back-up materials (2.1). | 2.10 hrs. |


**Total Fees for Professional Services.............  $5,763.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | .30 | 289.50 |
| D. E. DEUTSCH | 695.00 | 4.10 | 2849.50 |
| A. HANESSIAN | 185.00 | 4.40 | 814.00 |
| M. ROITMAN | 355.00 | 5.10 | 1810.50 |
| TOTALS | | 13.90 | 5763.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through January 31, 2010

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| 01/04/10 | H. LAMB | Detailed review of billing proformas/time detail in preparation of monthly fee application (December). | 5.70 hrs. |
|---|---|---|---|
| 01/04/10 | D. E. DEUTSCH | Review ordinary course report and e-mail Marc Roitman on same (.1). | 0.10 hrs. |
| 01/05/10 | H. LAMB | Preparation of Fourth Interim Fee Application (2.0); review Fee Examiner's initial report on Committee's third, fourth, fifth and sixth expense requests (.2). | 2.20 hrs. |
| 01/05/10 | D. M. LeMAY | E-mail Landis regarding supplemental disclosure affidavit. | 0.30 hrs. |
| 01/06/10 | D. E. DEUTSCH | Review revised professional fee summary and make edits to same (.5); review Fee Examiner's preliminary objection related to Creditors' Committee fees (.3); discuss same and analysis with Helen Lamb (.2); call with Fee Examiner to discuss same (.1); draft related memorandum to Fee Examiner (.3); draft related note to file (.1); review and mark-up new retention letter for insolvency expert (.7). | 2.20 hrs. |
| 01/06/10 | M. ROITMAN | Correspondence with D. Deutsch, D. LeMay re: Fee Summary (0.3); Email to D. LeMay, D. Deutsch re: Fee Summary (0.1); Review docket and Update ordinary course professional affidavits chart (0.3). | 0.70 hrs. |
| 01/06/10 | E. DAUCHER | Draft supplemental disclosure affidavit. | 1.70 hrs. |
| 01/07/10 | M. ROITMAN | Draft Posting Note for 3rd Quarterly Fee Summary (0.2) | 0.20 hrs. |
| 01/07/10 | D. M. LeMAY | Review supplemental disclosure affidavit. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 01/08/10 | D. M. LeMAY | Complete and file supplemental disclosure affidavit. | 0.60 hrs. |
| 01/08/10 | E. DAUCHER | Revise supplemental disclosure affidavit. | 1.20 hrs. |
| 01/09/10 | H. LAMB | Further review of billing proformas/time detail in preparation of monthly fee application. | 4.70 hrs. |
| 01/10/10 | D. E. DEUTSCH | Review and edit quarterly fee application (.5). | 0.50 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review updated ordinary course professional chart (.4); e-mail Debtors' counsel (Jillian Ludwig) re: concern with same (.1); review materials on pending motion with Carey re: fee/retention issues (.2); e-mail Adam Landis and Howard Seife re: same (.2). | 0.90 hrs. |
| 01/11/10 | H. LAMB | Begin preparation of twelfth monthly fee application. | 2.40 hrs. |
| 01/11/10 | D. BAVA | Revise summary of fees for ordinary course professionals (.60). | 0.60 hrs. |
| 01/11/10 | M. ROITMAN | Meeting with D. Bava re: update to ordinary course professional chart (0.2); review of ordinary course professional chart and docket filings (1.1); Meeting with D. Deutsch re: same (0.2). | 1.50 hrs. |
| 01/12/10 | A. HANESSIAN | Assist in preparation of fee application | 1.10 hrs. |
| 01/12/10 | D. E. DEUTSCH | Preliminary review of Committee and Chadbourne Fee Examiner reports (.4); call with Fee Examiner (John Decker) re: concern with Committee report (.1). | 0.50 hrs. |
| 01/12/10 | H. SEIFE | Review of interim fee application. | 0.30 hrs. |
| 01/13/10 | H. LAMB | Review of expenses in preparation of monthly fee application (.7); follow-up on certain items (.8). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    3

| 01/14/10 | H. LAMB | Review of Fee Examiner's final report on Chadbourne's second inerim fee application (.5); review of Fee Examiner's final reports on Committee's third through sixth requests for expense reimbursement (.3). | 0.80 hrs. |
|---|---|---|---|
| 01/14/10 | E. DAUCHER | Research re: response to fee examiner's final reports for Chadbourne and Committee. | 1.10 hrs. |
| 01/15/10 | M. ROITMAN | Review Docket and update ordinary course professional chart (0.2) | 0.20 hrs. |
| 01/16/10 | D. E. DEUTSCH | Review Fee Examiner fee issue spreadsheet from report (.2): e-mail Howard Seife re: proposed next steps on same (.2); review weekly ordinary professional report (.2). | 0.60 hrs. |
| 01/18/10 | H. LAMB | Further preparation of monthly fee application. | 1.80 hrs. |
| 01/18/10 | D. E. DEUTSCH | Begin review and editing of draft December fee statement (1.9). | 1.90 hrs. |
| 01/19/10 | D. E. DEUTSCH | Complete review and edits to December fee detail (3.1); exchange e-mails with David LeMay re: confidentiality of issue set forth therein (.2). | 3.30 hrs. |
| 01/19/10 | E. DAUCHER | Prepare Chadbourne response to Fee Examiner final report. | 0.50 hrs. |
| 01/20/10 | E. DAUCHER | Prepare response materials to Fee Examiner's final reports. | 0.50 hrs. |
| 01/20/10 | D. E. DEUTSCH | Review Debtors' new ordinary course payment summary (.2); exchange e-mails with Marc Roitman re: analysis of same (.1); conference with Marc Roitman to discuss required additional analysis on ordinary course materials (.2); review past ordinary course analyses to determine possible approach to issue (.6). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| | | | |
|---|---|---|---|
| 01/20/10 | M. ROITMAN | Review 2009 ordinary course professinal reports (0.1); Revise ordinary course professional chart (3.6). | 3.70 hrs. |
| 01/21/10 | M. ROITMAN | Revise ordinary course professional chart (0.3); Meeting with D. Deutsch re: ordinary course professionals (0.2). | 0.50 hrs. |
| 01/21/10 | D. E. DEUTSCH | Conference with Marc Roitman to discuss various ordinary course professional issues (.2). | 0.20 hrs. |
| 01/21/10 | E. DAUCHER | Draft fee examiner objection materials. | 2.00 hrs. |
| 01/21/10 | H. LAMB | Review certifications of no objection for Chadbourne's 11th monthly fee application and Committee's 8th expense request (.1); email to J.Ludwig (Debtors' counse) regarding same (.2); conference with Committee member regarding issue in Fee Examiner report (.2); follow up with D.Deutsch regarding same (.1). | 0.60 hrs. |
| 01/22/10 | A. HANESSIAN | Assisting in Preparation of Fee Application | 1.40 hrs. |
| 01/22/10 | E. DAUCHER | Continue work on draft response to Fee Examiner reports. | 1.70 hrs. |
| 01/22/10 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: appointment of examiner issue (.2); review examiner summary analysis (.2) and discuss same with Fee Examiner (John Decker) (.2); draft memorandum to Fee Examiner re: possible settlement of issues (.4). | 1.00 hrs. |
| 01/22/10 | M. ROITMAN | Review of ordinary course professionals (.2) and draft email to J. Ludwig (Sidley) re: same (1.2). | 1.40 hrs. |
| 01/24/10 | H. LAMB | Finalize draft of monthly fee application for attorney review. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 01/25/10 | H. LAMB | Finalize monthly fee application for filing. | 0.80 hrs. |
|---|---|---|---|
| 01/25/10 | D. E. DEUTSCH | Review, edit and draft lengthy insert for December fee application descriptions (1.9); review response of Debtors to comments on ordinary course issues (.2); review, research and edit draft response to Fee Examiner's report on Committee reimbursement request (1.2); review Fee Examiner preliminary response to new Committee reimbursement request (.2) and direct Eric Daucher re: drafting responsive letter to same (.1). | 3.60 hrs. |
| 01/26/10 | D. E. DEUTSCH | Review revised response to Fee Examiner report on Committee expenses (.3); draft detailed posting note to Committee re: same (.4); exchange multiple detailed e-mails with Guild and Guild counsel re: filing of response (.5); hold related call with Buena Vista (.2). | 1.40 hrs. |
| 01/26/10 | M. ROITMAN | Correspondence with J. Ludwig (Sidley) re: ordinary course professionals (0.1); Review of ordinary course professinals report (0.1); Call with J. Ludwig re: ordinary course professionals (0.4). | 0.60 hrs. |
| 01/26/10 | E. DAUCHER | Revise committee objections to fee examiners report to finalize for filing. | 1.60 hrs. |
| 01/27/10 | D. E. DEUTSCH | Exchange additional e-mails with Bill Salganik re: Fee Examiner report issue (.2). | 0.20 hrs. |
| 01/28/10 | M. ROITMAN | Review of ordinary course reconciliation / December 2009 report (0.1) | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 01/29/10 | D. E. DEUTSCH | Review e-mails from Debtors re: ordinary course issues (.3); calls with John Decker re: status of review of Chadbourne proposal and last Committee report (.2); revise memorandum to John Decker re: most recent Committee expense report (7th and 8th) (.3). | 0.80 hrs. |
| 01/29/10 | E. DAUCHER | Draft response to Fee Examiner's preliminary report re 7th and 8th monthly applications of Committee for expenses. | 0.80 hrs. |


**Total Fees for Professional Services..............  $28,382.50**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 2.00 | 1710.00 |
| H. SEIFE | 965.00 | .30 | 289.50 |
| D. E. DEUTSCH | 695.00 | 18.30 | 12718.50 |
| A. HANESSIAN | 185.00 | 2.50 | 462.50 |
| D. BAVA | 270.00 | .60 | 162.00 |
| E. DAUCHER | 355.00 | 11.10 | 3940.50 |
| H. LAMB | 270.00 | 22.00 | 5940.00 |
| M. ROITMAN | 355.00 | 8.90 | 3159.50 |
| TOTALS | | 65.70 | 28382.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                For Services Through January 31, 2010
Our Matter #19804.011
          PLAN AND DISCLOSURE STATEMENT


| | | | |
|---|---|---|---|
| 01/06/10 | H. SEIFE | Conference call with Sidley regarding status of plan. | 0.40 hrs. |
| 01/25/10 | H. SEIFE | Preparation for conference call with Sidley (1.4); conference call with Debtor regarding plan issues (1.1). | 2.50 hrs. |
| 01/27/10 | E. DAUCHER | Review certain employee/pension claims in connection with addressing claims in the plan. | 0.70 hrs. |
| 01/27/10 | E. DAUCHER | Research possibility of pre-confirmation payment of pre-plan claims. | 1.60 hrs. |
| 01/28/10 | E. DAUCHER | Additional research re: possibility of paying settlement claim pre-plan confirmation | 0.30 hrs. |
| 01/29/10 | E. DAUCHER | Prepare analysis of certain employee/pension claims for possible incorporation into the plan. | 1.10 hrs. |


          **Total Fees for Professional Services.............  $4,112.00**




                    TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 2.90 | 2798.50 |
| E. DAUCHER | 355.00 | 3.70 | 1313.50 |
| TOTALS | | 6.60 | 4112.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   1
```

For Services Through January 31, 2010

Our Matter #19804.014
          EMPLOYEE ISSUES


| 01/06/10 | H. SEIFE | Conference call with Sidley regarding MIP plans. | 0.30 hrs. |
|---|---|---|---|
| 01/06/10 | D. E. DEUTSCH | Draft memorandum to Brad Hall and Alan Holtz re: analysis of new MIP and other proposed bonuses analysis (.3); exchange additional related e-mails with Brad Hall and Alan Holtz re: same (.1). | 0.40 hrs. |
| 01/08/10 | D. M. LeMAY | T/c and related e-mail from Larson and Bigelow regarding MIP (.2). E-mail H. Seife and D. Deutsch regarding same (.2). | 0.40 hrs. |
| 01/11/10 | D. M. LeMAY | E-mail to Sidley re: MIP bifurcation (.2). Review draft motion (.3). | 0.50 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review draft motion and certification re: KERP (.2); exchange e-mails with David LeMay re: next steps on same (.1); review additional related e-mails re: same from Debtors (.1). | 0.40 hrs. |
| 01/15/10 | D. E. DEUTSCH | Review e-mails and background materials on new MIP-related request (.9); draft detailed memorandum to Committee re: same (1.0); exchange comments with David LeMay re: same (.2). | 2.10 hrs. |
| 01/15/10 | Y. YOO | Review and edit specific insert for memo to Committee re: course of action on Debtors' bifurcation request (.5). | 0.50 hrs. |
| 01/15/10 | D. M. LeMAY | T/c w/Lotsoff re: Debtors proposal to sever MIP (.2). T/c w/Deutsch regarding same (.2). edit memo to Committee regarding same (.2). | 0.60 hrs. |
| 01/15/10 | M. ROITMAN | Research re: MIP issue per D.Deutsch request (0.5). | 0.50 hrs. |
| 01/19/10 | D. M. LeMAY | Finalize Committee non-objection regarding MIP bifurcation. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 23, 2010
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   2

| 01/20/10 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: new MIP analysis and presentation to Committee on same (.3). | 0.30 hrs. |
| 01/21/10 | M. ROITMAN | Review of Order re: MIP (0.1) | 0.10 hrs. |
| 01/26/10 | D. E. DEUTSCH | Review new MIP-related filings (.3). | 0.30 hrs. |
| 01/27/10 | D. E. DEUTSCH | Review proposed MIP order (.2); draft e-mail update to AlixPartners and Chadbourne team re: today's MIP hearing (.2); draft memorandum to Committee re: MIP order and outcome of today's hearing (.8). | 1.20 hrs. |
| 01/27/10 | H. SEIFE | Review reports on court hearing on MIP. | 0.20 hrs. |
| 01/27/10 | M. ROITMAN | Email to Committee re: MIP Hearing (0.3). | 0.30 hrs. |
| 01/27/10 | D. M. LeMAY | Review Debtors proposed MIP approval order (.1) and e-mail Stickles re: same (.3). Review report to Committee re: same (.1). | 0.50 hrs. |

**Total Fees for Professional Services.............. $6,237.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 2.30 | 1966.50 |
| H. SEIFE | 965.00 | .50 | 482.50 |
| D. E. DEUTSCH | 695.00 | 4.70 | 3266.50 |
| M. ROITMAN | 355.00 | .90 | 319.50 |
| Y. YOO | 405.00 | .50 | 202.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page     3

TOTALS            8.90        6237.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1

                              For Services Through January 31, 2010

Our Matter #19804.015
          RELIEF FROM STAY ISSUES


| 01/03/10 | A. K. NELLOS | Review/analyze pleadings and briefing related to Gutman matter (3.7). | 3.70 hrs. |
|---|---|---|---|
| 01/04/10 | M. D. ASHLEY | Reviewed materials regarding potential Gutman depositions (.4). | 0.40 hrs. |
| 01/04/10 | M. ROITMAN | Correspondence with M. Ashley re: Gutman Documents (0.2) | 0.20 hrs. |
| 01/04/10 | D. E. DEUTSCH | Exchange e-mails with Rebecca Butcher and Marc Ashley re: Gutman next steps (.2). | 0.20 hrs. |
| 01/07/10 | M. D. ASHLEY | Emails with R. Butcher regarding Gutman depositions (.3). | 0.30 hrs. |
| 01/08/10 | M. ROITMAN | Drafting memo re: Conigliaro Relief from Stay (1.5) | 1.50 hrs. |
| 01/11/10 | M. ROITMAN | Revise Memo re: Conigliaro Relief from Stay (0.2); Correspondence with K. Lantry (Sidley) and D. Deutsch re: Conigliaro Relief from Stay (0.1). | 0.30 hrs. |
| 01/12/10 | M. ROITMAN | Research and Draft Memo re: Gutman / standards for 9019 settlements (1.0) | 1.00 hrs. |
| 01/12/10 | M. D. ASHLEY | Meeting with D.Deutsch regarding Gutman settlement (.3); reviewed materials regarding Gutman settlement (.6). | 0.90 hrs. |
| 01/12/10 | M. ROITMAN | Correspond with D. Deutsch, K. Lantry (Sidley) re: conference call on Conigliaro Lift Stay issues (0.1); Preparation for (0.2) and attendance at call with D. Deutsch, K. Lantry re: Conigliaro Lift Stay Motion (0.6); Draft memo re: Conigliaro Relief from Stay (1.0); Meeting with D. Deutsch re: same (0.1). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 01/12/10 | D. E. DEUTSCH | Review filed materials on new lift stay motion (.3); participate in meeting on same with Kevin Lantry and Marc Roitman re: Debtors' position related to same (.5). | 0.80 hrs. |
|---|---|---|---|
| 01/12/10 | D. E. DEUTSCH | Exchange e-mails with Rebecca Butcher and, in part, Marc Ashley re: litigation strategy/next steps on Gutman matters (.3). | 0.30 hrs. |
| 01/13/10 | D. E. DEUTSCH | Review draft analysis for Committee on lift stay motion (.2) and follow-up discussion with Marc Roitman re: drafting memo on same (.1). | 0.30 hrs. |
| 01/13/10 | M. ROITMAN | Revise memo re: Conigliaro Relief from Stay (1.1); Correspond with K. Mills (Sidley) re: Conigliaro Motion (0.2). | 1.30 hrs. |
| 01/13/10 | M. ROITMAN | Research and Draft Memo re: Standards for Evaluating 9019 Settlement / Gutman (3.4) | 3.40 hrs. |
| 01/14/10 | M. ROITMAN | Correspond with D. Deutsch and M. Ashley about Memo re: Standards for Evaluating 9019 Settlement / Gutman (0.1) | 0.10 hrs. |
| 01/14/10 | M. D. ASHLEY | Reviewed materials relating to Gutman settlement (.4). | 0.40 hrs. |
| 01/14/10 | D. E. DEUTSCH | Review e-mails from Rebecca Butcher and Marc Ashley re: Gutman litigation discovery (.3); telephone conversation with Marc Ashley re: same (.2); related call with Kevin Lantry (.3); calls and additional e-mails with Rebecca Butcher re: next steps on Gutman deposition and issues (.2). | 1.00 hrs. |
| 01/14/10 | D. E. DEUTSCH | Review Marc Roitman's memo/analysis of 9019 related criteria (.2); e-mail Marc Roitman re: next steps on same (.1). | 0.30 hrs. |
| 01/15/10 | D. E. DEUTSCH | Review new lift stay Committee posting note and edit same (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 01/15/10 | M. D. ASHLEY | Emails with D. Deutsch, R. Butcher regarding Gutman settlement (.2). | 0.20 hrs. |
| 01/15/10 | M. ROITMAN | Research re: Gutman Deposition (0.2) and similar large case 9019 Settlement with Insurers (0.6). | 0.80 hrs. |
| 01/15/10 | M. ROITMAN | Revise memo re: Conigliaro Relief from Stay (0.6); Draft posting note and post Conigliaro Memo to Intralinks (0.4) | 1.00 hrs. |
| 01/16/10 | D. E. DEUTSCH | Review materials on Gutman deposition and related dispute (.3); draft detailed memo to Marc Ashley and Rebecca Butcher on depo issues and next steps (.2); e-mail Marc Roitman on related research request (.1). | 0.60 hrs. |
| 01/18/10 | D. E. DEUTSCH | Prepare for (.1) and participate in call with Marc Ashley and Rebecca Butcher re: Gutman matters/depositions (.5); conference call with Debtors counsel (Kevin Lantry and Guy Neal) and Committee litigators (Marc Ashley and Rebecca Butcher) re: Gutman next steps (.9). | 1.50 hrs. |
| 01/18/10 | M. ROITMAN | Research re: complexity-expense-and-delay factor in 9019 settlement (1.7) | 1.70 hrs. |
| 01/18/10 | M. D. ASHLEY | Conference calls with D. Deutsch regarding Gutman settlement depositions (.6); conference call with D. Deutsch, Sidley Austin regarding Gutman (D. Bralow) deposition (.8); reviewed materials regarding Gutman settlement approval issues (1.2); emails with D. Deutsch, R. Butcher regarding Gutman settlement issues (.4). | 3.00 hrs. |
| 01/20/10 | M. D. ASHLEY | Emails with D. Deutsch regarding Gutman depositions (.3); conference call with D. Deutsch, R. Butcher regarding Gutman depositions (.6). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| | | | |
|---|---|---|---|
| 01/20/10 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: Gutman litigation/next steps (.2); e-mail Marc Ashley re: options related to same (.2); review Gutman court papers (.5); call with Marc Ashley and, in part, Rebecca Butcher re: results of Gutman deposition and strategy/options re: Bralow deposition (.7); review transcript of prior Gutman hearing (.2); telephone conversation with Kevin Lantry re: Bralow deposition and other matters (.2). | 2.00 hrs. |
| 01/21/10 | D. E. DEUTSCH | Review Gutman hearing transcript (.4); exchange e-mails with Rebecca Butcher re: related issue (.1); call with Kevin Lantry re: Gutman matters (.2); e-mail Debtors' team re: next steps on Gutman (.1). | 0.80 hrs. |
| 01/21/10 | M. D. ASHLEY | Emails with Sidley Austin regarding Gutman (Bralow) deposition (.2). | 0.20 hrs. |
| 01/22/10 | M. D. ASHLEY | Reviewed materials regarding Bralow (Gutman) deposition (1.2); emails with Sidley Austin, M. Roitman regarding Bralow deposition (.3). | 1.50 hrs. |
| 01/22/10 | M. ROITMAN | Correspondence with Orange County Clerk and B. Schubeck (Library) re: obtaining documents (.4); review of Gutman docket and certain case materials in underying Florida action (1.3). | 1.70 hrs. |
| 01/22/10 | B. SCHUBECK | Research documents from Circuit Court in Orange County, Fla. re GUTMAN, E MICHAEL et al vs. ORLANDO SENTINEL COMMUNICATIONS COMPANY, et al. for M. Roitman. | 0.70 hrs. |
| 01/24/10 | M. D. ASHLEY | Reviewed case materials and drafted outline in preparation for D. Bralow (Gutman) deposition (3.2). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 01/25/10 | M. D. ASHLEY | Prepared for D. Bralow (Gutman) deposition (3.2); emails with A. Nellos regarding key documents (.4); emails with D. Deutsch regarding Gutman action (.4); reviewed draft motion in limine relating to Gutman action (.3). | 4.30 hrs. |
| 01/25/10 | A. K. NELLOS | Assist with preparations for the deposition in connection with the Gutman materials (.8). | 0.80 hrs. |
| 01/25/10 | B. SCHUBECK | Research documents from Circuit Court in Orange County, Fla. re GUTMAN, E MICHAEL et al vs. ORLANDO SENTINEL COMMUNICATIONS COMPANY, et al. for M. Roitman. | 0.80 hrs. |
| 01/25/10 | D. E. DEUTSCH | E-mail Rebecca Butcher re: next steps with Mrs. Gutman (.2); review outline/materials for Bralow deposition (1.1); related call with Marc Ashley (.1); ; exchange e-mails (.2) and hold call with Rebecca Butcher re: filing motion in limine with respect to Mrs. Gutman (.2); edit draft motion in limine (.8). | 2.60 hrs. |
| 01/25/10 | M. ROITMAN | Correspondence with M. Ashley and B. Schubeck re: documents from Gutman underlying Florida action (0.3) | 0.30 hrs. |
| 01/26/10 | M. ROITMAN | Review of documents from Gutman underlying Florida action (0.4) | 0.40 hrs. |
| 01/26/10 | D. E. DEUTSCH | Participate in most of deposition of David Bralow (3.8); review revised draft motion in limine and provide comments on same (.3); exchange e-mails with Rebecca Butcher and Marc Ashley re: litigation witness issues related to Thursday's hearing (.3). | 4.40 hrs. |
| 01/26/10 | M. ROITMAN | Review of docket re: Gutman filing (0.3). | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6
```

| 01/26/10 | M. D. ASHLEY | Prepared for D. Bralow (Gutman) deposition (2.3); took D. Bralow (Gutman) deposition (4.2); emails with D. Deutsch regarding Gutman settlement approval hearing (.4). | 6.90 hrs. |
|---|---|---|---|
| 01/26/10 | A. K. NELLOS | Assist with deposition in connection with Gutman matter (.8). | 0.80 hrs. |
| 01/27/10 | M. D. ASHLEY | Reviewed materials regarding Gutman settlement approval and drafted Bralow cross-examination outline for hearing (3.3); reviewed production materials (1.8). | 5.10 hrs. |
| 01/27/10 | M. ROITMAN | Review of docket re: Gutman filing and Order (0.3). | 0.30 hrs. |
| 01/27/10 | M. ROITMAN | Review of Gutman documents (0.1) | 0.10 hrs. |
| 01/28/10 | M. D. ASHLEY | Prepared for Gutman settlement approval hearing (4.5); meeting with D. Deutsch in preparation for settlement approval hearing (.7); attended Gutman settlement approval hearing (1.8). | 7.00 hrs. |
| 01/28/10 | D. E. DEUTSCH | Continue drafting outline and preparing for legal arguement in today's hearing on Gutman (2.7); participate in Gutman evidentiary hearing (2.9). | 5.60 hrs. |

**Total Fees for Professional Services.............. $45,716.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 645.00 | 34.30 | 22123.50 |
| D. E. DEUTSCH | 695.00 | 20.60 | 14317.00 |
| A. K. NELLOS | 595.00 | 5.30 | 3153.50 |
| B. SCHUBECK | 200.00 | 1.50 | 300.00 |
| M. ROITMAN | 355.00 | 16.40 | 5822.00 |
| TOTALS | | 78.10 | 45716.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 23, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    1

                              For Services Through January 31, 2010

Our Matter #19804.017
         GENERAL LITIGATION


01/04/10    D. E. DEUTSCH      Review update memo on Law           0.30 hrs.
                               Debenture litigation (.3).

01/04/10    D. E. DEUTSCH      Review adversary reports on Neil    0.20 hrs.
                               and Beatty cases (.2).

01/04/10    A. K. NELLOS       Exchange e-mails with counsel for   1.00 hrs.
                               JPMorgan and for the Law Debenture
                               regarding depositions to be held
                               this week (.5); draft e-mail
                               summary regarding status of Law
                               Debenture motion (.2); Speak with
                               E. Miller regarding Friday
                               depositions (.1); Review materials
                               produced in connection with Law
                               Debenture motion (.2).

01/04/10    H. SEIFE           Review of update on senior lender  0.30 hrs.
                               fee litigation discovery.

01/05/10    H. SEIFE           Conference with Rosner regarding   0.20 hrs.
                               lender fees motion.

01/05/10    A. K. NELLOS       Review of materials produced in    1.50 hrs.
                               connection with Law Debenture
                               motion.

01/06/10    M. ROITMAN         Review dockets and update Neil and 0.40 hrs.
                               Beatty Adversary Reports (0.4).

01/06/10    H. SEIFE           Conference call with Sidley        0.50 hrs.
                               regarding motions on fees (.3);
                               review of lender fee schedule (.2).

01/08/10    E. DAUCHER         Research equitable disallowance    2.80 hrs.
                               argument raised by adverse party.

01/10/10    A. K. NELLOS       Review and comparison of documents 0.90 hrs.
                               produced that are related to the
                               Law Debenture motion.

01/13/10    D. E. DEUTSCH      Review Wilmington Trust's motion    5.10 hrs.
                               to appoint examiner and related
                               motion to expedite hearing on same
                               (.9); discuss options related to
                               same with David LeMay (.3) and
                               Adam Landis (.2); review and
                               research law on motion to expedite
                               (1.1) and create first draft of

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | objection to same (2.0); exchange e-mails with Adam Landis re: calls with Court re: motion to expedite (.2); call with Kevin Lantry re: Debtors' view on examiner motion and various additional matters (.4). |  |
| 01/13/10 | M. ROITMAN | Review of Motion to Appoint Examiner filed by Wilmington Trust Company (0.4); research issue on Wilmington Trust's Motion to Shorten (1.4); Draft Committee memo for Intralinks re: Wilmington Trust Motions (1.3). | 3.10 hrs. |
| 01/13/10 | D. M. LeMAY | Prepare e-mail to Committee re: WTC Examiner Motion; (.6).  Review Motion and related Motion to Shorten Time (1.5).  Draft insert for response and edit Motion to Shorten (2.1). | 4.20 hrs. |
| 01/13/10 | D. BAVA | Prepare materials on Declaration of Robert J. Stark Regarding Motion for Appointment of Examiner for attorneys (1.20). | 1.20 hrs. |
| 01/13/10 | H. SEIFE | Review of Wilmington Trust motion for examiner and related pleadings (2.0); conference with D.LeMay regarding motion (.5). | 2.50 hrs. |
| 01/14/10 | H. SEIFE | Review update on Law Debenture legal fee motion (.3); review of examiner motion issues and response (2.4); preparation of objection to shorten time (.4). | 3.10 hrs. |
| 01/14/10 | D. M. LeMAY | E-mails to Landis re: timing of hearing (.3). Final review and revision to Committee Objection to WTC Motion to Shorten Time (.6). E-mail Committee re: same (.2). | 1.10 hrs. |
| 01/14/10 | M. ROITMAN | Review of Debtors' Objection to Wilmington Trust Motion to Shorten (0.1); Review of Order on Motion to Shorten (0.1); Draft email update to Committee Members re: Order on Motion to Shorten (0.6) | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    3


01/14/10    D. E. DEUTSCH       Exchange e-mails with Adam Landis        0.60 hrs.
                                re: court's expedited
                                consideration of examiner motion
                                (.2); review Debtors' objection to
                                examiner motion (.2); review and
                                provide comments to Marc Roitman
                                on draft Committee memo re: court
                                order on examiner motion (.2).

01/14/10    A. K. NELLOS        Speak with M. Russano at Davis          0.30 hrs.
                                Polk regarding deposition times
                                (.2); exchange e-mails with Scott
                                Kramer at Sidley regarding
                                supplemental production from
                                Debtors (.1).

01/15/10    M. ROITMAN          Review dockets and update              0.30 hrs.
                                Neil/Beatty adversary reports
                                (0.3).

01/16/10    D. E. DEUTSCH       Review updates from Ali Nellos re:     0.70 hrs.
                                depositions in fee litigation
                                (.2); e-mail Ali Nellos and David
                                Bava on same (.1); e-mail Meghan
                                Towers re: background and next
                                steps on examiner motion (.2);
                                review adversary proceeding
                                reports (.2).

01/18/10    D. M. LeMAY         Begin work on Objection to WTC         2.50 hrs.
                                Examiner Motion.

01/18/10    M. S. TOWERS        Discussed motion to appoint           3.30 hrs.
                                examiner with D. Deutsch (.2);
                                reviewed relevant pleadings (2.8);
                                prepared for and met with D. LeMay
                                re: same (.3)

01/18/10    D. E. DEUTSCH       Conference with Meghan Towers to      0.40 hrs.
                                discuss drafting of response to
                                Examiner request and related
                                research (.2); exchange related
                                e-mails (.2).

01/19/10    M. S. TOWERS        Began drafting response to           1.60 hrs.
                                Wilmington's Motion to Appoint
                                Examiner

01/20/10    M. S. TOWERS        Met with E. Daucher re: research     0.20 hrs.
                                assignment for section 1104

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 01/20/10 | E. DAUCHER | Research on section 1104 examiner appointment in 3rd circuit and whether court may limit role of examiner. | 4.90 hrs. |
| 01/21/10 | D. E. DEUTSCH | Review various e-mails related to motion to appoint examiner (.3). | 0.30 hrs. |
| 01/22/10 | E. DAUCHER | Complete research on interpretation of section 1104. | 0.50 hrs. |
| 01/22/10 | M. ROITMAN | Review of dockets in Neil and Beatty adversary proceedings (0.4). | 0.40 hrs. |
| 01/22/10 | M. S. TOWERS | Continued to draft response to Wilmington Trust's motion to appoint examiner | 1.90 hrs. |
| 01/23/10 | D. E. DEUTSCH | Review updated adversary reports (.2). | 0.20 hrs. |
| 01/25/10 | M. S. TOWERS | Continued to research (.1.2) and draft (1) response to Wilmington Trust's Motion to Appoint Examiner | 2.20 hrs. |
| 01/25/10 | D. M. LeMAY | E-mail D. Deutsch re: WTC motion re: Merrill Lynch. | 0.30 hrs. |
| 01/26/10 | D. M. LeMAY | E-mail A. Nellos regarding notices to admit. | 0.20 hrs. |
| 01/26/10 | M. S. TOWERS | Continued to research (2.6) and draft (4) response to Wilmington Trust's Motion to Appoint Examiner | 6.60 hrs. |
| 01/26/10 | A. K. NELLOS | Exchange e-mail with counsel related to recent filings by Law Debenture in connection with its motion. | 0.30 hrs. |
| 01/26/10 | E. DAUCHER | Research scope of discretion allowed to bankruptcy court re: section 1104 examiner appointment request. | 0.70 hrs. |
| 01/27/10 | D. E. DEUTSCH | Review transcripts, previous court filings and research materials to begin preparing for tomorrow's Gutman hearing (2.5); discuss follow-up items on same with Rebecca Butcher (.3); discuss new possible argument with Adam Landis | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

|  |  |  | (.3); review additional new cases (.8); begin preparing outline for tomorrow's argument (1.4). |  |
|---|---|---|---|---|
| 01/28/10 | D. M. LeMAY | Work on response to Wilmington Examiner motion. | 1.60 hrs. |
| 01/29/10 | M. S. TOWERS | Revised response to Wilmington Trust's Motion for an Examiner | 0.40 hrs. |
| 01/31/10 | A. K. NELLOS | Review documents produced by Debtors in connection with Law Debenture Motion in preparation for deposition tomorrow. | 3.80 hrs. |

**Total Fees for Professional Services.............  $41,532.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 9.90 | 8464.50 |
| H. SEIFE | 965.00 | 6.60 | 6369.00 |
| D. E. DEUTSCH | 695.00 | 13.10 | 9104.50 |
| D. BAVA | 270.00 | 1.20 | 324.00 |
| A. K. NELLOS | 595.00 | 7.80 | 4641.00 |
| E. DAUCHER | 355.00 | 8.90 | 3159.50 |
| M. S. TOWERS | 475.00 | 16.20 | 7695.00 |
| M. ROITMAN | 355.00 | 5.00 | 1775.00 |
| TOTALS |  | 68.70 | 41532.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through January 31, 2010

Our Matter #19804.018
          TRAVEL

| | | | |
|---|---|---|---|
| 01/27/10 | D. E. DEUTSCH | Non-working travel to Delaware to attend court hearing (1.3). | 1.30 hrs. |
| 01/28/10 | D. E. DEUTSCH | Return non-working travel from Delaware (2.4). | 2.40 hrs. |
| 01/28/10 | M. D. ASHLEY | Non-working travel to and from Gutman settlement hearing (2.4). | 2.40 hrs. |
| 01/31/10 | A. K. NELLOS | Non-working travel to Chicago for deposition in connection with Law Debenture motion. | 4.10 hrs. |

**Total Fees for Professional Services..............   $6,559.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 645.00 | 2.40 | 1548.00 |
| D. E. DEUTSCH | 695.00 | 3.70 | 2571.50 |
| A. K. NELLOS | 595.00 | 4.10 | 2439.50 |
| TOTALS | | 10.20 | 6559.00 |