TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   1

                            For Services Through January 31, 2010

Our Matter #19804.019
            REVIEW OF PREPETITION FINANCINGS


01/01/10   T. L. STEVENSON   Revising complaint against third      2.50 hrs.
                             parties (2.5).

01/01/10   P. TANCK          On-line review of documents           7.00 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

01/02/10   N. T. ZINK        Second tier, on-line document         2.30 hrs.
                             review in connection with ESOP
                             investigation.

01/02/10   T. J. MCCORMACK   Review of draft of D&O complaint      1.00 hrs.
                             (1.0).

01/02/10   A. DUFFY          Online review of documents            2.00 hrs.
                             produced in connection with the
                             ESOP Transaction (2.0).

01/02/10   E. PRZYBYLKO      Review part of revised third-party    1.00 hrs.
                             complaint (.8); correspondence
                             with T. Stevenson re comments to
                             same (.2).

01/02/10   J. NOBLE          Online review of documents            1.00 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

01/02/10   I SAFIER          On-line review of documents           1.80 hrs.
                             produced in connection with
                             investigation of ESOP Transaction;

01/03/10   M. ROITMAN        Research and Drafting Memo re: SOL     6.40 hrs.
                             in Context of Derivative Standing
                             (6.4)

01/03/10   J. NOBLE          Online review of documents            4.50 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

01/03/10   A. DUFFY          Online review of documents            1.70 hrs.
                             produced in connection with the
                             ESOP transaction (1.7).

01/03/10   A. KRONSTADT      On-line review of documents           1.40 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 01/03/10 | N. T. ZINK | Second tier on-line document review in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 01/03/10 | A. K. NELLOS | Review progress of document reviewers (.5) and assign additional documents (.7). | 1.20 hrs. |
| 01/04/10 | A. K. NELLOS | Speak with Jen Peltz at Sidley regarding depository issues (.3); Review progress of document reviewers (1.3) and assign documents for review (1.5); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.7). | 4.80 hrs. |
| 01/04/10 | D. E. DEUTSCH | Review and revise lengthy memorandum to Committee on standing issues and draft follow-up research action item list for same (2.3); meeting with Howard Seife to discuss agenda for tomorrow's LBO settlement's meeting with main case parties (.3); review and edit memorandum on Section 108 issue (2.0); discuss additional required research with Marc Roitman (.2); telephone conversation with Thomas McCormack re: 3rd party litigation matters (.3); follow-up e-mail to Ali Nellos on status of certain discovery (.2); draft final edits to Committee memo on Illinois litigation (.5); draft related posting note to Committee (.2); e-mail Thomas McCormack re: 108 research (.1); e-mail Robert Schwinger re: Merrill discovery (.1). | 6.20 hrs. |
| 01/04/10 | C. L. RIVERA | Review related LBO adversary status (0.3); organizing relevant papers on merits (0.3) and confer with T. Zink re: same (0.2); correspondence re upcoming meeting (0.1); reviewing related LBO lawsuit settlement and related papers (1.5). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 23, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page    3


01/04/10    D. M. LeMAY          Review and comment on draft memo         0.60 hrs.
                                 regarding Step 1/Step 2 analysis.

01/04/10    P. TANCK             On-line review of documents              8.00 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction.

01/04/10    M. D. ASHLEY         Reviewed background regarding            8.60 hrs.
                                 investigation (1.6); conference
                                 call with T. Zink and Zuckerman
                                 Spaeder to discuss same (.4);
                                 meeting with T. McCormack
                                 regarding potential third-party
                                 claims (1.0); reviewed legal
                                 research and factual materials
                                 regarding potential third-party
                                 claims (3.8); reviewed materials
                                 regarding deposition summaries
                                 (.6); reviewed memorandum
                                 regarding legal analysis of Zell
                                 transaction (.4); emails with A.
                                 Nellos, B. Miller regarding
                                 discovery issues and depositions
                                 (.3); emails with T. Stevenson
                                 regarding potential third-party
                                 claims (.3); emails with Zuckerman
                                 Spaeder regarding discovery issues
                                 and depositions (.2).

01/04/10    H. LAMB              Prepare materials for Jan. 5             1.50 hrs.
                                 settlement meeting (.7) and emails
                                 and conferences with meeting
                                 attendees regarding same (.8).

01/04/10    T. L. STEVENSON      Revising part of draft complaint        5.10 hrs.
                                 against third parties (.4);
                                 Reviewing factual support for
                                 complaint against third parties
                                 (4.7).

01/04/10    E. M. MILLER         Review and exchange e-mails with D      8.20 hrs.
                                 Deutsch and M Ashley re deposition
                                 scheduling chart (0.2) Brief
                                 revision of same (0.1) Review
                                 final deposition transcripts for
                                 Amsden / TRB and Bluth / D&P (3.7)
                                 and finalize deposition summaries
                                 for same (4.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4


| | | | |
|---|---|---|---|
| 01/04/10 | H. SEIFE | Telephone conference with B.Krakauer regarding LBO settlement conference preparation (.6); prepare for settlement conference (3.6); emails regarding Wilmington Trust and document repository (.3); update on Merrill email production (.4). | 4.90 hrs. |
| 01/04/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/04/10 | T. J. MCCORMACK | Follow-up on all research/fact development issues for D&O complaint and discussions with T. Stevenson and M. Ashley re: same (2.1); prep for all-hands LBO settlement meeting planned for 1/5 (.4); review of materials and prior presentations (1.2); comment on memo summarizing views on "single transaction" theory (1.0). | 4.70 hrs. |
| 01/04/10 | F. VAZQUEZ | Email to/from B.Dye re Chandler Trusts(.1); email to/from T.Zink re memo re litigation discussions with Sidley (.1). | 0.20 hrs. |
| 01/04/10 | F. VAZQUEZ | Conf w/Zink re fiduciary out (.1); revise memo re discussion w/Sidley (.4); conf w/Zink re tomorrow's settlement conf (.3); second tier review of documents produced in connection with investigation of leveraged ESOP transaction (1.1). | 1.90 hrs. |
| 01/04/10 | N. T. ZINK | Further second tier, on-line document review in connection with ESOP investigation (4.9); review and revise memorandum re lender comments re: fraudulent transfer issues (1.2); prepare for January 5 meeting (1.5); phone conference with J.Sottile re LBO issues (.5). | 8.10 hrs. |
| 01/04/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.10 hrs. |

| 01/04/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (8.1). | 8.10 hrs. |
|---|---|---|---|
| 01/04/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 01/04/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 01/04/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.00 hrs. |
| 01/04/10 | K. LEVENBERG | Research and draft memorandum regarding creditors' trust claims | 8.40 hrs. |
| 01/04/10 | B. DYE | Research jurisdictional issue regarding the Chandler Trusts. | 1.10 hrs. |
| 01/04/10 | E. PRZYBYLKO | Research re third-party complaint (2.6) | 2.60 hrs. |
| 01/04/10 | L. F. MOLONEY | Prepare new media with documents and data (.6); correspondence with P. Kelley at Complete document Source re. additional documents for Relativity Database (.6) | 1.20 hrs. |
| 01/04/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 01/04/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |
| 01/04/10 | M. ROITMAN | Drafting/Revising Memo re: SOL issue (2.5); Meeting with D. Deutsch re: same (0.4); Revising memo re: right of the Debtors to settle certain claims (2.1); Meeting with D. Deutsch re: same (0.2). | 5.20 hrs. |
| 01/04/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| 01/04/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.70 hrs. |
|---|---|---|---|
| 01/04/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 01/04/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 01/04/10 | L. ROWNTREE | Conference with A. Nellos re: identifying relevant documents produced by Foundations (.2), undertake review of documents for same (5.8). | 6.00 hrs. |
| 01/05/10 | L. ROWNTREE | Reviewed documents produced by the Foundations for relevance, content and specific issues. | 3.30 hrs. |
| 01/05/10 | E. DAUCHER | Research settlement authority issue. | 1.90 hrs. |
| 01/05/10 | E. DAUCHER | Additional research on intent issue in regards to fraudulent conveyance action (.5). | 0.50 hrs. |
| 01/05/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.20 hrs. |
| 01/05/10 | R. M. KIRBY | Follow-up research on governing law and potential remedies with respect to certain fiduciary duty related claims, as per M. Ashley. | 4.20 hrs. |
| 01/05/10 | R. M. KIRBY | Meeting w/ M Ashley and T. Stevenson regarding status of draft complaint against third parties and further research issues. | 1.20 hrs. |
| 01/05/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 01/05/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    7

| | | | |
|---|---|---|---|
| 01/05/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.30 hrs. |
| 01/05/10 | M. ROITMAN | Revising memo re: right to settle Committee's claims (0.9); | 0.90 hrs. |
| 01/05/10 | M. ROITMAN | Correspondence with T. Stevenson and A. Leung (AP) re: valuation of bond debt (0.1). | 0.10 hrs. |
| 01/05/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.50 hrs. |
| 01/05/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 5.60 hrs. |
| 01/05/10 | E. PRZYBYLKO | Review research re third party claims (0.7); conf. w T. Stevenson re same (0.2). | 0.90 hrs. |
| 01/05/10 | B. DYE | Review recent case decision on fraudulent conveyance in LBO context. | 1.20 hrs. |
| 01/05/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.70 hrs. |
| 01/05/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.70 hrs. |
| 01/05/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (7.5). | 7.50 hrs. |
| 01/05/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 01/05/10 | N. T. ZINK | Prepare for meeting with Lenders, Law Debenture and Centerbridge (4.8); attend meeting (5.0); further on-line, second tier review in connection with investigation (2.2). | 12.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

| | | | |
|---|---|---|---|
| 01/05/10 | R. A. SCHWINGER | E-mail to Joe Drayton re status of MLCC e-mail production (0.2); e-mail to Andrew Goldfarb re reimbursement of copying costs (0.3); e-mail to A. Nellos re document depository issues (0.1). | 0.60 hrs. |
| 01/05/10 | F. VAZQUEZ | Email to/from Zink re cases raised at settlement conference (.1); review similar large case docket (.2) and email to/from Zink and C. Rivera re appeal in same (.1). | 0.40 hrs. |
| 01/05/10 | F. VAZQUEZ | Conf w/C. Rivera re settlement discussion (.3); conf w/B. Dye re certain cases referred to during settlement discussions (.2); conf w/Zink re settlement conf (.3); review cases discussed during settlement conferences (1.0); conf w/Deutsch re settlement conference (.1); conf w/C. Rivera and T. Zink re settlement conf and next steps (.8); summarize certain additional cases referenced during settlement conf (3.7); conf w Daucher re DLC decision (.2). | 6.60 hrs. |
| 01/05/10 | T. J. MCCORMACK | Attend part of meeting with all principals on all outstanding issues, status of fraudulent conveyance claims, timing for claims, discovery and all related issues (2.0); prepare structure/outline of third party claims for fiduciary duty breaches and analysis of relevant case law re: same (3.1); confer T. Stevenson re: issues, tasks, timing and logistics of document review (0.5); confer M. Ashley re: same (0.3). | 5.90 hrs. |
| 01/05/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/05/10 | H. SEIFE | Preparation for settlement conference (1.6); pre-conference meeting with ZS and team (1.2); settlement conference with Centerbridge, Lenders (4.8); | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    9

|  |  |  |  |
|---|---|---|---|
|  |  | review of memo on settlement of claims (.6). |  |
| 01/05/10 | T. L. STEVENSON | Met with M. Ashley and B. Kirby regarding third party complaint (1.1); reviewing factual support for third party complaint (2.7). | 3.80 hrs. |
| 01/05/10 | M. D. ASHLEY | Revised draft letter to Debtors' counsel (.6) and reviewed related materials regarding privilege issues (.7); emails with A. Nellos, T. Stevenson, B. Miller regarding investigation of third-party claims (.4); meeting with Chadbourne, Zuckerman and financial advisor teams regarding meetings with Debtors, lenders and bondholders (1.0); attended meetings with representatives of Debtors, lenders and bondholders (4.9); discussions with Chadbourne and Zuckerman teams regarding meetings with Debtors, lenders and bondholders (.6); meeting with T. Stevenson and R. Kirby regarding investigation of potential third-party claims (1.2); reviewed legal research and discovery materials relating to potential third-party claims (1.8). | 11.20 hrs. |
| 01/05/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 01/05/10 | D. M. LeMAY | Attend Committee pre- settlement meeting (1.0) and general meeting of participants to LBO settlement discussions (5.1). | 6.10 hrs. |
| 01/05/10 | C. L. RIVERA | Analysis of arguments in dispute in LBO fraudulent conveyance (0.5); correspondence with F. Vazquez and B. Dye re: authorities referenced by debtors and lenders (0.3); meeting with T. Zink and F. Vazquez re: arguments/cases raised by lenders and bonds and related follow-up needed (0.7); researching certain cases (3.4) and drafting related memo on same | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10

                              (2.7)

01/05/10   D. E. DEUTSCH      Research materials (.6) and edit      7.60 hrs.
                              memorandum on standing issue
                              (2.1); prepare for today's meeting
                              with all LBO parties re: LBO
                              matters (.5); attend preparatory
                              meeting with Committee
                              professionals (.8); participate in
                              part of LBO meeting (3.2); review
                              e-mails from Merrill and others
                              re: discovery issues (.2);
                              follow-up e-mail to Ali Nellos re:
                              report for Thursday's Committee
                              meeting (.2).

01/05/10   A. K. NELLOS       Review progress of document          2.40 hrs.
                              reviewers (1.0); and assign
                              additional documents (1.4).

01/06/10   A. K. NELLOS       Review progress of document         10.10 hrs.
                              reviewers (1.2) and assign
                              additional documents (1.3); Review
                              revised draft of letter to Sidley
                              regarding documents withheld on
                              the basis of privilege (.6);
                              Exchange e-mails with Sidley
                              regarding other discovery issues
                              (.3); Update memo/ analysis to
                              Committee re: discovery progress
                              (5.6); Exchange e-mails with
                              in-house counsel for The
                              Blackstone Group in connection
                              with discovery requests served in
                              December (.2); Online review and
                              of materials related to Moodys to
                              help narrow discovery requests
                              (.6); Discuss with M. Ashley
                              issues regarding discovery for
                              third-party claims (.3).

01/06/10   D. E. DEUTSCH      Exchange multiple e-mails with        1.50 hrs.
                              Andrew Goldfarb re: Merrill
                              discovery (.3); exchange e-mails
                              with Bryan Krakauer related to
                              same (.1); review inquiry from
                              indenture trustee re: access to
                              certain documents (.2); review
                              Committee Bylaws related to same
                              (.2); draft related e-mail to
                              David LeMay (.1); conference with
                              David LeMay and Howard Seife to

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   11

|  |  |  |  |
|---|---|---|---|
|  |  | discuss litigation issue (.3); discuss results of research on same with Eric Daucher and, in part, Howard Seife (.3). |  |
| 01/06/10 | D. M. LeMAY | Analysis regarding Wilmington's request for Committee work product and regarding ability to file confidential documents (.8).  T/c w/R. Schwinger regarding same (.1).  Conference w/HS regarding same (.2). | 1.10 hrs. |
| 01/06/10 | C. L. RIVERA | Finish revising memo summarizing certain cases discussed in 1/5 meeting (0.8); confer with T. Zink on questions over same (0.3); correspondence with M. Ashley re: research re motions to dismiss, summary judgment (0.3); reviewing dockets re: same (0.4); confer with T. Stevenson (0.1) and B. Dye (0.2) re: related research; confer with F. Vazquez re: similar large case appeal (0.1), | 2.20 hrs. |
| 01/06/10 | F. VAZQUEZ | Review and revise memo summarizing cases referred to during settlement conf (.7); conf w/Daucher re DLC (.1); conf w/C. Rivera re memo summarizing cases referred to during settlement conf. (.3); conf w/Zink re all-professional call (.3); conf w/McCormack, Zink and Ashley re third party complaint and section 108 (.7); review memo discussing section 108 and relevant treatise (.9); conf w/ Roitman re research issue (.4); second tier review of documents produced in connection w/investigation of leveraged ESOP transaction (1.7); email to/from C. Rivera re memo summarizing case law (.1). | 5.20 hrs. |
| 01/06/10 | M. D. ASHLEY | Attended professionals' meeting regarding status of investigation (1.0); meeting with T. Zink, T. McCormack regarding potential third-party claims (1.1); meeting with T. McCormack, T. Zink, T. | 9.20 hrs. |

|            |                   | Stevenson, R. Kirby regarding legal and factual analysis of potential third-party claims (2.3); reviewed legal research and discovery materials regarding potential third-party claims (2.4); email to D. Deutsch regarding status of discovery issues (.2); emails with A. Nellos regarding Merrill Lynch discovery issues (.3); revised draft letter to Debtors' counsel and reviewed related materials regarding privilege issues (1.2); emails with C. Rivera regarding potential third-party claims (.3); emails with A. Nellos, B. Miller regarding Moody's discovery issues (.4). |            |
| ---------- | ----------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | ---------- |
| 01/06/10   | T. L. STEVENSON   | Met with M. Ashley, T. Zink, T. McCormack and B. Kirby regarding complaint against third parties (2.4); Reviewing documents related to complaint against third parites (2.8); reviewing research and law regarding breach of fiduciary duty issues (.4). | 5.60 hrs.  |
| 01/06/10   | E. M. MILLER      | Review documents in Relativity re question from M Ashley re break-up fees (6.1); Draft and send e-mail response to M.Ashley with relevant documents re same (1.3); Review and respond to question from M Ashley re GreatBanc (0.2). | 7.60 hrs.  |
| 01/06/10   | H. SEIFE          | Review of presentations from Lenders and Debtors (2.2); meeting with team regarding discovery and legal issues regarding LBO (1.2); review emails from Brown, Rudnick (.4); review of Lazard presentation (.8); review of Lender materials (.6). | 5.20 hrs.  |
| 01/06/10   | D. BAVA           | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20); review and analysis of District Court and Second Circuit court dockets re: appellate materials in | 1.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   13

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |             |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            |                | similar large case (.60); conference with F. Vazquez re: briefs requested (.20).                                                                                                                                                                                                                                                                                                                                                                                       |             |
| 01/06/10   | T. J. MCCORMACK | Review, organize, outline all steps for completing fact analysis/claims analysis to permit drafting of D&O complaint (2.5); meeting of team on all remaining issues and tasks (1.4); review expert issues with Zuckerman (0.7); follow-up on research on third-party tasks (1.6).                                                                                                                                                                                         | 6.20 hrs.   |
| 01/06/10   | R. A. SCHWINGER | Attend LBO professionals meeting/conference call to address discovery issues (1.0); e-mails re status of Blackstone discovery (0.3); TC with D. LeMay (0.1) and e-mail re filing confidential documents under seal (0.2).                                                                                                                                                                                                                                                | 1.60 hrs.   |
| 01/06/10   | N. T. ZINK      | On-line, second tier document review in connection with ESOP investigation (1.0); review memorandum regarding collapsing of transactions (.5); preparation for all--professional call (.5); participate on all-professional call re status of discovery (1.0); conference with T. McCormack and M. Ashley re potential third-party claims and related legal and factual issues (.9); review third-party claims issues (.5); conference with T. McCormack, M. Ashley, T. Stevenson and B. Kirby re third-party claim issues, possible defenses, legal and factual issues (2.2); further off-line document review in connection with investigation (1.8). | 8.40 hrs.   |
| 01/06/10   | A. KRONSTADT    | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                                                                                                                                                                                                                                                                                                                             | 0.50 hrs.   |
| 01/06/10   | A. DUFFY        | Online review of documents produced in connection with ESOP Transaction (1.2).                                                                                                                                                                                                                                                                                                                                                                                         | 1.20 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   14

| | | | |
|---|---|---|---|
| 01/06/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.50 hrs. |
| 01/06/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.90 hrs. |
| 01/06/10 | B. DYE | Review recently decided fraudulent transfer case (.5); meeting with C. Rivera to discuss breach of fiduciary duty issue (.3). | 0.80 hrs. |
| 01/06/10 | K. LEVENBERG | Research and draft memorandum regarding creditors' trust claim issue. | 5.70 hrs. |
| 01/06/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 01/06/10 | L. F. MOLONEY | Prepare new media with documents and data (1.0); correspondence with P. Kelley and M. Isbrecht at Complete document Source re. additional documents  and the JPMorgan and Standard and Poors productions (.9). | 1.90 hrs. |
| 01/06/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.30 hrs. |
| 01/06/10 | M. ROITMAN | Review of similar large case complaint (0.6); Meeting with F. Vazquez re: Section 108 Memo (0.1); Research and Revise Memo re: SOL issues (1.8). | 2.50 hrs. |
| 01/06/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.20 hrs. |
| 01/06/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.7); review documents to prepare for JPM depositions (4.0). | 5.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   15
```

| 01/06/10 | R. M. KIRBY | Meeting w/ M. Ashley, T. Zink, T. McCormack, and T. Stevenson re status of draft complaint and related research and factual issues. | 2.40 hrs. |
|---|---|---|---|
| 01/06/10 | R. M. KIRBY | Drafting memo to document reviewers re: potentially new significant types of documents/communications that are sought. | 5.10 hrs. |
| 01/06/10 | E. DAUCHER | Review and edit summary of three cases critical to fraudulent transfer issue. | 0.40 hrs. |
| 01/06/10 | E. DAUCHER | Research viability of non-voluntary settlement issue. | 6.80 hrs. |
| 01/06/10 | L. ROWNTREE | Reviewed documents produced by the Foundations for relevance and content (2.0). Spoke with A. Nellos about the same (0.1). | 2.10 hrs. |
| 01/07/10 | L. ROWNTREE | Reviewed documents produced by specific potential third party target (6.6). Spoke with A. Nellos re: initial results on same (.5). | 7.10 hrs. |
| 01/07/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 01/07/10 | E. DAUCHER | Research Creditors' Committee claim compromise issue. | 0.20 hrs. |
| 01/07/10 | R. M. KIRBY | Drafting chart of essential elements of all potential third party claims, as per M. Ashley. | 1.30 hrs. |
| 01/07/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |
| 01/07/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 13.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   16

| 01/07/10 | M. ROITMAN | Correspondence/Meeting with F. Vazquez re: memo on third party complaint issue (0.5); Research re: additional SOL issue (0.8). | 1.30 hrs. |
|---|---|---|---|
| 01/07/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |
| 01/07/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.00 hrs. |
| 01/07/10 | K. LEVENBERG | Research and draft memorandum regarding creditors' trust claims | 5.10 hrs. |
| 01/07/10 | B. DYE | Research re: setting forth elements of certain cases for third party complaints. | 4.70 hrs. |
| 01/07/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.50 hrs. |
| 01/07/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (.4). | 0.40 hrs. |
| 01/07/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.90 hrs. |
| 01/07/10 | N. T. ZINK | Second tier on-line document review in connection with investigation of ESOP transaction (3.5); begin preparing third formal report to the Committee (1.9); review Lender, Debtor, Law Debenture and Centerbridge presentations to the Committee (.8). | 6.20 hrs. |
| 01/07/10 | T. J. MCCORMACK | Review analysis of key fact components of certain types of claims in LBO context (1.0); organize process to complete review of documents, etc. (1.5); outline facts necessary for developing certain causes of action for complaint (1.6); confer T. Stevenson re: same (0.8). | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17


| 01/07/10 | R. A. SCHWINGER | E-mails with Brittany Powell re GreatBanc production status (0.2); review e-mails with Sharon Katz re JPM production status (0.3); review e-mails re MLCC e-mail production status (0.3); e-mails re Blackstone production status (0.1). | 0.90 hrs. |
|---|---|---|---|
| 01/07/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/07/10 | H. SEIFE | Review of issues raised by party presentations (1.6); review of additional investigation materials including AlixPartner follow-up (1.2). | 2.80 hrs. |
| 01/07/10 | E. M. MILLER | Exchange e-mails with T Stevenson, M Ashley and A Nellos re review of two potential target documents in connection with drafting of third party complaint (0.4). Review Relativity re directors documents and certain potential other target documents per request (7.8). Meeting with A Nellos, T Stevenson and M Ashley re same (1.1) | 9.30 hrs. |
| 01/07/10 | T. L. STEVENSON | Met with A. Nellos, B. Miller and M. Ashley re document review for third party complaint (1.3); document review for third party complaint (7.0) | 8.30 hrs. |
| 01/07/10 | M. D. ASHLEY | Reviewed legal research and discovery materials regarding potential third-party claims (1.6); meeting with T. McCormack regarding third-party claims (.6); meeting with T. Stevenson, A. Nellos, B. Miller regarding legal and factual analysis of potential third-party claims (1.2); emails with A. Nellos (.2) and reviewed related materials regarding letter to Debtors' counsel regarding privilege issues (.3); emails with B. Miller, T. Stevenson regarding factual and legal analysis of potential third-party claims (.6); | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   18


                          emails with A. Nellos regarding
                          status of document review (.2).

01/07/10   H. LAMB        Emails with meeting attendees           3.00 hrs.
                          regarding scheduling for today's
                          Committee meeting (.5); emails
                          with meeting attendees regarding
                          materials for meeting (.9);
                          prepare materials for today's
                          meeting (1.6).

01/07/10   P. TANCK       On-line review of documents            4.50 hrs.
                          produced in connection with
                          investigation of ESOP Transaction.

01/07/10   F. VAZQUEZ     Email to/from Zink re collapsing        1.60 hrs.
                          transaction issue (.1); email
                          to/from Roitman re 108 analysis
                          (.1); review analysis re: specific
                          ESOP issue (1.2); email to/from
                          Stevenson re document review (.2).

01/07/10   F. VAZQUEZ     Conf w/Y.Yoo re fraudulent             7.00 hrs.
                          transfer statutory defense (.2);
                          conf w/Zink re 108 and next week's
                          meeting (.3); review 108 memo and
                          pertinent case law (1.5); conf
                          w/Nellos re status of settlement
                          discussions (.3); conf w/Roitman
                          re 108 analysis (.3); second tier
                          review of documents produced in
                          connection w/investigation of
                          pre-petition hearing (3.7); review
                          Tribune presentation materials
                          (.7).

01/07/10   C. L. RIVERA   Confer with B. Dye re: pleadings       0.40 hrs.
                          on breach of fiduciary duty issue
                          (0.1); reviewing same (0.3).

01/07/10   D. E. DEUTSCH  Review updated discovery report        0.30 hrs.
                          (.3).

01/07/10   A. K. NELLOS   Review progress of document           10.00 hrs.
                          reviewers (1.7) and assign
                          additional documents and/or
                          searches in connection with
                          third-party claims (1.9); Finalize
                          update for committee related to
                          third-party claims (.6); Meeting
                          with M. Ashley, T. Stevenson, E.
                          Miller regarding third-party

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19

| | | | |
|---|---|---|---|
| | | claims and discovery/document review needed (1.4); Additional revisions to letter to Sidley regarding documents withheld on the basis of privilege (.6); Online review and comparison of documents related to third party claims issues (3.8). | |
| 01/08/10 | A. K. NELLOS | Meeting with first-tier reviewers related to new research related to third-party claims (.9); Online review and comparison of documents related to third party claims issues (9.7); Exchange e-mails with Marc Ashley related to status of review (.3); Exchange e-mails with reviewers related to third party claim issues (including F. Creazzo, A. Duffy, E. Grimaldi, and P. Tank) (.4). | 11.30 hrs. |
| 01/08/10 | D. E. DEUTSCH | Review materials to prepare for litigation meeting (1.1); participate in part of meeting with litigation team re: next steps for Committee analysis and review of third party claims (3.1). | 4.20 hrs. |
| 01/08/10 | C. L. RIVERA | Meeting with T. Zink re: analysis of fraudulent conveyance action issues (1.0); telephone conversation with T. Zink and M. Rule re: valuation issues (0.4); review notes re: follow-up tasks (0.2). | 1.60 hrs. |
| 01/08/10 | F. VAZQUEZ | Conf w/Nellos re discovery (.2); conf w/Zink & Ashley re today's meeting & next steps (.3); conf w/Roitman re LBO research issue (.2); conf w/Stevenson re third party complaint & discovery (.2); review discovery in connection w/third party complaint and outline same (6.6); review revised 108 memorandum (.4); email to/from Nellos re discovery (.1). | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    20


01/08/10   D. M. LeMAY        Meeting with investigation team to     3.30 hrs.
                              review legal issues presented
                              yesterday and work on related
                              responses/action steps.

01/08/10   P. TANCK           On-line review of documents           10.80 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

01/08/10   M. D. ASHLEY       Reviewed legal and discovery           6.60 hrs.
                              materials relating to third-party
                              claims (1.8); meeting with
                              Chadbourne team regarding status
                              of investigation (3.3); emails
                              with A. Nellos regarding open
                              discovery issues (.5); emails with
                              T. Stevenson, A. Nellos regarding
                              document review relating to
                              third-party claims (.4); reviewed
                              communications and discovery
                              materials relating to open
                              discovery issues (.6).

01/08/10   T. L. STEVENSON    Preparing certain documents for       12.60 hrs.
                              possible inclusion in third party
                              claims (3.4); document review
                              related to third party claims (9.2)

01/08/10   H. SEIFE           Meeting with investigation team        6.90 hrs.
                              regarding follow-up on issues from
                              yesterday's meting (3.5);
                              preparation for settlement
                              conference (3.4).

01/08/10   N. T. ZINK         On-line second tier document           7.90 hrs.
                              review in connection with ESOP
                              investigation (1.8); conference
                              with H. Seife, D. LeMay, T.
                              McCormack, D. Deutsch and M.
                              Ashley re preparation for next
                              committee meeting and related
                              presentation (3.5); conference
                              with C. Rivera re preparation of
                              LBO analysis synthesis for the
                              committee (1.0); phone conference
                              with M. Rule re subsidiary
                              solvency and intercompany payable
                              issues (.3); review Lender,
                              Centerbridge and Law Debenture
                              presentations to the committee
                              (.5); phone conference with H.
                              Seife, G. Bush and A. Goldfarb re

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    February 23, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page   21


|            |                 | preparation for next committee meeting and preparation of synthesis of various issues and facts (.8). |            |
|------------|-----------------|--------------------------------------------------------------------------------------------------------|------------|
| 01/08/10   | D. BAVA         | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30).            | 0.30 hrs.  |
| 01/08/10   | M. IACOPELLI    | Prepared certain key documents for Third Party Complaint at the request of A. Nellos (.8).            | 0.80 hrs.  |
| 01/08/10   | T. J. MCCORMACK | Attend part of meeting with team re: status, tasks, scheduling, claims development and all related issues for Committee (1.2); review/analyze presentations from Debtors, Centerbridge, and Lenders on issues in case (1.1); review/analysis of certain issues under Section 108(a) of Bank. Code (0.5); review/analyze case law on D&O claims and aiding/abetting fiduciary duty breaches (1.2); outline issue for document review on D&O/aiding and abetting claims (0.9); confer team re: project (0.7). | 5.60 hrs.  |
| 01/08/10   | R. A. SCHWINGER | Review e-mail re MLCC e-mail production and 1/14/10 status conference.                                 | 0.30 hrs.  |
| 01/08/10   | A. KRONSTADT    | On-line review of documents produced in connection with investigation of ESOP transaction (7.8). Meeting with A. Nellos to discuss specific document review issue for third-party claims (.7). | 8.50 hrs.  |
| 01/08/10   | A. DUFFY        | Online review of documents produced in connection with the ESOP transaction (3.7)                     | 3.70 hrs.  |
| 01/08/10   | F. E. CREAZZO   | On-line review of documents produced in connection with investigation of ESOP Transaction (6.2)       | 6.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   22

| | | | |
|---|---|---|---|
| 01/08/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction (5.9); group meeting with regard to research on third party claims (1.1). | 7.00 hrs. |
| 01/08/10 | B. DYE | Preparing draft version of presentation to the Committee for T. Zink | 1.70 hrs. |
| 01/08/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.40 hrs. |
| 01/08/10 | L. F. MOLONEY | Correspondence and discussion with A. Nellos re. Citi documents, TRB documents, (1.1); prepared new media with data and documents (.7); Correspondence and follow up T/C with R. Das and P. Kelley at Complete Document Source re. issues with new data (1.3). | 3.10 hrs. |
| 01/08/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 14.50 hrs. |
| 01/08/10 | M. ROITMAN | Research re: new SOL issues (3.1); review and analyze cases referenced in 1/7 presentations (3.5). | 6.60 hrs. |
| 01/08/10 | R. M. KIRBY | Reviewing range of specific documents for use/reference inThird Party Complaint, as per T. Stevenson. | 8.20 hrs. |
| 01/08/10 | E. DAUCHER | Draft brief memo re: involuntary compromises. | 0.60 hrs. |
| 01/08/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 01/08/10 | L. ROWNTREE | Reviewed documents produced by certain targets for specific issues, relevance and content (9.8). | 9.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 23, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   23


| | | | |
|---|---|---|---|
| 01/09/10 | L. ROWNTREE | Reviewed documents produced by the Foundations for relevance and content (7). | 7.00 hrs. |
| 01/09/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.30 hrs. |
| 01/09/10 | R. M. KIRBY | Continue reviewing range of specific documents for use/reference in Third Party Complaint, as per T. Stevenson. | 4.50 hrs. |
| 01/09/10 | R. M. KIRBY | Drafting log of relevant documents for use with regards to Third Party Complaint, as per T. Stevenson. | 2.60 hrs. |
| 01/09/10 | K. ZAFRAN | Review documents cited in Kasowitz presentation per A.Nellos. | 1.20 hrs. |
| 01/09/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.20 hrs. |
| 01/09/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.80 hrs. |
| 01/09/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 01/09/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 01/09/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (5.5) | 5.50 hrs. |
| 01/09/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (4.7) | 4.70 hrs. |
| 01/09/10 | T. J. MCCORMACK | Review of materials relevant to 1/12 meeting of principals (0.2); review Zink request for financial information relative to solvency issue (0.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   24


| 01/09/10 | N. T. ZINK | On-line second tier document review in connection with investigation (3.5); prepare detailed email memorandum to AlixPartners re preparation of materials for committee synthesis (1.0). | 4.50 hrs. |
|---|---|---|---|
| 01/09/10 | H. SEIFE | Emails with Rosner/Golden regarding settlement meeting. | 1.30 hrs. |
| 01/09/10 | E. M. MILLER | Review Relativity re specific potential target documents in connection with preparation of third party complaint (15.0) Review selected specific potential party documents and draft document chronology re same for T Stevenson (2.2). | 17.20 hrs. |
| 01/09/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction and third-party claims (8.3) and prepare charts summarizing documents relevant to third-party claims (4.2). | 12.50 hrs. |
| 01/09/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.50 hrs. |
| 01/09/10 | T. L. STEVENSON | Reviewing documents related to third party claims and drafting highlights/chronology related to same (14.1). | 14.10 hrs. |
| 01/09/10 | F. VAZQUEZ | Second tier review of documents produced in connection with leveraged ESOP transaction and revise chronolgy of documents (8.7); conference with Zink re next steps(.3); email to and from Nellos re hot document (.1) | 9.10 hrs. |
| 01/09/10 | C. L. RIVERA | Correspondence to M. Rule re: valuation of certain obligations. | 0.20 hrs. |
| 01/10/10 | D. E. DEUTSCH | Review multiple e-mails and attachments from Marc Ashley re: discovery matters (.3); exchange e-mails with A. Nellos re: drafting discovery report for | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   25

Committee (.2).

| 01/10/10 | T. L. STEVENSON | Continue reviewing documents related to third party claims (5.2) and drafting highlights/ chronology related to same (3.9). | 9.10 hrs. |
|---|---|---|---|
| 01/10/10 | M. D. ASHLEY | Reviewed discovery and legal research materials relating to third-party complaint (2.8); emails regarding parties' legal arguments relating to LBO issues (.4). | 3.20 hrs. |
| 01/10/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction and third-party claims (1.6) and prepare charts summarizing documents relevant to third-party claims (.7). | 2.30 hrs. |
| 01/10/10 | H. SEIFE | Preparation for settlement conference. | 3.50 hrs. |
| 01/10/10 | M. IACOPELLI | Research Relativity and organize key documents for Third Party Complaint at the request of T. Stevenson (6.0). | 6.00 hrs. |
| 01/10/10 | T. J. MCCORMACK | Review materials from Zuckerman on solvency issue and various factual matters (0.3). | 0.30 hrs. |
| 01/10/10 | N. T. ZINK | On-line, second tier document review in connection with investigation (1.0); consider guarantor subsidiary solvency issues in response to G. Bush email (.2). | 1.20 hrs. |
| 01/10/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (2.5). | 2.50 hrs. |
| 01/10/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.5) | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   26


| 01/10/10 | W. BAKARE | Review/analyze new document production chronology for attorney use per A. Nellos request. | 14.50 hrs. |
| --- | --- | --- | --- |
| 01/10/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 01/10/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.20 hrs. |
| 01/11/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (4.1) | 4.10 hrs. |
| 01/11/10 | K. ZAFRAN | Create chart comparing documents cited/analysis by one LBO party and our analysis of same (2.7); continue to search for and incorporate relevant documents for JPM deposition preparation materials (4.3). | 7.00 hrs. |
| 01/11/10 | R. M. KIRBY | Meeting w/M. Ashley and T. Stevenson regarding draft third party complaint. | 0.90 hrs. |
| 01/11/10 | B. DYE | Researching specific issues for C. Rivera (3.6); preparing presentation to the Creditors Committee on defenses raised to fraudulent conveyance cause of action (1.2) | 4.80 hrs. |
| 01/11/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 01/11/10 | W. BAKARE | Review/analyze document production chronology for attorney use per A. Nellos request. | 2.30 hrs. |
| 01/11/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 01/11/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (4.5). | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 01/11/10 | R. A. SCHWINGER | TCs and e-mails with D. Deutsch (0.3) and e-mail to Frank Anderson, re PBGC issues under document depository order (0.4); review e-mails re 1/14/10 status conference re MLCC e-mail production status (0.3); meeting with A. Nellos re next discovery status report (0.3). | 1.30 hrs. |
| 01/11/10 | T. J. MCCORMACK | Review documents from McCormick Foundation and Chandler Trusts (2.3); confer T. Stevenson re: progress of numerous tasks (0.2); review 1/12 agenda and inquiry re: same (0.2); outline theories on two potential courses of action for third party compaint (1.2). | 3.90 hrs. |
| 01/11/10 | M. IACOPELLI | Research Relativity for additional key documents for Third Party Complaint at the request of T. Stevenson (1.8); prepare additional identified key documents for investigation team (.4). | 4.20 hrs. |
| 01/11/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/11/10 | H. SEIFE | Continue preparation for settlement conference. | 3.50 hrs. |
| 01/11/10 | N. T. ZINK | Second tier document review in connection with investigation (4.1); conference with F. Vazquez, C. Rivera and B. Dye re preparation of next report to the Committee (.4); begin preparation of slide deck for presentation to committee (2.1). | 6.60 hrs. |
| 01/11/10 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional documents (1.5); Review documents cited in materials presented to the Committee the previous week (1.7); Begin to update materials for memo to the Committee (.9); Review materials discovered in connection with | 7.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   28

|            |               | potential discrepancies between potential taget production and Debtors production (.9); conference with Lori Moloney regarding various issues in relativity (.8); Exchange e-mails related to question from Jen Peltz regarding document depository (.4). |            |
|------------|---------------|---|------------|
| 01/11/10   | E. M. MILLER  | Brief phone call with A Nellos re Larsen - Bigelow e-mail (0.2); Brief exchange of e-mails with A.Nellos and M Ashley re same (0.2); Review Zell and TRB documents re same (5.7); Draft and send e-mail to A Nellos and M Ashley re same (0.5); Revise specific potential target chron insert in connection with third party complaint, and send to T Stevenson (0.3); Review VRC chronology, D&P chronology, Amsden deposition summary, VRC (Browning and Rucker) deposition summaries and D&P (Bluth) deposition summaries in connection with third party complaint (1.5); Draft second specific potential target chron insert for same and send to T Stevenson (0.5). | 8.90 hrs. |
| 01/11/10   | H. LAMB       | Prepare materials for Jan. 12 settlement meeting (.3); conferences/emails with attendees regarding settlement meeting (.4); conferences with H.Seife regarding meeting issues (.3). | 1.00 hrs. |
| 01/11/10   | M. D. ASHLEY  | Meeting with T. Stevenson, R. Kirby regarding factual and legal issues relating to third-party complaint (1.1); meeting with T. Stevenson regarding drafting third-party complaint (.4); reviewed document chronology and research materials relating to third-party complaint (5.0); reviewed discovery materials relating to LBO investigation (.6); reviewed materials relating to document production deficiencies (.3); reviewed | 9.50 hrs. |

|  |  |  |  |
|---|---|---|---|
| | | discovery materials relating to deposition preparation (.6); emails with T. Stevenson regarding drafting third-party complaint (.4); emails with A. Nellos, E. Miller regarding key factual issues relating to LBO investigation (.4); emails with A. Nellos regarding document production issues (.3); emails with A. Nellos regarding deposition preparation (.4). | |
| 01/11/10 | T. L. STEVENSON | Met with M. Ashley and B. Kirby regarding complaint against multiple potential targets (1.5); Revising document chronology related to claims (4.2); Revising third-party complaint (7.8). | 13.50 hrs. |
| 01/11/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 01/11/10 | D. E. DEUTSCH | Review court order and other materials on PBGC confidentiality issue (1.2); conference with Frank Anderson (PBGC) to discuss same (.2); telephone conversation with Robert Schwinger re: PBGC concern (.2); further analysis of confidentiality provisions (.3); draft brief memorandum to Committee re: presentation at last week's meeting (.4); telephone conversation with Frank Anderson and Craig Yamaoka (PBGC) re: confidentiality issue (.1); review draft memorandum from Robert Schwinger re: same (.3); | 2.70 hrs. |
| 01/11/10 | F. VAZQUEZ | Conf w/Zink and C. Rivera re final report (.5); draft presentation slides for Committee in connection w/final report (4.7); conf w/Zink and C. Rivera re presentation slides (.6); second tier review of documents produced in connection w/investigation of leveraged ESOP (.9); email to/from Zink re hot doc. | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    February 23, 2010
435 N. MICHIGAN AVENUE                                           Invoice ******
CHICAGO, IL 60611                                               Page   30

| 01/11/10 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: analysis of fraudulent conveyance issues (0.8); drafting analysis re: specific defense (0.7); confer with B. Dye re: follow-up research needed (0.3); reviewing decks prepared for last meeting (0.4). | 2.20 hrs. |
|---|---|---|---|
| 01/12/10 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: analysis of fraudulent conveyance action issue (1.4); meeting and correspondence with B. Dye re: preparing same (0.8); confer with F. Vazquez re: specific defense issues (0.2); drafting analysis for standing issue (1.3); drafting analysis for remedy issue (1.0). | 4.70 hrs. |
| 01/12/10 | D. M. LeMAY | Conf. D. Bernstein (.1) and conf. w/H. Seife (.3) regarding today's meeting. | 0.40 hrs. |
| 01/12/10 | D. E. DEUTSCH | Exchange e-mails with Robert Schwinger and, in part, Andrew Goldfarb re: Thursday's hearing on Merrill Lynch production (.4); exchange related e-mails with Adam Landis re: hearing matters (.2); review e-mail from PBGC re: access to confidential litigation documents (.2); follow-up discussion with Marc Roitman re: steps required re: same (.1); exchange multiple e-mails with Jay Teitelbaum (Committee member) re: status of various litigation matters and possible next steps (.4); e-mail Debtors on ordinary course professional issue related to litigation (.2). | 1.50 hrs. |
| 01/12/10 | F. VAZQUEZ | Confs w/Nellos re discovery (.2); conf w/C. Rivera and T.Zink re revisions/further research and analysis on presentation slides and final report (1.6); review and revise slides (4.2); conf w/Dye re avoidance defense issue (.2); conf w/Dye & Rivera re specific case (.2); second tier review of | 7.20 hrs. |