TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   31

|  |  |  |  |
|---|---|---|---|
|  |  | documents produced in connection w/leveraged ESOP transaction (.6) email to/from Dye re presentation slides (.2). |  |
| 01/12/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 01/12/10 | T. L. STEVENSON | Revising complaint against third parties (14.9). | 14.90 hrs. |
| 01/12/10 | M. D. ASHLEY | Reviewed factual and legal materials regarding third-party complaint (2.8); reviewed materials regarding pleadings (2.2); reviewed materials regarding deposition preparation (1.3); reviewed materials regarding LBO factual issues (.8); reviewed materials regarding Merrill Lynch discovery (.3); reviewed materials regarding document confidentiality (.4); emails with A. Nellos regarding deposition preparation (.3); emails with T. Stevenson regarding third-party complaint (.4); emails with R. Schwinger, A. Goldfarb regarding confidentiality issues (.3); emails with T. Zink regarding pleadings (.2). | 9.00 hrs. |
| 01/12/10 | E. M. MILLER | Review specific potential target documents re inquiry from T Stevenson related to third party complaint (2.4); Draft and send e-mail to T.Stevenson re same (0.3); Review specific deposition and exhibits re inquiry from T Stevenson (0.5); Draft and send e-mail to T.Stevenson re same (0.2); Further review of target documents re term sheet document (0.6); Draft and send e-mail to M Ashley and T Stevenson re same (0.4); Review specific target documents re emails with Debtor officers (0.6); Draft and send e-mail to M Ashley re same (0.6). | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   32

| | | | |
|---|---|---|---|
| 01/12/10 | A. K. NELLOS | Review progress of document reviewers (.8) assign additional documents (.9); Update memorandum to the committee and related exhibit (4.9); review certain materials cited by Zuckerman and confirm same (2.2); Review key JPMorgan documents identified in connection with document review and deposition preparation (1.2). | 10.00 hrs. |
| 01/12/10 | N. T. ZINK | Work on slides for committee presentation (1.2); second tier document review in connection with investigation (5.9). | 7.10 hrs. |
| 01/12/10 | H. SEIFE | Preparation for settlement conference (2.2); meetings with Centerbridge, Lenders and Debtors regarding settlement proposals (4.2); review of select produced emails (1.1). | 7.50 hrs. |
| 01/12/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.40). | 0.40 hrs. |
| 01/12/10 | M. IACOPELLI | Research Relativity for additional key documents for Third Party Complaint at the request of T. Stevenson (.6); Reviewed key documents as received from T. Stevenson and conformed to updated index (5.4); Prepared deposition materials of John Kowalczek for Andrew Goldfarb at Zuckerman Spaeder (.6); Prepared deposition materials of Rajesh Kapadia for Andrew Goldfarb at Zuckerman Spaeder (.6). | 7.20 hrs. |
| 01/12/10 | M. A. ALPERT | Reviewed background documents re: Chandler contract issues. | 2.70 hrs. |
| 01/12/10 | T. J. MCCORMACK | Continued review and analysis of documents, charter documents for Tribune, case law, Delaware statutes and all materials re: D&O claims (3.8); review correspondence on standing issues, Committee report and related upcoming events (0.7). | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   33


| | | | |
|---|---|---|---|
| 01/12/10 | L. MENDOZA | Review and organize key documents for third party complaint/further analysis as per T. Stevenson. | 6.00 hrs. |
| 01/12/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.3). | 0.30 hrs. |
| 01/12/10 | W. BAKARE | Review/analyze document productions and create chron version for attorney use per A. Nellos request (5.1); prepare/order JPM docs for attorney use per K. Zafran request (2.7). | 7.80 hrs. |
| 01/12/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 01/12/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction | 1.30 hrs. |
| 01/12/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 01/12/10 | R. M. KIRBY | Drafting chart of key factual evidence supporting potential aiding and abetting claims, as per T. Stevenson. | 4.00 hrs. |
| 01/12/10 | K. ZAFRAN | Continue to prepare material for depositions of JPM representatives. | 4.20 hrs. |
| 01/12/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.4); exchange emails and follow up with PBGC re: execution of confidentiality agreements (0.8). | 2.20 hrs. |
| 01/12/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.80 hrs. |
| 01/12/10 | B. DYE | Researching issue relating to issue raised in specific decison (2.7); preparing insert for presentation to the Creditors Committee on certain arguments | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   34


|            |                |                                                                                                                                                            |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | against the fraudulent conveyance cause of action   (5.5).                                                                                                  |            |
| 01/13/10   | B. DYE         | Preparing presentation to the Creditors Committee on the Lenders' arguments against the fraudulent conveyance cause of action for T. Zink and C. Rivera     | 4.80 hrs.  |
| 01/13/10   | F. PERKINS     | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                 | 10.10 hrs. |
| 01/13/10   | M. ROITMAN     | On-line review of documents produced in connection with investigation of ESOP transaction (0.9)                                                            | 0.90 hrs.  |
| 01/13/10   | K. ZAFRAN      | Revise charts related to JPM deposition materials to be sent to Zuckerman Spader.                                                                           | 5.30 hrs.  |
| 01/13/10   | R. M. KIRBY    | Researching possible claims against certain potential target, the elements of causes of action thereof, and potential obstacles thereto under state law, as per M. Ashley. | 9.70 hrs.  |
| 01/13/10   | J. P. NARVAEZ  | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                 | 2.50 hrs.  |
| 01/13/10   | E. GRIMALDI    | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                 | 4.80 hrs.  |
| 01/13/10   | J. NOBLE       | Online review of documents produced in connection with investigation of ESOP transaction.                                                                  | 1.70 hrs.  |
| 01/13/10   | T. J. MCCORMACK | Work on claims for breaches of fiduciary duty (3.6); review Zuckerman drafts on several issues (0.4); confer T. Stevenson on several issues/tasks (0.3); review materials marshalled from document review for D&O claims (1.2). | 5.50 hrs.  |
| 01/13/10   | R. A. SCHWINGER | Review e-mails re document depository order.                                                                                                               | 0.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   35

| 01/13/10 | N. T. ZINK | Phone conference with T. Macauley re case pleadings (.4); off-line document review for preparation of next report to the Committee (1.3); on-line, second tier document review in connection with investigation (1.7); prepare section of next report to the Committee (2.3); conference with C. Rivera and F. Vazquez re next report to the Committee (.4); further review of case pleadings (.8); phone conference with M. Ashley re document review (.3). | 7.20 hrs. |
| --- | --- | --- | --- |
| 01/13/10 | M. A. ALPERT | Reviewed documents re: Chandler trust control issues. | 1.70 hrs. |
| 01/13/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/13/10 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents to reviewers (1.4); Exchange e-mails with individuals at Complete Documents related to Relativity issues (.8); Exchange e-mails with Marc Ashley discussing certain points related to draft third-party complaints (1.2); Review materials related to JPMorgan deposition preparation for depositions set next week (1.7); Discuss with L. Moloney and J. Lopez certain issues related to productions from Merrill Lynch and Citi (.9). | 7.20 hrs. |
| 01/13/10 | E. M. MILLER | Review TRB documents re obligor structure memo (0.8) Draft and send e-mails to M Ashley and T Stevenson re same (0.7) second level document review in connection with investigation of ESOP transaction (2.1) | 3.60 hrs. |
| 01/13/10 | M. D. ASHLEY | Reviewed and revised draft third-party complaint (1.4); reviewed discovery materials relating to draft third-party complaint (2.7); reviewed | 10.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   36

|  |  |  |  |
|---|---|---|---|
|  |  | materials relating to document confidentiality issues (.4); reviewed materials relating to deposition preparation (1.8); reviewed materials regarding Merrill Lynch discovery hearing (.4); reviewed materials regarding pleadings (1.0); reviewed draft presentation to Committee regarding analysis of legal issues (.9); emails with Zuckerman regarding confidentiality issues (.4); emails with T. Stevenson regarding third-party complaint (.5); emails with A. Nellos regarding deposition preparation (.4); emails with A. Goldfarb regarding Merrill Lynch discovery issues (.2). |  |
| 01/13/10 | T. L. STEVENSON | Revising draft of third party complaint (7.4); drafting list of factual sources and citations to complaint against certain potential targets (2.3) | 9.70 hrs. |
| 01/13/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 01/13/10 | D. E. DEUTSCH | Review e-mails from Debtors' counsel re: document production sharing issue (.3); exchange e-mails with A. Nellos re: status of certain discovery documents (.2); exchange e-mails with T. Macauley re: litigation materials for Committee (.1); draft posting note to Committee re: new litigation materials (.2); e-mail Howard Seife re: research on specific equitable remedy under Delaware law (.3). | 1.10 hrs. |
| 01/13/10 | C. L. RIVERA | Drafting/revising deck for presentation to committee, including review of underlying materials necessary for draft (3.3); confer with F. Vazquez (1.6) and B. Dye (1.2) re: revisions; meeting with T. Zink and F. Vazquez re: issues re: | 7.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   37

|            |                |                                                                                                                                                                                                                                                                          |           |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | analysis, ZS report (0.7); reviewing related standing case law for report (0.4).                                                                                                                                                                                          |           |
| 01/13/10   | F. VAZQUEZ     | Conf w/C. Rivera re presentation slides and revision thereto (1.4); conf w/Zink & C. Rivera re slides (.6); review and revise presentation slides (5.5); conf w/Dye re slides (.3); email to/from Dye re revision to slides (.1); email to/from Rivera re revisions to slides (.1). | 8.00 hrs. |
| 01/13/10   | L. ROWNTREE    | Reviewed documents produced by Morgan Stanley (1.0). Spoke with A. Nellos about certain produced documents (.1).                                                                                                                                                          | 1.10 hrs. |
| 01/14/10   | E. DAUCHER     | Research re: intervention issues.                                                                                                                                                                                                                                        | 3.00 hrs. |
| 01/14/10   | F. VAZQUEZ     | Conf w/Zink re slide presentation (.3); review and revise slide presentation (.5); conf w/Dye re slide presentation (.2); conf w/C.Rivera and T. Zink re slides (.4); conf w/Zuckerman and Zink re presentation slides (.3).                                               | 1.70 hrs. |
| 01/14/10   | C. L. RIVERA   | Reviewing/revising draft presentation (1.1); meeting with T. Zink and F. Vazquez re: same (0.4); confer with B. Dye re: same (0.2); call with Zuckerman Spaeder and Chadbourne teams re: remaining issues/presentation (0.2).                                              | 1.90 hrs. |
| 01/14/10   | D. M. LeMAY    | Conference call w/Krakauer, H. Seife and G. Bush re: settlement process.                                                                                                                                                                                                 | 0.60 hrs. |
| 01/14/10   | D. E. DEUTSCH  | Review posted draft complaint to prepare for today's meetings (1.1); participate in call with Debtors' counsel (Bryan Krakauer) and others re: next steps in plan/litigation (.7); review multiple e-mails re: discovery issues with Merrill Lynch (.2); participate in court status conference on same (.3); review e-mails on deposition/next steps | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 23, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page   38

|            |                 | with Debtors' solvency expert (.2); draft e-mail to Marc Ashley on proposed action item related to same (.1). |            |
|------------|-----------------|-------------|------------|
| 01/14/10   | P. TANCK        | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 01/14/10   | T. L. STEVENSON | Revising complaint against third parties (6.4); revising motion for standing (2.7). | 9.10 hrs. |
| 01/14/10   | M. D. ASHLEY    | Team meeting regarding status of investigation (.5); participated in Merrill Lynch discovery court hearing (.3); reviewed draft presentation to Committee regarding legal claims (.6); revised draft third-party complaint (2.4) and reviewed related factual materials (1.8); reviewed deposition preparation materials (.8); reviewed discovery materials regarding LBO investigation (.8); emails with A. Nellos regarding depositions (.2); emails with A. Goldfarb regarding Merrill Lynch discovery hearing (.3); emails with T. McCormack, T. Stevenson relating to third-party complaint (.8); emails with T. Zink, E. Miller relating to factual issues of investigation (.6). | 9.10 hrs. |
| 01/14/10   | E. M. MILLER    | Review D&P ordinary course professional affidavit and other D&P engagement letters (0.9) and draft and send e-mail to M Ashley re inquiry re same (0.6); Review Amsden (TRB) deposition transcript (0.4) and e-mail response to inquiry from M Ashley re same (0.2). | 2.10 hrs. |
| 01/14/10   | A. K. NELLOS    | Review progress of document reviewers (1.2) and assign additional documents for review (1.4); Review e-mail from S. Katz regarding JPMorgan documents (.3); Review documents circulated by | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 23, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   39

|            |                   | reviewers as potential hot documents (.4); Online review and comparison of documents related to the ESOP transaction and third-party claims (2.4) and prepare charts summarizing documents relevant to third-party claims (1.2). |              |
|------------|-------------------|--------------------------------------------------------|--------------|
| 01/14/10   | D. BAVA           | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/14/10   | H. SEIFE          | Telephone conference with Rosner (.4); review discovery materials (1.4); call with B.Krakauer and G.Bush regarding settlement analysis (.6). | 2.40 hrs. |
| 01/14/10   | N. T. ZINK        | Review and revise deck for Committee presentation (2.5); phone conference with A. Goldfarb re presentation deck (.4); second tier off-line document review in connection with investigation (3.2). | 6.10 hrs. |
| 01/14/10   | M. A. ALPERT      | Reviewed documents re: Chandler Trust control issues. | 1.10 hrs. |
| 01/14/10   | R. A. SCHWINGER   | Review e-mail re document depository issues (0.2); review e-mails re MLCC e-mail production timing issues (0.2); participate on court status conference re MLCC e-mail production (0.2); TC with Len Shifflett re Blackstone document production (0.2). | 0.80 hrs. |
| 01/14/10   | T. J. MCCORMACK   | Review and analyze documents, case law and SEC filings on various issues relevant to claims for fiduciary duty breaches (2.8); review issues on two-step aspect of LBO (1.2); confer M. Ashley re: tasks, next steps (0.3). | 4.30 hrs. |
| 01/14/10   | L. ARYANI         | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   40


| 01/14/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 01/14/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction | 2.60 hrs. |
| 01/14/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.2). | 2.20 hrs. |
| 01/14/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 01/14/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.2) | 2.20 hrs. |
| 01/14/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.90 hrs. |
| 01/14/10 | B. DYE | Revising part of presentation to the Creditors' Committee on specific argument against fraudulent conveyance cause of action for T. Zink and C. Rivera | 2.70 hrs. |
| 01/15/10 | B. DYE | Research Director & Officer info for T. Stevenson (.9); online review of documents produced in connection with ESOP transactions (.4). | 1.30 hrs. |
| 01/15/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |
| 01/15/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.50 hrs. |
| 01/15/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.0) | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   41


| 01/15/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.70 hrs. |
| 01/15/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.00 hrs. |
| 01/15/10 | E. DAUCHER | Draft memo to D. LeMay re: intervention issue. | 4.20 hrs. |
| 01/15/10 | K. ZAFRAN | Review JPMorgan documents for possible deposition documents per A.Nellos. | 1.90 hrs. |
| 01/15/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 01/15/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 01/15/10 | T. J. MCCORMACK | Review/analyze claims on subsidiary basis (0.8); review issues re: D&O insurance (0.6); review materials and draft part of complaint on specific potential target claims (1.3). | 2.70 hrs. |
| 01/15/10 | R. LISKOV | Review D&O and Fid. Liab. policies (1.0) and review and reply to T. Stevenson e-mail (.4). | 1.40 hrs. |
| 01/15/10 | M. A. ALPERT | Reviewed documents re: Chandler trust control issues. | 1.30 hrs. |
| 01/15/10 | M. IACOPELLI | Organized TRB documents from 2nd tier review per protocol (2.8); reviewed materials and prepared an index to TRB documents (3.4). | 6.20 hrs. |
| 01/15/10 | N. T. ZINK | Second tier document review in connection with investigation (5.7); phone conference with AlixPartners re solvency related issues (1.3); phone conference with G. Bush and H. Seife re solvency and strategy issues (.6). | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    42


| 01/15/10 | H. SEIFE | Conference call with AlixPartners regarding solvency issues (1.2); review of settlement/claim issues (2.1). | 3.30 hrs. |
|---|---|---|---|
| 01/15/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 01/15/10 | E. M. MILLER | Review Buettell (Houlihan) deposition transcript and exhibits (0.6)  and respond to inquiry from M Ashley re: same (0.2); Review Rucker and Browning (VRC) deposition transcripts (0.4); and respond to inquiry from T Stevenson (0.1); Review Zell/EGI documents to determine specific fact related to same (2.4); Perform second level review of documents produced in connection with investigation of ESOP transaction (.5). | 4.20 hrs. |
| 01/15/10 | T. L. STEVENSON | Revising complaint against third parties (8.4). | 8.40 hrs. |
| 01/15/10 | M. D. ASHLEY | Revised draft third-party complaint (5.3) and reviewed related factual and legal materials (2.5); emails with T. McCormack, T. Stevenson, E. Miller relating to third-party complaint (1.0); emails with T. Zink, A. Nellos regarding factual issues relating to investigation (.4). | 9.20 hrs. |
| 01/15/10 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional documents as needed (1.6); Draft letter to Sidley regarding discovery / depository issues (.2 ); Online review of documents produced in connection with investigation of ESOP transaction (1.2). | 4.30 hrs. |
| 01/15/10 | C. L. RIVERA | Correspondence with T. Stevenson re: D&O information (0.3); telephone conversation with M. Roitman re: same (0.1); review lenders' deck re: insolvency | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   43


                              argument (0.3).

01/16/10   A. K. NELLOS   Review progress of document        0.60 hrs.
                          reviewers (.3) and assign
                          additional documents (.3).

01/16/10   D. E. DEUTSCH  E-mail Ali Nellos re: updating      0.30 hrs.
                          discovery memo (.1); e-mail Marc
                          Ashley re: Duff & Phelps discovery
                          matter (.2).

01/16/10   N. T. ZINK     Second tier on-line document        0.70 hrs.
                          review in connection with
                          investigation of ESOP transaction.

01/16/10   A. DUFFY       Online review of documents          1.30 hrs.
                          produced in connection with the
                          investigation of the ESOP
                          transaction (1.3).

01/16/10   J. P. NARVAEZ  On-line review of documents         3.60 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/16/10   J. NOBLE       Online review of documents          3.00 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/17/10   J. NOBLE       Online review of documents          4.50 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/17/10   J. P. NARVAEZ  On-line review of documents         4.00 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/17/10   A. DUFFY       Online review of documents          2.00 hrs.
                          produced in connection with the
                          ESOP Transaction (2.0)

01/17/10   A. KRONSTADT   On-line review of documents         1.40 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/17/10   M. D. ASHLEY   Reviewed materials regarding        1.90 hrs.
                          potential third-party claims
                          (1.6); review emails regarding
                          depositions (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 23, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   44


| 01/17/10 | A. K. NELLOS | Review of key/second-tier hot documents related to specific third-party claims (4.6) and prepare summary of documents relevant to such claims (2.4). | 7.00 hrs. |

01/18/10   A. K. NELLOS    Review progress of document          6.40 hrs.
                           reviewers (1.4) and assign
                           additional documents (1.7); Update
                           materials for meeting with
                           Committee (2.4); Review of
                           key/second-tier hot documents
                           related to the ESOP transaction
                           and third-party claims (.5) and
                           prepare summary of documents
                           relevant to such claims (.4).

01/18/10   D. E. DEUTSCH   Exchange e-mails with Elizabeth      0.60 hrs.
                           Miller re: deposition summary
                           chart (.2); exchange e-mails with
                           Marc Roitman, Young Yoo and Ali
                           Nellos re: new discovery projects
                           (.4).

01/18/10   C. L. RIVERA    Meeting with T. Zink and F.          0.80 hrs.
                           Vazquez re: insolvency analysis
                           (0.5); correspondence re: source
                           and use analysis from Alix (0.3).

01/18/10   D. M. LeMAY     Review 3rd Circuit intervention      5.30 hrs.
                           cases (2.5). Review and revise
                           memo regarding same (2.8).

01/18/10   T. L. STEVENSON Drafting slide presentation re:      5.00 hrs.
                           specific party claim issue (.8);
                           revising standing motion for
                           specific claims per M. Ashley
                           (.9); drafting presentation
                           related to claims against specific
                           party (3.3).

01/18/10   E. M. MILLER    Review and exchange e-mails with M   0.10 hrs.
                           Ashley, A Nellos and D Deutsch re
                           deposition scheduling chart (0.1)

01/18/10   N. T. ZINK      On-line, second tier document        6.80 hrs.
                           review in connection with
                           investigation (2.2); review
                           Zuckerman Spaeder presentation
                           deck (.8); off-line, second tier
                           document review in connection with
                           investigation (2.6); prepare for

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   45

|  |  |  |  |
|---|---|---|---|
| | | January 19 all-professional meeting (1.2). | |
| 01/18/10 | R. A. SCHWINGER | E-mails and meetings with A. Nellos re MLCC e-mail review (0.6); review revised draft of discovery status summary memo for Committee (0.3). | 0.90 hrs. |
| 01/18/10 | T. J. MCCORMACK | Confer T. Stevenson on all tasks, timing, legal/factual issues and supporting materials for claims (0.8); review case law on state law/DE issues (1.3); analysis of payments to specific potential target (0.7). | 2.80 hrs. |
| 01/18/10 | F. VAZQUEZ | Conf w/Zink re next steps (.2); second tier review of documents produced in connection w/investigation of leveraged ESOP transaction (4.3). | 4.50 hrs. |
| 01/18/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/18/10 | H. SEIFE | Preparation for professionals meeting (.7); review of recovery scenarios (.8); review emails regarding document review (.2); review of memo on intervention (.3); review of Moelis analysis (.6). | 2.60 hrs. |
| 01/18/10 | M. IACOPELLI | Organized JPMorgan emails from 2nd tier review per protocol (1.6); reviewed materials and prepared an index to same (1.8). | 3.40 hrs. |
| 01/18/10 | M. A. ALPERT | Reviewed documents re: Chandler Trust control issues. | 1.50 hrs. |
| 01/18/10 | M. D. ASHLEY | Reviewed factual and legal research materials regarding third-party complaint (2.8); reviewed draft presentations to Committee (1.2); reviewed document production materials (.7); emails with T. Zink, A. Nellos regarding document production materials (.3); emails with T. Stevenson | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    46

|            |                |                                                                             |            |
|------------|----------------|-----------------------------------------------------------------------------|------------|
|            |                | regarding third-party complaint (.6).                                       |            |
| 01/18/10   | A. KRONSTADT   | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs.  |
| 01/18/10   | T. P. CASTELL  | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs.  |
| 01/18/10   | A. DUFFY       | Online review of documents produced in connection with the ESOP transaction (1.8). | 1.80 hrs.  |
| 01/18/10   | F. E. CREAZZO  | On-line review of documents produced in connection with investigation of ESOP Transaction (7.0) | 7.00 hrs.  |
| 01/18/10   | F. MALIK       | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.20 hrs.  |
| 01/18/10   | E. GRIMALDI    | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs.  |
| 01/18/10   | E. DAUCHER     | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs.  |
| 01/18/10   | E. DAUCHER     | Revise memorandum on legal research memo to reflect D LeMay's additional requests. | 6.90 hrs.  |
| 01/18/10   | E. WEISSMAN    | Prepare new media per L. Moloney's request. | 0.40 hrs.  |
| 01/18/10   | M. A. BLAND    | On-line review of documents produced in connection with investigation of ESOP Transaction (5.8). | 0.50 hrs.  |
| 01/18/10   | J. NOBLE       | Online review of documents produced in connection with investigation of ESOP transaction. | 6.60 hrs.  |
| 01/18/10   | B. DYE         | Reviewing recent fraudulent conveyance decision (.2) | 1.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   47


| 01/18/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.10 hrs. |
| 01/18/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.80 hrs. |
| 01/18/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (4.8) | 4.80 hrs. |
| 01/18/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (2.5). | 2.50 hrs. |
| 01/18/10 | L. ROWNTREE | Reviewed documents produced by Morgan Stanley for relevance (2.6). | 2.60 hrs. |
| 01/19/10 | L. ROWNTREE | Reviewed documents produced by Morgan Stanley for relevance. | 5.10 hrs. |
| 01/19/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (5.1). | 5.10 hrs. |
| 01/19/10 | M. WEINBAUM | Conference with A. Nellos re: ESOP transaction background and related document review (.5); On-line review of documents produced in connection with investigation of ESOP Transaction (5.7). | 6.20 hrs. |
| 01/19/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (7.1) | 7.10 hrs. |
| 01/19/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.20 hrs. |
| 01/19/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   48


01/19/10   B. DYE          Online review of documents              6.20 hrs.
                           produced in connection with ESOP
                           transaction

01/19/10   J. NOBLE        Online review of documents              3.90 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

01/19/10   M. A. BLAND     On-line review of documents             1.10 hrs.
                           produced in connection with
                           investigation of ESOP Transaction
                           (5.8).

01/19/10   K. ZAFRAN       On-line review of documents             3.00 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

01/19/10   E. DAUCHER      On-line review of documents             7.50 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

01/19/10   E. GRIMALDI     On-line review of documents             2.50 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

01/19/10   F. MALIK        On-line review of documents             7.10 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

01/19/10   L. ARYANI       Online review of documents              0.60 hrs.
                           produced in connection with
                           investigation of ESOP Transaction.

01/19/10   F. E. CREAZZO   On-line review of documents             6.50 hrs.
                           produced in connection with
                           investigation of ESOP Transaction
                           (6.5)

01/19/10   A. DUFFY        Online review of documents              2.10 hrs.
                           produced in connection with the
                           ESOP transaction (2.1).

01/19/10   T. P. CASTELL   On-line review of documents             1.00 hrs.
                           produced in connection with
                           investigation of ESOP Transaction.

01/19/10   C. KUMAR        Meeting with A. Nellos re               5.60 hrs.
                           background of LBO investigation
                           and related document review (.5);
                           review background documents (.7);
                           on-line review of documents
                           produced in connection with

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   49

|  |  |  |  |
|---|---|---|---|
|  |  | investigation of ESOP transaction (4.4). |  |
| 01/19/10 | M. A. ALPERT | Reviewed documents re: Chandler Trust control issues. | 2.10 hrs. |
| 01/19/10 | M. IACOPELLI | Review and organized JPMorgan emails from 2nd tier review per protocol (.6); Reviewed documents and prepared an index to JPMorgan e-mails (.8); Organized the Foundations emails from 2nd tier review per protocol (.6); Reviewed documents and prepared an index to the Foundations e-mails (.8). | 2.80 hrs. |
| 01/19/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/19/10 | H. SEIFE | Conference with Zuckerman, AlixPartners and Moelis regarding settlement issues/process (2.4); conference with G.Bush, M.Ashley, T.McCormack regarding presentation to Committee (1.0); review analysis and emails regarding intercompany AR analysis (.8); conference call with Sidley and Lazard regarding settlement discussions (1.0). | 5.20 hrs. |
| 01/19/10 | T. J. MCCORMACK | Analysis of types of claims and separability (0.8) ; review provenance of documents/statements in claim (0.7); meeting with H. Seife and G. Bush on claim issues (1.0); work on claims and support for them (2.3). | 4.80 hrs. |
| 01/19/10 | S. CHAN | Research corporate filings for Chandler Trust. | 1.00 hrs. |
| 01/19/10 | N. T. ZINK | Attend all-professional meeting in preparation for January 21 meeting with Committee (3.5); review documents identified as "hot" (.4); on-line document review in connection with investigation (1.5). | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   50


| 01/19/10 | E. M. MILLER | Review and exchange e-mails with M Ashley and A Nellos re missing EGI documents (0.2) Perform second level document review of documents in Relativity in connection with investigation of potential claims against estate and secured creditors (1.8) | 2.00 hrs. |

| 01/19/10 | T. L. STEVENSON | Revising complaint against third parties per T. McCormack's comments (6.7); drafting powerpoint presentation regarding claims against third parties (5.4). | 12.10 hrs. |

| 01/19/10 | M. D. ASHLEY | Attend professionals meeting regarding status of investigation (3.5); meeting with H. Seife, T. Zink, G. Bush regarding presentations to Commitee (1.0); reviewed production and legal research materials regarding third-party complaint (2.2); reviewed and revised draft presentation to Committee (1.1); emails with A. Nellos, E. Miller regarding document production issues (.4); emails with T. Stevenson regarding third-party complaint (.7); reviewed materials regarding upcoming JPM deposition (2.7). | 11.60 hrs. |

| 01/19/10 | D. M. LeMAY | Attend (in part) planning meeting of Committee professionals. | 2.60 hrs. |

| 01/19/10 | C. L. RIVERA | Call with T. Stevenson re: jurisdiction issues in suing in bankruptcy court (0.1); brief research (0.4) and correspondence re: same to T. Stevenson (0.2); call with D. LeMay re: issue on specific Bankruptcy Code implications in fraudulent conveyance action (0.1); review Code re: same (0.2). | 1.00 hrs. |

| 01/19/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transaction (4.7); conf w/Zink re next steps (.3). | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   51


01/19/10    A. K. NELLOS        Meet with M. Weinbaum and C. Kumar       7.00 hrs.
                                re document review matters (.5);
                                Review progress of first- and
                                second- tier document reviewers
                                (1.5) and assign additional
                                documents for review (1.6); review
                                notable/significant documents
                                circulated by first-tier document
                                reviewers (.4); Exchange e-mails
                                with L.Moloney and with Complete
                                Documents related to issues in
                                Relativity (.5); Review recent
                                correspondence related to
                                discovery issues (.3); review
                                information prepared by E. Miller
                                related to possible issues with
                                Zell/EGI production of e-mails
                                (.9); Online review and comparison
                                of documents related to the ESOP
                                transaction and third-party claims
                                (1.3).

01/19/10    D. E. DEUTSCH       Participate in part of telephonic       2.80 hrs.
                                meeting with Committee
                                professionals re: next LBO steps
                                (2.8).

01/20/10    D. E. DEUTSCH       Review various e-mails re:             3.50 hrs.
                                discovery matters (.3); review and
                                edit draft memorandum to Committee
                                on status of all discovery matters
                                (2.1); review bankruptcy rules
                                (.2) and discuss timing re:
                                standing motion with Matt McGuire
                                (.2); review Delaware rules
                                related to same (.2); draft
                                multiple posting alerts for
                                Committee re: various litigation
                                presentations (.5).

01/20/10    A. K. NELLOS        Review progress of document           9.10 hrs.
                                reviewers (1.5) and assign
                                additional documents (1.7); Final
                                revisions to discovery memo and
                                related materials (1.3); Assist
                                with deposition preparation for
                                John Kowalczek (.8); Review
                                correspondence received from
                                GreatBanc and related materials
                                (connected with privilege log)
                                (.8); Review materials related to

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   52


                          J. Kapadia deposition (1.7);
                          Online review and comparison of
                          documents related to the ESOP
                          transaction and third-party claims
                          (1.3).

01/20/10   F. VAZQUEZ     Second tier review of docs           4.60 hrs.
                          produced in connection
                          w/investigation of leveraged ESOP
                          transaction.

01/20/10   C. L. RIVERA   Reviewing correspondence re:         3.90 hrs.
                          upcoming meeting, analysis of
                          fraudulent conveyance (0.4);
                          on-line review of documents
                          produced in connection with
                          investigation of ESOP transaction
                          (3.5).

01/20/10   M. D. ASHLEY   Reviewed materials regarding        11.40 hrs.
                          JPMorgan depositions (1.6);
                          attended JPMorgan (J. Kowalczuk)
                          deposition (8.0); reviewed factual
                          and legal research materials
                          regarding third-party complaint
                          (1.0); emails with A. Nellos
                          regarding privilege issues (.3);
                          emails with T. Stevenson regarding
                          third-party complaint (.5).

01/20/10   P. TANCK       On-line review of documents          8.00 hrs.
                          produced in connection with
                          investigation of ESOP Transaction.

01/20/10   T. L. STEVENSON Drafting power point presentation   5.70 hrs.
                          related to claims against third
                          parties (4.1); revising complaint
                          against third parties per Alix
                          Partners analysis and comments
                          from T. McCormack and M. Ashley
                          (1.6).

01/20/10   E. M. MILLER   Review and exchange e-mails re       2.50 hrs.
                          revision to deposition scheduling
                          chart (0.1) Revise same (0.2)
                          Research TRB documents in
                          Relativity for attachment to
                          e-mail re missing EGI documents
                          (1.8) Draft and send A Nellos and
                          M Ashley e-mail with attachments
                          re missing EGI documents (0.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   53


| | | | |
|---|---|---|---|
| 01/20/10 | R. A. SCHWINGER | Meeting with A. Nellos (0.1) and e-mail to counsel re GreatBanc privilege log (0.2); review e-mails re MLCC e-mail production status (0.2). | 0.50 hrs. |
| 01/20/10 | T. J. MCCORMACK | Review/analyze documents, legal memos and case law on all aspects of fiduciary duty claims (3.1); review issues on state fraudulent conveyance claims (0.8); review/edit draft of claims (0.4) and review issues for Committee, debtors and schedule for claims (0.4). | 4.70 hrs. |
| 01/20/10 | L. MENDOZA | Update key document/materials used in preparation of third party complaint | 2.00 hrs. |
| 01/20/10 | H. SEIFE | Meeting with Sidley, Lazard regarding settlement process (2.1); review of revised Moelis analysis (.8). | 2.90 hrs. |
| 01/20/10 | N. T. ZINK | Second tier document review in connection with ESOP investigation (6.2). | 6.20 hrs. |
| 01/20/10 | M. IACOPELLI | Organized EGI emails from 2nd tier review per protocol (2.2); Reviewed documents and prepared an index to EGI e-mails (2.6); Organized Morgan Stanley emails from 2nd tier review per protocol (1.2); Reviewed documents and prepared an index to Morgan Stanley e-mails (1.4). | 7.40 hrs. |
| 01/20/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/20/10 | M. A. ALPERT | Reviewed documents re: Chandler trust control issues (1.2); confs. with B.Carson re: same (.2). | 1.40 hrs. |
| 01/20/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (7.3). | 7.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   54
```

| 01/20/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
|---|---|---|---|
| 01/20/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (1.3) | 1.30 hrs. |
| 01/20/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (6.3) | 6.30 hrs. |
| 01/20/10 | B. DYE | Online review of documents produced in connection with ESOP transactions | 1.00 hrs. |
| 01/20/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.20 hrs. |
| 01/20/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 01/20/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.30 hrs. |
| 01/20/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.70 hrs. |
| 01/20/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 01/20/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 01/20/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.00 hrs. |
| 01/20/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (6.9) | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   55


| 01/20/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (8.5) | 8.50 hrs. |
|---|---|---|---|
| 01/20/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (6.5); corresponded by email with Alexandra Nellos re: same (.2). | 6.70 hrs. |
| 01/20/10 | L. ROWNTREE | Reviewed documents produced by Morgan Stanley (1.8). | 1.80 hrs. |
| 01/21/10 | L. ROWNTREE | Reviewed documents produced by Morgan Stanley (1.5). | 1.50 hrs. |
| 01/21/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (6.2). | 6.20 hrs. |
| 01/21/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (7.1). | 7.10 hrs. |
| 01/21/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (3.5) | 3.50 hrs. |
| 01/21/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.00 hrs. |
| 01/21/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 01/21/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.90 hrs. |
| 01/21/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   56

| 01/21/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
|---|---|---|---|
| 01/21/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.00 hrs. |
| 01/21/10 | B. DYE | Review email communications regarding memo on jurisdiction in district court. | 0.60 hrs. |
| 01/21/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 01/21/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.20 hrs. |
| 01/21/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.3). | 0.30 hrs. |
| 01/21/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 01/21/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (7.3). | 7.30 hrs. |
| 01/21/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.50 hrs. |
| 01/21/10 | M. A. ALPERT | Reviewed documents re: Chandler Trust control issues (1.5); confs.with B.Carson re: same (.3). | 1.80 hrs. |
| 01/21/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/21/10 | M. IACOPELLI | Organized VRC emails from 2nd tier review per protocol (3.5); Reviewed documents and prepared an index to VRC e-mails (3.6); prepared JPMorgan documents for J. Kapadia's Deposition at the request of A. Nellos (.4). | 7.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 23, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   57


01/21/10   N. T. ZINK          Second tier document review in          3.30 hrs.
                               connection with investigation
                               (1.5); conference with T.
                               McCormack, T. Stevenson, F.
                               Vazquez and C. Rivera re
                               third-party complaint and creditor
                               trust complaint issues and
                               drafting (1.8).

01/21/10   H. SEIFE            Various settlement                       1.70 hrs.
                               discussions/conferences.

01/21/10   T. J. MCCORMACK     Review/edit claim drafts (1.0);          5.60 hrs.
                               analysis of state law issues
                               (0.7); analyze damage issues/case
                               law on fiduciary duty breaches
                               (1.3); meeting with team on all
                               issues in claims, particularly
                               state law fraudulent conveyance
                               claims (1.8); analyze issues
                               flowing from specific types of
                               potential claims (0.8).

01/21/10   F. VAZQUEZ          Conf w/McCormack, Zink and Ashley        7.20 hrs.
                               re third party claims (1.7); conf
                               w/Deutsch re third party claims
                               (.2); conf w/Nellos re discovery
                               (.3); second tier review of
                               documents produced in connection
                               with leveraged ESOP transaction
                               (4.5); review email re leverages
                               (.2); email to/from Nellos re
                               guaranty (.1); review guaranty
                               (.2).

01/21/10   R. A. SCHWINGER     Review e-mails re JPM privilege          0.50 hrs.
                               log.

01/21/10   E. M. MILLER        Perform second level document           2.90 hrs.
                               review of documents in Relativity
                               in connection with investigation
                               of potential claims against estate
                               and secured creditors (2.9)

01/21/10   T. L. STEVENSON     Meeting with T. McCormack, T.            4.50 hrs.
                               Zink, M. Ashley, and F. Vazquez
                               regarding state-law UFTA related
                               claims and claims againt D&O
                               (1.7); research regarding defense
                               to certain third party claims
                               (1.1); research regarding damages

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   58

|            |              | for certain potential third-party claims (1.2); revising powerpoint presentation regarding certain third party claims (.5). |           |
|------------|--------------|---|---|
| 01/21/10   | P. TANCK     | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 01/21/10   | M. D. ASHLEY | Reviewed Committee presentation materials (1.2); meeting with T. McCormack, T. Zink F. Vazquez, T. Stevenson regarding third-party claims (1.7); reviewed legal research and production materials regarding third-party claims (1.2); emails with T. Zink, A. Nellos regarding production materials (.3); emails with T. Stevenson regarding third-party complaint drafting and research (.4). | 4.80 hrs. |
| 01/21/10   | C. L. RIVERA | Review special counsel analysis for committee (0.3); meeting with T. McCormack, T. Stevenson, M. Ashley, F. Vazquez and T. Zink re: third party complaint (1.6); correspondence re: trust (0.2); related adversary research (0.2); review memo re: jurisdiction issues (0.5). | 2.80 hrs. |
| 01/21/10   | A. K. NELLOS | Review progress of document reviewers (1.4) and assign additional documents to reviewers (1.8); Speak with L.Moloney and Complete Documents related to issues in relativity in connection with recent productions (2.6); Begin to review JPMorgan and GreatBanc privilege logs (.6); Online review and comparison of documents related to the ESOP transaction and third-party claims. (2.9); Review recent correspondence related to discovery issues (.3). | 9.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   59

| 01/21/10 | D. E. DEUTSCH | Prepare posting alert for Committee re: additional LBO analyses (.2). | 0.20 hrs. |
|---|---|---|---|
| 01/22/10 | D. E. DEUTSCH | Review e-mails from Howard Seife re: presentation to Committee on settlement matters (.3); review materials from financial advisor re: litigation recoveries (.5). | 0.80 hrs. |
| 01/22/10 | A. K. NELLOS | Discuss various issues related to Relativity and recent productions with L. Moloney (1.2); Review progress of document reviewers (1.5) and assign additional documents (3.1); Attend deposition of R. Kapadia (6.2); draft letter to J. Peltz regarding document depository (.3). | 12.30 hrs. |
| 01/22/10 | C. L. RIVERA | Correspondence re: identification of Directors and Officers at subsidiary level (0.2); correspondence re: damages for fiduciary duty breaches (0.3). | 0.50 hrs. |
| 01/22/10 | M. D. ASHLEY | Reviewed materials regarding JPMorgan (Kapadia) deposition (1.4); attended Kapadia deposition (3.5); reviewed legal research materials regarding third-party complaint (.8); emails with T. Stevenson, T. McCormack regarding third-party complaint (.7). | 6.40 hrs. |
| 01/22/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 01/22/10 | T. L. STEVENSON | Revising part of complaint against third parties (8.8). | 8.80 hrs. |
| 01/22/10 | F. VAZQUEZ | Conf w/Nellos re discovery on directors (.2); review documents re third party claims (.6); conf w/Deutsch re third party cliams (.1); conf w/Zink re third party claims & next steps (.2); email to/from Nellos re guaranty (.2); review director information (.2); email to/from Stevenson re directors (.2). | 1.70 hrs. |