TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   60

| | | | |
|---|---|---|---|
| 01/22/10 | T. J. MCCORMACK | Analyze damage issues on certain third party claims (1.3); analyze issues arising from other specific defense (0.8); review specific state law issues and potential use in third party claims (1.6); analyze defense to specific state law claims (0.7); review information on proceeds of LBO sale (0.8). | 5.20 hrs. |
| 01/22/10 | H. SEIFE | Conference call with Sidley and Lazard regarding settlement (1.0); review of investigation materials (2.3); conference call with Moelis and Zuckerman regarding settlement issues (1.2). | 4.50 hrs. |
| 01/22/10 | N. T. ZINK | Begin drafting Creditors' Trust complaint against certain potential defendants (1.0); second tier, on-line document review in connection with investigation (4.5); review third party complaint (.5); begin preparing for next committee meeting (.6). | 6.60 hrs. |
| 01/22/10 | M. IACOPELLI | Organized Holden emails from 2nd tier review for attorney review (.8); Reviewed and organized Chandler Trust emails from 2nd tier review per protocol (.7); Reviewed and indexed Chandler Trust e-mails (.8); Reviewed and organized Moody's emails from 2nd tier review per protocol (.6); Reviewed and indexed Moody's e-mails (.5); reviewed and organized Garanella emails from 2nd tier review (.7); Reviewed and indexed Garanella e-mails (.6); Organized S&P documents from 2nd tier review (.7); Reviewed and indexed S&P docs (.8); Organized FCC documents from 2nd tier review per protocol (.4); Reviewed and indexed FCC docs (.6). | 7.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   61
```

| | | | |
|---|---|---|---|
| 01/22/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 01/22/10 | M. A. ALPERT | Reviewed documents re: Chandler Trust control issues. | 0.40 hrs. |
| 01/22/10 | B. G. CARSON | Review and analyze SEC filings and other documents (including voting agreement, registration rights agreement and registration statement) relating to restrictions on Chandler Trusts' ability to vote on the merger. | 2.60 hrs. |
| 01/22/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (.8). | 0.80 hrs. |
| 01/22/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 01/22/10 | B. SCHUBECK | Research on identification of officers and directors atTribune Company subsidiaries as of specific date. | 0.80 hrs. |
| 01/22/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.40 hrs. |
| 01/22/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs. |
| 01/22/10 | B. DYE | Review recent fraudulent transfer decisions. | 1.20 hrs. |
| 01/22/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.50 hrs. |
| 01/22/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.40 hrs. |
| 01/22/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    62


| 01/22/10 | R. M. KIRBY | Conducting research on potential claims under Delaware Code sections 160, 173, and 174, as per T. Stevenson. | 2.30 hrs. |
|---|---|---|---|
| 01/22/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 01/22/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 01/22/10 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 01/22/10 | E. WEISSMAN | Prepare new media per L. Moloney's request. | 0.70 hrs. |
| 01/22/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 01/22/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 01/22/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.20 hrs. |
| 01/22/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (4.1). | 4.10 hrs. |
| 01/22/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (2.4). | 2.40 hrs. |
| 01/22/10 | L. ROWNTREE | Reviewed documents produced by Morgan Stanley. (5.7.) | 5.70 hrs. |
| 01/23/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   63


| 01/23/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
|---|---|---|---|
| 01/23/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.30 hrs. |
| 01/23/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.3). | 1.30 hrs. |
| 01/23/10 | T. J. MCCORMACK | E-mails from team on all tasks for claims review, upcoming meetings and presentations (0.6). | 0.60 hrs. |
| 01/24/10 | F. VAZQUEZ | Emails to and from Stevenson and Ashley re directors and officers (.3); review resolutions (.2); email to and from Nellos re resolutions (.1); email to and from Deutsch re request to Alix re directors (.1). | 0.70 hrs. |
| 01/24/10 | T. J. MCCORMACK | Analysis of issues on certain types of potential claims (1.7); review/comment on issues for drafts of potential claims (1.3); review e-mails re: legal issues in current drafts (1.8); review case law and legal memos (1.2). | 6.00 hrs. |
| 01/24/10 | N. T. ZINK | Review and revise third-party complaint (1.5); emails to M. Ashley and T. Stevenson re third-party complaint (.8); draft insert for complaint against potential targets (2.7). | 5.00 hrs. |
| 01/24/10 | T. L. STEVENSON | Revising complaint against third parties (5.1); research re Delaware state law issue raised in complaint (2.3); reviewing documents related to Subsidiary Guarantors (2.7). | 10.10 hrs. |
| 01/24/10 | A. K. NELLOS | Review progress of document reviewers (.2) and add additional documents for review (.4); Draft brief summary of afternoon of deposition of Kowalczek (.3). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   64


| 01/24/10 | M. D. ASHLEY | Reviewed production and legal research materials relating to draft third-party complaint (3.7); reviewed, revised parts of draft third-party complaint (1.8); emails with T. McCormack, T. Zink, T. Stevenson regarding third-party complaint (1.6). | 7.10 hrs. |
|----------|--------------|---|---|
| 01/24/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 01/24/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 01/24/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 01/25/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (4.1); research and review all guarantees and supporting documents from Tribune subsidiaries for names of board members and directors of subsidiaries during relevant times (5.0). | 9.10 hrs. |
| 01/25/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.40 hrs. |
| 01/25/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |
| 01/25/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (5.8). | 5.80 hrs. |
| 01/25/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (5.4). | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   65


| 01/25/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.10 hrs. |
|---|---|---|---|
| 01/25/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (3.8) | 3.80 hrs. |
| 01/25/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.50 hrs. |
| 01/25/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.70 hrs. |
| 01/25/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |
| 01/25/10 | B. DYE | Research certain Illinois state law issues for T. Zink (.6); preparing slide presentation for T. Zink (.5); online review of documents produced in connection with ESOP transactions (.8). | 1.90 hrs. |
| 01/25/10 | K. LEVENBERG | Emails with Zink and Dye re creditor trust memorandum. | 0.20 hrs. |
| 01/25/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs. |
| 01/25/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.50 hrs. |
| 01/25/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (10.2) | 10.20 hrs. |
| 01/25/10 | B. SCHUBECK | Continue research on offices and directors of Tribune Company as of specific date. | 1.70 hrs. |
| 01/25/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   66


| 01/25/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (2.8). | 2.80 hrs. |
| 01/25/10 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents (1.7); Exchange e-mails and other correspondence to J. Peltz regarding discovery and depository issues (.4); Review discovery materials in connection with development of claims for third-party complaint (3.1); Discuss issues with Relativity with L. Moloney, including production of materials from JPMorgan (.9); Review correspondence received in connection with discovery (.4). | 7.70 hrs. |
| 01/25/10 | D. E. DEUTSCH | Exchange e-mails with Brad Hall (AlixPartners) re: LBO investigation research issue (.3); exchange e-mails with Frank Vazquez re: inquiry on LBO investigation (.1). | 0.40 hrs. |
| 01/25/10 | C. L. RIVERA | Meeting with T. Zink re: third party complaint issues (0.5); beginning revisions to same (0.4). | 0.90 hrs. |
| 01/25/10 | D. M. LeMAY | Review and comment on ZS draft motion (.6); meeting w/H. Seife and D. Deutsch re: latest developments in settlement talks and next steps (.8). | 1.40 hrs. |
| 01/25/10 | T. L. STEVENSON | Revising part of draft complaint (4.3); research re specific claims related to Tribune subsidiaries (2.3); reviewing research re Delaware state law issue (.4); revising standing motion (1.7); revising powerpoint presentation (1.0). | 9.70 hrs. |
| 01/25/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   67


| 01/25/10 | M. D. ASHLEY | Reviewed production and legal research materials relating to draft third-party complaint (4.0); reviewed and revised draft third-party complaint (1.6); reviewed and revised draft standing motion relating to third-party complaint (1.3); reviewed and revised draft presentation relating to third-party complaint (1.0); meetings with T. McCormack, T. Stevenson regarding third-party complaint (.8); reviewed production materials regarding depositions (.8). | 9.50 hrs. |
| --- | --- | --- | --- |
| 01/25/10 | N. T. ZINK | Prepare creditors' trust complaint against specif potential target (2.5); phone conference with H. Seife, G. Bush, Sidley Austin, Moelis and Lazard re settlement issues (.8); further phone conference with G. Bush and Moelis (.8); conference with H. Seife and T. McCormack re third party complaint t against specific potential target (.6); prepare presentation for January 28 Committee meeting (1.5); off-line, second tier document review in connection with investigation (1.0). | 7.20 hrs. |
| 01/25/10 | R. LISKOV | Conference with T. Stevenson re coverage of subsidiaries. | 0.10 hrs. |
| 01/25/10 | R. A. SCHWINGER | Meetings with A. Nellos re JPM and MLCC productions. | 0.40 hrs. |
| 01/25/10 | F. VAZQUEZ | Conf w/Stevenson re directors and officers (.2); conf w/E. Smith re directors and officers (.1); conf w/Deutsch re directors and officers (.2); conf w/Zink re next steps and complaint (.3); email to/from Hall re directors (.2); email to/from Nellos re directors and re solutions (.1). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   68

| | | | |
|---|---|---|---|
| 01/25/10 | T. J. MCCORMACK | Prep for (0.3) and t/c with Debtors' counsel re: status, state of demands, legal claims (0.6); t/c with Committee members re: status (0.3); review issues on potential claims for fiduciary duty breaches, state fraudulent conveyance claims (0.8); revise/edit proposed fiduciary duty claims (1.6); confer M. Ashley and T. Stevenson re: issues, motion for standing (0.7); review current drafts and comment (1.8). | 6.10 hrs. |
| 01/25/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20); research re: names of officers and directors of certain Tribune affiliates (.40); correspondence with library re: officer and director information (.10). | 0.70 hrs. |
| 01/25/10 | M. IACOPELLI | Research on Relativity for certain corporate documents (5.2); prepared index of same for M.Ashley (1.2). | 6.40 hrs. |
| 01/25/10 | H. SEIFE | Conference call with G.Bush and E.Sassower regarding LBO issues (.5); review of third-party claims issues (2.1); review of draft third-party complaint (1.0). | 3.60 hrs. |
| 01/25/10 | L. ROWNTREE | Reviewed documents produced by Morgan Stanley | 1.00 hrs. |
| 01/26/10 | H. SEIFE | Review of Moelis equity analysis (.4); conference call with Krakauer regarding discussions (.6); review of discovery materials (1.9). | 2.90 hrs. |
| 01/26/10 | M. IACOPELLI | Organized solvency documents from 2nd tier review for attorney review (2.2); reviewed documents and prepared an index to same (3.1). | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   69


01/26/10   D. BAVA          Review and analysis of docket of      0.20 hrs.
                            similar large case re: LBO
                            litigation issues.

01/26/10   F. VAZQUEZ       Conf w/Nellos re discovery and        0.70 hrs.
                            document review (.2); conf w/Zink
                            and C. Rivera re complaint against
                            officers and directors (.5).

01/26/10   T. J. MCCORMACK  Continued review/analysis of          6.40 hrs.
                            factual and legal issues for
                            fiduciary duty claims (3.5) and
                            confer T. Stevenson re: aspects of
                            same (0.3); analyze expert issues
                            (0.4); review/edit motion for
                            standing (1.2); work on
                            presentation related to same (1.0).

01/26/10   N. T. ZINK       Prepare slides for committee          6.60 hrs.
                            presentation (1.2); on-line,
                            second tier document review in
                            connection with investigation
                            (2.5); conference with C. Rivera
                            and F. Vazquez re Creditors' Trust
                            complaint (.5); review and revise
                            Creditors' Trust complaint (2.0);
                            review pleadings (.4).

01/26/10   M. D. ASHLEY     Reviewed and revised draft            5.50 hrs.
                            standing motions and reviewed
                            related materials (1.8); reviewed
                            and revised draft presentation
                            regarding third-party claims
                            (1.7); emails with A. Nellos, E.
                            Miller regarding discovery issues
                            (.4); emails with T. Zink
                            regarding key production materials
                            (.4); reviewed production
                            materials (1.2).

01/26/10   P. TANCK         On-line review of documents          6.00 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

01/26/10   T. L. STEVENSON  Follow-up research re Delaware        3.40 hrs.
                            General Corporation Law issue
                            (1.4); revising motion for
                            standing (1.2) and PowerPoint
                            presentation regarding D&O Claims
                            (.8) in light of M. Ashley's
                            comments.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   70


| 01/26/10 | E. M. MILLER | Perform second level document review of documents in Relativity, in connection with investigation of potential claims against estate and secured creditors (3.1) | 3.10 hrs. |
|---|---|---|---|
| 01/26/10 | C. L. RIVERA | Drafting/revising creditors' trust complaint (3.5); confer with B. Dye re: various tasks, research re: same (0.6); meeting with T. Zink and F. Vazquez re: same (0.6). | 4.70 hrs. |
| 01/26/10 | D. E. DEUTSCH | Review certain produced materials distributed by Marc Ashley re: investigation matters (.4). | 0.40 hrs. |
| 01/26/10 | A. K. NELLOS | Review progress of first-and second-tier document reviewers (1.6) and assign additional documents (1.7); Review particularly significant documents identified by document reviewers, and where appropriate, circulate to T. Zink and M. Ashley (.7); Draft letter to J. Peltz in connection with discovery / depository issues (.8); review materials related ot possible discrepancies in discovery productions (.3); online review and comparison of documents related to the ESOP transaction (second-tier review) (1.3). | 6.40 hrs. |
| 01/26/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.0). | 2.00 hrs. |
| 01/26/10 | L. F. MOLONEY | Preparing copies of media with new documents and data for loading onto Relativity (1.2); correspondence and teleconferences with R. Das and P. Kelley at Complete Document Source re. new documents and replacement of prior JPMorgan productions (1.3); correspondence and followup discussions with A. Nellos re. new data and documents (.4). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   71


| | | | |
|---|---|---|---|
| 01/26/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
| 01/26/10 | B. DYE | Respond to C. Rivera's question regarding jurisdiction and conflict of law (0.6); creating powerpoint presentation for T. Zink (.4); review of similar large case complaint re treatment of certain potential plan concepts for C. Rivera (1.7); email communications with T. Stevenson re Director and Officer information (.4); researching relevant complaints regarding state law actions for C. Rivera (1.3). | 4.40 hrs. |
| 01/26/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 01/26/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |
| 01/26/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (3.2) | 3.20 hrs. |
| 01/26/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.70 hrs. |
| 01/26/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (7.2). | 7.20 hrs. |
| 01/26/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (5.4). | 5.40 hrs. |
| 01/26/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   72

| | | | |
|---|---|---|---|
| 01/26/10 | E. WEISSMAN | Prepare new media per L. Moloney's request. | 1.30 hrs. |
| 01/26/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 01/27/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.80 hrs. |
| 01/27/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 01/27/10 | J. CROSS | Conversations w/ Vazquez re information and belief allegations re: jurisdiction (.30); research re jurisdictional issues (4.20); conversation w/ T. Stevenson re same (.10); email to Vazquez re same (.50); research and email re citizenship for diversity prupeses (.40). | 5.50 hrs. |
| 01/27/10 | C. CUSMANO | Review memo on background of ESOP transaction (.7) | 0.70 hrs. |
| 01/27/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.90 hrs. |
| 01/27/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (3.6); corresponded by email with Alexandra Nellos re: same (.5). | 4.10 hrs. |
| 01/27/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (6.8). | 6.80 hrs. |
| 01/27/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   73


| | | | |
|---|---|---|---|
| 01/27/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.7); Draft Posting Note for Standing Motion (0.2) | 2.90 hrs. |
| 01/27/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.40 hrs. |
| 01/27/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 01/27/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.10) | 4.10 hrs. |
| 01/27/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 01/27/10 | A. K. NELLOS | Review progress of document reviewers (both first- and second-tier review) (1.6) and assign additional documents for review (1.8); Provide information to R. Schwinger regarding status of document review (.6); Begin to review transcript of R. Kapadia and work on deposition summary (2.1); Review documents identified by reviewers and circulate noteworthy documents to T. Zink and M. Ashley (.7); Speak with L. Moloney regarding various issues with Relativity (.9); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.1). | 8.80 hrs. |
| 01/27/10 | D. M. LeMAY | Conference w/HS re: possible settlement options and next steps. | 0.40 hrs. |
| 01/27/10 | C. L. RIVERA | Review correspondence re: updated 3rd party complaint. | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 23, 2010
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   74

| 01/27/10 | E. M. MILLER | Perform second level document review of documents in Relativity, in connection with investigation of potential claims against estate and secured creditors (4.6) | 4.60 hrs. |
|---|---|---|---|
| 01/27/10 | T. L. STEVENSON | Reviewing draft additional third party complaint per T. Zink (1.9); reviewing SEC filings related to specific potential target(.4); Reviewing comments on additional third party complaint received from Zuckerman (.7); Met with M. Ashley re Zuckerman revisions to draft complaint (.4); revising draft additional third party complaint in light of Zuckerman comments (1.1). | 4.50 hrs. |
| 01/27/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 01/27/10 | M. D. ASHLEY | Emails with T. Zink, A. Nellos regarding key production documents (.4); reviewed and revised draft third-party complaint (.7); reviewed and revised pleadings (1.5); reviewed materials regarding third-party complaint (1.6). | 4.20 hrs. |
| 01/27/10 | N. T. ZINK | Second-tier, on line document review in connection with investigation (5.6); review and revise creditors' trust complaint (.6); review and revise slides for committee presentation (.8); review suggested "hot documents" (.4); review standing motion (.4). | 7.80 hrs. |
| 01/27/10 | T. J. MCCORMACK | Review comments on draft complaint and analyze same (1.2); confer T. Stevenson re: same and other claim issues (0.8); review case law on specific Delaware statute issue (0.9); conf. with Zuckerman on claim issues (1.0); status H. Seife on all claim issues (0.5); review settlement case law re: possible cause of action (0.8). | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    75


01/27/10   F. VAZQUEZ         Review third-party complaint for      2.20 hrs.
                              specific issue (.6); conf w/Zink
                              re same (.2); review slide
                              presentation (.3); conf w/Zink re
                              slide presentation (.1); conf
                              w/Zink re completion of document
                              review (.2); conf w/Cross re
                              jurisdiction (.3); revise
                              third-party complaint (.3); emails
                              re Goldman discovery to/from
                              Butcher and Nellos (.1); email
                              to/from Zink re litigation/plan
                              concept (.1).

01/27/10   R. A. SCHWINGER    Review e-mails re status of MLCC      0.40 hrs.
                              e-mail review.

01/27/10   D. BAVA           Review and analysis of docket          0.20 hrs.
                              sheet of similar large case re:
                              LBO litigation issues (.20).

01/27/10   M. IACOPELLI      Organized additional solvency          8.40 hrs.
                              documents from 2nd tier review per
                              protocol (4.2); Reviewed documents
                              and prepared an index to new
                              solvency documents (4.2).

01/27/10   A. VOEKLER        Review memos discussing summary of     0.90 hrs.
                              Tribune case and document review
                              procedure.

01/28/10   A. VOEKLER        On-line review of documents            5.90 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

01/28/10   A. VOEKLER        Meeting with A. Nellos to review       0.90 hrs.
                              background on specific ESOP
                              investigation issues.

01/28/10   L. ROWNTREE       Online review of documents             1.70 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

01/28/10   M. IACOPELLI      Organized Step 2 documents from        7.80 hrs.
                              2nd tier review per protocol
                              (2.4); Reviewed documents and
                              prepared an index to Step 2
                              documents (2.6); Reviewed and
                              prepared additional key documents
                              from 2nd tier review per protocol
                              (2.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   76


| 01/28/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.40). | 0.40 hrs. |

| 01/28/10 | H. SEIFE | Review report on document review and status (.8); preparation for conference call with Sidley (1.8); conference call with Sidley regarding settlement issues (1.1). | 3.70 hrs. |

| 01/28/10 | N. T. ZINK | Second tier document review in connection with investigation of ESOP transaction (4.5). | 4.50 hrs. |

| 01/28/10 | L. MENDOZA | Prepare certain key documents relating to third party complaint as per T. Stevenson. | 1.60 hrs. |

| 01/28/10 | F. VAZQUEZ | Conf w/Zink re discovery and next steps (.3); conf w/Nellos re discovery (.3);second tier review of documents produced in connection w/investigation of Leveraged ESOP transaction (6.2); email to Zink re document review (.1). | 6.90 hrs. |

| 01/28/10 | T. J. MCCORMACK | Review and revise motion for standing (0.6); review/analyze presentation on certain types of claims (0.7); review case law on state fraudulent conveyance claims (1.4); confer T. Stevenson re: status, communications with Committee, timing and related issues (0.4); confer H. Seife re: status of claims, settlement issues and upcoming meetings (0.3); review fraudulent conveyance complaint on certain factual allegations (1.1). | 4.50 hrs. |

| 01/28/10 | R. A. SCHWINGER | Meetings with A. Nellos (.4) and various e-mails re ongoing document review (0.3); e-mail to Len Shifflett re status of Blackstone document production (0.2). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   77

| | | | |
|---|---|---|---|
| 01/28/10 | M. D. ASHLEY | Emails with A. Nellos regarding document review (.3); emails with T. Stevenson regarding third-party complaint (.6); reviewed materials regarding third-party complaint (1.3). | 2.20 hrs. |
| 01/28/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 01/28/10 | T. L. STEVENSON | Reviewing documents underlying D&O complaint for purposes of determining whether we need to redact text (3.6); e-mail correspondence with M. Ashley re damages issues (.1) and reviewing documents in connection with same (.7); second-tier document review in connection with investigation (3.1). | 7.50 hrs. |
| 01/28/10 | E. M. MILLER | Perform second level document review of documents in Relativity, in connection with investigation of potential claims against estate and secured creditors (9.5) Draft and send e-mail to T Stevenson re documents pertaining to solvency issue (0.7). | 10.20 hrs. |
| 01/28/10 | C. L. RIVERA | Research related LBO lawsuit. | 0.20 hrs. |
| 01/28/10 | D. M. LeMAY | Two conferences w/H. Seife regarding possible case resolution options. | 0.40 hrs. |
| 01/28/10 | A. K. NELLOS | Review progress of first- and second-tier review (1.5) and add additional documents for review (1.7); meeting with C. Cusmano and A. Voelker to review background of investigation and related document review (.9); Discuss various issues related to confidentiality agreements with T. Stevenson related to third-party complaint (.1); Online review and comparison of documents related to the ESOP transaction (second- tier review) (7.3); Exchange e-mails with R. Butcher and J. Peltz related to | 12.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    78


                          Goldman Sachs materials (.2);
                          Review noteworthy documents
                          identified by first-tier reviewers
                          and circulate more significant
                          documents to M. Ashley and T. Zink
                          (.6); Review letter from J.
                          Ducayet to M. Ashley regarding
                          privilege issues with debtors (.2).

01/28/10   A. KRONSTADT   On-line review of documents          2.30 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/28/10   C. KUMAR       On-line review of documents          5.90 hrs.
                          produced in connection with
                          investigation of ESOP transaction
                          (5.9).

01/28/10   B. G. CARSON   On-line review of documents          4.60 hrs.
                          produced in connection with
                          investigation of ESOP Transaction.

01/28/10   E. GRIMALDI    On-line review of documents          6.30 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/28/10   L. ARYANI      Online review of documents           2.10 hrs.
                          produced in connection with
                          investigation of ESOP Transaction.

01/28/10   B. DYE         Online review of documents           1.30 hrs.
                          produced in connection with ESOP
                          transactions

01/28/10   J. NOBLE       Online review of documents           1.30 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

01/28/10   F. PERKINS     On-line review of documents         13.30 hrs.
                          produced in connection with
                          investigation of ESOP Transaction.

01/28/10   M. ROITMAN     On-line review of documents          7.60 hrs.
                          produced in connection with
                          investigation of ESOP transaction
                          (7.5); Call with T. Steveson re:
                          use of confidential documents (0.1)

01/28/10   I SAFIER       On-line review of documents          8.50 hrs.
                          produced in connection with
                          investigation of ESOP Transaction;

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 23, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   79


| | | | |
|---|---|---|---|
| 01/28/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (8.3). | 8.30 hrs. |
| 01/28/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (8.2); corresponded by email with Alexandra Nellos re: same (.5). | 8.70 hrs. |
| 01/28/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 01/28/10 | C. CUSMANO | Attend meeting with A. Nellos and A. Voelker regarding ESOP Transaction issuess and related document review (.9); On-line review of documents produced in connection with investigation of ESOP Transaction (7.7) | 8.60 hrs. |
| 01/28/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.80 hrs. |
| 01/28/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 11.70 hrs. |
| 01/29/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.50 hrs. |
| 01/29/10 | E. WEISSMAN | Prepare new media per A. Nellos' request. | 0.50 hrs. |
| 01/29/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (6.5) | 6.50 hrs. |
| 01/29/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                       Page   80


| | | | |
|---|---|---|---|
| 01/29/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (4.8); corresponded by email with Alexandra Nellos re: same (.4). | 5.20 hrs. |
| 01/29/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (7.5). | 7.50 hrs. |
| 01/29/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (3.9) | 3.90 hrs. |
| 01/29/10 | M. ROITMAN | Correspondence with T. Stevenson, D. Bava re: Confidentiality Agreements (0.4) | 0.40 hrs. |
| 01/29/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 11.20 hrs. |
| 01/29/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 01/29/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.80 hrs. |
| 01/29/10 | B. DYE | Online review of documents produced in connection with ESOP transactions | 1.30 hrs. |
| 01/29/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.30 hrs. |
| 01/29/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
| 01/29/10 | L. F. MOLONEY | Correspondence and discussion with A. Nellos re. adding new data and documents in Relativity database as well as new ML data and JPMorgan docs (.9); prepared new media with data and documents (1.2); Correspondence and follow | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   81

|            |                  | up T/C with R. Das and P. Kelley at Complete Document Source re new materials (1.2). |            |
| 01/29/10   | B. G. CARSON     | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.30 hrs. |
| 01/29/10   | T. P. CASTELL    | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 01/29/10   | C. KUMAR         | On-line review of documents produced in connection with investigation of ESOP transaction (8.3). | 8.30 hrs. |
| 01/29/10   | F. E. CREAZZO    | On-line review of documents produced in connection with investigation of ESOP Transaction (11.3) | 11.30 hrs. |
| 01/29/10   | A. DUFFY         | Online review of documents produced in connection with the ESOP Transaction (0.3). | 0.30 hrs. |
| 01/29/10   | A. KRONSTADT     | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.70 hrs. |
| 01/29/10   | A. K. NELLOS     | Review progress of document reviewers (1.6) and assign additional documents to first- and second- tier reviewers (1.8); Review discovery correspondence and confidentiality agreements related to questions from third-party complaint team (.8); Online review and comparison of documents related to the ESOP transaction (second- tier review) (8.1); Online review and comparison of documents related to third-party claims (related to questions from T. Stevenson / M. Ashley) (2.2). | 14.50 hrs. |
| 01/29/10   | D. E. DEUTSCH    | Review multiple e-mails (and attachments) from Marc Ashley and Ali Nellos re: discovery matters (.3); review draft investigation related document (1.4). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   82


| 01/29/10 | C. L. RIVERA | Confer with T. Zink and A. Nellos re: review of documents (0.2); review LBO related lawsuit/research (0.2). | 0.40 hrs. |
|---|---|---|---|
| 01/29/10 | E. M. MILLER | Perform second level document review of documents in Relativity, in connection with investigation of potential claims against estate and secured creditors (5.8) Draft and send e-mail to A Nellos and M Ashley re "hot" document uncovered in review (0.2) | 6.20 hrs. |
| 01/29/10 | T. L. STEVENSON | Revising draft D&O complaint (7.1); second-tier online document review in connection with investigation (2.5). | 9.60 hrs. |
| 01/29/10 | M. D. ASHLEY | Reviewed documents produced in connection with LBO investigation (1.7); reviewed key production materials (1.8); reviewed Debtors' letter regarding privilege issues and related materials (1.2); emails with A. Nellos regarding privilege issues (.4); reviewed draft pleadings and related materials (.8); reviewed materials regarding third-party complaint (1.2); emails with T. Stevenson regarding third-party complaint (.7). | 7.80 hrs. |
| 01/29/10 | R. A. SCHWINGER | Review MLCC production issues. | 0.30 hrs. |
| 01/29/10 | T. J. MCCORMACK | Analysis of D&O issues as to subsidiaries (1.7); review two-step integration analysis and comment re: same (0.7); review motion for standing issues (0.8); analysis of all issues in D&O complaint (1.4). | 4.60 hrs. |
| 01/29/10 | R. LISKOV | Review and reply to T. Stevenson e-mail re notifying insurers of suit. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   83


| 01/29/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of Leveraged ESOP transaction. | 4.70 hrs. |
|---|---|---|---|
| 01/29/10 | L. MENDOZA | Prepare key documents relating to third party complaint and related index, as per T. Stevenson. | 7.00 hrs. |
| 01/29/10 | N. T. ZINK | Second tier document review in connection with investigation (8.5). | 8.50 hrs. |
| 01/29/10 | H. SEIFE | Review of discovery materials regarding investigation (2.5); emails with ZS regarding investigation (1.1). | 3.60 hrs. |
| 01/29/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.40). | 0.40 hrs. |
| 01/29/10 | M. IACOPELLI | Reviewed and prepared additional key documents from 2nd tier review per protocol (7.5). | 7.50 hrs. |
| 01/29/10 | L. ROWNTREE | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 01/29/10 | A. VOEKLER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 11.10 hrs. |
| 01/30/10 | A. VOEKLER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.80 hrs. |
| 01/30/10 | L. ROWNTREE | Reviewed documents produced by Merrill Lynch and Morgan Stanley | 8.50 hrs. |
| 01/30/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of Leveraged ESOP transaction. | 2.80 hrs. |
| 01/30/10 | N. T. ZINK | On-line, second tier document review in connection with investigation of ESOP transaction (4.0). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   84


01/30/10   T. J. MCCORMACK      Review/comment on revised draft        7.50 hrs.
                                complaint, presentation and
                                related materials (2.3); confer T.
                                Stevenson re: outstanding issues,
                                revisions, timing, subsidiary O&D
                                issues (1.0); analyze bonus
                                payments (0.8); review all
                                materials cited in draft complaint
                                (1.3); analysis of damage claims
                                in various causes of action and
                                review case law re: same (2.1).

01/30/10   P. TANCK             On-line review of documents           5.50 hrs.
                                produced in connection with
                                investigation of ESOP Transaction.

01/30/10   T. L. STEVENSON      Discussion with T. McCormack re       9.40 hrs.
                                additional third-party complaint
                                (.8); preparing factual support
                                for same for T. McCormack (5.1);
                                revising draft third-party
                                complaint per discussion with T.
                                McCormack (2.1); revising draft
                                PowerPoint presentation per T.
                                McCormack's comments (.4);
                                second-tier on-line document
                                review in connection with
                                investigation of ESOP (1.0).

01/30/10   E. M. MILLER         Perform second level document         3.50 hrs.
                                review of documents in Relativity,
                                in connection with investigation
                                of potential claims against estate
                                and secured creditors (3.5)

01/30/10   C. L. RIVERA         On-line review of documents           2.10 hrs.
                                produced in connection with
                                investigation of ESOP transaction.

01/30/10   A. K. NELLOS         Review progress of first- and        11.00 hrs.
                                second- tier document reviewers
                                (1.0) and assign additional
                                documents in connection with
                                request (1.2); Online review and
                                comparison of documents related to
                                the ESOP transaction (second- tier
                                review) (8.8).

01/30/10   A. KRONSTADT         On-line review of documents           1.80 hrs.
                                produced in connection with
                                investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   85


| 01/30/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.3). | 2.30 hrs. |
| 01/30/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (9.6) | 9.60 hrs. |
| 01/30/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (2.6). | 2.60 hrs. |
| 01/30/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.50 hrs. |
| 01/30/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 01/30/10 | B. DYE | Online review of documents produced in connection with ESOP transactions | 2.90 hrs. |
| 01/30/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 01/30/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 01/30/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (3.2). | 3.20 hrs. |
| 01/30/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.50 hrs. |
| 01/30/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.9) | 2.90 hrs. |
| 01/30/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   86


01/30/10    K. ZAFRAN          Online review of documents          3.30 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

01/31/10    K. ZAFRAN          Online review of documents          3.30 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

01/31/10    M. A. BLAND        On-line review of documents         5.80 hrs.
                               produced in connection with
                               investigation of ESOP Transaction
                               (5.8).

01/31/10    R. V. KORETSKI     Online review of documents         11.00 hrs.
                               produced in connection with
                               investigation of ESOP Transaction
                               (11.0).

01/31/10    C. CUSMANO         On-line review of documents         9.40 hrs.
                               produced in connection with
                               investigation of ESOP Transaction
                               (9.4)

01/31/10    E. DAUCHER         On-line review of documents         8.10 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

01/31/10    M. WEINBAUM        On-line review of documents         6.10 hrs.
                               produced in connection with
                               investigation of ESOP Transaction
                               (6.1).

01/31/10    F. PERKINS         On-line review of documents         8.40 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

01/31/10    B. DYE             Online review of documents          3.00 hrs.
                               produced in connection with ESOP
                               transactions

01/31/10    F. MALIK           On-line review of documents         4.50 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

01/31/10    L. ARYANI          Online review of documents          0.50 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

01/31/10    T. P. CASTELL      On-line review of documents         3.00 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 23, 2010
Invoice ******
Page   87

| | | | |
|---|---|---|---|
| 01/31/10 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |
| 01/31/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 12.30 hrs. |
| 01/31/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (8.4). | 8.40 hrs. |
| 01/31/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (9.90) | 9.90 hrs. |
| 01/31/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (5.0) | 5.00 hrs. |
| 01/31/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 01/31/10 | A. K. NELLOS | Review progress of document reviewers (.5) and assign additional documents in connection with document review (.7); Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.6). | 3.80 hrs. |
| 01/31/10 | C. L. RIVERA | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 01/31/10 | E. M. MILLER | Perform second level document review of documents in Relativity, in connection with investigation of potential claims against estate and secured creditors (5.2) | 5.20 hrs. |
| 01/31/10 | T. L. STEVENSON | Second-tier online document review in connection with ESOP investigation (4.1); revising draft D&O complaint and PowerPoint per T. McCormack's and M. Ashley's comments (3.6). | 7.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   88

| | | | |
|---|---|---|---|
| 01/31/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.50 hrs. |
| 01/31/10 | M. D. ASHLEY | Reviewed and revised parts of draft third-party complaint (1.4); reviewed materials relating to third-party complaint (1.2); emails with T. McCormack, T. Stevenson regarding third-party complaint (1.2). | 3.80 hrs. |
| 01/31/10 | N. T. ZINK | Second tier document review in connection with investigation of ESOP transaction (3.5). | 3.50 hrs. |
| 01/31/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of Leveraged ESOP transaction. | 5.70 hrs. |
| 01/31/10 | T. J. MCCORMACK | Analysis of subsidiary related claim issues (1.0); e-mails with M. Ashley re: same (0.8) and review of relevant cases re: same (0.8). | 2.60 hrs. |
| 01/31/10 | L. ROWNTREE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 01/31/10 | A. VOEKLER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 11.20 hrs. |

**Total Fees for Professional Services..............$1,657,178.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   89
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 22.20 | 18981.00 |
| H. SEIFE | 965.00 | 80.20 | 77393.00 |
| M. A. ALPERT | 825.00 | 14.00 | 11550.00 |
| N. T. ZINK | 795.00 | 163.00 | 129585.00 |
| R. A. SCHWINGER | 785.00 | 10.00 | 7850.00 |
| T. J. MCCORMACK | 825.00 | 116.50 | 96112.50 |
| M. D. ASHLEY | 645.00 | 172.20 | 111069.00 |
| R. LISKOV | 675.00 | 1.70 | 1147.50 |
| B. G. CARSON | 475.00 | 17.60 | 8360.00 |
| D. E. DEUTSCH | 695.00 | 38.90 | 27035.50 |
| E. GRIMALDI | 475.00 | 96.60 | 45885.00 |
| E. M. MILLER | 595.00 | 107.00 | 63665.00 |
| E. PRZYBYLKO | 625.00 | 4.50 | 2812.50 |
| F. E. CREAZZO | 595.00 | 79.10 | 47064.50 |
| F. MALIK | 405.00 | 80.70 | 32683.50 |
| F. VAZQUEZ | 625.00 | 111.40 | 69625.00 |
| J. CROSS | 625.00 | 5.50 | 3437.50 |
| K. LEVENBERG | 595.00 | 19.40 | 11543.00 |
| L. ARYANI | 405.00 | 41.50 | 16807.50 |
| T. P. CASTELL | 595.00 | 33.80 | 20111.00 |
| D. BAVA | 270.00 | 6.10 | 1647.00 |
| L. MENDOZA | 240.00 | 16.60 | 3984.00 |
| M. IACOPELLI | 240.00 | 88.10 | 21144.00 |
| S. CHAN | 260.00 | 1.00 | 260.00 |
| W. BAKARE | 230.00 | 24.60 | 5658.00 |
| A. K. NELLOS | 595.00 | 208.10 | 123819.50 |
| A. VOEKLER | 355.00 | 35.80 | 12709.00 |
| C. L. RIVERA | 625.00 | 52.90 | 33062.50 |
| C. CUSMANO | 355.00 | 28.10 | 9975.50 |
| E. DAUCHER | 355.00 | 81.60 | 28968.00 |
| J. P. NARVAEZ | 475.00 | 29.20 | 13870.00 |
| L. ROWNTREE | 355.00 | 68.30 | 24246.50 |
| M. A. BLAND | 475.00 | 9.40 | 4465.00 |
| P. TANCK | 595.00 | 105.30 | 62653.50 |
| R. V. KORETSKI | 515.00 | 11.00 | 5665.00 |
| R. M. KIRBY | 475.00 | 46.40 | 22040.00 |
| T. I. CANKOREL | 515.00 | 23.00 | 11845.00 |
| T. L. STEVENSON | 595.00 | 214.70 | 127746.50 |
| A. DUFFY | 405.00 | 61.30 | 24826.50 |
| A. KRONSTADT | 405.00 | 58.10 | 23530.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    90

| | | | |
|---|---:|---:|---:|
| B. DYE | 405.00 | 56.20 | 22761.00 |
| B. SCHUBECK | 200.00 | 2.50 | 500.00 |
| C. KUMAR | 405.00 | 46.20 | 18711.00 |
| E. WEISSMAN | 250.00 | 2.90 | 725.00 |
| F. PERKINS | 405.00 | 201.70 | 81688.50 |
| H. LAMB | 270.00 | 5.50 | 1485.00 |
| I SAFIER | 405.00 | 69.20 | 28026.00 |
| J. NOBLE | 405.00 | 48.50 | 19642.50 |
| K. ZAFRAN | 405.00 | 92.70 | 37543.50 |
| L. F. MOLONEY | 305.00 | 12.40 | 3782.00 |
| M. ROITMAN | 355.00 | 78.50 | 27867.50 |
| M. WEINBAUM | 405.00 | 70.40 | 28512.00 |
| Y. YOO | 405.00 | 52.10 | 21100.50 |
| TOTALS | | 3124.20 | 1657178.50 |