# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

January 1, 2010 through and including January 31, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 7.50 | 3,915.00 |
| 005735.00004 | Current Financials | 89.20 | 47,533.00 |
| 005735.00005 | Prospective Financials | 6.10 | 3,191.00 |
| 005735.00007 | Employee Issues | 17.60 | 9,928.00 |
| 005735.00009 | Executory Contracts | 4.30 | 2,279.00 |
| 005735.00010 | Claims & Recoveries | 2.40 | 1,794.00 |
| 005735.00011 | Misc. Motions | 1.80 | 1,098.00 |
| 005735.00014 | Avoidance Actions | 588.00 | 270,656.50 |
| 005735.00015 | UCC Meetings | 54.50 | 35,435.00 |
| 005735.00017 | Billing and Retention | 21.60 | 11,925.00 |
| 005735.00018 | Travel Time (billed at 50%) | 20.00 | 5,300.00 |
| **Total Hours and Fees Incurred** | | **813.00** | **393,054.50** |

Re:                      Business Analysis
Client/Matter #          005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/04/10 | YK | Reviewed and analyzed recent Moelis industry updates. | 0.50 |
| 01/05/10 | HYL | Reviewed Moelis weekly industry update. | 0.40 |
| 01/14/10 | HYL | Reviewed Moelis weekly media industry report. | 0.40 |
| 01/18/10 | HYL | Gathered and reviewed industry and competitor information for reporting to UCC. | 0.90 |
| 01/20/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.70 |
| 01/27/10 | ANL | Analyzed and reviewed McClatchy Q4 2009 and 2009 full year results. | 1.70 |
| 01/28/10 | YK | Reviewed and analyzed recent industry developments. | 0.50 |
| 01/29/10 | ANL | Reviewed McClatchy Q4 2009 earnings release and transcript. | 0.80 |
| 01/29/10 | ANL | Analyzed and reviewed industry analyst reports on newspaper industry and competitors. Reviewed reports on paper prices. | 1.60 |
| | | **Total Hours** | **7.50** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 4.10 | 530.00 | 2,173.00 |
| Harold Y Lee | 2.40 | 530.00 | 1,272.00 |
| Young Kim | 1.00 | 470.00 | 470.00 |
| **Total Hours & Fees** | **7.50** | | **3,915.00** |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/04/10 | ANL | Analyzed and reviewed weekly revenue flash reports. | 1.20 |
| 01/04/10 | ANL | Analyzed Food TV Network joint venture structure and summarized recent Cablevision carriage negotiations for Counsel. | 1.10 |
| 01/04/10 | AH | Review weekly report to Committee | 0.40 |
| 01/04/10 | HYL | Researched and reviewed Food TV / Cablevision issue. Prepared response to C&P. | 1.40 |
| 01/04/10 | YK | Reviewed and analyzed selected docket items (such as various claims transfers) and recently posted financials, including pacing reports. | 1.10 |
| 01/04/10 | BH | Review and analyze the status of Food TV Network contract negotiations with Cablevision. Draft memo to Chadbourne describing status. | 1.60 |
| 01/05/10 | BH | Review, analyze and edit the weekly report on financial status for distribution to UCC. | 1.70 |
| 01/05/10 | HYL | Prepared and reviewed weekly report to UCC. | 1.20 |
| 01/05/10 | YK | Reviewed and analyzed selected docket items (such as various claims transfers) and recently posted financials, including Tribune's operating reports. | 0.90 |
| 01/05/10 | ANL | Analyzed and reviewed weekly cash flow results and revenue flash reports. Prepared summary of December cash flow results and non-Debtor cash. | 2.10 |
| 01/05/10 | ANL | Analyzed and reviewed updated 13 week cash flow forecast. | 1.60 |
| 01/05/10 | ANL | Prepared weekly status update to UCC. | 2.60 |
| 01/05/10 | ANL | Reviewed information on Scripps Network Interactive and Food Television information. | 0.60 |
| 01/06/10 | ANL | Prepared year to date pro forma revenue, expenses and EBITDA summary. | 1.80 |
| 01/06/10 | AH | Review weekly report to UCC | 0.40 |
| 01/07/10 | ANL | Prepared for and participated in weekly call with A&M and Tribune management to discuss weekly cash flow and revenue results. | 0.80 |
| 01/07/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.80 |
| 01/07/10 | ANL | Discussed LA Times facility shutdown issues and November pro forma issues with M. Frank (A&M). Reviewed cash flow forecast. | 0.80 |
| 01/08/10 | ANL | Analyzed and reviewed weekly revenue flash reports for publishing and weekly cash flow results. | 1.80 |
| 01/08/10 | ANL | Prepared summary of Q4 2009 average weekly advertising results for each category. Prepared weekly status report to UCC. | 3.20 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/10/10 | ANL | Prepared weekly status report to UCC. Prepared summary of non-Debtor cash flow. | 1.20 |
| 01/10/10 | ANL | Prepared monthly broadcasting pacing report for 2010 and various report. | 0.80 |
| 01/11/10 | ANL | Prepared weekly status update to UCC. | 1.70 |
| 01/11/10 | ANL | Analyzed and reviewed 2010 preliminary Operating Plan. Reviewed November year to date results. | 2.30 |
| 01/11/10 | HYL | Prepared and reviewed weekly report to UCC. | 1.50 |
| 01/11/10 | AH | Discuss potential JV transaction with D. LeMay (Chadbourne) | 0.20 |
| 01/12/10 | ANL | Reviewed and revised UCC weekly report. | 0.80 |
| 01/12/10 | ANL | Analyzed and reviewed November year to date TV station OCF and newspaper OCF. Calculate pro forma 2009 business unit OCF. | 1.80 |
| 01/12/10 | ANL | Discussed potential Food TV transaction with B. Hall (AlixPartners). | 0.60 |
| 01/12/10 | ANL | Analyzed and reviewed November management operating report. | 1.30 |
| 01/12/10 | BH | Review, analyze and revise the weekly status report on financial performance (0.8); held conversation with A. Leung (AlixPartners) re Food TV (0.6) | 1.40 |
| 01/14/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow reports. | 1.30 |
| 01/14/10 | ANL | Prepared weekly status update to UCC. Prepared summary of weekly results. | 2.20 |
| 01/14/10 | HYL | Prepared and reviewed weekly report to UCC. | 1.60 |
| 01/15/10 | ANL | Reviewed and analyzed weekly revenue flash reports and motion disbursement tracking reports. | 1.20 |
| 01/15/10 | ANL | Reviewed and revised weekly status update to UCC. | 0.80 |
| 01/19/10 | HYL | Reviewed and updated weekly report to UCC. | 0.60 |
| 01/19/10 | YK | Reviewed and analyzed recently distributed financial statements and other source materials. | 0.60 |
| 01/19/10 | ANL | Reviewed and revised UCC weekly report. | 1.10 |
| 01/19/10 | ANL | Analyzed and reviewed weekly cash flow results and 13 week cash flow forecast. | 1.30 |
| 01/20/10 | HYL | Finalize and update weekly report to UCC. | 0.20 |
| 01/21/10 | ANL | Analyzed and reviewed weekly revenue flash reports and pacing reports. | 1.50 |
| 01/21/10 | ANL | Prepared weekly status update to the UCC. | 1.70 |
| 01/21/10 | ANL | Analyzed and reviewed weekly cash flow results and 13 week cash flow forecast. | 1.30 |

Re:          Current Financials
Client/Matter #          005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/21/10 | HYL | Prepared Q4 2009 and 2009 full year report to UCC. | 3.90 |
| 01/22/10 | HYL | Reviewed and updated weekly report to UCC. | 1.10 |
| 01/22/10 | HYL | Prepared Q4 2009 and 2009 full year report to UCC. | 2.20 |
| 01/22/10 | ANL | Analyzed and reviewed Debtor cash and non-Debtor cash results. Prepared summary of cash results and weekly industry news. | 1.30 |
| 01/22/10 | ANL | Analyzed and reviewed weekly revenue flash reports and pacing reports. | 2.10 |
| 01/22/10 | ANL | Prepared weekly status update to the UCC. | 1.80 |
| 01/25/10 | ANL | Analyzed and reviewed weekly cash flow results and 13 week cash flow forecast. | 1.20 |
| 01/25/10 | ANL | Prepared weekly status update to the UCC. | 1.30 |
| 01/26/10 | ANL | Analyzed and reviewed year to date 2009 publishing and broadcasting results. | 1.80 |
| 01/26/10 | YK | Reviewed and analyzed recently posted docket items such as non-substantive claims objections and weekly revenue flash data | 0.90 |
| 01/26/10 | ANL | Analyzed and reviewed pro forma 2008 and Q4 2008 results. Reviewed revised management operating reports. | 2.20 |
| 01/27/10 | YK | Reviewed and analyzed recently distributed financial statements. | 0.60 |
| 01/27/10 | ANL | Analyzed and reviewed 2007 and 2008 monthly publishing and broadcasting results. | 1.30 |
| 01/28/10 | ANL | Prepared for and participated in bi-weekly call with Tribune management and Alvarez & Marsal to review weekly results and December 2009 results. | 1.20 |
| 01/28/10 | ANL | Prepared weekly status report to the UCC. Prepared summary of weekly revenue pacing data and publishing results. | 1.60 |
| 01/28/10 | ANL | Analyzed and reviewed weekly publishing and broadcasting revenue results. Reviewed cash flow results. Reviewed November year to date results. | 2.30 |
| 01/28/10 | YK | Reviewed and analyzed recently posted cash flow schedule. Provided summary of weekly changes. | 1.70 |
| 01/28/10 | YK | Reviewed and revised sections of weekly status report to the UCC. | 0.90 |
| 01/28/10 | YK | Reviewed and analyzed recently posted operating financial reports and docket items such as the monthly operating reports. | 0.90 |
| 01/29/10 | ANL | Analyzed and reviewed Debtor cash and non-Debtor cash results. Prepared summary of cash results and weekly industry news. | 1.80 |
| | | **Total Hours** | **89.20** |

Re:          Case 08-13141-BLS   Doc 3535-3   Filed 02/25/10   Page 9 of 42
Client/Matter #     Current Financials
             005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.00 | 820.00 | 820.00 |
| Albert Leung | 62.20 | 530.00 | 32,966.00 |
| Harold Y Lee | 13.70 | 530.00 | 7,261.00 |
| Brad Hall | 4.70 | 620.00 | 2,914.00 |
| Young Kim | 7.60 | 470.00 | 3,572.00 |
| **Total Hours & Fees** | **89.20** | | **47,533.00** |

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/08/10 | ANL | Analyzed and reviewed Tribune 5 year plan and restructuring model (October version). | 1.30 |
| 01/26/10 | ANL | Analyzed and reviewed Tribune's 2010 plan and 5 year projections. Reviewed business unit projections. | 1.70 |
| 01/29/10 | YK | Reviewed and analyzed Legacy.com 2010 plan. | 0.70 |
| 01/29/10 | ANL | Analyzed and reviewed Legacy.com 2010 Plan. | 1.10 |
| 01/29/10 | ANL | Analyzed and reviewed Tribune's 2010 plan and 5 year projections. | 1.30 |
| | | **Total Hours** | **6.10** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 5.40 | 530.00 | 2,862.00 |
| Young Kim | 0.70 | 470.00 | 329.00 |
| **Total Hours & Fees** | **6.10** | | **3,191.00** |

Re:                          Employee Issues
Client/Matter #              005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/06/10 | ANL | Analyzed and reviewed Tribune proposed management incentive plan programs and awards. Reviewed and analyzed Tribune presentations on incentive plans. | 3.20 |
| 01/06/10 | ANL | Prepared calculation of top 10 and non-top MIP bonuses, TMIP and KOB bonuses based on year to date results. | 2.10 |
| 01/06/10 | BH | Review and analyze the amounts projected to be paid under MIP program based upon current forecast of 2009 year end OCF. | 0.40 |
| 01/08/10 | AH | Call w/ C. Bigelow and L. Nilsen (both Tribune) re: MIP plan and review associated documents | 0.50 |
| 01/08/10 | ANL | Reviewed and analyzed management incentive plans including MIP, KOB and TMIP. | 1.60 |
| 01/10/10 | BH | Review and analyze draft motion on MIP. | 0.80 |
| 01/11/10 | ANL | Prepared summary of 2009 management incentive payments. Prepared summary of top 10 executive maximum bonus payment (1.1). Held conversation with A. Holtz (AlixPartners) (0.7) | 1.80 |
| 01/11/10 | AH | Review preliminary MIP payout analysis and discuss w/ A. Leung | 0.70 |
| 01/12/10 | ANL | Prepared pro forma key operator bonus calculation for 2009. | 2.10 |
| 01/15/10 | ANL | Prepared pro forma MIP and TMIP payments. Prepared pro forma key operator bonus calculation for 2009. Reviewed Debtors' draft motion to separate MIP payments from TMIP and KOB. | 1.20 |
| 01/18/10 | AH | Review 2009 MIP calculation estimates w/ A. Leung (AlixPartners) | 0.60 |
| 01/18/10 | ANL | Reviewed and revised pro forma key operator bonus calculations for 2009 (1.5). Discussed summary and calculations with A. Holtz (AlixPartners). (0.6) | 2.10 |
| 01/29/10 | YK | Reviewed and analyzed recently posted docket items such as MIP-related items. | 0.50 |
| | | **Total Hours** | **17.60** |

Re:                          Employee Issues
Client/Matter #              005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.80 | 820.00 | 1,476.00 |
| Albert Leung | 14.10 | 530.00 | 7,473.00 |
| Brad Hall | 1.20 | 620.00 | 744.00 |
| Young Kim | 0.50 | 470.00 | 235.00 |
| **Total Hours & Fees** | **17.60** | | **9,928.00** |

Re:                              Executory Contracts
Client/Matter #                  005735.00009

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/13/10 | ANL | Reviewed and analyzed motion for an order approving a compromise and settlement of the working capital account and related amounts with Hearst Danbury Holdings and exhibits. Prepared memo to UCC on the motion. | 2.20 |
| 01/13/10 | ANL | Reviewed and analyzed motion to assume NBC syndication programming contracts and exhibits. Prepared memo to UCC on the motion. | 2.10 |
| | | **Total Hours** | **4.30** |

Re:                          Executory Contracts
Client/Matter #              005735.00009

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 4.30 | 530.00 | 2,279.00 |
| **Total Hours & Fees** | **4.30** | | **2,279.00** |

Re:                     Claims & Recoveries
Client/Matter #         005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/22/10 | AH | Review of intercompany information provided by A&M, and updated claims analysis provided by the Debtors - Prepare list of follow-up questions and discuss with H. Lee (AlixPartners). | 1.80 |
| 01/25/10 | HYL | Reviewed and analyzed updated claims analysis update schedule provided by A&M. | 0.60 |
| | | **Total Hours** | **2.40** |

Re:                        Claims & Recoveries
Client/Matter #            005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.80 | 820.00 | 1,476.00 |
| Harold Y Lee | 0.60 | 530.00 | 318.00 |
| **Total Hours & Fees** | **2.40** | | **1,794.00** |

Re:                          Misc. Motions
Client/Matter #              005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/07/10 | BH | Review of cost of tail coverage for D&O policy as proposed in a Motion from Tribune. | 1.30 |
| 01/18/10 | BH | Review Conigliaro motion. | 0.30 |
| 01/18/10 | HYL | Review Conigliaro memo. | 0.20 |
| | | **Total Hours** | **1.80** |

Re:                         Misc. Motions
Client/Matter #             005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 0.20 | 530.00 | 106.00 |
| Brad Hall | 1.60 | 620.00 | 992.00 |
| **Total Hours & Fees** | **1.80** | | **1,098.00** |

Re:                         Avoidance Actions
Client/Matter #             005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/04/10 | RBD | Meeting preparation with M. Rule | 1.70 |
| 01/04/10 | MFR | Discussion with C. Rubel (Alix) regarding status of work. | 0.60 |
| 01/04/10 | MFR | Review of various analyses and presentations in preparation for initial settlement meeting (2.6). Meet with B. DenUyl (Alixpartners) (1.7) | 4.30 |
| 01/04/10 | ANL | Reviewed and analyzed Tribune Corporate bond ratings from Moody's, S&P and Fitch. Prepared summary for counsel. | 3.60 |
| 01/04/10 | ANL | Reviewed information regarding PHONES debt. | 0.70 |
| 01/04/10 | ANL | Reviewed and analyzed historical Tribune corporate bond pricing data from Bloomberg. Prepared charts and summary for counsel. | 2.80 |
| 01/04/10 | HYL | Researched prepetition principal and/or interest payment activity specifically related to the incremental facility included in Term Loan B for Zuckerman. | 0.90 |
| 01/04/10 | BH | Review and analyze the payments made to lenders for pre-petition principal and interest payments. | 0.80 |
| 01/04/10 | BH | Review and analyze the bond pricing and rating data on Tribune Bonds from 2006-2008. | 0.70 |
| 01/04/10 | CR | Updated document review progress tracking template. | 0.60 |
| 01/04/10 | CR | Reviewed JPMorgan documents from Relativity data site (2.0); held meeting with M. Rule (AlixPartners) (0.6) | 2.60 |
| 01/04/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.90 |
| 01/04/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.30 |
| 01/05/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.80 |
| 01/05/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.20 |
| 01/05/10 | CR | Analysis of incremental term loan B interest and principal payment allocations (1.4). Held discussions with M. Rule (AlixPartners) (0.7). | 2.10 |
| 01/05/10 | CR | Updated review document index for additional production. | 1.30 |
| 01/05/10 | CR | Reviewed Citi documents from Relativity data site. | 2.40 |
| 01/05/10 | CR | Reviewed JPMorgan documents from Relativity data site. | 2.70 |
| 01/05/10 | YK | Reviewed and analyzed Neil memorandum from Chadbourne. | 0.50 |
| 01/05/10 | AMJ | Reviewed and summarized various EGI-Law e-mail documents received. Focused on pre-close solvency information. | 2.30 |

Re:                            Avoidance Actions
Client/Matter #                005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 01/05/10 | AMJ | Reviewed and summarized various EGI-Law legal documents received. Focused on pre-close solvency information. | 1.90 |
| 01/05/10 | AH | Attend "all-hands" settlement conference at Chadbourne & Parke | 4.50 |
| 01/05/10 | HYL | Researched prepetition principal and interest payment activity specifically related to the incremental facility included in Term Loan B for Zuckerman. Reviewed calculated estimate of principal and interest payment activity prepared by C. Rubel (AlixPartners). Prepared response to Zuckerman. Held conversation with M. Rule (AlixPartners). | 1.30 |
| 01/05/10 | HYL | Reviewed the deposition summaries for depositions with individuals from The Tribune Company and Duff & Phelps. | 0.50 |
| 01/05/10 | ANL | Analyzed and reviewed summary of principal and interest pre-petition payments. | 1.30 |
| 01/05/10 | MFR | Research regarding Tribune's current bond prices. | 0.30 |
| 01/05/10 | MFR | Discussions with C. Rubel and H. Lee (Alix) regarding interest payments made on various Tribune debt. | 0.70 |
| 01/06/10 | MFR | Review and analysis of Senior Lenders presentation regarding solvency. | 2.30 |
| 01/06/10 | MFR | Review and analysis of key observations regarding Debtors, Centerbridge and Senior Lenders presentations. Communication with Zuckerman regarding same. | 6.10 |
| 01/06/10 | RBD | Review Zuckerman memo and Senior Lending presentation | 1.80 |
| 01/06/10 | JB | Prepared supporting documents related to discovery and depositions. | 0.50 |
| 01/06/10 | AMJ | Reviewed and summarized various EGI-Law documents received. Focused on identifying data that related to pre-close solvency analysis. | 3.70 |
| 01/06/10 | BH | Review and analyze the debt repayment to lenders pre-petition and draft response to Zuckerman firm. | 0.50 |
| 01/06/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 01/06/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 01/06/10 | CR | Reviewed Citi documents from Relativity data site. | 2.40 |
| 01/06/10 | CR | Analyzed and reconciled operating company valuation figures from Senior Lenders' presentation. | 2.60 |
| 01/06/10 | CR | Analyzed Broad & Burkle bid composition and timelines. | 2.60 |
| 01/06/10 | CR | Analyzed tax savings assumptions from Senior Lenders' presentation. | 1.80 |
| 01/07/10 | CR | Updated review document index for additional production. | 0.60 |

Re:                                Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/07/10 | CR | Analyzed VRC imputed residual growth rates in May and December presentations. | 0.90 |
| 01/07/10 | CR | Reviewed Citi documents from Relativity data site. | 4.40 |
| 01/07/10 | CR | Analyzed legal-entity-level financial statements of guarantors and non-guarantors. | 1.60 |
| 01/07/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.50 |
| 01/07/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.50 |
| 01/07/10 | AMJ | Reviewed and summarized various EGI-Law 2008 e-mail documents. | 2.20 |
| 01/07/10 | ANL | Reviewed JPM and Centerbridge presentations. | 2.80 |
| 01/07/10 | MFR | Review and analysis of VRC valuation analysis. | 0.90 |
| 01/08/10 | MFR | Review of Tribune transaction costs. Communication with Chadbourne regarding the same. | 0.70 |
| 01/08/10 | MFR | Discussion with Chadbourne regarding subsidiary solvency issues. | 0.90 |
| 01/08/10 | MFR | Discussions with A Holtz (Alix) regarding subsidiary solvency issues. | 0.50 |
| 01/08/10 | MFR | Discussion with C. Rubel regarding work status. | 0.50 |
| 01/08/10 | MFR | Discussions with C. Rubel (Alix) regarding subsidiary solvency issues. | 1.10 |
| 01/08/10 | MFR | Review of Chadbourne preliminary report. | 1.10 |
| 01/08/10 | MFR | Review and analysis of subsidiary solvency issues. | 1.70 |
| 01/08/10 | MFR | Review and analysis of JP Morgan models. | 1.40 |
| 01/08/10 | RBD | Reviewed and analyzed list of analyses to prepare in response to lenders presentation | 1.50 |
| 01/08/10 | DJP | Researched Delaware case law | 3.00 |
| 01/08/10 | AMJ | Reviewed and summarized various EGI-Law 2008 e-mail documents. | 1.90 |
| 01/08/10 | AH | Calls with H. Seife, M. Rule re: follow-up work re: avoidance action presentations. | 1.00 |
| 01/08/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.70 |
| 01/08/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.20 |
| 01/08/10 | CR | Analyzed historical balance sheets and income statements of non-guarantor entities pre- and post-merger (1.7). Discussions with M. Rule (AlixPartners) re subsidiary insolvency (1.1). | 2.80 |
| 01/08/10 | CR | Researched fair market definitions related to reorganizations | 2.10 |

Re:                              Avoidance Actions
Client/Matter #                  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | (1.6). Discussed with M. Rule (AlixPartners) re: project status (0.5) |  |
| 01/08/10 | CR | Analyzed LA Times International notes payable transaction related to ESOP merger. | 1.60 |
| 01/08/10 | CR | Analyzed debt structure of guarantor entities and flow of intercompany guarantees. | 2.10 |
| 01/08/10 | CR | Reviewed Navigant production for entity-specific financial data. | 0.90 |
| 01/11/10 | CR | Analyzed guarantor legal entity balance sheet information from Navigant source file. | 2.70 |
| 01/11/10 | CR | Analyzed legal-entity level guarantor income statement data from Navigant source files. | 2.60 |
| 01/11/10 | CR | Reconciled reporting unit financials to legal entity consolidating balance sheet. | 1.90 |
| 01/11/10 | CR | Reconciled reporting units and legal entities to Navigant valuation reports. | 2.60 |
| 01/11/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 3.90 |
| 01/11/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 1.80 |
| 01/11/10 | AH | Call with AlixPartners team (Hall, Rule, DenUyl) re: follow-up work on avoidance actions/solvency per request from counsel | 0.70 |
| 01/11/10 | AH | Call with T. Hill and B. Whitman (A&M) re: follow-up work on intercompany per request from counsel | 0.60 |
| 01/11/10 | AMJ | Reviewed and summarized the remaining EGI-Law 2008 e-mail and presentation documents. | 3.60 |
| 01/11/10 | BH | Prepared for and attended call with Holtz/Rule/Den Uyl (AlixPartners) to discuss intercompany issues and impact on potential fraudulent conveyance actions. | 0.90 |
| 01/11/10 | BH | Call with Tribune advisors to discuss intercompany transactions and impact on recovery analysis. | 0.60 |
| 01/11/10 | BH | Review and analyze intercompany transactions and impact on capitalization of guarantor subsidiaries and repayment of LATI notes. | 2.40 |
| 01/11/10 | ANL | Analyzed and reviewed intercompany allocation model. | 1.80 |
| 01/11/10 | ANL | Analyzed and reviewed pre-petition debt principal and interest payments. | 1.10 |
| 01/11/10 | HYL | Researched and prepared schedule of lender interest payments and principal repayments (prepetition) for Term Loan B, Senior Bridge and Term loan X. | 4.40 |
| 01/11/10 | HYL | Gathered, reviewed and discussed May 2007 asset value | 1.20 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis. | |
| 01/11/10 | RBD | Analysis of subsidiary solvency (2.5). Participated in call with B. Hall, A. Holtz, and M. Rule (AlixPartners) re: solvency. (0.7) | 3.20 |
| 01/11/10 | MFR | Preparation for conference call regarding subsidiary solvency issues. | 1.30 |
| 01/11/10 | MFR | Call with B. Den Uyl, A. Holtz and B. Hall (Alix) regarding AlixPartners assistance items to Chadbourne and Zuckerman for 1/21 UCC meeting. | 0.60 |
| 01/11/10 | MFR | Review of historical consolidated and consolidating balance sheets. | 3.70 |
| 01/11/10 | MFR | Review of documents related to LATI intercompany payables. | 3.00 |
| 01/12/10 | MFR | Review of analysis regarding guarantor entities. | 2.10 |
| 01/12/10 | MFR | Review of Navigant Consulting's valuation and source documents regarding individual subsidiary financial statements. | 4.20 |
| 01/12/10 | MFR | Review and analysis of non-guarantor assets. | 1.80 |
| 01/12/10 | RBD | Performed solvency analysis | 1.60 |
| 01/12/10 | HYL | Updated prepared schedule of lender interest payments and principal repayments (prepetition) for Term Loan B, Senior Bridge and Term loan X. | 0.70 |
| 01/12/10 | ANL | Reviewed and analyzed intercompany allocation model and Centerbridge presentation. | 1.20 |
| 01/12/10 | BH | Review and analyze the series of steps taken to capitalize guarantor subsidiaries and repay intercompany notes due to LATI focusing on accounting treatment impacting capital levels of the parent and subsidiaries. | 2.10 |
| 01/12/10 | AH | Discussions w/ H. Seife (Chadbourne) re: avoidance actions and guarantee claims | 0.40 |
| 01/12/10 | HYL | Reviewed and analyzed $3.9B payment to business units in May 2007 as part of step one transaction. | 1.60 |
| 01/12/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.90 |
| 01/12/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 01/12/10 | CR | Reconciled total company debt to individual legal entities. | 2.30 |
| 01/12/10 | CR | Analyzed equity investment documents and position within legal entities. | 2.10 |
| 01/12/10 | CR | Analyzed indentures for issuer legal information. | 1.90 |
| 01/12/10 | CR | Analyzed non-guarantor entity financials with respect to company reporting entities. | 2.90 |

Re:                            Avoidance Actions
Client/Matter #                005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/13/10 | CR | Analyzed valuation sections of E&Y January 2008 FAS 142 report. | 1.90 |
| 01/13/10 | CR | Analyzed valuation sections of August 2008 FAS 142 report from E&Y. | 1.80 |
| 01/13/10 | CR | Reviewed Citi documents from Relativity data site. | 1.10 |
| 01/13/10 | CR | Updated review document index for additional production. | 1.10 |
| 01/13/10 | CR | Analyzed equity investment formation documents and holding company financials. | 2.40 |
| 01/13/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.20 |
| 01/13/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 01/13/10 | HYL | Researched and provided equity investment ownership information. | 1.00 |
| 01/13/10 | ANL | Analyzed and reviewed all of Tribune joint venture information and ownership structures. | 1.20 |
| 01/13/10 | ANL | Reviewed and analyzed intercompany allocation model and Centerbridge presentation. | 1.10 |
| 01/13/10 | ANL | Analyzed and reviewed draft LBO complaint and Examiner motions. | 1.80 |
| 01/13/10 | RBD | Performed subsidiary solvency analysis | 2.70 |
| 01/13/10 | MFR | Review of subsidiary solvency issues from legal perspective. | 0.40 |
| 01/13/10 | MFR | Review of transaction sources and uses analysis. | 0.70 |
| 01/13/10 | MFR | Review and analysis of Debtors recovery models. | 2.60 |
| 01/13/10 | MFR | Review and analysis of various Moelis recovery models. | 2.10 |
| 01/13/10 | MFR | Review and analysis of documents regarding equity investment ownership. | 3.20 |
| 01/14/10 | MFR | Review and analysis of 2008 intangible asset valuation report. | 2.80 |
| 01/14/10 | MFR | Review of examiner motion. | 0.80 |
| 01/14/10 | MFR | Review of draft complaint. | 1.60 |
| 01/14/10 | MFR | Review and analysis of 2007 intangible asset valuation report. | 2.10 |
| 01/14/10 | MFR | Review and analysis of VRC DCF valuation calculations. | 1.40 |
| 01/14/10 | RBD | Review and edit Zuckerman memo | 0.50 |
| 01/14/10 | ANL | Reviewed and analyzed Tribune presentation to UCC regarding claims against LBO lenders. | 1.80 |
| 01/14/10 | AH | Call with counsel to UCC member re: examiner motion | 0.20 |
| 01/14/10 | AH | Review draft complaint document | 1.70 |
| 01/14/10 | BH | Review and analysis of Tribune shareholders receiving | 0.70 |

Re:                         Avoidance Actions
Client/Matter #             005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | payments for sale of shares at the time of Dec. 2007 transaction. | |
| 01/14/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 01/14/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.60 |
| 01/14/10 | CR | Updated review document index for additional sets of produced documents. | 1.80 |
| 01/14/10 | CR | Reviewed Citi documents from Relativity data site. | 3.40 |
| 01/14/10 | CR | Reviewed complaint draft and motion from PHONES holders. | 1.60 |
| 01/14/10 | CR | Analyzed VRC effective residual growth rates from May and December solvency analyses. | 2.40 |
| 01/14/10 | CR | Analyzed intangible asset composition at individual legal entities and reporting units. | 2.10 |
| 01/15/10 | CR | Updated review document index for additional production. | 0.60 |
| 01/15/10 | CR | Reviewed Citi documents from Relativity data site. | 1.60 |
| 01/15/10 | CR | Analyzed VRC residual growth rates and reconciled improper tax treatments in May solvency presentation. | 1.20 |
| 01/15/10 | CR | Reviewed PHONES indenture and related filings. | 1.90 |
| 01/15/10 | CR | Analyzed corporate debt structure related to TWX stock holdings. | 1.90 |
| 01/15/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 01/15/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.60 |
| 01/15/10 | YK | Reviewed and analyzed draft LBO complaint. | 1.10 |
| 01/15/10 | BH | Review and analyze the motion for examiner and potential response from the UCC with a draft complaint on potential avoidance actions. | 3.50 |
| 01/15/10 | BH | Review and analyze responses received from Tribune advisors on the matter of accounting treatment for repayment of LATI notes and impact on capital of individual entities. | 1.90 |
| 01/15/10 | AH | Call with Chadbourne and Zuckerman re: status of follow-up work for avoidance actions discussion with UCC on 1/21 | 1.30 |
| 01/15/10 | AH | Review Examiner motion | 1.00 |
| 01/15/10 | HYL | Conference call with Chadbourne and Zuckerman regarding various topics including intercompany and LATI. | 1.00 |
| 01/15/10 | HYL | Reviewed and discussed LATI memorandum prepared by Company. Reviewed and discussed intercompany and equity balance changes. | 3.40 |

Re:                              Avoidance Actions
Client/Matter #                  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/15/10 | ANL | Reviewed and analyzed Centerbridge presentation dated January 7, 2010. | 1.30 |
| 01/15/10 | RBD | Subsidiary solvency analysis and telephone call with Zuckerman and Chadbourne (2.2) Discussions with M. Rule (AlixPartners) (0.6) | 2.80 |
| 01/15/10 | MFR | Conference call with Chadbourne and Zuckerman regarding outstanding issues for 1/21 UCC meeting. | 1.10 |
| 01/15/10 | MFR | Review and analysis of Navigant valuation to book value. | 2.70 |
| 01/15/10 | MFR | Review of various JPM documents in preparation for JPM deposition. Communication with Zuckerman regarding the same. | 3.80 |
| 01/15/10 | MFR | Discussion with B. Den Uyl (Alix) regarding call with Chadbourne and Zuckermen. | 0.60 |
| 01/15/10 | MFR | Review of documents related to LATI intercompany notes. | 1.10 |
| 01/16/10 | MFR | Review and analysis of subsidiary solvency. | 3.90 |
| 01/16/10 | RBD | Performed subsidiary solvency analysis | 0.80 |
| 01/16/10 | CR | Reviewed and analyzed LATI debtor solvency analysis of Tribune Television Company and related subsidiaries. | 1.40 |
| 01/16/10 | CR | Reviewed and analyzed LATI intercompany debtor solvency analysis of Newsday, Baltimore Sun and Hartford Courant. | 1.80 |
| 01/16/10 | CR | Reviewed and analyzed LATI debtor solvency analysis of Tribune Broadcasting Company, SCNI and Morning Call. | 1.70 |
| 01/16/10 | CR | Reviewed and analyzed LATI intercompany debtor solvency analysis of WDCW, New Orleans Television, WLVI and KHCW. | 1.90 |
| 01/16/10 | CR | Reviewed and analyzed LATI debtor solvency analysis of WTXX, Tribune Broadcast Holdings & subsidiaries and KCPQ. | 2.40 |
| 01/16/10 | CR | Reviewed and analyzed LATI intercompany solvency analysis of Tribune National Marketing and Tribune Media Net. | 0.90 |
| 01/17/10 | MFR | Review and analysis of subsidiary solvency. | 4.80 |
| 01/17/10 | MFR | Development of potential deposition topics for JPM deposition. | 3.10 |
| 01/18/10 | MFR | Discussion with B. Den Uyl (AlixPartners) regarding preliminary subsidiary analysis. | 0.50 |
| 01/18/10 | MFR | Review and analysis of preliminary subsidiary solvency. | 4.40 |
| 01/18/10 | MFR | Discussion with C. Rubel (Alix) regarding accuracy of material figures in Debtors, Centerbridge and senior lenders presentations. | 1.10 |
| 01/18/10 | RBD | Reviewed and analyzed subsidiary solvency analysis (1.0). Discussions with M. Rule (AlixPartners) (0.5) | 1.50 |

Re:                    Avoidance Actions
Client/Matter #      005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/18/10 | HYL | Follow-up and discussion regarding LATI notes and intercompany balances. | 0.90 |
| 01/18/10 | BH | Review report by Moelis on recovery analysis under varying scenarios of settlement negotiations. | 1.20 |
| 01/18/10 | CR | Analyzed valuation data from Centerbridge presentation. | 2.40 |
| 01/18/10 | CR | Reviewed and revised LATI solvency calculations. | 2.10 |
| 01/18/10 | CR | Reconciled asset book values of LA Times International intercompany debtors. | 2.70 |
| 01/18/10 | CR | Analyzed solvency indications of LA Times International intercompany debtors on a legal entity basis (1.7). Discussions with M. Rule (AlixPartners) (1.1). | 2.80 |
| 01/18/10 | AT | Reviewed and revised analysis as part of quality control procedures. | 3.50 |
| 01/18/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 01/18/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 01/19/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.70 |
| 01/19/10 | JLL | Reviewed and analyzed populated document index with descriptions of TRB documents reviewed. | 2.20 |
| 01/19/10 | CR | Made revisions to LATI intercompany debtor solvency analysis. | 1.80 |
| 01/19/10 | CR | Analyzed provisions in secured credit agreements discussing asset sales and limitations. | 1.90 |
| 01/19/10 | CR | Updated review document index for additional production. | 1.40 |
| 01/19/10 | CR | Analyzed Tribune shareholder composition before and after step 1 transactions. | 2.40 |
| 01/19/10 | CR | Reviewed Citi documents from Relativity data site. | 2.10 |
| 01/19/10 | CR | Created bar charts and exhibits comparing valuations from Tribune advisors. | 1.60 |
| 01/19/10 | HYL | Reviewed and discussed intercompany documents provided by Tribune. | 1.60 |
| 01/19/10 | AH | Meeting with UCC professionals to review avoidance actions work and prepare for 1/21 UCC meeting | 3.70 |
| 01/19/10 | RBD | Review documents for Zuckerman | 0.80 |
| 01/19/10 | MFR | Preparation for UCC professionals meeting. | 1.50 |
| 01/19/10 | MFR | Discussion with Zuckerman regarding JPM deposition. | 1.20 |
| 01/19/10 | MFR | Preliminary review of intercompany accounts. | 0.80 |
| 01/19/10 | MFR | Review of Tribune ownership. | 0.60 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/19/10 | MFR | Review and analysis of various JPM documents in preparation for JPM deposition. | 2.70 |
| 01/20/10 | RBD | Review document for Zuckerman | 1.50 |
| 01/20/10 | MFR | Review and analysis of preliminary subsidiary solvency analysis revisions (1.5). Held call with A. Holtz (AlixPartners) (0.3) | 1.80 |
| 01/20/10 | MFR | Communication with Zuckerman regarding JPM deposition. | 0.90 |
| 01/20/10 | MFR | Development of presentation materials regarding subsidiary solvency. | 3.20 |
| 01/20/10 | MFR | Prepared communication with Zuckerman regarding VRC valuation analyses. | 0.60 |
| 01/20/10 | MFR | Revisions to presentation materials regarding subsidiary solvency.  Communication with Zuckerman regarding the same. | 1.20 |
| 01/20/10 | MFR | Review of Moelis draft presentation regarding recovery scenarios. | 0.70 |
| 01/20/10 | MFR | Review of shareholder analysis. | 0.40 |
| 01/20/10 | AH | Review intercompany data provided by A&M, and discuss with them on conference call | 1.40 |
| 01/20/10 | AH | Discuss solvency presentation with M. Rule | 0.30 |
| 01/20/10 | BH | Call with Tribune advisors over Intercompany reports and database analysis. | 0.80 |
| 01/20/10 | HYL | Prepared for and participated in conference call with A&M (Brian Whittman, Stu Kaufman, Tom Hill) regarding intercompany and LATI information provided on 1/19 and 1/20. | 1.00 |
| 01/20/10 | HYL | Downloaded and reviewed intercompany journal entry data provided by A&M. | 0.90 |
| 01/20/10 | ANL | Analyzed and reviewed historical Intercompany transactions and journal entries. | 2.20 |
| 01/20/10 | ANL | Prepared and participated in call with Debtors' advisors to discuss intercompany transactions and LA Times International notes. | 0.70 |
| 01/20/10 | ANL | Analyzed and reviewed LA Times International documentation and information on LATI notes. Reviewed Debtors' memo on Intercompany transactions. Analyzed intercompany transactions related to LATI notes. | 2.30 |
| 01/20/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.60 |
| 01/20/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 01/21/10 | JLL | Reviewed TRB documents from Relativity data site for | 5.20 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | valuation and solvency information. | |
| 01/21/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.80 |
| 01/21/10 | CR | Analyzed VRC terminal value calculations. | 1.40 |
| 01/21/10 | CR | Analyzed provisions and requirements of Tribune ESOP phantom stock benefit programs. | 1.30 |
| 01/21/10 | CR | Reviewed Citi documents from Relativity data site. | 6.80 |
| 01/21/10 | HYL | Reviewed, analyzed and discussed goodwill and other transactions and impact to claimants recovery per changes to the intercompany model. | 2.70 |
| 01/21/10 | ANL | Analyzed and reviewed historical Intercompany transactions and journal entries. | 1.70 |
| 01/22/10 | HYL | Reviewed and analyzed intercompany documents provided by A&M including goodwill transaction. | 3.10 |
| 01/22/10 | BH | Review and analyze the treatment of Goodwill write-off and the impact to Capital position at the parent and guarantor subsidiaries. | 1.60 |
| 01/22/10 | MFR | Reconciliation of JPM ownership analysis. | 3.30 |
| 01/22/10 | MFR | Review and analysis of executive officer equity sales and phantom equity programs. | 2.40 |
| 01/22/10 | MFR | Review and analysis of key documents including US Bank documents. | 3.00 |
| 01/22/10 | CR | Reviewed Citi documents from Relativity data site. | 2.60 |
| 01/22/10 | CR | Updated review document index for additional production. | 0.70 |
| 01/22/10 | CR | Analyzed intercompany transaction journal entry files received from the debtors. | 1.20 |
| 01/22/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.20 |
| 01/22/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 4.30 |
| 01/22/10 | JLL | Performed Tribune shareholder analysis to determine ownership composition and necessary public shareholder approval. | 1.50 |
| 01/25/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.00 |
| 01/25/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.30 |
| 01/25/10 | CR | Reviewed JPM documents to reconcile figures cited in their shareholder analysis presentations. | 2.20 |
| 01/25/10 | CR | Analyzed Tribune shareholder composition before and after step 1 transactions. | 2.10 |

Re:                         Avoidance Actions
Client/Matter #             005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/25/10 | MFR | Reconciliation of JPM shareholder analysis. | 4.40 |
| 01/25/10 | MFR | Review of updated equity sales for executive directors in 2007. | 0.40 |
| 01/25/10 | MFR | Review and analysis of Raymond James documents. | 1.90 |
| 01/25/10 | MFR | Review of Morgan Stanley documents. | 2.60 |
| 01/25/10 | BH | Review and analysis of Directors and Officers in place at guarantor subsidiaries in Dec. 2007. | 0.70 |
| 01/25/10 | AMJ | Research regarding Chandler Trust sale of 20% holding and related public filings. | 1.70 |
| 01/25/10 | HYL | Reviewed and discussed LATI transaction memo. | 2.40 |
| 01/25/10 | HYL | Discuss and search for directors and officer's information related to guarantor subsidiaries. | 1.00 |
| 01/25/10 | ANL | Analyzed and reviewed updated pre-petition payments to directors & officers. | 1.70 |
| 01/25/10 | ANL | Analyzed and reviewed Tribune historical intercompany journal entry transactions. | 2.10 |
| 01/26/10 | ANL | Analyzed and reviewed bondholders' presentation on recovery. | 1.20 |
| 01/26/10 | HYL | Reviewed and analyzed LATI notes documentation and prepared memo. | 1.10 |
| 01/26/10 | HYL | Reviewed and analyzed assertions regarding high level summary of intercompany balances and transactions. | 1.60 |
| 01/26/10 | CR | Discussed intercompany journal entry query results with A. Deligtisch (AlixPartners) | 0.20 |
| 01/26/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.60 |
| 01/26/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 01/26/10 | TAD | Receive and prepare Journal files for analysis (0.2). Held discussion with C. Rubel (AlixPartners) (0.2) | 0.40 |
| 01/26/10 | TAD | Analyze 2008 journal data for target entities. | 0.60 |
| 01/27/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 01/27/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.70 |
| 01/27/10 | CR | Discussed data availability with H. Lee. | 0.20 |
| 01/27/10 | HYL | Prepared memo on LATI notes transaction and follow-up on open items request (1.2). Held discussions with C. Rubel (AlixPartners) (0.2) | 1.40 |
| 01/27/10 | HYL | Prepared memo regarding intercompany balances and transactions related to 'merged parent' and follow-up on open | 1.90 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | items. |  |
| 01/27/10 | ANL | Analyzed and reviewed goodwill detail journal entries. Analyzed and reviewed LATI note payments and activity. | 2.20 |
| 01/27/10 | ANL | Analyzed and reviewed LATI notes and amendments. | 1.10 |
| 01/27/10 | BH | Review and analysis of supporting information provided by Tribune advisors in response to our questions on the LATI Notes and repayment history. | 2.30 |
| 01/27/10 | MFR | Review of Merrill Lynch documents. | 2.70 |
| 01/27/10 | MFR | Review of Citi documents. | 3.10 |
| 01/27/10 | MFR | Review of draft motion for standing. | 0.40 |
| 01/28/10 | MFR | Review of debtors documents. | 2.40 |
| 01/28/10 | MFR | Review of Foundations documents. | 3.20 |
| 01/28/10 | MFR | Review of JP Morgan documents. | 1.90 |
| 01/28/10 | ANL | Analyzed and reviewed the intercompany journal entries related to Goodwill and LATI notes. Reviewed memo related to LATI. | 2.10 |
| 01/28/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 01/28/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.40 |
| 01/29/10 | JLL | Populated document index with descriptions of TRB documents reviewed. | 2.30 |
| 01/29/10 | JLL | Reviewed TRB documents from Relativity data site for valuation and solvency information. | 5.70 |
| 01/29/10 | CR | Held discussion with M. Rule (AlixPartners) | 0.60 |
| 01/29/10 | TAD | Import flat file data, extract 1995 Journal Entries. | 0.20 |
| 01/29/10 | TAD | Import flat file data, extract 2000 Journal Entries. | 0.30 |
| 01/29/10 | TAD | Import flat file data, extract 2001 Journal Entries. | 0.40 |
| 01/29/10 | TAD | Import flat file data, extract 2008 Journal Entries. | 0.60 |
| 01/29/10 | TAD | Combine extracted Journal Entries through union query and export to data sheet. | 0.20 |
| 01/29/10 | TAD | Import flat file data, extract 2002 Journal Entries. | 0.30 |
| 01/29/10 | TAD | Import flat file data, extract 2003 Journal Entries. | 0.40 |
| 01/29/10 | TAD | Import flat file data, extract 2004 Journal Entries. | 0.40 |
| 01/29/10 | TAD | Import flat file data, extract 2005 Journal Entries. | 0.50 |
| 01/29/10 | TAD | Import flat file data, extract 2006 Journal Entries. | 0.40 |
| 01/29/10 | TAD | Import flat file data, extract 2007 Journal Entries. | 0.60 |
| 01/29/10 | ANL | Analyzed and reviewed supporting documents from Debtors on the 2007 capital transfer to guarantor subsidiaries. Reviewed intercompany transactions. | 2.20 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/29/10 | ANL | Analyzed and reviewed merged parent intercompany account data. | 1.70 |
| 01/29/10 | MFR | Discussion with C. Rubel (Alix) regarding work status. | 0.60 |
| | | **Total Hours** | **588.00** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 20.40 | 860.00 | 17,544.00 |
| Alan Holtz | 16.80 | 820.00 | 13,776.00 |
| Mark F Rule | 132.50 | 530.00 | 70,225.00 |
| Albert Leung | 43.70 | 530.00 | 23,161.00 |
| Harold Y Lee | 35.60 | 530.00 | 18,868.00 |
| Brad Hall | 20.70 | 620.00 | 12,834.00 |
| Young Kim | 1.60 | 470.00 | 752.00 |
| Toby A Deligtisch | 5.30 | 470.00 | 2,491.00 |
| Jeff L Lack | 152.60 | 395.00 | 60,277.00 |
| Adam Tymowski | 3.50 | 380.00 | 1,330.00 |
| Adam M Janovsky | 17.30 | 320.00 | 5,536.00 |
| Christopher Rubel | 134.50 | 320.00 | 43,040.00 |
| Deanna J Postlewait | 3.00 | 245.00 | 735.00 |
| Jennifer Braverman | 0.50 | 175.00 | 87.50 |
| **Total Hours & Fees** | **588.00** | | **270,656.50** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/05/10 | MFR | Attendance at initial settlement meeting with senior lenders, the debtors and Centerbridge. | 4.10 |
| 01/05/10 | MFR | Attendance at UCC professionals pre-meeting. | 1.00 |
| 01/06/10 | MFR | Participate in  UCC professionals conference call. | 0.60 |
| 01/06/10 | BH | Participate in weekly professionals call with Chadbourne | 0.60 |
| 01/06/10 | AH | Participate in weekly UCC professionals coordination call | 0.60 |
| 01/07/10 | RBD | Participated in UCC call | 4.20 |
| 01/07/10 | AH | Participate in UCC meeting at Chadbourne | 7.50 |
| 01/07/10 | BH | Preparation of materials for UCC meeting discussion of current financial status. | 1.00 |
| 01/07/10 | BH | Participation in UCC meeting and presentation of weekly financial results. | 0.50 |
| 01/07/10 | MFR | Participation in UCC meeting. | 7.50 |
| 01/12/10 | MFR | Participate in UCC professionals conference call. | 0.60 |
| 01/12/10 | BH | Participation in weekly professionals call with Chadbourne. | 1.00 |
| 01/12/10 | RBD | Prepared for and participated in UCC call | 1.00 |
| 01/14/10 | AH | Participate in weekly UCC meeting (telephonic) | 1.50 |
| 01/14/10 | BH | Participate in UCC meeting. | 2.00 |
| 01/14/10 | BH | Preparation of comments on financial results for UCC meeting. | 1.00 |
| 01/14/10 | MFR | Participate in UCC conference call. | 2.10 |
| 01/15/10 | BH | Participation in weekly professionals call with Chadbourne | 0.50 |
| 01/19/10 | MFR | Participate in UCC professionals meeting. | 3.20 |
| 01/21/10 | MFR | Participate in UCC professionals meeting. | 1.00 |
| 01/21/10 | MFR | Participate in UCC meeting. | 4.10 |
| 01/21/10 | BH | Participate in UCC meeting | 2.50 |
| 01/21/10 | BH | Preparation of comments for UCC meeting on financial performance for the week. | 0.80 |
| 01/21/10 | AH | Attend UCC meeting at Chadbourne | 3.50 |
| 01/28/10 | BH | Preparation of presentation to UCC on weekly financial performance. | 1.10 |
| 01/28/10 | BH | Participation in UCC meeting. | 0.50 |
| 01/28/10 | MFR | Participate in UCC conference call. | 0.50 |
| | | **Total Hours** | **54.50** |

Re:                         UCC Meetings
Client/Matter #             005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 5.20 | 860.00 | 4,472.00 |
| Alan Holtz | 13.10 | 820.00 | 10,742.00 |
| Mark F Rule | 24.70 | 530.00 | 13,091.00 |
| Brad Hall | 11.50 | 620.00 | 7,130.00 |
| **Total Hours & Fees** | **54.50** | | **35,435.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/06/10 | ANL | Prepared December fee application. | 0.90 |
| 01/07/10 | ANL | Prepared December fee application and 4th Interim fee application. | 2.20 |
| 01/08/10 | ANL | Prepared 4th Interim Fee Application and exhibits. Prepared December fee application. | 1.80 |
| 01/11/10 | ANL | Prepared Fourth Interim Fee Application and exhibits. | 1.60 |
| 01/13/10 | ANL | Prepared 4th Interim Fee Application and exhibits. Prepared December fee application. Discussed interim fee report with fee examiner. | 3.10 |
| 01/14/10 | ANL | Prepared December fee application and exhibits. | 2.30 |
| 01/15/10 | ANL | Prepared December 2009 fee application and exhibits. | 0.70 |
| 01/18/10 | ANL | Prepared December 2009 fee application and exhibits. | 0.70 |
| 01/18/10 | YK | Prepared December 2009 fee application. | 1.60 |
| 01/19/10 | YK | Prepared December 2009 fee application. | 0.60 |
| 01/19/10 | ANL | Prepared December fee application and motion. | 1.30 |
| 01/21/10 | ANL | Prepared December monthly fee application motion. | 1.10 |
| 01/22/10 | ANL | Prepared December monthly fee application motion. | 0.80 |
| 01/22/10 | AH | Review December Fee Application | 1.60 |
| 01/25/10 | AH | Final review of December fee application and submit for filing. | 0.50 |
| 01/25/10 | ANL | Prepared December fee application motion and exhibits. | 0.80 |
| | | **Total Hours** | **21.60** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.10 | 820.00 | 1,722.00 |
| Albert Leung | 17.30 | 530.00 | 9,169.00 |
| Young Kim | 2.20 | 470.00 | 1,034.00 |
| **Total Hours & Fees** | **21.60** | | **11,925.00** |

Re:                         Travel Time (billed at 50%)
Client/Matter #             005735.00018

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/04/10 | MFR | Travel from Chicago to New York City for initial settlement meeting. | 5.00 |
| 01/05/10 | MFR | Travel from New York City to Chicago. | 5.00 |
| 01/18/10 | MFR | Travel from Chicago to New York City. | 5.00 |
| 01/21/10 | MFR | Travel from New York City to Chicago. | 5.00 |
| | | **Total Hours** | **20.00** |

Re:                          Travel Time (billed at 50%)
Client/Matter #              005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Mark F Rule | 20.00 | 530.00 | 10,600.00 |
| **Total Hours & Fees** | **20.00** | | **10,600.00** |

Re:                     Travel Time (billed at 50%)
Client/Matter #         005735.00018

| Date | Disbursement Description | Amount |
|------|--------------------------|-------:|
| 11/01/09 | Conference Calls - - VENDOR: Raindance Communications, Inc. Conference Calls Month of 11/30/2009 B Hall | 5.97 |
| 11/17/09 | Conference Calls - - VENDOR: Raindance Communications, Inc. Conference Calls Month of 11/30/2009 Y Kim | 27.60 |
| 12/21/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home (In-town) | 20.00 |
| 12/22/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home (In-town) | 20.00 |
| 12/30/09 | Meals & Tips Albert Leung-Dinner (In-town) | 22.00 |
| 12/31/09 | Research - - Pacer Service Charge For 10/1-12/31/2009 (bankruptcy charge related to downloading items from the bankruptcy court docket) | 511.92 |
| 01/04/10 | Airfare Mark Rule-2010-01-04-CHI-NYC Coach | 591.40 |
| 01/04/10 | Cab Fare/Ground Transportation Mark Rule-Cab to O'hare (out of town) | 40.00 |
| 01/04/10 | Cab Fare/Ground Transportation Mark Rule-Car to Hotel (out of town) | 74.51 |
| 01/04/10 | Lodging Mark Rule-Amedeo Htls Ltd Ptnshp-New York-01/04/2010-01/05/2010 | 382.18 |
| 01/04/10 | Meals & Tips Albert Leung-Dinner (In-town) | 18.00 |
| 01/04/10 | Meals & Tips Mark Rule-Dinner (out of town) | 54.44 |
| 01/05/10 | Airfare Service Charge Mark Rule | 40.00 |
| 01/05/10 | Cab Fare/Ground Transportation Mark Rule-Car to Airport (out of town) | 94.47 |
| 01/05/10 | Cab Fare/Ground Transportation Mark Rule-Cab From O'hare To Home (out of town) | 40.00 |
| 01/05/10 | Meals & Tips Mark Rule-Breakfast (out of town) | 28.99 |
| 01/09/10 | Postage/Messenger/Courier Delivery to Albert Leung | 23.90 |
| 01/11/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/11/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 11.17 |
| 01/11/10 | Meals & Tips Albert Leung-Dinner (In-town) | 12.00 |
| 01/13/10 | Airfare Mark Rule-2010-01-20-ORD-LGA Coach | 263.46 |
| 01/13/10 | Airfare Service Charge Mark Rule | 13.00 |
| 01/13/10 | Meals & Tips Albert Leung-Dinner (In-town) | 17.00 |
| 01/14/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/14/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 11.17 |
| 01/16/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/16/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 13.44 |

Re:                     Travel Time (billed at 50%)
Client/Matter #         005735.00018

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 01/19/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/19/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 11.70 |
| | **Total Disbursements** | **2,408.32** |