# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Expenses | Amount |
|---|---:|
| Airfare - Coach | 854.86 |
| Airfare Service Charge | 53.00 |
| Cab Fare/Ground Transportation | 348.98 |
| Conference Calls | 33.57 |
| Lodging | 382.18 |
| Meals & Tips | 199.91 |
| Postage/Messenger/Courier | 23.90 |
| Research | 511.92 |
| **Total Disbursements** | **2,408.32** |

| Date | Disbursement Description | Amount |
| --- | --- | --- |
| 11/01/09 | Conference Calls - - VENDOR: Raindance Communications, Inc. Conference Calls Month of 11/30/2009 B Hall | 5.97 |
| 11/17/09 | Conference Calls - - VENDOR: Raindance Communications, Inc. Conference Calls Month of 11/30/2009 Y Kim | 27.60 |
| 12/21/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home (In-town) | 20.00 |
| 12/22/09 | Cab Fare/Ground Transportation Tristan Peitz-Taxi Home (In-town) | 20.00 |
| 12/30/09 | Meals & Tips Albert Leung-Dinner (In-town) | 22.00 |
| 12/31/09 | Research - Pacer Service Charge For 10/1-12/31/2009 (bankruptcy court charge related to downloading items from the bankruptcy court docket) | 511.92 |
| 01/04/10 | Airfare Mark Rule-2010-01-04-CHI-NYC Coach | 591.40 |
| 01/04/10 | Cab Fare/Ground Transportation Mark Rule-Cab to O'hare (out of town) | 40.00 |
| 01/04/10 | Cab Fare/Ground Transportation Mark Rule-Car to Hotel (out of town) | 74.51 |
| 01/04/10 | Lodging Mark Rule-Amedeo Htls Ltd Ptnshp-New York-01/04/2010-01/05/2010 | 382.18 |
| 01/04/10 | Meals & Tips Albert Leung-Dinner (In-town) | 18.00 |
| 01/04/10 | Meals & Tips Mark Rule-Dinner (out of town) | 54.44 |
| 01/05/10 | Airfare Service Charge Mark Rule | 40.00 |
| 01/05/10 | Cab Fare/Ground Transportation Mark Rule-Car to Airport (out of town) | 94.47 |
| 01/05/10 | Cab Fare/Ground Transportation Mark Rule-Cab From O'hare To Home (out of town) | 40.00 |
| 01/05/10 | Meals & Tips Mark Rule-Breakfast (out of town) | 28.99 |
| 01/09/10 | Postage/Messenger/Courier Delivery to Albert Leung | 23.90 |
| 01/11/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/11/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 11.17 |
| 01/11/10 | Meals & Tips Albert Leung-Dinner (In-town) | 12.00 |
| 01/13/10 | Airfare Mark Rule-2010-01-20-ORD-LGA Coach | 263.46 |
| 01/13/10 | Airfare Service Charge Mark Rule | 13.00 |
| 01/13/10 | Meals & Tips Albert Leung-Dinner (In-town) | 17.00 |
| 01/14/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/14/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 11.17 |
| 01/16/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/16/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 13.44 |
| 01/19/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office to home (In-town) | 15.00 |
| 01/19/10 | Meals & Tips Christopher Rubel-Dinner (In-town) | 11.70 |
| | **Total Disbursements** | **2,408.32** |