**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Buena Vista Television (Disney) | $1,924.16 |
| Warner Brothers | $1,625.46 |
| Washington-Baltimore Newspaper Guild | $610.91 |
| Washington-Baltimore Newspaper Guild (Counsel) | $1,121.42 |
| **TOTAL** | **$5,281.95** |

# EXHIBIT A

**SCHEDULE OF EXPENSES**

Gabrielle Davis
Buena Vista Television
500 South Buena Vista Street
Burbank, CA  91521

| Type of Expense | January 7, 2010 Creditors' Committee Meeting (New York) |
|---|---|
| Airfare | $867.00 |
| Hotel | 602.22 [1] |
| Transportation | 199.58 |
| Cab Fare (including tips) | 32.00 |
| Parking | 76.66 [2] |
| Meals:<br>　Dinner (1/5/10):　　$50.00<br>　Dinner (1/7/10):　　$50.00<br>　Breakfast (1/8/10):　$ 3.60<br>　Lunch (1/8/10):　　$25.00 | 128.60 [3] |
| Wireless Service | 25.90 [4] |
| Tips (additional) | 15.50 |
| | |
| Total: | $1,947.46 |

1.　　Represents charge for two nights only.

2.　　Represents 2/3 of receipted amount.

3.　　Reimbursement requested at amounts not to exceed limits set forth in the meal guidelines set by the Fee Examiner.

4.　　Represents charge for in-flight internet service (to access files).

| | |
|---|---|
| Total Allowed Amount this Application: | $1,947.46 |
| Less Fee Examiner Deductions: * | (23.30) |
| **TOTAL DUE THIS APPLICATION:** | **$1,924.16** |

* Pursuant to the *Fee Examiner's Final Report Regarding Fourth, Fifth, and Sixth Monthly Applications of the Official Committee of Unsecured Creditors*, dated January 12, 2010 whereby the Fee Examiner recommended a reduction in the amount of $23.30 for certain charges.

Virtually There

Ticket Number   UA 7726195994            DAVIS GABRIELLE
                    Billed to:            VI XXXXXXXXXX7247                    * 1,979.20

                                          Total base fare amount    1,821.40

                                                    Total Taxes       157.80

                                          Net Credit Card Billing   1,979.20

                                                                   ----------

                                          Total Amount Due              0.00

OFFICE HOURS ARE 8AM-6PM PST MON-FRI.
PLEASE CALL 818-553-7000 DURING OFFICE HOURS.
FOR EMERGENCY ASSISTANCE AFTERHOURS CALL 888-645-0645

DUE TO ENHANCED SECURITY MEASURES AT THE AIRPORT
CHECK IN IS 2 HOURS PRIOR TO DEPARTURE FOR DOMESTIC
FLIGHTS AND 3 HOURS PRIOR TO DEPARTURE FOR INTL FLIGHTS

IMPORTANT- PLEASE VERIFY THE NAME ON THIS RESERVATION
COINCIDES WITH THE NAME ON YOUR GOVERNMENT ISSUED ID
WHEN TRAVELING DOMESTICALLY OR YOUR PASSPORT WHEN
TRAVELING INTERNATIONALLY.
/CONTACT CORP TRAVEL IMMEDIATELY IF THEY DO NOT MATCH/

FOR DOMESTIC AFTER HOURS EMERGENCY ASSISTANCE WITHIN
THE UNITED STATES ALASKA HAWAII PUERTO RICO THE
VIRGIN ISLANDS AND CANADA PLEASE DIAL 1-888-645-0645
LIMOUSINE NOTICE - DRIVER GRATUITY IS INCLUDED.
UPON FLIGHT ARRIVAL PLEASE MEET YOUR DRIVER AT
BAGGAGE CLAIM. IF YOU CANNOT LOCATE YOUR DRIVER
PLEASE CALL THE LIMO COMPANY OR CORPORATE TRAVEL
IMMEDIATELY.
A MINIMUM OF 2 HOURS IS REQUIRED FOR ANY CHANGES OR
CANCELLATIONS ON ANY LOS ANGELES OR NEW YORK CARS
4 HOURS MINIMUM IS REQUIRED FOR THE REST OF THE
US AND CANADA / 24 HOURS IS REQUIRED FOR
INTERNATIONAL BOOKINGS.

REFUNDABLE ELECTRONIC TICKET ISSUED.
ANY UNUSED REFUNDABLE E-TICKET WILL BE REFUNDED
72 HOURS AFTER LAST TRAVEL DATE.
IN CASE OF CANCELLATION PLEASE NOTIFY CORPORATE TRAVEL
FOR IMMEDIATE REFUND PROCESSING.

HU*

U75-DISNEY CORP VISA CARD

*Coach fare*
*$ 789.98*
*+ 77.02 taxes*
*$ 867.00*

Your travel arranger provides the information contained in this document. Virtually There® is not responsible for the content of this document. If you have any questions about the contents of this document, please contact your travel arranger.

**sabre**
**virtuallythere**

**INFORMATION INVOICE**

Mrs Gabrielle Davis
923 N Fairview
Burbank CA 91505
United States

| | |
|---|---|
| **Room Number:** | 3514 |
| **Arrival Date:** | 01-06-10 |
| **Departure Date:** | 01-09-10 |
| **Voucher/PO No.:** | |

**Travel Agent :** HOGG ROBINSON USA L.L.C.
**Company:**   Walt Disney ABC

| | |
|---|---|
| **Page No:** | 1 of 2 |
| **Confirmation No.:** | 10993409 |
| **Folio No:** | 102801 |

**01-09-10**

| Date | Description | Reference | Charges/Adj | Payments |
|---|---|---|---|---|
| 01-06-10 | Room Chg - Package | | 260.00 | |
| 01-06-10 | Sales Tax 8.875% | | 22.63 | |
| 01-06-10 | City Occ Tax 5.875% | | 14.98 | |
| 01-06-10 | City Occ Tax per Rm/Night | | 2.00 | |
| 01-06-10 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| 01-07-10 | Minibar (NA) | Room# 3514 : VOSS STILL WATER | 6.00 | |
| 01-07-10 | Minibar (NA) Sales Tax 8.875 | | 0.53 | |
| 01-07-10 | Room Chg - Package | | 260.00 | |
| 01-07-10 | Sales Tax 8.875% | | 22.63 | |
| 01-07-10 | City Occ Tax 5.875% | | 14.98 | |
| 01-07-10 | City Occ Tax per Rm/Night | | 2.00 | |
| 01-07-10 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| 01-08-10 | Minibar (NA) | Room# 3514 : VOSS STILL WATER | 6.00 | |
| 01-08-10 | Minibar (NA) Sales Tax 8.875 | | 0.53 | |
| 01-08-10 | Room Chg - Package | | 260.00 | |
| 01-08-10 | Sales Tax 8.875% | | 22.63 | |
| 01-08-10 | City Occ Tax 5.875% | | 14.98 | |
| 01-08-10 | City Occ Tax per Rm/Night | | 2.00 | |
| 01-08-10 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| 01-09-10 | Visa | XXXXXXXXXXXX7247    XX/XX | | 916.39 |

*handwritten: 301.11 / 301.11 / 602.22 / 301.11*

*handwritten: Helen - Lodging for only 2 nights*

**Garcia, Rita L**

| | |
|---|---|
| **From:** | hrodriguez@blslimo.com |
| **Sent:** | Monday, January 11, 2010 4:03 PM |
| **To:** | Garcia, Rita L |
| **Subject:** | Ride Receipt for Reservation# 753323 |

**BLS Limousine Service - NY**
**18-20 Steinway Street**
**Astoria, NY 11105**
**Phone: 800-843-5752 Fax: 718-274-2408**
**Email: resvndept@blslimo.com**
**Web: www.blslimo.com/terms**

## Ride Receipt

DAVIS,GABRIELLE/DISNEY
500 S Buena Vista St
Burbank, CA 91521

Account#  : 209566
Receipt#  : BLS-753323
Date      : 01/07/10

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01/06/10 | **Res#:** BLS-753323 | **PU:** JFK 84 UA | | |
| | | **Drop:** 160 CENTRAL PARK SOUTH NEW YORK NY 10019-2 | | |
| | **Pickup:** 14:11 | **Passenger:** DAVIS, GABRIELLE | | |
| | Flat: | TC | $84.00 | |
| | Req By: SYLVIA HARRIS,   Caller#: 818-553-7076 | | | |
| | Wait Time: - | Wait Chg: | | |
| | Phone: - Mins | Phone: | | |
| Stops | | Stops: | $0.00 | |
| Extra Services | | CELL PHONE 818-281-0727: | | |
| | SAP# 11071145475161620005 | GLI Chg: | $4.20 | |
| | RECORD LOCATOR#   FWDJDH | ISC: | $4.20 | |
| | | Tax: | $7.39 | |
| | | Gratuity: | $0.00 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | Ride Total: | $99.79 | |
| | **Paid By Credit Card VI** xxxxxxxxxxxx7247 | **Trip Amount Due:** | **$0.00** | |

Acct Svc is not gratuity.

1/12/2010

**Garcia, Rita L**

| | |
|---|---|
| **From:** | hrodriguez@blslimo.com |
| **Sent:** | Monday, January 11, 2010 4:04 PM |
| **To:** | Garcia, Rita L |
| **Subject:** | Ride Receipt for Reservation# 753324 |

**BLS Limousine Service - NY**
**18-20 Steinway Street**
**Astoria, NY 11105**
**Phone: 800-843-5752 Fax: 718-274-2408**
**Email: resvndept@blslimo.com**
**Web: www.blslimo.com/terms**

## Ride Receipt

DAVIS,GABRIELLE/DISNEY
500 S Buena Vista St
Burbank, CA 91521

Account# : 209566
Receipt# : BLS-753324
Date     : 01/11/10

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01/09/10 | **Res#:** BLS-753324 | **PU:** 160 CENTRAL PARK SOUTH RADIO CITY NY 10019 | | |
| | | **Drop:** JFK 23 UA | | |
| | **Pickup:** 06:15 | **Passenger:** DAVIS, GABRIELLE | | |
| | Flat: | TC | $84.00 | |
| | Req By: SYLVIA HARRIS,  Caller#: 818-553-7076 | | | |
| | Wait Time: - | Wait Chg: | | |
| | Phone: - Mins | Phone: | | |
| Stops | | Stops: | $0.00 | |
| Extra Services | | CELL PHONE 818-281-0727: | | |
| | SAP#          11071145475161620005 | GLI Chg: | $4.20 | |
| | RECORD LOCATOR#       FWDJDH | ISC: | $4.20 | |
| | | Tax: | $7.39 | |
| | | Gratuity: | $0.00 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | Ride Total: | $99.79 | |
| | **Paid By Credit Card VI** xxxxxxxxxxxx7247 | **Trip Amount Due:** | **$0.00** | |

Acct Svc is not gratuity.

1/12/2010

```
MFO#        6H66
01/08/10 TR 1853
START END MILES
12:38 12:50  2.5
REGULAR FARE
RATE 1:$    9.30
SCRCH: $    0.00
STSRCH:$    0.50
TOTAL: $    9.80
      THANKS
  TO CONTACT TLC
    DIAL 3-1-1
```

$12.00

x (2.20)

```
                    $13.00
        I ♡ NEW YORK
MED·#            2659
DATE: 01/08/2010
START TIME   14:19
END TIME     14:33
TRIP #        1768
RATE No.         1
STAND. CITY RATE
MILES R1      3.45
FARE1 $      10.90
ST. SUR       0.50
GR.TOT.      11.40
```

+ (1.60)

```
        I ♡ NEW YORK
MED #            1J88
DATE: 01/07/2010
START TIME   20:31
END TIME     20:36
TRIP #        4338
RATE No.         1
STAND. CITY RATE
MILES R1      0.64
FARE1 $       4.50
SURCHARGE     0.50
TOTAL $       5.00
MTA SCG       0.50
GR.TOT.       5.50
```

$7.00

```
Contact TLC Dial
      3-1-1
```

```
     LAX AIRPORT LOT P 7
        1 WORLD WAY
 LOS ANGELES, CA. 90045-5803
        310-646-2911

Merchant ID: 8014672468
Term ID: 00315400000014672468078

         Sale

xxxxxxxxxxxxxx7247
VISA        Entry Method: Swiped

Amount:           $  115.00
Tax:              $    0.00
                  -----------
Total:            $  115.00

01/09/10              1x:25:50
Inv #: 002535    Appr Code: 064814
Apprvd: Online

         Customer Copy
         THANK YOU!
```

$38.30 per day
x 2 days
$76.66

Gabrielle Davis

#18185950

Expense Report                                                                 Page 1 of 2

## *Create Expense Report*

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| General Data | Enter Receipts | Review and Send | Completed |

Employee Gabrielle B Davis ( 94021858 )   Schema TRAVEL   Start Date 02/01/2010   End Date 02/10/2010

[ Previous Step ] [ Review ]   [ Save Draft ]   [ Start Over ]   [ Cancel ]

[ Available Credit Card Receipts (29 ) ]

### Available Credit Card Receipts

[All Receipts] [02/01/2010] [02/10/2010] [Refresh] [Select All] [Deselect All]

| 🗐 | Receipt Date | Expense Type | Description | Amount | C |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | 01/07/2010 | MOBILE PHONES/WIRELESS DEVICES | AIRCELL*GOGO INFLIGHT 877-350-0038 IL US | | |
| | 01/07/2010 | GROUND TRANSPORTATION | BLS LIMOUSINE SERVICE OF 718-2675439 NY US | | |
| | | | | | |

[ Include in This Expense Report ]

### Receipts in This Expense Report

[ New Entry ] [ Copy ] [ Delete ] [ Copy and Set Next Date ]

| 🗐 | No. | Status | Expense Type | Receipt Amount | Receipt Currency | Receipt Date | Am |
|---|---|---|---|---|---|---|---|
| | 001 | △ | AIR TRAVEL | 1,979.20 | United States Dollar | 12/28/2009 | 1, |
| | 002 | △ | TRAVEL MEALS AND SNACKS | ✓ 58.91 | United States Dollar | 01/06/2010 | |

Number:              [ 1 ]
Description:          [ MICKEY MANTLE'S RESTAU ]
Location:            [ NEW YORK ]                          Country / Region: * [ NEW YORK ]
Business Purpose:    [ Tribune meetings ]
Participants:        [ Self ]
Comment:             [ Dinner meal ]

#### Credit Card Information
Credit Card Company:  Visa International
Description:          MICKEY MANTLE'S RESTAU NEW YORK NY US
Transaction No.:      71050007987179965173

[ Accept ] [ Accept and New Entry ]   [ Change Cost Assignment ] [ Enter Itemization ]   [ Check ] [ Copy ] [ Delete ]

*corp card*

```
*****************************************
DATE 1/07/10            TIME 8:30:00PM
MID 040000191380

          BAR AMERICAIN
          152 WEST 52ND STREET
             NEW YORK, NY
PLEASE SIGN AND LEAVE THE MERCHANT COPY
  THE CUSTOMER COPY IS YOURS TO KEEP

VISA     XXXXXXXXXXXXXX7247 S
AUTH 025743   TBL 53   CHECK   403351
PRE-AUTH         DINING         Robert

Transaction Key: AIA002636405249


AMOUNT                          104.50
TAX                               9.27
                  --------------------
   SUBTOTAL  $         113.77

      TIP   $.... 22.00

    TOTAL   $..... 135.77
                  ==========

       CUSTOMER COPY
*****************************************
```

```
** STARBUCKS COFFEE COMPANY **

41ST & BROADWAY          #07463
1460 BROADWAY
NEW YORK        NY10036

    --- DUPLICATE RECEIPT ---
1 TL CARML MACCHIAT        3.60
   NONFAT                    nc
SUBTOTAL                   3.60
  TAX 8.875                0.32
TOTAL                      3.92
CASH                      10.00
CHANGE DUE                 6.08

07463 02A1 705712  001496356E
01/08/10              11:14
    --- DUPLICATE RECEIPT ---
Turn your visits into rewards.
  Register any Starbucks Card
  today and you'll be on your
way to free drinks and more...
    www.starbucks.com/rewards
```

*Whatever dinner allotment is allowed for self reimbursement*

**GIORGIONE**
Restaurant

307 Spring Street
New York, NY 10013
212-352-2269

| Table: 25 | Check: 47034 |
|-----------|--------------|
| Time: 02:08pm | Date: 01/08/10 |
| Server: Marcio | Guests:  2 |

[Seat 1]
| 2 Diet Coke | $6.00 |
|-------------|-------|
| 2 Insalata Verde | $18.00 |
| 1 Pizza Bianca | $15.00 |
| 1 Margherita | $14.00 |
| 2 American | $6.00 |

| Subtotal: | $59.00 |
|-----------|--------|
| Tax:: | $5.25 |
| Sbtl w/Tax: | $64.25 |
| Amt Due: | **$64.25** |

corp card

Customer Copy

**GIORGIONE**
Restaurant

307 Spring Street
New York, NY 10013
212-352-2269

| Check Number | 47034 |
|--------------|-------|
| Card Number | ***********7247 |
| Expiration Date | 04/10 |

Reference Number 007990 .

Amount          $64.25

Tip: ___13.00___ (approx)

Total: 77.25

*Whatever lunch allotment
is allowed for reimbursement
$25*

## Expense Report/Travel Expense Statement (Simulation)

| Trip Number: 0181815950 | GABRIELLE  B. DAVIS |
|---|---|
| **Destination:**   New York | |
| **Trip Reason:**   Business trip to New York | |

| Amount Type | |
|---|---|
| Sum of Receipts to be Reimbursed | |
| Reimbursement Amount | |
| Total of Private Expenses | |

| Company code: | Buena Vista Television |
|---|---|
| Business Area: | Disney ABC Domestic Television |
| Cost Center: | Business Affairs |

| Rec No. | Receipt | Type | Content |
|---|---|---|---|
| 003 | MOBILE PHONES/WIRELESS DEVICES | Amount | 12.95 USD |
| | | Description | AIRCELL*GOGO INFLIGHT |
| | | Reason | Internet access |
| | | Short Name of Credit Card Company | Visa International |
| | | Description of Credit Card Transaction | AIRCELL*GOGO INFLIGHT 877-350-0038 IL  US |
| | | Additional Text for Receipt | Internet access on airline for laptop |
| 004 | GROUND TRANSPORTATION | Amount | 99.79 USD |
| | | Number | 1 |
| | | Amt per unit | 99.79 USD |
| | | Description | BLS LIMOUSINE SERVICE OF |
| | | Reason | Tribune meeting |
| | | Short Name of Credit Card Company | Visa International |
| | | Description of Credit Card Transaction | BLS LIMOUSINE SERVICE OF 718-2675439  NY  US |
| | | Additional Text for Receipt | Car pick up from JFK to hotel |
| 008 | MOBILE PHONES/WIRELESS DEVICES | Amount | 12.95 USD |
| | | Description | AIRCELL*GOGO INFLIGHT |
| | | Reason | Internet access |
| | | Short Name of Credit Card Company | Visa International |
| | | Description of Credit Card Transaction | AIRCELL*GOGO INFLIGHT 877-350-0038 IL  US |
| | | Additional Text for Receipt | Internet access on airline |

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

| **Type of Expense** | **January 5, 2010 Settlement Meeting (New York)** |
|---|---|
| Airfare | $1,011.78 |
| Hotel | 336.38 |
| Meals: Dinner (1/5/10) | 15.29 [1] |
| Transportation | 224.28 |
| Parking | 20.73 [2] |
| Tips | 17.00 |
| | |
| Total: | $1,625.46 |

1.  No receipt included.

2.  Represents one-half of receipted amount; the additional day reflects an unrelated business trip.


**TOTAL ALLOWED AMOUNT:  $1,625.46**

## Aguilar, Yolanda

**From:**    wbeinvoices@bcdtravel.com
**Sent:**    Thursday, December 24, 2009 4:24 PM
**To:**       Smith, Wayne
**Cc:**       Aguilar, Yolanda
**Subject:** TRAVEL INVOICE FOR SMITH/WAYNE M TRAVEL DATE 04Jan



PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO–GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on December 25, 2009/12:23 AM UTC
**Invoice**

Total Invoice Amount: $1,959.52 USD
Electronic Ticket Number: 0167726414103
Invoice Number: 0274722
Ticket Amount: $1,959.52 USD
Form of Payment: AX***********1001

This ticket information applies to the following trip(s):

United Airlines Flight 26 from Los Angeles to New York on January 04
United Airlines Flight 815 from Denver to Los Angeles on January 06

Email generated on December 25, 2009/12:23 AM UTC

1/5/2010

## Aguilar, Yolanda

**From:** Krug, Cheryl Ann (BCD Travel)
**Sent:** Wednesday, January 06, 2010 10:04 AM
**To:** Aguilar, Yolanda
**Subject:** FW: COACH FARE REQUEST

Hi Yolanda,

The round trip cost of a coach fare from Los Angeles to New York is $1011.78.

Thank You,

*Cheryl Ann Krug*
*Sr. Travel Consultant, Corp. VIP*
*@ Warner Bros.*
*BCD Travel*
*818-977-0309 - phone*
*818-977-6548 - fax*
*Cheryl.krug@bcdtravel.com*
**WB Employees: Visit Travel Connection on eTAZ**

This message and any attachment(s) are intended only for the use of the person or entity to which it is addressed and may contain confidential and/or proprietary information. Any review, retransmission, dissemination, or other use of, or taking of any action in reliance upon, this message and any attachment(s) by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and delete this message, including any attachments. Sender accepts no liability for any damages caused by any virus transmitted by this e-mail.

1/29/2010

# Jumeirah
## ESSEX HOUSE

**INFORMATION INVOICE**

160 Central Park South, New York, NY 10019
Tel: +1 (212) 247 0300  Fax: +1 (212) 315 1839
jumeirah.com

Mr Wayne M Smith
No Address
La Canada Flintridge CA 91011
United States

| | |
|---|---|
| **Room Number:** | 0754 |
| **Arrival Date:** | 01-04-10 |
| **Departure Date:** | 01-05-10 |
| **Voucher/PO No.:** | |
| **Page No:** | 1 of 1 |
| **Confirmation No.:** | 11183159 |
| **Folio No:** | |

**Travel Agent :** BCD TRAVEL USA L.L.C
**Company:**    Time Warner

**01-05-10**

| Date | Description | Reference | Charges/Adj | Payments |
|---|---|---|---|---|
| 01-04-10 | Room Chg - Package | | 289.00 | |
| 01-04-10 | Sales Tax 8.875% | | 25.20 | |
| 01-04-10 | City Occ Tax 5.875% | | 16.68 | |
| 01-04-10 | City Occ Tax per Rm/Night | | 4.00 | |
| 01-04-10 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| | **Total** | | 336.38 | 0.00 |
| | **Balance** | | 336.38 | |

Reservation Receipt (Res#752988)                                                    Page 1 of 1

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account#   : 194014
Invoice#   : CCB010610
Inv Date   : 1/6/2010

| Date | Description | Charges | Credits |
|---|---|---|---|
| 1/4/2010 | Res#: 752988      PU: JFK 26 UA<br>                         Drop: 160 CENTRAL PARK SOUTH RADIO CITY NY 10019<br>Pickup: 21:30      Passenger: SMITH WAYNE M<br>Flat:                                    TC<br>Req By: CHERYL ANN KRUG,          Gratuity:<br><br>                                       Tax:<br>                                   Discount:<br>                                    Deposit:<br><br>                                  Ride Total:<br>Paid By Credit Card xxxxxxxxxxxx1001    Trip Amount Due: | $103.47<br>$0.00<br><br>$8.67<br><br><br>$112.14<br>$0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp                              1/8/2010

Reservation Receipt (Res#752989)                                                          Page 1 of 1

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS                                   Account#  : 194014
4000 WARNER BLVD                          Ride Receipt         Invoice#  : CCB010710
BLDG 156 ROOM 5158                                            Inv Date  : 1/7/2010
BURBANK, CA 91522

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 1/5/2010<br><br>Extra Services | Res#: 752989    PU: NY-METLIFE BUILDING NEW YORK NY 10166<br>Drop: JFK 167 DL<br><br>Pickup: 16:00                Passenger:  SMITH WAYNE M<br>Flat:                                         TC<br>Req By: CHERYL ANN KRUG,              Gratuity:<br><br>                                    C:818-424-1658:<br><br><br>                                    Tax:<br>                                    Discount:<br>                                    Deposit:<br><br>                                    Ride Total:<br>Paid By Credit Card xxxxxxxxxxxx1001    Trip Amount Due: | <br><br><br><br>$103.47<br>$0.00<br><br>$0.00<br><br><br>$8.67<br><br><br><br>$112.14<br>$0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

The Parking Spot
5701 West Century Blvd.
310-642-0947
Los Angeles, CA 90045

Booth 2 Fe 01/06/10 16:50
Cashier 29
Receipt 007910

Standard Ticket
CVD - No. 090054
01/04/10 12:14 -
01/06/10 16:50 -
Period 2d4h37'
(Tax)                    $53.85
WARN 92               $(16.16)

Sub Total               $37.69
Tax 10%                  $3.77
                      -----------
Total                   $41.46

Payment Received
AMEX                    $41.46
XXXXXXXXXXX1001
Thank you for parking at
The Parking Spot
Reserve your next spot on
www.theparkingspot.com


Reserve your next spot at
www.theParkingSpot.com



Welcome!
Phone: (800) 745-2276
LAX/Century - Look for
BLUE Century signs



4./0734    5847/17004000/090054
.12:14 .   01/04/10    CE-EN2
           Covered

N 37.69T  3.77
$ 41.46 82FC AMEX
01/06/10 16:50

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | January 7, 2010 Creditors' Committee Meeting (New York) | January 21, 2010 Creditors' Committee Meeting (New York) |
|---|---|---|
| Train Fare | $285.80 | $280.00 |
| Parking | 15.00 | 9.00 |
| Cab Fare | .00 | 7.40 |
| Mileage | 19.00 | 19.00 |
| Total: | $319.80 | $315.40 |

| | |
|---|---|
| Total Allowed Amount this Application: | $635.20 |
| Less Fee Examiner Deduction: * | (24.29) |
| **TOTAL DUE THIS APPLICATION:** | **$610.91** |

\* Pursuant to the *Fee Examiner's Final Report Regarding Third Monthly Application of the Official Committee of Unsecured Creditors*, dated January 12, 2010 whereby the Fee Examiner recommended a reduction in the amount of $24.29 which represents the amount exceeding the recommended limits as set forth in the meal guidelines set by the Fee Examiner.

# January 7, 2010 Meeting Receipts



Riders **AMTRAK** Baggage

1

SALGANIK/MARC MR
              7016729670

**BWI AIRPORT STA,MD**
**TRENTON,NJ**

2V          Train        Date
    **148**      06JAN10

Accom   JA   Space/Car
    **BUSINESS CL**

Ex$62.05

Rail Fare        Accom Charge
**$62.05**          **$.00**

Fare Plans              **$62.05**

**BOF1**
0006045277136    01  01
06JAN10              30D2C

PASSENGER RECEIPT



## TRANSIT
The Way To Go.

### RECEIPT

01/07/10        07:46

NJ TRANSIT Rail
1 ADULT            One Way
PR JCT             NYP NYP
SERIAL NR  :       06842
FARE       :       $11.75

TOTAL      :       $11.75

PAYMENT    :       Credit-VI
AMOUNT     :       $11.75
MERCHANT   :       04002840007
TRANS. ID  :       024-0076751823
ACCT NO    :       XXXXXXXXXXX4604
NAME       :       SALGANIK/MARC
AUTH NO    :       08495D

284 PR JCT

---

Riders **AMTRAK** Baggage

Name of Passenger
_GANIK/MARC

From
**NEW YORK PENN,NY**
**BWI AIRPORT STA,MD**

2V    **2119**    07JAN10

K

Form of Payment
**EXPRSS BSNESS**

264460 4604        Accom Charge
$242.00              $.00
                   $212.00

A/C Text Number          No. of
7406006449463   01   04
JAN10   PASSENGER RECEIPT  5F51F

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt.# 9969
01/07/10 20:23   L#1/ A#  1   Txn# 20166
01/06/10 14:53 In   01/07/10 20:23 Out
Tkt# 216997
Visa Card        $ 15.00-
XXXXXXXXXXXX4604 04/12
Approval No. : 025270
Reference No. : 00000117

**January 21, 2010 Meeting Receipts**





```
    01/21/10 10:00AM
    MEDALLION  4896
    DRIVER   5207464
    TRIP#        11
    START    09:51AM
    END      10:00AM
    DIST      1.3 mi
    ----------------
    STAND. CITY RATE
    RATE 1    1.3 mi
    FARE        6.90
    EXTRAS      0.50
    TOTAL       7.40
    ================
    CONTACT TLC 311
```

```
        THE MARC STATION
          THANKS YOU
       PLEASE COME AGAIN


    Rcpt#  6636
    01/21/10 18:20   L#18 A#  1  Txn# 128?
         .0 07:08 in   01/21/10 1

                              ▶ 5.00
    ▓▒▒ ▓▒▒ ▒▒XXXXX4604 04/12
    Approval No.: 012080
    Reference No.: 000000060
```

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | January 7, 2010 Creditors' Committee Meeting (New York) | January 21, 1010 Creditors' Committee Meeting (New York) |
|---|---|---|
| Train Fare | $442.00 | $323.00 |
| Hotel | 288.73 | .00 |
| Meals: Dinner | 50.00[1] | .00 |
| Cab Fare | 30.40 | .00 |
| Parking | 36.00 | 19.00 |
| | | |
| Total: | $797.13 | $342.00 |

1.  Dinner charge is reflected on the hotel invoice.  Reimbursement requested at an amount not to exceed limits set forth in the meal guidelines set by the Fee Examiner.

| | |
|---|---|
| Total Allowed Amount this Application: | $1,139.13 |
| Less Fee Examiner Deduction: * | (17.71) |
| **TOTAL DUE THIS APPLICATION:** | **$1,121.42** |

* Pursuant to the *Fee Examiner's Final Report Regarding Fourth, Fifth, and Sixth Monthly Applications of the Official Committee of Unsecured Creditors*, dated January 12, 2010 whereby the Fee Examiner recommended a reduction in the amount of $17.71 which represents the amount  exceeding the recommended limits as set forth in the meal guidelines set by the Fee Examiner.

# January 7, 2010 Meeting Receipts



Date... 1 - 7 - 20 10

**OFFICIAL**
**TAXI RECEIPT**

FROM  6 Ave & 49 St

TO  Penn Station

FARE PAID  $22.00 +

SIGNATURE  _____  #.Hcl.11

```
MED#        9P26
01/06/10 TR 2756
START  END MILES
18:56 19:04  1,4
REGULAR FARE
RATE 1:$   6.90
SURCH: $   1.00
STSRCH:$   0.50
TOTAL: $   8.40
    THANKS
TO CONTACT TLC
   DIAL 3-1-1
```



```
Terminal#:18 Cashier#:5
1/6/2010 3:33 PM
1/7/2010 8:58 PM - 1 05:25
638022242 / #210993
DAILY   : $    36.00
TOTAL   : $    36.00
   CRDT CRD : $    36.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 10/01/07 20:58:24
Seq# 376168
Auth# 523381
APPROVED
-----------------------------------
       THANK YOU FOR
      PARKING WITH US
      DRIVE CAREFULLY


         USPG
   UNION STATION GARAGE
      202-898-1950
-----------------------------------
```



# WARWICK
## NEW YORK HOTEL

Mr. Robert Paul

|  |  |
|---|---|
| Arrival | 01-06-10 |
| Departure | 01-07-10 |
| Room No. | 0609 |
| Folio No. | |
| Cashier | 79 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

INFORMATION INVOICE

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| 01-06-10 | Randolph's Dinner Food | Line# 0609 : CHECK# 0020142 | 63.35 | |
| 01-06-10 | Room Charge | | 205.00 | |
| 01-06-10 | Tax-Room Sales 8.875% | | 18.19 | |
| 01-06-10 | Tax-City Occupancy 5.875% | | 12.04 | |
| 01-06-10 | Tax-City Tax $2/Room | | 2.00 | |
| 01-06-10 | Tax-State Occupancy $1.50 | | 1.50 | |
| | | Balance | | 302.08 |

**Guest Signature**

*I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
Telephone 212 247-2700  Facsimile 212 247-2725  The Reservation Call 800 223-4099

WARWICK




# January 21, 2010 Meeting Receipts




Terminal#:18 Cashier#:5
1/21/2010 6:30 AM
1/21/2010 6:51 PM - 12:22
639285620 / #215080
DAILY    : $    19.00
TOTAL    : $    19.00
    CRDT CRD : $    19.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 10/01/21 18:52:22
Seq# 376168
Auth# 545953
APPROVED
-----------------------------------------
        THANK YOU FOR
        PARKING WITH US
        DRIVE CAREFULLY


            USPG
    UNION STATION GARAGE
        202-898-1950
-----------------------------------------