IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 25th day of February, 2010, she caused a copy of the following:

1. **NOTICE AND THIRTEENTH MONTHLY APPLICATION OF CHABOURNE & PARKE LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010 [D.I. 3534]**

2. **NOTICE AND THIRTEENTH MONTHLY APPLICATION OF ALIXPARTNERS LLP FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [D.I. 3535]**

3. **NOTICE AND NINTH APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF COMMITTEE MEMBERS' EXPENSES [D.I. 3536]**

4. **CERTIFICATE OF NO OBJECTION RE DOCKET NO. 3300 [D.I. 3537]**

to be served upon the parties identified on the attached list in the manner indicated.

                                                           *Frances A. Panchak*
                                                          Frances A. Panchak

          SWORN TO AND SUBSCRIBED before me this 26th day of February, 2010.

                                                    Notary Public
                                                    My Commission Expires:

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 5, 2010

698.001-W0006212

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Core Service List**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Barclays)
Frederick D. Hyman, Esq.
Jefferey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbara Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via First Class Mail*
John L. Decker, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

*Via First Class Mail*
Mr. Vince Garlati
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611