# EXHIBIT A

**STUART MAUE**
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/08/2010 | JEP | 4.40 | Continued the identification and classification of task descriptions referencing conferences, travel activities, and tasks billed in quarter-hour, half-hour and full-hour time increments. | 1,210.00 |
| 01/11/2010 | JJS | 1.80 | Revise fee entries to proportionalize block billed entries. | 495.00 |
| 01/12/2010 | JEP | 2.10 | Continued the identification and classification of questioned multiple attendance at nonfirm conferences and events conferences. | 577.50 |
| | | 2.90 | Continued the classification of task descriptions referencing multiple attendance at nonfirm conferences and events conferences. | 797.50 |
| | | 2.40 | Continued the classification of task descriptions referencing multiple attendance at intraoffice conferences. | 660.00 |
| | | 0.80 | Continued the identification and classification of vaguely described conferences. | 220.00 |
| | | 1.30 | Continued the classification of task descriptions referencing intraoffice conferences. | 357.50 |
| 01/13/2010 | JEP | 0.60 | Continued the identification and classification of any potentially double billed tasks and tasks billed by timekeepers billing more than sixteen hours in any given day. | 165.00 |
| | | 1.30 | Drafted listing of billing issues. | 357.50 |
| | | 2.10 | Began drafting preliminary report regarding firm's second interim fee application. | 577.50 |
| | | 0.20 | Continued the identification of transient billers. | 55.00 |
| | | 1.90 | Identification of block billed task descriptions. | 522.50 |
| | | 0.20 | Identification and classification of activities relating to the retention and compensation of AlixPartners. | 55.00 |
| | | 0.30 | Continued the identification and classification of administrative and clerical activities. | 82.50 |
| | | 0.30 | Continued the classification of task descriptions referencing legal research activities. | 82.50 |
| | | 0.90 | Continued the identification of travel entries related to multiple attendance. | 247.50 |
| | | 0.30 | Continued the review of billing entries referencing non-working travel. | 82.50 |
| | | 0.60 | Continued the identification and classification of questioned multiple attendance at nonfirm conferences. | 165.00 |
| 01/18/2010 | JEP | 6.90 | Continued drafting preliminary report. | 1,897.50 |
| | | 0.70 | Began drafting listing of exhibits to preliminary report. | 192.50 |
| | | 1.40 | Continued drafting listing of billing issues. | 385.00 |
| 01/19/2010 | DB | 5.30 | Review of fee analysis for transient, intraoffice, multiple attendance, clerical, administrative, and other questioned issues. | 1,457.50 |
| | | 2.10 | Revisions to preliminary report. | 577.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/20/2010 | DB | 0.30 | Verification of fee exhibits for preliminary report. | 82.50 |
| 01/20/2010 | PSS | 0.50 | Prepare exhibits to accompany preliminary report. | 137.50 |
| 01/20/2010 | WD | 0.40 | Edit and revise preliminary report. | 130.00 |
| | | 0.10 | Verification of analysis of firm compensation activities. | 32.50 |
| 01/24/2010 | PSS | 0.40 | Review preliminary report and exhibits to verify amounts and calculations. | 110.00 |
| 01/25/2010 | PSS | 0.70 | Final review of preliminary report and verification of amounts and calculations. | 192.50 |
| | | **43.20** | | **$11,905.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1025495
Matter Number: 1025495
Firm: AlixPartners, LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 7.70 = | $2,117.50 |
| W. Andrew Dalton | WD | 325.00 x | 0.50 = | $162.50 |
| Janet E. Papageorge | JEP | 275.00 x | 31.60 = | $8,690.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.60 = | $440.00 |
| Jeffrey J. Struif | JJS | 275.00 x | 1.80 = | $495.00 |
| | **Total for Legal Auditors:** | | **43.20** | **$11,905.00** |
| | **Total Hours Worked:** | | **43.20** | |
| | **Total Hours Billed:** | | **43.20** | **$11,905.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025496**
**Matter Number: 1025496**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | DB | 0.40 | Reviewed draft fee exhibits for preliminary report. | 110.00 |
| | | 0.60 | Revisions to report and expense narrative. | 165.00 |
| 01/04/2010 | PSS | 1.40 | Prepare exhibits to accompany preliminary report. | 385.00 |
| 01/13/2010 | WD | 0.20 | Analysis of time entries to identify Alix retention/compensation activities. | 65.00 |
| 01/20/2010 | WD | 0.50 | Edit and revise preliminary report. | 162.50 |
| 01/24/2010 | PSS | 0.20 | Review preliminary report and exhibits to verify amounts and calculations. | 55.00 |
| 01/25/2010 | PSS | 0.90 | Final review of preliminary report and verification of amounts and calculations. | 247.50 |
| | | **4.20** | | **$1,190.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025496**
**Matter Number: 1025496**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 1.00 | = | $275.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.70 | = | $227.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.50 | = | $687.50 |
| | | **Total for Legal Auditors:** | | **4.20** | | **$1,190.00** |
| | | **Total Hours Worked:** | | **4.20** | | |
| | | **Total Hours Billed:** | | **4.20** | | **$1,190.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025497**
**Matter Number: 1025497**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/18/2010 | WD | 0.70 | Review firm's response to preliminary report and relevent time entries from SMMJ exhibits. | 227.50 |
| | | 0.20 | Begin drafting final report. | 65.00 |
| 01/19/2010 | WD | 1.90 | Draft and revise final report. | 617.50 |
| 01/28/2010 | PSS | 1.00 | Preparation of final exhibits and Appendix A to accompany final report. | 275.00 |
| 01/29/2010 | PSS | 0.60 | Final review of final report and verification of amounts. | 165.00 |
| | | **4.40** | | **$1,350.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025497**
**Matter Number: 1025497**
**Firm: Alvarez & Marsal, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 2.80 | = | $910.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| | | **Total for Legal Auditors:** | | **4.40** | | **$1,350.00** |
| | | **Total Hours Worked:** | | **4.40** | | |
| | | **Total Hours Billed:** | | **4.40** | | **$1,350.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/08/2010 | WD | 0.70 | Revise and edit final report. | 227.50 |
| | | 1.30 | Review prior orders and opinions of the court regarding costs Chadbourne feels entitled to be paid. | 422.50 |
| | | 1.70 | Review and revise categorization of time entries in light of additional information from Chadbourne. | 552.50 |
| 01/11/2010 | WD | 0.50 | Complete revisions and edits to final report. | 162.50 |
| | | 0.10 | Revise classification of time entries based upon additional information provided by firm. | 32.50 |
| | | 0.10 | Discuss Chadbourne response to the preliminary report with JLD. | N/C |
| 01/12/2010 | PSS | 1.90 | Preparation of final exhibits and Appendix A to accompany final report. | 522.50 |
| 01/29/2010 | WD | 0.20 | Review and respond to Chadbourne's e-mail regarding outstanding fee and expense issues. | 65.00 |
| | | **6.50** | | **$1,985.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 0.00 | x | 0.10 | = | $0.00 |
| W. Andrew Dalton | WD | 325.00 | x | 4.50 | = | $1,462.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.90 | = | $522.50 |
| | | Total for Legal Auditors: | | 6.50 | | $1,985.00 |
| | | Total Hours Worked: | | 6.50 | | |
| | | Total Hours Billed: | | 6.40 | | $1,985.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/18/2010 | DB | 3.40 | Review and revision of fee analysis. | 935.00 |
| 01/21/2010 | DB | 2.40 | Commenced analysis of and revision to multiple attendance analysis for the preliminary report. | 660.00 |
| 01/25/2010 | DB | 8.50 | Continued lengthy analysis of fee issues for the preliminary report. | 2,337.50 |
| | | **14.30** | | **$3,932.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 14.30 | = | $3,932.50 |
| | | **Total for Legal Auditors:** | | **14.30** | | **$3,932.50** |
| | | **Total Hours Worked** | | **14.30** | | |
| | | **Total Hours Billed:** | | **14.30** | | **$3,932.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026295**
**Matter Number: 1026295**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/05/2010 | PSS | 2.20 | Reconcile fees in database to hard copy of interim application. | 605.00 |
| 01/06/2010 | PSS | 6.80 | Continue to reconcile fees in database to hard copy of interim application. | 1,870.00 |
| 01/07/2010 | PSS | 3.20 | Continue to reconcile fees in database to hard copy of interim application. | 880.00 |
| 01/08/2010 | PSS | 4.30 | Continue to reconcile fees in database to hard copy of interim application. | 1,182.50 |
| 01/21/2010 | PSS | 1.70 | Review expenses requested in application and draft expense section of report. | 467.50 |
| | | 2.10 | Continue to reconcile fees in database to hard copy of interim application. | 577.50 |
| 01/22/2010 | PSS | 2.20 | Continue to review expenses requested in application and draft expense section of report. | 605.00 |
| 01/28/2010 | JLD | 4.30 | Begin review of fees and classify non-compliant activities. | 1,397.50 |
| | | 0.90 | Begin draft of preliminary report and exhibit table. | 292.50 |
| 01/29/2010 | JLD | 6.80 | Review fee entries and classify for multiple attendance. | 2,210.00 |
| | | **34.50** | | **$10,087.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026295**
**Matter Number: 1026295**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2010** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 12.00 = | $3,900.00 |
| Pamela S. Snyder | PSS | 275.00 x | 22.50 = | $6,187.50 |
| **Total for Legal Auditors:** | | | **34.50** | **$10,087.50** |
| **Total Hours Worked:** | | | **34.50** | |
| **Total Hours Billed:** | | | **34.50** | **$10,087.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025500**
**Matter Number: 1025500**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | DB | 0.20 | Verification of fee exhibits and report figures. | 55.00 |
| | | 2.20 | Analyze fee analysis for third interim report. | 605.00 |
| | | 1.10 | Drafted preliminary report. | 302.50 |
| 01/04/2010 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| 01/12/2010 | PSS | 0.40 | Review preliminary report and exhibits to verify amounts and calculations. | 110.00 |
| 01/12/2010 | WD | 0.30 | Revise and edit preliminary report. | 97.50 |
| | | **4.40** | | **$1,225.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025500**
**Matter Number: 1025500**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 3.50 = | $962.50 |
| W. Andrew Dalton | WD | 325.00 x | 0.30 = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 x | 0.60 = | $165.00 |
| | **Total for Legal Auditors:** | | **4.40** | **$1,225.00** |
| | **Total Hours Worked:** | | **4.40** | |
| | **Total Hours Billed:** | | **4.40** | **$1,225.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025502**
**Matter Number: 1025502**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/22/2010 | PSS | 1.00 | Reconcile fees in database to hard copy of interim application. | 275.00 |
| 01/28/2010 | TZM | 0.60 | Review of fee entries and classify tasks into categories for improper time increments. | 165.00 |
| | | 0.60 | Analysis and review of fee entries for vague tasks. | 165.00 |
| | | 0.40 | Review of fee entries for blocked tasks. | 110.00 |
| | | 0.60 | Analysis of fee entries and classify clerical and administrative tasks. | 165.00 |
| | | 0.50 | Review of fee entries for transient timekeepers. | 137.50 |
| | | 0.30 | Review of fee entries for intraoffice conferences. | 82.50 |
| | | 0.30 | Analysis of fee entries for vaguely described conferences. | 82.50 |
| | | 0.30 | Review of fee entries for legal research. | 82.50 |
| | | 0.10 | Analysis of fee entries for travel. | 27.50 |
| | | 0.40 | Analysis of fee entries and classify conferences. | 110.00 |
| | | 0.40 | Analysis and review of fee entries and classify tasks into non-firm conferences. | 110.00 |
| 01/29/2010 | TZM | 4.70 | Draft preliminary report. | 1,292.50 |
| | | 0.60 | Draft the categories for review chart summarizing questioned fee categories. | 165.00 |
| | | **10.80** | | **$2,970.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025502**
**Matter Number: 1025502**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Tami Z. Morrissey | TZM | 275.00 x | 9.80 = | $2,695.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.00 = | $275.00 |
| | **Total for Legal Auditors:** | | **10.80** | **$2,970.00** |
| | **Total Hours Worked:** | | **10.80** | |
| | **Total Hours Billed:** | | **10.80** | **$2,970.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1025835
Matter Number: 1025835
Firm: Deloitte & Touche LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/13/2010 | LAS | 0.20 | Verification of entries classified as multiple attendance at intraoffice conferences. | 55.00 |
| | | 0.10 | Reviewed entries for vague conferences. | 27.50 |
| | | 1.20 | Drafted preliminary report. | 330.00 |
| | | 0.20 | Reviewed entries for vague task descriptions. | 55.00 |
| | | 0.30 | Verification of entries classified as multiple attendance at nonfirm events. | 82.50 |
| | | 0.10 | Verification of entries classified as administrative tasks and clerical tasks. | 27.50 |
| 01/14/2010 | DB | 1.10 | Drafted revisions to preliminary report. | 302.50 |
| | | 0.40 | Reviewed fee entry analysis. | 110.00 |
| 01/14/2010 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| 01/14/2010 | WD | 0.30 | Edit and revise preliminary report. | 97.50 |
| 01/24/2010 | PSS | 0.30 | Review preliminary report and exhibits to verify amounts and calculations. | 82.50 |
| 01/25/2010 | PSS | 0.30 | Final review of preliminary report and verification of amounts and calculations. | 82.50 |
| | | **4.70** | | **$1,307.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025835**
**Matter Number: 1025835**
**Firm: Deloitte & Touche LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 1.50 | = | $412.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.80 | = | $220.00 |
| Laura A. Storck-Elam | LAS | 275.00 | x | 2.10 | = | $577.50 |
| | | **Total for Legal Auditors:** | | **4.70** | | **$1,307.50** |
| | | **Total Hours Worked:** | | **4.70** | | |
| | | **Total Hours Billed:** | | **4.70** | | **$1,307.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026715**
**Matter Number: 1026715**
**Firm: Deloitte & Touche LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/12/2010 | WD | 0.30 | Revise and edit preliminary report. | 97.50 |
| 01/14/2010 | WD | 0.10 | Revise and finalize preliminary report. | 32.50 |
| 01/20/2010 | PSS | 0.10 | Review interim application received yesterday in comparison to the monthly application. | 27.50 |
| 01/25/2010 | PSS | 0.40 | Review preliminary report and exhibits to verify amounts and calculations. | 110.00 |
| | | **0.90** | | **$267.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1026715
Matter Number: 1026715
Firm: Deloitte & Touche LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| **Total for Legal Auditors:** | | | | **0.90** | | **$267.50** |
| **Total Hours Worked:** | | | | **0.90** | | |
| **Total Hours Billed:** | | | | **0.90** | | **$267.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026195**
**Matter Number: 1026195**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/19/2010 | PSS | 3.10 | Reconcile fees in database to hard copy of interim application. | 852.50 |
| 01/20/2010 | JLD | 1.80 | Begin drafting preliminary report and exhibit table. | 585.00 |
| | | 3.20 | Review fee entries and begin to classify billing issues. | 1,040.00 |
| 01/20/2010 | PSS | 0.90 | Continue to reconcile fees in database to hard copy of interim application. | 247.50 |
| | | 1.90 | Review expenses requested in application and draft expense section of report. | 522.50 |
| 01/21/2010 | JLD | 1.10 | Draft and edit preliminary report and exhibit table. | 357.50 |
| | | 0.90 | Review fee entries and classify non-compliant activities. | 292.50 |
| 01/26/2010 | DB | 1.10 | Reviewed fee analysis. | 302.50 |
| | | **14.00** | | **$4,200.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1026195
Matter Number: 1026195
Firm: Dow Lohnes PLLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 1.10 | = | $302.50 |
| John L. Decker | JLD | 325.00 | x | 7.00 | = | $2,275.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.90 | = | $1,622.50 |
| **Total for Legal Auditors:** | | | | **14.00** | | **$4,200.00** |
| **Total Hours Worked:** | | | | **14.00** | | |
| **Total Hours Billed:** | | | | **14.00** | | **$4,200.00** |

STUART MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/11/2010 | WD | 0.10 | Review Ernst & Young engagement letter and retention documents. | 32.50 |
| | | 0.20 | Edit and revise preliminary report. | 65.00 |
| 01/12/2010 | PSS | 1.00 | Review preliminary report and exhibits to verify amounts and calculations. | 275.00 |
| | | **1.30** | | **$372.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.00 | = | $275.00 |
| | | **Total for Legal Auditors:** | | **1.30** | | **$372.50** |
| | | **Total Hours Worked:** | | **1.30** | | |
| | | **Total Hours Billed:** | | **1.30** | | **$372.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025415**
**Matter Number: 1025415**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/12/2010 | WD | 0.40 | Draft final report. | 130.00 |
| | | 0.20 | Review Jenner's responses to preliminary report. | 65.00 |
| 01/13/2010 | WD | 0.20 | Revise and complete final report. | 65.00 |
| 01/28/2010 | PSS | 0.70 | Preparation of final exhibits and Appendix A to accompany final report. | 192.50 |
| 01/29/2010 | PSS | 0.50 | Final review of final report and verification of amounts. | 137.50 |
| | | **2.00** | | **$590.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025415**
**Matter Number: 1025415**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.80 | = | $260.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| **Total for Legal Auditors:** | | | | **2.00** | | **$590.00** |
| **Total Hours Worked:** | | | | **2.00** | | |
| **Total Hours Billed:** | | | | **2.00** | | **$590.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025503**
**Matter Number: 1025503**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | DB | 0.30 | Verification of fee exhibits and draft report figures. | 82.50 |
| 01/12/2010 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| 01/24/2010 | PSS | 0.20 | Review preliminary report and exhibits to verify amounts and calculations. | 55.00 |
| 01/25/2010 | PSS | 0.20 | Final review of preliminary report and verification of amounts and calculations. | 55.00 |
| | | **1.10** | | **$322.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025503**
**Matter Number: 1025503**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.30 | = | $82.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.40 | = | $110.00 |
| | **Total for Legal Auditors:** | | | **1.10** | | **$322.50** |
| | **Total Hours Worked:** | | | **1.10** | | |
| | **Total Hours Billed:** | | | **1.10** | | **$322.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025504**
**Matter Number: 1025504**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/25/2010 | WD | 0.10 | Revise Jones Day's response to the preliminary report. | 32.50 |
| | | 0.40 | Draft and revise final report. | 130.00 |
| 01/26/2010 | PSS | 0.40 | Preparation of final exhibits and Appendix A to accompany final report. | 110.00 |
| 01/27/2010 | PSS | 0.20 | Final review of final report and verification of amounts. | 55.00 |
| | | **1.10** | | **$327.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1025504
Matter Number: 1025504
Firm: Jones Day

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.60 | = | $165.00 |
| | | **Total for Legal Auditors:** | | **1.10** | | **$327.50** |
| | | **Total Hours Worked:** | | **1.10** | | |
| | | **Total Hours Billed:** | | **1.10** | | **$327.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025505**
**Matter Number: 1025505**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | DB | 0.70 | Revisions to draft preliminary report and verfication of exhibits. | 192.50 |
| 01/04/2010 | PSS | 1.10 | Prepare exhibits to accompany preliminary report. | 302.50 |
| 01/11/2010 | WD | 0.30 | Edit and revise preliminary report. | 97.50 |
| 01/12/2010 | PSS | 0.80 | Review preliminary report and exhibits to verify amounts and calculations. | 220.00 |
| | | **2.90** | | **$812.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025505**
**Matter Number: 1025505**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.70 | = | $192.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.90 | = | $522.50 |
| | | **Total for Legal Auditors:** | | **2.90** | | **$812.50** |
| | | **Total Hours Worked:** | | **2.90** | | |
| | | **Total Hours Billed:** | | **2.90** | | **$812.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026336**
**Matter Number: 1026336**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/11/2010 | PSS | 3.70 | Reconcile fees in database to hard copy of interim application. | 1,017.50 |
| | | **3.70** | | **$1,017.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026336**
**Matter Number: 1026336**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 3.70 | = | $1,017.50 |
| | | **Total for Legal Auditors:** | | **3.70** | | **$1,017.50** |
| | | **Total Hours Worked** | | **3.70** | | |
| | | **Total Hours Billed:** | | **3.70** | | **$1,017.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025506**
**Matter Number: 1025506**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/18/2010 | DB | 1.20 | Review and revision of fee analysis. | 330.00 |
| | | **1.20** | | **$330.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025506**
**Matter Number: 1025506**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 1.20 | = | $330.00 |
| | | **Total for Legal Auditors:** | | **1.20** | | **$330.00** |
| | | **Total Hours Worked** | | **1.20** | | |
| | | **Total Hours Billed:** | | **1.20** | | **$330.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025507**
**Matter Number: 1025507**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/22/2010 | WD | 0.20 | Review firm's response to the preliminary report including firm's exhibits. | 65.00 |
| | | 0.60 | Draft final report. | 195.00 |
| 01/25/2010 | WD | 0.50 | Draft expenses section of final report, including analysis of additional expense information provided by the firm. | 162.50 |
| 01/27/2010 | PSS | 1.70 | Preparation of final exhibits and Appendix A to accompany final report. | 467.50 |
| | | **3.00** | | **$890.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025507**
**Matter Number: 1025507**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2010** | | | | |
| | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.30 = | $422.50 |
| Pamela S. Snyder | PSS | 275.00 x | 1.70 = | $467.50 |
| | **Total for Legal Auditors:** | | **3.00** | **$890.00** |
| | **Total Hours Worked:** | | **3.00** | |
| | **Total Hours Billed:** | | **3.00** | **$890.00** |

**STUART MAUE**
LEGAL COST / MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025508**
**Matter Number: 1025508**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/14/2010 | DB | 1.60 | Review and revision of fee analysis. | 440.00 |
| | | **1.60** | | **$440.00** |

STUART MAUE
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1025508
Matter Number: 1025508
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 1.60 = | $440.00 |
| | **Total for Legal Auditors:** | | **1.60** | **$440.00** |
| | **Total Hours Worked:** | | **1.60** | |
| | **Total Hours Billed:** | | **1.60** | **$440.00** |

# STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025378**
**Matter Number: 1025378**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/20/2010 | WD | 0.20 | Initial review of firm's response to the preliminary report. | 65.00 |
| | | 0.40 | Begin to draft final report. | 130.00 |
| 01/21/2010 | WD | 0.80 | Draft and revise final report. | 260.00 |
| 01/27/2010 | WD | 0.10 | E-mail to JLD regarding communication with firm regarding sufficiency of responses to preliminary report and issue of cell phone charges. | 32.50 |
| 01/28/2010 | PSS | 0.30 | Preparation of final exhibits and Appendix A to accompany final report. | 82.50 |
| | | **1.80** | | **$570.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025378**
**Matter Number: 1025378**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2010** | | | | |
| | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.50 = | $487.50 |
| Pamela S. Snyder | PSS | 275.00 x | 0.30 = | $82.50 |
| **Total for Legal Auditors:** | | | **1.80** | **$570.00** |
| **Total Hours Worked:** | | | **1.80** | |
| **Total Hours Billed:** | | | **1.80** | **$570.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1024898**
**Matter Number: 1024898**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/21/2010 | WD | 0.10 | Review firm's response to the preliminary report. | 32.50 |
| 01/22/2010 | WD | 0.70 | Draft and revise final report. | 227.50 |
| 01/28/2010 | PSS | 0.90 | Preparation of final exhibits and Appendix A to accompany final report. | 247.50 |
| 01/29/2010 | PSS | 0.70 | Final review of final report and verification of amounts. | 192.50 |
| | | **2.40** | | **$700.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1024898**
**Matter Number: 1024898**
**Firm: Moelis & Company LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.80 | = | $260.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| **Total for Legal Auditors:** | | | | **2.40** | | **$700.00** |
| **Total Hours Worked:** | | | | **2.40** | | |
| **Total Hours Billed:** | | | | **2.40** | | **$700.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025510**
**Matter Number: 1025510**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | PSS | 0.30 | Prepare exhibits to accompany preliminary report. | 82.50 |
| 01/12/2010 | PSS | 0.50 | Review preliminary report and exhibits to verify amounts and calculations. | 137.50 |
| 01/12/2010 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| 01/13/2010 | PSS | 0.40 | Final review of preliminary report and verification of amounts and calculations. | 110.00 |
| | | **1.60** | | **$460.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025510**
**Matter Number: 1025510**
**Firm: Moelis & Company LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| **Total for Legal Auditors:** | | | | **1.60** | | **$460.00** |
| **Total Hours Worked:** | | | | **1.60** | | |
| **Total Hours Billed:** | | | | **1.60** | | **$460.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025515**
**Matter Number: 1025515**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/11/2010 | WD | 0.20 | Draft final report. | 65.00 |
| 01/12/2010 | PSS | 0.40 | Review final report to verify amounts and calculations. | 110.00 |
| | | **0.60** | | **$175.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025515**
**Matter Number: 1025515**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.20 | = | $65.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.40 | = | $110.00 |
| | | **Total for Legal Auditors:** | | **0.60** | | **$175.00** |
| | | **Total Hours Worked:** | | **0.60** | | |
| | | **Total Hours Billed:** | | **0.60** | | **$175.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025516**
**Matter Number: 1025516**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/11/2010 | WD | 0.10 | Draft final report. | 32.50 |
| 01/12/2010 | PSS | 0.50 | Review final report to verify amounts and calculations. | 137.50 |
| | | **0.60** | | **$170.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025516**
**Matter Number: 1025516**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.10 | = | $32.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| | | **Total for Legal Auditors:** | | **0.60** | | **$170.00** |
| | | **Total Hours Worked:** | | **0.60** | | |
| | | **Total Hours Billed:** | | **0.60** | | **$170.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1027055**
**Matter Number: 1027055**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | PSS | 1.00 | Review supporting documentation attached to monthly applications and draft preliminary report. | 275.00 |
| 01/11/2010 | PSS | 0.10 | Review preliminary report and exhibits to verify amounts and calculations. | 27.50 |
| 01/11/2010 | WD | 0.20 | Draft and revise preliminary report. | 65.00 |
| 01/12/2010 | PSS | 0.20 | Final review of preliminary report and verification of amounts and calculations. | 55.00 |
| | | **1.50** | | **$422.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1027055**
**Matter Number: 1027055**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.20 | = | $65.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| **Total for Legal Auditors:** | | | | **1.50** | | **$422.50** |
| **Total Hours Worked:** | | | | **1.50** | | |
| **Total Hours Billed:** | | | | **1.50** | | **$422.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025511**
**Matter Number: 1025511**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/13/2010 | WD | 0.30 | Review Paul Hasting's response to preliminary report, including exhibit of time entries. | 97.50 |
| | | 0.80 | Draft final report. | 260.00 |
| 01/14/2010 | WD | 0.20 | Analysis, revision, and verification of classification of time entries pursuant to additional information from the firm. | 65.00 |
| | | 0.40 | Edit and complete final report. | 130.00 |
| 01/28/2010 | PSS | 0.70 | Preparation of final exhibits and Appendix A to accompany final report. | 192.50 |
| 01/29/2010 | PSS | 0.40 | Final review of final report and verification of amounts. | 110.00 |
| | | **2.80** | | **$855.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025511**
**Matter Number: 1025511**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 1.70 | = | $552.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| | | **Total for Legal Auditors:** | | **2.80** | | **$855.00** |
| | | **Total Hours Worked:** | | **2.80** | | |
| | | **Total Hours Billed:** | | **2.80** | | **$855.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025235**
**Matter Number: 1025235**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/18/2010 | WD | 0.60 | Review PwC's response to the preliminary report and related time entries in SMMJ exhibits. | 195.00 |
| | | 0.80 | Draft final report. | 260.00 |
| 01/28/2010 | PSS | 0.70 | Preparation of final exhibits and Appendix A to accompany final report. | 192.50 |
| | | **2.10** | | **$647.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.40 = | $455.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.70 = | $192.50 |
| **Total for Legal Auditors:** | | | **2.10** | **$647.50** |
| **Total Hours Worked:** | | | **2.10** | |
| **Total Hours Billed:** | | | **2.10** | **$647.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025513**
**Matter Number: 1025513**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/20/2010 | DB | 1.20 | Reviewed fee analysis. | 330.00 |
| | | **1.20** | | **$330.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025513**
**Matter Number: 1025513**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 1.20 | = | $330.00 |
| | | **Total for Legal Auditors:** | | **1.20** | | **$330.00** |
| | | **Total Hours Worked** | | **1.20** | | |
| | | **Total Hours Billed:** | | **1.20** | | **$330.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025514**
**Matter Number: 1025514**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | DB | 0.40 | Verification of fee exhibits and report figures. | 110.00 |
| 01/04/2010 | PSS | 0.30 | Prepare exhibits to accompany preliminary report. | 82.50 |
| 01/11/2010 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| 01/12/2010 | PSS | 1.00 | Review preliminary report and exhibits to verify amounts and calculations. | 275.00 |
| | | **2.10** | | **$597.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1025514
Matter Number: 1025514
Firm: Reed Smith LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 0.40 | = | $110.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| **Total for Legal Auditors:** | | | | **2.10** | | **$597.50** |
| **Total Hours Worked:** | | | | **2.10** | | |
| **Total Hours Billed:** | | | | **2.10** | | **$597.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026696**
**Matter Number: 1026696**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/12/2010 | WD | 0.50 | Draft and revise preliminary report. | 162.50 |
| | | 0.30 | Review and analyze retention order and pleadings. | 97.50 |
| 01/13/2010 | PSS | 0.30 | Review preliminary report and exhibits to verify amounts and calculations. | 82.50 |
| 01/25/2010 | PSS | 0.30 | Final review of preliminary report and verification of amounts and calculations. | 82.50 |
| | | **1.40** | | **$425.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026696**
**Matter Number: 1026696**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 01/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.80 | = | $260.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.60 | = | $165.00 |
| **Total for Legal Auditors:** | | | | **1.40** | | **$425.00** |
| **Total Hours Worked:** | | | | **1.40** | | |
| **Total Hours Billed:** | | | | **1.40** | | **$425.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/07/2010 | DB | 3.40 | Commence review of fee analysis in connection with draft report. | 935.00 |
| 01/11/2010 | DB | 7.50 | Continued review and revision of fee analysis. | 2,062.50 |
| 01/12/2010 | DB | 6.40 | Continued review and revision of fee analysis. | 1,760.00 |
| | | **17.30** | | **$4,757.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 17.30 = | $4,757.50 |
| | | **Total for Legal Auditors:** | **17.30** | **$4,757.50** |
| | | **Total Hours Worked** | **17.30** | |
| | | **Total Hours Billed:** | **17.30** | **$4,757.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/12/2010 | DB | 2.70 | Review and revision of fee analysis. | 742.50 |
| 01/13/2010 | DB | 2.90 | Review and revision of fee analysis. | 797.50 |
| 01/14/2010 | DB | 3.80 | Continued review and revision of fee entry classification. | 1,045.00 |
| | | **9.40** | | **$2,585.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 9.40 = | $2,585.00 |
| | | **Total for Legal Auditors:** | **9.40** | **$2,585.00** |
| | | **Total Hours Worked** | **9.40** | |
| | | **Total Hours Billed:** | **9.40** | **$2,585.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1026275**
**Matter Number: 1026275**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/05/2010 | PSS | 3.70 | Reconcile fees in database to hard copy of interim application. | 1,017.50 |
| 01/24/2010 | PSS | 2.00 | Continue to reconcile fees in database to hard copy of interim application. | 550.00 |
| 01/25/2010 | PSS | 0.80 | Continue to reconcile fees in database to hard copy of interim application. | 220.00 |
| | | 1.80 | Review expenses requested in application and draft expense section of report. | 495.00 |
| 01/26/2010 | PSS | 4.30 | Continue to review expenses requested in application and draft expense section of report. | 1,182.50 |
| | | **12.60** | | **$3,465.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 02/18/2010
Invoice Number: R782 - 1026275
Matter Number: 1026275
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 12.60 = | $3,465.00 |
|------------------|-----|----------|---------|-----------|
| | Total for Legal Auditors: | | 12.60 | $3,465.00 |
| | Total Hours Worked: | | 12.60 | |
| | Total Hours Billed: | | 12.60 | $3,465.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2010** | | | | |
| 01/04/2010 | PSS | 0.40 | Analysis of applications received recently. | 110.00 |
| 01/13/2010 | WD | 0.70 | Draft Stuart Maue's Third Quarterly Application and verify figures therein. | 227.50 |
| 01/18/2010 | PSS | 0.30 | Review applications received recently. | 82.50 |
| 01/20/2010 | PSS | 0.50 | Review of applications received recently. | 137.50 |
| 01/21/2010 | WD | 0.30 | Began verification of time entries for Stuart Maue's December fee application. | 97.50 |
| 01/22/2010 | PSS | 0.50 | Analyze applications received recently. | 137.50 |
| 01/22/2010 | WD | 0.50 | Complete verification of Stuart Maue December work efforts in order to prepare monthly fee application. | 162.50 |
| 01/25/2010 | WD | 1.10 | Draft and revise Stuart Maue's ninth monthly fee application and verify the figures therein. | 357.50 |
| 01/29/2010 | PSS | 0.50 | Review applications received recently. | 137.50 |
| 01/29/2010 | WD | 0.10 | Telephone call with Jill Ludwig at Sidley regarding invoices for fees related to FCC licensing. | 32.50 |
| | | **4.90** | | **$1,482.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 02/18/2010**
**Invoice Number: R782 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 2.70 | = | $877.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.20 | = | $605.00 |
| **Total for Legal Auditors:** | | | | **4.90** | | **$1,482.50** |
| **Total Hours Worked:** | | | | **4.90** | | |
| **Total Hours Billed:** | | | | **4.90** | | **$1,482.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 01/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 X | 61.20 = | $16,830.00 |
| W. Andrew Dalton | WD | 0.00 X | 0.10 = | $0.00 |
| W. Andrew Dalton | WD | 325.00 X | 23.30 = | $7,572.50 |
| John L. Decker | JLD | 325.00 X | 19.00 = | $6,175.00 |
| Tami Z. Morrissey | TZM | 275.00 X | 9.80 = | $2,695.00 |
| Janet E. Papageorge | JEP | 275.00 X | 31.60 = | $8,690.00 |
| Pamela S. Snyder | PSS | 275.00 X | 73.20 = | $20,130.00 |
| Laura A. Storck-Elam | LAS | 275.00 X | 2.10 = | $577.50 |
| Jeffrey J. Struif | JJS | 275.00 X | 1.80 = | $495.00 |
| **Total for Legal Auditors:** | | | **222.10** | **$63,165.00** |
| **Total Hours Worked:** | | | **222.10** | |
| **Total Hours Billed:** | | | **222.00** | **$63,165.00** |