# EXHIBIT B

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.  Invoice Date: 2/26/2010
Invoice Number: R782 - Expenses

**TRIBUNE - JANUARY 2010 EXPENSES**

PHOTOCOPIES:

      4,395 at $0.10/Page  $439.50

POSTAGE:

      Postage Paid  226.30

    **TOTAL EXPENSES:**  **$665.80**