# EXHIBIT "A"

{698.001-W0006175.}

## EXHIBIT "A" – SUMMARY SHEET

January 1, 2010 through and including January 31, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 58.90 | $38,285.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 48.10 | $27,657.50 |
| Rebecca L. Butcher | Partner; admitted DE 1999 | May 1999 | $415.00 | 80.10 | $33,241.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 34.40 | $13,588.00 |
| Mark D. Olivere | Associate; admitted DE 2002 | May, 2002 | $365.00 | .50 | $182.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $295.00 | 49.70 | $14,661.50 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 63.40 | $16,801.00 |
| Jeffrey R. Drobish | Associate; Admitted MO 2008 | May, 2008 | $255.00 | 17.40 | $4,437.00 |
| Michelle M. Dero | Paralegal | N/A | $210.00 | 1.80 | $378.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 44.50 | $9,345.00 |
| Linda M. Rogers | Paralegal | N/A | $190.00 | 1.20 | $228.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | .90 | $112.50 |
| | | | Total | 400.90 | $158,917.50 |

Blended Rate:  $396.40

{698.001-W0006175.}