# EXHIBIT "B"

Official Committee of Unsecured Creditors

February 26, 2010
Account No:   698-001
Statement No:    11153

Tribune Company, et al. bankruptcy

## Task Code Recapitulation

|      |                                              | Fees | Hours |
|------|----------------------------------------------|-----:|------:|
| B112 | Asset Disposition                            | 79.50 | 0.30 |
| B114 | Assumption/Rejection of Leases and Contracts | 159.00 | 0.60 |
| B120 | Business Operations                          | 106.00 | 0.40 |
| B122 | Case Administration                          | 4,816.00 | 22.40 |
| B124 | Claims Administration & Objections           | 265.00 | 1.00 |
| B126 | Employee Benefits/Pensions                   | 1,295.50 | 2.90 |
| B133 | LBO and Related Transactions                 | 90,872.00 | 236.40 |
| B134 | Hearings                                     | 1,375.50 | 4.80 |
| B135 | Litigation                                   | 21,830.00 | 51.60 |
| B136 | LRC Retention & Fee Matters                  | 1,786.00 | 7.90 |
| B138 | Creditors' Committee Meetings/Communications | 24,228.50 | 43.50 |
| B142 | Non-Working Travel                           | 8,910.00 | 16.60 |
| B144 | Non-LRC Retention & Fee Matters              | 3,194.50 | 12.50 |
|      |                                              | ---------- | --------- |
| **B100** | **Bankruptcy Task Codes**                | **$158,917.50** | **400.90** |

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors
February 26, 2010
Account No:   698-001
Statement No:     11153

Tribune Company, et al. bankruptcy

### Fees through 01/31/2010

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 01/26/2010 | KAB | B112 | A100 | Review and summarize Court's order re: Danbury settlement (.2) and circulate summary to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| | | | | **B112 - Asset Disposition** | **0.30** | **79.50** |
| 01/07/2010 | KAB | B114 | A104 | Review and summarize Debtors' mtn to assume programming agreements with NBC (.2) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 79.50 |
| 01/26/2010 | KAB | B114 | A100 | review and summarize Court's order re: assumption of certain NBC agreements (.2) and circulate summary to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| | | | | **B114 - Assum/Rej of Lease/Cont** | **0.60** | **159.00** |
| 01/07/2010 | KAB | B120 | A104 | Review and summarize Debtors' mtn to purchase tail coverage insurance (.1) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.20 | 53.00 |
| 01/26/2010 | KAB | B120 | A100 | review and summarize Court's order re: tail insurance (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
| | | | | **B120 - Business Operations** | **0.40** | **106.00** |
| 01/04/2010 | FAP | B122 | A100 | Review notice of Dow Lohnes sixth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Update critical dates memo and circulate | 0.30 | 63.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| | KAB | B122 | A104 | Review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Email exchanges with D. Rath and A. Landis re: agenda for 1/5 LBO meeting (.1); calls with H. Lamb re: same (.1) | 0.20 | 42.00 |
| | FAP | B122 | A100 | Review DeLage Landen notice of withdrawal of appearance; update 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Alvarez & Marsal tenth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Jenner Block tenth monthly fee application; update critical dates | 0.10 | 21.00 |
| | MBM | B122 | A100 | review of critical dates memorandum | 0.10 | 39.50 |

{698.001-W0006223.}

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 01/05/2010 | FAP | B122 | A100 | Briefly review Chadbourne memo and circulate re: status of Neil litigation | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Email exchanges with H. Lamb re: upcoming hearings and fourth interim fee application deadline | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Email exchanges with D. Bava re: updates to Intralinks court calendar | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 21.00 |
| 01/06/2010 | FAP | B122 | A100 | Review AlixPartners weekly report | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review agenda for 1/7 committee meeting | 0.10 | 21.00 |
| 01/07/2010 | FAP | B122 | A100 | Review notice of motion to approve settlement with Hearst Danbury Capital; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of motion to approve purchase of tail coverage for D/O insurance; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of motion to assume certain NBC Universal program agreements; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review 1/7 senior lender and debtors' presentation materials | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Centerbridge 1/7 presentation | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of rescheduled hearing re: law debenture motion to terminate LBO lenders fees; update critical dates | 0.10 | 21.00 |
| 01/08/2010 | FAP | B122 | A100 | Review notice of Daniel Edelman ninth fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review third quarterly fee summary | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Zuckerman Spaeder fourth fee application; update critical dates | 0.10 | 21.00 |
| 01/11/2010 | FAP | B122 | A100 | Review notice of Seyfarth Shaw retention application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Ernst & Young fifth fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review Intralinks updated weekly court calendar | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Update critical dates memo and circulate to A. Landis, M. McGuire and K. Brown | 0.30 | 63.00 |
| 01/12/2010 | FAP | B122 | A100 | Review Chadbourne memo re: debtor's twelfth and thirteenth claims objection | 0.10 | 21.00 |
| 01/13/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review D. Deutsch memo re: status of 1/14 and 1/21 committee meetings; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review agenda for 1/14 committee meeting | 0.10 | 21.00 |

Page: 3

Official Committee of Unsecured Creditors

February 26, 2010

Account No:    698-001

Statement No:    11153

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Briefly review WTC motion to appoint examiner (.1); briefly review motion to shorten same and circulate (.1); multiple discussions and email exchanges with K. Brown re: related cases (.5); research mutiple dockets, download and circulate related motions and objections (1.8) | 2.50 | 525.00 |
|  | MMD | B122 | A100 | Discussion with M. McGuire regarding whether an examiner was appointed in SemCrude | 0.10 | 21.00 |
|  | MMD | B122 | A100 | Review SemCrude docket regarding Motion to Appoint Examiner, Order, Objections (.2); Review September 10 Agenda Notice  (.1) and September 10 Transcript concerning ruling (.1); Email all documents to M. McGuire (.1) | 0.50 | 105.00 |
|  | FAP | B122 | A100 | Briefly review Stark declaration and exhibits A through H re: mot appt examiner | 0.30 | 63.00 |
|  | FAP | B122 | A100 | Briefly review Stark declaration exhibits I through K re: mot appt examiner | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Stark exhibits L through Y re: mot appt examiner | 0.10 | 21.00 |
|  | MDO | B122 | A100 | Research regarding motions to appoint examiner in District of Delaware. | 0.40 | 146.00 |
| 01/14/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Compile and finalize binders re: WTC motion to appoint examiner and related pleadings | 2.20 | 462.00 |
|  | FAP | B122 | A100 | Briefly review draft LBO complaint and circulate | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Email exchanges with D. Bava re: Intralinks 1/13 postings | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review debtors' objection to WTC motion to shorten notice re: motion to appoint examiner | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Stuart Maue third interim application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Dow Lohnes second interim application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Paul Hastings fourth interim application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Alvarez Marsal eleventh monthly application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review/revise committee objection to WTC motion to shorten | 0.10 | 21.00 |
|  | FAP | B122 | A100 | File and serve objection to WTC motion to shorten notice (.4); submit to chambers (.1) | 0.50 | 105.00 |
|  | FAP | B122 | A100 | Discussion with AGL re: status of order on WTC motion to shorten notice (.1); review same and update critical dates (.1); email to Chadbourne re: same (.1) | 0.30 | 63.00 |
|  | FAP | B122 | A100 | Review notice of Reed Smith tenth monthly fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Reed Smith fourth interim fee application; update critical dates | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 01/15/2010 | FAP | B122 | A100 | Review notice of Mercer ninth monthly application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Mercer tenth monthly application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Mercer eleventh monthly application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Mercer interim application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Jenner Block November monthly application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Alvarez Marsal fourth interim application; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Briefly review Chadbourne memos re: committee's position on motion to approve Hearst Danbury settlement and motion to assume certain NBC agreements | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Deloitte second interim application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Email exchanges with D. Gillig re: 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| | FAP | B122 | A100 | Prepare affidavit of service re: objection to WTC motion to shorten notice (.1); file same (.1) | 0.20 | 42.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| 01/18/2010 | LR | B122 | A100 | Prepare critical binder for R. Butcher in Tribune for 1.19.10 re: Gutman depo | 0.50 | 95.00 |
| 01/19/2010 | LR | B122 | A100 | Review fedex tracking re: disk with bates Citi-Trib-CC-00038407-00075670, which are documents produced by Citi re: LBO investigation sent 1.18.10 priority overnight to Chadbourne & Parke [.1]; discussion with R. Butcher re: status of same [.1] | 0.20 | 38.00 |
| 01/20/2010 | FAP | B122 | A100 | Email exchanges with Tri-State re: SA Telecommunications related pleadings for research re: motion to appoint examiner | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review WTC notice of hearing re: WTC motion to appoint examiner; confirm updated critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review D. Deutsch memo re: debtors' request to pay MIP | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review Macauley second supplemental affidavit re: Zuckerman retention | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Chadbourne memo re: Conigliaro motion for relief from stay | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review agenda for 1/21 in-person committee meeting and distribute | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Cole Schotz fourth interim fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Jenner Block fourth interim fee application; update critical dates | 0.10 | 21.00 |

Page: 5
Official Committee of Unsecured Creditors                    February 26, 2010
                                                            Account No:   698-001
                                                            Statement No:    11153

Tribune Company, et al. bankruptcy

|            |      |      |      |                                                                                      | Hours |        |
|------------|------|------|------|--------------------------------------------------------------------------------------|-------|--------|
|            | FAP  | B122 | A100 | Review notice of  PWC fourth interim fee application; update critical dates          | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of Sidley Austin fourth interim fee application; update critical dates | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of Lazard Freres fourth interim fee application; update critical dates | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of Daniel Edelman third interim fee application; update critical dates | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of Zuckerman Spaeder first interim fee application; update critical dates | 0.10 | 21.00 |
|            | FAP  | B122 | A100 | Review notice of Lazard Freres ninth monthly fee application; update critical dates  | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of Lazard Freres tenth monthly fee application; update critical dates  | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of Lazard Freres eleventh monthly fee application; update critical dates | 0.10 | 21.00 |
|            | FAP  | B122 | A100 | Review notice of PWC eleventh monthly fee application; update critical dates         | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Update critical dates memo and distribute to A. Landis and M. McGuire                | 0.40  | 84.00  |
|            | FAP  | B122 | A100 | Email exchanges with D. Gillig re: 12/1 hearing transcript                           | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Briefly review AlixPartners weekly report                                            | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Briefly review Chadbourne's updated status of document discovery                     | 0.10  | 21.00  |
| 01/21/2010 | FAP  | B122 | A100 | Briefly review Moelis recovery analysis                                              | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of Jenner Block amended fourth interim fee application; update critical dates | 0.10 | 21.00 |
|            | KAB  | B122 | A100 | review docket                                                                        | 0.10  | 26.50  |
|            | FAP  | B122 | A100 | Review updated docket                                                                | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of fourteenth omni objection to claims; update critical dates          | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Review notice of fifteenth omni objection to claims; update critical dates           | 0.10  | 21.00  |
|            | LR   | B122 | A100 | Exchange of emails with R. Butcher re: Citi-disk fedex package re: documents produced by Citi re: LBO investigation (.1); calls with DLS re: same (.1) | 0.20 | 38.00 |
|            | FAP  | B122 | A100 | Email exchanges with A. Landis re: counsel for Wilmington Trust                      | 0.10  | 21.00  |
| 01/22/2010 | FAP  | B122 | A100 | Review MIP order; update critical dates                                              | 0.10  | 21.00  |
| 01/25/2010 | FAP  | B122 | A100 | Briefly review WTC motion to allow access to Merrill Lynch document production, motion to shorten and notice of withdrawal for same | 0.10 | 21.00 |
|            | FAP  | B122 | A100 | Review Intralinks weekly updated court calendar                                      | 0.10  | 21.00  |
|            | FAP  | B122 | A100 | Update critical dates memo and circulate to A. Landis and M. McGuire                 | 0.30  | 63.00  |
|            | FAP  | B122 | A100 | File maintenance and organization of pleadings                                       | 0.20  | 42.00  |
|            | FAP  | B122 | A100 | Briefly review order sustaining objection to claim no. 5844                          | 0.10  | 21.00  |

{698.001-W0006223.}

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Briefly review order sustaining twelfth omni objection to claims | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review order sustaining thirteenth omni objection to claims | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review order approving settlement with Hearst Danbury Capital | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review order approving purchase of tail coverage re: D&O insurance | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review order authorizing assumption of certain NBC Universal agreements | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review order approving Seyfarth Shaw retention | 0.10 | 21.00 |
| 01/26/2010 | FAP | B122 | A100 | Briefly review Washington-Baltimore Guild's second supplemental objection to MIP | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Dow Lohnes seventh monthly fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Seyfarth Shaw November fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review UST statement re: MIP | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Stuart Maue December fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Discussion with R. Butcher re: expedited motion in limine regarding Gutman admissibility (.1); calls with N. Hunt re: chambers process for same (.1) | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| 01/27/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Review agenda for 1/28 committee meeting and circulate (.1); call with D. Deutsch assistant to confirm time change and update critical dates (.1) | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Briefly review December MOR | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Creditor call from Cool'n'Smart re: delinquent bill and case status | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review M. Roitman email re: MIP hearing update | 0.10 | 21.00 |
| 01/28/2010 | FAP | B122 | A100 | Briefly review draft motion for standing and circulate to A. Landis and M. McGuire | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Email exchanges with R. Butcher re: Ashley pro hac (.1); draft same (.1); coordinate payment of annual fee (.2); file same and submit to chambers (.2) | 0.60 | 126.00 |
|  | FAP | B122 | A100 | Review order authorizing 2009 MIP program | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Horwood Marcus Sept. fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review several notifications re: examiners final report for second interim applications | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Paul Hastings twelfth fee application; update critical dates | 0.10 | 21.00 |
| 01/29/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |

{698.001-W0006223.}

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| FAP | B122 | A100 | Review order granting M. Ashley pro hac admission (.1); email exchanges with M. Ashley re: same (.1) | 0.20 | 42.00 |
| FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review examiners final report re: Molies second interim app; update critical dates (.1); follow-up email to V. Patel (.1) | 0.20 | 42.00 |
| KAB | B122 | A100 | Review updated docket | 0.10 | 26.50 |
| | | | **B122 - Case Administration** | **22.40** | **4,816.00** |

| | | | | | |
|---|---|---|---|---|---|
| 01/06/2010 | KAB | B124 | A104 | Review and summarize the Court's order sustaining Debtors' 8th Omnibus objection (.2) and circulate to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 79.50 |
| 01/07/2010 | KAB | B124 | A104 | Review and summarize Debtors' mtn to compromise claims with Hearst (.2) and circulate summary to A. Landis, M. McGuire, and M. Parikh (.1) | 0.30 | 79.50 |
| 01/26/2010 | KAB | B124 | A100 | Review and summarize Court's orders re: McCormick's claim (.1), Debtors 12th Omnibus Obj. (.1), Debtors 13th Omnibus Obj. (.1) and circulate summaries to A. Landis and M. McGuire (.1) | 0.40 | 106.00 |
| | | | | **B124 - Claims Adm. & Objection** | **1.00** | **265.00** |

| | | | | | |
|---|---|---|---|---|---|
| 01/15/2010 | MBM | B126 | A100 | emails from Duetsche re: MIP approval | 0.20 | 79.00 |
| 01/20/2010 | KAB | B126 | A100 | Review and summarize Debtors Certification of Counsel re: bifurcation of the MIP (.2) and circulate summary to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| 01/21/2010 | MBM | B126 | A100 | review of MIP order (.1); emails with Chadbourne re: same (.2) | 0.30 | 118.50 |
| 01/22/2010 | KAB | B126 | A100 | review and summarize the Court's order re: bifurcation of the 2009 MIP (.2), circulate summary to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| 01/26/2010 | KAB | B126 | A100 | review and summarize the Guild's objection and the UST's statement re: the 2009 MIP (.2) and circulate summaries to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| | AGL | B126 | A100 | review and analyze filings with regard to management incentive plan bifurcation (ust statement, guild statement, committee and debtor filings) | 1.20 | 780.00 |

Tribune Company, et al. bankruptcy


                                                              Hours
                                                              _____

01/28/2010 KAB  B126  A100  Review and summarize the Court's order re:
                            authorizing 2009 MIP (.2) and circulate
                            summary to A. Landis and M. McGuire (.1)        0.30      79.50
                                                                           ----  --------
                            **B126 - Employ Benefits/Pension**             2.90   1,295.50

01/04/2010 DBR  B133  A100  review draft complaint(2.6); discuss
                            investigation status with Butcher(.8);         3.40   1,955.00
           KAB  B133  A104  continue review of documents produced by
                            Raymond James re: LBO investigation            0.30      79.50
           RLB  B133  A100  E-mail Stuart McPhail re: Citigroup document
                            production (.3) Prepare for meetings re:
                            valuation litigation (.4) Begin review of
                            draft complaint against lenders.(.8)  E-mail
                            with in-house counsel at Mizuho and Bank of
                            Tokyo re: mizuho (.3) and bank of tokyo (.3)
                            document production.  Call with Sheila Peluso
                            re: cerberus production (.1)                    2.20     913.00

01/05/2010 FAP  B133  A100  Briefly review deposition summaries for
                            Tribune and Duff & Phelps and circulate (.1);
                            email exchanges with R. Butcher re: same (.1)   0.20      42.00
           RLB  B133  A100  Finish review of draft LBO complaint against
                            Lenders.(1.5)   Review deposition summaries
                            posted to Intralinks for Amsden and Bluth (.8)  2.30     954.50
           DBR  B133  A100  prepare for (2.0) and participate (4.0) in
                            meetings in NY for committee and senior lender
                            settlement presentations (6.0); working travel
                            (4.0)                                          16.00   9,200.00
           AGL  B133  A100  meetings at Chadbourne & Parke with debtors,
                            committee members, JPMC, Centerbridge, Law
                            Debenture re: lbo issues                        6.50   4,225.00
           MBM  B133  A100  emails with Landis and Rath re: status of
                            Lender/Bondholder meetings (.3); research re:
                            potential lender conflict issues (1.1)          1.40     553.00

01/06/2010 DBR  B133  A100  review correspondence relating to Merrill
                            Lynch production and responding to same (.2);
                            meet with Butcher re: investigation status and
                            strategy and Gutman claim (.5); prepare for
                            (.2) and participate in (.4) committee
                            professionals call (.6)                         1.90   1,092.50
           RLB  B133  A100  Call with Committee attorneys and Debtors
                            attorneys re: case status, plan negotiations,
                            LBO investigation and document depository.
                            (.7)   Call with committee professionals re:
                            plan negotiations, LBO investigation,
                            valuation presentations and committee
                            meeting.(.7)  E-mails with Chadbourne re:
                            update to expected dates of production of
                            documents. (.6)  Call with Morgan Stanley re:
                            update on document production (.4)              2.40     996.00

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 01/07/2010 | MBM | B133 | A100 | review Debtors, Lender and Bond Holder reports re: LBO (1.7); review of committee report re: LBO in preparation for Committee presentations by Lender, Debtors and Noteholders (.9) | 2.60 | 1,027.00 |
|  | RLB | B133 | A100 | E-mails with co-counsel at Chadbourne (.2) and counsel to Citi re: additional ESI production (.3)  E-mail with co-counsel at Zuckerman and opposing counsel for Merrill Lynch re: status of Merrill Lynch ESI production (.6) E-mails with counsel to Morgan Stanley re: format and timing of Morgan Stanley production (.6) | 1.70 | 705.50 |
|  | DBR | B133 | A100 | review correspondence from Zuckerman re: discovery and depositions (.3); review depo chart (.3) | 0.60 | 345.00 |
| 01/08/2010 | DBR | B133 | A100 | review Merrill production correspondence and emails (.4); follow up on investigation targets(.9) | 1.30 | 747.50 |
|  | RLB | B133 | A100 | Status conference re: ESOP investigation (.4) E-mail with United Overseas (.2) E-mails with counsel to Citi re: documents (.3) E-mail with counsel to Bank of America (.3) Revise confidentiality agreement (.1) | 1.30 | 539.50 |
| 01/10/2010 | DBR | B133 | A100 | work on Jan 14 hearing info re: LBO | 0.50 | 287.50 |
| 01/11/2010 | FAP | B133 | A100 | Discussion with R. Butcher re: Morgan Stanley document production (.1); coordinate document production (.2); correspondence to F. Vazquez (.1); correspondence to J. Peltz (.1) | 0.50 | 105.00 |
|  | MBM | B133 | A100 | call from Stickles re: status of Merrill Lynch status conference (.1); conferences with Butcher re: same (.3); research re: same (.4) | 0.80 | 316.00 |
|  | RLB | B133 | A100 | Calls with co-counsel at Zuckerman re: Merrill Lynch production status (.3) E-mail with co-counsel re: Merrill Lynch production status and status conference with Court (.3) E-mail with Debtors counsel re: Merrill Lynch status conference (.3) E-mail with Morgan Stanley counsel re: documents to be produced (.4) E-mail with Cerberus counsel re: production status (.2)  E-mails with co-counsel at Chadbourne and Zuckerman re: ESOP investigation status (.4) E-mail with co-counsel at Chadbourne re: Citi production (.3) | 2.20 | 913.00 |
| 01/12/2010 | FAP | B133 | A100 | Discussion with R. Butcher re: Citigroup document production (.1); coordinate production (.2); correspondence to J. Pelz re: same (.1); correspondence to F. Vazquez re: same (.1) | 0.50 | 105.00 |
|  | DBR | B133 | A100 | prepare for (.3) and participate in (.6) professionals call | 0.90 | 517.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| DBR | B133 | A100 | review agenda and correspondence from Chadbourne re: status conference on Merrill production | 0.20 | 115.00 |
| DBR | B133 | A100 | review draft complaint re: LBO | 2.00 | 1,150.00 |
| KAB | B133 | A100 | confer with R. Butcher and L. Ellis re: document review status for LBO investigation | 0.20 | 53.00 |
| AGL | B133 | A100 | emails to and from (.1) and calls with Deutsch re: lbo issues (.1); prep for call with court re: Merrill discovery (.2); emails to and from group re: same (.2) | 0.60 | 390.00 |
| MBM | B133 | A100 | review of draft complaint (1.3); emails with Rath re: same (.2) | 1.50 | 592.50 |
| RLB | B133 | A100 | Draft summary of LBO investigation status (.5) E-mail with co-counsel at Zuckerman re: Merrill Lynch status (.4) prepare for and participate in Committee professionals call re: LBO investigation, complaint and motion for standing (1.2) Call (.4) and e-mail (.3) with counsel to Goldman re: document production. E-mail with Cerberus re: documents to be produced (.4) E-mail with Chadbourne re: defective Citi disk(.3) | 3.50 | 1,452.50 |
| 01/13/2010 DBR | B133 | A100 | review draft  LBO complaint | 2.20 | 1,265.00 |
| KAB | B133 | A100 | Review documents produced by Raymond James re: LBO investigation | 1.00 | 265.00 |
| KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 0.20 | 53.00 |
| KAB | B133 | A100 | Review and summarize WTC's motion to appoint examiner (.7), and related motion to shorten notice (.1), and circulate summaries to A. Landis and M. McGuire (.1) | 0.90 | 238.50 |
| KAB | B133 | A100 | Research 1104(c) issue (4.1) and circulate research results to A. Landis and M. McGuire (.1) | 4.20 | 1,113.00 |
| KAB | B133 | A100 | confer with L. Ellis re: document review timeline for discovery produced by Citi re: LBO investigation | 0.20 | 53.00 |
| KAB | B133 | A100 | Email J. Drobish re: document review project | 0.10 | 26.50 |
| AGL | B133 | A100 | review and analyze wtc motion to shorten and for an examiner (1.3); review and research cases re: same (1.3); emails to and from Lemay, Deutsch re: same (.5) | 3.10 | 2,015.00 |
| JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 3.30 | 973.50 |
| MBM | B133 | A100 | review Wilmington Trust examiner motion (1.3); emails with Landis and Deutch re: same (.3); review of motion to shorten (.2); conferences with Brown re: research of DE examiner appointment (.2); research re: same (.9) | 2.90 | 1,145.50 |

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | E-mail with co-counsel, Debtors counsel and opposing Merrill Lynch counsel re status of document production re: LBO investigation conference (.6) Message from Court re: status conferences on Merrill Lynch (.4) E-mail with Goldman counsel re: call on documents (.4) | 1.40 | 581.00 |
| 01/14/2010 | KAB | B133 | A100 | email (.1) and discussion (.2) with J. Drobish re: document review process for discovery produced by Citi re: LBO investigation | 0.30 | 79.50 |
|  | JRD | B133 | A100 | Email (.1) discussion (.2) Brown re: Document review re: LBO investigation discovery from Citi | 0.30 | 76.50 |
|  | DBR | B133 | A100 | review motion of Wilmington Trust to Appoint Examiner (2.2); prepare for (.2) and participate in (.4) hearing re: Merrill production(.6); communications with counsel re: committe call and Wilm trust motion (.8); review motion and objection to shorten notice re: WT motion(.3); consult with co-counsel re: same(.1) | 4.60 | 2,645.00 |
|  | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 5.50 | 1,457.50 |
|  | KAB | B133 | A100 | Review and summarize Debtors and Creditors' objections re: motion to shorten notice for motion to appoint examiner (.2), and Court's order re: same (.1), and circulate summaries to A. Landis and M. McGuire (.1) | 0.40 | 106.00 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 1.50 | 442.50 |
|  | AGL | B133 | A100 | review and revise committee objection to motion to shorten wtc motion to appoint an examiner (1.9); emails to and from group re: same, timing issues, hearing issues, filing issues (.8); review and analyze Judge Carey order denying motion (.2) | 2.90 | 1,885.00 |
|  | MBM | B133 | A100 | conferences with Landis re: objection to wilmington trust motion to shorten (.4) calls to chambers re: same (.2); review of objection (.3); emails with Landis, LeMay and Deutsch re: same (.4) | 1.30 | 513.50 |
|  | RLB | B133 | A100 | E-mails with co-counsel at Zuckerman and Chadbourne re: Morgan Stanley production (.4) | 0.40 | 166.00 |
| 01/15/2010 | JRD | B133 | A100 | Review of 1104(c) motion | 0.90 | 229.50 |
|  | DBR | B133 | A100 | review and revise LBO complaint; complete review of Wilmington Trust motion re: examiner | 1.00 | 575.00 |
|  | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 5.20 | 1,378.00 |
|  | KAB | B133 | A100 | Confer with A. Landis and M. McGuire re: intervention issues and related research | 0.20 | 53.00 |
|  | KAB | B133 | A100 | Research intervention issues | 1.80 | 477.00 |
|  | RLB | B133 | A100 | Review Citi disks produced in response to LBO |  |  |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|
|  |  |  | investigation (.2) E-mail re: replacing disks (.3) | 0.50 | 207.50 |
| 01/16/2010 | KAB | B133 | A100 | Continue research on intervention issues | 4.90 | 1,298.50 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 4.70 | 1,386.50 |
| 01/17/2010 | KAB | B133 | A100 | continue research on intervention issues (5.0) circulate findings to A. Landis and M. McGuire (.1) | 5.10 | 1,351.50 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 3.40 | 1,003.00 |
| 01/18/2010 | LR | B133 | A100 | Review and exchange emails to R. Butcher re: disk documents bates labeled CITI-TRIB-CC 00038407-00075670 which were produced as part of LBO investigation by Citi [.1]; arrange for DLS to prepare additional disk [.1]; prepare disk for fedex delivery to A. Nellos [.1] | 0.30 | 57.00 |
|  | KAB | B133 | A100 | email with A. Landis re: intervention research results | 0.20 | 53.00 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 5.80 | 1,711.00 |
|  | MBM | B133 | A100 | emails with Landis and Brown re: intervention issues (.2); review of Chadbourne memo and case law re: same (1.2); review memo and case law from Brown re: same (1.8) | 3.20 | 1,264.00 |
| 01/19/2010 | DBR | B133 | A100 | confer with McGuire re: professionals call(.2); communications with Landis and Butcher re: same(.1); prepare for (.2) and participate in professionals call (2.3); review LBO complaint and revisions to same (1.1) | 3.90 | 2,242.50 |
|  | KAB | B133 | A100 | draft memo re: intervention | 5.90 | 1,563.50 |
|  | KAB | B133 | A100 | discuss document review of discovery produced by Citi re: LBO investigation with L. Ellis | 0.20 | 53.00 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 4.20 | 1,239.00 |
|  | MBM | B133 | A100 | review revised memo and case law re: adversary intervention (1.2); emails with Brown and Landis re: same (.2) | 1.40 | 553.00 |
|  | RLB | B133 | A100 | E-mail with Bank of America counsel re: production (.4) Draft update of investigation status (.5) E-mail with Chadbourne re: committee professionals meeting (.3) | 1.20 | 498.00 |
| 01/20/2010 | KAB | B133 | A100 | Continue drafting memo re: intervention (1.8) and circulate memo to A. Landis and M. McGuire (.1) | 1.90 | 503.50 |
|  | KAB | B133 | A100 | email with F. Panchak re: tri-state delivery of filings re: research for mot apt examiner of LBO transactions | 0.10 | 26.50 |
|  | KAB | B133 | A100 | discuss document review re: LBO investigation |  |  |

                                                          Page: 13
Official Committee of Unsecured Creditors          February 26, 2010
                                                   Account No:  698-001
                                                   Statement No:   11153

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | with R. Butcher (.1) and S. Lewicki (.1) | 0.20 | 53.00 |
| KAB | B133 | A100 | review caselaw re: appointment of an examiner | 0.50 | 132.50 |
| MBM | B133 | A100 | call with Deutsche re: timing of STN Motion (.1); research rules re: same (.3) | 0.40 | 158.00 |
| AGL | B133 | A100 | review materials re: recovery scenarios/sensitivity analyses (1.1) and emails to and from group re: same (.2) in preparation for 1/21 committee meeting | 1.30 | 845.00 |
| AGL | B133 | A100 | emails to and from Deutsch re: filing issues/timing in advance of 2/18 hearing | 0.20 | 130.00 |
| JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 5.00 | 1,475.00 |
| MBM | B133 | A100 | emails with Brown and Landis re: intervention issues (.2); review revised memo and case law re: same (1.3) | 1.50 | 592.50 |
| MBM | B133 | A100 | review recovery analysis prepared by Moelis (1.2); emails with Moelis and ZS re: same (.3) | 1.50 | 592.50 |
| RLB | B133 | A100 | Review discovery status summary (.7) E-mail with United Overseas Bank re: production (.4) | 1.10 | 456.50 |
| 01/21/2010 DBR | B133 | A100 | prepare for by review of presentations and recovery analysis (.8) and participate in committee call (4.0) | 4.80 | 2,760.00 |
| FAP | B133 | A100 | Briefly review Zuckerman Spaeder 1/21 presentation materials | 0.10 | 21.00 |
| FAP | B133 | A100 | Email exchanges with L. Rogers and R. Butcher re: Citi document production (.1); call with A. Nellos (.1); discussion with DLS re: password for access to same (.1); review duplicated CD (.1) and correspondence to A. Nellos re: same (.1) | 0.50 | 105.00 |
| RLB | B133 | A100 | E-mails with co-counsel at Chadbourne to resolve Citi document production issues (.2) Discuss document copying re: recovery issues with paralegals (.2) | 0.40 | 166.00 |
| FAP | B133 | A100 | Email exchanges with M. McGuire re: KB hearing transcript (.1); email exchanges and discussion with C. Adams re: same (.1); review and distribute 12/10 hearing transcript (.2) | 0.40 | 84.00 |
| KAB | B133 | A100 | continue review of caselaw re: appointment of an examiner and summarize findings (3.0), circulate summary to A. Landis and M. McGuire (.1) | 3.10 | 821.50 |
| KAB | B133 | A100 | continue review of documents produced by Citi (1.4); discuss review with L. Ellis (.1) and R. Butcher (.1) | 1.60 | 424.00 |
| MBM | B133 | A100 | emails with Landis re: 546(e) issues (.4); research re: legislative history for same (.9) | 1.30 | 513.50 |
| MBM | B133 | A100 | review SA Telecom pleadings re: Wilmington Trust motion to appoint examiner (.8); emails with Landis and Chadbourne re: same (.2) | 1.00 | 395.00 |
| 01/22/2010 KAB | B133 | A100 | review email from A. Landis re: motion to |  |  |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  |  |  |  | appoint examiner (.1), revise write up on caselaw re: same (.1) and pull and review caselaw (.2), email M. Towers write up and filings in relevant caselaw (.2) | 0.60 | 159.00 |
|  | KAB | B133 | A100 | email w/ R. Butcher re: LBO investigation document review meeting | 0.10 | 26.50 |
|  | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 3.90 | 1,033.50 |
|  | KAB | B133 | A100 | conference with R. Butcher, L. Ellis, and J. Drobish re: document review status for discovery produced by Citi re: LBO investigation | 0.50 | 132.50 |
|  | JRD | B133 | A100 | Discussion w/ R. Butcher, K. Brown, L. Ellis re: Document review re: LBO investigation discovery from Citi | 0.50 | 127.50 |
|  | AGL | B133 | A100 | review cases re: examiner motion (1.5); emails to and from chadbourne group re: same (.4) | 1.90 | 1,235.00 |
|  | JLE | B133 | A100 | Discussion w/ R. Butcher, K. Brown, Drobish re: Document review re: LBO investigation discovery from Citi | 0.50 | 147.50 |
|  | RLB | B133 | A100 | Meet with associates L. Ellis, K. Brown, and J. Drobish doing document review re: status of review and most important topics to flag in review. | 0.50 | 207.50 |
| 01/25/2010 | FAP | B133 | A100 | Discussion with R. Butcher re: Goldman Sachs discovery production (.1); coordinate production (.1); correspondence to J. Peltz (.1); correspondence to F. Vazquez (.1) | 0.40 | 84.00 |
|  | JRD | B133 | A100 | Review of case background materials (3.1); discussion w/ R. Butcher in preparation for Document review re: LBO investigation discovery from Citi (.2) | 3.30 | 841.50 |
|  | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi | 0.40 | 102.00 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 4.70 | 1,386.50 |
| 01/26/2010 | KAB | B133 | A100 | discuss document review project with J. Drobish | 0.30 | 79.50 |
|  | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 3.00 | 795.00 |
|  | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi (1.8) + review of background materials (1.1), discussion w/ K. Brown re: same (.3) | 3.20 | 816.00 |
|  | JLE | B133 | A100 | Document review: LBO investigation discovery produced by Citi | 5.00 | 1,475.00 |
| 01/27/2010 | FAP | B133 | A100 | Discussion with R. Butcher re: corrupted Goldman Sachs discovery CD (.1); coordinate reproduction of same (.1) | 0.20 | 42.00 |

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 4.00 | 1,060.00 |
| | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi (2.4); discussion w/ L. Ellis & K. Brown (.1) | 2.50 | 637.50 |
| | JLE | B133 | A100 | Document review: LBO investigation discovery produced by Citi | 6.60 | 1,947.00 |
| | RLB | B133 | A100 | Goldman Sachs disk e-mails with co-counsel (.2) and opposing counsel (.3) Review Goldman Sachs documents produced (1.9) | 2.40 | 996.00 |
| 01/28/2010 | DBR | B133 | A100 | review motion for standing (.9) prepare for (.3) and participate in (.5) committee call (.8); follow up on issues re: investigations post call (.6) | 3.10 | 1,782.50 |
| | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi | 6.20 | 1,581.00 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 1.20 | 354.00 |
| | RLB | B133 | A100 | E-mails to (.2) and from (.4) counsel to Goldman Sachs and co-counsel re: Goldman Sachs document production. | 0.60 | 249.00 |
| 01/29/2010 | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi | 0.10 | 25.50 |
| | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 1.60 | 424.00 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 3.80 | 1,121.00 |
| 01/30/2010 | RLB | B133 | A100 | Review letter from Stuart McPhail re: Citi additional ESI production. | 0.20 | 83.00 |
| | | | | **B133-LBO & Related Trans** | **236.40** | **90,872.00** |
| 01/12/2010 | FAP | B134 | A100 | Review agenda for 1/14 status conference (.1); prepare hearing binder (.3) | 0.40 | 84.00 |
| | FAP | B134 | A100 | Coordinate telephonic appearances for Deutsch, Schwinger, Ashley, Goldfarb and Bush (.3); email exchanges with Chadbourne and Zuckerman re: confirm same (.1); further email exchanges and calls with CourtCall (.2); coordinate Rath and Butcher appearance (.1) | 0.70 | 147.00 |
| | FAP | B134 | A100 | Further email exchanges with M. Ashley re: corrected courtcall confirmation (.1); call with courtcall re: same (.1) | 0.20 | 42.00 |
| 01/13/2010 | FAP | B134 | A100 | Email exchanges with D. Deutsch re: confirming telephonic appearances for 1/14 status conference (.1); coordinate with courtcall for cancellations (.1); discussions with R. Butcher re: same (.1) | 0.30 | 63.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| FAP | B134 | A100 | Discussion with AGL re: rescheduled status conference time; update critical dates | 0.10 | 21.00 |
| FAP | B134 | A100 | Review amended agenda for 1/14 status conference (.1); discussion and email exchanges with AGL re: scheduled appearances (.1); call with CourtCall (.1) | 0.30 | 63.00 |
| 01/14/2010 FAP | B134 | A100 | Review updated 1/14 courtcall confirmations and distribute to A. Landis (.2); call to courtcall re: same (.1) | 0.30 | 63.00 |
| 01/25/2010 FAP | B134 | A100 | Review agenda for 1/27 hearing | 0.10 | 21.00 |
| 01/26/2010 FAP | B134 | A100 | Review agenda for 1/28 Gutman evidentiary hearing | 0.10 | 21.00 |
| FAP | B134 | A100 | Discussion with M. McGuire re: 1/27 hearing and matters going forward | 0.10 | 21.00 |
| FAP | B134 | A100 | Prepare 1/27 attorney hearing binder | 0.50 | 105.00 |
| FAP | B134 | A100 | Prepare 1/28 attorney hearing binder | 0.20 | 42.00 |
| FAP | B134 | A100 | Review amended agenda for 1/27 hearing | 0.10 | 21.00 |
| 01/27/2010 AGL | B134 | A100 | attend omnibus hearing | 0.80 | 520.00 |
| FAP | B134 | A100 | Review amended agenda for 1/28 hearing (.1); supplement hearing binder (.1) | 0.20 | 42.00 |
| 01/28/2010 FAP | B134 | A100 | Assist R. Butcher with 1/28 hearing preparation | 0.20 | 42.00 |
| MDO | B134 | A100 | Pull and review case law in In Re: Harvey Goldberg and circulate to A. Landis for hearing. | 0.10 | 36.50 |
| 01/29/2010 FAP | B134 | A100 | Review agenda cancelling 2/2 hearing | 0.10 | 21.00 |
| | | | | ---- | -------- |
| | | | **B134 - Hearings** | **4.80** | **1,375.50** |
| 01/04/2010 RLB | B135 | A100 | Communication with counsel to Mrs. Gutman re: discovery related to objection to 9019 motion to approve settlement with Mrs. Gutman. (.4) E-mails with co-counsel at Chadbourne re: scheduling of Gutman and Tribune depositions and document discovery (.5) | 0.90 | 373.50 |
| 01/05/2010 RLB | B135 | A100 | E-mail with co-counsel for Chadbourne re: depositions (.2)   Call re: deposition arrangements to opposing counsel (.2)   E-mails with opposing counsel re: depositions (.3) | 0.70 | 290.50 |
| 01/07/2010 RLB | B135 | A100 | E-mail with co-counsel at Chadbourne re: discovery issues associated with evidentiary hearing on Gutman 9019 motion.(.9)   Call with opposing counsel re: documents to be produced and scheduling of depositions (.4) | 1.30 | 539.50 |

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                                                                                 | **Hours** |          |
|------------|-----|------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|----------|
| 01/08/2010 | RLB | B135 | A100 | E-mail with co-counsel at Chadbourne re: evidentiary issues for Gutman 9019 hearing and scheduling of depositions (.6) E-mail with Gutman counsel re: topics of testimony (.3) E-mail with Sidley re: document and scheduling issues (.4) | 1.30 | 539.50 |
| 01/11/2010 | RLB | B135 | A100 | Call with opposing counsel at Sidley re: depositions for Gutman 9019 hearing (.3) E-mail with co-counsel at Chadbourne re: depositions and documents for 9019 hearing (.2) | 0.50 | 207.50 |
| 01/12/2010 | FAP | B135 | A100 | Research Intralinks for D. Gutman depos transcript; email to R. Butcher | 0.10 | 21.00 |
|            | RLB | B135 | A100 | Call with Jason Cornell re: Gutman deposition (.4) E-mail with co-counsel at Chadbourne and opposing counsel at Sidley re: timing of discovery and document production re: Gutman 9019 motion(.7) | 1.10 | 456.50 |
| 01/13/2010 | RLB | B135 | A100 | E-mails with Chadbourne re: Gutman Motion in LImine (.5) Discuss motion in limine with DBR (.2) Debtors and Committee Professionals call re: Gutman motion and other issues (.9) | 1.60 | 664.00 |
| 01/14/2010 | RLB | B135 | A100 | E-mail with opposing counsel re: documents for Gutman 9019 motion (.8) E-mail with co-counsel re: document production and deposition scheduling (.7) Review documents re: litigation analysis (.5) | 2.00 | 830.00 |
| 01/15/2010 | FAP | B135 | A100 | Email exchanges with R. Butcher re: Gutman deposition (.1); calls and email exchanges with court reporter re: same (.2) | 0.30 | 63.00 |
|            | RLB | B135 | A100 | Confirm hotel/travel/court reporter for Gutman deposition (.7) E-mail re: calls with Debtors' counsel (.7)  Begin review of documents for deposition (.9) | 2.30 | 954.50 |
| 01/17/2010 | RLB | B135 | A100 | Review pleadings for Gutman deposition (1.2) Review prior deposition (1.6) Review motion to lift stay exhibits (.8) Begin preparing deposition outline (.8) | 4.40 | 1,826.00 |
| 01/18/2010 | RLB | B135 | A100 | Prepare Gutman deposition outline. (1.7) Prepare documents for deposition. (1.3) Confirm court reporter (.4)  Call with Debtors' counsel re: motion and depositions (.5) | 3.90 | 1,618.50 |
| 01/19/2010 | MBM | B135 | A100 | emails w/Butcher (.2) and calls with Butcher (.2) re: Guttman deposition | 0.40 | 158.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| | RLB | B135 | A100 | Finalize deposition outline and document references (2.2) Attend Gutman deposition (2.0) E-mail with co-counsel at Chadbourne re: deposition results (.9) | 5.10 | 2,116.50 |
| 01/20/2010 | DBR | B135 | A100 | review status of Gutman proceeding with Butcher | 0.50 | 287.50 |
| | FAP | B135 | A100 | Email exchanges with transcriber re: confirmation of 1/19 Gutman deposition | 0.10 | 21.00 |
| | RLB | B135 | A100 | E-mails with co-counsel re: Gutman deposition, Bralow deposition and upcoming hearing on Gutman 9019 motion (.7) Call with co-counsel at Chadbourne re: same (.4) | 1.10 | 456.50 |
| 01/21/2010 | RLB | B135 | A100 | Call from co-counsel re: 9019 Gutman hearing (.2) Call to Debtors' counsel re: moving hearing on 9019 Gutman motion (.2) | 0.40 | 166.00 |
| 01/25/2010 | AGL | B135 | A100 | emails to and from Butcher, Deutsch re: Gutman motion in limine | 0.30 | 195.00 |
| | RLB | B135 | A100 | Draft and revise motion in limine to exclude Gutman testimony (1.7)  Call with Jason Cornell re: Gutman testimony (.4) E-mail with co-counsel at Chadbourne re: motion in limine and basis (.5) Call with Doug Deutsch re: motion in limine (.2) Discuss arguments for motion in limine with Adam Landis (.4) | 3.20 | 1,328.00 |
| 01/26/2010 | FAP | B135 | A100 | Multiple discussions with R. Butcher re: motion in limine to exclude Gutman testimony and motion to shorten notice (.2); draft motion to shorten and pfo (.6) | 0.80 | 168.00 |
| | FAP | B135 | A100 | File and serve motion in limine to exclude Gutman testimony and motion to shorten notice (.5); prepare chambers package and submit (.1); follow-up email to R. Butcher (.1) | 0.70 | 147.00 |
| | AGL | B135 | A100 | review and revise motion in limine re: Gutman testimony for claim settlement hearing (1.4); conferences with Butcher re: same and motion to shorten (.3); emails to and from group re: same (.4) | 2.10 | 1,365.00 |
| | RLB | B135 | A100 | Revise and prepare for filing motion in limine re: Gutman testimony. (1.2)  Revise and edit motion to shorten notice and set hearing re: motion in limine re: Gutman Testimony (1.3) Review Bralow deposition transcript to prepare for Thursday hearing on Gutman 9019 motion (1.4) E-mails with co-counsel at Chadbourne re: motion in limine, motion to shorten and deposition (.8) | 4.70 | 1,950.50 |
| 01/27/2010 | FAP | B135 | A100 | Prepare service list for motion in limine (.1); prepare affidavit of service (.1); file same (.1) | 0.30 | 63.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| RLB | B135 | A100 | Discuss stipulation on motion in limine with Adam Landis and Doug Deustch (.2)   Call to counsel for Mrs. Gutman re: motion in limine resolution (.1)   Review response to motion in limine (.6)  Review court order on motion in limine (.3)  Use motion in limine response to develop Gutman cross-examination outline (.4)  Discussions with Doug Deutsch and Adam Landis re: preparation for Gutman evidentiary hearing (.6)  Research re: issue raised by Deutsch re: admissibility (.8) | 3.00 | 1,245.00 |
| FAP | B135 | A100 | Review order denying motion in limine (.1); serve same (.1); prepare affidavit of service (.1); file affidavit (.1) | 0.40 | 84.00 |
| FAP | B135 | A100 | Briefly review Gutman response to motion in limine and circulate | 0.10 | 21.00 |
| KAB | B135 | A100 | review and summarize Committee's motion in limine re: Ms. Gutman's testimony (.2), the Court's order re: same (.1), Ms. Gutman's response to Committee's motion in limine (.2); and circulate summaries to A. Landis, D. Rath, M. McGuire, and R. Butcher (.1) | 0.60 | 159.00 |
| KAB | B135 | A100 | review and summarize the Court's order approving the stipulation between Debtors and Francisco re: discovery (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
| AGL | B135 | A100 | conferences with Deutsch and Butcher re: Gutman hearing issues, cross examination, proof issues | 1.20 | 780.00 |
| DBR | B135 | A100 | review summaries re: Gutman matter (.3); confer with Butcher re: Gutman (.3); review status of investgations (.6) | 1.20 | 690.00 |
| 01/28/2010 RLB | B135 | A100 | Hearing prep for Gutman 9019 evidentiary hearing (1.1)   Attend evidentiary hearing (2.8) | 3.90 | 1,618.50 |
| 01/29/2010 RLB | B135 | A100 | Review Debtors proposed order on Gutman 9019 motion (.4)   E-mail with co-counsel at Chadbourne re: pro hac vice application and order (.5) | 0.90 | 373.50 |
| | | | **B135 - Litigation** | 51.60 | 21,830.00 |
| 01/12/2010 FAP | B136 | A100 | Draft fourth interim fee application (.8); draft notice for same (.1) | 0.90 | 189.00 |
| 01/13/2010 FAP | B136 | A100 | Discussion with M. McGuire re: draft fourth interim fee application | 0.10 | 21.00 |
| 01/14/2010 FAP | B136 | A100 | File and coordinate service of LRC fourth interim fee application | 0.40 | 84.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 01/15/2010 FAP | B136 | A100 | Review/revise December prebills | 0.80 | 168.00 |
| 01/20/2010 FAP | B136 | A100 | Email exchanges with A. Landis and M. McGuire re: responses to LRC eleventh monthly fee application | 0.10 | 21.00 |
| 01/21/2010 FAP | B136 | A100 | Draft Certificate of No Objection for LRC eleventh fee application | 0.10 | 21.00 |
| FAP | B136 | A100 | File and serve Certificate of No Objection to LRC eleventh fee application | 0.30 | 63.00 |
| 01/22/2010 FAP | B136 | A100 | Review examiner preliminary report for LRC third interim; update critical dates | 0.20 | 42.00 |
| 01/26/2010 FAP | B136 | A100 | Further revisions to December prebills (.3); begin draft of LRC twelfth fee application (.2) | 0.50 | 105.00 |
| 01/27/2010 FAP | B136 | A100 | Draft LRC twelfth monthly fee application (1.0); draft notice for same (.1) | 1.10 | 231.00 |
| FAP | B136 | A100 | Discussion with MBM re: revisions to LRC twelfth fee app (.1); revise same (.4) | 0.50 | 105.00 |
| CL | B136 | A103 | Edits re: LRC December invoice (.4); finalize same (.5) | 0.90 | 112.50 |
| FAP | B136 | A100 | File and coordinate service of LRC twelfth monthly fee application | 0.50 | 105.00 |
| 01/28/2010 FAP | B136 | A100 | Email to fee examiner re: December fee/expense detail (.1); email exchanges with M. McAteer and C. Lewicki re: same (.1) | 0.20 | 42.00 |
| FAP | B136 | A100 | Prepare affidavit of service for LRC twelfth fee application (.1); file same (.1) | 0.20 | 42.00 |
| 01/31/2010 MBM | B136 | A100 | prepare response to Fee Auditor's preliminary report on 3rd interim fee application | 1.10 | 434.50 |
| | | | **B136 - LRC Ret. & Fee Matters** | **7.90** | **1,786.00** |
| 01/06/2010 AGL | B138 | A100 | prepare for (.3) and attend (.4) call/meeting with committee and debtors' professionals | 0.70 | 455.00 |
| MBM | B138 | A100 | attend meeting with Debtor and Committee professionals (.7); | 0.70 | 276.50 |
| 01/07/2010 MBM | B138 | A100 | telephonically attend committee meeting and presentations from Debtors, Lenders and Noteholders | 6.80 | 2,686.00 |
| AGL | B138 | A100 | working travel to nyc in preparation for committee meeting (1.5); attend in person committee meeting at chadbourne re: agenda items listed (updates and lbo presentations) (8.7) | 10.20 | 6,630.00 |
| 01/12/2010 AGL | B138 | A100 | calls with committee professionals re: agenda items listed | 0.90 | 585.00 |
| MBM | B138 | A100 | prepare for (.4) and attend committee professionals meeting (.8) | 1.20 | 474.00 |

{698.001-W0006223.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| 01/14/2010 | AGL | B138 | A100 | prepare for (.7) and attend (1.9) committee meeting re: agenda items listed | 2.60 | 1,690.00 |
| | MBM | B138 | A100 | participate in committee telephonic meeting | 0.70 | 276.50 |
| | RLB | B138 | A100 | Prepare for (.5) and attend (1.9) committee meeting | 2.40 | 996.00 |
| 01/15/2010 | AGL | B138 | A100 | emails to and from Chadbourne re: committee meeting issues | 0.20 | 130.00 |
| 01/19/2010 | AGL | B138 | A100 | working travel to nyc for committee professionals meeting re: lbo issues and other agenda items (reviewing draft complaint, related research, reports) (1.7); attend meeting with professionals re: same (3.4) | 5.10 | 3,315.00 |
| | MBM | B138 | A100 | emails with Landis, Rath & Butcher re: committee meeting (.4); follow up conferences with Landis and Rath re: same (.3) | 0.70 | 276.50 |
| 01/21/2010 | AGL | B138 | A100 | working travel to nyc in preparation for committee meeting (review materials for presentations, drafts of docs re: lbo) (1.7); attend pre-meeting with professionals (1.5); attend committee meeting (4.3) | 7.50 | 4,875.00 |
| | RLB | B138 | A100 | Attendance at Committee meeting by telephone related to LBO investigation and recovery (3.1) | 3.10 | 1,286.50 |
| 01/28/2010 | MBM | B138 | A100 | prepare for (.2) and attend telephonic committee meeting (.5) | 0.70 | 276.50 |
| | | | | **B138 - Creditors' Cmte Mtgs** | **43.50** | **24,228.50** |
| 01/05/2010 | AGL | B142 | A100 | travel to and from nyc/wilm for lbo meetings | 3.40 | 2,210.00 |
| 01/07/2010 | AGL | B142 | A100 | non-working travel return trip from nyc to wilmington post-committee meeting | 1.80 | 1,170.00 |
| 01/18/2010 | RLB | B142 | A100 | Travel to Florida for Gutman deposition. | 4.00 | 1,660.00 |
| 01/19/2010 | AGL | B142 | A100 | return from NYC to Wilm after committee professionals meeting | 1.70 | 1,105.00 |
| | RLB | B142 | A100 | Travel from Florida for Gutman deposition. | 4.00 | 1,660.00 |
| 01/21/2010 | AGL | B142 | A100 | return to Wilm from NYC after committee meeting | 1.70 | 1,105.00 |
| | | | | **B142 - Non-Working Travel** | **16.60** | **8,910.00** |
| 01/05/2010 | FAP | B144 | A100 | Email exchanges with V. Patel re: responses to Moelis' tenth fee application and status of eleventh application (.1); draft Certificate of No Objection for tenth application (.1) | 0.20 | 42.00 |
| | FAP | B144 | A100 | Email exchanges with A. Leung and A. Holtz re: deadline for fourth interim fee application | 0.10 | 21.00 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|--|--|--|--|--|--|--|
|  | FAP | B144 | A100 | Follow-up call with V. Patel re: eleventh monthly fee application and second supplemental declaration | 0.10 | 21.00 |
|  | FAP | B144 | A100 | File and coordinate service of second supplemental declaration of Thane Carlston re: Moelis retention | 0.30 | 63.00 |
|  | FAP | B144 | A100 | Review Moelis' eleventh fee application in preparation of filing (.1); draft notice (.1); file and coordinate service of same (.5); follow-up email to V. Patel (.1) | 0.80 | 168.00 |
|  | AGL | B144 | A100 | emails to and from Lemay and Seife re: supplemental disclosure for C&P hiring of former Davis Polk litigator | 0.40 | 260.00 |
|  | MBM | B144 | A100 | review 11th Moelis fee application | 0.30 | 118.50 |
| 01/06/2010 | FAP | B144 | A100 | Prepare affidavit of service for second supplemental declaration of Thane Carlston (.1); file same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for Moelis eleventh monthly fee application (.1); file same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service re: Certificate of No Objection to Moelis tenth fee application | 0.10 | 21.00 |
|  | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to Moelis tenth monthly fee application (.3); follow-up email to V. Patel re: same (.1) | 0.40 | 84.00 |
| 01/08/2010 | FAP | B144 | A100 | File and coordinate service of second supplemental affidavit of D. LeMay (.3); follow-up email to S. Pender (.1) | 0.40 | 84.00 |
|  | MBM | B144 | A100 | conference with Landis re: supplemental CP affidavit (.1); review of same and prepare for filing (.2) | 0.30 | 118.50 |
| 01/11/2010 | FAP | B144 | A100 | Prepare affidavit of service for second supplemental affidavit of D. LeMay (.1); file same (.1) | 0.20 | 42.00 |
| 01/13/2010 | FAP | B144 | A100 | Review P. Ratkiowak email re: filing deadline for fourth interim fee application (.1); email to committee professionals re: same (.1); email exchanges with H. Lamb re: same (.1) | 0.30 | 63.00 |
|  | FAP | B144 | A100 | Briefly review examiner final report re: Chadbourne second interim fee application; update response deadline | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Briefly review examiner final report re: members' third monthly application; update response deadline | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Briefly review examiner final report re: members fourth, fifth and sixth application; update response deadline | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Review Chadbourne fourth interim fee application (.1); draft notice for same (.1) | 0.20 | 42.00 |
| FAP | B144 | A100 | Email exchanges with A. Leung re: status of preliminary examiner report for second interim of Alix Partners | 0.10 | 21.00 |
| 01/14/2010 FAP | B144 | A100 | Review/revise AlixPartners fourth interim fee application (.1); email exchanges with A. Holtz re: same (.1); draft notice for same (.1) | 0.30 | 63.00 |
| FAP | B144 | A100 | File and coordinate service of Chadbourne fourth interim fee application (.4); follow-up email to H. Lamb (.1) | 0.50 | 105.00 |
| FAP | B144 | A100 | File and coordinate service of AlixPartners fourth interim fee application (.4); follow-up email to A. Holtz (.1) | 0.50 | 105.00 |
| AGL | B144 | A100 | emails to and from McCauley (.1) and call with McCauley (.2) re: committee professionals retention issues, litigation issues | 0.30 | 195.00 |
| 01/15/2010 FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, LRC and AlixPartners fourth interim applications (.1); file same (.1) | 0.20 | 42.00 |
| 01/20/2010 FAP | B144 | A100 | Email exchanges with Chadbourne team re: responses to Chadbourne eleventh monthly and committee members' eighth monthly application | 0.10 | 21.00 |
| FAP | B144 | A100 | Email exchanges with A. Holtz and A. Leung re: responses to AlixPartners eleventh monthly fee application | 0.10 | 21.00 |
| 01/21/2010 FAP | B144 | A100 | Draft Certificate of No Objection for Chadbourne eleventh fee application | 0.10 | 21.00 |
| FAP | B144 | A100 | Draft Certificate of No Objection for AlixPartners eleventh fee application | 0.10 | 21.00 |
| FAP | B144 | A100 | File and serve Certificate of No Objection to Chadbourne eleventh fee application (.3); follow-up email to H. Lamb (.1) | 0.40 | 84.00 |
| FAP | B144 | A100 | File and serve Certificate of No Objection to Committee Members eighth application (.3); follow-up email to H. Lamb (.1) | 0.40 | 84.00 |
| FAP | B144 | A100 | File and serve Certificate of No Objection to AlixPartners eleventh fee application (.3); follow-up email to A. Holtz(.1) | 0.40 | 84.00 |
| 01/22/2010 FAP | B144 | A100 | Prepare affidavit of service for committee professionals' Certificates of No Objection to eleventh applications (.1); file same (.1) | 0.20 | 42.00 |
| 01/25/2010 FAP | B144 | A100 | Telephone call with H. Lamb re: certification for Chadbourne twelfth fee application | 0.10 | 21.00 |

{698.001-W0006223.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| FAP | B144 | A100 | Review AlixPartners twelfth monthly fee application (.1); email exchanges with A. Holtz re: revised objection deadline (.1); revise same (.1); draft notice (.1) | 0.40 | 84.00 |
| MMD | B144 | A100 | Discussion with F. Panchak regarding filing Chabourne fee application | 0.10 | 21.00 |
| FAP | B144 | A100 | Draft notice of Chadbourne twelfth fee application | 0.10 | 21.00 |
| FAP | B144 | A100 | File and coordinate service of AlixPartners' twelfth fee application (.5); follow-up email to A. Holtz (.1) | 0.60 | 126.00 |
| FAP | B144 | A100 | Email exchanges with M. Dero and H. Lamb re: coverage for filing Chadbourne twelfth fee application | 0.10 | 21.00 |
| MMD | B144 | A100 | Review email message from H. Lamb attaching Chadbourne Twelfth Monthly Application (.1); Save same to system (.2); Re-scan Exhibit B (to large for efiling) (.2) | 0.50 | 105.00 |
| MMD | B144 | A100 | Revise Notice of Application of Chadbourne Twelfth Monthly Application | 0.10 | 21.00 |
| MMD | B144 | A100 | Electronically file Chadbourne Twelfth Monthly Application (.3); Email as-filed copy to H. Lamb (.1) | 0.40 | 84.00 |
| MMD | B144 | A100 | Discussion with DLS regarding service of Chadbourne Twelfth Monthly Application | 0.10 | 21.00 |
| 01/26/2010 FAP | B144 | A100 | Review Chadbourne notice and twelfth monthly application; update critical dates | 0.10 | 21.00 |
| FAP | B144 | A100 | Prepare affidavit of service for Chadbourne and AlixPartners twelfth fee applications (.1); file same (.1) | 0.20 | 42.00 |
| FAP | B144 | A100 | Review/respond to E. Daucher, M. McGuire and A. Landis email exchanges re: members response to examiner final reports (.1); review docket and confirm deadlines (.1) | 0.20 | 42.00 |
| AGL | B144 | A100 | review and revise response to fee examiner re: committee member expenses (.2); emails to and from Deutsch re: same (.1) | 0.30 | 195.00 |
| 01/27/2010 FAP | B144 | A100 | Review draft response to examiner's final report re: members second and third applications | 0.10 | 21.00 |
| FAP | B144 | A100 | Draft Certificate of No Objection re: Moelis eleventh monthly fee application | 0.10 | 21.00 |
| FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to Moelis' eleventh monthly fee application (.3); folllow-up email to V. Patel (.1) | 0.40 | 84.00 |
| 01/29/2010 MBM | B144 | A100 | emails with Duetsch and Landis re: fee increase issues | 0.10 | 39.50 |
| | | | | ----- | -------- |
| | | | **B144 - Non-LRC Ret. & Fee Matt** | **12.50** | **3,194.50** |
| | | | | ------------- | ---------- |
| | | | **For Current Services Rendered** | **400.90** | **158,917.50** |