# EXHIBIT "C"

{698.001-W0006175.}

Official Committee of Unsecured Creditors

February 26, 2010
Account No: 698-001
Statement No: 11153

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Travel expense | 72.00 |
| Copying | 165.30 |
| Overnight Delivery | 159.93 |
| Filing fee | 236.25 |
| Courier Fees | 942.70 |
| Online research LEXIS | 131.52 |
| Outside Duplication Services | 7,687.28 |
| US Postage | 1,157.14 |
| Court Reporter fees | 366.70 |
| **Total Expenses Thru 01/31/2010** | **$10,918.82** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 01/05/2010 | AGL | U | B122 E101 | 0.100 | 9.00 | Copying | 475 |
| 698.001 | 01/05/2010 | AGL | U | B100 E211 | | 47.41 | Outside printing - Advance Digital Legal Services, LLC - 51842 | 518 |
| 698.001 | 01/05/2010 | AGL | U | B100 E210 | | 11.20 | US Postage # Digital Legal Services, LLC - 51842 | 519 |
| 698.001 | 01/05/2010 | AGL | U | B100 E211 | | 118.99 | Outside printing - Advance Digital Legal Services, LLC - 51845 | 520 |
| 698.001 | 01/05/2010 | AGL | U | B100 E210 | | 139.65 | US Postage # Digital Legal Services, LLC - 51845 | 521 |
| 698.001 | 01/05/2010 | AGL | U | B100 E107 | | 250.50 | Delivery services/messengers TriState Courier & Carriage | 526 |
| Subtotal for Transaction Date 01/05/2010 | | | | | Billable | 576.75 | | |
| 698.001 | 01/06/2010 | AGL | U | B100 E107 | | 53.40 | Delivery services/messengers TriState Courier & Carriage | 527 |
| 698.001 | 01/06/2010 | AGL | U | B100 E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - 51913 | 531 |
| 698.001 | 01/06/2010 | AGL | U | B100 E210 | | 5.25 | US Postage # Digital Legal Services, LLC - 51913 | 532 |
| Subtotal for Transaction Date 01/06/2010 | | | | | Billable | 62.50 | | |
| 698.001 | 01/08/2010 | AGL | U | B100 E107 | | 208.00 | Delivery services/messengers TriState Courier & Carriage | 528 |
| 698.001 | 01/08/2010 | AGL | U | B100 E211 | | 118.99 | Outside printing - Advance Digital Legal Services, LLC - 51899 | 529 |
| 698.001 | 01/08/2010 | AGL | U | B100 E210 | | 139.89 | US Postage # Digital Legal Services, LLC - 51899 | 530 |
| Subtotal for Transaction Date 01/08/2010 | | | | | Billable | 466.88 | | |
| 698.001 | 01/11/2010 | AGL | U | B100 E221 | | 44.62 | Overnight Delivery FedEx | 516 |
| 698.001 | 01/11/2010 | AGL | U | B100 E211 | | 2,742.64 | Outside printing - Advance Digital Legal Services, LLC - 51947 | 533 |
| 698.001 | 01/11/2010 | AGL | U | B100 E210 | | 211.76 | US Postage # Digital Legal Services, LLC - 51947 | 534 |
| 698.001 | 01/11/2010 | AGL | U | B100 E107 | | 17.40 | Delivery services/messengers TriState Courier & Carriage | 542 |
| Subtotal for Transaction Date 01/11/2010 | | | | | Billable | 3,016.42 | | |
| 698.001 | 01/12/2010 | AGL | U | B122 E101 | 0.100 | 5.40 | Copying | 477 |
| 698.001 | 01/12/2010 | AGL | U | B100 E221 | | 44.62 | Overnight Delivery FedEx | 517 |
| Subtotal for Transaction Date 01/12/2010 | | | | | Billable | 50.02 | | |
| 698.001 | 01/13/2010 | AGL | U | B122 E101 | 0.100 | 16.20 | Copying | 478 |
| 698.001 | 01/13/2010 | AGL | U | B122 E101 | 0.100 | 1.60 | Copying | 479 |
| 698.001 | 01/13/2010 | AGL | U | B100 E211 | | 2,981.12 | Outside printing - Advance Digital Legal Services, LLC - 51954 | 535 |
| 698.001 | 01/13/2010 | AGL | U | B100 E210 | | 390.59 | US Postage # Digital Legal Services, LLC - 51954 | 536 |
| 698.001 | 01/13/2010 | AGL | U | B100 E112 | | 211.25 | Court fees TriState Courier & Carriage - USBC Retrieval | 557 |
| Subtotal for Transaction Date 01/13/2010 | | | | | Billable | 3,600.76 | | |
| 698.001 | 01/14/2010 | AGL | U | B122 E101 | 0.100 | 1.50 | Copying | 480 |
| 698.001 | 01/14/2010 | AGL | U | B122 E101 | 0.100 | 8.00 | Copying | 504 |
| 698.001 | 01/14/2010 | AGL | U | B100 E211 | | 686.79 | Outside printing - Advance Digital Legal Services, LLC - 51962 | 537 |
| 698.001 | 01/14/2010 | AGL | U | B100 E210 | | 252.70 | US Postage # Digital Legal Services, LLC - 51962 | 538 |
| 698.001 | 01/14/2010 | AGL | U | B100 E107 | | 247.00 | Delivery services/messengers TriState Courier & Carriage | 543 |
| 698.001 | 01/14/2010 | AGL | U | B100 E211 | | 972.10 | Outside printing - Advance Digital Legal Services, LLC - 51988 | 554 |
| Subtotal for Transaction Date 01/14/2010 | | | | | Billable | 2,168.09 | | |
| 698.001 | 01/15/2010 | AGL | U | B122 E101 | 0.100 | 2.10 | Copying | 505 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 01/15/2010 | AGL | U | B100 | E107 | | 17.40 Delivery services/messengers TriState Courier & Carriage | 544 |
| Subtotal for Transaction Date 01/15/2010 | | | | | | Billable | 19.50 | |
| 698.001 | 01/18/2010 | AGL | U | B122 | E101 | 0.100 | 23.80 Copying | 506 |
| Subtotal for Transaction Date 01/18/2010 | | | | | | Billable | 23.80 | |
| 698.001 | 01/19/2010 | AGL | U | B100 | E110 | | 72.00 Out-of-town travel Rebecca L. Butcher - Cab Fare in Orlando for Gutman deposition | 493 |
| 698.001 | 01/19/2010 | AGL | U | B100 | E221 | | 16.37 Overnight Delivery FedEx | 523 |
| Subtotal for Transaction Date 01/19/2010 | | | | | | Billable | 88.37 | |
| 698.001 | 01/20/2010 | AGL | U | B100 | E217 | | 366.70 Court Reporter fee U.S. Legal Support, Inc. - Transcript | 509 |
| Subtotal for Transaction Date 01/20/2010 | | | | | | Billable | 366.70 | |
| 698.001 | 01/21/2010 | AGL | U | B122 | E101 | 0.100 | 17.50 Copying | 507 |
| 698.001 | 01/21/2010 | AGL | U | B122 | E101 | 0.100 | 18.00 Copying | 508 |
| 698.001 | 01/21/2010 | AGL | U | B122 | E101 | 0.100 | 2.40 Copying | 510 |
| 698.001 | 01/21/2010 | AGL | U | B100 | E221 | | 16.37 Overnight Delivery FedEx | 524 |
| 698.001 | 01/21/2010 | AGL | U | B100 | E107 | | 36.00 Delivery services/messengers TriState Courier & Carriage | 545 |
| 698.001 | 01/21/2010 | AGL | U | B100 | E211 | | 15.39 Outside printing - Advance Digital Legal Services, LLC - 52062 | 555 |
| 698.001 | 01/21/2010 | AGL | U | B100 | E210 | | 6.10 US Postage # Digital Legal Services, LLC - 52062 | 556 |
| Subtotal for Transaction Date 01/21/2010 | | | | | | Billable | 111.76 | |
| 698.001 | 01/25/2010 | AGL | U | B122 | E101 | 0.100 | 6.30 Copying | 511 |
| 698.001 | 01/25/2010 | AGL | U | B122 | E101 | 0.100 | 40.10 Copying | 512 |
| 698.001 | 01/25/2010 | AGL | U | B100 | E221 | | 37.95 Overnight Delivery FedEx | 525 |
| 698.001 | 01/25/2010 | AGL | U | B100 | E107 | | 36.00 Delivery services/messengers TriState Courier & Carriage | 547 |
| Subtotal for Transaction Date 01/25/2010 | | | | | | Billable | 120.35 | |
| 698.001 | 01/26/2010 | AGL | U | B122 | E101 | 0.100 | 8.30 Copying | 513 |
| 698.001 | 01/26/2010 | AGL | U | B100 | E107 | | 13.00 Delivery services/messengers TriState Courier & Carriage | 548 |
| Subtotal for Transaction Date 01/26/2010 | | | | | | Billable | 21.30 | |
| 698.001 | 01/27/2010 | AGL | U | B122 | E101 | 0.100 | 4.50 Copying | 514 |
| 698.001 | 01/27/2010 | AGL | U | B100 | E107 | | 49.00 Delivery services/messengers TriState Courier & Carriage | 549 |
| Subtotal for Transaction Date 01/27/2010 | | | | | | Billable | 53.50 | |
| 698.001 | 01/28/2010 | AGL | U | B100 | E112 | | 25.00 Court fees Clerk, U.S. District Court - Marc Ashley Pro Hac | 515 |
| 698.001 | 01/28/2010 | AGL | U | B122 | E101 | 0.100 | 0.60 Copying | 539 |
| 698.001 | 01/28/2010 | AGL | U | B100 | E107 | | 5.00 Delivery services/messengers TriState Courier & Carriage | 546 |
| 698.001 | 01/28/2010 | AGL | U | B100 | E107 | | 10.00 Delivery services/messengers TriState Courier & Carriage | 550 |
| Subtotal for Transaction Date 01/28/2010 | | | | | | Billable | 40.60 | |
| 698.001 | 01/31/2010 | AGL | U | B100 | E215 | | 131.52 Online research LEXIS - Advance LexisNexis | 522 |
| Subtotal for Transaction Date 01/31/2010 | | | | | | Billable | 131.52 | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Total for Client ID 698.001 | | | | | Billable | 10,918.82 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| **GRAND TOTALS** | | | | | | | | |
| | | | | | Billable | 10,918.82 | | |