# Notice Recipients

District/Off: 0311−1           User: Brandon            Date Created: 3/1/2010
Case: 08−13141−KJC             Form ID: ntcBK           Total: 12

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty         Bryan Krakauer               bkrakauer@sidley.com
aty         Michael A. Henry             mhenry@grossmcginley.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Tribune Company       435 N. Michigan Avenue       Chicago, IL 60611
aty   Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
aty   J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty   J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty   James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
aty   Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801
aty   Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty   Patrick Theodore Garvey    Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603
aty   William S. Brody    Buchalter Nemer    1000 Wilshire Blvd., Suite 1500    Los Angeles, CA 90017

TOTAL: 9