# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | )   Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | ) |
| | )   Case No. 08-13431 (KJC) |
| Debtors. | ) |
| | )   Jointly Administered |
| | ) |

## THIRD AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR

## Los Angeles Times Communications LLC

## Case Number 08-13185

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY., et al.,[1] | ) | Case No. 08-13431 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Tribune Company, et al.,[1] (collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a/ Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

These Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements have been prepared by the Debtors' management and are unaudited and subject to further review and potential adjustment and amendment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Debtors reserve all rights to amend or supplement their Schedules and Statements.

**Reservation of Rights**. Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Cases and "As of" Information Date**. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code, except for Tribune CNLBC, LLC, f/k/a/ Chicago National League Ball Club, LLC, which filed on October 12, 2009. Such filing dates are referred to herein as the "Petition Date." The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order jointly administering these Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b) (with the exception of Tribune CNLBC, LLC, the chapter 11 case of which is jointly administered with the other Debtors' chapter 11 cases by order entered on October 14, 2009).

The Debtors each filed for bankruptcy during the middle of the business day on the applicable Petition Date. As it is impractical to determine assets and liabilities during the middle of a business day, the books were closed as of the end of prior business day with certain adjustments for material, identifiable transactions that occurred between midnight and the filing of the petitions on the applicable Petition Date.

**Basis of Presentation**. The Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a nonconsolidated basis where possible. Accordingly,

---

[2]    These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a "General Note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

the totals listed in the Schedules and Statements may not be comparable to Tribune Company consolidated financial reports prepared for public reporting purposes or otherwise as those reports include Tribune Company and each of its subsidiaries, some of which are not Debtors in these proceedings.

For purposes of the Schedules and Statements, the Debtors used reasonable efforts to attribute the assets and liabilities of each of their businesses to the proper legal entity; however, because the Debtors' accounting systems are designed to report for purposes of operational and managerial decision making, rather than by individual legal entity, it is possible that not all assets or liabilities have been recorded at the correct legal entity on the Schedules and Statements. As such, the Debtors reserve all rights to amend these Schedules and Statements accordingly.

Although these Schedules and Statements may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Statements and Schedules neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not a conclusion that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that a Debtor shows more liabilities than assets, this is not a conclusion that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Confidentiality**. There may be instances within the Schedules and Statements where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtors and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Consolidated Entity Accounts Payable and Disbursement Systems**. The Debtors use a centralized cash management system to collect funds from customers into their primary concentration accounts and maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Debtors currently disburse nearly all of their accounts payable and payroll obligations through Tribune Company accounts. Payments made by Tribune Company to third parties on behalf of other affiliated Debtors are reflected as payments to creditors in Statement Question 3b of Tribune Company's Statement of Financial Affairs, although such payments may have been made on behalf of an entity other than Tribune Company.

The Debtors also maintain twelve direct debit accounts for postage payments and tax payments. These accounts are held by various Debtors and are debited by the U.S. Postal Service or various tax authorities in the ordinary course of business. These direct debit disbursements are reflected as payments to creditors in Statement Question 3b of the applicable Debtor. Finally, there are certain other disbursement accounts which have been reflected as payments to creditors in Statement Question 3b of the applicable Debtor.

**Intercompany Claims**.  Receivables and payables among the Debtors and/or the Debtors and non-Debtor subsidiaries of Tribune Company in these cases (each an "<u>Intercompany Receivable</u>" or "<u>Intercompany Payable</u>" and, collectively, the "<u>Intercompany Claims</u>") are reported as assets on Schedule B or liabilities on Schedule F.  These Intercompany Claims are comprised primarily of the following components: 1) concentration of accounts receivable collections from the various Debtors to Tribune Company, 2) accounts payable and payroll disbursements made out of Tribune Company bank accounts on behalf of other Debtors, 3) centrally billed expenses, 4) corporate expense allocations, and 5) accounting for other intercompany transactions.  These Intercompany Claims may or may not result in allowed or enforceable claims by or against a given Debtor, and by listing these claims the Debtors are not indicating a conclusion that the Intercompany Claims are enforceable.  Intercompany Claims may also be subject to set off, recoupment, and netting not reflected in the Schedules.  In situations where there is not an enforceable claim, the assets and/or liabilities of the applicable Debtor may be greater or lesser than the amounts stated herein.  All rights to amend the Intercompany Claims in the Schedules and Statements are reserved.

The Debtors have listed all intercompany payables as unsecured non-priority claims on Schedule F for each applicable Debtor but reserve their rights to later change the characterization, classification, categorization or designation of such claims.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) as (a) directors, (b) officers, (c) relatives of directors or officers of the Debtors and (d) any managing agent of the Debtors.  Payments to insiders listed in (a) through (d) above are set forth on Statement 3c.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Excluded Accruals/GAAP entries**.  The Debtors' balance sheets reflect liabilities recognized in accordance with GAAP; however, not all such liabilities would result in a claim against the Debtors and thus certain liabilities (including but not limited to certain reserves, deferred charges, and future contract obligations) have not been included in the Debtors' Schedules.  The Debtors have also excluded from the Schedules certain assets that have no book value and certain assets recorded in accordance with GAAP, including those associated with the aforementioned liabilities (such as future contract benefits).  (See Note on Schedule F below for addition information on certain excluded liabilities)  Other immaterial assets and liabilities may also have been excluded.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

      a.    **Foreign Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

b.  **Current Market Value — Net Book Value**.  In many instances, current market valuations are neither maintained by nor readily available to the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are otherwise not readily available.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date and may not reflect the net realizable value.  For this reason, amounts ultimately realized will vary, at some times materially, from net book value.

c.  **Paid Claims**.   Pursuant to certain first-day orders issued by the Bankruptcy Court (the "First Day Orders"), the Bankruptcy Court has authorized the Debtors to pay certain outstanding prepetition claims, such as certain employee wages and benefit claims, claims for taxes and fees, claims related to customer programs, critical vendor claims, broker claims, claims of shippers and warehousemen and claims related to insurance policies and premiums.  Unless otherwise stated, these Schedules and Statements reflect (and do not list) prepetition obligations that have been satisfied pursuant to such First Day Orders.  Notwithstanding best efforts, certain claims paid pursuant to a First Day Order may inadvertently be listed in the Schedules and Statements, and the Debtors may pay some of the claims listed on the Schedules and Statements in the ordinary course of business during these cases pursuant to such First Day Orders or other court orders.  To the extent claims listed on the Schedules and Statements have been paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements as is necessary and appropriate.  Moreover, certain of the First Day Orders preserve the rights of parties in interest to dispute any amounts paid pursuant to First Day Orders.  Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to a First Day Order that preserves such right to contest.

d.  **Setoffs**.   The Debtors routinely incur certain setoffs from customers or suppliers in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industries and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

e. **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections and/or setoffs with respect to same.

f. **Accounts Receivable**. The accounts receivable information listed on Schedule B includes net receivables from the Debtors' customers which receivables are calculated net of any amounts that, as of the Petition Date, may be owed to such customers in the form of rebates, offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies. In certain cases, a claim may be listed on Schedule F to the extent that a net payable remains to a given customer. Many of the Debtors sell their accounts receivable from advertising customers to Tribune Company, which in turn sells the receivables to Tribune Receivables, LLC ("TREC"), a non-debtor subsidiary of Tribune Company. TREC has pledged the receivables as security for loans borrowed by it under a securitization facility. TREC remits the proceeds of the loans to Tribune Company as part of the purchase price for the receivables.

g. **Mechanics' Liens**. The inventories, property and equipment listed in these Schedules and Statements are presented without consideration of any mechanics' liens.

h. **Leases**. In the ordinary course of business, the Debtors may lease certain fixtures and equipment from certain third party lessors for use in the daily operation of their businesses. The Debtors' obligations pursuant to capital leases appear on Schedule D and their obligations pursuant to operating leases have been listed on Schedule F. The underlying lease agreements are listed on Schedule G. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

**Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

**Estimates**. To timely close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date. The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

**Totals**.  The asset totals listed on Schedules A and B represent all known amounts included in the Debtors' books and records as of the Petition Date.  The liability totals listed on Schedule F, however, reflect post-petition payments on prepetition claims made pursuant to First Day Orders, as noted above.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  Also as noted above, certain liabilities reflected in the books and records in accordance with GAAP, but which would not represent a claim against the Debtors, are not reflected on Schedule F.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," (c) on Schedule F as "unsecured priority," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**Claims Description**.  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtors reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their respective Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

**Guaranties and Other Secondary Liability Claims**.  The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively "Guaranties") in their executory contracts, unexpired leases, secured financing, debt instruments and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing.  Where such Guaranties have been identified, they have been included in the relevant Schedule.  The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guaranties with respect to the Debtors' contracts and leases are not included on Schedule H and the Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments and similar agreements may have been inadvertently omitted from the Schedules but that such Guaranties may be identified upon further review.  Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

**Schedule A**.  Schedule A of a particular Debtor includes solely that Debtor's owned real property.  As noted herein, the values listed for the various properties are the net book values.

**Schedule B**.

*Wearing Apparel*.  The Debtors have a small inventory of branded apparel that is used solely for promotional purposes and is not sold or otherwise distributed for sale by others.  Because of the negligible value of this apparel and the limited quantities maintained by the Debtors, the Debtors have not attempted to assess the value in connection with this Schedule.  Certain Debtors hold

other inventory of branded apparel which is held for sale at company stores and which is listed as Other Inventory under Schedule B.30.

*Intellectual Property*.  The Debtors have more than 17,400 registered copyrights which have not been listed in their response to Schedule B.22.  These copyrights are available in the public domain.  Furthermore, the Debtors have numerous other pieces of unregistered intellectual property which have not been included in Schedule B.22.

*Customer lists*.  All values for customer lists where applicable are included in the amounts listed for general intangibles.

**Schedule D — Creditors Holding Secured Claims**.  Except as otherwise agreed pursuant to a stipulation and agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposit posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.

**Schedule E — Creditors Holding Unsecured Priority Claims**.  Listed on the Schedule E for each of the Debtors are claims owing to various taxing authorities to which the Debtors may potentially be liable.  However, certain of such claims may be subject to on-going audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E.  Therefore, the Debtors have listed all such claims as unknown in amount, pending final resolution of on-going audits or other outstanding issues.  Other claims listed in Schedule E are claims owing to terminated and/or inactive employees for unclaimed payroll-related checks earned within 180 days of the Petition Date.

The Debtors have not listed on Schedule E any tax, wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to a First Day Order.  The Debtors believe that all such claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders.  The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule F — Creditors Holding Unsecured Nonpriority Claims**.  The Debtors have attempted to relate all liabilities to each particular Debtor.  As a result of the Debtors'

consolidated operations, however, the reader should review Schedule F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors.

Certain creditors owe amounts to the Debtors and, as such, may have valid setoff and recoupment rights with respect to such amounts. Although the Debtors may have taken setoffs into account when scheduling the amounts owed to creditors, the Debtors reserve all rights to challenge such setoff and recoupment rights. The Debtors have not reduced the scheduled claims to reflect any such right of setoff or recoupment and reserve all rights to challenge any setoff and/or recoupment rights asserted. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule F. The Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F of any Debtor.

Schedule F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in the Schedules.

While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such have not been included on Schedule F. In addition, the Debtors are still finalizing certain payments of prepetition obligations under orders approved by the Bankruptcy Court and those payments would reduce the amounts listed herein.

**Schedule G — Executory Contracts and Unexpired Leases**.  The businesses of the Debtors are complex. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively the "Agreements"), review is ongoing and inadvertent errors, omissions or over-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. In addition, Schedule G does not include certain confidential agreements which, by their terms, prohibit disclosure of the existence of such agreements. The Debtors have also not listed on Schedule G any customer programs-related obligations for which the Debtors have been granted authority to pay pursuant to a First Day Order. Omission of an Agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreement. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

Any and all of the Debtors' rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve

all of their rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) to amend or supplement such Schedule as necessary.

Certain of the Agreements listed on Schedule G may have been entered into by more than one of the Debtors.  Additionally, the specific Debtor obligor(s) to certain of the Agreements could not be specifically ascertained in every circumstance.  In such cases, the Debtors made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such Agreements have been listed on Schedule G for Tribune Company.  Certain of the Agreements may not have been memorialized and could be subject to dispute.

**Schedule H — Co-Debtors**.  Certain of the Debtors are co-debtors with respect to the senior facility and the bridge facility.  For purposes of Schedule H, only the collateral agent or indenture trustee is listed for such borrowings.  Additionally, there may be instances where litigation is brought against multiple legal entities.  Where possible, such litigation is listed on Schedule F of the appropriate Debtor and on Schedule H.  However, not all such litigation is reflected in Schedule H.  Co-debtors and/or co-obligors with respect to leases and contracts are listed on Schedule F as applicable but are not listed on Schedule H.

**Statement of Financial Affairs**.  All amounts that remain outstanding to any creditor listed on SOFA 3b or 3c are reflected in Schedule E and F as applicable.  Any creditor wishing to verify any outstanding indebtedness should review those Schedules.

_SOFA 2 – Other Income_.  From time to time, the Debtor may have de minimis income from sources other than the operation of business that will not appear on SOFA 2.

_SOFA 7 – Gifts_.  The Debtors have listed gifts according to the legal entity making the disbursement, however, in certain instances, such disbursement is made on behalf of another debtor entity.

_SOFA 10a – Other Transfers_.  In response to Statement Question 10a, the Debtors have listed many transactions that they believe to be ordinary course, but have nonetheless disclosed them out of an abundance of caution.

_SOFA 11 – Closed Financial Accounts_.  Certain financial instruments were sold during the applicable period and have been listed in response to Statement Question 2 for Tribune Company.

_SOFA 14 – Property Held for Others_.  In the ordinary course of business and in accordance with industry custom, certain Debtors retain a significant amount of ink, newsprint and other materials which are owned by the Debtors' customers or vendors.  Such a Debtor generally agrees to pay its vendors if and when such raw materials are actually used by the Debtor, as determined by periodic reconciliation of such amounts between such vendors and the Debtor.  All of the Debtors newspapers hold preprinted inserts provided by customers which are awaiting insertion by the Debtors into their products.

**<u>Debtor-Specific Note</u>**

Los Angeles Times Communications LLC (08-13185) is owned by the holding company Tribune Los Angeles, Inc.  (08-13233) The financial results of Los Angeles Times Communications LLC are maintained on a consolidated basis with and included in the financial results of i) Tribune Los Angeles, Inc. and ii) Los Angeles Times Newspapers, Inc. (08-13187).  Therefore, to obtain a complete understanding of Los Angeles Times Communications LLC, the reader should review the Schedules and Statements of Tribune Los Angeles, Inc. and Los Angeles Times Newspapers, Inc. in conjunction with a review of these Schedules and Statements.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### _____ District Of Delaware_____

In re  Los Angeles Times Communications LLC_____,          Case No. 08-13185_____
                     Debtor

                                                             Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $   229,994,705.00 | | |
| B - Personal Property | | 18 | $  6,626,318,600.21 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $            0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 16 | | $         4,919.45 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 342 | | $    4,566,263,689.06 | |
| G - Executory Contracts and Unexpired Leases | | 623 | | | |
| H - Codebtors | | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $      N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $      N/A |
| TOTAL | | 1006 | $  6,856,313,305.21 | $    4,566,268,608.51 | |

B6A (Official Form 6A) (12/07)

In re **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                    **Debtor**                                                      **(If known)**

# SCHEDULE A – REAL PROPERTY

   Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Office at 220 First Street, Los Angeles, CA | Fee Simple | | Undetermined | None |
| Office at 100 South Broadway, Los Angeles, CA | Fee Simple | | Undetermined | None |
| Plant at 1375 Sunflower, Costa Mesa, CA | Fee Simple | | Undetermined | None |
| Office at 213 South Spring St., Los Angeles, CA | Fee Simple | | Undetermined | None |
| Office at 202 West First Street, Los Angeles, CA | Fee Simple | | Undetermined | None |
| Plant at 2000 East 8th Street, Los Angeles, CA | Fee Simple | | Undetermined | None |
| Aggregate book value of all owned properties | | | $229,994,705.00 | |

                                                    Total ▶   | $ 229,994,705.00 |

                                                    (Report also on Summary of Schedules.)

The value stated above is net book value.

B6B (Official Form 6B) (12/07)

In re  **Los Angeles Times Communications LLC**_____,                    Case No.  **08-13185**_____
_____**Debtor**                                                                                  **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 100900 - Petty Cash | | $4,770.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooporatives. | | See attached rider | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Distributor Rental Security Deposits | | $604,808.37 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork | | $466,908.44 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No. 08-13185_____
               **Debtor**                                                     **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached rider | | $902,577,989.55 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached rider | | $5,478,225,793.05 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See attached rider | | $3,610,355.41 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,                    Case No. 08-13185
                    **Debtor**                                                                     **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Property Tax Refunds | | Undetermined |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached rider | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached rider | | $24,017,398.31 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached rider | | $113,155.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached rider | | $12,513,054.77 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached rider | | $134,613,902.70 |
| 30. Inventory. | | See attached rider | | $30,794,627.45 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No. 08-13185
                        Debtor                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | See attached rider | | $38,775,837.16 |
| | | | Total ▶ | $ 6,626,318,600.21 |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re: Los Angeles Times Communications  LLC**                                    **Case No. 08-13185**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.2 -  Bank Accounts**

| BANK | ADDRESS | ACCOUNT TYPE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|---|
| VTB Bank | 29 Ul.Bolshaya Morskaya St. Petersburg, Russia | Other - MISC | ******************237 | |
| JPMorgan Chase Bank | One Chase Plaza, Fl 7 New York, NY  10005 | Other Receivables - Circulation - Circulation | *************150 | $0.00 |
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Other Receivables - Business Unit - Credit Card | *******168 | $0.00 |
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Other Receivables - Business Unit - Concentration | *******171 | $0.00 |
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Receivables Facility - Advertising | *******912 | $0.00 |
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Receivables Facility  - Credit Card | *******917 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total**      $0.00

**In re: Los Angeles Times Communications LLC**                                                    **Case No. 08-13185**

## SCHEDULE B -PERSONAL PROPERTY
### Rider B.13 - Stocks and interests in incorporated businesses

| NAME OF BUSINESS | Net Book Value |
|---|---|
| 153450 - Investment In Sub-TM Lic Inc | $898,992,252.18 |
| 154015 - LA Investments | $3,585,737.37 |

| | |
|---|---|
| **Total** | **$902,577,989.55** |

**In re: Los Angeles Times Communications LLC**                                                    **Case No. 08-13185**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.16 - Accounts Receivable**

| DESCRIPTION | VALUE |
|---|---|
| 102000 - Advertising Receivable | $112,926,741.19 |
| 102099 - Securitized Receivables | ($112,291,810.51) |
| 102230 - Circ Receivable - National | $1,479,442.27 |
| 102240 - Circ Receivable - Other | $158,372.23 |
| 102250 - Circ Receivable - Single Copy | ($9,417.51) |
| 102260 - Circ Receivable - Stores | $1,243,399.28 |
| 102270 - Circ Rcvbl - Subscriber Debits | $4,429,253.63 |
| 102900 - Biweekly with a Lag Advance | $4,801.45 |
| 102910 - Employee Advances | $134,214.14 |
| 102700 - Other A/R | $2,460,683.28 |
| 103100 - Allow for Adv-Open Cont Adjust | ($744,774.71) |
| 103110 - Allow - Bad Debts-Advertising | ($1,100,996.48) |
| 103130 - Allow -Billing Errors Advert | ($1,075,710.42) |
| 103500 - Allow - Bad Debts-Circulation | ($417,521.11) |
| 103510 - Allow - Sls Return-Circulation | ($40,905.44) |
| Intercompany Receivable from 5800 Sunset Production, Inc. | $4,000.00 |
| Intercompany Receivable from Chicago Tribune Company | $5,107,583.40 |
| Intercompany Receivable from Chicagoland Publishing Company | $40,730.70 |
| Intercompany Receivable from Forsalebyowner.com Corp. | $661.26 |
| Intercompany Receivable from Hoy, LLC | $0.04 |
| Intercompany Receivable from Metromix LLC | $375.00 |
| Intercompany Receivable from NewsCom Partnership | $543,556.43 |
| Intercompany Receivable from Orlando Sentinel Communications Company | $111,498.77 |
| Intercompany Receivable from Sentinel Communications News Ventures, Inc. | $796.61 |
| Intercompany Receivable from Southern Connecticut Newspapers, Inc. | $22,034.92 |
| Intercompany Receivable from Sun-Sentinel Company | $426,747.14 |
| Intercompany Receivable from The Daily Press, Inc. | $76,176.38 |
| Intercompany Receivable from The Hartford Courant Company | $397,655.83 |
| Intercompany Receivable from The Morning Call, Inc. | $176,823.01 |
| Intercompany Receivable from Tribune Broadcasting News Network, Inc. | $27,043.86 |
| Intercompany Receivable from Tribune California Properties, Inc. | $135,409.24 |
| Intercompany Receivable from Tribune Company | $4,979,008,544.15 |
| Intercompany Receivable from Tribune New York Newspaper Holdings, LLC | $240,104.43 |
| Intercompany Receivable from Tribune Publishing Company | $484,750,280.59 |

**Total:**  $5,478,225,793.05

**In re: Los Angeles Times Communications LLC**                                    **Case No. 08-13185**

### SCHEDULE B -PERSONAL PROPERTY
**Rider B.18 -  Other liquidated debts owed to debtor including tax refunds**

| NAME OF BUSINESS | Net Book Value |
|---|---|
| California State Sales tax refund (2000-2006) | $2,484,683.00 |
| Less:  Consultant's Fee | -$528,938.00 |
| LA City Business License (2006-2008) | -$475,568.19 |
| Newsrack permits | -$50,090.50 |
| Franchise Tax Board - SC Distr Milton Lambrou | -$523.88 |
| Liabilities owed to Dealers | -$5,965.65 |
| Educational Advances | $179,468.83 |
| Unsecured Loan to Home Delivery Distributors | $632,031.13 |
| ZBA Account | $134,214.14 |
| Bureau Expense Advances | $1,241,044.53 |
| **TOTAL:** | $3,610,355.41 |

In re: Los Angeles Times Communications LLC                                    Case No. 08-13185

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.22 - Patents, copyrights, and other intellectual property**

| U.S. Trademark | Serial No. | Application Date | Value | Owner |
|---|---|---|---|---|
| CALENDAR | 1598514 | 5/29/1990 | Undetermined | Los Angeles Times Communications LLC |
| CALENDAR LIVE! | 2379101 | 8/22/2000 | Undetermined | Los Angeles Times Communications LLC |
| CALENDAR LIVE! & Design | 2679344 | 1/28/2003 | Undetermined | Los Angeles Times Communications LLC |
| CALENDARLIVE.COM | 2393077 | 10/10/2000 | Undetermined | Los Angeles Times Communications LLC |
| CALIFORNIA WEEKEND DIRECT | 2740666 | 7/22/2003 | Undetermined | Los Angeles Times Communications LLC |
| COMPANY TOWN | 77344793 | 12/5/2007 | Undetermined | Los Angeles Times Communications LLC |
| COUNTER INTELLIGENCE | 1953861 | 1/30/1996 | Undetermined | Los Angeles Times Communications LLC |
| FALL SNEAKS | 2291757 | 11/9/1999 | Undetermined | Los Angeles Times Communications LLC |
| FESTIVAL OF BOOKS | 2113177 | 11/11/1997 | Undetermined | Los Angeles Times Communications LLC |
| FESTIVAL OF BOOKS | 2106058 | 10/14/1997 | Undetermined | Los Angeles Times Communications LLC |
| HIGHWAY 1 | 2283130 | 10/5/1999 | Undetermined | Los Angeles Times Communications LLC |
| HOLIDAY SNEAKS | 2291756 | 11/9/1999 | Undetermined | Los Angeles Times Communications LLC |
| HOLLYWOOD BACKLOT | 77474730 | 5/15/2008 | Undetermined | Los Angeles Times Communications LLC |
| HOT PROPERTY | 2285097 | 10/12/1999 | Undetermined | Los Angeles Times Communications LLC |
| IN PRINT. ONLINE. YOUR FUTURE IS HERE | 2730693 | 6/24/2003 | Undetermined | Los Angeles Times Communications LLC |
| JUBILEE OF JOBS | 2367255 | 7/11/2000 | Undetermined | Los Angeles Times Communications LLC |
| LOS ANGELES TIMES TRAVEL AND ADVENTURE SHOW | 77645473 | 1/8/2009 | Undetermined | Los Angeles Times Communications LLC |
| MATH YOU CAN BANK ON | 2299994 | 12/14/1999 | Undetermined | Los Angeles Times Communications LLC |
| MATH YOU CAN BANK ON | 2302738 | 12/21/1999 | Undetermined | Los Angeles Times Communications LLC |
| PERFORMING BOOKS | 3114260 | 7/11/2006 | Undetermined | Los Angeles Times Communications LLC |
| PLAN-IT EARTH | 2328603 | 3/14/2000 | Undetermined | Los Angeles Times Communications LLC |
| PLAN-IT EARTH | 3411499 | 4/15/2008 | Undetermined | Los Angeles Times Communications LLC |
| PREP NET | 2376308 | 8/8/2000 | Undetermined | Los Angeles Times Communications LLC |
| READING, WRITING, RESULTS | 2378198 | 8/15/2000 | Undetermined | Los Angeles Times Communications LLC |
| SNEAKS | 2323592 | 2/29/2000 | Undetermined | Los Angeles Times Communications LLC |
| SNEAKS | 77568062 | 9/11/2008 | Undetermined | Los Angeles Times Communications LLC |
| SO CAL | 2510735 | 11/20/2001 | Undetermined | Los Angeles Times Communications LLC |
| STEPS TO DISCOVERY | 2468856 | 7/17/2001 | Undetermined | Los Angeles Times Communications LLC |
| SUMMER SNEAKS | 2320849 | 2/22/2000 | Undetermined | Los Angeles Times Communications LLC |
| THE ENVELOPE | 3193182 | 1/2/2007 | Undetermined | Los Angeles Times Communications LLC |
| THINKING FORWARD, LOOKING BACK | 2669489 | 12/31/2002 | Undetermined | Los Angeles Times Communications LLC |
| TICKER TAPE RALLY | 2269052 | 8/10/1999 | Undetermined | Los Angeles Times Communications LLC |
| TICKER TAPE RALLY | 2269055 | 8/10/1999 | Undetermined | Los Angeles Times Communications LLC |
| TICKER TAPE RALLY STOCK MARKET GAME | 1708150 | 8/18/1992 | Undetermined | Los Angeles Times Communications LLC |
| TIMES COMMUNITY NEWS | 2332390 | 3/21/2000 | Undetermined | Los Angeles Times Communications LLC |
| TIMES COMMUNITY NEWS | 2328687 | 3/14/2000 | Undetermined | Los Angeles Times Communications LLC |
| TIMES DIRECT MARKETING & Design | 3019941 | 11/29/2005 | Undetermined | Los Angeles Times Communications LLC |

| | | | |
|---|---|---|---|
| TIMES IN EDUCATION | 2295095 | 11/30/1999 Undetermined | Los Angeles Times Communications LLC |
| TIMES ORANGE COUNTY | 1607461 | 7/24/1990 Undetermined | Los Angeles Times Communications LLC |
| TIMES VALLEY EDITION | 2319162 | 2/15/2000 Undetermined | Los Angeles Times Communications LLC |
| TIMES VALLEY EDITION & Design | 2316579 | 2/8/2000 Undetermined | Los Angeles Times Communications LLC |
| TIMESCODE | 77377014 | 1/22/2008 Undetermined | Los Angeles Times Communications LLC |
| YOUR SCENE | 78966926 | 9/5/2006 Undetermined | Los Angeles Times Communications LLC |

| Domain Name | Value | Owner |
|---|---|---|
| 1800LATIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| 1-800-LATIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| AUTOPIX.ORG | Undetermined | Los Angeles Times Communications LLC |
| BIGTRUCKBUYS.NET | Undetermined | Los Angeles Times Communications LLC |
| BIGTRUCKBUYS.ORG | Undetermined | Los Angeles Times Communications LLC |
| BOATBUYS.NET | Undetermined | Los Angeles Times Communications LLC |
| BOATBUYS.ORG | Undetermined | Los Angeles Times Communications LLC |
| BURBANKLEADER.COM | Undetermined | Los Angeles Times Communications LLC |
| BURBANKLEADER.NET | Undetermined | Los Angeles Times Communications LLC |
| BURBANKLEADER.ORG | Undetermined | Los Angeles Times Communications LLC |
| CALANDARLIVE.COM | Undetermined | Los Angeles Times Communications LLC |
| CALANDERLIVE.COM | Undetermined | Los Angeles Times Communications LLC |
| CALENDARGUIDE.COM | Undetermined | Los Angeles Times Communications LLC |
| CALENDARLIVE.BIZ | Undetermined | Los Angeles Times Communications LLC |
| CALENDARLIVE.COM | Undetermined | Los Angeles Times Communications LLC |
| CALENDARLIVE.INFO | Undetermined | Los Angeles Times Communications LLC |
| CALENDARLIVE.MOBI | Undetermined | Los Angeles Times Communications LLC |
| CALENDERLIVE.COM | Undetermined | Los Angeles Times Communications LLC |
| CARAVANEXPRESS.COM | Undetermined | Los Angeles Times Communications LLC |
| CARSWEEKLY.NET | Undetermined | Los Angeles Times Communications LLC |
| CARSWEEKLY.ORG | Undetermined | Los Angeles Times Communications LLC |
| CCNPREPRINT.COM | Undetermined | Los Angeles Times Communications LLC |
| COASTLINEPILOT.COM | Undetermined | Los Angeles Times Communications LLC |
| CRESCENTAVALLEYONLINE.COM | Undetermined | Los Angeles Times Communications LLC |
| CYCLEANDBOATBUYS.COM | Undetermined | Los Angeles Times Communications LLC |
| CYCLEANDBOATBUYS.NET | Undetermined | Los Angeles Times Communications LLC |
| CYCLEANDBOATBUYS.ORG | Undetermined | Los Angeles Times Communications LLC |
| CYCLEBUYS.NET | Undetermined | Los Angeles Times Communications LLC |
| CYCLEBUYS.ORG | Undetermined | Los Angeles Times Communications LLC |
| DAILYPILOT.COM | Undetermined | Los Angeles Times Communications LLC |
| DAILYPILOT.NET | Undetermined | Los Angeles Times Communications LLC |
| DAILYPILOT.ORG | Undetermined | Los Angeles Times Communications LLC |
| DISCOVERCONEJOVALLEY.COM | Undetermined | Los Angeles Times Communications LLC |
| FOOTHILLLEADER.COM | Undetermined | Los Angeles Times Communications LLC |
| FOOTHILLLEADER.ORG | Undetermined | Los Angeles Times Communications LLC |
| GLENDALENEWSPRESS.COM | Undetermined | Los Angeles Times Communications LLC |
| GLENDALENEWSPRESS.ORG | Undetermined | Los Angeles Times Communications LLC |
| HBDAILYPILOT.COM | Undetermined | Los Angeles Times Communications LLC |
| HBINDEPENDENT.COM | Undetermined | Los Angeles Times Communications LLC |
| HBINDY.COM | Undetermined | Los Angeles Times Communications LLC |
| HOMESANDOPENHOUSES.COM | Undetermined | Los Angeles Times Communications LLC |
| IRVINEPILOT.COM | Undetermined | Los Angeles Times Communications LLC |
| JOBS-IE.COM | Undetermined | Los Angeles Times Communications LLC |
| JOBS-IE.NET | Undetermined | Los Angeles Times Communications LLC |
| JOBS-IE.ORG | Undetermined | Los Angeles Times Communications LLC |
| JOBS-LA.COM | Undetermined | Los Angeles Times Communications LLC |
| JOBS-LA.NET | Undetermined | Los Angeles Times Communications LLC |
| JOBS-LA.ORG | Undetermined | Los Angeles Times Communications LLC |
| JOBSMAGONLINE.COM | Undetermined | Los Angeles Times Communications LLC |
| JOBS-SFV.COM | Undetermined | Los Angeles Times Communications LLC |

| Domain Name | Value | Owner |
|---|---|---|
| JOBS-SFV.NET | Undetermined | Los Angeles Times Communications LLC |
| JOBS-SFV.ORG | Undetermined | Los Angeles Times Communications LLC |
| LADISPLAYS.COM | Undetermined | Los Angeles Times Communications LLC |
| LADISPLAYS.NET | Undetermined | Los Angeles Times Communications LLC |
| LAFESTIVALOFBOOKS.COM | Undetermined | Los Angeles Times Communications LLC |
| LAGUNANIGUELPILOT.COM | Undetermined | Los Angeles Times Communications LLC |
| LAOFFTHEMAP.COM | Undetermined | Los Angeles Times Communications LLC |
| LASHOPPING.INFO | Undetermined | Los Angeles Times Communications LLC |
| LATFESTIVALOFBOOKS.COM | Undetermined | Los Angeles Times Communications LLC |
| LATFOB.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMES.BIZ | Undetermined | Los Angeles Times Communications LLC |
| LATIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMES.INFO | Undetermined | Los Angeles Times Communications LLC |
| LATIMES.JOBS | Undetermined | Los Angeles Times Communications LLC |
| LATIMESARCHIVE.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESBOOKPRIZES.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESBOOKS.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESCALENDAR.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESEVENTS.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESFESTIVALOFBOOKS.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESINTERACTIVE.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESTRAVELANDADVENTURESHOW.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMESTRAVELSHOW.COM | Undetermined | Los Angeles Times Communications LLC |
| LATIMS.COM | Undetermined | Los Angeles Times Communications LLC |
| LATRAVELANDADVENTURESHOW.COM | Undetermined | Los Angeles Times Communications LLC |
| LATTRAVELANDADVENTURESHOW.COM | Undetermined | Los Angeles Times Communications LLC |
| LATTRAVELSHOW.COM | Undetermined | Los Angeles Times Communications LLC |
| LBDAILYPILOT.COM | Undetermined | Los Angeles Times Communications LLC |
| LOCALCOMMUNITYVALUES.COM | Undetermined | Los Angeles Times Communications LLC |
| LOSANGELESTIMES.BIZ | Undetermined | Los Angeles Times Communications LLC |
| LOSANGELESTIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| LOSANGELESTIMES.INFO | Undetermined | Los Angeles Times Communications LLC |
| LOSANGELESTIMES.JOBS | Undetermined | Los Angeles Times Communications LLC |
| LOSANGELESTIMESFESTIVALOFBOOKS.COM | Undetermined | Los Angeles Times Communications LLC |
| LOSANGELESTIMESTRAVELANDADVENTURE.COM | Undetermined | Los Angeles Times Communications LLC |
| LOSANGELESTIMESTRAVELSHOW.COM | Undetermined | Los Angeles Times Communications LLC |
| MISSIONVIEJOPILOT.COM | Undetermined | Los Angeles Times Communications LLC |
| MOVEABLEBUFFET.COM | Undetermined | Los Angeles Times Communications LLC |
| MYLATIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| NEWSDISTR.COM | Undetermined | Los Angeles Times Communications LLC |
| ORANGECOUNTYTIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| ORDERLATIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| OURTIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| PETRUCCISRESTAURANT.COM | Undetermined | Los Angeles Times Communications LLC |
| READINGBY9.NET | Undetermined | Los Angeles Times Communications LLC |
| READINGBY9.ORG | Undetermined | Los Angeles Times Communications LLC |
| RECREATIONALVECHICLEBUYS.COM | Undetermined | Los Angeles Times Communications LLC |
| RECREATIONALVECHICLEBUYS.NET | Undetermined | Los Angeles Times Communications LLC |
| RECREATIONALVECHICLEBUYS.ORG | Undetermined | Los Angeles Times Communications LLC |
| RECYCLER.INFO | Undetermined | Los Angeles Times Communications LLC |
| RECYCLER.JOBS | Undetermined | Los Angeles Times Communications LLC |
| RECYCLERCLASSIFIEDS.BIZ | Undetermined | Los Angeles Times Communications LLC |
| RVBUYS.NET | Undetermined | Los Angeles Times Communications LLC |
| RVBUYS.ORG | Undetermined | Los Angeles Times Communications LLC |
| SHERATONLAHARBOR.COM | Undetermined | Los Angeles Times Communications LLC |
| TCN-NEWSPRESS.COM | Undetermined | Los Angeles Times Communications LLC |
| THEENVELOPE.COM | Undetermined | Los Angeles Times Communications LLC |
| THEENVELOPE.MOBI | Undetermined | Los Angeles Times Communications LLC |
| THELATIMES.COM | Undetermined | Los Angeles Times Communications LLC |
| THELOSANGELESTIMES.COM | Undetermined | Los Angeles Times Communications LLC |

| Domain Name | Value | Owner |
| --- | --- | --- |
| TIMESCOMMUNITYNEWS.COM | Undetermined | Los Angeles Times Communications LLC |
| TIMESDIRECT.COM | Undetermined | Los Angeles Times Communications LLC |
| TIMESLINK.COM | Undetermined | Los Angeles Times Communications LLC |
| TIMESMIRROR.COM | Undetermined | Los Angeles Times Communications LLC |
| TIMESOC.COM | Undetermined | Los Angeles Times Communications LLC |
| TIMESONDEMAND.COM | Undetermined | Los Angeles Times Communications LLC |
| TIMESORANGECOUNTY.COM | Undetermined | Los Angeles Times Communications LLC |
| TRAVELANDADVENTURESHOW.COM | Undetermined | Los Angeles Times Communications LLC |
| TRUCKBUYS.ORG | Undetermined | Los Angeles Times Communications LLC |
| VALLEYSUN.NET | Undetermined | Los Angeles Times Communications LLC |
| VALUEPREPRINT.NET | Undetermined | Los Angeles Times Communications LLC |

**In re: Los Angeles Times Communications LLC**                    **Case No. 08-13185**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.23 - Licenses, franchises and general intangibles

| DESCRIPTION | Net Book Value |
| --- | --- |
| 143050 - Software | 33,212,115 |
| 148090 - Accum Depr-Software | (25,552,800) |
| 152500 - Other Intangible Assets | 82,452 |
| 152510 - Non Compete | 94,784 |
| 152530 - Intang - Subscriber | 37,000,000 |
| 152950 - Other Intangible Amort | (89,663) |
| 152960 - Accum - Subscriber | (20,729,489) |

| | |
| --- | --- |
| **Total:** | **$24,017,398.31** |

**In re: Los Angeles Times Communications LLC**                                    **Case No. 08-13185**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.25 - Automobiles and other vehicles**

| DESCRIPTION | Net Book Value |
|---|---|
| 143090 - Autos | $1,244,213.89 |
| 143100 - Trucks | $592,768.71 |
| 148120 - Accum Depr - Autos | ($1,155,169.87) |
| 148125 - Accum Deprec - Trucks | ($568,657.73) |
| **Total** | **$113,155.00** |

**In re: Los Angeles Times Communications LLC**                                              **Case No. 08-13185**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.28 - Office equipment, furnishings and supplies

| DESCRIPTION | NET BOOK VALUE |
| --- | --- |
| 143030 - Office Equipment | $5,599,338.43 |
| 143040 - Computer Equipment | $52,942,857.84 |
| 145000 - Furniture & Fixtures | $19,074,463.72 |
| 148040 - Accum Depr-Furniture & Fixture | ($13,375,722.02) |
| 148050 - Accum Depr-Office Equipment | ($5,268,196.78) |
| 148060 - Accum Depr-Comp Equipment | ($46,459,686.42) |

**Total:** $12,513,054.77

**In re: Los Angeles Times Communications LLC**                                    **Case No. 08-13185**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.29 - Machinery, fixtures, equipment and supplies used in business

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 105320 - Bottom Wrap | $43,682.65 |
| 105380 - Gas/Oil | $2,181.40 |
| 105470 - Other Supplies Inventory | $1,033,889.63 |
| 105484 - Plates Inventory | $203,090.91 |
| 105515 - Engineering/Maint/Spare Parts | $0.00 |
| 143000 - Machinery and Equipment | $11,833,738.75 |
| 143010 - Production Equipment | $2,639,870.44 |
| 143060 - Prepress | $15,065,128.16 |
| 143070 - Pressroom | $206,582,235.16 |
| 143120 - Other Equipment | $5,166,685.63 |
| 147000 - CIP | $2,126,744.20 |
| 148020 - Accum Depr-Machinery&/Equip | -$9,072,267.00 |
| 148030 - Accum Depr-Production Equip | -$2,129,347.82 |
| 148080 - Accum Depr-Other Equip | -$5,038,670.62 |
| 148100 - Accum Depr-Prepress | -$10,602,917.16 |
| 148110 - Accum Depr-Pressroom | -$83,240,141.63 |
| 148140 - Accum Depr-Newpaper Plant Equi | $0.00 |

|  |  |
|---|---|
| **Total:** | **$134,613,902.70** |

**In re: Los Angeles Times Communications LLC**                                      **Case No. 08-13185**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.30 - Inventory**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 105000 - General Newsprint Inventory | $20,318,060.75 |
| 105010 - Special Paper Newsprint #1 | $2,953,132.28 |
| 105030 - Reserve LIFO | -$3,333,855.99 |
| 105060 - Newsprint in Transit | $9,323,420.57 |
| 105100 - Black Ink Inventory | $265,840.04 |
| 105110 - Color Ink Inventory | $206,312.48 |
| 105700 - Other Inventories | $1,061,717.32 |

|  | |
|---|---|
| **Total:** | $30,794,627.45 |

**In re: Los Angeles Times Communications LLC**                                    **Case No. 08-13185**

### SCHEDULE B -PERSONAL PROPERTY
#### Rider B.35 - Other personal property of any kind

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 106000 - Prepaid Expenses | $1,543,759.86 |
| 106040 - Prepaid Postage | $164,101.48 |
| 106050 - Prepaid Postage-Mail Subscrptn | $47,657.77 |
| 106070 - Prepaid Rent/Leases | $818,673.26 |
| 106080 - Prepaid Service Contracts | $504,587.80 |
| 106660 - Prepaid Expenses-Other | $500,898.75 |
| 106670 - Prepaid Marketing Expenses | $352,818.31 |
| 120090 - Other Current Assets | $1,488,375.97 |
| 142000 - Building/Leaseholds | $6,196,723.55 |
| 142020 - Building Improvements | $39,680,383.10 |
| 147700 - Capitalized Interest | $8,693.12 |
| 148000 - Accum Depr-Land Improvements | -$604,437.03 |
| 148010 - Accum Depr-Bldg/Improvements | -$5,549,921.19 |
| 148018 - Accum Depr-Bldg Improvements | -$6,980,964.29 |
| 156070 - Other Long Term Assets | $604,486.70 |
| **Total:** | **$38,775,837.16** |

**B6C (Official Form 6C) (12/07)**

In re  <u>Los Angeles Times Communications LLC</u>        ,          Case No. <u> 08-13185</u>
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　　　　　　　$136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

B6D (Official Form 6D) (12/07)

In re   Los Angeles Times Communications LLC    ,         Case No. 08-13185
_____           _____
              **Debtor**                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barclays Bank PLC, as Administrative Agent<br>200 Park Ave, 5th Floor<br>New York, NY 10166 | | | Secretary of State of Delaware UCC Filing Statement number 2008 2298378 dated 07/03/2008<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>US Bancorp<br>1310 Madrid St, Ste 101<br>Marshall, MN 56258 | | | Secretary of State of Delaware UCC Filing Statement number 2008 1860939 dated 05/30/2008<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br> | | | VALUE $ | | | | | |

  _0_  continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ 0.00 | $0.00 |
| Total ▶<br>(Use only on last page) | $ 0.00 | $0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re   Los Angeles Times Communications LLC          ,                              Case No. 08-13185
                    **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐     **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re  Los Angeles Times Communications LLC            ,          Case No. 08-13185 _____
                        **Debtor**                                                                              **(if known)**

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**


_3_  continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re   Los Angeles Times Communications LLC      ,          Case No.   08-13185
                          **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Amter,Charlie | | | Unclaimed Checks | | | | $3,289.03 | $3,289.03 | |
| Account No. <br><br> Barsumian,Belinda A | | | Unclaimed Checks | | | | $0.02 | $0.02 | |
| Account No. <br><br> Johnsen,Ryan E | | | Unclaimed Checks | | | | $16.20 | $16.20 | |
| Account No. <br><br> Mason,John | | | Unclaimed Checks | | | | $31.13 | $31.13 | |

Sheet no.  1  of  3  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 3,336.38 | $ 3,336.38 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                    $

B6E (Official Form 6E) (12/07) – Cont.

In re  Los Angeles Times Communications LLC      ,          Case No.   08-13185
                  Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Puri,Arvind N | | | Unclaimed Checks | | | | $695.91 | $695.91 | |
| Account No. <br><br> Rojas,Erick M | | | Unclaimed Checks | | | | $29.29 | $29.29 | |
| Account No. <br><br> See attached rider E: Creditors Holding Unsecured Priority Claims | | | | | | X | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> Simmons,Willie X | | | Unclaimed Checks | | | | $40.29 | $40.29 | |

Sheet no.  2  of  3  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page) — $ 765.49 | $ 765.49 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ | $

**B6E (Official Form 6E) (12/07) – Cont.**

In re  Los Angeles Times Communications LLC            ,          Case No.   08-13185
_____
                    Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

 Type of Priority for Claims Listed on This Sheet 

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Tully,Alison | | | Unclaimed Checks | | | | $817.58 | $817.58 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no.  3  of  3  continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | | | | Subtotals ▶ (Totals of this page) | $ 817.58 | $ 817.58 | $ 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 4,919.45 | | |
| | | | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,919.45 | $ 0.00 |

**In re: Los Angeles Times Communications LLC**                                                      **Case No. 08-13185**

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| BUSINESS LICENSING<br>350 MAIN ST ROOM 11<br>EL SEGUNDO, CA 90245 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DIVISION OF COLLECTIONS<br>P O BOX 3069<br>ANAHEIM, CA 92803 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| ALHAMBRA CHAMBER OF COMMERCE<br>ATTN PINKY CHEN<br>104 S FIRST ST<br>ALHAMBRA, CA 91801 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| BERNICE JAMES - TAX COLLECTOR<br>COUNTY OF SANTA BARBARA<br>P O BOX 579<br>SANTA BARBARA, CA 93102 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CALIFORNIA FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY DIVISION, CHAPTER 11<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF AGOURA HILLS<br>ATTN ROBERT COTRES<br>30001 LADYFACE CT<br>AGOURA HILLS, CA 91301 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF ANAHEIM<br>BUSINESS LICENSE DIVISION<br>P O BOX 61042<br>ANAHEIM, CA 92803-6142 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name,  Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF ATLANTA PO BOX 932053 ATLANTA, GA 31193 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF AVALON PO BOX 707 AVALON, CA 90704 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF BEAUMONT BUSINESS LICENSE RENEWAL DEPARTMENT 550 E. 6TH ST. BEAUMONT, CA 92223 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF BEVERLY HILLS BUSINESS TAX REGISTRATION 455 N REXFORD DR   NO.240 BEVERLY HILLS, CA 90210-4817 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF BUENA PARK FINANCE DEPARTMENT 6650 BEACH BLVD BUENA PARK, CA 90622-5009 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF BURBANK - CDD DOWNTOWN ATTN:  GAIL STEWART 275 E OLIVE AVE BURBANK, CA 91502 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF BURBANK ATTN: BRIAN HENSLEE 275 E OLIVE AVE BURBANK, CA 91510 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF CARPINTERIA 5775 CARPINTERIA AVE CARPINTERIA, CA 93013 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

Case No. 08-13185

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF COSTA MESA FINANCE DEPARTMENT 77 FAIR DRIVE COSTA MESA, CA 92628-1200 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF CULVER CITY CULVER CITY TREASURER P O BOX 507 CULVER CITY, CA 90232-0507 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF CYPRESS FINANCE DEPARTMENT P O BOX 609 CYPRESS, CA 90630-0609 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF DOWNEY PO BOX 7016 DOWNEY, CA 90241 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF EL MONTE LICENSE DEPT/BUSINESS DEPT PO BOX 6008 EL MONTE, CA 91734 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF EL SEGUNDO 150 ILLINOIS ST EL SEGUNDO, CA 90245 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF FLAGSTAFF ATTN: JERRY THULL 211 W ASPEN AVE FLAGSTAFF, AZ 86001 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF FONTANA BUSINESS CERTIFICATE RENEWAL 8353 SIERRA AVENUE FONTANA, CA 92335 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF FOUNTAIN VALLEY LICENSING DEPT 10200 SLATER AVE FOUNTAIN VALLEY, CA 92708 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF FULLERTON 303 W COMMONWEALTH AVE FULLERTON, CA 92832 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF GARDEN GROVE 11222 ACACIA PARKWAY P.O. BOX 3070 GARDEN GROVE, CA 92842 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF GLENDALE 141 NORTH GLENDALE AVE NO.114 GLENDALE, CA 91206 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF GLENDORA BUSINESS LICENSE 116 E FOOTHILL GLENDORA, CA 91741 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF HAWTHORNE BUSINESS LICENSE DIVISION 4455 WEST 126TH ST HAWTHORNE, CA 90250 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF HIGHLAND BUSINESS LICENSE 27215 BASELINE HIGHLAND, CA 92346 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF HOPE 1500 E DUARTE RD DUARTE, CA 91010 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

Case No. 08-13185

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name,  Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF INDIO<br>BUSINESS LICENSE DEPT<br>PO BOX 1788<br>INDIO, CA 92202 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF INGLEWOOD<br>ATTN: BUSINESS TAX<br>PO BOX 6007<br>INGLEWOOD, CA 90312 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF IRWINDALE<br>5050 N. IRWINDALE AVE<br>IRWINDALE, CA 91706 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LA CANADA FLINTRIDGE<br>1327 FOOTHILL BLVD<br>LA CANADA FLINTRIDGE, CA 91011 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LA PUENTE<br>15900 E MAIN ST<br>LA PUENTE, CA 91744 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LA VERNE<br>BUSINESS LICENSE DIVISION<br>3660 D STREET<br>LA VERNE, CA 91750 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LAGUNA BEACH<br>ATTN:  GABRIEL<br>505 FOREST AVE<br>LAGUNA BEACH, CA 92651 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LAKEWOOD (CA)<br>FINANCE DEPT<br>PO BOX 220<br>LAKEWOOD, CA 90714-4020 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

Case No. 08-13185

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF LAWNDALE BUSINESS LICENSE DEPARTMENT 14717 S BURIN AVE LAWNDALE, CA 90260 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LONG BEACH PO BOX 630 LONG BEACH, CA 90842-0001 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LYNWOOD 11330 BULLIS RD LYNWOOD, CA 90262 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF MAYWOOD CITY HALL- BUSINESS LICENSE DIVISION 4319 E SLAUSON AVE MAYWOOD, CA 90270 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF MONROVIA 415 S IVY AVE MONROVIA, CA 91016 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF MONTEBELLO 1600 W BEVERLY BLVD MONTEBELLO, CA 90640-3932 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF MURRIETA 26442 BECKMAN COURT MURRIETA, CA 92562 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF NEWPORT BEACH REVENUE DIVISION PO BOX 1768 NEWPORT BEACH, CA 92658-8915 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

Case No. 08-13185

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF NORCO FINANCE DEPARTMENT 2870 CLARK AVENUE NORCO, CA 91760 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF NORWALK 12700 NORWALK BLVD. NORWALK, CA 90650 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF ONTARIO LICENSE DIVISION 303 EAST B STREET ONTARIO, CA 91764 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF ORLANDO CENTRALIZED REVENUE 1ST FL 400 S ORANGE AVE ORLANDO, FL 32801-3365 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF PARAMOUNT 16400 COLORADO AVE BUSINESS LICENSE PERMIT PARAMOUNT, CA 90723 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF PICO RIVERA PO BOX 1016 PICO RIVERA, CA 90660-1016 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF PLACENTIA BUSINESS LICENSE DEPT 401 E CHAPMAN AVE PLACENTIA, CA 92870 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF POMONA BUSINESS LICENSE RENEWAL PO BOX 660 POMONA, CA 91769-0060 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name,  Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF REDONDO BEACH 415 DIAMOND ST REDONDO BEACH, CA 90277-0270 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF RIVERSIDE FINANCE DEPARTMENT 3900 MAIN STREET RIVERSIDE, CA 92522 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF SAN BUENAVENTURA P O BOX 2299 VENTURA, CA 93002-2299 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF SAN CLEMENTE 910 CALLE NEGOCIO NO.100 SAN CLEMENTE, CA 92673 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF SANTA ANA BUSINESS LICENSE TAX OFFICE M-15 P O BOX 1964 SANTA ANA, CA 92702-1964 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF SANTA CLARITA 23920 VALENCIA BLVD STE 300 SANTA CLARITA, CA 91355 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF SANTA FE SPRINGS 11710 TELEGRAPH RD SANTA FE SPRINGS, CA 90670-3658 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF SEAL BEACH 211 EIGHTH ST SEAL BEACH, CA 90740 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

Case No. 08-13185

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name,  Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF SIMI VALLEY<br>PO BOX 30536<br>LOS ANGELES, CA 90030-0536 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF SOUTH GATE<br>8650 CALIFORNIA AVE<br>SOUTH GATE, CA 90280 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF WESTMINSTER CITY HALL<br>8200 WESTMINSTER BLVD<br>WESTMINSTER, CA 92683 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF WHITTIER<br>13230 EAST PENN ST<br>WHITTIER, CA 90602 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COUNTY OF SAN DIEGO<br>TREASURER TAX COLLECTOR<br>PO BOX 129009<br>SAN DIEGO, CA 92112 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COUNTY OF VENTURA<br>LAWRENCE L MATHENEY  TAX COLLECTOR<br>VENTURA COUNTY<br>VENTURA, CA 93009-1290 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DC TREASURER<br>OFC OF TAX & REVENUE<br>PO BOX 7862<br>WASHINGTON, DC 20044-7862 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DICK LARSEN<br>TREASURER - TAX COLLECTOR<br>172 W THIRD STREET<br>SAN BERNARDINO, CA 92415-0360 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| FRANK L FREITAS<br>SAN LUIS OBISPO COUNTY TAX COLLECTOR<br>ROOM D-290, COUNTY GOVERNMENT CENTER<br>SAN LUIS OBISPO, CA 93408-2060 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| HARRIS COUNTY<br>PAUL BETTENCOURT<br>TAX ASSESSOR-COLLECTOR<br>HOUSTON, TX 77210-4622 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| INTERNAL REVENUE SERVICE<br>PO BOX 970030<br>ST LOUIS, MO 63197 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| INYO COUNTY TAX COLLECTOR<br>PO BOX 0<br>INDEPENDENCE, CA 93526-0614 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| LOS ANGELES COUNTY TAX COLLECTOR<br>P O BOX 54018<br>LOS ANGELES, CA 90054-0018 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| LOS ANGELES COUNTY<br>LA COUNTY TAX COLLECTOR<br>PO BOX 54027<br>LOS ANGELES, CA 90054-0027 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Los Angeles Times Communications LLC

Case No. 08-13185

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name,  Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| MONTROSE-VERDUGO CHAMBER OF COMMERCE 3516 N VERDUGO ROAD GLENDALE, CA 91208 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| ORANGE COUNTY TAX COLLECTOR PO BOX 1438 SANTA ANA, CA 92702 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| SACRAMENTO COUNTY TAX COLLECTOR UNSECURED UNIT PO BOX 508 SACRAMENTO, CA 95812-0508 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| SAN FRANCISCO TAX COLLECTOR BUSINESS TAX DIVISION PO BOX 7425 SAN FRANCISCO, CA 94120-7425 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE BOARD OF EQUALIZATION PO BOX 942879 FUEL TAXES DIVISION SACRAMENTO, CA 94279-6151 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD ACCT 276483444 PO BOX 1237 RANCHO CORDOVA, CA 95741-1237 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD P O BOX 2952 SACRAMENTO, CA 95812-9974 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

B6F (Official Form 6F) (12/07)

In re   Los Angeles Times Communications LLC         ,          Case No. 08-13185
                           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1425 MARKET LLC<br>ATTN: RON GLENN<br>1425 MARKET STREET SUITE 100<br>DENVER, CO 80202 | | | General Trade Payable | | | | $250.28 |
| ACCOUNT NO.<br><br>1X2 WISHIRE LLC<br>1200 W 7TH ST  SUITE L2 240<br>LOS ANGELES, CA 90017 | | | General Trade Payable | | | | $304.84 |
| ACCOUNT NO.<br><br>3 DAY BLINDS<br>ATTN JASON WI<br>C/O STRATEGIC PRINT MARKETING<br>PO BOX 7037<br>DOWNERS GROVE, IL 60515-7037 | | | General Trade Payable | | | | $343.49 |
| | | | | | Subtotal ▶ | | $ 898.61 |

  157  continuation sheets attached

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC_____,                    Case No.  08-13185_____
                        **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> 3330 Harbor Boulevard Associates, LLC <br> 5455 Garden Grove Boulevard <br> Suite 500 <br> Westminster, CA 92683 | | | Potential Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> 3390 Harbor Associates, LLC <br> 3315 Fairview Road <br> Costa Mesa, CA 92626 | | | Potential Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> 7TH ON SIXTH <br> 1360 E NINTH ST  NO.100 <br> CLEVELAND, OH 44114 | | | General Trade Payable | | | | $10,111.00 |
| ACCOUNT NO. <br><br> A CORPORATION FOR ARTS & COMMERCE <br> 755 WASHINGTON ST <br> NEW YORK, NY 10014 | | | General Trade Payable | | | | $59,904.38 |

Sheet no. _1_of _157_continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 70,015.38

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,            Case No.   08-13185
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A RENT-A-BIN<br>ATTN  JIM J NEVAROV<br>SERV-WEL DISPOSAL AND RECYCLING<br>901 SOUTH MAPLE AVE<br>MONTEBELLO, CA 90640-5411 | | | General Trade Payable | | | | $269.27 |
| ACCOUNT NO.<br><br>ABBY OFFICE CENTERS TANGLEWOOD<br>5850 SAN FELIPE    STE 500<br>HOUSTON, TX 77057 | | | General Trade Payable | | | | $990.08 |
| ACCOUNT NO.<br><br>ABC AUDIT BUREAU OF CIRCULATIONS<br>1884 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.<br><br>ABC AUDIT BUREAU OF CIRCULATIONS<br>2057 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 | | | General Trade Payable | | | | $0.00 |

Sheet no.   2  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,759.35

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC** ,                   Case No.  **08-13185**
         **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ABM SECURITY<br>3580 WILSHIRE BLVD  SUITE 1130<br>LOS ANGELES, CA 90010 | | | General Trade Payable | | | | $740.00 |
| ACCOUNT NO.<br><br>ACADEMY OF TELEVISION ARTS &<br>5220 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91601 | | | General Trade Payable | | | | $5,900.00 |
| ACCOUNT NO.<br><br>ACCENT ENERGY CALIFORNIA<br>DEPT LA 21484<br>PASADENA, CA 91185 | | | General Trade Payable | | | | $65,516.24 |
| ACCOUNT NO.<br><br>ACCESS MEDIA GROUP<br>1776 JAMI LEE CT<br>SUITE No.218<br>SAN LUIS OBISPO, CA 93401 | | | General Trade Payable | | | | $187.50 |
| ACCOUNT NO.<br><br>ACHIEVE GLOBAL<br>P O BOX 414532<br>BOSTON, MA 02241-4532 | | | General Trade Payable | | | | $30,138.75 |

Sheet no.  _3_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 102,482.49

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,        Case No.  08-13185
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ACI<br>FILE 51105<br>LOS ANGELES, CA 90074-1105 | | | General Trade Payable | | | | $56.68 |
| ACCOUNT NO.<br>ACTION DUCT CLEANING CO INC<br>787 WEST WOODBURY ROAD<br>UNIT 2<br>ALTADENA, CA 91001 | | | General Trade Payable | | | | $1,700.00 |
| ACCOUNT NO.<br>ACXIOM CORPORATION<br>4057 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br>AD WIZARD<br>BOX 2191-349 W GEORGIA ST<br>VANCOUVER, BC V6B 3V7 | | | General Trade Payable | | | | $451.61 |
| ACCOUNT NO.<br>Adan,Omaar E | | | Unclaimed Checks | | | | $239.92 |

Sheet no.  4  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 2,448.21

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,          Case No.  **08-13185**
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADFARE.COM INC<br>3541 OLD CONEJO RD No.104<br>NEWSBURY PARK, CA 91320 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>ADSET<br>57617 OLD MILL RD<br>YUCCA VALLEY, CA 92284 | | | General Trade Payable | | | | $6,070.68 |
| ACCOUNT NO.<br><br>ADSTAR INC<br>PO BOX 60360<br>LOS ANGELES, CA 90060-0360 | | | General Trade Payable | | | | $799.90 |
| ACCOUNT NO.<br><br>ADT SECURITY SERVICES<br>PO BOX 371956<br>PITTSBURGH, PA 15250-7956 | | | General Trade Payable | | | | $86.60 |
| ACCOUNT NO.<br><br>ADVANCED COOLING TECHNOLOGIES INC<br>5405 ALTON PKWY SUITE 5A-609<br>IRVINE, CA 92604 | | | General Trade Payable | | | | $496.40 |

Sheet no.  _5_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 7,453.58

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,                    Case No.  **08-13185**
_____
              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AFTER COLLEGE INC<br>98 BATTERY ST      STE 502<br>SAN FRANCISCO, CA 94111 | | | General Trade Payable | | | | $12,359.25 |
| ACCOUNT NO.<br><br>AGENCE VS<br>29 RUE DU JOUR<br>75<br>PARIS, 75001 | | | General Trade Payable | | | | $1,500.00 |
| ACCOUNT NO.<br><br>AGGREGATE KNOWLEDGE INC<br>1510 FASHION ISLAND BLVD<br>SUITE 201<br>SAN MATEO, CA 94404 | | | General Trade Payable | | | | $2,000.00 |
| ACCOUNT NO.<br><br>AIRGAS WEST INC<br>PO BOX 7423<br>PASADENA, CA 91109-7423 | | | General Trade Payable | | | | $555.37 |
| ACCOUNT NO.<br><br>AJALAT POLLEY AYOOB<br>500 N BRAND BLVD<br>SUITE 1670<br>GLENDALE, CA 91203 | | | General Trade Payable | | | | $6,953.75 |

Sheet no. _6_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 23,368.37

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,        Case No.   08-13185
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALCORN, JONATHAN<br>209 NORTH VENICE BLVD    NO.1<br>VENICE, CA 90291 | | | General Trade Payable | | | | $325.00 |
| ACCOUNT NO.<br><br>ALLEN MATKINS LECK GAMBLE MALLORY LLP<br>1901 AVENUE OF THE STARS<br>STE 1800<br>LOS ANGELES, CA 90067-6050 | | | General Trade Payable | | | | $5,386.50 |
| ACCOUNT NO.<br><br>ALLIED WASTE SERVICES<br>PO BOX 78829<br>PHOENIX, AZ 85062-8829 | | | General Trade Payable | | | | $7,488.82 |
| ACCOUNT NO.<br><br>ALLSTAR LANDSCAPE SERVICES<br>1040 WEST LOMITA BLVD<br>HARBOR CITY, CA 90710 | | | General Trade Payable | | | | $1,174.79 |

Sheet no.   7  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 14,375.11

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,                    Case No.  **08-13185**
                              **Debtor**                                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ALTA ENVIRONMENTAL CORPORATION 121 BROADWAY COLCHESTER, CT 06415 | | | General Trade Payable | | | | $2,525.94 |
| ACCOUNT NO.  Altamirano,Edgar | | | Unclaimed Checks | | | | $483.27 |
| ACCOUNT NO.  Alvarez,Michael A | | | Unclaimed Checks | | | | $4.14 |
| ACCOUNT NO.  AMBERLEAF PARTNERS INC 781 S MIDLOTHIAN RD  SUITE 308 MUNDELEIN, IL 60060 | | | General Trade Payable | | | | $4,000.00 |
| ACCOUNT NO.  AMEC GEOMATRIX INC 2101 WEBSTER ST      12TH FLR OAKLAND, CA 94612-3066 | | | General Trade Payable | | | | $62,978.53 |

Sheet no.  _8_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 69,991.88

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,            Case No.  **08-13185**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN BUILDING MAINTENANCE FILE 53120 LOS ANGELES, CA 90074 | | | General Trade Payable | | | | $60,093.81 |
| ACCOUNT NO.<br><br>AMERICAN COPY EDITORS SOCIETY 3 HEALY ST HUNTINGTON, NY 11743 | | | General Trade Payable | | | | $5,000.00 |
| ACCOUNT NO.<br><br>AMOROSO, NICHOLAS 1337 1/2 N MARIPOSA AVE LOS ANGELES, CA 90027 | | | General Trade Payable | | | | $450.00 |
| ACCOUNT NO.<br><br>AMPCO SYSTEM PARKING 388 MARKET ST SAN FRANCISCO, CA 94111 | | | General Trade Payable | | | | $3,000.00 |
| ACCOUNT NO.<br><br>AMY CRILLY PHOTOGRAPHY 2329 LAS COLINAS AVE LOS ANGELES, CA 90041 | | | General Trade Payable | | | | $246.00 |

Sheet no. _9_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 68,789.81

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC_____ ,          Case No.  08-13185_____
                         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANAHEIM ARENA MANAGEMENT LLC 2695 KATELLA AVE ANAHEIM, CA 92806 | | | General Trade Payable | | | | $136.94 |
| ACCOUNT NO.<br><br>ANDREW, MARIMAN 422 WASHINGTON STREET KLAMATH FALLS, OR 97601 | | | General Trade Payable | | | | $399.95 |
| ACCOUNT NO.<br><br>ANDREWS INTERNATIONAL INC FILE 51018 LOS ANGELES, CA 90074-1018 | | | General Trade Payable | | | | $1,564.80 |
| ACCOUNT NO.<br><br>ANGELIKA SCHUBERT INC 1548 16TH STREET SANTA MONICA, CA 90404-3309 | | | General Trade Payable | | | | $360.00 |

Sheet no.  10 of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 2,461.69

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
            **Debtor**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANGRY BEAR PRODUCTIONS<br>9 BAINBRIDGE CLOSE    GRANGE PARK<br>WILTS<br>SWINDON, SN5 6BD | | | General Trade Payable | | | | $874.55 |
| ACCOUNT NO.<br><br>ANNA GOODSON MANAGEMENT<br>38-10 PLACE DU COMMERCE  STE 611<br>VERDUN, QC H3E 1T8 | | | General Trade Payable | | | | $450.00 |
| ACCOUNT NO.<br><br>ANSCHUTZ SOUTHERN CALIFORNIA SPORTS COMP<br>18400 AVALON BLVD.  SUITE 100<br>CARSON, CA 90746 | | | General Trade Payable | | | | $16.94 |
| ACCOUNT NO.<br><br>APPLICATION SYSTEMS DESIGN<br>2609 W 159TH ST<br>REDONDO BEACH, CA 90278 | | | General Trade Payable | | | | $18,160.00 |

Sheet no.  11  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 19,501.49

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>APPLIED LUBRICATION TECHNOLOGY INC<br>12 FRENCH DRIVE   RR5<br>ORANGEVILLE, ON L9W 2Z2 | | | General Trade Payable | | | | $80.81 |
| ACCOUNT NO.<br><br>APPVAULT LLC<br>1800 PARKWAY PL      STE 1000<br>MARIETTA, GA 30067 | | | General Trade Payable | | | | $21,451.61 |
| ACCOUNT NO.<br><br>AQUA HOTELS AND RESORTS<br>ATTN LEEANN ISOBE<br>1850 ALA MOANA BLVD<br>WAIKIKI BEACH, HI 96815 | | | General Trade Payable | | | | $2,218.50 |
| ACCOUNT NO.<br><br>ARAMARK REFRESHMENT SERVICES<br>17044 MONTANERO AVE<br>CARSON, CA 90748 | | | General Trade Payable | | | | $375.23 |
| ACCOUNT NO.<br><br>ARAMARK UNIFORM SERVICES INC<br>P O BOX 1799<br>PARAMOUNT, CA 90723-1799 | | | General Trade Payable | | | | $635.19 |

Sheet no. _12_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 24,761.34

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARAMARK UNIFORMS SERVICES INC <br> P O BOX 1799 <br> PARAMOUNT, CA 90723-1799 | | | General Trade Payable | | | | $258.77 |
| ACCOUNT NO. <br><br> ARAMARK UNIFORMS SERVICES INC <br> PO BOX 2760 <br> SAN BERNARDINO, CA 92406-2760 | | | General Trade Payable | | | | $31.63 |
| ACCOUNT NO. <br><br> ARAMARK UNIFORMS SERVICES INC <br> 22808 NETWORK PLACE <br> CHICAGO, IL 60673-1228 | | | General Trade Payable | | | | $9,331.99 |
| ACCOUNT NO. <br><br> ARDALANI, SARAH <br> 1822 WEST SILVER LAKE DR  APT 3 <br> LOS ANGELES, CA 90026 | | | General Trade Payable | | | | $1,008.00 |
| ACCOUNT NO. <br><br> ARORA, CINDY <br> 520 S SANTA ANITA AVE     APT C <br> ARACADIA, CA 91006 | | | General Trade Payable | | | | $100.00 |

Sheet no. _13_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 10,730.39

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
_____
                   **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ASBAREZ NEWS & ADVERTISING<br>419 W COLORADO ST<br>GLENDALE, CA 91204 | | | General Trade Payable | | | | $1,662.60 |
| ACCOUNT NO.<br><br>ASSOCIATED PRESS<br>PO BOX 414189<br>BOSTON, MA 02241-4189 | | | General Trade Payable | | | | $326,694.91 |
| ACCOUNT NO.<br><br>ASSOCIATED STUDENTS UCLA<br>STUDENT MEDIA<br>308 WESTWOOD PLAZA<br>LOS ANGELES, CA 90024-1640 | | | General Trade Payable | | | | $7,582.20 |
| ACCOUNT NO.<br><br>AT&T<br>SDN ACCOUNT<br>PO BOX 78214<br>PHOENIX, AZ 85062-8214 | | | General Trade Payable | | | | $139.51 |
| ACCOUNT NO.<br><br>AT&T<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001 | | | General Trade Payable | | | | $10,382.24 |

Sheet no. _14_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 346,461.46

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  <u>Los Angeles Times Communications LLC</u>         ,          Case No.  <u>08-13185</u>
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>DCS ACCOUNT<br>PO BOX 78522<br>PHOENIX, AZ 85062-8522 | | | General Trade Payable | | | | $437.47 |
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 78225<br>PHOENIX, AZ 85062-8225 | | | General Trade Payable | | | | $351.11 |
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 78214<br>PHOENIX, AZ 85062-8214 | | | General Trade Payable | | | | $29,617.53 |
| ACCOUNT NO.<br><br>AT&T<br>TELECONFERENCE SERVICES<br>PO BOX 2840<br>OMAHA, NE 68103-2840 | | | General Trade Payable | | | | $2,196.16 |
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 70807<br>CHARLOTTE, NC 28272-0807 | | | General Trade Payable | | | | $80.24 |

Sheet no. <u>15</u> of <u>157</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 32,682.51

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
                              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 105262<br>ATLANTA, GA 30348-5262 | | | General Trade Payable | | | | $66.08 |
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 78114<br>PHOENIX, AZ 85062-8114 | | | General Trade Payable | | | | $70.05 |
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 5019<br>CAROL STREAM, IL 60197-5019 | | | General Trade Payable | | | | $6,341.00 |
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 13140<br>NEWARK, NJ 07101-5640 | | | General Trade Payable | | | | $6.91 |

Sheet no.   16  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 6,484.04

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC _____ ,          Case No. __08-13185_____
                            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. AT&T ADVERTISING AND PUBLISHING PO BOX 989046 WEST SACRAMENTO, CA 95798-9046 | | | General Trade Payable | | | | $92.00 |
| ACCOUNT NO. AT&T SERVICES INC AT&T LONG DISTANCE PO BOX 5017 CAROL STREAM, IL 60197-5017 | | | General Trade Payable | | | | $300.70 |
| ACCOUNT NO. AT&T SERVICES INC PAYMENT CENTER SACRAMENTO, CA 95887-0001 | | | General Trade Payable | | | | $35,784.37 |
| ACCOUNT NO. AT&T TELECONFERENCE SERVICES PO BOX 2840 OMAHA, NE 68103-2840 | | | General Trade Payable | | | | $7,097.00 |

Sheet no. __17_ of __157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 43,274.07

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC    ,          Case No.  08-13185
             **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T YELLOW PAGES<br>PO BOX 989046<br>WEST SACRAMENTO, CA 95798-9046 | | | General Trade Payable | | | | $92.00 |
| ACCOUNT NO.<br><br>ATHENS SERVICES<br>PO BOX 60009<br>CITY OF INDUSTRY, CA 91716 | | | General Trade Payable | | | | $623.47 |
| ACCOUNT NO.<br><br>AYALA, JOE<br>1115 LANARK STREET<br>LOS ANGELES, CA 90041 | | | General Trade Payable | | | | $9,029.60 |
| ACCOUNT NO.<br><br>AYSO 1370<br>REGION 88<br>9049 MARTINDALE AVE<br>LA TUNA CYN, CA 91352 | | | General Trade Payable | | | | $300.00 |
| ACCOUNT NO.<br><br>BAIN, KATHERINE<br>938 3RD ST  NO.211<br>SANTA MONICA, CA 90403 | | | General Trade Payable | | | | $1,043.00 |

Sheet no.  18  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 11,088.07

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC_____ ,          Case No.  08-13185_____
                            **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BAKER & MCKENZIE LLP <br> ONE PRUDENTIAL PLAZA    STE 3500 <br> 130 EAST RANDOLPH DR <br> CHICAGO, IL 60601 | | | General Trade Payable | | | | $14,803.50 |
| ACCOUNT NO. <br><br> BAKER DESIGNED COMMUNICATION <br> 1424 LINCOLN BLVD <br> SANTA MONICA, CA 90401 | | | General Trade Payable | | | | $11.96 |
| ACCOUNT NO. <br><br> BARKER, MICHAEL <br> 1333 1/2 LAVETA TERRACE <br> LOS ANGELES, CA 90026 | | | General Trade Payable | | | | $50.00 |
| ACCOUNT NO. <br><br> BARNES DISTRIBUTION <br> DEPT CH 14079 <br> PALATINE, IL 60055-4079 | | | General Trade Payable | | | | $1,532.52 |

Sheet no. _19_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 16,397.98

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,          Case No.  08-13185
　　　　　　　　　　Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BARR ENGINEERING INC<br>12612 CLARK STREET<br>SANTA FE SPRINGS, CA 90670 | | | General Trade Payable | | | | $467.04 |
| ACCOUNT NO.<br><br>BAX, DAVID<br>756 1/2 N VAN NESS AVE<br>LOS ANGELES, CA 90038 | | | General Trade Payable | | | | $280.65 |
| ACCOUNT NO.<br><br>BEACH, RANDI L<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | | General Trade Payable | | | | $1,388.20 |
| ACCOUNT NO.<br><br>BENSON, RITA ZANELLA<br>207 NORTH DIANTHUS ST<br>MANHATTAN BEACH, CA 90266 | | | General Trade Payable | | | | $2,800.00 |
| ACCOUNT NO.<br><br>BERKSHIRE WESTWOOD GRAPHICS GROUP INC<br>P O BOX 1399<br>HOLYOKE, MA 01041-1399 | | | General Trade Payable | | | | $61,061.70 |

Sheet no.  20  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 65,997.59

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**              ,          Case No.  **08-13185**
_____
             **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BERKSHIRE, DENISE<br>359 S BURNSIDE AVE<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>BERMAN, JENIFER<br>226 LINCOLN ROAD<br>BROOKLYN, NY 11225 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>BERNSTEIN, JOANIE<br>756-8TH AVENUE SOUTH<br>NAPLES, FL 34102 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>BEXEL CORPORATION<br>PO BOX 951736<br>DALLAS, TX 75395-1736 | | | General Trade Payable | | | | $4,190.00 |
| ACCOUNT NO.<br><br>BILMES, LINDA<br>21 ELM ST<br>BELMONT, MA 02478 | | | General Trade Payable | | | | $525.00 |

Sheet no. _21_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                         Subtotal ▶ | $ 5,115.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.   08-13185
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BLAIR GRAPHICS <br> 1740 STANFORD ST <br> SANTA MONICA, CA 90404 | | | General Trade Payable | | | | $268.47 |
| ACCOUNT NO. <br><br> BLAU, BELA <br> A-1 BOOKBINDING <br> 1330 SOUTH BROADWAY <br> LOS ANGELES, CA 90015 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> BMF COMPUTER SERVICES CO <br> PO BOX 1590 <br> TEMPLE, TX 76503-1590 | | | General Trade Payable | | | | $270.00 |
| ACCOUNT NO. <br><br> BOSTWICK & JASSY LLP <br> 12400 WILSHIRE BLVD  SUITE 400 <br> LOS ANGELES, CA 90025 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> BOWDEN, MARK <br> 323 CLEARFIELD DR <br> LINCOLN UNIVERSITY, PA 19352 | | | General Trade Payable | | | | $400.00 |

Sheet no.   22  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 938.47

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                          Case No.  08-13185
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BOX OFFICE MOJO LLC <br> 118 S SPARKS ST <br> BURBANK, CA 91506 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO. <br><br> BRANDOW AND JOHNSTON ASSOCIATES <br> 444 SOUTH FLOWER ST    STE 400 <br> LOS ANGELES, CA 90071 | | | General Trade Payable | | | | $16,737.19 |
| ACCOUNT NO. <br><br> BREMEC, JANICE <br> 1950 N TAMARIND AVE  NO.331 <br> LOS ANGELES, CA 90068 | | | General Trade Payable | | | | $200.00 |
| ACCOUNT NO. <br><br> BRINKLEY, DOUGLAS <br> TULANE UNIVERSITY    DEPT OF HISTORY <br> 115 HERBERT HALL <br> NEW ORLEANS, LA 70118 | | | General Trade Payable | | | | $400.00 |

Sheet no.   23  of   157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   | $ 17,737.19

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,          Case No.  **08-13185**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROADCAST MUSIC INC<br>PO BOX 406741<br>ATLANTA, GA 30384-6741 | | | General Trade Payable | | | | $203.00 |
| ACCOUNT NO.<br><br>BRODEUR, AIMEE<br>1333 1/2 LAVETA TERRACE<br>LOS ANGELES, CA 90026 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>BROEKMAN GABLER, MARGARETHE<br>2353 PURDUE DRIVE<br>COSTA MESA, CA 92626 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>Bucci,Nicholas I | | | Unclaimed Checks | | | | $389.50 |
| ACCOUNT NO.<br><br>BUCK DESIGN INC<br>515 W 7TH ST  4TH FLOOR<br>LOS ANGELES, CA 90014 | | | General Trade Payable | | | | $6,443.75 |

Sheet no. _24_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 7,036.25

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
_____
        **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BUILDER HOMESITE INC<br>PO BOX 847905<br>DALLAS, TX 75284-7905 | | | General Trade Payable | | | | $824.52 |
| ACCOUNT NO.<br><br>BURRELLS LUCE BROADCAST DATABASE<br>75 E NORTHFIELD RD<br>LIVINGSTON, NJ 07039 | | | General Trade Payable | | | | $0.45 |
| ACCOUNT NO.<br><br>BURRTEC WASTE & RECYCLING SERVICES<br>PO BOX 5518<br>BUENA PARK, CA 90622 | | | General Trade Payable | | | | $1,808.38 |
| ACCOUNT NO.<br><br>BURRTEC WASTE INDUSTRIES, INC.<br>PO BOX 5550<br>BUENA PARK, CA 90622-5550 | | | General Trade Payable | | | | $257.32 |

Sheet no.  25  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,890.67

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BURRTEC WASTE INDUSTRIES, INC.<br>PAYMENT PROCESSING CENTER<br>PO BOX 6520<br>BUENA PARK, CA 90622-6520 | | | General Trade Payable | | | | $1,977.61 |
| ACCOUNT NO.<br><br>BURSZTYN, SYLVIA<br>12031 BAMBI PLACE<br>GRANADA HILLS, CA 91344-2315 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>BUSINESS OBJECTS AMERICA<br>PO BOX 2299<br>CAROL STREAM, IL 60132 | | | General Trade Payable | | | | $3,535.00 |
| ACCOUNT NO.<br><br>BYKER, CARL<br>1564 ALTIVO WAY<br>LOS ANGELES, CA 90026 | | | General Trade Payable | | | | $350.00 |

Sheet no.  26  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 5,862.61

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,              Case No.  08-13185
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C&R CUSTOM CABINETS<br>12821 MARQUARDT AVE<br>SANTA FE SPRINGS, CA 90670 | | | General Trade Payable | | | | $9,724.44 |
| ACCOUNT NO.<br><br>CA WALKER<br>155 N LAKE AVE  SUITE 1000<br>PASADENA, CA 91101 | | | General Trade Payable | | | | $57,000.00 |
| ACCOUNT NO.<br><br>CAGLE CARTOONS INC<br>PO BOX 22342<br>SANTA BARBARA, CA 93121 | | | General Trade Payable | | | | $1,250.00 |
| ACCOUNT NO.<br><br>CAINE & WEINER CO INC<br>PO BOX 5010<br>WOODLAND HILLS, CA 91367 | | | General Trade Payable | | | | $39,203.22 |
| ACCOUNT NO.<br><br>CALIFORNIA GUARDIAN INC<br>174 W FOOTHILL BLVD    No.304<br>MONROVIA, CA 91016 | | | General Trade Payable | | | | $750.00 |

Sheet no.  27  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 107,927.66

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CALIFORNIA OFFSET PRINTERS INC<br>620 WEST ELK AVE<br>GLENDALE, CA 91204 | | | General Trade Payable | | | | $126,367.58 |
| ACCOUNT NO.<br><br>CALIFORNIA WATER SERVICE COMPANY<br>PO BOX 940001<br>SAN JOSE, CA 95194-0001 | | | General Trade Payable | | | | $168.99 |
| ACCOUNT NO.<br><br>CALLSOURCE<br>PO BOX 80162<br>CITY OF INDUSTRY, CA 91716-8162 | | | General Trade Payable | | | | $97.42 |
| ACCOUNT NO.<br><br>CAPLAN, DAVID E<br>4155 TUJUNGA AVE  NO.2<br>STUDIO CITY, CA 91604 | | | General Trade Payable | | | | $450.00 |
| ACCOUNT NO.<br><br>CARRIER CORPORATION<br>PO BOX 93844<br>CHICAGO, IL 60673-3844 | | | General Trade Payable | | | | $1,458.16 |

Sheet no.  28  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 128,542.15

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,                     Case No.  **08-13185**
                                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARTER, PHILLIP E<br>2616 5TH ST STE 207<br>SANTA MONICA, CA 90405 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>CARTER, ROBERT<br>50 ERBACH CRESCENT<br>BADEN, ON N3A 2L3 | | | General Trade Payable | | | | $900.00 |
| ACCOUNT NO.<br><br>CARTOONISTS & WRITERS SYNDICATE<br>67 RIVERSIDE DR No.1D<br>NEW YORK, NY 10024 | | | General Trade Payable | | | | $1,864.45 |
| ACCOUNT NO.<br><br>CARUSO MANAGEMENT COMPANY LTD<br>ATTN: SPECIALTY LEASING DEPT<br>189 THE GROVE DR  SUITE F-80<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $14,960.00 |

Sheet no. _29_of_157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 18,124.45

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,          Case No.   08-13185
            **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CASA DE MONTEREY AIMCO<br>12301 STUDEBAKER RD<br>NORWALK, CA 90650 | | | General Trade Payable | | | | $474.00 |
| ACCOUNT NO.<br><br>CASCO EQUIPMENT CORPORATION<br>4141 FLAT ROCK DR<br>RIVERSIDE, CA 92505 | | | General Trade Payable | | | | $4,760.23 |
| ACCOUNT NO.<br><br>CASPIO INC<br>485 N WHISMAN ROAD   NO.200<br>MOUNTAIN VIEW, CA 94043 | | | General Trade Payable | | | | $842.60 |
| ACCOUNT NO.<br><br>CATALINA CHANNEL EXPRESS INC<br>BERTH 95<br>SAN PEDRO, CA 90731 | | | General Trade Payable | | | | $1,900.00 |
| ACCOUNT NO.<br><br>CELANO, LEE<br>2658 GRIFFITH PARK BLVD<br>No.318<br>LOS ANGELES, CA 90039 | | | General Trade Payable | | | | $0.00 |

Sheet no.  30 of  157 continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 7,976.83

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
             **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CELIZ, MARYL<br>615 S COCHRAN AVE  APT 2D<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>CENTER FOR RESPONSIBLE LENDING<br>301 W MAIN ST<br>DURHAM, NC 27701 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>CENTURY PACIFIC GROUP INC<br>1833 FAIRBURN AVE  STE 304<br>LOS ANGELES, CA 90025 | | | General Trade Payable | | | | $3,050.00 |
| ACCOUNT NO.<br><br>CERTIFIED AUDIT OF CIRCULATIONS INC<br>155 WILLOWBROOK BLVD<br>WAYNE, NJ 07470 | | | General Trade Payable | | | | $8,834.68 |
| ACCOUNT NO.<br><br>CHAFETS, ZEV<br>15 HIGHBROOK AVE<br>PELHAM, NY 10803 | | | General Trade Payable | | | | $500.00 |

Sheet no.  31  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 12,634.68

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,          Case No.  **08-13185**
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHARLES LENOIR PHOTOGRAPHY<br>7277 PACIFIC VEW DRIVE<br>LOS ANGELES, CA 90068 | | | General Trade Payable | | | | $292.27 |
| ACCOUNT NO.<br><br>CHEHABI, HAITHAM<br>145 IRVINE COVE COURT<br>LAGUNA BEACH, CA 92651 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>CHEM PRO LAB INC<br>941 WEST 190TH STREET<br>GARDENA, CA 90248 | | | General Trade Payable | | | | $4,178.24 |
| ACCOUNT NO.<br><br>CHESTERS ASIA CHINESE RESTUARANT<br>2216 PICKWICK DR<br>CAMARILLO, CA 93010 | | | General Trade Payable | | | | $52.52 |
| ACCOUNT NO.<br><br>CHINESE DAILY NEWS<br>1588 CORPORATE CENTER DR<br>MONTERY PARK, CA 91754 | | | General Trade Payable | | | | $1,364.64 |

Sheet no. _32_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 6,137.67

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC____,        Case No.  08-13185_____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHIU, RINGO H W<br>4802 RIO HONDO AVE<br>TEMPLE CITY, CA 91780 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>CHOICEPOINT PUBLIC RECORDS INC<br>PO BOX 945664<br>ATLANTA, GA 30394-5664 | | | General Trade Payable | | | | $32.50 |
| ACCOUNT NO.<br><br>CITY NEWS SERVICE INC<br>11400 W OLYMPIC BLVD    STE 780<br>LOS ANGELES, CA 90064 | | | General Trade Payable | | | | $1,950.88 |
| ACCOUNT NO.<br><br>CITY OF ANAHEIM<br>PO BOX 3069<br>201 SOUTH ANAHEIM BOULEVARD<br>ANAHEIM, CA 92803-3069 | | | General Trade Payable | | | | $5,419.24 |

Sheet no. _33_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 7,402.62

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,           Case No.   08-13185
_____          _____
            **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF CHINO-FINANCE DEPT<br>PO BOX 667<br>13220 CENTRAL AVE<br>CHINO, CA 91708-0667 | | | General Trade Payable | | | | $1,414.28 |
| ACCOUNT NO.<br><br>CITY OF DANA POINT<br>PUBLIC WORKS DEPARTMENT<br>33282 GOLDEN LANTERN<br>DANA POINT, CA 92629-1805 | | | General Trade Payable | | | | $50.00 |
| ACCOUNT NO.<br><br>CITY OF FOUNTAIN VALLEY<br>ATTN: WATER PAYMENTS<br>P O BOX 8030<br>FOUNTAIN VALLEY, CA 92728-8030 | | | General Trade Payable | | | | $1,222.59 |
| ACCOUNT NO.<br><br>CITY OF FULLERTON<br>PO BOX 51972<br>LOS ANGELES, CA 90051-6272 | | | General Trade Payable | | | | $229.13 |

Sheet no.   34  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 2,916.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
              **Debtor**                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF GLENDALE<br>PO BOX 51462<br>LOS ANGELES, CA 90051-5762 | | | General Trade Payable | | | | $3,692.27 |
| ACCOUNT NO.<br><br>CITY OF LOS ANGELES<br>PUBLIC WORKS SANITATION<br>PO BOX 30749<br>LOS ANGELES, CA 90030-0749 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>CITY OF LOS ANGELES<br>DEPT OF BUILDING AND SAFETY<br>FILE 54563<br>LOS ANGELES, CA 90074 | | | General Trade Payable | | | | $2,324.00 |
| ACCOUNT NO.<br><br>CITY OF LOS ANGELES<br>OFFICE OF FINANCE<br>TAX & PERMIT DIVISION<br>FILE # 56677<br>LOS ANGELES, CA 90074-6677 | | | General Trade Payable | | | | $0.00 |

Sheet no.  35  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,016.27

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.   08-13185
           **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CITY OF MAYWOOD <br> CITY HALL- BUSINESS LICENSE DIVISIO <br> 4319 E SLAUSON AVE <br> MAYWOOD, CA 90270 | | | General Trade Payable | | | | $90.00 |
| ACCOUNT NO. <br><br> CITY OF NEWPORT BEACH <br> REVENUE DIVISION <br> PO BOX 1768 <br> 3300 NEWPORT BLVD <br> NEWPORT BEACH, CA 92658-8915 | | | General Trade Payable | | | | $21.10 |
| ACCOUNT NO. <br><br> CITY OF ORLANDO <br> CENTRALIZED REVENUE  1ST FL <br> 400 S ORANGE AVE <br> ORLANDO, FL 32801-3365 | | | General Trade Payable | | | | $9,878.26 |
| ACCOUNT NO. <br><br> CITY OF PASADENA <br> DEPARTMENT OF PUBLIC WORKS <br> 117 E COLORADO BLVD <br> PASADENA, CA 91109 | | | General Trade Payable | | | | $500.07 |

Sheet no.   36  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 10,489.43

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**            ,                    Case No.  **08-13185**
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF PASADENA<br>MUNICPAL  SERVICE RM 121<br>PO BOX 7115<br>PASADENA, CA 91109-7215 | | | General Trade Payable | | | | $1,574.55 |
| ACCOUNT NO.<br><br>CITY OF PASADENA<br>MUNICIPAL SERVICES DIVISION<br>P O BOX 7120<br>PASADENA, CA 91109-7220 | | | General Trade Payable | | | | $732.03 |
| ACCOUNT NO.<br><br>CITY OF POMONA WATER<br>DEPARTMENT<br>PO BOX 660<br>POMONA, CA 91769 | | | General Trade Payable | | | | $1,275.17 |
| ACCOUNT NO.<br><br>CITY OF RIVERSIDE<br>RIVERSIDE PUBLIC UTILITIES<br>RIVERSIDE, CA 92501 | | | General Trade Payable | | | | $1,593.22 |
| ACCOUNT NO.<br><br>CITY OF SAN BERNARDINO<br>WATER DEPARTMENT<br>P O BOX 710<br>SAN BERNARDINO, CA 92402 | | | General Trade Payable | | | | $191.86 |

Sheet no.  _37_ of  _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 5,366.83

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,                    Case No.  **08-13185**
    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF SAN BUENAVENTURA<br>P O BOX 2299<br>VENTURA, CA 93002-2299 | | | General Trade Payable | | | | $541.92 |
| ACCOUNT NO.<br><br>CITY OF SANTA FE SPRINGS<br>11710 TELEGRAPH RD<br>SANTA FE SPRINGS, CA 90670-3658 | | | General Trade Payable | | | | $60.13 |
| ACCOUNT NO.<br><br>CITY OF SIMI VALLEY<br>PO BOX 30536<br>LOS ANGELES, CA 90030-0536 | | | General Trade Payable | | | | $588.76 |
| ACCOUNT NO.<br><br>CITY OF WEST HOLLYWOOD<br>ATTN CASHIERS<br>8300 SANTA MONICA BLVD<br>WEST HOLLYWOOD, CA 90069-6216 | | | General Trade Payable | | | | $600.00 |

Sheet no.  _38_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,790.81

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITYFEET.COM INC<br>11 W 25TH ST 12TH FLR<br>NEW YORK, NY 10010 | | | General Trade Payable | | | | $1,544.89 |
| ACCOUNT NO.<br><br>CLASSIC LITHO & DESIGN<br>340 MAPLE AVE<br>TORRANCE, CA 90503 | | | General Trade Payable | | | | $10,815.47 |
| ACCOUNT NO.<br><br>CLASSIC TENTS<br>540 HAWAII AVE<br>TORRANCE, CA 90503 | | | General Trade Payable | | | | $125.00 |
| ACCOUNT NO.<br><br>CLASSIFIED VENTURES LLC<br>2413 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $984,471.65 |
| ACCOUNT NO.<br><br>CLASSIFIED VENTURES LLC<br>2413 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $87,108.00 |

Sheet no. _39_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,084,065.01

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**         ,                    Case No.  **08-13185**
          **Debtor**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLASSIFIEDS PLUS INC <br> 6400 MAIN ST <br> WILLIAMSVILLE, NY 14221 | | | General Trade Payable | | | | $1,666.70 |
| ACCOUNT NO. <br><br> CLEAR CHANNEL OUTDOOR INC <br> PO BOX 60000 <br> FILE 30005 <br> SAN FRANCISCO, CA 94160-0001 | | | General Trade Payable | | | | $6,700.00 |
| ACCOUNT NO. <br><br> CLIFFORD, FRANK W <br> 542 CAMINO DE MONTE SOL <br> SANTA FE, NM 87505 | | | General Trade Payable | | | | $9,050.00 |
| ACCOUNT NO. <br><br> CMM CONSTRUCTORS <br> 2419 CHICO AVE <br> SOUTH EL MONTE, CA 91733 | | | General Trade Payable | | | | $11,570.00 |
| ACCOUNT NO. <br><br> COASTAL BUILDING SERVICES <br> 1295 N TUSTIN AVE <br> ANAHEIM, CA 92807 | | | General Trade Payable | | | | $1,298.13 |

Sheet no.  _40_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 30,284.83

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COASTAL SYSTEMS, INC. <br> 1631 EAST 18TH STREET SUITE 300 <br> SANTA ANA, CA 92705 | | | General Trade Payable | | | | $1,428.31 |
| ACCOUNT NO. <br><br> COASTAL SYSTEMS, INC. <br> 1426 SO RITCHEY STE C <br> SANTA ANA, CA 92705 | | | General Trade Payable | | | | $508.78 |
| ACCOUNT NO. <br><br> COBALT GROUP <br> DEPT CH17034 <br> PALATINE, IL 60055 | | | General Trade Payable | | | | $3,112.91 |
| ACCOUNT NO. <br><br> COMISKEY, PATRICK <br> 906 S MANSFIELD AVE   No.3 <br> LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> COMMERCIAL DOOR OF ORANGE COUNTY INC <br> 1770 S BOYD ST <br> SANTA ANA, CA 92707 | | | General Trade Payable | | | | $281.13 |

Sheet no. _41_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 5,331.13

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CONGRESSIONAL QUARTERLY INC <br> 1255 22ND ST NW SUITE 700 <br> WASHINGTON, DC 20037 | | | General Trade Payable | | | | $4,742.50 |
| ACCOUNT NO. <br><br> CONNECT WIRELESS SOLUTIONS <br> 1608 SOUTH VINEYARD AVE <br> ONTARIO, CA 91761-7712 | | | General Trade Payable | | | | $185.55 |
| ACCOUNT NO. <br><br> CONTINENTAL PAINTING INC <br> 20142 STATE ROAD <br> CERRITOS, CA 90703 | | | General Trade Payable | | | | $875.00 |
| ACCOUNT NO. <br><br> COPYNET OFFICE SOLUTIONS INC <br> 3915 CAPITOL AVENUE <br> WHITTIER, CA 90601 | | | General Trade Payable | | | | $2,929.37 |
| ACCOUNT NO. <br><br> CORBIS CORPORATION <br> 13159 COLLECTION CENTER DR <br> CHICAGO, IL 60693 | | | General Trade Payable | | | | $585.00 |

Sheet no. _42_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 9,317.42

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,                    Case No.  **08-13185**
_____                                    _____
                **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CORESTAFF SERVICES LP <br> PO BOX 60876 <br> CHARLOTTE, NC 28260-0876 | | | General Trade Payable | | | | $6,611.44 |
| ACCOUNT NO. <br><br> CORPORATE TELECOM SOLUTIONS <br> PO BOX 855 <br> SPRING HOUSE, PA 19477 | | | General Trade Payable | | | | $103.77 |
| ACCOUNT NO. <br><br> COTE, PAULA <br> 6922 HOLLYWOOD BLVD STE 900 <br> LOS ANGELES, CA 90028 | | | General Trade Payable | | | | $600.00 |
| ACCOUNT NO. <br><br> COURTHOUSE NEWS SERVICE <br> 30 NORTH RAYMOND AVE STE 310 <br> PASADENA, CA 91103 | | | General Trade Payable | | | | $900.00 |
| ACCOUNT NO. <br><br> COVAD COMMUNICATIONS <br> DEPT 33408 <br> PO BOX 39000 <br> SAN FRANCISCO, CA 94139 | | | General Trade Payable | | | | $94.93 |

Sheet no.  _43_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 8,310.14

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC           ,          Case No.   08-13185
                                    **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COX, STEVE J<br>2829 VIA ANACAPA<br>PALOS VERDES PENINSULA, CA 90274 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>CPODM PROFESSIONALS LP<br>2450 LOUISIANA     STE 400-602<br>HOUSTON, TX 77006 | | | General Trade Payable | | | | $12,084.12 |
| ACCOUNT NO.<br><br>CR&R, INC<br>PO BOX 206<br>STANTON, CA 90680-0206 | | | General Trade Payable | | | | $137.85 |
| ACCOUNT NO.<br><br>CRAFT, ANDREW<br>12 BRIAR CIRCLE     APT G<br>FAYETTEVILLE, NC 28306 | | | General Trade Payable | | | | $331.30 |
| ACCOUNT NO.<br><br>CRAIN COMMUNICATIONS INC<br>PO BOX 79001<br>DETROIT, MI 48279 | | | General Trade Payable | | | | $29,373.13 |

Sheet no.  44  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 41,926.40

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                        **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CREATIVE CIRCLE LLC 5750 WILSHIRE BLVD  STE 610 LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $36,108.75 |
| ACCOUNT NO. CREATORS SYNDICATE 5777 W CENTURY BLVD    STE 700 LOS ANGELES, CA 90045 | | | General Trade Payable | | | | $531.38 |
| ACCOUNT NO. CRIMSON SKY CONSULTING 26 ERICSON AISEL IRVINE, CA 92620 | | | General Trade Payable | | | | $2,200.00 |
| ACCOUNT NO. CRMFUSION INC 52 CHARTWELL CRESCENT KESWICK, ON L4P 3N8 | | | General Trade Payable | | | | $7,500.00 |
| ACCOUNT NO. CROWN LIFT TRUCKS PO BOX 641173 CINCINNATI, OH 45264-1173 | | | General Trade Payable | | | | $13,001.16 |

Sheet no.  _45_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 59,341.29

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CROWN PRINTERS<br>PO BOX 6560<br>SAN BERNADINO, CA 92412-6560 | | | General Trade Payable | | | | $7,234.14 |
| ACCOUNT NO.<br><br>CRYSTAL CLEAR GLASS INC<br>9607 CANOGA AVE<br>CHATSWORTH, CA 91311 | | | General Trade Payable | | | | $775.00 |
| ACCOUNT NO.<br><br>CUCAMONGA COUNTY WATER DISTRICT<br>PO BOX 51788<br>LOS ANGELES, CA 90051-6088 | | | General Trade Payable | | | | $1,144.44 |
| ACCOUNT NO.<br><br>CULINART INC<br>501 W DYER ROAD<br>SOUTH COAST METRO, CA 92707 | | | General Trade Payable | | | | $7,821.95 |
| ACCOUNT NO.<br><br>CULINART INC<br>202 WEST 1ST STREET<br>LOS ANGELES, CA 90012 | | | General Trade Payable | | | | $90,021.64 |

Sheet no. __46_ of __157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 106,997.17

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**              ,          Case No.   **08-13185**
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CULLIGAN<br>PO BOX 5277<br>CAROL STREAM, IL 60197 | | | General Trade Payable | | | | $33.60 |
| ACCOUNT NO.<br><br>CUSTOMER ACTIVATION PROGRAMS<br>PO BOX 31324<br>HARTFORD, CT 06150-1324 | | | General Trade Payable | | | | $364.00 |
| ACCOUNT NO.<br><br>CUSTOMER ACTIVATION PROGRAMS<br>225 HIGH RIDGE RD EAST BLDG<br>STAMFORD, CT 06905 | | | General Trade Payable | | | | $2,513.00 |
| ACCOUNT NO.<br><br>D S & ASSOCIATES LLC<br>4010 WATSON PLAZA DRIVE<br>SUITE 190<br>LAKEWOOD, CA 90712 | | | General Trade Payable | | | | $5,828.17 |
| ACCOUNT NO.<br><br>D&E RHOMBOID CONCERNS INC<br>1424 N CRESCENT HTS     APT 41<br>WEST HOLLYWOOD, CA 90046 | | | General Trade Payable | | | | $100.00 |

Sheet no.  47 of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 8,838.77

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,          Case No.   08-13185
                                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DATA BASED ADS INC<br>363 WEST ERIE STREET  SUITE 500 EAST<br>CHICAGO, IL 60610 | | | General Trade Payable | | | | $11,707.56 |
| ACCOUNT NO.<br><br>DATA CLEAN CORP<br>P O BOX 128<br>GLENVIEW, IL 60025 | | | General Trade Payable | | | | $1,288.00 |
| ACCOUNT NO.<br><br>DATA INTERFACE INC<br>29 NANTUCKET PLACE<br>MANHATTAN BEACH, CA 90266 | | | General Trade Payable | | | | $5,875.00 |
| ACCOUNT NO.<br><br>DATA MICROIMAGING COMPANY<br>PO  BOX 801150<br>SANTA CLARITA, CA 91380 | | | General Trade Payable | | | | $54.10 |
| ACCOUNT NO.<br><br>DAVIS WRIGHT TREMAINE<br>2600 CENTURY SQUARE<br>1501 FOURTH AVENUE<br>SEATTLE, WA 98101-1688 | | | General Trade Payable | | | | $2,188.98 |

Sheet no.  48  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 21,113.64

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DE CRISTOFARO, MARIA<br>PIAZZA DI SPAGNA 51<br>ROMA, 00187 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>Deavilan,Daniel | | | Unclaimed Checks | | | | $208.99 |
| ACCOUNT NO.<br><br>DEGELIA, DEEDEE<br>2411 ST GEORGE ST<br>LOS ANGELES, CA 90027 | | | General Trade Payable | | | | $80.00 |
| ACCOUNT NO.<br><br>DEGELIA, DEEDEE<br>2411 ST GEORGE ST<br>LOS ANGELES, CA 90027 | | | General Trade Payable | | | | $467.00 |
| ACCOUNT NO.<br><br>DEPARTMENT OF MOTOR VEHICLES<br>PO BOX 825339<br>SACRAMENTO, CA 94232-5339 | | | General Trade Payable | | | | $2,330.00 |

Sheet no. _49_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 3,085.99

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | $8,198.50 |
| DEPARTMENT OF STATE ATTN BUDGET OFFICER 2201 C STREET NW HST BLDG S ES EX ROOM 7507 WASHINGTON, DC 20520 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $210.95 |
| DESERT WATER AGENCY PO BOX 1710 PALM SPRINGS, CA 92263-1710 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $54,184.44 |
| DHL EXPRESS USA INC PO BOX 60000   FILE 30692 SAN FRANCISCO, CA 94160 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $735.48 |
| DIGITAL MOTORWORKS INC 24381 NETWORK PL CHICAGO, IL 60673-1243 | | | | | | | |

Sheet no.  _50_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 63,329.37

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DIRECTV INC<br>PO BOX 60036<br>LOS ANGELES, CA 90060-0036 | | | General Trade Payable | | | | $293.76 |
| ACCOUNT NO.<br><br>DISCHINGER, FRANCOIS<br>576 BROOME STREET  NO.4<br>NEW YORK, NY 10013 | | | General Trade Payable | | | | $2,366.15 |
| ACCOUNT NO.<br><br>DIXIE DIESEL & ELECTRIC INC<br>3150 MAXSON ROAD<br>EL MONTE, CA 91732 | | | General Trade Payable | | | | $952.23 |
| ACCOUNT NO.<br><br>DKP & ASSOCIATES INC<br>7847 LOWELL AVE      STE 200<br>SKOKIE, IL 60076-3535 | | | General Trade Payable | | | | $5,750.00 |
| ACCOUNT NO.<br><br>DOUGLAS GROUP INC<br>317 N 11TH ST      STE 302<br>ST LOUIS, MO 63101 | | | General Trade Payable | | | | $609.78 |

Sheet no.  51  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 9,971.92

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**         ,          Case No.  **08-13185**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DOW JONES & COMPANY<br>PO BOX 300<br>PRINCETON, NJ 08543-0300 | | | General Trade Payable | | | | $24,516.13 |
| ACCOUNT NO.<br>DOW JONES & COMPANY<br>PO BOX 300<br>PRINCETON, NJ 08543-0300 | | | General Trade Payable | | | | $40,000.00 |
| ACCOUNT NO.<br>DRW ASSOCIATES<br>28492 AVENIDA PLACIDA<br>SAN JUAN CAPISTRANO, CA 92675 | | | General Trade Payable | | | | $11,784.26 |
| ACCOUNT NO.<br>DS WATERS OF AMERICA INC<br>SPARKLETTS<br>PO BOX 660579<br>DALLAS, TX 75266-0579 | | | General Trade Payable | | | | $124.73 |
| ACCOUNT NO.<br>DS WATERS OF AMERICA INC<br>PO BOX 403628<br>ATLANTA, GA 30384-3628 | | | General Trade Payable | | | | $2,116.28 |

Sheet no. _52_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 78,541.40

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DVORAK, HEIDI 9126 GRUNDY LANE CHATSWORTH, CA 91311 | | | General Trade Payable | | | | $423.45 |
| ACCOUNT NO. DYNAMIC ENGINEERED SYSTEMS INC 1831 COMMERCE STREET  NO.107 CORONA, CA 92880 | | | General Trade Payable | | | | $915.47 |
| ACCOUNT NO. EAGLE PROTECTION SERVICES INC PO BOX 1428 TORRANCE, CA 90505-1428 | | | General Trade Payable | | | | $110.70 |
| ACCOUNT NO. ECHO METAL WORKS 10727 FOREST ST SANTA FE SPRINGS, CA 90670 | | | General Trade Payable | | | | $290.00 |
| ACCOUNT NO. EDWARD N LUTTWAK INC 4510 DRUMMOND AVE  NW CHEVY CHASE, MD 20815 | | | General Trade Payable | | | | $250.00 |

Sheet no.  _53_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,989.62

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __Los Angeles Times Communications LLC__          ,          Case No.   __08-13185_____
                        **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EL TORO WATER DISTRICT<br>PO BOX 4000<br>LAGUNA HILLS, CA 92654 | | | General Trade Payable | | | | $506.82 |
| ACCOUNT NO.<br><br>EMPIRE BUILDING & ENVIRONMENTAL SERVICES<br>PO BOX 51949<br>LAFAYETTE, LA 70505-1949 | | | General Trade Payable | | | | $926.74 |
| ACCOUNT NO.<br><br>ENVIRONMENTAL CONSERVATION LAB<br>10775 CENTRAL PORT DR<br>ORLANDO, FL 32827 | | | General Trade Payable | | | | $870.00 |
| ACCOUNT NO.<br><br>ENVIRONMENTAL RECOVERY SERVICES INC<br>15902 SOUTH MAIN ST<br>GARDENA, CA 90248 | | | General Trade Payable | | | | $8,718.72 |
| ACCOUNT NO.<br><br>EPLY SERVICES INC<br>224 145 EAST 15TH STREET<br>NORTH VANCOUVER, BC V7L 2P7 | | | General Trade Payable | | | | $895.00 |

Sheet no. _54_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 11,917.28

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**         ,          Case No.  **08-13185**
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ESP COMPUTER SERVICES INC <br> 12444 VICTORY BLVD    STE 400 <br> NORTH HOLLYWOOD, CA 91606 | | | General Trade Payable | | | | $2,244.89 |
| ACCOUNT NO. <br><br> EVENTWORKS INC <br> 340 WEST 131ST STREET <br> LOS ANGELES, CA 90061 | | | General Trade Payable | | | | $30,617.75 |
| ACCOUNT NO. <br><br> EVERGREEN LANDCARE <br> PO BOX 78002 <br> 5007 W WASHINGTON BLVD <br> LOS ANGELES, CA 90016-1450 | | | General Trade Payable | | | | $320.52 |
| ACCOUNT NO. <br><br> EXCLUSIVE ARTISTS MGMT INC <br> 7700 SUNSET BLVD <br> LOS ANGELES, CA 90046 | | | General Trade Payable | | | | $540.00 |
| ACCOUNT NO. <br><br> EXPRESS CARD AND LABEL CO INC <br> PO BOX 4247 <br> TOPEKA, KS 66604-0247 | | | General Trade Payable | | | | $32,263.78 |

Sheet no.  _55_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 65,986.94

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.  08-13185
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FASHIONTALK BV <br> NAZARETHSTRAAT 6 <br> 5021 VX <br> TILBURG, | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> FEDERAL HEATH SIGN CO LLC <br> PO BOX 678203 <br> DALLAS, TX 75267-8203 | | | General Trade Payable | | | | $2,425.00 |
| ACCOUNT NO. <br><br> FEDEX <br> PO BOX 7221 <br> PASADENA, CA 91109-7321 | | | General Trade Payable | | | | $32,710.78 |
| ACCOUNT NO. <br><br> FEDEX <br> PO BOX 94515 <br> PALATINE, IL 60094-4515 | | | General Trade Payable | | | | $42.96 |
| ACCOUNT NO. <br><br> FEDEX FREIGHT INC <br> DEPT LA  PO BOX 21415 <br> PASADENA, CA 91185-1415 | | | General Trade Payable | | | | $185.84 |

Sheet no.  56  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 35,364.58

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Los Angeles Times Communications LLC**         ,        Case No.  **08-13185**
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FIELDSTONE COMMUNITIES SAN ANTONIO <br> 21232 GATHERING OAK  NO.103 <br> SAN ANTONIO, TX 78258 | | | General Trade Payable | | | | $723.40 |
| ACCOUNT NO. <br><br> FIORITO, ERIN <br> 717 ANDERSON ST <br> MANHATTAN BEACH, CA 90266 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> FIRST CHOICE SERVICES <br> 7373 EAST FLORES STREET <br> DOWNEY, CA 90242 | | | General Trade Payable | | | | $302.22 |
| ACCOUNT NO. <br><br> FIRSTCOM MUSIC <br> PO BOX 31001-1699 <br> PASADENA, CA 91110-1699 | | | General Trade Payable | | | | $60.00 |
| ACCOUNT NO. <br><br> FLINT GROUP NORTH AMERICA CORP <br> 1455 PAYSPHERE CIRCLE <br> CHICAGO, IL 60674 | | | General Trade Payable | | | | $0.00 |

Sheet no.  _57_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 1,085.62

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC    ,       Case No.   08-13185
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FLINTRIDGE PARK INC<br>1039 FOOTHILL BLVD<br>LA CANADA, CA 91011 | | | General Trade Payable | | | | $207.39 |
| ACCOUNT NO.<br><br>FLOOR GUYS<br>ALLOURE INC<br>1929 MAIN STREET  NO.102<br>IRVINE, CA 92614 | | | General Trade Payable | | | | $27.07 |
| ACCOUNT NO.<br><br>FORD MODELS INC<br>PO BOX 29629<br>GENERAL POST OFFICE<br>NEW YORK, NY 10087-9629 | | | General Trade Payable | | | | $180.00 |
| ACCOUNT NO.<br><br>FOTO KEM INDUSTRIES INC<br>PO BOX 7755<br>BURBANK, CA 91510-7755 | | | General Trade Payable | | | | $10,442.26 |
| ACCOUNT NO.<br><br>FRS ENVIRONMENTAL INC<br>1414 E SIXTH STREET<br>CORONA, CA 92879 | | | General Trade Payable | | | | $204.45 |

Sheet no.  _58_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 11,061.17

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC    ,          Case No.   08-13185
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. FUJIFILM GRAPHIC SYSTEMS USA INC DEPT CH 10764 PALATINE, IL 60055-0764 | | | General Trade Payable | | | | $1,254.31 |
| ACCOUNT NO. FURMAN, JASON 1775 MASSACHUSETTS AVENUE NW WASHINGTON, DC 20015 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO. GAALCA GROUP INC 4212 E LOS ANGELES AVE APT 3285 SIMI VALLEY, CA 93063-3308 | | | General Trade Payable | | | | $9,865.00 |
| ACCOUNT NO. GAINES, CRAIG 1976 N HILLHURST AVE    NO 1 LOS ANGELES, CA 90027 | | | General Trade Payable | | | | $75.00 |
| ACCOUNT NO. GAJEWSKI, JOSH 511 SE 5TH AVE    NO.1908 FT LAUDERDALE, FL 33301 | | | General Trade Payable | | | | $500.00 |

Sheet no.  59  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 12,094.31

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | $1,800.00 |
| GALLAGHER SAFETY & ENVIRONMENTAL SRVC 1530 S WESTERN AVE PARK RIDGE, IL 60068 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $6,225.00 |
| GALLMEIER CREATIVE GROUP INC 22030 VENTURA BLVD  NO.126 WOODLAND HILLS, CA 91364 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $400.00 |
| GELAZIS, KRISTINA 6442 CAVALLERI RD MALIBU, CA 90265 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $0.00 |
| GENN, ROMAN 1810 HARDISON PLACE No.10 SOUTH PASADENA, CA 91030 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $178.39 |
| GEOFONE INC 218 MADISON  AVE  5TH FLOOR NEW YORK, NY 10016 | | | | | | | |

Sheet no.  _60_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 8,603.39

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,          Case No.   08-13185
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GERALD & CULLEN RAPP,INC<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | | | General Trade Payable | | | | $2,500.00 |
| ACCOUNT NO.<br><br>GETTY IMAGES INC<br>PO BOX 953604<br>ST LOUIS, MO 63195-3604 | | | General Trade Payable | | | | $5,904.84 |
| ACCOUNT NO.<br><br>GIFT GARDEN ANTIQUES<br>ATTN SUSAN CARROLL<br>15266 ANTIOCH ST<br>PACIFIC PALISADES, CA 90272 | | | General Trade Payable | | | | $690.00 |
| ACCOUNT NO.<br><br>GIROUX GLASS INC<br>850 W WASHINGTON BLVD<br>LOS ANGELES, CA 90015 | | | General Trade Payable | | | | $516.00 |
| ACCOUNT NO.<br><br>GLASCOCK, STUART<br>PO BOX 16298<br>SEATTLE, WA 98116 | | | General Trade Payable | | | | $860.00 |

Sheet no. _61_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 10,470.84

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
          **Debtor**                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GLASS, RANDY <br> 11025 ERWIN STREET <br> N HOLLYWOOD, CA 91606 | | | General Trade Payable | | | | $550.00 |
| ACCOUNT NO. <br><br> GLENDALE POLICE OFFICERS ASSOCIATION <br> PO BOX 10254 <br> GLENDALE, CA 91209 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO. <br><br> GLENRIDGE CENTER <br> 611 S CENTRAL AVE <br> GLENDALE, CA 91204 | | | General Trade Payable | | | | $760.00 |
| ACCOUNT NO. <br><br> GLOBALPHONE CORPORATION <br> 137 N WASHINGTON STREET <br> FALLS CHURCH, VA 22048 | | | General Trade Payable | | | | $10.00 |
| ACCOUNT NO. <br><br> GLUNZ & JENSEN K & F INC <br> 12633 INDUSTRIAL DRIVE <br> GRAINGER, IN 46530 | | | General Trade Payable | | | | $5,422.70 |

Sheet no. _62_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,842.70

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GOLDEN STATE WATER COMPANY<br>PO BOX 9016<br>SAN DIMAS, CA 91773 | | | General Trade Payable | | | | $90.00 |
| ACCOUNT NO.<br><br>GOOGLE INC<br>DEPT 33654<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 | | | General Trade Payable | | | | $7,631.28 |
| ACCOUNT NO.<br><br>GOOGLE INC<br>1600 AMPHITHEATRE PKWY<br>BLDG 41<br>MOUNTAIN VIEW, CA 94043 | | | General Trade Payable | | | | $1,241.94 |
| ACCOUNT NO.<br><br>GOTHIC GROUNDS MANAGEMENT INC<br>28546 CONSTELLATION RD<br>VALENCIA, CA 91355 | | | General Trade Payable | | | | $1,448.16 |
| ACCOUNT NO.<br><br>GRAEBEL COMPANIES<br>2631 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 | | | General Trade Payable | | | | $25,156.48 |

Sheet no.  _63_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ $ 35,567.86

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GRAHAM, ADAM H<br>40 EAST THIRD ST     APT 7<br>NEW YORK, NY 10003 | | | General Trade Payable | | | | $300.00 |
| ACCOUNT NO.<br><br>GRAHAM, KATE<br>9-5-18 ASKASAKA<br>13<br>MWATO-KU, 107-0052 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>GRAINGER<br>DEPT 861735645<br>PALATINE, IL 600380001 | | | General Trade Payable | | | | $1,062.42 |
| ACCOUNT NO.<br><br>GRAINGER INC<br>DEPT 136 - 801813569<br>PALATINE, IL 60038-0001 | | | General Trade Payable | | | | $33.65 |
| ACCOUNT NO.<br><br>GRAPHIC ENTERPRISES OF OHIO INC<br>PO BOX 643842<br>PITTSBURGH, PA 15264-3842 | | | General Trade Payable | | | | $597.62 |

Sheet no.  64  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,393.69

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GREEN, DOROTHY S <br> 11911 SAN VINCENTE BLVD <br> SUITE 320 <br> LOS ANGELES, CA 90049 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO. <br><br> HALL, ED <br> 1230 MIRAMAR AVE <br> JACKSONVILLE, FL 32207 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> HANDBILL PRINTERS <br> 14321 CORPORATE DR <br> GARDEN GROVE, CA 92843 | | | General Trade Payable | | | | $7,432.08 |
| ACCOUNT NO. <br><br> HANSON, ERIC <br> 4444 UPTON AVE S. <br> MINNEAPOLIS, MN 55410 | | | General Trade Payable | | | | $1,400.00 |

Sheet no.  65  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 9,082.08

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
_____                                  _____
Debtor                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HARRIS COUNTY <br> PAUL BETTENCOURT <br> TAX ASSESOR-COLLECTOR <br> PO BOX 4622 <br> HOUSTON, TX 77210-4622 | | | General Trade Payable | | | | $71.01 |
| ACCOUNT NO. <br><br> HARVEY, STEPHEN J <br> 384 MIRA MAR AVE <br> LONG BEACH, CA 90814 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> HAUL-AWAY RUBBISH SERVICE CO INC <br> 1205 DATE STREET <br> MONTEBELLO, CA 90640 | | | General Trade Payable | | | | $330.17 |
| ACCOUNT NO. <br><br> HEART USA INC <br> 611 BROADWAY   STE 607 <br> NEW YORK, NY 10012 | | | General Trade Payable | | | | $1,650.00 |

Sheet no.  66  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 2,051.18

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                                    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HEIL-BRICE RETAIL ADV<br>9840 IRVINE CENTER DR<br>IRVINE, CA 92618 | | | General Trade Payable | | | | $206.50 |
| ACCOUNT NO.<br><br>HEIM, CHRIS<br>PO BOX 862<br>VENICE, CA 90294-0862 | | | General Trade Payable | | | | $350.00 |
| ACCOUNT NO.<br><br>HESS, CHARLES<br>859 S MURFIELD RD<br>LOS ANGELES, CA 90005 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>HICKS, JOE<br>COMMUNITY ADVOCATES INC<br>865 S FIGUEROA ST    NO.3339<br>LOS ANGELES, CA 90071 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>HOLMES, DEIRDRE ELIZABETH<br>PO BOX 429<br>SAN PEDRO, CA 90732 | | | General Trade Payable | | | | $80.00 |

Sheet no.  67  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 1,436.50

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOOVERS INC<br>75 REMITTANCE DRIVE   STE 1617<br>CHICAGO, IL 60675-1617 | | | General Trade Payable | | | | $2,222.50 |
| ACCOUNT NO.<br><br>HOUSE ROBERTSON<br>6010 WILSHIRE BLVD   NO.200<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $900.00 |
| ACCOUNT NO.<br><br>HOUSE, CHRISTINA<br>6385 CERRIOTOS AVE<br>LONG BEACH, CA 90805 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>HSH ASSOCIATES<br>237 WEST PARKWAY   2ND FLR<br>POMPTON PLAINS, NJ 07444 | | | General Trade Payable | | | | $234.59 |
| ACCOUNT NO.<br><br>HUSTLER CASINO<br>ITEL MEDIA<br>15350 SHERMAN WAY STE 315<br>VAN NUYS, CA 91406 | | | General Trade Payable | | | | $6,535.20 |

Sheet no.  _68_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 9,892.29

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>I ROAM MOBILE SOLUTIONS INC<br>366 ADELAIDE ST  WEST    STE 301<br>TORONTO, ON M5V 1R9 | | | General Trade Payable | | | | $5,007.42 |
| ACCOUNT NO.<br><br>I2I ART INC<br>17 SPROAT AVE<br>TORONTO, ON M4M 1W3 | | | General Trade Payable | | | | $600.00 |
| ACCOUNT NO.<br><br>IBM CORPORATION<br>PO BOX 534151<br>ATLANTA, GA 30353-4151 | | | General Trade Payable | | | | $495.00 |
| ACCOUNT NO.<br><br>ICON EXPOSURE INC<br>5450 WILSHIRE BLVD<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $1,122.56 |
| ACCOUNT NO.<br><br>IMAGE PRINTING AND MILLENNIUM DIRECT<br>12246 COLONY AVE<br>CHINO, CA 91710-2095 | | | General Trade Payable | | | | $4,800.00 |

Sheet no.  _69_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 12,024.98

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IMAGITAS<br>PO BOX 83070<br>WOBURN, MA 01813-3070 | | | General Trade Payable | | | | $12,939.93 |
| ACCOUNT NO.<br><br>IMPERIAL RUBBER PRODUCTS INC<br>5691 GATES ST<br>CHINO, CA 91710 | | | General Trade Payable | | | | $2,684.50 |
| ACCOUNT NO.<br><br>INDUSTRIAL POWERSOURCE<br>10907 PAINTER AVE<br>SANTA FE SPRINGS, CA 90670 | | | General Trade Payable | | | | $20,971.47 |
| ACCOUNT NO.<br><br>INFORMA RESEARCH SERVICES INC<br>PO BOX 32807<br>HARTFORD, CT 06150 | | | General Trade Payable | | | | $187.23 |
| ACCOUNT NO.<br><br>INMAN NEWS INC<br>1100 MARINA VILLAGE PARKWAY  SUITE 102<br>ALAMEDA, CA 94501 | | | General Trade Payable | | | | $450.00 |

Sheet no. _70_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 37,233.13

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
　　　　　　　　　　Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INMAN NEWS INC<br>1250 45TH STREET<br>SUITE 360<br>EMERYVILLE, CA 94608 | | | General Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>INNERWORKINGS INC<br>ACCOUNTS RECEIVABLE<br>27011 NETWORK PL<br>CHICAGO, IL 60673 | | | General Trade Payable | | | | $3,651.80 |
| ACCOUNT NO.<br><br>INNOVATIVE PROMOTIONS<br>21732 DEVONSHIRE ST      STE 1001<br>CHATSWORTH, CA 91311 | | | General Trade Payable | | | | $8,065.19 |
| ACCOUNT NO.<br><br>INTELLIVERSE<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682 | | | General Trade Payable | | | | $75.10 |

Sheet no.   71  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 12,792.09

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
_____
        **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Interinsurance Exchange of the Automobile Club c/o Automobile Club of Southern California 3333 Fairview Road, A477 Costa Mesa, CA 92626 | | | Potential Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INTERNATIONAL HUMANITIES CENTER 860 VIA DE LA PAZ   SUITE B-1 PACIFIC PALISADES, CA 90272 | | | General Trade Payable | | | | $2,666.67 |
| ACCOUNT NO.<br><br>INTOUCH SOLUTIONS 1717 PARK STREET SUITE 301 NAPERVILLE, IL 60563 | | | General Trade Payable | | | | $1,342.09 |
| ACCOUNT NO.<br><br>IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | | | General Trade Payable | | | | $141.17 |

Sheet no.  72  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 4,149.93

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,            Case No.  08-13185
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ISOTECH PEST MANAGEMENT<br>PO BOX  4215<br>COVINA, CA 91723 | | | General Trade Payable | | | | $1,753.04 |
| ACCOUNT NO.<br><br>JALON, ALLAN<br>710 WEST END AVE  NO.8F<br>NEW YORK, NY 10025 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>JANIS BENEDICT<br>16915 KRISTIN AV<br>TORRANCE CA 90504 | | | Unclaimed Checks | | | | $6.15 |
| ACCOUNT NO.<br><br>JESS LEE PHOTOGRAPHY<br>8533 N 5TH EAST<br>IDAHO, ID 83401 | | | General Trade Payable | | | | $65.00 |
| ACCOUNT NO.<br><br>JIM PEASE PHOTOGRAPHY<br>11836 DARLINGTON AVE  NO.2<br>LOS ANGELES, CA 90049 | | | General Trade Payable | | | | $1,513.00 |

Sheet no.  73  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 3,337.19

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
             **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JING & MIKE COMPANY<br>73-4325 LIHILIHI PLACE<br>KAILUA-KONA, HI 96740 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>JMG SECURITY SYSTEMS<br>17150 NEWHOPE ST<br>SUITE 109<br>FOUNTAIN VALLEY, CA 92708 | | | General Trade Payable | | | | $10.00 |
| ACCOUNT NO.<br><br>JOHN WILEY & SONS INC<br>PO BOX 34587<br>NEWARK, NJ 07189-4587 | | | General Trade Payable | | | | $2,838.36 |
| ACCOUNT NO.<br><br>JOHNSON CONTROLS INC<br>PO BOX 730068<br>DALLAS, TX 75373 | | | General Trade Payable | | | | $4,295.39 |
| ACCOUNT NO.<br><br>JONES DAY<br>77 W WACKER DRIVE<br>ATTN JULIE JONES<br>CHICAGO, IL 60601-1692 | | | General Trade Payable | | | | $0.00 |

Sheet no.  _74_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 7,543.75

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC_____,          Case No.__08-13185_____
                           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Guaranty for Senior Facility | | | | Undetermined |
| JP MORGAN CHASE BANK, NA, as agent ATTN: SHADIA AMINU 1111 FANNIN, 10TH FLOOR HOUSTON, TX 77002 | X | | | X | X | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $2,740.47 |
| KAESER AND BLAIR INC PO BOX 644085 CINCINNATI, OH 45264-4085 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $0.00 |
| KELLOGG, CAROLYN 3355 WILSHIRE BLVD  NO.309 LOS ANGELES, CA 90010 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $400.00 |
| KELLY, SEAN 126 JACKMAN AVE FAIRFIELD, CT 06825 | | | | | | | |

Sheet no. _75_of_157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 3,140.47

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  <u>Los Angeles Times Communications LLC</u>    ,          Case No. <u>  08-13185  </u>
     **Debtor**                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KERCHER, SOPHIA<br>567 N BOYLSTON ST<br>LOS ANGELES, CA 90012 | | | General Trade Payable | | | | $480.00 |
| ACCOUNT NO.<br><br>KESSLER, ARAN<br>1804 PEACHTREE DRIVE<br>VALPARAISO, IN 46383 | | | General Trade Payable | | | | $358.30 |
| ACCOUNT NO.<br><br>KETCHAM, CHRISTOPHER<br>663 DEGRAW STREET  APT NO.3<br>BROOKLYN, NY 11217 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>KIMS MASTER AUTO REPAIR<br>5163 RIVERSIDE DR<br>CHINO, CA 91710 | | | General Trade Payable | | | | $130.05 |

Sheet no. <u>  76 </u> of <u> 157 </u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,218.35

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,          Case No.   08-13185
_____                              _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KING FEATURES SYNDICATES<br>N AMERICAN SYNDICATE PERMISSIONS<br>PO BOX 536463<br>ORLANDO, FL 32853-6463 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>KING FEATURES SYNDICATES<br>PO BOX 409189<br>ATLANTA, GA 30384-9189 | | | General Trade Payable | | | | $30,732.30 |
| ACCOUNT NO.<br><br>KLEIN LEWIS PRODUCTIONS LTD<br>C/O SCHWARTZ LEVITSKY FELDMAN LLP<br>1167 CALEDONIA ROAD<br>TORONTO, ON M6A 2X1 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.<br><br>KLEIN, EZRA<br>1768 HOBART ST NW<br>WASHINGTON, DC 20009 | | | General Trade Payable | | | | $600.00 |

Sheet no.   77  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶            $ 31,932.30

Total ▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KONECRANES<br>PO BOX 641807<br>PITTSBURGH, PA 15264-1807 | | | General Trade Payable | | | | $450.00 |
| ACCOUNT NO.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS INC<br>LEASE ADMINSTRATION CENTER<br>PO BOX 371992<br>PITTSBURGH, PA 15250-7992 | | | General Trade Payable | | | | $2,036.10 |
| ACCOUNT NO.<br><br>KROLL BACKGROUND AMERICA<br>PO BOX 1418<br>COLUMBUS, GA 31902-1418 | | | General Trade Payable | | | | $268.05 |
| ACCOUNT NO.<br><br>KUBRA DATA TRANSFER LTD<br>39577 TREASURY CENTER<br>CHICAGO, IL 60694-9500 | | | General Trade Payable | | | | $999.52 |

Sheet no.   78  of   157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 3,753.67

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC    ,          Case No.  08-13185
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KULIKOV, BORIS<br>2080 84 ST  #B-4<br>BROOKLYN, NY 11214 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>L A MODELS INC<br>7700 W SUNSET BLVD<br>LOS ANGELES, CA 90046 | | | General Trade Payable | | | | $180.00 |
| ACCOUNT NO.<br><br>LA ARENA FUNDING LLC<br>STAPLES CENTER<br>1111 S FIGUEROA ST<br>LOS ANGELES, CA 90015-1306 | | | General Trade Payable | | | | $291.63 |
| ACCOUNT NO.<br><br>LA CANADA FLINTRIDGE<br>CHAMBER OF COMMERCE &<br>COMMUNITY ASSOC<br>4529 ANGELES CREST HWY    STE 102<br>LA CANADA, CA 91011 | | | General Trade Payable | | | | $1,125.00 |

Sheet no. _79_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,996.63

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
_____
                              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LACHER, IRENE<br>1660 N WILTON PLACE APT 302<br>LOS ANGELES, CA 90028 | | | General Trade Payable | | | | $600.00 |
| ACCOUNT NO.<br><br>LAGUNA BOARD OF REALTORS<br>939 GLENNEYRE<br>LAGUNA BEACH, CA 92651 | | | General Trade Payable | | | | $200.00 |
| ACCOUNT NO.<br><br>LAMPILA, ALEX<br>3967 SAWTELLE BLVD  APT H<br>LOS ANGELES, CA 90066 | | | General Trade Payable | | | | $80.00 |
| ACCOUNT NO.<br><br>LANTOS, JEFFREY<br>3217 THATCHER AVE<br>MARINA DEL REY, CA 90292 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>LANZ, MICHELLE<br>966 1/2 EVERETT ST<br>LOS ANGELES, CA 90404 | | | General Trade Payable | | | | $220.00 |

Sheet no. _80_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,350.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                           **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LAS VIRGENES MUNICIPAL WATER DISTRICT<br>4232 LAS VIRGENES ROAD<br>CALABASAS, CA 91302-1994 | | | General Trade Payable | | | | $153.60 |
| ACCOUNT NO.<br><br>LAZARUS, EDWARD<br>333 N CITRUS AVE<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>LEARNING SOLUTIONS LLC<br>215 PIER AVENUE  SUITE NO.D<br>HERMOSA BEACH, CA 90254 | | | General Trade Payable | | | | $14,116.80 |
| ACCOUNT NO.<br><br>LEE HECHT HARRISON INC<br>DEPARTMENT CH 10544<br>PALATINE, IL 60055-0544 | | | General Trade Payable | | | | $12,500.00 |
| ACCOUNT NO.<br><br>LEE HECHT HARRISON LLC<br>DEPT CHNo.10544<br>PALATINE, IL 60055-0544 | | | General Trade Payable | | | | $58,500.00 |

Sheet no. _81_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 85,670.40

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.   **08-13185**
              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LEE HECHT HARRISON LLC<br>500 W MONROE ST No.3720<br>CHICAGO, IL 60661 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.<br><br>LEE JENNINGS TARGET EXPRESS INC<br>1465 E FRANKLIN AVE<br>POMANA, CA 91766 | | | General Trade Payable | | | | $55.06 |
| ACCOUNT NO.<br><br>LEGACY COM INC<br>820 DAVIS STREET<br>SUITE 210<br>EVANSTON, IL 60201 | | | General Trade Payable | | | | $1,677.50 |
| ACCOUNT NO.<br><br>LEVIN, RACHEL<br>5025 MAPLEWOOD AVE No.5<br>LOS ANGELES, CA 90004 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>LEXIS NEXIS<br>PO BOX 7247 7090<br>PHILADELPHIA, PA 19170-7090 | | | General Trade Payable | | | | $730.35 |

Sheet no.   82  of   157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,962.91

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,                    Case No.  08-13185
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LEXIS NEXIS<br>PO BOX 894166<br>LOS ANGELES, CA 90189 | | | General Trade Payable | | | | $81,762.20 |
| ACCOUNT NO.<br><br>LEXIS NEXIS MATTHEW BENDER<br>PO BOX 7247-0178<br>PHILADELPHIA, PA 19170-0178 | | | General Trade Payable | | | | $46.69 |
| ACCOUNT NO.<br><br>LEXIS NEXIS RISK & INFO ANALYTICS GROUP<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | | | General Trade Payable | | | | $3,175.25 |
| ACCOUNT NO.<br><br>LEXISNEXIS RISK MANAGEMENT<br>PO BOX 7247 7090<br>PHILADELPHIA, PA 19170-7090 | | | General Trade Payable | | | | $105.02 |
| ACCOUNT NO.<br><br>LIBRE DIGITAL INC<br>1835 B KRAMER LN    No.150<br>AUSTIN, TX 78758 | | | General Trade Payable | | | | $3,064.52 |

Sheet no.  83  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 88,153.68

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LOG CABIN STUDIO<br>7485 SW 61ST STREET<br>MIAMI, FL 33143 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>LORETO BAY<br>8767 E VIA DE VENTURA  SUITE NO.101<br>SCOTTSDALE, AZ 85258 | | | General Trade Payable | | | | $710.42 |
| ACCOUNT NO.<br><br>LORRAINE REYES<br>5061 TOULOUSE DR<br>LA PALMA CA 90623 | | | Unclaimed Checks | | | | $19.35 |
| ACCOUNT NO.<br><br>LOS ANGELES COUNTY AUDITOR CONTROLLER/SHARED SERV<br>3470 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | | | General Trade Payable | | | | $1,134.20 |

Sheet no.   84  of   157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 1,863.97

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LOS ANGELES COUNTY<br>ATTN  ED GERLITIS<br>PO BOX  1460<br>ALHAMBRA, CA 91802-1460 | | | General Trade Payable | | | | $51.00 |
| ACCOUNT NO.<br><br>LOS ANGELES COUNTY<br>DEPARTMENT OF HEALTH<br>PUBLIC HEATH LICENSE/PERMIT UNIT<br>5050 COMMERCE DRIVE RM 117<br>BALDWIN PARK, CA 91706-1423 | | | General Trade Payable | | | | $90.00 |
| ACCOUNT NO.<br>LOS ANGELES DEPT OF WATER<br>PO BOX 30808<br>LOS ANGELES, CA 90030-0808 | | | General Trade Payable | | | | $407,996.19 |
| ACCOUNT NO.<br><br>LOS ANGELES DEPT OF WATER<br>PO BOX 30808<br>LOS ANGELES, CA 90030-0808 | | | General Trade Payable | | | | $263,395.16 |

Sheet no.   85  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 671,532.35

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LOS ANGELES TIMES WASHINGTON POST NEWS SERVICE <br> 1150 15TH ST NW <br> WASHINGTON, DC 20071 | | | General Trade Payable | | | | $350.61 |
| ACCOUNT NO. <br><br> LOWE, CHANNING G <br> 7463 SILVERWOODS CT <br> BOCA RATON, FL 33433 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> LUCAS GROUP <br> PO BOX 406672 <br> ATLANTA, GA 30384-6672 | | | General Trade Payable | | | | $30,000.00 |
| ACCOUNT NO. <br><br> LUM, CYNTHIA <br> 416 - 30TH ST <br> LOS ANGELES, CA 90254 | | | General Trade Payable | | | | $75.00 |

Sheet no.  86  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 30,425.61

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.   08-13185
                                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M AND M INC<br>126 E HALEY ST      STE A18<br>SANTA BARBARA, CA 93101 | | | General Trade Payable | | | | $475.00 |
| ACCOUNT NO.<br><br>MAC ADAM MAIL AND COURIER INC<br>P O BOX 1625<br>WALNUT, CA 91788-1625 | | | General Trade Payable | | | | $878.05 |
| ACCOUNT NO.<br><br>MACEY, ROBIN<br>4 PRESTWOOD DR ASPLEY<br>NOTTINGHAM, FL NG8 3LY | | | General Trade Payable | | | | $150.00 |
| ACCOUNT NO.<br><br>MAINLINE INFORMATION SYSTEMS<br>PO BOX 402989<br>ATLANTA, GA 30384 | | | General Trade Payable | | | | $972.26 |
| ACCOUNT NO.<br><br>MALCOM, SHAWNA<br>321 S SHERBOURNE DR  APT 208<br>LOS ANGELES, CA 90048 | | | General Trade Payable | | | | $0.00 |

Sheet no.   87  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 2,475.31

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MANPOWER INC 21271 NETWORK PLACE CHICAGO, IL 60673-1212 | | | General Trade Payable | | | | $2,464.00 |
| ACCOUNT NO.  MARCOTTE, AMANDA 2213 LAWNMONT  NO.104 AUSTIN, TX 78756 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.  MARGOLIN, DON S 1566 THE MIDWAY ST GLENDALE, CA 91208 | | | General Trade Payable | | | | $305.50 |
| ACCOUNT NO.  MARLENA AGENCY INC 322 EWING ST PRINCETON, NJ 08540 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.  MARLENE WALKER 5019 PARKGLEN AV LOS ANGELES CA 90043 | | | Unclaimed Checks | | | | $11.66 |

Sheet no.  88  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 3,681.16

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,                    Case No.  **08-13185**
_____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                MARTINEZ, ANDRES 2301 CHAMPLAIN STREET  NW NO.208 WASHINGTON, DC 20009 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.                                MASTERSON, SEAN BRENDAN 1832 MILIBANK RD ENCINITAS, CA 92024 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.                                MATRIX INTERNATIONAL LIMITED 449 GARDNER ST SOUTH BELOIT, IL 61080 | | | General Trade Payable | | | | $4,507.28 |
| ACCOUNT NO.                                MAXIM SECURITY SYSTEMS INC 41521 DATE ST     STE 106 MURRIETTA, CA 92562 | | | General Trade Payable | | | | $954.00 |
| ACCOUNT NO.                                MAYER, KURT PO BOX 52022 PACIFIC GROVE, CA 93950 | | | General Trade Payable | | | | $1,611.88 |

Sheet no. _89_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 7,473.16

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MCAFEE, STEVEN<br>18001 RICHMOND PLACE DR APT 310<br>TAMPA, FL 33647 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>MCKENNA LONG & ALDRIDGE LLP<br>PO BOX 116573<br>ATLANTA, GA 30368 | | | General Trade Payable | | | | $11,061.14 |
| ACCOUNT NO.<br><br>MEDIA MANAGEMENT TECHNOLOGIES INC<br>PO BOX 693<br>PALM BEACH, FL 33480 | | | General Trade Payable | | | | $9,194.00 |
| ACCOUNT NO.<br><br>MENDELSON, ZOE<br>4646 NORTH GREENVIEW  NO.19<br>CHICAGO, IL 60640 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>MERCHANTS CREDIT GUIDE<br>223 W JACKSON BLVD<br>CHICAGO, IL 60606 | | | General Trade Payable | | | | $6,227.15 |

Sheet no. _90_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 27,132.29

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,          Case No.   08-13185
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MERCURY MESSENGER SERVICE INC<br>16735 SATICOY ST  NO.104<br>VAN NUYS, CA 91406 | | | General Trade Payable | | | | $165.00 |
| ACCOUNT NO.<br><br>Merrill Lynch Capital Corp., as Agent<br>ATTN: SHARON HAWKINS<br>LOAN OPERATIONS<br>600 E. LAS COLINAS BLVD.,<br>SUITE 1300<br>IRVING, TX 75039 | X | | Guaranty for Bridge Facility | X | X | | Undetermined |
| ACCOUNT NO.<br><br>MESA CONSOLIDATED WATER DISTRICT<br>PAYMENT PROCESSING CENTER<br>P O BOX 515474<br>LOS ANGELES, CA 90051-6774 | | | General Trade Payable | | | | $7,642.11 |
| ACCOUNT NO.<br><br>METRO MAINTENANCE<br>1321 COBLE AVE<br>HACIENDA HEIGHTS, CA 91745 | | | General Trade Payable | | | | $1,500.00 |

Sheet no.  _91_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 9,307.11

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,              Case No.  08-13185
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> METROPOLITAN NEWSPAPER INC <br> C/O BEACON TRUST CO <br> 333 MAIN STREET <br> MADISON, NJ 07094 | | | General Trade Payable | | | | $9,851.39 |
| ACCOUNT NO. <br><br> MEYERHOFF,ALBERT <br> 11953 BRIARVALE <br> STUDIO CITY, CA 91604 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO. <br><br> MG DISPOSAL SYSTEM <br> PO BOX 79036 <br> PHOENIX, AZ 85062-9036 | | | General Trade Payable | | | | $68.88 |
| ACCOUNT NO. <br><br> MICHELLE BASSETT <br> 1346 MARINE AV 2 <br> WILMINGTON CA 90744 | | | Unclaimed Checks | | | | $25.80 |
| ACCOUNT NO. <br><br> MIKE ROBIE <br> 4442 NEW YORK AVE. <br> LA CRESCENTA, CA 91214 | | | Unclaimed Checks | | | | $77.30 |

Sheet no.  92  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 10,273.37

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MILLER KAPLAN ARASE AND CO<br>4123 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602-2828 | | | General Trade Payable | | | | $15,690.00 |
| ACCOUNT NO.<br><br>MIRAN MOON, DDS<br>333 BASTANCHURY ROAD #100<br>FULLERTON, CA 92835 | | | Unclaimed Checks | | | | $322.00 |
| ACCOUNT NO.<br><br>Mireles,Edward | | | Unclaimed Checks | | | | $51.01 |
| ACCOUNT NO.<br><br>MISI COMPANY LTD<br>GENERAL POST OFFICE<br>PO BOX 27988<br>NEW YORK, NY 10087-7988 | | | General Trade Payable | | | | $15,980.00 |
| ACCOUNT NO.<br><br>MIURA BOILER INC<br>1945 SOUTH MYRTLE AVENUE<br>MONROVIA, CA 91016 | | | General Trade Payable | | | | $3,937.25 |

Sheet no.  93  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 35,980.26

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,          Case No.  08-13185
　　　　　　　　　　　 **Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　　　　　　　　 MOAYER, LILY 10966 ROCHESTER AVE  NO.6B LOS ANGELES, CA 90024 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.　　　　　　　　　　　　　　　 MOBILE MERCHANDISERS INC PO BOX 1223 2611 HENSON ROAD MT VERNON, WA 98273 | | | General Trade Payable | | | | $136.58 |
| ACCOUNT NO.　　　　　　　　　　　　　　　 MODERN MEDIA INC 2432 IRON MOUNTAIN DRIVE PARK CITY, UT 84060 | | | General Trade Payable | | | | $350.00 |
| ACCOUNT NO.　　　　　　　　　　　　　　　 MODERN PARKING INC 1200 WILSHIRE BLVD., STE 300 LOS ANGELES, CA 90017 | | | General Trade Payable | | | | $3,500.00 |
| ACCOUNT NO.　　　　　　　　　　　　　　　 Momary Jr,William Hassan | | | Unclaimed Checks | | | | $2,836.88 |

Sheet no.  94  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 6,823.46

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,          Case No.  08-13185
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MONICK, DAN 4223 BRUNSWICK AVE LOS ANGELES, CA 90039 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.  MONKEY BUNCH PO BOX 461213 LOS ANGELES, CA 90046 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.  MOO MANAGEMENT LLC 746 N CAHUENGA BLVD HOLLYWOOD, CA 90038 | | | General Trade Payable | | | | $8,963.46 |
| ACCOUNT NO.  MORNINGSTAR INC 2668 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | | General Trade Payable | | | | $77.78 |
| ACCOUNT NO.  MORRIS SCHIMEL PO BOX 4827 NORTH HOLLYWOOD CA 91617 | | | Unclaimed Checks | | | | $96.50 |

Sheet no. _95_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 9,787.74

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,                    Case No.  **08-13185**
                        **Debtor**                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MOVE SALES INC<br>PO BOX 4455<br>SCOTTSDALE, AZ 52030-4455 | | | General Trade Payable | | | | $18,043.38 |
| ACCOUNT NO.<br><br>MOVING STATION<br>100 N LASALLE ST          STE 1900<br>CHICAGO, IL 60602 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>MULTI AD SERVICES INC<br>35176 EAGLE WAY<br>CHICAGO, IL 60678-1351 | | | General Trade Payable | | | | $1,486.79 |
| ACCOUNT NO.<br><br>MUTUAL LIQUID GAS &<br>EQUIPMENT<br>17117 S BROADWAY<br>GARDENA, CA 90248-3771 | | | General Trade Payable | | | | $2,014.49 |
| ACCOUNT NO.<br><br>MY POINTS.COM<br>BOX 200333<br>PITTSBURGH, PA 15251-0333 | | | General Trade Payable | | | | $1,219.68 |

Sheet no. _96_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 22,764.34

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**      ,          Case No.  **08-13185**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> NAGLE, MICHAEL <br> 65 OCEAN AVE    NO.5G <br> BROOKLYN, NY 11225 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br> NATALIE FITENI PHOTO <br> 547 BROOKS AVE  APT B <br> VENICE, CA 90291 | | | General Trade Payable | | | | $105.40 |
| ACCOUNT NO. <br> NATALIE PUTNAM / COLDWELL BANKER PREV <br> 140 NEWPORT CENTER DR. No.100 <br> NEWPORT BEACH, CA 92660 | | | Unclaimed Checks | | | | $97.50 |
| ACCOUNT NO. <br> NEIL KLEMOW <br> 17327 VENTURA BLVD. <br> ENCINO, CA 91316 | | | Unclaimed Checks | | | | $525.00 |
| ACCOUNT NO. <br> NELSON, GREGORY P <br> 26401 VIA GALICIA <br> MISSION VIEJO, CA 92691 | | | General Trade Payable | | | | $250.00 |

Sheet no. _97_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 977.90

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC            ,          Case No.   08-13185
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NESTLE WATERS NORTH AMERICA INC ZEPHYRHILLS PO BOX 856680 LOUISVILLE, KY 40285-6880 | | | General Trade Payable | | | | $77.62 |
| ACCOUNT NO.<br><br>NETWORK PRESSROOM CLEANERS 6033 LITTLE OAK LANE WOODLAND HILLS, CA 91367 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>NETWORK PRESSROOM CLEANERS 420 RED BOUY COVE PRINCETON, TX 75407 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>NEW YORK TIMES PO BOX 371456 PITTSBURGH, PA 15250-7456 | | | General Trade Payable | | | | $62.16 |

Sheet no.   98  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 139.78

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                 **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NEWGEN, HEATHER<br>350 S FULLER AVE  NO.1C<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>NEWMAN, MORRIS<br>12414 SAHAH ST<br>STUDIO CITY, CA 91604 | | | General Trade Payable | | | | $800.00 |
| ACCOUNT NO.<br><br>NEWSCOM SERVICES INC<br>375 CHIPETA WAY  SUITE B<br>SALT LAKE CITY, UT 84108 | | | General Trade Payable | | | | $38.39 |
| ACCOUNT NO.<br><br>NIGEL COX INC<br>214 SULLIVAN ST 3A<br>NEW YORK, NY 10012 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.<br><br>NITE OWL ALARM & VIDEO INC<br>7818 BABCOCK AVENUE<br>NORTH HOLLYWOOD, CA 91605 | | | General Trade Payable | | | | $0.00 |

Sheet no. _99_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,588.39

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                        Debtor                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NYMAN CAFARELLI, BRAGMAN <br> 8687 MELROSE AVE     8TH FLR <br> LOS ANGELES, CA 90069 | | | General Trade Payable | | | | $4,865.93 |
| ACCOUNT NO. <br><br> O'Connor,Pauline | | | Unclaimed Checks | | | | $4,305.34 |
| ACCOUNT NO. <br><br> OCEAN WATCH PRODUCTION GROUP INC <br> PO BOX 15502 <br> NEWPORT BEACH, CA 92659 | | | General Trade Payable | | | | $16,000.00 |
| ACCOUNT NO. <br><br> OH INSULATION LP <br> 600 S VINCENT AVENUE <br> AZUSA, CA 91702 | | | General Trade Payable | | | | $595.00 |
| ACCOUNT NO. <br><br> Oliver,Tatiana B | | | Unclaimed Checks | | | | $718.12 |

Sheet no. _100_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 26,484.39

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,                    Case No.   08-13185
_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ONEIL, MEGAN<br>4915 EL SERENO AVE<br>LA CRESCENTA, CA 91214 | | | General Trade Payable | | | | $75.00 |
| ACCOUNT NO.<br><br>ONLINE RESOURCES CORPORATION<br>PO BOX 630139<br>BALTIMORE, MD 21263-0139 | | | General Trade Payable | | | | $22,210.39 |
| ACCOUNT NO.<br><br>ORANGE COUNTY NAMEPLATE CO INC<br>13201 ARCTIC CIRCLE<br>SANTA FE SPRINGS, CA 90670 | | | General Trade Payable | | | | $241.73 |
| ACCOUNT NO.<br><br>ORANGE COUNTY SANITATION DISTRICT<br>PO BOX 8127<br>FOUNTAIN VALLEY, CA 92728-8127 | | | General Trade Payable | | | | $0.00 |

Sheet no.   101  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 22,527.12

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC** ,                    Case No. **08-13185**
                      **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> OSBORN, JAMES <br> 1150 PADDOCK PLACE  NO.204 <br> ANN ARBOR, MI 48108 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO. <br> OWEN, TATIANA G <br> 1098 N MENTOR AVE <br> PASADENA, CA 91104 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br> P2I NEWSPAPER LLC <br> 1236 MAIN ST  UNIT C <br> HELLERTOWN, PA 18055 | | | General Trade Payable | | | | $506.00 |
| ACCOUNT NO. <br> PACIFIC BUILDING CARE <br> PO BOX 80199 <br> CITY OF INDUSTRY, CA 91716-8199 | | | General Trade Payable | | | | $5,747.25 |
| ACCOUNT NO. <br> PACIFIC TELEMANAGEMENT SERVICES <br> 379 DIABLO ROAD  SUITE 212 <br> DANVILLE, CA 94526 | | | General Trade Payable | | | | $115.37 |

Sheet no. _102_of_157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 6,618.62

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PACIFIC TITLE ARCHIVES<br>10717 VANOWEN ST<br>NO HOLLYWOOD, CA 91605 | | | General Trade Payable | | | | $180.55 |
| ACCOUNT NO.<br><br>Pak,Mi Yong | | | Unclaimed Checks | | | | $1,121.65 |
| ACCOUNT NO.<br><br>PALMDALE WATER DISTRICT<br>PO BOX 904070<br>PALMDALE, CA 93590 | | | General Trade Payable | | | | $47.32 |
| ACCOUNT NO.<br><br>PARIKH, RAHUL<br>509 MATISSE CT<br>WALNUT CREEK, CA 94597 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>PARK WATER COMPANY<br>PO BOX 7002<br>DOWNEY, CA 90241-7002 | | | General Trade Payable | | | | $316.51 |

Sheet no. _103_of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          | $ 1,916.03

Total ▶          | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC____,                    Case No.__08-13185_____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PARSONS, LEIF<br>223 MONITOR ST  2ND FLOOR<br>BROOKLYN, NY 11222 | | | General Trade Payable | | | | $350.00 |
| ACCOUNT NO.<br><br>PASTOR, NANCY<br>1002 8TH PL<br>HERMOSA BEACH, CA 90254 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>PATRIOT MARKETING GROUP LLC<br>PO BOX 92899<br>LOS ANGELES, CA 90009 | | | General Trade Payable | | | | $1,799.68 |
| ACCOUNT NO.<br><br>PATRIOT MARKETING GROUP LLC<br>1201 ALTA LOMA RD<br>LOS ANGELES, CA 90069 | | | General Trade Payable | | | | $466.25 |
| ACCOUNT NO.<br><br>PAYNE & FEARS, LLP<br>4 PARK PLAZA<br>STE 1100<br>IRVINE, CA 92614 | | | General Trade Payable | | | | $2,819.55 |

Sheet no. __104_of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 5,435.48

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PENN LITHOGRAPHICS INC<br>PO BOX 3117<br>CERRITOS, CA 90703-3117 | | | General Trade Payable | | | | $789,941.65 |
| ACCOUNT NO.<br><br>PERMISSIONS GROUP INC<br>1247 MILWAUKEE AVE     STE 303<br>GLENVIEW, IL 60025 | | | General Trade Payable | | | | $900.00 |
| ACCOUNT NO.<br><br>PHAM, JANE KHANH<br>15526 ERMANITA AVE<br>GARDENA, CA 90249 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>PHOTOCENTER IMAGING<br>2801 BURTON AVENUE<br>BURBANK, CA 91504 | | | General Trade Payable | | | | $1,601.68 |
| ACCOUNT NO.<br><br>PICKETT, HOLLY MARIE<br>3630 COLUMBUS<br>BUTTE, MT 59701 | | | General Trade Payable | | | | $0.00 |

Sheet no. _105_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 792,443.33

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,          Case No.   08-13185
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PINPOINT RESOURCE GROUP LLC<br>1960 E GRAND AVE<br>EL SEGUNDO, CA 90245 | | | General Trade Payable | | | | $32,885.00 |
| ACCOUNT NO.<br><br>PINPOINT RESOURCE GROUP LLC<br>350 S CRENSHAW BLVD     STE A200<br>TORRANCE, CA 90503 | | | General Trade Payable | | | | $19,226.25 |
| ACCOUNT NO.<br><br>PITNEY BOWES CREDIT CORPORATION<br>PO BOX 856390<br>LOUISVILLE, KY 40285-6390 | | | General Trade Payable | | | | $28.50 |
| ACCOUNT NO.<br><br>PITNEY BOWES CREDIT CORPORATION<br>PO BOX 856460<br>LOUISVILLE, KY 40285-5460 | | | General Trade Payable | | | | $138.45 |
| ACCOUNT NO.<br><br>PITNEY BOWES GLOBAL FINANCIAL SRVCS LLC<br>PO BOX 856460<br>LOUISVILLE, KY 40285-6460 | | | General Trade Payable | | | | $58.00 |

Sheet no.   106  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 52,336.20

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                        **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PITNEY BOWES INC<br>PO BOX 856390<br>LOUISVILLE, KY 40285-6390 | | | General Trade Payable | | | | $298.23 |
| ACCOUNT NO.<br><br>POINT ROLL<br>PO BOX 822282<br>PHILADELPHIA, PA 19182-2282 | | | General Trade Payable | | | | $2.58 |
| ACCOUNT NO.<br><br>POLICZER, MILTON A<br>3203 IROQUOIS AVENUE<br>LONG BEACH, CA 90808 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>POTTER, WILLIAM<br>966 1/2 EVERETT ST<br>LOS ANGELES, CA 90026 | | | General Trade Payable | | | | $320.00 |
| ACCOUNT NO.<br><br>POYNTER INSTITUTE<br>801 THIRD STREET SOUTH<br>ST PETERSBURG, FL 33701 | | | General Trade Payable | | | | $2,000.00 |

Sheet no. _107_of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,620.81

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**           ,                    Case No.   **08-13185**
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PREMIUMS PROMOTIONS & IMPORTS INC<br>952 BIG TREE RD  SUITE 1<br>SOUTH DAYTONA, FL 32119 | | | General Trade Payable | | | | $3,308.00 |
| ACCOUNT NO.<br><br>PRESS MASTERS OF ANAHEIM<br>PO BOX 8118<br>ANAHEIM, CA 92812 | | | General Trade Payable | | | | $8,889.22 |
| ACCOUNT NO.<br><br>PRESSROOM SOLUTIONS INC<br>4701 MARTIN STREET<br>FORTH WORTH, TX 76119 | | | General Trade Payable | | | | $3,120.56 |
| ACCOUNT NO.<br><br>PROMENADE PROMOTIONS<br>1646 FALLING STAR LN<br>CHINO HILLS, CA 91709 | | | General Trade Payable | | | | $450.00 |
| ACCOUNT NO.<br><br>PROPERTY PREP INC<br>15631 CONDON AVE<br>LAWNDALE, CA 90260 | | | General Trade Payable | | | | $1,242.00 |

Sheet no.   108  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 17,009.78

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,        Case No.  **08-13185**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PROTOCOL TELECOMMUNICATIONS INC<br>15635 SATICOY ST  SUITE A<br>VAN NUYS, CA 91406 | | | General Trade Payable | | | | $131.30 |
| ACCOUNT NO.<br><br>Q AIR CALIFORNIA<br>PO BOX 4348<br>SANTA FE SPRING, CA 90670 | | | General Trade Payable | | | | $5,815.24 |
| ACCOUNT NO.<br><br>Q INTERACTIVE INC<br>PO BOX 101452<br>ATLANTA, GA 30392-1452 | | | General Trade Payable | | | | $9,837.09 |
| ACCOUNT NO.<br><br>QCERA INC<br>1525 S SEPULVEDA BLVD  STE E<br>LOS ANGELES, CA 90025 | | | General Trade Payable | | | | $1,608.32 |
| ACCOUNT NO.<br><br>QUEST DIAGNOSTICS<br>PO BOX 740709<br>ATLANTA, GA 30374-0709 | | | General Trade Payable | | | | $164.00 |

Sheet no. _109_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 17,555.95

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC        ,                    Case No.   08-13185
_____                                  _____
        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>QUESTUS INC<br>1 BEACH STREET  SUITE 103<br>SAN FRANCISCO, CA 94133 | | | General Trade Payable | | | | $18,699.23 |
| ACCOUNT NO.<br><br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>865 S FIGUEROA ST<br>10TH FLR<br>LOS ANGELES, CA 90017 | | | General Trade Payable | | | | $217.40 |
| ACCOUNT NO.<br><br>QWEST<br>PO BOX 173638<br>DENVER, CO 80217-3638 | | | General Trade Payable | | | | $160.97 |
| ACCOUNT NO.<br><br>R R BOWKER LLC<br>PO BOX 630014<br>BALTIMORE, MD 21263-0014 | | | General Trade Payable | | | | $1,072.89 |

Sheet no.   110  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 20,150.49

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,           Case No.  **08-13185**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> R R DONNELLEY & SONS CO <br> 1ST PRIORITY SERVICES <br> PO BOX 730440 <br> DALLAS, TX 75373-0440 | | | General Trade Payable | | | | $287.61 |
| ACCOUNT NO. <br><br> RAINBOW DISPOSAL INC <br> PO BOX 1026 <br> HUNTINGTON BEACH, CA 92647-1026 | | | General Trade Payable | | | | $328.21 |
| ACCOUNT NO. <br><br> RAUL VOLFANGO <br> 6135 SHADYGLADE AV <br> NORTH HOLLYWOOD CA 91606 | | | Unclaimed Checks | | | | $120.00 |
| ACCOUNT NO. <br><br> REAGLE, MERL HARRY <br> 1003 SYLVIA LANE <br> TAMPA, FL 33613-2004 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> REALTYTRAC INC <br> ONE VENTURE PLAZA  SUITE 300 <br> IRVINE, CA 92618 | | | General Trade Payable | | | | $19,363.13 |

Sheet no. _111_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 20,098.95

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  <u>Los Angeles Times Communications LLC</u>          ,          Case No.  <u>  08-13185          </u>
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RECALL TOTAL INFORMATION<br>PO BOX 101057<br>ATLANTA, GA 30392-1057 | | | General Trade Payable | | | | $1,539.63 |
| ACCOUNT NO.<br><br>RECTOR, JAMIE<br>250 LINDEN AVE STE 208<br>LONG BEACH, CA 90802 | | | General Trade Payable | | | | $1,116.30 |
| ACCOUNT NO.<br><br>RED BRICKS MEDIA LLC<br>1062 FOLSOM ST    STE 300<br>SAN FRANCISCO, CA 94103 | | | General Trade Payable | | | | $22,719.59 |
| ACCOUNT NO.<br><br>RED MONKEY INC<br>BOX 36035<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $2,781.53 |
| ACCOUNT NO.<br><br>REDUX PICTURES<br>116 EAST 16TH STREET    12TH FLR<br>NEW YORK, NY 10003 | | | General Trade Payable | | | | $1,083.86 |

Sheet no.  _112_ of  _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 29,240.91

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
          **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REDWINE MANLEY TESTING SERVICE INC<br>PO BOX 1567<br>BAKERSFIELD, CA 93302 | | | General Trade Payable | | | | $2,050.00 |
| ACCOUNT NO.<br><br>REED BRENNAN MEDIA ASSOCIATES<br>628 VIRGINIA DRIVE<br>ORLANDO, FL 32803 | | | General Trade Payable | | | | $1,170.00 |
| ACCOUNT NO.<br><br>RESEARCH AND ANALYSIS OF MEDIA<br>757 BEAR RIDGE DR NW<br>ISSAQUAH, WA 98027 | | | General Trade Payable | | | | $6,815.00 |
| ACCOUNT NO.<br><br>REUTERS AMERICA LLC<br>PO BOX 10418<br>NEWARK, NJ 07193-0418 | | | General Trade Payable | | | | $10,333.25 |
| ACCOUNT NO.<br><br>RICIGLIANO, MIKE<br>3628 EASTWOOD DR<br>BALTIMORE, MD 21206 | | | General Trade Payable | | | | $200.00 |

Sheet no.  113 of  157 continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 20,568.25

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**        ,           Case No.  **08-13185**
                    **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RIGOLI PACIFIC CO INC <br> 1983 POTRERO GRANDE DR <br> MONTEREY PARK, CA 91754 | | | General Trade Payable | | | | $1,777.17 |
| ACCOUNT NO. <br><br> RILEY ILLUSTRATION <br> PO BOX 92 <br> NEW PALTZ, NY 12561 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO. <br><br> RING, ALBERT <br> 1720 GLORIETTA AVE <br> GLENDALE, CA 91208 | | | General Trade Payable | | | | $25.00 |
| ACCOUNT NO. <br><br> RJ PALMER LLC <br> 156 W 56TH ST <br> NEW YORK, NY 10019 | | | General Trade Payable | | | | $89,920.80 |
| ACCOUNT NO. <br><br> RL POLK & COMPANY <br> 5244 PAYSPHERE CIRCLE <br> CHICAGO, IL 60674 | | | General Trade Payable | | | | $5,618.28 |

Sheet no. _114_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 97,741.25

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                          Case No.   08-13185
                  **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROB MCPHEE DESIGN<br>118 CRESTMONT DRIVE<br>OAKLAND, CA 94619 | | | General Trade Payable | | | | $510.00 |
| ACCOUNT NO.<br><br>ROBERT THOMPSON<br>3309 STRONGS DR B<br>Marina Del Rey, CA 90292 | | | Unclaimed Checks | | | | $17.20 |
| ACCOUNT NO.<br><br>ROCKET MESSENGER SERVICE<br>PO BOX 3506<br>CHATSWORTH, CA 91313 | | | General Trade Payable | | | | $8,471.40 |
| ACCOUNT NO.<br><br>RODRIGUEZ, EDEL<br>16 RIDGEWOOD PO BOX 102<br>MT TABOR, NJ 07878-0102 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>Rodriguez,Christopher | | | Unclaimed Checks | | | | $1.43 |

Sheet no.   115  of   157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 9,000.03

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                                  **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROGERS, LILLA<br>6 PARKER ROAD<br>ARLINGTON, MA 02474 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>ROGERS, SARAH E<br>371 ELSIE ST<br>SAN FRANCISCO, CA 94110-5519 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.<br><br>ROMERO, DENNIS<br>232 S MAPLE DR<br>BEVERLY HILLS, CA 90212 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>RONALD MCDONALD HOUSE<br>CHARITIES OF SO<br>765 SOUTH PASADENA AVE<br>PASADENA, CA 91105 | | | General Trade Payable | | | | $22,939.74 |
| ACCOUNT NO.<br><br>ROSE, GIDEON<br>935 PRESIDENT ST<br>BROOKLYN, NY 11215 | | | General Trade Payable | | | | $400.00 |

Sheet no. __116_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 24,089.74

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
　　　　　　　　　**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ROTH, AARON <br> 110 BEACHVIEW AVE No. 226 <br> BRIDGEPORT, CT 06605 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO. <br><br> ROUND 2 COMMUNICATIONS <br> 10866 WILSHIRE BLVD    STE 900 <br> LOS ANGELES, CA 90024 | | | General Trade Payable | | | | $442,163.38 |
| ACCOUNT NO. <br><br> RUHL, SARAH <br> 511 E 20TH ST  APT ML <br> NEW YORK, NY 10010 | | | General Trade Payable | | | | $800.00 |
| ACCOUNT NO. <br><br> RUSSO, ANTHONY <br> 221 W MAIN RD <br> LITTLE COMPTON, RI 02837 | | | General Trade Payable | | | | $1,600.00 |
| ACCOUNT NO. <br><br> RYAN, COLIN <br> 14014 NORTHWEST PASSAGE <br> APT 231 <br> MARINA DEL REY, CA 90292 | | | General Trade Payable | | | | $1,680.00 |

Sheet no.  117  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 446,743.38

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>S&W PLASTICS INC<br>1200 WANAMAKER AVE  STE B<br>ONTARIO, CA 91761 | | | General Trade Payable | | | | $1,678.18 |
| ACCOUNT NO.<br><br>Sallas,Wailele | | | Unclaimed Checks | | | | $1.56 |
| ACCOUNT NO.<br><br>SALZMAN, FELIX<br>1167 N KINGSLEY DR      STE 103<br>LOS ANGELES, CA 90029 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>SAMYS CAMERA INC<br>431 SOUTH FAIRFAX<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $390.00 |
| ACCOUNT NO.<br><br>SAN DIEGO GAS & ELECTRIC CO<br>PO BOX 25111<br>SANTA ANA, CA 92799-5111 | | | General Trade Payable | | | | $662.78 |

Sheet no.  118  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 2,732.52

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __Los Angeles Times Communications LLC__    ,              Case No.  __08-13185_____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SANDRA M SYNNES<br>771 S B ST 171<br>OXNARD CA 93030 | | | Unclaimed Checks | | | | $17.59 |
| ACCOUNT NO.<br><br>SANTA MARGARITA WATER DISTRICT<br>PO BOX 7005<br>MISSION VIEJO, CA 92690-7005 | | | General Trade Payable | | | | $370.20 |
| ACCOUNT NO.<br><br>SARTWELL, CRISPIN<br>RD4<br>BOX 4450<br>GLEN ROCK, PA 17327 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>SAS RETAIL MERCHANDISING<br>1575 N MAIN ST<br>ORANGE, CA 92867 | | | General Trade Payable | | | | $3,139.00 |
| ACCOUNT NO.<br><br>SAVE ON VIDEO<br>29397 AGOURA RD  NO.110<br>AGOURA HILLS, CA 91301 | | | General Trade Payable | | | | $1,500.00 |

Sheet no. __119_ of __157__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 5,276.79

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,           Case No.   08-13185
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | $2,409.00 |
| SAVVIS COMMUNICATION CORP SAVVIS RECEIVABLES 13322 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0133 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $949.90 |
| SC YAMAMOTO INC 2031 EMERY AVE LA HABRA, CA 90631-5777 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $350.00 |
| SCALE FX INC PO BOX 3669 ANAHEIM, CA 92805 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $16,640.97 |
| SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | | | | | | | |

Sheet no.   120  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 20,349.87

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,          Case No.   08-13185
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SCHINDLER ELEVATOR CORPORATION <br> PO BOX 93050 <br> CHICAGO, IL 60673-3050 | | | General Trade Payable | | | | $337.30 |
| ACCOUNT NO. <br><br> SCHIRMER ENGINEERING CORP <br> 22995 NETWORK PL <br> CHICAGO, IL 60673-1229 | | | General Trade Payable | | | | $1,140.00 |
| ACCOUNT NO. <br><br> SCHNEIDER, JASON <br> 175 O'CONNOR DR <br> TORONTO, ON M4J 2S9 | | | General Trade Payable | | | | $800.00 |
| ACCOUNT NO. <br><br> SCREEN ACTORS GUILD INC <br> DONNA REED <br> 5757 WILSHIRE BLVD <br> LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $4,500.00 |
| ACCOUNT NO. <br><br> SCREENPLAY INC <br> 1630 15TH AVENUE W  NO.200 <br> SEATTLE, WA 98119 | | | General Trade Payable | | | | $56.45 |

Sheet no.  121  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 6,833.75

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
         **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SECRETARY OF STATE<br>PO BOX 944230<br>SACRAMENTO, CA 94244-0230 | | | General Trade Payable | | | | $20.00 |
| ACCOUNT NO.<br><br>SEDAM, STEPHEN<br>2609 GREENMONT DR<br>FORT COLLINS, CO 80524-1942 | | | General Trade Payable | | | | $900.00 |
| ACCOUNT NO.<br><br>See attached rider - Unclaimed Checks | | | Unclaimed Checks | | | | $1,181,792.75 |
| ACCOUNT NO.<br><br>See attached rider: Benefits Continuation | | | Benefits Continuation | | X | | Undetermined |
| ACCOUNT NO.<br><br>See attached rider: Certain Customer Liabilities | | | Certain Customer Liabilities | X | | | $266,536.32 |

Sheet no.  122  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,449,249.07

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.   **08-13185**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  See attached rider: Intercompany Claims | | | Intercompany Claims | | | | $4,554,394,047.35 |
| ACCOUNT NO.  See attached rider: Letter Agreements | | | Letter Agreements | | X | | $971,640.06 |
| ACCOUNT NO.  See attached rider: Other Compensation Plans | | | Other Compensation Plans | X | X | | Undetermined |
| ACCOUNT NO.  See attached rider: Potential Indemnification Obligations | | | Potential Indemnification Obligation | | | | |
| ACCOUNT NO.  See attached rider: Salary Continuation | | | Salary Continuation | | | | $116,080.97 |

Sheet no.   123  of   157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 4,555,481,768.38

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC            ,          Case No.   08-13185
_____                                    _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See attached rider: Schedule F | | | Accrued Acquisition/Cont Reserve, Restructuring Reserve-Current, Deposits/Long Term, Accrued Bank Fees, Accrued Other/General, Other Current Liabilities | | X | | $2,884,834.19 |
| ACCOUNT NO.<br><br>See attached rider: Schedule F Litigation | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SERRA, CHRISTOPHER<br>20 CEMETARY HILL RD<br>CONWAY, MA 01341 | | | General Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>SEYFARTH SHAW FAIRWEATHER & GERALDSON<br>55 EAST MONROE STREET<br>No.4200<br>CHICAGO, IL 60603-5803 | | | General Trade Payable | | | | $38,637.20 |
| ACCOUNT NO.<br><br>SHADDOCK, ANDREW<br>DATABASE MANAGEMENT<br>425 29TH STREET<br>MANHATTAN BEACH, CA 90266 | | | General Trade Payable | | | | $1,578.44 |

Sheet no.   124  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 2,926,049.83

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC _____ ,          Case No.  08-13185 _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SHALLENBERGER, NICOLLE<br>836 INDIANA AVE<br>VENICE, CA 90291 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>SHAVER, MARK<br>2334 OAK ST No.C<br>SANTA MONICA, CA 90405 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>SHLEMMER & ALGAZE & ASSOCIATES INTERIORS & ARCHITECTURE INC<br>6083 BRISTOL PARKWAY<br>CULVER CITY, CA 90230 | | | General Trade Payable | | | | $999.53 |
| ACCOUNT NO.<br><br>SIBELLI, RICK<br>4605 BURTON ST<br>ABQ, NM 87108 | | | General Trade Payable | | | | $325.00 |

Sheet no. _125_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,324.53

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SIDLEY AUSTIN LLP<br>BANK ONE PLAZA<br>10 SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>SIEMENS BUILDING TECHNOLOGIES<br>7850 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $1,304.47 |
| ACCOUNT NO.<br><br>SIKE INC<br>C/O BORNSTEIN<br>6 AHEM WAY<br>W ORANGE, NJ 07052 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>SIMMONS, KRISTA<br>3707 SAPPHIRE DR<br>ENCINO, CA 91436 | | | General Trade Payable | | | | $610.28 |

Sheet no.   126  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,914.75

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                      Case No.   08-13185
                                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | $1,029.00 |
| SIRVA RELOCATION LLC WELLS FARGO BUS CREDIT 4370 SOLUTIONS CENTER LOCK BOX 774370 CHICAGO, IL 60677-4003 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $250.00 |
| SLEZAK, ELLEN 1303 N VISTA ST LOS ANGELES, CA 90046 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $7,906.45 |
| SNEAD, ELIZABETH 8940 ASHCROFT AVE WEST HOLLYWOOD, CA 90048 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $620.00 |
| SO CALIFORNIA MENTAL HEALTH 2968 MATARO STREET PASADENA, CA 91107 | | | | | | | |

Sheet no.   127  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 9,805.45

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                     **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOLEDAD RUIZ MUNOZ, FLOR DE MARIA<br>AV GRAU 740<br>DPTO 501<br>BARRANCO LIMA, | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>SOUTH BAY GALLERIA<br>1815 HAWTHORNE BL No.201<br>REDONDO BEACH, CA 90278 | | | General Trade Payable | | | | $6,500.00 |
| ACCOUNT NO.<br><br>SOUTHERN CALIFORNIA GAS COMPANY<br>PO BOX C<br>MONTEREY PARK, CA 91756 | | | General Trade Payable | | | | $26,674.81 |
| ACCOUNT NO.<br><br>SOUTHERN CALIFORNIA GRANTMAKERS<br>1000 NORTH ALAMEDA ST    STE 230<br>LOS ANGELES, CA 90012 | | | General Trade Payable | | | | $15,300.00 |

Sheet no.   128  of   157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 48,574.81

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**            ,          Case No.   **08-13185**
_____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SOUTHERN CALIFORNIA LIBRARY <br> 6120 S VERMONT AVE <br> LOS ANGELES, CA 90044 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO. <br><br> SOUTHERN CALIFORNIA MATERIAL HANDLING <br> PO BOX 80770 <br> SAN MARINO, CA 91118 | | | General Trade Payable | | | | $20,446.76 |
| ACCOUNT NO. <br><br> SPR INC <br> 233 S WACKER DR     STE NO.3500 <br> CHICAGO, IL 60606 | | | General Trade Payable | | | | $4,795.08 |
| ACCOUNT NO. <br><br> SPRINT NEXTEL <br> PO BOX 4181 <br> CAROL STREAM, IL 60197-4181 | | | General Trade Payable | | | | $1,780.58 |
| ACCOUNT NO. <br><br> SPRINT SPECTRUM LP <br> PO BOX 8077 <br> LONDON, KY 40742 | | | General Trade Payable | | | | $1,473.81 |

Sheet no. _129_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 28,596.23

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**                ,          Case No.  **08-13185**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SPRINT SPECTRUM LP<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 | | | General Trade Payable | | | | $2,511.68 |
| ACCOUNT NO.<br><br>ST MARTIN, CHRISTIE<br>95 BEDFORD ROAD<br>TORONTO, ON M5R 2K4 | | | General Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>STAGLIANO, JOHN<br>14141 COVELLO STREET  UNIT 8C<br>VAN NUYS, CA 91405 | | | General Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>STANDARD REGISTER COMPANY<br>PO BOX 91047<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $806.17 |
| ACCOUNT NO.<br><br>STANLEY PEST CONTROL<br>5241 W JEFFERSON BLVD<br>LOS ANGELES, CA 90016 | | | General Trade Payable | | | | $10.16 |

Sheet no. _130_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 4,728.01

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
              **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STANTIS, SCOTT<br>5312 RIVERBEND TRL<br>BIRMINGHAM, AL 35244 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>STARDUST VISIONS INC<br>1438 NORTH GOWER STREET<br>HOLLYWOOD, CA 90028 | | | General Trade Payable | | | | $4,708.41 |
| ACCOUNT NO.<br><br>STATE BOARD OF EQUALIZATION<br>ENVIRONMENTAL FEE DIVISION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-6023 | | | General Trade Payable | | | | $12,908.00 |
| ACCOUNT NO.<br><br>STATE OF CALIFORNIA<br>VEHICLE REGISTRATION COLLECTIONS<br>PO BOX 419001<br>RANCHO CORDOVA, CA 95741-9001 | | | General Trade Payable | | | | $107.00 |

Sheet no.  131  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 17,723.41

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
           **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>State of California Unclaimed Property Division<br>P.O. Box 942850<br>Sacramento, CA 94250 | | | Unclaimed Checks | | | | $18,051.64 |
| ACCOUNT NO.<br><br>STATE WATER RESOURCES CONTROL BOARD<br>SWRCB ACCOUNTING OFFICE<br>ATTN: AFRS<br>PO BOX 1888<br>SACRAMENTO, CA 95812-1888 | | | General Trade Payable | | | | $3,082.89 |
| ACCOUNT NO.<br><br>STEELE, DAWN R<br>3481 STANCREST DR  No.309<br>GLENDALE, CA 91208 | | | General Trade Payable | | | | $35.00 |
| ACCOUNT NO.<br><br>STEVE BRODNER ILLUSTRATIONS INC<br>100 COOPER ST    NO.6G<br>NEW YORK CITY, NY 10034-2331 | | | General Trade Payable | | | | $1,600.00 |

Sheet no.  132  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 22,769.53

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,     Case No.  08-13185
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stone,Diane | | | Unclaimed Checks | | | | $1,987.01 |
| ACCOUNT NO.<br><br>STORR CONSULTING INC<br>803 DUNBARTON CIRCLE<br>SACRAMENTO, CA 95825 | | | General Trade Payable | | | | $95.00 |
| ACCOUNT NO.<br><br>STUART DEAN COMPANY INC<br>PO BOX 10369<br>NEWARK, NJ 07193-0369 | | | General Trade Payable | | | | $251.19 |
| ACCOUNT NO.<br><br>SUPERIOR ALARM SYSTEMS<br>PO BOX 10084<br>CANOGA PARK, CA 91309 | | | General Trade Payable | | | | $1,012.50 |
| ACCOUNT NO.<br><br>SURF & SAND HOTEL<br>1555 COAST HWY<br>LAGUNA, CA 92651 | | | General Trade Payable | | | | $5,433.80 |

Sheet no.  133  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 8,779.50

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.   08-13185
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUTER, DAVID<br>PO BOX 1402<br>AMAGANSETT, NY 11930 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br><br>SWARTZ, LOUISE C<br>4849 LUCY LANE<br>LANGLEY, WA 98260 | | | General Trade Payable | | | | $520.00 |
| ACCOUNT NO.<br><br>SYNDICATE BLEU<br>10100 SANTA MONICA BLVD  STE 900<br>LOS ANGELES, CA 90067 | | | General Trade Payable | | | | $2,972.75 |
| ACCOUNT NO.<br><br>SYNERGY WORKPLACES<br>100 OCEANGATE   STE 1200<br>LONG BEACH, CA 90802 | | | General Trade Payable | | | | $408.01 |

Sheet no.   134  of   157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 3,900.76

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC ____ ,          Case No.  08-13185 _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SYSTEM DEVELOPMENT CO OF NH<br>835 HANOVER STREET<br>SUITE 305<br>MANCHESTER, NH 03104-5401 | | | General Trade Payable | | | | $8,967.00 |
| ACCOUNT NO.<br><br>T MOBILE<br>PO BOX 51843<br>LOS ANGELES, CA 90051-6143 | | | General Trade Payable | | | | $5,691.58 |
| ACCOUNT NO.<br><br>TALX CORP<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | General Trade Payable | | | | $1,854.83 |
| ACCOUNT NO.<br><br>TANGO ENGINEERING<br>1958 W PHILLIPS DR<br>PHILLIPS RANCH, CA 91766 | | | General Trade Payable | | | | $119.75 |

Sheet no.  135 _of_ 157 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 16,633.16

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVE  26TH FL<br>NEW YORK, NY 10178 | | | General Trade Payable | | | | $29,280.00 |
| ACCOUNT NO.<br><br>TAYLOR & FRANCIS GROUP LLC<br>PO BOX 409267<br>ATLANTA, GA 30384-9267 | | | General Trade Payable | | | | $1,608.25 |
| ACCOUNT NO.<br><br>TAYLOR STARK, ERNA<br>629 LINDA VISTA AVE<br>PASADENA, CA 91105 | | | General Trade Payable | | | | $162.94 |
| ACCOUNT NO.<br><br>TC TRANSPORTATION<br>8833 N THOMPSON AVE<br>CLOVIS, CA 93619 | | | General Trade Payable | | | | $350.00 |
| ACCOUNT NO.<br><br>TCN INCORPORATED<br>560 S VALLEYVIEW DR    STE 3<br>SAINT GEORGE, UT 84770 | | | General Trade Payable | | | | $2,867.76 |

Sheet no. _136_of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 34,268.95

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC           ,                Case No.  08-13185
             **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TELESOFT CORP  3443 NORTH CENTRAL AVE STE 1800  PHOENIX, AZ 85012 | | | General Trade Payable | | | | $5,187.61 |
| ACCOUNT NO.  TERNOSKY, STEVEN  1701 CLINTON ST  NO.325  LOS ANGELES, CA 90026 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.  Terry,Janice L | | | Unclaimed Checks | | | | $4.30 |
| ACCOUNT NO.  TESA TAPE INC  5825 CARNEIGIE BLVD  CHARLOTTE, NC 28209 | | | General Trade Payable | | | | $7,598.88 |
| ACCOUNT NO.  TEWKSBURY, DREW  4174 LASALLE AVE  CULVER CITY, CA 90236 | | | General Trade Payable | | | | $70.00 |

Sheet no.   137  of   157   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 12,960.79

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                      **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE HERMANN GROUP INC<br>23 PECK ROAD<br>MT KISCO, NY 10549 | | | General Trade Payable | | | | $991.00 |
| ACCOUNT NO.<br><br>THE HOLLYWOOD REPORTER<br>5055 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90036-4396 | | | General Trade Payable | | | | $146.79 |
| ACCOUNT NO.<br><br>THE NATIONAL ARTS CLUB<br>15 GRAMERCY PARK SOUTH<br>NEW YORK, NY 10003 | | | General Trade Payable | | | | $1,500.00 |
| ACCOUNT NO.<br><br>THERESA FRESENIUS<br>3601 SUNFLOWER CIR<br>SEAL BEACH CA 90740 | | | Unclaimed Checks | | | | $7.17 |
| ACCOUNT NO.<br><br>THIRD DEGREE GRAPHICS AND MARKETING<br>2225 SPERRY AVE    STE 1250<br>VENTURA, CA 93003 | | | General Trade Payable | | | | $200.00 |

Sheet no.  138  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 2,844.96

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.   08-13185
　　　　　　　　　　　Debtor                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　THOMPSON INDUSTRIAL SUPPLY INC P O BOX 1029 RANCHO CUCAMONGA, CA 91729-1299 | | | General Trade Payable | | | | $701.98 |
| ACCOUNT NO.　　　　　Tillage,Kales | | | Unclaimed Checks | | | | $51.33 |
| ACCOUNT NO.　　　　　TIME WARNER CABLE PO BOX 60074 CITY OF INDUSTRY, CA 91716-0074 | | | General Trade Payable | | | | $241.95 |
| ACCOUNT NO.　　　　　TIME WARNER TELECOM INC PO BOX 172567 DENVER, CO 80217-2567 | | | General Trade Payable | | | | $1,141.25 |

Sheet no.　139　of　157　continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,136.51

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC         ,          Case No.  08-13185
           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TINLOY, MARISSA<br>37 KILKENNY CT<br>ALAMEDA, CA 94502 | | | General Trade Payable | | | | $704.00 |
| ACCOUNT NO.<br><br>TINLOY, MARISSA<br>37 KILKENNY CT<br>ALAMEDA, CA 94502 | | | General Trade Payable | | | | $176.00 |
| ACCOUNT NO.<br><br>TORRES GONZALEZ, SUSANA<br>CALLE VARSOVIA  No.12 DEPT 202 PISO 2<br>COL JUAREZ<br>DF<br>MEXICO, CP06600 | | | General Trade Payable | | | | $200.00 |
| ACCOUNT NO.<br><br>TOWNE INC<br>PO BOX 26889<br>SANTA ANA, CA 92799-6889 | | | General Trade Payable | | | | $19,158.34 |

Sheet no.  140  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 20,238.34

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC      ,          Case No.  08-13185
　　　　　　　　　　　Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TRANSWEAVE<br>ATTN  MUMTAZ KUTTY<br>1333 GOUGH ST    STE 7J<br>SAN FRANCISCO, CA 94109 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO.<br>TRAVER, PAUL M<br>P O BOX 998<br>BISHOP, CA 93515 | | | General Trade Payable | | | | $49.80 |
| ACCOUNT NO.<br>TREXLER COMPRESSOR SALES & SERVICE<br>12643 E EMMENS WAY<br>SANTA FE SPRINGS, CA 90670 | | | General Trade Payable | | | | $48.23 |
| ACCOUNT NO.<br>TRG CUSTOMER SOLUTIONS<br>FILE 749108<br>LOS ANGELES, CA 90074-9108 | | | General Trade Payable | | | | $19,121.76 |
| ACCOUNT NO.<br>TRI SIGNAL INTEGRATION INC<br>12701 ENCINITAS AVE<br>SYLMAR, CA 91342 | | | General Trade Payable | | | | $60.33 |

Sheet no.  141  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 19,280.12

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.   08-13185
                            **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TRL SYSTEMS INC<br>4405 E AIRPORT DR<br>ONTARIO, CA 91781 | | | General Trade Payable | | | | $19,362.55 |
| ACCOUNT NO.<br><br>TRUNK IMAGES INC<br>466 BROOME ST  4TH FLOOR<br>NEW YORK, NY 10013 | | | General Trade Payable | | | | $750.00 |
| ACCOUNT NO.<br><br>TSEVIS & CO<br>154 RODOU STREET<br>ATHENS, 10443 | | | General Trade Payable | | | | $1,500.00 |
| ACCOUNT NO.<br><br>TULLIS, ANDREW J<br>20124 WAPITI CT<br>BEND, OR 97702 | | | General Trade Payable | | | | $335.80 |
| ACCOUNT NO.<br><br>TURNER, TYRONE<br>4408 18TH ST N<br>ARLINGTON, VA 22207 | | | General Trade Payable | | | | $0.00 |

Sheet no.  142 of  157 continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 21,948.35

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
          **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TW TELECOM HOLDINGS INC <br> PO BOX 172567 <br> DENVER, CO 80217-2567 | | | General Trade Payable | | | | $10,248.01 |
| ACCOUNT NO. <br><br> ULINE INC <br> 2200 S LAKESIDE DRIVE <br> WAUKEGAN, IL 60085 | | | General Trade Payable | | | | $7,662.78 |
| ACCOUNT NO. <br><br> UNISAN PRODUCTS <br> 5450 W 83RD ST <br> LOS ANGELES, CA 90045 | | | General Trade Payable | | | | $5,877.28 |
| ACCOUNT NO. <br><br> UNISYS CORPORATION <br> 99865 COLLECTIONS CENTER DR <br> CHICAGO, IL 60696 | | | General Trade Payable | | | | $118.47 |
| ACCOUNT NO. <br><br> UNITED MEDIA <br> PO BOX 641465 <br> CINCINNATI, OH 45264-1465 | | | General Trade Payable | | | | $3,771.40 |

Sheet no. _143_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 27,677.94

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC** ,                    Case No. **08-13185**
_____                                _____
           **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNITED STATES TREASURY INTERNAL REVENUE SERVICES CTR CINCINNATI, OH 45999-0039 | | | General Trade Payable | | | | $1,140.00 |
| ACCOUNT NO.<br><br>UNIVERSAL FORMS LABELS & SYSTEMS INC 2020 S EASTWOOD AVE SANTA ANA, CA 92705 | | | General Trade Payable | | | | $2,143.48 |
| ACCOUNT NO.<br><br>UNIVERSAL PRESS SYNDICATE PO BOX 419149 KANSAS CITY, MO 64141-9149 | | | General Trade Payable | | | | $24,394.31 |
| ACCOUNT NO.<br><br>UNIVERSAL PROTECTION SERVICE PO BOX 512719 LOS ANGELES, CA 90051-0719 | | | General Trade Payable | | | | $6,158.25 |
| ACCOUNT NO.<br><br>UPS SUPPLY CHAIN SOLUTIONS 28013 NETWORK PLACE CHICAGO, IL 60673-1280 | | | General Trade Payable | | | | $77.80 |

Sheet no. _144_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 33,913.84

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>US BANK/OFFICE EQUIPMENT FINANCE SERVICE<br>PO BOX 790448<br>SAINT LOUIS, MO 63179-0448 | | | General Trade Payable | | | | $1,695.19 |
| ACCOUNT NO.<br><br>US HEALTHWORKS MEDICAL GROUP<br>PO BOX 50042<br>LOS ANGELES, CA 90074 | | | General Trade Payable | | | | $71.00 |
| ACCOUNT NO.<br><br>US PRESSWIRE LLC<br>1230 PEACHTREE ST      STE 1900<br>ATLANTA, GA 30309 | | | General Trade Payable | | | | $551.61 |
| ACCOUNT NO.<br><br>USA MOBILITY WIRELESS INC<br>P O BOX 660770<br>DALLAS, TX 75266-0770 | | | General Trade Payable | | | | $330.33 |
| ACCOUNT NO.<br><br>USA TODAY<br>305 SEABOARD LN STE 301<br>FRANKLIN, TN 37067 | | | General Trade Payable | | | | $162.84 |

Sheet no.   145  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 2,810.97

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
                 **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | $420.00 |
| USC DEPT OF BIOKINESIOLOGY FERRIS, ABBIE 1540 E ALCAZAR CHP155 LOS ANGELES, CA 90033 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $134.65 |
| UUCVH 4451 DUNSMORE AVE LA CRESCENTA, CA 91214 | | | | | | | |
| ACCOUNT NO. | | | Unclaimed Checks | | | | $2.05 |
| V WEINER 42 WHEELER IRVINE CA 92620 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $0.00 |
| VALASSIS DIRECT MAIL INC FILE 70179 LOS ANGELES, CA 90074-0179 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $210.00 |
| VALENCIA WATER COMPANY PO BOX 515106 LOS ANGELES, CA 90015-5106 | | | | | | | |

Sheet no. _146_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 766.70

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**              ,          Case No.  **08-13185**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VALLEY COUNTY WATER DISTRICT<br>14521 RAMONA BLVD<br>BALDWIN PARK, CA 91706 | | | General Trade Payable | | | | $92.68 |
| ACCOUNT NO.<br><br>VALLEY WATER CO<br>PO BOX 706<br>LA CANADA, CA 91012 | | | General Trade Payable | | | | $48.59 |
| ACCOUNT NO.<br><br>VAN WAGNER OUTDOOR<br>11829 VENTURA BLVD 2ND FL<br>STUDIO CITY, CA 91604 | | | General Trade Payable | | | | $3,500.00 |
| ACCOUNT NO.<br><br>VANGUARD FUNDING CORP<br>ATTN DAN ALLEE<br>741 E BALL ROAD  NO.103<br>ANAHEIM, CA 92805 | | | General Trade Payable | | | | $1,001.00 |
| ACCOUNT NO.<br><br>VASILAKIS, ANASTASIA<br>35 ORANGE STREET    NO.3F<br>BROOKLYN, NY 11201 | | | General Trade Payable | | | | $0.00 |

Sheet no. _147_of _157_continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 4,642.27

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,  Case No.  08-13185
     **Debtor**                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> VAZQUEZ SR, RAUL A <br> 341 EAST GRAVES AVE <br> MONTEREY PARK, CA 91755 | | | General Trade Payable | | | | $3,750.00 |
| ACCOUNT NO. <br> VERBUM DEI HIGH SCHOOL WORKSTUDY, INC <br> 11100 S CENTRAL AVE <br> LOS ANGELES, CA 90059-1199 | | | General Trade Payable | | | | $10,000.00 |
| ACCOUNT NO. <br> VERIZON <br> PO BOX 660720 <br> DALLAS, TX 75266-0720 | | | General Trade Payable | | | | $166.08 |
| ACCOUNT NO. <br> VERIZON <br> PO BOX 12045 <br> TRENTON, NJ 08650-2045 | | | General Trade Payable | | | | $171.55 |
| ACCOUNT NO. <br> VERIZON <br> PO BOX 17577 <br> BALTIMORE, MD 21297-0513 | | | General Trade Payable | | | | $82.68 |

Sheet no. _148_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 14,170.31

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,          Case No.  **08-13185**
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VERIZON CALIFORNIA<br>PO BOX 9688<br>MISSION HILLS, CA 91346-9688 | | | General Trade Payable | | | | $1,587.97 |
| ACCOUNT NO.<br><br>VERIZON NORTH<br>PO BOX 9688<br>MISSION HILLS, CA 91346 | | | General Trade Payable | | | | $1,917.56 |
| ACCOUNT NO.<br><br>VIDEO MONITORING SERVICES OF AMERICA LP<br>PO BOX 34618<br>NEWARK, NJ 07189-4618 | | | General Trade Payable | | | | $351.75 |
| ACCOUNT NO.<br><br>VILLAS AT TOWNGATE   FPI<br>13120 DAY ST<br>MORENO VALLEY, CA 92553 | | | General Trade Payable | | | | $325.00 |
| ACCOUNT NO.<br><br>VIP TRANSPORT INC<br>2703 WARDLOW ROAD<br>CORONA, CA 92882 | | | General Trade Payable | | | | $79,861.62 |

Sheet no. _149_ of _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 84,043.90

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**            ,                    Case No.  **08-13185**
                            **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VONS COMPANIES INC<br>618 MICHILLINDA<br>ARCADIA, CA 91007 | | | General Trade Payable | | | | $6,875.00 |
| ACCOUNT NO.<br><br>WAGNER, ALICIA J<br>806 PATRICIA DRIVE<br>SAN ANTONIO, TX 78216 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>WAI & CONNOR LLP<br>2566 OVERLAND AVE  STE 570<br>LOS ANGELES, CA 90064 | | | General Trade Payable | | | | $3,745.28 |
| ACCOUNT NO.<br><br>WASHINGTON POST WRITERS GROUP<br>PO BOX 75442<br>BALTIMORE, MD 21275-5442 | | | General Trade Payable | | | | $7,669.33 |
| ACCOUNT NO.<br><br>WASSERSTEIN,BEN<br>1030 FIFTH AVENUE No.11<br>NEW YORK, NY 10028 | | | General Trade Payable | | | | $800.00 |

Sheet no.  _150_ of  _157_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 19,189.61

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WASTE MANAGEMENT<br>PO BOX 78251<br>PHOENIX, AZ 85062-8251 | | | General Trade Payable | | | | $15.23 |
| ACCOUNT NO.<br><br>WATER IN MOTION<br>9810 ZELZAH AVE      BOX 105<br>NORTHRIDGE, CA 91325 | | | General Trade Payable | | | | $2,785.38 |
| ACCOUNT NO.<br><br>WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688 | | | General Trade Payable | | | | $6,506.44 |
| ACCOUNT NO.<br><br>WEBEX COMMUNICATIONS<br>PO BOX 49216<br>SAN JOSE, CA 95161-9216 | | | General Trade Payable | | | | $226.03 |
| ACCOUNT NO.<br><br>WEBVISIBLE INC<br>121 INNOVATION DR     STE 100<br>IRVINE, CA 92617 | | | General Trade Payable | | | | $9,986.39 |

Sheet no.  151  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 19,519.47

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Weilbacher,Edward A | | | Unclaimed Checks | | | | $1,717.50 |
| ACCOUNT NO.<br><br>WELBORN SULLIVAN MECK & TOOLEY<br>821 17TH STREET<br>SUITE 500<br>DENVER, CO 80202 | | | General Trade Payable | | | | $532.00 |
| ACCOUNT NO.<br><br>WELLMAN, CISSY<br>12415 CUMPSTON STREET<br>VALLEY VILLAGE, CA 91607 | | | General Trade Payable | | | | $222.80 |
| ACCOUNT NO.<br><br>WEST, CHRISTIANSON<br>12340 SEAL BEACH BLVD    STE B125<br>SEAL BEACH, CA 90740 | | | General Trade Payable | | | | $6,564.52 |

Sheet no.  152  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 9,036.82

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.   08-13185
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WESTERN EXTERMINATOR COMPANY<br>P O BOX 11881<br>SANTA ANA, CA 92711 | | | General Trade Payable | | | | $928.00 |
| ACCOUNT NO.<br><br>WESTIN KAANAPALI OCEAN RESORT<br>ATTN MEGHAN SANTEA<br>2365 KA ANAPALI PARKWAY<br>LAHAINA MAUI, HI 96761 | | | General Trade Payable | | | | $570.00 |
| ACCOUNT NO.<br><br>WHEELBASE COMMUNICATIONS LTD<br>PO BOX 28046<br>MONCTON, NB E1C 9N4 | | | General Trade Payable | | | | $261.00 |
| ACCOUNT NO.<br><br>WHITE FENCE<br>5333 WESTHEIMER          STE 1000<br>HOUSTON, TX 77056 | | | General Trade Payable | | | | $286.65 |

Sheet no.   153  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 2,045.65

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,          Case No.  08-13185
_____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | General Trade Payable | | | | $241.50 |
| WHITE HORSE INN ATTN MICHELE TEDRICK 1725 BEAR VALLEY PARKWAY ESCONDIDO, CA 92027 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $164.00 |
| WHITE, STEPHEN ARTHUR 5830 VESPER AVE VAN NUYS, CA 91411 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $801.56 |
| WILMINGTON INSTRUMENT COMPANY INC 332 N FRIES AVE WILMINGTON, CA 90744 | | | | | | | |
| ACCOUNT NO. | | | Unclaimed Checks | | | | $1,635.04 |
| Wisconsin Office of the State Treasurer Unclaimed Property Division P.O. Box 7871 Madison, WI 53707 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $10,196.01 |
| WORLDNET INTERNATIONAL COURIERS INC 147-02 181ST  JFK SPRINGFIELD GARDENS, NY 11413 | | | | | | | |

Sheet no.  154  of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 13,038.11

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC** ,                    Case No.  **08-13185**
_____
                   **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WORLDNOW<br>747 3RD AVE 17TH FLOOR<br>NEW YORK, NY 10017 | | | General Trade Payable | | | | $5,831.47 |
| ACCOUNT NO.<br><br>XEROX CORPORATION<br>PO BOX 827598<br>PHILADELPHIA, PA 19182-7598 | | | General Trade Payable | | | | $4,473.70 |
| ACCOUNT NO.<br><br>XEROX CORPORATION<br>PO BOX 802555<br>CHICAGO, IL 60680-2555 | | | General Trade Payable | | | | $1,904.79 |
| ACCOUNT NO.<br><br>XPRESS GRAPHICS<br>PO BOX 18801<br>ANAHEIM, CA 92817-8801 | | | General Trade Payable | | | | $40,404.84 |
| ACCOUNT NO.<br><br>YAHOO INC<br>PO BOX 7763<br>SAN FRANCISCO, CA 94120-7763 | | | General Trade Payable | | | | $292.49 |

Sheet no. _155_ of _157_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 52,907.29

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Los Angeles Times Communications LLC          ,                    Case No.  08-13185
_____                                    _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> YAMADA, KATHERINE <br> 1537 HIGHLAND AVE. <br> GLENDALE, CA 91202 | | | General Trade Payable | | | | $170.00 |
| ACCOUNT NO. <br><br> YESMAIL <br> BOX 3603 <br> OMAHA, NE 68103 | | | General Trade Payable | | | | $2,000.00 |
| ACCOUNT NO. <br><br> YOUNG WOLFF, COLIN <br> 2303 27TH ST <br> SANTA MONICA, CA 90405 | | | General Trade Payable | | | | $233.30 |
| ACCOUNT NO. <br><br> YOUNG, PAUL <br> 7923 WARING AVE <br> LOS ANGELES, CA 90046 | | | General Trade Payable | | | | $0.00 |
| ACCOUNT NO. <br><br> ZAKARIAN, KIMBERLIE <br> 4616 OCEAN VIEW BLVD <br> LA CANADA, CA 91011 | | | General Trade Payable | | | | $475.00 |

Sheet no.  156  of  157  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,878.30

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Los Angeles Times Communications LLC**          ,                    Case No.  **08-13185**
                        **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ZULKIE PARTNERS LLC<br>222 S RIVERSIDE PLAZA   STE 2300<br>CHICAGO, IL 60606 | | | General Trade Payable | | | | $1,292.00 |
| ACCOUNT NO.<br><br>ZUMA PRESS<br>408 NORTH EL CAMINO REAL<br>SAN CLEMENTE, CA 92672 | | | General Trade Payable | | | | $22.58 |
| ACCOUNT NO.<br><br>ZZZZZZ SUNSET WINDOWS<br>TUXFORD, GEORGE<br>3303 HARBOR BLVD STE D5<br>COSA MESA, CA 92626 | | | General Trade Payable | | | | $355.00 |
| ACCOUNT NO.<br><br><br> | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | |

Sheet no.  157 of  157  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,669.58

Total ▶    $ 4,566,263,689.06
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)