## EXHIBIT 1

AMENDED SCHEDULES BY DEBTOR

## EXHIBIT 1

| DEBTOR | CASE NO. | AMENDED SCHEDULES |
|---|---|---|
| Tribune Company | 08-13141 | B,F,G |
| 435 Production Company | 08-13142 | |
| 5800 Sunset Productions Inc. | 08-13143 | |
| Baltimore Newspaper Networks, Inc. | 08-13144 | |
| California Community News Corporation | 08-13145 | E,F |
| Candle Holdings Corporation | 08-13146 | |
| Channel 20, Inc. | 08-13147 | |
| Channel 39, Inc. | 08-13148 | F |
| Channel 40, Inc. | 08-13149 | F |
| Chicago Avenue Construction Company | 08-13150 | |
| Chicago River Production Company | 08-13151 | |
| Chicago Tribune Company | 08-13152 | E,F |
| Chicago Tribune Newspapers, Inc. | 08-13153 | |
| Chicago Tribune Press Service, Inc. | 08-13154 | E |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | |
| Chicagoland Publishing Company | 08-13156 | F |
| Chicagoland Television News, Inc. | 08-13157 | |
| Courant Specialty Products, Inc. | 08-13159 | |
| Direct Mail Associates, Inc. | 08-13160 | F |
| Distribution Systems Of America, Inc. | 08-13161 | |
| Eagle New Media Investments, LLC | 08-13162 | F |
| Eagle Publishing Investments, LLC | 08-13163 | |
| Forsalebyowner.com Corp. | 08-13165 | F |
| ForSaleByOwner.com Referral Services, LLC | 08-13166 | |
| Fortify Holdings Corporation | 08-13167 | |
| Forum Publishing Group, Inc. | 08-13168 | F |
| Gold Coast Publications, Inc. | 08-13169 | F |
| Greenco, Inc. | 08-13170 | |
| Heart & Crown Advertising, Inc. | 08-13171 | |
| Homeowners Realty, Inc. | 08-13172 | |
| Homestead Publishing Co. | 08-13173 | E,F |
| Hoy, LLC | 08-13174 | F |
| Hoy Publications, LLC | 08-13175 | F |
| InsertCo, Inc. | 08-13176 | F |
| Internet Foreclosure Service, Inc. | 08-13177 | |
| JuliusAir Company, LLC | 08-13178 | |
| JuliusAir Company II, LLC | 08-13179 | |
| KIAH Inc. | 08-13180 | F |
| KPLR, Inc. | 08-13181 | F |
| KSWB Inc. | 08-13182 | F |

| | | |
|---|---|---|
| KTLA Inc. | 08-13183 | F |
| KWGN Inc. | 08-13184 | E,F |
| Los Angeles Times Communications LLC | 08-13185 | E,F |
| Los Angeles Times International, Ltd. | 08-13186 | |
| Los Angeles Times Newspapers, Inc. | 08-13187 | |
| Magic T Music Publishing Company | 08-13188 | |
| NBBF, LLC | 08-13189 | |
| Neocomm, Inc. | 08-13190 | |
| New Mass. Media, Inc. | 08-13191 | F |
| New River Center Maintenance Association, Inc. | 08-13192 | |
| Newscom Services, Inc. | 08-13193 | |
| Newspaper Readers Agency, Inc. | 08-13194 | |
| North Michigan Production Company | 08-13195 | |
| North Orange Avenue Properties, Inc. | 08-13196 | |
| Oak Brook Productions, Inc. | 08-13197 | |
| Orlando Sentinel Communications Company | 08-13198 | E,F |
| Patuxent Publishing Company | 08-13200 | E,F |
| Publishers Forest Products Co. of Washington | 08-13201 | |
| Sentinel Communications News Ventures, Inc. | 08-13202 | |
| Shepard's Inc. | 08-13203 | |
| Signs of Distinction, Inc. | 08-13204 | |
| Southern Connecticut Newspapers, Inc. | 08-13205 | F |
| Star Community Publishing Group, LLC | 08-13206 | F |
| Stemweb, Inc. | 08-13207 | |
| Sun-Sentinel Company | 08-13208 | E,F |
| The Baltimore Sun Company | 08-13209 | E,F |
| The Daily Press, Inc. | 08-13210 | E,F |
| The Hartford Courant Company | 08-13211 | F |
| The Morning Call, Inc. | 08-13212 | E,F |
| The Other Company LLC | 08-13213 | |
| Times Mirror Land And Timber Company | 08-13214 | |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 | |
| Times Mirror Services Company, Inc. | 08-13216 | |
| TMLH 2, Inc. | 08-13217 | |
| TMLS I, Inc. | 08-13218 | |
| TMS Entertainment Guides, Inc. | 08-13219 | |
| Tower Distribution Company | 08-13220 | |
| Towering T Music Publishing Company | 08-13221 | |
| Tribune Broadcast Holdings, Inc. | 08-13222 | F |
| Tribune Broadcasting Company | 08-13223 | F |
| Tribune Broadcasting Holdco, LLC | 08-13224 | |
| Tribune Broadcasting News Network, Inc. (n/k/a/ Tribune Washington Bureau, Inc.) | 08-13225 | F |
| Tribune California Properties, Inc. | 08-13226 | |

| | | |
|---|---|---|
| Tribune CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) | 09-13496 | |
| Tribune Direct Marketing, Inc. | 08-13227 | E,F |
| Tribune Entertainment Company | 08-13228 | F |
| Tribune Entertainment Production Company | 08-13229 | |
| Tribune Finance, LLC | 08-13230 | |
| Tribune Finance Service Center, Inc. | 08-13231 | F |
| Tribune License, Inc. | 08-13232 | |
| Tribune Los Angeles, Inc. | 08-13233 | |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | |
| Tribune Media Net, Inc. | 08-13235 | F |
| Tribune Media Services, Inc. | 08-13236 | E,F |
| Tribune Network Holdings Company | 08-13237 | |
| Tribune New York Newspaper Holdings, LLC | 08-13238 | E,F |
| Tribune NM, Inc. | 08-13239 | |
| Tribune Publishing Company | 08-13240 | F |
| Tribune Television Company | 08-13241 | E,F |
| Tribune Television Holdings, Inc. | 08-13242 | F |
| Tribune Television New Orleans, Inc. | 08-13244 | F |
| Tribune Television Northwest, Inc. | 08-13245 | F |
| ValuMail, Inc. | 08-13246 | F |
| Virginia Community Shoppers, LLC | 08-13247 | |
| Virginia Gazette Companies, LLC | 08-13248 | F |
| WATL, LLC | 08-13249 | |
| WCWN LLC | 08-13250 | |
| WDCW Broadcasting, Inc. | 08-13251 | F |
| WGN Continental Broadcasting Company | 08-13252 | F,G |
| WLVI Inc. | 08-13253 | F |
| WPIX, Inc. | 08-13254 | F |
| WTXX, Inc. | 08-13255 | |