## **ATTACHMENT I**

# Los Angeles Times



## AGREEMENT

DATE: August 26, 2005

Gentlemen:

We hereby appoint Corporate Tax Management, Inc., located at 9001 Airport Freeway, Suite 700, Ft. Worth, Texas 76180, as our agent to represent us in all negotiations with tax authorities, for the location filed under this address, to achieve possible reductions and/or refunds in our personal property taxes:

**Los Angeles County and Orange County, California**

It is understood that we will make available to you such records and reports, as you deem necessary to perform the task. It is also understood that you will prepare the required applications for reassessment of our properties, attend all hearings and represent us before the Assessment Appeals Board, if necessary.

If the Company is involved in a sale and/or merger during our Agreement, the party and/or parties responsible for paying the property taxes during the tax years specified below, will be liable under the terms of this Agreement.

In consideration of your services regarding our 2001-2004 audit issues, we agree to pay an hourly rate of $275 for support related to the valuation of the press equipment under the terms and conditions stipulated above. All other tax savings will be billed at 25% of any tax savings generated by CTM over and above tax savings previously secured by CTM as stated in our agreement dated January 26, 2005.

| Los Angeles Times Communications, LLC | 202 W. 1st Street | Los Angeles, CA 90012 |
|---|---|---|
| (Firm Name) | (Address) | (City) |
| (Signature of Officer) | SVP/CFO (Title) | 213-237-2901 (Phone) |

Accepted by CORPORATE TAX MANAGEMENT, INC.

_____, Its duly authorized agent.
Ray Fischer