## ATTACHMENT 2



9001 Airport Frwy., Suite 700
Ft. Worth, TX 76180
817-581-8777
www.ctmi.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/28/2010 | **4329** |

| Federal ID# 45-0580021 |
|---|

| Client |
|---|
| Mr. John Perdigao<br>LA Times<br>202 W. 1st Street<br>Los Angeles, CA 90120 |

| Project | Project State(s) | Year(s) |
|---------|------------------|---------|
|  | CA | 2001-2004 |

| Item | Description | Amount Due |
|------|-------------|------------|
| Personal Property Tax Services | Professional Audit Services Rendered - 1st Installment<br>   Los Angeles County Audit Tax Years 2001-2004; 381 hours at $275 per hour totaling $104,775.00 | 62,865.00 |

31000 - 102700 - 91000 - 000526

OK Chris Aretesar

| **Total** | $62,865.00 |
|---|---|

8.
2/4/10



9001 Airport Frwy., Suite 700
Ft. Worth, TX 76180
817-581-8777
www.ctmi.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/26/2010 | **4330** |

| Federal ID# 45-0580021 |
|---|

| Client |
|---|
| Mr. John Perdigao<br>LA Times<br>202 W. 1st Street<br>Los Angeles, CA 90120 |

| Project | Project State(s) | Year(s) |
|---------|------------------|---------|
|         | CA | 2001-2004 |

| Item | Description | Amount Due |
|------|-------------|------------|
| Personal Property Tax Services | Professional Audit Services Rendered - 2nd Installment<br>   Los Angeles County Audit Tax Years 2001-2004; 381 hours at $275 per hour totaling $104,775.00<br><br>31000 - 102700 - 91000 - 000526 | 41,910.00 |

| | **Total** | $41,910.00 |

**La Times Audit 2001-2004**

| ITEM | Mary Evans | R. Gary Sneed |
|---|---|---|
| INITIAL CONTACT REQUEST | 9 | |
| AUDITOR REQUESTS | 14 | |
| REVIEW ORIGINAL REQUESTS FROM AUDITOR | | 2 |
| CREATE INTIAL SPREADSHEETS | 55 | |
| RECORD RECALL/CREATE AUDIT FILES | 1 | 2 |
| REVIEW PREVIOUS AUDIT FOR ISSUES | | 6 |
| REVIEW AUDIT WORKPAPERS | 3 | 7 |
| REVIEW PRELIMARY AUDIT FINDINGS | 1 | 6 |
| REVIEW AUDIT RECHECKS | | 3 |
| REVIEW FINAL AUDIT FINDINGS | 1 | 3 |
| REVIEW ESCAPE NOTICES/TAX BILLS | 1 | 1 |
| ASSESSOR'S OFFICE REQUESTS | 2 | |
| CLIENTS REQUESTS | 2 | 5 |
| ATTORNEY'S REQUESTS | | 27 |
| OUTSIDE CONSULTANTS REQUESTS | | 4 |
| TOUR FACILITY/MEETINGS/TRAVEL | | 78 |
| REVIEW PRIOR APPEAL (AAB) SUMMARY DECISION | | 2 |
| REVIEW/ANLYSIS APPRAISAL IN APPEAL | | 4 |
| REVIEW PRAIRIE UPGRADES/REBUILDS | | 7 |
| REVIEW/ANYLISIS PRAIRIE SALE FOR AUDIT IMPACT | | 5 |
| RESEARCH NEWSPAPER ARTICLES FOR AUDIT-PLANT SHUTDOWNS | | 3 |
| ANALYSIS LA TIMES CIRCULATION | | 1 |
| REVIEW SALES DOCUMENTATION - COLOR TOWERS | | 1 |
| REVIEW AAB APPLICATIONS | | 1 |
| REVIEW/ANALYSIS HISTORICAL COSTS OF PRESSES | | 7 |
| ANALYSIS ENCONOMIC OBSOLESCENSE IMPACT | | 9 |
| REVIEW COUNTIES ORIGINAL HISTORICAL ASSESSMENTS FOR FIXTURES | | 3 |
| RE-DO ALL SPREAD SHEETS FOR ASSESSOR'S OFFICE(CAMERON) | | 16 |
| CREATE SPREADSHEETS -ASSESSOR'S RCN | | 5 |
| CREATE SPREADSHEET - OVERALL WEIGHTED DEPRECIATION | | 5 |
| CONFIRM SETTLEMENT OFFER | | 2 |
| CONFIRM BOARD CALCULATIONS | | 2 |
| CORRESPONDENCE/PHONE CALLS WITH AUDITOR | | 14 |
| CORRESPONDENCE/PHONE CALLS WITH ASSESSOR'S OFFICE | | 11 |
| CORRESPONDENCE/PHONE CALLS WITH ATTORNEY | | 24 |
| CORRESPONDENCE/PHONE CALLS WITH CLIENT | | 17 |
| CORRESPONDENCE/PHONE CALLS WITH OUTSIDE CONSULTANT | | 6 |
| CORRESPONDENCE/PHONE CALLS WITH Mike Chavez | | 1 |
| CORRESPONDENCE/PHONE CALLS WITH Dan Forrester | | 2 |

TOTAL HOURS    89    292

GRAND TOTAL CTMI HOURS    381