# ATTACHMENT 4

**ATTACHMENT 4**



# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2010 | **4334** |
| Federal ID# 45-0580021 ||

| Client |
|---|
| Mr. John Perdigao<br>LA Times<br>202 W. 1st Street<br>Los Angeles, CA 90120 |

| Project | Project State(s) | Year(s) |
|---|---|---|
|  | CA | 2010 |

| Item | Description | Amount Due |
|---|---|---|
| Personal Property Tax Services | Personal Property Compliance Work | 13,700.00 |
| | Contact Gary Sneed (817) 576-5014 | |

| | **Total** | $13,700.00 |
|---|---|---|