IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
In re:                              :     Chapter 11 Cases
                                    :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,            :     (Jointly Administered)
                                    :
              Debtors.              :
---------------------------------------------x

## JOINT EXHIBIT LIST IN CONNECTION WITH MARCH 26, 2010 HEARING ON LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS

Law Debenture Trust Company of New York; the above-captioned debtors and debtors-in-possession; Tribune (FN) Cable Ventures, Inc.; JPMorgan Chase Bank, N.A.; certain Credit Lenders represented by Hennigan, Bennett & Dorman LLP; Centerbridge Credit Advisors LLC; and the Official Committee of Unsecured Creditors (collectively, the "Parties"), hereby file this joint list[1] of exhibits in connection with the March 26, 2010 hearing on Law Debenture Trust Company of New York's *Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments*:

| Ex. | Description |
|---|---|
| 1 | JPMorgan Chase Bank, N.A.'s Responses And Objections To Law Debenture Trust Company Of New York's Request For Admissions |
| 2 | Debtors' Responses To Law Debenture Trust Company Of New York's Request For Admission By The Debtors |
| 3 | Heaney Deposition Transcript and Exhibits |
| 4 | Kulnis Deposition Transcript and Exhibits |
| 5 **[PARTS FILED UNDER SEAL]** | Larsen Deposition Transcript and Exhibits<br><br>**UNDER SEAL: Transcript 21:23-22:12; 141:13-143:12; Exs. 24, 25** |
| 6 | Additional attachment to Larsen Exhibit 10 (TRB_LD000058-69) |

---

[1] All parties have agreed that any party may cite to any document previously filed with the Court and listed on the docket of these jointly-administered bankruptcy cases

| Ex. | Description |
|---|---|
| 7 | Melwani Deposition Transcript and Exhibits |
| 8 | Guarantee Agreement dated June 4, 2007 (TRB_LD000370-85) |
| 9 | Guarantee Agreement dated December 20, 2007 (JPM_00173293-319) |
| 10 | Email from Miriam Kulnis to Chandler Bigelow dated November 20, 2008 (TRB_LD002338) |
| 11 | Email from Kevin Foley to Chandler Bigelow dated November 26, 2008 and attachment (TRB_LD002339-41) |
| 12 | KKR Financial Holdings' Weekly Distressed Credit Update dated January 4, 2009 (HBD 0001-04) |
| 13 | KKR Weekly Distressed Credit Update dated January 12, 2009 (HBD 00022-28) |
| 14 | KKR Weekly Distressed Credit Update dated January 25, 2009 (HBD 00029-35) |
| 15 | KKR Weekly Distressed Credit Update dated February 1, 2009 (HBD 00052-57) |
| 16 | Email from Bryan Krakauer to Damian Schaible dated February 17, 2009 and attachment (TRB_LD000170-79) |
| 17 | Email chain ending with email from Damian Schaible to Bryan Krakauer and others dated February 26, 2009 and attachments (TRB_LD000185-89, 206-20) |
| 18 | Email chain ending with email from Bryan Krakauer to Don Liebentritt and others dated February 27, 2009 and attachments (TRB_LD000227-46) |
| 19 | Email chain ending with email from Janet Henderson to James Ducayet dated October 28, 2009 and attachment (TRB_LD000249-52) |
| 20 | Email chain ending with email from Bryan Krakauer to David Eldersveld and others dated March 10, 2009 (TRB_LD000386) |
| 21 | Email from Damian Schaible to Bryan Krakauer and Meyer Dworkin dated February 23, 2009 and attachments (JPM2_00000294-313) |
| 22 **[FILED UNDER SEAL]** | Davis Polk & Wardwell LLP March 2009 – September 2009 Invoices (TRB_LD000449-66, TRB_LD000487-516, TRB_LD000521-30) |
| 23 **[FILED UNDER SEAL]** | Kramer Levin Naftalis & Frankel LLP December 2008 – September 2009 Invoices (TRB_LD000576-625) |
| 24 **[FILED UNDER SEAL]** | Richards Layton & Finger LLP August 2009 Invoice (TRB_LD000669-73) |
| 25 **[FILED UNDER SEAL]** | Wiley Rein LLP June 2009 – September 2009 Invoices (TRB_000695-710) |

Dated: March 2, 2010
      Wilmington, Delaware

| | |
|---|---|
| *[signature]*<br>Garvan F. McDaniel (No. 4167)<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>Tel: (302) 429-1900<br>Fax: (302) 429-8600<br><br>– and –<br><br>David S. Rosner<br>Andrew K. Glenn<br>Sheron Korpus<br>Daniel A. Fliman<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br><br>*Counsel for Law Debenture Trust Company of New York* | *[signature]*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>COLE, SCHOTZ, MEISEL, FORMAN &<br>LEONARD, PA<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Tel: (302) 652-3131<br>Fax: (302) 652-3117<br><br>– and –<br><br>James F. Conlan<br>Bryan Krakauer<br>Kenneth P. Kansa<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Tel: (312) 853-7000<br><br>*Counsel to the Debtors and Debtors-in-Possession and Tribune (FN) Cable Ventures, Inc.* |
| *[signature]*<br>Mark D. Collins<br>Robert J. Stearn, Jr. (No. 2915)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>– and –<br><br>Dennis E. Glazer<br>Karen E. Wagner<br>Sharon Katz<br>Michael Russano<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4019<br><br>*Counsel for JP Morgan Chase Bank, N.A.* | Robert S. Brady<br>M. Blake Leary<br>YOUNG, CONAWAY,<br>STARGATT & TAYLOR, LLP<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>– and –<br><br>Bruce Bennett<br>James O. Johnston<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Tel: (213) 694-1200<br><br>*Counsel for the Credit Agreement Lenders* |

Dated: March 2, 2010
     Wilmington, Delaware

|  |  |
|---|---|
| Garvan F. McDaniel (No. 4167)<br>**BIFFERATO GENTILOTTI LLC**<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>Tel: (302) 429-1900<br>Fax: (302) 429-8600<br><br>– and –<br><br>David S. Rosner<br>Andrew K. Glenn<br>Sheron Korpus<br>Daniel A. Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br><br>*Counsel for Law Debenture Trust Company of New York* | Norman L. Pernick<br>J. Kate Stickles<br>**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, PA**<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 652-3131<br>Fax: (302) 652-3117<br><br>– and –<br><br>James F. Conlan<br>Bryan Krakauer<br>Kenneth P. Kansa<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>Tel: (312) 853-7000<br><br>*Counsel to the Debtors and Debtors-in-Possession and Tribune (FN) Cable Ventures, Inc.* |
| Mark D. Collins<br>Robert J. Stearn, Jr.<br>**RICHARDS, LAYTON & FINGER, P.A**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>– and –<br><br>Dennis E. Glazer<br>Karen E. Wagner<br>Sharon Katz<br>Michael Russano<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4019<br><br>*Counsel for JP Morgan Chase Bank, N.A.* | /s/ Robert S. Brady<br>Robert S. Brady<br>M. Blake Leary<br>**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>– and –<br><br>Bruce Bennett<br>James O. Johnston<br>**HENNIGAN, BENNETT & DORMAN LLP**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Tel: (213) 694-1200<br><br>*Counsel for the Credit Agreement Lenders* |

| | |
|---|---|
| /s/ *signature*<br>Adam G. Landis (No 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Tel: (302) 467-4400<br>Fax: (302) 467-4450<br><br>– and –<br><br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 408-5100<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Laura Davis Jones<br>Timothy P. Cairns<br>Mark M. Billion<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br><br>– and –<br><br>Deborah J. Newman<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-7481<br><br>*Counsel for Centerbridge Credit Advisors LLC* |

| | |
|---|---|
| _____<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Tel: (302) 467-4400<br>Fax: (302) 467-4450<br><br>– and –<br><br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 408-5100<br><br>*Counsel to the Official Committee of Unsecured Creditors* | /s/ Mark M. Billion<br>_____<br>Laura Davis Jones<br>Timothy P. Cairns<br>Mark M. Billion<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br><br>– and –<br><br>Deborah J. Newman<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-7481<br><br>*Counsel for Centerbridge Credit Advisors LLC* |

4