# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DEBTORS' RESPONSES TO LAW DEBENTURE TRUST COMPANY OF NEW YORK'S REQUEST FOR ADMISSION BY THE DEBTORS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, made applicable hereto by Rule 7036 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by and through its

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

attorneys Sidley Austin LLP, hereby respond to Law Debenture Trust Company of New York's ("Law Debenture") Request for Admission by the Debtors ("Requests") as follows:

## GENERAL OBJECTIONS

1.  Debtors object to the Requests to the extent that they purport to require a response within seven (7) days after service of the Requests. Fed. R. Civ. P. 36(a)(3) provides that Debtors need only respond within thirty (30) days after service absent stipulation pursuant to Fed R. Civ. P. 29 or court order.

2.  Debtors object to the Requests to the extent that they purport to request an admission with respect to anything but the authenticity and genuineness of the documents at issue. Debtors retain the right to object to the admissibility of the documents at issue under the Federal Rules of Evidence, made applicable hereto by Rule 9017 of the Federal Rules of Bankruptcy Procedure. Defendants expressly reserve the right to make any such objections at a later time.

## RESPONSES TO SPECIFIC REQUESTS FOR ADMISSION

Request No. 1:

Admit that on or about 7:41 P.M. on March 5, 2009, Damian S. Schaible ("Schaible") of Davis Polk & Wardwell LLP sent an email (the "March 5 Email") to Brian Krakauer ("Krakauer") of Sidley Austin LLP ("Sidley"), and to Donald Bernstein and Meyer Dworkin of Davis Polk with the subject line "Re: Tribune – Agent's Professional Fees".

OBJECTIONS AND RESPONSES TO REQUEST NO. 1:

Subject to the General Objections, Debtors admit that on or about 7:41 P.M. on March 5, 2009, Damian S. Schaible of Davis Polk & Wardwell LLP sent an email (the "March 5 Email") to Brian Krakauer of Sidley Austin LLP, and to Donald Bernstein and Meyer Dworkin of Davis Polk with the subject line "Re: Tribune – Agent's Professional Fees," but deny that the March 5 Email is admissible against Debtors under the Federal Rules of Evidence, made applicable hereto

by Rule 9017 of the Federal Rules of Bankruptcy Procedure, as evidence of the substance of the referenced conversation between Mr. Krakauer and Mr. McMahon.

Request No. 2:

Admit that the March 5 Email states as follows: "Bryan, Based on your description of your conversation last week and Joe's description of the same conversation when we spoke, you didn't ask for his permission and you didn't tell him you were waiting for his consent (both correctly) but instead told him the non-debtors intended to pay around the middle of this week. We sent him the engagement letters he asked for last friday and haven't heard a word since. Why wouldn't you just pay at this point? Have there been further conversations I am not aware of?"

OBJECTIONS AND RESPONSES TO REQUEST NO. 2:

Subject to the General Objections, Debtors admit that Request No. 2 accurately sets forth the words contained in the March 5 Email, but deny that the March 5 Email is admissible against Debtors under the Federal Rules of Evidence, made applicable hereto by Rule 9017 of the Federal Rules of Bankruptcy Procedure, as evidence of the substance of the referenced conversation between Mr. Krakauer and Mr. McMahon.

Dated: February 1, 2010

Respectfully submitted,

By: _____

Scott P. Kramer
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

ONE OF THE ATTORNEYS FOR THE DEBTORS

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Scott Kramer, Esquire, hereby certify that on February 1, 2010, I caused a copy of the foregoing DEBTORS' RESPONSES TO LAW DEBENTURE TRUST COMPANY OF NEW YORK'S REQUEST FOR ADMISSION BY THE DEBTORS to be served via First-Class Mail and electronic mail on the parties on the attached service list:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256), Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Sidley Austin LLP

By: _____

Scott Kramer
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

| | |
|---|---|
| Garvan F. McDaniel, Esquire<br>Bifferato & Gentiloiti<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>gmcdaniel@bglawde.com | David S. Rosner, Esquire<br>Andrew K. Glenn, Esquire<br>Matthew B. Stein, Esquire<br>Sheron Korpus, Esquire<br>Daniel A. Fliman, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>aglenn@kasowitz.com<br>mstein@kasowitz.com<br>skorpis@kasowitz.com<br>dfliman@kasowitz.com |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com | Howard Seife, Esquire<br>Douglas E. Deutsch, Esquire<br>Robert A. Schwinger, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>hseife@chadbourne.com<br>ddeutsch@chadbourne.com<br>rschwinger@chadbourne.com |
| Mark D. Collins, Esquire<br>Robert Stearn, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Collins@rlf.com<br>stearn@rlf.com | Donald S. Bernstein, Esquire<br>Sharon Katz, Esquire<br>Dennis E. Glazer, Esquire<br>Damien S. Schaible<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>donald.bernstein@davispolk.com<br>sharon.katz@davispolk.com<br>damian.schaible@davispolk.com<br>dennis.glazer@davispolk.com |
| Robert S. Brady, Esquire<br>Blake Cleary, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>P.O. Box 391<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>bcleary@ycst.com<br>rbrady@ycst.com | Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Hennigan Bennett<br>& Dorman, LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>bennettb@hbdlawyers.com<br>JohnstonJ@hbdlawyers.com |

| | |
|---|---|
| Laura Davis Jones, Esquire<br>Mark Billion, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>mbillion@pszjlaw.com | Daniel Golden, Esquire<br>Philip Dublin, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>dgolden@akingump.com<br>pdublin@akingum.com |
| Katharine Mayer, Esquire<br>McCarter & English LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com | David Adler, Esquire<br>McCarter & English LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>dadler@mccarter.com |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>joseph.mcmahon@usdog.gov | |