# EXHIBIT 10

| | |
|---|---|
| **From:** | MIRIAM.KULNIS@chase.com |
| **Sent:** | Thursday, November 20, 2008 9:00 PM (GMT) |
| **To:** | Bigelow, Chandler <cbigelow@tribune.com> |
| **Subject:** | advisor |

Chandler I left you a voicemail but thought this might be the easiest way to get you. JPM has retained Davis Polk as counsel to advise the agent on restructuring options/issues going forward. Don Bernstein is the main partner that we will be working with. We are also retaining FTI Consulting (Carlyn Taylor) as financial advisor to the lenders. Carlyn has a great reputation and is a well respected advisor in the media space.
I'd like to talk to you about getting a retainer from the company for both of these advisors. Normally the company gives us an upfront retainer which is topped up from time to time as expenses are paid. Please give me a call when you have a moment and we can dicuss this and I'd be happy to answer any questions you have about the process.

Miriam T. Kulnis
Executive Director
JPMorgan Chase Bank
277 Park Avenue - 8th Floor
New York, NY 10172
Phone (212)622-4526
Fax (212) 622-4557

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.