# EXHIBIT 11

| | |
|---|---|
| **From:** | kevin.j.foley@jpmorgan.com |
| **Sent:** | Wednesday, November 26, 2008 10:21 PM (GMT) |
| **To:** | Bigelow, Chandler <cbigelow@tribune.com> |
| **Cc:** | MIRIAM.KULNIS@chase.com; brian.a.zivicky@jpmorgan.com; damian.schaible@dpw.com |
| **Subject:** | Retainer Letter |
| **Attach:** | Engagement Acknowledgement.pdf |

Chandler,

As discussed with Miriam Kulnis, please find attached the letter executing the agreement for payment of a retainer for the professional service's expenses that will be incurred by J.P. Morgan and the other lenders. In a separate email, Miriam will forward you wiring instructions for the payment. Please sign and fax a copy to me at 917-463-0144. If you should have any questions, please let us know.

Thank you.


Regards,

Kevin

Kevin J. Foley
J.P. Morgan
270 Park Avenue, 5th Floor
New York, NY 10017
(O) 212-270-1232
(F) 917-463-0144
kevin.j.foley@jpmorgan.com

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

# J.P.Morgan

November 26, 2008

Re:   **Engagement Acknowledgement**

Tribune Company
435 North Michigan Avenue
Chicago, Ill. 60611

Dear Ladies and Gentleman:

As you know, JPMorgan Chase Bank, N.A. (the "**Agent**") is the administrative agent under the Credit Agreement dated May 17, 2007 (the "**Senior Secured Credit Agreement**") among the lenders party thereto, the Agent, Merrill Lynch Capital Corporation, as syndication agent, Citicorp North America, Inc., Bank of America, N.A. and Barclays Bank plc, as co-documentation agents, and JPMorgan Securities Inc., Merrill Lynch Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and Banc of America Securities LLC, as joint lead arrangers and joint bookrunners and Tribune Company (the "**Company**" or "**you**") as borrower.

As you know, the Agent has retained and will retain certain professionals in connection with the Senior Secured Credit Agreement, including Davis Polk & Wardwell ("**Davis Polk**") as counsel and FTI Consulting ("**FTI**") as financial advisor. Pursuant to and as required by the terms of the Senior Secured Credit Agreement, you have agreed to pay the reasonable and documented fees, non-professional charges and expenses of such professionals, which amounts shall be invoiced on a monthly basis.

You understand that Davis Polk, FTI and any other such professionals represent the Agent, and that their services will be provided to and for the Agent and not for the benefit of the Company, any of its principals, any holder of debt or equity of the Company or any other party.

Promptly upon execution of this Letter, you agree to provide the Agent with an advance in the amount of $2,000,000, which the Agent will use to pay retainers and future fees and expenses of its professionals in connection with the Senior Secured Credit Agreement. You agree to replenish this amount by paying to the Agent, within five (5) days of receipt of a copy of an invoice from any of the Agent's professionals, the full amount of such invoice. Any part of this

270 Park Avenue, 5th Floor, New York, New York 10017
Telephone 212 270 4300   Facsimile 212 270 1063

J.P. Morgan Securities Inc.

TRB_LD002340
CONFIDENTIAL

J.P.Morgan

advance remaining unused after payment in full of all amounts due to the Agent's professionals at the end of their engagement will be promptly returned to you.

    If you are in agreement with the foregoing, please so indicate by signing in the space provided below and returning this letter to us.

                               Very truly yours,

                               *Kevin J. Foley*

                               Kevin J. Foley

Agreed to:

Tribune Company

By: _____

Date: _____

TRB_LD002341
CONFIDENTIAL