# EXHIBIT 12

| | |
|---|---|
| **To:** | Scott Nuttall; Todd Fisher; Bill Sonneborn; Fred Goltz |
| **From:** | Geoffrey Jones |
| **Cc:** | Evan Geller; Doug Tapley; Eric Johnson; Michael McFerran; Jeff Van Horn; Chris Sheldon; Pradeep Hathiramani; Scott Cullerton; Jamie Weinstein; Andrew Chen; Jeff Power; Jonathan Levin; Billy Fisher; Ryan Wilson |
| **Subject:** | Weekly distressed credit update |
| **Sent:** | Sun Jan 04 19:48:11 2009 |
| **Importance:** | Normal |



CONFIDENTIAL    HBD 0001



CONFIDENTIAL   HBD 0002



Tribune:

Early last week, Lazard (FA to the company) provided a draft forbearance term sheet. The ad hoc steering committee reviewed and provided comments to the agent and its counsel. The current draft of the forbearance term sheet provides for the following:

- The agent and the lenders will forbear from exercising remedies in connection with the enforcement of the payment obligations under the guarantees.

- The non-debtor guarantors shall pay certain costs and expenses of the agent and the lenders that formed the ad hoc group (including NY/IL counsel, DE counsel and FAs).

- The forbearance period shall continue in effect until June 30, 2009 and thereafter until terminated upon 30 days notice by any of the non-debtor guarantors, the agent, or the lenders group.

- Each of the non-debtor guarantors shall provide the agent and the lenders with (i) monthly (x) balance sheets, (y) income statements and (z) statements of cash flow within 20 days of each calendar month; (ii) prompt notice of any MAC in the business, results of operations, financial condition or prospects of such non-debtor guarantor, the institution of material litigation, the entering into of any material contract or any breach of a material contract; and (iii) prompt notice and reports in reasonable detail on all matters relating to any sale or potential sale of equity of such non-debtor guarantor or any material assets held by such non-debtor guarantor.

- All proceeds from any equity sale shall remain the property of the selling entity, and all proceeds of a material asset sale shall remain property of the non-debtor guarantor, and none of such proceeds shall be upstreamed or commingled with the property of any affiliate of such selling entity.



CONFIDENTIAL      HBD 0003



**CONFIDENTIAL    HBD 0004**