EXHIBIT 13

To:             Scott Nuttall; Todd Fisher; Bill Sonneborn; Fred Goltz; Other Business Committee
From:           Geoffrey Jones
Cc:             Evan Geller; Doug Tapley; Eric Johnson; Michael McFerran; Jeff Van Horn; Chris Sheldon;
                Pradeep Hathiramani; Scott Cullerton; Jamie Weinstein; Andrew Chen; Jeff Power; Jonathan
                Levin; Billy Fisher; Ryan Wilson; Erik Falk; Andrew J. Sossen; HJ Willcox
Subject:        Weekly distressed credit update
Sent:           Mon Jan 12 00:17:19 2009
Importance:     Normal

**CONFIDENTIAL**          **HBD 00022**



**CONFIDENTIAL**    **HBD 00023**



CONFIDENTIAL    HBD 00024



CONFIDENTIAL    HBD 00025



Tribune:



- We continue to negotiate forbearance agreement to secure payment of our professional fees and ensure that cash from sale proceeds and operations remains in our guarantor entities.

**CONFIDENTIAL**    **HBD 00026**



CONFIDENTIAL    HBD 00027



CONFIDENTIAL    HBD 00028