# EXHIBIT 14

**To:** Scott Nuttall; Todd Fisher; Bill Sonneborn; Fred Goltz; Other Business Committee
**From:** Geoffrey Jones
**Cc:** Evan Geller; Doug Tapley; Eric Johnson; Michael McFerran; Jeff Van Horn; Chris Sheldon; Pradeep Hathiramani; Scott Cullerton; Jamie Weinstein; Andrew Chen; Jonathan Levin; Billy Fisher; Ryan Wilson; Erik Falk; Andrew J. Sossen; HJ Willcox; Roshan Chagan
**Subject:** Weekly distressed credit update (ex-KKR PE portfolio names)
**Sent:** Sun Jan 25 21:41:11 2009
**Importance:** Normal

[redacted]



**CONFIDENTIAL     HBD 00030**



CONFIDENTIAL HBD 00031



Tribune:

Forbearance with non-debtor guarantors has not yet been finalized. Until today, important differences relate to the forbearance period (Tribune wants right to terminate for any non-debtor guarantor with 10 days notice) and payment of lenders professional fees (Tribune has requested that payment obligation exist only as long as the forbearance is in place, which, coupled with the right to terminate with 10 days notice, the obligation to pay professional fees would exist only until terminated by Tribune upon 10 days notice).

Today a new proposal for forbearance was floated, which includes proceeding without forbearance, as follows:

- Agent and the steering committee members retaining Kramer Levin would make demands of the non-debtor guarantors under their guarantees for a retainer totaling $8.5 million for professionals.

- Company would advise the UCC of the demands under the guarantees and of the rights of the lenders to payment under the existing guarantees.

- Company would then make the payments without seeking court approval (as it is current on the non-debtors' other obligations).

- The non-debtor guarantors would also agree to co-sign the engagement letter with the investment bank hired by the agent.

- There would be a side-letter confidentiality agreement between the SC and the debtors, which would also provide for continued information flow to the agent, the steering committee and their professionals.



CONFIDENTIAL HBD 00034



**CONFIDENTIAL**   **HBD 00035**