# EXHIBIT 15

| | |
|---|---|
| **To:** | Scott Nuttall; Todd Fisher; Bill Sonneborn; Fred Goltz; Other Business Committee |
| **From:** | Geoffrey Jones |
| **Cc:** | Evan Geller; Doug Tapley; Eric Johnson; Michael McFerran; Jeff Van Horn; Chris Sheldon; Pradeep Hathiramani; Scott Cullerton; Jamie Weinstein; Andrew Chen; Jonathan Levin; Billy Fisher; Ryan Wilson; Erik Falk; Andrew J. Sossen; HJ Willcox; Roshan Chagan |
| **Subject:** | Weekly distressed credit update (ex-KKR PE portfolio names) |
| **Sent:** | Sun Feb 01 23:37:12 2009 |
| **Importance:** | Normal |



**CONFIDENTIAL**    **HBD 00052**



CONFIDENTIAL   HBD 00053



**CONFIDENTIAL**    **HBD 00054**



Tribune



The steering committee has designated a working group of four lenders (Angelo Gordon, Davidson Kempner, Oaktree Capital Management and JPM) to advise the company on tax structure considerations.

Professional fees of the steering committee will be paid by non-debtor subsidiaries under the conditions of our guarantees versus a forbearance agreement as previously contemplated. Should the company file its non-debtor subsidiaries, we will need to secure payment through the bankruptcy court.

**CONFIDENTIAL**      **HBD 00055**



CONFIDENTIAL    HBD 00056



CONFIDENTIAL

HBD 00057