EXHIBIT 17

| From: | Krakauer, Bryan |
|---|---|
| Sent: | Thursday, February 26, 2009 9:15 PM |
| To: | Larsen, Nils; Eldersveld, David; Liebentritt, Don; Bigelow, Chandler |
| Cc: | Lantry, Kevin T.; Henderson, Janet E.; Conlan, James F. |
| Subject: | FW: Tribune: Payment Letters |
| Attachments: | Agent.Payment.Letter.FINAL.PDF; Payment.Blockage.Notice.pdf; Steering.Lender.Payment.Letter.FINAL.PDF |

**Redacted**

- Bryan

**From:** Schaible, Damian S. [mailto:damian.schaible@dpw.com]
**Sent:** Thursday, February 26, 2009 7:21 PM
**To:** Krakauer, Bryan; Lantry, Kevin T.
**Cc:** 'tribuneco.adv@dpw.com'; MIRIAM.KULNIS@chase.com; Kevin.C.Kelley@chase.com
**Subject:** Tribune: Payment Letters

Bryan, As discussed, attached please find letters from JP Morgan, as Agent, and from the Steering Committee of Lenders, in each case under the Tribune Senior Facility. As you know, these letters request reimbursement for certain fees and expenses and payment of retainers related thereto.

I also attach, as discussed, a payment blockage notice that was sent tonight on behalf of JP Morgan, as Agent under the Senior Facility, to Merrill Lynch, as Agent under the Bridge Facility.

If you have any questions regarding the attached, please don't hesitate to call.

Thank you,

Damian Schaible

---

Damian S. Schaible
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Phone: 212 450-4580
Fax: 212 450-3580
email: damian.schaible@dpw.com

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be

10/29/2009

used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

******************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential
If you are not the intended recipient, please delete the e-mail and any attachments and notify u
immediately.

******************************************************************************************

10/29/2009

TRB_LD000186
CONFIDENTIAL

# JPMorgan Chase & Co.

February 26, 2009

Non-Debtor Guarantors listed on Schedule I hereto
435 North Michigan Avenue
Chicago, Illinois 60603

Re:    Costs and Expenses of JPMorgan Chase Bank N.A., as Agent

Ladies and Gentlemen:

Reference is hereby made to (i) the Credit Agreement, dated as of May 17, 2007, among Tribune Company (the "**Borrower**"), the lenders from time to time party thereto (the "**Lenders**"), the undersigned, as Administrative Agent (the "**Agent**"), and certain other parties thereto (as amended, restated, modified and/or supplemented from time to time, the "**Credit Agreement**") and (ii) the Guarantee Agreement, dated as of May 17, 2007 (the "**Guarantee**"), among the Borrower, each of the subsidiaries of the Borrower listed on Annex I thereto and the Agent, as Administrative Agent for the Lenders.

As you are aware, the Agent has incurred and continues to incur out-of-pocket costs and expenses that are reimbursable pursuant to Section 8.04 of the Credit Agreement (including, without limitation, the fees and expenses of Davis Polk & Wardwell, special counsel to the Agent, Richards, Layton & Finger, P.A., Delaware counsel to the Agent, FTI Consulting, Inc., financial advisor to the Agent, and the Blackstone Group, investment banking advisor to the Agent), (such costs and expenses, collectively, the "**Costs and Expenses**"), which constitute Obligations under the Guarantee.

The Agent hereby requests that the non-debtor Subsidiaries of the Borrower party to the Guarantee and listed on Schedule I hereto pay to the Agent pursuant to the guarantee (i) the Agent's reasonable Costs and Expenses within 10 days after receipt of any invoice therefor and (ii) promptly upon receipt of this letter, $6,650,000 for the purpose of advances by the Agent to cover any such Costs and Expenses not paid pursuant to clause (i) of this paragraph.

Very truly yours,

(NY) 27011/161/MISC09/Agent.Payment.Letter.doc

TRB_LD000187
CONFIDENTIAL

JPMORGAN CHASE BANK, N.A., as
Agent

By: _Miriam J Kulnis_
Name: MIRIAM F. KULNIS
Title: EXECUTIVE DIRECTOR

2

(NY) 27011/161/MISC09/Agent.Payment.Letter.doc

TRB_LD000188
CONFIDENTIAL

Schedule 1

Non-Debtor Guarantors

Chicago National League Ball Club, Inc.
Tribune (FN) Cable Ventures, Inc.
Tribune Interactive, Inc.
Tribune National Marketing Company
Tribune ND, Inc.

3

{NY} 2701 }/161/MISC(b}//Agent.Payment Letter.doc

TRB_LD000189
CONFIDENTIAL

# JPMORGAN CHASE & CO.

## PAYMENT BLOCKAGE NOTICE

February 26, 2009

Merrill Lynch Capital Corporation, as Agent
Agency Services
600 E. Las Colinas Blvd., Suite 1300
Irving, Texas 75039
Telecopy No. (972) 401-8555
Email: rachelsuiter@loan-agents.com

Ladies and Gentlemen:

We, as Administrative Agent (the "**Senior Secured Agent**") for the lenders (the "**Senior Secured Lenders**") from time to time party to the Credit Agreement, dated as of May 17, 2007 (as the same has been and may be further amended, modified or supplemented from time to time, the "**Senior Secured Agreement**"), among Tribune Company, as Borrower (the "**Borrower**"), the Senior Secured Lenders, the undersigned, as the Senior Secured Agent, and certain other parties thereto refer to (i) the Senior Unsecured Interim Loan Agreement, dated as of December 20, 2007 (as the same has been and may be further amended, modified or supplemented from time to time, the "**Bridge Agreement**"), among the Borrower, certain lenders (the "**Bridge Lenders**") from time to time party thereto, Merrill Lynch Capital Corporation, as Administrative Agent for the Bridge Lenders (the "**Bridge Agent**"), and certain other parties thereto and (ii) the Guarantee Agreement, dated as of December 20, 2007 (the "**Bridge Guarantee**"), among the Borrower, each of the subsidiaries of the Borrower listed on Annex I thereto and the Bridge Agent, as Administrative Agent for the Bridge Lenders. Capitalized terms used but not defined in this notice shall have the meanings ascribed to such terms in the Bridge Agreement and the Bridge Guarantee.

Pursuant to Section 3 of the Bridge Guarantee, we hereby notify you that a payment default has occurred under Section 6.01(a) of the Senior Secured Agreement (the "**Payment Default**").

This notice constitutes a Payment Blockage Notice for purposes of the Bridge Guarantee, and, as such, without limitation, no Guarantor may make any

(NY) 27011/161/MISC09/Payment.Blockage.Notice.doc

TRB_LD000206
CONFIDENTIAL

payment or distribution of any kind or character with respect to any Guaranteed
Obligations or the Advances under the Bridge Agreement or acquire any such
Advances for cash or property or otherwise until the date on which the Payment
Default under the Senior Secured Agreement is cured or waived.

Very truly yours,

JPMORGAN CHASE BANK, N.A., as
Agent

By: _Miriam J. Kulnis_
Name: _MIRIAM J. KULNIS_
Title: _EXECUTIVE DIRECTOR_

cc:     Cahill Gordon & Reindel LLP,
        80 Pine Street
        New York, New York 10005
        Telecopy No. (212) 269-5420
        Attention: Jonathan A. Schaffzin and William J. Miller
        Email: jschaffzin@cahill.com
              wmiller@cahill.com

cc:     Kaye Scholer LLP,
        425 Park Avenue
        New York, New York 10022
        Tel: (212) 836-8000
        Fax: (212) 836-8689
        Attention: Madlyn Primoff and Margot B. Schonholtz
        Email: mprimoff@kayescholer.com
              mschonholtz@kayescholer.com

(NY) 27011/161/MISC09/Payment.Blockage.Notice.doc

TRB_LD000207
CONFIDENTIAL

February 26, 2009

Non-Debtor Guarantors listed on Schedule I hereto
435 North Michigan Avenue
Chicago, Illinois 60603

    Re:    <u>Costs and Expenses of the Steering Lenders</u>

Ladies and Gentlemen:

        Reference is hereby made to (i) the Credit Agreement, dated as of May 17, 2007, among Tribune Company (the "**Borrower**"), the lenders from time to time party thereto, including the undersigned, (the "**Lenders**"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "**Agent**"), and certain other parties thereto (as amended, restated, modified and/or supplemented from time to time, the "**Credit Agreement**") and (ii) the Guarantee Agreement, dated as of May 17, 2007 (the "**Guarantee**"), among the Borrower, each of the subsidiaries of the Borrower listed on Annex I thereto and the Agent, as Administrative Agent for the Lenders. Capitalized terms used not defined in this letter shall have the meanings ascribed to such terms in the Credit Agreement.

        Due to the commencement of cases under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware by the Borrower and certain of its Subsidiaries, the Borrower and the Agent concluded it was appropriate to designate certain Lenders (such Lenders, the "**Steering Lenders**") representative of the composition of the Lender group as a whole to form a "steering committee". The Agent and the Steering Lenders are to act as a focal point for regular communications and negotiations among the Borrower, its related debtor Subsidiaries and the Lenders.

        As you are aware, certain Lenders have incurred and continue to incur out-of-pocket costs and expenses that are reimbursable pursuant to Section 8.04 of the Credit Agreement, including, without limitation, (i) the fees and expenses of Kramer Levin Naftalis & Frankel LLP ("**KLNF**"), which has been engaged as counsel to both the Steering Lenders listed on Schedule II hereto and certain other Lenders (collectively, the "**Ad Hoc Lenders**"), who collectively hold in excess of $3.9 billion of claims under the Credit Agreement, and (ii) out-of-pocket expenses of each of the Steering Lenders incurred in connection with their participation as a Steering Lender. All of the foregoing costs and expenses are referred to collectively as the "**Costs and Expenses**".

        The Steering Lenders hereby request that the non-debtor Subsidiaries of the Borrower party to the Guarantee and listed on Schedule I hereto pay to certain of the Lenders pursuant to the Guarantee (i) the Steering Lenders' and Ad Hoc

(NY) 27011/161/MISC09/Steering.Lender.Payment.Letter.doc

TRB_LD000208
CONFIDENTIAL

Lenders' reasonable Costs and Expenses within 10 days after their receipt of any invoice therefor and (ii) promptly upon receipt of this letter, $850,000 for the purpose of advances by the Steering Lenders and Ad Hoc Lenders to cover any such Costs and Expenses of the Steering Lenders and Ad Hoc Lenders not paid pursuant to clause (i) of this paragraph.

Very truly yours,

[*SIGNATURE PAGES FOLLOW*]

2

TRB_LD000209
CONFIDENTIAL

SILVER OAK CAPITAL, LLC

By: _Thomas M. Fuller_

Name: Thomas M. Fuller
Title: Authorized Signatory

TRB_LD000210
CONFIDENTIAL

BANK OF AMERICA, N.A.

By: _____
Name: Stephanie J. Slavkin
Title: Senior Vice President

TRB_LD000211
CONFIDENTIAL

Davidson Kempner Capital Management
LLC

By: _____
Name: Avi Friedman
Title: Managing Member

TRB_LD000212
CONFIDENTIAL

SENIOR DEBT PORTFOLIO
BY: BOSTON MANAGEMENT AND
      RESEARCH AS INVESTMENT
      ADVISOR

By: _____
      Michael B. Botthof
      Title:
      Vice President

EATON VANCE INSTITUTIONAL
      SENIOR LOAN FUND
By: EATON VANCE MANAGEMENT
      AS INVESTMENT ADVISOR

By: _____
      Michael B. Botthof
      Name:
      Title:
      Vice President

EATON VANCE CDO VII PLC
BY: EATON VANCE MANAGEMENT
      AS INTERIM INVESTMENT
      ADVISOR

By: ___Michael B. Botthof_____
      Name:
      Title:
      Vice President

EATON VANCE CDO VIII, LTD.
BY: EATON VANCE MANAGEMENT
      AS INVESTMENT ADVISOR

By: _____
      Name:
      Title:
      Michael B. Botthof
      Vice President

TRB_LD000213
CONFIDENTIAL

EATON VANCE CDO IX LTD.
BY: EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

Michael B. Botthof
Vice President

By: _____
    Name:
    Title:


EATON VANCE SENIOR INCOME
    TRUST
By: EASTON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

Michael B. Botthof
Vice President

By: _____
    Name:
    Title:


EATON VANCE CDO X, PLC
BY: EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

Michael B. Botthof
Vice President

By: _____
    Name:
    Title:


GRAYSON & CO
By: BOSTON MANAGEMENT AND
    RESEARCH AS INVESTMENT
    ADVISOR


By: _____
    Title:
Michael B. Botthof
Vice President

TRB_LD000214
CONFIDENTIAL

BIG SKY III SENIOR LOAN TRUST
By: EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____
    Michael B. Botthof
    Name: Vice President
    Title:

EATON VANCE
VT FLOATING-RATE INCOME FUND
By: EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____
    Michael B. Botthof
    Name: Vice President
    Title:

EATON VANCE
LIMITED DURATION INCOME FUND
BY: EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____
    Michael B. Botthof
    Name: Vice President
    Title:

EATON VANCE SENIOR FLOATING-
    RATE TRUST
BY: EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____
    Michael B. Botthof
    Name: Vice President
    Title:

EATON VANCE FLOATING-RATE
    INCOME TRUST
BY: EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____
    Michael B. Botthof
    Vice President  02/11/09 4:57 PM

(NY) 27011/161/MISC09/Steering.Lender.Payment.Letter.doc

TRB_LD000215
CONFIDENTIAL

Name:
Title:

EATON VANCE SHORT DURATION
    DIVERSIFIED INCOME FUND
BY:  EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____ Michael B. Botthof
Name:      Vice President
Title:

EATON VANCE LOAN
    OPPORTUNITIES FUND, LTD.
BY:  EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____ Michael B. Botthof
Name:      Vice President
Title:

EATON VANCE CREDIT
    OPPORTUNITIES FUND
BY:  EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____ Michael B. Botthof
Name:      Vice President
Title:

EATON VANCE MEDALLION
    FLOATING-RATE INCOME
    PORTFOLIO
BY:  EATON VANCE MANAGEMENT
    AS INVESTMENT ADVISOR

By: _____ Michael B. Botthof
Name:      Vice President
Title:

9

TRB_LD000216
CONFIDENTIAL

KOHLBERG KRAVIS ROBERTS & CO.
(FIXED INCOME) LLC

By: _____
    Name: Sue Wawrzycki
    Title: Authorized Signatory

TRB_LD000217
CONFIDENTIAL

OAKTREE VALUE OPPORTUNITIES
FUND, L.P.

BY:  OAKTREE VALUE
     OPPORTUNITIES FUND GP, L.P.
ITS:  GENERAL PARTNER

BY:  OAKTREE VALUE
     OPPORTUNITIES FUND GP LTD.
ITS:  GENERAL PARTNER

BY:  OAKTREE CAPITAL
     MANAGEMENT, L.P.
ITS:  DIRECTOR

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

OCM OPPORTUNITIES FUND VIIb,
L.P.

BY:  OCM OPPORTUNITIES FUND
     VIIB GP, L.P.
ITS:  GENERAL PARTNER

BY:  OCM OPPORTUNITIES FUND
     VIIb GP LTD.
ITS:  GENERAL PARTNER

BY:  OAKTREE CAPITAL
     MANAGEMENT, L.P.
ITS:  DIRECTOR

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

(NY) 27011/161/MISC09/Steering.Lender.Payment.Letter.doc                    02/11/09 4:57 PM

TRB_LD000218
CONFIDENTIAL

<u>Schedule I</u>

<u>Non-Debtor Guarantors</u>

Chicago National League Ball Club, Inc.
Tribune (FN) Cable Ventures, Inc.
Tribune Interactive, Inc.
Tribune National Marketing Company
Tribune ND, Inc.

12

TRB_LD000219
CONFIDENTIAL

**Schedule II**

Steering Lenders that have engaged Kramer Levin Naftalis & Frankel LLP as counsel

Angelo Gordon & Co. L.P.
Davidson Kempner Capital Management LLC
Kohlberg Kravis Roberts & Co. (Fixed Income) LLC
Oaktree Value Opportunities Fund, L.P.
CM Opportunities Fund VIIb, L.P.

13

(NY) 27011/161/MISC09/Steering.Lender.Payment.Letter.doc

TRB_LD000220
CONFIDENTIAL