# EXHIBIT 20

**From:** Krakauer, Bryan
**Sent:** Tuesday, March 10, 2009 8:35 PM
**To:** Eldersveld, David; Bigelow, Chandler; Liebentritt, Don; Larsen, Nils
**Subject:** Fw: Tribune - Non-Debtor Guarantor Liabilities under Guarantees

[Redacted]

---

Sent from my BlackBerry Wireless Handheld

---

**From:** McMahon, Joseph (USTP)
**To:** Krakauer, Bryan
**Cc:** NPernick@coleschotz.com ; Harrington, William (USTP)
**Sent:** Tue Mar 10 20:23:29 2009
**Subject:** RE: Tribune - Non-Debtor Guarantor Liabilities under Guarantees

Brian:

Receipt acknowledged -- thanks. To the extent that we have something to communicate to you on this point, we will do so.

Joe


Joseph J. McMahon, Jr., Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6492 (Direct)
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov


---

**From:** Krakauer, Bryan [mailto:bkrakauer@sidley.com]
**Sent:** Tuesday, March 10, 2009 9:18 PM
**To:** McMahon, Joseph (USTP)
**Cc:** NPernick@coleschotz.com
**Subject:** RE: Tribune - Non-Debtor Guarantor Liabilities under Guarantees

Joe:

The non-debtor subsidiaries of the Tribune plan to commence the payment of the Steering Committee professional fees this Thursday. As previously related, the non-debtors will not remit a success or transaction fee for Blackstone at this time, and would communicate with your before remitting any success or transaction fee for Blackstone.

10/28/2009

TRB_LD000386
CONFIDENTIAL

Regards,

Bryan Krakauer

---

**From:** McMahon, Joseph (USTP) [mailto:Joseph.McMahon@usdoj.gov]
**Sent:** Wednesday, March 04, 2009 9:38 AM
**To:** Krakauer, Bryan; Kline, Candice
**Cc:** NPernick@coleschotz.com
**Subject:** RE: Tribune - Non-Debtor Guarantor Liabilities under Guarantees

Thanks.

---

**From:** Krakauer, Bryan [mailto:bkrakauer@sidley.com]
**Sent:** Wednesday, March 04, 2009 10:20 AM
**To:** Kline, Candice; McMahon, Joseph (USTP)
**Cc:** NPernick@coleschotz.com
**Subject:** Re: Tribune - Non-Debtor Guarantor Liabilities under Guarantees

Joe,
This relates to our conversion late last week concerning the non debtors' payment of the fees of the Steering Committee professionals.
Bryan
------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Kline, Candice
**To:** 'McMahon, Joseph (USTP)'
**Cc:** Krakauer, Bryan; Pernick, Norman
**Sent:** Wed Mar 04 09:00:57 2009
**Subject:** Tribune - Non-Debtor Guarantor Liabilities under Guarantees

<<Non-Debtor Guarantor Liability & Bankruptcy.DOC>> <<EXHIBIT 01.pdf>> <<EXHIBIT 06.pdf>>
Joe,

Attached is a memorandum addressing non-debtor guarantor liabilities under the Guarantee Agreements. The Credit Agreement and Guarantee Agreement (entered into by each guarantor) are also attached for your reference.

Please contact us with any questions.

Thanks,
Candice

**Candice Kline**
Sidley Austin LLP | One South Dearborn | Chicago, IL 60603
candice.kline@sidley.com | 312.853.7778

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such

10/28/2009

TRB_LD000387
CONFIDENTIAL

taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

```
*******************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confide
If you are not the intended recipient, please delete the e-mail and any attachments and not
immediately.


*******************************************************************************
```

10/28/2009

TRB_LD000388
CONFIDENTIAL