# EXHIBIT B

## (Joint Written Consent of the Management Committee of Zetabid Holdings and the Board of Directors of Zetabid Operations Inc.)

Execution Version

# JOINT WRITTEN CONSENT OF THE
# MANAGEMENT COMMITTEE OF
# ZETABID HOLDINGS LLC,
a Delaware limited liability company

AND

# THE BOARD OF DIRECTORS OF
# ZETABID OPERATIONS INC.
a Cayman Islands corporation

March 2, 2010

Pursuant to the authority set forth in Section 18-402 of the Delaware Limited Liability Company Act and the laws of the Cayman Islands, the undersigned, being the Members of the Management Committee ("**Managers**") of ZETABID HOLDINGS LLC, a Delaware limited liability company (the "**Parent**"), and the Board of Directors ("**Board**") of ZETABID OPERATIONS, INC., a Cayman Islands corporation ("**Company**"), hereby waive notice of and dispense with the formality of a meeting and adopt the following resolutions:

## Special Distribution to LAT.

**WHEREAS**, in connection with that certain LLC Membership Interest Purchase Agreement entered into by and among Los Angeles Times Communications, LLC ("**LAT**"), and Catalist Homes Inc. ("**CHI**"), the Parent and the Company dated as of March 2, 2010 (the "**Sale Agreement**"), the Managers of Parent and the Board of the Company deem it to be in the best interests of Parent and the Company respectively to designate a special distribution by Company to LAT in connection with the transactions contemplated by the Sale Agreement (the "**Special Distribution**");

**WHEREAS**, the Amended and Restated Operating Agreement of the Parent and the Bylaws of the Company sets forth certain terms and conditions for unanimous decisions of the Managers and the Board in order to effect this Special Distribution which are met hereby;

**WHEREAS**, the Managers and the Board acknowledge the validity of the Special Distribution from the available assets of the Company, which such assets exceed the aggregate amount of (a) this Special Distribution and (b) the known liabilities of the Company, and the validity of the Special Distribution from the available assets of the Parent, which such assets exceed the aggregate amount of (a) this Special Distribution and (b) the known liabilities of the Company; and

**WHEREAS**, the Managers and the Board acknowledge and consent hereby to the Special Distribution in the amount reflected on Schedule A attached hereto.

**NOW THEREFORE BE IT RESOLVED**, that the Managers and the Board consent to and acknowledge the Special Distribution, and the Special Distribution shall be made as provided in Schedule A;

**RESOLVED FURTHER,** that the appropriate officers are authorized and empowered to do or cause to be done all such acts or things, and to sign and deliver or cause to be signed and delivered all such documents, instruments and certificates, as such person deems necessary, advisable or appropriate to consent to and acknowledge the Special Distribution under all documents, agreements and instruments executed on behalf of the Parent and Company; and

**RESOLVED FURTHER**, that all acts, transactions or agreements undertaken in furtherance of the foregoing resolutions prior to the date hereof by the appropriate officers, are hereby ratified, confirmed, approved and adopted by the Parent and the Company.

**[Signatures Follow]**

**IN WITNESS WHEREOF,** the Managers and Board have executed this Joint Written Consent on the date first written above.

<u>**MANAGEMENT COMMITTEE**</u>:

**LOS ANGELES TIMES COMMUNICATIONS LLC**

By: _____
Name:
Title:

By: _____
Name:
Title:

**CATALIST HOMES, INC.**

By: _____
Name:
Title:

- 3 -

BN 5391278v2

**BOARD OF DIRECTORS**:

_____
**Robert Bellack,**
Director


_____
**Chris Avetisian,**
Director


_____
**Michael Davin,**
Director

Execution Version

## Schedule A

Amount and Payment of Special Distribution

$217,000*

*This fixed amount is payable upon the Closing, in addition to any amounts subject to the True Up as set forth in Section 5.3 of the Sale Agreement.