IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 3666 |

**CONFIDENTIAL DOCUMENT TO BE KEPT UNDER SEAL**

JOINT MOTION OF THE DEBTORS AND BARCLAYS BANK PLC FOR ENTRY
OF AN ORDER AUTHORIZING THEM TO FILE UNDER SEAL FEE LETTER
RELATED TO AMENDED LETTER OF CREDIT FACILITY

Dated: Wilmington, Delaware
       March 2, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Candice L. Kline
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

46429/0001-6364244v1