IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | Re: Docket Nos. 2407, 3657, 3660 and 3669 |
| Debtors. | : | Hearing: March 26, 2010 at 10:00 a.m. |
| | : | Objection Deadline: March 19, 2010 at 4:00 p.m. (ET) |

---------------------------------------------x

**NOTICE OF MOTION REGARDING MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR AN ORDER AUTHORIZING FILING OF UNREDACTED SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF ITS MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS AND CERTAIN EXHIBITS THERETO UNDER SEAL**

**PLEASE TAKE NOTICE** that on March 2, 2010, the Law Debenture Trust Company of New York ("Law Debenture") filed the *Motion of Law Debenture Trust Company of New York for an Order Authorizing Filing of Unredacted Supplemental Brief in Further Support of its Motion to Terminate Debtor Affiliates' Undisclosed Payment Of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments and Certain Exhibits Thereto Under Seal* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, are required to be filed on or before **March 19, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 26, 2010 at 10:00 a.m. (Eastern Time)**, before the Honorable Kevin J. Carey, Chief

Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th

Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  Wilmington, Delaware
         March 2, 2010

/s/ Garvan F. McDaniel
Garvan F. McDaniel (DE No. 4167)
Bifferato Gentilotti LLC
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Daniel A. Fliman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*