IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>                        Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |

**JOINDER OF CENTERBRIDGE CREDIT ADVISORS LLC TO LAW DEBENTURE TRUST COMPANY OF NEW YORK'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF ITS MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS**

Centerbridge Credit Advisors LLC, on behalf of funds advised by itself and its affiliates (collectively, "CCA"),[1] by and through its undersigned counsel, hereby joins (the "Joinder") in the Supplemental Brief (the "Supplemental Brief") filed by Law Debenture Trust Company of New York ("Law Debenture") in further support of its *Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* (the "Fee Motion") [Docket No. 2407], and respectfully submits as follows:

**BACKGROUND**

1. On December 8, 2008 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases are being jointly administered and have been consolidated for procedural purposes only.

---

[1] CCA is a holder of approximately 37% of the senior notes issued by debtor Tribune Company ("Tribune," and with its debtor subsidiaries, the "Debtors").

2.  Since the Petition Date, the Debtors have continued in possession of their properties and have continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.

3.  On October 23, 2009, Law Debenture filed the Fee Motion.

4.  On November 24, CCA filed a joinder in support of the Fee Motion. [Docket No. 2630].

5.  On March 2, 2010, Law Debenture filed the Supplemental Brief in further support of the Fee Motion.

## CCA'S JOINDER

6.  In the Fee Motion, Law Debenture Trust Company of New York ("Law Debenture") requests the Court to enjoin each Debtor[2] and Non-Debtor Guarantor from making any further payments or funding any retainers on account of fees and expenses incurred by JPMorgan or the Lenders (the "Bank Fees") and to require JPMorgan and the Lenders to disgorge all Bank Fees previously paid (the "Bank Fee Payments").[3]

7.  Based on the facts available, CCA adopts as if set forth herein the arguments set forth in the Supplemental Brief, and, accordingly, files this Joinder in support thereof.

## CONCLUSION

---

[2]  All capitalized terms used herein but not defined, are ascribed the definitions in Law Debenture's *Stipulated Facts In Connection With March 26, 2010 Hearing On Law Debenture Trust Company Of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment Of LBO Lenders' Fees And Expenses, For An Accounting, And For Disgorgement Of Past Payments* [Docket No. 3657], filed on March 2, 2010 (the "Stipulated Facts").

[3]  In the Motion, Law Debenture sought an accounting of all Bank Fee Payments.  In the course of discovery, Law Debenture received relevant information from the parties and the parties have stipulated regarding the amount and recipient of the Bank Fee Payments.  Accordingly, Law Debenture presently does not expect to seek an accounting, but reserves the right to do so at the hearing if issues arise regarding the accuracy or credibility of such information.

8. For the foregoing reasons, and those set forth in the Motion and the Supplemental Brief, CCA respectfully requests: (a) the entry of an order, pursuant to sections 105(a) and 363 of the Bankruptcy Code, compelling and directing (i) termination of the Unauthorized Fee Payments, (ii) an accounting of the Unauthorized Fee Payments, and (iii) disgorgement of the Unauthorized Fee Payments; and (B) such other and further relief as the Court deems just, proper and equitable.[4]

Dated: March 2, 2010

Respectfully Submitted,

By: /s/Mark Billion (#5263)
Laura Davis Jones
Mark M. Billion
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE  19899-8705
(302) 652-4100 (Telephone)
(302) 652-4400 (Facsimile)
mbillion@pszjlaw.com

-and-

Daniel H. Golden
Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
dgolden@akingump.com
pdublin@akingump.com

*Counsel for Centerbridge Credit Advisors LLC*

---

[4] CCA reserves all of its rights with respect to the Fee Motion and the Supplemental Brief, including the right to supplement this Joinder and to file a reply to any objection filed in opposition to the Fee Motion or the Supplemental Brief.