IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: Chapter 11
**In re:** :
: Case No.08-13141 (KJC)
**TRIBUNE COMPANY**, *et al.* :
: Jointly Administered
**Debtors.** :
----------------------------------------------------------------x

## REQUEST FOR APPROVAL OF APPEARANCE

I, Michelle McMahon, respectfully request the approval of this Court to appear in the above-captioned case on behalf of CWA/ITU Negotiated Pension Plan, pursuant to Local Bankruptcy Rule 9010(e)(ii).

Local Bankruptcy Rule 9010(e)(ii) provides

Attorneys who are admitted to the Bar of the District Court and in good standing, but who so not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office in Delaware. My current office is located in New York, New York at the address indicated below. I respectfully request that the Court enter the proposed order approving my appearance in the above-captioned case, pursuant to Local Bankruptcy Rule 9010(e)(ii).

Dated: March 2, 2010

/s/ Michelle McMahon
Michelle McMahon, Esq. (No. 3900)
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 101047
(212) 541-3039; (212) 541-1439 (fax)
Email: michelle.mcmahon@bryancave.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: : Chapter 11
:
: Case No. 08-13141 (KJC)
**TRIBUNE COMPANY,** *et al.* :
: Jointly Administered
**Debtors.** :
------------------------------------------------------------ x

## ORDER APPROVING APPEARANCE

Upon consideration of the Request for Approval of Appearance filed by Michelle McMahon seeking the approval of this Court to appear in the above-captioned case on behalf of CWA/ITU Negotiated Pension Plan, pursuant to Local Bankruptcy Rule 9010(e)(ii); and upon determining that the relief requested is appropriate; it is hereby

ORDERED, that Michelle McMahon may appear in the above-captioned case, pursuant to Local Bankruptcy Rule 9010(e)(ii).

Dated: March 3, 2010
Wilmington, Delaware

_____
United States Bankruptcy Judge