IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

Chapter 11

In re:

TRIBUNE COMPANY, et al.,                    Case No. 08-13141 (KJC)

        Debtors.                         Jointly Administered

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Glen Silverstein to represent Morgan Stanley & Co., Inc. in the above captioned cases.

_____
David M. Powlen  (DE No. 4978)
BARNES & THORNBURG, LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 888-4536
Email: david.powlen@btlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this matter. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

_____
Glen Silverstein
LEADER & BERKON LLP
630 Third Avenue
New York, NY 10017
Phone: (212) 486-2400
Email: gsilverstein@leaderberkon.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: March 3, 2010

_____
United States Bankruptcy Judge

INDS01 KFRANK 1183162v1