UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                        :  Jointly Administered
                                                                :
            Debtors.                                            :
---------------------------------------------------------------- x

## MOTION AND ORDER GRANTING
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of James Sottile to represent the Official Committee of Unsecured Creditors as special counsel in these proceedings.

Dated: Wilmington, Delaware
       February 19, 2010

                                    ZUCKERMAN SPAEDER LLP

                                    _____
                                    Thomas G. Macauley (ID No. 3411)
                                    919 Market Street, Suite 990
                                    Wilmington, DE 19801
                                    Telephone: (302) 427-0400
                                    Facsimile: (302) 427-8242

#3658
2525457.1
3-2-10

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland and District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

James Sottile
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: ~~February~~ MARCH 3, 2010

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2

2525457.1