# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, et al., ) | Case No. 08-13141 (KJC) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | Related Docket No. 3659 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF BRADLEY J. BUTWIN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Bradley J. Butwin, Esq., to represent Bank of America, N.A and Banc of America Securities LLC in the above-captioned cases.

Dated: March 2, 2010
Wilmington, Delaware

/s/ James C. Carignan
James C. Carignan (DE No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

#12135967 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York, the United States for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk for District Court.

Bradley J. Butwin, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March 3, 2010

Kevin J. Carey
United States Bankruptcy Judge

#12135967 v1