# EXHIBIT A

## (Fee Statement)

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

February 24, 2010

Please refer to
Invoice Number: 1821473

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2010 | $15,731.50 |
| Costs incurred and advanced | 3,509.51 |
| **Current Fees and Costs** | **$19,241.01** |
| **Total Balance Due** | **$19,241.01** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 87018945.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**PaulHastings**

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

February 24, 2010

Please refer to
Invoice Number: 1821473

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2010 | $15,731.50 |
| Costs incurred and advanced | 3,509.51 |
| **Current Fees and Costs Due** | **$19,241.01** |
| **Total Balance Due** | **$19,241.01** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 87018945.1

| | |
|---|---|
| Tribune Company<br>75245-00001<br>Invoice No. 1821473 | Page 2 |

| | |
|---|---|
| Tribune Company<br>6th Floor, One Tribune Tower<br>435 N. Michigan Avenue<br>Chicago, IL  60611-4096 | February 24, 2010<br><br>Please refer to<br>Invoice Number: 1821473 |
| Attn:  David Eldersveld, Esq.<br>         Vice President & Deputy General Counsel | PHJ&W Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2010

**Post-Petition General Matter**                                                                         **$15,731.50**

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/05/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/06/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/07/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/08/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/11/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/12/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                                                           Page 3
75245-00001
Invoice No. 1821473

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/13/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/14/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/19/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/20/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/21/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/22/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/25/10 | JPB7 | Review December bill for privilege (1.1) | 1.10 | 565.00 | 621.50 |
| 01/26/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/27/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/28/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 01/29/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| | | **Subtotal:  B110   Case Administration** | **2.80** | | **970.00** |

LEGAL_US_E # 87018945.1

Tribune Company                                                                                                   Page 4
75245-00001
Invoice No. 1821473

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/10 | JBB3 | Work on supplemental conflicts check (0.5); prepare supplemental affidavit of disinterestedness (0.3) | 0.80 | 205.00 | 164.00 |
| 01/06/10 | JBB3 | Prepare schedule to supplemental affidavit of disinterestedness (0.4) | 0.40 | 205.00 | 82.00 |
| 01/07/10 | SSP2 | Review and comment on supplemental affidavit of disinterestedness (0.2) | 0.20 | 430.00 | 86.00 |
| 01/08/10 | JBB3 | Update supplemental affidavit of disinterestedness per S. Park's comments (0.5) | 0.50 | 205.00 | 102.50 |
| 01/08/10 | SSP2 | Conference with J. Brown regarding supplemental affidavit (0.1) | 0.10 | 430.00 | 43.00 |
| 01/11/10 | KDN | Review sixth supplemental affidavit of disinterestedness for Paul Hastings (0.1); review Paul Hastings fourth interim fee application (0.1); review further revised interim fee application for Paul Hastings (0.1) | 0.30 | 660.00 | 198.00 |
| 01/11/10 | RPR | Prepare draft fourth interim fee application (0.3); forward same to S. Park for review (0.1) | 0.40 | 320.00 | 128.00 |
| 01/11/10 | SSP2 | Review fourth interim fee application (0.3); review supplemental affidavit of disinterestedness (0.2); email same to K. Stickles for filing (0.1) | 0.60 | 430.00 | 258.00 |
| 01/13/10 | SSP2 | Email December fee application to K. Stickles for filing (0.1) | 0.10 | 430.00 | 43.00 |
| 01/15/10 | KDN | Telephone call with D. Perlman regarding fee application (0.1) | 0.10 | 660.00 | 66.00 |
| 01/21/10 | RPR | Review December 2009 billing statements (0.7) | 0.70 | 320.00 | 224.00 |

Tribune Company                                                                                                       Page 5
75245-00001
Invoice No. 1821473

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/22/10 | KDN | Draft responsive emails (x2) to D. Perlman regarding November monthly fee application (0.1) | 0.10 | 660.00 | 66.00 |
| 01/22/10 | RPR | Prepare twelfth monthly (December 2009) fee application (0.9) | 0.90 | 320.00 | 288.00 |
| 01/25/10 | RPR | Work on twelfth monthly (December) fee application (0.8); forward same to S. Park (0.1) | 0.90 | 320.00 | 288.00 |
| 01/25/10 | SSP2 | Review December fee application (0.3) | 0.30 | 430.00 | 129.00 |
| 01/26/10 | SSP2 | Review December fee application (0.1); email same to K. Newmarch (0.1) | 0.20 | 430.00 | 86.00 |
| 01/27/10 | KDN | Review December monthly fee application (0.1); draft email to S. Park regarding December monthly fee application (0.1) | 0.20 | 660.00 | 132.00 |
| 01/28/10 | SSP2 | Revise objection deadlines on fee application (0.1); email same to K. Stickles to be filed (0.1) | 0.20 | 430.00 | 86.00 |
| | | **Subtotal:  B160   Fee/ Employment Applications** | **7.00** | | **2,469.50** |

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/10 | GES3 | Correspondence with S. Pater regarding lease deposits (0.2); review precedent material regarding security deposits (0.4) | 0.60 | 845.00 | 507.00 |
| | | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | **0.60** | | **507.00** |

Tribune Company Page 6
75245-00001
Invoice No. 1821473

### B240   Tax Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/10 | TSW | Review Orange County, CA quitclaim deed (0.1); review and analyze transfer tax issues, including review of California Revenue and Taxation Code Section 11922 regarding exemptions from transfer tax (0.3); forward conclusions regarding same (including summary of exemption provision) to J. Rheeling (0.1) | 0.50 | 895.00 | 447.50 |
| | | **Subtotal:  B240   Tax Issues** | **0.50** | | **447.50** |

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/10 | JSR6 | Review letters between Tribune Company and Newsday LLC regarding work to be performed at 235 Pinelawn Drive in Melville, NY (2.0); review lease between Tribune Company and Newsday LLC regarding same (2.0) | 4.00 | 695.00 | 2,780.00 |
| 01/13/10 | JSR6 | Review settlement agreement between Tribune Company and South Coast Water District regarding property in Orange County, CA (3.5); telephone conference with R. Freiss regarding conveyance of property in Orange County, CA from Tribune to South Coast Water District (0.5) | 4.00 | 695.00 | 2,780.00 |
| 01/14/10 | JSR6 | Review quitclaim deed regarding conveyance of property in Orange County, CA from Tribune Company to South Coast Water District (2.0); review transfer tax obligation regarding same (1.5) | 3.50 | 695.00 | 2,432.50 |

Tribune Company                                                                                      Page 7
75245-00001
Invoice No. 1821473

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/10 | JPB7 | Conference with J. Rheeling regarding transfer of property pursuant to settlement agreement (0.5) | 0.50 | 565.00 | 282.50 |
| 01/15/10 | JSR6 | Conference with J. Bender regarding conveyance of property in Orange County, CA from Tribune Company to South Coast Water District (0.5); analyze obligation of Tribune Company to perform work under lease for 235 Pinelawn Drive, Melville, NY (3.5) | 4.00 | 695.00 | 2,780.00 |
| 01/20/10 | JPB7 | Correspondence (x4) with S. Pater, J. Rheeling and R. Friess regarding status of quitclaim deed and Orange County, CA property (0.5) | 0.50 | 565.00 | 282.50 |
| | | **Subtotal:  B250   Real Estate** | **16.50** | | **11,337.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| GES3 | Gregory E. Spitzer | PARTNER | 0.60 | 845.00 | 507.00 |
| TSW | Thomas S. Wisialowski | PARTNER | 0.50 | 895.00 | 447.50 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 15.50 | 695.00 | 10,772.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 2.10 | 565.00 | 1,186.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.70 | 660.00 | 462.00 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 1.70 | 430.00 | 731.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 2.90 | 320.00 | 928.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 3.40 | 205.00 | 697.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

| | |
|---|---|
| Tribune Company<br>6th Floor, One Tribune Tower<br>435 N. Michigan Avenue<br>Chicago, IL  60611-4096 | February 24, 2010<br><br>Please refer to<br>Invoice Number: 1821474 |
| Attn:  David Eldersveld, Esq.<br>         Vice President & Deputy General Counsel | PHJ&W Tax ID No. 95-2209675 |

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2010 | $3,847.00 |
| **Current Fees and Costs Due** | **$3,847.00** |
| **Total Balance Due** | **$3,847.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 87018945.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096  

Attn: David Eldersveld, Esq.  
     Vice President & Deputy General Counsel

February 24, 2010

Please refer to  
Invoice Number: 1821474

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**KTLA**  
PHJ&W LLP File# 75245-00013  
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2010 | $3,847.00 |
| **Current Fees and Costs Due** | **$3,847.00** |
| **Total Balance Due** | **$3,847.00** |

**Wiring Instructions:**  
  Bank of America  
  ABA # 0260-0959-3  
  CHIPS Address: 0959  
  SWIFT Address: BOFAUS3N  
  100 West 33rd Street  
  New York, New York 10001  
  Account Number: 14599-04796  
  Account Name: Paul, Hastings, Janofsky & Walker LLP  
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**  
  Paul, Hastings, Janofsky & Walker LLP  
  191 N. Wacker Drive  
  30th Floor  
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 87018945.1

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096  

February 24, 2010  

Please refer to  
Invoice Number: 1821474  

Attn:  David Eldersveld, Esq.  
      Vice President & Deputy General Counsel  

PHJ&W Tax ID No. 95-2209675  

FOR PROFESSIONAL SERVICES RENDERED  
for the period ending January 31, 2010  

**KTLA**      **$3,847.00**

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/10 | PAR | Correspondence with S. Nock, lender's counsel, regarding subordination agreement (0.3) | 0.30 | 840.00 | 252.00 |
| 01/08/10 | PAR | Review documents in preparation for conference call with S. Nock, lender's counsel, regarding subordination agreement and second amendment to KTLA lease (1.0); telephone conference with S. Nock, lender's counsel regarding same (0.5); prepare email to S. Pater regarding same (0.3) | 1.80 | 840.00 | 1,512.00 |
| 01/11/10 | FLH | Correspondence to S. Nock, lender's counsel, regarding fully-executed first amendment to lease for KTLA in connection with obtaining subordination agreement from Wachovia (0.2) | 0.20 | 335.00 | 67.00 |
| 01/11/10 | PAR | Correspondence with S. Nock, Hudson lender's counsel, regarding subordination agreement and second amendment to KTLA lease (0.3) | 0.30 | 840.00 | 252.00 |
| 01/12/10 | PAR | Correspondence with S. Kalt, Hudson's counsel, regarding subordination agreement and second amendment to KTLA lease (0.3) | 0.30 | 840.00 | 252.00 |

LEGAL_US_E # 87018945.1

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/10 | PAR | Review comments from S. Nock, lender's counsel, to KTLA second amendment and subordination agreement (1.8) | 1.80 | 840.00 | 1,512.00 |
| | | **Subtotal: B185 Assumption/ Rejection of Leases and Contracts** | **4.70** | | **3,847.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| PAR | Patrick A. Ramsey | PARTNER | 4.50 | 840.00 | 3,780.00 |
| FLH | Felicia L. Holley | PARALEGAL | 0.20 | 335.00 | 67.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
Vice President & Deputy General Counsel  

February 24, 2010

Please refer to  
Invoice Number: 1821475

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

Legal fees for professional services
for the period ending January 31, 2010 ................................................................. $90.00
    Costs incurred and advanced ............................................................... 440.00
**Current Fees and Costs** ........................................................................... **$530.00**
**Prior Balance Due** .................................................................................. **$34,893.75**
**Total Balance Due** .................................................................................. **$35,423.75**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 87018945.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**PaulHastings**

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

February 24, 2010

Please refer to
Invoice Number: 1821475

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2010 | $90.00 |
| Costs incurred and advanced | 440.00 |
| **Current Fees and Costs Due** | **$530.00** |
| **Prior Balance Due** | **$34,893.75** |
| **Total Balance Due** | **$35,423.75** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 87018945.1

Tribune Company                                      February 24, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                               Please refer to
Chicago, IL  60611-4096                              Invoice Number: 1821475

Attn:  David Eldersveld, Esq.                        PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2010

**Sale of 250 Miller Place, Hicksville**                                     **$90.00**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/26/10 | SET2 | Office conference with J. Bender regarding UCC (0.2); email correspondence with J. Porter at NCR regarding UCC search (0.1) | 0.30 | 300.00 | 90.00 |
| **Subtotal:  B250   Real Estate** | | | **0.30** | | **90.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| SET2 | Sarah E. Tybor | PARALEGAL | 0.30 | 300.00 | 90.00 |

LEGAL_US_E # 86731483.1