**EXHIBIT B**

**(Expenses Statement)**

**EXPENSE SUMMARY**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents/ Title Insurance Documents | | $3,926.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $19.71 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $0.50 |
| Photocopy Charges ($0.10 per page) | | $3.30 |
| Outside Photocopying | | $0.00 |
| Facsimile | | $0.00 |
| **TOTAL** | | **$3,949.51** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096  

Attn:  David Eldersveld, Esq.  
   Vice President & Deputy General Counsel  

February 24, 2010  

Please refer to  
Invoice Number: 1821473  

PHJ&W Tax ID No. 95-2209675  

**JANUARY 2010**

## SUMMARY SHEET

**Post-Petition General Matter**  
PHJ&W LLP File# 75245-00001  

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/21/2010 | JPB7 | Photocopy Charges | 33 | 0.10 | 3.30 |
| 01/11/2010 | DJP2 | Certified Copies of Documents - National Corporate Research, Ltd. Inv. #B011417-00, 01/23/09, Certified copy | | | 562.00 |
| 01/12/2010 | PHJW | Certified Copies of Documents - National Corporate Research, Ltd. Inv. #B009690-00, 10/22/08, Good Standing Certificate short form - Electronic | | | 65.00 |
| 01/14/2010 | DJP2 | Certified Copies of Documents - National Corporate Research, Ltd. Inv. #B011268-00, 01/16/09, Certified copy | | | 1,457.00 |
| 01/11/2010 | DJP2 | Copies of Documents - National Corporate Research, Ltd. Inv. #B011483-00, 01/26/09, Specific copy request | | | 42.00 |
| 01/21/2010 | PHJW | UPS 01/21/10 Rick Friess, Nossaman LLP Irvine CA 92612 1Z3F8W752591497160 (MAN) | | | 19.71 |
| 01/21/2010 | PHJW | UPS 01/21/10 Rick Friess, Nossaman LLP Irvine CA 92612 1Z3F8W752592598157 (MAN) | | | 19.71 |

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/22/2010 | PHJW | UPS 01/22/10 Rick Friess, Nossaman LLP Irvine CA 92612 1Z3F8W752592598157 (MAN) | | | (19.71) |
| 01/11/2010 | DJP2 | National Corporate Research, Ltd. Inv. #B011188-00, 01/12/09, Verbal Good Standing | | | 360.00 |
| 01/31/2010 | DJP2 | Misc. - Chicago Title Insurance Co. Inv. #H25216151, 10/20/09, Property information | | | 250.00 |
| 01/31/2010 | DJP2 | Misc. - Chicago Title Insurance Co. Inv. #H25216153, 10/20/09, Property information | | | 250.00 |
| 01/31/2010 | DJP2 | Misc. - Chicago Title Insurance Co. Inv. #H25216150, 10/20/09, Property information | | | 250.00 |
| 01/31/2010 | DJP2 | Misc. - Chicago Title Insurance Co. Inv. #H25216149, 10/20/09, Property information | | | 250.00 |
| 01/13/2010 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| 01/22/2010 | PHJW | Long Distance Telephone Charges | | | 0.30 |
| | | **Total Costs** | | | **$3,509.51** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.  
      Vice President & Deputy General Counsel

February 24, 2010

Please refer to  
Invoice Number: 1821475

PHJ&W Tax ID No. 95-2209675

**JANUARY 2010**

## SUMMARY SHEET

**Sale of 250 Miller Place,**  
PHJ&W LLP File# 75245-00026

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/2010 | DJP2 | National Corporate Research, Ltd. Inv. #B018897-00, 01/26/10, Specific copy request | | | 47.00 |
| 01/11/2010 | DJP2 | National Corporate Research, Ltd. Inv. #B016995-00, 11/04/09, Fixture search/FTL/STL/Judgment searches, UCC search-Central, state tax lien search.-Central | | | 393.00 |
| | | **Total Costs** | | | **$440.00** |

LEGAL_US_E # 87018973.1