# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141-KJC<br><br>Jointly Administered<br>Related to Docket Nos. 1800, 3152, 3159 and 3252<br>Hearing Date: March 23, 2010 at 11:00 a.m.<br>Objection Deadline: March 16, 2010 at 4:00 p.m. |

## MOTION OF THE DEBTORS TO DISMISS VOLUNTARILY AND WITHOUT PREJUDICE THEIR PENDING MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT TRANSITION MIP AND KEY OPERATORS BONUS COMPONENTS OF 2009 MANAGEMENT INCENTIVE PLAN

Tribune Company ("Tribune") and most of its wholly-owned subsidiaries, each of which is a debtor and debtor in possession herein (each a "Debtor" and collectively, the "Debtors"), hereby move this Court (the "Motion"), pursuant to Federal Rule of Civil Procedure ("Federal Rule") 41(a)(2) and Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

7041 and 9014(c), to dismiss voluntarily and without prejudice their pending request for entry of an order authorizing the implementation of the Transition MIP (the "TMIP") and the Key Operators Bonus (the "KOB") programs in the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "2009 Incentive Motion") [Docket No. 1800]. In support of the instant Motion, the Debtors state as follows:

## STATUS OF THE CASE AND JURISDICTION

1.      On December 8, 2008 (the "Petition Date"), Tribune and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). An additional Debtor, Tribune CNLBC, LLC,[2] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009. In all, the Debtors comprise 112 entities.

2.      The Debtors have continued in possession of their respective properties and have continued to operate and maintain their businesses as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee.

3.      The official committee of unsecured creditors ("Creditors Committee") was established on December 18, 2008.

---

[2] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED AND BASIS THEREFOR

5.      The statutory and legal predicates for the relief sought in the instant Motion are Federal Rule 41(a)(2) and Bankruptcy Rules 7041 and 9014(c). See Federal Rule 41(a)(2) (providing for voluntary dismissals by court order in contested matters and stating in relevant part that, "[u]nless the [Court's] order states otherwise, a dismissal under this paragraph (2) is without prejudice."); Bankruptcy Rule 7041 (providing that "Rule 41 F.R.Civ.P. applies in adversary proceedings . . . ."); Bankruptcy Rule 9014(c) (making Bankruptcy Rule 7041 applicable to contested matters).

6.      On July 22, 2009, the 2009 Incentive Motion [Docket No. 1800] was filed with the Court.

7.      On September 25, 2009, a hearing was held on the 2009 Incentive Motion (the "September 25, 2009 Hearing"). Following the September 25, 2009 Hearing, the Court took under advisement the Debtors' request for authority to implement the Debtors' 2009 Management Incentive Plan (the "Plan") as described in the 2009 Incentive Motion.

8.      On January 20, 2010, the Debtors filed the Certification of Counsel Regarding Bifurcation of Ruling on 2009 Management Incentive Plan [Docket No. 3152].

9.      On January 21, 2010, the Court entered an Order Regarding Bifurcation of Ruling on 2009 Management Incentive Plan [Docket No. 3159] and scheduled a hearing for

January 27, 2010 with respect to the Debtors' request for approval of the 2009 annual Management Incentive Program ("MIP") component of the Plan.

10.  At the January 27, 2010 hearing (the "January 27, 2010 Hearing"), the Court approved the 2009 MIP component of the Plan,[3] and continued to take under advisement the Debtors' request for authority to implement the remaining two components of the Plan – the TMIP and the KOB.

11.  The Court also suggested at the January 27, 2010 Hearing that the Debtors consider incorporating the TMIP and the KOB into a Chapter 11 plan of reorganization. See Transcript of January 27, 2010 Hearing (excerpts attached as Exhibit B hereto), at 9 ("And I frankly suggest, and I'll read a more detailed ruling in a moment, that it consider taking the remaining two components [the TMIP and the KOB] and incorporating them into a Chapter 11 Plan. And I'm assuming that the debtor is getting closer to having arrived at one, but I don't know that. In any event, until advised otherwise, the other two components will remain in the queue for ruling and I cannot tell you when that ruling will be issued.").

12.  The Debtors wish to follow the Court's suggestion, and thus hereby seek to dismiss voluntarily, without prejudice, their request in the 2009 Incentive Motion for entry of an order authorizing the implementation of the TMIP and the KOB.

13.  The Creditors Committee and the Steering Committee of the Debtors' Senior Lenders (the "Steering Committee") do not object to the relief requested herein and, as stated, supported the Debtors' request for authority to implement the TMIP and the KOB in the

---

[3] On January 28, 2010, the Court entered the Order Authorizing, but not Directing, the Debtors to Implement 2009 MIP Program [Docket No. 3252].

4

2009 Incentive Motion. All such parties have reserved their respective rights to review and to respond to, in any manner they consider appropriate, any version of the TMIP and of the KOB (or any similar plan) that the Debtors may seek to incorporate into a Chapter 11 plan of reorganization.

14. Counsel for the Debtors also has discussed the relief requested herein with counsel for the Washington-Baltimore Newspaper Guild (the "Guild") and counsel for the Office of the United States Trustee. The Guild does not consent to the Debtors' voluntary dismissal without prejudice of the 2009 Incentive Motion as it relates to the TMIP and the KOB. The Debtors therefore are filing the instant Motion. As of the date of filing of this Motion, the Office of the United States Trustee has not stated its position on the Motion.

15. A Proposed Order is attached as Exhibit A hereto.

## NOTICE

16. Notice of this Motion has been provided to: (i) the Office of the United States Trustee; (ii) the United States Securities and Exchange Commission; (iii) the Office of the United States Attorney for the District of Delaware; (iv) the Internal Revenue Service; (v) counsel for the Creditors Committee; (vi) counsel to the Steering Committee; (vii) counsel to the administrative agent for the Debtors' postpetition financing facility; and (viii) all parties having requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## NO PRIOR REQUEST

17. The Debtors have not previously sought the relief requested herein from this or any other Court.

WHEREFORE, for the foregoing reasons, the Debtors respectfully request that the Court grant the instant Motion and enter an order, in substantially the form attached hereto as Exhibit A, dismissing without prejudice their request in the 2009 Incentive Motion for entry of an order authorizing the implementation of the TMIP and the KOB, and granting such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
March 4, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
Kevin T. Lantry
Brian J. Gold
Jonathan D. Lotsoff
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION