**EXHIBIT A**


**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

March 2, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:271551
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through January 31, 2010.

By Graeme W. Bush
  121.90  hours at  $765.00  per hour      $   93,253.50

By James Sottile
  62.90  hours at  $675.00  per hour      $   42,457.50

By Marshall S. Wolff
  6.50  hours at  $675.00  per hour      $   4,387.50

By Thomas G. Macauley
  112.50  hours at  $580.00  per hour      $   65,250.00

By Andrew N. Goldfarb
  151.00  hours at  $550.00  per hour      $   83,050.00

By Caroline Judge Mehta
  3.50  hours at  $525.00  per hour      $   1,837.50

By Martin G. Deptula
  73.50  hours at  $465.00  per hour      $   34,177.50

By Virginia W. Guldi
  31.90  hours at  $325.00  per hour      $   10,367.50

By Steven N. Herman
  54.10  hours at  $325.00  per hour      $   17,582.50

March 2, 2010                                                                                         Page 2

By Scott A. Hanna
   67.20  hours at  $300.00  per hour                            $      20,160.00

By Rey Caling
   2.00  hours at  $195.00  per hour                              $         390.00

By Kimberley Wilson
   1.20  hours at  $165.00  per hour                              $         198.00

By Jeanne Trahan Faubell
   0.40  hours at  $165.00  per hour                              $          66.00

By Diana Gillig
   2.30  hours at  $160.00  per hour                              $         368.00

       TOTAL FEES                                 $     373,545.50

       TOTAL EXPENSES                             $           0.00

       TOTAL FEES AND EXPENSES THIS INVOICE       $     373,545.50

DESCRIPTION OF SERVICES

James Sottile

| | | |
|---|---|---|
| 01/04/10 | 1.70 | Prepare for preliminary settlement meetings with lenders, Centerbridge and debtors by review key documents on issues relevant to settlement valuation. |
| 01/04/10 | 0.40 | Teleconference with Theodore Zink, Mark Ashley (Chadbourne), Andrew Goldfarb and Thomas Macauley regarding draft complaint. |
| 01/04/10 | 1.50 | Edit complaint. |
| 01/04/10 | 0.20 | Edit Theodore Zink memo regarding call with Debtors' counsel regarding solvency analysis. |
| 01/04/10 | 1.40 | Further work analyzing equitable subordination and equitable disallowance claims for complaint and review key case law. |
| 01/05/10 | 5.50 | Prepare for and participate in settlement meetings with Centerbridge, lenders and Debtors. |
| 01/06/10 | 2.40 | Analyze arguments regarding merits of potential fraudulent conveyance claims made by Centerbridge and senior lenders at preliminary settlement meeting and review key documents and cases. |
| 01/06/10 | 0.60 | Participate in weekly professionals call regarding status of bankruptcy proceedings and investigation of potential claims relating to LBO. |
| 01/07/10 | 5.50 | Prepare for and participate in meetings with Debtors, Senior Lenders and Centerbridge for presentations of their views of merits of potential fraudulent conveyance and related claims against lenders. |
| 01/11/10 | 2.10 | Prepare for settlement meetings with lenders, debtors and Centerbridge by analyzing presentations from all parties regarding key issues and evaluating merits of positions advanced by all parties. |
| 01/11/10 | 0.30 | Teleconference with expert regarding work on solvency issues |
| 01/11/10 | 0.90 | Edits to draft complaint. |
| 01/11/10 | 0.80 | Review and edit draft presentation to Committee regarding merits of claims. |

March 2, 2010

| 01/12/10 | 0.80 | Further preparation for settlement meetings with lenders, debtors and Centerbridge. |
| 01/12/10 | 1.60 | Meeting with expert regarding work on solvency together with Graeme Bush. |
| 01/12/10 | 4.20 | Participate in settlement meetings with lenders, debtors and Centerbridge. |
| 01/13/10 | 0.30 | Teleconference with expert and A. Goldfarb and T. Macauley regarding work on solvency |
| 01/13/10 | 0.40 | Teleconference with Graeme Bush, Andrew Goldfarb and Thomas Macauley regarding presentation to Committee, J.P. Morgan depositions and complaint. |
| 01/13/10 | 0.20 | Teleconference with T. Macauley regarding issues on complaint. |
| 01/13/10 | 2.70 | Work on draft presentation to Committee regarding merits of claims and defenses. |
| 01/13/10 | 0.50 | Review key documents for possible inclusion in complaint. |
| 01/13/10 | 0.70 | Review final version of complaint to be posted for Committee. |
| 01/14/10 | 1.10 | Draft/edit presentation for Committee regarding factual allegations of complaint. |
| 01/14/10 | 0.20 | Teleconference with Graeme Bush and Thomas Macauley regarding presentation to Committee concerning complaint. |
| 01/14/10 | 0.90 | Participate in Committee meeting, including presentation to Committee concerning complaint. |
| 01/14/10 | 0.40 | Review Chadbourne draft presentation to Committee regarding merits of potential fraudulent conveyance claims. |
| 01/14/10 | 0.90 | Work on presentation to Committee regarding merits of potential claims. |
| 01/15/10 | 0.60 | Participate in call with Alix Partners, Graeme Bush, Chadbourne lawyers and others regarding subsidiary insolvency issues. |
| 01/15/10 | 2.40 | Review/analyze presentations from all parties and draft Committee presentations regarding merits of claims from Theodore Zink (Chadbourne) and Andrew Goldfarb (Zuckerman). |
| 01/15/10 | 2.30 | Draft/edit presentation to Committee regarding merits of fraudulent transfer claims. |

March 2, 2010

| | | |
|---|---|---|
| 01/16/10 | 2.90 | Draft/edit presentation to Committee regarding merits of claims. |
| 01/17/10 | 2.40 | Draft/edit presentation of Committee regarding merit of claims. |
| 01/18/10 | 2.10 | Further revise presentation to Committee regarding merits of key issues. |
| 01/18/10 | 0.60 | Analyze different recovery scenarios prepared by Moelis for non-bank debt. |
| 01/18/10 | 0.20 | Teleconference with T. Macauley regarding different recovery scenarios prepared by Moelis for non-bank debt. |
| 01/19/10 | 1.40 | Further work analyzing settlement valuation and probability of success on key issues. |
| 01/19/10 | 1.20 | Further work revise complaint. |
| 01/20/10 | 1.70 | Prepare for presentation to Committee regarding merits of key issues by review of key documents and legal cases. |
| 01/21/10 | 0.50 | Review final draft of presentation to Committee regarding merits of key issues and e-mail to G. Bush with suggested revisions. |
| 01/21/10 | 5.20 | Prepare for and participate in Committee meeting re merits of key issues. |
| 01/29/10 | 0.40 | Review Kasowitz comments on draft complaint and review relevant sections of draft complaint; e-mail to Graeme Bush, Thomas Macauley and Andrew Goldfarb regarding Kasowitz comments. |
| 01/31/10 | 0.80 | Review and edit current draft of complaint. |

Caroline Judge Mehta

| | | |
|---|---|---|
| 01/12/10 | 1.20 | Review and analyze revised complaint. |
| 01/12/10 | 0.30 | Confer with Andrew Goldfarb regarding Citibank documents and equitable subordination claims. |
| 01/13/10 | 1.20 | Analyze documents in support of equitable subordination claims. |
| 01/25/10 | 0.40 | Confer with Marty Deptula and Andrew Goldfarb regarding equitable subordination issues and document review. |
| 01/25/10 | 0.20 | Review and analyze Citi production. |

March 2, 2010

| | | |
|---|---|---|
| 01/25/10 | 0.20 | Review current version of equitable subordination claims in draft complaint and accompanying factual support. |

**Andrew N. Goldfarb**

| | | |
|---|---|---|
| 01/02/10 | 1.50 | Review JPM documents for January depositions. |
| 01/03/10 | 1.00 | Review documents for JPM examinations. |
| 01/03/10 | 0.50 | Review Moelis documents. |
| 01/04/10 | 1.20 | Meeting and call with Jim Sottile, G. Bush, T. Macauley regarding case strategy and upcoming matters, including prep for same. |
| 01/04/10 | 0.60 | Conference call with J. Sottile, T. Macauley, and expert regarding progress and discussion of solvency-related issues. |
| 01/04/10 | 0.20 | Confer with M. Deptula regarding JPM deposition prep. |
| 01/04/10 | 0.70 | Database preparation to facilitate document review and examination prep. |
| 01/04/10 | 0.50 | Call with J. Sottile and C&P regarding complaint. |
| 01/04/10 | 2.70 | Locate, review, and provide requested materials to experts. |
| 01/04/10 | 0.20 | Attention to recovery scenario spreadsheet. |
| 01/04/10 | 0.50 | Review and send miscellaneous e-mails regarding exam witness fees, examination logistics, discovery status, providing requested documents to C&P. |
| 01/05/10 | 0.50 | Telephone conference with Sheron Korpus (Kasowitz) regarding JPM examinations. |
| 01/05/10 | 0.50 | Review documents from US Bank. |
| 01/05/10 | 0.10 | E-mail counsel for US Bank regarding document production. |
| 01/05/10 | 1.70 | Review documents for upcoming examinations. |
| 01/05/10 | 0.10 | E-mail J. Drayton (Merrill Lynch counsel) regarding Merrill Lynch e-mail production. |
| 01/05/10 | 0.20 | Review and analyze e-mails regarding solvency issues and meeting reports, respond to same. |
| 01/05/10 | 0.20 | Provide requested materials to experts. |
| 01/06/10 | 1.00 | Participate in weekly professionals' call. |
| 01/06/10 | 0.50 | Emails to Chadbourne & Park, Zuckerman Spaeder and Merrill Lynch counsel regarding Merrill document production, including review production history. |

| 01/06/10 | 0.10 | Attention to Moody's document requests. |
|---|---|---|
| 01/06/10 | 1.70 | Research documents and prepare for JP Morgan Rule 2004 examinations. |
| 01/06/10 | 0.30 | Email to Zuckerman Spaeder team summarizing professionals' call. |
| 01/06/10 | 3.50 | Legal research on guarantees and fraudulent conveyances cases. |
| 01/07/10 | 7.00 | Attend Committee Meeting. |
| 01/07/10 | 0.50 | Review recovery scenarios and prepare for committee meeting. |
| 01/08/10 | 1.00 | Meeting with Bush and Macauley regarding case strategy and organization. |
| 01/08/10 | 0.50 | Call with Seife, Zink, and Bush regarding case strategy, complaint draft, and organization. |
| 01/08/10 | 0.40 | Call with experts regarding research and scheduling. |
| 01/08/10 | 1.20 | Document review in connection with JPM depositions. |
| 01/08/10 | 0.40 | Prepare, review and send requested financial information materials to expert. |
| 01/08/10 | 0.50 | Review Moody's document requests and send e-mail to M. Ashley regarding same. |
| 01/08/10 | 0.20 | Confer with M. Deptula regarding JPM document review. |
| 01/08/10 | 0.20 | E-mail Merrill Lynch counsel regarding e-mail production. |
| 01/08/10 | 0.10 | E-mail Citigroup counsel regarding document production and deposition scheduling. |
| 01/08/10 | 0.20 | E-mail Bush, Sottile, Macauley regarding conversation with expert. |
| 01/09/10 | 1.50 | Review case law on guarantees and sureties. |
| 01/09/10 | 0.20 | Send e-mail regarding research on guarantees to ZS team. |
| 01/09/10 | 0.40 | Review analyses and draft power point regarding solvency issues and intercompany issues from Bush, Sottile, Macauley. |
| 01/10/10 | 0.30 | Draft and send e-mail regarding complaint issues to Bush, Sottile, Macauley. |
| 01/10/10 | 3.40 | Draft inserts to complaint, including research in connection with same. |

March 2, 2010

| | | |
|---|---|---|
| 01/11/10 | 0.40 | Confer with T. Macauley regarding complaint issues, including guarantee case law. |
| 01/11/10 | 4.60 | Review, draft and revise slides for UCC meeting presentation on 1/14. |
| 01/11/10 | 0.10 | E-mails with Drayton (ML counsel) regarding 1/14 hearing. |
| 01/11/10 | 1.30 | Revise complaint to include insertions. |
| 01/11/10 | 0.20 | Confer with T. Macauley regarding additional proposed complaint count. |
| 01/11/10 | 0.10 | Call with T. Zink. |
| 01/11/10 | 0.30 | Review cases regarding advisor fraud conveyance allegations. |
| 01/11/10 | 0.60 | Emails to ZS team regarding cases regarding advisor fraud conveyance allegations. |
| 01/12/10 | 0.50 | Participate in weekly professionals' call. |
| 01/12/10 | 0.20 | E-mail to ZS team regarding weekly professionals' call. |
| 01/12/10 | 1.50 | Conference call with experts, Bush, Sottile, Macauley regarding update on solvency analysis. |
| 01/12/10 | 1.30 | Document review for deposition prep. |
| 01/12/10 | 0.40 | Call with Montegnegro and Stein (Kasowitz) regarding discovery issues, 1/14 hearing. |
| 01/12/10 | 0.10 | Call with J. Drayton regarding 1/14 status conference. |
| 01/12/10 | 0.30 | Attention to arrangements for 1/14 status conference. |
| 01/12/10 | 0.30 | E-mails with Ashley, Deutsch, Schwinger, others regarding 1/14 status hearing information and strategy. |
| 01/12/10 | 0.40 | Review revised draft complaint. |
| 01/12/10 | 0.20 | Arrange for sending of US Bank documents to Chadbourne. |
| 01/12/10 | 0.10 | Confer with Mehta regarding document review staffing. |
| 01/12/10 | 0.10 | Confer with Deptula regarding JPM doc review. |
| 01/12/10 | 0.60 | Conduct legal research on guarantee obligation issues. |
| 01/13/10 | 3.40 | Document review for Kapadia and Kowalczuk depos. |
| 01/13/10 | 0.40 | Call with experts and Sottile and Macauley. |
| 01/13/10 | 0.90 | Prepare for court hearing, including review materials, transcript, and production background. |

March 2, 2010

| | | |
|---|---|---|
| 01/13/10 | 0.80 | Attention to logistics for court hearing, including e-mails and calls. |
| 01/13/10 | 1.00 | Attend internal ZS meeting regarding strategy with Sottile, Bush, Macauley, and prep for same. |
| 01/13/10 | 0.50 | Review and analyze confidentiality issues in connection with draft complaint, including conferring with Macauley and C&P. |
| 01/13/10 | 0.30 | Review redacted materials for deposition prep. |
| 01/13/10 | 0.30 | Prepare and send JPM counsel list of documents seeking unredaction. |
| 01/13/10 | 0.20 | Confer with T. Macauley regarding guarantee and complaint issues. |
| 01/13/10 | 0.10 | Confer with M. Deptula regarding Kowalczuk document review. |
| 01/13/10 | 0.30 | Attention to MLCC production, including metadata issues. |
| 01/13/10 | 0.40 | Review documents for potential inclusion in the complaint. |
| 01/14/10 | 0.20 | Call with C&P regarding draft 1/21 presentation slides. |
| 01/14/10 | 0.50 | Review draft slides for 1/21 presentation. |
| 01/14/10 | 3.10 | Document review for depositions. |
| 01/14/10 | 0.70 | Prepare for telephonic hearing. |
| 01/14/10 | 0.40 | E-mail JPM counsel regarding document redactions, deposition logistics. |
| 01/14/10 | 0.50 | Participate in telephonic hearing on MLCC discovery. |
| 01/14/10 | 0.20 | Call with MLCC counsel regarding production privilege issues. |
| 01/14/10 | 0.10 | Call with debtors counsel regarding MLCC production. |
| 01/14/10 | 0.30 | E-mail to C&P and ZS regarding MLCC production update. |
| 01/14/10 | 0.40 | Review and comment on outline for Committee presentation regarding draft complaint. |
| 01/14/10 | 0.20 | E-mail MLCC counsel regarding metadata and production issues. |
| 01/14/10 | 0.30 | Confer with S. Herman regarding research project on guarantees, follow up to same. |

March 2, 2010

| 01/14/10 | 0.20 | E-mail MLCC counsel regarding metadata and production issues. |
| 01/15/10 | 0.30 | Email Alix Partners questions regarding financial analyses in JP Morgan documents. |
| 01/15/10 | 3.80 | Review and analyze documents for JP Morgan depositions. |
| 01/15/10 | 0.20 | Attend to deposition logistics. |
| 01/15/10 | 0.20 | Prepare and send email to D. Glazer at Davis Polk regarding JP Morgan depositions. |
| 01/16/10 | 4.30 | Prepare for Kapadia and Kowalczuk depositions. |
| 01/17/10 | 4.00 | Continue preparation for Kapadia and Kowalczuk depositions. |
| 01/18/10 | 9.40 | Prepare for JP Morgan depositions. |
| 01/18/10 | 0.60 | Review draft Committee presentation. |
| 01/19/10 | 0.20 | Confer with S. Herman regarding guarantee legal research. |
| 01/19/10 | 12.40 | Prepare for depositions. |
| 01/20/10 | 0.30 | Confer with Bush regarding depo, UCC meeting. |
| 01/20/10 | 7.70 | Take deposition of JPM witness. |
| 01/20/10 | 0.70 | Prep for deposition. |
| 01/21/10 | 6.90 | Prep for Kapadia deposition. |
| 01/22/10 | 9.00 | Take Kapadia deposition. |
| 01/25/10 | 1.00 | Meeting with Graeme Bush and Tom Macauley regarding case status and strategy. |
| 01/25/10 | 0.20 | Prep for meeting with Graeme Bush and Tom Macauley. |
| 01/25/10 | 0.20 | Review cases related to guarantees. |
| 01/26/10 | 0.20 | Confer with S. Hanna regarding documents requested by experts. |
| 01/26/10 | 0.70 | Call with experts and S. Hanna regarding document requests. |
| 01/26/10 | 0.40 | Research and review of list of materials requested by experts. |
| 01/26/10 | 1.70 | Review and analyze draft C&P complaint. |
| 01/26/10 | 0.80 | Begin review of Citi documents. |
| 01/26/10 | 0.20 | Review comments to draft standing motion. |
| 01/27/10 | 2.30 | Review Citi documents. |

March 2, 2010

| 01/27/10 | 0.30 | Confer with Deptula, Mehta regarding Tribune document review related to equitable subordination. |
|---|---|---|
| 01/27/10 | 1.00 | Call with Bush, Macauley, McCormack and Seife regarding draft complaint, case strategy. |
| 01/27/10 | 0.30 | Review C&P draft complaint and send comments. |
| 01/27/10 | 0.20 | E-mail probative documents to joint defense counsel. |
| 01/27/10 | 0.20 | Confer with Wilmington Trust counsel and send Rule 2004 transcripts. |
| 01/27/10 | 0.20 | Review blackline of revised standing motion. |
| 01/28/10 | 0.80 | Review draft Kasowitz complaint. |
| 01/28/10 | 1.20 | Join Committee meeting by conference call with Graeme Bush and Tom Macauley. |
| 01/28/10 | 0.30 | Revise and circulate draft complaint. |
| 01/28/10 | 1.30 | Review Citi documents. |
| 01/28/10 | 0.60 | Review and consider feedback on draft complaint. |
| 01/28/10 | 0.40 | Confer with Steven Herman regarding research on guarantees, review caselaw regarding same. |
| 01/29/10 | 0.60 | Call with Kasowitz regarding draft complaint. |
| 01/29/10 | 0.20 | Call with Tom Macauley regarding strategy and complaint issues. |
| 01/29/10 | 1.10 | Call with Tom Macauley and expert. |
| 01/29/10 | 0.50 | Review draft complaint. |
| 01/29/10 | 1.40 | Analyze and plan revisions to draft complaint, including research documents to include. |
| 01/30/10 | 2.80 | Revise draft complaint. |
| 01/31/10 | 2.60 | Revise draft complaint. |

Thomas G. Macauley

| 01/03/10 | 0.10 | Review hot document. |
|---|---|---|
| 01/03/10 | 0.20 | Analyze issues regarding upcoming meetings. |
| 01/03/10 | 0.80 | Review and analyze issues regarding draft standing motion. |
| 01/04/10 | 0.90 | Participate on internal call regarding meeting and action items. |

March 2, 2010

| 01/04/10 | 0.10 | Review document from Chadbourne regarding LBO fees. |
| 01/04/10 | 0.50 | Speak with T. Zink, M. Ashley, J. Sottile and A. Goldfarb regarding draft complaint. |
| 01/04/10 | 0.70 | Speak with expert regarding status of review of issues. |
| 01/04/10 | 0.60 | Review repayments chart and draft note to B. Hall regarding same. |
| 01/04/10 | 0.90 | Summarize and analyze potential recovery options. |
| 01/04/10 | 0.40 | Analyze issues regarding complaint. |
| 01/05/10 | 0.60 | Review and analyze issues regarding standing motion. |
| 01/05/10 | 0.80 | Summarize and analyze issues regarding recovery options. |
| 01/05/10 | 0.40 | Attend pre-meeting of committee professionals. |
| 01/05/10 | 5.20 | Attend meeting of all parties regarding LBO litigation positions and analyze issues regarding same. |
| 01/05/10 | 1.00 | Review lender presentation and analyze issues regarding same. |
| 01/06/10 | 0.30 | Analyze issues regarding standing motion. |
| 01/06/10 | 0.60 | Participate on committee professionals call. |
| 01/06/10 | 3.50 | Work on summary of recovery scenarios. |
| 01/06/10 | 0.70 | Review and analyze issues regarding Alix response on same. |
| 01/06/10 | 0.40 | Draft note to V. Patel regarding same. |
| 01/06/10 | 0.30 | Analyze issues regarding lenders presentation. |
| 01/07/10 | 7.00 | Participate in committee meeting and listen to presentations. |
| 01/07/10 | 0.30 | Review and analyze issues regarding equitable subordination decision. |
| 01/07/10 | 0.30 | Analyze issues regarding recovery scenarios. |
| 01/07/10 | 0.50 | Review and analyze issues regarding draft of standing motion. |
| 01/07/10 | 0.40 | Review two decisions from lenders' presentation. |
| 01/08/10 | 0.10 | Review emails with Chadbourne regarding 1/14 status conference. |
| 01/08/10 | 0.90 | Review and analyze issues regarding complaint. |
| 01/08/10 | 0.50 | Analyze issues regarding presentation to committee. |

March 2, 2010

| 01/08/10 | 1.30 | Review and edit standing motion. |
| 01/08/10 | 1.70 | Review standing cases and analyze issues regarding same. |
| 01/09/10 | 1.60 | Review presentations and analyze issues regarding same. |
| 01/09/10 | 1.20 | Draft summary of issues regarding same. |
| 01/10/10 | 2.10 | Review and expand on research on guaranties. |
| 01/10/10 | 0.30 | Analyze issues regarding standing motion. |
| 01/11/10 | 0.50 | Speak with A. Goldfarb and analyze issues regarding complaint, standing, guaranties and committee presentation. |
| 01/11/10 | 5.80 | Work on complaint and analyze issues regarding same. |
| 01/11/10 | 1.20 | Research and analyze particular insolvency issue. |
| 01/12/10 | 1.80 | Participate on internal call regarding case issues. |
| 01/12/10 | 2.30 | Work on complaint. |
| 01/12/10 | 0.20 | Draft note to committee counsel regarding same. |
| 01/12/10 | 0.20 | Analyze issues regarding equitable subordination claims. |
| 01/12/10 | 0.20 | Analyze issues regarding upstream guarantees. |
| 01/12/10 | 0.60 | Review and analyze issues regarding last week's presentations. |
| 01/12/10 | 0.40 | Exchange notes with Moelis and analyze issues regarding same. |
| 01/12/10 | 0.40 | Review draft presentation to committee. |
| 01/12/10 | 0.10 | Review summary of committee professionals call. |
| 01/12/10 | 0.40 | Review and analyze issues regarding summary of meeting today. |
| 01/12/10 | 0.50 | Speak and correspond with T. Zink regarding complaint draft. |
| 01/12/10 | 1.30 | Work on standing motion. |
| 01/12/10 | 0.90 | Review relevant cases and analyze issues regarding same. |
| 01/12/10 | 0.30 | Analyze issues regarding committee presentations and standing. |
| 01/13/10 | 0.50 | Speak internally regarding meeting yesterday and upcoming tasks. |
| 01/13/10 | 0.80 | Analyze issues regarding potential intervention in an adversary proceeding. |

| 01/13/10 | 0.40 | Speak with T. Zink regarding complaint. |
| 01/13/10 | 0.60 | Speak with expert regarding next steps. |
| 01/13/10 | 0.50 | Analyze issues regarding status conference on Merrill Lynch and review email to Drayton on production. |
| 01/13/10 | 2.70 | Work on complaint. |
| 01/13/10 | 0.30 | Speak with J. Sottile regarding same. |
| 01/13/10 | 0.70 | Exchange notes with M. Ashley and analyze issues regarding redactions. |
| 01/13/10 | 0.20 | Review list of documents and analyze issues regarding significance. |
| 01/13/10 | 0.40 | Review Wilmington Trust motion. |
| 01/13/10 | 0.20 | Review exchange with Court regarding hearing time and analyze issues regarding telephone hearing. |
| 01/13/10 | 0.80 | Prepare for committee meeting tomorrow. |
| 01/14/10 | 0.10 | Analyze issues regarding upcoming exams. |
| 01/14/10 | 1.10 | Work on standing motion. |
| 01/14/10 | 0.40 | Speak with G. Bush and J. Sottile regarding committee presentation. |
| 01/14/10 | 0.90 | Prepare for committee meeting. |
| 01/14/10 | 0.40 | Analyze issues regarding JPM exams and review JPM letter regarding same. |
| 01/14/10 | 2.10 | Participate in committee meeting. |
| 01/14/10 | 0.20 | Review and analyze issues regarding committee member claims. |
| 01/14/10 | 0.20 | Review Moelis market graph. |
| 01/14/10 | 0.40 | Review and analyze issues regarding draft presentation to committee. |
| 01/14/10 | 0.10 | Review order on motion to shorten notice on examiner motion. |
| 01/14/10 | 0.20 | Analyze issues regarding guarantees. |
| 01/15/10 | 0.20 | Speak with A. Goldfarb regarding committee meeting and Merrill status conference. |
| 01/15/10 | 1.00 | Participate on call with Alix, Chadbourne, G. Bush and J. Sottile regarding issues raised in lender presentation. |

March 2, 2010

| 01/16/10 | 0.80 | Review and analyze issues regarding Moelis revised recovery scenarios. |
| 01/17/10 | 0.60 | Review and analyze issues regarding Moelis revised recovery scenarios and draft note to V. Patel regarding same. |
| 01/17/10 | 0.70 | Analyze issues regarding subordination theories. |
| 01/18/10 | 2.70 | Exchange notes with Moelis regarding recovery analyses and review and analyze issues regarding same. |
| 01/18/10 | 1.80 | Work on standing motion and review cases. |
| 01/18/10 | 1.60 | Review and comment on draft committee presentations. |
| 01/18/10 | 0.50 | Speak with J. Sottile regarding same. |
| 01/19/10 | 3.10 | Attend meeting of committee professionals by teleconference. |
| 01/19/10 | 3.10 | Work on standing motion and review cases. |
| 01/20/10 | 2.60 | Review and edit draft standing motion. |
| 01/20/10 | 0.60 | Review excerpt of memo addressing guarantees and review related decision. |
| 01/20/10 | 0.20 | Analyze issues regarding potential defense to claim. |
| 01/20/10 | 0.30 | Review revised recovery analysis. |
| 01/20/10 | 0.30 | Review Intralinks documents. |
| 01/20/10 | 2.80 | Review memo and decisions regarding guarantees and analyze issues regarding same. |
| 01/21/10 | 1.30 | Review final presentation and prepare for committee meeting. |
| 01/21/10 | 4.30 | Attend committee meeting. |
| 01/22/10 | 0.40 | Analyze issues regarding intervention. |
| 01/22/10 | 0.70 | Review and comment on draft memo regarding same. |
| 01/22/10 | 0.20 | Review document from T. Zink. |
| 01/25/10 | 0.20 | Analyze issues and prepare for internal meeting today. |
| 01/25/10 | 0.90 | Speak with G. Bush and A. Goldfarb regarding case issues and upcoming task items. |
| 01/25/10 | 0.90 | Review and edit complaint. |
| 01/25/10 | 1.00 | Review and comment on C&P complaint. |
| 01/26/10 | 0.20 | Review hot documents. |
| 01/26/10 | 0.20 | Analyze issues regarding C&P complaint and expert status. |

March 2, 2010

| 01/27/10 | 0.40 | Review comments to C&P complaint. |
| 01/27/10 | 0.40 | Speak with A. Goldfarb and G. Bush regarding complaints and standing motion. |
| 01/27/10 | 0.60 | Speak with them, H. Seife and T. McCormack regarding same. |
| 01/27/10 | 1.90 | Work on standing motion. |
| 01/27/10 | 0.10 | Review hot documents. |
| 01/27/10 | 0.30 | Draft notes to Chadbourne regarding standing motion. |
| 01/28/10 | 0.20 | Speak with G. Bush regarding complaint. |
| 01/28/10 | 1.10 | Work on complaint. |
| 01/28/10 | 0.20 | Review hot documents. |
| 01/28/10 | 0.50 | Participate on committee call. |
| 01/28/10 | 0.40 | Meet with G. Bush and A. Goldfarb regarding task items. |
| 01/28/10 | 0.50 | Meet with S. Herman regarding guarantees. |
| 01/28/10 | 0.20 | Analyze issues regarding Kasovitz complaint. |
| 01/29/10 | 0.30 | Exchange notes internally regarding complaint and standing motion revisions. |
| 01/29/10 | 0.10 | Review hot document. |
| 01/29/10 | 1.30 | Review and edit standing motion. |
| 01/29/10 | 0.30 | Analyze issues regarding motion to file under seal. |
| 01/29/10 | 0.20 | Speak with H. Seife regarding standing motion. |
| 01/29/10 | 0.20 | Speak with A. Goldfarb regarding complaint. |
| 01/29/10 | 1.10 | Speak with A. Goldfarb and expert regarding review status. |
| 01/29/10 | 0.30 | Speak and exchange notes with G. Bush regarding standing motion. |
| 01/31/10 | 0.20 | Analyze issues regarding complaint. |

Marshall S. Wolff

| 01/06/10 | 0.40 | Read Bank presentation dated January 5, 2010, regarding fraudulent conveyance case. |
| 01/07/10 | 0.50 | Review e-mails from ALIX and others regarding avoidability of payments on Stage 2 debt. |

| 01/12/10 | 0.40 | Read memoranda regarding response to lender's financial presentation. |
| 01/12/10 | 0.20 | Read e-mails regarding guarantees. |
| 01/14/10 | 0.40 | Read guarantee cases and legal research regarding same. |
| 01/14/10 | 0.10 | E-mail to Andrew Goldfarb regarding subsidiary guarantee issue. |
| 01/14/10 | 0.40 | Confer with Steven Herman regarding subsidiary guarantees and e-mail to Andrew Goldfarb regarding same. |
| 01/14/10 | 0.60 | Conference with Steven Herman (2x) regarding guarantees. |
| 01/15/10 | 0.30 | Confer with Steven Herman regarding research. |
| 01/15/10 | 0.80 | Meet with Steven Herman regarding subsidiary guarantee. |
| 01/19/10 | 0.30 | Read e-mails from Graeme Bush regarding case. |
| 01/19/10 | 0.20 | Review of recovery scenarios. |
| 01/19/10 | 0.50 | Attention to subordination and recovery scenarios. |
| 01/19/10 | 0.80 | Read memorandum regarding subsidiary guarantees and meet with Steven Herman regarding same. |
| 01/20/10 | 0.20 | E-mail regarding enforceability of the Guarantees. |
| 01/26/10 | 0.20 | Confer with Andrew Goldfarb regarding case status. |
| 01/29/10 | 0.20 | Confer with Andrew Goldfarb regarding case status and developments. |

Graeme W. Bush

| 01/04/10 | 1.40 | Review presentations. |
| 01/04/10 | 1.20 | Meeting with Chadbourne & Parke regarding settlement conference. |
| 01/04/10 | 0.20 | Telephone calls with Centerbridge and Law Debenture counsel. |
| 01/04/10 | 0.70 | Prepare for and attend team meeting. |
| 01/04/10 | 0.30 | E-mail regarding expert. |
| 01/04/10 | 0.20 | E-mails regarding edits to and comments on draft complaint. |
| 01/04/10 | 0.20 | E-mail debtor financial advisor regarding inquiry. |
| 01/04/10 | 0.80 | E-mails regarding administrative matters. |
| 01/05/10 | 7.00 | Prepare for and attend settlement meeting. |

March 2, 2010

| 01/05/10 | 0.80 | Meetings with Centerbridge regarding UCC presentation and settlement process. |
| 01/05/10 | 0.40 | Meetings with debtor regarding settlement. |
| 01/05/10 | 1.20 | Prepare for UCC meeting. |
| 01/05/10 | 0.30 | E-mail to Messrs. Macauley, Sottile and Goldfarb regarding solvency questions. |
| 01/06/10 | 2.00 | Prepare for UCC meeting and presentations. |
| 01/06/10 | 0.40 | E-mails with financial advisor regarding presentation. |
| 01/06/10 | 0.20 | Telephone messages regarding meeting. |
| 01/06/10 | 0.90 | E-mails regarding and review spreadsheets regarding repayments. |
| 01/06/10 | 0.20 | E-mail with debtor financial advisor regarding inquiry. |
| 01/07/10 | 8.50 | Prepare for and attend UCC meeting. |
| 01/07/10 | 1.80 | Review notes and follow up work and confer with Andrew Goldfarb. |
| 01/08/10 | 0.40 | Meeting with Andrew Goldfarb regarding preparation for UCC meeting. |
| 01/08/10 | 0.60 | Telephone conference with Messrs. Seife, Zink and Goldfarb regarding follow-up for UCC meeting. |
| 01/08/10 | 0.50 | Telephone conference with Messrs. Goldfarb and Macauley regarding work on motion and legal theories. |
| 01/08/10 | 0.30 | E-mails with Messrs. Sottile, Goldfarb regarding expert. |
| 01/08/10 | 0.60 | E-mails and telephone conference with Messrs. Bernstein and Seife. |
| 01/08/10 | 0.10 | Telephone message to David Rosner. |
| 01/09/10 | 2.40 | Work on evaluation of parties' positions on claims. |
| 01/09/10 | 0.90 | E-mails regarding guarantee solvency issues. |
| 01/09/10 | 1.20 | Work on PowerPoint presentation and e-mails regarding same. |
| 01/09/10 | 0.30 | E-mails regarding settlement meetings. |
| 01/10/10 | 0.30 | E-mails with Messrs. Rosner, Seife regarding settlement. |
| 01/10/10 | 1.20 | Analysis of settlement position. |
| 01/11/10 | 2.30 | Review and edit draft complaint and confer regarding same. |

March 2, 2010

| 01/11/10 | 0.60 | Telephone conference with James Ducayet and others regarding financial reports. |
|---|---|---|
| 01/11/10 | 2.30 | Work on presentation to UCC. |
| 01/11/10 | 0.60 | Prepare for settlement meetings and confer with Howard Seife, et al regarding same. |
| 01/12/10 | 0.60 | Prepare for settlement meeting and confer with James Sottile regarding same. |
| 01/12/10 | 1.80 | Prepare for and meeting with expert. |
| 01/12/10 | 4.00 | Attend settlement meetings. |
| 01/12/10 | 0.60 | Work on assignments and e-mail regarding same. |
| 01/13/10 | 0.80 | E-mails and telephone call with UCC member. |
| 01/13/10 | 1.20 | Confer with Messrs. Sottile, Macauley and Goldfarb regarding presentations to UCC, depositions, complaint and motion and other assignments. |
| 01/13/10 | 0.30 | E-mails with Howard Seife, et al. regarding UCC matters. |
| 01/14/10 | 0.50 | Telephone call with Messrs. Krakauer and Seife. |
| 01/14/10 | 0.30 | Telephone call with Howard Seife. |
| 01/14/10 | 0.50 | Telephone conference with Messrs. Sottile and Macauley regarding UCC meeting presentation. |
| 01/14/10 | 2.20 | UCC telephone conference. |
| 01/14/10 | 0.30 | Telephone call with Moelis. |
| 01/14/10 | 0.40 | E-mails regarding ML production and status conference. |
| 01/14/10 | 0.50 | Work on and e-mails regarding financial advisor. |
| 01/15/10 | 1.00 | Telephone conference with professionals regarding outstanding financial issues. |
| 01/15/10 | 0.60 | Work on deposition preparation, review e-mails and confer with Andrew Goldfarb regarding same. |
| 01/15/10 | 0.40 | Telephone call and e-mails with David Rosner. |
| 01/15/10 | 2.10 | Review draft PowerPoint, confer with James Sottile and prepare for presentation to UCC. |
| 01/15/10 | 0.30 | E-mails with Thomas Macauley regarding motion. |
| 01/15/10 | 0.30 | E-mails regarding work by professionals on financial analysis. |

March 2, 2010

| 01/16/10 | 1.40 | Review and analyze financial scenarios and discuss with advisors. |
| 01/16/10 | 0.30 | E-mails with team regarding UCC presentation. |
| 01/16/10 | 0.70 | Prepare for and telephone conference with Messrs. Kwon and Patel. |
| 01/17/10 | 0.20 | E-mails with Messrs. Seife and Rosner. |
| 01/17/10 | 3.50 | Work on UCC presentation and e-mails teams regarding same. |
| 01/18/10 | 4.50 | Work on UCC presentation and confer regarding same with team members. |
| 01/18/10 | 0.60 | Multiple e-mails with Chadbourne & Parke and team members regarding upcoming UCC meeting and related matters. |
| 01/19/10 | 4.00 | Meeting with professionals. |
| 01/19/10 | 1.50 | Meeting regarding presentation. |
| 01/19/10 | 0.70 | Work on document confidentiality and e-mail and telephone conferences with Sharon Katz. |
| 01/19/10 | 2.00 | Review and revise presentation. |
| 01/19/10 | 0.70 | Review materials regarding intercompany accounts. |
| 01/19/10 | 0.60 | Arrange for and telephone Messrs. Kurtz, Seife and Krakauer. |
| 01/19/10 | 0.60 | E-mails and telephone call with Kasowitz regarding coordination. |
| 01/20/10 | 0.60 | Confer with Howard Seife. |
| 01/20/10 | 1.00 | Confer with Howard Seife and Company representatives. |
| 01/20/10 | 2.40 | Review and edit UCC presentation and confer with team members regarding same. |
| 01/20/10 | 0.40 | Telephone conference with Howard Seife and UCC representatives. |
| 01/20/10 | 0.40 | Telephone conference with David Rosner and e-mails regarding coordination. |
| 01/20/10 | 0.20 | E-mails regarding JPM document confidentiality. |
| 01/20/10 | 0.60 | Review e-mails, memorandum regarding guarantee issues. |
| 01/21/10 | 1.80 | Prepare for meeting with UCC, meeting with professionals and meeting with James Sottile. |

March 2, 2010

| 01/21/10 | 5.00 | Attend UCC meeting and confer with UCC members and professionals |
| 01/21/10 | 0.60 | E-mails with team regarding depositions, UCC action, documents. |
| 01/21/10 | 0.40 | Telephone call with David Rosner. |
| 01/21/10 | 0.30 | E-mails regarding expert documents. |
| 01/21/10 | 0.30 | E-mails regarding legal research. |
| 01/22/10 | 0.60 | E-mails regarding financial analyses. |
| 01/22/10 | 0.90 | E-mails and telephone conference with Company representatives and Howard Seife. |
| 01/22/10 | 0.20 | E-mails regarding expert. |
| 01/25/10 | 0.50 | Team meeting. |
| 01/25/10 | 2.00 | Confer with Howard Seife and telephone conferences with Company representatives and UCC representatives. |
| 01/25/10 | 0.40 | E-mails regarding documents and Kapadia deposition. |
| 01/26/10 | 0.60 | E-mails and telephone conference with Howard Seife and Company representatives. |
| 01/26/10 | 0.30 | E-mails and telephone call with David Rosner. |
| 01/27/10 | 0.60 | Telephone conference with Messrs. Seife and Moelis. |
| 01/27/10 | 0.90 | Meeting with Messrs. Macauley and Goldfarb and telephone conference with Messrs. Seife and McCormack regarding pleadings. |
| 01/27/10 | 0.90 | Review draft complaint and pleadings. |
| 01/27/10 | 1.20 | E-mails and telephone calls with Kasowitz. |
| 01/27/10 | 1.20 | Review and revise standing motion. |
| 01/27/10 | 0.80 | Review and revise draft complaint. |
| 01/28/10 | 0.70 | Prepare for and telephone conference with Howard Seife and financial advisors. |
| 01/28/10 | 0.50 | Telephone conference with Howard Seife and Debtors representatives. |
| 01/28/10 | 0.70 | Prepare for and telephone conference with UCC. |
| 01/28/10 | 0.60 | Telephone conferences regarding negotiations. |

March 2, 2010

| 01/28/10 | 0.40 | Telephone call with Moelis regarding status of financial analysis. |
| 01/29/10 | 1.20 | Attend to standing motion, e-mail with Debtor, and telephone call with Howard Seife. |
| 01/29/10 | 0.70 | E-mails with financial advisors. |
| 01/29/10 | 0.90 | Review documents. |
| 01/29/10 | 0.80 | Work on expert issues and e-mails regarding same. |
| 01/29/10 | 0.30 | Telephone call with Moelis. |
| 01/29/10 | 1.20 | E-mails regarding documents and review documents. |
| 01/30/10 | 0.60 | Work on standing motion including e-mails with UCC members. |
| 01/30/10 | 1.20 | Work on draft complaint. |
| 01/31/10 | 2.30 | Review and revise draft complaint and e-mails regarding same. |
| 01/31/10 | 1.40 | Review documents relevant to complaint. |

Virginia W. Guldi

| 01/05/10 | 4.00 | Draft motion for committee standing to pursue claims including legal research. |
| 01/05/10 | 0.50 | Memo to T. Macauley regarding legal standard. |
| 01/06/10 | 2.00 | Draft motion for standing for committee to pursue LBO claims. |
| 01/06/10 | 0.20 | Discuss same with T. Macauley. |
| 01/07/10 | 3.00 | Legal research regarding equitable subordination. |
| 01/12/10 | 1.00 | Draft memo regarding avoidance of upstream guarantees. |
| 01/12/10 | 3.50 | Legal research regarding equitable subordination issues. |
| 01/13/10 | 1.50 | Legal research regarding effect of avoiding upstream guarantees. |
| 01/21/10 | 4.70 | Legal research regarding intervention in an adversary proceeding and draft memo regarding same. |
| 01/22/10 | 3.50 | Draft memo regarding intervention in an adversary proceeding. |
| 01/22/10 | 0.20 | Memo to T. Macauley regarding same. |
| 01/22/10 | 2.00 | Legal research regarding remedies for fraudulent transfer. |

March 2, 2010

| 01/22/10 | 0.20 | Memo to T. Macauley regarding same. |
| 01/25/10 | 2.70 | Prepare memo regarding intervention. |
| 01/25/10 | 0.20 | Prepare memo regarding avoidance of upstream guarantees. |
| 01/29/10 | 2.70 | Draft motion to file documents under seal. |

Martin G. Deptula

| 01/04/10 | 0.10 | Telephone conference with Andrew Goldfarb concerning preparation for the upcoming depositions of Raj Kapadia and John Kowalczuk. |
| 01/04/10 | 4.50 | Review and analyze electronic documents regarding same. |
| 01/05/10 | 7.50 | Review and analyze electronic documents to assist Andrew Goldfarb in preparing for the deposition of John Kowalczuk. |
| 01/06/10 | 5.50 | Review and analyze electronic documents to assist Andrew Goldfarb in preparing for the deposition of John Kowalczuk. |
| 01/07/10 | 6.30 | Review and analyze electronic documents to assist Andrew Goldfarb in preparing for the deposition of John Kowalczuk. |
| 01/08/10 | 1.20 | Review and analyze documents to assist Andrew Goldfarb in preparing for the deposition of John Kowalczuk. |
| 01/08/10 | 0.10 | Telephone conference with Andrew Goldfarb concerning status of document review and to discuss various documents located during the review. |
| 01/11/10 | 3.30 | Review and analyze documents in order to prepare Andrew Goldfarb for the deposition of John Kowalczuk. |
| 01/12/10 | 5.20 | Review and analyze documents to prepare Andrew Goldfarb for the deposition of John Kowalczuk. |
| 01/12/10 | 0.10 | Telephone conference with Andrew Goldfarb concerning status of document review relating to the depositions of John Kowalczuk. |
| 01/13/10 | 6.40 | Review and analyze documents to assist Andrew Goldfarb in preparing for the depositions of Raj Kapadia and John Kowalczuk. |
| 01/14/10 | 2.40 | Review and analyze documents to assist Andrew Goldfarb in preparing for the depositions of Raj Kapadia and John Kowalczuk. |
| 01/15/10 | 3.50 | Review and analyze documents to assist Andrew Goldfarb in preparing for the depositions of Raj Kapadia and John Kowalczuk. |

March 2, 2010

| 01/20/10 | 0.50 | Conduct legal research to determine general standard for claims preclusion. |
|----------|------|------|
| 01/20/10 | 2.20 | Conduct legal research to locate cases in which claims were allowed to proceed in separate adversary proceedings. |
| 01/20/10 | 0.20 | Draft summary of legal research and forward to Graeme Bush for review and comment. |
| 01/22/10 | 3.00 | Review memoranda received from Caroline Judge Mehta and prepare for review of electronic documents to support equitable subordination argument. |
| 01/25/10 | 0.30 | Conference call with Caroline Mehta Judge regarding equitable subordination issue. |
| 01/25/10 | 0.30 | Conference call with Andrew Goldfarb concerning Kapadia and Kowalczuk depositions and issues concerning the equitable subordination issue. |
| 01/25/10 | 1.60 | Review and analyze rough versions of the deposition transcripts from the Raj Kapadia and John Kowalczuk depositions. |
| 01/25/10 | 1.30 | Review draft complaint. |
| 01/26/10 | 5.50 | Review and analyze documents produced by Citi in order to locate documents relating to the equitable subordination issues. |
| 01/27/10 | 5.80 | Conduct review of documents electronically produced for purposes of developing/understanding equitable subordination claim. |
| 01/28/10 | 3.50 | Review and analyze electronic documents produced in relation to the various issues relevant to the equitable subordination issue. |
| 01/29/10 | 3.20 | Review and analyze documents produced by Citi for purposes of locating documents relevant to the equitable subordination issue/claim against the LBO lenders. |

Steven N. Herman

| 01/14/10 | 0.20 | Confer with Andrew Goldfarb on legal research regarding enforceability of the Guarantees. |
|----------|------|------|
| 01/14/10 | 0.20 | Confer with Marshall Wolff on legal research regarding same. |
| 01/14/10 | 5.40 | Legal research regarding same. |

March 2, 2010

| 01/15/10 | 7.60 | Legal research regarding the enforceability of the Guarantees. |
|---|---|---|
| 01/16/10 | 3.40 | Legal research regarding the enforceability of the Guarantees. |
| 01/17/10 | 7.30 | Legal research regarding the enforceability of the Guarantees. |
| 01/18/10 | 7.60 | Legal research regarding the enforceability of Guarantees and draft memorandum regarding the same. |
| 01/19/10 | 8.10 | Draft memorandum regarding the enforceability of the Guarantees. |
| 01/19/10 | 0.20 | E-mail Graeme Bush, Jim Sottile, Tom Macauley, Marshall Wolff, and Andrew Goldfarb regarding legal research on the enforceability of the Guarantees. |
| 01/20/10 | 5.10 | Draft memorandum regarding enforceability of Guarantees. |
| 01/26/10 | 2.90 | Legal research regarding the enforceability of the Guarantees. |
| 01/27/10 | 1.70 | Legal research regarding the enforceability of the Guarantees. |
| 01/28/10 | 0.90 | Legal research regarding enforceability of Guarantees |
| 01/28/10 | 0.30 | Confer with Tom Macauley regarding legal research on the enforceability of the Guarantees. |
| 01/29/10 | 3.20 | Legal research regarding the enforceability of the Guarantees. |

Scott A. Hanna

| 01/12/10 | 3.30 | Organize and upload to DMS deposition transcripts and exhibits (Rucker, Browning, Buettell, Amsden, and Bluth) and financial information retrieved for expert review. |
|---|---|---|
| 01/13/10 | 5.30 | Electronic document review of database regarding upcoming Kapadia deposition, and draft email memorandum to A. Goldfarb regarding same. |
| 01/13/10 | 2.20 | Organize and upload to DMS previously-retrieved emails, reports, and presentations from database for factual research. |
| 01/14/10 | 5.90 | Electronic document review of database in anticipation of Kapadia and Kowalczuk depositions, and draft email memoranda to A. Goldfarb regarding same. |
| 01/14/10 | 1.60 | Electronic document review of database regarding certain newly-added documents. |
| 01/19/10 | 5.90 | Electronic document review of database regarding newly-added documents. |
| 01/19/10 | 0.60 | Organize and upload to DMS previously-retrieved documents from database. |

March 2, 2010

| 01/20/10 | 7.50 | Electronic document review of database regarding newly-added documents. |
| 01/25/10 | 7.50 | Electronic document review of database of newly-added documents. |
| 01/26/10 | 1.80 | Electronic review of database for documents responsive to expert's document request. |
| 01/26/10 | 1.20 | Meeting with A. Goldfarb and telephone conversation with expert to discuss information request. |
| 01/26/10 | 0.90 | Electronic document review of database of newly-added documents. |
| 01/26/10 | 3.90 | Review deposition prep binders and other binder, assemble same for experts, and draft cover letter regarding same. |
| 01/27/10 | 7.80 | Electronic review of database for documents responsive to expert's request. |
| 01/28/10 | 7.50 | Electronic review of database for documents responsive to expert's document request. |
| 01/29/10 | 4.30 | Electronic review of database for documents responsive to expert's document request. |

Rey Caling

| 01/04/10 | 1.00 | Per A. Goldfarb's request, provide case support on livenote database. |
| 01/05/10 | 1.00 | Per A. Goldfarb's request, provide document review support. |

Kimberley Wilson

| 01/26/10 | 0.50 | Research for Steven Herman. |
| 01/28/10 | 0.70 | Research for Steven Herman. |

Jeanne Trahan Faubell

| 01/12/10 | 0.40 | Research to locate sources for the historical data for various stock indices. |

Diana Gillig

| 01/04/10 | 0.10 | Pull pleadings from docket. |
| 01/05/10 | 0.10 | Pull case from LEXIS and forward same to T. Macauley. |
| 01/11/10 | 0.10 | Pull complaint in relevant case. |
| 01/13/10 | 1.50 | Review claims register. |

| 01/13/10 | 0.10 | Revise complaint as redacted and forward same to T. Macauley. |
| 01/14/10 | 0.40 | Prepare list of committee claimants. |



**ZUCKERMAN SPAEDER** LLP          1800 M STREET, NW  SUITE 1000
                                   WASHINGTON, DC 20036-5802

February 28, 2010

Tribune Company                                    Invoice:271552
c/o Kenneth P. Kansa                                 Client: 12464
Sidley Austin LLP                                    Matter: 0002
One South Dearborn                              EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through January 31, 2010.

| | | |
|---|---|---|
| By Thomas G. Macauley | | |
|   7.90  hours at  $580.00  per hour | $ | 4,582.00 |
| By Virginia W. Guldi | | |
|   4.20  hours at  $325.00  per hour | $ | 1,365.00 |
| By Diana Gillig | | |
|   12.80  hours at  $160.00  per hour | $ | 2,048.00 |

| | | |
|---|---|---|
| TOTAL FEES | $ | 7,995.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 7,995.00 |

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

February 28, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0002

Thomas G. Macauley

| 01/04/10 | 0.40 | Analyze issues regarding expert retention. |
| 01/04/10 | 0.10 | Analyze issues regarding sending fee applications to fee examiner. |
| 01/04/10 | 0.20 | Analyze issues regarding supplemental declaration for firm's retention. |
| 01/05/10 | 0.20 | Review and analyze issues regarding expert retention. |
| 01/08/10 | 0.40 | Review and edit 4th monthly fee application. |
| 01/13/10 | 0.70 | Research issues regarding expert retention. |
| 01/14/10 | 0.40 | Review and edit 2nd supplemental declaration. |
| 01/14/10 | 0.10 | Speak with A. Landis regarding expert retention. |
| 01/14/10 | 0.90 | Work on 1st interim fee application. |
| 01/15/10 | 0.40 | Review local rules and forms and other interim fee applications in case. |
| 01/15/10 | 1.20 | Work on 1st interim fee application. |
| 01/17/10 | 0.20 | Exchange notes with G. Bush regarding 1st interim fee application. |
| 01/22/10 | 0.70 | Review and edit December time detail for privilege and work product. |
| 01/22/10 | 0.90 | Review and edit December time detail for privilege and work product. |
| 01/25/10 | 0.70 | Review and comment on draft engagement letter with expert. |
| 01/26/10 | 0.20 | Review Moelis analyses. |
| 01/29/10 | 0.20 | Analyze issues regarding 5th monthly fee application. |

Virginia W. Guldi

| 01/04/10 | 2.00 | Draft application to retain expert. |
| 01/06/10 | 2.20 | Draft supplemental declaration regarding Chicago Cubs and various discovery parties. |

Diana Gillig

February 28, 2010                                                                                              Page 3

| 01/04/10 | 0.10 | Review A. Goldfarb emails regarding billed time to 4th monthly fee application period. |
| 01/04/10 | 0.10 | Contact billing department regarding same. |
| 01/04/10 | 0.10 | Contact A. Goldfarb regarding time detail. |
| 01/04/10 | 0.10 | Forward 2nd and 3rd monthly fee applications to fee examiner. |
| 01/04/10 | 0.20 | Exchange emails with fee examiner regarding data format for exhibits to fee applications and forward same. |
| 01/05/10 | 0.10 | Review email request from fee examiner regarding 1st monthly fee application. |
| 01/05/10 | 0.10 | Forward exhibit of 1st fee application in data format to examiner. |
| 01/06/10 | 0.30 | Revise time detail for 4th monthly fee application. |
| 01/07/10 | 0.20 | Revise time detail regarding 4th monthly fee application. |
| 01/07/10 | 0.20 | Review costs for 4th monthly fee application period. |
| 01/07/10 | 1.30 | Prepare cost chart exhibit for fee application. |
| 01/07/10 | 1.50 | Draft 4th monthly fee application request. |
| 01/07/10 | 0.20 | Draft notice and certificate of service for fee application. |
| 01/07/10 | 0.10 | Revise fee application. |
| 01/08/10 | 0.10 | Electronically file 4th monthly fee application. |
| 01/08/10 | 0.20 | Prepare service of same and forward same to team. |
| 01/08/10 | 1.80 | Prepare cost itemization chart exhibit for 1st interim fee application. |
| 01/08/10 | 1.80 | Draft interim fee application. |
| 01/11/10 | 0.30 | Review 1st through 4th monthly fee applications. |
| 01/13/10 | 1.10 | Draft interim fee application. |
| 01/13/10 | 0.20 | Draft notice and certificate of service for fee application. |
| 01/13/10 | 0.10 | Draft notice of filing and certificate of service for application. |
| 01/15/10 | 0.40 | Revise interim fee application. |
| 01/15/10 | 0.10 | Revise notice and certificate of service for same. |
| 01/15/10 | 0.20 | Pull professional fee applications. |
| 01/15/10 | 0.10 | Revise notice of filing for same. |

February 28, 2010                                                                                    Page 4

| 01/15/10 | 0.10 | Electronically file 1st interim fee application. |
| 01/15/10 | 0.10 | Prepare service of same. |
| 01/15/10 | 0.10 | Electronically file T. Macauley supplemental declaration. |
| 01/25/10 | 0.30 | Revise time detail regarding 5th monthly fee application. |
| 01/26/10 | 1.20 | Revise time detail regarding 5th monthly fee application. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802

February 28, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 271554
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through January 31, 2010.

By Graeme W. Bush
    6.50  hours at  $765.00  per hour | $ | 4,972.50

By James Sottile
    24.10  hours at  $675.00  per hour | $ | 16,267.50

By Thomas G. Macauley
    11.80  hours at  $580.00  per hour | $ | 6,844.00

By Andrew N. Goldfarb
    9.40  hours at  $550.00  per hour | $ | 5,170.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 33,254.00 |
| LESS REDUCTION (Travel Billed at 50%) | $ | -16,627.00 |
| TOTAL FEES | $ | 16,627.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 16,627.00 |

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

February 28, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0003

James Sottile

| 01/05/10 | 7.50 | Travel to/from New York for settlement meetings with Centerbridge, lenders and Debtors. |
| 01/07/10 | 3.50 | Travel to NY for presentations by Debtors, Senior Lenders and Centerbridge. |
| 01/11/10 | 3.00 | Travel to NY for settlement meetings with lenders, debtors and Centerbridge. |
| 01/12/10 | 3.80 | Return to DC following settlement meetings with lenders, debtors and Centerbridge. |
| 01/20/10 | 2.80 | Travel to NY for Committee meeting tomorrow. |
| 01/21/10 | 3.50 | Travel to DC following Committee meeting. |

Andrew N. Goldfarb

| 01/07/10 | 6.00 | Travel to and from NYC for Committee meeting. |
| 01/19/10 | 1.40 | Travel to NYC. |
| 01/22/10 | 2.00 | Travel back to Washington. |

Thomas G. Macauley

| 01/05/10 | 2.80 | Travel to/from New York for meetings. |
| 01/07/10 | 3.40 | Travel to/from New York for committee meeting. |
| 01/21/10 | 2.80 | Travel to/from New York for Committee meeting. |
| 01/28/10 | 2.80 | Travel to/from Washington for internal meeting. |

Graeme W. Bush

| 01/11/10 | 2.00 | Travel to New York, NY. |
| 01/12/10 | 2.00 | Travel to Washington, DC. |
| 01/21/10 | 2.50 | Travel to Washington, DC. |