**EXHIBIT B**

|  |  | $ | 70.00 | 1/21/2010 |  |  |
|---|---|---|---|---|---|---|
|  |  | $ | 7.00 | 1/26/2010 |  |  |
|  |  | $ | 55.00 | 1/27/2010 |  |  |
|  |  | $ | 35.50 | 1/28/2010 |  |  |
|  |  | $ | 60.00 | 1/31/2010 |  |  |
| Total |  | $ | 414.15 |  | $ | 414.15 |
|  | INHOUSE COPY | $ | 45.90 | 1/8/2010 |  |  |
|  |  | $ | 5.10 | 1/11/2010 |  |  |
|  |  | $ | 109.00 | 1/13/2010 |  |  |
|  |  | $ | 234.60 | 1/15/2010 |  |  |
|  |  | $ | 767.60 | 1/18/2010 |  |  |
|  |  | $ | 108.10 | 1/19/2010 |  |  |
|  |  | $ | 445.30 | 1/27/2010 |  |  |
| Total |  | $ | 1,715.60 |  | $ | 1,715.60 |
|  | LEXIS RESEARCH | $ | 194.11 | 12/31/2009 |  |  |
| Total |  | $ | 194.11 |  | $ | 194.11 |
|  | WESTLAW RESEARCH | $ | 1,586.83 | 12/31/2009 |  |  |
| Total |  | $ | 1,586.83 |  | $ | 1,586.83 |
|  | COURT DOCUMENT RESEARCH | $ | 372.17 |  |  |  |
| Total |  | $ | 372.17 |  | $ | 372.17 |
|  | LONG DISTANCE CALLS | $ | 0.12 | 1/5/2010 |  |  |
|  |  | $ | 9.84 | 1/8/2010 |  |  |
|  |  | $ | 4.32 | 1/11/2010 |  |  |
|  |  | $ | 3.12 | 1/12/2010 |  |  |
|  |  | $ | 8.28 | 1/13/2010 |  |  |
|  |  | $ | 1.56 | 1/14/2010 |  |  |
|  |  | $ | 0.60 | 1/15/2010 |  |  |
|  |  | $ | 2.76 | 1/20/2010 |  |  |
|  |  | $ | 1.56 | 1/22/2010 |  |  |
|  |  | $ | 1.92 | 1/26/2010 |  |  |
|  |  | $ | 0.72 | 1/27/2010 |  |  |
|  |  | $ | 3.36 | 1/28/2010 |  |  |
|  |  | $ | 9.48 | 1/29/2010 |  |  |
| Total |  | $ | 47.64 |  | $ | 47.64 |
|  | POSTAGE | $ | 0.44 | 1/6/2010 |  |  |
|  |  | $ | 36.30 | 1/31/2010 |  |  |
| Total |  | $ | 36.74 |  | $ | 36.74 |
| GRAND TOTAL |  |  |  |  | $ | 328,124.53 |

Tribune Company et al 08-13141 (KJC)
Zuckerman Spaeder LLP
6th Monthly Fee Application
Period 1/1/10-1/31/10

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| LITIGATION EXPERT | $ 305,960.84 | 1/27/2010 | |
| Total | $ 305,960.84 | | $ 305,960.84 |
| WITNESSES | $ 40.00 | 1/5/2010 | |
| Total | $ 40.00 | | $ 40.00 |
| TRANSCRIPTS - ESQUIRE DEPO | $ 6,133.46 | 1/27/2010 | |
| Total | $ 6,133.46 | | $ 6,133.46 |
| EXPRESS DELIVERY- FEDEX | $ 27.96 | 1/19/2010 | |
|  | $ 65.85 | 1/26/2010 | |
| Total | $ 93.81 | | $ 93.81 |
| AIR/TRAIN TRAVEL | $ 820.00 | 1/12/2010 | |
|  | $ 1,287.20 | 1/19/2010 | |
|  | $ 1,174.00 | 1/21/2010 | |
|  | $ 501.00 | 1/26/2010 | |
|  | $ 1,250.00 | 1/27/2010 | |
|  | $ 620.00 | 1/28/2010 | |
|  | $ 332.00 | 1/31/2010 | |
| Total | $ 5,984.20 | | $ 5,984.20 |
| HOTELS | $ 785.70 | 1/19/2010 | |
|  | $ 563.60 | 1/21/2010 | |
|  | $ 1,179.21 | 1/27/2010 | |
|  | $ 300.71 | 1/28/2010 | |
|  | $ 902.13 | 1/31/2010 | |
| Total | $ 3,731.35 | | $ 3,731.35 |
| OUTSOURCED DOCUMENT SERV. IKON | $ 265.60 | 1/26/2010 | |
| Total | $ 265.60 | | $ 265.60 |
| COURIER SERVICE ASP COURIER | $ 5.25 | 1/21/2010 | |
| Total | $ 5.25 | | $ 5.25 |
| COURIER SERVICE - PARCELS | $ 22.50 | 1/12/2010 | |
| Total | $ 22.50 | | $ 22.50 |
| COURIER SERVICE - BLUE MARBLE | $ 5.50 | 1/12/2010 | |
| Total | $ 5.50 | | $ 5.50 |
| MEALS / MISC | $ 687.51 | 1/19/2010 | |
|  | $ 129.65 | 1/21/2010 | |
|  | $ 439.91 | 1/27/2010 | |
|  | $ 40.00 | 1/28/2010 | |
|  | $ 217.71 | 1/31/2010 | |
| Total | $ 1,514.78 | | $ 1,514.78 |
| TAXI / PARKING | $ 36.00 | 1/12/2010 | |
|  | $ 150.65 | 1/19/2010 | |