# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 1/11/2010 | Tribune | Fulara, Mark R. | 2 | 350 | Meeting with Jeff and Joe, brainstormed ideas to go forth with. After meeting, took list of several to-dos, gathered answers to questions, and sent to the team |
| 1/11/2010 | Tribune | Poulos, Joseph A. | 1 | 435 | Media Recs |
| 1/11/2010 | Tribune | Zilka, Jeffrey R. | 2.75 | 1925 | Morning call with G. Weitman re: media outreach. .5 Brainstorm outlets and story angles with Joe Poulos and Mark Fulara .75 Write memo and cover note to Gary .75 Send and discuss .5 Call, f/up email to Ryan Richert and Joe Poulos .25 total: 2.75 |
| 1/12/2010 | Tribune | Fulara, Mark R. | 0.5 | 87.5 | Minor research for the Tribune work, pulled Mags for the brainstorm tomorrow from Jason Lourie, met with JP on the bstorm tomorrow |
| 1/12/2010 | Tribune | Poulos, Joseph A. | 1 | 435 | Media Recs |
| 1/13/2010 | Tribune | Fulara, Mark R. | 1.5 | 262.5 | Minor research, held Brainstorm conference call with Jeff and Ryan Richert, post meeting work |
| 1/13/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | call re: consumer media with Ryan Richert .5 f/up with Gary Weitman .25 |
| 1/14/2010 | Tribune | Fulara, Mark R. | 0.5 | 87.5 | Proofing and work on a few trades with Jeff early morning. |
| 1/14/2010 | Tribune | Richert, Ryan Vincent | 0.75 | 326.25 | Research for media outlet pitch. Drafting of POV to send to client. |
| 1/14/2010 | Tribune | Zilka, Jeffrey R. | 2.5 | 1750 | Get ideas from Ryan Richert, discuss .75 Research Wired, other media with Mark Fulara .5 Craft into memo 1.25 total: 2.5 |
| 1/19/2010 | Tribune | Richert, Ryan Vincent | 0.5 | 217.5 | Additional research on appropriate reporter contacts for consumer outlets. |
| 1/19/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Call re: upcoming hearing, other consumer media targets. .25 Discuss consumer targets with Ryan Richert .5 |
| 1/20/2010 | Tribune | Basden, Jacob H. | 0.5 | 112.5 | Research for consumer magazine/media outlet pitch. |
| 1/20/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Review consumer targets. Formulate as memo, send to Gary .5 |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 1/28/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Discuss potential unsecured creditors filing .5 |
| 1/29/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | Call with G. Weitman re: filing to extend exclusivity period .25 Read and edit two draft statements .5 |
| 1/31/2010 | Tribune | Zilka, Jeffrey R. | 3 | 2100 | Read UCC complaint .5 Research previous language, revise Tribune holding statement, write Q&A's 2 Edit and send to G. Weitman .5 total: 3 |
| | | **JANUARY TOTAL** | **19.5** | **$ 10,188.75** | |