United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| SUN-SENTINEL COMPANY | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13208 |
| Debtor | } Amount $1,932.45 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**GMPCS PERSONAL COMMUNICATIONS**
**PO BOX 864356**
**ORLANDO, FL 32886**

The transfer of your claim as shown above in the amount of **$1,932.45** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Jeffrey L. Caress
    Liquidity Solutions Inc
    (201) 968-0001

3102098

**TRANSFER NOTICE**

Gmpcs Personal Communications ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against SUN-SENTINEL COMPANY (the "Debtor"), in the aggregate amount of $1,932.45, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13208.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2009

Gmpcs Personal Communications

_____
(Signature)

IRIS POSIN
(Print Name and Title)

Senior Accountant

_____
(Signature)

JEFFREY L. CARESS
(Print Name of Witness)

SUN-SENTINEL COMPANY
Gmpcs Personal Communications



3102098