United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| TRIBUNE MEDIA SERVICES INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13236 |
| Debtor | } Amount $1,600.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ACQUIRE MEDIA VENTURES INC**
**PO BOX 574**
**CRANBURY, NJ 08512**

The transfer of your claim as shown above in the amount of **$1,600.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Jeffrey L. Caress
      Liquidity Solutions Inc
      (201) 968-0001

3101988

## TRANSFER NOTICE

Acquire Media Ventures Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TRIBUNE MEDIA SERVICES INC** (the "Debtor"), in the aggregate amount of **$1,600.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13236.

IN WITNESS WHEREOF, Assignor has signed below as of the 31st day of December, 2009

**Acquire Media Ventures Inc**

_____
(Signature)

_____
(Print Name and Title)

_____
(Signature)

JEFFREY L. CRESS
(Print Name of Witness)

TRIBUNE MEDIA SERVICES INC
Acquire Media Ventures Inc



3101988