United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| PATUXENT PUBLISHING COMPANY | } Chapter 11 <br> } <br> } <br> } <br> } Case No. <br> } 08-13200 |
| Debtor | } Amount **$4,663.95** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**TRAYPML INC
PO BOX 2830
GLEN BURNIE, MD 21060**

The transfer of your claim as shown above in the amount of **$4,663.95** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By/s/Jeffrey L. Caress
       Liquidity Solutions Inc
       (201) 968-0001

3102566

**TRANSFER NOTICE**

Traypml Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **PATUXENT PUBLISHING COMPANY** (the "Debtor"), in the aggregate amount of **$4,663.95**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13200.

IN WITNESS WHEREOF, Assignor has signed below as of the  24  day of  DECEMBER , 2009

# Traypml Inc

_____
(Signature)

JOHN LONG, VP
(Print Name and Title)

_____
(Signature)

JEFFREY L. CARESS
(Print Name of Witness)

PATUXENT PUBLISHING COMPANY
Traypml Inc


3102566