# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 36.50 | $14,296.00 |
| Insurance Counseling – 00005 | 11.20 | $4,611.50 |
| Marsh – 00008 | 7.30 | $2,872.00 |
| Fee Applications – 00009 | 4.90 | $1,152.00 |
| **TOTAL:** | **59.90** | **$22,931.50** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 13.90 | $7,436.50 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | 1.60 | $816.00 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | 26.10 | $11,614.50 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 3.70 | $592.00 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 11.10 | $1,387.50 |
| Grand Total: | | | 59.90 | $22,931.50 |
| Blended Rate: | | | | $382.83 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $464.57 |

# **ReedSmith**

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1967283
Invoice Date: March 8, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through January 31, 2010

|     |                                      | Current Fees | Current Costs | Total for Matter |
|-----|--------------------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror 503842.00004   | $14,296.00   | $0.10         | $14,296.10       |
| RE: | Insurance Counseling 503842.00005    | $4,611.50    | $152.45       | $4,763.95        |
| RE: | Marsh 503842.00008                   | $2,872.00    | $21.04        | $2,893.04        |
| RE: | Fee Applications 503842.00009        | $1,152.00    | $220.35       | $1,372.35        |
|     | **Current Invoice Total:**           | **$22,931.50** | **$393.94** | **$23,325.44**  |

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1967283)

**RE:     Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/04/10 | JDS | Analyzed issues related to preparation of Joint Appendix related to resolution of LPT claims by Referee. | 0.20 |
| 01/06/10 | TPL | Conferred with J. Shugrue regarding LPT briefs. | 0.20 |
| 01/06/10 | JDS | Communications with local counsel T. Law regarding briefing on LPT claim issue. | 0.20 |
| 01/08/10 | PRW | Telephone conference with T. Law and J. Shugrue regarding draft of brief for referee. | 0.50 |
| 01/08/10 | TPL | Telephone call with J. Shugrue and P. Walker-Bright regarding briefing. | 0.50 |
| 01/08/10 | JDS | Analyzed status of Joint Appendix, preparation of brief on merits, with local counsel T. Law and P. Walker-Bright. | 0.70 |
| 01/11/10 | SS | Performed searches on Elite database for appendices of exhibits of summary judgment and findings of fact for attorney review (.4); coordinated with records the retrieval of files from storage(.1); reviewed case files and tagged documents for attorney review relating to LPT proceeding (1.2). | 1.70 |
| 01/11/10 | JDS | Worked on Joint Appendix in connection with resolution of LPT claims by Referee. | 0.50 |
| 01/12/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 01/12/10 | JDS | Worked on issues related to submission of Joint Appendix related to resolution of LPT claims in Reliance Liquidation. | 0.50 |
| 01/13/10 | SS | Reviewed pleading case files and compiled documents per attorney request. | 1.30 |
| 01/13/10 | JDS | Communications with T. Law regarding extension of briefing schedule on LPT claims, submission of Joint Appendix regarding same. | 0.50 |
| 01/14/10 | SS | Analyzed pleading case files and prepared list of documents for attorney review (2.3); performed elite database searches for pleading files (.2). | 2.50 |
| 01/19/10 | SS | Reviewed pleading files for attorney review. | 0.90 |
| 01/25/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 01/25/10 | TPL | Analyzed  Joint Appendix in connection with preparation of brief. | 2.00 |
| 01/27/10 | TPL | Legal research and drafting regarding Phase I brief to referee. | 4.80 |
| 01/28/10 | TPL | Drafted Phase I brief to Referee. | 7.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/28/10 | JDS | Communications with T. Law regarding draft LPT brief. | 0.20 |
| 01/29/10 | TPL | Drafted Phase I brief to referee. | 6.60 |
| 01/29/10 | JDS | Analyzed emails regarding agreed extension of briefing schedule on LPT. | 0.10 |
| 01/30/10 | TPL | Drafted and finalized initial draft of Phase I brief to referee. | 5.00 |

TOTAL FEES:  $14,296.00

**CURRENT DISBURSEMENTS**

| 01/31/2010 | Duplicating/Printing/Scanning | 0.10 |
|---|---|---|
| | Total Disbursements | 0.10 |
| | Fees & Disbursements | $14,296.10 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.90 | 535.00 | 1,551.50 |
| PRW | P.R. Walker-Bright | 0.50 | 510.00 | 255.00 |
| TPL | T.P. Law | 26.10 | 445.00 | 11,614.50 |
| SS | S. Somoza | 7.00 | 125.00 | 875.00 |
| | | 36.50 | | 14,296.00 |

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/04/10 | PRW | Analyzed possible claim against insurer to recover defense costs incurred in underlying third-party lawsuit. | 1.10 |
| 01/04/10 | JDS | Analyzed issues related to D&O and FLI policy extensions. | 1.00 |
| 01/05/10 | JDS | Analyzed and provided comment on draft motion for filing with bankruptcy court regarding insurance policy extensions. | 1.20 |
| 01/06/10 | JDS | Analyzed and commented on motion to bankruptcy court regarding insurance renewals (1.8); analyzed possible claim against insurer for reimbursement of defense costs (.3). | 2.10 |
| 01/11/10 | SS | Analyzed policies and prepared chart of policy limits and layers for D&O and Fiduciary policies for attorney review. | 1.40 |
| 01/12/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 01/14/10 | JDS | Analyzed possible litigation against insurer regarding unpaid defense costs for third-party claim. | 0.20 |
| 01/19/10 | SS | Reviewed and catalogued case correspondence. | 0.70 |
| 01/20/10 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding insurance issues related to settlement of third-party claim and creditors' committee approval of same (.5); telephone conference with client regarding possible mediation related to third-party suit (.2). | 0.70 |
| 01/21/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 01/25/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 01/26/10 | JDS | Analyzed summary of insurance coverage and provided comment on same. | 0.20 |
| 01/27/10 | JDS | Communications regarding settlement demand regarding plaintiffs in underlying third-party action and providing notice of same to insurers. | 0.20 |
| 01/28/10 | JDS | Communications with client regarding insurance issues related to mediation of third-party suit (.2); analyzed same (.2). | 0.40 |
| 01/29/10 | JDS | Analyzed and exchanged emails regarding insurance issues regarding mediation of third-party suit. | 0.30 |
| 01/31/10 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding insurance issues related to bankruptcy court approval of settlement of third-party suit. | 0.50 |

TOTAL FEES:            $4,611.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 01/31/2010 | Telecopy Expense | 3.75 |
| 01/31/2010 | PACER | 7.52 |
| 01/31/2010 | Duplicating/Printing/Scanning | 137.60 |
| 01/31/2010 | Telephone - Outside | 3.58 |
| | Total Disbursements | 152.45 |
| | Fees & Disbursements | $4,763.95 |

### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 6.80 | 535.00 | 3,638.00 |
| PRW | P.R. Walker-Bright | 1.10 | 510.00 | 561.00 |
| SS | S. Somoza | 3.30 | 125.00 | 412.50 |
| | | 11.20 | | 4,611.50 |

**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/07/10 | DR | Analyzed correspondence regarding reimbursement requests to Marsh and corresponded with J. Shugrue regarding current status of same. | 0.30 |
| 01/07/10 | JDS | Communications with D. Rosenfield regarding submission of invoices for reimbursement under prior agreement between parties. | 0.20 |
| 01/08/10 | DR | Corresponded with J. Shugrue regarding status of reimbursement submissions to Marsh and worked to obtain all outstanding invoices. | 0.60 |
| 01/08/10 | JDS | Communications with client, D. Rosenfield regarding reimbursement submissions per prior agreement. | 0.30 |
| 01/10/10 | DR | Reviewed outstanding invoices in preparation for requesting reimbursement from Marsh. | 0.40 |
| 01/12/10 | DR | Reviewed invoices since last reimbursement request to Marsh and drafted reimbursement request for same (1.2); corresponded with J. Shugrue regarding summary of same (.2). | 1.50 |
| 01/13/10 | JDS | Worked on submission of invoices pursuant to prior agreement. | 0.20 |
| 01/14/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 01/14/10 | DR | Finalized letter to Marsh requesting reimbursement and corresponded with client regarding same. | 0.70 |
| 01/14/10 | JDS | Telephone conference with bankruptcy counsel regarding draft motion concerning prior agreements (.70); analyzed draft motion in preparation for call (.50). | 1.20 |
| 01/21/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 01/21/10 | JDS | Worked on edits to motion to bankruptcy court regarding assumption of prior agreements. | 0.60 |
| 01/23/10 | JDS | Worked on edits to motion to bankruptcy court regarding assumption of prior agreements. | 0.50 |
| 01/27/10 | JDS | Communications with bankruptcy counsel regarding draft motion to assume prior agreements. | 0.20 |

TOTAL FEES:              $2,872.00

**CURRENT DISBURSEMENTS**

| 01/14/2010 | Courier Service - Outside 00843 UPS - Shipped from Bowen, Jeannine C. ( Reed Smith LLP - Chicago to Mitchell J. Auslander  Willkie Farr & Gallagher (NEW YORK NY 10019) 1Z6151400196600959 | 8.57 |
| 01/14/2010 | Courier Service - Outside 00843 UPS - Shipped from Bowen, Jeannine C. ( Reed Smith LLP - Chicago to John R. Dutt, Esq. Marsh & McLennan Companies (NEW YORK NY 10036) 1Z6151400198141362 | 8.57 |
| 01/31/2010 | Duplicating/Printing/Scanning | 3.90 |

Total Disbursements        21.04

Fees & Disbursements        $2,893.04

## Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 3.20 | 535.00 | 1,712.00 |
| DR | D. Rosenfield | 3.50 | 310.00 | 1,085.00 |
| SS | S. Somoza | 0.60 | 125.00 | 75.00 |
| | | 7.30 | | 2,872.00 |

**RE:      Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/07/10 | LL | Revisions to RS's 10th Monthly & 4th Interim Fee Applications (.6); e-mail correspondence regarding same (.1). | 0.70 |
| 01/12/10 | JDS | Worked on narrative text for 10th monthly fee application. | 0.30 |
| 01/13/10 | LL | E-mail correspondence regarding fee applications. | 0.20 |
| 01/14/10 | LL | E-mail correspondence regarding 10th Monthly & 4th Interim Fee Applications (.3); revisions to same (.8); e-file and service of same (1.6). | 2.70 |
| 01/14/10 | JDS | Worked on narrative text for 10th monthly fee application. | 0.40 |
| 01/21/10 | JDS | Analyzed fee auditor letter regarding fee applications. | 0.30 |
| 01/25/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 01/28/10 | LL | Follow-up e-mail regarding RS's 11th Monthly Fee Application. | 0.10 |

TOTAL FEES:          $1,152.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 01/15/2010 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 121.55 |
| 01/29/2010 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Deliveries | 90.00 |
| 01/31/2010 | PACER | 8.80 |

Total Disbursements      220.35

Fees & Disbursements      $1,372.35

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.00 | 535.00 | 535.00 |
| SS | S. Somoza | 0.20 | 125.00 | 25.00 |
| LL | L. Lankford | 3.70 | 160.00 | 592.00 |
| | | 4.90 | | 1,152.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1967283
Invoice Date: March 8, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through January 31, 2010

|     |                                        | Current Fees | Current Costs | Total for Matter |
| --- | -------------------------------------- | ------------ | ------------- | ---------------- |
| RE: | Reliance/Times Mirror<br>503842.00004  | $14,296.00   | $0.10         | $14,296.10       |
| RE: | Insurance Counseling<br>503842.00005   | $4,611.50    | $152.45       | $4,763.95        |
| RE: | Marsh<br>503842.00008                  | $2,872.00    | $21.04        | $2,893.04        |
| RE: | Fee Applications<br>503842.00009       | $1,152.00    | $220.35       | $1,372.35        |
|     | **Current Invoice Total:**             | **$22,931.50** | **$393.94**  | **$23,325.44**   |

**INVOICE IS PAYABLE UPON RECEIPT**