# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $145.35 |
| PACER | | $16.32 |
| Courier Service | | $107.14 |
| Telephone – Outside | | $3.58 |
| Outside-Duplicating | IKON | $121.55 |
| **TOTAL** | | **$393.94** |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/28/10 | JDS | Communications with T. Law regarding draft LPT brief. | 0.20 |
| 01/29/10 | TPL | Drafted Phase I brief to referee. | 6.60 |
| 01/29/10 | JDS | Analyzed emails regarding agreed extension of briefing schedule on LPT. | 0.10 |
| 01/30/10 | TPL | Drafted and finalized initial draft of Phase I brief to referee. | 5.00 |

TOTAL FEES: $14,296.00

### CURRENT DISBURSEMENTS

| 01/31/2010 | Duplicating/Printing/Scanning | | 0.10 |
|---|---|---|---|
| | | Total Disbursements | 0.10 |
| | | Fees & Disbursements | $14,296.10 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.90 | 535.00 | 1,551.50 |
| PRW | P.R. Walker-Bright | 0.50 | 510.00 | 255.00 |
| TPL | T.P. Law | 26.10 | 445.00 | 11,614.50 |
| SS | S. Somoza | 7.00 | 125.00 | 875.00 |
| | | 36.50 | | 14,296.00 |

March 8, 2010 Case 08-13141-BLS  Doc 3696-4  Filed 03/09/10  Page 3 of 6  Invoice: 1967283
RE: Reliance/Times Mirror (503842.00004)

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 01/31/2010 | Telecopy Expense | 3.75 |
| 01/31/2010 | PACER | 7.52 |
| 01/31/2010 | Duplicating/Printing/Scanning | 137.60 |
| 01/31/2010 | Telephone - Outside | 3.58 |
| | Total Disbursements | 152.45 |
| | Fees & Disbursements | $4,763.95 |

### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 6.80 | 535.00 | 3,638.00 |
| PRW | P.R. Walker-Bright | 1.10 | 510.00 | 561.00 |
| SS | S. Somoza | 3.30 | 125.00 | 412.50 |
| | | 11.20 | | 4,611.50 |

March 8, 2010     Case 08-13141-BLS     Doc 3696-4     Filed 03/09/10     Page 5 of 6     Invoice: 1967283
RE: Marsh                                                                                                              Page 7
(503842.00008)

| Date | Description | Amount |
|---|---|---|
| 01/14/2010 | Courier Service - Outside 00843 UPS - Shipped from Bowen, Jeannine C. ( Reed Smith LLP - Chicago to Mitchell J. Auslander Willkie Farr & Gallagher (NEW YORK NY 10019) 1Z6151400196600959 | 8.57 |
| 01/14/2010 | Courier Service - Outside 00843 UPS - Shipped from Bowen, Jeannine C. ( Reed Smith LLP - Chicago to John R. Dutt, Esq. Marsh & McLennan Companies (NEW YORK NY 10036) 1Z6151400198141362 | 8.57 |
| 01/31/2010 | Duplicating/Printing/Scanning | 3.90 |
| | Total Disbursements | 21.04 |
| | Fees & Disbursements | $2,893.04 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.20 | 535.00 | 1,712.00 |
| DR | D. Rosenfield | 3.50 | 310.00 | 1,085.00 |
| SS | S. Somoza | 0.60 | 125.00 | 75.00 |
| | | 7.30 | | 2,872.00 |

March 8, 2010  Case 08-13141-BLS    Doc 3696-4    Filed 03/09/10    Page 6 of 6  Invoice: 1967283
RE:     Fee Applications                                                          Page 8
        (503842.00009)

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/07/10 | LL | Revisions to RS's 10th Monthly & 4th Interim Fee Applications (.6); e-mail correspondence regarding same (.1). | 0.70 |
| 01/12/10 | JDS | Worked on narrative text for 10th monthly fee application. | 0.30 |
| 01/13/10 | LL | E-mail correspondence regarding fee applications. | 0.20 |
| 01/14/10 | LL | E-mail correspondence regarding 10th Monthly & 4th Interim Fee Applications (.3); revisions to same (.8); e-file and service of same (1.6). | 2.70 |
| 01/14/10 | JDS | Worked on narrative text for 10th monthly fee application. | 0.40 |
| 01/21/10 | JDS | Analyzed fee auditor letter regarding fee applications. | 0.30 |
| 01/25/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 01/28/10 | LL | Follow-up e-mail regarding RS's 11th Monthly Fee Application. | 0.10 |

TOTAL FEES:    $1,152.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 01/15/2010 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 121.55 |
| 01/29/2010 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Deliveries | 90.00 |
| 01/31/2010 | PACER | 8.80 |
| | Total Disbursements | 220.35 |
| | Fees & Disbursements | $1,372.35 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.00 | 535.00 | 535.00 |
| SS | S. Somoza | 0.20 | 125.00 | 25.00 |
| LL | L. Lankford | 3.70 | 160.00 | 592.00 |
| | | 4.90 | | 1,152.00 |