

265 admiral trost road
p.o. box 470
columbia, il 62236
p 618.281.9100
www.mavtechglobal.com

March 3, 2010

Dist of Delaware
824 Market St 3Rd Floor
Wilimington, DE 19801

RE: Sixteenth Omnibus Objection
    Tribune Company – Chicago Tribune Company 08-13152

To Whom It May Concern:

The attached forms are in response to the Notice of Debtors' Sixteenth Omnibus Objection to Claims received in February 2010 for the Tribune Company. Chicago Tribune Company, Case #08-13152, has a debit with MAVERICK Technologies, LLC in the amount of $1440.00.
Copies of the original forms are enclosed with the addition to the "Name of Debtor against which claim is held" and "Case No. of Debtor" has been filled in.

Sincerely,

Donna Couch

Donna Couch
A/R Specialist

automate ▸ integrate ▸ *accelerate*

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Tribune Company, et al.<br>Debtors. | Chapter 11<br>Case No. 08-13141- KJC | Filed: USBC - District of Delaware<br>Tribune Company, Et Al.<br>08-13141 (KJC)     0000000702 |

Name of Debtor Against Which Claim is Held: **CHICAGO TRIBUNE Co.**   Case No. of Debtor: **08-13152**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Maverick Technologies LLC**
**265 Admiral Trost Rd**
**PO Box 470**
**Columbia IL 62236**

Telephone number: **618-281-9160**    Email Address: **Donna.Couch@mavtechglobal.com**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
**Maverick Technologies, LLC**
**Dept Belle**
**PO Box 790120**
**St. Louis MO 63179**
Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **1440.00**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Services Performed**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **4025**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
MAR - 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **3-4-09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**Donna L. Couch    Donna L. Couch   A-R Specialist**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



engineering | systems integration | consulting

## Invoice 320106

Date 12/10/2008

Chicago Tribune Company
Company:
Attn:
P.O. Box 118250
Chicago, IL 60611
US

| | |
|---|---|
| Project name | CTC/FCN T&M Support |
| Customer account | C4025 |
| Contact person | Thomas Beilke |
| Customer PO | Thomas Beilke |
| Payment | Net 30 Days |

| Project | Billing classification | Transaction text | Project date | Hours | Sales price | Line amount |
|---|---|---|---|---|---|---|
| 21478369 | Project Engineer | William McLaughlin | 10/24/2008 | 4.00 | 150.00 | 600.00 |
| 21478369 | Project Engineer | William McLaughlin | 12/05/2008 | 4.00 | 210.00 | 840.00 |

Please remit payment to:
MAVERICK Technologies
Dept Belle
PO Box 790120
Saint Louis, MO 63179

| | | |
|---|---|---|
| Amount currency ........................: | | 1,440.00 |
| Total amount due by ...: 1/9/2009 | $ | 1,440.00 |
| Total due after ..........: 1/9/2009 | $ | 1,461.60 |

It is the policy of Maverick Technologies to assess a 1.5 percent monthly fixed rate finance charge on all past due receivables.



**MAVERICK TECHNOLOGIES**
engineering | systems integration | consulting

265 admiral trost road
p.o. box 470
columbia, il 62236



10150+5069

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

02 1P
0003096406   MAR 04 2009
$ 000.42
MAILED FROM ZIP CODE 62236
UNITED STATES POSTAGE
PITNEY BOWES