

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010655
Client Matter 90795-20100

For professional services rendered and expenses incurred through
January 31, 2010 re FCC Post Bankruptcy Matters

Fees                                                                            $18,666.50

**Total Due This Bill**                                            **$18,666.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN LLP**

Invoice Number: 30010655
Tribune Company

RE: FCC Post Bankruptcy Matters

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/04/10 | LJ McCarty | KCPQ - Review and reply to e-mail from client regarding auxiliary modification (.30); e-mail to consulting engineer regarding same (.30) | .60 |
| 01/05/10 | LJ McCarty | KCPQ - Review and reply to e-mail from consulting engineer regarding auxiliary modification (.10); review draft amendment (.30); circulate draft amendment to client for review and approval (.30); finalize amendment in ULS (.30) | 1.00 |
| 01/05/10 | TP Van Wazer | KCPQ - review FCC return letter for WPOQ408 (0.3); e-mails from R. Hill, L. McCarty and B. du Treil, Jr. regarding same (0.3); review amended application for auxiliary radio call sign WPOQ408 (0.2) | .80 |
| 01/06/10 | LJ McCarty | KCPQ - Review e-mail from client regarding draft amendment (.10); submit amendment (.30); prepare instruction to station manager regarding placement of amendment in station's public file (.30) | .70 |
| 01/11/10 | LJ McCarty | WTIC - Review e-mail from client regarding auxiliary modification | .10 |
| 01/11/10 | LJ McCarty | Review e-mail from client regarding EEO filings due (.10); review and reply to request from client for updated address for FCC filings (.20) | .30 |
| 01/11/10 | LJ McCarty | KSWB - Review e-mail from client regarding 2GHz transition | .10 |
| 01/11/10 | LJ McCarty | WPIX: Check status of pending applications in FCC database | .80 |
| 01/11/10 | LJ McCarty | WGN - Check status of pending applications in FCC database | .80 |
| 01/11/10 | LJ McCarty | WTXX - Check status of pending applications in FCC database | .80 |
| 01/11/10 | TP Van Wazer | WTIC - Review e-mails from Bill V. regarding 7 GHz microwave and need to change channels due to configuration limits on tower (0.3); related follow-up emails with Bill V. on underlying license (0.2) | .50 |
| 01/12/10 | LJ McCarty | KCPQ - Check status of pending applications in FCC database | .80 |
| 01/12/10 | LJ McCarty | WGNO - Check status of pending applications in FCC database | .80 |
| 01/12/10 | LJ McCarty | WNOL - Check status of pending applications in FCC database | .80 |
| 01/12/10 | LJ McCarty | WTIC - Check status of pending applications in FCC database | .80 |
| 01/12/10 | LJ McCarty | KMYQ - Check status of pending applications in FCC database | .80 |
| 01/12/10 | LJ McCarty | KTXL - Check status of pending applications in FCC database | .80 |
| 01/12/10 | LJ McCarty | WPHL - Check status of pending applications in FCC database | .80 |

SIDLEY AUSTIN LLP

Invoice Number: 30010655
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/12/10 | LJ McCarty | WXIN - Check status of pending applications in FCC database | .80 |
| 01/12/10 | LJ McCarty | WTTK - Check status of pending applications in FCC database | .80 |
| 01/12/10 | TP Van Wazer | General DTV: e-mails with Bill V., B. Franca regarding theory that wireless microphones can change frequencies inside stadiums, theaters | .50 |
| 01/13/10 | LJ McCarty | KSWB - Telephone call to client regarding auxiliary modification and DTV license authorization | .50 |
| 01/14/10 | LJ McCarty | WTXX - E-mail to consulting engineer regarding auxiliary modification (.30); start auxiliary modification in wireless database (.30); e-mail to consulting engineer regarding same (.30) | .90 |
| 01/14/10 | LJ McCarty | KSWB - Review and reply to e-mail from client regarding 2GHz transition (.30); start NT for auxiliary license in wireless database (.30); e-mail to client regarding same (.30); review e-mail from T. Van Wazer regarding same (.30) | 1.20 |
| 01/14/10 | TP Van Wazer | KSWB - Review e-mails from J. Weigand regarding timing for conversion of 2 GHz auxiliary microwave to narrowband channels once NT is filed and related follow-up on same | .50 |
| 01/15/10 | LJ McCarty | KSWB - Review e-mail from client (.10); prepare and submit Notice of Completion for 2GHz auxiliary transition (.20); prepare and file cancellation notice for auxiliary license (.20) prepare instructions to client regarding placement of FCC filing in station's public inspection file (.30) | .80 |
| 01/15/10 | LJ McCarty | WXIN - Review FCC return letter (.10); confirm frequencies on license authorization (.20); e-mail to T. Van Wazer regarding same (.20) | .50 |
| 01/15/10 | LJ McCarty | WTTV - Review FCC return letter (.10); confirm frequencies on license authorization (.20); e-mail to T. Van Wazer regarding same (.20) | .50 |
| 01/19/10 | TP Van Wazer | WXIN - review FCC notices of return of 2 GHz BAS construction extension request (.30); WXIN & WTTV: telephone call with FCC staff on same (.30); draft, circulate explaining cause of FCC's return and follow-up information (.50) | 1.10 |
| 01/20/10 | TP Van Wazer | WXIN - review response form Rich K. regarding build-out status of 2.5 GHz microwaves and response to same on changes to 2.5 GHz | .30 |
| 01/21/10 | LJ McCarty | WGN - Check status of pending earth station assignment (.30); e-mail to FCC staff regarding same (.10) | .40 |
| 01/21/10 | LJ McCarty | WTTV - Telephone discussion with Beth Fishel (FCC) regarding amendment requirements for 2GHz buildout | .90 |

SIDLEY AUSTIN LLP

Invoice Number: 30010655
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | extension request (.30); e-mail to T. Van Wazer regarding same (.30); telephone discussion with T. Van Wazer regarding same (.30) | |
| 01/21/10 | LJ McCarty | WXIN - Telephone discussion with Beth Fishel (FCC) regarding amendment requirements for 2GHz buildout extension request (.30); e-mail to T. Van Wazer regarding same (.30); telephone discussion with T. Van Wazer regarding same (.30) | .90 |
| 01/21/10 | TP Van Wazer | WXIN - draft, forward e-mail to FCC staffer regarding duration of 2 GHz BAS construction deadline extension (.30); draft circulate e-mail to R. Poling with background questions needed for extension exhibit and review responses from same (.20) | .50 |
| 01/21/10 | TP Van Wazer | WTTV - Review e-mails from L. McCarty, R. Poling, re: 2.5 GHz modification BAS (.30); draft, circulate e-mail explaining best filing approach (.40) | .70 |
| 01/22/10 | LJ McCarty | WXIN - Review and reply to e-mail from T. Van Wazer regarding auxiliary amendment (.20); e-mail to T. Smith regarding same (.60); start amendment in ULS database (.30) | 1.10 |
| 01/22/10 | LJ McCarty | WTTV - Review and reply to e-mail from T. Van Wazer regarding auxiliary amendment (.20); e-mail to T. Smith regarding same (.60); start amendment in ULS database (.30) | 1.10 |
| 01/25/10 | LJ McCarty | WXIN - Follow up with T. Van Wazer regarding status of exhibit for auxiliary amendment | .30 |
| 01/25/10 | LJ McCarty | WTTV - Follow up with T. Van Wazer regarding status of exhibit for auxiliary amendment | .30 |
| 01/25/10 | LJ McCarty | Update TCO, DIP subsidiary licensee FCC authorizations list (3.00); review and reply to e-mails from client regarding same (.50) | 3.50 |
| 01/25/10 | LJ McCarty | WGN - Telephone call and e-mail to FCC staff regarding processing status of pending assignment application for each station | .50 |
| 01/26/10 | LJ McCarty | Per M. Schneider, update comprehensive license list (2.8); review and edit memorandum from client regarding restructuring (1.7); discussions with M. Schneider regarding same | 4.50 |
| 01/26/10 | MD Schneider | Conference call on FCC issues with restructuring; revise license table to reflect necessary changes and FCC license applications; draft memo on changes | 4.80 |
| 01/27/10 | LJ McCarty | WXIN - Telephone call to client regarding information needed for auxiliary amendment (.20); edit draft application (.30) | .50 |

SIDLEY AUSTIN LLP

Invoice Number: 30010655
Tribune Company

RE: FCC Post Bankruptcy Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/27/10 | LJ McCarty | WTTV - Telephone call to client regarding information needed for auxiliary amendment (.20); edit draft application (.30) | .50 |
| 01/27/10 | LJ McCarty | Edit transaction document (2.50); proof same (.50); discussion with M. Schneider regarding same (.50) | 3.50 |
| 01/27/10 | TP Van Wazer | WXIN - Telephone call with Rich K. and Rick P. regarding build-out status and operation of 2.5 GHz microwaves | .80 |
| 01/27/10 | TP Van Wazer | WTTV - Telephone call with Rich K. and Rick P. regarding build-out status and operation of 2.5 GHz microwaves | .80 |
| 01/28/10 | LJ McCarty | WXIN - Finalize and submit auxiliary amendment (.50); e-mail to FCC staff regarding same (.20); prepare instructions to station manager regarding placement of amendment in station's public inspection file (.30) e-mail to FCC staff regarding same (.30) | 1.30 |
| 01/28/10 | LJ McCarty | WTTV - Finalize and submit auxiliary amendment (.50); e-mail to FCC staff regarding same (.20); prepare instructions to station manager regarding placement of amendment in station's public inspection file (.30) e-mail to FCC staff regarding same (.30) | 1.30 |
| 01/28/10 | LJ McCarty | WTXX - E-mail to consulting engineer regarding status of auxiliary modification (.30); review and reply to response regarding same (.20); telephone call to FCC staff regarding technical problem with ULS database (.80) | 1.30 |
| 01/28/10 | LJ McCarty | WGN - Telephone call to FCC staff regarding status of pending earth station assignment | .50 |
| 01/28/10 | TP Van Wazer | WTXX - review e-mail from Bill V. regarding removal of analog antenna shortening tower and change lighting (.20); research applicable rules on towers, draft and forward analysis to Bill V. et al (.80); review follow-up e-mails on same (.30) | 1.30 |
| 01/29/10 | LJ McCarty | WTXX - Circulate draft auxiliary modification to client for review and approval | .50 |
| 01/29/10 | LJ McCarty | WGN - Check status of pending earth station assignment | .10 |
| 01/29/10 | LJ McCarty | Check call sign availability for client | .30 |

**Total Hours**    **52.70**

**SIDLEY AUSTIN** LLP

Invoice Number:  30010655
Tribune Company

RE: FCC Post Bankruptcy Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| MD Schneider | 4.80 | $700.00 | $3,360.00 |
| TP Van Wazer | 7.80 | 600.00 | 4,680.00 |
| LJ McCarty | 40.10 | 265.00 | 10,626.50 |
| **Total Hours and Fees** | **52.70** | | **$18,666.50** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

FOUNDED 1866

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010656
Client Matter 90795-30390

For professional services rendered and expenses incurred through
January 31, 2010 re Fee Applications

Fees                                                                    $22,359.50

**Total Due This Bill**                                        **$22,359.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number:  30010656
Tribune Company

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/04/10 | JK Ludwig | Review and revise 4th quarterly fee application (0.8) | .80 |
| 01/04/10 | DJ Lutes | Preparation of quarterly fee application | 3.10 |
| 01/04/10 | KA Nelms | Assist with preparation of quarterly fee application | 4.40 |
| 01/05/10 | DJ Lutes | Preparation of 4th quarterly fee application | 2.90 |
| 01/07/10 | JK Ludwig | Telephone call with J. Jensen re: Local TV invoices (0.5); email to V. Garlati re: same (0.2); email to T. Van Wazer re: same (0.2) | .90 |
| 01/08/10 | JK Ludwig | Office conference with J. Jensen re: preparation of 12th monthly fee application (0.2) | .20 |
| 01/11/10 | JY Borrelli | Assist in the preparation of 12th monthly fee application | 2.00 |
| 01/11/10 | JK Ludwig | Review and revise 12th monthly fee application (3.4); review and revise 4th quarterly fee application (0.3) | 3.70 |
| 01/11/10 | DJ Lutes | Preparation of 12th monthly fee application | 1.00 |
| 01/12/10 | JY Borrelli | Assist in the preparation of 12th monthly fee application | 5.50 |
| 01/12/10 | KT Lantry | Telephone call with J. Ludwig re: fee application | .20 |
| 01/12/10 | JK Ludwig | Review and revise 4th quarterly fee application (3.5); telephone call with K. Lantry re: Zetabid invoice (0.1); email to J. Jensen re: same (0.1); email to J. Jensen and D. Lutes re: Nextel invoices (0.1) | 3.80 |
| 01/12/10 | DJ Lutes | Preparation of 12th monthly fee application | 3.80 |
| 01/13/10 | JY Borrelli | Assist in the preparation of 12th monthly fee application | 4.20 |
| 01/13/10 | KP Kansa | Email K. Lantry re: 4th quarterly fee app (.1); o/c J. Ludwig re: same (.1) | .20 |
| 01/13/10 | KT Lantry | E-mails with K. Kansa re: review of fee application | .10 |
| 01/13/10 | JK Ludwig | Office conference with K. Kansa re: 4th quarterly fee application (0.1); email to P. Ratkowiak re: same (0.1); email to J. McManus re: same (0.1) | .30 |
| 01/13/10 | DJ Lutes | Preparation of 12th monthly fee application (2.20); preparation of 4th quarterly fee application (.50) | 2.70 |
| 01/14/10 | JY Borrelli | Assist in the preparation of 12th monthly fee application | 2.30 |
| 01/14/10 | S Higashi | Assist with preparation of 12th monthly fee application | 1.50 |
| 01/14/10 | KP Kansa | Review and comment on Sidley 4th quarterly fee application | 1.80 |
| 01/14/10 | DJ Lutes | Preparation of 12th monthly fee application (2.10); assist with | 2.70 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30010656
Tribune Company

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | preparation and review quarterly fee application (.60) | |
| 01/15/10 | JK Ludwig | Review and revise 4th quarterly fee application (1.3); telephone call with D. Lutes re: same (0.2); finalize same for filing (0.2); conference call with K. Kansa and T. Van Wazer re: client billing requests (0.3) | 2.00 |
| 01/15/10 | DJ Lutes | Preparation of 12th monthly fee application (1.90); preparation of quarterly fee application (.70) | 2.60 |
| 01/18/10 | JK Ludwig | Review and respond to email from V. Garlati re: 4th quarterly fee application (0.2) | .20 |
| 01/19/10 | JK Ludwig | Office conference with J. Jensen re: 12th monthly fee application (0.6); email to T. Van Wazer re: same (0.1) | .70 |
| 01/19/10 | DJ Lutes | Preparation of 12th monthly fee application | 3.30 |
| 01/20/10 | JK Ludwig | Email to V. Garlati re: Sidley invoices (0.2) | .20 |
| 01/20/10 | DJ Lutes | Preparation of 12th monthly fee application | .60 |
| 01/21/10 | DJ Lutes | Preparation of 12th monthly fee application | 1.10 |
| 01/22/10 | L Fernandez | Assist with preparation of 12th monthly fee application | 1.30 |
| 01/22/10 | JK Ludwig | Review emails from T. Van Wazer and M. Schneider re: FCC billing matters (0.2) | .20 |
| 01/22/10 | DJ Lutes | Preparation of 12th monthly fee application (2.20); review and update quarterly fee application materials (.80) | 3.00 |
| 01/25/10 | JK Ludwig | Emails with P. Lejeune re: new Tribune billing matters (0.2) | .20 |
| 01/25/10 | DJ Lutes | Preparation of 12th monthly fee application | 1.80 |
| 01/27/10 | JK Ludwig | Telephone calls with J. Jensen re: 12th monthly fee application (0.4); telephone call with G. Mazzaferri re: same (0.2); email to T. Van Wazer re: same (0.1); review and revise 12th monthly fee application (0.4) | 1.10 |
| 01/28/10 | JK Ludwig | Email to V. Garlati re: fee application matters (0.2); revise 12th monthly fee application (2.0) | 2.20 |
| 01/29/10 | JK Ludwig | Telephone call with A. Dalton re: 12th monthly fee application (0.1); email to J. Jensen and D. Lutes re: same (0.3) | .40 |
| 01/29/10 | DJ Lutes | Preparation of 12th monthly fee application and emails with J. Ludwig re same | .50 |
| 01/31/10 | JK Ludwig | Review and revise 12th monthly fee application (2.8) | 2.80 |
| | | **Total Hours** | 72.30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  30010656
Tribune Company

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | .30 | $850.00 | $255.00 |
| KP Kansa | 2.00 | 700.00 | 1,400.00 |
| JK Ludwig | 19.70 | 475.00 | 9,357.50 |
| DJ Lutes | 29.10 | 285.00 | 8,293.50 |
| KA Nelms | 4.40 | 245.00 | 1,078.00 |
| S Higashi | 1.50 | 195.00 | 292.50 |
| JY Borrelli | 14.00 | 110.00 | 1,540.00 |
| L Fernandez | 1.30 | 110.00 | 143.00 |
| **Total Hours and Fees** | **72.30** | | **$22,359.50** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010657
Client Matter 90795-30410

For professional services rendered and expenses incurred through
January 31, 2010 re Executory Contracts and Leases

| | |
|---|---|
| Fees | $26,015.00 |
| **Total Due This Bill** | **$26,015.00** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 30010657
Tribune Company

RE: Executory Contracts and Leases

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/04/10 | JE Henderson | Conf w/J. Ludwig re: status of pending contract assumption pleadings (.40); review email exchanges w/client re: same (.20); email exchange w/J. Ludwig re: filing dates (.10); review proposed revisions to pleadings (.20) | .90 |
| 01/04/10 | KT Lantry | Review and edit revised motion to assume Marsh contracts | .30 |
| 01/04/10 | JK Ludwig | Email to G. Mazzaferri and C. Sennet re: motion to assume NBC agreements (0.1); email to J. Henderson re: timing for filing the same (0.1) | .20 |
| 01/05/10 | JE Henderson | Review draft NBC motion and revise same (1.50); numerous confs w/J. Ludwig re: various filing issues (1.0); review NBC form contracts (.50); tc w/C. Sennett re: same (.60); tc w/C. Sennett and G. Mazzaferri re: same (.50); tc w/Delaware counsel re: same (.50) | 4.60 |
| 01/05/10 | KT Lantry | Review motion re: assumption of NBC contract and discuss same with B. Krakauer | .30 |
| 01/05/10 | JK Ludwig | Emails with G. Mazzaferri and C. Sennet re: motion to assume NBC agreements (0.6); conference call with J. Henderson and K. Stickles re: same and filings for upcoming filings for omnibus hearing (0.5); conference calls with J. Henderson, G. Mazzaferri, and C. Sennet re: motion to assume NBC agreements (0.8); revise motion to assume NBC agreements (3.5); review claims and schedules for NBC claims (0.7); email to G. Mazzaferri, C. Sennett, and J. Ehrenhofer re: NBC claims reconciliation (0.5); draft exhibit to motion to assume NBC agreements (1.2); email to counsel for NBC re: draft motion to assume (0.1) | 7.90 |
| 01/05/10 | GR MacConaill | Emails with I. Gottlieb re:  NJDEP settlement publication | .30 |
| 01/06/10 | JE Henderson | Several tcs w/client re: NBC filing (1.50); numerous confs w/J. Ludwig re: same (1.0); numerous revisions to draft (1.0); review/respond to NBC counsel emails re: same (.50); several tcs w/Delaware counsel re: filing issues (1.0); review NBC proposed revisions/finalize papers (.50); review programming agreements (.60) | 6.10 |
| 01/06/10 | KT Lantry | Discuss assumption of Marsh contracts with D. Liebentritt | .20 |
| 01/06/10 | JK Ludwig | Telephone call with K. Stickles re: motion to assume NBC agreements (0.5); review NBC agreements (1.5); emails to G. Mazzaferri and C. Sennet re: NBC Agreements (0.1); conference calls with J. Henderson, G. Mazzaferri, C. Sennet, and K. Stickles re: same (1.7); revise exhibit to NBC assumption motion (0.2); office conference with J. Henderson | 6.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30010657
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | re: same (0.2); emails to counsel for NBC re: NBC assumption motion and exhibit (0.6); review and revise NBC assumption motion (1.7) | |
| 01/06/10 | ME Weicher Gaudette | Research assumption of an unexecuted contract under section 365 | 1.50 |
| 01/07/10 | BJ Hauserman | Review emails re: Newsday | .50 |
| 01/07/10 | JE Henderson | Email exchanges w/A&M/client re: NBC motion (.30); review filing and email confirmation (.30); conf w/J. Ludwig re: same (.10) | .70 |
| 01/11/10 | BJ Hauserman | Read emails from K. Kansa re: HRH sublease (0.1); Review Two Park Ave Stipulation (0.2); research sublease termination (0.2); calls with K. Kansa re: HRH sublease (0.2); read HRH affirmation (0.4); call with S. Pater et. al. re: HRH (0.4) | 1.50 |
| 01/11/10 | KP Kansa | T/c's B. Hauserman re: 2 Park lease (.2); review emails on same (.2) | .40 |
| 01/11/10 | KT Lantry | E-mails re: assumption of Marsh executory contracts | .20 |
| 01/14/10 | GR MacConaill | Revise motion to assume Marsh contract | .50 |
| 01/14/10 | GR MacConaill | Telephone conference with J. Shugrue re:  Marsh contract and motion to assume | .70 |
| 01/19/10 | JK Ludwig | Telephone call with B. Healey re: executory contract rejection | .10 |
| 01/21/10 | JK Ludwig | Review and respond to email from K. Stickles re: CNO on NBC assumption motion | .10 |
| 01/22/10 | JK Ludwig | Emails with C. Sennett re: NBC agreements | .40 |
| 01/24/10 | JE Henderson | Email exchanges w/client re: NBC motion/order (0.4); review pleadings re: same (0.2) | .60 |
| 01/24/10 | JK Ludwig | Review and respond to email from D. Eldersveld re: NBC assumption agreement | .10 |
| 01/25/10 | N Besdin | Research for BHauserman re: assumption of certain television licensing agreements | 2.00 |
| 01/25/10 | BJ Hauserman | Review broadcast rights contracts to determine if extended or terminated and new contract (1.3); call with S. Hough at A&M re: broadcast contracts (0.2); meet with N. Besdin re: research on broadcast contracts (0.2); call with S. Pater re: WGN sublease (0.2); follow-up on WGN issue and emails re: same (0.3); emails to and from M. Polonsky re: WGN sublease (0.4); follow-up calls with S. Pater (0.2) | 2.80 |
| 01/25/10 | JE Henderson | Email exchanges w/client re: NBC order (.20); review orders entered re: NBC and Hearst motions (.20) | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number:  30010657
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/25/10 | JK Ludwig | Email to G. Mazzaferri and C. Sennet re: entry of order authorizing assumption of NBC agreements | .10 |
| 01/26/10 | BJ Hauserman | Call with B. Krakauer re: broadcast contracts (0.3); call to B. Whittman re: same (0.1); follow-up email to B. Krakauer re: same (0.1); emails to S. Pater re: WGN sublease (0.2); Call with M. Polonsky re: same (0.1); follow-up on WGN lease and other lease transactions (0.5) | 1.30 |
| 01/27/10 | CL Kline | Discuss payment protocol w/J. Spizz | .20 |
| 01/27/10 | GR MacConaill | Emails with J. Marsh and K. Lantry re:  Marsh contract | .30 |
| 01/29/10 | KT Lantry | Discuss Marsh motion with G. MacConaill | .10 |
| 01/29/10 | GR MacConaill | Review and revise motion to assume Marsh contract and agreements | 1.30 |
| 01/29/10 | GR MacConaill | Emails with J. Shugrue and K. Lantry re:  Marsh contracts and assumption motion | .20 |
| 01/29/10 | GR MacConaill | Office conference with K. Lantry re:  Marsh contract assumption | .20 |

**Total Hours**    **43.50**

**SIDLEY AUSTIN** LLP

Invoice Number: 30010657
Tribune Company

RE: Executory Contracts and Leases

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JE Henderson | 13.30 | $850.00 | $11,305.00 |
| KT Lantry | 1.10 | 850.00 | 935.00 |
| KP Kansa | .40 | 700.00 | 280.00 |
| GR MacConaill | 3.50 | 560.00 | 1,960.00 |
| BJ Hauserman | 6.10 | 475.00 | 2,897.50 |
| JK Ludwig | 15.40 | 475.00 | 7,315.00 |
| ME Weicher Gaudette | 1.50 | 425.00 | 637.50 |
| CL Kline | .20 | 425.00 | 85.00 |
| N Besdin | 2.00 | 300.00 | 600.00 |
| **Total Hours and Fees** | **43.50** | | **$26,015.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010658
Client Matter 90795-30420

For professional services rendered and expenses incurred through
January 31, 2010 re Vendor Issues

Fees                                                                    $1,120.00

**Total Due This Bill**                                          **$1,120.00**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                                   Sidley Austin LLP
P.O. Box 0642                                        JP Morgan Chase Bank, NA
Chicago, Illinois 60690                          Account Number: 5519624
                                                           ABA Number: 071000013
                                                           Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 30010658
Tribune Company

RE: Vendor Issues

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/04/10 | KS Mills | Respond to vendor inquiries | .30 |
| 01/06/10 | KS Mills | Review/analysis of proposed form of contract w/certain vendor (.7); t/call w/company re: same (.5) | 1.20 |
| 01/07/10 | KS Mills | Review/analysis of proposed form of agreement w/certain vendor | .50 |
| | | **Total Hours** | **2.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 30010658
Tribune Company

RE: Vendor Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KS Mills | 2.00 | $560.00 | $1,120.00 |
| **Total Hours and Fees** | **2.00** | | **$1,120.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010659
Client Matter 90795-30430

For professional services rendered and expenses incurred through
January 31, 2010 re Use/Sale/Lease of Assets

| | |
|---|---|
| Fees | $21,500.00 |
| **Total Due This Bill** | **$21,500.00** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 30010659
Tribune Company

RE: Use/Sale/Lease of Assets

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/04/10 | JE Henderson | Tc/conf w/C. Kline re: SCNI motion (.30); email exchanges w/C. Kline re: SCNI motion (.10); review emails from client re: same (.10) | .50 |
| 01/04/10 | CL Kline | Discuss SCNI motion, stipulation and letter agreement filing requirements w/J. Spizz (0.2); Communicate status and discuss concerns w/D. Kazan (0.2), and discuss concerns about letter agreement request w/D. Kazan and J. Coppoletta (0.3); Review SCNI materials for J. Spizz comments, discuss w/J. Spizz (0.4); Review figures in letter agreement (0.4); Provide update to J. Henderson (0.2); Discuss committee advisor review w/B. Whittman (0.1) | 1.80 |
| 01/05/10 | JE Henderson | Review SCNI drafts and revise (1.30); tcs w/C. Kline re: various issues relating to SCNI motion (.50); review emails from client re: same and re: filing (.50); review exhibits (.30); review revised drafts and Hearst comments (.50) | 3.10 |
| 01/05/10 | KP Kansa | Review S. Pater email re: Melville property and respond to same (.4); review further emails on same and draft follow-up response (.3) | .70 |
| 01/05/10 | CL Kline | Discuss SCNI motion package w/J. Spizz (0.1); and review and revise motion for J. Spizz comments (0.6); Discuss comments and status w/D. Kazan and J. Coppoletta, and J. Henderson (0.4); Follow-up on letter agreement revision w/J. Spizz for background (0.1), discuss same to D. Kazan (0.1); Revise SCNI motion for J. Henderson comments (1.3); Prepare and finalize final SCNI draft package ready for execution (1.8), circulating same to client and J. Spizz w/comments (0.3); Confirm filing schedule w/K. Stickles (0.2); Confirm all figures in motion, stipulation and letter agreement (0.9); Provide motion and stipulation to committees w/comment (0.4); Discuss update w/D. Kazan (0.1) | 6.30 |
| 01/05/10 | KT Lantry | E-mails with J. Henderson and discussions with B. Krakauer re: potential transaction involving joint venture | .20 |
| 01/06/10 | JE Henderson | Review documents re: SCNI filing (0.4); email exchange w/C. Kline re: same (0.1) | .50 |
| 01/06/10 | CL Kline | Coordinate signature execution w/client and J. Spizz (0.3); Research and confirm authorized officers for Tribune entities w/J. Langdon and C. Krueger and 3/09 corporate officer lists (0.4), confirming same w/D. Kazan (0.1); Finalize and prepare SCNI motion package for filing (2.5); Review and revise motion per K. Stickles comments (0.2); Discuss notice w/P. Ratkowiak (0.1), and provide comments on same (0.2); Provide | 4.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30010659
Tribune Company

RE: Use/Sale/Lease of Assets

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | filed SCNI motion package to client and Hearst w/comments and directions on follow-up (0.2) | |
| 01/11/10 | JE Henderson | Conf w/K. Kansa re: potential transaction involving joint venture | .20 |
| 01/12/10 | KP Kansa | T/c's J. Xanders on potential transaction (.2); t/c T. Gaynor re: same (.3) | .50 |
| 01/13/10 | JE Henderson | Conf w/K. Kansa re: transaction issue involving joint venture | .40 |
| 01/13/10 | KP Kansa | Office conference with J. Henderson re: potential transaction (.3); t/c to J. Xanders re: same (.2); research status of joint venture 2015 report, and related matters (.8) | 1.30 |
| 01/19/10 | AL Triggs | Research re: 363 motion to assign interest in business | .60 |
| 01/20/10 | KP Kansa | Office conference and email A. Triggs re: potential transaction involving joint venture | .30 |
| 01/20/10 | AL Triggs | Draft 363 motion to assign Tribune's interest in joint venture | 6.30 |
| 01/21/10 | AL Triggs | Telephone and email correspondence with T. Gaynor re: potential transaction involving joint venture | .20 |
| 01/22/10 | KP Kansa | Email A. Triggs re: potential transaction joint ventrue (.1); office conference with A. Triggs on re: same (.1); follow up email to A. Triggs on re: same (.2) | .40 |
| 01/22/10 | AL Triggs | Meeting with K. Kansa re: planning for potential transaction involving joint venture | .30 |
| 01/25/10 | CL Kline | Review Stipulation and discuss SCNI matter status w/D. Kazan and V. Galati (0.4); Request treasury contact from Hearst to complete SCNI transaction w/comment on next steps (0.2), providing same to Tribune (0.1); Update Tribune and Hearst of order entry and obligations this week (0.3); Provide update on SCNI matter to J. Henderson (0.1) | 1.10 |
| 01/25/10 | AL Triggs | Email correspondence with T. Gaynor re: potential transaction | .20 |
| 01/26/10 | AL Triggs | Revise 363 motion regarding joint venture transaction | 1.20 |
| 01/27/10 | KP Kansa | Email A. Triggs re: potential transaction involving joint venture (.1); further emails to A. Triggs re: same (.2); t/c's A. Triggs re: same (.3); t/c T. Gaynor re: same (.3); email D. Liebentritt and D. Eldersveld re: same (.6); review transaction term sheet and email comments on same to A. Triggs (.6); review 363 motion and email comments on same to A. Triggs (.8) | 2.90 |
| 01/27/10 | AL Triggs | Revise 363 motion per comments from K. Kansa | 2.70 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30010659
Tribune Company

RE: Use/Sale/Lease of Assets

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/28/10 | KP Kansa | T/c's A. Triggs re: potential transaction involving joint ventrue (.3); email D. Eldersveld, D. Liebentritt, and D. Kazan re: same (.4); review emails and related materials from transaction counter-party(.6) | 1.30 |
| 01/28/10 | AL Triggs | Revise 363 motion per comments from J. Xanders, T. Gaynor (3.1); telephone and email correspondence with T. Gaynor, J. Xanders, K. Kansa re: timing for filing motion (0.8)( | 3.90 |
| | | **Total Hours** | **40.90** |

**SIDLEY AUSTIN LLP**

Invoice Number: 30010659
Tribune Company

RE: Use/Sale/Lease of Assets

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JE Henderson | 4.70 | $850.00 | $3,995.00 |
| KT Lantry | .20 | 850.00 | 170.00 |
| KP Kansa | 7.40 | 700.00 | 5,180.00 |
| AL Triggs | 15.40 | 425.00 | 6,545.00 |
| CL Kline | 13.20 | 425.00 | 5,610.00 |
| **Total Hours and Fees** | **40.90** | | **$21,500.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010660
Client Matter 90795-30440

For professional services rendered and expenses incurred through
January 31, 2010 re DIP Financing/Cash Collateral

Fees                                                                                          $390.00

**Total Due This Bill**                                                            **$390.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 30010660
Tribune Company

RE: DIP Financing/Cash Collateral

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/11/10 | RJ Lewis | Telephone conferences and correspondence re: guaranty provisions and disgorgement with B. Krakauer and C. Kline (.30); review documents re: same (.20) | .50 |
| 01/21/10 | RJ Lewis | Telephone conference with J. Boelter re: hedging obligations | .10 |
| | | **Total Hours** | **.60** |

**SIDLEY AUSTIN LLP**

Invoice Number:  30010660
Tribune Company

RE: DIP Financing/Cash Collateral

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| RJ Lewis | .60 | $650.00 | $390.00 |
| **Total Hours and Fees** | **.60** | | **$390.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010662
Client Matter 90795-30450

For professional services rendered and expenses incurred through
January 31, 2010 re Insurance Issues

Fees                                                                        $8,795.00

**Total Due This Bill**                                          **$8,795.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 30010662
Tribune Company

RE: Insurance Issues

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/04/10 | CL Kline | Resolve Pacificare Insurance termination notices w/V. Garlati and local counsel (0.3) | .30 |
| 01/04/10 | KT Lantry | E-mails with D. Liebentritt re: status of tail coverage motion (.2); review and edit tail coverage motion (0.9); discuss changes to same with J. Ludwig (0.4) | 1.50 |
| 01/04/10 | JK Ludwig | Email to K. Lantry re: motion to purchase tail coverage (0.1); telephone call with K. Lantry re: same (0.4); revise motion to purchase tail coverage (2.2) | 2.70 |
| 01/05/10 | KT Lantry | Discuss tail coverage with D. Deutsch (0.2); e-mails re: same with D. Schaible and D. Smit (.1); review suggested changes to tail coverage motion and edit same (0.6); discuss changes with J. Ludwig (0.4) | 1.30 |
| 01/05/10 | JK Ludwig | Review emails from D. Liebentritt, J. Shugrue, D. Bryan, and C. Leeman re: motion to purchase tail coverage (0.6); telephone call with K. Lantry re: same (0.4); revise motion to purchase tail coverage (2.3); | 3.30 |
| 01/06/10 | KT Lantry | Discuss tail coverage issues with B. Bennett, D. Schaible and D. Liebentritt (.3); e-mails re: changes to motion for tail coverage and discuss changes to same and filing with J. Ludwig (.7) | 1.00 |
| 01/06/10 | JK Ludwig | Review and respond to emails from D. Liebentritt, J. Shugrue, D. Bryan, and C. Leeman re: motion to purchase tail coverage (0.5); review and revise motion to purchase tail coverage (1.6); email to Epiq re: service of motion to purchase tail coverage (0.1); emails with K. Lantry re: motion to purchase tail coverage (0.2) | 2.40 |
| 01/07/10 | KT Lantry | E-mail with D. Schaible re: tail coverage | .10 |
| 01/11/10 | KT Lantry | E-mails with B. Krakauer and D. Liebentritt re: tail coverage motion | .20 |
| 01/12/10 | KT Lantry | Telephone call to P. Anderson re: insurance issues | .10 |
| 01/18/10 | EA Schoon | Correspondence and telephone conference with Jim Bendernagel re: insurance issues | .50 |
| 01/26/10 | KT Lantry | Review and edit memo summarizing D&O and fiduciary coverage and cover e-mail re: same to D. Liebentritt | .60 |
| 01/31/10 | KT Lantry | E-mails with J. Shugrue re: insurance issue involving Faggio settlement | .30 |

|  |  | **Total Hours** | **14.30** |

**SIDLEY AUSTIN** LLP

Invoice Number:  30010662
Tribune Company

RE: Insurance Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | 5.10 | $850.00 | $4,335.00 |
| EA Schoon | .50 | 685.00 | 342.50 |
| JK Ludwig | 8.40 | 475.00 | 3,990.00 |
| CL Kline | .30 | 425.00 | 127.50 |
| **Total Hours and Fees** | **14.30** | | **$8,795.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

March 9, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30010663
Client Matter 90795-30460

For professional services rendered and expenses incurred through
January 31, 2010 re Committee-Related Matters

Fees                                                                $6,430.50

**Total Due This Bill**                                             **$6,430.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number: 30010663
Tribune Company

RE: Committee-Related Matters

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/05/10 | B Krakauer | Meeting with UCC re: plan and claim analysis | 1.90 |
| 01/05/10 | B Krakauer | Meeting with Chadbourne, re: claim analysis | .50 |
| 01/05/10 | KT Lantry | E-mails with Chadbourne and K. Kansa re: agenda for weekly call with Committee's counsel | .20 |
| 01/06/10 | JE Henderson | Weekly UCC call | .50 |
| 01/06/10 | KT Lantry | Prepare for and participate in weekly conference call with Chadbourne re: pending tasks in case | .50 |
| 01/13/10 | JE Henderson | Weekly c/c w/UCC | .50 |
| 01/13/10 | KT Lantry | Participate in weekly conference call with Chadbourne re: pending tasks | .50 |
| 01/26/10 | KF Blatchford | T/Cs J. Henderson re: Committee confidentiality provisions (0.4); review and comment on same (1.4) | 1.80 |
| 01/28/10 | B Krakauer | Prepare for and attend call with H. Seife and G. Bush, re: plan issues | 1.10 |
| | | **Total Hours** | **7.50** |

**SIDLEY AUSTIN LLP**

Invoice Number:  30010663
Tribune Company

RE: Committee-Related Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B Krakauer | 3.50 | $925.00 | $3,237.50 |
| JE Henderson | 1.00 | 850.00 | 850.00 |
| KT Lantry | 1.20 | 850.00 | 1,020.00 |
| KF Blatchford | 1.80 | 735.00 | 1,323.00 |
| **Total Hours and Fees** | **7.50** | | **$6,430.50** |