United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| KTLA INC | } Chapter 11 }  }  }  } Case No. } 08-13183 |
| Debtor | } Amount **$1,575.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**KLIAN JACK**
**12520 ARISTO PL**
**GRANADA HILLS, CA 91344**

The transfer of your claim as shown above in the amount of **$1,575.00** has been transferred to:

  Liquidity Solutions Inc
  One University Plaza
  Suite 312
  Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

        By/s/Jeffrey L. Caress
        Liquidity Solutions Inc
        (201) 968-0001

           3101974

**TRANSFER NOTICE**

Klian Jack ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **KTLA INC** (the "Debtor"), in the aggregate amount of **$1,575.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13183.

IN WITNESS WHEREOF, Assignor has signed below as of the __12__ day of __23__, 2009

Klian Jack

_____
(Signature)

JACK KLIAN
(Print Name and Title)

_____
(Signature)

JEFFREY L. CARESS
(Print Name of Witness)

KTLA INC
Klian Jack



3101974