# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked
### January 1, 2010 - January 31, 2010

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 37.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 13.0 |
| John Momtazee | Managing Director, Media | 7.5 |
| Zul Jamal | Senior Vice President, Restructuring Group | 46.0 |
| Larry Kwon | Vice President, Restructuring Group | 33.0 |
| Ashish Ajmera | Vice President, Media | 31.5 |
| Evan Glucoft | Associate | 46.5 |
| Vishal Patel | Analyst | 101.5 |
| | **Total Moelis Team Hours** | **316.5** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 7.5 |
| Zul Jamal | Sr. Vice President | 46.0 |
| Larry Kwon | Vice President | 33.0 |
| Ashish Ajmera | Vice President | 31.5 |
| Evan Glucoft | Associate | 46.5 |
| Vishal Patel | Analyst | 101.5 |
| **Total** | | **316.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Vishal Patel | 01/02/10 | 4.5 | Industry research |
| Ashish Ajmera | 01/03/10 | 3.0 | Review of research |
| Larry Kwon | 01/03/10 | 2.0 | Review of research |
| Thane Carlston | 01/04/10 | 2.0 | Review of Debtor's presentation to Centerbridge |
| Navid Mahmoodzadegan | 01/04/10 | 2.5 | Review of Debtor's presentation to Centerbridge |
| John Momtazee | 01/04/10 | 1.0 | Review of Debtor's presentation to Centerbridge |
| Zul Jamal | 01/04/10 | 3.0 | Review of Debtor's presentation to Centerbridge |
| Ashish Ajmera | 01/04/10 | 4.0 | Review of Debtor's presentation to Centerbridge |
| Larry Kwon | 01/04/10 | 2.0 | Review of Debtor's presentation to Centerbridge |
| Evan Glucoft | 01/04/10 | 3.5 | Review of Debtor's presentation to Centerbridge |
| Vishal Patel | 01/04/10 | 2.0 | Review of Debtor's presentation to Centerbridge |
| Thane Carlston | 01/04/10 | 3.0 | Numerous calls regarding LBO with bondholder/lender groups |
| Evan Glucoft | 01/04/10 | 1.0 | Recovery Analysis |
| Vishal Patel | 01/04/10 | 2.5 | Recovery Analysis & discussion with Alix |
| Vishal Patel | 01/04/10 | 4.0 | Media Update |
| Evan Glucoft | 01/04/10 | 3.0 | Media Update |
| Navid Mahmoodzadegan | 01/05/10 | 0.5 | Planning for professionals meeting |
| Zul Jamal | 01/05/10 | 0.5 | Planning for professionals meeting |
| Larry Kwon | 01/05/10 | 0.5 | Planning for professionals meeting |
| Ashish Ajmera | 01/05/10 | 0.5 | Planning for professionals meeting |
| Evan Glucoft | 01/05/10 | 0.5 | Planning for professionals meeting |
| Vishal Patel | 01/05/10 | 0.5 | Planning for professionals meeting |
| Thane Carlston | 01/06/10 | 1.0 | Professionals call |
| Larry Kwon | 01/06/10 | 1.0 | Professionals call |
| Ashish Ajmera | 01/06/10 | 1.0 | Professionals call |
| Evan Glucoft | 01/06/10 | 1.0 | Professionals call |
| Vishal Patel | 01/06/10 | 1.0 | Professionals call |
| Zul Jamal | 01/06/10 | 1.0 | Analysis of prior valuation work and comps |
| Larry Kwon | 01/06/10 | 1.0 | Updating trading comparable analysis and variance analysis |
| Ashish Ajmera | 01/06/10 | 1.0 | Updating trading comparable analysis and variance analysis |
| Evan Glucoft | 01/06/10 | 5.0 | Updating trading comparable analysis and variance analysis |
| Vishal Patel | 01/06/10 | 10.0 | Updating trading comparable analysis and variance analysis |
| Zul Jamal | 01/06/10 | 1.0 | Recovery analysis call |
| Larry Kwon | 01/06/10 | 1.0 | Recovery analysis call |
| Ashish Ajmera | 01/06/10 | 1.0 | Recovery analysis call |
| Evan Glucoft | 01/06/10 | 1.0 | Recovery analysis call |
| Vishal Patel | 01/06/10 | 2.5 | Discussion with Zuckerman; recovery analysis |
| Zul Jamal | 01/06/10 | 0.5 | Discussion with fee auditor |
| Zul Jamal | 01/06/10 | 1.0 | Analysis of fee auditor report |
| Evan Glucoft | 01/06/10 | 1.0 | Analysis of fee auditor report |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - January 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 7.5 |
| Zul Jamal | Sr. Vice President | 46.0 |
| Larry Kwon | Vice President | 33.0 |
| Ashish Ajmera | Vice President | 31.5 |
| Evan Glucoft | Associate | 46.5 |
| Vishal Patel | Analyst | 101.5 |
| **Total** | | **316.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 01/06/10 | 0.5 | Analysis of fee auditor report |
| Navid Mahmoodzadegan | 01/07/10 | 1.5 | Review of trading comp analysis |
| John Momtazee | 01/07/10 | 2.0 | Review of trading comp analysis |
| Ashish Ajmera | 01/07/10 | 2.0 | Review of trading comp analysis |
| Zul Jamal | 01/07/10 | 2.0 | Review of trading comp analysis |
| Thane Carlston | 01/07/10 | 4.0 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 01/07/10 | 4.0 | UCC Committee Meeting |
| John Momtazee | 01/07/10 | 4.0 | UCC Committee Meeting |
| Ashish Ajmera | 01/07/10 | 4.0 | UCC Committee Meeting |
| Zul Jamal | 01/07/10 | 4.0 | UCC Committee Meeting |
| Evan Glucoft | 01/07/10 | 4.0 | UCC Committee Meeting |
| Vishal Patel | 01/07/10 | 3.5 | UCC Committee Meeting |
| Vishal Patel | 01/07/10 | 0.5 | FA Call |
| Zul Jamal | 01/07/10 | 1.5 | Review of updated comps & June valuation analysis |
| Larry Kwon | 01/07/10 | 0.5 | Review of updated comps & June valuation analysis |
| Thane Carlston | 01/08/10 | 1.0 | Numerous calls regarding LBO with bondholder/lender groups |
| Zul Jamal | 01/08/10 | 1.0 | Numerous calls regarding LBO with bondholder/lender groups |
| Thane Carlston | 01/08/10 | 1.0 | Internal discussion re committee meeting |
| Navid Mahmoodzadegan | 01/08/10 | 1.0 | Internal discussion re committee meeting |
| Zul Jamal | 01/08/10 | 1.5 | Internal discussion re committee meeting |
| Ashish Ajmera | 01/08/10 | 0.5 | Call with Alix re: Intercompany diligence |
| Vishal Patel | 01/08/10 | 0.5 | Call with Alix re: Intercompany diligence |
| Evan Glucoft | 01/09/10 | 2.5 | Media Update |
| Vishal Patel | 01/09/10 | 4.0 | Media Update |
| Thane Carlston | 01/11/10 | 2.0 | Discussions with parties re LBO |
| Zul Jamal | 01/11/10 | 2.0 | Discussions with parties re LBO |
| Larry Kwon | 01/11/10 | 2.0 | Discussions with parties re LBO |
| Zul Jamal | 01/11/10 | 0.5 | Discussion with Alix re: Cable Opportunity |
| Thane Carlston | 01/12/10 | 2.0 | Meeting with Chadbourne |
| Zul Jamal | 01/12/10 | 1.0 | Internal discussion re: Cable Opportunity |
| Ashish Ajmera | 01/12/10 | 0.5 | Internal discussion re: Cable Opportunity |
| Evan Glucoft | 01/12/10 | 3.0 | Cable network industry analysis |
| Vishal Patel | 01/12/10 | 5.0 | Cable network industry analysis |
| Larry Kwon | 01/12/10 | 0.5 | Discussions with committee member re: recovery analysis |
| Vishal Patel | 01/12/10 | 0.5 | Discussions with committee member re: recovery analysis |
| Zul Jamal | 01/12/10 | 1.5 | Discussion with Zuckerman re TRB 2007 equity performance |
| Larry Kwon | 01/12/10 | 1.5 | Discussion with Zuckerman re TRB 2007 equity performance |
| Zul Jamal | 01/12/10 | 0.5 | Recovery analysis |
| Larry Kwon | 01/12/10 | 1.0 | Recovery analysis |
| Vishal Patel | 01/12/10 | 1.0 | Recovery analysis |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - January 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 7.5 |
| Zul Jamal | Sr. Vice President | 46.0 |
| Larry Kwon | Vice President | 33.0 |
| Ashish Ajmera | Vice President | 31.5 |
| Evan Glucoft | Associate | 46.5 |
| Vishal Patel | Analyst | 101.5 |
| **Total** | | **316.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 01/12/10 | 0.5 | Inbound call to Nils re: Cable opportunity |
| Larry Kwon | 01/13/10 | 1.0 | Discussions with committee member re: recovery analysis |
| Vishal Patel | 01/13/10 | 1.0 | Discussions with committee member re: recovery analysis |
| Thane Carlston | 01/13/10 | 1.0 | Review of draft LBO complaint & examiner motion by Wilmington |
| Zul Jamal | 01/13/10 | 2.0 | Review of draft LBO complaint & examiner motion by Wilmington |
| Larry Kwon | 01/13/10 | 2.0 | Review of draft LBO complaint & examiner motion by Wilmington |
| Ashish Ajmera | 01/13/10 | 2.0 | TRB 2007 equity benchmarking analysis |
| Evan Glucoft | 01/13/10 | 1.0 | TRB 2007 equity benchmarking analysis |
| Vishal Patel | 01/13/10 | 5.0 | TRB 2007 equity benchmarking analysis |
| Ashish Ajmera | 01/13/10 | 2.0 | Call with Nils and email to internal team |
| Thane Carlston | 01/14/10 | 2.5 | UCC Committee Meeting |
| Zul Jamal | 01/14/10 | 2.5 | UCC Committee Meeting |
| Larry Kwon | 01/14/10 | 2.5 | UCC Committee Meeting |
| Ashish Ajmera | 01/14/10 | 2.5 | UCC Committee Meeting |
| Evan Glucoft | 01/14/10 | 2.5 | UCC Committee Meeting |
| Vishal Patel | 01/14/10 | 2.5 | UCC Committee Meeting |
| Zul Jamal | 01/14/10 | 0.5 | Recovery Analysis |
| Larry Kwon | 01/14/10 | 1.0 | Recovery Analysis |
| Evan Glucoft | 01/14/10 | 1.0 | Recovery Analysis |
| Vishal Patel | 01/14/10 | 8.0 | Recovery Analysis |
| Thane Carlston | 01/15/10 | 4.0 | Meeting with key lender consituents re: LBO |
| Zul Jamal | 01/15/10 | 2.0 | Recovery Analysis |
| Larry Kwon | 01/15/10 | 3.5 | Recovery Analysis |
| Ashish Ajmera | 01/15/10 | 1.5 | Recovery Analysis |
| Evan Glucoft | 01/15/10 | 2.0 | Recovery Analysis |
| Vishal Patel | 01/15/10 | 3.5 | Recovery Analysis |
| Larry Kwon | 01/15/10 | 0.5 | Interco analysis discussion with Alix |
| Larry Kwon | 01/16/10 | 1.0 | Call with Zuckerman re: recovery analysis |
| Vishal Patel | 01/16/10 | 1.0 | Call with Zuckerman re: recovery analysis |
| Evan Glucoft | 01/17/10 | 2.0 | Litigation settlement comps |
| Vishal Patel | 01/17/10 | 4.0 | Litigation settlement comps |
| Thane Carlston | 01/18/10 | 1.0 | Emails with Zuckerman re: recovery analysis |
| Larry Kwon | 01/18/10 | 2.0 | Emails with Zuckerman re: recovery analysis |
| Vishal Patel | 01/18/10 | 2.5 | Emails with Zuckerman re: recovery analysis |
| Zul Jamal | 01/18/10 | 1.0 | Emails with Zuckerman re: recovery analysis |
| Thane Carlston | 01/19/10 | 3.0 | Professionals call |
| Larry Kwon | 01/19/10 | 1.0 | Professionals call |
| Zul Jamal | 01/19/10 | 3.0 | Professionals call |
| Vishal Patel | 01/19/10 | 2.0 | Professionals call |
| Thane Carlston | 01/19/10 | 2.0 | Calls with lenders / bondholders re: LBO |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 7.5 |
| Zul Jamal | Sr. Vice President | 46.0 |
| Larry Kwon | Vice President | 33.0 |
| Ashish Ajmera | Vice President | 31.5 |
| Evan Glucoft | Associate | 46.5 |
| Vishal Patel | Analyst | 101.5 |
| **Total** | | **316.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 01/19/10 | 1.0 | Calls with lenders / bondholders re: LBO |
| Zul Jamal | 01/19/10 | 1.0 | Recovery analysis |
| Larry Kwon | 01/19/10 | 0.5 | Recovery analysis |
| Vishal Patel | 01/19/10 | 4.0 | Recovery analysis |
| Zul Jamal | 01/20/10 | 2.0 | Recovery analysis |
| Vishal Patel | 01/20/10 | 3.5 | Recovery analysis |
| Thane Carlston | 01/21/10 | 3.0 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 01/21/10 | 3.0 | UCC Committee Meeting |
| Zul Jamal | 01/21/10 | 2.5 | UCC Committee Meeting |
| Larry Kwon | 01/21/10 | 3.0 | UCC Committee Meeting |
| Evan Glucoft | 01/21/10 | 3.0 | UCC Committee Meeting |
| Vishal Patel | 01/21/10 | 3.0 | UCC Committee Meeting |
| Vishal Patel | 01/21/10 | 1.0 | Call with Alix re: recovery and intercompany analyses |
| Vishal Patel | 01/23/10 | 3.0 | Media Update |
| Evan Glucoft | 01/24/10 | 2.5 | Media Update |
| Vishal Patel | 01/24/10 | 1.0 | Media Update |
| Evan Glucoft | 01/25/10 | 2.0 | 2007 LBO Merger Arb analysis |
| Vishal Patel | 01/25/10 | 3.0 | 2007 LBO Merger Arb analysis |
| Zul Jamal | 01/26/10 | 1.0 | 2007 LBO Merger Arb analysis |
| Larry Kwon | 01/26/10 | 0.5 | 2007 LBO Merger Arb analysis |
| Vishal Patel | 01/26/10 | 2.0 | 2007 LBO Merger Arb analysis |
| Zul Jamal | 01/27/10 | 1.0 | Professionals Call |
| Larry Kwon | 01/27/10 | 1.0 | Professionals Call |
| Ashish Ajmera | 01/27/10 | 1.0 | Professionals Call |
| Vishal Patel | 01/27/10 | 1.0 | Professionals Call |
| Thane Carlston | 01/27/10 | 1.0 | Numerous calls regarding LBO with bondholder/lender groups |
| Zul Jamal | 01/27/10 | 1.0 | Numerous calls regarding LBO with bondholder/lender groups |
| Thane Carlston | 01/28/10 | 1.5 | Review of emails / planning for meetings with LBO parties |
| Zul Jamal | 01/28/10 | 1.5 | Review of emails / planning for meetings with LBO parties |
| Ashish Ajmera | 01/28/10 | 2.0 | Bi-weekly update call with Debtor / review of full year financials |
| Evan Glucoft | 01/28/10 | 2.0 | Bi-weekly update call with Debtor / review of full year financials |
| Vishal Patel | 01/28/10 | 2.0 | Bi-weekly update call with Debtor / review of full year financials |
| Thane Carlston | 01/28/10 | 1.5 | Numerous calls regarding LBO with bondholder/lender groups |
| Navid Mahmoodzadegan | 01/28/10 | 0.5 | Review of full year financials |
| John Momtazee | 01/28/10 | 0.5 | Review of full year financials |
| Larry Kwon | 01/28/10 | 0.5 | Review of full year financials |
| Zul Jamal | 01/28/10 | 0.5 | Review of full year financials |
| Thane Carlston | 01/28/10 | 1.0 | UCC Committee Meeting |
| Zul Jamal | 01/28/10 | 1.0 | UCC Committee Meeting |
| Ashish Ajmera | 01/28/10 | 1.0 | UCC Committee Meeting |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - January 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 7.5 |
| Zul Jamal | Sr. Vice President | 46.0 |
| Larry Kwon | Vice President | 33.0 |
| Ashish Ajmera | Vice President | 31.5 |
| Evan Glucoft | Associate | 46.5 |
| Vishal Patel | Analyst | 101.5 |
| **Total** | | **316.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 01/28/10 | 1.0 | UCC Committee Meeting |
| Vishal Patel | 01/28/10 | 1.0 | UCC Committee Meeting |
| Vishal Patel | 01/29/10 | 2.5 | Comps update |
| Evan Glucoft | 01/30/10 | 2.0 | Media Update |
| Vishal Patel | 01/30/10 | 3.0 | Media Update |
| Ashish Ajmera | 01/31/10 | 1.0 | Media Update |
| | **Total** | **316.5** | |