# EXHIBIT B

**Tribune Co.**

Moelis & Company - January 2010 Expense Summary

|  | January 2010 |
|---|---:|
| Airfare | $ 2,568.00 |
| Lodging | 2,252.86 |
| Travel / Overtime / Weekend meals | 256.75 |
| Taxi / Transportation / Parking | 374.77 |
| Telephone | 51.80 |
| Presentations | 1,249.90 |
| **Total** | **$ 6,754.08** |

**Tribune Co.**
Moelis & Company - January 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| Airfare | 1/14/2010 | Airfare | United Airlines LAX-JFK-LAX | Evan Glucoft | $3,371.40 | $1,200.00 |
| Airfare | 1/19/2010 | Airfare | Travel Agency Service Fee | Evan Glucoft | 42.00 | 42.00 |
| Airfare | 1/14/2010 | Airfare | Travel Agency Service Fee | Evan Glucoft | 42.00 | 42.00 |
| Airfare | 1/14/2010 | Airfare | Travel Agency Service Fee | Evan Glucoft | 42.00 | 42.00 |
| Airfare | 1/15/2010 | Airfare | United Airlines LAX-JFK-LAX | Vishal Patel | 3,659.40 | 1,200.00 |
| Airfare | 1/15/2010 | Airfare | Travel Agency Service Fee | Vishal Patel | 42.00 | 42.00 |
| | | | | **Total Requested** | | **$2,568.00** |
| **LODGING** | | | | | | |
| Lodging | 1/18/2010 | Hotel | Standard Hotel (4 nights; $250 / night) includes taxes and fees | Evan Glucoft | $1,223.02 | $1,223.02 |
| Lodging | 1/18/2010 | Hotel | W Hotel (3 nights; $296 / night) includes taxes and fees | Vishal Patel | 1,029.84 | 1,029.84 |
| | | | | **Total Requested** | | **$2,252.86** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals | 1/21/2010 | Meal Travel | Jewel Bako - Dinner | Evan Glucoft | $55.00 | $50.00 |
| Meals | 1/20/2010 | Meal Travel | The Standard In Room - Dinner | Evan Glucoft | 55.00 | 50.00 |
| Meals | 1/22/2010 | Meal Travel | The Grove - JFK Airport - Lunch | Evan Glucoft | 8.19 | 8.19 |
| Meals | 1/18/2010 | Meal Travel | Minetta Tavern - Dinner | Evan Glucoft | 70.00 | 50.00 |
| Meals | 1/19/2010 | Meal Travel | The Standard In Room - Dinner | Evan Glucoft | 32.00 | 32.00 |
| Meals | 1/17/2010 | Meal Travel | Pastis - Dinner | Evan Glucoft | 70.00 | 50.00 |
| Meals | 1/22/2010 | Meal Travel | Balducci's - Lunch | Evan Glucoft | 10.32 | 10.32 |
| Meals | 1/21/2010 | Meal Travel | W Hotels In Room - Breakfast | Vishal Patel | 6.24 | 6.24 |
| | | | | **Total Requested** | | **$256.75** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| Transportation | 1/17/2010 | Taxi | Beverly Hills Cab Co Los Angeles Office To Airport | Evan Glucoft | $50.55 | $50.55 |
| Transportation | 1/18/2010 | Taxi | Nyc Taxi Med 8e82 09 Carteret To Dinner | Evan Glucoft | 7.56 | 7.56 |
| Transportation | 1/21/2010 | Taxi | 55 Stan Operating Co Long Island To Office | Evan Glucoft | 13.40 | 13.40 |
| Transportation | 1/21/2010 | Taxi | Nyc Taxi Med 3h45 09 Long Island Airport To Hotel | Evan Glucoft | 40.04 | 40.04 |
| Transportation | 1/22/2010 | Taxi | Nyc Taxi Med 2v97 09 New York Office To Hotel | Evan Glucoft | 10.92 | 10.92 |
| Transportation | 1/18/2010 | Taxi | Nyc Taxi Med 2v97 09 New York To Office | Evan Glucoft | 7.10 | 7.10 |
| Transportation | 1/19/2010 | Taxi | Nyc Taxi Med 8e62 09 Bellerose To Office | Evan Glucoft | 17.04 | 17.04 |
| Transportation | 1/18/2010 | Taxi | The Bridge Group Of Long Island Hotel To Meeting | Evan Glucoft | 11.80 | 11.80 |
| Transportation | 1/22/2010 | Taxi | Nyc Taxi Med 8b33 09 Long Island Office To Airport | Evan Glucoft | 59.48 | 59.48 |
| Transportation | 1/19/2010 | Taxi | Nyc Taxi Med 1n58 09 Long Island To The Train Station | Evan Glucoft | 8.40 | 8.40 |
| Transportation | 1/19/2010 | Taxi | Nyc Taxi Med 4m82 09 Brooklyn To Meeting | Evan Glucoft | 6.78 | 6.78 |
| Transportation | 1/21/2010 | Taxi | Boulevard Taxi Leasi Long Island From Office | Evan Glucoft | 7.30 | 7.30 |
| Transportation | 1/22/2010 | Taxi | Itoa Hotel To Airport | Evan Glucoft | 47.00 | 47.00 |
| Transportation | 1/18/2010 | Taxi | Nyc Taxi Med 5a70 09 Brooklyn Meeting To Hotel | Evan Glucoft | 61.20 | 61.20 |
| Transportation | 1/18/2010 | Taxi | Nyc Taxi Med 7h80 09 Brooklyn Hotel To Office | Evan Glucoft | 12.00 | 12.00 |
| Transportation | 1/21/2010 | Taxi | Nyc Taxi Med 2v97 09 New York Hotel To Office | Evan Glucoft | 14.20 | 14.20 |
| | | | | **Total Requested** | | **$374.77** |
| **TELEPHONE** | | | | | | |
| Communications | 1/17/2010 | Internet Service | Aircell Gogo Inflight Internet On The Plane LAX - JFK | Evan Glucoft | $12.95 | $12.95 |
| Communications | 1/22/2010 | Internet Service | Aircell Gogo Inflight Internet On The Plane JFK - LAX | Evan Glucoft | 12.95 | 12.95 |
| Communications | 1/21/2010 | Internet Service | Aircell Gogo Inflight Internet On The Plane LAX - JFK | Vishal Patel | 12.95 | 12.95 |
| Communications | 1/18/2010 | Internet Service | Aircell Gogo Inflight Internet On The Plane JFK - LAX | Vishal Patel | 12.95 | 12.95 |
| | | | | **Total Requested** | | **$51.80** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $1,249.90 | $1,249.90 |
| | | | | **Total Requested** | | **$1,249.90** |
| | | | | **Month Total** | **$** | **6,754.08** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip. We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively