IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In re:                             : Chapter 11
                                   : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,           : (Jointly Administered)
                                   :
        Debtors.                   :
                                   : Proposed Hearing Date: April 13, 2010 at 10:00 a.m.
                                   . Objection Deadline: March 24, 2010 at 4:00 p.m.
                                   :
---------------------------------- x

### NOTICE OF JPMORGAN CHASE BANK, N.A.'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING FILING OF THE MOTION FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY UNDER SEAL

PLEASE TAKE NOTICE that on March 11, 2010, JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its counsel, filed the Motion for Entry of an Order Authorizing Filing of the Motion for Sanctions under Seal (the "Motion") with the United States Bankruptcy Court for the District of Delaware, a copy of which is attached.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 and served so as to actually be received by the undersigned counsel on or before March 24, 2010 at 4:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above procedure, a hearing on the Motion will be held before the Honorable Kevin J. Carey on April 13, 2010 at 10:00 a.m., or at such time as the Court deems appropriate. Only those objections made in response to the Motion will be heard.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 11, 2010
       Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Patrick M. Brannigan (No. 4778)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)
csimon@crosslaw.com
pbrannigan@crosslaw.com

-and-

Dennis E. Glazer
Karen E. Wagner
Sharon Katz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10022
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*