IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------x
|                                  :
In re:                             : Chapter 11
                                   : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,           : (Jointly Administered)
                                   :
        Debtors.                   : Re: Docket Nos. _____
                                   :
                                   :
----------------------------------x

**ORDER AUTHORIZING JPMORGAN CHASE BANK, N.A. TO FILE UNDER SEAL THE MOTION FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY AND THE EXHIBITS THERETO**

Upon the motion dated March 11, 2010 (the "Motion"), of JPMorgan Chase Bank, N.A. ("JPMorgan") for entry of an Order authorizing JPMorgan to file under seal the motion for sanctions against Wilmington Trust Company and the exhibits thereto pursuant to 11 U.S.C. §§ 105 and 107, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, its estate, its creditors and the parties in interest to these proceedings; and it appearing that proper and adequate notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases, after due deliberation thereon, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that JPMorgan is authorized to file the Motion and the exhibits attached to the Motion under seal.

Dated: _____, 2010
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge