## CERTIFICATE OF SERVICE

I, Patrick M. Brannigan, hereby certify that on this 11th day of March, 2010, I caused copies of the *Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing of the Motion for Sanctions Against Wilmington Trust Company Under Seal* to be served on the parties on the attached list by first class mail.

_____
Patrick M. Brannigan (No. 4778)

## SERVICE LIST

Abato, Rubenstein And Abato, P.A.
Attn: Corey Smith Bott, Brian G. Esders
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

Acxiom Corporation
Attn. C.B. Blackard, III, Corporate Counsel
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Akin Gump Strauss Hauer & Feld LLP
Attn: Daniel H. Golden & Philip C. Dublin, Esqs.
One Bryant Park
New York, NY 10036

Allison, Slutsky & Kennedy, PC
Angie M. Cowan
230 W Monroe St, Ste 2600
Chicago, IL 60606

Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Archer & Greiner, PC
John V. Fiorella, Esq.
300 Delaware Ave, Ste 1370
Wilmington, DE 19801

Ashby & Geddes, P.A.
Attn: William P. Bowden, Esq.
500 Delaware Avenue, 8th Avenue
P.O. Box 1150
Wilmington, DE 19899

Askounis & Darcy, PC
Attn: Thomas V. Asdounis, Esq.
401 North Michigan Avenue, Ste 550
Chicago, IL 60611

Banc Of America Bridge LLC
Lynn D. Simmons, Sr. Vice President
Bank Of America Strategic Solutions
Mail Code: Il1-231-11-19
231 South LaSalle Street
Chicago, IL 60604

Barack Ferrazzano Kirschbaum & Nagelberg LLP
Attn. George R. Mesires, Esq.
200 West Madison St., Suite 3900
Chicago, IL 60606

Barclays Capital Inc.
Attn: US Client Valuations Group
200 Park Avenue
New York, NY 10166

Barnes & Thornburg LLP
Attn: David M. Powlen
1000 North West Street, Suite 1200
Wilmington, DE 19801

Bartlett Hackett Feinberg PC
Frank F. Mcginn (Ma Bbo# 564729)
155 Federal St, 9th Fl
Boston, MA 02110

Belkin Burden Wenig & Goldman, LLP
Attn: Joshua G. Losardo, Esq.
270 Madison Avenue
New York, NY 10016

Benesch, Friedlander, Coplan & Aronoff, LLP
Attn. David M. Neumann, Esquire
200 Public Square Suite 2300
Cleveland, OH 44114-2378

Benesch, Friedlander, Coplan & Aronoff, LLP
Attn. Bradford J. Sandler & Jennifer R. Hoover, Esq.
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Bifferato LLC
Attn: Ian Connor Bifferato, Kevin Collins, Esqs.
Roche, Jr., M. Levin, & J. Makinen)
800 N. King Street, Plaza Level
Wilmington, DE 19801

Bloom Hergott Diemer Rosenthal Laviolette Feldman
& Good Man, LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA 90212

Broward County
Attn: Jeffrey J. Newton
County Attorney For Broward County Govt Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Brown Rudnick LLP
Attn. Robert J. Stark & Daniel J. Saval, Esq.
Seven Times Square
New York, NY 10036

Brown Stone Nimeroff LLC
Attn. Jami B. Nimeroff, Esq.
Affiliates Including Universal City Studios Productions LLLP)
4 East 8th Street, Suite 400
Wilmington, DE 19801

Bryan Cave LLP
Attn: Michelle Mcmahon, Esq.
1290 Avenue Of The Americas
New York, NY 10104

Buchalter Nemer
Pamela Kohlman Webster
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Buchalter Nemer, A Professional Corporation
Shawn M. Christianson, Esq.
333 Market Street, 25th Fl
San Francisco, CA 94105-2126

Callahan & Blaine
Attn: Edward Susolik, Esquire
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

Canon Usa, Inc.
Attn Ruth Wienstein
1 Canon Plaza
New Hyde Park, NY 11042

Capitalsource Finance LLC
Attn: Joanne Fungaroli, Esq.
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Chadbourne & Parke LLP
Attn Howard Seife, David M Lemay, Douglas E. Deutsch
30 Rockefeller Plaza
New York, NY 10112

Charles E. Davidow
2001 K. Street, N.W.
Washington, DC 20006-1047

Christine Z. Heri
Office Of The Solicitor
United States Department Of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

Ciardi Ciardi & Astin
Daniel K. Astin, Esq.; AnthoNY M. Saccullo, Esq.,
Mary E. Augustine, Esq., Carl D. Neff, Esq.
Citizens Bank Center
919 North Market Street, Ste 700
Wilmington, De 19801

Citicorp North America, Inc
750 Washington Blvd.
Stamford, CT 069013722

Cohen Weiss & Simon LLP
Attn Babette A Ceccoti
330 West 42nd Street
New York, NY 10036

Cole Schotz Meisel Forman & Leonard, PA
Norman L Pernick, Esq/J Kate Stickles, Esq
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Connolly Bove Lodge & Hutz LLP
Attn: Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street; Po Box 2207
Wilmington, DE 19899

Cooch & Taylor PA
Attn: Susan E. Kaufman, Esq.
1000 West Street, 10th Floor
Wilmington, DE 19801

Cotchett, Pitre & Mccarthy
Attn: Philip Gregory, Esq.
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Croudace & Dietrich LLP
Attn. Mark A Nitikman, Esquire
4750 Von Karman Avenue
Newport Beach, CA 92660

Crowell & Moring LLP
Attn. Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, NY 10022

Daniel Smirlock, Deputy Commissioner And Counsel
Attn: Elaine Z. Cole, Esq.
340 E. Main St.
Taxation And Finance)
Rochester, NY 14604

Davis Polk & Wardell LLP
Attn: Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
450 Lexington Avenue
New York, NY 10017

Deutsche Bank Ag
60 Wall Street
New York, NY 10005

Deutsche Bank National Trust Company
Attn: David Contino, Vice President
Global Transaction Bank Trust &Sec. Serv
25 Deforest Ave, Mail Stop: Sum01-0105
Summit, NJ 07901

Draper & Goldberg, PLLC
Attn. Adam Hiller & Michelle Berkeley-Ayres
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Duane Morris LLP
Attn. Michael R. Lastowski, Esq. & Sommer L. Ross
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Eckert,Seamans, Cherin & Mellot, LLC
Attn. Margaret F. England, Esquire
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Edwards Angell Palmer & Dodge LLP
Attn: Stuart M. Brown, Esq.
919 N. Market St, Ste 1500
Wilmington, DE 19801

Elliott Greenleaf
Attn William M Kelleher
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Ervin Cohen & Jessup LLP
Kenneth Miller, Esq.
9401 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

Foley & Lardner LLP
Attn: Michael J. Small, Esq.
321 North Clark, Suite 2800
Chicago, IL 60610-4500

Foley & Lardner LLP
Attn: Mary K. Braza, Esq.
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Fox Rothschold LLP
Attn. L. Jason Cornell, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Frank/Gecker LLP
Attn. Joseph D. Frank
325 North Lasalle Street, Suite 625
Chicago, IL 60654

Fred Fellmeth, Esq. General Counsel
Broadcast Systems Division
The Vitec Group Plc
101 Bilby Road
Hackettstown, NJ 07840

Freeborn & Peters LLP
Attn: Aaron L. Hammer, Esq. & Devon J. Eggert, Esq.
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Furman Gregory LLC
Donald R. Furman Jr.
75 Federal St, 9th Fl
Boston, MA 02110

Gohn Hankey & Stichel LLP
Counsel To Corestaff Services
Attn Jan I Berlage
201 North Charles Street
Baltimore, MD 21201

Goldstine, Skrodzki, Russian, Nemec And Hoff, Ltd.
Attn. Brian M. Dougherty
835 Mcclintock Drive, Second Floor
Willowbrook, IL 60527

Greene Radovsky Maloney Share & Hennigh LLP
Edward J. Tredinnick, Esq.
Four Embarcarcadero Center, Ste 4000
San Francisco, CA 94111

Harris Corporation
Anthony Deglomine, III
1025 W. Nasa Blvd
Mail Stop A-11a
Melbourne, FL 32919

Hennigan, Bennett & Dorman, LLP
Attn: Bruce Bennett, James O. Johnson
And Joshua D. Morse, Esqs.
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Herrick Feinstein LLP
Attn Paul Rubin; Stephen B. Selbst, Esq.
Two Park Avenue
New York, NY 10016

Hewlett-Packard Company
Attn: Ms. Ramona Neal, Corporate Counsel
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

Hewlett-Packard Company
Attn: Mr. Ken Higman, Sr. Default &
Recovery Analy
2125 E. Katella Ave., Suite 400
Anaheim, CA 92806

Hogan & Hartson LLP
Attn: Scott A. Golden, Ira S. Greene, Esqs.
875 Third Avenue
New York, NY 10022

Howard County Office Of Law
Attn. Margaret Ann Nolan, County Solicitor &
Camela J. Sandmann, Assistant County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

IBM Corporation
Attn Beverly H Shideler
Two Lincoln Centre
Villa Park, IL 60181

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Attn: Room 1150
31 Hopkins Plaza
Baltimore, MD 21201

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

JD Thompson Law
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233

JP Morgan Chase Bank, Na As Agent
1111 Fannin, 10th Floor
Houston, TX 77002

JP Morgan Chase Bank, Na
Attn: Miriam Kulnis
One Chase Plaza
New York, NY 10005

K&L Gates LLP
Attn: Jeffrey N. Rich, Esq.
599 Lexington Ave
New York, NY 10022-6030

K&L Gates LLP
Charles R. Smith, Esq.
Henry W. Oliver Building
535 Smithfield St
Pittsburgh, PA 15222-2312

Kamakazee Kiwi Coporation
3835-R East
Thousdan Oaks Blvd. #343
Thousand Oaks, CA 91362

Kaye Scholer LLP
Attn: Margo B Schonholtz, Esq
Madlyn Gleich Primoff, Esq
425 Park Ave
New York, NY 10022

Kelley Drye & Warren LLP
Erick R. Wilson, Esq.
Howard S. Steel, Esq.
101 Park Avenue
New York, NY 10178

Landis Rath & Cobb LLP
Attn Adam G Landis & Matthew B Mcguire
919 Market Street Suite 1800
Wilmington, DE 19801

Leclairryan, A Professoinal Corp.
Attn. David W. Phillips
Two Penn Plaza East
Newark, NJ 07105

Leslie A. Cohen, Esquire
Leslie Cohen Law, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
Attn: Daniel Feinberg, Angelica K. Jongco, Nina Wasow, Esqs.
1330 Broadway, Suite 1800
Oakland, CA 94612

Linda Boyle
Tw Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Linebarger Goggan Blair & Sampson LLP
Counsel To Harris County
Attn John P Dillman
PO Box 3064
Houston, TX 77253-3064

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Ste 1600
Dallas, TX 75201

Lowndes, Drosdick, Doster, Kantor And Reed, P.A.
Attn: Zachary J. Bancroft, Est.
450 S. Orange Ave, Suite 800
Orlando, FL 32801

Maureen A. Mcgreevey, Esquire
Senior Litigation Counsel
Sungard
682 E. Swedesford Road
Wayne, PA 19087

Mayer Brown LLP
Frederick D. Hyman, Esq.; Jeffrey G. Tougas, Esq.,
Amit K. Trehan, Esq., Barbra Yan, Esq.
1675 Broadway
New York, NY 10019

McCarter & English, LLP
Attn: David Adler, Esq.
G. Amanda Mallan, Esq.
245 Park Ave, 27th Fl
New York, NY 10167

Mccarter & English, LLP
Attn: Katharine L. Mayer, Esq.
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801

McGuire Woods LLP
Attn. Paul J. Catanese & Patricia K. Smoots
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Mcpharlin Sprinkles & Thomas, LLP
Attn. Elain M. Seid
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Meites, Mulder, Mollica & Glink
Attn: Thomas Meites, Michael Mulder, Esqs.
20 S. Clark Street, Suite 1500
Chicago, IL 60603

Merrill Lynch Capital Corporation
Attn: Sharon Hawkins
Loan Operations
600 E. Las Colinas Blvd., Suite 1300
Irving, TX 75039

Merrill Lynch Capital Corporation
Attn: Micahel O'brien
4 World Financial Center
250 Vesey Street
New York, NY 10080

Messana Rosner & Stern, LLP
Frederick B. Rosner, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Michael A. Cox, Attorney General And
Deborah B.
Waldmeir, Assistant Attorney General
State Of Michigan, Dept. Of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Michael Schloss
Office Of The Solicitor
United States Department Of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC 20013

Missouri Department Of Revenue
Attn: Sheryl L. Moreau
Special Assistant Attorney General
General Counsel's Office
301 W. High Street, Room 670
Po Box 475
Jefferson City, MO 65105-0475

Monzack Mersky Mclaughlin And
Browder, P.A.
Attn. Rachel B. Mersky, Esquire
Limited Liability CompaNY)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Morgan Stanley Fixed Income
Attn: Carolyn Adler
1585 Broadway, 2nd Floor
New York, NY 10036

Much Shelist Denenberg Ament And
Rubenstein, PC
Attn: Colleen E. Mcmanus
191 North Wacker Drive, Ste 1800
Chicago, IL 60606

Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

New York State Department Of Taxation
And Finance
Attn. Robert L. Cook, District Tax Attorney
333 East Washington St., 3rd Floor
Syracuse, NY 13202

Nolan, Plumhoff & Williams, Chartered
Attn. Robert L. Hanley, Jr. Esquire
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

O'Melveny & Myers LLP
Attn: Bradley J. Butwin, Daniel L. Cantor,
&
Steven A. Rosenstein, Esqs.
Times Square Tower
7 Times Square
New York, NY 10036

O'Melveny & Myers LLP
Attn: Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, CA 90071

Office of Attorney General
Attn. Carol E. Momjian, Senior Deputy
Attorney
General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Office of The United States Trustee
Joseph J. McMahon, Jr., Esq.
United States Dept Of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones, Timothy P. Cairns
And Mark M. Billion, Esqs.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Stephen P. Lamb & John P. Ditomo
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Paul, Weiss, Rifkind, Wharton & Garrisson LLP
Attn: Stephen J. Shimshak, Andrew Gordon, David W. Brown, Lauren Shumejda, & Stuart McPhail
1285 Avenue of the Americas
New York, NY 10019-6064

Pension Benefit Guaranty Corporation
Attn Frank A Anderson, Cassandra R Burton, &
Kartar S Khalsa, Esq
Office of the Chief Counsel
1200 K Street, Nw
Washington, DC 20005-4026

Pepper Hamilton LLP
Attn. David B. Stratton, Leigh-Anne M. Raport, Esq.
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Attn: David B. Stratton & John H. Schanne, II
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Esq.
1200 North Broom Street
Wilmington, DE 19806

Potter Anderson & Corroon LLP
Attn: Laurie Silverstein, Esq
Hercules Plaza
1313 N Market St, Po Box 951
Wilmington, DE 19899-0951

Poyner Spruill LLP
Judy D. Thompson, Esq.
301 South College Street, Ste 2300
Charlotte, NC 28202

Proskauer Rose LLP
Attn: Martin S. Zohn, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067

Quarles & Brady LLP
Leonard S. Shifflet, Esq.; Fay B. Feinstein, Esq.
300 North Lasalle Street, Ste 400
Chicago, IL 60654-3422

Richards, Layton & Finger, Pa
Attn: Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
920 North King Street
Wilmington, DE 19801

Riddell Williams, P.S.
Attn. Joseph E. Shickich, Jr. & Maria Ann Milano
1001- 4th Avenue, Suite 4500
Seattle, WA 98154-1192

Robinson Brog Leinwand Green Genovese & Gluck Pc
Attn. Fred B. Ringel, Esq.
1345 Avenue Of The Americas
New York, NY 10105

Ruskin Mascou Faltischek, P.C.
Attn: Michael S. Amato, Esq.
East Tower, 15th Floor
1425 Rxr Plaza
Uniondale, NY 11556-1425

Ruskin Moscou Faltischek, P.C.
Attn. Michael S. Amato, Esq.
East Tower, 15th Floor
1425 Rxr Plaza
Uniondale, NY 11556-1425

Securities & Exchange Commission
15th & Pennsylvania Ave, N.W.
Washington, DC 20020

Securities And Exchange Commission
100 F Street, Ne
Washington, DC 20549

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill, Esq.
222 Delaware Avenue, Ste 1500
Po Box 68
Wilmington, DE 19899

Shipman & Goodwin LLP
Attn. Julie A. Manning, Esq.
One Constitution Plaza
Hartford, CT 06103-1919

Sidley Austin LLP
Attn: Kenneth P. Kansa Esq.
One South Dearborn
Chicago, IL 60603

Sirlin Gallogly & Lesser, P.C.
Attn. Dana S. Plon, Esquire
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Squire, Sanders & Dempsey LLP
Attn: Kelly Singer, Esq.
Two Renaissance Square
40 North Central Ave, Ste 2700
Phoenix, AZ 85004-4498

Stempel Bennett Claman & Hochberg Pc
Attn Edmond P O'brien Esq
675 Third Avenue 31st Floor
New York, NY 10017

Stuart Maue
Attn: Linda K. Cooper
Fee Examiner
3840 Mckelvey Rd
St. Louis, MO 63044

Teitelbaum & Baskin, LLP
Attn: Jay Teitelbaum
3 Barker Avenue, Third Floor
White Plains, NY 10601

The Bailey Law Firm, P.A.
Attn: James F. Bailey, Jr., Esq.
Three Mill Road, Suite 306a
Wilmington, DE 19806

The Reimann Law Group
Attn. David W. Reimann, Esquire
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

The Seaport Group LLC
Attn Scott Friedberg
360 Madison Avenue 22nd Floor
New York, NY 10017

Tood M. Hoepker, Esq.
Post Office Box 3311
Orlando, FL 32802-3311

Tower DC, LLC
Attn: Jon Wasserman, General Counsel
C/O Equity Group Investments
Two North Riverside Plaza, Ste 1700
Chicago, IL 60606

Tower EH, LLC
Attn: Jon Wasserman, General Counsel
C/O Equity Group Investments
Two North Riverside Plaza, Ste 1700
Chicago, IL 60606

Tower JK, LLC
Attn: Jon Wasserman, General Counsel
C/O Equity Group Investments
Two North Riverside Plaza, Ste 1700
Chicago, IL 60606

Tower MS, LLC
Attn: Jon Wasserman, General Counsel
C/O Equity Group Investments
Two North Riverside Plaza, Ste 1700
Chicago, IL 60606

Tower Pt, LLC
Attn: Jon Wasserman, General Counsel
C/O Equity Group Investments
Two North Riverside Plaza, Ste 1700
Chicago, IL 60606

Travelers
National Accounts
1 Tower Square-5mn
Hartford, CT 06183-4044

Tressler Soderstorm Maloney & Press, LLP
Attn. Jacqueline A. Criswell
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

Twentieth Television, Inc.
Attn: Jodie Rea
2121 Avenue Of The Stars, Suite 1754
Los Angeles, CA 90067

Tybout Redfearn and Pell
Attn. Sherry Ruggiero Fallon
750 Shipyard Drive, Suite 400
Wilmington, DE 19899-2092

U.S. Department Of Justice
Attn. Yonatan Gelblum, Trial Atty., Tax Division
555 4th St. NW Room 6110, P.O. Box 227
Washington, DC 20044

Unisys Corporation
Attn. Janet Fitzpatrick, Legal Assistant
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

United States Department of Justice

Civil Division
Matthew J. Troy, Esq.
1100 L Street, N.W.
Room 10006
Washington, DC 20530

United States Department of Labor
Office of The Solicitor
Elizabeth S. Goldberg, Esquire
Plan Benefits Security Division
Washington, DC 20013

United States Treasury
Office of the Treasurer
1500 Pennsylvania Avenue, Nw
Room 2134
Washington, DC 20220

Us Attorney's Office
Ellen W. Slights, Esq.
1201 Market St, Suite 1100
PO Box 2046
Wilmington, DE 19899-2046

Vorys Sater Seymour & Pease LLP
Attn Tiffany Strelow Cobb
52 East Gay Street
Columbus, OH 43215

Warner Bros. Television Distribution, Inc.
Attn: Wayne M. Smith, Esq.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CaA91522

Weiss Serota Helfman Pastoriza Cole & Boniske, P.L
Attn: Douglas R. Gonzales, Esquire
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301

Williams Gautier Gwynn Deloach & Sorenson PA
Attn James E Sorenson, D Tyler Leuven, Chad D Heckman, Jared S Gardner, Mary Linzee Van Leuven
Post Office Box 4128
Tallahassee, FL 32315-4128

Willkie Farr & Gallagher LLP
Attn. Alan J. Lipkin & Jeremy E. Crystal, Esq.
787 Seventh Avenue
New York, NY 10019

Wilmington Trust Company
Attn. Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Winston & Strawn LLP
Attn: David Neier, Esq.
200 Park Avenue
New York, NY 10166

Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady And M. Blake Cleary, Esqs.
The Brandywine Building - 17th Floor
1000 West Street
Post Office Box 391
Wilmington, DE 19899-0391

Zwerdlking Paul Kahn & Wolly PC
Attn Robert E Paul Esq
1025 Connecticut Avenue NW, Suite 712
Washington, DC 20036-5420