# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Proposed Hearing Date: April 13, 2010 at 10:00 a.m.** |
| ) | **Obj. Deadline: March 24, 2010 at 4:00 p.m.** |

## MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER

**[COVER PAGE ONLY-FILED UNDER SEAL]**