UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## DECLARATION OF DENNIS E. GLAZER

**[COVER PAGE ONLY-FILED UNDER SEAL]**