UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: D.I. No. ____ |

**ORDER IMPOSING SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER**

**[COVER PAGE ONLY-FILED UNDER SEAL]**