IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,** | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | Re: Docket Nos. 3439, 3440, 3443 and 3444 |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on February 16, 2010, copies of the following were served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the attached service list via electronic mail:

- Reply of Law Debenture Trust Company of New York in Support of Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates [Docket No. 3439];

- Declaration of Andrew K. Glenn [Docket No. 3440];

- Motion of Law Debenture Trust Company of New York for an Order Authorizing Filing of Unredacted Reply in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and Declaration of Andrew K. Glenn and Certain Exhibits Thereto Under Seal [Docket No. 3443]; and

- Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Law Debenture Trust Company of New York's Motion to File Under Seal [Docket No. 3444];

Dated: March 12, 2010
      Wilmington, Delaware            /s/ Garvan F. McDaniel
                                                 Garvan F. McDaniel (No. 4167)
                                                 **BIFFERATO GENTILOTTI LLC**
                                                 800 N. King Street, Plaza Level
                                                 Wilmington, Delaware 19801
                                                 Tel:  (302) 429-1900
                                                 Fax:  (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Daniel A. Fliman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

**SERVICE LIST**

Bryan Krakauer, Esq.
bkrakauer@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Robert S. Brady, Esq.
rbrady@ycst.com
Young Conaway Stargatt & Taylor
1000 West Street
Wilmington, DE 19801

William S. Brody, Esq.
wbrody@buchalter.com
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Howard Seife, Esquire
hseife@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis, Esquire
Matthew B McGuire, Esquire
landis@lrclaw.com
mcguire@lrclaw.com
adams@lrclaw.com
panchak@lrclaw.com
dero@lrclaw.com
dellose@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Cynthia Moh Baldwin, Esq.
cbaldwin@eapdlaw.com
Edwards Angell Palmer & Dodge
919 North Market Street 15th Floor
Wilmington, DE 19801

Michael A. Henry, Esq.
mhenry@grossmcginley.com
Gross McGinley
33 South Seventh Street
Allentown, PA 18105

Norman Pernick, Esq.
J. Kate Stickles , Esq.
npernick@coleschotz.com
kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Mark D. Collins, Esquire
Robert Stearn, Esquire
Drew Sloan, Esquire
Collins@rlf.com
Dsloan@rlf.com
Stearn@rlf.com
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Patrick T. Garvey, Esq.
garveyp@jbltd.com
Johnson & Bell Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL  60603

Office Of The United States Trustee
Joseph J. McMahon, Jr., Esq.
Joseph.mcmahon@usdoj.gov
United States Dept. Of Justice
844 King Street, Suite 2207
Wilmington, DE 19899-0035

Jennifer R. Hoover, Esq.
Raymond Lemisch, Esq.
Bradford J. Sandler, Esq.
Jennifer E. Smith, Esq.
jhoover@beneschlaw.com
ehein@beneschlaw.com
rlemisch@beneschlaw.com
bsandler@beneschlaw.com
jsmith@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff
222 Delaware Avenue, Suite 801
Wilmington, DE 19801