**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket No. 3456 |

------------------------------------------------------x

## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on February 17, 2010, copies of the following were served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the attached service list via electronic mail:

- Order Granting Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Law Debenture Trust Company of New York's Motion to File Under Seal [Docket No. 3456];

Dated: March 12, 2010
        Wilmington, Delaware            /s/ Garvan F. McDaniel
                                        Garvan F. McDaniel (No. 4167)
                                        **BIFFERATO GENTILOTTI LLC**
                                        800 N. King Street, Plaza Level
                                        Wilmington, Delaware 19801
                                        Tel: (302) 429-1900
                                        Fax: (302) 429-8600

                                            – and –

                                        David S. Rosner
                                        Andrew K. Glenn
                                        Sheron Korpus
                                        Daniel A. Fliman
                                        Kasowitz, Benson, Torres & Friedman LLP
                                        1633 Broadway
                                        New York, New York 10019
                                        Tel: (212) 506-1700

**SERVICE LIST**

Bryan Krakauer, Esq.
bkrakauer@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman Pernick, Esq.
J. Kate Stickles , Esq.
npernick@coleschotz.com
kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Howard Seife, Esquire
hseife@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis, Esquire
Matthew B McGuire, Esquire
landis@lrclaw.com
mcguire@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Sharon Katz, Esquire
Sharon.katz@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Collins@rlf.com
Fortune@rlf.com
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Madlyn Gleich Primoff
mprimoff@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Laurie Selber Silverstein
lsilverstein@potteranderson.com
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Claudia Hammerman
chammerman@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison,
1285 Avenue of the Americas
New York, NY 10019

Matthew Morningstar
Matthew.Morningstar@morganstanley.com
Morgan Stanley & Co., Inc.
1585 Broadway
New York, NY 10036

Evan Jones
ejones@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Michael Mayer
mmayer@winston.com
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Office Of The United States Trustee
Joseph J. McMahon, Jr., Esq.
Joseph.mcmahon@usdoj.gov
United States Dept. Of Justice
844 King Street, Suite 2207
Wilmington, DE 19899-0035