**Microsoft Licensing, GP**

Invoice

Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

Bill to PO Number: EAYR1Nov08.
Purchase Order Date:    11-MAR-2009

Page No:    1

Document No:          9658682409
Document Date:        01-NOV-2009
Payment Due Date: 01-DEC-2009

**BILL TO**
TRIBUNE COMPANY Attn: KATHY BEIRIGER
Customer No: 0005124920
Contact:
435 N MICHIGAN AVENUE
CHICAGO IL 60611
United States
Customer VAT#:
Phone: 312-222-4500

**INDIRECT RESELLER**
Contact:

Phone:
Fax:

**END CUSTOMER**
Tribune Company
Public Customer Number: 88DBB0FF
Contact:
Phone: 312-222-4275
Fax:
Select Program Version: E6
Select Enrollment / Master No:
9042101 / 01E69849

Terms:    Net payment due 30 days from invoice date

**SHIP TO**
TRIBUNE COMPANY Attn: KATHY BEIRIGER
Customer No: 0005124920
Contact:
435 N MICHIGAN AVENUE
CHICAGO IL 60611
United States
Phone: 312-222-4500
Fax:

| Line No. | Usage Country | Microsoft Part No. Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | United States | 269-12441 Office Professional Plus Listed Lic/SA Pack MVL Platform | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 4,522.00 | 147.36 | 666,361.92 |
| 000002 | United States | 9MB-01519 Exchange Ent CAL w Svc Listed Lic/SA Pack MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 8.83 | 75,055.00 |
| 000003 | United States | 76M-01008 Office SharePoint CAL Listed Lic/SA Pack MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 17.89 | 152,065.00 |
| 000004 | United States | 76N-03164 SharePoint Enterprise CAL Listed Lic/SA Pack MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 8.31 | 70,635.00 |
| 000005 | United States | J5A-00468 Sys Ctr ConfigMgrClt ML Listed Lic/SA Pack MVL Platform Per User | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 10.48 | 89,080.00 |
| 000006 | United States | 9TX-00453 Sys Ctr Ops Mgr Clt ML Listed Lic/SA Pack MVL Platform Per User | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 3.55 | 30,175.00 |
| 000007 | United States | 269-12440 Office Professional Plus Listed SA Step Up MVL from Office Std Platform | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 3,630.00 | 33.29 | 120,842.70 |
| 000008 | United States | 66J-04729 WinVistaBsnss LSTD UpgrdSAPk MVL Pltfrm wMDOP | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,174.00 | 51.85 | 423,821.90 |
| 000009 | United States | KMA-00799 Office Comm Svr Ent CAL Listed SA MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 10.76 | 69,940.00 |

EXHIBIT A

# Microsoft Licensing, GP

**Invoice**

Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

Bill to PO Number: EAYR1Nov08.
Purchase Order Date: 11-MAR-2009

Page No: 2

Document No: 9658682409
Document Date: 01-NOV-2009
Payment Due Date: 01-DEC-2009

Terms: Net payment due 30 days from invoice date

| Line No. | Usage Country | Microsoft Part No. Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000010 | United States | KLA-00799 Office Comm Svr Std CAL Listed SA MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 2.36 | 15,340.00 |
| 000011 | United States | R18-02583 Windows Server CAL Listed SA MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 4.14 | 26,910.00 |
| 000012 | United States | 076-02037 Project Win32 Listed Languages SA MVL | ACP-D | Enterprise Applications | Nov2009-Oct2010 | | AE | 1.00 | 95.98 | 95.98 |
| 000013 | United States | F1Q-00209 VStudio Pro w/MSDN Pro Listed SA MVL | ACP-D | Enterprise Applications | Nov2009-Oct2010 | | AE | 5.00 | 321.15 | 1,605.75 |
| 000014 | United States | 124-00002 VStudio Team Dev Listed SA MVL w/MSDN Premium | ACP-D | Enterprise Applications | Nov2009-Oct2010 | | AE | 1.00 | 805.18 | 805.18 |
| 000015 | United States | 381-03063 Exchange Standard CAL Listed SA MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 9.10 | 77,350.00 |
| 000016 | United States | KMA-00787 Office Comm Svr Ent CAL Listed SA MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 10.17 | 86,445.00 |
| 000017 | United States | KLA-00787 Office Comm Svr Std CAL Listed SA MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 2.25 | 19,125.00 |
| 000018 | United States | R18-02392 Windows Server CAL Listed SA MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 3.55 | 30,175.00 |
| 000019 | United States | 381-03693 Exchange Standard CAL Listed SA MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 9.57 | 62,205.00 |
| 000020 | United States | D86-01346 Visio Std Win32 Listed Languages SA MVL | ACP-D | Enterprise Applications | Nov2009-Oct2010 | | AE | 1.00 | 40.90 | 40.90 |
| 000021 | United States | F1P-00205 VS Pro w/MSDN Prem Listed SA MVL | ACP-D | Enterprise Applications | Nov2009-Oct2010 | | AE | 3.00 | 727.28 | 2,181.84 |

# Microsoft Licensing, GP

**Invoice**

```
Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:
```

Bill to PO Number: EAYR1Nov08.
Purchase Order Date: 11-MAR-2009

Page No: 3

Document No: 9658682409
Document Date: 01-NOV-2009
Payment Due Date: 01-DEC-2009

Terms: Net payment due 30 days from invoice date

| Line No. | Usage Country | Microsoft Part No. / Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered / Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000022 | United States | ZFA-00222 Dyn CRM CAL Listed SA MVL User CAL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 122.00 | 111.82 | 13,642.04 |
| 000023 | United States | QCA-00868 Dyn CRM Pro Svr Listed SA MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 2.00 | 224.11 | 448.22 |
| 000024 | United States | KPA-00236 Office Comm Svr Ent Listed SA MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 3.00 | 636.15 | 1,908.45 |
| 000025 | United States | KNA-00236 Office Comm Svr Std Listed SA MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 1.00 | 111.11 | 111.11 |
| 000026 | United States | VBC-00106 SoftGrid CAL for TS Listed SA MVL User CAL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 860.00 | 2.72 | 2,339.20 |
| 000027 | United States | UAR-00659 Sys Ctr Ops Mgr Svr Listed SA MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 2.00 | 91.13 | 182.26 |
| 000028 | United States | UAS-00396 Sys Ctr Ops Mgr SvrML Ent Listed SA MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 92.00 | 67.85 | 6,242.20 |
| 000029 | United States | TJA-00526 Win Trmnl Svcs CAL Listed SA MVL User CAL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 220.00 | 12.77 | 2,809.40 |
| 000030 | United States | P73-00225 Windows Svr Std Listed SA MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 8.00 | 115.36 | 922.88 |
| 000031 | United States | 269-12444 Office Professional Plus Listed SA MVL Platform | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 348.00 | 85.93 | 29,903.64 |
| 000032 | United States | 021-08260 Office Listed SA MVL Platform | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 3,630.00 | 66.19 | 240,269.70 |
| 000033 | United States | 66J-04735 Windows Vista Business Listed SA MVL Platform w/MDOP | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 326.00 | 39.83 | 12,984.58 |

**Microsoft Licensing, GP**                                                                                      **Invoice**

Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

Bill to PO Number: EAYR1Nov08.
Purchase Order Date:         11-MAR-2009

Page No:                  4

Document No:          9658682409
Document Date:        01-NOV-2009
Payment Due Date: 01-DEC-2009

Terms:  Net payment due 30 days from invoice date

| Line No. | Usage Country | Microsoft Part No. / Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered / Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000034 | United States | 9SE-00145 Forefront ProtectionSuite Listed Monthly Subscription MVL Platform Per U | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 36 Months | 14.40 | 122,400.00 |
| 000035 | United States | T98-02192 Win Rghts Mgt Svc CAL Listed Lic/SA Pack MVL Platform User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 8,500.00 | 4.10 | 34,850.00 |
| 000036 | United States | J5A-00480 Sys Ctr ConfigMgrClt ML Listed Lic/SA Pack MVL Suite Per User | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 12.17 | 79,105.00 |
| 000037 | United States | 9MB-01531 Exchange Ent CAL w Svc Listed Lic/SA Pack MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 10.76 | 69,940.00 |
| 000038 | United States | 9SE-00147 Forefront ProtectionSuite Listed Monthly Subscription MVL Suite Per User | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 36 Months | 15.36 | 99,840.00 |
| 000039 | United States | 76M-01128 Office SharePoint CAL Listed Lic/SA Pack MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 21.24 | 138,060.00 |
| 000040 | United States | 9TX-00459 Sys Ctr Ops Mgr Clt ML Listed Lic/SA Pack MVL Suite Per User | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 4.37 | 28,405.00 |
| 000041 | United States | 76N-03176 SharePoint Enterprise CAL Listed Lic/SA Pack MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 10.17 | 66,105.00 |
| 000042 | United States | T98-02204 Win Rghts Mgt Svc CAL Listed Lic/SA Pack MVL Suite User CAL | CUS-D | Enterprise Products | Nov2009-Oct2010 | | AE | 6,500.00 | 4.96 | 32,240.00 |
| 000043 | United States | H30-00235 Project Pro Win32 Listed Languages Lic/SA Pack MVL w/1 ProjectSvr CAL | ACP-D | Enterprise Applications | Nov2009-Oct2010 | | AE | 30.00 | 343.77 | 10,313.10 |
| 000044 | United States | F52-00434 BizTalk Server Ent Listed Languages Lic/SA Pack MVL 1 Processor License | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 2.00 | 12,990.65 | 25,981.30 |
| 000045 | United States | J6A-00090 Sys Ctr ConfigMgrSvrMLStd Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 58.00 | 57.41 | 3,329.78 |

# Microsoft Licensing, GP — Invoice

Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

Bill to PO Number: EAYR1Nov08.
Purchase Order Date: 11-MAR-2009

Page No: 5
Document No: 9658682409
Document Date: 01-NOV-2009
Payment Due Date: 01-DEC-2009

Terms: Net payment due 30 days from invoice date

| Line No. | Usage Country | Microsoft Part No. / Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered / Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000046 | United States | ZFA-00238 Dyn CRM CAL Listed Lic/SA Pack MVL User CAL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 1,878.00 | 217.27 | 408,033.06 |
| 000047 | United States | QJA-00962 Dyn CRM Ent Svr Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 3.00 | 1,098.76 | 3,296.28 |
| 000048 | United States | 395-02611 Exchange Svr Ent Listed Languages Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 14.00 | 1,484.32 | 20,780.48 |
| 000049 | United States | 312-02356 Exchange Svr Listed Languages Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 10.00 | 259.29 | 2,592.90 |
| 000050 | United States | H04-00321 Office SharePoint Server Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 6.00 | 1,641.84 | 9,851.04 |
| 000051 | United States | 9EF-00491 PerformancePoint CAL Listed Lic/SA Pack MVL User CAL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 1,000.00 | 72.34 | 72,340.00 |
| 000052 | United States | AUF-00277 PerformancePoint Server Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 4.00 | 7,423.43 | 29,693.72 |
| 000053 | United States | 94C-00051 Project Portfolio Svr CAL Listed Lic/SA Pack MVL User CAL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 30.00 | 88.26 | 2,647.80 |
| 000054 | United States | H21-02802 Project Server CAL Listed Lic/SA Pack MVL Promo User CAL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 600.00 | 44.13 | 26,478.00 |
| 000055 | United States | H22-01897 Project Server Listed Lic/SA Pack MVL w/PPS | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 2.00 | 2,462.66 | 4,925.32 |
| 000056 | United States | H32-00018 SharePoint Internet Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 2.00 | 15,197.05 | 30,394.10 |
| 000057 | United States | 810-03314 SQL Svr Enterprise Edtn Listed Lic/SA Pack MVL 1 Processor License | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 25.00 | 8,874.69 | 221,867.25 |

# Microsoft Licensing, GP

**Invoice**

Microsoft Licensing, GP  
C/O Bank of America  
Rt:026009593/Acct:3751205782 (wire)  
Rt:111000012/acct:3751205782 (ACH)  
1950 N Stemmons Fwy Ste 5010 LB #842467  
DALLAS TX 75207  
United States  
Phone:  
Telex:  
Fax:

Bill to PO Number: EAYR1Nov08.  
Purchase Order Date: 11-MAR-2009

Page No: 6

Document No: 9658682409  
Document Date: 01-NOV-2009  
Payment Due Date: 01-DEC-2009

Terms: Net payment due 30 days from invoice date

| Line No. | Usage Country | Microsoft Part No. / Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered / Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000058 | United States | 228-03161 SQL Svr Standard Edtn Listed Lic/SA Pack MVL 1 Processor License | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 10.00 | 2,129.25 | 21,292.50 |
| 000059 | United States | P72-00164 Windows Svr Ent Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 10.00 | 874.92 | 8,749.20 |
| 000060 | United States | P73-00202 Windows Svr Std Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2010 | | AE | 40.00 | 269.22 | 10,768.80 |

Total Sale         USD    3,916,299.48  
Tax Amount         USD      244,768.76

We hereby certify that the information on this invoice is true and correct.

Microsoft Licensing, GP

Total Amount       USD    4,161,068.24

When invoices are reprinted, remittance information may change to reflect current invoicing operations.