**Microsoft Licensing, GP**

# Invoice

Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

Bill to PO Number: TBC-01222010
Purchase Order Date:   25-JAN-2010

Page No:   1

Document No:   9658979734
Document Date:   25-JAN-2010
Payment Due Date: 24-FEB-2010

Terms:   Net payment due 30 days from invoice date

**BILL TO**
TRIBUNE COMPANY Atm: KATHY BEIRIGER
Customer No: 0005124920
Contact:
435 N MICHIGAN AVENUE,
CHICAGO IL 60611
United States
Customer VAT#:
Phone: 312-222-4500
Fax:

**INDIRECT RESELLER**
Contact:

Phone:
Fax:

**END CUSTOMER**
Tribune Company
Public Customer Number: 88DBB0FF
Contact:
Phone: 312-222-2814
Fax:

Program Version: E6
Enrollment / Master No:
9042101 / 01E69849

**SHIP TO**
TRIBUNE COMPANY Atm: KATHY BEIRIGER
Customer No: 0005124920
Contact:
435 N MICHIGAN AVENUE
CHICAGO IL 60611
United States
Phone: 312-222-4500
Fax:

| Line No. | Usage Country | Microsoft Part No. Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | United States | 228-04437 SQLSvrStd ALNG LicSAPk MVL | ACP-D | Enterprise Servers | Feb2010-Oct2011 | | PE | 1.00 | USD 796.86 | 796.86 |
| 000002 | United States | 359-00960 SQLCAL ALNG LicSAPk MVL UsrCAL | ACP-D | Enterprise Servers | Feb2010-Oct2011 | | PE | 7.00 | USD 145.44 | 1,018.08 |

Total Sale    USD    1,814.94
Tax Amount    USD      113.43

Total Amount    USD    1,928.37

We hereby certify that the information on this invoice is true and correct.

Microsoft Licensing, GP

_____

When invoices are reprinted, remittance information may change to reflect current invoicing operations.

EXHIBIT B