# Microsoft Licensing, GP

## Invoice

Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #84
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

Bill to PO Number: MD-DELL-MS*1
Purchase Order Date: 16-FEB-2010

Page No: 1

Document No: 9659060177
Document Date: 16-FEB-2010
Payment Due Date: 18-MAR-2010

Terms: Net payment due 30 days from invoice date

**BILL TO**
TRIBUNE COMPANY Attn: KATHY BEIRIGER
Customer No: 0005124920
Contact:
455 N MICHIGAN AVENUE,
CHICAGO IL 60611
United States
Customer VAT#:
Phone: 312-222-4500
Fax:

**INDIRECT RESELLER**
Contact:
Phone:
Fax:

**END CUSTOMER**
Tribune Company
Public Customer Number: 88DBB0FF
Contact:
Phone: 312-222-4275
Fax:
Program Version: E6
Enrollment / Master No: 9042101 / 01E69849

**SHIP TO**
TRIBUNE COMPANY Attn: KATHY BEIRIGER
Customer No: 0005124920
Contact:
435 N MICHIGAN AVENUE
CHICAGO IL 60611
United States
Phone: 312-222-4500
Fax:

| Line No. | Usage Country | Microsoft Part No. Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | United States | UAS-00395 Sys Ctr Ops Mgr SvrML Ent Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2011 | | PE | 20.00 | 447.60 | 8,952.00 |
| 000002 | United States | P72-00164 Windows Svr Ent Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2011 | | PE | 13.00 | 2,474.40 | 32,167.20 |
| 000003 | United States | P73-00202 Windows Svr Std Listed Lic/SA Pack MVL | ACP-D | Enterprise Servers | Nov2009-Oct2011 | | PE | 89.00 | 761.40 | 67,764.60 |

Total Sale    USD    108,883.80
Tax Amount    USD    6,805.24

Total Amount    USD    115,689.04

We hereby certify that the information on this invoice is true and correct.

_____
Microsoft Licensing, GP

When invoices are reprinted, remittance information may change to reflect current invoicing operations.

EXHIBIT C