# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE TRIBUNE COMPANY, et. al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141<br>*Jointly Administered* |

**PLEASE TAKE NOTICE** that on March 12, 2010, Microsoft Licensing, GP, ("Microsoft") filed its Motion for Allowance of Administrative Expense Claim pursuant to 11 U.S.C. §503(B)(1)(A), (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned on or before May 11, 2010, at 4:00 p.m. E.T.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on May 18, 2010 at 1:00 p.m. E.T., before the Honorable Kevin J. Carey at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

///

///

///

4845-2735-7957.01
031210/1333

**PLEASE TAKE FINAL NOTICE** that if no objection to the Motion is timely filed, served and received in accordance with this Notice of Motion, the Bankruptcy Court may grant the relief requested without further notice or a hearing.

Dated this 12th day of March, 2010.

RIDDELL WILLIAMS P.S.

By_____
Maria Ann Milano, WSBA #29499
Riddell Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708
Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

## CERTIFICATE OF SERVICE

Courtney Tracy, declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On March 12, 2010, caused to be served via First Class, U.S. Mail, to the parties listed below and by Electronic Notification via CM/ECF upon all parties in this case as follows:

**Bryan Krakauer**
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

**Carl D. Neff**
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801

**J. Kate Stickles**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**James F. Conlan**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Michael A. Henry**
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

**Norman L. Pernick**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Patrick Theodore Garvey**
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

**Patrick J. Reilley**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Landis Rath & Cobb LLP**
919 Market Street
Suite 1800
Wilmington, DE 19801

**Cynthia Moh Baldwin**
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801

4845-2735-7957.01
031210/1333

**Thomas G. Macauley**
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 12th day of March, 2010, at Seattle, Washington.

*/s/ Courtney Tracy*
Courtney Tracy
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
ctracy@riddellwilliams.com