# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE TRIBUNE COMPANY, et. al., | Case No. 08-13141 |
| Debtors. | *Jointly Administered* |

## ORDER ALLOWING MICROSOFT'S ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(B)(1)(A)

Upon Consideration of Microsoft Licensing, GP's Motion for Allowance of Administrative Expense Claim (the "Motion"), and any responses to the Motion; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § § 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that pursuant to 11 U.S.C. § § 503 (a), 503 (b)(1) and 363(e), the Motion is granted; and it is further;

ORDERED that Microsoft Licensing, GP, has an allowed administrative expense claim against The Tribune Company (Debtor) in the amount of $1,525,865.24 as of March 12, 2010, subject to increase thereafter by $11,561.69 per diem which represents the License Fees due under the Agreements; and it is further,

ORDERED that the Debtor shall pay Microsoft the present value of the Administrative Expense Claim within five (5) days from the entry of this Order; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters, claims, right or disputes arising from or related to this Order.

Dated: March ____, 2010
       Wilmington, DE

                                    Honorable Kevin J. Carey
                                    Chief United States Bankruptcy Court Judge

Submitted by:

RIDDELL WILLIAMS P.S.

By /s/ Maria Ann Milano
    Maria Ann Milano, WSBA #29499
    Riddell Williams, P.S.
    1001 4th Avenue, Suite 4500
    Seattle, WA 98154
    Tel: (206) 624-3600
    Fax: (206) 389-1708
    Attorneys for Microsoft Corporation and
    Microsoft Licensing, GP