IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>**Hearing Date: April 13, 2010 at 10:00 a.m.**<br>**Objection Deadline: March 29, 2010 at 4:00 p.m.** |

**JOINDER OF MERRILL LYNCH CAPITAL CORPORATION AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO J.P. MORGAN CHASE BANK, N.A.'S MOTION FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN <u>VIOLATION OF COURT ORDER</u>**

# [COVER PAGE ONLY – FILED UNDER SEAL]

Dated: March 12, 2010

| | |
|---|---|
| **POTTER ANDERSON & CORROON LLP**<br>Laurie Selber Silverstein (DE No. 2396)<br>R. Stephen McNeill (DE No. 5210)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | **KAYE SCHOLER LLP**<br>Madlyn Gleich Primoff, Esquire<br>Jane W. Parver, Esquire<br>Joseph M. Drayton, Esquire<br>425 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 836-8000<br><br>*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated* |