## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that on this 12th day of March 2010, I caused a true and correct copy of the foregoing **Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order [Filed Under Seal Cover Page]** to be served upon the parties listed on the attached service list via first class mail, postage pre-paid.

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)

# **TRIBUNE COMPANY, et al. 2002 SERVICE LIST**

(Abitibi Bowater Inc.)
Abitibi Consolidated
ATTN: David J. Paterson, President & CEO
1155 Metcalfe Street, Suite 800
Montreal, Qc H3b 5h2
CANADA

Gavin Baiera
Angelo Gordon & Co LP
245 Park Avenue
New York, NY 10167

Trent Spiridellis
Avenue Advisors LLC
4660 La Jolla Drive, Suite 500
San Diego, CA 92122

Bill Bowen
Banc Of America Bridge LLC
9 West 57th Street
New York, NY 10019

Bill Bowen
Banc Of America Bridge LLC
100 N. Tryon Street
Charlotte, NC 28202-4000

(Barclays Capital Inc.)
US Client Valuations Group
200 Park Avenue
New York, NY 10166

David J. Paterson, President & CEO
Bowater Inc. (Abitibi Bowater Inc.)
1155 Metcalfe Street, Suite 800
Montreal, QC H3B 5H2
CANADA

(Buena Vista Entertainment Inc.)
Janice Marinelli, President
Disney * ABC Domestic Television
2300 Riverside Drive
Burbank, CA 91506

Citicorp North America, Inc
ATTN: Tim Dillworth
450 Mamaroneck Avenue, Suite A
Harrison, NY 10528-2402

Jamie Donath
Davidson Kempner Capital Management LLC
65 East 55th Street, 19th Floor
New York, NY 10022

Deutsche Bank AG
60 Wall Street
New York, NY 10005

(Deutsche Bank National Trust Company)
ATTN: David Contino, Vice President
Global Transaction Bank Trust & Sec. Serv.
25 Deforest Avenue
Mail Stop: SUM01-0105
Summit, NJ 07901

(Barclays Bank PLC)
Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Scott Bynum
Goldman Sachs Group Inc.
85 Broad Street
New York, NY 10004

Highland Capital Management LP
Nexbank Tower
13455 Noel Road, 8th Floor
Dallas, TX 75240

Horst Bergman
4261 Preserve Parkway South
Greenwood, CO 80121

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

# **TRIBUNE COMPANY, et al. 2002 SERVICE LIST**

JP Morgan Chase Bank NA, As Agent
1111 Fannin, 10th Floor
Houston, TX 77002

Miriam Kulnis
JP Morgan Chase Bank, NA
One Chase Plaza
New York, NY 10005

(Greatbanc Trust Company)
Jeffrey N. Rich, Esquire
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

(Greatbanc Trust Company)
Charles R. Smith, Esquire
K&L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Jeremiah Lane
KKR Financial Corporation
555 California Street, 50th Floor
San Francisco, CA 94104

(Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Mark Willes
4353 Sheffield Drive
Provo, UT 84604

(Barclays)
Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Amit K. Trehan, Esquire
Barbra Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Merrill Lynch Capital Corporation
Sharon Hawkins
Loan Operations
600 E. Las Colinas Boulevard, Suite 1300
Irving, TX 75039

Michael O'Brien
Merrill Lynch Capital Corporation
4 World Financial Center
250 Vesey Street
New York, NY 10080

Barry Wallach, President
NBC Universal Domestic Television Distribution
30 Rockefeller Plaza
New York, NY 10112

Susan Whiting, President & CEO
Nielsen Media Research Inc.
770 Broadway
New York, NY 10003

Brad Grey, President
Paramount Pictures Corporation.
5555 Melrose Avenue, Suite 121
Hollywood, CA 90038

Raymond Jansen Jr.
24 Dockside Lane
Box 422
Key Largo, FL 33037

Robert Erburu
1518 Blue Jay Way
Los Angeles, CA 90069

Securities & Exchange Commission (SEC)
100 "F" Street, Ne
Washington, DC 20549

Steve Mosko, President
Sony Pictures Television
10202 W. Washington Boulevard
Culver City, CA 90232

# TRIBUNE COMPANY, et al. 2002 SERVICE LIST

SP Newsprint Company
ATTN: Christopher Brandt, CEO
C/O White Birch Paper Company
80 Field Point Road
Greenwich, CT 06830

Carol Lee
Taconic Capital Advisors LLC
450 Park Avenue, 9th Floor
New York, NY 10022

(Tower DC LLC; Tower EH LLC; Tower JK
 LLC; Tower MS LLC; Tower PT LLC)
Nils Larsen, Managing Director
Equity Group Investments
Two North Riverside Plaza, Suite 1700
Chicago, IL 60606

Bob Cook, President & COO
Twentieth Television, Inc
2121 Avenue Of The Stars, 21st Floor
Los Angeles, CA 90067

Matthew J. Troy, Esquire
United States Department Of Justice
Civil Division
1100 "L" Street, NW, Room 10006
Washington, DC 20530

(United States Treasury)
Office Of The Treasurer
1500 Pennsylvania Avenue, NW, Room 2134
Washington, DC 20220

Jeffrey A. Taylor, US Attorney
US Attorney's Office
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

Mina Faltas
Viking Global Performance LLC
55 Railroad Avenue
Belle Haven, CT 06830

Ken Werner, President,
Warner Bros. Television
Domestic Television
4000 Warner Boulevard
Burbank, CA 91522

Wayne M. Smith, Esquire
Warner Bros. Television Distribution, Inc.
4000 Warner Boulevard
Building 156, Room 5158
Burbank, CA 91522

(Abitibi Bowater Inc.; Abitibi Consolidated
 Sales Corp; Bowater Inc.)
Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

(Abitibi Bowater Inc.; Abitibi Consolidated
 Sales Corp; Bowater Inc.; Dow Jones &
 Company Inc.)
R. Karl Hill, Esquire
Seitz van Ogtrop & Green PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Beverly H. Shideler, Esquire
IBM Corporation
Two Lincoln Center
Oakbrook Terrace, IL 60181

(Banc of America Leasing & Capital LLC)
Thomas V. Askounis, Esquire
Askounis & Darcy PC
401 N. Michigan Avenue, Suite 550
Chicago, IL 60611

(Centerbridge Credit Advisors LLC)
Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

# **TRIBUNE COMPANY, et al. 2002 SERVICE LIST**

(CF 4242 Bryn Mawr LLC)
Colleen E. McManus, Esquire
Much Shelist Denenberg Ament & Rubenstein PC
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606

(Deutsche Bank Trust Co. Americas)
David Adler, Esquire
G. Amanda Mallan, Esquire
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY  10167

(Deutsche Bank Trust Co. Americas)
Katharine L. Mayer, Esquire
McCarter & English LLP
405 N. Market Street, 8th Floor
Wilmington, DE  19801

(Personal Plus Inc.)
Kally Singer, Esquire
Squire Sanders & Dempsey LLP
Two Renaissance Square
40 N. Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

(CoreStaff Services)
William M. Kelleher, Esquire
Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE  19801

(CoreStaff Services)
Jan I. Berlage, Esquire
Gohn Hankey & Stichel LLP
201 N. Charles Street
Baltimore, MD  21201

(JPMorgan Chase Bank NA)
Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards Layton & Finger PA
920 N. King Street
Wilmington, DE  19801

(JPMorgan Chase Bank NA)
Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

(Canon USA Inc.)
Paul Rubin, Esquire
Herrick Feinstein LLP
Two Park Avenue
New York, NY  10016

(Intelsat Corporation)
Stephen B. Selbst, Esquire
Herrick Feinstein LLP
Two Park Avenue
New York, NY  10016

(Intelsat Corporation)
Frederick B. Rosner, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

(AOL LLC)
Tiffany Strelow Cobb, Esquire
Vorys Sater Seymour & Pease LLP
52 E. Gay Street
Columbus, OH  43215

(Washington-Baltimore Newspaper Guild,
    Local 32035, TNG-CWA)
Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE  19801

(Washington-Baltimore Newspaper Guild,
    Local 32035, TNG-CWA)
Robert E. Paul, Esquire
Zwerdling Paul Kahn & Wolly PC
1025 Connecticut Avenue, NW, Suite 712
Washington, DC  20036-5420

# **TRIBUNE COMPANY, et al. 2002 SERVICE LIST**

Anthony Deglomine, III, VP
Harris Corporation
1025 W. NASA Boulevard
Mail Stop A-11A
Melbourne, FL 32919

(Florida Self-Insurers Guaranty Assoc. Inc.)
James E. Sorenson, Esquire
D. Tyler Van Leuven, Esquire
Chad D. Heckman, Esquire
Jared S. Gardner, Esquire
Mary Linzee Van Leuven, Esquire
Williams Gautier Gwynn DeLoach
    & Sorenson PA
PO Box 4128
Tallahassee, FL 32315-4128

Scott Friedberg
The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

(Official Committee of Unsecured Creditors)
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

(Official Committee of Unsecured Creditors)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

(TeleRep LLC)
Eric R. Wilson, Esquire
Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

(Creditors & Parties-In-Interest)
Jay Teitelbaum, Esquire
Teitelbaum & Baskin LLP
3 Barker Avenue, 3rd Floor
White Plains, NY 10601

(CapitalSource Finance LLC; DMD
    Special Situations Funding LLC)
Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

(CapitalSource Finance LLC; DMD
    Special Situations Funding LLC)
Joanne Fungaroli, Esquire
CapitalSource Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

(Orlando Magic Ltd.)
Zachary J. Bancroft, Esquire
Lowndes Drosdick Doster Kantor & Reed PA
450 S. Orange Avenue, Suite 800 (32801)
PO Box 2809
Orlando, FL 32802

Kathleen N. Reed
Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

(Unsecured Creditor)
J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

Ramona Neal, Esquire
Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

# **TRIBUNE COMPANY, et al. 2002 SERVICE LIST**

Jodie Rea
Twentieth Television Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA 90067

(Twentieth Television Inc.)
Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067

(Dow Jones & Company Inc.)
Ira S. Greene, Esquire
Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

(Missouri Dept. of Revenue)
Jeremiah W. Nixon, Attorney General
Sheryl L. Moreau, Special Asst. Atty. Gen'l.
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

(Broward County)
Jeffrey J. Newton, County Attorney
Hollie N. Hawn, Asst. County Attorney
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

(COP-Hanging Moss LLC)
Todd M. Hoepker, Esquire
Todd M. Hoepker PA
PO Box 3311
Orlando, FL 32802-3311

(Anton Bauer Inc.; Camera Dynamics Inc.;
    Nucomm Inc.; RF Central LLC)
Fred Fellmeth, Esquire
General Counsel
Broadcast Systems Division
The Vitec Group PLC
101 Bilby Road
Hackettstown, NJ 07840

Mike Lynch
Account Resolution
Travelers
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183-4044

(Oracle USA Inc.; Oracle Credit Corporation)
Shawn M. Christianson, Esquire
Buchalter Nemer PC
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

(Navistar Financial Corporation;
    Navistar Leasing Company)
John V. Fiorelela, Esquire
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

(Catellus Development Corporation)
Edward J. Tredinnick, Esquire
Green Radovsky Maloney Share & Hennigh LLP)
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

(Comcast Spotlight; Comcast)
Donald R. Furman, Jr., Esquire
Furman Gregory LLC
75 Federal Street, 9th Floor
Boston, MA 02110

(Iron Mountain Information Management Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02110

# **TRIBUNE COMPANY, et al. 2002 SERVICE LIST**

(International Assoc. of Machinists,
   Lodge No. 126)
Angie M. Cowan, Esquire
Allison Slutsky & Kennedy PC
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

(PPF OFF Two Park Avenue Owner LLC)
Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

(PPF OFF Two Park Avenue Owner LLC)
David B. Stratton, Esquire
Leigh-Anne M. Raport, esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

(NBC Universal Inc. & Certain Affiliates)
Michael B. Blumenthal, Esquire
Crowell & Moring LLP
590 Madison Avenue, 19th Floor
New York, NY 10022

(NBC Universal Inc. & Certain Affiliates)
Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

(bkm 3128 Redhill LLC)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin & Browder PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(bkm 3128 Redhill LLC)
Mark A.Nitikman, Esquire
Croudace & Dietrich LLP
4750 Von Karman Avenue
Newport Beach, CA 92660

Patrick J. Healy, Vice President
Wilmington Trust Company
Rodney Square North
1100 N. Market Street
Wilmington, DE 19890

(Wilmington Trust Company)
Robert J. Stark, esquire
Daniel J. Saval, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

(Wilmington Trust Company)
David M. Neumann, Esquire
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

(Wilmington Trust Company)
Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

(Diablo Ivnestment Co.)
Elaine M. Seid, Esquire
McPharlin Sprinkles & Thomas LLP
10 Almaden Boulevard, Suite 1460
San Jose, CA 95113

(Unisys Corporation)
Dana S. Plan, Esquire
Sirlin Gallogly & Lesser PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

(Jones Lang LaSalle Americas (IL) LP)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60654

# **TRIBUNE COMPANY, et al. 2002 SERVICE LIST**

(United HealthCare Insurance Company)
Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

Janet Fitzpatrick, Legal Assistant
Unisys Corporation
Unisys Way
PO Box 500, M/S E8-108
Blue Bell, PA  19424

(Microsoft Corporation; Microsoft Licensing GP)
Joseph E. Shickich, Jr., Esquire
Maria Ann Milano, Esquire
Riddell Williams PS
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154-1192

(Northlake Property LLC; Midwest
    Warehouse & Districution System Inc.;
    Bedford Motor Service Inc.)
Sherry Ruggiero Fallon, Esquire
Tybout Redfearn & Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE  19899-2092

(Northlake Property LLC; Midwest
    Warehouse & Districution System Inc.;
    Bedford Motor Service Inc.)
Brian M. Dougherty, Esquire
Goldstine Skrodzki Russian Nemec & Hoff Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL  60527

(Gateway Pacific Properties Inc.)
Ronald K. Brown, Jr., Esquire
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA  92660

(Galleria Operating Company LLC)
Fred B. Ringel, Esquire
Robinson Brog Leinwant Greene
    Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY  10105

(The Nielsen Company (US) LLC)
Patricia K. Smoots, Esquire
Paul J. Catanese, Esquire
McGuire Woods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL  60601

(CWA/ITV Negotiated Pension Plan)
Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

(Enterprise Garage Corp.)
Joshua G. Losardo, Esquire
Belkin Burden Wenig & Goldman LLP
270 Madison Avenue
New York, NY  10016

(Jon Van Senus, by & through his
    guardian *ad litem*, Neala Olsen)
Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, 9th Floor
Santa Ana, CA  92707

(Jon Van Senus, by & through his
    guardian *ad litem*, Neala Olsen)
Rafael X. Zahralddin-Aravena, Esquire
William M. Kelleher, Esquire
Neil R. Lapinski, Esquire
1105 N. Market Street, 17th Floor
Wilmington, DE  19899


# TRIBUNE COMPANY, et al. 2002 SERVICE LIST

(Truck Drivers & Helpers Local 355 Health & Welfare Fund; Trucker Drivers & Helpers Local 355 Pension Fund)
Corey Smith Bott, Esquire
Brian G. Esders, Esquire
Abato Rubenstein & Abato PA
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

(KTR South Florida LLC)
George R. Mesires, Esquire
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

(State of Michigan, Dept. of Treasury)
Michael A. Cox, Attorney General
Deborah B. Waldmeir, Asst. Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI 48202

(Sony Pictures Television Inc.)
Pamela Kohlman Webster, Esquire
Buchalter Nemer LLP
100 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

(Sony Pictures Television Inc.)
Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

(K Associates; Crenshaw 3840 Partners LLC d/b/a ARKA/Valencia)
Kenneth Miller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212

(Debtors)
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
KarenM. McKinley, Esquire
Cole Schotz Meisel Forman & Leonard PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

(NY State Dept. of Taxation & Finance)
Daniel Smirlock
Deputy Commissioner & Counsel
Elaine Z. Cole, Esquire, Of Counsel
340 E. Main Street
Rochester, NY 14604

(IRS, Dept. of Treasury)
Yonatan Gelblum, Trial Attorney
US Dept. of Justice, Tax Division
PO Box 227
Washington, DC 20044

(City of Miramar, FL;
    City of Dania Beach, FL)
Douglas R. Gonzales, Esquire
Weiss Serota Helfman Pastoriza Cole & Boniske PL
200 E. Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301

(Hilda L. Solis, Secretary of Labor)
Christine Z. Heri
Office of the Solicitor
US Department of Labor
230 S. Dearborn, Room 844
Chicago, IL 60604

(Mercer (US) Inc.)
Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

# TRIBUNE COMPANY, et al. 2002 SERVICE LIST

(Donna Gerhart Gutman, personal representative
   of the Estate of E. Michael Gutman)
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
PO Box 2323
Wilmington, DE  19899-2323

(Majestic Realty Co.; Yorba Park I LLC;
   Yorba Park Sub LLC)
David W. Reimann, Esquire
The Reimann Law Group
1960 East Grand Avenue, Suite 1165
El Segundo, CA  90245

(Hilda L. Solis, Secretary of Labor)
Elizabeth S. Goldberg, Trial Attorney
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
PO Box 1914
Washington, DC  20013

(Kevin Sorbo)
Leslie A. Cohen, Esquire
Leslie Cohen Law PC
506 Santa Monica Boulevard, Suite 200
Santa Monica, CA  90401

(Kevin Sorbo)
Kamakazee Kiwi Corporation
3835-R East Thousand Oaks Boulevard, #343
Westlake Village, CA  91362

(Kevin Sorbo)
David B. Feldman, Esquire
Bloom Hergott Diemer Rosenthal LaViolette
   Feldman & Goodman LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA  90212

(Ricketts Acquisition LLC; Chicago
   Baseball Holdings LLC)
Michael J. Small, Esquire
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610-4764

(Ricketts Acquisition LLC; Chicago
   Baseball Holdings LLC)
Mary K. Braza, Esquire
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202-5306

(Ricketts Acquisition LLC; Chicago
   Baseball Holdings LLC)
William P. Bowden, Esquire
Ashby & Geddes PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899

(Isaksen Investments LLC)
J. Bennett Friedman, Esquire
Friedman Law Group
1900 Avenue of the Stars, Suite 1800
Los Angeles, CA  90067-4409

(County of San Bernardino, CA)
Martha E. Romero, Esquire
Romero Law Firm
6516 Bright Avenue
Whittier, CA  90601

(Valuation Research Corporation)
David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

(Valuation Research Corporation)
John C. Phillips, Esquire
Phillips Goldman & Spence PA
1200 N. Broom Street
Wilmington, DE  19806

(Fee Examiner)
John L. Decker, Esquire
Steven C. Schwendemann, Esquire
Stuart Maue
3840 McKelvey Road
St. Louis, MO  63044

PAC 894823v.1

# TRIBUNE COMPANY, et al. 2002 SERVICE LIST

(Centerbridge Credit Advisors LLC)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

(Simone Conigliaro)
James F. Bailey, Jr., Esquire
The Bailey Law Firm
Three Mill Road, Suite 306A
Wilmington, DE 19806

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua D. Morse, Esquire
Hennigan Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

(Morgan Stanley & Co. Inc.)
David M. Powlen, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

(Citicorp NA Inc.; Citigroup Global Markets Inc.)
Stephen P. Lamb, Esquire
John P. DiTomo, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

(Citicorp NA Inc.; Citigroup Global Markets Inc.)
Stephen J. Shimshak, Esquire
Andrew Gordon, Esquire
David W. Brown, Esquire
Lauren Shumejda, Esquire
Stuart McPhail, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

(Citicorp NA Inc.; Citigroup Global Markets Inc.)
Charles E. Davidow, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
2001 "K" Street, NW
Washington, DC 20006-1047

(Sodexo Inc.)
Judy D. Thompson, Esquire
JD Thompson Law
PO Box 33127
Charlotte, NC 28233

(Bank of America NA; Banc of
   America Securities LLC)
Bradley J. Butwin, Esquire
Daniel L. Cantor, Esquire
Steven A. Rosenstein, Esquire
O'Melveny & Myers LLP
7 Times Square / Times Square Tower
New York, NY 10036

(Bank of America NA; Banc of
   America Securities LLC)
Evan M. Jones, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

(Bank of America NA; Banc of
   America Securities LLC)
David B. Stratton, Esquire
John H. Schanne, II, Esquire
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709