## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>**Hearing Date: April 13, 2010 at 10:00 a.m.**<br>**Objection Deadline: March 29, 2010 at 4:00 p.m.**<br><br>**Re: Docket No. 3724** |

## NOTICE OF MOTION

**TO:** All Parties on the Attached Service List

**PLEASE TAKE NOTICE** that on March 12, 2010, Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (together, "Merrill Lynch") filed their Motion Pursuant to Bankruptcy Code Section 107(b) and Fed.R.Bankr.P. 9019, to File Under Seal the Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3d Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on March 29, 2010**. At the same time you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS MATTER WILL BE HELD ON **APRIL 13, 2010 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO COMPEL WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 12, 2010

POTTER ANDERSON & CORROON LLP

/s/ R. Stephen McNeill
Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*