# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br><br>Re: Docket Nos. _____ |

## ORDER

Upon consideration of Merrill Lynch Capital Corporation's and Merrill Lynch, Pierce, Fenner & Smith Incorporated's (together, "Merrill Lynch") Motion, Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal the Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order [D.I 3724] (the "Motion to Seal"); and it appearing that appropriate notice of the Motion to Seal was provided; and it appearing that no other or further notice need be given; and after due deliberation; and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion to Seal is Granted.

2. Pursuant to Bankruptcy Code § 107(b) and Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1, Merrill Lynch is authorized to file the Joinder[1] under seal.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Seal.

3. The Joinder shall be treated under the Depository Order as if it is marked "Highly Confidential – Attorneys' Eyes Only."

Dated: _____, 2010

                                                                                   The Honorable Kevin J. Carey
United States Bankruptcy Judge