# **EXHIBIT A**

Compensation by Professional

| Name | Group | Rank | Total hours | Bill rate | Service subtotal |
|---|---|---|---|---|---|
| Matt Jones | Business Valuation / Intangibles | Senior Manager | 14.0 | 475.00 | 6,650.00 |
| Mike Kearns | Business Valuation / Intangibles | Senior 1&2 | 8.0 | 275.00 | 2,200.00 |
| Matthew Howley | Business Valuation / Intangibles | PPED | 3.0 | 525.00 | 1,575.00 |
| | | Total: | 25.0 | | 10,425.00 |

# **EXHIBIT B**

LEGAL02/31654929v1

# ERNST & YOUNG

INVOICE NUMBER: US0130207259

March 11, 2010

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**
Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

BU: **US002**   CLIENT NUMBER: **60025315**

PROJECT NUMBER: **14641406**

Billing for time and expenses from November 1, 2009 through November 30, 2009 for SFAS 142 2009 valuation services pursuant to the Engagement Agreement dated May 15, 2009.

| | |
|---|---:|
| Fees | $10,425 |
| Expenses | 0 |

| | |
|---|---:|
| *Total Due* | $10,425 |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**≣IJ ERNST & YOUNG**

INVOICE NUMBER: US0130207259

March 11, 2010

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

PLEASE REMIT TO:

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU: **US002**   CLIENT NUMBER: **60025315**

*Total Due* — $10,425

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# EXHIBIT C

LEGAL02/31654929v1

Compensation by Activity

| Activity | Total hours | Service subtotal |
|---|---|---|
| Initial Planning | 0.0 | 0.00 |
| Step 1 Calculations | 0.0 | 0.00 |
| Step 2 Calculations (Intangibles) | 0.0 | 0.00 |
| Technical review and analysis w/ Client & PwC | 0.0 | 0.00 |
| Technical review and analysis, Step 1 calculations | 0.0 | 0.00 |
| Technical review and analysis, Step 2 intangibles | 0.0 | 0.00 |
| Technical review and analysis, Step 2 personal property | 0.0 | 0.00 |
| Technical review and analysis, Step 2 leasehold intangibles | 0.0 | 0.00 |
| Step 2 Calculations (Personal Property) | 0.0 | 0.00 |
| Review of Real Property Analyses | 0.0 | 0.00 |
| Leased property valuations | 0.0 | 0.00 |
| Report Writing & Reviewing | 25.0 | 10,425.00 |
| Total: | 25.0 | $10,425.00 |

| Professional | Rank | Date | Hours | Description | Activity | Bill rate | Subtotal |
|---|---|---|---|---|---|---|---|
| Matt Jones | Senior Manager | 2-Nov-09 | 3.6 | Discussion regarding changes to final narrative report | Report Writing & Reviewing | 475.00 | 1,710.00 |
| Matt Jones | Senior Manager | 3-Nov-09 | 2.1 | Drafting of narrative report | Report Writing & Reviewing | 475.00 | 997.50 |
| Matt Jones | Senior Manager | 9-Nov-09 | 4.2 | Drafting of narrative report | Report Writing & Reviewing | 475.00 | 1,995.00 |
| Matt Jones | Senior Manager | 10-Nov-09 | 2.1 | Drafting of narrative report | Report Writing & Reviewing | 475.00 | 997.50 |
| Matt Jones | Senior Manager | 12-Nov-09 | 0.7 | Revisions to narrative report | Report Writing & Reviewing | 475.00 | 332.50 |
| Matt Jones | Senior Manager | 18-Nov-09 | 1.3 | Revisions to narrative report | Report Writing & Reviewing | 475.00 | 617.50 |
| Mike Kearns | Senior 1&2 | 13-Nov-09 | 2.5 | Revisions to narrative report | Report Writing & Reviewing | 275.00 | 687.50 |
| Mike Kearns | Senior 1&2 | 18-Nov-09 | 2.5 | Revisions to narrative report | Report Writing & Reviewing | 275.00 | 687.50 |
| Mike Kearns | Senior 1&2 | 19-Nov-09 | 3.0 | Revisions to narrative report | Report Writing & Reviewing | 275.00 | 825.00 |
| Matthew Howley | PPED | 2-Nov-09 | 3.0 | Discussion regarding changes to final narrative report | Report Writing & Reviewing | 525.00 | 1,575.00 |
| Total: | | | 25.0 | | | | 10,425.00 |