## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13141 (KJC) |
|  | : | (Jointly Administered) |
| TRIBUNE COMPANY, *et al.*, | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |
|  | : |  |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

BE IT REMEMBERED, that on this 15th day of March, 2010, did personally appear before me Subscriber, a Notary for the State and County aforesaid, R. Stephen McNeill, who being by me duly sworn according to law, did depose and say:

     1.     That he is an attorney duly licensed to practice before the Courts of the State of Delaware and the United States District Court for the District of Delaware, and is an associate with the firm of Potter Anderson & Corroon LLP, counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated;

     2.     That on March 15, 2010, he did cause to be served a true and correct copy of the following document by First Class Mail on the persons listed on Exhibit A:

     a)     Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'S Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information In Violation of Court Order [Sealed Version]

Dated this 15th day of March, 2010.

_R. Stephen McNeill_
R. Stephen McNeill

SWORN AND SUBSCRIBED before me the day and year aforesaid.

_Cacia Mauro Batts_
Notary Public
My commission expires:

CACIA MAURO BATTS
MY COMMISSION
EXPIRES
OCT. 15, 2013
NOTARY PUBLIC
STATE OF DELAWARE