# EXHIBIT A

(Citicorp NA Inc.; Citigroup Global Markets Inc.)
John P. DiTomo, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

(Citicorp NA Inc.; Citigroup Global Markets Inc.)
Andrew Gordon, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

(Debtors)
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole Schotz Meisel Forman & Leonard PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

(Debtors)
James F. Conlan, Esquire
Bryan Krakauer, Esquire
Janet E. Henderson, Esquire
James W. Ducayet, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

(Official Committee of Unsecured Creditors)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

(Official Committee of Unsecured Creditors)
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

(Official Committee of Unsecured Creditors)
Thomas G. Macauley, Equire
Zuckerman Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19801

(Official Committee of Unsecured Creditors)
Graeme W. Bush, Esquire
Andrew N. Goldfarb, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807

(Wilmington Trust Company)
Martin S. Siegel, Esquire
Robert J. Stark, Esquire
Kate S. Bromberg, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

(Wilmington Trust Company)
William M. Dolan, Esquire
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903

(Wilmington Trust Company)
Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801

Wilmington, DE 19801

(JPMorgan Chase Bank NA)
Dennis E. Glazer, Esquire
Sharon Katz, Esquire
Karen E. Wagner, Esquire
Michael, J. Russano, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

(JPMorgan Chase Bank NA)
Patrick M. Brannigan, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

(Bank of America NA; Banc of America Securities LLC)
Bradley J. Butwin, Esquire
Daniel L. Cantor, Esquire
Steven A. Rosenstein, Esquire
O'Melveny & Myers LLP
7 Times Square / Times Square Tower
New York, NY 10036

(Bank of America NA; Banc of America Securities LLC)
Evan M. Jones, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

(Bank of America NA; Banc of America Securities LLC)
David B. Stratton, Esquire
John H. Schanne, II, Esquire
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709