# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to D.I. 3657** |

## NOTICE OF CORRECTION TO THE STIPULATED FACTS IN CONNECTION WITH MARCH 26, 2010 HEARING ON LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS

The above-captioned debtors and debtors in possession; Law Debenture Trust Company of New York; JPMorgan Chase Bank, N.A.; Tribune (FN) Cable Ventures, Inc.; certain Credit Lenders represented by Hennigan, Bennett & Dorman LLP; Centerbridge Credit Advisors LLC;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a/ Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and the Official Committee of Unsecured Creditors (collectively, the "Parties"), hereby provide notice of the following correction to their Stipulated Facts in Connection with March 26, 2010 Hearing on Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments ("Stipulated Facts"), filed with this Court on March 2, 2010 (D.I. 3657).

1. Paragraph 79 of the Stipulated Facts erroneously stated that Tribune (FN) Cable Ventures, Inc.'s ("TCV") bank account had a balance of $40,517,337.57 as of December 23, 2009. Instead, the correct balance of TCV's bank account as of December 23, 2009 was $93,241,688.52.

2. Paragraph 79 of the Stipulated Facts is hereby corrected to read: "As of December 23, 2009, TCV's bank account at JPM had a balance of $93,241,688.52."

Dated: March 15, 2010

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Signature Pages for Notice of Correction to the Stipulated Facts in Connection with March 26, 2010 Hearing on Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payment

_____
Garvan F. McDaniel (No. 4167)
**BIFFERATO GENTILOTTI LLC**
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Daniel A. Fliman
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Counsel for Law Debenture Trust Company of New York*

_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, PA**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

– and –

James F. Conlan
Bryan Krakauer
James W. Ducayet
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000

*Counsel to the Debtors and Debtors-in-Possession and Tribune (FN) Cable Ventures, Inc.*

/s/ Robert J. Stearn
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
**RICHARDS, LAYTON & FINGER, P.A**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701

– and –

Dennis E. Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4019

*Counsel for JP Morgan Chase Bank, N.A.*

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
**YOUNG, CONAWAY,
STARGATT & TAYLOR, LLP**
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899
Tel: (302) 571-6600
Fax: (302) 571-1253

– and –

Bruce Bennett
James O. Johnston
**HENNIGAN, BENNETT & DORMAN LLP**
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Tel: (213) 694-1200

*Counsel for the Credit Agreement Lenders*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

– and –

Howard Seife
David M. LeMay
Douglas E. Deutsch
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-5100

*Counsel to the Official Committee of Unsecured Creditors*

Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
Mark M. Billion (No. 5263)
**PACHULSKI STANG
ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Tel: (302) 652-4100
Fax: (302) 652-4400

– and –

Deborah J. Newman
**AKIN GUMP STRAUSS
HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: (212) 872-7481

*Counsel for Centerbridge Credit Advisors LLC*

4

| | |
|---|---|
| Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>**RICHARDS, LAYTON & FINGER, P.A**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>– and –<br><br>Dennis E. Glazer<br>Karen E. Wagner<br>Sharon Katz<br>Michael Russano<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4019<br><br>*Counsel for JP Morgan Chase Bank, N.A.* | /s/ Robert S. Brady<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>**YOUNG, CONAWAY,**<br>**STARGATT & TAYLOR, LLP**<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>– and –<br><br>Bruce Bennett<br>James O. Johnston<br>**HENNIGAN, BENNETT & DORMAN LLP**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Tel: (213) 694-1200<br><br>*Counsel for the Credit Agreement Lenders* |
| Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Tel: (302) 467-4400<br>Fax: (302) 467-4450<br><br>– and –<br><br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 408-5100<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Laura Davis Jones (No. 2436)<br>Timothy P. Cairns (No. 4228)<br>Mark M. Billion (No. 5263)<br>**PACHULSKI STANG**<br>**ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br><br>– and –<br><br>Deborah J. Newman<br>**AKIN GUMP STRAUSS**<br>**HAUER & FELD LLP**<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-7481<br><br>*Counsel for Centerbridge Credit Advisors LLC* |

| | |
|---|---|
| Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>**RICHARDS, LAYTON & FINGER, P.A**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>– and –<br><br>Dennis E. Glazer<br>Karen E. Wagner<br>Sharon Katz<br>Michael Russano<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4019<br><br>*Counsel for JP Morgan Chase Bank, N.A.* | Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>**YOUNG, CONAWAY,<br>STARGATT & TAYLOR, LLP**<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>– and –<br><br>Bruce Bennett<br>James O. Johnston<br>**HENNIGAN, BENNETT & DORMAN LLP**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Tel: (213) 694-1200<br><br>*Counsel for the Credit Agreement Lenders* |
| /s/ Adam G. Landis<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Tel: (302) 467-4400<br>Fax: (302) 467-4450<br><br>– and –<br><br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 408-5100<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Laura Davis Jones (No. 2436)<br>Timothy P. Cairns (No. 4228)<br>Mark M. Billion (No. 5263)<br>**PACHULSKI STANG<br>ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br><br>– and –<br><br>Deborah J. Newman<br>**AKIN GUMP STRAUSS<br>HAUER & FELD LLP**<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-7481<br><br>*Counsel for Centerbridge Credit Advisors LLC* |

4

| | |
|---|---|
| Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>**RICHARDS, LAYTON & FINGER, P.A**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>– and –<br><br>Dennis E. Glazer<br>Karen E. Wagner<br>Sharon Katz<br>Michael Russano<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4019<br><br>*Counsel for JP Morgan Chase Bank, N.A.* | Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>**YOUNG, CONAWAY,**<br>**STARGATT & TAYLOR, LLP**<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>– and –<br><br>Bruce Bennett<br>James O. Johnston<br>**HENNIGAN, BENNETT & DORMAN LLP**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Tel: (213) 694-1200<br><br>*Counsel for the Credit Agreement Lenders* |
| Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Tel: (302) 467-4400<br>Fax: (302) 467-4450<br><br>– and –<br><br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 408-5100<br><br>*Counsel to the Official Committee of Unsecured Creditors* | */s/ Mark M. Billion*<br>Laura Davis Jones (No. 2436)<br>Timothy P. Cairns (No. 4228)<br>Mark M. Billion (No. 5263)<br>**PACHULSKI STANG**<br>**ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br><br>– and –<br><br>Deborah J. Newman<br>**AKIN GUMP STRAUSS**<br>**HAUER & FELD LLP**<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-7481<br><br>*Counsel for Centerbridge Credit Advisors LLC* |

4