**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on March 15, 2010, copies of the foregoing *Law Debenture Trust Company of New York's Brief (A) in Response to Debtors' and JPMorgan's Supplemental Briefs and (B) in Further Support of its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* were served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following via electronic mail:

Bryan Krakauer, Esq.
bkrakauer@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Robert S. Brady, Esq.
rbrady@ycst.com
Young Conaway Stargatt & Taylor
1000 West Street
Wilmington, DE 19801

William S. Brody, Esq.
wbrody@buchalter.com
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Howard Seife, Esquire
hseife@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Cynthia Moh Baldwin, Esq.
cbaldwin@eapdlaw.com
Edwards Angell Palmer & Dodge
919 North Market Street 15th Floor
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B McGuire, Esquire
landis@lrclaw.com
mcguire@lrclaw.com
adams@lrclaw.com
panchak@lrclaw.com
dero@lrclaw.com
dellose@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Michael A. Henry, Esq.
mhenry@grossmcginley.com
Gross McGinley
33 South Seventh Street
Allentown, PA 18105

Norman Pernick, Esq.
J. Kate Stickles , Esq.
npernick@coleschotz.com
kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

| | |
|---|---|
| Mark D. Collins, Esquire<br>Robert Stearn, Esquire<br>Drew Sloan, Esquire<br>Collins@rlf.com<br>Dsloan@rlf.com<br>Stearn@rlf.com<br>Richards, Layton, & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br><br>Patrick T. Garvey, Esq.<br>garveyp@jbltd.com<br>Johnson & Bell Ltd.<br>33 W. Monroe St., Ste. 2700<br>Chicago, IL  60603 | Office Of The United States Trustee<br>Joseph J. McMahon, Jr., Esq.<br>Joseph.mcmahon@usdoj.gov<br>United States Dept. Of Justice<br>844 King Street, Suite 2207<br>Wilmington, DE 19899-0035<br><br>Jennifer R. Hoover, Esq.<br>Raymond Lemisch, Esq.<br>Bradford J. Sandler, Esq.<br>Jennifer E. Smith, Esq.<br>jhoover@beneschlaw.com<br>ehein@beneschlaw.com<br>rlemisch@beneschlaw.com<br>bsandler@beneschlaw.com<br>jsmith@beneschlaw.com<br>Benesch, Friedlander, Coplan & Aronoff<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 |

Dated:  March 15, 2010
     Wilmington, Delaware          /s/ Garvan F. McDaniel
                                            Garvan F. McDaniel (No. 4167)