# CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 16th day of March, 2010, I caused copies of the foregoing *Objection of The Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Dismissing Without Prejudice Their Motion for an Order Authorizing the Debtors to Implement Transitional MIP and Key Operators Bonus Components of 2009 Management Incentive Plan* to be served on the parties listed below as indicated.

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**BY FACSIMILE**
**& ELECTRONIC MAIL**
Brian Krakauer, Esquire
Kevin T. Lantry, Esquire
Brian J. Gold, Esquire
Jonathan D. Lotsoff, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
**Facsimile: 312-853-7036**

_/s/ CPS_
Christopher P. Simon (No. 3697)