## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11 Cases** |
|  | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,** | : | **(Jointly Administered)** |
|  | : |  |
| **Debtors.** | : |  |

------------------------------------------------------x

### CERTIFICATION OF COUNSEL

The undersigned hereby certifies that on March 16, 2010, the Law Debenture Trust Company of New York delivered binders containing copies of the motion, responses, objections, stipulated facts and briefs relating to the Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment Of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments scheduled for hearing on March 26, 2010.

Dated: March 17, 2010     Respectfully submitted,
   Wilmington, Delaware

     /s/ Garvan F. McDaniel
     Garvan F. McDaniel (No. 4167)
     Bifferato Gentilotti LLC
     800 N. King Street, Plaza Level
     Wilmington, Delaware 19801
     (302) 429-1900
     (302) 429-8600 (fax)
     gmcdaniel@bglawde.com

     *Co-Counsel for Law Debenture Trust Company*
     *of New York*