# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| : | Re: Docket Nos. 3714, 3715, 3724, 3725 |

## NOTICE OF REQUEST FOR STATUS CONFERENCE WITH RESPECT TO MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER

PLEASE TAKE NOTICE THAT JPMorgan Chase Bank, N.A. filed a Motion For Sanctions Against Wilmington Trust Company For Improper Disclosure Of Confidential Information in Violation of Court Order (the "Motion") [Docket No. 3715] and an accompanying Motion to File Under Seal [Docket No. 3714], which is scheduled for hearing before this Court on April 13, 2010;

PLEASE TAKE FURTHER NOTICE that Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated filed a joinder to the Motion [Docket No. 3724] and an accompanying Motion to File Under Seal [Docket No. 3725]

WHEREFORE, the undersigned counsel for Wilmington Trust Company respectfully request that the Court hold a status conference regarding the Motion at the omnibus hearing date currently scheduled for **March 23, 2010 at 11:00 a.m.**

          BENESCH, FRIEDLANDER, COPLAN
          & ARONOFF LLP

By:   */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer R. Hoover, Esquire (No. 5111)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      (302) 442-7010 telephone
      (302) 442-7012 facsimile
      rlemisch@beneschlaw.com
      jhoover@beneschlaw.com

      -and-

      Robert J. Stark, Esquire
      Martin S. Siegel, Esquire
      BROWN RUDNICK LLP
      Seven Times Square
      New York, NY 10036
      (212) 209-4800 telephone
      (212) 209-4801 facsimile

      - and -

      William M. Dolan III, Esquire
      BROWN RUDNICK LLP
      121 South Main Street
      Providence, RI 02903
      (401) 276-2600 telephone
      (401) 276-2601 facsimile

      *Counsel to Wilmington Trust Company, as Successor Indenture Trustee*