# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679484
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through December 31, 2009

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/01/09 | K. Michaels | C300 | 0 | Review of Guild information request. | 0.30 | 171.00 |
| 12/02/09 | K. Michaels | C300 | 0 | Review of Guild demand for arbitration. | 0.10 | 57.00 |
| 12/03/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes. | 0.30 | 171.00 |
| 12/04/09 | K. Michaels | C300 | 0 | Drafting confidentiality agreement to be used in connection with production of information. | 0.50 | 285.00 |
| 12/04/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding discussion of various labor matters, including responding to information request, Guild movement to arbitration grievance related to previous layoff settlement. | 1.00 | 570.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1679484

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/04/09 | K. Michaels | C300 | 0 | Drafting letter to American Arbitration Association regarding Company position refusing to arbitrate performance of unit work by non-unit employees issue. | 0.50 | 285.00 |
| 12/09/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding responding to information request and refusal to arbitrate issues. | 0.50 | 285.00 |
| 12/09/09 | K. Michaels | C300 | 0 | Drafting e-mail correspondence to A. Barnes regarding enclosed draft refusal to arbitrate letter. | 0.20 | 114.00 |
| 12/09/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached draft letter to the Guild regarding confidentiality agreement (.2); drafting response to same (.1). | 0.30 | 171.00 |
| 12/11/09 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached letter from Guild. | 0.20 | 114.00 |
| 12/11/09 | K. Michaels | L120 | 0 | Direction regarding preparation of letter to American Arbitration Association concerning refusal to arbitrate performance of unit work by non-unit employees claim. | 0.20 | 114.00 |
| 12/17/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes. | 0.50 | 285.00 |
| 12/18/09 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes. | 0.30 | 171.00 |
| 12/22/09 | K. Michaels | C300 | 0 | Review of letter from American Arbitration Association regarding processing of Guild arbitration demand for performance of unit work issue (.1); review of B. Paul email to AAA regarding same (.1). | 0.20 | 114.00 |
| 12/22/09 | K. Michaels | C300 | 0 | Review of letter from B. Paul, Guild Counsel, regarding withdrawal of arbitration demand for performance of unit work issue (.1); email correspondence to/from A. Barnes regarding same (.2). | 0.30 | 171.00 |



Invoice No. 1679484

Page 3

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/22/09 | K. Michaels | C300 | 0 | Drafting response to letter from B. Paul regarding Guild position on arbitrability of performance of unit work issue. | 0.50 | 285.00 |

| | | |
|---|---|---|
| **Total Hours** | 5.90 | |
| **Total Fees** | | $3,363.00 |
| **Less Discount** | | ($336.30) |
| **Total Fees After Discount** | | $3,026.70 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 5.90 | hours at | $570.00 | per hour |
|---|---|---|---|---|---|---|

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 12/11/09 | Copying | 0.60 |
| | **Facsimile** | |
| 12/11/09 | Facsimile | 5.52 |
| **Total Disbursements** | | 6.12 |
| **Total Amount Due** | | $3,032.82 |



**SEYFARTH SHAW LLP**
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1679484
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,363.00 |
| Less Discount | ($336.30) |
| Total Fees after Discount | $3,026.70 |
| Total Disbursements | 6.12 |
| Total Fees and Disbursements This Statement | $3,032.82 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679301
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through December 31, 2009

### Pay for Performance; Case No. 16 300 00758 09

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/01/09 | J. Sherman | L120 | 0 | Telephone conferences with A. Barnes and Union attorney R. Paul regarding hearing issues. | 0.70 | 479.50 |
| 12/03/09 | J. Sherman | L120 | 0 | Telephone conference with A Barnes and H. Weinstein regarding case preparation. | 1.80 | 1,233.00 |
| 12/04/09 | J. Sherman | L120 | 0 | Multiple telephone conferences with A Barnes (.6); telephone conference with H. Weinstein (.4); work on case preparation (3.0). | 4.00 | 2,740.00 |
| 12/05/09 | J. Sherman | L120 | 0 | Prepare outline of witness testimony (6.0); and review of bargaining history related to same (2.0). | 8.00 | 5,480.00 |
| 12/06/09 | J. Sherman | L120 | 0 | Prepare outline(4.00); and opening statement (3.00). | 7.00 | 4,795.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/07/09 | J. Sherman | L440 | 0 | Prepare witnesses in Baltimore for hearing on December 8, 2009. | 8.00 | 5,480.00 |
| 12/08/09 | J. Sherman | L450 | 0 | Represent client at arbitration hearing. | 8.00 | 5,480.00 |
| 12/14/09 | J. Sherman | L120 | 0 | Review e-mail correspondence from Union attorney R. Paul requesting production of documents prior to next day of hearing (.10); telephone conference with A. Barnes discussing preparation of Company response to Union production request (.20). | 0.30 | 205.50 |
| 12/16/09 | J. Sherman | L120 | 0 | E-mail correspondence with A. Barnes regarding Guild document request and review of document in connection with same. | 0.30 | 205.50 |

**Total Hours**                                                   38.10

**Total Fees**                                                    $26,098.50

**Less Discount**                                                 ($2,609.85)

**Total Fees After Discount**                                     $23,488.65

**Timekeeper Summary**

| J. Sherman | Partner | - | 38.10 | hours at | $685.00 | per hour |
|------------|---------|---|-------|----------|---------|----------|

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 12/03/09 | Copying | 12.60 |
| | **Long Distance Telephone** | |
| 11/30/09 | Long Distance Telephone | 0.78 |



Baltimore Sun

| 12/17/09 | Long Distance Telephone | 0.52 |
|----------|-------------------------|------|

**Total Disbursements**        13.90

**Total Amount Due**        $23,502.55



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1679301
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $26,098.50 |
| Less Discount | ($2,609.85) |
| Total Fees after Discount | $23,488.65 |
| Total Disbursements | 13.90 |
| Total Fees and Disbursements This Statement | $23,502.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679319
0276 12575 / 12575-000297
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

---

For legal services rendered through December 31, 2009

### Columnists Reporting Assignments Arbitration; Case No. 16 300 00842 09

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/02/09 | K. Michaels | L110 | 0 | Correspondence from and to A. Barnes regarding issues involved in the case. | 0.10 | 57.00 |
| 12/02/09 | K. Michaels | L120 | 0 | Review of letter from American Arbitration Association regarding appointment of arbitrator and proposed hearing dates; drafting e-mail correspondence to A. Barnes regarding same. | 0.10 | 57.00 |
| 12/03/09 | K. Michaels | L110 | 0 | Review of shared work bargaining history. | 4.20 | 2,394.00 |
| 12/04/09 | K. Michaels | C200 | 0 | Review of arbitral decisions. | 1.20 | 684.00 |
| 12/07/09 | K. Michaels | C300 | 0 | Drafting outline of information needed to prepare case and arguments and defenses. | 2.00 | 1,140.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/08/09 | K. Michaels | L410 | 0 | Drafting outline. | 2.30 | 1,311.00 |
| 12/14/09 | K. Michaels | L110 | 0 | Continued review of arbitration file. | 2.00 | 1,140.00 |
| 12/17/09 | K. Michaels | L110 | 0 | Review of arbitrator decision. | 0.30 | 171.00 |

| | | |
|---|---|---|
| **Total Hours** | 12.20 | |
| **Total Fees** | | $6,954.00 |
| **Less Discount** | | ($695.40) |
| **Total Fees After Discount** | | $6,258.60 |

**Timekeeper Summary**

K. Michaels          Partner          -     12.20     hours at     $570.00     per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 12/03/09 | Facsimile | 2.26 |
| | **Online Research** | |
| 11/16/09 | Inv#: 0911014113 User: MICHAELS, KRISTIN-0822 L EXIS LEGAL SERVICES SEARCHES | 19.42 |
| 11/16/09 | Inv#: 0911014113 User: MICHAELS, KRISTIN-0822 L EXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 6.73 |
| 11/16/09 | Inv#: 0911014113 User: MICHAELS, KRISTIN-0822 S HEPARD'S SERVICE LEGAL CITATION SERVICES | 1.96 |

| | |
|---|---|
| **Total Disbursements** | 30.37 |
| **Total Amount Due** | $6,288.97 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1679319
0276 12575 / 12575-000297
Columnists Reporting Assignments Arbitration; Case
No. 16 300 00842 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,954.00 |
| Less Discount | ($695.40) |
| Total Fees after Discount | $6,258.60 |
| Total Disbursements | 30.37 |
| Total Fees and Disbursements This Statement | $6,288.97 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679303
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2009

### Labor-General 0000000968

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/10/09 | N. Finkel | C300 | 0 | Conduct legal research regarding Florida law for deductions from pay for theft (.2); exchange correspondence with A. Lipson regarding same (.2). | 0.40 | 204.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $204.00 |
| **Less Discount** | | ($20.40) |
| **Total Fees After Discount** | | $183.60 |

### Timekeeper Summary

N. Finkel          Partner          -          0.40          hours at          $510.00          per hour

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1679303

Page 2

Tribune Company

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $183.60 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1679303
0276 11089 / 11089-000001
Labor-General 0000000968

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $204.00 |
| Less Discount | ($20.40) |
| Total Fees after Discount | $183.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $183.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679304
0276 11089 / 11089-000035
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2009

**WGN Assessment**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/17/09 | N. Finkel | C300 | | Review materials sent by J. Osick. | 0.70 | 357.00 |
| 12/18/09 | N. Finkel | C300 | | Conference with J. Osick. | 0.20 | 102.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.90 | |
| **Total Fees** | | $459.00 |
| **Less Discount** | | ($45.90) |
| **Total Fees After Discount** | | $413.10 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 0.90 | hours at | $510.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

**Total Disbursements**                                                        0.00

**Total Amount Due**                                                       $413.10



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1679304
0276 11089 / 11089-000035
WGN Assessment

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $459.00 |
| Less Discount | ($45.90) |
| Total Fees after Discount | $413.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $413.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679310
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2009

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 12/01/09 | J. Meer | L350 | 0 | Outline reply brief for Motion to Compel. | 0.50 | 285.00 |
| 12/01/09 | J. Meer | L350 | 0 | Review meet and confer letter from plaintiff's counsel regarding opposition to motion to compel plaintiff's document production. | 0.40 | 228.00 |
| 12/01/09 | D. Hyun | L430 | 0 | Continued work on memorandum of points and authorities in support of motion to amend protective order | 1.20 | 480.00 |
| 12/02/09 | J. Meer | L390 | 0 | Prepare reply papers for motion to compel plaintiff's records (1.4); review deposition corrections for transcript of B. Nash-Lopez (1.4). | 2.40 | 1,368.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1679310

Page 2

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/03/09 | J. Meer | L350 | 0 | Revise reply brief for motion to compel documents. | 2.50 | 1,425.00 |
| 12/03/09 | D. Hyun | L330 | 0 | Review and analyze deposition of B. Lopez-Nash to prepare reply for summary judgment and for trial. | 2.30 | 920.00 |
| 12/04/09 | J. Meer | L190 | 0 | (1.6) Review deposition transcript of Ira Goldstone and annotate same; (0.3) prepare letter to Ira Goldstone regarding same; (0.3) prepare letter to Ira Goldstone regarding verification for written discovery requests. | 2.20 | 1,254.00 |
| 12/04/09 | D. Hyun | L430 | 0 | Draft declaration of Hyun in support of reply motion to compel plaintiff's deposition and production of documents at deposition. | 1.90 | 760.00 |
| 12/04/09 | D. Hyun | L430 | 0 | Continued work on draft of reply memorandum of points and authorities in support of motion to compel plaintiff's deposition. | 1.30 | 520.00 |
| 12/04/09 | D. Jimenez | L350 | 0 | Draft subpoena for firearms records to Bureau of Firearms. | 1.30 | 286.00 |
| 12/07/09 | J. Meer | L190 | 0 | Review research regarding proposed discovery referees. | 0.50 | 285.00 |
| 12/07/09 | J. Meer | L190 | 0 | Revise trial calendar. | 0.60 | 342.00 |
| 12/07/09 | J. Meer | L310 | 0 | Review meet and confer email from plaintiff's counsel regarding supplemental responses to Form Interrogatories. | 0.40 | 228.00 |
| 12/07/09 | J. Meer | L431 | 0 | Outline Motions in Limine and trial briefs. | 1.00 | 570.00 |
| 12/07/09 | D. Hyun | C400 | 0 | Draft response to plaintiff's counsel email regarding our discovery responses. | 0.40 | 160.00 |
| 12/07/09 | D. Hyun | L120 | 0 | Plan and prepare for second searching plaintiff's deposition. | 0.80 | 320.00 |
| 12/07/09 | D. Hyun | L330 | 0 | Draft cover letter regarding subpoena to Bureau of Firearms | 0.30 | 120.00 |



Invoice No. 1679310

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/07/09 | D. Hyun | L330 | 0 | Review and revise subpoena to Bureau of Firearms. | 0.40 | 160.00 |
| 12/07/09 | D. Hyun | L430 | 0 | Review and revise reply memorandum of points and authorities and declaration in support of motion to compel deposition and production of documents. | 1.20 | 480.00 |
| 12/07/09 | D. Jimenez | L350 | 0 | Make changes and updates requested by attorneys to subpoena for firearms records to Bureau of Firearms, and attachment to subpoena listing documents to be produced. | 0.50 | 110.00 |
| 12/08/09 | J. Meer | L390 | 0 | Exchange emails with plaintiff's counsel regarding discovery referee. | 0.50 | 285.00 |
| 12/08/09 | M. Halperin | L310 | 0 | Telephone conference with D. Ho at NBC Universal Inc. regarding the submission of the documents responsive to our subpoena request. | 0.20 | 55.00 |
| 12/08/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun advising him that the documents responsive to the NBC Universal Inc. subpoena will be mailed to the deposition officer tomorrow. | 0.10 | 27.50 |
| 12/08/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Ho at NBC Universal, Inc. regarding the status of providing us with the records subpoenaed last month. | 0.10 | 27.50 |
| 12/08/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun to confirm that the motion to quash hearing on the KTLA subpoena is scheduled for February 2, 2010. | 0.10 | 27.50 |
| 12/08/09 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun regarding whether ESPN ever mailed him the records that were subpoenaed. | 0.10 | 27.50 |
| 12/08/09 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer advising that the NBC Universal Inc. records are being mailed to them tomorrow. | 0.10 | 27.50 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/08/09 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer advising that we received the ESPN records and she can close her handling of that subpoena. | 0.10 | 27.50 |
| 12/09/09 | J. Meer | L190 | 0 | Prepare email to I. Goldstone regarding case status update. | 0.40 | 228.00 |
| 12/09/09 | J. Meer | L310 | 0 | Prepare supplemental responses Form Interrogatories. | 1.20 | 684.00 |
| 12/09/09 | J. Meer | L310 | 0 | Review email from plaintiff's counsel regarding supplemental responses to Form Interrogatories. | 0.40 | 228.00 |
| 12/09/09 | J. Meer | L330 | 0 | Telephone conference with I. Goldstone regarding revisions to his deposition transcript. | 0.80 | 456.00 |
| 12/10/09 | J. Meer | L190 | 0 | Prepare letter to K. Moskowitz regarding unanswered questions during plaintiff's deposition. | 0.80 | 456.00 |
| 12/10/09 | J. Meer | L190 | 0 | Prepare response to J. Shapiro regarding deposition of I. Goldstone and request to continue hearing date for motion for summary judgment. | 0.50 | 285.00 |
| 12/10/09 | J. Meer | L240 | 0 | Review letter from J. Shapiro regarding deposition of I. Goldstone and request to continue hearing date for Motion for Summary Judgment. | 0.40 | 228.00 |
| 12/10/09 | J. Meer | L310 | 0 | Review meet and confer letter from K. Moskowitz regarding Form Interrogatories. | 0.50 | 285.00 |
| 12/10/09 | D. Hyun | C200 | 0 | Legal research and draft memo regarding Judicial Council form interrogatories not presumptively proper, objections can still be raised. | 0.90 | 360.00 |
| 12/10/09 | D. Hyun | L310 | 0 | Draft third set of requests for production of documents to plaintiff. | 1.20 | 480.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1679310

Page 5

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/11/09 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding supplemental responses to interrogatories (.3); outline same (.5); exchange emails with plaintiff's counsel regarding request for special case management conference (.3); exchange emails with plaintiff's counsel regarding discovery referee (.3). | 1.40 | 798.00 |
| 12/11/09 | D. Hyun | C400 | 0 | Review and analyze communications from plaintiff's attorney regarding outstanding discovery issues. | 0.50 | 200.00 |
| 12/11/09 | R. Cassutt | L140 | 0 | Insert relevant deposition testimony into summary of deposition document. | 2.00 | 170.00 |
| 12/13/09 | L. Li | L110 | 0 | Review deposition transcript and compile selected excerpts. | 2.50 | 200.00 |
| 12/14/09 | J. Meer | L190 | 0 | Prepare outline of arguments for hearing on discovery motions and Case Management Conference. | 0.50 | 285.00 |
| 12/14/09 | J. Meer | L190 | 0 | Exchange lengthy emails with Plaintiff's counsel regarding items to be discussed in proposed Case Management Conference. | 0.60 | 342.00 |
| 12/14/09 | J. Meer | L390 | 0 | Meet and confer with Plaintiff's counsel regarding designation of "confidential" portions of deposition Transcripts. | 0.80 | 456.00 |
| 12/14/09 | D. Hyun | C200 | 0 | Legal research regarding Chris Neuman's current employment and income. | 0.40 | 160.00 |
| 12/14/09 | D. Hyun | C400 | 0 | Review and draft email response to plaintiff's counsel regarding discovery. | 0.30 | 120.00 |
| 12/14/09 | D. Hyun | L210 | 0 | Draft demand for exchange of expert information. | 0.60 | 240.00 |
| 12/14/09 | D. Hyun | L310 | 0 | Draft fourth set of requests for production. | 1.70 | 680.00 |
| 12/14/09 | D. Hyun | L310 | 0 | Draft second set of form interrogatories employment law. | 0.40 | 160.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/14/09 | D. Hyun | L310 | 0 | Draft first set of requests for admissions. | 2.20 | 880.00 |
| 12/14/09 | D. Hyun | L430 | 0 | Plan and prepare for motion to compel plaintiff's documents and deposition. | 0.80 | 320.00 |
| 12/14/09 | R. Cassutt | L140 | 0 | Prepare excerpts of deposition testimony for Lopez Nash's Deposition. | 2.00 | 170.00 |
| 12/14/09 | L. Li | L110 | 0 | Prepare excerpts of deposition transcript of I. Goldstone. | 1.50 | 120.00 |
| 12/14/09 | L. Li | L140 | 0 | Revise I. Goldstone's deposition excerpts. | 2.50 | 200.00 |
| 12/14/09 | L. Li | L140 | 0 | Prepare deposition excerpts in support of MSJ filing. | 0.70 | 56.00 |
| 12/15/09 | J. Meer | L120 | 0 | Prepare email to client regarding case status. | 0.80 | 456.00 |
| 12/15/09 | J. Meer | L120 | 0 | Telephone conference with client regarding case status. | 0.30 | 171.00 |
| 12/15/09 | J. Meer | L190 | 0 | Review additional designations of "confidential" documents and testimony from plaintiff's counsel. | 1.00 | 570.00 |
| 12/15/09 | J. Meer | L190 | 0 | Revise Notice of Ruling regarding discovery motions. | 0.50 | 285.00 |
| 12/15/09 | J. Meer | L190 | 0 | Respond to plaintiff's counsel regarding Notice of Ruling regarding discovery. | 0.40 | 228.00 |
| 12/15/09 | J. Meer | L190 | 0 | Review email from plaintiff's counsel objecting to Notice of Ruling regarding discovery. | 0.30 | 171.00 |
| 12/15/09 | J. Meer | L390 | 0 | Prepare objections to and motion to modify plaintiff's "confidential" designations. | 1.50 | 855.00 |
| 12/15/09 | D. Hyun | C400 | 0 | Draft emails to plaintiff's counsel regarding motion to compel and discovery meet and confer. | 1.20 | 480.00 |
| 12/15/09 | D. Hyun | L120 | 0 | Review of new client documents. | 0.60 | 240.00 |



Invoice No. 1679310

Page 7

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/15/09 | D. Hyun | L210 | 0 | Draft notice of ruling on hearing on Goldstone's motion to compel deposition and production of documents as ordered by Court. | 1.50 | 600.00 |
| 12/15/09 | D. Hyun | L430 | 0 | Appearance at court for hearing on Goldstone's motion to compel plaintiff's production of documents and appearance at deposition. | 2.90 | 1,160.00 |
| 12/15/09 | L. Li | L110 | 0 | Revise excerpts from deposition transcript of B. Nash-Lopez. | 0.50 | 40.00 |
| 12/15/09 | L. Li | L140 | 0 | Prepare deposition exhibits. | 0.50 | 40.00 |
| 12/16/09 | J. Meer | L190 | 0 | Exchange emails with plaintiff's counsel regarding motion to amend protective order and related issues. | 0.40 | 228.00 |
| 12/16/09 | J. Meer | L190 | 0 | Telephone conference with plaintiff's counsel regarding motion to amend protective order and related issues. | 1.60 | 912.00 |
| 12/16/09 | D. Hyun | C200 | 0 | Legal research regarding right of privacy, tax returns are privileged. | 0.80 | 320.00 |
| 12/16/09 | D. Hyun | C400 | 0 | Telephonic meet and conference with plaintiff's counsel regarding designations of the deposition transcripts of B. Lopez-Nash and I. Goldstone as confidential. | 1.50 | 600.00 |
| 12/16/09 | D. Hyun | C400 | 0 | Review and respond to emails from plaintiff's counsel regarding deposition issues. | 0.50 | 200.00 |
| 12/16/09 | D. Hyun | L320 | 0 | Review and analyze documents produced by NBC Universal pursuant to Goldstone's subpoena | 0.60 | 240.00 |
| 12/16/09 | L. Li | L110 | 0 | Review deposition transcript of I. Goldstone. | 1.50 | 120.00 |
| 12/16/09 | L. Li | L140 | 0 | Revise excerpts of I. Goldstone's deposition testimonies. | 0.50 | 40.00 |
| 12/17/09 | J. Meer | L320 | 0 | Review additional documents produced by plaintiff as ordered by the court. | 1.50 | 855.00 |



Invoice No. 1679310

Page 8

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/17/09 | J. Meer | L350 | 0 | Outline new motion to compel based on plaintiff's failure to follow the court order to produce documents. | 0.50 | 285.00 |
| 12/17/09 | J. Meer | L350 | 0 | Outline new motion to modify protective order to in order to allow disclosure to third party witnesses. | 0.50 | 285.00 |
| 12/17/09 | D. Hyun | C400 | 0 | Review and respond to emails sent by Plaintiff's counsel regarding discovery. | 0.80 | 320.00 |
| 12/17/09 | D. Hyun | L310 | 0 | Draft declaration of J. Meer in support of motion challenging plaintiff's designation of deposition transcripts and exhibits as confidential. | 2.30 | 920.00 |
| 12/17/09 | D. Hyun | L320 | 0 | Review and analyze documents produced by plaintiff. | 1.40 | 560.00 |
| 12/17/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion challenging plaintiff's designation of depositions as confidential. | 1.10 | 440.00 |
| 12/17/09 | L. Li | L110 | 0 | Compile and code deposition excerpts in preparation of the summary judgment reply brief. | 2.00 | 160.00 |
| 12/17/09 | L. Li | L140 | 0 | Revise excerpts for deposition transcript of I. Goldstone. | 2.50 | 200.00 |
| 12/18/09 | J. Wilson | L430 | 0 | Begin drafting revised Memorandum of Points and Authorities in Support of Defendant's Motion Challenging Plaintiff's Designation of Documents as Confidential (1.5 hours). | 1.50 | 427.50 |
| 12/18/09 | D. Hyun | C400 | 0 | Review and respond to e-mails sent by plaintiff's counsel regarding discovery. | 0.50 | 200.00 |
| 12/18/09 | D. Hyun | C400 | 0 | Draft letter to court regarding subpoena to California Bureau of Firearms. | 0.50 | 200.00 |
| 12/18/09 | D. Hyun | L310 | 0 | Draft supplemental responses to plaintiff's form interrogatories. | 2.30 | 920.00 |
| 12/18/09 | D. Hyun | WH4 | 0 | Telephone conference with J. Meer and I. Goldstone regarding Plaintiff's document production and deposition. | 0.60 | 240.00 |



Invoice No. 1679310

Page 9

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/19/09 | J. Wilson | L430 | 0 | Continue drafting revised Memorandum of Points and Authorities in Support of Defendant's Motion Challenging Plaintiff's Designation of Documents as Confidential (2.1 hours). | 2.10 | 598.50 |
| 12/21/09 | J. Wilson | L430 | 0 | Continue drafting Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion Challenging Plaintiff's Designation of Documents as Confidential. | 3.50 | 997.50 |
| 12/21/09 | D. Hyun | L320 | 0 | Review and analyze plaintiff's counsel's new designation of I. Goldstone deposition as confidential. | 0.90 | 360.00 |
| 12/21/09 | D. Hyun | L330 | 0 | Plan and prepare for second session of C. Neuman's deposition, including prepare exhibits and draft deposition outline. | 5.40 | 2,160.00 |
| 12/22/09 | J. Wilson | L430 | 0 | Finalize draft of Memorandum of Points and Authorities in Support of Defendant's Motion Challenging Plaintiff's Designation of Documents as Confidential. | 1.50 | 427.50 |
| 12/22/09 | J. Wilson | L430 | 0 | Begin draft of opposition to motion to quash subpoena of business records. | 1.10 | 313.50 |
| 12/22/09 | J. Wilson | L430 | 0 | Begin draft of defendant's opposition to plaintiff's motion to compel responses to form Interrogatories. | 1.10 | 313.50 |
| 12/22/09 | D. Hyun | L120 | 0 | Draft e-mail to J. Meer regarding deposition update and strategy. | 0.60 | 240.00 |
| 12/22/09 | D. Hyun | L330 | 0 | Take second session of C. Neuman's deposition. | 6.30 | 2,520.00 |
| 12/22/09 | D. Hyun | L430 | 0 | Review and revise memorandum of points and authorities regarding motion challenging plaintiff's designation of documents as confidential. | 0.50 | 200.00 |
| 12/23/09 | J. Wilson | L430 | 0 | Continue drafting defendant's motion to amend protective order. | 4.60 | 1,311.00 |



**SEYFARTH SHAW** ATTORNEYS LLP

Invoice No. 1679310

Page 10

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/23/09 | D. Hyun | C400 | 0 | Review and respond to e-mails sent by C. Neuman's counsel. | 0.30 | 120.00 |
| 12/23/09 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion to challenge designations of these documents as confidential. | 1.20 | 480.00 |
| 12/23/09 | D. Hyun | L430 | 0 | Continued work on draft of notice of lodging deposition transcripts of I. Goldstone and B. Lopez-Nash in support of motion to challenge designations of these documents as confidential. | 0.50 | 200.00 |
| 12/23/09 | D. Hyun | L430 | 0 | Continued work on draft of J. Meer declaration in support of motion objecting to designations of B. Lopez-Nash and I. Goldstone depositions as confidential. | 1.80 | 720.00 |
| 12/23/09 | D. Hyun | WH4 | 0 | Telephone conference with I. Goldstone regarding C. Neuman's deposition. | 0.20 | 80.00 |
| 12/23/09 | R. Cassutt | L140 | 0 | Revise deposition testimony excerpts from I. Goldstone deposition. | 2.50 | 212.50 |
| 12/24/09 | J. Wilson | L430 | 0 | Prepare notice of motion to defendant's motion to amend protective order. | 4.50 | 1,282.50 |
| 12/24/09 | D. Hyun | C400 | 0 | Review and respond to e-mails sent by C. Neuman's counsel regarding deposition dates. | 0.50 | 200.00 |
| 12/24/09 | D. Hyun | L430 | 0 | Draft declaration in support of opposition to C. Neuman's motion to quash subpoena regarding gun records. | 1.20 | 480.00 |
| 12/25/09 | J. Wilson | L430 | 0 | Continue drafting notice of motion regarding defendant's motion to amend the protective order. | 1.20 | 342.00 |
| 12/26/09 | J. Meer | L190 | 0 | Prepare memorandum showing references to D. Cox and R. Murphy in connection with motion for protective order as to their deposition. | 0.80 | 456.00 |



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1679310

Page 11

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/26/09 | J. Meer | L210 | 0 | Revise motion to modify the protective order. | 3.50 | 1,995.00 |
| 12/26/09 | J. Meer | L210 | 0 | Revise declaration regarding motion to modify protective order. | 0.50 | 285.00 |
| 12/26/09 | J. Meer | L350 | 0 | Review plaintiff's motion to compel further responses to form interrogatories. | 0.50 | 285.00 |
| 12/27/09 | J. Meer | L190 | 0 | Review excerpts of depositions to be included in declaration of J. Meer for opposition to motion to compel further interrogatories. | 0.50 | 285.00 |
| 12/27/09 | J. Meer | L350 | 0 | Prepare opposition to plaintiff's motion to compel further responses to form interrogatories. | 5.50 | 3,135.00 |
| 12/27/09 | J. Meer | L390 | 0 | Exchange emails with J. Osick regarding plaintiff's request to take depositions of third party witnesses. | 0.20 | 114.00 |
| 12/27/09 | J. Wilson | L430 | 0 | Continue drafting opposition to plaintiff's motion to compel interrogatory responses (2.3 hours). | 2.30 | 655.50 |
| 12/27/09 | J. Wilson | L430 | 0 | Revise defendant's motion to amend protective order (3.4 hours). | 3.40 | 969.00 |
| 12/28/09 | J. Meer | L190 | 0 | Review transcript of hearing on December 22, 2009. | 0.40 | 228.00 |
| 12/28/09 | J. Meer | L190 | 0 | Review requirements for expert designation and select damages expert to be conveyed to plaintiff. | 0.50 | 285.00 |
| 12/28/09 | J. Meer | L190 | 0 | Review plaintiff's notice of objection regarding same. | 0.30 | 171.00 |
| 12/28/09 | J. Meer | L350 | 0 | Revise declaration in opposition to plaintiff's motion to compel further discovery responses. | 1.60 | 912.00 |
| 12/28/09 | J. Meer | L350 | 0 | Identify exhibits for opposition to plaintiff's motion to compel. | 0.50 | 285.00 |
| 12/28/09 | J. Meer | L350 | 0 | Revise opposition to plaintiff's motion to compel further discovery responses. | 2.00 | 1,140.00 |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/28/09 | J. Meer | L350 | 0 | Prepare statement of non-opposition regarding subpoena for gun records. | 0.50 | 285.00 |
| 12/28/09 | J. Meer | L390 | 0 | Review excerpts from deposition outline of I. Goldstone regarding third party witnesses identified by plaintiff. | 0.60 | 342.00 |
| 12/28/09 | J. Meer | L390 | 0 | Prepare email to J. Osick regarding third party depositions noticed by plaintiff. | 0.60 | 342.00 |
| 12/28/09 | J. Wilson | L430 | 0 | Assist J. Meer with draft and revisions of defendant's opposition to plaintiff's motion to compel interrogatory responses. | 8.10 | 2,308.50 |
| 12/28/09 | L. Li | L110 | 0 | Review deposition transcript and exhibits of plaintiff Volume II. | 2.00 | 160.00 |
| 12/29/09 | J. Meer | L190 | 0 | Review Plaintiff's Section 998 Offer. | 0.20 | 114.00 |
| 12/29/09 | J. Meer | L440 | 0 | Review research regarding expert designations. | 0.50 | 285.00 |
| 12/29/09 | J. Wilson | L430 | 0 | Revise defendant's opposition to plaintiff's motion to compel further interrogatory responses and update exhibits. | 2.90 | 826.50 |
| 12/29/09 | J. Wilson | L430 | 0 | Revise declaration of J. Meer in support of defendant's opposition to plaintiff's motion to compel further interrogatory responses. | 0.30 | 85.50 |
| 12/29/09 | M. Afar | L110 | 0 | Review opposition to plaintiff's motion for errors. | 0.80 | 64.00 |
| 12/30/09 | J. Wilson | L430 | 0 | Continue draft of Initial Expert Witness Designation and ensure compliance with California Code of Civil Procedure. | 0.90 | 256.50 |
| 12/30/09 | J. Wilson | L430 | 0 | Conference with Expert Witness, M. Ward. | 0.30 | 85.50 |
| 12/30/09 | J. Wilson | L430 | 0 | Finalize Opposition to Plaintiff's Motion to Compel Interrogatory Responses before filing. | 2.80 | 798.00 |

**Total Hours**                                                                                         173.80



Ira H. Goldstone

| | |
|---|---|
| **Total Fees** | $64,733.00 |
| **Less Discount** | ($6,473.30) |
| **Total Fees After Discount** | $58,259.70 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 47.80 | hours at | $570.00 | per hour |
| J. Wilson | Associate | - | 42.10 | hours at | $285.00 | per hour |
| D. Hyun | Associate | - | 57.30 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.80 | hours at | $275.00 | per hour |
| D. Jimenez | Paralegal | - | 1.80 | hours at | $220.00 | per hour |
| R. Cassutt | Law Clerk | - | 6.50 | hours at | $85.00 | per hour |
| L. Li | Law Clerk | - | 16.70 | hours at | $80.00 | per hour |
| M. Afar | Law Clerk | - | 0.80 | hours at | $80.00 | per hour |

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| | **Attorney Services** | |
| 12/28/09 | Attorney Services - NATIONWIDE LEGAL, INC 11/27/09 | 56.85 |
| 12/28/09 | Attorney Services - NATIONWIDE LEGAL, INC 11/20/09 | 39.25 |
| | **Process Server** | |
| 12/03/09 | Process Server - NATIONWIDE LEGAL, INC 11/13/09 | 111.30 |
| | **Local Messenger** | |
| 12/28/09 | Local Messenger - NATIONWIDE LEGAL, INC 11/27/09 | 252.05 |
| 12/28/09 | Local Messenger - NATIONWIDE LEGAL, INC 11/20/09 | 99.75 |
| 12/28/09 | Local Messenger - NATIONWIDE LEGAL, INC 11/30/09 | 25.20 |
| | **Filing Fees** | |
| 12/03/09 | Filing Fees - NATIONWIDE LEGAL, INC 11/13/09 | 15.00 |
| 12/28/09 | Filing Fees - NATIONWIDE LEGAL, INC 11/20/09 | 80.00 |
| 12/28/09 | Filing Fees - NATIONWIDE LEGAL, INC 11/27/09 | 40.00 |
| | **Copying** | |



Ira H. Goldstone

| | | |
|---|---|---|
| 12/03/09 | Copying | 72.60 |
| 12/11/09 | Copying | 100.00 |
| 12/18/09 | Copying | 127.80 |
| 12/24/09 | Copying | 390.20 |
| 12/31/09 | Copying | 342.20 |
| | **Long Distance Telephone** | |
| 12/03/09 | Long Distance Telephone | 2.37 |
| 12/10/09 | Long Distance Telephone | 0.54 |
| 12/17/09 | Long Distance Telephone | 0.54 |
| | **Online Research** | |
| 11/05/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D ALLFILES | 222.97 |
| 11/05/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D COMMUNICATIONS | 4.19 |
| 11/05/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D STANDARD | 61.56 |
| 11/05/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D WESTLAW DOCUMENTS | 32.66 |
| 11/05/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D TRANSACTIONAL ONLINE FINDS | 22.26 |
| 11/05/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D HOURLY CONNECT | 13.56 |
| 11/12/09 | Inv#: 819595978 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 16.33 |
| 11/12/09 | Inv#: 819595978 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 12.08 |
| 11/19/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D WESTLAW DOCUMENTS | 2.97 |
| 11/19/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D COMMUNICATIONS | 0.03 |
| 11/19/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D HOURLY CONNECT | 0.10 |
| 11/19/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D STANDARD | 1.19 |
| 11/19/09 | Inv#: 819595978 Office: LOS ANGELES User: MEER, JONATHAN D TRANSACTIONAL ONLINE FINDS | 2.47 |
| 11/23/09 | Inv#: 819595978 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 43.54 |
| 11/23/09 | Inv#: 819595978 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 12.08 |
| 11/30/09 | Inv#: 0911014113 User: ARGUDO, KATTY-1345 LEXIS PUBLIC RECORDS COMPUTER CONECTN TIME | 1.95 |
| 11/30/09 | Inv#: 0911014113 User: ARGUDO, KATTY-1345 LEXIS PUBLIC RECORDS TIER 6 | 30.63 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Ira H. Goldstone

| | | |
|---|---|---|
| 11/30/09 | Inv#: 0911014113 User: ARGUDO, KATTY-1345 LEXIS LEGAL SERVICES TIER 9 | 0.02 |
| | **Local Travel** | |
| 12/09/09 | Local Travel - D. HYUN - Mileage 11/02/09 Attend Hearing for Motion to Wuash Subpoenas at LASC | 15.38 |
| | **Travel** | |
| 12/09/09 | Travel - D. HYUN - Parking Expense 11/02/09 Attend Hearing for Motion to Wuash Subpoenas at LASC | 18.00 |
| | **Court Fees** | |
| 12/17/09 | Court Fees - RHONDA NORBERG | 60.00 |
| | **Subpoena Fees** | |
| 12/15/09 | Subpoena Fees - TITAN LEGAL SERVICES 11/20/09 | 126.79 |
| 12/21/09 | Subpoena Fees - TITAN LEGAL SERVICES 11/30/09 | 60.94 |
| 12/31/09 | Subpoena Fees - TITAN LEGAL SERVICES 12/11/09 | 67.19 |
| | **Deposition Transcripts** | |
| 12/01/09 | Deposition Transcripts - HAHN & BOWERSOCK NEUMAN | 534.00 |
| 12/18/09 | Deposition Transcripts - KARYN ABBOTT & ASSOCIATES, INC GOLDSTONE | 914.20 |
| 12/18/09 | Deposition Transcripts - KARYN ABBOTT & ASSOCIATES, INC NASH | 487.80 |
| | **Other** | |
| 12/28/09 | Other - BANK OF AMERICA Neuman v. IRA Goldstone 2 documents | 15.00 |

**Total Disbursements**                                            4,535.54

**Total Amount Due**                                            $62,795.24



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1679310
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $64,733.00 |
| Less Discount | ($6,473.30) |
| Total Fees after Discount | $58,259.70 |
| Total Disbursements | 4,535.54 |
| Total Fees and Disbursements This Statement | $62,795.24 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS  **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679328
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through December 31, 2009

**Clement, Jayne v. Los Angeles Times, et al. 0000001656**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/02/09 | T. Rusche | L430 | 0 | Prepare notice of dismissal. | 0.30 | 130.50 |
| 12/18/09 | T. Rusche | L430 | 0 | Review and analyze motion to set aside dismissal (.3); review minute order dismissing action and authority cited therein for purposes of analyzing motion to set aside dismissl (.7); research case law interpreting reasoning applied in court's order of dismissal (.5). | 1.50 | 652.50 |

| | | |
|---|---|---|
| **Total Hours** | 1.80 | |
| **Total Fees** | | $783.00 |
| **Less Discount** | | ($78.30) |
| **Total Fees After Discount** | | $704.70 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1679328

Page 2

Los Angeles Times (Sherman)

## Timekeeper Summary

T. Rusche        Associate      -      1.80      hours at      $435.00      per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Long Distance Telephone** | |
| 12/17/09 | Long Distance Telephone | 1.05 |
| | **Other** | |
| 12/16/09 | Other - TIMOTHY M. RUSCHE Courtcall Charge for Telephonic Appearance for OSC hearing on 11/30/09 | 45.00 |

**Total Disbursements**                                                46.05

**Total Amount Due**                                               $750.75



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1679328
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $783.00 |
| Less Discount | ($78.30) |
| Total Fees after Discount | $704.70 |
| Total Disbursements | 46.05 |
| Total Fees and Disbursements This Statement | $750.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Invoice No. 1679394
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2009

**Bankruptcy Fee Application 0000001891**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/01/09 | J. McManus | B110 | 0 | Prepare Exhibit A to J. Sherman Supplemental Declaration. | 0.60 | 162.00 |
| 12/01/09 | J. McManus | B110 | 0 | Prepare Supplemental Affidavit of J. Sherman. | 0.50 | 135.00 |
| 12/02/09 | J. McManus | B110 | 0 | Prepare time detail for interim fee application (.60); revise Exhibit to J. Sherman Second Supplemental Affidavit (.60). | 1.20 | 324.00 |
| 12/03/09 | J. McManus | B110 | 0 | Prepare retention application for Seyfarth (.60); confer with N. Bouchard regarding same (.10). | 0.70 | 189.00 |
| 12/03/09 | N. Bouchard | B110 | 0 | Assist J. McManus with revisions to Motion to Retain Seyfarth Shaw and supporting affidavit. | 0.40 | 50.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1679394

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/08/09 | J. McManus | B110 | 0 | Revise fee application detail. | 0.70 | 189.00 |
| 12/09/09 | J. McManus | B110 | 0 | Revise Supplemental Affidavit of J. Sherman (.50); revise retention motion (.50); communications with Debtors' counsel regarding same (.20). | 1.20 | 324.00 |
| 12/10/09 | J. McManus | B110 | 0 | Communications with J. Ludwig regarding retention application and November fee application preparation (.20); prepare fee application (.70); review and reorganize time detail (.50); confer with J. Sherman regarding fee application matters (.10). | 1.50 | 405.00 |
| 12/11/09 | J. McManus | B110 | 0 | Revise fee application detail. | 0.60 | 162.00 |
| 12/15/09 | J. McManus | B110 | 0 | Communications regarding time detail edits for second monthly fee application (.40); telephone conference with Debtors' counsel regarding fee application and retention application (.10); revise Second Supplemental Affidavit of J. Sherman (.30). | 0.80 | 216.00 |
| 12/17/09 | J. McManus | B110 | 0 | Revise retention application (.50); communications with J. Ludwig regarding same (.10). | 0.60 | 162.00 |
| 12/18/09 | J. McManus | B110 | 0 | Assemble additional information for retention motion (.30); revise motion (.50); confer with J. Sherman regarding same (.10); prepare and revise J. Sherman Declaration (.90). | 1.80 | 486.00 |
| 12/18/09 | J. McManus | B110 | 0 | Revise Fee Application (.40); confer with J. Sherman regarding same (.10). | 0.50 | 135.00 |
| 12/21/09 | J. McManus | B110 | 0 | Communications with J. Ludwig regarding revisions to retention application. | 0.20 | 54.00 |


**ATTORNEYS LLP**

Invoice No. 1679394

Page 3

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/22/09 | J. McManus | B110 | 0 | Telephone conference and e-mail communications with J. Ludwig regarding additional edits to retention application (.20); confer with J. Sowka regarding same (.10); review case docket regarding motions to lift stay (.10). | 0.40 | 108.00 |
| 12/23/09 | J. McManus | B110 | 0 | Revise Exhibit A to Sherman Declaration. | 0.50 | 135.00 |
| 12/31/09 | J. McManus | B110 | 0 | Communications with J. Ludwig regarding revising and finalizing retention motion (.10); finalize Sherman Declaration (.50). | 0.60 | 162.00 |

**Total Hours**          12.80

**Total Fees**          $3,398.00

**Less Discount**          ($323.60)

**Total Fees After Discount**          $3,074.40

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. McManus | Paralegal | - | 12.40 | hours at | $270.00 | per hour |
| N. Bouchard | Legal Asst. | - | 0.40 | hours at | $125.00 | per hour |

**Total Disbursements**          0.00

**Total Amount Due**          $3,074.40



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 8, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1679394
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,398.00 |
| Less Discount | ($323.60) |
| Total Fees after Discount | $3,074.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,074.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N