# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689885
0276 57634 / 57634-000004
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through January 31, 2010

**Work Schedule Grievance 0000001761**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/10 | K. Michaels | L120 | 0 | Review of correspondence from American Arbitration Association regarding status of case; review of correspondence from M. Slutsky, Union counsel, regarding same. | 0.10 | 57.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.10 | |
| **Total Fees** | | $57.00 |
| **Less Discount** | | ($5.70) |
| **Total Fees After Discount** | | $51.30 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 0.10 | hours at | $570.00 | per hour |
|-------------|---------|---|------|----------|---------|----------|



Invoice No. 1689885

Page 2

Chicago Tribune Company

**Total Disbursements**                                                                0.00

**Total Amount Due**                                                                $51.30



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1689885
0276 57634 / 57634-000004
Work Schedule Grievance 0000001761

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $57.00 |
| Less Discount | ($5.70) |
| Total Fees after Discount | $51.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $51.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689886
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through January 31, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/11/10 | K. Osgood | L230 | 0 | Prepare for status call. | 0.50 | 210.00 |
| 01/12/10 | K. Osgood | L230 | 0 | Attend status hearing and draft correspondence to A. Jubelirer regarding outcome of the same. | 0.80 | 336.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.30 | |
| **Total Fees** | | $546.00 |
| **Less Discount** | | ($54.60) |
| **Total Fees After Discount** | | $491.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Osgood | Associate | - | 1.30 | hours at | $420.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1689886

Page 2

Chicago Tribune Company

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                   $491.40



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1689886
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $546.00 |
| Less Discount | ($54.60) |
| Total Fees after Discount | $491.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $491.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689887
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through January 31, 2010

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/15/09 | T. Hix | L120 | 0 | Receive and analyze correspondence from plaintiff's counsel regarding set aside of dismissal (.1); telephone conference with T. Rusche regarding court ruling and notice of same (.1). | 0.20 | 95.00 |
| 12/18/09 | T. Hix | L120 | 0 | Receive and analyze plaintiff's motion to set aside dismissal (.5); email to client regarding same (.2). | 0.70 | 332.50 |
| 12/21/09 | T. Hix | L120 | 0 | Additional review and analysis of motion to set aside dismissal. | 0.30 | 142.50 |

| | | |
|---|---|---|
| **Total Hours** | 1.20 | |
| **Total Fees** | | $570.00 |
| **Less Discount** | | ($57.00) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1689887

Page 2

Los Angeles Times (Sherman)

**Total Fees After Discount**                                                $513.00

**Timekeeper Summary**

   T. Hix              Partner       -    1.20     hours at    $475.00     per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Online Research** | |
| 12/18/09 | Inv#: 819798719 Office: LOS ANGELES User: RUSCH E,TIMOTHY M TRANSACTIONAL ONLINE FINDS | 4.57 |
| 12/18/09 | Inv#: 819798719 Office: LOS ANGELES User: RUSCH E,TIMOTHY M KEYCITE | 1.15 |

**Total Disbursements**                                                          5.72

**Total Amount Due**                                                         $518.72



## SEYFARTH
ATTORNEYS   **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1689887
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $570.00 |
| Less Discount | ($57.00) |
| Total Fees after Discount | $513.00 |
| Total Disbursements | 5.72 |
| Total Fees and Disbursements This Statement | $518.72 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS  **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1690178
0276 17832 / 17832-000001
W1ST

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60614
Attn: Mr. James P. Osick
Director, Labor and Employee Relations

---

For legal services rendered through January 31, 2010

**Labor General 0000001020**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/27/10 | C. Olson | C300 | 0 | Review e-mail regarding powerpoints and issues regarding contractors. | 0.50 | 340.00 |
| 01/28/10 | C. Olson | C300 | 0 | Review four powerpoints, memos (.5); discussion with J. Xanders and B. Davis regarding same (1.0). | 1.50 | 1,020.00 |

**Total Hours**                                                    2.00

**Total Fees**                                                            $1,360.00

**Less Discount**                                                        ($136.00)

**Total Fees After Discount**                                          $1,224.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 2.00 | hours at | $680.00 | per hour | |

**Total Disbursements**                                                                                            0.00

**Total Amount Due**                                                                                           $1,224.00



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60614
Attn: Mr. James P. Osick
Director, Labor and Employee Relations

Invoice No. 1690178
0276 17832 / 17832-000001
Labor General 0000001020

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,360.00 |
| Less Discount | ($136.00) |
| Total Fees after Discount | $1,224.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,224.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

Invoice No. 1689621
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through January 31, 2010

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/25/10 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding response to multiple union information requests relating to Hewitt overpayments to cash balance plan participants. | 0.30 | 205.50 |
| 01/28/10 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding Hewitt issue (.40); draft template agreement for Sun and Unions relating to settlement discussions concerning Hewitt issue (1.00). | 1.40 | 959.00 |
| 01/29/10 | J. Sherman | C300 | 0 | Edit proposed template settlement agreement regarding cash balance plan conversations with Unions (.20); conference with A. Barnes regarding strategy for cash balance plan conversations (.20). | 0.40 | 274.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Baltimore Sun

| | | |
|---|---|---|
| **Total Hours** | | 2.10 |
| **Total Fees** | | $1,438.50 |
| **Less Discount** | | ($143.85) |
| **Total Fees After Discount** | | $1,294.65 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 2.10 | hours at | $685.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Long Distance Telephone | 3.12 |
| **Total Disbursements** | 3.12 |
| **Total Amount Due** | $1,297.77 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1689621
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,438.50 |
| Less Discount | ($143.85) |
| Total Fees after Discount | $1,294.65 |
| Total Disbursements | 3.12 |
| Total Fees and Disbursements This Statement | $1,297.77 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

Invoice No. 1688724
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through January 31, 2010

**Guild Labor Matters 0000001483**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/10 | K. Michaels | C300 | 0 | Review of Guild bargaining notes and proposals from 2004 and 2007 regarding changes to parking fees and commuter reimbursement policy. | 0.70 | 399.00 |
| 01/05/10 | K. Michaels | C300 | 0 | Review of draft letter from A. Barnes to the Guild regarding parking rate increases. | 0.10 | 57.00 |
| 01/05/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding review of draft letter to the Guild concerning parking rate increases. | 0.30 | 171.00 |
| 01/11/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached draft responses to advertising information request. | 0.50 | 285.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1688724

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/12/10 | K. Michaels | C300 | 0 | Review of Company response to Guild parking rate increase information request. | 0.10 | 57.00 |
| 01/12/10 | K. Michaels | C300 | 0 | Review of Guild grievance regarding parking rate increases. | 0.10 | 57.00 |
| 01/12/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding response to advertising information request and strategy for Guild parking rate increase arbitration. | 0.50 | 285.00 |
| 01/15/10 | K. Michaels | C300 | 0 | Review of Company letter to Guild regarding change in implementation of parking rate increases. | 0.10 | 57.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.40 | |
| **Total Fees** | | $1,368.00 |
| **Less Discount** | | ($136.80) |
| **Total Fees After Discount** | | $1,231.20 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 2.40 | hours at | $570.00 | per hour |
|-------------|---------|---|------|----------|---------|----------|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,231.20 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1688724
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,368.00 |
| Less Discount | ($136.80) |
| Total Fees after Discount | $1,231.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,231.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

Invoice No. 1689626
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through January 31, 2010

### Pay for Performance; Case No. 16 300 00758 09

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/03/10 | J. Sherman | L440 | 0 | Abstract transcript. | 3.00 | 2,055.00 |
| 01/03/10 | J. Sherman | L440 | 0 | Edit testimony outline for H. Weinstein and A. Barnes in connection with rebutting Union's case in chief. | 4.00 | 2,740.00 |
| 01/05/10 | J. Sherman | L120 | 0 | E-mail correspondence with Union attorney R. Paul concerning document production request. | 0.10 | 68.50 |
| 01/07/10 | J. Sherman | L120 | 0 | Conference with A. Barnes (.3); review of information provided by client in response to Guild information request (.5); conference with R. Paul regarding same (.2). | 1.00 | 685.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1689626

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/08/10 | J. Sherman | L120 | 0 | Review of additional bargaining notes provided by R. Paul in response to Company's supplemental information request. | 1.00 | 685.00 |
| 01/13/10 | J. Sherman | L330 | 0 | Hearing preparation. | 1.00 | 685.00 |
| 01/14/10 | J. Sherman | L330 | 0 | Witness and case preparation in Baltimore. | 8.00 | 5,480.00 |
| 01/15/10 | J. Sherman | L330 | 0 | Represent Company at arbitration hearing. | 8.00 | 5,480.00 |
| 01/26/10 | J. Sherman | L120 | 0 | Review of information provided by client (.1); conference with A. Barnes concerning same (.1). | 0.20 | 137.00 |
| 01/27/10 | J. Sherman | L120 | 0 | Review of pay for performance numbers analysis received from client (.40); telephone conference with client regarding strategy for submitting additional evidence relating to numbers analysis for years 2005-2009 (.50); conference with Union attorney regarding introducing supplemental evidence to the record (.20). | 1.10 | 753.50 |
| 01/29/10 | J. Sherman | L120 | 0 | Conference with R. Paul regarding supplemental FTE information and hearing schedule (.30); conference with A. Barnes regarding resumption of hearing (.20). | 0.50 | 342.50 |

**Total Hours**     27.90

**Total Fees**     $19,111.50

**Less Discount**     ($1,911.50)

**Total Fees After Discount**     $17,200.00

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 23.90 | hours at | $685.00 | per hour |



Baltimore Sun

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Courier/Messenger** | |
| 01/07/10 | Courier/Messenger Inv#: 946683993 Date Sent: 01/07/2010 Sender: Karen D. Walden Airbill: 965192087523 Ann W. Barnes The Baltimore Sun 501 North Calvert Street BALTIMORE, MD 21202 | 16.28 |
| 01/08/10 | Courier/Messenger Inv#: 946683993 Date Sent: 01/08/2010 Sender: Karen D. Walden Airbill: 965192087902 Robert E. Paul Zwerdling Paul Kahn & Wolly P. 1025 Connecticut Avenue NW WASHINGTON, DC 20036 | 16.28 |
| 01/12/10 | Courier/Messenger Inv#: 946683993 Date Sent: 01/12/2010 Sender: Karen D. Walden Airbill: 965192088910 J. P. Sherman c/o Ann Barnes The Baltimore Sun 501 North Calvert Street BALTIMORE, MD 21202 | 35.45 |
| | **Taxi** | |
| 01/13/10 | Taxi - JEREMY P. SHERMAN 12/7 TAXI | 40.00 |
| 01/22/10 | Taxi - JEREMY P. SHERMAN TAXI - 12/08/09 | 112.00 |
| | **Copying** | |
| 01/08/10 | Copying | 15.40 |
| 01/20/10 | Copying | 0.60 |
| | **Travel** | |
| 01/22/10 | Travel - JEREMY P. SHERMAN INTERCONTINENTAL - 12/07/09 | 339.37 |
| 01/22/10 | Travel - JEREMY P. SHERMAN SW AIRFARE- CHGO/BALT - 01/05/10 | 226.20 |
| 01/22/10 | Travel - JEREMY P. SHERMAN UNITED AIRFARE BALT/CHGO - 12/08/09 | 129.60 |
| 01/22/10 | Travel - JEREMY P. SHERMAN SW AIRFARE CHGO/BALT- 12/07/09 | 129.60 |
| | **Meals** | |
| 01/22/10 | Meals - JEREMY P. SHERMAN DINNER @ RUSTY - 12/07/09 | 52.21 |
| 01/22/10 | Meals - JEREMY P. SHERMAN BREAKFAST @ INTERCONTINENTAL - 12/08/09 | 14.49 |



Invoice No. 1689626

Page 4

Baltimore Sun

**Total Disbursements**                                     1,127.48

**Total Amount Due**                                     $15,861.83



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1689626
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $16,371.50 |
| Less Discount | ($1,637.15) |
| Total Fees after Discount | $14,734.35 |
| Total Disbursements | 1,127.48 |
| Total Fees and Disbursements This Statement | $15,861.83 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

Invoice No. 1689627
0276 12575 / 12575-000297
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through January 31, 2010

**Columnists Reporting Assignments Arbitration; Case No. 16 300 00842 09**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/21/10 | K. Michaels | L410 | 0 | Begin drafting witness outlines in preparation for arbitration hearing. | 4.00 | 2,280.00 |
| 01/22/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes regarding settlement. | 0.20 | 114.00 |
| 01/24/10 | K. Michaels | L420 | 0 | Preparation for arbitration hearing. | 2.50 | 1,425.00 |
| 01/25/10 | K. Michaels | L410 | 0 | Preparation for arbitration. | 4.70 | 2,679.00 |
| 01/29/10 | K. Michaels | L110 | 0 | Meeting in Baltimore with A. Barnes and Company personnel in preparation for arbitration. | 8.00 | 4,560.00 |
| 01/30/10 | K. Michaels | L110 | 0 | Preparation for arbitration hearing: review of files. | 2.50 | 1,425.00 |

**Total Hours**                                                                    21.90

**Total Fees**                                                                              $12,483.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1689627

Page 2

Baltimore Sun

| | | |
|---|---|---|
| **Less Discount** | | (\$1,248.30) |
| **Total Fees After Discount** | | \$11,234.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 21.90 | hours at | \$570.00 | per hour |

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| | **Copying** | |
| 01/26/10 | Copying | 46.40 |
| | **Travel** | |
| 01/20/10 | Out of Town Travel -  K. Michaels Airfare – 01/29/10 | 225.40 |

| | |
|---|---|
| **Total Disbursements** | 271.80 |
| **Total Amount Due** | \$11,506.50 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1689627
0276 12575 / 12575-000297
Columnists Reporting Assignments Arbitration; Case
No. 16 300 00842 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $12,483.00 |
| Less Discount | ($1,248.30) |
| Total Fees after Discount | $11,234.70 |
| Total Disbursements | 271.80 |
| Total Fees and Disbursements This Statement | $11,506.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689900
0276 11089 / 11089-000001
WIST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2010

**Labor-General 0000000968**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/25/10 | G. Hertan | C300 | 0 | Review and respond to email from A. Jubelirer regarding integration of paid time off with California SDI benefits. | 0.10 | 51.00 |
| 01/29/10 | C. McGlothlen | C300 | 0 | Telephone conference with A. Foran regarding terminating benefits of CA employee. | 0.30 | 172.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $223.50 |
| **Less Discount** | | ($22.35) |
| **Total Fees After Discount** | | $201.15 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| C. McGlothlen | Partner | - | 0.30 | hours at | $575.00 | per hour |
| G. Hertan | Of Counsel | - | 0.10 | hours at | $510.00 | per hour |

**Total Disbursements**                                                              0.00

**Total Amount Due**                                                           $201.15



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1689900
0276 11089 / 11089-000001
Labor-General 0000000968

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $223.50 |
| Less Discount | ($22.35) |
| Total Fees after Discount | $201.15 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $201.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689901
0078 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2010

**Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/30/09 | G. Pauling II | L120 | | Review materials from client regarding new matter and follow-up regarding same. | 1.00 | 560.00 |
| 12/30/09 | K. Osgood | L190 | | Review correspondence regarding status of matter (.5); check docket to determine procedural posture of the case (.2); review complaint, set-up answer and docket due date (.5); draft correspondence to A. Jubelirer confirming service dates and outlining action items (.3). | 1.50 | 630.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1689901

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/31/09 | K. Osgood | L120 | | Correspond with G. Silva and J. Jubelirer regarding service of the complaint, document retention letter and joint representation of individual named in the complaint (.9); draft Federal Rule of Civil Procedure 7.1 Disclosure Statement (.5); review appearances for accuracy (.1); draft Answer (1.5). | 3.00 | 1,260.00 |
| 01/04/10 | K. Osgood | | | Finalize disclosure statement and draft joint representation letter (.8); correspond with A. Jubelirer and G. Silva regarding background facts and interviews to defend the lawsuit (.2). | 1.00 | 420.00 |
| 01/05/10 | K. Osgood | L190 | 0 | Telephone conference with client regarding documents needed for litigation and organize the file (.3); conduct interview of G. Silva (1.2). | 1.50 | 630.00 |
| 01/11/10 | K. Osgood | C200 | 0 | Research claims made against individual under Title VII and defamation and slander claims generally under Illinois common law. | 3.30 | 1,386.00 |
| 01/12/10 | K. Osgood | L241 | 0 | Draft motion to dismiss and memorandum of law in support thereof (1.8); finalize joint representation letter, corporate disclosure statement and appearances (.2); conduct legal research regarding naming defendants in individual capacity (1.0). | 3.00 | 1,260.00 |
| 01/13/10 | G. Pauling II | L120 | 0 | Review status with Kosepod and review motion to dismiss strategy. | 0.30 | 168.00 |
| 01/13/10 | K. Osgood | C200 | 0 | Research obligation to answer complaint when partial motion to dismiss is on file (.8); review voicemail message leading to plaintiff's termination (.2). | 1.00 | 420.00 |
| 01/19/10 | K. Osgood | L250 | 0 | Finalize answer and correspond with A. Jubelirer and G. Silva regarding the same. | 0.50 | 210.00 |



**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1689901

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/20/10 | K. Osgood | C200 | 0 | Legal research regarding privilege defense to defamation claims. | 2.50 | 1,050.00 |
| 01/24/10 | K. Osgood | L241 | 0 | Draft motion to dismiss and memorandum of law in support thereof. | 4.00 | 1,680.00 |
| 01/25/10 | G. Pauling II | L310 | 0 | Review/revise memorandum in support of motion to dismiss. | 1.30 | 728.00 |
| 01/25/10 | K. Osgood | L250 | 0 | Draft memorandum of law in support of defendants' motion to dismiss (3.0); draft motion to dismiss (1.0). | 4.00 | 1,680.00 |
| 01/26/10 | G. Pauling II | L120 | 0 | Review and revise memorandum of law. | 0.50 | 280.00 |
| 01/26/10 | K. Osgood | C200 | 0 | Conduct legal research regarding viability of self-defamation claim (.8); revise memorandum of law in support of motion to dismiss per G. Pauling's instructions (.5); finalize motion to dismiss (.5); draft correspondence to A. Jubelirer and G. Silva enclosing pleadings for their review (.2). | 2.00 | 840.00 |
| 01/27/10 | K. Osgood | L250 | 0 | Interview three witnesses to case (4.5); finalize motion to dismiss for filing (.2); draft correspondence to A. Jubelirer regarding witness interviews (.1). | 4.80 | 2,016.00 |
| 01/27/10 | A. Jones | L120 | 0 | Shepardized cases to ensure that cases included in motion to dismiss represent good law. | 1.50 | 495.00 |

**Total Hours** 36.70

**Total Fees** $15,713.00

**Less Discount** *1571.3o* ($1,731.30)

**Total Fees After Discount** $14,141.70



Invoice No. 1689901

Page 4

Tribune Company

## Timekeeper Summary

| G. Pauling II | Partner | - | 3.10 | hours at | $560.00 | per hour |
|---|---|---|---|---|---|---|
| K. Osgood | Associate | - | 32.10 | hours at | $420.00 | per hour |
| A. Jones | Associate | - | 1.50 | hours at | $330.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Hearing Transcripts** | |
| 01/14/10 | Hearing Transcripts - VALARIE M RAMSEY COPY OF HEARING TRANSCRIPT HELD BEFORE JUDGE ON 1/13/10 | 79.75 |
| | **Copying** | |
| 01/11/10 | Copying | 12.50 |

**Total Disbursements**                                                                                 92.25

**Total Amount Due**                                                                             $14,233.95



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1689901
0078 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,713.00 |
| Less Discount | ($1,571.30) |
| Total Fees after Discount | $14,141.70 |
| Total Disbursements | 92.25 |
| Total Fees and Disbursements This Statement | $14,233.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689925
0276 11089 / 11089-000035
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2010

### WGN Assessment

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/05/10 | N. Finkel | C300 | 0 | Telephone conference with J. Osick and C. Meyerson regarding exempt status (1.7); prepare for same (.3). | 2.00 | 1,020.00 |
| 01/13/10 | N. Finkel | C300 | 0 | Conference with B. Spurlock regarding additional analysis to determine exempt status. | 0.40 | 204.00 |
| 01/13/10 | B. Spurlock | C300 | 0 | Conference with N. Finkel regarding exemption analysis (.5); monitor broadcast (.2). | 0.70 | 255.50 |
| 01/15/10 | B. Spurlock | C300 | 0 | Monitor broadcast in support of exemption analysis project. | 0.50 | 182.50 |
| 01/16/10 | B. Spurlock | L120 | 0 | Monitor programming in support of exemption analysis. | 0.50 | 182.50 |
| 01/18/10 | B. Spurlock | L120 | 0 | Monitor programming in support of exemption analysis. | 0.50 | 182.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/19/10 | B. Spurlock | L120 | 0 | Monitor programming in support of exemption analysis (.5); prepare email to N. Finkel summarizing monitoring project (.5). | 1.00 | 365.00 |
| 01/25/10 | N. Finkel | C300 | 0 | Analysis of exempt status (.4); draft correspondence to J. Osick regarding same (.1). | 0.50 | 255.00 |
| 01/26/10 | N. Finkel | C300 | 0 | Telephone conference with J. Osick regarding exempt status. | 0.20 | 102.00 |

**Total Hours**     6.30

**Total Fees**     $2,749.00

**Less Discount**     ($274.90)

**Total Fees After Discount**     $2,474.10

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 3.10 | hours at | $510.00 | per hour |
| B. Spurlock | Associate | - | 3.20 | hours at | $365.00 | per hour |

**Total Disbursements**     0.00

**Total Amount Due**     $2,474.10



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1689925
0276 11089 / 11089-000035
WGN Exempt Status Assessment

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,749.00 |
| Less Discount | ($274.90) |
| Total Fees after Discount | $2,474.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,474.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 8, 2010
**REVISED**

Invoice No. 1690196
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/10 | J. Meer | L190 | | Prepare memorandum to J. Osick regarding plaintiff's section 998 offer and related issues. | 0.50 | 285.00 |
| 01/04/10 | J. Meer | L190 | | Telephone conference with in-house counsel at Univision regarding subpoenas served on Univision employees. | 0.50 | 285.00 |
| 01/04/10 | J. Meer | L190 | | Meet and conference with plaintiff's counsel regarding plaintiff's request to continue the summary judgment hearing date and trial date. | 1.00 | 570.00 |
| 01/04/10 | J. Meer | L190 | | Telephone conference with I. Goldstone regarding plaintiff's section 998 offer, settlement issues and case status. | 0.50 | 285.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/10 | J. Meer | L210 | | Outline motions to quash. | 0.50 | 285.00 |
| 01/04/10 | J. Meer | L310 | | Review plaintiff's responses to defendant's form interrogatories and supplemental document production requests. | 1.00 | 570.00 |
| 01/04/10 | J. Meer | L330 | | Review volume 2 of plaintiff's deposition transcript and annotate same. | 1.80 | 1,026.00 |
| 01/04/10 | J. Meer | L440 | | Outline motions in limine and pre-trial pleadings to be filed at final status conference. | 1.50 | 855.00 |
| 01/04/10 | J. Wilson | C100 | | Assist designated expert M. Ward with expert designation biography. | 1.30 | 370.50 |
| 01/04/10 | J. Wilson | L430 | | Revise Initial Expert Designation. | 0.20 | 57.00 |
| 01/04/10 | J. Wilson | L430 | | Review retainer agreement forwarded by designated exert M. Ward. | 0.30 | 85.50 |
| 01/04/10 | D. Hyun | C200 | | Legal research regarding deposing attorney, deposing general counsel and third-party discovery regarding subpoenas on Univision. | 1.20 | 480.00 |
| 01/04/10 | D. Hyun | C400 | | Draft, meet and conference e-mail to C. Neuman's lawyers regarding improper subpoenas to Univision. | 0.60 | 240.00 |
| 01/04/10 | D. Hyun | C400 | | Telephone conference with C. Neuman's lawyers and J. Meer regarding discovery disputes and settlement. | 1.00 | 400.00 |
| 01/04/10 | D. Hyun | L210 | | Continued work on draft of expert designation and declaration of J. Meer in support. | 1.40 | 560.00 |
| 01/04/10 | D. Hyun | L310 | | Review and analyze plaintiff's discovery responses to the second set of requests for production. | 0.50 | 200.00 |
| 01/04/10 | D. Hyun | L430 | | Begin draft of memorandum of points and authorities in support of motion to quash subpoenas on Univision. | 2.60 | 1,040.00 |



Invoice No. 1690196

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/10 | D. Hyun | WH4 | | Telephone conference with J. Meer and I. Goldstone regarding subpoenas to Univision. | 0.50 | 200.00 |
| 01/04/10 | L. Li | L140 | | Prepare deposition summary notebook of B. Nash-Lopez. | 1.50 | 120.00 |
| 01/05/10 | J. Meer | L190 | | Telephone conference with I. Goldstone regarding case status. | 0.40 | 228.00 |
| 01/05/10 | J. Meer | L190 | | Telephone conference with J. Osick regarding case status. | 0.40 | 228.00 |
| 01/05/10 | J. Meer | L190 | | Prepare email to plaintiff's counsel denying request for a continuance of trial and pre-trial dates. | 0.40 | 228.00 |
| 01/05/10 | J. Meer | L330 | | Prepare motion to compel plaintiff's responses to third request for production of documents. | 2.20 | 1,254.00 |
| 01/05/10 | J. Meer | L350 | | Prepare declarations of Univision witnesses regarding motion to quash. | 0.60 | 342.00 |
| 01/05/10 | J. Meer | L350 | | Telephone conference with in-house counsel at Univision regarding motion to quash subpoenas. | 0.50 | 285.00 |
| 01/05/10 | J. Meer | L440 | | Meet and conference with plaintiff's counsel regarding request for a continuance of trial and pre-trial date. | 0.80 | 456.00 |
| 01/05/10 | J. Wilson | L390 | | Continue to prepare documents related to damages for review by designated expert, M. Ward. | 3.20 | 912.00 |
| 01/05/10 | D. Hyun | C200 | | Continued legal research regarding burden of discovery to non-party for motion to quash subpoena to Univision. | 0.50 | 200.00 |
| 01/05/10 | D. Hyun | L120 | | Plan and prepare for trial, motions in limine, and motion for summary judgment. | 0.80 | 320.00 |
| 01/05/10 | D. Hyun | L320 | | Draft deposition subpoena attachments to new employers identified by C. Neuman, i.e., Sprint, Embassy Row, Hanna Montana, Conroy and Associates. | 0.90 | 360.00 |



Invoice No. 1690196

Page 4

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/05/10 | D. Hyun | L430 | | Review and revise declaration of T. Schultz in support of motion to quash subpoenas on Univision. | 0.30 | 120.00 |
| 01/05/10 | D. Hyun | L430 | | Continued work on draft of memorandum of points and authorities in support of motion to quash subpoena on Univision. | 4.30 | 1,720.00 |
| 01/05/10 | D. Hyun | L430 | | Review and revise declaration of C. Douglas Kranwinkle in support of motion to quash subpoenas on Univision. | 0.50 | 200.00 |
| 01/05/10 | D. Hyun | L430 | | Review and revise declaration of J. Staigh in support of motion to quash subpoenas on Univision. | 0.30 | 120.00 |
| 01/05/10 | D. Jimenez | L350 | | Internet research of proper names and addresses of entities for use in drafting of subpoenas for Plaintiff's employment records (.3); legal research of California Code of Civil Procedure regarding proper time frames for serving notices to consumer and subpoenas as well as determining a proper production due date (.2); draft five subpoenas for Plaintiff's employment records, including five Attachment 3s listing items to be produced (1.2); draft five notices to consumer as required by California Code of Civil Procedure (.3); conferences with D. Hyun regarding subpoenas (.1); making changes and updates to subpoenas as requested by attorneys (.2); preparing subpoenas for service (.1); coordinating subpoena service with attorney service (.1). | 2.50 | 550.00 |
| 01/06/10 | J. Meer | L330 | | Telephone conference with plaintiffs' counsel for meet and conference regarding instructions not to answer at deposition of I. Goldstone. | 0.80 | 456.00 |



Invoice No. 1690196

Page 5

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/06/10 | J. Meer | L350 | | Telephone conference with in-house counsel at Univision regarding motion to quash subpoenas. | 0.50 | 285.00 |
| 01/06/10 | J. Meer | L431 | | Prepare motions in limine. | 1.50 | 855.00 |
| 01/06/10 | J. Meer | L440 | | Telephone conference with plaintiffs' counsel regarding stipulation to modify briefing schedule for motion for summary judgment. | 0.40 | 228.00 |
| 01/06/10 | J. Wilson | L430 | | Draft meet and confer correspondence to Plaintiff's Counsel regarding motions in limine to be filed with the court (3.5 hours). | 3.50 | 997.50 |
| 01/06/10 | D. Hyun | C200 | | Legal research regarding continuances under California Code of Civil Procedure Section 437c(h) for reply brief regarding motion for summary judgment. | 0.70 | 280.00 |
| 01/06/10 | D. Hyun | C400 | | Telephone conference and e-mail correspondence with T. Schultz regarding his declaration regarding Univision motion to quash. | 0.30 | 120.00 |
| 01/06/10 | D. Hyun | L210 | | Review and revise plaintiff's stipulation to extend deadline to file motion for summary judgment. | 0.50 | 200.00 |
| 01/06/10 | D. Hyun | L210 | | Draft notice of continuance on hearings on I. Goldstone's motion to quash subpoena to The Tribune Company and motion to challenge plaintiff's designation of documents as confidential. | 0.50 | 200.00 |
| 01/06/10 | D. Hyun | L430 | | Draft notice of motion and motion to quash subpoenas on Univision employees. | 1.60 | 640.00 |
| 01/06/10 | D. Hyun | L430 | | Begin draft of insert section for reply brief in support of motion for summary judgment regarding continuances under California Code of Civil Procedure Section 437c(h). | 1.60 | 640.00 |



Invoice No. 1690196

Page 6

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/06/10 | D. Hyun | L430 | | Begin draft of objections to plaintiff's evidence submitted in opposition to I. Goldstone's motion for summary judgment. | 0.70 | 280.00 |
| 01/06/10 | D. Hyun | L430 | | Continued work on draft of memorandum of points and authorities in support of motion to quash subpoenas on Univision employees. | 1.50 | 600.00 |
| 01/06/10 | D. Hyun | L430 | | Continued work on draft of declaration of T. Schultz in support of motion to quash subpoenas on Univision employees, including adding his revisions. | 0.50 | 200.00 |
| 01/06/10 | D. Hyun | L430 | | Continued work on draft of declaration of J. Staigh in support of motion to quash subpoenas on Univision employees. | 0.40 | 160.00 |
| 01/06/10 | D. Hyun | L430 | | Draft proposed order granting motion to quash subpoenas on Univision employees. | 0.60 | 240.00 |
| 01/06/10 | D. Hyun | L430 | | Continued work on draft of declaration of C. Kranwinkle in support of motion to quash subpoenas on Univision employees. | 0.40 | 160.00 |
| 01/06/10 | D. Hyun | L430 | | Draft declaration of D. Hyun in support of motion to quash subpoenas on Univision employees. | 1.50 | 600.00 |
| 01/06/10 | L. Li | L140 | | Review deposition of C. Neuman Vol 2 (0.3); summarize and code C. Neuman's deposition Vol 2 (2.0); prepare deposition summary notebook for C. Neumans' deposition Vol 2 (0.7). | 3.00 | 240.00 |
| 01/07/10 | J. Meer | L310 | | Review plaintiff's supplemental interrogatory responses regarding damages. | 0.80 | 456.00 |
| 01/07/10 | J. Meer | L340 | | Review documents to be submitted to economic expert regarding damages. | 1.00 | 570.00 |
| 01/07/10 | J. Meer | L350 | | Revise motion to quash Univision deposition. | 0.80 | 456.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1690196

Page 8

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/08/10 | J. Meer | L240 | | Outline reply memorandum of points and authorities regarding Motion for Summary Judgment. | 1.00 | 570.00 |
| 01/08/10 | J. Meer | L240 | | Outline evidentiary objections regarding motion for summary judgment. | 0.40 | 228.00 |
| 01/08/10 | J. Meer | L240 | | Outline reply to separate statement of undisputed facts for motion for summary judgment. | 0.60 | 342.00 |
| 01/08/10 | J. Meer | L320 | | Review email from J. Osick regarding response from KTLA to document subpoena. | 0.20 | 114.00 |
| 01/08/10 | J. Meer | L431 | | Review email from plaintiff's counsel regarding meet and confer for motions in limine. | 0.30 | 171.00 |
| 01/08/10 | J. Wilson | C100 | | Review plaintiff's interrogatory responses before sending to designated expert. | 1.50 | 427.50 |
| 01/08/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 4-10 regarding Subjective Opinion Testimony (4.2 hours). | 4.20 | 1,197.00 |
| 01/08/10 | J. Wilson | L430 | | Draft, edit, and revise Motion in Limine 3-10 regarding Previously Dismissed Claims (4.7 hours). | 4.70 | 1,339.50 |
| 01/09/10 | J. Wilson | L430 | | Draft, edit, and revise motion in limine 8-10 regarding documents not previously disclosed in discovery (2.6 hours). | 2.60 | 741.00 |
| 01/11/10 | J. Meer | L240 | | Review authorities cited by plaintiff in his opposition to summary judgment. | 1.00 | 570.00 |
| 01/11/10 | J. Meer | L240 | | Review plaintiff's opposition to motion for summary judgment and supporting papers. | 2.00 | 1,140.00 |
| 01/11/10 | J. Meer | L240 | | Prepare reply papers for motion for summary judgment. | 1.60 | 912.00 |
| 01/11/10 | J. Wilson | L430 | | Draft, edit, and revise motion in limine 5-10 regarding Bifurcation and Financial Condition (4.4 hours). | 4.40 | 1,254.00 |



Invoice No. 1690196

Page 9

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/11/10 | J. Wilson | L430 | | Draft, edit, and revise motion in limine 6-10 regarding Time Barred Events (4.2 hours). | 4.20 | 1,197.00 |
| 01/11/10 | D. Hyun | L430 | | Review and analyze C. Neuman's opposition to I. Goldstone's motion for summary judgment. | 2.30 | 920.00 |
| 01/11/10 | L. Li | L140 | | Identify and review relevant federal and state cases in support of the MSJ filing. | 2.50 | 200.00 |
| 01/12/10 | J. Meer | L190 | | Telephone conference with I. Goldstone regarding status of summary judgment, deposition dates and trial date. | 0.60 | 342.00 |
| 01/12/10 | J. Meer | L190 | | Prepare opposition to plaintiff's request for continuance of summary judgment hearing date and trial date. | 0.70 | 399.00 |
| 01/12/10 | J. Meer | L240 | | Prepare reply brief for motion for summary judgment. | 6.50 | 3,705.00 |
| 01/12/10 | J. Meer | L240 | | Prepare reply to separate statement of undisputed material facts for motion for summary judgment. | 1.00 | 570.00 |
| 01/12/10 | J. Meer | L330 | | Prepare email to plaintiff's counsel regarding deposition of M. Ramirez. | 0.20 | 114.00 |
| 01/12/10 | J. Wilson | L430 | | Draft, edit, and revise motion in limine 9-10 regarding alleged emotional distress testimony (4.6 hours). | 4.60 | 1,311.00 |
| 01/12/10 | J. Wilson | L430 | | Draft, edit, and revise motion in limine 10-10 regarding defamation statements not alleged in second amended complaint (2.0 hours). | 2.00 | 570.00 |
| 01/12/10 | J. Wilson | L430 | | Draft, edit, and revise motion in limine 7-10 regarding Litigation Stress (2.3 hours). | 2.30 | 655.50 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/12/10 | D. Hyun | C200 | | Legal research regarding law that a plaintiff cannot escape summary judgment by raising irrelevant and immaterial facts and plaintiff opposing summary judgment must point to specific evidence in opposition/separate statement. | 0.80 | 320.00 |
| 01/12/10 | D. Hyun | L430 | | Draft declaration of D. Hyun in support of I. Goldstone's objection to plaintiff's request for a continuance of summary judgment under California Code of Civil Procedure Section 437c(h) | 1.40 | 560.00 |
| 01/12/10 | D. Hyun | L430 | | Continued work on draft of argument and authorities regarding objection to plaintiff's request for a continuance of summary judgment under California Code of Civil Procedure section 437c(h). | 3.20 | 1,280.00 |
| 01/12/10 | D. Hyun | L430 | | Review and revise motions in limine, including supporting memoranda of points and authorities and declaration of J. Meer. | 1.80 | 720.00 |
| 01/12/10 | D. Hyun | L430 | | Begin draft of reply separate statement in support of motion for summary judgment. | 2.60 | 1,040.00 |
| 01/13/10 | J. Meer | L190 | | Review plaintiff's case management statement. | 0.40 | 228.00 |
| 01/13/10 | J. Meer | L240 | | Review and revise Separate Statement of Undisputed Material Facts in connection with Motion for Summary Judgment. | 1.80 | 1,026.00 |
| 01/13/10 | J. Meer | L240 | | Revise reply brief for motion for summary judgment. | 1.50 | 855.00 |
| 01/13/10 | J. Meer | L350 | | Prepare for hearing regarding motion to compel. | 1.50 | 855.00 |
| 01/13/10 | J. Meer | L450 | | Prepare for case management conference. | 0.50 | 285.00 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 2-10 as per changes by D. Hyun (.2 hours). | 0.20 | 57.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1690196

Page 11

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 4-10 as per changes by D. Hyun (.1 hours). | 0.10 | 28.50 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 6-10 as per changes by D. Hyun (.3 hours). | 0.30 | 85.50 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 5-10 as per changes by D. Hyun (.2 hours). | 0.20 | 57.00 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 8-10 as per changes by D. Hyun (.4 hours). | 0.40 | 114.00 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 1-10 as per changes by D. Hyun (.3 hours). | 0.30 | 85.50 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in lLimine 7-10 as per changes by D. Hyun (.4 hours). | 0.40 | 114.00 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 10-10 as per changes by D. Hyun (.3 hours). | 0.30 | 85.50 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 3-10 as per changes by D. Hyun (.3 hours). | 0.30 | 85.50 |
| 01/13/10 | J. Wilson | L430 | | Revise motion in limine 9-10 as per changes by D. Hyun (.3 hours). | 0.30 | 85.50 |
| 01/13/10 | J. Wilson | L430 | | Draft Compendium of Non-California Authorities in Support of Motions in Limine No. 1-10 through 10-10 (3.2 hours). | 3.20 | 912.00 |
| 01/13/10 | D. Hyun | C200 | | Legal research regarding whether defamation is preempted by workers' compensation. | 0.60 | 240.00 |
| 01/13/10 | D. Hyun | L230 | | Draft memo/outline regarding issues to raise at case management conference. | 0.50 | 200.00 |
| 01/13/10 | D. Hyun | L430 | | Draft memorandum of points and authorities in opposition to plaintiff's second motion to quash subpoena on KTLA. | 2.70 | 1,080.00 |
| 01/13/10 | D. Hyun | L430 | | Continued work on draft of reply separate statement of undisputed facts and references to evidence in support of motion for summary judgment. | 6.60 | 2,640.00 |


SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1690196

Page 12

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/13/10 | D. Hyun | L430 | | Draft D. Hyun declaration in opposition to plaintiff's second motion to quash subpoena on KTLA. | 0.80 | 320.00 |
| 01/14/10 | J. Meer | L190 | | Travel and appear at hearing regarding motions to compel and case management conference. | 4.50 | 2,565.00 |
| 01/14/10 | J. Meer | L240 | | Final revisions for reply papers for motion for summary judgment. | 0.60 | 342.00 |
| 01/14/10 | J. Meer | L350 | | Prepare motion regarding discovery referee. | 1.50 | 855.00 |
| 01/14/10 | J. Wilson | L430 | | Make final edits and proofs to motions in limine 1-10 through 10-10 (4.3 hours). | 4.30 | 1,225.50 |
| 01/14/10 | J. Wilson | L430 | | Final revisions to motions in limine No.'s 1-10-10 (2.1 hours). | 2.10 | 598.50 |
| 01/14/10 | D. Hyun | L430 | | Continued work on draft of opposition memorandum of points and authorities to plaintiff's motion to quash defendant's subpoena to KTLA. | 1.20 | 480.00 |
| 01/14/10 | D. Hyun | L430 | | Draft request for judicial notice in support of opposition to plaintiff's motion to quash subpoena to KTLA. | 0.50 | 200.00 |
| 01/14/10 | D. Hyun | L430 | | Continued work on draft of reply separate statement of undisputed material facts and references to supporting evidence regarding motion for summary judgment. | 3.70 | 1,480.00 |
| 01/14/10 | D. Hyun | L430 | | Review and revise reply brief in support of motion for summary judgment. | 0.60 | 240.00 |
| 01/14/10 | D. Hyun | L430 | | Appearance at court for plaintiff's discovery motion and Court's further status conference. | 4.80 | 1,920.00 |
| 01/14/10 | D. Hyun | L430 | | Draft notice of lodging of deposition transcripts for motion for summary judgment as required by Code of Civil Procedure. | 0.50 | 200.00 |



Invoice No. 1690196

Page 13

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/15/10 | J. Meer | L310 | | Prepare supplemental responses to Form Interrogatories as ordered by the Court. | 1.50 | 855.00 |
| 01/15/10 | J. Meer | L350 | | Revise opposition to motion to quash second subpoena regarding KTLA records. | 1.00 | 570.00 |
| 01/15/10 | J. Meer | L350 | | Revise motion to appoint discovery referee. | 0.50 | 285.00 |
| 01/15/10 | J. Wilson | L390 | | Review and select relevant documents to forward to designated expert M. Ward (2.3 hours). | 2.30 | 655.50 |
| 01/15/10 | J. Wilson | L430 | | Update cases cites in motions in limine No.'s 1-10 through 10-10 (2.7 hours). | 2.70 | 769.50 |
| 01/15/10 | D. Hyun | C400 | | Telephone conference and e-mail correspondence with C. Neuman's attorneys regarding service of reply payers. | 0.40 | 160.00 |
| 01/17/10 | J. Wilson | C100 | | Update expert documents to be forwarded to M. Ward; revise letter to M. Ward. | 1.10 | 313.50 |
| 01/19/10 | J. Meer | L310 | | Review plaintiff's responses to request for admissions and supplemental interrogatories. | 1.00 | 570.00 |
| 01/19/10 | J. Meer | L350 | | Revise opposition to motion to quash KTLA subpoena. | 1.00 | 570.00 |
| 01/19/10 | J. Meer | L390 | | Telephone conference with D. Hyun regarding deposition of D. Cox. | 0.40 | 228.00 |
| 01/19/10 | J. Meer | L431 | | Outline new motion in limine based on plaintiff's responses to request for admissions. | 0.50 | 285.00 |
| 01/19/10 | J. Meer | L440 | | Review materials to be sent to economic expert for preparation of expert report. | 1.00 | 570.00 |
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 1-10 regarding insurance (1.4 hours). | 1.40 | 399.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 5-10 regarding Bifurcation and Financial Condition (1.4 hours). | 1.40 | 399.00 |
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 2-10 regarding Front Pay (1.5 hours). | 1.50 | 427.50 |
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 6-10 regarding Time Barred Events (1.6 hours). | 1.60 | 456.00 |
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 3-10 regarding previously dismissed claims (1.5 hours). | 1.50 | 427.50 |
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 4-10 regarding Subjective Opinion Testimony (1.5 hours). | 1.50 | 427.50 |
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 8-10 regarding documents not previously disclosed in discovery (1.6 hours). | 1.60 | 456.00 |
| 01/19/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 7-10 regarding litigation stress (1.5 hours). | 1.50 | 427.50 |
| 01/19/10 | D. Hyun | L330 | | Plan and prepare for deposition of D. Cox. | 0.50 | 200.00 |
| 01/19/10 | D. Hyun | L430 | | Review, revise and finalize opposition to plaintiff's motion to quash I. Goldstone's subpoena to KTLA. | 0.60 | 240.00 |
| 01/20/10 | J. Meer | L310 | | Provide supplemental responses to plaintiff's form interrogatories. | 1.50 | 855.00 |
| 01/20/10 | J. Meer | L310 | | Exchange emails with plaintiff's counsel regarding request for extension of time to provide supplemental discovery responses. | 0.40 | 228.00 |
| 01/20/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 9-10 regarding Alleged Emotional Distress Testimony (1.4 hours). | 1.40 | 399.00 |



Invoice No. 1690196

Page 15

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/20/10 | J. Wilson | L430 | | Draft, edit, and revise order for motion in limine 10-10 regarding Defamation Statements Not Alleged in Second Amended Complaint (1.4 hours). | 1.40 | 399.00 |
| 01/20/10 | D. Hyun | F999 | | Continued preparation and planning for deposition of D. Cox. | 0.70 | 280.00 |
| 01/20/10 | D. Hyun | L210 | | Review and analyze plaintiff's brief regarding appointment of discovery referee and apportionment of costs. | 0.60 | 240.00 |
| 01/20/10 | D. Hyun | L310 | | Review and analyze plaintiff's written discovery responses to I. Goldstone's requests for admissions, form interrogatories - employment law, and fourth set of requests for production of documents. | 1.20 | 480.00 |
| 01/20/10 | D. Hyun | L430 | | Review and analyze plaintiff's opposition papers to I. Goldstone's motion challenging designation of documents as confidential. | 0.80 | 320.00 |
| 01/20/10 | D. Hyun | L430 | | Review and analyze plaintiff's opposition papers to I. Goldstone's motion to quash subpoena to Tribune. | 0.70 | 280.00 |
| 01/21/10 | J. Meer | L310 | | Prepare supplemental discovery responses as ordered by the Court. | 1.50 | 855.00 |
| 01/21/10 | J. Meer | L310 | | Prepare supplemental discovery responses as ordered by the court. | 1.50 | 855.00 |
| 01/21/10 | J. Meer | L350 | | Prepare reply papers for motion to modify protective order and motion to quash Univision subpoenas. | 2.50 | 1,425.00 |
| 01/21/10 | S. Yang | L120 | | Prepare outline for hearing on motion for summary judgment. | 3.60 | 1,026.00 |
| 01/21/10 | D. Hyun | C200 | | Legal research regarding whether a party can be required to advance the fees of the discovery referee. | 0.60 | 240.00 |
| 01/21/10 | D. Hyun | L430 | | Prepare outline of relevant deposition cites for motion for summary judgment hearing. | 2.30 | 920.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/22/10 | J. Meer | L190 | | Prepare email to clients regarding results of summary judgment hearing. | 0.20 | 114.00 |
| 01/22/10 | J. Meer | L190 | | Review results of summary judgment hearing and emails regarding same. | 0.40 | 228.00 |
| 01/22/10 | S. Yang | L350 | | Outline reply brief in support of motion to quash plaintiff's deposition subpoenas to Univision employees. | 0.60 | 171.00 |
| 01/22/10 | D. Hyun | L310 | | Review and revise I. Goldstone's supplemental responses and objections to C. Neuman's form interrogatories - general. | 1.30 | 520.00 |
| 01/22/10 | D. Hyun | L430 | | Prepare proposed order and Rule 437(g) statement regarding I. Goldstone's motion for summary judgment. | 3.60 | 1,440.00 |
| 01/22/10 | D. Hyun | L430 | | Draft e-mail to client updating status regarding motion for summary judgment. | 0.60 | 240.00 |
| 01/22/10 | D. Hyun | WH4 | | Telephone conference with I. Goldstone regarding motion for summary judgment. | 0.10 | 40.00 |
| 01/25/10 | J. Meer | L190 | | Revise trial calendar based on delayed motion for continuance to be filed by plaintiff. | 0.30 | 171.00 |
| 01/25/10 | J. Meer | L190 | | Review email from plaintiff's counsel regarding ex parte application for a motion for continuance of trial date. | 0.20 | 114.00 |
| 01/25/10 | J. Meer | L350 | | Review and revise reply for motion to amend the protective order regarding confidential documents. | 1.20 | 684.00 |
| 01/25/10 | J. Meer | L350 | | Review and revise reply for motion to quash depositions of Univision employees. | 1.20 | 684.00 |
| 01/25/10 | J. Meer | L350 | | Prepare reply brief for motion to quash plaintiff's request for defendant's confidential personnel records. | 1.80 | 1,026.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/25/10 | S. Yang | C200 | | Legal research regarding threshold discovery requirements in support of reply in support of motion to quash. | 1.80 | 513.00 |
| 01/25/10 | S. Yang | L350 | | Draft reply to motion to quash deposition subpoenas to Univision employees and subpoenas of confidential records. | 4.90 | 1,396.50 |
| 01/25/10 | D. Hyun | L430 | | Draft reply declaration of D. Hyun in support of I. Goldstone's motion to challenge plaintiff's designations of documents as confidential. | 1.60 | 640.00 |
| 01/25/10 | D. Hyun | L430 | | Draft reply memorandum of points and authorities in support of I. Goldstone's motion to challenge plaintiff's designations of documents as confidential. | 4.70 | 1,880.00 |
| 01/26/10 | J. Meer | L190 | | Review and finalize reply briefs for motions to be heard on February 2, 2009. | 1.20 | 684.00 |
| 01/26/10 | J. Meer | L440 | | Telephone conference with jury consultant and expert witnesses regarding status of trial and pre-trial requirements. | 0.40 | 228.00 |
| 01/27/10 | J. Meer | L190 | | Review transcript of hearing on January 22, 2010 regarding motion for more discovery and tentative ruling regarding summary judgment. | 0.50 | 285.00 |
| 01/27/10 | J. Meer | L440 | | Prepare additional motions in limine regarding plaintiff's failure to produce documents ordered by the court on December 17, 209 and January 14, 2010. | 1.00 | 570.00 |
| 01/27/10 | J. Meer | L440 | | Prepare additional motion in limine regarding plaintiff's failure to designate expert witnesses. | 1.00 | 570.00 |
| 01/27/10 | D. Hyun | L120 | | Draft e-mail to I. Goldstone regarding trial preparation and potential exposure. | 1.30 | 520.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/27/10 | D. Hyun | L430 | | Review and analyze hearing transcript on motion for summary judgment. | 0.50 | 200.00 |
| 01/28/10 | J. Meer | L240 | | Prepare for hearing for motion to continue trial date, and motion to appoint discovery referee. | 1.50 | 855.00 |
| 01/28/10 | J. Meer | L350 | | Exchange emails with plaintiff's counsel regarding second motion to compel supplemental responses to form interrogatories. | 0.50 | 285.00 |
| 01/28/10 | D. Hyun | L430 | | Legal research and draft memo on hearing outline for continued motion for summary judgment on new issues regarding statute of limitations, statements such as irrational or unpredictable are opinions, cannot escape summary judgment outside the allegations of complaint. | 1.80 | 720.00 |
| 01/29/10 | J. Meer | L190 | | Prepare email to I. Goldstone regarding outcome of trial continuance hearing, pending dates and deadlines and case status. | 0.70 | 399.00 |
| 01/29/10 | J. Meer | L240 | | Outline motion for judgment on the pleadings in lieu of motion for summary judgment based on documents subject to judicial notice. | 0.60 | 342.00 |
| 01/29/10 | J. Meer | L240 | | Travel and appear at hearing for motion to continue trial date. | 2.60 | 1,482.00 |
| 01/29/10 | J. Meer | L390 | | Review background information regarding proposed referees. | 0.50 | 285.00 |
| 01/29/10 | J. Meer | L390 | | Meet and confer with plaintiff's counsel regarding selection of a discovery referee. | 0.50 | 285.00 |
| 01/29/10 | S. Yang | C200 | | Research motion for judgment on the pleadings. | 1.80 | 513.00 |
| 01/29/10 | D. Hyun | L430 | | Appearance at court to conduct more discovery prior to trial motion. | 3.80 | 1,520.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1690196

Page 19

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/30/10 | J. Meer | L190 | | Telephone conference with I. Goldstone regarding case status, upcoming discovery and additional opportunities to seek dismissal prior to trial. | 0.50 | 285.00 |

| | | |
|---|---|---|
| **Total Hours** | 274.20 | |
| **Total Fees** | | $109,422.50 |
| **Less Discount** | | ($10,942.25) |
| **Total Fees After Discount** | | $98,480.25 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 79.30 | hours at | $570.00 | per hour |
| S. Yang | Associate | - | 12.70 | hours at | $285.00 | per hour |
| J. Wilson | Associate | - | 79.20 | hours at | $285.00 | per hour |
| D. Hyun | Associate | - | 92.00 | hours at | $400.00 | per hour |
| D. Jimenez | Paralegal | - | 2.50 | hours at | $220.00 | per hour |
| L. Li | Law Clerk | - | 8.50 | hours at | $80.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 01/08/10 | Copying | 53.60 |
| 01/17/10 | Copying | 215.40 |
| 01/22/10 | Copying | 120.50 |
| 01/28/10 | Copying | 51.10 |
| | **Outside Printing** | |
| 01/07/10 | Outside Printing - JOSE ANGEL AYALA DOCUMENT DUPLICATION SERVICES 12/21/09 | 131.37 |
| | **Long Distance Telephone** | |
| 01/06/10 | Long Distance Telephone | 0.54 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1690196

Page 20

Ira H. Goldstone

**Subpoena Fees**

01/07/10    Subpoena Fees -  TITAN LEGAL SERVICES 12/28/09    60.94

**Total Disbursements**    633.45

**Total Amount Due**    $99,113.70



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 8, 2010
**REVISED**

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1690196
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $109,422.50 |
| Less Discount | ($10,942.25) |
| Total Fees after Discount | $98,480.25 |
| Total Disbursements | 633.45 |
| Total Fees and Disbursements This Statement | $99,113.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689897
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through January 31, 2010

### Corporate Labor Relations Matters 0000001096

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/25/10 | J. Sherman | C300 | 0 | Conference with J. Osick regarding Hewitt overpayment to Baltimore cash balance participants and response to Union issues relating to same. | 0.30 | 205.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $205.50 |
| **Less Discount** | | ($20.55) |
| **Total Fees After Discount** | | $184.95 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $685.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1689897

Page 2

Tribune Company/Sherman


**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $184.95



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1689897
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $205.50 |
| Less Discount | ($20.55) |
| Total Fees after Discount | $184.95 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $184.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Invoice No. 1689898
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2010

**Bankruptcy Fee Application 0000001891**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/10 | J. Sowka | B410 | 0 | Review and revise declaration accompanying application for employment. | 0.10 | 37.00 |
| 01/04/10 | J. Sowka | B410 | 0 | Review and revise application for employment in Tribune bankruptcy. | 0.20 | 74.00 |
| 01/04/10 | J. Sowka | B410 | 0 | Draft email to J. McManus regarding revisions to the declaration accompanying the application for employment. | 0.10 | 37.00 |
| 01/04/10 | J. Sowka | B410 | 0 | Review redline changes to application for employment from J. Ludwig. | 0.10 | 37.00 |
| 01/04/10 | J. McManus | B110 | 0 | Revise retention motion and supporting declaration (.70); conference with J. Sowka and J. Ludwig regarding same (.10). | 0.80 | 216.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 1689898

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/05/10 | J. McManus | B110 | 0 | Revise and finalize Sherman Declaration (.50); finalize Exhibit 2 to Declaration (.40). | 0.90 | 243.00 |
| 01/07/10 | J. McManus | B110 | 0 | Multiple e-mail communications with J. Ludwig regarding retention application and Sherman Declaration (.30); review and revise Declaration (.20). | 0.50 | 135.00 |
| 01/08/10 | J. McManus | B110 | 0 | Revise November Monthly Fee Statement. | 0.50 | 135.00 |
| 01/12/10 | J. McManus | B110 | 0 | Conference with O. Reyes regarding finalizing fee application (.30); revise fee application charts (.40); assemble finalized detail for November fee application (.10); commence preparation of December Monthly Fee Statement (.40). | 1.20 | 324.00 |
| 01/13/10 | J. McManus | B110 | 0 | Prepare December monthly fee application. | 0.80 | 216.00 |
| 01/13/10 | J. McManus | B110 | 0 | Revise summary of fee and expenses (.20); revise Exhibits B, C and D to monthly fee application (.80); telephone conference with J. Ludwig regarding monthly fee applications and first quarterly fee application (.10). | 1.10 | 297.00 |
| 01/14/10 | M. Trull | B110 | 0 | Revise Fee Summary Chart for Monthly Fee Application. | 0.30 | 76.50 |
| 01/14/10 | J. McManus | B110 | 0 | Assemble and review time detail for preparation of exhibits to December Monthly Fee Statement (.90); multiple conferences with O. Reyes regarding same (.30). | 1.20 | 324.00 |
| 01/19/10 | J. McManus | B110 | 0 | Prepare December Monthly Fee Application (.40); prepare Quarterly Fee Application (1.20). | 1.60 | 432.00 |
| 01/21/10 | J. McManus | B110 | 0 | Revise December monthly fee application (.90); assemble time detail for Exhibit D to fee application (.50). | 1.40 | 378.00 |



Invoice No. 1689898

Page 3

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/22/10 | J. McManus | B110 | 0 | Revise First Quarterly Fee Application (.80); revise December Monthly Fee Application (.40); prepare Exhibits to December Monthly Fee Application (.50); telephone conference with local counsel regarding assembly and filing of November Monthly Fee Application (.10). | 1.80 | 486.00 |
| 01/25/10 | J. McManus | B110 | 0 | Prepare Quarterly Fee Application. | 1.40 | 378.00 |
| 01/29/10 | J. McManus | B110 | 0 | Review fee auditor report (.20); discuss preparation of response to fee auditor report the J. Sherman (.10); assemble responses (.40). | 0.70 | 189.00 |

| | | |
|---|---|---|
| **Total Hours** | 14.70 | |
| **Total Fees** | | $4,014.50 |
| **Less Discount** | | (**$401.45**) |
| **Total Fees After Discount** | | $3,613.05 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sowka | Associate | - | 0.50 | hours at | $370.00 | per hour |
| M. Trull | Paralegal | - | 0.30 | hours at | $255.00 | per hour |
| J. McManus | Paralegal | - | 13.90 | hours at | $270.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Online Research** | |
| 01/28/10 | Online Research - PACER SERVICE CENTER Charges 4th quarter 2009 | 3.36 |
| | **Long Distance Telephone** | |
| 01/22/10 | Long Distance Telephone | 0.78 |



Invoice No. 1689898

Page 4

Tribune Company/Sherman

**Total Disbursements**                                4.14

**Total Amount Due**                                $3,617.19



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1689898
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,014.50 |
| Less Discount | ($401.45) |
| Total Fees after Discount | $3,613.05 |
| Total Disbursements | 4.14 |
| Total Fees and Disbursements This Statement | $3,617.19 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 22, 2010
**REVISED**

Invoice No. 1670510
0835 68308 / 68308-000001
W6S

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2009

**General Labor & Employment Advice**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 11/06/09 | C. Del Rey-Cone | 2.70 | Appear for hearing on plaintiffs' motion to sever. |

| | | |
|---|---|---|
| **Total Hours** | 2.70 | |
| **Total Fees** | | $1,242.00 |
| **Less Discount** | | ($124.20) |
| **Total Fees After Discount** | | $1,117.80 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| C. Del Rey-Cone | - | 2.70 | hours at | $460.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1670510

Page 2

Tribune Company

| Disbursements | Value |
|---|---|
| Copying | 0.30 |
| **Total Disbursements** | 0.30 |
| **Total Amount Due** | $1,118.10 |



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 22, 2010
**REVISED**

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1670510
0835 68308 / 68308-000001
General Labor & Employment Advice

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,242.00 |
| Less Discount | ($124.20) |
| Total Fees after Discount | $1,117.80 |
| Total Disbursements | 0.30 |
| Total Fees and Disbursements This Statement | $1,118.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N