**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF WITHDRAWAL AND REQUEST
FOR REMOVAL FROM ELECTRONIC FILING**

      **PLEASE TAKE NOTICE** that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List (jbailey@jfbailey.com and lharris@jfbailey.com) in the above matter.

THE BAILEY LAW FIRM


/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686

Dated:  March 18, 2010