# **EXHIBIT A**

Case 08-13141-BLS    Doc 3777-1    Filed 03/18/10    Page 1 of 4

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　Debtors. | : Chapter 11<br>: Case No. 08-13141 (KJC)<br>: (Jointly Administered)<br>: |
| WILMINGTON TRUST COMPANY, as Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.<br><br>　　　　Defendants. | : Adv. No. 10-50732 (KJC)<br>:<br>: **Re: Docket No. _____**<br>: |

### ORDER GRANTING MOTION OF MERRILL LYNCH TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT OF WILMINGTON TRUST COMPANY

This matter coming before the Court on the Motion for the Entry of an Order Extending Time to Answer or Otherwise Respond to the Complaint of Wilmington Trust Company (the "Motion to Extend Time"); the Court having considered the Motion to Extend Time; the Court finding that (a) the Court has jurisdiction over the Motion to Extend Time pursuant to 28 U.S.C. § 157 and 1334; and (b) the Motion to Extend Time is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court having determined that the legal and factual bases set forth in the Motion to Extend Time establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Extend Time is GRANTED.

2. The time for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith, Incorporated to answer or otherwise respond to the WT Complaint[2] is hereby extended until thirty (30) days following this Court's resolution of all of the following pending motions before this Court:

    a. Debtors' Stay Violation Motion;

    b. JP Morgan's Sanctions Motion and Merrill Lynch's Joinder in the Sanctions Motion;

    c. Wilmington Trust's Examiner Motion;

    d. The Creditors' Committee's Standing Motion; and

    e. Wilmington Trust's Cross-Motion to Intervene.

---

[2] Any capitalized term used herein but not defined herein shall have the meaning ascribed to such term in the Motion to Extend Time.

3.  This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: _____ ___, 2010
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY COURT JUDGE