## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY, as | : | Adv. No. 10-50732 (KJC) |
| Successor Indenture Trustee for the | : | |
| Exchangeable Subordinated Debentures | : | |
| due 2029, | : | **Proposed Hearing Date:  March 23, 2010 at 1:00 p.m.** |
| | : | **Proposed Objection Deadline: March 22, 2010 at 12:00 p.m. (noon)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JP MORGAN CHASE BANK, N.A., et | : | |
| al. | : | |
| | : | |
| Defendants. | : | |

## MOTION OF MERRILL LYNCH FOR THE ENTRY OF AN ORDER SHORTENING RESPONSE TIME AND SCHEDULING ARGUMENT ON THE MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT OF WILMINGTON TRUST COMPANY

Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith, Incorporated (collectively "Merrill Lynch"), by its attorneys Kaye Scholer LLP and Potter, Anderson and Corroon LLP, hereby moves (the "Motion to Shorten") for the entry of an order, pursuant to section 105 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 7007-1(a), 7007-3 and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening the response time and scheduling argument on the *Motion of Merrill Lynch for*

*the Entry of an Order Extending Time to Answer Or Otherwise Respond to Complaint of*

*Wilmington Trust Company* (the "Motion to Extend Time") brought in connection with the

Complaint (the "WT Complaint") filed by Wilmington Trust Company ("Wilmington Trust")

and served on Merrill Lynch on March 5, 2010.  In support of the Motion to Shorten, Merrill

Lynch respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Motion to Shorten pursuant to 28 U.S.C. §§

157 and 1334.  This Motion to Shorten raises a core matter under 28 U.S.C. § 157(b)(2)(A) and

(B).  Venue of these cases and this Motion to Shorten is proper in this district pursuant to 28

U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2.      By this Motion to Shorten, Merrill Lynch respectfully requests that the Court

enter an order (a) requiring parties to submit objections to the Motion to Extend Time, if any, by

March 22, 2010 at noon (the "Objection Deadline"); (b) scheduling argument on the Motion to

Extend Time for the hearing on March 23, 2010 (the "Hearing"); and (c) granting such other and

further relief as the Court deems appropriate.

## BASIS FOR RELIEF

3.      Del. Bankr. LR 7007-1 sets forth an automatic briefing schedule for non-

discovery related motions in adversary proceedings.  Under that rule: (i) non-movants must serve

and file an answering brief no later than fourteen (14) days after service and filing of the opening

brief;  and (ii) reply briefs are to be filed and served no later than seven (7) days after service and

filing of the answering brief.  Unless the Court orders otherwise, the above briefing schedule

must be followed.  Del. Bankr. L.R. 7007-1(a).

2

4.      Generally, no hearing is scheduled on motions in adversary proceedings. Del.
Bankr. LR 7007-3. Local Rule 7007-3, however, gives the Court authority to schedule
argument on motions in an adversary proceeding.

5.      Although Merrill Lynch submits this Motion to Shorten in the adversary
proceeding (No. 10-50732 (KJC)), the Court's resolution of this Motion to Shorten and the
Motion to Extend Time is, as set forth more fully in the Motion to Extend Time, inextricably
intertwined with various motions pending in the Chapter 11 cases (Case No. 08-13141 (KJC)),
which motions are scheduled to be heard by this Court on April 13, 2010 (which is after Merrill
Lynch's time to answer or otherwise respond to the WT Complaint). Therefore, Merrill Lynch
respectfully suggests that allowing the Motion to Extend Time to be heard on March 23, 2010, at
the next omnibus hearing in these Chapter 11 cases, is reasonable and appropriate under the
circumstances and in the interests of judicial efficiency and economy.

6.      As set forth more fully therein, the Motion to Extend Time seeks an extension of
the time for Merrill Lynch to respond to the WT Complaint until after resolution of various
pending motions before this Court, any one of which, if granted, would require Wilmington
Trust to withdraw and/or significantly amend the WT Complaint (the "Pending Motions").

7.      The Pending Motions are: (a) the Motion of the Debtors for an Order
(I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring
Wilmington Trust Company to Show Cause Why It Should Not Be Held In Contempt of Court
and (III) Halting All Proceedings With Respect to the Complaint, dated March 18, 2010; (b) JP
Morgan Chase Bank N.A.'s March 11, 2010 Motion for Sanctions Against Wilmington Trust
Company for Improper Disclosure of Confidential Information in Violation of Court Order, with
respect to which Merrill Lynch has filed a Joinder dated March 12, 2010; (c) Wilmington Trust's

3

January 13, 2010 Motion for Appointment of an Examiner Pursuant to Section 1104(c) of the

Bankruptcy Code; (d) the Official Committee of Unsecured Creditors' February 1, 2010 Motion

for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and

Settle Claims and Counterclaims of the Debtors' Estates (the "Standing Motion"); and

(e) Wilmington Trust's February 11, 2010 Cross-Motion to Intervene in the Standing Motion.

[Docket Nos. 3759, 3715, 3062, 3281, 3364].

8.      At least some of the Pending Motions are currently scheduled to be heard on April

13, 2010—eight days after Merrill Lynch's response to the WT Complaint is currently due.  As

noted, Wilmington Trust has not responded to Merrill Lynch's request for an extension of time,

necessitating this motion.

9.      Accordingly, Merrill Lynch believes that it is entirely appropriate, and in the best

interest of the these proceedings and all parties affected by the WT Complaint, to permit the

Motion to Extend Time to be heard, on shortened notice, at the Hearing.

10.     Merrill Lynch will serve the Motion to Shorten upon the same parties served with

the Motion to Extend Time.  Under these circumstances, Merrill Lynch seeks relief from this

Court pursuant to Local Rules 7007-1(a) and 7007-3, to have the Motion to Extend Time heard

on shortened notice as set forth herein.

## NO PRIOR REQUEST

11.     No previous application for the specific relief requested herein has been made to

this or any other Court.

## CERTIFICATION OF COUNSEL

12.     On March 5, 2010, Wilmington Trust filed the WT Complaint.  On March 18,

2010, Merrill Lynch, through its counsel, requested that Wilmington Trust agree to extend

4

Merrill Lynch's April 5, 2010 time to answer or otherwise respond. Wilmington Trust has not responded, thus necessitating the Motion to Extend Time and this Motion to Shorten.

13.    For the reasons set forth herein, Merrill Lynch believes that prompt consideration of the Motion to Extend Time on shortened notice is necessary and appropriate and respectfully requests that the Court enter an order shortening notice with respect to the Motion to Extend Time substantially in the form attached hereto as Exhibit A.

**CONCLUSION**

WHEREFORE, Merrill Lynch respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, approving the shortened notice period requested herein and the form, manner, and sufficiency of notice of the Motion to Extend Time and granting such other relief as may be just and proper.

Dated: March 18, 2010

POTTER ANDERSON & CORROON LLP

Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302)984-6000
Facsimile: (302) 658-1192

- and -

KAYE SCHOLER LLP
Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*