# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>(Jointly Administered) |
| WILMINGTON TRUST COMPANY, as Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.<br><br>Defendants. | Adv. No. 10-50732 (KJC)<br><br>**Re: Docket No. _____** |

### ORDER GRANTING MOTION OF MERRILL LYNCH FOR THE ENTRY OF AN ORDER SHORTENING RESPONSE TIME AND SCHEDULING ARGUMENT ON THE MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT OF WILMINGTON TRUST COMPANY

This matter coming before the Court on the motion (the "Motion to Shorten") of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith, Incorporated (collectively "Merrill Lynch"), for the entry of an order shortening response time and scheduling argument on the *Motion of Merrill Lynch For the Entry of an Order Extending Time to Answer or Otherwise Respond to Complaint of Wilmington Trust Company* (the "Motion to Extend Time"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten pursuant to 28 U.S.C. § 157 and 1334; and (b) the

Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

    1.    The Motion to Shorten is GRANTED.

    2.    A hearing to consider the Motion to Extend Time will be held on March 23, 2010 at 1:00 p.m. (Eastern Daylight Time).

    3.    Any objection or response to the relief requested in the Motion to Extend Time may be filed up to and through March 22, 2010 at 12:00 p.m. (noon) (Eastern Daylight Time).

    4.    This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: _____ \_\_\_\_, 2010
       Wilmington, Delaware

                                                 THE HONORABLE KEVIN J. CAREY
                                                  UNITED STATES BANKRUPTCY COURT JUDGE