# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket Nos. 3715, 3724, 3752** |

## CERTIFICATION OF COUNSEL

I, Raymond H. Lemisch, hereby certify as follows:

1. On or about March 11, 2010, JPMorgan Chase Bank, N.A. filed a Motion For Sanctions Against Wilmington Trust Company For Improper Disclosure Of Confidential Information in Violation of Court Order (the "Motion") [Docket No. 3715] and an accompanying Motion to File Under Seal [Docket No. 3714], which is scheduled for hearing before this Court on April 13, 2010.

2. On or about March 12, 2010, Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated filed a joinder to the Motion [Docket No. 3724] and an accompanying Motion to File Under Seal [Docket No. 3725].

3. On March 17, 2010, Wilmington Trust Company filed a Notice of Request for Status Conference with Respect to the Motion (the "Request") [Docket No. 3752] scheduled for March 23, 2010 at 11:00 a.m. in connection with the relief requested in the Motion.

4. As of close of business today, I have received no opposition to the Request for a status conference.

5.       Accordingly, Wilmington Trust Company respectfully requests that the Court enter the revised form of order attached hereto as <u>Exhibit A</u> scheduling a status conference on the Motion for March 23, 2010 at 11:00 a.m.

Dated: March 18, 2010                    BENESCH, FRIEDLANDER, COPLAN
                                                                      & ARONOFF LLP

                                         By:    <u>/s/ Raymond H. Lemisch</u>
                                                             Raymond H. Lemisch, Esquire (No. 4204)
                                                             Jennifer R. Hoover, Esquire (No. 5111)
                                                             222 Delaware Avenue, Suite 801
                                                             Wilmington, DE  19801
                                                             (302) 442-7010  telephone
                                                             (302) 442-7012  facsimile
                                                             rlemisch@beneschlaw.com
                                                             jhoover@beneschlaw.com