# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 23, 2010 AT 11:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) to register to participate.

## CONTINUED MATTERS

1. Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2560)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2684)

    (b)    Order Sustaining Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3012)

Response Deadline: December 8, 2009 at 4:00 p.m.

Responses Received:

    (a)    Response by Claudia Sanzeri to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims (Filed December 8, 2009) (Docket No. 2765)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. This matter is adjourned to the April 19, 2010 hearing as to the claim of Claudia Sanzeri. This matter will not be going forward.

2. Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

Related Document(s):

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

    (b)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

    (c)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

Response Deadline: December 8, 2009 at 4:00 p.m.

Responses Received:

    (a)    Response by Karolyn M. Walker to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2739)

    (b)    Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (c)    Informal Response received from GE Capital Fleet Services

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker. Claim No. 2998 of Marc Silver was withdrawn. Claim No. 5606 of Personal Plus, Inc. was resolved. This matter is adjourned to the April 19, 2010 hearing as to the claims of GE Capital Fleet Services, Karolyn M. Walker and Robby S. Wells. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION/ CERTIFICATIONS OF COUNSEL

3.    Motion of Simone and Victoria Conigliaro for Relief from Automatic Stay to Permit the Continuation of State Court Action (Filed November 25, 2009) (Docket No. 2649)

Objection Deadline: January 20, 2010 at 4:00 p.m. On consent of the parties, the Objection Deadline is extended until 4:00 p.m. on March 17, 2010 for the Debtors.

Responses Received:

    (a)    Debtors' Limited Response and Reservation of Rights with Respect to Motion for Relief from Stay Filed by Simone and Victoria Conigliaro (Filed February 11, 2010) (Docket No. 3367)

    (b)    Certification of Counsel Regarding Stipulation Modifying the Automatic Stay to Permit Simone and Victoria Conigliaro to Proceed with Mediation of a State Court Action Against Certain Debtors (Filed March 18, 2010) (Docket No. 3754)

Status:    A stipulation and proposed order modifying the automatic stay for the sole and limited purpose of permitting the movants to proceed with mediation was filed under certification of counsel. This matter will not be going forward unless otherwise directed by the Court.

46429/0001-6348620v1

4.  Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 19, 2010) (Docket No. 3505)

    Related Document(s):

    (a)  Certification of Counsel Regarding Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 18, 2010) (Docket No. 3771)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Responses Received:

    (a)  Maverick Technologies, LLC's Response to Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Claims (Filed March 9, 2010) (Docket No. 3697)

    Status:  A Certification of Counsel was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

5.  Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 19, 2010) (Docket No. 3507)

    Related Document(s):

    (a)  Certification of No Objection Regarding Docket No. 3507 (Filed March 18, 2010) (Docket No. 3760)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Responses Received: None.

    Status:  A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

6.  Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 19, 2010) (Docket No. 3509)

    Related Document(s):

    (a)  Certification of No Objection Regarding Docket No. 3509 (Filed March 18, 2010) (Docket No. 3761)

Objection Deadline: March 16, 2010 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

7. Supplemental Application for an Order Modifying the Scope of the Retention of Ernst and Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 *Nunc Pro Tunc* to January 15, 2010 (Filed February 22, 2010) (Docket No. 3516)

   Related Document(s):

   (a) Certification of No Objection Regarding Docket No. 3516 (Filed March 18, 2010) (Docket No. 3762)

   Objection Deadline: March 16, 2010 at 4:00 p.m.

   Responses Received: None.

   Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

8. Motion of Debtors for an Order Pursuant to 11 U.S.C. §§ 1112(b)(1) and 105(a) Dismissing Chapter 11 Case of New River Center Maintenance Association, Inc., Nunc Pro Tunc to the Petition Date, and Directing the Use of an Amended Caption in the Debtors' Cases (Filed February 24, 2010) (Docket No. 3527)

   Related Document(s):

   (a) Certification of Counsel Regarding Motion of Debtors for an Order Pursuant to 11 U.S.C. §§ 1112(b)(1) and 105(a) Dismissing Chapter 11 Case of New River Center Maintenance Association, Inc., Nunc Pro Tunc to the Petition Date, and Directing the Use of an Amended Caption in the Debtors' Cases (Filed March 18, 2010) (Docket No. 3764)

   Objection Deadline: March 16, 2010 at 4:00 p.m. On consent of the Parties, the Objection Deadline was extended to 12:00 a.m. (midnight) on March 17, 2010 for the U.S. Trustee.

   Responses Received: None at this time.

   Status: A Certification of Counsel, together with a revised proposed form of Order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

46429/0001-6348620v1

9. Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings (Filed February 25, 2010) (Docket No. 3531)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 3531 (Filed March 18, 2010) (Docket No. 3563)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

10. Application of Corporate Tax Management, Inc. for Allowance and Payment of Compensation for Services Rendered as Tax Advisors to Debtor Los Angeles Times Communications, LLC in the Ordinary Course of Business (Filed March 2, 2010) (Docket No. 3655)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 3655 (Filed March 18, 2010) (Docket No. 3765)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

11. Motion of Debtor Los Angeles Times Communications LLC for an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing Sale of Membership Interest and Entry Into and Performance of Obligations Under LLC Membership Interest Purchase Agreement (Filed March 2, 2010) (Docket No. 3664)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 3664 (Filed March 18, 2010) (Docket No. 3766)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Responses Received: None.

46429/0001-6348620v1

> Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

12. Motion of the Debtors for an Order Authorizing Debtors to Amend the Letter of Credit Facility Pursuant to Sections 105, 362(d), 363(b)(1), 364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code and Granting Other Related Relief (Filed March 2, 2010) (Docket No. 3666)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 3666 (Filed March 18, 2010) (Docket No. 3767)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

13. Joint Motion of the Debtors and Barclays Bank PLC for Entry of an Order Authorizing Them to File Under Seal Fee Letter Related to Amended Letter of Credit Facility (Filed March 2, 2010) (Docket No. 3667)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 3667 (Filed March 18, 2010) (Docket No. 3768)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

14. Motion of Debtors for an Order Authorizing Assumption of Settlement and Cooperation Agreement, Joint Privilege and Common Interest Agreement, and Guaranteed Cost Program Agreement with Marsh USA, Inc. (Filed March 5, 2010) (Docket No. 3686)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 3686 (Filed March 18, 2010) (Docket No. 3769)

    Objection Deadline: March 16, 2010 at 4:00 p.m.

46429/0001-6348620v1

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

## CONTESTED MATTERS GOING FORWARD

15. Motion of the Debtors to Dismiss Voluntarily and Without Prejudice Their Pending Motion for an Order Authorizing the Debtors to Implement Transition MIP and Key Operators Bonus Components of 2009 Management Incentive Plan (Filed March 4, 2010) (Docket No. 3682)

    Objection Deadline: March 16, 2010 at 4:00 p.m.
    On consent of the Parties, the Objection Deadline was extended to 12:00 p.m. (noon) on March 17, 2010 for the U.S. Trustee.

    Responses Received:

    (a) Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Dismissing Without Prejudice Their Motion for an Order Authorizing the Debtors to Implement Transitional MIP and Key Operators Bonus Components of 2009 Management Incentive Plan (Filed March 16, 2010) (Docket No. 3741)

    (b) Objection of the United States Trustee to the Debtors' Motion to Dismiss Voluntarily and Without Prejudice Their Pending Motion for an Order Authorizing the Debtors to Implement Transition MIP and Key Operators Bonus Components of 2009 Management Incentive Plan (Docket Entry # 3682) (Filed March 17, 2010) (Docket No. 3744)

    (c) Debtors' Consolidated Reply to Objections of the Washington-Baltimore Newspaper Guild and the Office of the United States Trustee to Motion of the Debtors to Dismiss Voluntarily and Without Prejudice Their Pending Motion for an Order Authorizing the Debtors to Implement Transition MIP and Key Operators Bonus Components of 2009 Management Incentive Plan (Filed March 18, 2010) (Docket No. 3758)

    Status: This matter will be going forward.

## MATTERS REQUESTED TO BE HEARD PENDING COURT APPROVAL

16. Wilmington Trust Company's Notice of Request for Status Conference With Respect to Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (Filed March 17, 2010) (Docket No. 3752)

   Related Document(s):

   (a) Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing of the Motion for Sanctions Against Wilmington Trust Company Under Seal (Filed March 11, 2010) (Docket No. 3714)

   (b) Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (Filed March 11, 2010) (Docket No. 3715) [Redacted]

   (c) Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (Filed March 12, 2010) (Docket No. 3724) [Redacted]

   (d) Merrill Lynch Capital Corporation's and Merrill Lynch, Pierce, Fenner & Smith Incorporated's Motion Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal the Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order [D.I. 3724] (Filed March 12, 2010) (Docket No. 3725)

   (e) Certification of Counsel (Filed March 18, 2010) (Docket No. 3779)

   Objection Deadline: N/A

   Responses Received:

   Status: The Court has not ruled on the Request for Status Conference. This matter will not be going forward unless otherwise directed by the Court.

46429/0001-6348620v1

17. Motion of Merrill Lynch for the Entry of an Order Extending Time to Answer or Otherwise Respond to Complaint of Wilmington Trust Company (Filed March 18, 2010) (Docket No. 3777) (Adv. Case No. 10-50732) (Adv. Docket No. 10)

   Related Document(s):

   (a) Motion of Merrill Lynch for the Entry of an Order Shortening Response Time and Scheduling Argument on the Motion to Extend Time to Answer or Otherwise Respond to Complaint of Wilmington Trust Company (Filed March 18, 2010) (Docket No. 3778) (Adv. Docket No. 11)

   Proposed Objection Deadline: March 22, 2010 at 12:00 p.m. (noon).

   Responses Received: None at this time.

   Status: The Court has not ruled on the Motion to Shorten. This matter will not be going forward unless otherwise directed by the Court.

18. Joint Motion of JPMorgan Chase Bank, N.A., Bank of America, N.A., Banc of America Securities LLC, Barclays Bank PLC, and Morgan Stanley & Co., Inc., for the Entry of an Order Extending Time to Answer or Otherwise Respond to Complaint of Wilmington Trust Company (Filed March 18, 2010) (Adversary Case No. 10-50732) (Adv. Docket No. 12)

   Related Document(s):

   (a) Joint Motion of JPMorgan Chase Bank, N.A., Bank of America, N.A., Banc of America Securities LLC, Barclays Bank PLC, and Morgan Stanley & Co., Inc., for the Entry of an Order Shortening Notice with Respect to the Motion to Extend Time to Answer or Otherwise Respond to Complaint of Wilmington Trust Company (Filed March 18, 2010) (Adv. Docket No. 13)

   Proposed Objection Deadline: March 22, 2010 at 12:00 p.m. (noon).

   Responses Received: None at this time.

   Status: The Court has not ruled on the Motion to Shorten. This matter will not be going forward unless otherwise directed by the Court.

46429/0001-6348620v1

Dated: March 19, 2010

        SIDLEY AUSTIN LLP
        Bryan Krakauer
        James F. Conlan
        Janet E. Henderson
        Kevin T. Lantry
        Kenneth P. Kansa
        One South Dearborn Street
        Chicago, IL 60603
        Telephone: (312) 853-7000

        -and-

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: _____/s/ illegible_____
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION

46429/0001-6348620v1