# EXHIBIT A

## No Liability Claims

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | 08-13141 | Tribune Company | 08/11/2009 | 6166 | $5,129.66 | Claim partially paid with check number 7700983652 on 7/27/2009 and Pcard reference number 1825970 on 9/26/2008. Remainder of claim is not a valid invoice because when transferring service to another location there is no cancellation fee. |
| 2 | ADVERTISING RESEARCH FOUNDATION<br>432 PARK AVENUE SOUTH   6TH FLR<br>NEW YORK, NY 10016 | | No Debtor Asserted | 04/20/2009 | 1027 | $18,375.00 | Debtor did not renew membership, therefore no liability exists in books and records. |
| 3 | AMS IMAGING<br>2670 WARWICK AVENUE<br>WARWICK, RI 02889 | | No Debtor Asserted | 04/27/2009 | 1961 | Undetermined | Claimant indicated no amounts owed on claim. |
| 4 | ANDERSON, TRACY S.<br>9940 LAKEMERE DRIVE<br>DALLAS, TX 75238 | 08-13241 | Tribune Television Company | 05/11/2009 | 2702 | Undetermined | Claimant indicated no amounts owed on claim. |
| 5 | ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | 08-13141 | Tribune Company | 06/11/2009 | 4645 | $2,696.26 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 6 | AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 08-13163 | Eagle Publishing Investments, LLC | 12/19/2008 | 17 | $385.68 | Liability is for Eagle Publishing Co which is not a Tribune Company entity. |
| 7 | AVAYA INC. DBA EXPANETS<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 08-13173 | Homestead Publishing Co. | 12/19/2008 | 14 | $2,025.37 | Claimant indicated no amounts owed on claim. |

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BALTZ, BARBARA<br>825 ATLAS RD<br>NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 04/30/2009 | 2098 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 9 | BALTZ, CURTIS<br>825 ATLAS RD<br>NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 04/30/2009 | 2507 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 10 | BELLIS, LISA<br>825 LOUIS ST<br>EASTON, PA 180425319 | 08-13212 | The Morning Call, Inc. | 04/29/2009 | 2062 | $750.15 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 11 | BISCHOF, MARK<br>1138 8TH ST<br>CATASAUQUA, PA 18032 | 08-13212 | The Morning Call, Inc. | 07/10/2009 | 6057 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 12 | BORGARDT, JEFF<br>4250 N MARINE STE 2934<br>CHICAGO, IL 60613 | 08-13141 | Tribune Company | 06/12/2009 | 5436 | $1,750.00 | Paid via EFT number 7700824098 on 11/03/2008, 7700833095 on 11/19/2008, and 7700866298 on 1/29/2009. |
| 13 | BORUCH, PATRICIA<br>8545 AIRPORT RD<br>NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4853 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 14 | BOSTWICK BRAUN<br>P.O. BOX 986<br>TOLEDO, OH 43697 | 08-13227 | Tribune Direct Marketing, Inc. | 06/05/2009 | 3602 | $990.19 | No liability owed to claimant per Debtors books and records. |
| 15 | BRADWELL, LARKIA<br>3120 NW 4TH CT<br>FT LAUDERDALE, FL 33311 | 08-13208 | Sun-Sentinel Company | 05/08/2009 | 2604 | $3,720.12 | Paid via check number 0002379573 on 10/23/2008, 0002385328 on 11/06/2008, 0002387814 on 11/13/2008, 0002394878 on 12/05/2008, 0002395034 on 12/11/2008, 0002397877 on 12/18/2008, and 0002401948 on 1/2/2009. |
| 16 | BULL, DEBBY<br>115 S YELLOWSTONE ST<br>LIVINGSTON, MT 59047 | 08-13141 | Tribune Company | 06/04/2009 | 3489 | $1,526.00 | Liability is for Tower Records which is not a Tribune Company entity. |
| 17 | CALIPER HUMAN STRATEGIES INC<br>506 CARNEGIE CENTER    STE 300<br>PRINCETON, NJ 08543-2050 | | No Debtor Asserted | 04/27/2009 | 1807 | $295.00 | Liability is for Lehigh Coal & Navigation which is not a Tribune Company entity. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | CAMDEN, JOHN<br>446 N. WELLS STREET<br>APT. #2000<br>CHICAGO, IL 60610 | | No Debtor Asserted | 05/18/2009 | 2923 | $3,893.21 | Liability due to claimant from third party, not Debtor. |
| 19 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL.<br>ATTN: CLIFF KATZ AND EVAN SALAN<br>1065 AVENUE OF THE AMERICAS, 18TH FL<br>NEW YORK, NY 10018 | 08-13240 | Tribune Publishing Company | 06/12/2009 | 4947 | $5,509.69 | Liability is for Sparks Tribune which is not a Tribune Company entity. |
| 20 | CHICAGO MESSENGER SERVICE, INC<br>1600 S ASHLAND AVE<br>CHICAGO, IL 60608-2099 | | No Debtor Asserted | 04/23/2009 | 1565 | $93.41 | Claimant indicated no amounts owed on claim. |
| 21 | CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13209 | The Baltimore Sun Company | 06/09/2009 | 4106 | $115,496.81 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 22 | CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13249 | WATL, LLC | 06/09/2009 | 4107 | $12,988.36 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 23 | CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/09/2009 | 4108 | $1,097,030.46 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13208 | Sun-Sentinel Company | 06/09/2009 | 4109 | $222,505.29 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 25 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13198 | Orlando Sentinel Communications Company | 06/09/2009 | 4110 | $64,567.08 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 26 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13223 | Tribune Broadcasting Company | 06/09/2009 | 4111 | $246,791.45 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 27 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13240 | Tribune Publishing Company | 06/09/2009 | 4112 | $26,570.63 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 28 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13185 | Los Angeles Times Communications LLC | 06/09/2009 | 4113 | $498,807.60 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | CIT BANKRUPTCY PROCESSING 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13141 | Tribune Company | 06/02/2009 | 3631 | $181,272.00 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 30 | CIT TECHNOLOGY FINANCING SERVICES, INC. BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13148 | Channel 39, Inc. | 01/12/2009 | 256 | $28,355.87 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 31 | CIT TECHNOLOGY FINANCING SERVICES, INC. BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13148 | Channel 39, Inc. | 01/12/2009 | 257 | $39,623.95 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 32 | CIT TECHNOLOGY FINANCING SERVICES, INC. BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13148 | Channel 39, Inc. | 01/12/2009 | 258 | $11,660.13 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 33 | CONNECTICUT LIGHT & POWER NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER PO BOX 2899 HARTFORD, CT 06101-8307 | 08-13205 | Southern Connecticut Newspapers, Inc. | 01/06/2009 | 579 | $451.03 | Claim is for liability in October - December of 2008, building was sold to Tribune in April 2008. |
| 34 | CORPORATE EXPRESS PO BOX 840181 DALLAS, TX 75284-0181 | | No Debtor Asserted | 04/27/2009 | 1703 | Undetermined | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | COSGROVE, JAMES T<br>4254 GRADWOHL SWITCH RD<br>EASTON, PA 18045 | 08-13212 | The Morning Call, Inc. | 05/13/2009 | 2763 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 36 | CRESPI, MARILYN<br>733 WASHINGTON AVE APT 2<br>NORTHAMPTON, PA 18067 | | No Debtor Asserted | 04/27/2009 | 1770 | $10,000.00* | No liability owed to claimant per Debtors books and records. |
| 37 | CURTIS CIRCULATION COMPANY LLC<br>2500 MCCLELLAN AVE<br>PENNSAUKEN, NJ 08109-4660 | | No Debtor Asserted | 05/14/2009 | 2784 | $13,559.21 | Liability due to claimant from third party, not Debtor. |
| 38 | D&S DISTRIBUTORS<br>13501 BRISTOL DR SW<br>CUMBERLAND, MD 21502 | 08-13209 | The Baltimore Sun Company | 05/04/2009 | 2373 | $2,282.69 | Claimant was active agent at time of filing and therefore not eligible for payment of bond. |
| 39 | DOUGLAS S PLOTKE JR INC<br>DBA ROOF SERVICES<br>48 W JEFRYN BLVD<br>DEER PARK, NY 11729 | | No Debtor Asserted | 04/23/2009 | 1598 | $18,500.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 40 | ENGLER, JOY<br>RR 2 BOX 137<br>KUNKLETOWN, PA 18058 | 08-13141 | Tribune Company | 04/30/2009 | 2099 | $14,000.00 | Contract indicates that an independent contractor is solely responsible for the materials, supplies, equipment, and distribution, and costs (and profits/losses) incurred in the distribution of Newspapers. Additionally claimant could not further support basis for claim. |
| 41 | EXPERT NETWORKS INC<br>9568 TOPANGA CYN BLVD<br>CHATSWORTH, CA 91311 | | No Debtor Asserted | 04/20/2009 | 1203 | $4,000.00 | Liability is for Star Tribune which is not a Tribune Company entity. |
| 42 | FEGELY, TAMMY<br>5594 WEDGE LN<br>ALLENTOWN, PA 18106 | 08-13212 | The Morning Call, Inc. | 04/22/2009 | 1366 | $377.45 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | FW WEBB COMPANY<br>BOB MULLEN<br>160 MIDDLESEX TPKE<br>BEDFORD, MA 01730 | 08-13240 | Tribune Publishing Company | 04/24/2009 | 1468 | $186.43 | Liability is for Eagle Publishing Co which is not a Tribune Company entity. |
| 44 | GECKER, FRANCES - AS CHAPTER 7 TRUSTEE<br>FOR ILLINOIS BATTERY CO.<br>FRANK/GECKER LLP<br>325 W. LASALLE ST., SUITE 625<br>CHICAGO, IL 60654 | 08-13141 | Tribune Company | 06/09/2009 | 4195 | $10,000.00 | No liability owed to claimant per Debtors books and records. |
| 45 | GEORGIA FAMILY SUPPORT REGISTRY<br>PO BOX 1800<br>CARROLLTON, GA 30112 | | No Debtor Asserted | 04/27/2009 | 1895 | Undetermined | No basis for claim. Attached documentation is letter explaining proper noticing for department, not an actual filed claim. |
| 46 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 08-13141 | Tribune Company | 04/21/2009 | 1375 | $205.00 | Liability is for Tribune Review which not a Tribune Company entity. |
| 47 | GONZALES, HOLLY<br>2231 CENTER ST<br>WHITEHALL, PA 18052 | 08-13212 | The Morning Call, Inc. | 04/24/2009 | 1460 | $1,103.24 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 48 | GRACE, MADELINE<br>825 SOUTH HIGH STREET<br>DENVER, CO 80209 | | No Debtor Asserted | 05/04/2009 | 2421 | $56.30 | No liability owed to claimant per Debtors books and records. |
| 49 | GUERRERO, PILAR<br>432 AUBURN ST<br>ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 05/01/2009 | 2218 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 50 | HARRIS CORPORATION<br>BROADCAST COMMUNICATIONS DIVISION<br>PO BOX 96776<br>CHICAGO, IL 60693 | 08-13241 | Tribune Television Company | 06/11/2009 | 4790 | $12,402.25 | Debtors books and records show services were never performed therefore no liability exists. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**Omnibus Objection Nineteen: Exhibit A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | HASLER INC. PO BOX 3808 ATTN: CONTRACT DEPT MILFORD, CT 06460 | 08-13200 | Patuxent Publishing Company | 06/05/2009 | 3534 | $270.00 | Claimant indicated no amounts owed on claim. |
| 52 | HASLER MAILING SYSTEMS SOLUTIONS PO BOX 895 SHELTON, CT 06484-0895 | 08-13245 | Tribune Television Northwest, Inc. | 06/05/2009 | 3533 | $45.00 | Claimant indicated no amounts owed on claim. |
| 53 | HASTINGS STAR GAZETTE PO BOX 277 HASTINGS, MN 55033-0277 | | No Debtor Asserted | 04/24/2009 | 1451 | $1,920.00 | Liability is for Star Tribune which is not a Tribune Company entity. |
| 54 | HATTENBACH, LINDA 1236 LITTLE CREEK CIRC BREINIGSVILLE, PA 18031 | 08-13141 | Tribune Company | 05/04/2009 | 2342 | $350.00 | Claimant not eligible for payment of bond. |
| 55 | HUTCHISON, GLEN 3827 E 3RD ST #59 TUCSON, AZ 85716 | 08-13141 | Tribune Company | 10/26/2009 | 6318 | $10,000.00 | Liability due to claimant from third party, not Debtor. |
| 56 | ICM (INTERNATIONAL CREATIVE MANAGEMENT) 10250 CONSTELLATION BOULEVARD CHICAGO, IL 60693 | 08-13228 | Tribune Entertainment Company | 06/11/2009 | 4626 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 57 | ILLINOIS COUNCIL ON ECONOMIC EDUCATION STOCK MARKET GAME NORTHERN ILLINOIS UNIVERSITY DEKALB, IL 60115 | | No Debtor Asserted | 04/27/2009 | 1943 | $9,000.00 | Debtor did not renew program in 2009 therefore no liability exists in books and records. |
| 58 | INVESTMENT LAND ACQUISITIONS INC DBA NATIONAL REDEMPTION EILEEN KIRKWOOD, PRESIDENT P.O. BOX 910 EASTVILLE, VA 23347-0910 | | No Debtor Asserted | 06/12/2009 | 5429 | $10,749.07 | Claimant received amounts claimed from third party credit card provider. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 16

46429/0001-6407888v1

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | JACKSON, SYLVIA J<br>4861 BIXBY PARK PL<br>GROVEPORT, OH 43125 | | No Debtor Asserted | 04/27/2009 | 1924 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 60 | JACOBY, DAVID<br>8041 MOUNTAIN VIEW CIR<br>NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 06/01/2009 | 3354 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 61 | K&D FACTORY SERVICES INC<br>1833-41 N CARMEN ST<br>HARRISBURG, PA 17103 | 08-13141 | Tribune Company | 04/23/2009 | 1594 | $43,500.00 | No liability owed to claimant per Debtors books and records. |
| 62 | KAVOURIAS, IRENE<br>629 12TH AVE<br>BETHLEHEM, PA 18018 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4455 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 63 | KEEN, SHANE<br>1335 GORDON ST W<br>ALLENTOWN, PA 18102 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4461 | $235.08 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 64 | LACKEY, DANIEL B<br>40 HICKORY HILL RD<br>HAMPTON, VA 23666 | | No Debtor Asserted | 04/27/2009 | 1922 | $500.00 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 65 | LEAVITT, CAROL<br>950 N. MICHIGAN AVE., APT. 2801<br>CHICAGO, IL 60611 | | No Debtor Asserted | 05/26/2009 | 3197 | $1,471.44* | Liability due to claimant from third party, not Debtor. |
| 66 | LENGYEL, JUNE<br>2416 9TH ST<br>BETHLEHEM, PA 18020 | 08-13212 | The Morning Call, Inc. | 04/22/2009 | 1367 | $352.43 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 67 | LEVY REST/MISC 980<br>980 NORTH MICHIGAN<br>CHICAGO, IL 60611-0000 | | No Debtor Asserted | 04/21/2009 | 1272 | $2,577.01 | Claimant indicated no amounts owed on claim. |
| 68 | LLOYDS OF LONDON<br>ONE LIME STREET<br>LONDON, EC3M 7HA<br>UNITED KINGDOM | | No Debtor Asserted | 05/04/2009 | 2366 | Undetermined | Liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | LOBACH, CATHERINE 9128 PRIMROSE CIR N BREINIGSVILLE, PA 18031 | 08-13212 | The Morning Call, Inc. | 05/08/2009 | 2577 | $586.58 | Claimant not eligible for payment of bond. |
| 70 | LOS ANGELES COUNTY REGISTAR RECORDER COUNTY CLERK PO BOX 1024 NORWALK, CA 90051-1024 | | No Debtor Asserted | 05/01/2009 | 2241 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 71 | MECKWOOD YAZDPOUR, JANE E 1047 SHERMAN DR FRANKLIN SQUARE, NY 11010-1015 | | No Debtor Asserted | 05/14/2009 | 2803 | $400.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 72 | MOSBY-YEAR BOOK, INC. C/O CT CORPORATION SYSTEM, REGISTERED AGENT 120 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | | No Debtor Asserted | 04/22/2009 | 1308 | Undetermined | Claimant indicated no amounts owed to claim. |
| 73 | MYER, JR., WILLIAM D. 14 WATERVIEW RD HANOVER, PA 17331 | 08-13209 | The Baltimore Sun Company | 05/15/2009 | 2861 | $1,110.01 | No liability owed to claimant per Debtors books and records. |
| 74 | NEILSON, LAURA 58 E 1ST ST NO.6C NEW YORK, NY 10003 | 08-13141 | Tribune Company | 04/20/2009 | 1026 | $75.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 75 | NETWORKS ENGINEERING & OPERATIONS 10201 W PICO BLVD BLDG 103 # 3147 LOS ANGELES, CA 90035 | 08-13249 | WATL, LLC | 06/10/2009 | 4348 | $102.60 | Liability incurred in 2007, but business was sold by Debtor in 2006. |
| 76 | NETWORKS ENGINEERING & OPERATIONS 10201 W PICO BLVD BLDG 103 # 3147 LOS ANGELES, CA 90035 | 08-13242 | Tribune Television Holdings, Inc. | 06/10/2009 | 4349 | $1,346.00 | Claimant indicated no amounts owed to claim. |
| 77 | NEVILLE, WILLIAM 1452 NE EIGHTH STREET BEND, OR 97701 | | No Debtor Asserted | 05/11/2009 | 2664 | $1,154.19 | Liability is for Tober Logistics which is not a Tribune Company entity. |

* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

Page 10 of 16

**TRIBUNE COMPANY, ET AL**

**Omnibus Objection Nineteen: Exhibit A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | NEWBORN ENTERPRISES<br>P.O. BOX 1713<br>ALTOONA, PA 16601 | 08-13209 | The Baltimore Sun Company | 04/20/2009 | 1110 | $644.04 | Claimant was active agent at time of filing and therefore not eligible for payment of bond. |
| 79 | NORTH SOUTH PROMOTIONS II, INC.<br>1516 N. DIXIE HIGHWAY<br>HOLLYWOOD, FL 33020 | | No Debtor Asserted | 03/02/2009 | 608 | $148.40 | Liability is for South Florida Parenting which is not a Tribune Company entity. |
| 80 | OLSCHWANG, ALAN<br>4151 SHOREBREAK DRIVE<br>HUNTINGTON BEACH, CA 92649 | 08-13236 | Tribune Media Services, Inc. | 04/20/2009 | 1165 | $5,015.00 | Liability due to claimant from third party, not Debtor. |
| 81 | ORTWEIN, DONNA M<br>424 HARRISON ST<br>ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 05/01/2009 | 2219 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 82 | OSWALD, LATRISHA<br>8382 SCENIC VIEW DR<br>BREINIGSVILLE, PA 18031 | 08-13212 | The Morning Call, Inc. | 05/06/2009 | 2497 | $530.15 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 83 | OSWALD, NEIL<br>2871 TU PEEK AVE<br>DANIELSVILLE, PA 18038 | 08-13212 | The Morning Call, Inc. | 05/07/2009 | 2572 | $307.33 | Claimant not eligible for payment of bond. |
| 84 | OTIS ELEVATOR COMPANY, ET AL<br>ATTN: TREASURY SERVICES - J. PARENT<br>1 FARMS SPRINGS, 3RD FLOOR<br>FARMINGTON, CT 06032 | 08-13141 | Tribune Company | 01/15/2009 | 237 | $3,679.60 | Liability is for Tribune Chronicle which is not a Tribune Company entity. |
| 85 | PETERS, LISA A<br>2218 SEIPSTOWN RD<br>FOGELSVILLE, PA 18051 | 08-13212 | The Morning Call, Inc. | 08/17/2009 | 6173 | $50.13 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 86 | PETIT PRESS A.S.<br>ATTN. MR. ALEXEJ FULMEK<br>NAMESTIE SNP 30<br>BRATISLAVA, 811 01<br>SLOVAKIA (Slovak Republic) | | No Debtor Asserted | 06/02/2009 | 3411 | $40,000.00 | Liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

Page 11 of 16

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 87 | PITNEY BOWES CREDIT CORP<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | 08-13141 | Tribune Company | 03/30/2009 | 885 | $4,294.97 | Liability incurred in 2008, but business was sold by Debtor in 2007. |
| 88 | POLANCO, ROSALINDA<br>262 EAST FAIRVIEW STREET<br>ALLENTOWN, PA 18109 | | No Debtor Asserted | 04/22/2009 | 1330 | Undetermined | Claimant indicated no amounts owed claim. |
| 89 | PRIDE EQUIPMENT CORP<br>150 NASSAU AVE<br>ISLIP, NY 11751 | 08-13254 | WPIX, Inc. | 05/20/2009 | 2989 | Undetermined | Claimant indicated no amounts owed claim. |
| 90 | PROTECT ALARMS<br>1932 S 4TH ST<br>ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 05/21/2009 | 3024 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 91 | RAYSSES, MICHAEL<br>2729 BARRY AVENUE<br>LOS ANGELES, CA 90064 | 08-13141 | Tribune Company | 05/26/2009 | 3176 | Undetermined | Claimant indicated no amounts owed claim. |
| 92 | REBATH<br>2451 VAN OMMEN DR STE B<br>HOLLAND, MI 494248316 | | No Debtor Asserted | 04/27/2009 | 1802 | $2,079.00 | No liability owed to claimant per Debtors books and records. |
| 93 | REYES, SAL<br>25415 HARDY PLACE<br>STEVENSON RANCH, CA 91381 | 08-13185 | Los Angeles Times Communications LLC | 05/12/2009 | 2739 | $1,500.00 | No liability owed to claimant per Debtors books and records. |
| 94 | REYNOLDS OUTDOOR MEDIA INC<br>3838 OAK LAWN AVE<br>STE 606<br>DALLAS, TX 75219 | | No Debtor Asserted | 04/20/2009 | 1176 | $47,999.50 | Liability due to claimant from third party, not Debtor. |
| 95 | RHODES, MARY<br>4923 MEADOW LN<br>MACUNGIE, PA 18062 | 08-13212 | The Morning Call, Inc. | 05/06/2009 | 2088 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 96 | RIES, MARCIA<br>7401 SYLVAN RIDGE ROAD<br>INDIANAPOLIS, IN 46240-3546 | 08-13183 | KTLA Inc. | 04/29/2009 | 2083 | Undetermined | Claimant indicated no amounts owed claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 97 | ROBERT LANGER CO INC<br>P O BOX 2075<br>PATCHOGUE, NY 11772 | 08-13141 | Tribune Company | 04/29/2009 | 2077 | $3,815.50 | No liability owed to claimant per Debtors books and records. |
| 98 | ROYAL WHOLESALE ELECTRIC<br>1620 REMBRANDT ST P O BOX 1286<br>INDIANAPOLIS, IN 46206 | | No Debtor Asserted | 04/27/2009 | 1948 | $232.43 | Liability is for New Herald which is not a Tribune Company entity. |
| 99 | SAYLOR, BRIAN<br>2 EISENHOWER DR<br>WHITEHALL, PA 18052 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1812 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 100 | SCHIELE INC<br>511 S WALNUT AVE<br>ARLINGTON HTS, IL 60005 | | No Debtor Asserted | 06/05/2009 | 3586 | $400.00 | Paid via EFT number 770810012 on 10/9/2008 and 7700882076 on 2/20/2009. |
| 101 | SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 | 08-13141 | Tribune Company | 02/05/2009 | 475 | $7,210.75 | Work performed by claimant covered under Service Contract. Debtor has no liability for amounts invoiced. |
| 102 | SENTINEL LUBRICANTS CORP<br>PO BOX 694240<br>MIAMI, FL 33269-1240 | | No Debtor Asserted | 04/23/2009 | 1591 | $983.22 | Claimant indicated no amounts owed on claim. |
| 103 | SEPARATION EQUIPMENT SALES INC<br>PO BOX 297<br>ATTN: YOGI<br>ALBETSON, NY 11507 | | No Debtor Asserted | 04/22/2009 | 1338 | $594.50 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 104 | STANDARD PARKING CORPORATION<br>8037 INNOVATION WAY<br>CHICAGO, IL 60682-0080 | 08-13200 | Patuxent Publishing Company | 05/15/2009 | 2835 | Undetermined | Claimant indicated no amounts owed on claim. |
| 105 | STANDARD REGISTER COMPANY<br>LILLIAN FLATT<br>600 ALBANY ST<br>DAYTON, OH 45408 | 08-13141 | Tribune Company | 12/18/2008 | 95 | $4,147.36 | Claimant indicated no amounts owed on claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 106 | T-MOBILE USA INC. P.O. BOX 53410 BELLEVUE, WA 98015 | 08-13141 | Tribune Company | 05/18/2009 | 3096 | $5,528.75 | No liability owed to claimant for this wireless account per Debtors books and records. |
| 107 | T-MOBILE USA INC. P.O. BOX 53410 BELLEVUE, WA 98015 | 08-13141 | Tribune Company | 05/18/2009 | 3098 | $806.90 | Liability is for West Publishing Corporation which is not a Tribune Company entity. |
| 108 | T-MOBILE USA INC. P.O. BOX 53410 BELLEVUE, WA 98015 | 08-13141 | Tribune Company | 05/18/2009 | 3099 | $7,896.34 | Liability is for Thomson - West Publishing which is not a Tribune Company entity. |
| 109 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 08-13152 | Chicago Tribune Company | 01/27/2009 | 397 | $390.84 | No liability owed to claimant for this wireless account per Debtors books and records. |
| 110 | TAPANI, KEVIN 781 N FERNDALE RD WAYZATA, MN 55391 | | No Debtor Asserted | 05/11/2009 | 2660 | $27,580.00 | Liability due to claimant from third party, not Debtor. In addition Debtor not responsible for realized losses on common stock. |
| 111 | THIRD SCREEN MEDIA INC. DBA QUIGO ET AL TIFFANY STRELOW COBB ESQ. VORYS, SATER, SEYMOUR AND PEASE LLP 52 EAST GAY STREET (PO BOX 1008) COLUMBUS, OH 43216-1008 | 08-13141 | Tribune Company | 01/15/2009 | 234 | $7,500.00 | Paid via reference number 7700824070 on 10/31/2008, reference number 7700851589 on 12/26/2008 and reference number 77700839537 on 12/28/2008. |
| 112 | UMBARGER, TODD 124 CANDLEWOOD MOUNTAIN RD NEW MILFORD, CT 067765810 | | No Debtor Asserted | 04/27/2009 | 1797 | $200.00 | Liability is for New Haven Advocate which is not a Tribune Company entity. |
| 113 | UNITED STATES DEBT RECOVERY III LP TRANSFEROR: CNI CORPORATION 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 08-13240 | Tribune Publishing Company | 04/23/2009 | 1670 | $5,000.00 | Debtors books and records show services were never performed during time frame of claim, therefore no liability exists. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 114 | USF HOLLAND C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13227 | Tribune Direct Marketing, Inc. | 03/23/2009 | 836 | $1,804.21 | Liability due to claimant from third party, not Debtor. |
| 115 | VALLEJO, MARIA 6808 HASTINGS ST. METAIRIE, LA 70003 | 08-13244 | Tribune Television New Orleans, Inc. | 04/27/2009 | 1833 | $1,036.38 | No liability owed to claimant per Debtors books and records. |
| 116 | VELEZ, EMMA 5704 N.W. 27TH STREET MARGATE, FL 33063 | 08-13208 | Sun-Sentinel Company | 07/14/2009 | 6087 | $2,516.04 | Claimant not eligible for payment of bond. |
| 117 | WILKOWSKI, ADAM 3150 N. COURSE LANE UNIT 603 POMPANO BEACH, FL 33069 | | No Debtor Asserted | 05/26/2009 | 3169 | $100.00 | Liability due to claimant from third party, not Debtor. |
| 118 | WYLIE, MARY K 5011 CYPRESS ST ALLENTOWN, PA 18106 | 08-13212 | The Morning Call, Inc. | 05/07/2009 | 2549 | $102.52 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 119 | WYLIE, ROBERT 5011 CYPRESS ST ALLENTOWN, PA 18106 | 08-13212 | The Morning Call, Inc. | 04/29/2009 | 2076 | $44.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 120 | YURICHECK, STEPHEN F 140 WILLOW LN NESQUEHONING, PA 18240 | 08-13212 | The Morning Call, Inc. | 06/22/2009 | 5918 | $410.08 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 121 | ZENITH MEDIA DAVID EDELBERG, ESQ. NOWELL AMOROSO KLEIN BIERMAN, P.A. 155 POLIFLY ROAD HACKENSACK, NJ 07601 | 08-13174 | Hoy, LLC | 06/09/2009 | 4179 | $99,894.11 | No liability exists, advertising refund was sold as part of purchase agreement with Impremedia. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407888v1

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 122 | ZENITH MEDIA DAVID EDELBERG, ESQ. NOWELL AMOROSO KLEIN BIERMAN, P.A. 155 POLIFLY ROAD HACKENSACK, NJ 07601 | 08-13174 | Hoy, LLC | 06/09/2009 | 4180 | $134.00 | No liability exists, advertising refund was sold as part of purchase agreement with Impremedia. |
| 123 | ZOHAR LAZAR INC PO BOX 275 KINDERHOOK, NY 12106 | | No Debtor Asserted | 05/04/2009 | 2313 | Undetermined | Claimant indicated no amounts owed on claim. |