# **PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket No. _____ |

### ORDER SUSTAINING DEBTORS' TWENTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("PREPETITION SATISFIED CLAIMS")

Upon consideration of the Twentieth Omnibus (Substantive) Objection[2] of the Debtors to claims (the "Objection"), by which the Debtors request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC, (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

5254815

1, disallowing and expunging the Prepetition Satisfied Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

    ORDERED that the Objection is sustained; and it is further

    ORDERED that the Prepetition Satisfied Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

    ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

    ORDERED that the notwithstanding anything contained in the Objection or the Exhibit attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

    ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       April _____, 2010

                                       The Honorable Kevin J. Carey
                                       Chief United States Bankruptcy Judge

# EXHIBIT A

## Prepetition Satisfied Claims

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION TWENTY: EXHIBIT A – CLAIMS SATISFIED PRE-PETITION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALTITUDE SPORTS & ENTERTAINMENT ATTN: BRUCE GLAZER 1000 CHOPPER CIRCLE DENVER, CO 80204 | 08-13183 | KTLA Inc. | 05/26/2009 | 3121 | $56,184.89 | Invoices # 208 and # 209 paid via EFT #7700312141 on 7/30/2006 and invoice #350 paid with check #0002317549 cleared on 5/22/2008. |
| 2 | ARNE YUSUM LEASING 650 DUNDEE ROAD SUITE 158 LINDA ADAMS NORTHBROOK, IL 60062 | 08-13252 | WGN Continental Broadcasting Company | 04/24/2009 | 1474 | $449.47 | Paid via P-Card Transaction ID # 0001868494 on 12/4/2008. |
| 3 | ASSOCIATED PRESS 50 ROCKEFELLER PLAZA NEW YORK, NY 10020-1666 | 08-13223 | Tribune Broadcasting Company | 06/10/2009 | 4367 | $4,375.00 | Paid via P-Card transaction #1851470 on 11/6/2008 |
| 4 | BORUCH, PATRICIA 8545 AIRPORT RD NORTHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4854 | $570.00 | Paid via EFT number 7700728366 on 5/20/2008. |
| 5 | CITY OF BURBANK CITY TREASURER PO BOX 7145 BURBANK, CA 91510-7145 | 08-13187 | Los Angeles Times Newspapers, Inc. | 05/15/2009 | 2857 | $1,330.00 | Paid via P-Card on 3/16/2006. |
| 6 | CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S WASHINGTON ST NEW BREMEN, OH 45869 | 08-13227 | Tribune Direct Marketing, Inc. | 06/11/2009 | 4662 | $615.51 | Invoices #121045540 and 121045561 paid via check #7700743135 on 6/13/2008, invoice #37100354 paid via payment invoice #1867306 on 12/5/2008, and invoice #37101196 paid via payment transaction #1868462 on 12/5/2008 |
| 7 | DES ENTERPRISES 15323 E 12TH AVE VERADALE, WA 99037 | 08-13222 | Tribune Broadcast Holdings, Inc. | 05/29/2009 | 3297 | $2,171.00 | Paid via transaction #7700797312 on 9/16/2008 |
| 8 | DOMINION DISTRIBUTION ATTN: SHAMONA WALLACE 15 GRANBY STREET- 17C NORFOLK, VA 23510 | | No Debtor Asserted | 06/08/2009 | 3681 | $415.40 | Paid via P-Card included in Transaction #0001855938 on 11/13/2008. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION TWENTY: EXHIBIT A – CLAIMS SATISFIED PRE-PETITION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | DOMINION DISTRIBUTION ATTN: SHAMONA WALLACE - 17C DOMINION ENTERPRISES 150 GRANBY STREET NORFOLK, VA 23510 | | No Debtor Asserted | 06/08/2009 | 3684 | $1,757.60 | Paid via P-Card Transaction #0001855939 on 11/13/2008. |
| 10 | EMMIS COMMUNICATIONS- CHICAGO RADIO WK1X-FM 222 MERCHANDISE MART PLAZA - SUITE 230 CHICAGO, IL 60654 | | No Debtor Asserted | 02/02/2009 | 350 | $1,683.00 | Paid via EFT number 7700829186 on 11/23/2008 through JL Media. |
| 11 | GUILLEN, CHRISTOPHER J 7451 W MADISON ST FOREST PARK, IL 60130 | 08-13141 | Tribune Company | 04/27/2009 | 2008 | $1,000.00 | Paid via check #2386531 on 11/10/2008 |
| 12 | HABERL, ARDATH 1281 MICKLEY RD. WHITEHALL, PA 18052 | 08-13212 | The Morning Call, Inc. | 05/06/2009 | 2501 | $10.00 | Paid via check #0000713200 on 11/12/2002 |
| 13 | LITSCHAUER, E. 53 BEDFORD ST GREENWICH, CT 06831 | 08-13205 | Southern Connecticut Newspapers, Inc. | 04/23/2009 | 1607 | $405.60 | Paid via check number 0001685932 dated 06/06/2005. |
| 14 | METTLER-TOLEDO INC L-857 COLUMBUS, OH 43240 | 08-13211 | The Hartford Courant Company | 05/04/2009 | 2415 | $430.97 | Paid via transaction #0001829630 on 10/2/2008 |
| 15 | NEW ORLEANS HORNETS NBA LP 1250 POYDRAS  19TH FLR NEW ORLEANS, LA 70113 | 08-13183 | KTLA Inc. | 04/27/2009 | 1784 | $20,377.25 | Paid via P-Card, transaction #1448516, on 5/9/2007 |
| 16 | PUGET SOUND DISPATCH 74 S HUDSON ST SEATTLE, WA 98134 | 08-13245 | Tribune Television Northwest, Inc. | 04/27/2009 | 2006 | $395.25 | Paid on 9/28/2007 via transaction #0002215429 |
| 17 | RABIN, MARK 1301 S ARLINGTON RIDGE RD  NO.610 ARLINGTON, VA 22202 | 08-13225 | Tribune Broadcasting News Network, Inc. | 05/26/2009 | 3140 | $316.00* | Paid via check #1207872 on 2/2/2004 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 3

46429/0001-6407907v1

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION TWENTY: EXHIBIT A – CLAIMS SATISFIED PRE-PETITION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | SCHAFER, ANDREW<br>9306 LONG BRANCH PKWY<br>SILVER SPRING, MD 20901 | 08-13200 | Patuxent Publishing Company | 06/12/2009 | 5013 | $250.00 | Paid via EFT #7700375893 on 10/27/2006 |
| 19 | SHANNON LEE PHOTOGRAPHY<br>PO BOX 411<br>MT AIRY, MD 21771 | 08-13141 | Tribune Company | 05/26/2009 | 3195 | $450.00 | Paid via check number 7700829708 on 11/12/2008. |
| 20 | STANDARD PARKING CORPORATION<br>900 N MICHIGAN AVENUE SUITE 1500<br>CHICAGO, IL 60611 | 08-13226 | Tribune California Properties, Inc. | 05/15/2009 | 2834 | $1,082.00 | Paid via reference number 1865379 on 12/1/08. |
| 21 | SUAZO, BEN<br>PO BOX 617603<br>ORLANDO, FL 32861-7603 | 08-13198 | Orlando Sentinel Communications Company | 05/04/2009 | 2387 | $52.80 | Paid via check # 0002154122 on 5/25/2007 |
| 22 | THE GRIDIRON CLUB AND FOUNDATION<br>529 14TH ST., NW<br>#976 NATIONAL PRESS BLDG.<br>WASHINGTON, DC 20045 | | No Debtor Asserted | 08/20/2009 | 6179 | $1,440.00 | Paid via reference #7700827342 on 11/6/2008 |
| 23 | TRIEMER, ISABELL<br>3 SPRINGTIDE CT<br>MIDDLE RIVER, MD 21220 | 08-13141 | Tribune Company | 03/11/2009 | 720 | $325.00 | Paid via check #2369264 on 9/28/2008 and #0002352498 on 8/13/2008 |

\* - Indicates claim contains unliquidated and/or undetermined amounts