# EXHIBIT A

**Claims Asserted Against No Debtor or Improper Debtor**

5117939

## TRIBUNE COMPANY, ET AL.

### Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AEROPARK LLC RE: SUGAR GROVE 1012 AIRPARK 1020 AIRPARK DRIVE SUGAR GROVE, IL 60554 | 06/12/2009 | $4,883.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $4,883.00 |
| 2 | AUTOMATED SOLUTIONS CORPORATION 3401 BRECKSVILLE ROAD RICHFIELD, OH 44286 | 05/20/2009 | $580.00 | | No Debtor Asserted | 08-13141 | Tribune Company | $580.00 |
| 3 | AUTOMATED SOLUTIONS CORPORATION 3402 BRECKSVILLE ROAD RICHFIELD, OH 44287 | 05/20/2009 | $292.50 | | No Debtor Asserted | 08-13141 | Tribune Company | $292.50 |
| 4 | AUTOMATED SOLUTIONS CORPORATION 3401 BRECKVILLE RD RICHFIELD, OH 44286 | 05/20/2009 | $1,582.50 | | No Debtor Asserted | 08-13141 | Tribune Company | $1,582.50 |
| 5 | B&F COFFEE SERVICE 3535 COMMERCIAL AVE NORTHBROOK, IL 60062 | 03/02/2009 | $228.99 | | No Debtor Asserted | 08-13141 | Tribune Company | $228.99 |
| 6 | B&F COFFEE SERVICE 3535 COMMERCIAL AVE NORTHBROOK, IL 60062 | 03/02/2009 | $170.95 | | No Debtor Asserted | 08-13141 | Tribune Company | $170.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

TRIBUNE COMPANY, ET AL.

Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | B&F COFFEE SERVICE 3535 COMMERCIAL AVE NORTHBROOK, IL 60062 | 03/02/2009 | $218.26 | | No Debtor Asserted | 08-13141 | Tribune Company | $218.26 |
| 8 | BRUNO, GERBINO & SORIANO, LLP VINCENT GERBINO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE, NY 11747 | 05/28/2009 | $4,181.25 | 08-13176 | InsertCo, Inc. | 08-13240 | Tribune Publishing Company | $4,181.25 |
| 9 | BRUNO, GERBINO & SORIANO, LLP VINCENT GERBINO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE, NY 11747 | 05/28/2009 | $1,769.70 | 08-13234 | Tribune Manhattan Newspaper Holdings, Inc. | 08-13240 | Tribune Publishing Company | $1,769.70 |
| 10 | CCS FINANCIAL SERVICES 6340 NW 5TH WAY FT LAUDERDALE, FL 333096110 | 05/04/2009 | $1,492.36 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $1,492.36 |
| 11 | CITADEL BROADCASTING CORP WDVW FM 201 ST CHARLES AVE STE 201 NEW ORLEANS, LA 70170 | 05/11/2009 | $1,428.00 | | No Debtor Asserted | 08-13244 | Tribune Television New Orleans, Inc. | $1,428.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6408002v1

# TRIBUNE COMPANY, ET AL.

## Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 238 | COLLECTIVE MEDIA INC. 254 W. 31ST STREET, 12TH FLOOR NEW YORK, NY 10001 | 01/15/2009 | $19,626.03 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $19,626.03 |
| 13 | 937 | CONSOLIDATED ELECTRICAL DISTRIBUTORS PO BOX 489 LEMONT, IL 604390489 | 04/13/2009 | $777.00 | | No Debtor Asserted | 08-13141 | Tribune Company | $777.00 |
| 14 | 481 | DESERT WATER AGENCY PO BOX 1710 PALM SPRINGS, CA 92263-1710 | 02/09/2009 | $222.95 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $222.95 |
| 15 | 573 | DUNBAR BANKPAK, INC PO BOX 333 BALTIMORE, MD 21221 | 02/27/2009 | $242.53 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $242.53 |
| 16 | 4830 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $18.91 | 08-13202 | Sentinel Communications News Ventures, Inc. | 08-13198 | Orlando Sentinel Communications Company | $18.91 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

## TRIBUNE COMPANY, ET AL.

### Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 1441 | FORD MODELS INC ATTN EMILIE BARTOLOME 1017 W WASHINGTON SUITE 2C CHICAGO, IL 60607 | 04/24/2009 | $180.00 | 08-13156 | Chicagoland Publishing Company | 08-13162 | Eagle New Media Investments, LLC | $180.00 |
| 18 | 2167 | HOLTZBRINCK PUBLISHERS LLC DBA MPS 16365 JAMES MADISON HWY GORDONSVILLE, VA 22942 | 04/30/2009 | $237.03 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $237.03 |
| 19 | 3604 | L MILLER & SON LUMBER CO INC 1815-25 W DIVISION ST CHICAGO, IL 60622 | 06/05/2009 | $926.66 | | No Debtor Asserted | 08-13141 | Tribune Company | $926.66 |
| 20 | 620 | LEHIGH VALLEY JANITORIAL SUPPLY, INC 2320 BRODHEAD RD. BETHLEHEM, PA 18020 | 03/04/2009 | $352.45 | | No Debtor Asserted | 08-13212 | The Morning Call, Inc. | $352.45 |
| 21 | 1051 | MCGIVERN BINDERY LLC 361 W GORDON ST ALLENTOWN, PA 18102 | 04/20/2009 | $416.40 | 08-13160 | Direct Mail Associates, Inc. | 08-13227 | Tribune Direct Marketing, Inc. | $416.40 |
| 22 | 5016 | MLS CONNECT, INC. 21690 ABINGTON COURT ATTN: TODD SIEGEL BOCA RATON, FL 33428 | 06/12/2009 | $5,080.00 | 08-13219 | TMS Entertainment Guides, Inc. | 08-13165 | forsalebyowner.com corp. | $5,080.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6408002v1

## TRIBUNE COMPANY, ET AL.

### Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 1205 | ONYX WASTE SVCS MUSKEG W144 S6350 COLLEGE CT. PO BOX 456 MUSKEGO, WI 53150 | 04/20/2009 | $144.41 | | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $144.41 |
| 24 | 3276 | ORACLE USA, INC. BUCHALTER NEMER P.C. SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL SAN FRANCISCO, CA 94105 | 05/29/2009 | $15,738.90 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $15,738.90 |
| 25 | 988 | QWEST COMMUNICATIONS COMPANY, LLC ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | $13.23 | 08-13223 | Tribune Broadcasting Company | 08-13245 | Tribune Television Northwest, Inc. | $13.23 |
| 26 | 1432 | RALPH JR, JAMES R 578 WEYBRIDGE ST MIDDLEBURY, VT 05753 | 04/24/2009 | $350.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $350.00 |
| 27 | 321 | RENAISSANCE GRAPHICS 1250 N. HANCOCK ST ANAHEIM, CA 92807 | 01/26/2009 | $3,764.52 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $3,764.52 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

# TRIBUNE COMPANY, ET AL.

## Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | 2461 | ROBERT BRUCE COMPANY 2900 W. 36TH STREET CHICAGO, IL 60632 | 05/05/2009 | $61.88 | 08-13228 | Tribune Entertainment Company | 08-13185 08-13242 | Los Angeles Times Communications LLC Tribune Television Holdings, Inc. Total | $35.60 $26.28 $61.88 |
| 29 | 2519 | SCARBOROUGH RESEARCH CORP 770 BROADWAY 13TH FLR NEW YORK, NY 10003 | 05/07/2009 | $582.47 | 08-13174 | Hoy, LLC | 08-13185 | Los Angeles Times Communications LLC | $582.47 |
| 30 | 5716 | SHARP HEALTHCARE DBA SHARP MEMORIAL HOSPITAL 7901 FROST ST SAN DIEGO, CA 92123 | 06/15/2009 | $1,235.00 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $1,235.00 |
| 31 | 5588 | SSP BPI GROUP ONE NORTH FRANKLIN STREET SUITE 1100 CHICAGO, IL 60606 | 06/12/2009 | $6,200.00 | 08-13241 | Tribune Television Company | 08-13181 08-13223 08-13241 | KPLR, Inc. Tribune Broadcasting Company Tribune Television Company Total | $1,600.00 $3,000.00 $1,600.00 $6,200.00 |
| 32 | 3171 | VILLAGE OF ADDISON 1 FRIENSHIP PLAZA ADDISON, IL 60101-2786 | 05/26/2009 | $86.24 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $86.24 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

# TRIBUNE COMPANY, ET AL.

## Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | 737 | WASHINGTON POST WRITERS GROUP, THE ATTN: KAREN H. GREENE 1150 15TH STREET, NW, 4TH FLOOR WASHINGTON, DC 20071 | 03/16/2009 | $758.08 | 08-13153 | Chicago Tribune Newspapers, Inc. | 08-13152 | Chicago Tribune Company | $758.08 |
| 34 | 738 | WASHINGTON POST WRITERS GROUP, THE ATTN: KAREN H. GREENE 1150 15TH STREET, NW, 4TH FLOOR WASHINGTON, DC 20071 | 03/16/2009 | $1,816.56 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,816.56 |
| 35 | 980 | WORLD PICTURE NETWORK LLC 62 WHITE STREET SUITE 3 EAST NEW YORK, NY 10013 | 04/17/2009 | $488.34 | 08-13153 | Chicago Tribune Newspapers, Inc. | 08-13152 | Chicago Tribune Company | $488.34 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1