# PROPOSED ORDER

5117939

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | Related to Docket No. ____ |

## ORDER SUSTAINING DEBTORS'
## TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION
## TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
## BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR")

Upon consideration of the Debtors' Twenty-second Omnibus (Non-Substantive) Objection to Claims (the "Objection") of the Debtors, by which the Debtors request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

5117939

and Local Rule 3007-1, modifying the Disputed Claims[2] set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

  ORDERED that the Objection is sustained; and it is further

  ORDERED that each of the Disputed Claims set forth on the attached <u>Exhibit A</u> is hereby modified solely to specify that the claim is asserted against the particular Debtor indicated on <u>Exhibit A</u>; and it is further

  ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

  ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

  ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
   April _____, 2010

               _____
               The Honorable Kevin J. Carey
               Chief United States Bankruptcy Judge

---

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

# EXHIBIT A

**Claims Asserted Against No Debtor or Improper Debtor**

5117939

# TRIBUNE COMPANY, ET AL.

## Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AEROPARK LLC RE: SUGAR GROVE 1012 AIRPARK 1020 AIRPARK DRIVE SUGAR GROVE, IL 60554 | 06/12/2009 | $4,883.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $4,883.00 |
| 2 | AUTOMATED SOLUTIONS CORPORATION 3401 BRECKSVILLE ROAD RICHFIELD, OH 44286 | 05/20/2009 | $580.00 | | No Debtor Asserted | 08-13141 | Tribune Company | $580.00 |
| 3 | AUTOMATED SOLUTIONS CORPORATION 3402 BRECKSVILLE ROAD RICHFIELD, OH 44287 | 05/20/2009 | $292.50 | | No Debtor Asserted | 08-13141 | Tribune Company | $292.50 |
| 4 | AUTOMATED SOLUTIONS CORPORATION 3401 BRECKVILLE RD RICHFIELD, OH 44286 | 05/20/2009 | $1,582.50 | | No Debtor Asserted | 08-13141 | Tribune Company | $1,582.50 |
| 5 | B&F COFFEE SERVICE 3535 COMMERCIAL AVE NORTHBROOK, IL 60062 | 03/02/2009 | $228.99 | | No Debtor Asserted | 08-13141 | Tribune Company | $228.99 |
| 6 | B&F COFFEE SERVICE 3535 COMMERCIAL AVE NORTHBROOK, IL 60062 | 03/02/2009 | $170.95 | | No Debtor Asserted | 08-13141 | Tribune Company | $170.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

# TRIBUNE COMPANY, ET AL.

## Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 599 | B&F COFFEE SERVICE 3535 COMMERCIAL AVE NORTHBROOK, IL 60062 | 03/02/2009 | $218.26 | | No Debtor Asserted | 08-13141 | Tribune Company | $218.26 |
| 8 | 3237 | BRUNO, GERBINO & SORIANO, LLP VINCENT GERBINO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE, NY 11747 | 05/28/2009 | $4,181.25 | 08-13176 | InsertCo, Inc. | 08-13240 | Tribune Publishing Company | $4,181.25 |
| 9 | 3239 | BRUNO, GERBINO & SORIANO, LLP VINCENT GERBINO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE, NY 11747 | 05/28/2009 | $1,769.70 | 08-13234 | Tribune Manhattan Newspaper Holdings, Inc. | 08-13240 | Tribune Publishing Company | $1,769.70 |
| 10 | 2362 | CCS FINANCIAL SERVICES 6340 NW 5TH WAY FT LAUDERDALE, FL 333096110 | 05/04/2009 | $1,492.36 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $1,492.36 |
| 11 | 2641 | CITADEL BROADCASTING CORP WDVW FM 201 ST CHARLES AVE STE 201 NEW ORLEANS, LA 70170 | 05/11/2009 | $1,428.00 | | No Debtor Asserted | 08-13244 | Tribune Television New Orleans, Inc. | $1,428.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

# TRIBUNE COMPANY, ET AL.

## Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 238 | COLLECTIVE MEDIA INC. 254 W. 31ST STREET, 12TH FLOOR NEW YORK, NY 10001 | 01/15/2009 | $19,626.03 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $19,626.03 |
| 13 | 937 | CONSOLIDATED ELECTRICAL DISTRIBUTORS PO BOX 489 LEMONT, IL 604390489 | 04/13/2009 | $777.00 | | No Debtor Asserted | 08-13141 | Tribune Company | $777.00 |
| 14 | 481 | DESERT WATER AGENCY PO BOX 1710 PALM SPRINGS, CA 92263-1710 | 02/09/2009 | $222.95 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $222.95 |
| 15 | 573 | DUNBAR BANKPAK, INC PO BOX 333 BALTIMORE, MD 21221 | 02/27/2009 | $242.53 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $242.53 |
| 16 | 4830 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $18.91 | 08-13202 | Sentinel Communications News Ventures, Inc. | 08-13198 | Orlando Sentinel Communications Company | $18.91 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

Page 3 of 7

TRIBUNE COMPANY, ET AL.

Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 1441 | FORD MODELS INC ATTN EMILIE BARTOLOME 1017 W WASHINGTON SUITE 2C CHICAGO, IL 60607 | 04/24/2009 | $180.00 | 08-13156 | Chicagoland Publishing Company | 08-13162 | Eagle New Media Investments, LLC | $180.00 |
| 18 | 2167 | HOLTZBRINCK PUBLISHERS LLC DBA MPS 16365 JAMES MADISON HWY GORDONSVILLE, VA 22942 | 04/30/2009 | $237.03 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $237.03 |
| 19 | 3604 | L MILLER & SON LUMBER CO INC 1815-25 W DIVISION ST CHICAGO, IL 60622 | 06/05/2009 | $926.66 | | No Debtor Asserted | 08-13141 | Tribune Company | $926.66 |
| 20 | 620 | LEHIGH VALLEY JANITORIAL SUPPLY, INC 2320 BRODHEAD RD. BETHLEHEM, PA 18020 | 03/04/2009 | $352.45 | | No Debtor Asserted | 08-13212 | The Morning Call, Inc. | $352.45 |
| 21 | 1051 | MCGIVERN BINDERY LLC 361 W GORDON ST ALLENTOWN, PA 18102 | 04/20/2009 | $416.40 | 08-13160 | Direct Mail Associates, Inc. | 08-13227 | Tribune Direct Marketing, Inc. | $416.40 |
| 22 | 5016 | MLS CONNECT, INC. 21690 ABINGTON COURT ATTN: TODD SIEGEL BOCA RATON, FL 33428 | 06/12/2009 | $5,080.00 | 08-13219 | TMS Entertainment Guides, Inc. | 08-13165 | forsalebyowner.com corp. | $5,080.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6408002v1

# TRIBUNE COMPANY, ET AL.

Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | 1205 | ONYX WASTE SVCS MUSKEG W144 S6350 COLLEGE CT. PO BOX 456 MUSKEGO, WI 53150 | 04/20/2009 | $144.41 | | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $144.41 |
| 24 | 3276 | ORACLE USA, INC. BUCHALTER NEMER P.C. SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL SAN FRANCISCO, CA 94105 | 05/29/2009 | $15,738.90 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $15,738.90 |
| 25 | 988 | QWEST COMMUNICATIONS COMPANY, LLC ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | $13.23 | 08-13223 | Tribune Broadcasting Company | 08-13245 | Tribune Television Northwest, Inc. | $13.23 |
| 26 | 1432 | RALPH JR, JAMES R 578 WEYBRIDGE ST MIDDLEBURY, VT 05753 | 04/24/2009 | $350.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $350.00 |
| 27 | 321 | RENAISSANCE GRAPHICS 1250 N. HANCOCK ST ANAHEIM, CA 92807 | 01/26/2009 | $3,764.52 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $3,764.52 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

TRIBUNE COMPANY, ET AL.

Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | 2461 | ROBERT BRUCE COMPANY<br>2900 W. 36TH STREET<br>CHICAGO, IL 60632 | 05/05/2009 | $61.88 | 08-13228 | Tribune Entertainment Company | 08-13185<br>08-13242<br>Total | Los Angeles Times Communications LLC<br>Tribune Television Holdings, Inc. | $35.60<br>$26.28<br>$61.88 |
| 29 | 2519 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY<br>13TH FLR<br>NEW YORK, NY 10003 | 05/07/2009 | $582.47 | 08-13174 | Hoy, LLC | 08-13185 | Los Angeles Times Communications LLC | $582.47 |
| 30 | 5716 | SHARP HEALTHCARE DBA SHARP MEMORIAL HOSPITAL<br>7901 FROST ST<br>SAN DIEGO, CA 92123 | 06/15/2009 | $1,235.00 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $1,235.00 |
| 31 | 5588 | SSP BPI GROUP<br>ONE NORTH FRANKLIN STREET<br>SUITE 1100<br>CHICAGO, IL 60606 | 06/12/2009 | $6,200.00 | 08-13241 | Tribune Television Company | 08-13181<br>08-13223<br>08-13241<br>Total | KPLR, Inc.<br>Tribune Broadcasting Company<br>Tribune Television Company | $1,600.00<br>$3,000.00<br>$1,600.00<br>$6,200.00 |
| 32 | 3171 | VILLAGE OF ADDISON<br>1 FRIENSHIP PLAZA<br>ADDISON, IL 60101-2786 | 05/26/2009 | $86.24 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $86.24 |

* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

Page 6 of 7

TRIBUNE COMPANY, ET AL.

Omnibus Objection Twenty-Two: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 737 | WASHINGTON POST WRITERS GROUP, THE ATTN: KAREN H. GREENE 1150 15TH STREET, NW, 4TH FLOOR WASHINGTON, DC 20071 | 03/16/2009 | $758.08 | 08-13153 | Chicago Tribune Newspapers, Inc. | 08-13152 | Chicago Tribune Company | $758.08 |
| 34 | 738 | WASHINGTON POST WRITERS GROUP, THE ATTN: KAREN H. GREENE 1150 15TH STREET, NW, 4TH FLOOR WASHINGTON, DC 20071 | 03/16/2009 | $1,816.56 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,816.56 |
| 35 | 980 | WORLD PICTURE NETWORK LLC 62 WHITE STREET SUITE 3 EAST NEW YORK, NY 10013 | 04/17/2009 | $488.34 | 08-13153 | Chicago Tribune Newspapers, Inc. | 08-13152 | Chicago Tribune Company | $488.34 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
46429/0001-6408002v1

Page 7 of 7