# EXHIBIT B

# Docket Report

Circuit Court of Maryland

Go Back

# Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C09000340**
Title: **Robert Henke Vs The Baltimore Sun, Et Al**
Case Type: **Other Tort**  Filing Date: **01/12/2009**
Case Status: **Open/Active**
Case Disposition:    Disposition Date:

# Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Henke, Robert**
Address: **725 Cameron Woods Drive**
City: **Apex**  State: **NC**  Zip Code: **27523**
Address: **4104 Hearthside Drive**
City: **Wilmington**  State: **NC**  Zip Code: **28412**

# Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **2**
Name: **Dechter, Gadi**
Address: **The Baltimore Sun**
City: **Baltimore**  State: **MD**  Zip Code: **21278**

Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **The Baltimore Sun**
Address: **501 North Calvert Street**
City: **Baltimore**  State: **MD**  Zip Code: **21278**
*Attorney(s) for the Defendant/Respondent*
Name: **Siegel, Esq, Nathan E**
Practice Name: **Levine, Sullivan, Koch & Schulz, L L P**
Address: **1050 17th Street N W**
**Suite 800**
City: **Washington**  State: **DC**  Zip Code: **20036-5514**

# Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Doc No./Seq No.: **1/0**
File Date: **01/12/2009**  Close Date:    Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Complaint**

Doc No./Seq No.: **2/0**

File Date: **01/23/2009**  Close Date:  Decision:
Document Name: **Order Clarifying Pltff**
**that the Clerk is directed to list Pltff as Robert Henke only (Cannon J)**

---

Doc No./Seq No.: **2/1**
File Date: **02/02/2009**  Close Date:  Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **3/0**
File Date: **02/19/2009**  Close Date: **03/06/2009**  Decision: **Granted**
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice Of Filing Of Voluntary Petition Under Chapter 11 of The**
**Bankruptcy Code By Defendant The Baltimore Sun Company**

---

Doc No./Seq No.: **3/1**
File Date: **03/17/2009**  Close Date:  Decision:
Document Name: **Order of Court**
**that the deft The Baltimore Sun is STAYED from this casee and the proceedings**
**deferred to the Bankruptcy Court (Cannon J)**

---

Doc No./Seq No.: **3/2**
File Date: **03/17/2009**  Close Date:  Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **3/3**
File Date: **04/08/2009**  Close Date:  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Correspondence/ Plaintiff's Response To February 17, 2009 Requests Of**
**Defendants**

---

Doc No./Seq No.: **4/0**
File Date: **03/10/2009**  Close Date:  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Correspondence**
**sent Michie.com website address to Plaintiff.**

---

Doc No./Seq No.: **5/0**
File Date: **05/21/2009**  Close Date:  Decision:
Document Name: **Notice of Cont. Dismissal Lack of Juris.**
**Gadi Dechter**

---

Doc No./Seq No.: **6/0**
File Date: **05/20/2009**  Close Date:  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amendments To Original October 3, 2008 Complaint**

---

Doc No./Seq No.: **7/0**
File Date: **05/20/2009**  Close Date:  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amended Pltff's Respone To Feb. 17, 2009 Requests Of Defendants**

---

Doc No./Seq No.: **8/0**
File Date: **05/20/2009**  Close Date:  Decision:

Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amended Pltff's Response To Feb. 17, 2009 Requests of Defendants (Shows Amendments In Brackets And Bold)**

---

Doc No./Seq No.: **9/0**
      File Date: **06/15/2009**  Close Date: **08/12/2009**  Decision: **Granted**
      Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Motion to Defer Dismissal - Md. Rule 2-507(b) (Lack of Jurisdiction)**

---

Doc No./Seq No.: **9/1**
      File Date: **08/22/2009**  Close Date:    Decision:
      Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Order Deferring Dismissal Under Rule 2-507(c)**
               **case is STAYED in accordance with continuing proceedings in Bankruptcy Court - stay continues subject to MD Rule 2-507, Holland J**

---

Doc No./Seq No.: **9/2**
      File Date: **08/22/2009**  Close Date:    Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **10/0**
      File Date: **01/22/2010**  Close Date:    Decision:
      Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice Of Change Of Address**

---

*The complete case file can be obtained from the Circuit Courthouse.*