IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 3715, 3724, 3752 |

## ORDER

AND NOW, this 22nd day of March 2010, it is hereby

ORDERED that the Court shall hold a status conference in connection with the Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order on March 23, 2010 at 11:00 a.m.

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge