# EXHIBIT A

## Claims Asserted Against No Debtor or Improper Debtor

5117939

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED CASE DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1504 | AMMERAAL BELTECH<br>PO BOX 90351<br>CHICAGO, IL 60696-0351 | 4/24/2009 | $190.84 | | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $190.84 |
| 2 | 6333 | ASM CAPITAL<br>BARKWORK - ASSIGNOR<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 11/10/2009 | $3,921.00 | 08-13208 | Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company | $3,921.00 |
| 3 | 4372 | ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | 6/10/2009 | $5,153.21 | 08-13223 | Tribune Broadcasting Company | 08-13225 | Tribune Broadcasting News Network, Inc. | $5,153.21 |
| 4 | 4373 | ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | 6/10/2009 | $3,709.80 | 08-13223 | Tribune Broadcasting Company | 08-13245 | Tribune Television Northwest, Inc. | $3,709.80 |
| 5 | 4866 | CBS RADIO EAST INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | 6/11/2009 | $11,751.25 | 08-13223 | Tribune Broadcasting Company | 08-13241 | Tribune Television Company | $11,751.25 |
| 6 | 3670 | CITY OF FULLERTON<br>303 W COMMONWEALTH AVE<br>FULLERTON, CA 92632 | 6/8/2009 | $68.74 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $68.74 |
| 7 | 3671 | CITY OF FULLERTON<br>303 W COMMONWEALTH AVE<br>FULLERTON, CA 92832-177 | 6/8/2009 | $160.39 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $160.39 |
| 8 | 1563 | CITY OF RIVERSIDE PUBLIC UTILITIES<br>3900 MAIN ST.<br>RIVERSIDE, CA 92522-0144 | 4/23/2009 | $1,494.45 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,494.45 |
| 9 | 323 | COLLEGE OF WILLIAM & MARY<br>BURSARS OFFICE/SHARON MIKANOWICZ<br>PO BOX 8795<br>WILLIAMSBURG, VA 23187-8795 | 1/26/2009 | $193.75 | | No Debtor Asserted | 08-13248 | Virginia Gazette Companies, LLC | $193.75 |
| 10 | 2005 | E & L DIRECT MAIL SYSTEM INC<br>PO BOX 1815<br>NORWALK, CA 90651-1815 | 4/27/2009 | $309.96 | | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. | $309.96 |
| 11 | 605 | ELITE PROPERTIES, INC.<br>3415 N 127TH # 300<br>BROOKFIELD, WI 530053117 | 3/2/2009 | $200.00 | | No Debtor Asserted | 08-13165 | forsalebyowner.com corp. | $200.00 |
| 12 | 3679 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OFFIT KURMAN, P.A.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 6/8/2009 | $3,888.50 | 08-13144 | Baltimore Newspaper Networks, Inc. | 08-13209 | The Baltimore Sun Company | $3,888.50 |

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| # | Claim | Creditor | Date Filed | Total Claim Amount | Case No. Debtor Asserted | Debtor | Modified Case No. | Modified Debtor | Modified Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 1975 | GOLDEN STATE WATER COMPANY<br>ATTN ACCOUNTS PAYABLE R2<br>630 EAST FOOTHILL BOULEVARD<br>SAN DIMAS, CA 91773 | 4/27/2009 | $293.08 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $293.08 |
| 14 | 2459 | HEILIG, JOHN<br>980 MACUNGIE AV<br>EMMAUS, PA 18049 | 5/5/2009 | $600.00 | | No Debtor Asserted | 08-13212 | The Morning Call, Inc. | $600.00 |
| 15 | 2140 | IMAGE COMMUNICATIONS INC<br>22435 PANTHER LOOP<br>BRADENTON, FL 34202 | 4/30/2009 | $121.64 | | No Debtor Asserted | 08-13222 | Tribune Broadcast Holdings, Inc. | $121.64 |
| 16 | 802 | JOHNSON CONTROLS, INC.<br>LOS ANGELES SERVICE<br>12393 SLAUSON AVE<br>WHITTIER, CA 90606 | 3/23/2009 | $4,254.77 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $4,254.77 |
| 17 | 551 | LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | 2/25/2009 | $1,677.50 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,677.50 |
| 18 | 642 | LEXINGTON GROUP, INC.<br>360 UNION ST.<br>WEST SPRINGFIELD, MA 01089 | 3/6/2009 | $3,012.78 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $3,012.78 |
| 19 | 2972 | LIBERTY CABLEVISION<br>LUQUILLO INDUSTRIAL PARK,<br>ROAD 992 KM 0.2<br>ATTN: LEGAL COUNSEL<br>LUQUILLO, PR 773 | 5/19/2009 | $500.00 | | No Debtor Asserted | 08-13220 | Tower Distribution Company | $500.00 |
| 20 | 840 | LIGHTING SERVICES, INC.<br>150 BROOKSIDE ROAD<br>WATERBURY, CT 06708 | 3/30/2009 | $1,570.41 | | No Debtor Asserted | 08-13211 | The Hartford Courant Company | $1,570.41 |
| 21 | 2391 | LISA NALVEN PHOTOGRAPHY INC<br>2131 SW 27TH LN<br>FORT LAUDERDALE, FL 33312 | 5/4/2009 | $700.00 | | No Debtor Asserted | 08-13169 | Gold Coast Publications, Inc. | $700.00 |
| 22 | 2504 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MISI COMPANY LTD<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | 5/6/2009 | $15,980.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $15,980.00 |
| 23 | 83 | LUTTWAK, EDWARD N.<br>4510 DRUMMUND AVENUE<br>CHEVY CHASE, MD 20815 | 1/2/2009 | $250.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $250.00 |
| 24 | 2630 | MANPOWER, INC<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 | 5/5/2009 | $4,616.68 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $4,616.68 |
| 25 | 1124 | MANUFACTURERS NEWS INC<br>1633 CENTRAL STREET<br>EVANSTON, IL 60201 | 4/20/2009 | $319.00 | | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. | $319.00 |

**TRIBUNE COMPANY, ET AL.**
**OMNIBUS 16: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR**

| | Claim # | Name and Address of Claimant | Date Filed | Claim Amount | Debtor | Case Number | Name of Debtor |
|---|---|---|---|---|---|---|---|
| 26 | 702 | MAVERICK TECHNOLOGIES, LLC<br>265 ADMIRAL TROST RD<br>PO BOX 470<br>COLUMBIA, IL 62236 | 3/9/2009 | $1,440.00 | No Debtor Asserted | 08-13152 | Chicago Tribune Company |
| 27 | 798 | MCC SERVICES, LLC<br>3001 17TH ST.<br>METAIRIE, LA 70002 | 3/23/2009 | $3,401.74 | No Debtor Asserted | 08-13244 | Tribune Television New Orleans, Inc. |
| 28 | 1641 | MCCLOUD<br>1012 W LUNT AVE<br>SCHAUMBERG, IL 60193 | 4/23/2009 | $674.00 | No Debtor Asserted | 08-13227 | Tribune Direct Marketing, Inc. |
| 29 | 1640 | METROPOLIS INVESTMENT HOLDINGS INC<br>C/O BANK OF AMERICA NATIONAL ASSOC<br>PO BOX 847823<br>DALLAS, TX 75284-7823 | 4/23/2009 | $4,372.91 | No Debtor Asserted | 08-13241 | Tribune Television Company |
| 30 | 1199 | METTLER-TOLEDO INC<br>1900 POLARIS PARKWAY<br>COLUMBUS, OH 43240-2020 | 4/20/2009 | $564.23 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company |
| 31 | 1766 | MIURA BOILER<br>1945 S. MYRTLE AVE<br>ATTN: HECTOR LECEA<br>MONROVIA, CA 91016-4854 | 4/27/2009 | $3,937.30 | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC |
| 32 | 442 | MOBILE HEALTH SOLUTIONS INC<br>121 PINE CREEK TRAIL<br>ORMOND BEACH, FL 32174 | 2/9/2009 | $2,430.00 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company |
| 33 | 1084 | MULTIAD SERVICES<br>1720 W. DETWEILLER DR.<br>PEORIA, IL 61615 | 4/20/2009 | $556.79 | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC |
| 34 | 1429 | MULTIAD SERVICES<br>1720 W. DETWEILLER DR.<br>PEORIA, IL 61615 | 4/24/2009 | $116.00 | No Debtor Asserted | 08-13173 | Homestead Publishing Co. |
| 35 | 900 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $1,412.37 | No Debtor Asserted | 08-13211 | The Hartford Courant Company |
| 36 | 901 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $2,526.78 | No Debtor Asserted | 08-13209 | The Baltimore Sun Company |
| 37 | 902 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $129.84 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company |
| 38 | 903 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $298.30 | No Debtor Asserted | 08-13210 | The Daily Press, Inc. |
| 39 | 911 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | 4/6/2009 | $1,062.00 | No Debtor Asserted | 08-13212 | The Morning Call, Inc. |

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | 523 | NATIONAL COMMUNICATIONS D/B/A KAR GRAPHICS, LLC L3930 NW 60TH AVE MIAMI, FL 33014 | 2/23/2009 | $3,198.00 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $3,198.00 |
| 41 | 524 | NATIONAL COMMUNICATIONS D/B/A KAR GRAPHICS, LLC L3930 NW 60TH AVE MIAMI, FL 33014 | 2/23/2009 | $8,252.50 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company | $8,252.50 |
| 42 | 1127 | NATIONAL LIFT TRUCK INC 3333 MT PROSPECT RD FRANKLIN PARK, IL 60131 | 4/20/2009 | $2,929.80 | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $2,929.80 |
| 43 | 204 | NEATLY CHISELED FEATURES N1870 LORAMOOR DR LAKE GENEVA, WI 53147 | 1/9/2009 | $3,732.85 | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $3,732.85 |
| 44 | 2852 | NELA TERNES REGISTER GROUP 7435 4TH STREET NORTH OAKDALE, MN 55128 | 5/15/2009 | $6,480.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $6,480.00 |
| 45 | 626 | NEWSCOM SERVICES 375 CHIPETA WAY SUITE B SALT LAKE CITY, UT 84106 | 3/6/2009 | $700.00 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $700.00 |
| 46 | 627 | NEWSCOM SERVICES 375 CHIPETA WAY SUITE B SALT LAKE CITY, UT 84106 | 3/6/2009 | $3,402.16 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $3,402.16 |
| 47 | 628 | NEWSCOM SERVICES 375 CHIPETA WAY SUITE B SALT LAKE CITY, UT 84106 | 3/6/2009 | $14,989.20 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $14,989.20 |
| 48 | 629 | NEWSCOM SERVICES 375 CHIPETA WAY SUITE B SALT LAKE CITY, UT 84106 | 3/6/2009 | $440.32 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $440.32 |
| 49 | 630 | NEWSCOM SERVICES 375 CHIPETA WAY SUITE B SALT LAKE CITY, UT 84106 | 3/6/2009 | $1,950.00 | No Debtor Asserted | 08-13236 | Tribune Media Services, Inc. | $1,950.00 |
| 50 | 631 | NEWSCOM SERVICES 375 CHIPETA WAY SUITE B SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13210 | The Daily Press, Inc. | $200.00 |
| 51 | 632 | NEWSCOM SERVICES 375 CHIPETA WAY SUITE B SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $200.00 |

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A -- CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52 | 633 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company |
| 53 | 634 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $713.00 | No Debtor Asserted | 08-13198 | Orlando Sentinel Communications Company |
| 54 | 635 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $170.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company |
| 55 | 636 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $190.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company |
| 56 | 637 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $93.00 | No Debtor Asserted | 08-13211 | The Hartford Courant Company |
| 57 | 638 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $190.00 | No Debtor Asserted | 08-13211 | The Hartford Courant Company |
| 58 | 639 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13152 | Chicago Tribune Company |
| 59 | 640 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $170.00 | No Debtor Asserted | 08-13152 | Chicago Tribune Company |
| 60 | 641 | NEWSCOM SERVICES<br>375 CHIPETA WAY<br>SUITE B<br>SALT LAKE CITY, UT 84106 | 3/6/2009 | $200.00 | No Debtor Asserted | 08-13212 | The Morning Call, Inc. |
| 61 | 358 | PACIFICA HEALTH AND MEDICAL<br>2650 CAMINO DEL RIO NO. STE. 212<br>SAN DIEGO, CA 92108 | 2/4/2009 | $629.00 | No Debtor Asserted | 08-13182 | KSWB Inc. |
| 62 | 501 | PARKER, CHRIS<br>VENDOR # 135268<br>561 EDINBOROUGH DR.<br>BAY VILLAGE, OH 44140 | 2/19/2009 | $400.00 | No Debtor Asserted | 08-13208 | Sun-Sentinel Company |
| 63 | 813 | PJ MECHANICAL SERVICE & MAINTENANCE CORP.<br>135 WEST 18TH STR<br>NEW YORK, NY 10011 | 3/25/2009 | $2,142.24 | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. |

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 64 | 2978 | PUTNEY, MATTHEW<br>1125 FLAMMANG DR NO. 4<br>WATERLOO, IA 50702 | 5/19/2009 | $343.40 | No Debtor Asserted | | Los Angeles Times Communications LLC | 08-13185 | $343.40 |
| 65 | 600 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $738.33 | No Debtor Asserted | | The Morning Call, Inc. | 08-13212 | $738.33 |
| 66 | 601 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $5,618.28 | No Debtor Asserted | | Los Angeles Times Communications LLC | 08-13185 | $5,618.28 |
| 67 | 602 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $1,125.00 | No Debtor Asserted | | KSWB Inc. | 08-13182 | $1,125.00 |
| 68 | 603 | R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | 3/2/2009 | $3,045.80 | No Debtor Asserted | | The Hartford Courant Company | 08-13211 | $3,045.80 |
| 69 | 1915 | RING POWER CORPORATION<br>10421 FERN HILL DRIVE<br>RIVERVIEW, FL 33578 | 4/27/2009 | $585.76 | Sentinel Communications News Ventures, Inc. | 08-13202 | Orlando Sentinel Communications Company | 08-13198 | $585.76 |
| 70 | 326 | RJ BENNETT REPRESENTS<br>530 EAST 20TH, # 2B<br>NEW YORK, NY 10009 | 1/27/2009 | $960.00 | No Debtor Asserted | | Eagle New Media Investments, LLC | 08-13162 | $960.00 |
| 71 | 3412 | ROCKET MESSENGER SERVICE<br>PO BOX 3506<br>CHATSWORTH, CA 91313-3506 | 6/2/2009 | $8,471.40 | Los Angeles Times Newspapers, Inc. | 08-13187 | Los Angeles Times Communications LLC | 08-13185 | $8,471.40 |
| 72 | 3143 | RONALD MCDONALD HOUSE CHARITIES<br>765 SOUTH PASADENA AVE<br>PASADENA, CA 91105 | 5/26/2009 | $4,388.07 | No Debtor Asserted | | Los Angeles Times Communications LLC | 08-13185 | $4,388.07 |
| 73 | 772 | S. WALTER PACKAGING CORP<br>ARMOR-GERMAIN<br>2900 GRANT AVE.<br>PHILADELPHIA, PA 19114 | 3/18/2009 | $263.17 | No Debtor Asserted | | KSWB Inc. | 08-13182 | $263.17 |
| 74 | 1512 | SANS PAREIL TECHNOLOGIES INC<br>100 W CHESTNUT NO.1305<br>CHICAGO, IL 60610-3296 | 4/24/2009 | $850.00 | No Debtor Asserted | | Tribune Media Services, Inc. | 08-13236 | $850.00 |
| 75 | 2530 | SCARBOROUGH RESEARCH<br>770 BROADWAY<br>13TH FLOOR<br>NEW YORK, NY 10003 | 5/7/2009 | $9,298.26 | No Debtor Asserted | | Tribune Television Company | 08-13241 | $9,298.26 |
| 76 | 2508 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $5,069.49 | No Debtor Asserted | | Tribune Television Company | 08-13241 | $5,069.49 |

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A -- CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| # | Claim # | Name and Address | Date Filed | Claim Amount | Case No. Asserted | Debtor Asserted | Case No. Modified | Modified Debtor | Modified Amount |
|---|---|---|---|---|---|---|---|---|---|
| 77 | 2509 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $3,952.90 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $3,952.90 |
| 78 | 2514 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $8,271.32 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $8,271.32 |
| 79 | 2527 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY 13TH FLR<br>NEW YORK, NY 10003 | 5/7/2009 | $16,058.50 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $16,058.50 |
| 80 | 2154 | SHARED MAIL ACQUISITION D/B/A DOODAD<br>72 INDUSTRIAL CIRCLE<br>LANCASTER, PA 17601 | 4/30/2009 | $11,769.02 | | No Debtor Asserted | 08-13211<br>08-13246 | The Hartford Courant Company<br>Valumail, Inc.<br><br>Total | $9,093.26<br>$2,675.76<br><br>$11,769.02 |
| 81 | 1680 | SPANLINK<br>605 N. HWY 169,<br>STE 900<br>MINNEAPOLIS, MN 55441 | 4/23/2009 | $4,550.00 | 08-13185 | Los Angeles Times Communications LLC | 08-13240 | Tribune Publishing Company | $4,550.00 |
| 82 | 2431 | SPORTS LICENSED DIVISION OF THE ADIDAS GROUP, LLC<br>8677 LOGO ATHLETIC COURT<br>INDIANAPOLIS, IN 46219 | 5/5/2009 | $2,974.72 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $2,974.72 |
| 83 | 760 | SUBURBAN ELEVATOR CO.<br>130 PRAIRIE LAKE RD., UNIT D<br>DUNDEE, IL 60118 | 3/17/2009 | $3,927.03 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $3,927.03 |
| 84 | 2334 | SUNSOURCE TECHNOLOGIES<br>NW 7809<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-7809 | 5/4/2009 | $320.16 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $320.16 |
| 85 | 921 | TELEMETRICS INC.<br>6 LEIGHTON PLACE<br>MAHWAH, NJ 07430 | 4/9/2009 | $186.50 | | No Debtor Asserted | 08-13182 | KSWB Inc. | $186.50 |
| 86 | 2430 | TRAFFIC.COM INC<br>6461 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 5/5/2009 | $5,400.00 | 08-13241 | Tribune Television Company | 08-13198 | Orlando Sentinel Communications Company | $5,400.00 |
| 87 | 3066 | TRANE US INC<br>PO BOX 98167<br>CHICAGO, IL 60093 | 5/22/2009 | $3,999.99 | 08-13241 | Tribune Television Company | 08-13209 | The Baltimore Sun Company | $3,999.99 |
| 88 | 417 | TREASURE ISLAND FOODS<br>3460 N BROADWAY ST<br>CHICAGO, IL 60657 | 2/6/2009 | $637.41 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $637.41 |
| 89 | 1004 | ULINE SHIPPING SUPPLIES<br>2200 S. LAKESIDE DR.<br>WAUKEGAN, IL 60085 | 4/14/2009 | $11,041.10 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $11,041.10 |

TRIBUNE COMPANY, ET AL.
OMNIBUS 16: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90 | 428 | UNITED BUSINESS TECHNOLOGY<br>9218 GAITHER RD<br>GAITHERSBURG, MD 20877 | 2/9/2009 | $44.42 | No Debtor Asserted | | WDCW Broadcasting, Inc. | 08-13251 | $44.42 |
| 91 | 336 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SWEET AUDIO, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 1/30/2009 | $705.00 | No Debtor Asserted | | Orlando Sentinel Communications Company | 08-13198 | $705.00 |
| 92 | 694 | UNIVERSAL MCCANN<br>622 THIRD AVENUE, 19TH FLOOR<br>ATTN: YESINIA LECCA-ROBLES<br>NEW YORK, NY 10017 | 3/9/2009 | $91,002.13 | No Debtor Asserted | | KIAH Inc. | 08-13180 | $91,002.13 |
| 93 | 875 | VALLEY FIRE PROTECTION<br>101 N. RADDANT ROAD<br>BATAVIA, IL 60510-2203 | 4/3/2009 | $535.00 | No Debtor Asserted | | Chicago Tribune Company | 08-13152 | $535.00 |
| 94 | 574 | VSA, INC<br>6929 SEWARD AVE<br>LINCOLN, NE 68507 | 2/27/2009 | $3,266.50 | No Debtor Asserted | | KIAH Inc. | 08-13180 | $3,266.50 |
| 95 | 1113 | WALTON PRESS<br>402 MAYFIELD DRIVE<br>NAYOUNG WILSON<br>MONROE, GA 30655 | 4/20/2009 | $7,065.00 | No Debtor Asserted | | Patuxent Publishing Company | 08-13200 | $7,065.00 |
| 96 | 360 | WILLY'S ELECTRONIC SUPPLY CO INC<br>1636 D AVE<br>NATIONAL CITY, CA 91950 | 2/5/2009 | $105.72 | No Debtor Asserted | | KSWB Inc. | 08-13182 | $105.72 |
| 97 | 3318 | WIP-AM<br>TWO BALA PLAZA<br>SUITE 700<br>BALA CYNWYD, PA 19004 | 6/1/2009 | $22,057.50 | No Debtor Asserted | | Tribune Television Company | 08-13241 | $22,057.50 |
| 98 | 699 | WMMR-FM - GREATER BOSTON RADIO INC<br>ONE BALA PLAZA<br>SUITE 424<br>BALA CYNWYD, PA 19004 | 3/9/2009 | $115,153.75 | No Debtor Asserted | | Tribune Television Company | 08-13241 | $115,153.75 |
| 99 | 854 | WOODS & POOLE ELECTRONICS, INC<br>1794 COLUMBIA ROAD NW SUITE 4<br>WASHINGTON, DC 20009-2808 | 3/30/2009 | $799.00 | No Debtor Asserted | | Orlando Sentinel Communications Company | 08-13198 | $799.00 |
| 100 | 3339 | WRIGHT EXPRESS<br>FINANCIAL SERVICES<br>PO BOX 639<br>PORTLAND, ME 04103 | 6/1/2009 | $2,290.02 | Tribune Broadcasting Company | 08-13223 | Tribune Television Company | 08-13241 | $2,290.02 |