# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE TRIBUNE COMPANY, et. al., | Case No. 08-13141 |
| Debtors. | *Jointly Administered* |

## MICROSOFT'S WITHDRAWAL OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Microsoft Corporation, by and through its attorney of record, Maria A. Milano, of Riddell Williams P.S., hereby withdraws its Motion for Allowance of Administrative Expense Claim filed March 12, 2010, docket number 3723.

Dated this 22nd day of March, 2010.

RIDDELL WILLIAMS P.S.

By _____
Maria Ann Milano, WSBA #29499
Riddell Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA  98154
Tel:  (206) 624-3600
Fax:  (206) 389-1708

Attorneys for Microsoft Corporation and Microsoft Licensing, GP

4842-3900-2885.01
032210/0910/20363.00446

## CERTIFICATE OF SERVICE

Courtney Tracy, declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On March 22, 2010, caused to be served via First Class, U.S. Mail, to the parties listed below and by Electronic Notification via CM/ECF upon all parties in this case as follows:

**Bryan Krakauer**
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

**Carl D. Neff**
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801

**J. Kate Stickles**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**James F. Conlan**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Michael A. Henry**
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

**Norman L. Pernick**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Patrick Theodore Garvey**
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

**Patrick J. Reilley**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Landis Rath & Cobb LLP**
919 Market Street
Suite 1800
Wilmington, DE 19801

**Cynthia Moh Baldwin**
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801

**Thomas G. Macauley**
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 22nd day of March, 2010, at Seattle, Washington.

*Courtney Tracy* (signature)
Courtney Tracy
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
ctracy@riddellwilliams.com