**IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| | ) | |
| **Debtors.** | ) | |

**NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jason Cornell, with the firm Fox Rothschild LLP, hereby withdraws his entry of appearance on behalf of Donna Gutman, Representative of the Estate of Michael Gutman.

**FOX ROTHSCHILD LLP**

By: /s/ L. Jason Cornell, Esquire
L. Jason Cornell, Esquire (No. 3821)
919 Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
Attorneys

Dated: March 22, 2010

WM1A 949251v1 03/22/10