**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE: | ) |
| | ) SS |
| COUNTY OF NEW CASTLE: | ) |

     I, Patrick M. Brannigan, being duly sworn according to law, deposes and says that I am employed by the law firm of Cross & Simon, LLC, and that on the 11th day of March, 2010, I caused a copy of the following confidential documents to be served, in accordance with the Court's Order dated December 15, 2009 (I) Authorizing The Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Document Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105 [D.I. No. 2858], upon the parties on the attached service list in the manner indicated:

    1)    **Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order [D.I. No. 3715].**

Patrick M. Brannigan

Sworn to and subscribed before me this 22nd day of March, 2010.

Notary Public

My Commission Expires: 11/30/11

NICOLE DIBIASO
MY COMMISSION
EXPIRES
NOV. 30, 2011
NOTARY PUBLIC
STATE OF DELAWARE

## SERVICE LIST

**BY ELECTRONIC MAIL**
Thomas G. Macauley, Esq.
ZUCKERMAN SPAEDER LLP
919 Market Street
P.O. Box 1028
Wilmington, DE 19801
tmacauley@zuckerman.com

**BY ELECTRONIC MAIL**
Graeme W. Bush, Esq.
Andrew N. Goldfarb, Esq.
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
gbush@zuckerman.com
agoldfarb@zuckerman.com

**BY ELECTRONIC MAIL**
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Janet Henderson, Esq.
James Ducayet, Esq.
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
jconlan@sidley.com
bkrakauer@sidley.com
jhenderson@sidley.com
jducayet@sidley.com

**BY ELECTRONIC MAIL**
Martin S. Siegel, Esq.
Robert J. Stark, Esq.
Kate S. Bromberg, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
msiegel@brownrudnick.com
rstark@brownrudnick.com
kbromberg@brownrudnick.com

**BY ELECTRONIC MAIL**
William M. Dolan, Esq.
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
wdolan@brownrudnick.com

**BY ELECTRONIC MAIL**
Raymond H. Lemisch, Esq.
Jennifer Hoover, Esq.
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

**BY ELECTRONIC MAIL**
Howard Seife, Esq.
David M. Lemay, Esq.
Douglas E. Deutsch, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsche@chadbourne.com

**BY ELECTRONIC MAIL**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
COLE SHOTZ MEISEL FORMAN &
LEONARD, PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleshotz.com
kstickles@coleshotz.com

**BY ELECTRONIC MAIL**
Madlyn Gleich Primoff, Esq.
KAYE SCHOLER LLP
425 Park Ave.
New York, NY 10022
mprimoff@kayescholer.com

**BY ELECTRONIC MAIL**
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

**BY ELECTRONIC MAIL**
John P. Ditomo, Esq.
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
jditomo@paulweiss.com

**BY ELECTRONIC MAIL**
Andrew Gordon, Esq.
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
agordon@paulweiss.com

**BY ELECTRONIC MAIL**
Laurie Silverstein, Esq.
POTTER ANDERSON & CARROON LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
lsilverstein@potteranderson.com