# EXHIBIT A

# Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Ninth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period February 1, 2010 through February 28, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Ninth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 22d day of March, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1 - FEBRUARY 28, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 8.3 | 2,075.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 59.3 | 31,429.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 51.0 | 36,975.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 3.9 | 2,593.50 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 58.5 | 38,025.00 |
| Sasha F. Marx | Paralegal (2008); Communications; n/a | 130 | 10.4 | 1,352.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 6.3 | 2,520.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 14.8 | 3,552.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 | 540 | 3.4 | 1,836.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 210 | 10.8 | 2,268.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 280 | 3.0 | 840.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 (WI) | 440 | 213.7 | 94,028.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 204.9 | 128,062.50 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & 2009 (DC) | 280 | 3.6 | 1,008.00 |

| Mario J. Weber | Associate (since 2005); Communications; 2005 (FL) & 2006 (DC) | 310 | 93.4 | 28,954.00 |
|---|---|---|---|---|
| **TOTALS** | | | **745.3** | **375,518.00** |
| **BLENDED RATE** | | | | **503.8481149** |

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

## COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### FEBRUARY 1 - FEBRUARY 28, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 739 | 372,998.00 |
| Fee Applications 08656.0101 | 6.3 | 2,520.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **745.3** | **375,518.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

March 25, 2010                                                                    Page 1

Tribune Company                                                          Invoice 522912
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100            For Services Through February 28, 2010
FCC/Broadcast Matters

| | | |
|---|---|---|
| 02/01/10 | Review and revise disclosure statement (1.2); correspondence with K. Mills re same (0.3); review and revise draft media ownership certification from Wiley Rein (0.9); review Wiley Rein memorandum on methodology for distributing stock and warrants (1.3). | |
| | C. Burrow | 3.70 hrs. |
| 02/01/10 | Correspondence with L. Washburn regarding Hartford cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (0.2); prepare update to Miami market public interest narrative and associated exhibits regarding newspaper/broadcast cross-ownership waiver request regarding same (1.2); prepare update to LA market public interest narrative regarding newspaper/broadcast cross-ownership waiver request regarding same (0.8); prepare update to NY market public interest narrative regarding newspaper/broadcast cross-ownership waiver request regarding same (0.9); prepare update to Chicago market public interest narrative regarding newspaper/broadcast cross-ownership waiver request regarding same (1.3); prepare update to Hartford market public interest narrative regarding newspaper/broadcast cross-ownership waiver request regarding same (0.8). | |
| | J. Rademacher | 5.20 hrs. |
| 02/01/10 | Review revised waiver requests and edits re timing of waivers at FCC (0.9); telephone conference with lenders' counsel re FCC Tribune decision and pending court appeals (0.3); prepare analysis of waiver claims (0.4); telephone conference with Wiley counsel re FCC applications (0.3); review draft FCC application (0.6). | |
| | J. Feore | 2.50 hrs. |

Tribune Company

| | | |
|---|---|---|
| 02/01/10 | Review memorandum re algorithm for distributing stock and warrants (0.8); review revised pages of Plan document and disclosure statement (0.7); review draft media ownership questionnaire (0.9). | |
| | J. Logan | 2.40 hrs. |
| 02/01/10 | Review re November 30, 2007 decision and waiver effectiveness issue (0.8); exchange email with T. Langmyer re same (0.4); review updated Chicago public interest information (0.4); telephone conference with J. Bayes (Wiley) re waiver completion schedule (0.3); email exchange with E. Washburn re schedule and timing (0.1); email exchange with E. Washburn re possibility of sale of NYC interests in tandem (0.2); review changes to October Chicago waiver "shell" from client (1.0). | |
| | M. Swanson | 3.20 hrs. |
| 02/01/10 | Review and analyze waiver issues relating to disclosure statement (1.0); review Tribune decision regarding same (0.7). | |
| | M. Hays | 1.70 hrs. |
| 02/02/10 | Prepare agenda for regulatory issues call with Wiley (0.9); forward regulatory issues agenda to Wiley Rein (0.3); revise disclosure statement (1.3); telephone conference with L. Washburn re same (0.4); review Tribune motion to extend exclusivity (0.4). | |
| | C. Burrow | 3.30 hrs. |
| 02/02/10 | Research re bankruptcy Plan (0.1); draft comments re same (0.1). | |
| | J. Pila | 0.20 hrs. |
| 02/02/10 | Correspondence with B. Gremillion regarding additional fact gathering for Miami market public interest narrative for cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (0.6); correspondence with J. Levine regarding additional fact gathering for Hartford market public interest narrative for cross-ownership waiver request regarding same (0.7); correspondence with B. Berlamino regarding additional fact gathering for NY market public interest narrative for cross-ownership waiver request regarding same (0.5); correspondence with M. Wilkie regarding additional fact gathering for Chicago market public interest narrative for cross-ownership waiver request regarding same (0.8); correspondence with D. Corsini regarding additional fact gathering for LA market public interest narrative for cross-ownership waiver request regarding same (0.7); correspondence with E. Washburn regarding WGN-TV employment figures regarding same (0.2); telephone conference with H. Patz regarding Hartford market employment figures regarding same (0.2); prepare update to Miami market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (0.9); prepare update to LA market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (1.4); prepare update to NY market public interest narrative | |

regarding newspaper/broadcast cross-ownership waiver request (1.3); prepare update to Chicago market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (1.1); prepare update to Hartford market public interest narrative regarding newspaper/broadcast cross-ownership waiver request (0.5).

J. Rademacher                                              8.40 hrs.

02/02/10    Review company markup to waiver requests and analysis of proposed new waiver requests (1.0); review updates to M. Fratrik study and proposed BIA analysis (0.8); prepare issues list for conference with Wiley (0.4); update Hill and FCC lobbying proposals (0.8).

J. Feore                                                        3.00 hrs.

02/02/10    Revise proposed agenda for conference with senior lenders' FCC counsel (0.5); review issues re media ownership questionnaire timing and structure (0.8); review memorandum re distribution algorithm for stocks and warrants (0.8).

J. Logan                                                        2.10 hrs.

02/02/10    Review and revise re Miami and Hartford public interest inserts (1.1); preparation for and telephone conference with E. Washburn re disclosure statement issues in FCC waivers (0.7); review E. Washburn changes to BIA reports and send to M. Fratrik (0.6); review open issues on NYC and Chicago factual inserts (0.3); prepare agenda for February 3 call with lenders' counsel (0.4); review LA factual changes (0.6); review and revise Chicago "shell" suggestions from client (2.0); email lenders' counsel re BIA article (0.3); review and revise NYC report (4.0); review BIA updates (0.5).

M. Swanson                                                   10.30 hrs.

02/02/10    Review and analyze waiver issues relating to disclosure statement (0.3); telephone conference with L. Washburn regarding same (0.3).

M. Hays                                                        0.60 hrs.

02/02/10    Research sale of Chicago Sun-Times (1.2); prepare memorandum re same (1.5).

M. Weber                                                      2.70 hrs.

02/03/10    Telephone conference with regulatory working group re FCC issues related to media ownership and foreign ownership certifications and timing and the impact thereof on the disclosure statement and transaction documents (1.2); revise cable retransmission consent sections of disclosure statement and forward same to C. Sennet (0.6); telephone conference with C. Sennet re same (0.5); forward edits to disclosure statement to K. Mills (0.7); review memorandum on implications of senior lenders' draft allocation proposal (0.8).

C. Burrow                                                      3.80 hrs.

02/03/10    Telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding cross-ownership waiver requests regarding FCC applications for assignment of broadcast licenses in bankruptcy

March 25, 2010                                                    Page 4

Tribune Company                                          Invoice 522912

|  |  |  |
|---|---|---|
|  | (0.9); correspondence with B. Berlamino regarding preemption of WABC(TV) news programming for public interest narrative in cross-ownership waiver request regarding (0.2); telephone conference with R. Wiley, J. Bayes and E. Reed regarding cross-ownership waiver requests regarding same (0.7); prepare update to NY market public interest narrative and associated exhibits regarding same (3.2); prepare update to Miami market public interest narrative and associated exhibits regarding same (0.7); prepare update to LA market public interest narrative and associated exhibits regarding same (1.0); prepare update to Chicago market public interest narrative and associated exhibits regarding same (1.1); prepare update to Hartford market public interest narrative and associated exhibits regarding same (0.9). |  |
|  | J. Rademacher | 8.70 hrs. |
| 02/03/10 | Telephone conference with Wiley team re work on FCC application, status of waivers, timing of filing and works in progress (0.9); review BIA revised material and proposed changes in waiver requests (1.1). |  |
|  | J. Feore | 2.00 hrs. |
| 02/03/10 | Prepare for telephone conference with FCC counsel to senior lenders re status of resolution of pending FCC issues (0.8); telephone conference with R. Wiley, J. Bayes and M. Heller re status of FCC alternative approaches to foreign and media ownership compliance and stock allotment (0.9); review issues re formula approach from senior lenders' counsel (0.9); prepare memorandum re senior lenders' allotment proposal (0.8). |  |
|  | J. Logan | 3.40 hrs. |
| 02/03/10 | Review M. Fratrik report re new newspaper circulation data (0.2); review E. Washburn revisions to Hartford duopoly "shell" (0.2); preparation for (0.8) and telephone conferences with lenders' counsel re FCC application and waiver issues (0.9); telephone conference with E. Washburn re call with lenders' counsel (0.3); review J. Fiorini email re revisions to Indianapolis BIA report (0.3); review re WPIX(TV) news perception issue (0.1); exchange email with E. Reed re M. Fratrik article re bank debt (0.2); telephone conference with M. Fratrik (BIA) re contract issues (0.2); email E. Washburn re same (0.1); email exchange with E. Washburn re release of year-end financial data to lenders' counsel (0.2); exchange emails with E. Washburn re B. Byrnes' (Paramount) declaration (0.2); review and revise declaration (0.2); exchange emails with E. Reed and J. Bayes (Wiley) re financial data (0.6); email E. Washburn re B. Byrnes declaration (0.2); review and revise changes to NYC and Chicago public interest narratives (2.1). |  |
|  | M. Swanson | 7.90 hrs. |
| 02/04/10 | Revise memorandum re Wiley stock allocation formula. |  |
|  | C. Burrow | 0.70 hrs. |
| 02/04/10 | Research re compete.com local internet research data for local |  |

Tribune Company                                          Invoice 522912

|  | internet competition exhibits in proposed assignment applications.<br>J. Pila | 0.70 hrs. |
|---|---|---|
| 02/04/10 | Preparation of update to public interest showing and associated exhibits for Miami market cross-ownership waiver regarding FCC applications for assignment of broadcast licenses in bankruptcy (4.2); correspondence with B. Gremillion regarding same (0.6); correspondence with A. Casey regarding Miami market ratings information regarding same (0.5); telephone conference with A. Casey regarding local market ratings data for Miami, LA and Chicago (0.3); preparation of update to public interest showing and associated exhibits for LA market cross-ownership waiver (4.3); correspondence with D. Corsini regarding same (0.6); correspondence with B. Berlamino regarding edits to NY public interest showing for cross-ownership waiver request (0.1).<br>J. Rademacher | 10.60 hrs. |
| 02/04/10 | Review and update draft FCC waiver requests (0.9); prepare memorandum re FCC certification efforts and lenders' proposals re media and Section 310 compliance (0.8).<br>J. Feore | 1.70 hrs. |
| 02/04/10 | Review and analyze partial formula for stock-warrant allocation from senior lenders' FCC counsel (0.9); review and analyze effect of proposed allotment Plan on implementation of Angelo Gordon-Oaktree proposal for consolidated certification (0.9); prepare spreadsheet analysis of effect of senior lenders' proposed formula (0.8); prepare memorandum to J. Boelter (Sidley) re senior lenders' allotment formula, proposed modifications and steps needed to arrive at a final approach (0.9); telephone conference with W. Johnson (senior lenders' FCC counsel) re treatment of foreign-controlled entities under proposed allotment Plan (0.4).<br>J. Logan | 3.90 hrs. |
| 02/04/10 | Review emails from E. Reed (Wiley) with "outlet data" for conference call (0.8); review re issues for February 5 conference call with R. Michaels, J. Kersting, D. Liebentritt, E. Washburn and S. Sheehan (0.8); review re ratings data from A. Casey (0.3); review data issues and prepare for conference call with E. Reed and J. Bayes (Wiley) re outstanding waiver preparation issues (2.3); telephone conference with E. Reed and J. Bayes re same (1.3); review internet usage data (0.9); review BIA "Separation Analysis" changes (0.4); review and revise changes to L.A. public internet narrative and exhibits (2.3).<br>M. Swanson | 9.10 hrs. |
| 02/04/10 | Research re updates to market waiver requests for LA (2.0); revise public interest statements and exhibits for same (3.4); update charts re local internet usage for all market waiver reports and exhibits (3.5); research ownership status and network affiliation of television stations in Miami market (0.4).<br>M. Weber | 9.30 hrs. |

Tribune Company                                            Invoice 522912

| 02/05/10 | Review bankruptcy sections of Nextmedia FCC waiver request for applicability to Tribune. | |
|---|---|---|
| | C. Burrow | 0.80 hrs. |

| 02/05/10 | Research re local internet usage statistics for local internet competition exhibits in proposed assignment applications. | |
|---|---|---|
| | J. Pila | 0.50 hrs. |

| 02/05/10 | Preparation of update to public interest narrative and exhibits for LA cross-ownership waiver request (1.9); correspondence with D. Moczulski regarding same (0.3); telephone conference with C. Sennet regarding same (0.2); preparation of update to public interest narrative and exhibits for Miami cross-ownership waiver request (2.8); correspondence with E. Reed (lenders' counsel) regarding same (1.0); preparation of update to public interest narrative and exhibits for Miami cross-ownership waiver request (3.1); correspondence with E. Reed (lenders' counsel) regarding same (0.8); preparation of update to public interest narrative and exhibits for Chicago cross-ownership waiver request (1.5). | |
|---|---|---|
| | J. Rademacher | 11.80 hrs. |

| 02/05/10 | Telephone conference with R. Michaels, D. Liebentritt, L. Washburn and S. Sheehan re FCC applications and issues (0.9); telephone conference with counsel for Oak Tree and Angelo Gordon re FCC waivers (0.6); work on updates to FCC application and showings and review amendment drafts (1.3); review memorandum from J.P. Morgan counsel re certification issues for FCC (0.7). | |
|---|---|---|
| | J. Feore | 3.50 hrs. |

| 02/05/10 | Review recent Citadel bankruptcy filings re treatment of media ownership issues and applicability to Tribune. | |
|---|---|---|
| | J. Logan | 0.90 hrs. |

| 02/05/10 | Preparation for and telephone conference with R. Michaels, J. Kersting, D. Liebentritt, E. Washburn and S. Sheehan re FCC waiver strategy (1.2); review E. Washburn and C. Sennett revisions to Miami public interest narrative (0.2); telephone conference with E. Washburn re "outlet" counts," financial data, public interest narrative and waiver preparation (0.4); telephone conference with E. Washburn re multicast issue (0.1); telephone conference with C. Sennett re Miami issues and LA Ford auto story (0.7); review and revise NYC, Miami and Hartford public interest narratives (1.8); email E. Washburn re "outlet counts" (0.1); email exchange with J. Moczulski re LA data (0.1). | |
|---|---|---|
| | M. Swanson | 4.60 hrs. |

| 02/05/10 | Revise Internet usage charts for all market waiver requests (2.0); research additional local Internet news sites for all markets(3.9); research re updates to waiver requests for all markets (1.4); update exhibits re same (1.0). | |
|---|---|---|
| | M. Weber | 8.30 hrs. |

Tribune Company

02/06/10          Prepare updated public interest narrative and exhibits for Hartford
                  cross-ownership waiver request (4.2); correspondence with J. Levine
                  regarding same (0.9); correspondence with L. Washburn regarding
                  update to public interest showings for cross-ownership waiver
                  requests (0.3); prepare updated public interest narrative and exhibits
                  for LA cross-ownership market (3.3); correspondence with lender's
                  counsel (E. Reed) regarding updated public interest narrative for LA
                  market cross-ownership waiver request (1.0); correspondence with
                  C. Sennet regarding update to LA market cross-ownership waiver
                  request (0.1); prepare updated public interest narrative and exhibits
                  for Hartford cross-ownership waiver request (1.2); research print
                  publication exhibit for LA cross-ownership waiver requests (1.3).
                  J. Rademacher                          12.30 hrs.

02/06/10          Review updated waiver showing for Tribune cross-owned markets
                  (0.9); review and revise FCC timeline re application filing and
                  processing and meetings at FCC (0.6).
                  J. Feore                               1.50 hrs.

02/06/10          Review re research on Hartford gubernatorial coverage (0.4); email
                  E. Washburn re same (0.3); review and revise updated internet usage
                  data (0.8); review and revise Hartford public interest narrative (2.0);
                  review re changes in LA news data (0.7); review and revise changes
                  to LA, Chicago and Hartford public interest narratives (4.0); review
                  ratings materials (0.4); email internet chart to E. Washburn (0.1);
                  review emails from E. Reed (Wiley) re changes to public interest
                  narratives (0.4).
                  M. Swanson                             9.70 hrs.

02/06/10          Research re J. Rowland for Hartford waiver request (1.0); research
                  re satellite waiver request (1.0); compare ratings charts to outlet
                  charts for market waivers (1.5); prepare market employment chart
                  (1.0); revise Internet usage charts (0.5); prepare exhibits to LA
                  waiver request (0.5); research re coverage of Waterbury for Hartford
                  waiver request (0.6).
                  M. Weber                               6.10 hrs.

02/06/10          Prepare memorandum re WGCR-AM interference to WGN-AM.
                  S. Patrick                             0.20 hrs.

02/07/10          Prepare public interest narrative for Chicago market cross-ownership
                  waiver request regarding FCC applications to assign broadcast
                  licenses in bankruptcy (6.2); prepare exhibits for Chicago market
                  cross-ownership waiver request regarding same (2.5);
                  correspondence with L. Washburn regarding changes to same (0.2).
                  J. Rademacher                          8.90 hrs.

02/07/10          Review public interest narratives in order to revise "Readers' Digest"
                  inserts (1.8); review re financial data issues (0.5); review and revise
                  Chicago "shell" (2.8).
                  M. Swanson                             5.10 hrs.

02/08/10          Prepare public interest narrative for Chicago market cross-ownership

Tribune Company

|  |  |  |
|---|---|---|
|  | waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (3.5); prepare exhibits for Chicago market cross-ownership waiver request regarding same (3.2); correspondence with M. Wilkie and T. Langmyer regarding same (0.3); correspondence with L. Washburn regarding changes to same (0.2); correspondence with J. Levine and R. Graziano regarding edits to Hartford market public interest statement for cross-ownership waiver request regarding same (0.2); prepare public interest narrative for Chicago market cross-ownership waiver request (0.9); prepare exhibits for Hartford market cross-ownership waiver request regarding same (0.4). |  |
|  | J. Rademacher | 8.70 hrs. |
| 02/08/10 | Work on revisions to FCC application exhibits (0.5); revise waiver showings and requests and modify Hartford showing (0.8). |  |
|  | J. Feore | 1.30 hrs. |
| 02/08/10 | Review comparable approach to media ownership issues in recent Citadel bankruptcy. |  |
|  | J. Logan | 0.90 hrs. |
| 02/08/10 | Review E. Washburn comments on BIA reports (1.0); review re Chicago employment and other factual issues (0.2); review C. Sennett changes re LA public interest narrative (0.2); review re print "outlet" issues (0.9); work on exhibit revisions for public interest narratives (2.0); review re Hartford duopoly data issues (0.2); review re final Chicago public interest narrative changes (1.1); review re BIA report modifications (0.5). |  |
|  | M. Swanson | 6.10 hrs. |
| 02/09/10 | Prepare agenda for regulatory telephone conference (0.4); review revised disclosure statement (1.7); telephone conferences with K. Mills re same (0.3); correspondence with K. Mills re same (0.3); review revised Plan (1.8); telephone conferences with J. Boelter re same (0.4); correspondence with J. Boelter re same (0.3). |  |
|  | C. Burrow | 5.20 hrs. |
| 02/09/10 | Correspondence with E. Washburn regarding Hartford public interest statement for cross-ownership waiver request regarding FCC applications for assignment of licenses in bankruptcy (0.4); correspondence with J. Levine regarding WTIC/WTXX news coverage of Waterbury for Hartford cross-ownership waiver request regarding same (0.2); correspondence with T. Langmyer regarding WGN(AM) community outreach exhibit for Chicago cross-ownership waiver request regarding same (0.2); telephone conference with G. Caputo regarding edits to Chicago public interest statement for cross-ownership waiver request regarding same (0.3); prepare Hartford public interest narrative for cross-ownership waiver request regarding same (3.8); prepare Hartford public interest narrative for cross-ownership waiver request regarding same (3.6); correspondence with E. Reed (lenders counsel) regarding Hartford public interest statement regarding same (0.5); correspondence with |  |

E. Washburn regarding Chicago market shared employees regarding same (0.3); correspondence with E. Washburn regarding Chicago market employment data regarding same (0.2); correspondence with M. Wilkie regarding changes to Chicago public interest statement for cross-ownership waiver request regarding same (0.2); telephone conference with J. Levine regarding coverage of Waterbury charity basketball game on WTXX regarding cross-ownership waiver request regarding same (0.1); telephone conference with S. Rabb regarding hours and share of local news in Hartford market regarding Hartford cross-ownership waiver request regarding same (0.3).

J. Rademacher                                          10.10 hrs.

02/09/10     Review updated and revised disclosure statement and Plan (0.8); revise waiver sections re same (0.5).
             J. Feore                                                 1.30 hrs.

02/09/10     Review issues re proposed media ownership certification (0.6); prepare for proposed conference call with FCC counsel to senior lenders (0.4); review correspondence from K. Mills re FCC-related changes in Plan and disclosure statement (0.4); review revisions to draft Plan re FCC issues (0.9); review draft disclosure statement re FCC-related matters (0.8); review revisions to draft Plan (0.8); prepare revisions to draft disclosure statement re FCC matters (0.9); review correspondence from J. Boelter (Sidley) and add inserts (0.7); prepare revised draft of disclosure statement and Plan for Sidley (0.9).
             J. Logan                                                 6.40 hrs.

02/09/10     Exchange emails with E. Washburn re internet exhibits (0.3); exchange emails with S. Sheehan re additions on public hearing references (0.2); review changes to Hartford public interest section from market (1.8); research re WTXX news question (0.5); review and revise Hartford insert (1.3); review research re Chicago News Coop (0.4); research re "financial" sentences in waiver (0.9); review final Hartford report (1.1); review questions re Chicago report (1.2); research and review re lenders' counsel's questions on Miami/Palm Beach market definition and changes to reports occasioned by same (2.0); emails to client and lenders' counsel re same (0.4).
             M. Swanson                                           10.10 hrs.

02/09/10     Update Internet usage chart for Chicago market waiver request.
             M. Weber                                                 0.50 hrs.

02/09/10     Research re WGCR-AM (0.4); prepare memorandum re same (0.3).
             S. Patrick                                               0.70 hrs.

02/10/10     Review and revise disclosure statement (2.6); correspondence with K. Mills re same (1.2); review and revise Plan (2.1); correspondence with J. Boelter re same (1.5).
             C. Burrow                                               7.40 hrs.

02/10/10     Correspondence with G. Caputo regarding Chicago Tribune and

Tribune Company

WGN employment figures regarding Chicago market cross-
ownership waiver request regarding FCC applications for
assignment of licenses in bankruptcy (0.3); prepare public interest
statement and associated exhibits regarding Chicago market cross-
ownership waiver request regarding same (4.6); research regarding
WTXX news history regarding Hartford market cross-ownership
waiver request regarding same (0.9); correspondence with E. Reed
regarding WTXX news history point in Hartford market cross-
ownership waiver request regarding same (0.6); correspondence
with C. Sennet regarding television reporters shooting video footage
for LA market cross-ownership waiver request regarding same (0.2);
review updated exhibits featuring local internet sites in cross-
ownership markets regarding same (0.7); correspondence with E.
Washburn regarding financial information for Hartford market
cross-ownership waiver request regarding same (0.2); preparation of
introductory section for NY cross-ownership waiver request
regarding same (0.5); preparation of introductory section for LA
cross-ownership waiver request regarding same (0.6); preparation of
introductory section for Chicago cross-ownership waiver request
regarding same (0.8); preparation of introductory section for Miami
cross-ownership waiver request regarding same (0.6); preparation of
introductory section for Hartford cross-ownership waiver request
regarding same (0.5).

J. Rademacher                                          10.50 hrs.

02/10/10          Review final market media showings, exhibits and waiver requests
                  (1.5); review revised BIA studies (0.8); final review of disclosure
                  statement and Plan changes re FCC (0.7).

                  J. Feore                                        3.00 hrs.

02/10/10          Review FCC-related segments of Plan and disclosure statement from
                  J. Boelter (Sidley) (0.9); prepare revised version of FCC segments
                  from J. Boelter re two-Plan approach (0.9); review consolidated
                  draft Plan document (0.8); prepare FCC-related inserts re ownership
                  restrictions and share allocation under FCC rules (0.8); review
                  disclosure statement re changes relating to FCC waiver and prepare
                  marked copy (0.6); prepare language to reflect FCC points raised by
                  Sidley comments on two-stage Plan (0.7).

                  J. Logan                                        4.70 hrs.

02/10/10          Review and revise re disclosure statement changes related to cross-
                  owned markets and FCC waiver issues (2.9); review re BIA
                  separation analysis update (0.4); review re open "outlet" research
                  issues (0.8); email exchanges with lenders' counsel re Miami market
                  definition and exchange of Palm Beach data and review re same
                  (0.9); revise Hartford news section (0.5); review research re point
                  "outlet" exhibit (2.0); revise "Readers' Digest" inserts (0.5); finalize
                  changes to BIA separations report and email to lenders' counsel
                  (1.6); review and revise bankruptcy documents' specification of FCC
                  filing deadline (0.2); email M. Fratrik (BIA) re separations analysis
                  issues and changes to report (1.0); email E. Washburn re same (0.1);

Tribune Company

|  |  |  |
|---|---|---|
|  | email same re financial inserts (0.3); review re agenda for lenders' counsel call (0.3).  |  |
|  | M. Swanson | 11.30 hrs. |
| 02/10/10 | Revise Internet charts for all market waiver requests. |  |
|  | M. Weber | 1.40 hrs. |
| 02/11/10 | Participate in telephone conference with Wiley Rein re open FCC issues on stock and warrant allocations and foreign and media ownership certifications (1.1); review and revise Plan (1.9); review and revise disclosure statement (2.4); correspondence with K. Mills re same (0.7). |  |
|  | C. Burrow | 6.10 hrs. |
| 02/11/10 | Prepare print publication exhibit for NY market cross-ownership waiver request regarding applications to assign broadcast applications in bankruptcy (0.8); prepare print publication exhibit for Chicago market cross-ownership waiver request regarding same (1.4); prepare print publication exhibit for Miami market cross-ownership waiver request regarding same (1.1); prepare print publication exhibit for Hartford market cross-ownership waiver request regarding same (1.2); correspondence with J. Roberts regarding Hartford and Miami print publication exhibits regarding same (0.6); telephone conference with J. Roberts regarding Hartford and Miami print publication exhibits regarding same (0.2); preparation of introductory section for NY cross-ownership waiver request regarding same (0.6); preparation of introductory section for LA cross-ownership waiver request regarding same (0.7); preparation of introductory section for Chicago cross-ownership waiver request regarding same (1.2); preparation of introductory section for Miami cross-ownership waiver request regarding same (0.4); preparation of introductory section for Hartford cross-ownership waiver request regarding same (0.8); correspondence with E. Reed (lenders' counsel) regarding introductory sections to cross-ownership waiver requests regarding same (0.3); preparation of correspondence with E. Reed (lenders' counsel) regarding additional changes to public interest narratives for Chicago, Hartford and LA public interest showings for cross-ownership waiver requests regarding same (1.2); Telephone conference with E. Reed, J. Bayes and J. Fiorini (lenders' counsel) regarding outstanding issues regarding same (0.7). |  |
|  | J. Rademacher | 11.20 hrs. |
| 02/11/10 | Telephone conference with D. Liebentritt re FCC timing issues (0.2); telephone conference with S. Sheehan re Hill and FCC lobbying efforts and timing (0.4); telephone conference with Wiley team and review FCC application issues, waivers and procedures and timing (1.5); review and revisions to disclosure statement and Plan and reorganized Tribune documents (0.9). |  |
|  | J. Feore | 3.00 hrs. |
| 02/11/10 | Review agenda and prepare for conference with FCC counsel to |  |

senior lenders (0.4); telephone conference with R. Wiley, J. Bayes, W. Johnson, E. Reed and M. Heller re remaining FCC issues in Plan and disclosure statement (0.9); prepare correspondence to K. Mills (Sidley) re revisions to Plan (0.6); prepare insert for Plan re timing of filing of FCC applications (0.5); review revised draft of Plan document (0.8); review revised draft of disclosure statement (0.8); review issues re effect on application structure from intervening Third Circuit decision (0.7).
J. Logan                                    4.70 hrs.

02/11/10      Review waiver request introductory sections on public interest benefits (0.8); draft agenda for conference call with lenders' counsel (0.6); preparation for and participate in lenders' conference call (1.8); telephone conference with J. Fiorini (Wiley) re Hartford (0.2); review Plan and disclosure statement FCC issues (0.5); review re financial inserts (1.0); review and revise print lists (1.8); telephone conference with E. Washburn and K. Platt re RedEye and amNY(0.7); research re same (1.1); emails with E. Washburn re same (0.2); review BIA Miami report changes (2.1) review NY "shell" re amNY insert (0.4).
M. Swanson                                  10.60 hrs.

02/12/10      Review media market reports for Hartford and LA.
A. Mejia (Practice Group Professional)       1.20 hrs.

02/12/10      Review FCC waiver issues for disclosure statement.
C. Burrow                                    1.10 hrs.

02/12/10      Prepare insert regarding hyperlocal content.
D. Teslik                                    0.80 hrs.

02/12/10      Preparation of disclosure statement regarding Tribune Reorganization Plan (1.2); correspondence with R. Fonticoba regarding Tribune-owned print publications in Miami regarding FCC applications for assignment of broadcast licenses in bankruptcy (0.2); preparation of LA print publications exhibit regarding LA market cross-ownership waiver request regarding same (3.5); telephone conference with E. Reed and J. Bayes (lenders' counsel) regarding cross-ownership waiver requests (0.5); research regarding amNY and Redeye print publications regarding same (1.6).
J. Rademacher                                7.00 hrs.

02/12/10      Review updates to disclosure statement and edits (1.0); review disclosure of newspapers in waiver requests (1.0); revise waiver appeal issues (0.6); telephone conference with Wiley re timing and filing issues (0.4).
J. Feore                                     3.00 hrs.

02/12/10      Review and analyze issues in connection with amNY and Redeye publications in disclosure statement (0.9); prepare correspondence to K. Mills re publication descriptions in disclosure statement (0.3).
J. Logan                                     1.20 hrs.

Tribune Company

| | |
|---|---|
| 02/12/10 | Review re amNY/Redeye issues and need to revise "shells" (1.3); review and revise hyperlocal insert (0.9); preparation for telephone conference with E. Reed and J. Bayes (Wiley) re Miami market definition, hyperlocal insert, print data, public interest narrative changes and BIA reports (1.5); email E. Washburn re amNY/Redeye data issues; review BIA report as revised by lenders' counsel (0.9); telephone conferences with NYC sources to obtain amNY (0.2); email exchange with M. Fratrik (BIA) re Separations Analysis (0.2); email exchanges with E. Reed re financial section and review re same (1.1); email E. Washburn re Miami market definition, financial data and amNY (0.3); review BIA NYC report (0.9). |
| | M. Swanson                                     7.30 hrs. |
| 02/12/10 | Telephone conference with WGCR-AM re interference to WGN-AM (0.3); prepare correspondence to WGCR-AM re same (1.0); research re same (0.8). |
| | S. Patrick                                     2.10 hrs. |
| 02/13/10 | Prepare revisions to M. Fratrik (economist) market report for NY regarding FCC applications for assignment of broadcast licenses in bankruptcy (0.8); prepare revisions to M. Fratrik (economist) market report for LA (0.9) regarding same; prepare revisions to M. Fratrik (economist) market report for Chicago regarding same(0.8); prepare revisions to M. Fratrik (economist) market report for Miami regarding same (0.7); prepare revisions to M. Fratrik (economist) market report for Hartford regarding same (0.8); review questions from lenders' counsel regarding unresolved issues in cross-ownership waiver requests and associated exhibits regarding same (2.3); correspondence with E. Reed (lenders' counsel) regarding print publications exhibit for Miami cross-ownership waiver request (0.2); correspondence with E. Reed (lenders' counsel) regarding ratings exhibits to Chicago cross-ownership waiver request regarding same (0.3); research regarding amNY and Redeye print publications regarding same (1.2); telephone conference with E. Reed and J. Bayes (lenders' counsel) regarding M. Fratrik (economist) transactions/separations report for cross-ownership waiver requests regarding same (0.6). |
| | J. Rademacher                                   8.60 hrs. |
| 02/13/10 | Review reorganization and streamlining proposals for broadcast and publishing (0.8); review issues for FCC applications (0.2); revisions to FCC application and outline of Tribune waivers, requests and appeals (0.9). |
| | J. Feore                                       1.90 hrs. |
| 02/13/10 | Email E. Washburn re FCC "Future of Media" workshops, Tampa session and timing for waivers (0.4); email exchanges with E. Reed re report timing and financial data (0.3); review and revise modified separations report (1.0); preparation for and telephone conference with lenders' counsel re same (1.2); email client re separations report (0.2); review and revise BIA cross-ownership reports (3.4); review and revise common "shell" language to sent to lenders' counsel |

March 25, 2010                                              Page 14

Tribune Company                                            Invoice 522912

|  | based on client changes (1.7).<br>M. Swanson | 8.20 hrs. |
|---|---|---|
| 02/14/10 | Review and revise disclosure statement (3.4); review and revise Plan (3.2); correspondence with J. Boelter and K. Mills re revisions (1.1).<br>C. Burrow | 7.70 hrs. |
| 02/14/10 | Prepare Chicago cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.6); correspondence with E. Reed (lenders' counsel) regarding same (0.6); prepare revisions to M. Fratrik (economist) market report for NY (0.9) regarding same; prepare revisions to M. Fratrik (economist) market report for LA (1.0) regarding same; prepare revisions to M. Fratrik (economist) market report for Chicago regarding same(1.0); prepare revisions to M. Fratrik (economist) market report for Miami regarding same (0.8); prepare revisions to M. Fratrik (economist) market report for Hartford regarding same (0.9); preparation of correspondence with E. reed (lenders' counsel) regarding M. Fratrik reports regarding same (0.5); review questions from lenders' counsel regarding unresolved issues in cross-ownership waiver requests and associated exhibits regarding same (1.7).<br>J. Rademacher | 9.00 hrs. |
| 02/14/10 | Review DPW revisions to disclosure statement and Plan and FCC issues raised by changes (1.0); work on updates re FCC filing issues and timelines (0.8).<br>J. Feore | 1.80 hrs. |
| 02/14/10 | Review and revise BIA cross-ownership reports (1.2); review re NYC factual issues (1.3); finalize and send "shell" common changes to lenders' counsel (3.2); review and revise modified bankruptcy Plan and disclosure statements (4.5); research and review re amNY/Redeye issues (1.0).<br>M. Swanson | 11.20 hrs. |
| 02/15/10 | Review revisions to Plan (1.2); correspondence with J. Boelter re same (0.7); correspondence with K. Mills re updates to disclosure statement (0.6).<br>C. Burrow | 2.50 hrs. |
| 02/15/10 | Correspondence with E. Washburn regarding amNY, Redeye, Baltimore and LA publications regarding FCC applications to assign broadcast licenses in bankruptcy (2.6); correspondence with J. Bayes and E. Reed (lenders' counsel) regarding Tribune-requested changes to Chicago cross-ownership waiver request regarding same (1.2); correspondence with E. Reed (lenders' counsel) regarding changes to Internet usage charts for cross-ownership waiver requests regarding same (0.5); telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding edits to Chicago cross-ownership waiver request regarding same (0.4); review subsidiary liability issues regarding same (0.3); review questions from lenders' counsel regarding |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | unresolved issues in cross-ownership waiver requests and associated exhibits (3.4).<br>J. Rademacher | 8.40 hrs. |
| 02/15/10 | Review revisions to disclosure statement and Plan (0.9); review company reorganization proposal re non-broadcast licenses (0.7); work on FCC application and waivers (1.9).<br>J. Feore | 3.50 hrs. |
| 02/15/10 | Review revised drafts of Plan and disclosure statement re FCC issues (0.8); review Davis Polk comments on waiver request drafts re FCC issues (0.9); review correspondence re treatment of NY and Chicago publications (0.5); review revised FCC sections for J. Boelter (Sidley) (0.4); prepare correspondence to J. Boelter re Davis Polk changes (0.5); review document comparisons re changes relevant to FCC approach (0.8).<br>J. Logan | 3.90 hrs. |
| 02/15/10 | Exchange email with J. Bayes (Wiley) re NAA data (0.1); review E. Washburn email re footnote treatment for amNY/Redeye (0.3); review re FCC filing specification in Plan (0.3); review Hartford financials (1.0); review re language in bankruptcy documents re amNY/Redeye (0.4); review revised Hartford financials (0.2); review re website inserts (0.2); telephone conference with J. Bayes re NY Fratrik report (0.3); prepare and send email to E. Washburn re financial issues (1.0); review Hartford duopoly changes (1.0); telephone conference with J. Bayes and E. Reed (Wiley) re changes to Chicago "shell" (1.0); telephone conference with J. Bayes re same (0.1); telephone conference with E. Washburn re R. Michaels/J. Kersting "shell" changes (0.5); email exchange with E. Washburn re B. Byrnes declaration (0.1); review re Wiley multicast insert (0.4); review re internet updates (0.4); review re changes to Chicago "shell" (2.4).<br>M. Swanson | 9.70 hrs. |
| 02/15/10 | Research re bank lending and credit standards for Hartford waiver request.<br>M. Weber | 0.50 hrs. |
| 02/16/10 | Prepare agenda for weekly regulatory call (0.4); review and revise revised disclosure statement (1.6); correspondence with K. Mills re same (0.7).<br>C. Burrow | 2.70 hrs. |
| 02/16/10 | Analyze exhibit re FCC licenses (0.3), revise same (0.2).<br>J. Pila | 0.50 hrs. |
| 02/16/10 | Telephone conference with J. Bayes, E. Reed and J. Fiorini regarding cross-ownership waiver requests regarding FCC applications to assign broadcast licenses in bankruptcy (0.8); correspondence with E. Reed (lenders' counsel) regarding Tribune-requested edits to Chicago cross-ownership waiver request regarding same (0.8); prepare Chicago cross-ownership waiver request |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | regarding FCC applications to assign broadcast licenses in bankruptcy (6.2); correspondence with E. Washburn regarding preparation of cross-ownership waiver requests regarding same (0.3); prepare Hartford cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.8). |  |
|  | J. Rademacher | 9.90 hrs. |
| 02/16/10 | Telephone conference with S. Sheehan re lobbying strategy and conference with Wiley (0.8); review revisions to disclosure statement re FCC (0.9); review changes to ownership waiver requests and FCC application preparation (0.8). |  |
|  | J. Feore | 2.50 hrs. |
| 02/16/10 | Review revised Plan document (0.3); review and analyze procedures for electronic application forms and structure (0.7); review revised Plan re FCC issues (0.9); prepare changes to revised Plan (0.9); review draft agenda for proposed conference with Wiley firm on completion of FCC applications (0.3); review draft NBCO waiver request re identification of complementary changes in Plan and disclosure statement (0.9). |  |
|  | J. Logan | 4.00 hrs. |
| 02/16/10 | Review revised Hartford financials (0.2) email E. Reed (Wiley) re financial data (0.1); telephone conference with J. Bayes and J. Fiorini (Wiley) re data issues (0.4); email E. Washburn re draft process and timing (0.2); review and revise Hartford duopoly materials (3.4); email exchange with E. Reed re Chicago "shell" revisions (0.2); review and revise lenders new draft of Chicago "shell" (3.9); telephone conference with E. Washburn re Hartford duopoly issues (0.3); review re need for new newspaper data source in BIA reports (0.9); email E. Washburn re Chicago "shell" and deadlines (0.2); emails to G. Mazzeferri re declaration issues (1.2); email exchange with E. Washburn re financial data (0.2); review re agenda for lenders' counsel call (0.3); review re Hartford financials (0.9). |  |
|  | M. Swanson | 12.40 hrs. |
| 02/16/10 | Review and proof revisions to waiver request for Chicago (5.4); prepare exhibits for same (0.5); prepare exhibits for waiver request shell for Hartford (0.6); review revisions to Hartford waiver request (0.3); review and correct references to expert report for Chicago waiver request (1.2). |  |
|  | M. Weber | 8.00 hrs. |
| 02/16/10 | Prepare correspondence to WGCR-AM re interference to WGN-AM. |  |
|  | S. Patrick | 0.30 hrs. |
| 02/17/10 | Draft FCC Form 327 assignment applications re CARS microwave licenses held by Chicagoland Microwave License, Inc. (1.5); draft FCC Form 603 applications re wireless license assignments (1.5). |  |
|  | A. Mejia (Practice Group Professional) | 3.00 hrs. |

March 25, 2010                                                                        Page 17

Tribune Company                                                        Invoice 522912

| 02/17/10 | Participate in regulatory group telephone conference re status of FCC issues (1.1); review and revise Wiley draft of comprehensive FCC exhibit (0.9); correspondence with K. Mills re FCC provisions and status of Plan and disclosure statement (0.6); review issues re preparation of FCC applications (0.5). | |
| --- | --- | --- |
| | C. Burrow | 3.10 hrs. |
| 02/17/10 | Prepare assignment applications for KCPQ(TV), KTXL(TV), KIAH(TV), KSWB-TV and KTLA (1.4); prepare private radio assignment application for KCPQ(TV) (0.9); research re FRN passwords for all Tribune entities (0.5). | |
| | C. Pena (Paralegal) | 2.80 hrs. |
| 02/17/10 | Research re status of Chicago Cubs FCC licenses (0.4), draft comments re same (0.2). | |
| | J. Pila | 0.60 hrs. |
| 02/17/10 | Prepare Chicago cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (4.8); prepare Hartford cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (3.8); correspondence with E. Washburn regarding drafts of Miami and LA cross-ownership waiver requests regarding same (0.4); correspondence with E. Reed (lenders' counsel) regarding changes to Chicago cross-ownership waiver request (1.5); correspondence with J. Levine regarding The Stan Simpson Show regarding same(0.1); correspondence with E. Washburn regarding changes to Chicago cross-ownership waiver request regarding same (0.3); telephone conference with R. Wiley, J. Bayes and E. Reed (lenders' counsel) regarding changes to cross-ownership waiver requests regarding same (1.0); telephone conference with J. Fiorini regarding Hartford duopoly waiver request regarding same (0.6); . | |
| | J. Rademacher | 13.50 hrs. |
| 02/17/10 | Telephone conference with Wiley team re FCC application preparation, waivers, procedures and showings (1.0); work on FCC lobbying efforts with Wiley and S. Sheehan (1.0); review and revise FCC exhibits (1.2). | |
| | J. Feore | 3.20 hrs. |
| 02/17/10 | Review agenda from lenders' counsel in preparation for telephone conference (0.4); telephone conference with R. Wiley, J. Bayes, M. Heller and E. Houston (Wiley firm) re ownership issues, FCC application and certification process in connection with stock issuance (0.8); review draft transaction description from Wiley firm for FCC applications (0.9); prepare revisions and inserts to draft transaction description from Wiley firm re FCC applications (0.8); review Tribune renewal application for review from Media Access Project (0.3); review issues re required secondary non-broadcast authorization applications (0.4). | |
| | J. Logan | 3.60 hrs. |

March 25, 2010                                                  Page 18

Tribune Company                                          Invoice 522912

| | | |
|---|---|---|
| 02/17/10 | Review changes to newspaper broker's declaration and email M. Fratrik and lenders' counsel re same (0.4); email lenders' counsel re NY "shell" and Tribune-owned papers (0.2); revise G. Mazzeferi declaration and email to lenders' counsel (0.4); review updated WTXX financials with notes and email to lenders' counsel (0.5); preparation for and telephone conference with lenders' counsel re status of component parts of FCC application (1.1); review and revise lenders' counsel's Chicago "shell" modifications (5.8); email exchanges with lenders' counsel re newspaper broker's declaration (0.2); review re lenders' counsel draft of "Description of Transaction" for FCC application (0.2); review and revise lenders' counsel's Hartford "shell" modifications (2.6); review and revise Indianapolis "shell" and Fratrik Indianapolis changes (1.2). | |
| | M. Swanson | 12.60 hrs. |
| 02/17/10 | Analysis re appellate rights and waiver issues. | |
| | M. Hays | 0.20 hrs. |
| 02/17/10 | Revise waiver request for Chicago market (7.3); revise waiver request for Hartford market (5.4). | |
| | M. Weber | 12.70 hrs. |
| 02/17/10 | Research CDBS/FRN accounts for Tribune subsidiaries (0.3); review filings (0.7); draft media bureau assignment applications for licensees (1.2). | |
| | S. Anderson (Practice Group Professional) | 2.20 hrs. |
| 02/17/10 | Draft assignment applications for Media Bureau licenses held by Tribune Television Holdings, Inc. (1.1), Tribune Television Company (0.6), Tribune Broadcast Holdings, Inc.(0.6), Channel 39, Inc. (0.6) and KWGN, Inc. (0.6) | |
| | S. Marx (Paralegal) | 3.50 hrs. |
| 02/17/10 | Review issues re Mobile DTV. | |
| | S. Patrick | 0.10 hrs. |
| 02/18/10 | Draft FCC Form 603 wireless license assignment applications. | |
| | A. Mejia (Practice Group Professional) | 5.00 hrs. |
| 02/18/10 | Revise comprehensive FCC application exhibit (0.8): review status of FCC broadcast and non-broadcast electronic applications (0.6). | |
| | C. Burrow | 1.40 hrs. |
| 02/18/10 | Prepare private radio assignment applications for KCPQ(TV), KTXL(TV), KIAH(TV) and KLTA(TV) (2.2); prepare earth station assignment applications for KCPQ, KTXL, KIAH, KSWB and KTLA (2.0). | |
| | C. Pena (Paralegal) | 4.20 hrs. |
| 02/18/10 | Revise exhibit re secondary FCC licenses. | |
| | J. Pila | 0.50 hrs. |
| 02/18/10 | Correspondence with E. Washburn regarding declaration of B. Byrnes (television transactions expert) for Hartford duopoly waiver | |

Tribune Company

request regarding FCC applications to assign broadcast licenses in bankruptcy (1.0); correspondence with S. Rabb regarding ratings for Hartford DMA viewing of out-of-market television stations regarding same (0.4); correspondence with J. Fiorini (lenders' counsel) regarding changes to Indianapolis market economic report regarding same (0.4); correspondence with J. Fiorini (lenders' counsel) regarding changes to Indianapolis market waiver request regarding same (0.3); correspondence with J. Levine regarding Plans for WTIC-TV coverage of U.S. Senate primary debates (0.2); telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding changes to Chicago market cross-ownership waiver request regarding same (0.4); correspondence with M. Fratrik (expert economist) regarding changes to Indianapolis market report regarding same (0.6); prepare NY market cross-ownership waiver request regarding same (2.2); prepare Hartford market cross-ownership waiver request regarding same (3.1); prepare Chicago market cross-ownership waiver request regarding same (0.5).
J. Rademacher                                    9.10 hrs.

02/18/10    Telephone conference with T. Davidson re requested waivers and issues of transferability (0.3); review legal basis for waivers and permanence (0.5); update legal showing for FCC application and Plan (0.9).
J. Feore                                              1.70 hrs.

02/18/10    Review draft transaction description from Wiley firm (0.9); prepare inserts and changes to draft transaction description (0.9); review inserts re non-broadcast application to identify necessary applications (0.8); review cited decisions in transaction description (0.7); revise transaction description (0.9); prepare correspondence to W. Johnson (FCC counsel to senior lenders)(0.3); prepare correspondence to K. Mills re status of schedule for filing of Plan and disclosure statement (0.3); review revised draft of foreign ownership assessment instructions (0.8).
J. Logan                                              5.60 hrs.

02/18/10    Review re Indianapolis factual issues in BIA report (0.5); telephone conference with J. Bayes (Wiley) re review schedule (0.1); review and revise Hartford X-O "shell" (3.9); preparation for and telephone conference with E. Reed and J. Bayes (Wiley) re factual issues and "shell" revisions (1.5); review G. Mazzaferri data changes (0.4); draft Hartford duopoly materials (1.2); review re common "shell" issues (1.0).
M. Swanson                                         8.20 hrs.

02/18/10    Work on revisions to Hartford waiver request (1.9); review and confirm revisions to econometric reports (3.3); work on revisions to NY waiver request (4.1).
M. Weber                                            9.30 hrs.

02/18/10    Draft assignment applications for Media Bureau licenses held by Tribune Television New Orleans (0.5), WPIX, Inc. (0.5), WDCW

Tribune Company

|  | Broadcasting (0.5), WTXX, Inc. (0.5) and KPLR, Inc. (0.5); review all Media Bureau assignment applications (1.5); file number for 2008 FCC application to put Tribune licenses into bankruptcy (0.2); draft text re same (0.3). |  |
|  | S. Anderson (Practice Group Professional) | 4.50 hrs. |
| 02/18/10 | Draft assignment applications for International Bureau licenses held by Tribune Television Company. |  |
|  | S. Marx (Paralegal) | 2.40 hrs. |
| 02/19/10 | Draft FCC Form 603 wireless license assignment applications. |  |
|  | A. Mejia (Practice Group Professional) | 2.30 hrs. |
| 02/19/10 | Review and revise FCC comprehensive exhibit (0.8); review disclosure statement for language re treatment of FCC waivers (0.4); review and revise foreign ownership certification (1.2); review issues re FCC applications (0.5). |  |
|  | C. Burrow | 2.90 hrs. |
| 02/19/10 | Prepare earth station assignment applications for WGNO, WGN, WNOL-TV, WPIX and Chicagoland Microwave Licensee (3.1); research re all Tribune earth station licenses (0.7). |  |
|  | C. Pena (Paralegal) | 3.80 hrs. |
| 02/19/10 | Correspondence with M. Fratrik (expert economist) regarding changes to Indianapolis market report regarding FCC applications for transfer of broadcast licenses in bankruptcy (0.3); correspondence with E. Washburn and C. Sennet regarding changes to LA market cross-ownership waiver request regarding same (0.2); prepare LA market cross-ownership waiver request regarding same (2.8); prepare NY market cross-ownership waiver request regarding same (3.0); prepare Hartford market cross-ownership waiver request regarding same (3.9); review and analysis of new advertising market report prepared by M. Fratrik regarding same (0.3); telephone conference with M. Fratrik regarding same (0.1). |  |
|  | J. Rademacher | 10.60 hrs. |
| 02/19/10 | Review updates to BIA studies re cross-owned markets (0.9); work on final requests to FCC on waiver requests for cross-ownership (0.9); telephone conference with counsel for Oaktree and Angelo Gordon re waivers, transferability and FCC meetings (0.4). |  |
|  | J. Feore | 2.20 hrs. |
| 02/19/10 | Revise proposed transaction description and ownership exhibit for applications (0.9); prepare correspondence to FCC counsel to senior lenders re exhibit draft (0.7); revise proposed instructions re foreign ownership certification (0.9); telephone conference with W. Johnsen re foreign assessment (0.6); review issues re EEO program filings in connection with Section 314 applications (0.8). |  |
|  | J. Logan | 3.90 hrs. |
| 02/19/10 | Telephone conference with J. Bayes (Wiley) re timing (0.1); review and revise Hartford modifications (0.5); review and revise modified |  |

|  |  |  |
|---|---|---|
| | NY "shell" (4.0); review BIA press release re new data (0.4); telephone conference with M. Fratrik and J. Bayes re same (0.8); email suggested language to Wiley re same (0.3). | |
| | M. Swanson | 7.00 hrs. |
| 02/19/10 | Work on revisions to Hartford waiver request (4.0); work on revisions to NY waiver request (3.9); work on revisions to LA waiver request (3.4); work on revisions to Miami waiver request (1.4). | |
| | M. Weber | 12.70 hrs. |
| 02/19/10 | Research re preparation of EEO filings for assignment application. | |
| | S. Anderson (Practice Group Professional) | 1.10 hrs. |
| 02/19/10 | Draft assignment applications for International Bureau licenses held by Tribune Television Company (2.5), Channel 39, Inc. (0.5) and KWGN, Inc. (0.5) | |
| | S. Marx (Paralegal) | 3.50 hrs. |
| 02/20/10 | Prepare Miami market cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (3.8); prepare NY market cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (2.9); prepare LA market cross-ownership waiver request regarding FCC applications to assign broadcast licenses in bankruptcy (1.8). | |
| | J. Rademacher | 8.50 hrs. |
| 02/20/10 | Review revisions to market studies and Tribune waiver showings (0.4); research re bankruptcy status and impact on FCC waiver requests (0.4). | |
| | J. Feore | 0.80 hrs. |
| 02/20/10 | Review changes across all "shells" for consistency in arguments made by lenders' counsel and application to different market "facts" (3.2); review and revise LA "shell" (3.4); review research re duopoly update (1.1); review re updates needed to BIA reports (1.7); review re "financial" changes (0.7). | |
| | M. Swanson | 10.10 hrs. |
| 02/20/10 | Work on revisions to Miami waiver request (3.1); work on revisions to NY waiver request (3.0); work on revisions to LA waiver request (2.0). | |
| | M. Weber | 8.10 hrs. |
| 02/21/10 | Prepare NY market cross-ownership waiver request regarding FCC applications for assignment of broadcast licenses in bankruptcy (1.3); prepare LA market cross-ownership waiver request regarding same (2.4); prepare Chicago market cross-ownership waiver request regarding same (1.3); prepare Miami market cross-ownership waiver request regarding same (2.9); prepare Hartford market cross-ownership waiver request regarding same (1.4); correspondence with E. Reed regarding M. Fratrik (economist) cross-ownership market reports regarding same (0.8). | |

March 25, 2010                                    Page 22

Tribune Company                                   Invoice 522912

|  | J. Rademacher | 10.10 hrs. |
|---|---|---|

02/21/10    Review and revise changes to LA, NY and Hartford cross-ownership "shells" (3.9); review and revise Miami cross-ownership "shell" (3.4); review and revise changes to eight BIA reports (4.0).
M. Swanson                                         11.30 hrs.

02/21/10    Work on revisions to NY waiver request (1.6); work on conforming changes to Chicago waiver request (1.9); work on revisions to Miami waiver request (2.3); work on revisions to LA waiver request (1.0).
M. Weber                                           6.80 hrs.

02/22/10    Research data point re out of market signal carriage in Hartford-New Haven DMA.
A. Mejia (Practice Group Professional)             1.00 hrs.

02/22/10    Review and revise foreign ownership certification questionnaire (1.8); review issues re FCC application drafts (0.3).
C. Burrow                                          2.10 hrs.

02/22/10    Prepare NY market cross-ownership waiver request regarding FCC applications for assignment of broadcast licenses in bankruptcy (1.7); prepare LA market cross-ownership waiver request regarding same (1.7); prepare Chicago market cross-ownership waiver request regarding same (1.2); prepare Miami market cross-ownership waiver request regarding same (1.2); prepare Hartford market cross-ownership waiver request regarding same (1.7); prepare correspondence with J. Bayes and E. Reed (lenders' counsel) regarding same (0.6); prepare Hartford market duopoly waiver request regarding same (0.8); prepare Hartford market economist's report regarding same (0.3); correspondence with J. Fiorini regarding Hartford duopoly waiver documents regarding same (0.7).
J. Rademacher                                      9.90 hrs.

02/22/10    Telephone conference with Wiley re Plan filing and timing issues (0.2); conference with counsel for Oaktree re FCC waivers and strategy and update memorandum (0.4); research decisions re ownership waivers and work on appellate rights memorandum (0.8).
J. Feore                                           1.40 hrs.

02/22/10    Revise foreign ownership instructions for certification (0.9); revise limited partnership/LLC computational instructions (0.9); research regarding computational issues raised by certification instructions (0.8); correspondence with W. Johnsen (FCC counsel to senior lenders) regarding same (0.7).
J. Logan                                           3.30 hrs.

02/22/10    Review and revise Hartford "shell" and factual materials (2.3); telephone conference with G. Mazzaferri re same (0.2); review and revise cross-ownership "shells" in preparation to send all to lenders' counsel (2.0); finalize and send Hartford materials to lenders' counsel (2.2).

Tribune Company

|  |  |  |
|---|---|---|
| | M. Swanson | 6.70 hrs. |
| 02/22/10 | Revise memo re appellate rights and waiver issues. | |
| | M. Hays | 1.40 hrs. |
| 02/22/10 | Finalize changes to waiver request shells (6.5); review and revise econometric reports (0.5). | |
| | M. Weber | 7.00 hrs. |
| 02/22/10 | Research 2007 EEO filings for use in preparation of 2010 filings. | |
| | S. Anderson (Practice Group Professional) | 0.30 hrs. |
| 02/22/10 | Draft assignment applications for International Bureau licenses held by KWGN, Inc. | |
| | S. Marx (Paralegal) | 1.00 hrs. |
| 02/23/10 | Review open issues for FCC regulatory working group conference call. | |
| | C. Burrow | 0.40 hrs. |
| 02/23/10 | Correspondence with E. Reed (lenders' counsel) regarding questions about Chicago and Hartford cross-ownership waiver requests regarding FCC applications to assign broadcast licenses in bankruptcy (0.4); correspondence with J. Bayes and E. Reed (lenders' counsel) regarding M. Fratrik's (economist) separations report regarding same (0.2); correspondence with J. Fiorini (lenders' counsel) regarding Mazzaferri declaration and Hartford duopoly waiver request regarding same (0.2). | |
| | J. Rademacher | 0.80 hrs. |
| 02/23/10 | Work on appellate rights and waiver memo re Tribune and existing litigation (0.5); telephone conference re FCC meetings and proposed strategy for FCC approvals (0.3). | |
| | J. Feore | 0.80 hrs. |
| 02/23/10 | Review proposed agenda for telephone conference with senior lenders' FCC counsel. | |
| | J. Logan | 0.40 hrs. |
| 02/23/10 | Review and revise agenda for lenders' counsel call on February 24 (0.4); exchange emails with J. Fiorini re need for Hartford follow-up (0.2); telephone conference with J. Bayes re production of "shells" and factual questions (0.6); telephone conference with E. Washburn re status of drafts (0.2); review E. Reed (Wiley) email re factual issues (0.3); research re factual "open issues" and organize market files (1.2). | |
| | M. Swanson | 2.90 hrs. |
| 02/23/10 | Review preparation of EEO reports for assignment applications. | |
| | S. Anderson (Practice Group Professional) | 0.20 hrs. |
| 02/24/10 | Participate in FCC working group conference call re status of FCC applications and documentation (0.8); review timing issues re media ownership and foreign ownership certifications and FCC | |

Tribune Company                                                          Invoice 522912

|  | | |
|---|---|---|
| | applications (0.8); prepare issues list for Sidley re same (0.7).<br>C. Burrow | 2.30 hrs. |
| 02/24/10 | Conference call with R. Wiley, J. Bayes, J. Fiorini and E. Reed (lenders' counsel) regarding waivers for FCC applications for assignment of broadcast licenses in bankruptcy (0.6); conference call with J. Bayes and E. Reed (lenders' counsel) regarding cross-ownership waiver requests regarding same (0.4); telephone conference with J. Fiorini (lenders' counsel) regarding Hartford duopoly and Indianapolis satellite waiver requests regarding same (0.3); correspondence with J. Fiorini (lenders' counsel) regarding issues about recent bank lending activity regarding same (0.4); correspondence with E. Reed (lenders' counsel) regarding changes to Hartford cross-ownership waiver request (0.2).<br>J. Rademacher | 1.90 hrs. |
| 02/24/10 | Telephone conferences with D. Wiley and T. Davidson re meetings at FCC and timing issues (0.5); review updates to waivers (0.5); research re options for permanent waivers and FCC precedent (0.4).<br>J. Feore | 1.40 hrs. |
| 02/24/10 | Review application status issues in connection with conference call with FCC counsel to senior lenders (0.3); telephone conference with R. Wiley, J. Bayes, W. Johnsen, E. Houston and E. Heller (FCC counsel to senior lenders) regarding FCC applications and remaining issues for transaction description exhibit (0.8); review and analysis of FCC concerns with potential for multiple amendments presented by delay in requirement for media ownership certification and by proposed internal restructurings (0.5).<br>J. Logan | 1.60 hrs. |
| 02/24/10 | Organize exhibits, data and factual support for waiver drafts (1.9); prepare for and telephone conference with lenders' counsel re status of preparation of FCC application and waiver requests (1.3); review re effect of alien and ownership certifications on waiver success (0.4); prepare for and telephone conference with J. Fiorini and J. Riehm (Wiley) re Hartford and Indianapolis revisions (1.0); prepare for and telephone conference with E. Reed and J. Bayes (Wiley) re waiver data and finalization (1.4); telephone conference with J. Bayes and M. Fratrik (BIA) re new media study (0.8); work on revisions based on Fiorini/Reed calls (0.6).<br>M. Swanson | 7.40 hrs. |
| 02/25/10 | Draft FCC Form 603 applications re wireless license assignments.<br>A. Mejia (Practice Group Professional) | 2.30 hrs. |
| 02/25/10 | Research re broadband adoption in connection with new media portions of waiver request.<br>D. Teslik | 2.00 hrs. |
| 02/25/10 | Telephone conference with counsel for Oaktree re FCC waiver requests and meetings (0.3); review legal basis for permanent waivers (0.4); work on language for Plan re public interest benefits | |

March 25, 2010                                              Page 25

Tribune Company                                            Invoice 522912

|            |                                                                                                                                                                                                                                                                                                       |           |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            | of waivers (0.6).                                                                                                                                                                                                                                                                                      |           |
|            | J. Feore                                                                                                                                                                                                                                                                                              | 1.30 hrs. |
| 02/25/10   | Review timing issues in connection with foreign ownership certifications and media ownership certifications.                                                                                                                                                                                           |           |
|            | J. Logan                                                                                                                                                                                                                                                                                              | 0.80 hrs. |
| 02/25/10   | Review re broadband adoption reports and effect on Internet sections of waiver requests (0.5); work on data updates (0.8).                                                                                                                                                                              |           |
|            | M. Swanson                                                                                                                                                                                                                                                                                            | 1.30 hrs. |
| 02/26/10   | Review open issues re timing of media ownership certification and its impact on the FCC application approval process (0.7); correspondence with J. Boelter re same (0.3); review proposed restructuring transactions for FCC application timing issues (0.8); correspondence with Langdon re same (0.3). |           |
|            | C. Burrow                                                                                                                                                                                                                                                                                             | 2.10 hrs. |
| 02/26/10   | Research and review broadband adoption in connection with new media portions of waiver request.                                                                                                                                                                                                        |           |
|            | D. Teslik                                                                                                                                                                                                                                                                                             | 0.80 hrs. |
| 02/26/10   | Review and update legal arguments re ownership waivers in draft FCC applications (1.0); telephone conference with counsel for Angelo Gordon re FCC showings and meeting dates (0.3); review FCC decisions and filings re ownership waiver parameters (0.5).                                              |           |
|            | J. Feore                                                                                                                                                                                                                                                                                              | 1.80 hrs. |
| 02/26/10   | Review FCC concerns with internal reorganization applications.                                                                                                                                                                                                                                         |           |
|            | J. Logan                                                                                                                                                                                                                                                                                              | 0.80 hrs. |
| 02/26/10   | Exchange emails with E. Reed (Wiley) re factual issues.                                                                                                                                                                                                                                                 |           |
|            | M. Swanson                                                                                                                                                                                                                                                                                            | 0.30 hrs. |
| 02/27/10   | Work on updates to waiver drafts and market studies (0.4); review FCC decisions re ownership and waiver studies re Tribune's applications (0.5).                                                                                                                                                          |           |
|            | J. Feore                                                                                                                                                                                                                                                                                              | 0.90 hrs. |
| 02/28/10   | Review re TV spectrum issues and evaluate need to address in waiver requests.                                                                                                                                                                                                                          |           |
|            | M. Swanson                                                                                                                                                                                                                                                                                            | 0.30 hrs. |

BILLING SUMMARY

|              | Hours  |
|--------------|--------|
| BURROW       | 59.30  |
| FEORE        | 51.00  |
| HAYS         | 3.90   |
| LOGAN        | 58.50  |
| PATRICK      | 3.40   |
| SWANSON      | 204.90 |
| RADEMACHER   | 213.70 |
| PILA         | 3.00   |

March 25, 2010                                          Page 26

Tribune Company                                          Invoice 522912

|  |  |
|---|---|
| TESLIK | 3.60 |
| WEBER | 93.40 |
| ANDERSON | 8.30 |
| MEJIA | 14.80 |
| MARX | 10.40 |
| PENA | 10.80 |
| TOTAL | 739.00 |

Fees for Professional Services ......................................................... $    372,998.00

|  |  |  |
|---|---|---|
| COURIER SERVICE | $ | 54.82 |
| INFORMATION SERVICES | $ | 0.18 |
| LEXIS-NEXIS | $ | 211.88 |
| REPRODUCTION | $ | 1,685.10 |
| TELEPHONE | $ | 27.24 |
| WESTLAW INFORMATION SERVICE | $ | 70.64 |

Total Reimbursable Costs ................................................................ $      2,049.86
Total Current Billing For This File ................................................. $    375,047.86

Our File # 08656.0101          For Services Through February 28, 2010
Retention and Fee Applications

| 02/04/10 | Preparation of 8th monthly fee application.<br>C. Meazell | 0.90 hrs. |
|---|---|---|
| 02/05/10 | Preparation of 8th monthly fee application.<br>C. Meazell | 0.60 hrs. |
| 02/08/10 | Preparation of 8th monthly fee application.<br>C. Meazell | 0.90 hrs. |
| 02/16/10 | Preparation of 8th monthly fee application.<br>C. Meazell | 1.20 hrs. |
| 02/22/10 | Preparation of correspondence to Tribune re monthly fee applications.<br>C. Meazell | 0.30 hrs. |
| 02/23/10 | Finalize 8th monthly fee application (0.2); preparation of correspondence to Delaware counsel regarding filing of same (0.2). | |

March 25, 2010                                          Page 27

Tribune Company                                          Invoice 522912

       C. Meazell                                    2.20 hrs.

02/25/10    Preparation of correspondence to Stuart Maue regarding 8th monthly
      fee application.
      C. Meazell                                    0.20 hrs.

## BILLING SUMMARY

|              | Hours |
|--------------|-------|
| MEAZELL      | 6.30  |
| TOTAL        | 6.30  |

Fees for Professional Services ........................................................ $          2,520.00

Total Current Billing For This File................................................ $          2,520.00

Total Current Billing for This Invoice............................................ $        377,567.86

# ☼ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

March 25, 2010

Tribune Company
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 522912

Our File # 08656.0100        For Services Through February 28, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................. $          375,047.86

Our File # 08656.0101        For Services Through February 28, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................. $              2,520.00

    Total Current Billing for This Invoice ............................................................. $          377,567.86

Wire Instructions:

    Bank Name: Wachovia Bank, N.A.
    ABA Routing #:  0540-0122-0
        1300 I Street, NW
        Washington, DC  20005
    Account Name: Dow Lohnes Main Operating Account

# REMITTANCE COPY

Account #: 2000026604103
Swift Code: PNBPUS33
Reference: Client/Matter # and Invoice#

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1 - FEBRUARY 28, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 1,685.10 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 54.82 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 211.88 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.18 |
| Telephone Tolls | | 27.24 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 70.64 |
| **Total** | | **2,049.86** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.