## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref Nos. 3780, 3781, 3782, 3783** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK   )

LINDSAY DANAS, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On March 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfers"), copies of which are annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>. I also caused copies of each of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Lindsay Danas

Sworn to before me this
22nd day of March, 2010

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175979
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 10-29-2011

EXHIBIT A

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BETA BREAKERS
      7665 REDWOOD BLVD  SUITE 100
      NOVATO, CA 94945
```

Please note that your claim # 2693 in the above referenced case and in the amount of
$1,984.09 has been transferred **(unless previously expunged by court order)** to:

```
FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BETA BREAKERS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3780     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                           David D. Bird, Clerk of Court


                                           /s/ L. DANAS
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 22, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
In re:                                    |    Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |    Case No. 08-13141 (KJC)
                                          |
                Debtors.                  |    Jointly Administered
                                          |
                                          |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  CITY OF DEERFIELD BEACH
             150 NE 2ND AVE
             DEERFIELD BEACH, FL 33441-3598
```

Please note that your schedule in the above referenced case and in the amount of
        $12,022.74 has been transferred **(unless previously expunged by court order)** to:

```
        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: CITY OF DEERFIELD BEACH
        ANSONIA FINANCE STATION
        PO BOX 237037
        NEW YORK, NY 10023
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3781      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                          David D. Bird, Clerk of Court


                                          /s/ L. DANAS

                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                        .                      as claims agent for the debtor(s).        .

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 22, 2010.

```
In re:                                    |    Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |    Case No. 08-13141 (KJC)
                                          |
                    Debtors.              |    Jointly Administered
                                          |
                                          |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    INVESTORPLACE MEDIA LLC
               ATTN GERSON ROESKE
               9201 CORPORATE BLVD
               ROCKVILLE, MD 20850

Please note that your schedule in the above referenced case and in the amount of $1,000.00 has been transferred **(unless previously expunged by court order)** to:

               FAIR HARBOR CAPITAL, LLC
               TRANSFEROR: INVESTORPLACE MEDIA LLC
               ANSONIA FINANCE STATION
               PO BOX 237037
               NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3782    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                          David D. Bird, Clerk of Court


                                          /s/ L. DANAS
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 22, 2010.

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  VISITING NURSE & HEALTH SERVICE OF CT
        8 KEYNOTE DR
        VERNON, CT 06066-5040

Please note that your schedule in the above referenced case and in the amount of
    $1,584.50 has been transferred **(unless previously expunged by court order)** to:

    FAIR HARBOR CAPITAL, LLC
    TRANSFEROR: VISITING NURSE & HEALTH SERV
    ANSONIA FINANCE STATION
    PO BOX 237037
    NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    District of Delaware
    824 Market Street, Fifth Floor
    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3783      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                    David D. Bird, Clerk of Court

                  /s/ L. DANAS

                  By: Epiq Bankruptcy Solutions, LLC
                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 22, 2010.

EXHIBIT B

```
TIME: 11:23:31                                    The Tribune Company                                    PAGE:    1
DATE: 03/22/10                                    CREDITOR LISTING

Name                                    Address
BETA BREAKERS                           7665 REDWOOD BLVD  SUITE 100 NOVATO CA 94945
CITY OF DEERFIELD BEACH                 150 NE 2ND AVE DEERFIELD BEACH FL 33441-3598
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: BETA BREAKERS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: CITY OF DEERFIELD BEACH ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: INVESTORPLACE MEDIA LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: VISITING NURSE & HEALTH SERV ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
INVESTORPLACE MEDIA LLC                 ATTN GERSON ROESKE 9201 CORPORATE BLVD ROCKVILLE MD 20850
VISITING NURSE & HEALTH SERVICE OF CT   8 KEYNOTE DR VERNON CT 06066-5040


Total Number of Records Printed         8
```

EXHIBIT C

TRB  DEF TRF NTCS (3-22-10)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801