# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING THIRD INTERIM APPLICATION OF
## ALIXPARTNERS, LLP

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the Third

Interim Application of AlixPartners, LLP, for the period from June 1, 2009, through August 31, 2009

("Application"), seeking approval of fees that total $1,509,181.00 and reimbursement of expenses that

total $19,497.49. AlixPartners, LLP ("AlixPartners") is financial advisor to the Official Committee of

Unsecured Creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Background

1.        Stuart Maue reviewed the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.        This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees, are displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed but not underlined.

3.        Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.        Stuart Maue issued a preliminary report of our findings to AlixPartners, and in turn the firm provided a detailed response that included spreadsheets and additional detail for fee and expense items in question. After consideration of the new information and context provided by AlixPartners, and direct communication with the firm, Stuart Maue prepared this final report for the Court.

## Discussion of Findings

## Reconciliation of Fees and Expenses

5.        Stuart Maue recomputed the fees and expenses requested in the Application.  The hours billed by each timekeeper were totaled and multiplied by the individual's hourly rate.  The recomputation of fees and expenses revealed no difference between the amounts requested and the amounts computed.

## Review of Fees

6.        **Firm Staffing.**  The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11."  The Application provided the names, positions, and hourly rates of the AlixPartners timekeepers who billed to this matter.  The matter was staffed with 22 professionals and paraprofessionals, consisting of 4 managing directors, 5 directors, 6 vice presidents, 5 associates, 1 analyst, and 1 paraprofessional.  A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm billed a total of 3,389.65 hours with associated fees of $1,509,181.00.  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 308.30 | 9% | $ 235,383.00 | 16% |
| Director | 1,113.05 | 33% | 567,341.00 | 38% |
| Vice President | 955.40 | 28% | 415,703.75 | 28% |
| Associate | 933.65 | 28% | 275,915.75 | 18% |
| Analyst | 21.00 | * | 4,935.00 | * |
| Paraprofessional | 58.25 | 2% | 9,902.50 | * |
| **TOTAL** | 3,389.65 | 100% | $1,509,181.00 | 100% |

* Less than 1%

The blended hourly rate for the AlixPartners professionals is $450.04 and the blended hourly rate for the professionals and the paraprofessionals is $445.23.

7.    **Hourly Rate Increases.**    AlixPartners did not increase the hourly rate of any timekeeper during the third interim period.

8.    **Complete and Detailed Task Descriptions.**    Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." Contrary to the requirements of the Local Rules and the Guidelines, many activity descriptions in the Application were not sufficiently detailed.

a.    **Vaguely Described Conferences.**    Stuart Maue identified only a few time entries for conferences that did not include the name of the person(s) with whom the communication was held and/or the subject or purpose of the communication. Stuart Maue provided an exhibit to the preliminary report of the time entries at issue in order that the firm may take corrective action in future applications, and requests that the firm bill each activity separately, and provide additional billing narrative identifying the subject matter of any conferences and the participants. Exhibit B to the preliminary report is omitted from this report.

b.    **Other Vaguely Described Activities.**    Stuart Maue identified seven billing entries lacking the requisite detail, though in each instance the activity performed was clear and the missing information related only to the specific analyst report reviewed. The entries in question were displayed in Exhibit C to the preliminary report for informational purposes. Stuart Maue requested that AlixPartners provide sufficient detail for each entry in future applications, but makes no

recommendation for a fee reduction given the limited number of insufficiently described entries. Exhibit C is omitted from this report.

9.    **Block Billing.** The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). AlixPartners block billed numerous activity descriptions into one billing entry with a single time increment. The block billed entries were displayed in Exhibit D to the preliminary report and total 38.50 hours with $21,966.50 in associated fees. The entries were identified to allow review by the firm so that corrective action may be taken to assure that future fee applications are void of block billed entries, and we make no recommendation for a fee reduction at this time though we will do so in the future if the firm does not take corrective measures. Exhibit D is omitted from this report.

10.    **Periods of Extraordinary Effort.** Stuart Maue identified work performed by two AlixPartners timekeepers that involved extended periods of effort, where the need for the extended hours was not apparent from the time entries. Specifically, Director Mark F. Rule and associate Adam M. Janovsky billed 268.10 hours and 309.55 hours, respectively, during the month of August 2009. The amount of time billed for work during this month was substantial when compared to the amount of time billed in adjoining periods. Exhibit E to the preliminary report displayed the 577.65 hours and associated fees of $226,773.25 for the billers' August 2009 efforts. Stuart Maue requested that AlixPartners provide an explanation of the necessity and appropriateness of the very large amount of hours invoiced by the two timekeepers during this period.

In response to the preliminary report, the firm stated that on July 15th Committee counsel requested that AlixPartners present – prior to Labor Day – preliminary thoughts on the solvency of the Debtor as a result of the leverage ESOP transaction. The firm asserted this was a compressed time frame to perform all of the requisite work, which included (i) analysis of hundreds of thousands of documents produced through the discovery process, (ii) modeling and preparing sensitivity analyses of the various contemporaneous valuations/solvency analyses, (iii) analysis of hundreds of

versions of projections, and (iv) review of e-mail and work product of the different parties involved in the transaction. Given the additional information and detail provided by AlixPartners, Stuart Maue makes no recommendation for a fee reduction, and Exhibit E is omitted from this report.

11.    **Conferences, Hearings, and Other Events.** Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994).

a.    **Nonfirm Conferences, Hearings, and Events.** Stuart Maue identified occasions when two or more AlixPartners timekeepers bill for attendance at the same nonfirm conference, hearing, or other event. Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 295.45 hours with $147,201.00 in associated fees, were displayed in Exhibit F to the preliminary report. The entries for all attendees, except the timekeeper who appear to be the most responsible (i.e., the timekeeper conducting rather than observing a meeting), were highlighted in bold and marked with an ampersand [&] in the exhibit. The potentially duplicative and unnecessary timekeepers' entries total 120.45 hours with $67,298.50 in associated fees. The entries describing travel to and from the meetings were also included in Exhibit F. Stuart Maue requested that AlixPartners provide a brief explanation of the role and necessity of the multiple billers attending the conferences and events.

In response to the preliminary report, AlixPartners provided a very detailed explanation that included (i) a general statement of the firm's management of it engagements, (ii) a breakdown of the meetings and events at issue into five categories, for which the firm provided a

spreadsheet that included the classification of each time entry; and (iii) a statement describing the nature and purpose of the various categories of meetings and events and the necessity of including more than one firm timekeeper. Given the context and detail provided, Stuart Maue makes no recommendation for a fee reduction resulting from multiple attendance at meetings and events. Exhibit F is omitted from this report.

          **b.**    <u>**Intraoffice Conferences.**</u>    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by AlixPartners for intraoffice conferences total 69.93 hours with $38,903.38 in associated fees, which computes to approximately 3% of the total fees requested in the Application. The entries were displayed in Exhibit G to the preliminary report. In some instances, two or more firm timekeepers billed to attend the same internal conference. The intraoffice conferences attended by more than one timekeeper total 51.45 hours with $29,557.25 in associated fees, and were highlighted in bold print and marked with an ampersand [&] in Exhibit G. Stuart Maue requested that AlixPartners provide a brief explanation for the role and necessity of more than one participant to bill for the same intraoffice conference.

        In response to the preliminary report, the firm offered the following statements: (i) AlixPartners has as few internal conferences as necessary to perform the work on an efficient basis and maintain high quality work product; (ii) the firm plans its work carefully to be as efficient as possible, and such planning requires a team approach; and (iii) AlixPartners personnel confer regarding technical matters in order to ensure quality and consistency. In addition, the firm provided an exhibit containing individual comments for the time entries describing intraoffice communication. Given the thorough explanation and justification provided by AlixPartners, Stuart Maue makes no recommendation for a fee reduction resulting from intraoffice conferences. Exhibit G is omitted from this report.

12.      **Clerical Activities.**  Clerical activities are tasks that may be effectively performed by administrative assistants, secretaries or support personnel.  Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying.  Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  "Fees for services that are purely clerical, ministerial, or administrative should be disallowed."  *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989).  In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case.  The entries describing clerical activities were displayed in Exhibit H to the preliminary report and total 58.25 hours with $9,902.50 in associated fees.

In response, AlixPartners agreed to a voluntary fee reduction in the amount of $5,242.50 resulting from adjusting to $80.00 the hourly rate for the entries displayed in Exhibit H attached hereto.

13.      **Travel.**  Local Rule 2016-2 (d)(viii) provides "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates."  All travel tasks were billed at 50% of the timekeepers' approved hourly rate.

14.      **AlixPartners Retention/Compensation.**  Stuart Maue reviewed and identified entries related to the firm's retention and compensation.  AlixPartners billed 69.70 hours with associated fees of $36,512.00 for activities related to firm's retention and applications for compensation, which computes to approximately 2% of the total fees billed.  For informational purposes, the fee entries describing retention/compensation activities were displayed in Exhibit I to the preliminary report.  As no fee reduction is recommended, Exhibit I is omitted from this report.

### Review of Expenses

15.      **Complete and Detailed Itemization of Expenses.**  The Guidelines in Section II.E.3.

state factors relevant to a determination that the expense is proper include "Whether applicant has

provided a detailed itemization of all expenses including the date incurred, description of expense

(e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name

of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified

by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline

travel, etc.) and by the month incurred."  AlixPartners provided an itemization for the firm expenses

that included the category, the date, the description, the amount, and the name of the timekeeper who

incurred the charge.

16.      **Outsource Report Preparation.**  AlixPartners requested reimbursement of $2,483.96

for outsource report preparation.   The expense description stated that the charge was for UCC

Presentation Books.  Stuart Maue requested additional detail regarding the expense item.

In response, AlixPartners explained the expense item related to the production of color

copies for a presentation to the Unsecured Creditor's Committee.  The firm stated an outside vendor

was necessary due to the time constraint, color of graphics, and volume of material.   Given the

additional information provided by the firm, Stuart Maue makes no recommendation for an expense

reduction.

17.      **Overtime Expenses.**  AlixPartners requested reimbursement of "overtime meals

& tips" totaling $277.32.  In response, the firm confirmed that each charge represented the cost of

dinner for an AlixPartners employee and was not related to travel.  AlixPartners considers such costs

reimbursable, but regardless of any firm policy such charges are considered firm overhead absent

unusual circumstances.   Stuart Maue recommends an expense reduction in the amount of $277.32

resulting from the in-town meal charges displayed in Exhibit J.

18.     **Local Transportation.**    AlixPartners requested reimbursement of $2,021.66 for transportation, parking, and tolls that did not appear to be related to out-of-town travel. Stuart Maue requested that AlixPartners provide an explanation of the transportation charges displayed in Exhibit K to the preliminary report.

In response, the firm identified ten of the items as out-of-town travel. The remaining costs, in the amount of $1,380.50, were identified as in-town transportation. AlixPartners considers such costs reimbursable, but regardless of any firm policy such charges are considered firm overhead absent unusual circumstances. Stuart Maue recommends an expense reduction in the amount of $1,380.50 resulting from the in-town cab fare, parking, and toll charges displayed in Exhibit K attached hereto.

19.     **Team/Working/Local Meals.**    AlixPartners requested reimbursement of $752.73 for meals that do not appear related to travel by firm personnel. It was not possible to determine whether the meals related to meetings with people outside the firm or meals solely for employees of AlixPartners. Stuart Maue requested that AlixPartners provide an explanation of the meal charges displayed in Exhibit L.

In response, the firm identified five of the charges as meals during out-of-town travel. AlixPartners indicated that the remaining thirty-four charges were in-town lunches and dinners for firm personnel. AlixPartners considers such costs reimbursable, but regardless of any firm policy such charges are considered firm overhead absent unusual circumstances. Stuart Maue recommends an expense reduction in the amount of $635.73 resulting from the in-town meal charges displayed in Exhibit L.

20.     **Travel Expenses – Airfare and Related Expenses.**    AlixPartners requested reimbursement for airfare, train and related expenses in the amount of $8,412.43. All but one of the descriptions for airfare charges indicated coach fare. Stuart Maue requested that the firm provide additional detail including the class of travel for the $566.44 airfare charge incurred by Brad Hall dated

June 10, 2009, displayed in Exhibit M to the preliminary report.  In response, AlixPartners stated the expense related to a coach flight from Chicago to San Francisco.  Stuart Maue makes no recommendation for an expense reduction, and Exhibit M is omitted from this report.

21.    **Travel Meals.**  AlixPartners requested reimbursement for travel meals in the amount of $479.78.  Based on prior rulings of this Court, a ceiling for breakfast is $15.00 per person, lunch is $25.00 per person and dinner is $50.00 per person.  Several meal charges requested for reimbursement by AlixPartners appear to exceed the ceiling amounts:

| Entry Date | Amount | Description | Meal Type | Ceiling (Multiplied by Number of Attendees) | Amount in Excess of Ceiling |
|---|---|---|---|---|---|
| 06/03/09 | $37.00 | Travel Meals & Tips Brad Hall-Lunch | Lunch | $25.00 | $12.00 |
| 06/11/09 | $36.00 | Travel Meals & Tips Brad Hall-Breakfast | Breakfast | $15.00 | $21.00 |
| 06/11/09 | $46.01 | Travel Meals & Tips Brad Hall-Lunch | Lunch | $25.00 | $21.01 |
| 06/14/09 | $50.73 | Meals & Tips Harold Lee-Dinner | Dinner | $50.00 | $0.73 |
| 07/14/09 | $43.53 | Travel Meals & Tips Mark Rule-Breakfast | Breakfast | $15.00 | $28.53 |
| 07/14/09 | $106.70 | Travel Meals & Tips Brad Hall-Dinner | Dinner | $50.00 | $56.70 |
| 07/15/09 | $20.17 | Travel Meals & Tips Brad Hall-Breakfast | Breakfast | $15.00 | $5.17 |

In response, AlixPartners stated that while the firm disagrees that the ceilings are "necessarily appropriate" the firm nonetheless agreed to a voluntary expense reduction in the amount of $145.14.

22.    **Travel – Hotel and Overnight Accommodation Charges.**  AlixPartners requested reimbursement for hotel and overnight accommodation costs in the amount of $2,596.49.  Based on prior rulings of this Court, a ceiling for lodging is $350.00 per night (domestic).  Several lodging charges appear to exceed the rate of $350.00 per night:

| Entry Date | Amount | Description | Amount in Excess of Ceiling |
|---|---|---|---|
| 06/03/09 | $356.53 | Lodging Brad Hall-Sheraton-New York-6/3/2009 | $6.53 |
| 06/30/09 | $57.51 | Lodging Brad Hall New York-6/30/2009 | $86.51 |
| 06/30/09 | $379.00 | Lodging Brad Hall New York-6/30/2009 | |
| 07/14/09 | $439.00 | Lodging Brad Hall-New York-7/14/200 9 | $155.06 |
| 07/14/09 | $66.06 | Lodging Brad Hall-New York-7/14/200 9 | |
| 07/15/09 | $439.00 | Lodging Brad Hall-New York-7/15/200 9 | $155.06 |
| 07/15/09 | $66.06 | Lodging Brad Hall-New York-7/15/200 9 | |

AlixPartners responded by stating that several of the expenses listed above were not hotel expenses but instead were incurred for room service. Stuart Maue requests that the firm clearly indicate the nature of each expense item in future applications. The result of the additional information is $213.53 in excess of the Court's ceiling for lodging and $39.63 in excess of the ceiling for meals. AlixPartners agreed to a voluntary expense reduction in the total amount of $253.16.

### Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above. Stuart Maue recommends the approval of fees in the amount of $1,503,938.50 ($1,509,181.00 minus $5,242.50) and reimbursement of expenses in the amount of $16,805.64 ($19,497.49 minus $2,691.85), for the period from June 1, 2009, through August 31, 2009. A summary of the findings is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

## APPENDIX A

## ALIXPARTNERS, LLP

### SUMMARY OF FINDINGS

#### Third Interim Application (June 1, 2009 through August 31, 2009)

##### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $1,509,181.00 | |
| Expenses Requested | 19,497.49 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,528,678.49 |
| | | |
| Fees Computed | $1,509,181.00 | |
| Expenses Computed | 19,497.49 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,528,678.49 |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---|---|---|
| Fees Requested | $1,509,181.00 | | |
| *Agreed Reduction for Clerical Activities* | | *($5,242.50)* | |
| Subtotal | | *($5,242.50)* | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $1,503,938.50 |
| | | | |
| Expenses Requested | $19,497.49 | | |
| *Recommended Reduction for Overtime Expenses* | | *($   277.32)* | |
| *Recommended Reduction for Local Transportation* | | *(1,380.50)* | |
| *Recommended Reduction for Local Meals* | | *(635.73)* | |
| *Agreed Reduction for Travel Meals* | | *(145.14)* | |
| *Agreed Reduction for Lodging (including additional travel meals)* | | *(253.16)* | |
| Subtotal | | *($2,691.85)* | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 16,805.64 |
| | | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $1,520,744.14 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 23rd day of March, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Alan D. Holtz, Esq.
Managing Director
AlixPartners, LLP
9 West 57th Street, Suite 3420
New York, NY 10019

John L. Decker, Esq.

-14-
AlixPartners Final Report – Third Interim Application
Case No. 08-13141 (KJC)

EXHIBIT A

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**AlixPartners, LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1211 | Holtz, Alan | MANAG DIRECTOR | $395.00 | $790.00 | 141.30 | $104,912.00 |
| RBD | Den Uyl, R. Bruce | MANAG DIRECTOR | $835.00 | $835.00 | 109.90 | $91,766.50 |
| KMC | Carmody, Kevin M. | MANAG DIRECTOR | $342.50 | $685.00 | 34.90 | $21,166.50 |
| 553 | Murphy, Michael | MANAG DIRECTOR | $790.00 | $790.00 | 22.20 | $17,538.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $763.49 | | 308.30 | $235,383.00 |
| | | | | | % of Total: 9.10% | % of Total: 15.60% |
| MFR | Rule, Mark F. | DIRECTOR | $255.00 | $510.00 | 533.75 | $269,407.50 |
| 1189 | Lee, Harold Y. | DIRECTOR | $255.00 | $510.00 | 274.00 | $137,700.00 |
| 1244 | Hall, Brad | DIRECTOR | $297.50 | $595.00 | 267.00 | $137,445.00 |
| MJB | Brown, Marc J. | DIRECTOR | $595.00 | $595.00 | 37.30 | $22,193.50 |
| MJH | Haftl, Michael | DIRECTOR | $595.00 | $595.00 | 1.00 | $595.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: | $509.72 | | 1,113.05 | $567,341.00 |
| | | | | | % of Total: 32.84% | % of Total: 37.59% |
| 398 | Leung, Albert | VICE PRESIDENT | $450.00 | $450.00 | 458.90 | $206,505.00 |
| 1484 | Kim, Young | VICE PRESIDENT | $450.00 | $450.00 | 250.50 | $112,725.00 |
| AM | May, Allison | VICE PRESIDENT | $395.00 | $395.00 | 182.45 | $72,067.75 |
| JLL | Lack, Jeff L. | VICE PRESIDENT | $380.00 | $380.00 | 53.75 | $20,425.00 |
| JK | Kopa, Jeffrey W. | VICE PRESIDENT | $395.00 | $395.00 | 7.80 | $3,081.00 |
| RW | Wheeler, Robin | VICE PRESIDENT | $450.00 | $450.00 | 2.00 | $900.00 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $435.11 | | 955.40 | $415,703.75 |
| | | | | | % of Total: 28.19% | % of Total: 27.54% |
| AMJ | Janovsky, Adam M. | ASSOCIATE | $295.00 | $295.00 | 606.35 | $178,873.25 |
| CR | Rubel, Christopher | ASSOCIATE | $295.00 | $295.00 | 204.70 | $60,386.50 |
| TP | Peitz, Tristan | ASSOCIATE | $295.00 | $295.00 | 95.90 | $28,290.50 |
| AT | Tymowski, Adam | ASSOCIATE | $365.00 | $365.00 | 12.90 | $4,708.50 |
| AG | Gust, Andrew | ASSOCIATE | $265.00 | $265.00 | 13.80 | $3,657.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### AlixPartners, LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 5 | Blended Rate for Position: | $295.52 | | 933.65 | $275,915.75 |
| | | | | | % of Total: 27.54% | % of Total: 18.28% |
| DJP | Postlewait, Deanna J. | ANALYST | $235.00 | $235.00 | 21.00 | $4,935.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $235.00 | | 21.00 | $4,935.00 |
| | | | | | % of Total: 0.62% | % of Total: 0.33% |
| JB | Braverman, Jennifer | PARAPROFESSIONA | $170.00 | $170.00 | 58.25 | $9,902.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $170.00 | | 58.25 | $9,902.50 |
| | | | | | % of Total: 1.72% | % of Total: 0.66% |
| | Total No. of Billers: 22 | Blended Rate for Report: | $445.23 | | 3,389.65 | $1,509,181.00 |

EXHIBIT H

CLERICAL ACTIVITIES

AlixPartners, LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Braverman, J | 58.25 | 9,902.50 |
| | 58.25 | $9,902.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Avoidance Actions | 58.25 | 9,902.50 |
| | 58.25 | $9,902.50 |

EXHIBIT H
CLERICAL ACTIVITIES
AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 06/24/09 Wed | Braverman, J 200906-14/339 | 1.00 | 1.00 | 170.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 06/25/09 Thu | Braverman, J 200906-14/340 | 3.00 | 3.00 | 510.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/14/09 Tue | Braverman, J 200907-14/733 | 1.75 | 1.75 | 297.50 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/16/09 Thu | Braverman, J 200907-14/759 | 4.50 | 4.50 | 765.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/17/09 Fri | Braverman, J 200907-14/760 | 5.00 | 5.00 | 850.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/20/09 Mon | Braverman, J 200907-14/787 | 2.00 | 2.00 | 340.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/21/09 Tue | Braverman, J 200907-14/809 | 0.75 | 0.75 | 127.50 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/22/09 Wed | Braverman, J 200907-14/821 | 6.00 | 6.00 | 1,020.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/23/09 Thu | Braverman, J 200907-14/851 | 7.00 | 7.00 | 1,190.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/24/09 Fri | Braverman, J 200907-14/859 | 3.00 | 3.00 | 510.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/27/09 Mon | Braverman, J 200907-14/914 | 6.00 | 6.00 | 1,020.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/28/09 Tue | Braverman, J 200907-14/915 | 5.00 | 5.00 | 850.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/29/09 Wed | Braverman, J 200907-14/948 | 4.00 | 4.00 | 680.00 | 1 | MATTER NAME: Avoidance Actions PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |

EXHIBIT H
CLERICAL ACTIVITIES
AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 07/30/09 Thu | Braverman, J 200907-14/949 | 3.50 | 3.50 | 595.00 | 1 | *MATTER NAME: Avoidance Actions* PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 07/31/09 Fri | Braverman, J 200907-14/963 | 1.50 | 1.50 | 255.00 | 1 | *MATTER NAME: Avoidance Actions* PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 08/05/09 Wed | Braverman, J 200908-14/1267 | 0.50 | 0.50 | 85.00 | 1 | *MATTER NAME: Avoidance Actions* PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 08/11/09 Tue | Braverman, J 200908-14/1358 | 0.75 | 0.75 | 127.50 | 1 | *MATTER NAME: Avoidance Actions* PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 08/18/09 Tue | Braverman, J 200908-14/1432 | 2.00 | 2.00 | 340.00 | 1 | *MATTER NAME: Avoidance Actions* PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| 08/24/09 Mon | Braverman, J 200908-14/1484 | 1.00 | 1.00 | 170.00 | 1 | *MATTER NAME: Avoidance Actions* PREPARED TRIBUNE FINANCIAL DOCUMENTS RECEIVED FROM DEBTORS. |
| Total | | | 58.25 | $9,902.50 | | |
| Number of Entries: | 19 | | | | | |

EXHIBIT H
CLERICAL ACTIVITIES
AlixPartners, LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL


| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Braverman, J | 58.25 | 9,902.50 |
| | 58.25 | $9,902.50 |


SUMMARY OF HOURS AND FEES BY MATTER


| MATTER NAME | HOURS | FEES |
|---|---|---|
| Avoidance Actions | 58.25 | 9,902.50 |
| | 58.25 | $9,902.50 |

EXHIBIT F

Overtime Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 07/07/09 | 200907/98 | 23.00 | | 23.00 | OVERTIME MEALS & TIPS ALBERT LEUNG-DINNER |
| 07/07/09 | 200907/97 | 18.00 | | 18.00 | OVERTIME MEALS & TIPS MARK RULE-DINNER |
| 07/09/09 | 200907/102 | 33.26 | | 33.26 | OVERTIME MEALS & TIPS ALBERT LEUNG-DINNER |
| 07/13/09 | 200907/111 | 6.58 | | 6.58 | OVERTIME MEALS & TIPS ADAM JANOVSKY-DINNER |
| 07/15/09 | 200907/133 | 8.52 | | 8.52 | OVERTIME MEALS & TIPS ADAM JANOVSKY-DINNER |
| 07/20/09 | 200907/152 | 22.00 | | 22.00 | OVERTIME MEALS & TIPS MARK RULE-DINNER |
| 07/21/09 | 200907/156 | 16.50 | | 16.50 | OVERTIME MEALS & TIPS ALBERT LEUNG-DINNER |
| 07/21/09 | 200907/155 | 6.57 | | 6.57 | OVERTIME MEALS & TIPS ADAM JANOVSKY-DINNER |
| 07/21/09 | 200907/154 | 5.02 | | 5.02 | OVERTIME MEALS & TIPS ADAM JANOVSKY-DINNER |
| 07/21/09 | 200907/157 | 23.41 | | 23.41 | OVERTIME MEALS & TIPS YOUNG KIM-DINNER |
| 07/22/09 | 200907/161 | 17.00 | | 17.00 | OVERTIME MEALS & TIPS MARK RULE-DINNER |
| 07/22/09 | 200907/162 | 15.00 | | 15.00 | OVERTIME MEALS & TIPS YOUNG KIM-DINNER |
| 07/23/09 | 200907/166 | 18.00 | | 18.00 | OVERTIME MEALS & TIPS MARK RULE-DINNER |
| 07/23/09 | 200907/167 | 12.38 | | 12.38 | OVERTIME MEALS & TIPS YOUNG KIM-DINNER |
| 07/24/09 | 200907/169 | 15.00 | | 15.00 | OVERTIME MEALS & TIPS YOUNG KIM-DINNER |
| 07/27/09 | 200907/179 | 6.92 | | 6.92 | OVERTIME MEALS & TIPS ADAM JANOVSKY-DINNER |
| 07/28/09 | 200907/184 | 19.00 | | 19.00 | OVERTIME MEALS & TIPS MARK RULE-DINNER |
| 07/28/09 | 200907/185 | 5.58 | | 5.58 | OVERTIME MEALS & TIPS ADAM JANOVSKY-DINNER |
| 07/29/09 | 200907/187 | 5.58 | | 5.58 | OVERTIME MEALS & TIPS ADAM JANOVSKY-DINNER |
| | | $277.32 | | $277.32 | |

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 06/01/09 | 200906/4 | 29.50 | | 29.50 | CAB FARE/GROUND TRANSPORTATION YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 06/01/09 | 200906/5 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 06/09/09 | 200907/52 | 14.00 | | 14.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 06/10/09 | 200906/17 | 14.00 | | 14.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 06/11/09 | 200906/19 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 06/16/09 | 200907/69 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 06/17/09 | 200907/71 | 35.00 | | 35.00 | CAB FARE/GROUND TRANSPORTATION YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 06/18/09 | 200906/36 | 18.00 | | 18.00 | PARKING & TOLLS ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 06/22/09 | 200906/37 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 06/23/09 | 200906/38 | 16.00 | | 16.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 06/24/09 | 200906/39 | 16.00 | | 16.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/01/09 | 200907/89 | 18.00 | | 18.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/07/09 | 200907/96 | 18.00 | | 18.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/07/09 | 200907/99 | 20.00 | | 20.00 | PARKING & TOLLS ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/08/09 | 200907/100 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/09/09 | 200907/101 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/10/09 | 200907/107 | 20.00 | | 20.00 | PARKING & TOLLS ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/14/09 | 200907/112 | 26.00 | | 26.00 | CAB FARE/GROUND TRANSPORTATION JENNIFER BRAVERMAN<br>*  IN TOWN TRANSPORTATION* |

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 07/15/09 | 200907/127 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/16/09 | 200907/136 | 26.00 | | 26.00 | CAB FARE/GROUND TRANSPORTATION JENNIFER BRAVERMAN<br>*  IN TOWN TRANSPORTATION* |
| 07/16/09 | 200907/137 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/17/09 | 200907/144 | 18.00 | | 18.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/17/09 | 200907/143 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/18/09 | 200907/149 | 36.00 | | 36.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/19/09 | 200907/150 | 36.00 | | 36.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/20/09 | 200907/151 | 18.00 | | 18.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/21/09 | 200907/153 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 07/21/09 | 200907/158 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 07/22/09 | 200907/160 | 18.00 | | 18.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/22/09 | 200907/159 | 26.00 | | 26.00 | CAB FARE/GROUND TRANSPORTATION JENNIFER BRAVERMAN<br>*  IN TOWN TRANSPORTATION* |
| 07/22/09 | 200907/163 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 07/23/09 | 200907/164 | 26.00 | | 26.00 | CAB FARE/GROUND TRANSPORTATION JENNIFER BRAVERMAN<br>*  IN TOWN TRANSPORTATION* |
| 07/23/09 | 200907/165 | 18.00 | | 18.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/23/09 | 200907/168 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 07/24/09 | 200907/170 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 07/25/09 | 200907/171 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 07/25/09 | 200907/172 | 36.00 | | 36.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/26/09 | 200907/173 | 6.00 | | 6.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 07/26/09 | 200907/174 | 9.00 | | 9.00 | CAB FARE/GROUND TRANSPORTATION ALLISON MAY<br>*  IN TOWN TRANSPORTATION* |
| 07/26/09 | 200907/177 | 21.00 | | 21.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 07/26/09 | 200908/193 | 10.00 | | 10.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 07/27/09 | 200907/178 | 6.00 | | 6.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 07/27/09 | 200907/181 | 32.00 | | 32.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 07/27/09 | 200908/195 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 07/28/09 | 200907/182 | 6.00 | | 6.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 07/28/09 | 200907/183 | 18.00 | | 18.00 | CAB FARE/GROUND TRANSPORTATION MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 07/28/09 | 200907/186 | 32.00 | | 32.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 07/28/09 | 200908/197 | 13.00 | | 13.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 07/30/09 | 200907/188 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 07/30/09 | 200908/198 | 13.00 | | 13.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 07/31/09 | 200907/189 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/01/09 | 200908/204 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/01/09 | 200908/205 | 4.00 | | 4.00 | PARKING & TOLLS MARK RULE<br>*  IN TOWN TRANSPORTATION* |
| 08/02/09 | 200908/206 | 32.00 | | 32.00 | CAB FARE/GROUND TRANSPORTATION YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 08/02/09 | 200908/208 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 08/02/09 | 200908/207 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 08/03/09 | 200908/211 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/03/09 | 200908/214 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 08/04/09 | 200908/215 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/04/09 | 200908/216 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 08/05/09 | 200908/222 | 32.00 | | 32.00 | PARKING & TOLLS ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 08/05/09 | 200908/219 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/05/09 | 200908/223 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 08/06/09 | 200908/225 | 5.00 | | 5.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 08/06/09 | 200908/229 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 08/06/09 | 200908/227 | 11.00 | | 11.00 | CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ<br>*  IN TOWN TRANSPORTATION* |
| 08/06/09 | 200908/226 | 10.00 | | 10.00 | CAB FARE/GROUND TRANSPORTATION ALLISON MAY<br>*  IN TOWN TRANSPORTATION* |
| 08/09/09 | 200908/233 | 6.00 | | 6.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 08/09/09 | 200908/234 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/12/09 | 200908/249 | 32.00 | | 32.00 | PARKING & TOLLS ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 08/17/09 | 200908/250 | 6.00 | | 6.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 08/18/09 | 200908/252 | 7.00 | | 7.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 08/19/09 | 200908/254 | 8.00 | | 8.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 08/20/09 | 200908/256 | 8.00 | | 8.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 08/20/09 | 200908/257 | 32.00 | | 32.00 | PARKING & TOLLS ALBERT LEUNG<br>*  IN TOWN TRANSPORTATION* |
| 08/24/09 | 200908/258 | 8.00 | | 8.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 08/25/09 | 200908/260 | 6.00 | | 6.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| 08/25/09 | 200908/262 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 08/27/09 | 200908/263 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/27/09 | 200908/265 | 20.00 | | 20.00 | PARKING & TOLLS YOUNG KIM<br>*  IN TOWN TRANSPORTATION* |
| 08/29/09 | 200908/266 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/31/09 | 200908/267 | 15.00 | | 15.00 | CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL<br>*  IN TOWN TRANSPORTATION* |
| 08/31/09 | 200908/268 | 6.00 | | 6.00 | CAB FARE/GROUND TRANSPORTATION ADAM JANOVSKY<br>*  IN TOWN TRANSPORTATION* |
| | | $1,380.50 | | $1,380.50 | |

EXHIBIT

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 06/01/09 | 200906/6 | 21.00 | | 21.00 | MEALS & TIPS ALBERT LEUNG-DINNER<br>* IN TOWN WORKING DINNER |
| 06/17/09 | 200906/34 | 5.00 | | 5.00 | MEALS & TIPS YOUNG KIM-DINNER<br>* IN TOWN WORKING DINNER |
| 06/18/09 | 200906/35 | 17.00 | | 17.00 | MEALS & TIPS ALBERT LEUNG-DINNER<br>* IN TOWN WORKING DINNER |
| 06/30/09 | 200907/87 | 16.39 | | 16.39 | WORKING MEALS - ENGAGEMENT TEAM BRAD HALL-LUNCH-TRIBUNE-HAROLD LEE: BRAD HALL<br>* IN TOWN WORKING LUNCH |
| 07/15/09 | 200907/132 | 9.35 | | 9.35 | WORKING MEALS & TIPS ALBERT LEUNG-LUNCH<br>* IN TOWN WORKING DINNER |
| 07/17/09 | 200907/145 | 18.00 | | 18.00 | MEALS & TIPS MARK RULE-DINNER<br>* IN TOWN WORKING LUNCH |
| 07/17/09 | 200907/146 | 9.35 | | 9.35 | MEALS & TIPS ALBERT LEUNG-LUNCH<br>* IN TOWN WORKING LUNCH |
| 07/26/09 | 200907/175 | 5.58 | | 5.58 | WORKING MEALS & TIPS ADAM JANOVSKY-LUNCH<br>* IN TOWN WORKING LUNCH |
| 07/26/09 | 200908/194 | 9.14 | | 9.14 | MEALS & TIPS TRISTAN PEITZ-DINNER (IN-TOWN)<br>* IN TOWN WORKING DINNER |
| 07/26/09 | 200907/176 | 10.00 | | 10.00 | WORKING MEALS & TIPS YOUNG KIM-LUNCH<br>* IN TOWN WORKING LUNCH |
| 07/27/09 | 200908/196 | 9.14 | | 9.14 | MEALS & TIPS TRISTAN PEITZ-DINNER (IN-TOWN)<br>* IN TOWN WORKING DINNER |
| 07/27/09 | 200907/180 | 15.00 | | 15.00 | WORKING MEALS & TIPS YOUNG KIM-LUNCH<br>* IN TOWN WORKING LUNCH |
| 08/02/09 | 200908/209 | 10.77 | | 10.77 | MEALS & TIPS TRISTAN PEITZ-LUNCH (IN-TOWN)<br>* IN TOWN WORKING LUNCH |
| 08/02/09 | 200908/210 | 10.00 | | 10.00 | MEALS & TIPS YOUNG KIM-LUNCH (IN-TOWN)<br>* IN TOWN WORKING LUNCH |
| 08/03/09 | 200908/212 | 16.13 | | 16.13 | MEALS & TIPS YOUNG KIM-DINNER (IN-TOWN)<br>* IN TOWN WORKING DINNER |
| 08/03/09 | 200908/213 | 9.13 | | 9.13 | MEALS & TIPS CHRISTOPHER RUBEL-DINNER (IN-TOWN)<br>* IN TOWN WORKING DINNER |
| 08/04/09 | 200908/217 | 48.18 | | 48.18 | MEALS & TIPS TRISTAN PEITZ-DINNER (IN-TOWN)<br>* IN TOWN WORKING DINNER |
| 08/04/09 | 200908/218 | 9.44 | | 9.44 | MEALS & TIPS CHRISTOPHER RUBEL-DINNER (IN-TOWN)<br>* IN TOWN WORKING DINNER |

EXHIBIT L  PAGE 1 of 2

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 08/05/09 | 200908/220 | 5.02 | | 5.02 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/05/09 | 200908/221 | 9.13 | | 9.13 | MEALS & TIPS CHRISTOPHER RUBEL-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/05/09 | 200908/224 | 95.62 | | 95.62 | MEALS - ENGAGEMENT TEAM YOUNG KIM-DINNER-TRIBUNE-YOUNG KIM: TRISTAN PEITZ :ALBERT LEUNG (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/06/09 | 200908/228 | 6.58 | | 6.58 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/06/09 | 200908/230 | 162.78 | | 162.78 | MEALS - ENGAGEMENT TEAM ALBERT LEUNG-DINNER-TRIBUNE TEAM-YOUNG KIM: TRISTAN PEITZ: ALBERT LEUNG: HAROLD LEE (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/07/09 | 200908/231 | 33.91 | | 33.91 | MEALS & TIPS ALBERT LEUNG-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/08/09 | 200908/232 | 5.02 | | 5.02 | MEALS & TIPS ADAM JANOVSKY-LUNCH (IN-TOWN) *IN TOWN WORKING LUNCH* |
| 08/09/09 | 200908/235 | 5.58 | | 5.58 | MEALS & TIPS ADAM JANOVSKY-LUNCH (IN-TOWN) *IN TOWN WORKING LUNCH* |
| 08/10/09 | 200908/236 | 5.02 | | 5.02 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/12/09 | 200908/245 | 12.95 | | 12.95 | MEALS & TIPS ALBERT LEUNG-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/17/09 | 200908/251 | 5.02 | | 5.02 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/18/09 | 200908/253 | 6.82 | | 6.82 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/19/09 | 200908/255 | 6.52 | | 6.52 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/24/09 | 200908/259 | 5.58 | | 5.58 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/25/09 | 200908/261 | 5.58 | | 5.58 | MEALS & TIPS ADAM JANOVSKY-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| 08/27/09 | 200908/264 | 16.00 | | 16.00 | MEALS & TIPS YOUNG KIM-DINNER (IN-TOWN) *IN TOWN WORKING DINNER* |
| | | $635.73 | | $635.73 | |

EXHIBIT L  PAGE 2 of 2