# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO. 08-13141-KJC**

**COURTROOM LOCATION:** 5
**DATE:** 3/23/10

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtors |
| Bryan Krakaver | Sidley Austin | " |
| Jonathan Lotsoff | " | " |
| Joseph J. McMahon, Jr. | USDOJ | Acting US Trustee |
| Dennis E. Glazer | Davis Polk | JP Morgan |
| Michael Brown | Bernnek | Wilmington Trust Co. |
| Raymond Lemisch | " | " |
| Jennifer Hoover | " | " |
| William Dolan | Brown Rudnick | " |
| Kate Bromley | " | " |
| Doug Deutsch | Chadbourne & Park | Off. Committee Unsecured Cred. |
| Rebecca Butcher | Landis Rath & Cobb | " |
| Michael Russano | Davis Polk | JP Morgan |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO. 08-13141-KJC**

**COURTROOM LOCATION:** 5  
**DATE:** 3/23/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sharon Katz | David Polk | JP Morgan |
| Christopher Simon | Cross & Simon, LLC | Washington - Balt. Guild / JPMorgan |
| Sean D. Torno / Andrew Gordon | Paul Weiss | Citi Entities |
| Elizabeth McColm | " | " |
| R. Craig Martin | Edwards Angell Palmer & Dodge | Barclays |
| Tom Horan | Womble Carlyle Sandridge & Rice | Great Bank |
| Madlyn Gleich Primoff | Kaye Scholer LLP | Merrill Lynch |
| Richard G. Choi | Kaye Scholer LLP | Merrill Lynch |
| Laurie Selber Silverstein | Potter Anderson Corroon | " |
| DAVID POWLEN | BARNES & THORNBURG | Morgan Stanley |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 03/23/2010
Calendar Time: 11:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3420296 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3420296 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3415099 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3415099 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3422038 | Greg Ball | (646) 424-7126 | ING | Interested Party, Greg Ball / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3422038 | Greg Ball | (646) 424-7126 | ING | Interested Party, Greg Ball / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3419929 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3419929 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3417177 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3417177 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3420724 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3420724 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3419323 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3419323 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3405828 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Katherine Gilman / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3405828 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Katherine Gilman / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3420522 | Joseph Drayton | (212) 836-7177 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3420522 | Joseph Drayton | (212) 836-7177 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417212 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417212 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3422048 | Jeffrey Farkas | (614) 577-1120 | RBS Greenwich Capital | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3422048 | Jeffrey Farkas | (614) 577-1120 | RBS Greenwich Capital | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3389898 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3389898 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3418206 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Group Of Bridge Facilitate Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3418206 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Group Of Bridge Facilitate Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3411994 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3411994 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3419335 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3419335 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3419080 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3419080 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3419127 | Steven Kalter | 212-259-4305 | Longacre Management Fund | Interested Party, Longacre Management Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3419127 | Steven Kalter | 212-259-4305 | Longacre Management Fund | Interested Party, Longacre Management Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417701 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417701 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3417164 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417164 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417066 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417066 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417181 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417181 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417925 | John London | (212) 588-6654 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417925 | John London | (212) 588-6654 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417247 | Gabriel MacConaill | (213) 896-6755 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417247 | Gabriel MacConaill | (213) 896-6755 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3415212 | Saquib R. Mirza | (212) 270-6000 | JP Morgan Proprietary (New York) | Interested Party, JP Morgan Proprietary / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3415212 | Saquib R. Mirza | (212) 270-6000 | JP Morgan Proprietary (New York) | Interested Party, JP Morgan Proprietary / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3387074 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3387074 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3418998 | Aaron Rosen | 212-728-2528 | Aaron Rosen - In Pro Per/Pro Se | In Propria Persona, Aaron Rosen / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3418998 | Aaron Rosen | 212-728-2528 | Aaron Rosen - In Pro Per/Pro Se | In Propria Persona, Aaron Rosen / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3419334 | Steven Rosenstein | (212) 728-5679 | O'Melveny & Myers (New York) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3419334 | Steven Rosenstein | (212) 728-5679 | O'Melveny & Myers (New York) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3420585 | David Rosner | 212-506-1726 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3420585 | David Rosner | 212-506-1726 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3420683 | Carlos Ryerson | (212) 763-8014 | Luxor | Creditor, Luxor / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3420683 | Carlos Ryerson | (212) 763-8014 | Luxor | Creditor, Luxor / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417261 | John D. Shugrue | (312) 207-1000 | Reed Smith, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417261 | John D. Shugrue | (312) 207-1000 | Reed Smith, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3422066 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3422066 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417898 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417898 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3419008 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3419008 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417881 | Amit Treham | (212) 506-2198 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417881 | Amit Treham | (212) 506-2198 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3417172 | Gary Weitman | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3417172 | Gary Weitman | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 (10-50732) | Hearing | 3422069 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 (10-50732) | Hearing | 3422069 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |