# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, et al., ) | Cases No.: 08-13141 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, David M. Powlen, a member of the bar of this Court, pursuant to Rule 9010-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, move for the admission *pro hac vice* of Jonathan D. Polkes, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 to represent Morgan Stanley & Co., Inc.

Dated: March 17, 2010

/s/ David M. Powlen
David M. Powlen (DE No. 4978)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 888-4536
E-Mail: david.powlen@btlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the U.S. District Court for this District.

Jonathan D. Polkes
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8881
Email: jonathan.polkes@weil.com

C:\DOCUMENTS AND SETTINGS\BRYANID\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\UG7OOXML\POLKES PRO HAC VICE (THE TRIBUNE COMPANIES) (2).DOC

Doc. No. 3775
Filed 3/18/10

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: MARCH 23, 2010

_____
United States Bankruptcy Judge

SBDS02 SKUHNY 402521v1

C:\DOCUMENTS AND SETTINGS\BRYANIDE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\UG7O0XML\POLKES PRO HAC VICE (THE TRIBUNE COMPANIES) (2).DOC          2