IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 26, 2010 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) to register to participate.

**CONTESTED MATTERS GOING FORWARD**

1. Motion of Law Debenture Trust Company of New York to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed October 23, 2009) (Docket No. 2407)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-6348613v1

Related Document(s):

(a) Re-Notice of Motion of Law Debenture Trust Company of New York to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed October 23, 2009) (Docket No. 2413)

(b) Joinder and Response of Deutsche Bank Trust Company of Americas, Indenture Trustee Under the 1992 Indenture, the 1996 Indenture and the 1997 Indenture in the Relief Sought by Law Debenture Trust Company of New York in its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed November 24, 2009) (Docket No. 2620)

(c) Joinder of Centerbridge Credit Advisors LLC to Law Debenture Trust Company of New York's (I) Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments, and (II) Response to the Debtors' Motion to Extend Their Exclusivity Periods (Filed November 24, 2009) (Docket No. 2630)

(d) Reply of Law Debenture Trust Company of New York in Support of its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed November 24, 2009) (Docket No. 2631)

(e) Exhibit to Reply of Law Debenture Trust Company of New York in Support of its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed November 25, 2009) (Docket No. 2648)

(f) Scheduling Order Regarding Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Entered February 18, 2010) (Docket No. 3478)

(g) Law Debenture Trust Company of New York's Supplemental Brief in Further Support of Its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 2, 2010) (Docket No. 3669) [Redacted]

    (h)    Joinder of Centerbridge Credit Advisors LLC to Law Debenture Trust Company of New York's Supplemental Brief in Further Support of Its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 2, 2010) (Docket No. 3671)

    (i)    Law Debenture Trust Company of New York's Brief (A) in Response to Debtors' and JPMorgan's Supplemental Briefs and (B) in Further Support of Its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 15, 2010) (Docket No. 3732)

    (j)    Certification of Counsel (Filed March 17, 2010) (Docket No. 3749)

Objection Deadline: November 10, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to November 20, 2009 for the Official Committee of Unsecured Creditors, JPMorgan Chase Bank, N.A., Credit Agreement Lenders and the Debtors.
Pursuant to the Scheduling Order, entered February 8, 2010, opening supplemental briefs were due no later than March 2, 2010 and reply briefs were due no later than March 15, 2010.

Responses Received:

    (a)    Response of the Official Committee of Unsecured Creditors to the Motion of Law Debenture Trust Company of New York to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed November 20, 2009) (Docket No. 2596)

    (b)    JPMorgan Chase Bank, N.A.'s Objection to "Motion of Law Debenture Trust Company of New York to Terminate Debtors Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments" [Dkt. No. 2407] (Filed November 20, 2009) (Docket No. 2597)

    (c)    Credit Agreement Lenders' Statement and Joinder in JPMorgan Chase Bank N.A.'s Opposition to Motion of Law Debenture Trust Company of New York to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed November 20, 2009) (Docket No. 2602)

    (d)    Debtors' Response to Motion of Law Debenture Trust Company of New York to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed November 20, 2009) (Docket No. 2603)

(e)  Notice of Filing of Lender Fee Payment Summary (Filed December 12, 2009) (Docket No. 2826)

(f)  Stipulated Facts in Connection with March 26, 2010 Hearing on Law Debenture Trust Company of New York to Terminate Debtor Affiliates Undisclosed Payment of LBO Lenders Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 2, 2010) (Docket No. 3657)

(g)  Joint Exhibit in Connection with March 26, 2010 Hearing on Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 2, 2010) (Docket No. 3660)

(h)  Debtors' Memorandum in Opposition to the Motion by Law Debenture to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 2, 2010) (Docket No. 3665)

(i)  JP Morgan Chase Bank, N.A.'s Brief on Reimbursement of the Senior Lenders' Fees and Expenses (Filed March 2, 2010) (Docket No. 3668)

(j)  Notice of Correction to the Stipulated Facts in Connection With March 26, 2010 Hearing on Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 15, 2010) (Docket No. 3730)

(k)  Debtors' Memorandum in Response to Law Debenture Trust Company of New York's Supplemental Brief in Further Support of Its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 15, 2010) (Docket No. 3731)

(l)  JPMorgan Chase Bank, N.A.'s Reply Brief on Reimbursement of the Senior Lenders' Fees and Expenses (Filed March 15, 2010) (Docket No. 3733)

Status:  This matter was adjourned from the February 19, 2010 hearing. This matter will be going forward.

4

2.     Motion of Law Debenture Trust Company of New York for an Order Authorizing Filing of Unredacted Supplemental Brief in Further Support of Its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments and Certain Exhibits Thereto Under Seal (Filed March 2, 2010) (Docket No. 3670)

Related Document(s):

    (a)     Law Debenture Trust Company of New York's Supplemental Brief in Further Support of Its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (Filed March 2, 2010) (Docket No. 3669) [Redacted]

Objection Deadline: March 19, 2009 at 4:00 p.m.

Responses Received:

    (a)     JPMorgan Chase Bank, N.A.'s Reply Brief on Reimbursement of the Senior Lenders' Fees and Expenses (Filed March 15, 2010) (Docket No. 3733)

Status:     This matter will be going forward.

Dated: March 24, 2010

    SIDLEY AUSTIN LLP
    Bryan Krakauer
    James F. Conlan
    Janet E. Henderson
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000

-and-

46429/0001-6348613v1

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
>
> By: _/s/ Kate Stickles_
> Norman L. Pernick (No. 2290)
> J. Kate Stickles (No. 2917)
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE  19801
> Telephone:  (302) 652-3131
>
> ATTORNEYS FOR DEBTORS
> AND DEBTORS IN POSSESSION