## NOTICE OF CLAIMS PURCHASE AGREEMENT

EMCOR SERVICES MIDWEST, a(n) Delaware (State of Incorporation), Corporation (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Blue Oportunities Fund LP, a Delaware Limited Partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $195.00 (proof of claim amount, defined as the "Claim") against Tribune Company et al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-13431 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 18 day of February, 2010.

EMCOR Services Team Mechanical Inc
(Company Name) FKA EMCOR Services M. dwest

Witness: Regina Filliciano (Signature)

(Signature of Corporate Officer)

REGINA FILLICARO, FINANCIAL REPORTING MGR
(Print Name and Title of Witness)

Jeffrey R Finck - CFO
(Print Name and Title of Corporate Officer)

Blue Oportunities Fund LP

Witness: (Signature)

(Blue Oportunities Fund LP)

**Exhibit "A"**