# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## VERIFICATION

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, David J. Bradford, after being duly sworn according to law, deposes and says:

(a)    I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

(b)    I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

(c)    I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

_____
David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 23rd DAY OF MARCH, 2010.

_____
Notary Public

"OFFICIAL SEAL"
Francine M. Sattelmayer
Notary Public, State of Illinois
My Commission Expires July 9, 2010

1778046.1