**EXHIBIT A**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 10, 2010
INVOICE # 9162279

## MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2010 | $3,932.00 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $3,932.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9162279

MARCH 10, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010


MORGAN STANLEY SWAP                                              MATTER NUMBER -   10180

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/26/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with D. Eldersveld re ███████████████. | 925.00 |
| 1/26/10 | WAT | 2.50 | { L110 } {A104} Reviewed correspondence and memoranda re ███████████ (2.0); calculated new proposal (.5). | 1,275.00 |
| 1/27/10 | DJB | .50 | { L190 } {A104} Reviewed ███████ analysis for ███████. | 462.50 |
| 1/27/10 | WAT | 1.00 | { L110 } {A104} Reviewed correspondence and memoranda re ███████████ (.6); calculated new proposal (.4). | 510.00 |
| 1/27/10 | SEB | .20 | { L190 } {A105} Conferred with W. Thomson re ███████████ (.1); communicated with P. Bull and M. Groble re ███████████ (.1). | 74.00 |
| 1/31/10 | DJB | .30 | { L190 } {A106} Various e-mails re ███████████. | 277.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 1/31/10 | WAT | .80 | { L110 } {A104} Reviewed correspondence and memoranda re ▮▮▮▮▮▮▮ (.6); worked on calculating additional possibility (.2). | 408.00 |
| | | 6.30 | PROFESSIONAL SERVICES | 3,932.00 |

**INVOICE TOTAL**                                    $ 3,932.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 1.80 | 925.00 | 1,665.00 |
| WADE A. THOMSON | 4.30 | 510.00 | 2,193.00 |
| SOFIA E. BILLER | 0.20 | 370.00 | 74.00 |
| TOTAL | 6.30 | | 3,932.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

| | |
|---|---|
| THE TRIBUNE COMPANY | MARCH 10, 2010 |
| 435 NORTH MICHIGAN AVENUE | INVOICE # 9162278 |
| SUITE 600 | |
| CHICAGO, IL  60611-4041 | |
| ATTN: DONALD J. LIEBENTRITT | |

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2010 | $4,720.00 |
| DISBURSEMENTS | 59.41 |
| TOTAL INVOICE | $4,779.41 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

THE TRIBUNE COMPANY  
435 NORTH MICHIGAN AVENUE  
SUITE 600  
CHICAGO, IL 60611-4041                                      INVOICE # 9162278  
ATTN: DONALD J. LIEBENTRITT

MARCH 10, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED  
THROUGH JANUARY 31, 2010

FEE APPLICATION                                                             MATTER NUMBER -    10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/08/10 | LSR | .80 | { L210 } {A103} Edited fourth quarterly application. | 296.00 |
| 1/13/10 | DJB | .50 | { L190 } {A104} Worked on legal bill issues related to quarterly submission. | 462.50 |
| 1/14/10 | DJB | .50 | { L190 } {A103} Worked on November fee application. | 462.50 |
| 1/14/10 | LSR | 3.20 | { L210 } {A103} Drafted November fee application. | 1,184.00 |
| 1/14/10 | LSR | 2.40 | { L210 } {A103} Drafted fourth quarterly fee application. | 888.00 |
| 1/15/10 | LSR | .50 | { L210 } {A103} Edited fourth quarterly fee application. | 185.00 |
| 1/19/10 | LSR | .30 | { L210 } {A103} Edited fourth quarterly fee application. | 111.00 |
| 1/20/10 | LSR | .30 | { L210 } {A103} Edited fourth quarterly fee application. | 111.00 |
| 1/21/10 | MXP | 3.60 | { L210 } {A110} Prepared exhibits to Jenner's fee application. | 612.00 |
| 1/27/10 | MXP | 2.40 | { L210 } {A103} Worked on reviewing fee invoices and redacting exhibits re Jenner's fee application. | 408.00 |
| | | 14.50 | PROFESSIONAL SERVICES | 4,720.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                   Federal Identification No. 36-2192554

Page 2

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 1/06/10 | Pacer Charges | 40.24 |
| 1/21/10 | Photocopy Expense | 3.87 |
| 1/28/10 | Photocopy Expense | 15.30 |
|  | TOTAL DISBURSEMENTS | 59.41 |

**INVOICE TOTAL** $ 4,779.41

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 1.00 | 925.00 | 925.00 |
| LANDON S. RAIFORD | 7.50 | 370.00 | 2,775.00 |
| MARC A. PATTERSON | 6.00 | 170.00 | 1,020.00 |
| TOTAL | 14.50 |  | 4,720.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10130

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL  60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

MARCH 10, 2010
INVOICE # 9162275

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN:  DONALD J. LIEBENTRITT

**ESOP/STAY ISSUES**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2010 | $51,173.50 |
| DISBURSEMENTS | 1,306.62 |
| TOTAL INVOICE | $52,480.12 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $47,518.25 |
| TRIBUNE'S 13/14TH PORTION OF DISBURSEMENTS | 1,213.29 |
| **TOTAL DUE FROM TRIBUNE** | **$48,731.54** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $3,655.25 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 93.33 |
| **TOTAL DUE FROM EGI-TRB** | **$3,748.58** |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9162275

MARCH 10, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010

ESOP/STAY ISSUES                                              MATTER NUMBER -   10130

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/04/10 | BL | 6.20 | { L120 } {A101} Prepared for meeting with D. Bradford and conference call with B. Krakauer and D. Leibentritt (1.0); reviewed opinion and outline for motion and rules re types of motions to be filed (2.0); met and participated in conference call (1.0); telephone conference with C. Kline of Sidley re ▮ (1.0); prepared for and attended meeting with D. Bradford, C. Steege and A. Amert re ▮ (1.2). | 4,650.00 |
| 1/04/10 | CS | 1.00 | { L190 } {A105} Met with D. Bradford and B. Levenstam re ▮. | 775.00 |
| 1/04/10 | DJB | 2.50 | { L190 } {A106} Telephone conference with client, D. Liebentritt, and B. Krakauer ▮ (1.5); office conference with bankruptcy counsel, C. Steege, re same (.5); analyzed issue (.5). | 2,312.50 |
| 1/04/10 | ASA | 5.50 | { L240 } {A104} Reviewed case law re ▮. | 3,052.50 |
| 1/04/10 | MMH | .10 | { L120 } {A104} Reviewed request for judicial notice and email on service. | 54.50 |
| 1/04/10 | AAO | 4.80 | { L120 } {A102} Researched and reviewed federal case law ▮. | 2,136.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/04/10 | PXR | 1.50 | { L140 } {A110} Updated correspondence files and subject files. | 255.00 |
| 1/05/10 | WLS | 1.00 | { L190 } {A105} Conference with A. Amert re ■ (.2); studied and commented on revised outline (.3); continued work on PT analysis (.5). | 850.00 |
| 1/05/10 | JXW | 7.30 | { L120 } {A105} Telephone conference with A. Amert re research (0.1); researched ■ (7.2). | 2,701.00 |
| 1/05/10 | PXR | 3.50 | { L140 } {A110} Updated correspondence, court file, subject files, and SharePoint site. | 595.00 |
| 1/07/10 | DJB | .50 | { L190 } {A103} Outlined stay arguments based on Judge Pallmeyer's decision. | 462.50 |
| 1/08/10 | DJB | .30 | { L190 } {A104} Worked on arguments ■. | 277.50 |
| 1/11/10 | BL | 1.00 | { L120 } {A104} Received and reviewed ■ memorandum (1.0); reviewed memoranda on strategy re ■ (1.0); conferred re formulation of answer to ■ (.5); researched rules re same (.5). | 750.00 |
| 1/12/10 | DJB | 1.50 | { L190 } {A106} Telephone conference with D. Liebentritt and B. Krakauer re Tribune plan and possibility of note reduction (1.2); reviewed memorandum re bankruptcy court stay options and jurisdiction (.3). | 1,387.50 |
| 1/12/10 | PXR | 1.00 | { L140 } {A110} Searched and retrieved various documents (.5); organized and assembled motion to dismiss binders per S. McGee request (.5). | 170.00 |
| 1/13/10 | DJB | .50 | { L190 } {A107} E-mail to ERISA counsel re ■. | 462.50 |
| 1/15/10 | DJB | 1.50 | { L190 } {A105} Office conference with C. Steege re ■. | 1,387.50 |
| 1/18/10 | DJB | .50 | { L190 } {A106} Office conference with D. Liebentritt re ■. | 462.50 |

LAW OFFICES

Page 3

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/18/10 | DJB | .30 | { L190 } {A105} E-mails to team members re ▮▮▮. | 277.50 |
| 1/18/10 | RRB | 2.50 | { L190 } {A104} Reviewed plan document (.5); reviewed ▮▮▮ (.5); researched ERISA 406 transactions (1.5). | 1,225.00 |
| 1/19/10 | WLS | 1.00 | { L190 } Conferences with R. Bajowala re ▮▮▮ (.5); studied documents re same (.5). | 850.00 |
| 1/19/10 | DJB | .50 | { L190 } {A103} Prepared e-mail re ▮▮▮. | 462.50 |
| 1/19/10 | JXW | 2.00 | { L120 } {A102} Researched ESOP plan ▮▮▮. | 740.00 |
| 1/20/10 | WLS | 3.50 | { L190 } {A104} Analyzed resolution of Neil case ▮ ▮▮▮ (2.5); studied communications and conferences A. Amert and J. Wenell re same (1.0). | 2,975.00 |
| 1/20/10 | ASA | 1.20 | { L120 } {A103} Drafted email re responses ▮▮▮ D. Bradford and W. Scogland emails. | 666.00 |
| 1/20/10 | DAS | .50 | { L210 } {A107} Communicated with Tribune counsel at Sidley ▮▮▮. | 270.00 |
| 1/20/10 | RRB | 6.50 | { L190 } {A102} Researched cases on loss ▮▮▮ (6.0); reviewed e-mails re bankruptcy stay issues (.5). | 3,185.00 |
| 1/21/10 | WLS | 3.00 | { L190 } {A105} Conference with A. Amert re ▮▮▮ (.4); studied R. Bajowala's research results (.6); studied draft memoranda ▮▮▮ (1.5); conference with A. Amert re same (.5). | 2,550.00 |
| 1/21/10 | ASA | 2.20 | { L120 } {A105} Corresponded via telephone and email with team re issues ▮▮▮. | 1,221.00 |
| 1/21/10 | RRB | 1.40 | { L190 } {A104} Reviewed cases on loss in ▮▮▮ (1.0); telephone conference with A. Otterberg re ▮▮▮ (.2); reviewed email from D. Sondgeroth re ▮ (.2). | 686.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES  
**JENNER & BLOCK LLP**  
353 N. CLARK STREET  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

Page 4

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/21/10 | MMH | 2.30 | { L120 } {A104} Reviewed ESOP language and research re ▮. | 1,253.50 |
| 1/21/10 | AAO | .30 | { L120 } {A105} Conferred with A. Amert re ▮ (0.2); conferred with R. Bajowala re same (0.1). | 133.50 |
| 1/21/10 | JXW | 3.00 | { L120 } {A105} Conferred with A. Amert re ▮ (0.5); reviewed plan ▮ (2.5). | 1,110.00 |
| 1/22/10 | DJB | .30 | { L190 } {A107} E-mails to J. Ducayet, Tribune counsel, re ▮ (.1); telephone conference with D. Eldersveld re ▮ (.2). | 277.50 |
| 1/22/10 | MMH | .30 | { L120 } {A105} Conferred with C. Steege re ▮. | 163.50 |
| 1/22/10 | AAO | .30 | { L120 } {A105} Conferred with A. Amert re ▮. | 133.50 |
| 1/22/10 | AAO | 1.60 | { L120 } {A102} Researched case law ▮. | 712.00 |
| 1/23/10 | RRB | 3.60 | { L190 } {A104} Reviewed case law on losses ▮. | 1,764.00 |
| 1/23/10 | AAO | .80 | { L120 } {A104} Reviewed case law ▮. | 356.00 |
| 1/24/10 | AAO | 2.10 | { L120 } {A102} Researched additional case law ▮. | 934.50 |
| 1/25/10 | JXW | .10 | { L120 } {A105} Discussed ▮ with A. Amert. | 37.00 |
| 1/27/10 | DJB | .50 | { L190 } {A103} Edited Tribune brief in ▮. | 462.50 |
| 1/27/10 | RRB | 1.00 | { L190 } {A104} Reviewed motion ▮ (.5); reviewed ▮ letter (.5). | 490.00 |
| 1/27/10 | AAO | .90 | { L120 } {A104} Reviewed case law ▮. | 400.50 |
| 1/27/10 | AAO | 1.70 | { L120 } {A102} Researched additional case law ▮ P. | 756.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| Date | Tkpr | Hours | Description | Amount |
|---|---|---|---|---|
| 1/28/10 | DJB | 1.50 | { L190 } {A103} Edited draft ▓▓▓ (1.0); e-mails to Sidley re same (.5). | 1,387.50 |
| 1/28/10 | DAS | 1.40 | { L210 } {A104} Reviewed filings in Delta bankruptcy ▓▓▓ (.7); reviewed provisions of Tribune 401(k) to ▓▓▓ (.7). | 756.00 |
| 1/28/10 | RRB | 2.50 | { L190 } {A104} Reviewed case law re ▓▓▓ (2.0); telephone conference with A. Otterberg and A. Amert re same (.5). | 1,225.00 |
| 1/28/10 | AAO | 1.00 | { L120 } {A104} Reviewed January 27, 2010 letter from plaintiffs' counsel ▓▓▓ (.3); reviewed and analyzed case law ▓▓▓ (.7). | 445.00 |
| 1/28/10 | AAO | .80 | { L120 } {A105} Telephone conference with A. Amert re ▓▓▓ (.4); telephone conference with A. Amert and R. Bajowala re ▓▓▓ (.4). | 356.00 |
| 1/28/10 | PXR | 1.00 | { L140 } {A110} Gathered and organized all briefing and exhibits re motion to dismiss and prepared CD of same per D. Sondgeroth request. | 170.00 |
| | | 91.80 | PROFESSIONAL SERVICES | 51,173.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 1/06/10 | Pacer Charges | 2.48 |
| 1/12/10 | Photocopy Expense | 379.80 |
| 1/15/10 | Photocopy Expense | 88.74 |
| 1/22/10 | Photocopy Expense | 4.05 |
| 1/25/10 | Photocopy Expense | 16.11 |
| 1/30/10 | Photocopy Expense | 3.69 |
| 1/31/10 | Westlaw Research | 811.75 |
| | TOTAL DISBURSEMENTS | 1,306.62 |

**INVOICE TOTAL**         $ 52,480.12

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 10.40 | 925.00 | 9,620.00 |
| WILLIAM L. SCOGLAND | 8.50 | 850.00 | 7,225.00 |
| CATHERINE L. STEEGE | 1.00 | 775.00 | 775.00 |
| BARRY LEVENSTAM | 7.20 | 750.00 | 5,400.00 |
| AMANDA S. AMERT | 8.90 | 555.00 | 4,939.50 |
| MELISSA M. HINDS | 2.70 | 545.00 | 1,471.50 |
| DOUGLAS A. SONDGEROTH | 1.90 | 540.00 | 1,026.00 |
| REENA R. BAJOWALA | 17.50 | 490.00 | 8,575.00 |
| APRIL A. OTTERBERG | 14.30 | 445.00 | 6,363.50 |
| JULIE A. WENELL | 12.40 | 370.00 | 4,588.00 |
| PANAGIOTA RAMOS | 7.00 | 170.00 | 1,190.00 |
| TOTAL | 91.80 | | 51,173.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

Case 08-13141-BLS    Doc 3850-3    Filed 03/25/10    Page 15 of 19

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY  
435 NORTH MICHIGAN AVENUE  
SUITE 600  
CHICAGO, IL 60611-4041  
ATTN: DONALD J. LIEBENTRITT

MARCH 10, 2010  
INVOICE # 9162276

**DOL SUBPOENA**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2010 | $13,334.50 |
| DISBURSEMENTS | 41.91 |
| TOTAL INVOICE | $13,376.41 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9162276

MARCH 10, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010

DOL SUBPOENA                                                            MATTER NUMBER -    10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/04/10 | EJR | 3.50 | { L140 } {A110} Updated electronic and hard copy case file (.4); populated descriptive fields in folders containing newly added materials in SharePoint Extranet site (.8); continued to populate relevant descriptive fields in Duff & Phelps database in Concordance in preparation for attorney document review (2.3). | 805.00 |
| 1/05/10 | PXR | 2.00 | { L140 } {A110} Updated correspondence file and various subject files. | 340.00 |
| 1/05/10 | EJR | 1.80 | { L140 } {A110} Continued to populate relevant descriptive fields ■■■. | 414.00 |
| 1/06/10 | EJR | 1.00 | { L140 } {A110} Continued to populate relevant descriptive fields ■■■. | 230.00 |
| 1/07/10 | DJB | .60 | { L190 } {A107} Telephone conference with D. Liebentritt re ■■■ (.2); telephone conference with C. Smith (GreatBanc counsel) re same (.2); telephone conference with McDermott (Tribune ERISA counsel) re same (.2). | 555.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                              Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/08/10 | DJB | .10 | { L190 } {A107} Email with Tribune counsel re ▬▬▬. | 92.50 |
| 1/11/10 | DJB | 2.50 | { L190 } {A107} Telephone conference with counsel for Duff & Phelps re ▬▬▬ (1.3); prepared memorandum to clients re ▬▬▬ (1.2). | 2,312.50 |
| 1/12/10 | RRO | .50 | { L140 } {A110} Worked on resolving data load and duplication issues within the Concordance database ▬▬▬ | 137.50 |
| 1/13/10 | RRO | .50 | { L140 } {A110} Continued working on resolving data load and duplication issues within the Concordance database, ▬▬▬ | 137.50 |
| 1/14/10 | WLS | 3.50 | { L190 } {A104} Worked on ▬▬▬ IRS and DOL ▬▬▬. | 2,975.00 |
| 1/14/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with D. Liebentritt re ▬▬▬ (.5); consulted with ERISA counsel, W. Scogland, re same (.5). | 925.00 |
| 1/15/10 | CS | 1.00 | { L190 } {A105} Met with D. Bradford re ▬▬▬. | 775.00 |
| 1/15/10 | LTY | 1.00 | { L210 } {A110} Worked on gathering pdf copies of case docket and relevant documents requested by M. Hinds. | 275.00 |
| 1/15/10 | MS | .20 | { L140 } {A110} Perrformed second level quality control checks on issues that were identified and fixed in the database. | 55.00 |
| 1/20/10 | PXR | .90 | { L140 } {A110} Reviewed CD of ▬▬▬ documents and created list of all documents ▬▬▬. | 153.00 |
| 1/21/10 | PXR | 1.00 | { L140 } {A110} Gathered and organized transmittal letters and delivered ▬▬▬ to Applied Technology Group to be uploaded to database (.4); searched and retrieved various case file documents per S. McGee request (.6). | 170.00 |

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/21/10 | KZL | .50 | { L140 } {A110} Converted multipage tiff to single page tiff (.1); generated OCR for all records (.1); imported data volume into ▮▮▮▮ database (.1); quality checked all data and images (.2). | 137.50 |
| 1/22/10 | MS | .30 | { L140 } {A110} Performed second level quality control checks on production data and endorsed images received and loaded for review. | 82.50 |
| 1/25/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with J. Ducayet at Sidley re ▮▮▮▮. | 925.00 |
| 1/29/10 | WLS | 1.30 | { L190 } {A104} Worked on ▮▮▮▮. | 1,105.00 |
| 1/29/10 | DJB | .50 | { L190 } {A107} Telephone conference with Department of Labor (.2); telephone conference with client re same (.3). | 462.50 |
| 1/29/10 | DAS | .20 | { L210 } {A105} Reviewed communications from D. Bradford ▮▮▮▮. | 108.00 |
| 1/30/10 | DAS | .30 | { L210 } {A105} Communicated with C. Martin re events related to 2007 Transaction to ▮▮▮▮ (.2); communicated with D. Bradford re same (.1). | 162.00 |
| | | 25.20 | PROFESSIONAL SERVICES | 13,334.50 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 1/06/10 | Pacer Charges | 3.60 |
| 1/18/10 | Photocopy Expense | 3.42 |
| 1/31/10 | Westlaw Research | 34.89 |
| | TOTAL DISBURSEMENTS | 41.91 |

**INVOICE TOTAL**                                   $ 13,376.41

LAW OFFICES

Page 4

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 5.70 | 925.00 | 5,272.50 |
| WILLIAM L. SCOGLAND | 4.80 | 850.00 | 4,080.00 |
| CATHERINE L. STEEGE | 1.00 | 775.00 | 775.00 |
| DOUGLAS A. SONDGEROTH | 0.50 | 540.00 | 270.00 |
| KELLY A. LAUGHRAN | 0.50 | 275.00 | 137.50 |
| LOWELL T. YAP | 1.00 | 275.00 | 275.00 |
| MARGARET SMALL | 0.50 | 275.00 | 137.50 |
| ROBERT R. OHTON, JR. | 1.00 | 275.00 | 275.00 |
| EILEEN J. ROBERTSON | 6.30 | 230.00 | 1,449.00 |
| PANAGIOTA RAMOS | 3.90 | 170.00 | 663.00 |
| TOTAL | 25.20 | | 13,334.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554