**EXHIBIT B**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Pacer Charges | 46.32 |
| Photocopy Expense | 514.98 |
| Westlaw Research | 846.64 |
| **Total** | **1,407.94** |