# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

February 1, 2010 through and including February 28, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 40.90 | $26,585.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 45.20 | $25,990.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999 | May, 1999 | $415.00 | 34.50 | $14,317.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 46.70 | $18,446.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $295.00 | 9.50 | $2,802.50 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 33.90 | $8,983.50 |
| Jeffrey R. Drobish | Associate; Admitted MO 2008 | May, 2008 | $255.00 | 8.00 | $2,040.00 |
| Michelle M. Dero | Paralegal | N/A | $210.00 | .10 | $21.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 34.60 | $7,266.00 |
| Cathy A. Adams | Paralegal | N/A | $190.00 | 1.40 | $266.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 1.50 | $187.50 |
| | | | Total | 256.30 | $106,905.50 |

**Blended Rate:  $417.11**

{698.001-W0006595.}