# EXHIBIT "B"

Official Committee of Unsecured Creditors

March 25, 2010
Account No:  698-001
Statement No:  11364

Tribune Company, et al. bankruptcy

## Task Code Recapitulation

| | | Fees | Hours |
|---|---|---:|---:|
| B112 | Asset Disposition | 159.00 | 0.60 |
| B120 | Business Operations | 79.50 | 0.30 |
| B122 | Case Administration | 1724.00 | 8.00 |
| B124 | Claims Administration & Objections | 212.00 | 0.80 |
| B133 | LBO and Related Transactions | 68794.50 | 154.60 |
| B134 | Hearings | 16810.50 | 37.20 |
| B135 | Litigation | 651.50 | 1.80 |
| B136 | LRC Retention & Fee Matters | 4107.50 | 13.70 |
| B138 | Creditors' Committee Meetings/Communications | 6815.50 | 14.60 |
| B144 | Non-LRC Retention & Fee Matters | 1770.00 | 8.00 |
| B146 | Plan and Disclosure Statement (including Business Plan) | 5781.50 | 16.70 |
| **B100** | **Bankruptcy Task Codes** | **106,905.50** | **256.30** |

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

|                                              |                 |        |
|----------------------------------------------|-----------------|--------|
|                                              | Page:           | 1      |
| Official Committee of Unsecured Creditors    | March 25, 2010  |        |
|                                              | Account No:     | 698-001 |
|                                              | Statement No:   | 11364  |

Tribune Company, et al. bankruptcy

### Fees through 02/28/2010

|              |     |      |      |                                                                                                                                                                                              | Hours |        |
|--------------|-----|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/02/2010   | KAB | B112 | A100 | review and summarize Debtors' motion to approve settlement with Faggio and City of New Haven (.2), and related motion to shorten and Court's order re: motion to shorten (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.40  | 106.00 |
| 02/17/2010   | KAB | B112 | A100 | review and summarize Court's order approving settlement with Faggio and City of New Haven (.1), circulate summary to A. Landis and M. McGuire (.1) | 0.20  | 53.00  |
|              |     |      |      | **B112 – Asset Disposition**                                                                                                                                                                 | **0.60** | **159.00** |
| 02/25/2010   | KAB | B120 | A100 | Review and summarize the Debtors' motion to dismiss the New River bankruptcy case (.2) and circulate summary to A. Landis and M. McGuire (.1) | 0.30  | 79.50  |
|              |     |      |      | **B120 – Business Operations**                                                                                                                                                               | **0.30** | **79.50** |
| 02/01/2010   | FAP | B122 | A100 | Briefly review periodic report pursuant to 2015.3                                                                                                                                            | 0.10  | 21.00  |
|              | FAP | B122 | A100 | Update critical dates memo and circulate                                                                                                                                                     | 0.30  | 63.00  |
| 02/02/2010   | FAP | B122 | A100 | Review notice of special counsel to committee's motion for standing to commence claims; update critical dates | 0.10  | 21.00  |
|              | FAP | B122 | A100 | Review notice of special counsel to committee's motion to file under seal certain exhibits for standing to commence claims; update critical dates | 0.10  | 21.00  |
|              | FAP | B122 | A100 | Review notice of motion to extend exclusivity; update critical dates                                                                                                                         | 0.10  | 21.00  |
|              | FAP | B122 | A100 | Review motion to shorten motion to approve Faggio and City of New Haven settlement agreement; update critical dates | 0.10  | 21.00  |
|              | FAP | B122 | A100 | Review Chadbourne' memo re: analysis of debtors' 14th and 15th omni objections to claims | 0.10  | 21.00  |
|              | FAP | B122 | A100 | Review several e-notifications regarding examiners' final report for second interim applications | 0.10  | 21.00  |
|              | FAP | B122 | A100 | Review order shortening notice re: motion to approve Faggio/City of New Haven settlement; update critical dates | 0.10  | 21.00  |

Page: 2
March 25, 2010
Account No: 698-001
Statement No: 11364

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| Date | | | | Description | Hours | |
|------|---|---|---|-------------|-------|---|
| 02/03/2010 | FAP | B122 | A100 | Review 2/4 committee meeting agenda and circulate to A. Landis and M. McGuire with related materials | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| 02/05/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| 02/08/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review notice of Zuckerman Spaeder fifth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Sodexo amended notice of appearance; update 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Update critical dates memo and circulate to A. Landis, M. McGuire and K. Brown | 0.30 | 63.00 |
| 02/09/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| 02/11/2010 | FAP | B122 | A100 | Review agenda for 2/12 committee meeting and circulate to A. Landis and M. McGuire | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review Moelis' weekly report | 0.10 | 21.00 |
| 02/12/2010 | FAP | B122 | A100 | Review notice of Cole Schotz twelfth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Citicorp notice of appearance; update 2002 service list | 0.10 | 21.00 |
| 02/16/2010 | FAP | B122 | A100 | Review order denying Aurelius Capital motion to expedite consideration of objection to committee's motion for standing | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review order granting WTC motion to shorten notice and file under seal re: cross-motion to intervene re: committee's motion for standing; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Morgan Stanley notice of appearance; update 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Update critical dates memo and circulate to A. Landis, M. McGuire and K. Brown | 0.30 | 63.00 |
| | FAP | B122 | A100 | Review order approving settlement with Faggio and City of New Haven | 0.10 | 21.00 |
| | FAP | B122 | A100 | review order approving payment of Horwood Marcus fees | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review order sustaining fifteenth omni objection to claims | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review order sustaining fourteenth omni objection to claims | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review multiple e-notifications re: pro hac orders | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Bank of America notice of appearance; update 2002 service list | 0.10 | 21.00 |
| 02/17/2010 | FAP | B122 | A100 | Review notice of Sidley Austin eleventh monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |

Page: 3
Official Committee of Unsecured Creditors                              March 25, 2010
                                                                  Account No:   698-001
                                                                  Statement No:    11364

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                          | **Hours** |        |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------|-----------|--------|
| 02/18/2010 | FAP | B122 | A100 | Review notice of Jenner Block December fee application; update critical dates                            | 0.10      | 21.00  |
|            | MMD | B122 | A100 | Discussion with F. Panchak regarding status of and assistance with 2/18 hearing preparation              | 0.10      | 21.00  |
| 02/19/2010 | KAB | B122 | A100 | Review docket                                                                                            | 0.10      | 26.50  |
|            | FAP | B122 | A100 | Review 2/19 committee mtg. agenda and circulate                                                          | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                                                | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Briefly review Moelis' weekly report                                                                     | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review notice of Reed Smith eleventh monthly fee application; update critical dates                      | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review Law Debenture scheduling order; update critical dates                                             | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Email exchanges with M. McGuire re: distribution of hearing transcripts                                  | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review Intralinks weekly court calendar                                                                  | 0.10      | 21.00  |
|            | FAP | B122 | A100 | File maintenance and organization of pleadings                                                           | 0.20      | 42.00  |
| 02/22/2010 | FAP | B122 | A100 | Review notice of Cole Schotz thirteenth monthly fee application; update critical dates                   | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review notice of Alvarez Marsal twelfth monthly fee application; update critical dates                   | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review notice of PWC twelfth monthly fee application; update critical dates                              | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review notice of sixteenth omni objection to claims; update critical dates                               | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review notice of seventeenth omni objection to claims; update critical dates                             | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review notice of eighteenth omni objection to claims; update critical dates                              | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Update critical dates memo and circulate to A. Landis, M. McGuire and K. Brown                           | 0.40      | 84.00  |
|            | FAP | B122 | A100 | Review notice of E&Y supplemental retention application; update critical dates                           | 0.10      | 21.00  |
| 02/23/2010 | KAB | B122 | A100 | Review docket                                                                                            | 0.10      | 26.50  |
|            | FAP | B122 | A100 | Review notice of Dow Lohnes eighth monthly fee application; update critical dates                        | 0.10      | 21.00  |
| 02/24/2010 | FAP | B122 | A100 | Briefly review Moelis' weekly report                                                                     | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review M. Roitman email re: status of 2/25 and 3/4 committee meetings; update critical dates (.1); email exchanges with D. Rath re: same (.1) | 0.20      | 42.00  |
|            | KAB | B122 | A100 | Review docket                                                                                            | 0.10      | 26.50  |
| 02/25/2010 | FAP | B122 | A100 | Review notice of motion to dismiss New River Center/amend caption; update critical dates                 | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                                                | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review M. Roitman email re: 3/4 committee meeting time; update critical dates                            | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review order extending exclusivity; update critical dates                                                | 0.10      | 21.00  |
|            | FAP | B122 | A100 | Review notice of motion to extend removal; update critical dates                                         | 0.10      | 21.00  |

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Briefly review AlixPartners 2009 incentive plan update | 0.10 | 21.00 |
| 02/26/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
|  | KAB | B122 | A105 | review updated docket | 0.10 | 26.50 |
|  |  |  |  | **B122 – Case Administration** | **8.00** | **1,724.00** |
| 02/02/2010 | KAB | B124 | A100 | review and summarize Court's order sustaining objection to Mylander's claims (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
| 02/12/2010 | KAB | B124 | A100 | review and summarize Debtors' response to Conligliaro's motion for relief from stay (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
| 02/17/2010 | KAB | B124 | A100 | review and summarize Court's order sustaining Debtors 15th omnibus objection (.1) and 14th omnibus objection (.1) | 0.20 | 53.00 |
| 02/22/2010 | KAB | B124 | A100 | Review Debtors' 16th, 17th, and 18th omnibus objections | 0.20 | 53.00 |
|  |  |  |  | **B124 – Claims Adm. & Objection** | **0.80** | **212.00** |
| 02/01/2010 | FAP | B133 | A100 | Discussion with R. Butcher re: Citigroup document production (.1); coordinate duplicate hard drives of same (.1); correspondence to J. Peltz (.1); correspondence to F. Vazquez (.1) | 0.40 | 84.00 |
|  | AGL | B133 | A100 | Call with Deutsch and Macauley re: retention of experts w/r/t committee claims | 0.40 | 260.00 |
|  | DBR | B133 | A100 | review status of committee complaint and standing motion (.5); review discovery status of all targets re: LBO investigation (1.0); communications with Butcher re: same (.3) | 1.80 | 1,035.00 |
|  | MBM | B133 | A100 | review of final standing motion (.5) and motion to seal (.1) | 0.60 | 237.00 |
|  | MBM | B133 | A100 | review of JPMC response to Law Debenture discovery | 0.70 | 276.50 |
| 02/02/2010 | DBR | B133 | A100 | review complaint and standing motion re: LBO transaction(2.0); review agenda for professionals call(.2); prepare for(1.2) and participate in professionals call(.7); | 4.10 | 2,357.50 |
|  | FAP | B133 | A100 | Briefly review draft complaint to be filed under seal and circulate to A. Landis and M. McGuire | 0.10 | 21.00 |
|  | KAB | B133 | A100 | review and summarize (i) Committee's motion to file draft complaint under seal (.2); Committee's motion for standing to prosecute re: LBO (.2), and circulate summaries to A. Landis and M. McGuire (.1) | 0.50 | 132.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | JRD | B133 | A100 | Discussion w/ K. Brown re: progress, plan for Doc. review re: LBO investigation discovery from Citi | 0.10 | 25.50 |
|  | JRD | B133 | A100 | Continue document review re: LBO investigation discovery from Citi | 0.80 | 204.00 |
|  | KAB | B133 | A100 | Continue review of documents produced by Citi re: the LBO investigation (1.9); confer w/J. Drobish re: status of same (.1); confer w/L. Ellis re: same (.1) | 2.10 | 556.50 |
|  | JLE | B133 | A100 | Continue document review re: LBO investigation discovery (2.2); confer with Brown re: same (.1) | 2.30 | 678.50 |
|  | RLB | B133 | A100 | Review Citi drive received for documents produced (1.3) Committee professionals call (.5) Calls to counsel for Standard & Poor's (.4) | 2.20 | 913.00 |
| 02/03/2010 | KAB | B133 | A100 | Confer with R. Butcher (.1), L. Ellis (.1), and J. Drobish (.1) re: status and updates on document review in connection with LBO investigation | 0.30 | 79.50 |
|  | JRD | B133 | A100 | Further discussion w/ K. Brown re: plan for Doc. review re: LBO investigation discovery from Citi | 0.10 | 25.50 |
|  | FAP | B133 | A100 | Review Goldman Sachs correspondence re: replacement discovery CDs (.1); coordinate duplication of same (.1); correspondence to J. Peltz (.1); correspondence to F. Vazquez (.1) | 0.40 | 84.00 |
|  | KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 2.80 | 742.00 |
|  | RLB | B133 | A100 | E-mails with counsel to Goldman re: documents (.4) Begin document review (1.0) E-mail with Chadbourne re: documents (.2) | 1.60 | 664.00 |
|  | DBR | B133 | A100 | Review standing motion and related law (1.4); outline open discovery issues re: LBO investigation (1.3) | 2.70 | 1,552.50 |
| 02/04/2010 | RLB | B133 | A100 | Call with Andrew Goldfarb re: document production and LBO investigation (.3) Call with DBR re: Blackstone stipulation (.3)  E-mail with Chadbourne, DBR re: form of Blackstone stipulation (.4) E-mail with opposing counsel re: changes to stipulation (.3) Review Blackstone stipulation and changes (.4)  E-mail with counsel to Cerberus re: documents (.2) E-mail with Morgan Stanley re: documents (.2) | 2.10 | 871.50 |
|  | JLE | B133 | A100 | Continue review of documents produced re: LBO investigation discovery | 2.30 | 678.50 |
|  | DBR | B133 | A100 | Review status of discovery from LBO targets (.5); review Blackstone stipulation and evaluate changes (.8); communications with Butcher re: same (.4); review and respond to emails with Schwinger re: same (.3) | 2.00 | 1,150.00 |
| 02/05/2010 | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 0.60 | 159.00 |

{698.001-W0006760.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | MBM | B133 | A100 | review (.9) and provide comments (.4) re: response to WTC's motion to appoint examiner; emails and conference with Landis re: same (.2) | 1.50 | 592.50 |
| | RLB | B133 | A100 | E-mails with Chadbourne re: documents from Citi.(.4); E-mails with Chadbourne (.5) re: Blackstone stipulation; Review Blackstone stipulation (.3) | 1.20 | 498.00 |
| | DBR | B133 | A100 | working on Blackstone stipulation(.5); communications with Zuckerman re: Moodys discovery (.3); follow up with Butcher re: discovery issues (.5) | 1.30 | 747.50 |
| 02/07/2010 | AGL | B133 | A100 | review and revise objecton to WTC motion to appoint examiner re: LBO investigation (1.4); emails to and from group re: same (.2) | 1.60 | 1,040.00 |
| 02/08/2010 | FAP | B133 | A100 | Briefly review draft objection to WTC motion to appoint examiner | 0.10 | 21.00 |
| | DBR | B133 | A100 | prepare for professionals call | 0.50 | 287.50 |
| 02/09/2010 | DBR | B133 | A100 | Prepare for (.5) and participate (.6) in professionals committee call; meet with Butcher re: investigation targets (.5) evaluate status and strategy of investigation targets (.6) | 2.20 | 1,265.00 |
| | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 2.00 | 530.00 |
| | RLB | B133 | A100 | Call with Committee professionals re: LBO complaint and status of investigation.(1.1) E-mail with counsel to Morgan Stanley re: document production (.3) | 1.40 | 581.00 |
| 02/10/2010 | JLE | B133 | A100 | Continue review of document produced by Citi re: LBO investigation Discovery | 4.30 | 1,268.50 |
| | MBM | B133 | A100 | review (1.0) and comments (.5) on response to WTC examiner motion | 1.50 | 592.50 |
| | RLB | B133 | A100 | Review final standing motion (.5) and complaint (.6) Review objection to standing (.7) | 1.80 | 747.00 |
| 02/11/2010 | AGL | B133 | A100 | final review and revisions to response to WTC examiner motion (1.1); emails to and from group re: same, comments, filing issues during delaware state of emergency (.3) | 1.40 | 910.00 |
| | KAB | B133 | A100 | Email with M. Tower and M. McGuire re: filing response to WTC motion to appoint an examiner (.3), confer with F. Panchak re: filing same (.2) | 0.50 | 132.50 |
| | KAB | B133 | A100 | Review response to WTC motion to appoint examiner | 0.60 | 159.00 |
| | FAP | B133 | A100 | Briefly review revised objection to WTC motion to appoint examiner and circulate to A. Landis and M. McGuire (.1); multiple email exchanges with M. McGuire and M. Tower re: same (.2); call with K. Brown and M. McGuire re: filing same (.2); file and serve same (.5); follow-up email to Chadbourne re: notification of filing (.1) | 1.10 | 231.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | AGL | B133 | A100 | review and analyze JPMC response to examiner motion | 0.40 | 260.00 |
| | AGL | B133 | A100 | review and analyze debtors' response to examiner motion | 0.60 | 390.00 |
| | MBM | B133 | A100 | multiple emails with Landis, Bush, LeMay and Deutsch re: response to WTC examiner motion (.7); review of revised response re: same (1.2); review of WTC response to standing Motion and related exhibits (2.2); review of JPMC response to standing motion (.6) | 4.70 | 1,856.50 |
| | RLB | B133 | A100 | Review Wilmington Trust objection and request to intervene (.9) Review other objections to standing motion re: LBO complaint (.6)   E-mails with Morgan Stanley counsel re: document production (.3) | 1.80 | 747.00 |
| | DBR | B133 | A100 | review Wilm Trust standing motion(2.3);review case law re: same(.9) | 3.20 | 1,840.00 |
| 02/12/2010 | FAP | B133 | A100 | Review WTC motion to file under seal certain unredacted response to committee motion for standing (.1); review motion to shorten (.1); review redacted response (.1); email exchanges and call to K. Bromberg re: unredacted response (.2); discussions with A. Landis re: same (.1); compile binder for same (.6) | 1.20 | 252.00 |
| | KAB | B133 | A100 | Review and summarize (i) Aurelius's objection to Committee's motion to file LBO complaint under seal (.2); (ii) Aurelius related motion to shorten (.1); (iii) JPMC response to WTC's examiner motion (.3); (iv) JPMC response to Committee's motion for standing to prosecute re: LBO (.2); (v) WTC's motion to file response to Committee's standing motion under seal (.1); (vi) Merrill Lynch's joinder to JPMC response to Committee's motion for standing (.2); (vii) Merrill Lynch's joinder to JPMC's response to WTC's examiner motion (.1); (viii) Debtors' objection to Committee's standing motion (.3); (ix) Debtors' objection to WTC's examiner motion (.2); (x) Lenders' objection to WTC's examiner motion (.2); (xi) Lenders' objection to Committee's standing motion (.2); (xii) TM Retiree's joinder to Committee's standing motion (.1); (xiii) Citi's joinder to JPMC and the Lenders objections to Committee's standing motion and WTC's examiner motions (.2); (xiv) WTC's response to Committee's standing motion and cross-motion to intervene (.4); (xv) JPMC's response to Aurelius's objection to the Committee's motion to file LBO complaint under seal and related motion to shorten (.2); circulate summaries to A. Landis and M. McGuire (.1) | 3.10 | 821.50 |
| | FAP | B133 | A100 | Prepare service list re: objection to WTC motion to appoint examiner (.1); prepare affidavit of service (.1); file same (.1) | 0.30 | 63.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | FAP | B133 | A100 | Briefly review Aurelius Capital objection to motion for standing and motion to expedite hearing | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review JPMC response to WTC motion to appoint examiner | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review JPMC objection to committee's motion for standing | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review joinder of Merrill Lynch to JPMC objection to WTC response and cross motion to intervene in committee's motion for standing | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review joinder of Merrill Lynch to JPMC's objection to WTC motion to appoint examiner | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review debtors' objection to WTC motion to appoint examiner | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review lenders' response to WTC motion to appoint examiner | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review TM retirees joinder to committee's objection to WTC motion to appoint examiner | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review BOFA ltd. joinder to JPMC and Lenders response to motion for standing and WTC motion appoint examiner | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review Law Debenture joinder to committee's motion for standing | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review debtors' response to Aurelius motion for expedited consideration of objection to committee's motion to file complaint under seal | 0.10 | 21.00 |
| | AGL | B133 | A100 | review and analyze WTC discovery letter and binder of objections to standing motion and examiner motion | 2.90 | 1,885.00 |
| | AGL | B133 | A100 | review and analyze credit agreement lenders objection to examiner motion | 0.40 | 260.00 |
| | AGL | B133 | A100 | review joinders in objections (retirees, Citicorp BofA) in examiner motion objections | 0.50 | 325.00 |
| 02/13/2010 | MBM | B133 | A100 | call with co-counsel re: examiner and standing motions (1.5); prepare for same (.6), emails with co-counsel re: same (.6) | 2.70 | 1,066.50 |
| | AGL | B133 | A100 | prepare for (1.0) and attend call re: strategic options for response to objections to standing and examiner motions and discovery letter from WTC (1.1) | 2.10 | 1,365.00 |
| | AGL | B133 | A100 | emails to and from Deutsch re: evidentiary hearings versus preliminary hearing for examiner and standing motion (.2); quick research re: same (.3) | 0.50 | 325.00 |
| | RLB | B133 | A100 | E-mails with AGL and MBM re: affidavit and information needed re: LBO investigation. | 0.60 | 249.00 |
| | DBR | B133 | A100 | Review Wilm Trust standing brief (1.1); communications with Chadbourne and review of pleadings re: discovery from committee (1.0) | 2.10 | 1,207.50 |

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 02/14/2010 | DBR | B133 | A100 | review correspondence from Chadbourne and respond to same relating to history of discovery (.5); review outline of Butcher memo re: above (.3); draft Brown Rudnick request (.3) | 1.10 | 632.50 |
|  | MBM | B133 | A100 | emails with Landis and Butcher re: preparation of Bush affidavit (.5); emails with Ashley and Deutsch re: same (.2); research re: LRC discovery targets for Bush affidavit (1.5); research re: judicial notice evidentiary issues for hearing on examiner motion (1.8) | 4.00 | 1,580.00 |
|  | AGL | B133 | A100 | extensive review and revisions to response to objections to standing motion (2.5); emails to and from group re: same (.3) | 2.80 | 1,820.00 |
|  | AGL | B133 | A100 | research re: Delaware standing cases (.5); emails to and from C&P team re: same (.2) | 0.70 | 455.00 |
|  | AGL | B133 | A100 | emails to and from group re: evidentiary issues for hearing on standing and examiner motions | 0.80 | 520.00 |
|  | AGL | B133 | A100 | assist in preparation of Bush affidavit re: discovery materials in connection with standing and examiner motions (.5); emails to and from McGuire, Butcher re: discovery issues (.4) | 0.90 | 585.00 |
|  | RLB | B133 | A100 | Draft summary of chart re: LBO investigation to date for inclusion in affidavit (1.4) Review and forward documents to Chadbourne for filing with draft affidavit (.8) E-mails with Chadbourne re: update to chart and documents needed (.5) | 2.70 | 1,120.50 |
| 02/15/2010 | DBR | B133 | A100 | conference with McGuire re: discovery sought by WTC, issues relating to standing motion and related topics (.6); review correspondence from Chadbourne re: discovery request by WTC and standing issues (.7); review draft reply (1.1); prepare for professionals call (.5) | 2.90 | 1,667.50 |
|  | RLB | B133 | A100 | Scan (.3) and e-mail to Chadbourne (.3) document requests for affidavit in reply to standing motion objections; Review draft affidavit re: LBO investigation to date (.7); E-mails with Chadbourne re: changes to affidavit objecting to motion for trustee. (.5) | 1.80 | 747.00 |
|  | AGL | B133 | A100 | final review and revisions to response to objections to motion for standing (1.1) and Bush affidavit (.8) | 1.90 | 1,235.00 |
|  | AGL | B133 | A100 | review and revise letter to WTC counsel re: discovery (1.3); emails to and from group and LeMay re: revisions and local rule issues (.4) | 1.70 | 1,105.00 |
|  | MBM | B133 | A100 | numerous emails with LeMay, Seife, Landis, Bush, Goldfarb and Sottille re: evidentiary issues on motion for standing and WTC examiner motion (2.1); conferences with Landis re: same (.5); review of standing reply (.7); review of discovery letter to WTC (.4); research re: same (.5); review and comments to Bush affidavit (.8); research and prepare exhibits for Bush affidavit (.9) | 5.90 | 2,330.50 |

{698.001-W0006760.}

Page: 10
Official Committee of Unsecured Creditors                                      March 25, 2010
                                                                          Account No:   698-001
                                                                          Statement No:    11364
Tribune Company, et al. bankruptcy

**Hours**

| | | | | | |
|---|---|---|---|---|---|
| 02/16/2010 FAP | B133 | A100 | Briefly review Aurelius Capital reply to JPMC and Debtors' response to motion to expedite consideration of objection to standing motion | 0.10 | 21.00 |
| FAP | B133 | A100 | Briefly review Centerbridge joinder to committee's motion for standing | 0.10 | 21.00 |
| FAP | B133 | A100 | Briefly review committee's reply to motion for standing | 0.10 | 21.00 |
| DBR | B133 | A100 | confer with Landis re: hearing on 2/18 (.3); prepare for (.2) and participate in conference call with Committee professionals(1.0); meet with Butcher and outline status of all discovery targets(1.0) | 2.50 | 1,437.50 |
| JRD | B133 | A100 | Continue document review re: LBO investigation discovery from Citi | 5.90 | 1,504.50 |
| FAP | B133 | A100 | Briefly review WTC omnibus reply to motion to appoint examiner | 0.10 | 21.00 |
| FAP | B133 | A100 | Briefly review UST statement in support of WTC motion to appoint examiner | 0.10 | 21.00 |
| FAP | B133 | A100 | Briefly review WTC motion to file under seal Siegel declaration in support of motion to appoint examiner and motion to shorten same | 0.10 | 21.00 |
| FAP | B133 | A100 | Briefly review M. Siegel's declaration in support of WTC  motion to appoint examiner (.1); discussions with A. Landis re: redacted and unredacted exhibits (.1); begin retrieval and compilation of same (.5) | 0.70 | 147.00 |
| FAP | B133 | A100 | Review order granting WTC motion to shorten notice on motion to file Siegel declaration under seal; update critical dates | 0.10 | 21.00 |
| FAP | B133 | A100 | Briefly review Law Debenture reply in support of committee's motion for standing | 0.10 | 21.00 |
| KAB | B133 | A100 | Discuss status of the document review project regarding the LBO with R. Butcher and L. Ellis | 0.20 | 53.00 |
| JLE | B133 | A100 | Conference with Butcher and Brown re: status of document review for Citi re: LBO investigation | 0.20 | 59.00 |
| MBM | B133 | A100 | review of unredacted exhibits and prepare for hearing (2.7); review of UST statement in support of WTC motion for examiner (.6); emails with Landis and LeMay re: same (.3); review of WTC reply re: examiner motion (1.1) | 4.70 | 1,856.50 |
| AGL | B133 | A100 | review and analyze UST support of WTC examiner motion (.5); emails to and from LeMay, group re: timing, UST issues, hearing issues (.8) | 1.30 | 845.00 |
| RLB | B133 | A100 | Prepare for (.5) and participate in call with Committee professionals re: LBO and other status (.8); E-mail with Morgan Stanley counsel re: documents production (.2); E-mail with counsel to Cerberus re: document production (.2); E-mail with Chadbourne re: Morgan Stanley and Cerberus production (.4); discuss status of document review w/K. Brown and L. Ellis (.2) | 2.30 | 954.50 |
| 02/17/2010 JRD | B133 | A100 | Continue document review re: LBO investigation discovery from Citi | 0.40 | 102.00 |
| DBR | B133 | A100 | Analyze investigation update | 1.70 | 977.50 |

{698.001-W0006760.}

Page: 11
Official Committee of Unsecured Creditors                          March 25, 2010
                                                              Account No:  698-001
                                                              Statement No:    11364

Tribune Company, et al. bankruptcy

**Hours**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| KAB | B133 | A100 | review and summarize:  ML's objection to WTC's cross-motion to intervene in any LBO prosecution (.1); JPMC's response to Committee's standing motion (.2); BofA's joinder to JPMC's response to Committee's standing motion (.1); Debtor's response to Aurelius's objection to Committee's complaint being filed under seal (.2); Law Debenture's joinder to Committee's standing motion (.2); Court's order denying WTC's motion to shorten notice on cross-motion to intervene (.1); Court's order denying motion to shorten notice to hear Aurelius's objection to Committe's filing complaint under seal (.1); Aurelius' reply re: objection to Committee's motion to file complaint under seal (.2); Centerbridge's joinder to Committee's standing motion (.1); Committee's reply in support of standing to prosecute (.1); WTC's reply to objections to its examiner's motion (.1); UST's statement in support of examiner (.2); WTC's motion to file declaration in support of examiner motion under seal and related motion to shorten (.1); WTC's declaration of M. Siegel in support of examiner motion (.1); Law Debenture's reply in support of Committee standing to prosecute (.1); Court's order granting WTC's motion to shorten hearing on motion to seal (.1); Law Debenture's motion to file declaration of A. Glenn to support Committee standing under seal and related motion to shorten (.1);  Court's order granting Law Debenture's motion to shorten seal motion (.1); and circulate summaries to A. Landis and M. McGuire (.1). | 2.40 | 636.00 |
| RLB | B133 | A100 | Review of Morgan Stanley documents produced (3.2)  Call with Debtors' professionals re: case status (.5) | 3.70 | 1,535.50 |
| 02/18/2010 JRD | B133 | A100 | Discussion w/ K. Brown re: document review status (LBO investigation discovery from Citi) | 0.10 | 25.50 |
| JLE | B133 | A102 | Research re: standing issue | 0.40 | 118.00 |
| RLB | B133 | A100 | E-mail with Morgan Stanley re: production of additional documents.(.3) E-mail with Cerberus re: production of replacement documents (.2) | 0.50 | 207.50 |
| 02/19/2010 DBR | B133 | A100 | review draft complaint (2.1); confer with Butcher re: discovery and review target discovery results (1.2); communications with Chadbourne re: hearing transcript re: exclusivity issue (.4) | 3.70 | 2,127.50 |
| FAP | B133 | A100 | Discussion with R. Butcher re: Morgan Stanley discovery (.1); coordinate production of same (.1) correspondence to J.Peltz (.1); correspondence to F. Vazquez (.1) | 0.40 | 84.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | E-mail with counsel to Citi re: document deficiencies (.3) E-mail with Chadbourne re: corrected Citi documents (.2) E-mail with Chadbourne re: Morgan Stanley documents (.3) Review overview of documents produced by Morgan Stanley (.5) | 1.30 | 539.50 |
| 02/22/2010 | DBR | B133 | A100 | review summaries of discovery and confer with Butcher re: same(1.1); review draft complaint(1.8) | 2.90 | 1,667.50 |
|  | RLB | B133 | A100 | Review (.3) and revise LBO chart (1.2) re: current status of discovery. | 1.50 | 622.50 |
| 02/23/2010 | DBR | B133 | A100 | meet with Butcher re: lbo investigation (.5) prepare for(.5) and participate in committee professionals call (.5); | 1.50 | 862.50 |
|  | RLB | B133 | A100 | Discuss status of LBO investigation with DBR (.5); Prepare for weekly professionals call re: LBO (.3); Follow up re: transcript of hearing for third party standing motion (.5); Professionals call re: Plan and LBO matters (.9); E-mails with Cerberus re: documents (.2) | 2.40 | 996.00 |
| 02/24/2010 | DBR | B133 | A100 | review lbo complaint and revisions | 2.50 | 1,437.50 |
|  | RLB | B133 | A100 | E-mails with Citi counsel (.4) and with Chadbourne (.4) re: document revisions and additional production by Citi. | 0.80 | 332.00 |
| 02/25/2010 | RLB | B133 | A100 | E-mails with co-counsel at Chadbourne re: problems with MS production. | 0.40 | 166.00 |
|  |  |  |  | **B133-LBO & Related Trans** | **154.60** | **68,794.50** |
| 02/15/2010 | MBM | B134 | A100 | prepare for (.7) and attend telephonic status conference (.3) | 1.00 | 395.00 |
| 02/16/2010 | FAP | B134 | A100 | Review notice of agenda for telephonic 2/16 status conference (.1); coordinate Landis appearance with CourtCall (.1) | 0.20 | 42.00 |
|  | FAP | B134 | A100 | Discussion with M. McGuire re: 2/16 telephonic status conference and appearances for same (.1); prepare hearing binder (.4) | 0.50 | 105.00 |
|  | FAP | B134 | A100 | Email exchanges with D. Deutsch re: 2/18 hearing telephonic appearance (.1); coordinate same with CourtCall (.1) | 0.20 | 42.00 |
|  | FAP | B134 | A100 | Review agenda adjourning 2/19 hearing; update critical dates | 0.10 | 21.00 |
|  | FAP | B134 | A100 | Review 2/18 hearing agenda | 0.10 | 21.00 |
| 02/17/2010 | FAP | B134 | A100 | Retrieve and continue compiling 2/18 hearing binders including sealed pleadings (3.5); discussions with M. McGuire and A. Landis re: same (.2) | 3.70 | 777.00 |
|  | FAP | B134 | A100 | Prepare discovery requests binder for 2/18 hearing | 1.80 | 378.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | **Hours** | |
|---|---|---|---|---|---|
| FAP | B134 | A100 | Review 2/18 amended agenda (.1); supplement and finalize hearing binders (2.3); multiple email exchanges with M. Roitman re: unredacted pleadings (.2); discussion with M. McGuire and A. Landis re: same (.1) | 2.70 | 567.00 |
| AGL | B134 | A100 | prepare for omnibus hearing re: standing, exclusivity, examiner (review of hearing binders, outline arguments and potential testimony) (4.3); working dinner meeting with co-counsel re: arguments and hearing strategy (2.3) | 6.60 | 4,290.00 |
| MBM | B134 | A100 | prepare for 2/18 hearing | 2.90 | 1,145.50 |
| 02/18/2010 DBR | B134 | A100 | prepare for (2.3) and participate in hearings re: exclusivity, motion for standing and examiner motion (2.7);post hearing discussions with committee counsel (1.5) | 6.50 | 3,737.50 |
| FAP | B134 | A100 | Assist M. McGuire and A. Landis with 2/18 hearing preparation | 0.50 | 105.00 |
| KAB | B134 | A108 | coordinate with DLS for the retrieval of hearing binders (.1) and review binders from hearing on Committee's motion for standing to prosecute (.2) | 0.30 | 79.50 |
| AGL | B134 | A100 | meetings with co-counsel in preparation for omni hearing (2.0); attend omnibus hearing (2.7); post hearing debrief and discussion of ruling, go forward strategy (1.1) | 5.80 | 3,770.00 |
| CAA | B134 | A100 | Coordinate retrieval of hearing materials | 0.10 | 19.00 |
| CAA | B134 | A100 | Emails from/to M. McGuire re: hearing transcript cd (.2); Multiple phone calls/emails to Court re: same (.2); Order expedited transcript and email to F. Panchak re: same (.1) | 0.50 | 95.00 |
| MBM | B134 | A100 | work with Landis and co-counsel to prepare for omnibus hearing | 2.40 | 948.00 |
| 02/19/2010 FAP | B134 | A100 | Email exchanges with A. Landis re: MIP hearing transcripts (.1); calls/email exchanges with Diaz Data re: same (.1); complete order for same (.1) | 0.30 | 63.00 |
| FAP | B134 | A100 | Review D. Deutsch memo re: update on 2/18 hearing; update critical dates | 0.10 | 21.00 |
| FAP | B134 | A100 | Email exchanges with D. Rath re: 2/18 hearing CD (.1); coordinate order for same (.1) | 0.20 | 42.00 |
| 02/23/2010 FAP | B134 | A100 | Email exchanges with M. Roitman re: 2/18 hearing transcript (.1); email exchanges and discussion with D. Rath re: same (.1); calls to/from transcriber (.2); follow-up with C. Adams re: receipt of same (.1); briefly review transcript (.1); circulate to Chadbourne and Zuckerman (.1) | 0.70 | 147.00 |
| | | | **B134 - Hearings** | **37.20** | **16,810.50** |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 02/01/2010 | RLB | B135 | A100 | Review proposed order re: Gutman 9019 (.3) E-mail with Chadbourne re: proposed order. (.3) | 0.60 | 249.00 |
| 02/02/2010 | RLB | B135 | A100 | Gutman order e-mails with opposing counsel and Chadbourne (.3)    Review revised order for Gutman 9019 (.3). | 0.60 | 249.00 |
| 02/03/2010 | FAP | B135 | A100 | Review order approving Gutman settlement | 0.10 | 21.00 |
|  | KAB | B135 | A100 | review and summarize the Court's order approving settlement with the estate of Gutman (.2) and circulate summary to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| 02/25/2010 | KAB | B135 | A100 | Review and summarize the Debtors' motion to extend deadline to remove claims and causes of actions (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |

|  |  |  |  | **B135 – Litigation** | **1.80** | **651.50** |
|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 02/01/2010 | AGL | B136 | A100 | draft, review and revise email to fee examiner re: 3rd interim application | 0.70 | 455.00 |
|  | MBM | B136 | A100 | prepare response to fee examiner preliminary response to LRC 3rd interim fee application (1.9); emails with Landis re: same (.2); revisions to same (.6); conference with Landis re: same (.2) | 2.90 | 1,145.50 |
| 02/05/2010 | FAP | B136 | A100 | Review LRC response to fee examiners preliminary report to third interim fee application | 0.10 | 21.00 |
| 02/15/2010 | FAP | B136 | A100 | Begin review/revise January prebills | 0.50 | 105.00 |
| 02/17/2010 | FAP | B136 | A100 | Email exchanges with M. McGuire and A. Landis re: responses to LRC twelfth fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |
| 02/18/2010 | CAA | B136 | A100 | Draft Affidavit of Service re: Certificates of No Objection to LRC, AlixPartners and Chadbourne's 12th Monthly Fee Applications (.1); Efile same (.1) | 0.20 | 38.00 |
|  | CAA | B136 | A100 | Finalize for filing and coordinate service of Certificate of No Objection re: LRC 12th Monthly Fee Application | 0.20 | 38.00 |
| 02/22/2010 | KAB | B136 | A100 | Discuss review of prebills with M. Mcguire | 0.10 | 26.50 |
|  | KAB | B136 | A100 | discuss prebills and F. Panchak's initial review of same with F. Panchak | 0.20 | 53.00 |
| 02/23/2010 | KAB | B136 | A100 | Review prebills for compliance with local rules and UST guidelines (1.1), discuss certain entry issues with L. Rogers (.1), M. Olivere (.1), R. Butcher (.1), and D. Rath (.1) | 1.50 | 397.50 |
|  | MBM | B136 | A100 | conference with Landis re: response to preliminary report on 2nd interim fee |  |  |

Tribune Company, et al. bankruptcy

|  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|
|  |  |  | application (.2); research re: same (.4) | 0.60 | 237.00 |
| 02/24/2010 | KAB | B136 | A100 begin preparing LRC fee application | 0.80 | 212.00 |
| 02/25/2010 | CL | B136 | A104 Edits to LRC January draft invoice | 1.50 | 187.50 |
|  | KAB | B136 | A100 review second draft of prebills for compliance with local rules and UST guidelines | 0.80 | 212.00 |
|  | KAB | B136 | A100 continue drafting LRC's 13th fee app | 0.90 | 238.50 |
|  | KAB | B136 | A105 confer with F. Panchak re: LRC's 13th fee app status | 0.10 | 26.50 |
| 02/26/2010 | KAB | B136 | A100 discuss edits to draft of 13th LRC fee app w/ M. McGuire (.1), edit 13th LRC fee app (.1), email with F. Panchak re: status of final bills (.1), review final LRC fee app and attachments (.8), discuss fee app with R. Butcher (.1) | 1.20 | 318.00 |
|  | FAP | B136 | A100 Draft notice of LRC thirteenth monthly fee application (.1); prepare affidavit of service (.1); file and coordinate service of same (.5) | 0.70 | 147.00 |
|  | RLB | B136 | A100 Review and execute 13th monthly fee application for filing. | 0.50 | 207.50 |
|  |  |  | **B136 - LRC Ret. & Fee Matters** | **13.70** | **4,107.50** |
| 02/02/2010 | MBM | B138 | A100 prepare for (.2) and attend (.9) meeting with committee professionals | 1.10 | 434.50 |
| 02/03/2010 | MBM | B138 | A100 prepare for (.2) and attend (.6) meeting with Committee and Debtor professionals | 0.80 | 316.00 |
| 02/04/2010 | RLB | B138 | A100 Prepare for (.2) and attend committee call (.9) re: standing motion, LBO, Plan and Gutman 9019 hearing. | 1.10 | 456.50 |
|  | MBM | B138 | A100 prepare for (.6) and attend (1.6) committee meeting | 2.20 | 869.00 |
| 02/10/2010 | MBM | B138 | A100 prepare for (.3) and attend call with committee and debtors professionals (.5) | 0.80 | 316.00 |
| 02/11/2010 | AGL | B138 | A100 prepare for (.4) and attend committee conference call (1.4) | 1.80 | 1,170.00 |
|  | MBM | B138 | A100 prepare for (.4) and attend committee meeting (1.4) | 1.80 | 711.00 |
|  | RLB | B138 | A100 Prepare for (.2) and attend committee call meeting with regard to motion for standing to pursue LBO claims.(1.4) | 1.60 | 664.00 |
| 02/17/2010 | MBM | B138 | A100 prepare for (.2) and attend (.4) call with Committee and Debtors professionals | 0.60 | 237.00 |
|  | AGL | B138 | A100 prepare for (.2) and attend (.4) Tribune professionals call re: agenda items listed | 0.60 | 390.00 |
| 02/19/2010 | AGL | B138 | A100 review materials in preparation for committee meeting (.4); attend committee meeting re: agenda items listed (1.1) | 1.50 | 975.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 02/25/2010 | MBM | B138 | A100 | review of Alix and Moelis reports for committee meeting | 0.70 | 276.50 |
|  |  |  |  | **B138 – Creditors' Cmte Mtgs** | **14.60** | **6,815.50** |
| 02/01/2010 | MBM | B144 | A100 | emails with Landis and Deutsch re: fee examiner responses | 0.30 | 118.50 |
| 02/03/2010 | FAP | B144 | A100 | Email exchanges with V. Patel re: Moelis twelfth monthly fee application (.1); review/compile same in preparation of filing (.2); draft notice (.1); draft affidavit of service (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | Email exchanges with V. Patel re: status of Moelis fourth interim fee application (.1); review fourth interim in preparation of filing (.1); draft notice (.1); draft affidavit of service (.1); file and coordinate service of same (.3); follow-up to V. Patel (.1) | 0.80 | 168.00 |
|  | FAP | B144 | A100 | File and coordinate service of Moelis' twelfth monthly fee application (.4); follow-up email to V. Patel (.1) | 0.50 | 105.00 |
| 02/12/2010 | KAB | B144 | A100 | review Credit Agreement Lenders' second statement of representation of more than one creditor | 0.10 | 26.50 |
| 02/17/2010 | FAP | B144 | A100 | Email exchanges with Chadbourne team re: responses to twelfth fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz and A. Leung re: responses to AlixPartners twelfth fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |
| 02/18/2010 | CAA | B144 | A100 | Finalize for filing and coordinate service of Certificate of No Objection re: AlixPartners 12th Monthly Fee Application | 0.20 | 38.00 |
|  | CAA | B144 | A100 | Finalize for filing and coordinate service of Certificate of No Objection re: Chadbourne's 12th Monthly Fee Application | 0.20 | 38.00 |
| 02/19/2010 | FAP | B144 | A100 | Review Certificate of No Objection to Chadbourne's twelfth monthly fee application (.1); follow-up email exchanges with H.Lamb re: same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Review Certificate of No Objection to AlixPartners' twelfth monthly fee application (.1); follow-up email exchanges with A. Leung re: same (.1) | 0.20 | 42.00 |
| 02/24/2010 | FAP | B144 | A100 | Email exchanges with V. Patel re: responses to Moelis' twelfth fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 42.00 |

Official Committee of Unsecured Creditors                            March 25, 2010
                                                            Account No:   698-001
                                                            Statement No:    11364

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 02/25/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: members' January expenses and ninth application (.1); draft ninth application (.3); draft notice (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners thirteenth fee application (.1); review/revise same and compile exhibits (.2); draft notice (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | Multiple emails with H. Lamb re: Chadbourne thirteenth fee application and exhibits thereto (.2); review fee application and Ex. A in preparation of filing (.2); review Ex. B and follow-up emails with H. Lamb re: Ex. B (.2); draft notice for same (.1); follow-up call to H. Lamb re: incomplete application (.1) | 0.80 | 168.00 |
|  | FAP | B144 | A100 | Email exchanges with V. Patel re: status of second interim fee hearing | 0.10 | 21.00 |
|  | FAP | B144 | A100 | File and coordinate service of Chadbourne's thirteenth monthly fee application (.7); follow-up email to H. Lamb (.1) | 0.80 | 168.00 |
|  | FAP | B144 | A100 | File and coordinate service of committee members' ninth application (.4); follow-up email to H. Lamb (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | File and coordinate service of AlixPartners' thirteenth monthly fee application (.4); follow-up email to A. Holtz re: same (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to Moelis' twelfth monthly fee application (.3); follow-up email to V. Patel (.1) | 0.40 | 84.00 |
|  | MBM | B144 | A100 | review January fee application for Alix partners | 0.20 | 79.00 |
| 02/26/2010 | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, Alix and Members' fee applications (.1); file same (.1) | 0.20 | 42.00 |
|  |  |  |  |  | ---- | -------- |
|  |  |  |  | **B144 - Non-LRC Ret. & Fee Matt** | **8.00** | **1,770.00** |
| 02/02/2010 | KAB | B146 | A100 | review and summarize Debtors' motion to extend exclusivity (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
| 02/11/2010 | AGL | B146 | A100 | review and revise statement in support of debtors' exclusivity motion | 0.20 | 130.00 |
|  | KAB | B146 | A100 | review Committee's motion supporting extension of exclusivity | 0.10 | 26.50 |
|  | FAP | B146 | A100 | Email exchanges with M. McGuire and M. Tower re: filing/service of statement in support of motion to extend exclusivity (.2); file and serve same (.3); follow-up email to Chadbourne re: notification of filing same (.1) | 0.60 | 126.00 |
|  | MBM | B146 | A100 | review of statement in support of plan exclusivity (.3); emails with Deutsch re: same (.2); | 0.50 | 197.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 02/12/2010 | KAB | B146 | A100 | review and summarize Law Debenture's statement re: extending exclusivity (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
|  | FAP | B146 | A100 | Prepare: service list re: statement in support of motion to extend exclusivity (.1); prepare affidavit of service (.1); file same (.1) | 0.30 | 63.00 |
|  | FAP | B146 | A100 | Briefly review Law Debenture statement re: motion to extend exclusivity | 0.10 | 21.00 |
| 02/15/2010 | KAB | B146 | A100 | discuss 3rd party release research project with M. McGuire and J. Drobish (.2), discuss same further with J. Drobish (.2) | 0.40 | 106.00 |
|  | AGL | B146 | A100 | review and revise memo re: releases, 3rd circuit precedent (1.9); emails to and from (.2) and calls with Deutsch, Yoo re: same (.7) | 2.80 | 1,820.00 |
|  | JRD | B146 | A100 | Discussion (.2) and email (.2) w/ K. Brown re: third party release language research | 0.40 | 102.00 |
|  | MBM | B146 | A100 | work with Kim Brown to prepare 3rd party release research | 1.30 | 513.50 |
| 02/16/2010 | JRD | B146 | A100 | Further discussion w/ K. Brown re: third party release language research | 0.20 | 51.00 |
|  | FAP | B146 | A100 | Briefly review credit agreement lenders' objection to motion to extend exclusivity | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Briefly review JPMC objection to motion to extend exclusivity | 0.10 | 21.00 |
|  | KAB | B146 | A100 | Discuss research of 3rd party releases with J. Drobish (.2) and L. Ellis (.1), and continue research on 3rd party releases (8.0) | 8.30 | 2,199.50 |
| 02/17/2010 | KAB | B146 | A100 | review and summarize: CAL's objection to exclusivity extension (.2) and JPMC objection to same (.1); circulate summaries to A. Landis and M. McGuire (.1) | 0.40 | 106.00 |
| 02/24/2010 | MBM | B146 | A100 | emails from Stickles re: exclusivity extension (.2); review of proposed order (.1) | 0.30 | 118.50 |
| 02/25/2010 | KAB | B146 | A100 | Review and summarize Court's order extending exclusivity (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
|  |  |  |  | **B146 - Plan & Disclos. Stmt.** | **16.70** | **5,781.50** |
|  |  |  |  | **For Current Services Rendered** | **256.30** | **106,905.50** |