# EXHIBIT "C"

{698.001-W0006595.}

Official Committee of Unsecured Creditors                           March 25, 2010
                                                           Account No:   698-001
                                                         Statement No:     11364
Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Telephone | 30.00 |
| Travel expense | 2,410.16 |
| Copying | 97.40 |
| Overnight Delivery | 198.49 |
| Facsimile | 1.00 |
| Courier Fees | 525.90 |
| Online research LEXIS | 8.53 |
| Outside Duplication Services | 3,560.24 |
| Electronic Filing - PACER | 279.28 |
| US Postage | 269.42 |
| Court Reporter fees | 111.60 |
| Client meals | 304.00 |
| Conference Call Service | 62.66 |
| **Total Expenses Thru 02/28/2010** | **7,858.68** |
| B100   E110  Out-of-town travel - Amtrak Credit (AGL) | -315.00 |
| Total Credits for Expenses | -315.00 |
| **Total Expenses** | **7,543.68** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 12/31/2009 | AGL | U | B100 | E208 | | 279.28 Electronic Filing PACER-Advance | 571 |
| *Subtotal for Transaction Date 12/31/2009* | | | | | Billable | 279.28 | | |
| 698.001 | 01/04/2010 | AGL | U | B100 | E110 | | 506.00 Out-of-town travel - Amtrak - DBR & AGL | 591 |
| *Subtotal for Transaction Date 01/04/2010* | | | | | Billable | 506.00 | | |
| 698.001 | 01/05/2010 | AGL | U | B100 | E110 | | 8.00 Out-of-town travel - WPA - AGL - Parking | 579 |
| 698.001 | 01/05/2010 | AGL | U | B100 | E110 | | 30.00 Out-of-town travel - DBR - Parking | 592 |
| *Subtotal for Transaction Date 01/05/2010* | | | | | Billable | 38.00 | | |
| 698.001 | 01/06/2010 | AGL | U | B100 | E110 | | 171.00 Out-of-town travel - Amtrak - AGL | 580 |
| *Subtotal for Transaction Date 01/06/2010* | | | | | Billable | 171.00 | | |
| 698.001 | 01/07/2010 | AGL | U | B100 | E110 | | 89.00 Out-of-town travel - Amtrak - AGL | 582 |
| 698.001 | 01/07/2010 | AGL | U | B100 | E110 | | 10.00 Out-of-town travel - WPA - AGL - Parking | 583 |
| *Subtotal for Transaction Date 01/07/2010* | | | | | Billable | 99.00 | | |
| 698.001 | 01/13/2010 | AGL | U | B100 | E110 | | 504.40 Out-of-town travel - Southwest Airlines - RLB | 586 |
| *Subtotal for Transaction Date 01/13/2010* | | | | | Billable | 504.40 | | |
| 698.001 | 01/15/2010 | AGL | U | B100 | E110 | | 229.76 Out-of-town travel - RLB - Hotel | 587 |
| *Subtotal for Transaction Date 01/15/2010* | | | | | Billable | 229.76 | | |
| 698.001 | 01/18/2010 | AGL | U | B100 | E211 | | 40.00 Outside printing - Advance Digital Legal Services, LLC - 52068 | 562 |
| 698.001 | 01/18/2010 | AGL | U | B100 | E110 | | 298.00 Out-of-town travel - Amtrak - AGL | 576 |
| 698.001 | 01/18/2010 | AGL | U | B100 | E105 | | 30.00 Telephone - Court Call - Conference Call Service | 593 |
| 698.001 | 01/18/2010 | AGL | U | B100 | E226 | | 14.41 Conference Call Service American Teleconferencing Services Ltd. - RLB | 596 |
| *Subtotal for Transaction Date 01/18/2010* | | | | | Billable | 382.41 | | |
| 698.001 | 01/19/2010 | AGL | U | B100 | E110 | | 149.00 Out-of-town travel - Amtrak - AGL | 584 |
| 698.001 | 01/19/2010 | AGL | U | B100 | E110 | | 10.00 Out-of-town travel - WPA - AGL - Parking | 585 |
| 698.001 | 01/19/2010 | AGL | U | B100 | E110 | | 27.00 Out-of-town travel - RLB - Parking | 588 |
| 698.001 | 01/19/2010 | AGL | U | B100 | E111 | | 12.60 Meals - RLB - SSP America | 589 |
| 698.001 | 01/19/2010 | AGL | U | B100 | E226 | | 18.25 Conference Call Service American Teleconferencing Services Ltd. - RLB | 597 |
| *Subtotal for Transaction Date 01/19/2010* | | | | | Billable | 216.85 | | |
| 698.001 | 01/20/2010 | AGL | U | B100 | E110 | | 268.00 Out-of-town travel - Amtrak - AGL | 577 |
| *Subtotal for Transaction Date 01/20/2010* | | | | | Billable | 268.00 | | |
| 698.001 | 01/21/2010 | AGL | U | B100 | E110 | | 10.00 Out-of-town travel - AGL - WPA - Parking | 575 |
| 698.001 | 01/21/2010 | AGL | U | B100 | E110 | | 100.00 Out-of-town travel - Amtrak - AGL | 578 |
| *Subtotal for Transaction Date 01/21/2010* | | | | | Billable | 110.00 | | |
| 698.001 | 01/25/2010 | AGL | U | B100 | E211 | | 406.28 Outside printing - Advance Digital Legal Services, LLC - 52092 | 563 |
| 698.001 | 01/25/2010 | AGL | U | B100 | E210 | | 24.75 US Postage # Digital Legal Services, LLC - 52092 | 564 |
| 698.001 | 01/25/2010 | AGL | U | B100 | E211 | | 160.00 Outside printing - Advance Digital Legal Services, LLC - 52122 | 572 |
| *Subtotal for Transaction Date 01/25/2010* | | | | | Billable | 591.03 | | |
| 698.001 | 01/27/2010 | AGL | U | B100 | E211 | | 45.47 Outside printing - Advance Digital Legal Services, LLC - 52149 | 573 |
| 698.001 | 01/27/2010 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC - 52149 | 574 |
| 698.001 | 01/27/2010 | AGL | U | B100 | E111 | | 26.40 Meals - AGL - Cavanaughs | 590 |
| *Subtotal for Transaction Date 01/27/2010* | | | | | Billable | 83.07 | | |
| 698.001 | 01/28/2010 | AGL | U | B100 | E110 | | -315.00 Out-of-town travel - Amtrak Credit (AGL) | 581 |
| *Subtotal for Transaction Date 01/28/2010* | | | | | Billable | -315.00 | | |
| 698.001 | 02/01/2010 | AGL | U | B100 | E221 | | 52.56 Overnight Delivery FedEx | 552 |
| 698.001 | 02/01/2010 | AGL | U | B100 | E211 | | 500.00 Outside printing - Advance Digital Legal Services, LLC - 52279 | 607 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 02/01/2010 | | | | | Billable | 552.56 | | |
| 698.001 | 02/02/2010 | AGL | U | B122 | E101 | 0.100 | 24.10 Copying | 540 |
| Subtotal for Transaction Date 02/02/2010 | | | | | Billable | 24.10 | | |
| 698.001 | 02/03/2010 | AGL | U | B122 | E101 | 0.100 | 5.80 Copying | 541 |
| 698.001 | 02/03/2010 | AGL | U | B100 | E221 | | 39.96 Overnight Delivery FedEx | 553 |
| 698.001 | 02/03/2010 | AGL | U | B100 | E211 | | 280.00 Outside printing - Advance Digital Legal Services, LLC - 52231 | 602 |
| 698.001 | 02/03/2010 | AGL | U | B100 | E211 | | 45.63 Outside printing - Advance Digital Legal Services, LLC - 52232 | 603 |
| 698.001 | 02/03/2010 | AGL | U | B100 | E210 | | 12.05 US Postage # Digital Legal Services, LLC - 52232 | 604 |
| 698.001 | 02/03/2010 | AGL | U | B100 | E211 | | 243.40 Outside printing - Advance Digital Legal Services, LLC - 52233 | 605 |
| 698.001 | 02/03/2010 | AGL | U | B100 | E210 | | 162.26 US Postage # Digital Legal Services, LLC - 52233 | 606 |
| Subtotal for Transaction Date 02/03/2010 | | | | | Billable | 789.10 | | |
| 698.001 | 02/04/2010 | AGL | U | B100 | E107 | | 359.40 Delivery services/messengers TriState Courier & Carriage | 561 |
| Subtotal for Transaction Date 02/04/2010 | | | | | Billable | 359.40 | | |
| 698.001 | 02/12/2010 | AGL | U | B122 | E101 | 0.100 | 6.90 Copying | 565 |
| Subtotal for Transaction Date 02/12/2010 | | | | | Billable | 6.90 | | |
| 698.001 | 02/16/2010 | AGL | U | B122 | E101 | 0.100 | 2.60 Copying | 566 |
| Subtotal for Transaction Date 02/16/2010 | | | | | Billable | 2.60 | | |
| 698.001 | 02/17/2010 | AGL | U | B100 | E211 | | 423.65 Outside printing - Advance Digital Legal Services, LLC - 52387 | 610 |
| 698.001 | 02/17/2010 | AGL | U | B100 | E211 | | 408.48 Outside printing - Advance Digital Legal Services, LLC - 52391 | 611 |
| Subtotal for Transaction Date 02/17/2010 | | | | | Billable | 832.13 | | |
| 698.001 | 02/18/2010 | AGL | U | B100 | E217 | | 90.90 Court Reporter fee Perfect Pages Transcription & Reporting | 558 |
| 698.001 | 02/18/2010 | AGL | U | B100 | E111 | | 170.00 Meals Sugarfoot Fine Food - Lunch for 10 | 559 |
| 698.001 | 02/18/2010 | AGL | U | B100 | E111 | | 95.00 Meals Sugarfoot Fine Food - Breakfast for 10 | 560 |
| 698.001 | 02/18/2010 | AGL | U | B122 | E104 | | 1.00 Facsimile | 570 |
| 698.001 | 02/18/2010 | AGL | U | B100 | E211 | | 11.54 Outside printing - Advance Digital Legal Services, LLC - 52361 | 608 |
| 698.001 | 02/18/2010 | AGL | U | B100 | E210 | | 6.10 US Postage # Digital Legal Services, LLC - 52361 | 609 |
| 698.001 | 02/18/2010 | AGL | U | B100 | E107 | | 94.50 Delivery services/messengers TriState Courier & Carriage | 621 |
| Subtotal for Transaction Date 02/18/2010 | | | | | Billable | 469.04 | | |
| 698.001 | 02/19/2010 | AGL | U | B100 | E217 | | 20.70 Court Reporter fee Diaz Data Services | 551 |
| 698.001 | 02/19/2010 | AGL | U | B122 | E101 | 0.100 | 1.20 Copying | 567 |
| 698.001 | 02/19/2010 | AGL | U | B100 | E221 | | 105.97 Overnight Delivery FedEx | 599 |
| 698.001 | 02/19/2010 | AGL | U | B100 | E211 | | 500.00 Outside printing - Advance Digital Legal Services, LLC - 52402 | 612 |
| Subtotal for Transaction Date 02/19/2010 | | | | | Billable | 627.87 | | |
| 698.001 | 02/23/2010 | AGL | U | B100 | E226 | | 30.00 Conference Call Service - Court Call | 600 |
| Subtotal for Transaction Date 02/23/2010 | | | | | Billable | 30.00 | | |
| 698.001 | 02/25/2010 | AGL | U | B122 | E101 | 0.100 | 52.20 Copying | 568 |
| 698.001 | 02/25/2010 | AGL | U | B100 | E211 | | 450.16 Outside printing - Advance Digital Legal Services, LLC - 52503 | 613 |
| 698.001 | 02/25/2010 | AGL | U | B100 | E210 | | 41.86 US Postage # Digital Legal Services, LLC - 52503 | 614 |
| Subtotal for Transaction Date 02/25/2010 | | | | | Billable | 544.22 | | |
| 698.001 | 02/26/2010 | AGL | U | B122 | E101 | 0.100 | 4.60 Copying | 569 |
| 698.001 | 02/26/2010 | AGL | U | B100 | E211 | | 45.63 Outside printing - Advance Digital Legal Services, LLC - 52535 | 615 |
| 698.001 | 02/26/2010 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC - 52535 | 616 |
| 698.001 | 02/26/2010 | AGL | U | B100 | E107 | | 72.00 Delivery services/messengers TriState Courier & Carriage | 622 |
| Subtotal for Transaction Date 02/26/2010 | | | | | Billable | 133.43 | | |
| 698.001 | 02/28/2010 | AGL | U | B100 | E106 | | 8.53 Online research LexisNexis | 598 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 02/28/2010 | | | | | Billable | 8.53 | | |
| **Total for Client ID 698.001** | | | | | Billable | 7,543.68 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| **GRAND TOTALS** | | | | | | | | |
| | | | | | Billable | 7,543.68 | | |