# EXHIBIT "A"

Case 08-13141-BLS   Doc 3854-2   Filed 03/25/10   Page 2 of 2

## EXHIBIT "A" – SUMMARY SHEET

February 1, 2010 through and including February 28, 2010

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| R Bruce Den Uyl | Managing Director | 5.30 | 860.00 | 4,558.00 |
| Alan Holtz | Managing Director | 30.20 | 820.00 | 24,764.00 |
| Brad Hall | Director | 29.50 | 620.00 | 18,290.00 |
| Mark F Rule | Director | 124.70 | 530.00 | 66,091.00 |
| Harold Y Lee | Director | 44.20 | 530.00 | 23,426.00 |
| Albert Leung | Director | 130.60 | 530.00 | 69,218.00 |
| Young Kim | Vice President | 93.70 | 470.00 | 44,039.00 |
| Jeff L Lack | Vice President | 22.80 | 395.00 | 9,006.00 |
| Tristan Peitz | Associate | 19.50 | 320.00 | 6,240.00 |
| Christopher Rubel | Associate | 17.90 | 320.00 | 5,728.00 |
| Total Hours & Fees | | 518.40 | | 271,360.00 |
| Expenses | | | | 3,333.39 |
| **Total Amount Due** | | | USD | **$274,693.39** |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.