# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

February 1, 2010 through and including February 28, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 13.00 | 6,308.00 |
| 005735.00004 | Current Financials | 160.90 | 80,005.00 |
| 005735.00005 | Prospective Financials | 4.40 | 2,230.00 |
| 005735.00007 | Employee Issues | 42.90 | 23,780.00 |
| 005735.00010 | Claims & Recoveries | 7.10 | 3,943.00 |
| 005735.00012 | Asset Sales | 3.20 | 1,696.00 |
| 005735.00014 | Avoidance Actions | 224.70 | 117,511.00 |
| 005735.00015 | UCC Meetings | 16.70 | 10,804.00 |
| 005735.00017 | Billing and Retention | 45.50 | 25,083.00 |
| **Total Fees Incurred** | | **518.40** | **271,360.00** |

Re:                           Business Analysis
Client/Matter #               005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/10 | YK | Reviewed and analyzed recent trends in broadcasting and media industries. | 1.10 |
| 02/04/10 | YK | Reviewed and analyzed recent trends and developments in the publishing and broadcasting industry. | 0.80 |
| 02/09/10 | MFR | Reviewed and analyzed Moelis media update. | 0.40 |
| 02/09/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC.  Review of Moelis weekly industry report. | 0.60 |
| 02/10/10 | ANL | Analyzed and reviewed Disney and Viacom Q4 2009 earnings. | 0.80 |
| 02/10/10 | YK | Reviewed and analyzed industry and competitor news. Reviewed Moelis weekly media update. | 1.40 |
| 02/11/10 | YK | Reviewed and analyzed broadcasters' Q4 2009 results. Reviewed and analyzed industry news and competitor reports. | 1.60 |
| 02/16/10 | YK | Reviewed and analyzed news related to industry competitors. | 1.50 |
| 02/18/10 | HYL | Reviewed and analyzed Moelis weekly report | 0.30 |
| 02/18/10 | MFR | Review and analyzed Moelis media update. | 0.50 |
| 02/19/10 | YK | Reviewed and analyzed recently Moelis reports. | 0.50 |
| 02/22/10 | YK | Reviewed and analyzed recent trends in the publishing and broadcasting industry. Developed summary of key developments. | 1.40 |
| 02/23/10 | MFR | Review and analyzed Moelis media update. | 0.40 |
| 02/24/10 | HYL | Reviewed and analyzed weekly Moelis industry report. | 0.30 |
| 02/25/10 | YK | Reviewed and analyzed competitors' Q4 2009 results. Reviewed and analyzed industry and competitor activities. | 1.40 |
| | | **Total Hours** | **13.00** |

Re:                        Business Analysis
Client/Matter #            005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 1.30 | 530.00 | 689.00 |
| Albert Leung | 0.80 | 530.00 | 424.00 |
| Harold Y Lee | 1.20 | 530.00 | 636.00 |
| Young Kim | 9.70 | 470.00 | 4,559.00 |
| **Total Hours & Fees** | **13.00** | | **6,308.00** |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/01/10 | YK | Reviewed and analyzed docket reports. Reviewed and analyzed weekly revenue flash reports and cash flow reports. | 0.80 |
| 02/01/10 | ANL | Analyzed and reviewed December preliminary results and November year to date results. | 1.70 |
| 02/01/10 | ANL | Prepared weekly status report to UCC. Prepared summary of non-Debtor cash flow. | 1.20 |
| 02/02/10 | ANL | Analyzed and reviewed December preliminary results and November year to date results for publishing and broadcasting. | 1.20 |
| 02/02/10 | YK | Reviewed and analyzed misc. motions and docketed court items, including claims transfers. Reviewed and analyzed schedules posted by the Debtor in regards to guarantors. | 1.10 |
| 02/02/10 | AH | Review weekly report to UCC | 0.40 |
| 02/02/10 | BH | Review, analyze and revise the weekly financial report to the UCC. | 1.80 |
| 02/03/10 | YK | Create new weekly status report template. | 0.60 |
| 02/03/10 | HYL | Updated format of weekly report to UCC. | 0.60 |
| 02/03/10 | ANL | Analyzed and reviewed pro forma 2008 and Q4 2008 results and year to date November 2009 results. | 1.80 |
| 02/04/10 | ANL | Analyzed and reviewed weekly flash reports, industry news and weekly cash flow results. | 1.20 |
| 02/04/10 | YK | Prepared weekly status report related to broadcasting and publishing in new format. | 2.70 |
| 02/04/10 | YK | Prepared cash flow analysis for the current week. | 1.20 |
| 02/04/10 | YK | Reviewed and analyzed recently posted financial reports and docket items, including forward cash flow projections as provided by the Debtor. | 1.20 |
| 02/05/10 | YK | Reviewed and revised weekly status update. | 1.60 |
| 02/05/10 | YK | Reviewed and analyzed cash flow projections as provided by the Debtor. | 0.60 |
| 02/05/10 | YK | Reviewed and analyzed recent docket items such as claims transfers. | 0.40 |
| 02/05/10 | ANL | Analyzed and reviewed updated 13-week cash flow forecast provided by the Debtors. | 1.60 |
| 02/05/10 | ANL | Prepared weekly report to the UCC. | 1.80 |
| 02/05/10 | ANL | Analyzed and reviewed weekly revenue results. Reviewed revenue by category for TV revenues. | 1.20 |
| 02/08/10 | ANL | Analyzed and reviewed updated 13-week cash flow forecast provided by the Debtors. Prepared weekly report to UCC. | 2.20 |
| 02/08/10 | AH | Discuss case status with committee member | 0.30 |
| 02/09/10 | BH | Review, analyze and revise weekly report to UCC. | 1.70 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/09/10 | YK | Prepared cash flow analysis and related exhibits. | 1.80 |
| 02/10/10 | YK | Prepare email to M. Frank (A&M) regarding cash forecast related issues. | 0.40 |
| 02/10/10 | YK | Prepared analyses and exhibits related to weekly cash flow projection from material provided by Tribune. | 1.20 |
| 02/10/10 | YK | Reviewed and analyzed broadcasting and publishing operating statistics from recently posted financial data. Drafted related exhibits for weekly status update. | 1.40 |
| 02/10/10 | AH | Review AlixPartners' weekly report to UCC | 0.70 |
| 02/11/10 | AH | Research cash flow question for UCC member filing pleading | 0.20 |
| 02/11/10 | YK | Reviewed and analyzed cash flow schedules provided by the Debtor.  Reviewed and revised exhibits. | 2.30 |
| 02/11/10 | YK | Reviewed and analyzed publishing and broadcasting operating statistics; developed exhibits related thereto. | 2.20 |
| 02/11/10 | YK | Reviewed and analyzed summary of fee applications posted by Chadbourne.  Projected professional fees by month and by quarter. | 1.20 |
| 02/11/10 | HYL | Reviewed and updated weekly report to UCC. | 1.10 |
| 02/12/10 | HYL | Reviewed Q409 management operating report, prepared and reviewed Q409 report to UCC. | 2.60 |
| 02/16/10 | HYL | Prepared and updated weekly and Q409 reports to UCC. | 1.10 |
| 02/16/10 | YK | Reviewed and analyzed cash flow projections and developed related exhibits. | 1.70 |
| 02/16/10 | YK | Reviewed and analyzed publishing and broadcasting statistics.  Developed related exhibits. | 1.70 |
| 02/16/10 | TP | Reviewed and analyzed Q4 2009 results for broadcasting and publishing | 3.10 |
| 02/16/10 | TP | Reviewed and analyzed Q4 financial results for equity investments | 1.20 |
| 02/16/10 | TP | Drafting of Q4 report to UCC of brown book review. Reviewed and revised presentation to creditors. | 5.00 |
| 02/17/10 | TP | Reviewed and analyzed financial and operating results for publishing and broadcasting business segments for Q4 2009. | 3.70 |
| 02/17/10 | TP | Review of Q4 2009 financial results for drafting of brown book review presentation - compared to Q4 2008 and prior quarters in 2009. | 2.40 |
| 02/17/10 | TP | Drafted, reviewed and revised presentation to UCC of Q4 2009 and full year results. | 4.10 |
| 02/17/10 | YK | Reviewed and summarized consolidated Q4 2009 and YTD 2009 Tribune operating results. | 1.50 |

Re:            Current Financials
Client/Matter #    005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/17/10 | YK | Reviewed and summarized Q4 2009 and YTD 2009 Tribune operating results for broadcasting business unit. | 1.80 |
| 02/17/10 | YK | Reviewed and summarized Q4 2009 and YTD 2009 Tribune operating results for publishing business unit. | 1.90 |
| 02/17/10 | YK | Reviewed and summarized Q4 2009 and YTD 2009 Tribune operating results for corporate entity and equity income. | 1.60 |
| 02/17/10 | YK | Reviewed and revised weekly status report. | 0.90 |
| 02/17/10 | BH | Prepare analysis of current cash levels to forecast and also to beginning cash at the date of filing. Share the cash information with Zuckerman counsel. | 0.70 |
| 02/17/10 | BH | Review and analyze weekly financial results and revise report to UCC presenting financial results compared to plan. | 2.20 |
| 02/17/10 | HYL | Reviewed and updated Q4 '09 and 2009 Full Year report to UCC. | 2.90 |
| 02/18/10 | BH | Review and analyze the Q4 2009 and fiscal year ending 2009 actual financial results compared to plan. | 3.30 |
| 02/18/10 | YK | Reviewed and analyzed consolidated Tribune Q4 2009 and YTD 2009 performance. | 2.30 |
| 02/18/10 | YK | Reviewed and analyzed Tribune Q4 2009 and YTD 2009 broadcasting business unit performance. | 2.60 |
| 02/18/10 | YK | Reviewed and analyzed Tribune Q4 2009 and YTD 2009 publishing business unit performance. | 2.50 |
| 02/18/10 | YK | Reviewed and analyzed Tribune Q4 2009 and YTD 2009 corporate administration and equity income performance. | 2.40 |
| 02/18/10 | HYL | Reviewed and updated Q4 '09 and 2009 Full Year report to UCC. | 3.40 |
| 02/19/10 | YK | Reviewed and analyzed recently posted docket items such as claims transfers. | 0.80 |
| 02/19/10 | YK | Reviewed and revised Q4 2009 brown book summary presentation. | 0.60 |
| 02/19/10 | HYL | Reviewed and updated Q4'09 and FY 2009 report to UCC. | 1.30 |
| 02/19/10 | ANL | Analyzed and reviewed Q4 2009 and full year 2009 publishing and broadcasting results. | 3.10 |
| 02/19/10 | ANL | Prepared summary of consolidated Q4 2009 results. | 1.60 |
| 02/19/10 | ANL | Prepared summary of publishing and broadcasting Q4 2009 results. | 1.50 |
| 02/19/10 | ANL | Prepared report to the UCC on Q4 2009 financial results. | 2.80 |
| 02/19/10 | BH | Review, analyze and revise report on the Q4 2009 and fiscal year ending 2009 actual financial results compared to forecast. | 2.90 |
| 02/20/10 | ANL | Prepared summary of Q4 2009 & full year 2009 | 2.10 |

Re:              Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | broadcasting revenue and expenses. | |
| 02/20/10 | ANL | Prepared summary of Q4 2009 & full year 2009 publishing revenue and expenses. | 2.20 |
| 02/22/10 | ANL | Analyzed and reviewed January 2010 and December 2009 13 week cash flow forecast. Reviewed historical Steering committee fees. | 2.10 |
| 02/22/10 | ANL | Analyzed and reviewed consolidated, publishing and broadcasting operating cash flow from Q1 through Q4 2009. Prepared summary of historical OCF. | 1.50 |
| 02/22/10 | ANL | Analyzed and reviewed broadcasting revenue and expense detail for 2009. | 1.80 |
| 02/22/10 | HYL | Updated and reviewed Q4'09 / 2009 Full Year report to UCC. | 3.30 |
| 02/22/10 | YK | Reviewed and analyzed publishing and broadcasting statistics. | 1.80 |
| 02/22/10 | YK | Reviewed and analyzed cash flow exhibits for weekly report. | 1.70 |
| 02/22/10 | YK | Reviewed and analyzed recently posted docket reports. | 0.30 |
| 02/22/10 | BH | Review, analyze and revise report to UCC on Q4 2010 and fiscal year ending 2010 financial results compared to forecast. | 2.10 |
| 02/23/10 | BH | Review and analyze the weekly results for draft report to UCC. | 1.60 |
| 02/23/10 | YK | Reviewed docket report and operating reports posted by the Debtor. | 0.70 |
| 02/23/10 | ANL | Analyzed and reviewed revised quarterly consolidated income statements. | 2.10 |
| 02/23/10 | ANL | Analyzed and reviewed revised quarterly publishing income statements. | 1.60 |
| 02/23/10 | ANL | Analyzed and reviewed revised quarterly broadcasting income statements. | 1.80 |
| 02/23/10 | HYL | Reviewed and updated Q4'09 / Full Year 2009 report to UCC. | 2.60 |
| 02/24/10 | AH | Review weekly report to UCC | 0.40 |
| 02/24/10 | HYL | Reviewed and updated Tribune Q4'09 and Full Year 2009 management operating report to UCC. | 2.40 |
| 02/24/10 | HYL | Reviewed and analyzed weekly flash reporting data provided by Tribune. Reviewed preliminary January 2010 management operating report. | 0.90 |
| 02/24/10 | ANL | Analyzed and reviewed weekly revenue flash for publishing and broadcasting. Reviewed weekly cash flow results. | 1.70 |
| 02/24/10 | ANL | Prepared weekly status update to the UCC. | 1.80 |
| 02/25/10 | AH | Updates to weekly report to UCC re: anticipated | 0.20 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | amendments to bankruptcy schedules | |
| 02/25/10 | YK | Reviewed and analyzed publishing and broadcasting operating trends. Created exhibits for weekly status report. | 1.80 |
| 02/25/10 | YK | Reviewed and analyzed Debtor's cash flow for the prior week. Developed exhibits for weekly status report. | 1.30 |
| 02/25/10 | YK | Reviewed and revised Q4 2009 brown book report. | 0.90 |
| 02/26/10 | YK | Reviewed and revised Q4 2009 brown book, including review of Q1 through Q3 2009 results for historical comparison purposes. | 3.20 |
| 02/26/10 | HYL | Reviewed January Management Operating Report (Brown Books) and prepared report to UCC. | 1.60 |
| 02/26/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.50 |
| 02/26/10 | ANL | Prepared weekly status report to the UCC. | 1.30 |
| | | **Total Hours** | **160.90** |

Re:             Current Financials
Client/Matter #   005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.20 | 820.00 | 1,804.00 |
| Albert Leung | 44.40 | 530.00 | 23,532.00 |
| Harold Y Lee | 23.80 | 530.00 | 12,614.00 |
| Brad Hall | 16.30 | 620.00 | 10,106.00 |
| Young Kim | 54.70 | 470.00 | 25,709.00 |
| Tristan Peitz | 19.50 | 320.00 | 6,240.00 |
| **Total Hours & Fees** | **160.90** | | **80,005.00** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/22/10 | YK | Reviewed and analyzed 2010 Plan and 5 Year forecasts. | 1.70 |
| 02/23/10 | HYL | Reviewed and analyzed 2010 Plan. | 0.80 |
| 02/26/10 | HYL | Reviewed 2010 Budget and 5 Year Forecast. | 1.90 |
| | | **Total Hours** | **4.40** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 2.70 | 530.00 | 1,431.00 |
| Young Kim | 1.70 | 470.00 | 799.00 |
| **Total Hours & Fees** | **4.40** | | **2,230.00** |

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/10/10 | YK | Reviewed and analyzed Tribune executive transition compensation data. | 2.50 |
| 02/10/10 | YK | Reviewed and analyzed Tribune excise tax gross up and phantom equity compensation data. | 2.60 |
| 02/12/10 | YK | Reviewed and analyzed materials related to MIP compensation adjustments. | 0.50 |
| 02/16/10 | YK | Reviewed and analyzed documents related to withdrawal of certain MIP compensation components. | 0.90 |
| 02/20/10 | ANL | Analyzed and reviewed revised 2009 management incentive program detail by employee provided by the Debtors. | 1.80 |
| 02/22/10 | AH | Discuss 2010 retention programs w/ B. Whittman (A&M) and follow-ups with AlixPartners team | 0.30 |
| 02/22/10 | ANL | Analyzed and reviewed updated 2009 MIP payments and supporting documents. | 2.20 |
| 02/22/10 | ANL | Analyzed and reviewed proposed 2009 local bonus payments and support. | 1.80 |
| 02/23/10 | ANL | Analyzed and reviewed 2009 year end local bonuses for insiders and supporting documentation. | 1.70 |
| 02/23/10 | ANL | Prepared questions for Debtor regarding 2009 local bonuses for insiders. | 1.30 |
| 02/23/10 | ANL | Analyzed and reviewed updated 2009 MIP payment information by employee. | 1.60 |
| 02/23/10 | ANL | Prepared presentation to the UCC on the 2009 MIP payments. | 1.80 |
| 02/24/10 | ANL | Analyzed and reviewed 2009 MIP payments by employee. Prepared reconciliation summary of old plan to new plan. | 2.50 |
| 02/24/10 | ANL | Prepared presentation to the UCC on the 2009 MIP payments and local bonuses. | 2.80 |
| 02/24/10 | ANL | Prepared summary of 2007 to 2009 MIP payments and statistics. | 1.70 |
| 02/24/10 | ANL | Prepared summary of 2009 local bonuses and 2009 MIP performance levels. | 1.80 |
| 02/24/10 | AH | Review AlixPartners report to UCC re: proposed 2009 MIP payments | 0.70 |
| 02/25/10 | AH | Review materials re: 2010 MIP and emergence incentive programs provided by Company | 0.80 |
| 02/25/10 | AH | Conference call with C. Bigelow (CFO), B. Whitman (A&M), and A. Leung (AP) re: 2010 MIP and emergence incentive programs | 0.90 |
| 02/25/10 | AH | Review AlixPartners report to UCC re: 2009 MIP distribution and make changes | 1.60 |
| 02/25/10 | AH | Correspondence with staff, counsel and A&M re: | 0.30 |

Re:                        Employee Issues
Client/Matter #            005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | reconciliation of retiree claims | |
| 02/25/10 | ANL | Analyzed and reviewed presentation on Post Emergence Equity Plan and severance plan. | 1.70 |
| 02/25/10 | ANL | Analyzed and reviewed Mercer report on 2010 Management Incentive Programs. | 2.10 |
| 02/25/10 | ANL | Analyzed and reviewed 2010 MIP presentation and POR incentive presentation. | 2.80 |
| 02/25/10 | ANL | Prepared for and participated in conference call with C. Bigelow (Tribune), A. Holtz (AP), and Alvarez & Marsal to discuss 2009 MIP payments, local bonuses, 2010 MIP and Post Emergence Equity Plan. | 1.30 |
| 02/25/10 | BH | Participate in phone discussion with Tribune management on Management Incentive Plan payments for 2009 and proposed Emergence Equity information provided by Tribune compensation advisors. | 1.10 |
| 02/26/10 | ANL | Analyzed and reviewed 2010 MIP presentation and POR incentive presentation. | 1.80 |
| | | **Total Hours** | **42.90** |

Re:                    Employee Issues
Client/Matter #        005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.60 | 820.00 | 3,772.00 |
| Albert Leung | 30.70 | 530.00 | 16,271.00 |
| Brad Hall | 1.10 | 620.00 | 682.00 |
| Young Kim | 6.50 | 470.00 | 3,055.00 |
| **Total Hours & Fees** | **42.90** | | **23,780.00** |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/10 | ANL | Analyzed and reviewed proof of claims for current & former Tribune employees. | 1.80 |
| 02/02/10 | BH | Review and analyze claims filed by former employees. | 0.50 |
| 02/02/10 | MFR | Conference call with Zuckerman regarding intercompany analysis. | 0.50 |
| 02/03/10 | ANL | Prepared for and participated on conference call with E. Daucher (Chadbourne & Parke) regarding proofs of claims for former Tribune employees and data requests. | 0.60 |
| 02/03/10 | ANL | Analyzed and reviewed proof of claims filed by current & former Tribune employees. Prepared information requests for Debtors. | 2.20 |
| 02/26/10 | BH | Review and analyze information on claims filed by former employees and compare to data provided by Tribune on the amount of claims they would expect based upon actuarial information from Debtor compensation advisors. | 1.50 |
| | | **Total Hours** | **7.10** |

Re:                        Claims & Recoveries
Client/Matter #            005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 0.50 | 530.00 | 265.00 |
| Albert Leung | 4.60 | 530.00 | 2,438.00 |
| Brad Hall | 2.00 | 620.00 | 1,240.00 |
| **Total Hours & Fees** | **7.10** | | **3,943.00** |

Re:                    Asset Sales
Client/Matter #        005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/09/10 | MFR | Review and analysis of proposed Food TV transaction. | 3.20 |
| | | **Total Hours** | **3.20** |

Re:                          Asset Sales
Client/Matter #              005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 3.20 | 530.00 | 1,696.00 |
| **Total Hours & Fees** | **3.20** | | **1,696.00** |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/10 | HYL | Reviewed board resolutions of each subsidiary guarantor authorizing the guarantee agreement. | 0.90 |
| 02/01/10 | HYL | Prepared and updated memo regarding intercompany transactions. | 0.70 |
| 02/01/10 | AH | Review intercompany information in connection with avoidance actions | 1.00 |
| 02/01/10 | CR | Analyzed LATI intercompany transactions. | 1.10 |
| 02/01/10 | BH | Review and analyze the Directors of Guarantor Subsidiaries as of 12-07. | 0.50 |
| 02/02/10 | BH | Review and analyze the pattern of Intercompany transactions between the parent and subsidiaries. | 1.10 |
| 02/02/10 | CR | Merged existing production indices with additional Merrill Lynch e-mail production from January 13 to January 22. Applied issues identified during the case in the update of the production indices. | 3.90 |
| 02/02/10 | CR | Analyzed and reviewed document production content and file type based on bates ranges and document lengths. Prepared analysis on review status accordingly. | 1.60 |
| 02/02/10 | AH | Call with G. Busch (Zuckerman), H. Seife (C&P) re: intercompany claims | 0.40 |
| 02/02/10 | AH | Review intercompany claims analysis in connection with avoidance actions/solvency | 1.40 |
| 02/02/10 | HYL | Prepared for and participated in conference call with Chadbourne and Zuckerman regarding intercompany balances and transactions. | 0.70 |
| 02/02/10 | HYL | Modified intercompany allocation (recovery) model (ver. June 2009) to run scenarios for changing payable balances and guarantor status based on intercompany and LATI analysis. | 2.30 |
| 02/02/10 | HYL | Researched, updated and prepared memo regarding LATI intercompany transactions. | 2.90 |
| 02/02/10 | HYL | Prepared and updated memo regarding review and analysis of prepetition payable balances to merged parent including transactions related goodwill write-off and LATI transaction. | 3.60 |
| 02/02/10 | ANL | Analyzed and reviewed Tribune guarantor resolutions and guarantor summaries. | 2.10 |
| 02/02/10 | MFR | Review and analysis of intercompany loan documents. | 2.80 |
| 02/02/10 | MFR | Review of Motion for Standing and Motion for Exclusivity. | 1.30 |
| 02/02/10 | MFR | Review of Merrill Lynch documents. | 3.60 |
| 02/02/10 | RBD | Review Committee Standing Motion and Debtors Exclusivity Motion | 1.20 |
| 02/03/10 | YK | Reviewed and analyzed key issues related to UCC's motion | 1.80 |

Re:                        Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | for derivative claims and Debtor's motion for extension of exclusivity. | |
| 02/03/10 | HYL | Updated and reviewed intercompany transaction memorandum including goodwill and payable transactions. | 1.10 |
| 02/03/10 | MFR | Review of journal entries related to certain intercompany notes. | 0.90 |
| 02/03/10 | MFR | Review and analysis of RJ Bank documents. | 3.40 |
| 02/03/10 | ANL | Prepared memo for UCC counsel on intercompany transactions and exhibits. | 1.80 |
| 02/03/10 | AH | Attend avoidance action settlement meeting with Company and UCC advisors at C&P | 3.90 |
| 02/04/10 | AH | Review draft AlixPartners report to counsel re: intercompany transactions | 2.70 |
| 02/04/10 | ANL | Prepared memo for UCC counsel on intercompany transactions and exhibits. | 2.80 |
| 02/04/10 | ANL | Analyzed and reviewed intercompany payables and receivables. | 2.10 |
| 02/04/10 | ANL | Analyzed and reviewed intercompany transactions, principal payments and interest payments related to LATI. | 2.80 |
| 02/04/10 | BH | Review and analyze the Intercompany balances as provided by Debtors advisors and determine possible implications of accounting treatment amongst related companies. | 1.30 |
| 02/04/10 | MFR | Review and analysis of Citibank documents. | 3.60 |
| 02/05/10 | MFR | Review and analysis of Merrill Lynch documents. | 6.20 |
| 02/05/10 | ANL | Prepared memo for UCC counsel on intercompany transactions and exhibits. | 2.10 |
| 02/05/10 | ANL | Prepared analysis related to LATI notes. | 1.60 |
| 02/06/10 | HYL | Intercompany payables analysis regarding Newsday transaction, Eagles stock retirement and TREC. | 0.40 |
| 02/08/10 | MFR | Review and analysis of Great Banc documents. | 3.20 |
| 02/08/10 | MFR | Review of Objection to Examiner Motion. | 0.70 |
| 02/08/10 | MFR | Research and analysis regarding PHONES debt. Correspondence with Chadbourne regarding the same. | 4.30 |
| 02/08/10 | ANL | Analyzed and reviewed intercompany activity related to the Newsday transaction. | 1.20 |
| 02/08/10 | ANL | Analyzed and reviewed intercompany activity related to the Tribune receivables. | 0.80 |
| 02/08/10 | ANL | Prepared presentation to UCC counsel on Intercompany accounts and activity. | 2.30 |
| 02/08/10 | ANL | Analyzed and reviewed intercompany activity related to the Eagle Treasury preferred stock retirement. | 0.70 |

Re:                              Avoidance Actions
Client/Matter #                  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/08/10 | CR | Analyzed PHONES indentures and reference share adjustment factors related to put and call options. | 3.30 |
| 02/09/10 | CR | Merged Merrill Lynch e-mail production indices through January 22 with incremental production from January 26 to January 30. Applied issues identified during the case in the update of the production indices. | 2.60 |
| 02/09/10 | CR | Analyzed Tribune stock incentive program provisions and redemptions. | 1.60 |
| 02/09/10 | ANL | Analyzed and reviewed equity sales in step 1 and step 2 transactions. | 1.80 |
| 02/09/10 | ANL | Analyzed and reviewed draft LBO complaint and exhibits. | 2.10 |
| 02/09/10 | ANL | Analyzed and reviewed payments to directors and officers for the complaint. | 1.60 |
| 02/09/10 | HYL | Reviewed, researched and discussed with Tamara Stevenson questions related to share sales at step one and two of LBO transaction and cash bonuses and phantom equity paid out to Tribune executives. | 1.80 |
| 02/09/10 | MFR | Communication with A. Holtz (AlixPartners) regarding UCC professionals call. | 0.40 |
| 02/09/10 | MFR | Research and analysis regarding executive compensation regarding potential LBO payout to executives (such as phantom equity) per Chadbourne's request. Communication with Chadbourne regarding the same. | 2.90 |
| 02/09/10 | YK | Reviewed and analyzed draft motion for objection to examiner retention motion. | 0.70 |
| 02/09/10 | RBD | UCC Professionals Call and objection to Wilmington Trust Examiner Motion | 1.30 |
| 02/09/10 | MFR | Review revised draft of Objection to Examiner Motion. | 0.40 |
| 02/09/10 | AH | Final review and changes to intercompany report and send to counsel. | 2.70 |
| 02/09/10 | AH | Held call with M. Rule (AlixPartners) re: UCC professionals call. | 0.40 |
| 02/10/10 | MFR | Review of Merrill Lynch documents. | 4.30 |
| 02/10/10 | MFR | Review of Morgan Stanley documents. | 3.00 |
| 02/10/10 | MFR | Reviewed information on executive pay outs related to LBO transaction. | 0.90 |
| 02/10/10 | HYL | Prepared and reviewed variance analysis of LBO transaction schedule provided by Tamara L Stevenson (C&P) with director and officer information provided by A&M. Emailed analysis to Stevenson. | 0.90 |
| 02/11/10 | RBD | Phone call with M. Rule re: UCC Conference call and objection to Motion to Appoint Examiner | 0.80 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/11/10 | MFR | Review of Merrill Lynch documents. | 3.80 |
| 02/11/10 | MFR | Held call with B. Den Uyl (0.8). Review and analysis of Debtor documents (2.5). | 3.30 |
| 02/12/10 | MFR | Review of Merrill Lynch documents. | 2.80 |
| 02/12/10 | MFR | Review of Morgan Stanley documents. | 3.80 |
| 02/12/10 | RBD | Review Standing Motion Filing and Examiner Retention Motion Filing | 1.40 |
| 02/12/10 | MFR | Review of responses to Motions for Standing and Appointment of Examiner. | 2.10 |
| 02/15/10 | MFR | Review draft of reply in support of Motion for Standing. | 0.50 |
| 02/15/10 | RBD | Review Draft Committee Reply in Support of Standing Motion | 0.30 |
| 02/15/10 | MFR | Review and analysis of Blackstone documents. | 4.20 |
| 02/15/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 4.90 |
| 02/15/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated from Relativity data site. | 2.40 |
| 02/16/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 4.90 |
| 02/16/10 | JLL | Populated document index with descriptions of ML-TRIB documents reviewed. | 2.60 |
| 02/16/10 | MFR | Review and analysis of Blackstone documents. | 5.90 |
| 02/16/10 | MFR | Review and analysis of Citibank documents. | 2.20 |
| 02/16/10 | YK | Reviewed and analyzed JP Morgan objection to UCC standing motion. Summarized key topics, indentified issues to follow up on and potential analyses to perform. | 1.20 |
| 02/16/10 | YK | Reviewed and analyzed Debtor's objection to UCC's standing motion. Summarized key topics, indentified issues to follow up on and potential analyses to perform. | 0.90 |
| 02/16/10 | YK | Reviewed and analyzed credit agreement lender's objection to UCC's standing motion. Summarized key topics, indentified issues to follow up on and potential analyses to perform. | 0.90 |
| 02/17/10 | JLL | Populated document index with findings from review of ML-TRIB documents for solvency information in Relativity. | 2.90 |
| 02/17/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 02/17/10 | HYL | Gathered data and prepared response to Zuckerman cash inquiry request. | 0.60 |
| 02/18/10 | YK | Reviewed and analyzed recently posted docket items, including Law Debenture statement in support of UCC | 0.80 |

Re:                         Avoidance Actions
Client/Matter #             005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | standing motion. |       |
| 02/18/10 | MFR | Communication with Chadbourne regarding Zell investment. | 0.50 |
| 02/19/10 | MFR | Review and analysis of shareholder information. Communication to Chadbourne regarding the same. | 2.20 |
| 02/19/10 | MFR | Review and analysis of JP Morgan documents. | 3.00 |
| 02/22/10 | MFR | Review of JP Morgan documents. | 3.40 |
| 02/22/10 | MFR | Review and analysis of documents regarding Tribune's liquidity. | 4.40 |
| 02/22/10 | MFR | Review of Chadbourne summary of recent legal cases. | 0.60 |
| 02/22/10 | CR | Analyzed produced documents related to ongoing cash balances and liquidity positions. | 2.80 |
| 02/23/10 | CR | Reviewed production document review status. | 0.80 |
| 02/23/10 | MFR | Review and analysis of documents regarding Tribune's liquidity.  Communication with Zuckerman regarding the same. | 3.80 |
| 02/23/10 | MFR | Review and analysis of Merrill Lynch documents. | 3.90 |
| 02/24/10 | MFR | Review and analysis of Merrill Lynch documents. | 3.10 |
| 02/24/10 | MFR | Review and analysis of Goldman Sachs documents and analyses. | 3.50 |
| 02/24/10 | CR | Updated review document index for January 19 Merrill Lynch production.  Applied issues identified during the case in the update of the production indices. | 0.20 |
| 02/25/10 | RBD | Phone call with Mark Rule re: status | 0.30 |
| 02/25/10 | MFR | Review and analysis of Goldman Sachs documents and analyses. | 7.80 |
| 02/25/10 | MFR | Held phone conversation with B. Den Uyl. | 0.30 |
| 02/26/10 | MFR | Review and analysis of Goldman Sachs documents and analyses. | 8.30 |
|      |           | **Total Hours** | **224.70** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 5.30 | 860.00 | 4,558.00 |
| Alan Holtz | 12.50 | 820.00 | 10,250.00 |
| Mark F Rule | 115.30 | 530.00 | 61,109.00 |
| Albert Leung | 25.80 | 530.00 | 13,674.00 |
| Harold Y Lee | 15.90 | 530.00 | 8,427.00 |
| Brad Hall | 2.90 | 620.00 | 1,798.00 |
| Young Kim | 6.30 | 470.00 | 2,961.00 |
| Jeff L Lack | 22.80 | 395.00 | 9,006.00 |
| Christopher Rubel | 17.90 | 320.00 | 5,728.00 |
| **Total Hours & Fees** | **224.70** | | **117,511.00** |

Re:                    UCC Meetings
Client/Matter #        005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/10 | BH | Participate in weekly Professionals call with Chadbourne. | 0.50 |
| 02/02/10 | AH | Weekly UCC professionals update call | 0.80 |
| 02/02/10 | MFR | Participate in UCC professionals conference call. | 0.50 |
| 02/04/10 | MFR | Participate in UCC conference call. | 0.80 |
| 02/04/10 | AH | Weekly UCC meeting (telephonic) | 0.90 |
| 02/04/10 | BH | Preparation of comments on weekly financial results for presentation to the UCC. | 1.00 |
| 02/04/10 | BH | Participate in UCC meeting and make presentation of financial results. | 0.80 |
| 02/09/10 | MFR | Participate in UCC professionals conference call. | 0.50 |
| 02/11/10 | BH | Prepare comments on weekly financial results for UCC presentation. | 1.00 |
| 02/11/10 | BH | Participate in UCC meeting and present report on weekly financial results. | 0.70 |
| 02/11/10 | AH | Participate in portion of UCC meeting (telephonic) | 0.50 |
| 02/11/10 | MFR | Participate in UCC conference call. | 0.80 |
| 02/16/10 | MFR | Participate in UCC professionals conference call. | 0.50 |
| 02/16/10 | AH | Weekly update call with UCC professionals | 0.70 |
| 02/16/10 | BH | Participate in weekly call with Chadbourne professionals call. | 0.70 |
| 02/19/10 | BH | Preparation of comments for presentation to UCC on weekly financial results. | 0.90 |
| 02/19/10 | BH | Participate in UCC meeting and make presentation of weekly financial results. | 1.10 |
| 02/19/10 | AH | Participate in weekly UCC meeting (telephonic) | 0.90 |
| 02/19/10 | MFR | Participate in UCC conference call. | 1.30 |
| 02/23/10 | BH | Participate in weekly professionals call with Chadbourne. | 0.50 |
| 02/23/10 | AH | Weekly update call with UCC advisors | 0.70 |
| 02/25/10 | HYL | Prepared for and participated in Financial Advisors conference call with Tribune (Whittman from A&M) and FAs (Moelis, FTI, Blackstone). | 0.60 |
| | | **Total Hours** | **16.70** |

Re:                     UCC Meetings
Client/Matter #         005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.50 | 820.00 | 3,690.00 |
| Mark F Rule | 4.40 | 530.00 | 2,332.00 |
| Harold Y Lee | 0.60 | 530.00 | 318.00 |
| Brad Hall | 7.20 | 620.00 | 4,464.00 |
| **Total Hours & Fees** | **16.70** | | **10,804.00** |

Re:              Billing and Retention
Client/Matter #  005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/10 | ANL | Analyzed and reviewed Fee Examiner report for the second and third interim periods. | 2.30 |
| 02/03/10 | ANL | Analyzed and reviewed Fee Examiner report for the second and third interim periods. | 0.90 |
| 02/03/10 | YK | Prepared 4th Interim Fee Application data file. | 1.60 |
| 02/04/10 | YK | Prepared 4th interim fee application supporting data. | 2.80 |
| 02/04/10 | ANL | Analyzed and reviewed Fee Examiner report & exhibits for the second and third interim periods. | 0.80 |
| 02/05/10 | ANL | Prepared January fee application and exhibits. | 1.20 |
| 02/05/10 | YK | Prepared January 2010 fee application. | 2.10 |
| 02/08/10 | ANL | Prepared response to fee examiner report on second and third interim fee application periods. | 2.10 |
| 02/08/10 | ANL | Prepared January fee application. | 0.60 |
| 02/08/10 | ANL | Analyzed and reviewed Fee Examiner report & exhibits for the second and third interim periods. | 2.20 |
| 02/08/10 | YK | Prepared January 2010 fee application. | 1.50 |
| 02/09/10 | YK | Review response to fee examiner. | 0.60 |
| 02/09/10 | YK | Prepared January 2010 fee application. | 1.80 |
| 02/09/10 | ANL | Prepared response to fee examiner report on second and third interim fee application periods. Prepared January fee application. | 2.30 |
| 02/10/10 | ANL | Analyzed and reviewed fee examiner report and exhibit. | 0.80 |
| 02/10/10 | YK | Prepared for and held conversation with J. Decker (Stuart Maue). | 0.30 |
| 02/10/10 | YK | Prepared January 2010 fee application. | 1.40 |
| 02/11/10 | YK | Prepared January 2010 fee application. | 0.80 |
| 02/16/10 | YK | Prepared January 2010 fee application. | 1.50 |
| 02/16/10 | AH | Work on response to fee examiner re: 2nd application period | 2.80 |
| 02/20/10 | AH | Finish response to fee examiner re: 2nd Interim Period preliminary report | 1.50 |
| 02/20/10 | ANL | Reviewed and revised letter response to the Fee Examiner's Second Interim report. | 0.80 |
| 02/21/10 | ANL | Reviewed and revised letter response and exhibits to the Fee Examiner's Second Interim report. Prepared explanations for specific time entries. | 1.70 |
| 02/22/10 | ANL | Prepared letter response & exhibits to Fee Examiner for AlixPartners Second Interim Fee Application. | 2.10 |
| 02/23/10 | AH | Review of January fee application | 0.90 |
| 02/24/10 | AH | Finish review of January fee application and communicate changes to team | 1.00 |

Re:                             Billing and Retention
Client/Matter #                 005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/24/10 | YK | Provided clarification regarding certain expenses to A. Holtz (AlixPartners). | 0.40 |
| 02/24/10 | ANL | Prepared January 2010 fee application and exhibits. | 2.10 |
| 02/25/10 | AH | Sign, scan and send January fee ap to counsel | 0.20 |
| 02/26/10 | ANL | Prepared response to fee examiner and exhibits for the third interim period. | 2.10 |
| 02/27/10 | ANL | Prepared detailed line by line response to fee examiner regarding conferences, meetings and intraoffice meetings for the third interim period. Prepared letter response to fee examiner for the third interim period. | 2.30 |
| | | **Total Hours** | **45.50** |

Re:                         Billing and Retention
Client/Matter #             005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 6.40 | 820.00 | 5,248.00 |
| Albert Leung | 24.30 | 530.00 | 12,879.00 |
| Young Kim | 14.80 | 470.00 | 6,956.00 |
| **Total Hours & Fees** | **45.50** | | **25,083.00** |