# EXHIBIT "C"

# EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Airfare | 1,167.44 |
| Airfare Service Charge | 91.00 |
| Cab Fare/Ground Transportation | 456.21 |
| Conference Calls | 54.56 |
| Lodging | 1,160.34 |
| Meals & Tips | 343.95 |
| Postage/Messenger/Courier | 29.94 |
| Research | 29.95 |
| **Total Disbursements** | **3,333.39** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 01/03/10 | Conference Calls - Brad Hall | 10.16 |
| 01/03/10 | Conference Calls - Young Kim | 4.01 |
| 01/08/10 | Conference Calls - Albert Leung | 0.86 |
| 01/12/10 | Conference Calls - Harold Lee | 7.72 |
| 01/15/10 | Airfare Mark Rule-2010-01-18-ORD-LGA (Coach) | 1,167.44 |
| 01/15/10 | Airfare Service Charge Mark Rule | 13.00 |
| 01/15/10 | Conference Calls - Mark Rule | 31.26 |
| 01/17/10 | Airfare Service Charge Mark Rule | 39.00 |
| 01/18/10 | Cab Fare/Ground Transportation Mark Rule-To O'hare (out of town) | 40.00 |
| 01/18/10 | Lodging Mark Rule-Amedeo Htls Ltd Ptnshp-New York-01/18/2010-01/21/2010 | 1,160.34 |
| 01/18/10 | Meals & Tips Mark Rule-Dinner (out of town) | 86.92 |
| 01/19/10 | Meals & Tips Mark Rule-Breakfast (out of town) | 69.95 |
| 01/19/10 | Meals & Tips Mark Rule-Lunch (out of town) | 30.43 |
| 01/20/10 | Cab Fare/Ground Transportation Mark Rule-To Client (out of town) | 15.00 |
| 01/20/10 | Cab Fare/Ground Transportation Mark Rule-To Hotel (out of town) | 15.00 |
| 01/20/10 | Cab Fare/Ground Transportation Mark Rule-Car To Hotel (out of town) | 120.78 |
| 01/20/10 | Meals & Tips Mark Rule-Lunch (out of town) | 20.00 |
| 01/20/10 | Meals & Tips Mark Rule-Dinner (out of town) | 20.70 |
| 01/20/10 | Meals & Tips Mark Rule-Breakfast (out of town) | 11.98 |
| 01/21/10 | Airfare Service Charge Mark Rule | 39.00 |
| 01/21/10 | Cab Fare/Ground Transportation Mark Rule-O'hare To Home (out of town) | 49.00 |
| 01/21/10 | Cab Fare/Ground Transportation Mark Rule (out of town) | 146.43 |
| 01/21/10 | Meals & Tips Mark Rule-Breakfast (out of town) | 57.97 |
| 02/01/10 | Postage (Delivery of hard copy of fee examiner materials to San Francisco from New York) | 29.94 |
| 02/02/10 | Sales Database Subscription Fee (Electronic database used for sales comparables analysis for memorandum re: Tribune's proposed real estate sale) | 29.95 |
| 02/04/10 | Meals & Tips Albert Leung-Dinner (In Town) Dinner | 23.00 |
| 02/16/10 | Cab Fare/Ground Transportation Young Kim-(In Town) Taxi Ride Home | 35.00 |
| 02/18/10 | Cab Fare/Ground Transportation Young Kim-(In Town) Taxi Ride Home | 35.00 |
| 02/20/10 | Meals & Tips Albert Leung-Dinner (In Town) Dinner | 23.00 |
| 02/25/10 | Conference Calls Raindance: Young Kim 2/15 | 0.55 |
| | **Total Disbursements** | **3,333.39** |