UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Cases No.: 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, David M. Powlen, a member of the bar of this Court, pursuant to Rule 9010-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, move for the admission *pro hac vice* of Ashish D. Gandhi, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 to represent Morgan Stanley & Co., Inc.

Dated:  March 17, 2010

/s/  David M. Powlen
David M. Powlen (DE No. 4978)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Phone:  (302) 888-4536
E-Mail:  david.powlen@btlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the U.S. District Court for this District.

Ashish D. Gandhi
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Phone:  (212) 310-8024
Email:  ashish.gandhi@weil.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                                    United States Bankruptcy Judge

SBDS02 SKUHNY 402522v1

C:\DOCUMENTS AND SETTINGS\GANDHIA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\ZMM5130R\GANDHI PRO HAC VICE (THE TRIBUNE COMPANIES) (2).DOC            2