# EXHIBIT 1
## Tribune Eleventh Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Atlantis Tax Management<br>400 N. Main Street, #101<br>Grapevine, TX 76051<br>Contact: Tom Morley<br>Email: tomm@atlantistax.com | Preparer and filer of Colorado tax returns | $5,000 |
| Funkhouser Vegosen Liebman & Dunn LTD[3]<br>55 East Monroe<br>Chicago, IL 60603<br>Contact: Damon Dunn<br>Email: ddunn@fvdlaw.com | First Amendment Litigation Counsel | $10,000 |
| Hall Estill<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865<br>Contact: Robert Nelon<br>Email: bnelon@hallestill.com | Local Media Litigation Counsel | $25,000 |
| Hungerford, Aldrin Nichols & Carter, P.C.[4]<br>2910 Lucerne Drive SE<br>Grand Rapids, MI 49546<br>Contact: Christopher Harper<br>Email: charper@hanc.com | Accounting Consultant for WXMI-TV | $5,000 |
| Jackson Lewis LLP<br>90 State House Square, 8th Floor<br>Hartford, CT 06103<br>Contact: Victoria Chavey<br>Email: chaveyV@jacksonlewis.com | Employment Litigation counsel | $15,000 |
| KPMG LLP<br>303 East Wacker Drive<br>Chicago, IL 60601<br>Contact: Bernadette Abdow<br>Email: babdow@kpmg.com | Tax Consultants | $45,000 |
| Payton & Associates LLC<br>One Biscayne Tower<br>2 South Biscayne Boulevard<br>Miami, FL<br>Contact: Harry Payton<br>Email:mailto:mcode@ubslaw.com<br>payton@payton-law.com | Litigation Counsel to Forsalebyowner.com corp. | $15,000 |

---

[3] Funkhouser Vegosen Liebman & Dunn LTD was previously identified as a potential Ordinary Course Professional with a monthly cap of $5,000. (See Exhibit A to the OCP Motion, Docket No. 227.)

[4] Hungerford, Aldrin Nichols & Carter, P.C. was previously retained as an Ordinary Course Professional with a monthly cap of $1,000. (See Supplement to Exhibit A to the OCP Motion dated March 19, 2009, Docket No. 544).

46429/0001-6419174v1

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Zwillinger Genetski LLP<br>1705 N Street NW<br>Washington, DC 20036<br>Contact: Marc Zwillinger<br>Email: marc@zwillgen.com | Security and Privacy Counsel | $15,000 |