IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :        Chapter 11 Cases
                                                    :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :        (Jointly Administered)
                                                    :
                            Debtors.                :        Re: Docket No. 3670
---------------------------------------------------------x

## ORDER AUTHORIZING FILING UNDER SEAL

Upon the motion dated March 2, 2010 (the "Motion"), of Law Debenture Trust Company of New York ("Law Debenture"), successor trustee under that certain Indenture, dated March 19, 1996, between Tribune Company ("Tribune" and with its subsidiaries the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7.25% Debentures due 2096 (as amended, the "Indenture"), as fiduciary for the interests of more than 18% of the Debtors' bondholders for entry of an order authorizing Law Debenture to file under seal the the unredacted Supplemental Brief in Further Support of its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (the "Supplemental Brief") and certain exhibits thereto pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED Law Debenture is authorized to file the unredacted Supplemental Brief and the exhibits referenced in the Motion under seal.

Dated: ~~February~~ March 26, 2010

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge