# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO. 08-13141-KJC**

**COURTROOM LOCATION:** 5
**DATE:** 03/26/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Rosner | Kasowitz Benson | Law Debenture |
| Sharon Korpus | Kasowitz Benson | Law Debenture |
| Donny Golden | Akin Gump | Centerbridge Credit Advisors |
| Deborah Newman | Akin Gump | Centerbridge Credit Advisors |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Thomas Horan | Womble Carlyle | Greatbank |
| Janet Henderson | Sidley Austin | Debtors |
| James Ducayet | " | " |
| Norman Pernick | Cole Schotz | " |
| Danny Glazer | Davis Polk | JP Morgan Chase |
| Michael Russano | " | " |
| Michael McGovern | " | " |
| Bob Stearn | RLF | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 3/26/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Rebecca Butcher | Landis Rath & Cobb | Off. Comm. Unsecured Creditors |
| Doug Deutsch | Chadbourne & Parke | |
| Edmon Morton | YCST | Cred. J. Agt Lenders |
| James Johnston | HBD | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 03/26/2010
Calendar Time: 10:00 AM ET

1st Revision 03/25/2010 10:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3422977 | Gavin Baiera | (212) 692-2290 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3427847 | Greg Ball | (646) 424-7126 | ING | Interested Party, ING / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3428165 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3415394 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3415393 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Katherine Gilman / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3428156 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3427919 | Scott Greissman  Sub ANDREW ??? | (212) 819-8567 | White & Case LLP | Creditor, Group Of Bridge Facilitate Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3427845 | Sarah Johnson | 212-478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3426415 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3428103 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3428094 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3428148 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3425328 | Stuart C. McPhail | 212-373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3427889 | Shachar Minkove | (212) 834-7174 | Shachar Minkove - In Pro Per/Pro Se | Interested Party, Shachar Minkove / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3425576 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Other Prof., Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3425724 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |

Peggy Drasal                          CourtConfCal2009                          Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3426267 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3428137 | Gary Weitman | (312) 853-7773 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |