# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### February 1, 2010 through February 28, 2010

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 40.30 | $20,484.50 |
| Committee Meetings | 003 | 65.00 | 42,133.00 |
| Creditor Communications | 004 | 2.40 | 1,938.00 |
| Business Operations | 007 | 64.70 | 38,677.50 |
| Claims Administration/Bar Date | 009 | 8.90 | 4,689.50 |
| Fee/Retention Applications | 010 | 44.60 | 18,992.00 |
| Plan and Disclosure Statement | 011 | 103.40 | 56,872.00 |
| Executory Contracts | 012 | 3.10 | 1,304.50 |
| Employee Issues | 014 | 19.10 | 9,963.50 |
| Relief from Stay Issues | 015 | 1.30 | 461.50 |
| General Litigation | 017 | 271.70 | 176,167.50 |
| Non-Working Travel* | 018 | 11.60 | 3,637.00 |
| Review of PrePetition Financings | 019 | 2021.50 | 944,307.50 |
| Shareholder Claims | 020 | 275.90 | 196,530.50 |
| **Total** | | **2,933.50** | **1,516,158.50** |

\* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                   For Services Through February 28, 2010

Our Matter #19804.002
          BANKRUPTCY GENERAL


02/01/10   D. E. DEUTSCH        Review court postings (.2) and            0.90 hrs.
                                e-mail David Bava on required
                                follow-up on one item (.1) and
                                calendaring of another item (.1);
                                telephone conversation with Adam
                                Landis re: various court filing
                                matters (.2); e-mail Chadbourne
                                bankruptcy team re: proposal for
                                Wednesday's scheduled telephonic
                                meeting with Debtors (.1); review
                                weekly adversary reports (.2).


02/01/10   D. BAVA              Review and analysis of docket            0.60 hrs.
                                sheets, including Neil district
                                court litigation and adversary
                                proceeding re: daily case activity
                                (.40); review, revise and finalize
                                case calendar based on current
                                docket entries (.20).


02/01/10   D. M. LeMAY          Review all latest court filings.         1.30 hrs.

02/02/10   D. BAVA              Review and analysis of docket            0.50 hrs.
                                sheets, including Neil district
                                court litigation and adversary
                                proceeding re: daily case activity
                                (.40); review, revise and finalize
                                case calendar based on current
                                docket entries (.10).


02/02/10   D. E. DEUTSCH        Review last two daily reports,           0.60 hrs.
                                pleadings therein and court
                                calendar (.4); e-mail Brad Hall
                                re: follow-up on 2015.3 report
                                filed by the Debtors (.2).


02/03/10   D. BAVA              Review and analysis of docket            0.90 hrs.
                                sheets, including Neil district
                                court litigation and adversary
                                proceeding re: daily case activity
                                (.40); review, revise and finalize
                                case calendar based on current
                                docket entries (.20); post certain
                                materials to Intralinks (.30).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2
```

| 02/04/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
|---|---|---|---|
| 02/04/10 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and calendar (.3). | 0.30 hrs. |
| 02/05/10 | H. LAMB | Review Court docket (.2); prepare and distribute daily report of new pleadings filed (.3) and update and distribute case calendar (.2). | 0.70 hrs. |
| 02/08/10 | H. LAMB | Review court dockets (.1); prepare and distribute daily report of new pleadings filed (.3); update and distribute case calendar (.1). | 0.50 hrs. |
| 02/08/10 | D. M. LeMAY | Review latest court filings. | 0.80 hrs. |
| 02/08/10 | D. E. DEUTSCH | Review last two daily reports, court papers therein and court calendar (.2). | 0.20 hrs. |
| 02/09/10 | D. E. DEUTSCH | Review and edit agenda for tomorrow's meeting with Debtors' team (.2). | 0.20 hrs. |
| 02/09/10 | M. ROITMAN | Draft and circulate agenda for 2/10 Debtor and Committee Counsel Call (0.4). | 0.40 hrs. |
| 02/09/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.40); review SEC filings re: Receivables Loan Agreement dated as of July 1, 2008 (.40). | 1.40 hrs. |
| 02/10/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    March 24, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page    3

|            |                |                                                                                                                                                                    |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | case calendar based on current docket entries (.20); post certain materials to Intralinks (.40).                                                                    |            |
| 02/10/10   | M. ROITMAN     | Preparation for (0.2) and attendance at Debtors' professionals Conference Call (0.4); Review of docket re: court approved procedures for severance payments (1.5).  | 2.10 hrs.  |
| 02/10/10   | D. E. DEUTSCH  | Prepare for meeting with Debtors (.3); participate in call with Debtors' lawyers (.4).                                                                              | 0.70 hrs.  |
| 02/11/10   | D. E. DEUTSCH  | Exchange multiple e-mails with Adam Landis and Matt McGuire re: problems with filing court papers today and proposed related action steps (.4); review last two daily reports, court papers therein and court calendar (.3). | 0.70 hrs.  |
| 02/11/10   | M. ROITMAN     | Review docket re: Committee's court filings and draft posting note for Intralinks (0.4).                                                                            | 0.40 hrs.  |
| 02/11/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs.  |
| 02/12/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); multiple Intralinks postings regarding responsive filings for various motions (.80). | 1.30 hrs.  |
| 02/12/10   | D. E. DEUTSCH  | Exchange e-mails with Ted Zink and Meghan Towers re: upcoming hearing in case relevant to Tribune and monitoring specific issues related to same (.7).             | 0.70 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 02/13/10 | D. E. DEUTSCH | Review last two daily reports, certain pleadings therein that were not previously reviewed and the court calendar (.3); Exchange e-mails with David LeMay re: hearing schedule and issues (.2). | 0.50 hrs. |
|---|---|---|---|
| 02/14/10 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 02/15/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); update hearing materials re: recent responses (.80). | 1.30 hrs. |
| 02/15/10 | D. E. DEUTSCH | E-mail David Bava re: preparing Intralinks posting for Committee (.2); exchange e-mails with James Sottile re: memorandum for Committee on Thursday hearing (.2); review e-mail and motion from Janet Henderson re: new court filing (.2); e-mail Chadbourne team (Howard Seife, David LeMay et al.) re: evidence issues for Thursday's hearing (.3). | 0.90 hrs. |
| 02/16/10 | D. E. DEUTSCH | Review and respond to inquiry from Delaware counsel re: Thursday hearing matter (.2); e-mail Howard Seife re: Thursday hearing matter (.1); e-mail David Bava re: change to court calendar on two hearings (.2); review last two daily reports, pleadings therein not previously reviewed and calendar (.3). | 0.80 hrs. |
| 02/16/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.30); update hearing materials re: recent responses regarding examiner and standing motions (1.1). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| | | | |
|---|---|---|---|
| 02/16/10 | M. ROITMAN | Draft agenda for 2/10 Debtor professioanls' call (0.3). | 0.30 hrs. |
| 02/17/10 | M. ROITMAN | Preparation for (0.2) and attendance at Debtors' professionals' conference Call (0.3). | 0.50 hrs. |
| 02/17/10 | D. E. DEUTSCH | Prepare for weekly telephonic meeting with Debtors' professionals (.3); telephone conversation with Debtors' professionals (.4); review last week's adversary pleading reports (.2). | 0.90 hrs. |
| 02/17/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 02/18/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain material to Intralinks (.40); add parties to Intralinks (.10). | 1.10 hrs. |
| 02/18/10 | D. E. DEUTSCH | Review court pleadings related to today's hearing (1.0); participate in omnibus hearing telephonically (2.7); draft memorandum to Committee summarizing hearing events (1.2); conference call with Janet Henderson re: new filing to dismiss specific bankruptcy case (.2); review related draft motion (.2); e-mail Marc Roitman re: required analysis on same (.1). | 5.40 hrs. |
| 02/19/10 | D. E. DEUTSCH | Review various case related e-mails (.2); discuss transcript issue with Marc Roitman (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page    6

| | | | |
|---|---|---|---|
| 02/19/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 02/22/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 02/22/10 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 02/22/10 | D. E. DEUTSCH | E-mail and discussion with Marc Roitman re: posting for Committee (.2); Review last two daily reports, pleadings therein and calendar (.4); review last week's adversary reports (.2); e-mail Marc Roitman re: follow-up for Committee re: same (.1): exchange e-mails with Marc Roitman re: various action items (.2); | 1.10 hrs. |
| 02/23/10 | D. E. DEUTSCH | Exchange e-mails with David LeMay and Howard Seife re: tomorrow's meeting with Debtors' professionals (.2); review last two daily reports, pleadings therein and calendar (.3); | 0.50 hrs. |
| 02/23/10 | M. ROITMAN | Draft email to Debtors' counsel re: conference call matters (0.2). | 0.20 hrs. |
| 02/23/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.30). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7

| 02/24/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 02/24/10 | M. ROITMAN | Review and preliminary analysis of Debtors' motion to dismiss New River Center bankruptcy case. | 0.30 hrs. |
| 02/24/10 | D. E. DEUTSCH | Review daily report, pleadings therein and calendar (.2); | 0.20 hrs. |
| 02/25/10 | D. E. DEUTSCH | Conference with Marc Roitman to discuss various case projects (.2); meeting with Howard Seife to discuss various pending matters and action steps related to same (.5); | 0.70 hrs. |
| 02/25/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 02/26/10 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.1); prepare and distribute updated calendar in connection with same (.1). | 0.40 hrs. |
| 02/26/10 | D. E. DEUTSCH | Review daily report, pleadings therein and calendar (.1); | 0.10 hrs. |

**Total Fees for Professional Services.............   $20,484.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page      8

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 4.40 | 3762.00 |
| D. E. DEUTSCH | 695.00 | 15.70 | 10911.50 |
| D. BAVA | 270.00 | 14.40 | 3888.00 |
| H. LAMB | 270.00 | 1.60 | 432.00 |
| M. ROITMAN | 355.00 | 4.20 | 1491.00 |
| TOTALS | | 40.30 | 20484.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                                For Services Through February 28, 2010

Our Matter #19804.003
          COMMITTEE MEETINGS


| | | | |
|---|---|---|---|
| 02/01/10 | M. ROITMAN | Draft and circulate email re: 2/2 Tribune Committee Professionals' Meeting (0.3); Revise Minutes for three Creditors' Commitee meetings (1.3). | 1.60 hrs. |
| 02/01/10 | D. E. DEUTSCH | Review and edit agenda for Tuesday's meeting with Committee professionals (.2); discuss action items related to Committee meeting with Marc Roitman (.1); review last minutes from last three meetings and edit same (1.4). | 1.70 hrs. |
| 02/02/10 | D. E. DEUTSCH | Prepare for meeting with Committee professionals (.5); participate in Committee professionals meeting (.6); review and edit draft agenda for Thursday's Committee meeting (.2); discuss Committee meeting matters with Howard Seife (.3). | 1.60 hrs. |
| 02/02/10 | M. ROITMAN | Draft and Circulate agenda for 2/4 Committee Meeting (0.6); Attendance at Committee Professionals' conference call (0.6); further revisions to certain Committee meeting minutes (0.6). | 1.80 hrs. |
| 02/02/10 | D. E. DEUTSCH | Make final edits to three recent Committee meeting minutes (.5); draft  Committee alert related to same (.2). | 0.70 hrs. |
| 02/02/10 | N. T. ZINK | Participate on all-professional call (.5). | 0.50 hrs. |
| 02/02/10 | R. A. SCHWINGER | Attend professionals conf. call to address discovery issues (0.6). | 0.60 hrs. |
| 02/02/10 | M. D. ASHLEY | Participated in professionals' meeting regarding status of investigation (.5). | 0.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| 02/03/10 | M. ROITMAN | Draft and circulate Agenda for 2/4 Committee Meeting (0.1); Document Preparation for 2/4 Committee Meeting (0.3). | 0.40 hrs. |
|---|---|---|---|
| 02/03/10 | H. SEIFE | Prepare for Committee meeting. | 1.70 hrs. |
| 02/04/10 | H. SEIFE | Prepare for Committee meeting (.7); meeting with Committee (1.4). | 2.10 hrs. |
| 02/04/10 | M. ROITMAN | Preparation for Committee meeting (0.5) take minutes at Creditors' Committee meeting (0.9). | 1.40 hrs. |
| 02/04/10 | D. E. DEUTSCH | E-mails with Howard Seife and Ali Nellos re: information needed for today's Committee meeting (.2); prepare outline for update to Committee on multiple court filings/matters (1.4); participate in Committee meeting (1.2); review e-mail from Wilmington Trust re: Committee vote (.1); e-mail Marc Roitman re: updating minutes to reflect same (.1). | 3.00 hrs. |
| 02/04/10 | D. M. LeMAY | Prepare for (.9) and participate in (1.3) telephone meeting of the Committee. | 2.20 hrs. |
| 02/08/10 | D. E. DEUTSCH | Review court filings re: upcoming hearing (.2); review and edit agenda for tomorrow's Committee professional meeting (.2). | 0.40 hrs. |
| 02/08/10 | M. ROITMAN | Draft and circulate agenda for 2/9 Committee Professionals' Conference Call (0.4); Call with N. Thomas (Kirkland) re: upcoming Committee meetings (0.1); Preparation for 2/9 Committee Professionals' Meeting (0.1) | 0.60 hrs. |
| 02/09/10 | M. ROITMAN | Attendance at Committee Professionals' conference call (0.8); Draft and circulate agenda for 2/11 Creditors' Committee Meeting (0.9); work on drafting Minutes for 1/28 Committee Meeting (0.6) and 2/4 Committee Meeting (1.5) | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 02/09/10 | R. A. SCHWINGER | Attend Professionals' meeting/conference call to address discovery issues. | 0.50 hrs. |
| 02/09/10 | D. M. LeMAY | Weekly call of Committee professionals. | 0.70 hrs. |
| 02/09/10 | M. D. ASHLEY | Participated in professionals' call regarding status of investigation (.5). | 0.50 hrs. |
| 02/09/10 | T. L. STEVENSON | Participate in Committee professional call regarding status of investigation. | 0.60 hrs. |
| 02/09/10 | D. E. DEUTSCH | Prepare for meeting with Committee professionals (.6); participate in meeting (.5); post meeting conference with Chadbourne LBO team (.2); e-mail Ali Nellos re: update for Thursday's Committee meeting (.2); conference with Helen Lamb to discuss scheduling of next Committee meeting and related matters (.2). | 1.70 hrs. |
| 02/09/10 | T. J. MCCORMACK | Attend Committee professinal call (.5). | 0.50 hrs. |
| 02/10/10 | H. SEIFE | Prepare for Committee meeting. | 1.30 hrs. |
| 02/10/10 | M. ROITMAN | Continue drafting of Minutes to 2/4/10 Committee Meeting. | 0.60 hrs. |
| 02/11/10 | M. ROITMAN | Preparation materials for (0.7) and take minutes at 2/11 Creditors' Committee Meeting (0.9). | 1.60 hrs. |
| 02/11/10 | H. SEIFE | Prepare for Committee meeting (.9); conference with M.Alpert and D.Deutsch regarding Committee meeting (.2); meeting with Committee (1.0). | 2.10 hrs. |
| 02/11/10 | M. A. ALPERT | Reviewed documents re: potential investment in Food Network partnership (1.1); participated in portion of Committee meeting re: same (.7). | 1.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

| | | | |
|---|---|---|---|
| 02/11/10 | T. J. MCCORMACK | Participate in part of Committee meeting (.7). | 0.70 hrs. |
| 02/11/10 | D. E. DEUTSCH | Prepare presentation outline for today's Committee meeting (.8); review meeting materials and request Marc Roitman obtain additional items (.5); pre-meeting with Marc Alpert and Howard Seife re: same (.2); participate in related Committee meeting (.9). | 2.40 hrs. |
| 02/15/10 | M. ROITMAN | Draft agenda for 2/16 Committee Professionals' Conference Call (0.7); | 0.70 hrs. |
| 02/16/10 | M. ROITMAN | Preparation for (0.2) and attendance at Committee Professionals' conference call (0.6); Draft agenda for 2/19 Creditors' Committee Meeting (0.3); | 1.10 hrs. |
| 02/16/10 | D. E. DEUTSCH | Prepare for meeting with Committee professional team (.4); participate in same (.7). | 1.10 hrs. |
| 02/16/10 | M. D. ASHLEY | Professionals' call regarding status of investigation (.5). | 0.50 hrs. |
| 02/16/10 | T. J. MCCORMACK | Attend Committee professional meeting on status of litigation issues (.7). | 0.70 hrs. |
| 02/17/10 | D. E. DEUTSCH | Review draft agenda and edit same (.2) and insert comments for internal agenda (.1). | 0.30 hrs. |
| 02/17/10 | M. ROITMAN | Revise agenda for 2/19 Creditors' Committee Meeting (0.2); Draft email to Committee Chairs re: agenda (0.2); | 0.40 hrs. |
| 02/18/10 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley re: possible presentation on litigation at tomorrow's Committee meeting (.2); telephone conversation with Marc Alpert re: reviewing update on new Food Networks' proposal with Committee (.1). | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5
```

| | | | |
|---|---|---|---|
| 02/19/10 | D. E. DEUTSCH | Review materials related to today's Committee meeting (.4) and participate in Committee call re: all open matters (1.1). | 1.50 hrs. |
| 02/19/10 | M. A. ALPERT | Reviewed documents re: potential investment in Food Network partnership (.9); attended portion of Committee meeting re: same (.5). | 1.40 hrs. |
| 02/19/10 | M. ROITMAN | Preparation for (0.9) and record minutes at 2/19 Creditors' Committee Meeting (1.1); Draft Minutes for 2/11 Creditors' Commitee meeting (0.6). | 2.60 hrs. |
| 02/19/10 | D. M. LeMAY | Prepare for (.4) and participate in (1.1) telephone meeting of the Committee. | 1.50 hrs. |
| 02/22/10 | H. SEIFE | Prepare emails regarding upcoming Committee meeting. | 0.60 hrs. |
| 02/22/10 | M. ROITMAN | Draft agenda for 2/23 Committee Professionals' Conference Call (0.4); | 0.40 hrs. |
| 02/23/10 | M. ROITMAN | Preparation for (0.2) and attendance at Committee Professionals' conference call (0.4); Conference with D. Deutsch, M. Ashley, T. McCormack following call (0.4); Correspondence with D.Deutsch re: upcoming Committee Meetings (0.1); Draft email to Creditors' Committee re: March 4, 2010 Committee Meeting (0.6); correspondence with G. Davis (Buena Vista Television) re: March 4, 2010 Committee Meeting Agenda (0.1) | 1.80 hrs. |
| 02/23/10 | D. M. LeMAY | Attend weekly Committee professionals' call. | 0.50 hrs. |
| 02/23/10 | D. E. DEUTSCH | Prepare for Committee professional meeting (.5); participate in same (.4); participate in related strategy meeting with Marc Ashley and Tom McCormack (.4); call with co-chairs Miriam Kulnis re: next two meetings and agendas/schedules | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     6


|          |                 | for same (.2); call with co-chair Wayne Smith re: same (.2); related follow-up e-mail to C&P team (.2); |          |
| 02/23/10 | T. J. MCCORMACK | Prepare for (.5) and attend meeting of Committee counsel on issues in LBO litigation (1.2). | 1.70 hrs. |
| 02/23/10 | M. D. ASHLEY    | Attend Committee professionals' call regarding status of investigation (.5). | 0.50 hrs. |
| 02/24/10 | M. ROITMAN      | Revise minutes of 2/11 Creditors' Committee meeting (1.1); Draft minutes of 2/19 Creditors' Committee meeting (1.8). | 2.90 hrs. |
| 02/24/10 | H. SEIFE        | Email Committee members regarding upcoming meeting. | 0.40 hrs. |
| 02/25/10 | H. SEIFE        | Prepare for Committee meeting presentation. | 1.00 hrs. |
| 02/25/10 | M. ROITMAN      | Draft email to Creditors' Committee re: March 4, 2010 Meeting (0.3) | 0.30 hrs. |
| 02/25/10 | D. E. DEUTSCH   | Exchange emails with Howard Seife and Marc Roitman re: next week's Committee meeting matters (.2); | 0.20 hrs. |
| 02/26/10 | H. SEIFE        | Telephone conference with T.McCormack regarding Committee meeting (.3); prepare for Committee meeting presentation (.8). | 1.10 hrs. |


Total Fees for Professional Services.............   $42,133.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page      7

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 4.90 | 4189.50 |
| H. SEIFE | 965.00 | 10.30 | 9939.50 |
| M. A. ALPERT | 825.00 | 3.20 | 2640.00 |
| N. T. ZINK | 795.00 | .50 | 397.50 |
| R. A. SCHWINGER | 785.00 | 1.10 | 863.50 |
| T. J. MCCORMACK | 825.00 | 3.60 | 2970.00 |
| M. D. ASHLEY | 645.00 | 2.00 | 1290.00 |
| D. E. DEUTSCH | 695.00 | 16.80 | 11676.00 |
| T. L. STEVENSON | 595.00 | .60 | 357.00 |
| M. ROITMAN | 355.00 | 22.00 | 7810.00 |
| TOTALS | | 65.00 | 42133.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1
```

                                   For Services Through February 28, 2010

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 02/09/10 | D. E. DEUTSCH | Call with creditor counsel (Ryan Kretschmer of Squire Sanders) (.2). | 0.20 hrs. |
| 02/10/10 | D. E. DEUTSCH | Review and respond to e-mail from Committee member Jay Teitelbaum (.2). | 0.20 hrs. |
| 02/10/10 | H. SEIFE | Conference call with Committee Chair and G.Bush. | 1.00 hrs. |
| 02/11/10 | D. E. DEUTSCH | Review inquiry from Committee member (Bill Niese's counsel) re: Debtors' billing (.1); research and respond to same (.3). | 0.40 hrs. |
| 02/17/10 | D. E. DEUTSCH | Telephone conversation with creditor (Jerry Levitz) re: general case status (.3). | 0.30 hrs. |
| 02/18/10 | D. E. DEUTSCH | Review request from JPMorgan Chase (.1); follow-up with David Bava on same and respond to same (.1). | 0.20 hrs. |
| 02/22/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Gabrielle Davis) (.1); | 0.10 hrs. |


          **Total Fees for Professional Services..............    $1,938.00**




                              TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE | | 965.00 | 1.00 | 965.00 |
| D. E. DEUTSCH | | 695.00 | 1.40 | 973.00 |
| | TOTALS | | 2.40 | 1938.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through February 28, 2010

Our Matter #19804.007
          BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 02/01/10 | D. E. DEUTSCH | Review new materials on FCC application issues (1.2). | 1.20 hrs. |
| 02/01/10 | J. A. STENGER | Prepare correspondence to R. Parrish regarding cross-media holdings categories for public company chart (.6); telephone conference with R. Parrish regarding same (.4). | 1.00 hrs. |
| 02/02/10 | D. E. DEUTSCH | Telephone conversation with James Stenger re: revisions/further research related to memo to Committee on FCC matters (.4); review last week's AlixPartners' operations report (.2). | 0.60 hrs. |
| 02/02/10 | M. STRAND | Check 3d Cir docket for updates in Prometheus proceeding. | 0.20 hrs. |
| 02/03/10 | D. M. LeMAY | Review latest draft of Food Network confidentiality agreement (.8).  T/c w/J. Henderson regarding same (.4). | 1.20 hrs. |
| 02/03/10 | H. SEIFE | Review of AlixPartners weekly report. | 0.40 hrs. |
| 02/04/10 | D. M. LeMAY | Review and revise language regarding Food Network confidentiality agreement. | 0.40 hrs. |
| 02/04/10 | D. E. DEUTSCH | Review weekly AlixPartners' business analysis summary (.2); review certain Tribune affiliate financial filings made with Bankruptcy Court (.3). | 0.50 hrs. |
| 02/04/10 | J. A. STENGER | Office conference with M. Strand (0.3) and research regarding second memo to creditors regarding FCC matters (2.5). | 2.80 hrs. |
| 02/04/10 | M. STRAND | Office conference w/ J. Stenger RE: revisions to second Committee memo (.4); review of second memo draft (.8). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 02/05/10 | M. STRAND | Review and summarize workshop proceedings and related comments for Committee memo re: FCC application. | 2.30 hrs. |
|---|---|---|---|
| 02/05/10 | J. A. STENGER | Prepare revised draft of second memo to creditors regarding FCC applications. | 4.00 hrs. |
| 02/05/10 | D. M. LeMAY | T/c from Eldersveld re: Food Networks deal (.4) review due diligence check (.4) and discuss w/M. Alpert (.1). | 0.90 hrs. |
| 02/06/10 | M. STRAND | Review and summarize workshop proceedings and comments in 2010 FCC ownership. | 2.60 hrs. |
| 02/07/10 | M. STRAND | Review and summarize FCC 2010 workshop proceedings. | 1.20 hrs. |
| 02/08/10 | M. STRAND | Review and summarize FCC 2010 ownership review workshops (3.2), review and revise memo to creditor's committee (2.9); email w/ J. Stenger RE: same (.2). | 6.30 hrs. |
| 02/08/10 | M. A. ALPERT | Reviewed slides re: potential investment in Food Network partnership (1.0); reviewed documents re: same (1.3); confs. B. Carson re: same (.3). | 2.60 hrs. |
| 02/08/10 | J. A. STENGER | Research (1.4) and draft revised memo to creditors regarding FCC applications for approval of reorganization and developments since October memo (2.1). | 3.50 hrs. |
| 02/09/10 | J. A. STENGER | Revisions to FCC memo to Committee regarding FCC developments. | 3.50 hrs. |
| 02/09/10 | M. A. ALPERT | Reviewed documents re: potential investment in Food Network partnership. | 0.70 hrs. |
| 02/09/10 | M. STRAND | Review and revise draft of FCC Committee memo (1.8); email to J. Stenger re: same (.3). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| | | | |
|---|---|---|---|
| 02/09/10 | M. ROITMAN | Correspondence with D. LeMay and AlixPartners re: Food Network transaction. | 0.10 hrs. |
| 02/09/10 | D. E. DEUTSCH | Review materials on proposed Food Networks transaction to discuss at today's Committee professional meeting (.4). | 0.40 hrs. |
| 02/10/10 | D. E. DEUTSCH | Review memorandum/related materials from Alan Holtz re: business opportunity for Debtors (.3); discuss same with Alan Holtz (.2); e-mail Alan Holtz and Chadbourne team re: addressing issue with Committee (.1). | 0.60 hrs. |
| 02/10/10 | H. SEIFE | Review of AlixPartners memo regarding new investment (.4); review of AlixPartners weekely update report (.3). | 0.70 hrs. |
| 02/10/10 | M. A. ALPERT | Reviewed documents re: potential investment in Food Network partnership (.9); conf. call Moelis re: same (.7). | 1.60 hrs. |
| 02/10/10 | D. M. LeMAY | Conference call w/Moelis regarding Food Network transaction. | 0.60 hrs. |
| 02/10/10 | B. G. CARSON | Conference call with Moelis to discuss proposed TV Food Network capital contribution (0.7); review Lazard presentation and partnership agreement of TV Food Network in connection with same (1.1). | 1.80 hrs. |
| 02/11/10 | D. M. LeMAY | Conference with M. Alpert regarding Food Network Committee presentation. | 0.20 hrs. |
| 02/11/10 | H. SEIFE | Review of Moelis industry report (.3); review of udates on Food Network transaction (1.2). | 1.50 hrs. |
| 02/11/10 | D. E. DEUTSCH | Address inquiry from Howard Seife re: presentation to Committee on Food Network transaction (.1); review materials and draft outline for Marc Alpert related to same (.4); related call with Marc | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


                              Alpert (.1).

02/12/10    D. E. DEUTSCH     Review weekly AlixPartners' report      0.20 hrs.
                              on Debtors' business operations
                              (.2).

02/12/10    M. A. ALPERT      Reviewed documents re: potential        1.30 hrs.
                              investment in Food Network
                              partnership.

02/13/10    D. E. DEUTSCH     Review new AlixPartners' materials      0.40 hrs.
                              on intercompany transaction
                              analysis (.3); e-mail Richard
                              Leder with respect to analysis of
                              one part of AlixPartners' memo
                              (.1).

02/15/10    M. A. ALPERT      Reviewed documents re: potential        1.70 hrs.
                              investment in Food Network
                              partnership (.8); legal due
                              diligence call with Tribune Gen.
                              Counsel re: same (.9).

02/15/10    B. G. CARSON      Conference call with Tribune            1.80 hrs.
                              general counsel and outside
                              counsel to discuss Food Network
                              transaction (0.9); prepare summary
                              of same (0.9).

02/15/10    M. STRAND         Research 3d Cir case                    0.90 hrs.
                              law/Prometheus (.2); review draft
                              standing motion (.7)

02/16/10    M. STRAND         Check updates on 3d Cir Prometheus      0.90 hrs.
                              docket (.2); review additional FCC
                              cases in 3d Circuit (.5); email J.
                              Stenger RE: same (.2).

02/16/10    D. E. DEUTSCH     Review overview summary of new FCC      0.60 hrs.
                              memorandum to Committee (.6).

02/16/10    D. M. LeMAY       T/c w/M. Alpert regarding Food          0.30 hrs.
                              Network call (.1).  Review e-mail
                              regarding same (.2).

02/16/10    J. A. STENGER     Office conference with M. Strand        1.00 hrs.
                              regarding FCC and Third Circuit
                              proceedings (0.3); research
                              regarding same (0.7).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| | | | |
|---|---|---|---|
| 02/16/10 | M. A. ALPERT | Reviewed documents re: potential investment in Food Network partnership (.9); correspondence McDermott Will and Moelis re: same (.5). | 1.40 hrs. |
| 02/16/10 | M. STRAND | Office conference w/ J. Stenger RE: second Committee memo and reviewing 3d Cir. dockets. | 0.30 hrs. |
| 02/17/10 | M. A. ALPERT | Reviewed documents re: potential investment in Food Network partnership (1.1); correspondence McDermott and Moelis re: same (.4); participated in business diligence call with Debtors' financial advisors re: same (1.2). | 2.70 hrs. |
| 02/17/10 | B. G. CARSON | Conference call with Tribune financial advisors to discuss proposed TV Food Network capital contribution. | 1.20 hrs. |
| 02/17/10 | H. SEIFE | Review of Alpert memo regarding Cooking Channel transaction. | 0.80 hrs. |
| 02/18/10 | M. A. ALPERT | Review and analysis of deal documents re: potential investment in Food Network partnership. | 0.80 hrs. |
| 02/19/10 | D. E. DEUTSCH | Review new distributed materials on Food Networks deal (.3). | 0.30 hrs. |
| 02/23/10 | M. STRAND | Check status of 3d Cir Prometheus proceeding. | 0.20 hrs. |
| 02/25/10 | D. E. DEUTSCH | Review memorandum on paydown and termination of DIP (.2); e-mail AlixPartners re: update to Committee on same (.1); | 0.30 hrs. |
| 02/25/10 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |


**Total Fees for Professional Services..............    $38,677.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     6
```

**TOTAL DUE FOR THIS MATTER.....................................  $38,677.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 3.60 | 3078.00 |
| H. SEIFE | 965.00 | 3.70 | 3570.50 |
| M. A. ALPERT | 825.00 | 12.80 | 10560.00 |
| J. A. STENGER | 495.00 | 15.80 | 7821.00 |
| B. G. CARSON | 475.00 | 4.80 | 2280.00 |
| D. E. DEUTSCH | 695.00 | 5.70 | 3961.50 |
| M. ROITMAN | 355.00 | .10 | 35.50 |
| M. STRAND | 405.00 | 18.20 | 7371.00 |
| TOTALS | | 64.70 | 38677.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                              For Services Through February 28, 2010

    Our Matter #19804.009
              CLAIMS ADMINISTRATION/BAR DATE


02/01/10   M. ROITMAN        Revise Memo re: Debtors 14th-15th      1.00 hrs.
                             Omnibus Objections to Claims
                             (0.8); Draft posting note re:
                             Omnibus Objections (0.2).

02/01/10   D. E. DEUTSCH     Review analysis on certain            1.40 hrs.
                             employee claims (.3); e-mail Eric
                             Daucher re: follow-up on same
                             (.1); review draft memorandum to
                             Committee on certain omnibus
                             objections (and certain related
                             materials) and edit memorandum
                             (.6); discuss settlement of
                             personal injury claim (Faggio) and
                             related procedural issues with
                             Kevin Lantry (.2); follow-up
                             research re: background on same
                             (.2).

02/04/10   D. E. DEUTSCH     Review filed Faggio settlement        0.70 hrs.
                             materials (.4); review related
                             materials provided by Debtors (.3).

02/08/10   A. HANESSIAN      Updating claims spreadsheet.          0.60 hrs.

02/22/10   D. E. DEUTSCH     Review new omnibus objections (.2)    0.30 hrs.
                             and e-mail Marc Roitman re:
                             drafting memo to Committee on same
                             (.1);

02/22/10   M. ROITMAN        Review of Debtors' 16-18th Omnibus    0.30 hrs.
                             Claims Objections (0.3).

02/23/10   M. ROITMAN        Draft memo re: Debtors' 16-18th       0.90 hrs.
                             Omnibus Claims Objections.

02/24/10   D. E. DEUTSCH     Review materials from Debtors on      1.30 hrs.
                             updates to schedules (.2);
                             exchange e-mails with Alan Holtz
                             and Brad Hall re: same (.2);
                             review three omnibus objections
                             (.3) and review and edit related
                             memorandum to Committee (.4);
                             request follow-up research on
                             related issue from Marc Roitman
                             (.2);
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page    2

| 02/25/10 | D. E. DEUTSCH | Exchange e-mails re: amendments to Debtors' schedules with Alan Holtz (.2); review motion to extend removal deadline (.1) and e-mail Marc Roitman re: follow-up with Committee on related matter (.1); review draft memorandum to Committee on claim objection and edit same (.3). | 0.70 hrs. |
|---|---|---|---|
| 02/25/10 | M. ROITMAN | Revise memo re: Debtors' 16-18th Omnibus Claims Objections (0.8). | 0.80 hrs. |
| 02/26/10 | M. ROITMAN | Revise memo re: Debtors' 16-18th Omnibus Claims Objections (0.4) and draft Intralinks posting note for same (0.1). | 0.50 hrs. |
| 02/26/10 | D. E. DEUTSCH | Review e-mails re: Debtors analysis of certain claims (.2); e-mail Brian Whitman re: needed additional information (.1); review responsive materials (.1); | 0.40 hrs. |

**Total Fees for Professional Services.............. $4,689.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 4.80 | 3336.00 |
| A. HANESSIAN | 185.00 | .60 | 111.00 |
| M. ROITMAN | 355.00 | 3.50 | 1242.50 |
| TOTALS | | 8.90 | 4689.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through February 28, 2010

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


02/01/10   D. E. DEUTSCH      Meeting with Marc Roitman to        1.50 hrs.
                              discuss ordinary course
                              application and follow-up issues
                              (.2); e-mail Adam Landis re: Fee
                              Examiner matter (.1); review
                              e-mails to Jill Ludwig re:
                              ordinary course (.2); review
                              Baliban retention letter and draft
                              preliminary comments on same (.4);
                              e-mail Graeme Bush re: questions
                              on same (.1); e-mails with Marc
                              Roitman re: ordinary course issue
                              (.1); telephone conversation with
                              Adam Landis and, in part, Tom
                              Macauley re: expert retention (.4).

02/01/10   H. LAMB            Comprehensive review of billing     4.80 hrs.
                              proformas/daily time detail in
                              preparation of monthly fee
                              application (January).

02/01/10   M. ROITMAN        Meeting with D. Deutsch re:          0.70 hrs.
                              ordinary course professionals
                              (0.2); Draft email to J. Ludwig
                              (Sidley) re: December 2009
                              ordinary course professionals
                              report (0.5)

02/02/10   E. DAUCHER        Update memo re: retention of         0.80 hrs.
                              experts as professionals.

02/02/10   H. LAMB            Review email from Committee member  0.30 hrs.
                              regarding Form 1099/ expense
                              reimbursement (.1); follow-up with
                              D.Deutsch (.1) and J.Ludwig
                              (Sidley) (.1) regarding same.

02/02/10   D. E. DEUTSCH      Review recent ordinary course       1.10 hrs.
                              report (.2); discuss item therein
                              with Marc Roitman (.1); review
                              memoranda and research issues on
                              retention of expert witness (.8).

02/03/10   H. LAMB            Further review of billing           4.20 hrs.
                              proformas/daily time detail in
                              preparation of monthly fee
                              statement.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| 02/04/10 | H. LAMB | Emails with J.Ludwig (Sidley) (.1) and Committee member (.1) regarding Form 1099/expenses; prepare email to Committee regarding 1099s and next expense submission (.3). | 0.50 hrs. |
|---|---|---|---|
| 02/04/10 | D. E. DEUTSCH | Review e-mails from Debtors re: tax treatment of Committee reimbursement requests (.2); exchange e-mails with Helen Lamb re: next steps with Committee members on same (.1); call with Kevin Lantry re: multiple professional fee issues (.3). | 0.60 hrs. |
| 02/05/10 | D. E. DEUTSCH | Discuss retention of expert with Graeme Bush (.2). | 0.20 hrs. |
| 02/08/10 | H. LAMB | Begin preparation of thirteenth monthly fee application. | 2.30 hrs. |
| 02/10/10 | H. LAMB | Further preparation of monthly fee application. | 2.40 hrs. |
| 02/11/10 | H. LAMB | Review expense detail in preparation of monthly fee application (1.0); follow up on certain items (1.2). | 2.20 hrs. |
| 02/12/10 | M. ROITMAN | Review Docket and update ordinary course professionals chart. | 0.20 hrs. |
| 02/15/10 | D. M. LeMAY | Analyze potential disclosure issue regarding new matter (.1).  E-mail H. Seife regarding same (.2). | 0.30 hrs. |
| 02/17/10 | D. E. DEUTSCH | Review last week's ordinary course professionals report. | 0.20 hrs. |
| 02/18/10 | D. E. DEUTSCH | Begin review of draft fee application time (2.2). | 2.20 hrs. |
| 02/19/10 | D. E. DEUTSCH | Discuss billing issue with H.Lamb (.3). | 0.30 hrs. |
| 02/19/10 | H. LAMB | Review certification of no objection filed on twelth monthly fee application (.1); prepare email to Debtors' counsel regarding same (.2). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3

| | | | |
|---|---|---|---|
| 02/19/10 | M. ROITMAN | Review Docket re: ordinary course professional filings and revise ordinary course professionals chart (0.2) | 0.20 hrs. |
| 02/20/10 | D. E. DEUTSCH | Review and edit draft fee application (5.7). | 5.70 hrs. |
| 02/22/10 | A. HANESSIAN | Update Ordinary Course Professionals chart. | 1.20 hrs. |
| 02/22/10 | M. ROITMAN | Meet with A. Hanessian re: udating ordinary course professional chart (0.2); Review Jan. 2010 ordinary course professional report re: compliance with OCP order (0.8); | 1.00 hrs. |
| 02/22/10 | D. E. DEUTSCH | Review updated weekly ordinary course professional report (.2); review new Debtors' filing on ordinary course professionals (.1) and e-mail Marc Roitman re: follow-up on same (.1); | 0.40 hrs. |
| 02/22/10 | H. LAMB | Review expense forms/receipts from Committee members for January meetings (1.1); conferences and e-mails with Committee members on certain items (.8); prepare ninth request for expense reimbursement on behalf of Committee members (2.3). | 4.20 hrs. |
| 02/23/10 | H. LAMB | Finalize draft of monthly fee application. | 2.20 hrs. |
| 02/23/10 | D. E. DEUTSCH | Review motion to expand E&Y's retention and related materials (.4); two conferences with Marc Roitman to discuss new ordinary course professional report and issues therein (.3); review multiple related e-mails between Marc Roitman and Debtors' counsel (.3); review, edit and insert descriptions for thirteenth monthly fee application summary (1.3). | 2.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/23/10 | M. ROITMAN | Review Jan. 2010 ordinary course professional report re: compliance with ordinary course professional order (0.2); Meeting with D. Deutsch re: same (0.3); Draft emails to J. Ludwig (Sidley) re: same (0.9). | 1.40 hrs. |
| 02/24/10 | D. E. DEUTSCH | Review and make further edits to descriptions set forth in January fee application (.5). | 0.50 hrs. |
| 02/25/10 | D. E. DEUTSCH | Draft memorandum to Howard Seife re: billing procedure issue to raise with Committee (.3); | 0.30 hrs. |
| 02/26/10 | M. ROITMAN | Review Docket re: ordinary course professional filings (0.1) | 0.10 hrs. |

**Total Fees for Professional Services..............    $18,992.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. M. LeMAY | 855.00 | .30 | 256.50 |
| D. E. DEUTSCH | 695.00 | 15.30 | 10633.50 |
| A. HANESSIAN | 185.00 | 1.20 | 222.00 |
| E. DAUCHER | 355.00 | .80 | 284.00 |
| H. LAMB | 270.00 | 23.40 | 6318.00 |
| M. ROITMAN | 355.00 | 3.60 | 1278.00 |
| TOTALS | | 44.60 | 18992.00 |