```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

For Services Through February 28, 2010

Our Matter #19804.011
           PLAN AND DISCLOSURE STATEMENT


| 02/02/10 | M. ROITMAN | Review of Debtors' Exclusivity Motion. | 0.40 hrs. |
|---|---|---|---|
| 02/02/10 | H. SEIFE | Review of Debtor's motion regarding exclusivity. | 0.40 hrs. |
| 02/03/10 | H. SEIFE | Continued review of exclusivity issues/motion. | 0.80 hrs. |
| 02/04/10 | M. ROITMAN | Draft Statement in Support of Debtors' Exclusivity Motion (0.3) | 0.30 hrs. |
| 02/04/10 | D. M. LeMAY | Conference call w/G. Bush regarding exclusivity issues. | 0.40 hrs. |
| 02/05/10 | D. M. LeMAY | Conference w/H. Seife re: plan negotiations. | 0.40 hrs. |
| 02/08/10 | M. ROITMAN | Revise Statement in Support of Debtors' Motion for Exclusivity (0.1) | 0.10 hrs. |
| 02/09/10 | Y. YOO | Researched legal issue re: third-party releases (3.2); attended meeting with Douglas Deutsch re: same (.4). | 3.60 hrs. |
| 02/10/10 | Y. YOO | Continued researching legal issue re: third-party releases (7.6); attended meeting with Douglas Deutsch re: same (.3). | 7.90 hrs. |
| 02/10/10 | H. SEIFE | Review of statement supporting exclusivity. | 0.60 hrs. |
| 02/10/10 | R. M. LEDER | Review materials re LATI intercompany receivables (.4) and conference Deutsch in connection therewith (.4). | 0.80 hrs. |
| 02/10/10 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: plan issues (.2); review revised statement in support (.1); e-mail Adam Landis re: same (.1); review materials on intercompany loan transactions (1.6); meeting with Richard Leder to discuss same (.4); conference with Young Yoo to discuss plan legal research (.2). | 2.60 hrs. |

| 02/11/10 | D. E. DEUTSCH | Review e-mails from Graeme Bush and Alan Holtz re: intercompany analysis (.3); e-mail Howard Seife re: required additional information (.1); conference with Young Yoo re: third party release research (.4); review responsive filings on exclusivity (.4). | 1.20 hrs. |
|----------|---------------|---|-----------|
| 02/11/10 | M. ROITMAN | Review of Law Debenture Statement in Support of Exclusivity (0.1) | 0.10 hrs. |
| 02/11/10 | H. SEIFE | Review of exclusivity pleadings. | 0.70 hrs. |
| 02/11/10 | Y. YOO | Continued researching issues related to third-party releases (4.3); attended meeting with Douglas Deutsch re: same (.4). | 4.70 hrs. |
| 02/12/10 | Y. YOO | Continued researching third-party release issues (3.6); drafted and revised draft research memorandum re: same (1). | 4.60 hrs. |
| 02/12/10 | H. SEIFE | Preparation for court hearing on exclusivity. | 0.50 hrs. |
| 02/12/10 | M. ROITMAN | Preparation of materials for hearing re: Exclusivity Motion (0.4) | 0.40 hrs. |
| 02/12/10 | D. E. DEUTSCH | E-mail Adam Landis re: detailed research request related to plan issue (.3). | 0.30 hrs. |
| 02/13/10 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: plan drafting follow-up matter (.2). | 0.20 hrs. |
| 02/13/10 | D. E. DEUTSCH | E-mail Young Yoo re: additional focus on releases research issue (.1); e-mail Marc Roitman re: exclusivity research (.1). | 0.20 hrs. |
| 02/13/10 | M. ROITMAN | Research re: Exclusivity (0.2); Correspondence with D. Deutsch re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3


02/13/10    Y. YOO            Drrafting and revising research          1.40 hrs.
                              memorandum re: multiple
                              third-party release issues (1.2);
                              corresponded by email with Douglas
                              Deutsch and David LeMay re: same
                              (.2).

02/14/10    D. E. DEUTSCH     Exchange multiple e-mails with           1.60 hrs.
                              David LeMay re: next steps on
                              plan/examiner issues (.5);
                              exchange e-mails (.2) and hold
                              call with Young Yoo re: research
                              on release issues (.2); two calls
                              with Marc Roitman re: research on
                              exclusivity issue (.4); exchange
                              multiple e-mails related to same
                              (.3).

02/14/10    Y. YOO            Continued drafting and revising          5.90 hrs.
                              detailed research memorandum re:
                              third-party releases (5.5);
                              corresponded by phone and email
                              with Douglas Deutsch re: same (.4).

02/14/10    M. ROITMAN        Research and draft memorandum re:        7.10 hrs.
                              exclusivity issues (7.1)

02/15/10    M. ROITMAN        Revise memo re: exclusivity issue        7.60 hrs.
                              (6.4); meetings with D. Deutsch
                              re: same (0.7); Review and draft
                              email to H. Seife, D. LeMay, D.
                              Deutsch re: JP Morgan's and Credit
                              Agreement Lenders' Objections to
                              Debtors' Exclusivity Motion (0.5);

02/15/10    D. E. DEUTSCH     Discuss research on releases with        3.10 hrs.
                              Young Yoo and, in part, Adam
                              Landis (.8); review and research
                              related to exclusivity issue (.7);
                              discuss same with Marc Roitman
                              (.3); edit related document (.4);
                              review draft memorandum re:
                              releases and edit same (.9).

02/15/10    D. E. DEUTSCH     Review new court pleadings on            0.70 hrs.
                              exclusivity (.4); review materials
                              from Richard Leder re:
                              intercompany claim analysis (.2);
                              e-mail David LeMay and Howard
                              Seife on same (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4


| 02/15/10 | H. SEIFE | Prepare for hearing on exclusivity. | 0.80 hrs. |
| 02/15/10 | Y. YOO | Continued drafting and revising research memorandum re: third-party releases (9.1); corresponded by email with Adam Landis and Douglas Deutsch re: same (.4); discussed research memorandum with Douglas Deutsch and, in part, Adam Landis (.8). | 10.30 hrs. |
| 02/15/10 | D. M. LeMAY | Review JPMC and Senior Lender Disclosure Statement objections. | 1.20 hrs. |
| 02/15/10 | R. M. LEDER | Review LATI inter-company Notes issue. | 1.50 hrs. |
| 02/16/10 | Y. YOO | Drafting and revising research memorandum re: third-party releases (7.3). | 7.30 hrs. |
| 02/16/10 | H. SEIFE | Review of objections filed to exclusivity request (.8); review of memo on exclusivity extension (.6). | 1.40 hrs. |
| 02/16/10 | D. E. DEUTSCH | Further review of release issue research (.4) and edit memorandum based on same (.3); review and edit final version of legal research memorandum on solicitation issue (.6). | 1.30 hrs. |
| 02/16/10 | M. ROITMAN | Revise Memo re: exclusivity (2.6) | 2.60 hrs. |
| 02/17/10 | H. SEIFE | Review of materials on inter-company claims. | 1.30 hrs. |
| 02/17/10 | H. SEIFE | Review of memo on third-party releases (1.4); preparation for hearing on exclusivity (.8). | 2.20 hrs. |
| 02/18/10 | H. SEIFE | Prepare for hearing on exclusivity (1.2); attend hearing on exclusivity (1.3). | 2.50 hrs. |
| 02/18/10 | Y. YOO | Reviewed, discussed and revised hearing for exclusivity motion summary (1.5). | 1.50 hrs. |
| 02/22/10 | H. SEIFE | Memo to team on plan issues. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page     5

| | | | |
|---|---|---|---|
| 02/22/10 | D. E. DEUTSCH | Review action item list from Howard Seife re: next steps on plan/possible plan objections and various related matters (.4); meeting with David LeMay and Ted Zink to discuss same (.7); review plan and research related materials (.8); discuss research/action items with Meghan Towers (.2); | 2.10 hrs. |
| 02/22/10 | N. T. ZINK | Conference with D. Deutsch and D. LeMay re plan issues raised by certain lenders (.3). | 0.30 hrs. |
| 02/23/10 | N. T. ZINK | Review debtor plan and outline issues for committee plan (.8); consider arguments in support of various plan alternatives (1.4). | 2.20 hrs. |
| 02/23/10 | H. SEIFE | Review of transcript of hearing on exclusivity. | 0.40 hrs. |
| 02/24/10 | H. SEIFE | Review of draft exclusivity order. | 0.30 hrs. |
| 02/24/10 | N. T. ZINK | Outline plan structure for committee plan (.8); outline arguments in opposition to various alternative plans (1.2). | 2.00 hrs. |
| 02/24/10 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz, Graeme Bush and others re: intercompany loan issue and follow-up on same (.3); review proposed exclusivity order (.2); | 0.50 hrs. |
| 02/25/10 | D. E. DEUTSCH | Review revised exclusivity order (.1); review new discovery request related to plan matters (.1); | 0.20 hrs. |
| 02/25/10 | H. SEIFE | Review of plan issues (.6); conference with D.Deutsch regarding same (.4). | 1.00 hrs. |
| 02/25/10 | M. ROITMAN | Review of Order extending exclusivity (0.2); draft email to C&P restructuring team re: same (0.1) | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6
```

| 02/25/10 | R. M. LEDER | Review Connecticut protest re LATI intercompany receivables (.3) and email to Messrs. Seife and Deutsch in connection therewith (.3); TC Dunn re effect of a change to non-pre-pak (.2). | 0.80 hrs. |

**Total Fees for Professional Services.............. $56,872.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 2.00 | 1710.00 |
| H. SEIFE | 965.00 | 13.40 | 12931.00 |
| N. T. ZINK | 795.00 | 4.50 | 3577.50 |
| R. M. LEDER | 965.00 | 3.10 | 2991.50 |
| D. E. DEUTSCH | 695.00 | 14.00 | 9730.00 |
| M. ROITMAN | 355.00 | 19.20 | 6816.00 |
| Y. YOO | 405.00 | 47.20 | 19116.00 |
| TOTALS | | 103.40 | 56872.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1

                          For Services Through February 28, 2010

  Our Matter #19804.012
            EXECUTORY CONTRACTS


02/26/10   M. ROITMAN           Draft memo re: Marsh Assumption       2.50 hrs.
                                Motion (2.5)

02/26/10   D. E. DEUTSCH        Review materials re: agreement        0.60 hrs.
                                with Marsh (.2); conference with
                                Marc Roitman to discuss analysis
                                of same (.1); related call with
                                Kevin Lantry (Debtors' counsel)
                                (.1); review and mark-up
                                preliminary memorandum analysis
                                for Committee (.2);


        Total Fees for Professional Services.............  $1,304.50
```

```
                      TIMEKEEPER SUMMARY

  Timekeeper's Name              Rate     Hours        Amount

  D. E. DEUTSCH                 695.00      .60         417.00
  M. ROITMAN                    355.00     2.50         887.50
                     TOTALS                3.10        1304.50
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through February 28, 2010

Our Matter #19804.014
            EMPLOYEE ISSUES

| | | | |
|---|---|---|---|
| 02/01/10 | E. DAUCHER | Update analysis of certain employee/pension claims for incorporation into plan. | 2.10 hrs. |
| 02/02/10 | D. GALLAI | Conf. w/ D. Deutsch re nonqualified deferred compensation plans. | 0.20 hrs. |
| 02/02/10 | E. DAUCHER | Call with D. Deutsch and D Gallai re: certain employee/pension claims. | 0.20 hrs. |
| 02/02/10 | E. DAUCHER | Additional analysis of certain employee/pension claimants for incorporation into the plan. | 1.50 hrs. |
| 02/03/10 | E. DAUCHER | Update analysis of claims information re; certain employee/pension Claimants | 0.60 hrs. |
| 02/03/10 | E. DAUCHER | Call with A. Leung at AlixPartners re: certain employee/pension claimants. | 0.30 hrs. |
| 02/03/10 | D. E. DEUTSCH | Review certain employee claims (.7); meeting with Eric Daucher re: next steps re: employee analysis and follow-up with AlixPartners (.3); review multiple e-mails from AlixPartners team (Albert Leung) re: same (.4). | 1.40 hrs. |
| 02/04/10 | D. E. DEUTSCH | Review additional analysis/materials on certain employee retirement claims (.2). | 0.20 hrs. |
| 02/05/10 | E. DAUCHER | Provide analysis of certain employee/pension claims to D Deutsch. | 0.20 hrs. |
| 02/08/10 | E. DAUCHER | Perform additional analysis of certain employee/pension claims (2.5); and brief D. Deutsch on the same (.2). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 02/08/10 | D. E. DEUTSCH | Review e-mails from Brian Whitman on employee claims issues (.3); reply to same re: follow-up request (.1); exchange e-mails with Eric Daucher re: analysis of employee claim data (.1); review pension agreements (1.3); conference with Eric Daucher to discuss analysis of pension liabilities and required follow-up action steps (.3). | 2.10 hrs. |
| 02/09/10 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: employee claim issue (.2). | 0.20 hrs. |
| 02/09/10 | E. DAUCHER | Call with A Leung at AlixPartners re: discrepancy between certain employee/pension claim values and debtors' scheduled amounts (.3); meeting with D.Deutsch re: valuation of claims (.1). | 0.40 hrs. |
| 02/10/10 | E. DAUCHER | Review emails from D Deutsch and H Seife re: valuation of certain employee/pension claims. | 0.10 hrs. |
| 02/10/10 | D. E. DEUTSCH | Call with Kevin Lantry re: settlement of individual employee issue (.1) and general pension/retirement benefit claim issues (.2); exchange e-mails with Albert Leung re: analysis of pension/retirement benefit claims (.3); discuss retiree issue with Marc Roitman (.2) and e-mail Kevin Lantry re: same (.1). | 0.90 hrs. |
| 02/11/10 | D. E. DEUTSCH | Review inquiry from Wayne Smith on specific pension plan and research same (.5); draft related preliminary response (.2); discuss further research on same with Eric Daucher (.2). | 0.90 hrs. |
| 02/11/10 | E. DAUCHER | Review certain employee/pension data re: specific claimants concerns. | 0.90 hrs. |
| 02/12/10 | E. DAUCHER | Research assumption of certain pension/deferred compensation agreements by Tribune Co. | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 02/12/10 | D. E. DEUTSCH | Review memorandum on pension plan issue (.2); e-mail Eric Daucher on related required follow-up (.2); e-mail Wayne Smith on related issue (.2). | 0.60 hrs. |
| 02/13/10 | D. E. DEUTSCH | Review Debtors' request to withdraw KOB and TMIP (.1) and related draft certificate of no objection (.1); draft memorandum to Committee re: same (.2). | 0.40 hrs. |
| 02/15/10 | D. M. LeMAY | Review Dismissal Stipulation and e-mail J. Lotsoff re: same. | 0.20 hrs. |
| 02/15/10 | D. E. DEUTSCH | Review proposed stipulation and various e-mails re: revised process on MIP filing (.4); revise memorandum to Committee to address same (.2); review inquiry from Guild counsel re: deadline with MIP filing (.1) and draft e-mail response to same (.2). | 0.90 hrs. |
| 02/16/10 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: stipulation on bonus programs (.2); related call with Bob Paul (.2). | 0.40 hrs. |
| 02/16/10 | D. M. LeMAY | Review proposed stip regarding dismissal of remaining portion of MIP Motion. | 0.20 hrs. |
| 02/19/10 | D. E. DEUTSCH | Call to Guild's counsel re: MIP issue to be raised by Guild at today's Committee meeting (.2). | 0.20 hrs. |
| 02/25/10 | D. E. DEUTSCH | Review proposed settlement/stipulation with ex-LA Times employees (.2); exchange e-mails with AlixPartners (Albert Leung) re: analysis of certain employee pension plans (.2); | 0.40 hrs. |

**Total Fees for Professional Services.............   $9,963.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

**TOTAL DUE FOR THIS MATTER.....................................   $9,963.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | .40 | 342.00 |
| D. E. DEUTSCH | 695.00 | 8.60 | 5977.00 |
| D. GALLAI | 650.00 | .20 | 130.00 |
| E. DAUCHER | 355.00 | 9.90 | 3514.50 |
| TOTALS | | 19.10 | 9963.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     1
```

For Services Through February 28, 2010

Our Matter #19804.015
       RELIEF FROM STAY ISSUES

| | | | |
|---|---|---|---|
| 02/01/10 | M. ROITMAN | Review of Allen Francisco Lift Stay Motion. | 0.20 hrs. |
| 02/02/10 | M. ROITMAN | Review of Faggio 9019 Motion (0.3) | 0.30 hrs. |
| 02/03/10 | M. ROITMAN | Review of Gutman Order (0.1); Review of Faggio 9019 Motion and Settlement Agreements (0.2) | 0.30 hrs. |
| 02/09/10 | M. ROITMAN | Preparation for (0.1) and call with K. Mills (Sidley) re: Conigliaro relief from stay (0.1) | 0.20 hrs. |
| 02/10/10 | M. ROITMAN | Call with K. Mills (Sidley) re: Conigliaro relief from stay (0.1) | 0.10 hrs. |
| 02/11/10 | M. ROITMAN | Review of Debtors' Response to Conigliaro Motion for Relief from Stay (0.2) | 0.20 hrs. |

**Total Fees for Professional Services.............  $461.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| M. ROITMAN | | 355.00 | 1.30 | 461.50 |
| | TOTALS | | 1.30 | 461.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through February 28, 2010

Our Matter #19804.017
            GENERAL LITIGATION


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/01/10 | M. ROITMAN | Review of Dockets in Neil and Beatty Adversary Proceedings and Updates to Adversary Reports (0.4). | 0.40 hrs. |
| 02/01/10 | M. S. TOWERS | Continued to revise Response to Wilmington Trust's Motion to Appoint Examiner (.8) | 0.80 hrs. |
| 02/01/10 | A. K. NELLOS | Attend deposition of Nils Larson in connection with Law Debenture motion | 4.80 hrs. |
| 02/03/10 | M. S. TOWERS | Revised response to Wilmington Trust's Motion for Examiner | 0.80 hrs. |
| 02/03/10 | D. M. LeMAY | Review and revise Committee Objection to Wilmington Trust Examiner Motion. | 3.70 hrs. |
| 02/04/10 | D. M. LeMAY | Review and revise Committee's Examiner objection. | 3.70 hrs. |
| 02/04/10 | M. S. TOWERS | Continued to review (1.4) and revise (3.1) the Response to Wilmington Trust's Motion for an Examiner. | 4.50 hrs. |
| 02/04/10 | A. K. NELLOS | Prepare update for Committee on status of Law Debenture Motion and discovery efforts in this regard. | 0.50 hrs. |
| 02/04/10 | H. SEIFE | Review and revised draft response to examiner motion. | 1.80 hrs. |
| 02/05/10 | H. SEIFE | Review and revised draft response to examiner motion (.9); conference with D.LeMay regarding same (.4). | 1.30 hrs. |
| 02/05/10 | D. M. LeMAY | Further revisions to Objection to WTC Examiner Motion (3.4). Conference w/H. Seife re: same (.4). | 3.80 hrs. |
| 02/05/10 | A. K. NELLOS | Attend deposition of JPMorgan Chase witness in connection with Law Debenture motion (Miriam Kulnis) | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2

| 02/05/10 | M. S. TOWERS | Revised Response to Wilmington Trust's Motion for an Examiner (1.5); researched additional good faith issue (5.2) | 6.70 hrs. |

| 02/05/10 | M. ROITMAN | Review of dockets in Neil and Beatty adversary proceedings and update summaries on same (0.3) | 0.30 hrs. |

| 02/06/10 | M. S. TOWERS | Continued to research (1.2), review (.7) and revise (.7) response to Wilmington Trust motion for examiner. | 2.60 hrs. |

| 02/08/10 | M. ROITMAN | Review all cases cited in Committee's Objection to Wilmington Trust Motion to Appoint Examiner (4.7); confer with M. Towers re: same (0.4); Draft posting note for Intralinks r: same (0.5) | 5.60 hrs. |

| 02/08/10 | D. M. LeMAY | Review comments and further revisions to Objection Examiner Motion (3.6).  Work on posting alert (.3). | 3.90 hrs. |

| 02/08/10 | M. S. TOWERS | Continued to review (.5) and revise (1.8) response to Wilmington Trust; prepared exhibits re: same (.5) | 2.80 hrs. |

| 02/08/10 | H. SEIFE | Review and revise response to examiner motion. | 1.80 hrs. |

| 02/08/10 | A. K. NELLOS | Attend deposition of Law Debenture witness for Law Debenture's motion. | 2.20 hrs. |

| 02/09/10 | A. K. NELLOS | Attend Centerbridge deposition in connection with Law Debenture motion. | 2.60 hrs. |

| 02/09/10 | H. SEIFE | Review and revise response to examiner motion (1.1); review Committee comments on objection (.8); preparation for hearing (1.2) | 3.10 hrs. |

| 02/09/10 | D. E. DEUTSCH | Review memorandum from Ali Nellos re: update on senior lender fee dispute hearing (.2); e-mail Howard Seife re: same (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    3

| | | | |
|---|---|---|---|
| 02/09/10 | D. E. DEUTSCH | Exchange e-mails with Ali Nellos re: senior lenders fee dispute update/memoranda (.4). | 0.40 hrs. |
| 02/09/10 | M. S. TOWERS | Revised response to Wilmington Trust motion. | 1.90 hrs. |
| 02/09/10 | Y. YOO | Corresponded by phone and email with Meghan Towers re: subordinated nature of PHONES debt (.5). | 0.50 hrs. |
| 02/09/10 | M. ROITMAN | Revise Objection to Wilmington Trust Motion to Appoint Examiner (0.2); Draft posting note for Intralinks for updated version (0.4); confer with M. Towers re: same (0.5); | 1.10 hrs. |
| 02/09/10 | D. M. LeMAY | Revise Objection to WTC Examiner motion to reflect comments received from a Committee member. | 3.80 hrs. |
| 02/10/10 | D. M. LeMAY | Final Review of Examiner motion objection. | 2.20 hrs. |
| 02/10/10 | H. SEIFE | Review of revised draft of response to motion for examiner. | 0.80 hrs. |
| 02/10/10 | A. K. NELLOS | Begin to work on summary of deposition of Nils Larsen in connection with Law Debenture motion. | 3.20 hrs. |
| 02/10/10 | M. ROITMAN | Preparation of materials re: Examiner motion (0.1); | 0.10 hrs. |
| 02/11/10 | H. SEIFE | Preparation for hearing on examiner motion. | 1.30 hrs. |
| 02/11/10 | D. M. LeMAY | Review objections filed to Committee standing motion and responses to WTC Examiner motion. | 2.40 hrs. |
| 02/11/10 | M. ROITMAN | Review of JPMorgan Response to Examiner Motion (0.4); Preparation of materials re: Examiner Motion (0.6) | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4


| 02/11/10 | M. S. TOWERS | Revised and finalized response and exhibits for filing (1.4); prepared case law and references for hearing on examiner moiton (1.1). | 2.50 hrs. |
|---|---|---|---|
| 02/11/10 | D. E. DEUTSCH | Review of exhibits related to examiner motion (1.2); discuss same with David LeMay (.2). | 1.40 hrs. |
| 02/12/10 | D. E. DEUTSCH | Review multiple pleadings filing related to examiner motion and exclusivity (1.1); draft memorandum to Committee re: same (.3); review discovery request on examiner motion (.4); discuss various next steps on discovery/other matters with David LeMay (.4); exchange e-mails with Tom McCormack re: litigation response to discovery request (.2). | 2.40 hrs. |
| 02/12/10 | M. ROITMAN | Preparation of outline of materials for hearing re: Examiner Motion (1.7) | 1.70 hrs. |
| 02/12/10 | M. ROITMAN | Review of dockets in Neil and Beatty adversary proceedings and update to summaries (0.3); Meeting with D. Deutsch and D. Bava re: Docket filings (0.2) | 0.50 hrs. |
| 02/12/10 | H. SEIFE | Review of pleadings/cases regarding examiner motion. | 1.00 hrs. |
| 02/12/10 | D. E. DEUTSCH | Review weekly adversary report (.2). | 0.20 hrs. |
| 02/12/10 | A. K. NELLOS | Finish draft summary of deposition of Nils Larsen in connection with Law Debenture motion. | 2.80 hrs. |
| 02/12/10 | E. DAUCHER | Brief D. LeMay on memo re: intervention and 9019 rights. | 0.20 hrs. |
| 02/12/10 | D. M. LeMAY | Detailed conf. w/H. Seife and D. Deutsch re: hearing issues for next week and response to WTC discovery request (1.1).  Work on response to WTC discovery (1.5). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| | | | |
|---|---|---|---|
| 02/13/10 | A. K. NELLOS | Work on deposition summary of Miriam Kulnis. | 7.00 hrs. |
| 02/13/10 | D. E. DEUTSCH | Review new court filings related to senior lender fee dispute (.2); e-mail Adam Landis re: next steps/hearing issues related to same (.2); e-mail Ali Nellos re: senior lender fee dispute depositions (.1). | 0.50 hrs. |
| 02/13/10 | D. M. LeMAY | E-mail to Committee special counsel re: hearing discovery issues (.3).  Conference call w/H.Seife, D.Deutsch, A.Landis and G.Bush re: same (1.5). Preparation for contested examiner hearing (1.1).  Coordinate w/M. Ashley re: affidavit to be prepared for Monday filing (.4). | 3.30 hrs. |
| 02/13/10 | H. SEIFE | Review of pleadings and cases in preparation for hearing on examiner motion. | 1.50 hrs. |
| 02/13/10 | H. SEIFE | Conference call with team to prepare for hearing and response to motion for examiner (1.4); review of pleadings/objections (.8). | 2.20 hrs. |
| 02/13/10 | M. ROITMAN | Preparation of materials for hearing on Examiner motion (3.9); correspondence with D. LeMay, D. Deutsch, M. Towers (0.3), calls with M. Towers re: same (0.3) | 4.50 hrs. |
| 02/13/10 | M. S. TOWERS | Continued to prepare case law and references for hearing. | 2.30 hrs. |
| 02/13/10 | D. E. DEUTSCH | Exchange e-mails with Graeme Bush re: examiner/other hearing matter issue (.2); exchange e-mails with Tom McCormack re: requested discovery issue on examiner motion (.3); conference with Tom McCormack re: next steps with discovery issue (1.4); draft detailed memorandum to Zuckerman Spaeder team, Landis team and Chadbourne team re: options with respect to discovery issues on | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             March 24, 2010
435 N. MICHIGAN AVENUE                                    Invoice ******
CHICAGO, IL 60611                                         Page    6

|            |                 | multiple topics (1.3); participate in call with Chadbourne and Zuckerman teams re: Thursday's hearing and discovery issues (1.5); exchange e-mails with Marc Ashley re: discovery affidavit needed for same (.3). | |
| --- | --- | --- | --- |
| 02/13/10 | T. J. MCCORMACK | Review of Brown Rudnick document request regarding upcoming hearing, discovery, Examiner issues and standing issues (0.7); t/c w/D. Deutsch re: all issues, evidentiary questions and potential witness/document presentations at upcoming hearing (1.4); review D. Deutsch summary of issues/decisional outline (0.6). | 2.70 hrs. |
| 02/14/10 | T. J. MCCORMACK | Conference with D. Deutsch re: discovery/document issues (0.2); review Wilmington Trust filing on motion for examiner, including exhibits (1.3); review current draft of reply papers on standing/examiner motion (0.9); review draft affidavit for J. Sottile (0.3); review Graeme Bush e-mail re: evidentiary issues for 2/18 hearing (0.2). | 2.90 hrs. |
| 02/14/10 | M. D. ASHLEY | Reviewed pleadings relating to examiner motion (1.8); review emails regarding responses examiner motion (.6). | 2.40 hrs. |
| 02/14/10 | D. E. DEUTSCH | Exchange multiple e-mails with Zuckerman team, Marc Ashley and Howard Seife re: numerous matters related to Thursday's hearing on exclusivity and examiner motion (.6); e-mail Christy Rivera and Meghan Towers re: research issue related to Thursday's hearing (.2); research re: standing issue (1.2); email Eric Daucher re: follow-up research on same (.1); review motions and discovery requests related to examiner motion (1.4). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 02/14/10 | M. S. TOWERS | Continued to prepare case law and references for hearing (4.1). | 4.10 hrs. |
| 02/14/10 | K. ZAFRAN | Review necessary exhibits (1.6) and draft and revise Affidavit of Graeme Bush in opposition to Wilmington Trust's Motion to Appoint an Examiner (6.6). | 8.20 hrs. |
| 02/14/10 | D. M. LeMAY | Work on Affidavit w/v/t motion for Examiner and motion for standing to sue (1.6).  Conference call w/C&P team re: same (.3).  Work on response letter to Brown Rudnick re: discovery issues (1.2). | 3.10 hrs. |
| 02/14/10 | E. DAUCHER | Research Committee standing timelines for recent LBO bankruptcies. | 3.10 hrs. |
| 02/14/10 | M. ROITMAN | Review materials in preparation for hearing on Examiner motion (3.6) | 3.60 hrs. |
| 02/14/10 | A. K. NELLOS | Draft deposition summaries of Law Debenture and Centerbridge witnesses. | 6.70 hrs. |
| 02/15/10 | A. K. NELLOS | Finish drafting deposition summaries (2.8) ; revise/finalize drafts of same (1.6); draft/revise letter regarding Law Debenture discovery concerns (1.1). | 5.50 hrs. |
| 02/15/10 | H. SEIFE | Preparation for hearing on examiner motion (1.3); review of Wilmington Trust document request (.5). | 1.80 hrs. |
| 02/15/10 | M. ROITMAN | Review response re: Wilmington Trust discovery request (0.3); Draft posting note for Intralinks re: same (0.6). | 0.90 hrs. |
| 02/15/10 | M. ROITMAN | Preparation for hearing re: Examiner Motion (0.8); Review of Docket re: Procedural Posture of Motions to Expedite (0.2) and draft email to H. Seife, D. LeMay, D. Deutsch re: same (0.4). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


| | | | |
|---|---|---|---|
| 02/15/10 | E. DAUCHER | Research committee motions for standing in recent LBO cases (2.9); draft summary on the same for D Deutsch (.4). | 3.30 hrs. |
| 02/15/10 | D. BAVA | Prepare summary chart of professional hours for use as exhibit at hearing. | 3.20 hrs. |
| 02/15/10 | D. M. LeMAY | Participate in call w/Sidley and H. Seife re: Thursday hearing (.6).  Prepare and revise letter to Brown Rudnick re: Discovery (4.3). Review and comment on draft Affidavit to be filed today (.6). Review and comment on draft response (1.3).  Letter to parties re: discovery issues in Law Debenture fee litigation (.4). Conference H. Seife re: hearing preparation (.3).  Review all objections and responses to Wilmington Trust Examiner motion (2.4). | 9.90 hrs. |
| 02/15/10 | D. E. DEUTSCH | Review materials for Committee on Examiner discovery and other items (.4) and edit posting note on same (.3); review additional discovery related materials/letters related to Examiner Motion (.4). | 1.10 hrs. |
| 02/15/10 | D. E. DEUTSCH | Review and draft factual background analysis for Thursday hearing (.8); draft memorandum to Committee re: various court filings (.4); discuss research on certain LBO cases with Christy Rivera (.2); exchange multiple e-mails related to same with Christy Rivera and, in part, Howard Seife (.5); discuss research on LBO case issue with Eric Daucher (.2); review and edit multiple drafts of memorandum related to same (.6); conference with David Bava to create summary for Thursday's hearing on Committee professional hours (.2); review and edit drafts of same (.4). | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    9


| | | | |
|---|---|---|---|
| 02/15/10 | T. L. STEVENSON | Reviewing WTC response to Zuckerman standing motion (.7); Reviewing documents in support of WTC's response to Zuckerman standing motion (.3); e-mail correspondence with M. Ashley re WTC response (.2). | 1.20 hrs. |
| 02/15/10 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to examiner motion (1.6); reviewed and revised draft letter regarding examiner motion (.4); reviewed and revised draft affidavit related to same (.8). | 2.80 hrs. |
| 02/16/10 | D. E. DEUTSCH | Review materials to prepare for telephonic hearing on Senior Lender fee issue (.4); participate in related hearing (.3). | 0.70 hrs. |
| 02/16/10 | T. L. STEVENSON | Reviewing objections and responses to Zuckerman's standing motion. | 1.90 hrs. |
| 02/16/10 | D. E. DEUTSCH | Review multiple court postings related to Thursday's hearing matters (1.5); conference with David LeMay and, in part, Howard Seife re: required action steps for Thursday hearing (.4); review multiple e-mails from Wilmington Trust counsel and responses to same re: discovery related to Thursday hearing (.3). | 2.20 hrs. |
| 02/16/10 | M. ROITMAN | Review dockets in Neil adversary proceeding. | 0.30 hrs. |
| 02/16/10 | M. ROITMAN | Preparation for hearing on Examiner motion (2.2); Review materials and draft emails to C&P restructuring team re: Wilmington Trust Reply in Support of Examiner Motion (1.1), U.S. Trustee Statement in Support of Examiner Motion (0.3), Wilmington Trust Motion to File Under Seal (0.3), Wilmington Trust Motion to Shorten Time and Limit Notice (0.2), and Declaration of Martin Siegel and Exhibits (1.2) | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             March 24, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page    10


| | | | |
|---|---|---|---|
| 02/16/10 | D. M. LeMAY | Review Wilmington Trust reply brief on Examiner motion (1.3). Review UST submission on Examiner Motion (.6).  Conference w/H. Seife re: both (.5).  T/c w/H. Seife and Sidley re: possible adjournment and related issues (.4). Prepare and send e-mail response to Brown Rudnick re: discovery issues (2.1).  E-mail Landis (2x) re: untimely filings by other parties (.4).  Review latest court filings by Law Debenture and other parties (1.3).  Prepare materials for hearing, including case support (1.3). | 7.90 hrs. |
| 02/16/10 | H. SEIFE | Preparation for hearing on examiner motion (2.8); review of new pleadings (Wilmington Trust reply) (.8); review of US Trustee statement (.7). | 4.30 hrs. |
| 02/16/10 | A. K. NELLOS | Speak with Law Debenture counsel regarding status of motion (.3); begin review of stipulated facts (.8); Participate in call with the court relating to Law Debenture motion (.5). | 1.60 hrs. |
| 02/17/10 | H. SEIFE | Conference with co-counsel on examiner motion (1.1); preparation for hearing on same (2.6); review of Siegel declaration and exhibits (1.3). | 5.00 hrs. |
| 02/17/10 | D. M. LeMAY | Work on preparation of arguments for contested hearing tomorrow, including review of all cited cases and key factual items (6.8).  Meeting with G.Bush and A.Landis to coordinate presentations and develop tactics for tomorrow's hearing (2.9). | 9.70 hrs. |
| 02/17/10 | M. ROITMAN | Preparation for hearing on Examiner motion (3.7) | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    March 24, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page    11


02/17/10    Y. YOO            Reviewed pleadings in preparation          1.40 hrs.
                             for possible issue to be raised at
                             hearing for Wilmington Trust
                             Company's motion for examiner
                             (1.1); corresponded by email with
                             Howard Seife, David LeMay, Douglas
                             Deutsch and Marc Roitman re: same
                             (.3).

02/17/10    D. E. DEUTSCH     Review e-mails and schedule re:            3.00 hrs.
                             Senior Lender Fee dispute hearing
                             and discovery (.4); review of
                             summaries of depositions and
                             follow-up on posting same to
                             Intralinks (.5); exchange e-mails
                             with Ali Nellos and Marc Ashley
                             re: related edits/follow-up on
                             same (.2); review revised agenda
                             for Thursday's hearing (.1);
                             discuss preparation of
                             outline/materials for Thursday's
                             hearing with Marc Roitman (.3);
                             review request from David LeMay to
                             research issue on Examiner motion
                             (.1); review related materials
                             (.6); follow-up meetings with
                             Young Yoo to discuss same (.3);
                             review and edit draft order for
                             tomorrow's hearing (.3); e-mail
                             Matt McGuire re: research request
                             (.2).

02/17/10    M. S. TOWERS      Drafted proposed order re:                 1.20 hrs.
                             Examiner motion.

02/18/10    M. ROITMAN        Preparation for (0.6) and                 11.10 hrs.
                             attendance at hearing before Judge
                             Carey at U.S. Bankruptcy Court for
                             the District of Delaware (2.4);
                             conference with D. LeMay and H.
                             Seife following hearing (0.3);
                             Draft Memo to D. LeMay re: 2/18
                             Hearing (7.8)

02/18/10    D. M. LeMAY       Prepare for (1.6) and participate          5.80 hrs.
                             in (2.6) hearing in USBC on
                             exclusivity and related matters.
                             Follow-up meeting at Landis Rath &
                             Cobb (.8).   Edit draft report on
                             hearing for Committee (.2).
                             Prepare presentation regarding
                             same for tomorrow's Committee

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   12

|  |  |  |  |
|---|---|---|---|
|  |  | meeting in connection with same (.6). |  |
| 02/18/10 | H. SEIFE | Preparation for hearing on examiner motion (2.2); attend hearing on examiner motion (3.2). | 5.40 hrs. |
| 02/18/10 | A. K. NELLOS | Review final version of stipulated facts circulated in connection with Law Debenture fee motion. | 2.00 hrs. |
| 02/18/10 | D. E. DEUTSCH | Review stipulation re: senior lender fee issue dispute (.3); exchange e-mails with Ali Nellos on same (.1). | 0.40 hrs. |
| 02/19/10 | M. ROITMAN | Review of dockets in Neil and Beatty adversary proceedings and revise adversary summaries (0.4) | 0.40 hrs. |
| 02/22/10 | A. K. NELLOS | Review proposed exhibit list (debenture motion). | 0.60 hrs. |
| 02/25/10 | H. SEIFE | Review of Wilmington Trust discovery request on Debtors. | 0.40 hrs. |
| 02/26/10 | M. ROITMAN | Review of dockets in Neil and Beatty adversary proceedings and revise adversary summaries (0.4). | 0.40 hrs. |

**Total Fees for Professional Services.............. $176,167.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    13


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 65.80 | 56259.00 |
| H. SEIFE | 965.00 | 31.70 | 30590.50 |
| T. J. MCCORMACK | 825.00 | 5.60 | 4620.00 |
| M. D. ASHLEY | 645.00 | 5.20 | 3354.00 |
| D. E. DEUTSCH | 695.00 | 24.40 | 16958.00 |
| D. BAVA | 270.00 | 3.20 | 864.00 |
| A. K. NELLOS | 595.00 | 43.50 | 25882.50 |
| E. DAUCHER | 355.00 | 6.60 | 2343.00 |
| M. S. TOWERS | 475.00 | 30.20 | 14345.00 |
| T. L. STEVENSON | 595.00 | 3.10 | 1844.50 |
| K. ZAFRAN | 405.00 | 8.20 | 3321.00 |
| M. ROITMAN | 355.00 | 42.30 | 15016.50 |
| Y. YOO | 405.00 | 1.90 | 769.50 |
| TOTALS | | 271.70 | 176167.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through February 28, 2010

Our Matter #19804.018
        TRAVEL


| | | | |
|---|---|---|---|
| 02/01/10 | A. K. NELLOS | Non-working return travel from Chicago to NYC re: deposition of Nils Larsen. | 3.90 hrs. |
| 02/18/10 | M. ROITMAN | Non-working travel from NYC to Wilmington for hearing (2.0); non-working return travel to NYC (1.7). | 3.70 hrs. |
| 02/18/10 | D. M. LeMAY | Non-working return travel from Wilmington to NYC. | 2.00 hrs. |
| 02/18/10 | H. SEIFE | Non-working return travel from Wilmington to NYC after hearing in Bankruptcy Court. | 2.00 hrs. |


**Total Fees for Professional Services.............. $7,274.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 2.00 | 1710.00 |
| H. SEIFE | 965.00 | 2.00 | 1930.00 |
| A. K. NELLOS | 595.00 | 3.90 | 2320.50 |
| M. ROITMAN | 355.00 | 3.70 | 1313.50 |
| TOTALS | | 11.60 | 7274.00 |