```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                                For Services Through February 28, 2010

Our Matter #19804.019
        REVIEW OF PREPETITION FINANCINGS


| 02/01/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
|---|---|---|---|
| 02/01/10 | R. A. SCHWINGER | E-mails re Blackstone production status. | 0.20 hrs. |
| 02/01/10 | N. T. ZINK | Second tier document review in connection with ESOP investigation (5.6). | 5.60 hrs. |
| 02/01/10 | F. VAZQUEZ | Conf w/Zink re discovery and next steps (.3); second tier review of documents produced in connection w/leveraged ESOP transaction (3.7); email to/from Nellos re discovery (.1). | 4.10 hrs. |
| 02/01/10 | A. K. NELLOS | Review progress of document reviewers (1.6) and assign additional documents for review (1.3); Provide update to R. Schwinger relating to document review statistics (.3); Continue to review deposition transcript of Kapadia (.4). | 3.60 hrs. |
| 02/01/10 | E. M. MILLER | Review deposition transcript re John Kowalczuk (JPMorgan) and draft deposition summary memo (4.2). | 4.20 hrs. |
| 02/01/10 | M. D. ASHLEY | Reviewed key production materials (2.2); emails with A. Nellos, M. Roitman regarding status of investigation (.2). | 2.40 hrs. |
| 02/01/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.8). | 1.80 hrs. |
| 02/01/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 02/01/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (4.4). | 4.40 hrs. |
| 02/01/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.40 hrs. |
| 02/01/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.40 hrs. |
| 02/01/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 02/01/10 | L. F. MOLONEY | Correspondence with R. Das at CDS re Merrill Lynch documents and data, (.8); prepared Merrill media for Repository as per A. Nellos (.6). | 1.40 hrs. |
| 02/01/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 02/01/10 | B. DYE | Reviewing recent decisions involving fraudulent transfers | 0.60 hrs. |
| 02/01/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 11.30 hrs. |
| 02/01/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (5.1) | 5.10 hrs. |
| 02/01/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 7.20 hrs. |
| 02/01/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (2.7). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     3


02/01/10   Y. YOO          Continued on-line review of        4.60 hrs.
                           documents produced in connection
                           with investigation of ESOP
                           Transaction (4.6).

02/01/10   K. ZAFRAN       On-line review of documents        8.80 hrs.
                           produced in connection with
                           investigation of ESOP transaction
                           (8.8).

02/01/10   J. P. NARVAEZ   On-line review of documents        0.40 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

02/01/10   C. CUSMANO      On-line review of documents        9.10 hrs.
                           produced in connection with
                           investigation of ESOP Transaction
                           (9.1)

02/01/10   E. DAUCHER      On-line review of documents        2.40 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

02/01/10   A. VOELKER      On-line review of documents        6.70 hrs.
                           produced in connection with
                           investigation of ESOP Transaction.

02/02/10   A. VOELKER      On-line review of documents        7.70 hrs.
                           produced in connection with
                           investigation of ESOP Transaction.

02/02/10   E. DAUCHER      On-line review of documents        4.40 hrs.
                           produced in connection with
                           investigation of ESOP Transaction.

02/02/10   C. CUSMANO      On-line review of documents        8.40 hrs.
                           produced in connection with
                           investigation of ESOP Transaction
                           (8.4).

02/02/10   J. P. NARVAEZ   On-line review of documents        2.80 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

02/02/10   R. V. KORETSKI  Online review of documents         2.10 hrs.
                           produced in connection with
                           investigation of ESOP Transaction
                           (2.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4


| 02/02/10 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 02/02/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 02/02/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.20 hrs. |
| 02/02/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (7.6); corresponded by email with Alexandra Nellos re: same (.8). | 8.40 hrs. |
| 02/02/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (6.1). | 6.10 hrs. |
| 02/02/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.00 hrs. |
| 02/02/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.8) | 2.80 hrs. |
| 02/02/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |
| 02/02/10 | B. DYE | Reviewing recently decided fraudulent transfer cases for T. Zink and F. Vazquez | 0.50 hrs. |
| 02/02/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |
| 02/02/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/02/10 | L. F. MOLONEY | Correspondence with R.Das and P.Kelley at Complete Docs re: Law Debenture and Great Banc documents (.9); prepare new media for Relativity and Repository (1.6); correspondence with Complete Docs re: new media (.6). | 3.10 hrs. |
| 02/02/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 02/02/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.70 hrs. |
| 02/02/10 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 02/02/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.80 hrs. |
| 02/02/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (7.6). | 7.60 hrs. |
| 02/02/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.40 hrs. |
| 02/02/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.2). | 0.20 hrs. |
| 02/02/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.1). | 4.10 hrs. |
| 02/02/10 | M. D. ASHLEY | Reviewed correspondence and production materials relating to privilege issues (1.6); call with A. Goldfarb regarding privilege issues (.3); reviewed key production materials (1.2); emails with A. Goldfarb, A. Nellos regarding privilege and production issues (.4). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6


| 02/02/10 | E. M. MILLER | Review TRB board presentation document, and related documents (1.4) Draft and send email to A Nellos and M Ashley re same (0.6) Review deposition transcript re John Kowalczuk (JPMorgan) and draft deposition summary memo (5.2). | 7.20 hrs. |
|----------|--------------|---|-----------|
| 02/02/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.20 hrs. |
| 02/02/10 | A. K. NELLOS | Review progress of document reviewers (1.7) and assign additional documents for review (1.4); review notable documents from document reviewers (.6) and circulate to M. Ashley and T. Zink. (.8); continue to review Kapadia transcript and work on summary of deposition (3.3); Begin to update materials summarizing status of discovery (.5); Exchange e-mails with Sidley regarding discovery/depository issues (.3); Speak with L. Moloney regarding various issues with Relativity (.6); Review and comparison of documents related to the ESOP transaction (second- tier review) (2.3). | 11.50 hrs. |
| 02/02/10 | D. E. DEUTSCH | Telephone conversation with Graeme Bush re: various outstanding investigation matters (.2); telephone conversation with Jim Sottile re: complaint matters (.2); review standing motion and related materials (.5); e-mail Howard Seife and Graeme Bush re: AlixPartners action list for tomorrow's meeting with Debtors (.2); review court filings on complaint (1.2). | 2.30 hrs. |
| 02/02/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transactions. | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7

| 02/02/10 | C. L. RIVERA | On-line review of documents produced in connection with investigation of ESOP transaction (0.6); confer with A. Nellos re: same (0.1); review LBO case (0.2). | 0.90 hrs. |
|---|---|---|---|
| 02/02/10 | N. T. ZINK | Second tier document review in connection with investigation (5.6); prepare for meeting with Sidley Austin and Lazard (.5). | 6.10 hrs. |
| 02/02/10 | R. A. SCHWINGER | Review standing motion and complaint against banks (1.2); TC w/Andrew Goldfarb (0.2) and e-mail w/Alun Griffiths re discovery from Moody's (0.1). | 1.50 hrs. |
| 02/02/10 | M. IACOPELLI | Reviewed and prepared additional key documents from 2nd tier review for attorney review. | 7.20 hrs. |
| 02/02/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 02/02/10 | H. SEIFE | Prepare for meeting with Debtor (1.4); conference call with AlixPartners regarding intercompany claims (.8). | 2.20 hrs. |
| 02/03/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 02/03/10 | M. IACOPELLI | Reviewed and prepared additional key documents from 2nd tier review for attorney review. | 5.80 hrs. |
| 02/03/10 | C. L. RIVERA | Correspondence re: debtors' assertions of defense available under state law (0.3); legal research re: same (1.4); confer with B. Dye re: same (0.2). | 1.90 hrs. |
| 02/03/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transaction (3.6); conf w/Nellos re discovery (.1); conf w/Zink re status and next steps(.3). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    8


| 02/03/10 | L. MENDOZA | Prepare/update hot document materials for attorney review (.9); update index re same (.3). | 1.20 hrs. |
| 02/03/10 | D. E. DEUTSCH | Review multiple e-mails from Ali Nellos re: discovery (.2); respond to inquiry from David LeMay related to investigation (.1). | 0.30 hrs. |
| 02/03/10 | A. K. NELLOS | Review progress of document reviewers (1.4) and assign additional documents for review (1.6); update materials for committee meeting regarding status of document production and review (1.6); review key documents from document reviewers (1.1); review letter sent by J. Ducayet last week regarding privileged documents and consider response (.9); speak with M. Ashley regarding various discovery issues (.5); Discuss with L. Moloney issues with Relativity/Citi production (.8); Exchange correspondence with J. Peltz at Sidley regarding discovery/depository issues (.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.1). | 9.20 hrs. |
| 02/03/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.30 hrs. |
| 02/03/10 | E. M. MILLER | Review and exchange e-mails with M Ashley re "hot" documents uncovered in second level review (0.3) | 0.30 hrs. |
| 02/03/10 | M. D. ASHLEY | Reviewed key production materials (2.3); emails with team regarding key documents (.4); meeting with A. Nellos regarding privilege issues (.6); reviewed correspondence and production materials regarding privilege issues (.8). | 4.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9
```

| 02/03/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.30 hrs. |
|---|---|---|---|
| 02/03/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (2.3). | 2.30 hrs. |
| 02/03/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.40 hrs. |
| 02/03/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.40 hrs. |
| 02/03/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 02/03/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.50 hrs. |
| 02/03/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.40 hrs. |
| 02/03/10 | B. DYE | Researching safe harbors and state action issues for T. Zink. | 0.90 hrs. |
| 02/03/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 02/03/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (6.8) | 6.80 hrs. |
| 02/03/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.50 hrs. |
| 02/03/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (7.2). | 7.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    10
```

| 02/03/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (6.7); corresponded by email with Alexandra Nellos re: same (.5). | 7.20 hrs. |
| 02/03/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.10 hrs. |
| 02/03/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |
| 02/03/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.4) | 3.40 hrs. |
| 02/03/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.80 hrs. |
| 02/03/10 | L. ROWNTREE | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |
| 02/03/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.90 hrs. |
| 02/04/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |
| 02/04/10 | L. ROWNTREE | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 02/04/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |
| 02/04/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.6) | 3.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   11
```

| | | | |
|---|---|---|---|
| 02/04/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 02/04/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |
| 02/04/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.10 hrs. |
| 02/04/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (6.2); corresponded by email with Alexandra Nellos re: same (.5). | 6.70 hrs. |
| 02/04/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (3.6). | 3.60 hrs. |
| 02/04/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (4.9) | 4.90 hrs. |
| 02/04/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 1.50 hrs. |
| 02/04/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |
| 02/04/10 | B. DYE | Review of certain recently decided fraudulent transfer cases for T. Zink and F. Vazquez | 1.40 hrs. |
| 02/04/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 02/04/10 | L. F. MOLONEY | Prepare new media for Relativity (1.8); Correspondence and T/C with A. Nellos and Complete Document Source re: issues with Relativity (1.4). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   12


| 02/04/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
|---|---|---|---|
| 02/04/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
| 02/04/10 | T. L. STEVENSON | Second-tier on-line document review in connection with investigation (2.1). | 2.10 hrs. |
| 02/04/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 02/04/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (5.1). | 5.10 hrs. |
| 02/04/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 02/04/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (8.1) | 8.10 hrs. |
| 02/04/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (1.8). | 1.80 hrs. |
| 02/04/10 | M. D. ASHLEY | Reviewed materials relating to discovery issues (.6); emails with R. Schwinger regarding discovery stipulation (.2); reviewed key production materials (.7). | 1.50 hrs. |
| 02/04/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.90 hrs. |
| 02/04/10 | A. K. NELLOS | Review progress of document review (1.4) and assign additional documents (1.1); finalize update regarding discovery for committee (.5); review correspondence circulated regarding discovery from various parties (.2 ); review hot/significant documents | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13

|            |                  | circulated by document reviewers (.9); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.9). | |
|---|---|---|---|
| 02/04/10 | D. E. DEUTSCH | Review updated discovery report (.3). | 0.30 hrs. |
| 02/04/10 | D. M. LeMAY | Three e-mails w/G. Bush and A. Landis regarding analysis sealing objection (.4).  Conference w/H. Seife regarding possible settlement issues (.3). | 0.70 hrs. |
| 02/04/10 | L. MENDOZA | Research Relativity for certain hot documents as per A. Nellos (.6) and update index of Solvency documents (2.4). | 3.00 hrs. |
| 02/04/10 | F. VAZQUEZ | Conf w/Zink re next steps(.2); conf w/Nellos re discovery (.1); second tier review of documents produced in connection w/investigation of leveraged ESOP transaction (3.4). | 3.70 hrs. |
| 02/04/10 | R. A. SCHWINGER | E-mails with Charles Harper, LR&C re stipulation to govern Blackstone production. | 0.70 hrs. |
| 02/04/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 02/04/10 | H. SEIFE | Telephone conference with G.Bush regarding status. | 0.30 hrs. |
| 02/05/10 | H. SEIFE | Conference call with G.Bush and T.Carlston regarding next steps (.8); conference call with B.Krakauer (.7); telephone conference with Bennett (.5); email G.Bush and T.Carlston (.4); review of settlement status (.8). | 3.20 hrs. |
| 02/05/10 | R. A. SCHWINGER | E-mails re Blackstone production (0.3); TC w/Andrew Goldfarb re Moody's production issues (0.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


02/05/10    F. VAZQUEZ          Second tier review of documents          6.40 hrs.
                                produced in connection
                                w/investigation of leveraged ESOP
                                transaction.

02/05/10    L. MENDOZA          Research Relativity for key              1.00 hrs.
                                documents per A. Nellos.

02/05/10    D. E. DEUTSCH       Review new discovery summary             0.60 hrs.
                                materials forwarded from Marc
                                Ashley (.6).

02/05/10    A. K. NELLOS        Review progress of document              6.00 hrs.
                                reviewers (.8) and add additional
                                documents for review (.9); review
                                case law cited by debtors
                                regarding assertions of privilege
                                (.8); review documents forwarded
                                by document reviewers in
                                connection with review (.7);
                                review issues in certain Citi
                                documents and exchange emails with
                                R.Butcher (Landis) re: same (.6);
                                online review and comparison of
                                documents related to the ESOP
                                transaction (second- tier review)
                                (2.2).

02/05/10    M. D. ASHLEY        Reviewed correspondence regarding        1.80 hrs.
                                discovery issues (.4); emails with
                                R. Schwinger, A. Goldfarb
                                regarding discovery issues (.3);
                                reviewed key production materials
                                (1.1).

02/05/10    A. KRONSTADT        On-line review of documents             1.20 hrs.
                                produced in connection with
                                investigation of ESOP transaction.

02/05/10    C. KUMAR            On-line review of documents             7.20 hrs.
                                produced in connection with
                                investigation of ESOP transaction
                                (7.2).

02/05/10    B. G. CARSON        On-line review of documents             2.80 hrs.
                                produced in connection with
                                investigation of ESOP Transaction.

02/05/10    E. GRIMALDI         On-line review of documents             6.90 hrs.
                                produced in connection with
                                investigation of ESOP transaction.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/05/10 | L. F. MOLONEY | Correspondence with R. Das at CDS re status of Goldman Sachs, Merrill Lynch documents (.8); prepared Merrill documents for Relativity and Repository as per A.Nellos (1.1). | 1.90 hrs. |
| 02/05/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.60 hrs. |
| 02/05/10 | B. DYE | Online review of documents produced in connection with ESOP transactions | 1.70 hrs. |
| 02/05/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.60 hrs. |
| 02/05/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (6.6) | 6.60 hrs. |
| 02/05/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (3.3). | 3.30 hrs. |
| 02/05/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (6.1). | 6.10 hrs. |
| 02/05/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.60 hrs. |
| 02/05/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 02/05/10 | M. A. BLAND | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.80 hrs. |
| 02/05/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |

| 02/05/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (5.6) | 5.60 hrs. |
| 02/05/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.30 hrs. |
| 02/05/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.60 hrs. |
| 02/05/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 02/06/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.10 hrs. |
| 02/06/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.90 hrs. |
| 02/06/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 02/06/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 02/06/10 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.10 hrs. |
| 02/06/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 02/06/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.6). | 0.60 hrs. |
| 02/06/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 9.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   17
```

| | | | |
|---|---|---|---|
| 02/07/10 | M. D. ASHLEY | Reviewed documents produced in connection with LBO investigation (.8). | 0.80 hrs. |
| 02/07/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign additional documents for review (.8); work on summary of Kapadia deposition (6.4). | 8.20 hrs. |
| 02/07/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 02/07/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 02/07/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs. |
| 02/07/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.6) | 4.60 hrs. |
| 02/07/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.80 hrs. |
| 02/07/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.1). | 1.10 hrs. |
| 02/07/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 02/08/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.50 hrs. |
| 02/08/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.3) | 2.30 hrs. |

| 02/08/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (8.1). | 8.10 hrs. |
|----------|--------|-----------|-----------|
| 02/08/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (4.2). | 4.20 hrs. |
| 02/08/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.7) | 3.70 hrs. |
| 02/08/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.10 hrs. |
| 02/08/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.90 hrs. |
| 02/08/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.70 hrs. |
| 02/08/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.80 hrs. |
| 02/08/10 | B. DYE | Continued review of recently decided fraudulent transfer cases. | 0.90 hrs. |
| 02/08/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 02/08/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (3.7). | 3.70 hrs. |
| 02/08/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 02/08/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19


| 02/08/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.30 hrs. |
| 02/08/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 02/08/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.8) | 1.80 hrs. |
| 02/08/10 | M. D. ASHLEY | Reviewed key production materials (1.6); reviewed materials relating to privilege issues (.7) emails with A. Nellos, A. Goldfarb regarding privilege issues (.4); emails with A. Nellos, E. Miller regarding document confidentiality issues (.4); reviewed materials regarding confidentiality issues (.6). | 3.70 hrs. |
| 02/08/10 | A. K. NELLOS | Review progress of document reviewers (1.1) and assign additional documents for review (1.3); review noteworthy documents from document reviewers and circulate with M. Ashley and T. Zink (.9); review correspondence from various parties related to discovery (.3); Review/analyze issues related to privilege logs from various parties (.6); respond to questions from M. Ashley related to Step 2 Solvency opinion (.3). | 4.50 hrs. |
| 02/08/10 | D. E. DEUTSCH | Review e-mails from Jillian Ludwig re: document depository matter (.2); exchange call with Marc Ashley re: same (.1); review memorandum/materials re: discovery production results (1.6). | 1.90 hrs. |
| 02/08/10 | D. M. LeMAY | Review Aurelius request re: UCR second step solvency opinion w/ZS (.3). Obtain facts re: confidentiality status (.2). Respond to inquiry (.2). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20


02/08/10   L. MENDOZA        Prepare materials of new hot          3.00 hrs.
                             documents (2.2) and prepare
                             indices for same (.8) for attorney
                             review.

02/08/10   C. L. RIVERA      Correspondence with T. Zink and F.    0.20 hrs.
                             Vazquez re: analysis of fraudulent
                             conveyance issue raised by G. Bush.

02/08/10   F. VAZQUEZ        Second tier review of documents       7.60 hrs.
                             produced in connection w/leveraged
                             ESOP transaction (7.4); email
                             to/from Zink re same (.2).

02/08/10   R. A. SCHWINGER   E-mails re confidentiality issues     0.40 hrs.
                             re VRC second-step opinion and
                             request from Aurelius Capital.

02/08/10   M. IACOPELLI      Prepare Citi documents from 2nd       8.80 hrs.
                             tier review and added to Key
                             materials (.6); reviewed and
                             prepared an index to Citi
                             documents (.7); Prepared GreatBanc
                             documents from 2nd tier review and
                             added to Key materials(.8);
                             Reviewed and prepared an index to
                             GreatBanc documents (1.2);
                             prepared D&P documents from 2nd
                             tier review and added to Key
                             materials (.8); reviewed and
                             prepared an index to D&P documents
                             (1.3); prepared Foundations'
                             documents from 2nd tier review and
                             added to Key materials (.6);
                             Reviewed and prepared an index to
                             Foundations' documents (.8);
                             prepared Merrill documents from
                             2nd tier review and added to Key
                             materials (.8); Reviewed and
                             prepared an index to Merrill
                             documents (1.2).

02/08/10   H. SEIFE          Telephone conference with             2.80 hrs.
                             B.Krakauer regarding
                             motions/settlement (.5);
                             preparation for court hearing on
                             standing (2.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   21


| 02/09/10 | H. SEIFE | Preparation for meeting (1.3); conference with counsel for lenders (Bernstein, Bennett) at C&P (1.8); telephone conference with G.Bush, D.LeMay regarding meeting (.5). | 3.60 hrs. |
|---|---|---|---|
| 02/09/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 02/09/10 | M. IACOPELLI | Prepare JPMorgan documents from 2nd tier review and added to Key materials (1.6); reviewed and prepared an index to Citi documents (1.8); prepared Morgan Stanley documents from 2nd tier review and added to Key materials (1.4); reviewed and prepared an index to Morgan Stanley documents (1.6); research certain key documents from Relativity in preparation for Julie Persily deposition (1.2); prepared Zell documents from 2nd tier review and added to Key materials (.4); reviewed and prepared an index to Zell documents (.6). | 8.60 hrs. |
| 02/09/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/leveraged ESOP transaction. | 5.80 hrs. |
| 02/09/10 | C. L. RIVERA | On-line review of documents produced in connection with investigation of ESOP transaction (0.9). | 0.90 hrs. |
| 02/09/10 | L. MENDOZA | Research Relativity and prepare materials of hot documents (1.8) and update indices re same (1.2) for attorney review. | 3.00 hrs. |
| 02/09/10 | D. M. LeMAY | Prepare for (.6) and attend (1.8) meeting w/senior lenders counsel. Follow up meeting w/H. Seife (.3). | 2.70 hrs. |
| 02/09/10 | A. K. NELLOS | Review progress of document reviewers (1.4) and assign additional documents (1.2); revise summary of Kapadia deposition (.9); speak with L.Moloney | 3.80 hrs. |

|            |                |                                                                                                                                                              |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | regarding materials for depository and issues in Relativity (.3).                                                                                            |            |
| 02/09/10   | P. TANCK       | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                   | 2.10 hrs.  |
| 02/09/10   | M. D. ASHLEY   | Reviewed key production materials (1.8); emails with A. Nellos, A. Goldfarb regarding document production issues (.6); reviewed materials regarding document production issues (.7). | 3.10 hrs.  |
| 02/09/10   | F. E. CREAZZO  | On-line review of documents produced in connection with investigation of ESOP Transaction (4.4).                                                             | 4.40 hrs.  |
| 02/09/10   | A. DUFFY       | Online review of documents produced in connection with the ESOP Transaction (5.6).                                                                           | 5.60 hrs.  |
| 02/09/10   | E. GRIMALDI    | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                   | 9.40 hrs.  |
| 02/09/10   | F. MALIK       | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                   | 6.70 hrs.  |
| 02/09/10   | C. KUMAR       | On-line review of documents produced in connection with investigation of ESOP transaction (1.3).                                                             | 1.30 hrs.  |
| 02/09/10   | B. DYE         | Review fraudulent transfer case per T.Zink.                                                                                                                  | 0.20 hrs.  |
| 02/09/10   | L. ARYANI      | Online review of documents produced in connection with investigation of ESOP Transaction.                                                                    | 2.20 hrs.  |
| 02/09/10   | A. VOELKER     | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                   | 7.20 hrs.  |
| 02/09/10   | E. DAUCHER     | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                   | 7.30 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   23


| 02/09/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (5.6); prepare relevant documents and chart for deposition of J. Persily per A.Nellos (4.7). | 10.30 hrs. |
|---|---|---|---|
| 02/09/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.80 hrs. |
| 02/09/10 | M. ROITMAN | Review Aurelius' Objection and alert C&P restructuring team re: same. | 0.40 hrs. |
| 02/09/10 | L. ROWNTREE | On-line review of documents produced in connection with ESOP investigation. | 3.90 hrs. |
| 02/09/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (3.3). | 3.30 hrs. |
| 02/09/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.4); Correspondence with T. Stevenson re: use of confidential documents (0.3) | 1.70 hrs. |
| 02/09/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.70 hrs. |
| 02/09/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.30 hrs. |
| 02/10/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.60 hrs. |
| 02/10/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.90 hrs. |
| 02/10/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (0.8) | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                March 24, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   24


02/10/10    M. WEINBAUM          On-line review of documents        3.80 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction
                                 (3.8).

02/10/10    L. ROWNTREE          On-line review of documents        0.40 hrs.
                                 produced in connection with ESOP
                                 investigation.

02/10/10    C. CUSMANO           On-line review of documents        4.70 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction
                                 (4.7)

02/10/10    K. ZAFRAN            On-line review of documents        7.40 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction
                                 (4.8); Review privilege logs
                                 produced by GreatBanc, VRC, and
                                 EGI per A.Nellos (2.6).

02/10/10    E. DAUCHER           On-line review of documents        4.20 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction.

02/10/10    A. VOELKER           On-line review of documents        5.80 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction.

02/10/10    J. NOBLE             Online review of documents         1.90 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction.

02/10/10    B. DYE               Reviewing recently decided         0.10 hrs.
                                 fraudulent transfer case.

02/10/10    C. KUMAR             On-line review of documents        5.20 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction
                                 (5.2).

02/10/10    T. L. STEVENSON      Second-tier online document review 2.10 hrs.
                                 in connection with ESOP
                                 investigation (2.1).

02/10/10    F. MALIK             On-line review of documents        2.60 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   25


| 02/10/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs. |

| 02/10/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.3) | 3.30 hrs. |

| 02/10/10 | M. D. ASHLEY | Reviewed key production materials (1.6); reviewed materials regarding depositions (1.7). | 3.30 hrs. |

| 02/10/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |

| 02/10/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |

| 02/10/10 | A. K. NELLOS | Review progress of document reviewers (1.5) and assign additional documents for review (1.3); exchange e-mails with counsel at Sidley regarding issues with depository (.4). | 3.20 hrs. |

| 02/10/10 | D. M. LeMAY | E-mails to H. Seife regarding litigation strategy developments. | 0.30 hrs. |

| 02/10/10 | D. E. DEUTSCH | Review Aurelius motions (.4); e-mail Graeme Bush and Howard Seife on same (.1). | 0.50 hrs. |

| 02/10/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transaction. | 4.70 hrs. |

| 02/10/10 | C. L. RIVERA | Review papers re: proposed LBO settlement (0.2); on-line review of documents produced in connection with investigation of ESOP transaction (1.9). | 2.10 hrs. |

| 02/10/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   26


| 02/10/10 | H. SEIFE | Telephone conferences with G.Bush (.6); prepare for court hearing on standing (1.3); review of Aurelius motion (.5). | 2.40 hrs. |
|---|---|---|---|
| 02/11/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 02/11/10 | H. SEIFE | Review of new pleadings regarding standing motion (JPM and Wilmington Trust and Debtors). | 2.30 hrs. |
| 02/11/10 | R. A. SCHWINGER | Meeting with A. Nellos re status. | 0.40 hrs. |
| 02/11/10 | C. L. RIVERA | Meeting with T. Zink and D. LeMay re: upcoming settlement issues (0.3); meeting with T. Zink and M. Towers re: same (0.4); review files/papers for pleadings for same (0.3); on-line review of documents produced in connection with investigation of ESOP transaction (1.1). | 2.10 hrs. |
| 02/11/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transaction. | 1.80 hrs. |
| 02/11/10 | L. MENDOZA | Research Relativity and prepare hot document materials per A.Nellos. | 7.10 hrs. |
| 02/11/10 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional documents for review (1.6); speak with J. Peltz at Sidley regarding issues with document discovery (.2); Revise Kapadia deposition summary (1.1); online review and comparison of documents related to the ESOP transaction (second- tier review) (.8). | 5.00 hrs. |
| 02/11/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   27


| 02/11/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |
| 02/11/10 | M. D. ASHLEY | Reviewed key production materials (1.4); reviewed deposition summaries for Committee and related transcripts (1.2); emails with A. Nellos regarding discovery issues (.2). | 2.80 hrs. |
| 02/11/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (5.6). | 5.60 hrs. |
| 02/11/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (3.6). | 3.60 hrs. |
| 02/11/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.30 hrs. |
| 02/11/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 02/11/10 | T. L. STEVENSON | Second-tier online document review in connection with investigation (4.7). | 4.70 hrs. |
| 02/11/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (5.1). | 5.10 hrs. |
| 02/11/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 02/11/10 | L. F. MOLONEY | Prepare new media for Relativity and Repository. | 1.20 hrs. |
| 02/11/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.40 hrs. |
| 02/11/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page   28

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/11/10 | K. ZAFRAN | Review documents produced in connection with investigation of ESOP transaction related to J. Persily for deposition preparation (5.2) and create chart re: same (2.7). | 7.90 hrs. |
| 02/11/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.70 hrs. |
| 02/11/10 | M. ROITMAN | Review of JPMorgan's Response to Motion for Standing (0.2); Review of Wilmington Trust Motion to File Under Seal (0.2) and Wilmington Trust Response to Motion for Standing (0.5); Review of Debtors' Response to Motion for Standing (0.4); Review of Senior Lenders' Response to Motion for Standing (0.2); Preparation of materials re: Standing Motion (0.8) | 2.30 hrs. |
| 02/11/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 02/11/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (1.2) | 1.20 hrs. |
| 02/11/10 | L. ROWNTREE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 02/11/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (2.8). | 2.80 hrs. |
| 02/11/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (3.9); | 3.90 hrs. |
| 02/11/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |

| 02/12/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.10 hrs. |
|---|---|---|---|
| 02/12/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.7); Correspondence with T. Stevenson re: use of confidential documents (0.1) | 1.80 hrs. |
| 02/12/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.4). | 1.40 hrs. |
| 02/12/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (4.3) | 4.30 hrs. |
| 02/12/10 | M. S. TOWERS | Reviewed certain pleadings in similar large case re: LBO issues. | 2.50 hrs. |
| 02/12/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.90 hrs. |
| 02/12/10 | K. ZAFRAN | Continue to review documents related to J. Persily (5.8) and create chart describing such documents in preparation for deposition (1.8). | 7.60 hrs. |
| 02/12/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.10 hrs. |
| 02/12/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 02/12/10 | L. F. MOLONEY | Correspondence with A. Nellos and R. Das at Complete Document Source re: new media and Relativity issues. | 0.80 hrs. |
| 02/12/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (4.1). | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page   30

| 02/12/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.60 hrs. |
|---|---|---|---|
| 02/12/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.40 hrs. |
| 02/12/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction. | 6.60 hrs. |
| 02/12/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (6.9). | 6.90 hrs. |
| 02/12/10 | M. D. ASHLEY | Reviewed key production materials (.8). | 0.80 hrs. |
| 02/12/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 02/12/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |
| 02/12/10 | A. K. NELLOS | Review progress of document reviewers (1.4) and assign additional documents for review (1.7); review discovery materials in connection with Sidley's designations of privilege and disclosed documents (1.4); speak with L. Moloney regarding same (.3); draft letter to J. Peltz at Sidley regarding discovery/depository issues (.2). | 5.00 hrs. |
| 02/12/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.10 hrs. |
| 02/12/10 | C. L. RIVERA | Research re: related LBO settlement. | 0.70 hrs. |
| 02/12/10 | H. SEIFE | Review of Wilmington Trust document request (.3); preparation for court hearing (1.2). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   31


| 02/12/10 | M. IACOPELLI | Prepared Equity Research documents from 2nd tier review and added to Key materials (2.6); Reviewed and prepared an index to Equity Research documents (2.8); prepared VRC documents from 2nd tier review and added to Key materials (1.0); reviewed and prepared an index to Equity Research documents (1.2). | 7.60 hrs. |
|---|---|---|---|
| 02/12/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.40). | 0.40 hrs. |
| 02/13/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transaction. | 1.30 hrs. |
| 02/13/10 | A. K. NELLOS | Review progress of document reviewers (.5) and add additional documents for review (.6); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.1). | 2.20 hrs. |
| 02/13/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.70 hrs. |
| 02/13/10 | M. D. ASHLEY | Emails regarding affidavit in support of standing motion (.5); reviewed pleadings and other materials relating to standing motion (.6). | 1.10 hrs. |
| 02/13/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.1) | 2.10 hrs. |
| 02/13/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.3) | 1.30 hrs. |
| 02/14/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   32

| 02/14/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.2). | 2.20 hrs. |
| 02/14/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 02/14/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (1.9). | 1.90 hrs. |
| 02/14/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 02/14/10 | M. D. ASHLEY | Reviewed materials regarding evidentiary support for certain Committee requests (2.7); reviewed and revised drafts of affidavit related to same (1.8); phone calls and emails with D. LeMay, D. Deutsch, A. Nellos, K. Zafran regarding preparation of affidavit (1.8); reviewed deposition summaries and related materials (.8). | 7.10 hrs. |
| 02/14/10 | A. K. NELLOS | Work on affidavit related to motion for trustee (4.7); participate in conference call with D. LeMay, M. Ashley, and K. Zafran regarding same (.8). | 5.50 hrs. |
| 02/14/10 | C. L. RIVERA | Review case dockets re: research on standing issue/timing (0.3); correspondence with D. Deutsch re: same (0.1). | 0.40 hrs. |
| 02/14/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of leveraged ESOP transaction. | 1.30 hrs. |
| 02/14/10 | H. SEIFE | Review and comment on draft Zuckerman response (1.3); email B.Krakauer regarding same (.3). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page   33

| | | | |
|---|---|---|---|
| 02/15/10 | H. SEIFE | Conference call with Sidley (.4); review of issues relating to settlement/adjournments (1.2); review finalized pleading (.8); review of Aurelius issues (.4); telephone conference with D.Golden (.3). | 3.10 hrs. |
| 02/15/10 | M. IACOPELLI | Prepare Solvency Step 2 documents from 2nd tier review and added to Key materials (1.2); reviewed and prepared an index to Solvency Step 2 documents (1.4); prepared Solvency 2006 documents from 2nd tier review and added to Key materials (.5): reviewed and prepared an index to Solvency 2006 documents (.8); prepared Solvency 2008 documents from 2nd tier review and added to Key materials (1.4); reviewed and prepared an index to Solvency 2008 documents (1.6). | 6.90 hrs. |
| 02/15/10 | T. J. MCCORMACK | Review e-mails on issues for Thursday's hearing (0.7); review/comment on affidavit in reply (0.2); review reply submissions (0.4). | 1.30 hrs. |
| 02/15/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
| 02/15/10 | F. VAZQUEZ | Review files re JPM's role (.7); conf w/Nellos re JPM's role (.2); email to/from Ashley re JPM's role (.3); second tier review of documents produced in connection with leveraged ESOP transaction (4.4); email to/from Nellos re Citi discovery (.1); email to/from Zink re JPM's role (.1). | 5.80 hrs. |
| 02/15/10 | C. L. RIVERA | Reviewing response re: STN motion (0.5); reviewing relevant cases and drafting insert re: certain debtor assertions (2.4); correspondence and discussion with H. Seife re: same (0.4); confer with M. Towers re: review of related briefs (0.5); reviewing | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page   34

|  |  |  |  |
|---|---|---|---|
| | | same for related arguments (0.7); confer with D. Deutsch re: revisions (0.2). | |
| 02/15/10 | D. E. DEUTSCH | Review inquiry from Zuckerman Spaeder re: factual question on investigation (.1); exchange e-mails to Meghan Towers on same (.2). | 0.30 hrs. |
| 02/15/10 | A. K. NELLOS | Review progress of document review (1.2) and assign additional documents (1.4); review changes to draft affidavit and exhibits thereto (1.9); online review and comparison of documents related to the ESOP transaction (.9); exchange e-mails with K. Bromberg at Brown Rudnick relating to discovery and the document depository (.2). | 5.60 hrs. |
| 02/15/10 | M. D. ASHLEY | Reviewed and revised draft reply brief (1.3); reviewed materials regarding status of discovery issues (.8); reviewed key production materials (.6); emails with A. Nellos, A. Goldfarb regarding discovery issues (.4); emails with T. Zink regarding key production materials (.3); emails with Zuckerman regarding pending motion materials (.7). | 4.10 hrs. |
| 02/15/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.70 hrs. |
| 02/15/10 | E. M. MILLER | Review final transcript of Kowalczuk (JPM) deposition transcript (1.6) and revise and finalize deposition summary re same (2.4). | 4.00 hrs. |
| 02/15/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction (8.2). | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   35


| 02/15/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.30 hrs. |
|---|---|---|---|
| 02/15/10 | L. F. MOLONEY | Prepare new media for Relativity and Repository (1.0) and conferences with A.Nellos and Complete Docs re: same (.3). | 1.30 hrs. |
| 02/15/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (1.6). | 1.60 hrs. |
| 02/15/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.40 hrs. |
| 02/15/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (6.6) | 6.60 hrs. |
| 02/15/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (7.9) | 7.90 hrs. |
| 02/15/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |
| 02/15/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.20 hrs. |
| 02/15/10 | M. ROITMAN | Confer with C. Rivera, M. Towers re: research on right of the Debtors to settle Committee's claims (0.5); On-line review of documents produced in connection with investigation of ESOP transaction (1.9). | 2.40 hrs. |
| 02/15/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.30 hrs. |
| 02/15/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (3.8). | 3.80 hrs. |