TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    36


| 02/15/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.60 hrs. |
|---|---|---|---|
| 02/15/10 | K. ZAFRAN | Review Affidavit of G. Bush per M. Ashley (.4); Review GreatBanc's revised privilege log per A.Nellos (2.6); Continue to review documents in preparation of deposition of J. Persily (2.2) and continue to add relevant documents to chart (1.2); On-line review of documents produced in connection with investigation of ESOP transaction (3.7). | 10.10 hrs. |
| 02/15/10 | M. S. TOWERS | Continued to review pleadings re: LBO litigation in similar large case in preparation for hearing (2.4); researched 9019 issue re: C. Rivera (4.1). | 6.50 hrs. |
| 02/16/10 | M. S. TOWERS | Prepared for (.9) and attended hearing in large case with similar issues (2.1); drafted summary re: same (2.8) | 5.80 hrs. |
| 02/16/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 02/16/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.20 hrs. |
| 02/16/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (1.5). | 1.50 hrs. |
| 02/16/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.60 hrs. |
| 02/16/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      March 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   37


| 02/16/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.40 hrs. |
| 02/16/10 | M. ROITMAN | Review and draft email to C&P bankruptcy team re: Law Debenture Reply in Support of Motion for Standing (1.1); On-line review of documents produced in connection with investigation of ESOP transaction (0.5) | 1.60 hrs. |
| 02/16/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.30 hrs. |
| 02/16/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (3.3) | 3.30 hrs. |
| 02/16/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.70 hrs. |
| 02/16/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 02/16/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |
| 02/16/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
| 02/16/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 02/16/10 | B. DYE | Reviewing recently decided fraudulent transfer case. | 2.20 hrs. |
| 02/16/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.60 hrs. |
| 02/16/10 | L. F. MOLONEY | Prepared new media for Relativity (1.4) and correspond with P.Kelley and R.Das at Complete Docs re: same (.4). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   38


| 02/16/10 | E. M. MILLER | Review and exchange emails with A Goldfarb and M Ashley re revision of Kowalczuk (JPMorgan) deposition summary (0.8) Revise same (1.2) | 2.00 hrs. |
|---|---|---|---|
| 02/16/10 | M. D. ASHLEY | Reviewed pleadings and legal research materials relating to examiner and standing motion and supporting affidavit (1.8); reviewed deposition summaries (2.4); emails with D. LeMay, A. Nellos regarding affidavit (.6); emails with A. Nellos, E. Miller regarding deposition summaries (.6); reviewed correspondence regarding discovery issues (.4). | 5.80 hrs. |
| 02/16/10 | A. K. NELLOS | Review progress of document reviewers (.9) and add additional documents for review (1.2); review materials relating to document requests in preparation for hearing (.8) and e-mail G. Bush regarding same (.2); revise Kapadia deposition summary to conform with final transcript (4.2); exchange e-mails with various parties following up on discovery issues (.3); online review and comparison of documents related to the ESOP transaction (second- tier review) (2.6). | 10.20 hrs. |
| 02/16/10 | D. E. DEUTSCH | Review memorandum summary on LBO hearing in similar case (.3). | 0.30 hrs. |
| 02/16/10 | C. L. RIVERA | Correspondence re: settlement in related LBO suit (0.4); review update re: same (0.1); on-line review of documents produced in connection with investigation of ESOP transaction (3.6). | 4.10 hrs. |
| 02/16/10 | L. MENDOZA | Review exhibits cited in G.Bush Affidavit and prepare for attorney review (2.2); review Relativity and prepare hot document materials for attorney review (3.1). | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   39

| 02/16/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.30). | 0.30 hrs. |
|---|---|---|---|
| 02/16/10 | H. SEIFE | Review of pleadings in connection with upcoming hearing. | 1.20 hrs. |
| 02/17/10 | H. SEIFE | Preparation for hearing before Judge Carey. | 1.30 hrs. |
| 02/17/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |
| 02/17/10 | L. MENDOZA | Prepare new hot document materials (2.3) and update index re: same (1.5) for attorney review. | 3.80 hrs. |
| 02/17/10 | F. VAZQUEZ | Conf w/Nellos re discovery status (.2); second tier review of documents produced in connection w/leveraged ESOP transaction (4.7). | 4.90 hrs. |
| 02/17/10 | C. L. RIVERA | Research related LBO status (0.2); on-line review of documents produced in connection with investigation of ESOP transaction (3.4). | 3.60 hrs. |
| 02/17/10 | A. K. NELLOS | Review progress of document reviewers (1.4) and assign additional documents as needed (1.8); revise/finalize Kapadia deposition summary, incorporating comments from A. Goldfarb (.9); speak with J. Peltz regarding issues with document productions (.2); begin to draft response to J. Ducayet's letter regarding privileged documents withheld by debtors (1.6); online review and comparison of documents related to the ESOP transaction (second- tier review) (3.8). | 9.70 hrs. |
| 02/17/10 | M. D. ASHLEY | Reviewed deposition summaries (.5); emails with A. Nellos, A. Goldfarb regarding deposition summaries (.3). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      March 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   40


| 02/17/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
|---|---|---|---|
| 02/17/10 | B. DYE | Online review of documents produced in connection with ESOP investigation. | 0.40 hrs. |
| 02/17/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 02/17/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 02/17/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 02/17/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (2.2). | 2.20 hrs. |
| 02/17/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.6) | 3.60 hrs. |
| 02/17/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction (0.8) | 0.80 hrs. |
| 02/17/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |
| 02/17/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.90 hrs. |
| 02/17/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 02/17/10 | L. ROWNTREE | Reviewed research for A. Nellos re: common interest privilege (.6) | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   41


| | | | |
|---|---|---|---|
| 02/17/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.90 hrs. |
| 02/18/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.30 hrs. |
| 02/18/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 02/18/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |
| 02/18/10 | A. HANESSIAN | Review and analysis of docket sheet of similar large case re: LBO litigation issues. | 0.20 hrs. |
| 02/18/10 | A. DUFFY | Online review of documentation in connection with the ESOP Transaction (.9). | 0.90 hrs. |
| 02/18/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 02/18/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 02/18/10 | M. D. ASHLEY | Reviewed email from D. Deutsch regarding court hearing relating to exclusivity and standing motions (.1); reviewed pleadings relating to standing motion (.4). | 0.50 hrs. |
| 02/18/10 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents for review (1.4); online review and comparison of documents related to the ESOP transaction (second- tier review) (3.9). | 6.50 hrs. |
| 02/18/10 | C. L. RIVERA | On-line review of documents produced in connection with investigation of ESOP transaction | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page   42

| | | | |
|---|---|---|---|
| 02/18/10 | F. VAZQUEZ | Conf w/ Deutsch re today's hearing (.2); conf w/Roitman re today's hearing (.2); second tier review of documents produced in connection w/leveraged ESOP transaction (6.7). | 7.10 hrs. |
| 02/18/10 | L. MENDOZA | Prepare materials in preparation of Christinia Mohr deposition. | 3.60 hrs. |
| 02/18/10 | H. SEIFE | Preparation for hearing (.6); participate in hearing (.9). | 1.50 hrs. |
| 02/18/10 | T. J. MCCORMACK | Review issues in advance of 2/18 hearing on discovery and standing questions (0.8); review and analyze LBO cases in fraudulent conveyance/fiduciary duty context (1.3); review status report on court hearing, order on exclusivity and standing question (0.6). | 2.70 hrs. |
| 02/19/10 | F. VAZQUEZ | Second tier review of documents produced in connection w/leveraged ESOP transaction. | 1.60 hrs. |
| 02/19/10 | D. M. LeMAY | T/c from D. Liebentritt regarding potential settlement issues. | 0.30 hrs. |
| 02/19/10 | D. E. DEUTSCH | Review request to access depository documents (.1); e-mail litigation team re: concern with same (.2). | 0.30 hrs. |
| 02/19/10 | A. K. NELLOS | Speak with counsel for GreatBanc regarding redacted documents (.2); review correspondence received from several parties (Merrill Lynch and GreatBanc) regarding discovery (.2); online review and comparison of documents related to the ESOP transaction (second- tier review) (2.1). | 2.50 hrs. |
| 02/19/10 | M. D. ASHLEY | Call with S. Korpus (Kasowitz) regarding status of investigation (.2); reviewed key production materials (.7); emails with A. Goldfarb regarding discovery issues (.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   43


02/19/10   A. KRONSTADT      On-line review of documents          0.20 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

02/19/10   A. HANESSIAN      Review and analysis of docket        0.20 hrs.
                             sheet of similar large case re:
                             LBO litigation issues.

02/19/10   F. PERKINS        On-line review of documents          7.40 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

02/19/10   E. DAUCHER        On-line review of documents          2.10 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

02/19/10   K. ZAFRAN         On-line review of documents          4.20 hrs.
                             produced in connection with
                             investigation of ESOP transaction
                             (1.5); preparation for deposition
                             of J. Persily (1.4); receive
                             documents from ML and GreatBanc
                             (supplemental production) and
                             prepare for review (1.3).

02/21/10   A. K. NELLOS      Online review and comparison of      1.20 hrs.
                             documents related to the ESOP
                             transaction (second- tier review)

02/22/10   A. K. NELLOS      Review progress of document review   9.10 hrs.
                             (1.4) and assign additional
                             documents to reviewers (1.2);
                             communicate with E.Weissman and
                             Complete Documents regarding
                             issues in Relativity (2.1); review
                             correspondence regarding discovery
                             (.3); review analysis of privilege
                             log materials from GreatBanc,
                             EGI/Zell and VRC (2.4); review
                             notable documents circulated by
                             document reviewers (.5); Online
                             review and comparison of documents
                             related to the ESOP transaction
                             (second- tier review) (1.2).

02/22/10   D. M. LeMAY       Meeting w/Deutsch and Zink re:       0.70 hrs.
                             action items and deadlines for
                             upcoming projects (.5).  Two
                             e-mails to H. Seife regarding same
                             (.2)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   44


| 02/22/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.90 hrs. |
|----------|----------|----------------|-----------|
| 02/22/10 | M. D. ASHLEY | Emails with A. Nellos, A. Goldfarb regarding discovery and privilege issues (.4); reviewed correspondence and production materials regarding privilege and discovery issues (.7). | 1.10 hrs. |
| 02/22/10 | F. VAZQUEZ | Conf w/Nellos re discovery (.2); conf w/Zink re recent developments and discovery (.4); second tier review of documents produced in connection w/leveraged ESOP transaction (4.6). | 5.20 hrs. |
| 02/22/10 | C. L. RIVERA | Analysis of related LBO settlement papers (0.5); on-line review of documents produced in connection with investigation of ESOP transaction (1.1); correspondence with T. Zink re: meeting (0.1). | 1.70 hrs. |
| 02/22/10 | R. A. SCHWINGER | Review e-mails re latest wave of MLCC document production. | 0.30 hrs. |
| 02/22/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.20 hrs. |
| 02/22/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (1.4). | 1.40 hrs. |
| 02/22/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (5.2). | 5.20 hrs. |
| 02/22/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 02/22/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (2.2). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   45


| 02/22/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 02/22/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 02/22/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.30 hrs. |
| 02/22/10 | B. DYE | Reviewing recently decided fraudulent transfer cases | 1.10 hrs. |
| 02/22/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 02/22/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (7.8); review newly produced and revised GreatBanc Trust Privilege Log dated 02/18/10 (3.1). | 10.90 hrs. |
| 02/22/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.10 hrs. |
| 02/22/10 | E. WEISSMAN | Conference with Complete Docs and A.Nellos re: new media and issues with Relativity. | 1.50 hrs. |
| 02/22/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (5.8) | 5.80 hrs. |
| 02/22/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.70 hrs. |
| 02/22/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.8) | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page   46

| 02/22/10 | M. ROITMAN | Draft posting note re specific cse cited at hearing  (0.2); Call with M. McGuire re: 2/18 hearing transcript (0.1) | 0.30 hrs. |
|---|---|---|---|
| 02/22/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.60 hrs. |
| 02/22/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.9). | 1.90 hrs. |
| 02/22/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction (3.9) | 3.90 hrs. |
| 02/23/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction (5.8) | 5.80 hrs. |
| 02/23/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (7.4) | 7.40 hrs. |
| 02/23/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.20 hrs. |
| 02/23/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.2) | 1.20 hrs. |
| 02/23/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.10 hrs. |
| 02/23/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (7.7) | 7.70 hrs. |
| 02/23/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   47
```

| | | | |
|---|---|---|---|
| 02/23/10 | L. ROWNTREE | On-line review of produced documents in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 02/23/10 | M. ROITMAN | Correspondence with M. Ashley, T. McCormack re: 2/18 hearing summary (0.2). | 0.20 hrs. |
| 02/23/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.60 hrs. |
| 02/23/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.80 hrs. |
| 02/23/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 02/23/10 | B. DYE | Review and respond to F. Vazquez request on research issue. | 0.30 hrs. |
| 02/23/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 02/23/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.30 hrs. |
| 02/23/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 02/23/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |
| 02/23/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.6). | 2.60 hrs. |
| 02/23/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (1.6). | 1.60 hrs. |
| 02/23/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page   48

| 02/23/10 | H. SEIFE | Review of transcript on hearing on standing. | 0.40 hrs. |
| 02/23/10 | D. BAVA | Prepare sets of settlement presentations and memoranda for attorney review. | 1.20 hrs. |
| 02/23/10 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: needed memos/briefs (0.9); meeting with F. Vazquez re: review of related research materials (0.5); research re: related LBO (0.3); organizing materials for advocacy brief on settlement (0.4). | 2.10 hrs. |
| 02/23/10 | F. VAZQUEZ | Review cases cited at 2/18 hearing (.9); conf w/Zink and Rivera re same and next steps (1.0); review materials re subsidiary only plan (3.4); review hearing transcripts (1.4). | 6.70 hrs. |
| 02/23/10 | L. MENDOZA | Prepare/update JPMorgan materials with new hot documents. | 1.30 hrs. |
| 02/23/10 | M. D. ASHLEY | Reviewed summary of court hearing and related materials (.7); reviewed correspondence regarding privilege issues (.5); emails with A. Goldfarb, A. Nellos regarding privilege and discovery issues (.4). | 1.60 hrs. |
| 02/23/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.80 hrs. |
| 02/23/10 | A. K. NELLOS | Review progress of first- and second- tier document reviewers (1.7) and assign documents for review (1.8); revise/finalize draft letter to Sidley regarding purported privileged documents (.3); speak with L.Moloney and Complete Documents regarding issues with Relativity (.9); exchange e-mails with A. Goldfarb regarding JPMorgan privilege log issues (.3); finalize draft letter to Ducayet regarding privilege issues and send draft to M. Ashley | 9.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page    49

|  |  |  |  |
|---|---|---|---|
|  |  | (2.6); online review and comparison of documents related to the ESOP transaction (second- tier review) (2.2). |  |
| 02/24/10 | A. K. NELLOS | Speak with B. Powell at KL Gates regarding discovery issues re GreatBanc (.1); review progress of document reviewers (1.3) and add additional documents for review (1.4); Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.7); confer with L.Moloney and Complete Documents re Morgan Stanley production (1.2); review noteworthy documents circulated by document reviewers (.3); cxchange emails with R. Butcher regarding Citi production (.1). | 7.10 hrs. |
| 02/24/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.90 hrs. |
| 02/24/10 | M. D. ASHLEY | Emails with A. Goldfarb regarding deposition confidentiality issues (.2); reviewed deposition transcripts regarding confidentiality issues (.6). | 0.80 hrs. |
| 02/24/10 | L. MENDOZA | Research certain documents on Relativity at the request of A.Nellos. | 1.70 hrs. |
| 02/24/10 | F. VAZQUEZ | Review arguments and cases re: certain proposal by some lenders (1.7); conf. with T.Zink re: same (.3). | 2.00 hrs. |
| 02/24/10 | C. L. RIVERA | Reviewing key deciison cited at last hearing and related materials. | 1.20 hrs. |
| 02/24/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.20 hrs. |
| 02/24/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.1). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    50


02/24/10    A. KRONSTADT      On-line review of documents        0.60 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

02/24/10    C. KUMAR          On-line review of documents        4.70 hrs.
                             produced in connection with
                             investigation of ESOP transaction
                             (4.7).

02/24/10    F. MALIK          On-line review of documents        0.30 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

02/24/10    L. ARYANI         Online review of documents         0.30 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

02/24/10    E. GRIMALDI       On-line review of documents        9.80 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

02/24/10    T. I. CANKOREL    On-line review of documents        4.30 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

02/24/10    E. DAUCHER        On-line review of documents        2.10 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

02/24/10    C. CUSMANO        On-line review of documents        4.70 hrs.
                             produced in connection with
                             investigation of ESOP Transaction
                             (4.7)

02/24/10    F. PERKINS        On-line review of documents        4.10 hrs.
                             produced in connection with
                             investigation of ESOP Transaction.

02/24/10    M. ROITMAN        On-line review of documents        3.40 hrs.
                             produced in connection with
                             investigation of ESOP transaction
                             (3.4)

02/24/10    I SAFIER          On-line review of documents        4.70 hrs.
                             produced in connection with
                             investigation of ESOP Transaction;

02/24/10    M. WEINBAUM       On-line review of documents        7.70 hrs.
                             produced in connection with
                             investigation of ESOP Transaction
                             (7.7)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    51


| 02/24/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 02/24/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction (1.8). | 1.80 hrs. |
| 02/25/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction (1.9). | 1.90 hrs. |
| 02/25/10 | K. ZAFRAN | Online review of documents produced in connection with investigation of ESOP transaction (6.3); review Citi second tier hot documents and record the relevance of each document per AKN (5.0). | 11.30 hrs. |
| 02/25/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (9.4). | 9.40 hrs. |
| 02/25/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.9) | 1.90 hrs. |
| 02/25/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.40 hrs. |
| 02/25/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 10.60 hrs. |
| 02/25/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (1.7) | 1.70 hrs. |
| 02/25/10 | E. DAUCHER | Research ways in which a proposal by certain parties is invalid as a matter of law. | 1.20 hrs. |
| 02/25/10 | L. ROWNTREE | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   52


| 02/25/10 | E. WEISSMAN | Review and prepare new media for Relativity. | 1.60 hrs. |
|---|---|---|---|
| 02/25/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |
| 02/25/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
| 02/25/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 02/25/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 02/25/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (1.2). | 1.20 hrs. |
| 02/25/10 | A. DUFFY | Online review of documents produced in connection with the investigation of  ESOP Transaction (4.4). | 4.40 hrs. |
| 02/25/10 | A. HANESSIAN | Review and analysis of docket sheet of similar large case re LBO litigation issues. | 0.10 hrs. |
| 02/25/10 | L. MENDOZA | Research Relativity and prepare certain documents for A.Nellos. | 5.80 hrs. |
| 02/25/10 | F. VAZQUEZ | Conf w/Daucher and Zink re response to plan proposal by certain lenders (1.0); conf w/Daucher re next steps (.3); review good faith standards (2.6); review certain plan arguments and pertinent materials(.8). | 4.70 hrs. |
| 02/25/10 | H. SEIFE | Work on settlement discussions. | 1.40 hrs. |
| 02/25/10 | N. T. ZINK | Research and assemble arguments in opposition to plan proposed by certain lenders (4.5); conference with F. Vazquez and E. Daucher re research issues in connection with same (.8); conference with H. | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    53


                        Seife re same and debtor plan
                        issues (.8).

02/25/10    M. D. ASHLEY    Reviewed key production documents        1.80 hrs.
                            (.8); reviewed materials regarding
                            deposition confidentiality issues
                            (.4); emails with A. Nellos, A.
                            Goldfarb regarding privilege and
                            confidentiality issues (.4); call
                            with A. Goldfarb regarding
                            deposition confidentiality issues
                            (.2).

02/25/10    P. TANCK        On-line review of documents            10.20 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

02/25/10    A. K. NELLOS    Review progress of document             9.10 hrs.
                            reviewers (1.8) and assign
                            additional documents for review
                            (1.4); review materials circulated
                            by reviewers and by Complete
                            Documents related to Morgan
                            Stanley production (2.3); exchange
                            e-mail with R. Butcher regarding
                            same (.1); draft letter to J.
                            Peltz regarding discovery issues
                            (.2); confer with L. Moloney
                            regarding  second-tier hot
                            documents (.4); online review and
                            comparison of documents related to
                            the ESOP transaction (second- tier
                            review) (2.9).

02/26/10    A. K. NELLOS    Review progress of document             9.30 hrs.
                            reviewers (1.6) and assign
                            additional documents for review
                            (1.5); respond to e-mail inquiries
                            from M. Ashley (.3); exchange
                            e-mails with J. Peltz (.1) and
                            speak with counsel for Merrill
                            Lynch (.1) regarding discovery
                            issues; speak with L. Moloney
                            regarding issues with Merrill
                            Lynch document production (.3);
                            review and prepare chronology
                            highlighting key points from
                            key/significant documents reviewed
                            in course of second-tier review
                            (focusing on Debtor e-mail
                            communications) (5.4).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   54
```

| | | | |
|---|---|---|---|
| 02/26/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.40 hrs. |
| 02/26/10 | M. D. ASHLEY | Reviewed key production documents (.6); emails with A. Nellos, A. Goldfarb regarding discovery issues (.3). | 0.90 hrs. |
| 02/26/10 | H. SEIFE | Review of emails regarding settlement issues (.8); telephone conference with B.Krakauer regarding same (.4). | 1.20 hrs. |
| 02/26/10 | F. VAZQUEZ | Review and revise objection to certain plan proposal (1.4); research good faith and settlement standards (1.6); emails to/from Daucher re savings clause (.3). | 3.30 hrs. |
| 02/26/10 | C. L. RIVERA | Reviewing case law and related LBO re: analysis in support of objecting to plan settlement (1.9); drafting analysis re: same (0.4). | 2.30 hrs. |
| 02/26/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 02/26/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (3.6). | 3.60 hrs. |
| 02/26/10 | A. DUFFY | Online review of documentation produced in connection with the ESOP transaction (3.1). | 3.10 hrs. |
| 02/26/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (2.9). | 2.90 hrs. |
| 02/26/10 | L. F. MOLONEY | Correspondence and follow-up discussions with A. Nellos and P. Kelley at Complete Document Source re: Merrill Lynch production. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                    Page   55

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/26/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 02/26/10 | C. CUSMANO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.9) | 2.90 hrs. |
| 02/26/10 | E. DAUCHER | Research inefficacy of "savings clauses" in certain instances. | 6.90 hrs. |
| 02/26/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 02/26/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.40 hrs. |
| 02/26/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (6.10). | 6.10 hrs. |
| 02/26/10 | K. ZAFRAN | Complete review of current Citi second tier hot documents and describing the importance of each (1.4); begin review of current Merrill Lynch second tier hot documents and describing the importance of each (1.3); on-line review of documents produced in connection with investigation ESOP transaction (2.6). | 5.30 hrs. |
| 02/26/10 | A. VOELKER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |
| 02/27/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.9). | 1.90 hrs. |
| 02/27/10 | E. DAUCHER | Research inefficacy of "savings clauses" in certain instances. | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   56


02/27/10   F. VAZQUEZ        Review and revise insert re good        3.30 hrs.
                             faith in certain plan structure
                             contexts (2.8); emails to/from
                             Daucher re good faith and other
                             clauses (.5).

02/27/10   A. K. NELLOS      Online review and comparison of         2.10 hrs.
                             documents related to the ESOP
                             transaction (second- tier review).

02/28/10   A. K. NELLOS      Review and prepare chronology           4.70 hrs.
                             highlighting key points from
                             key/significant documents reviewed
                             in course of second-tier review
                             (focusing on Debtor e-mail
                             communications) (3.9); review
                             progress of document reviewers
                             (.4) and assign additional
                             documents for review (.4).

02/28/10   C. KUMAR          On-line review of documents            2.60 hrs.
                             produced in connection with
                             investigation of ESOP transaction
                             (2.6).

02/28/10   E. DAUCHER        Research scope and intent of equal     3.10 hrs.
                             & ratable clauses to determine
                             viability of subsidiary guarantees.

02/28/10   M. WEINBAUM       On-line review of documents            2.40 hrs.
                             produced in connection with
                             investigation of ESOP Transaction
                             (2.4)

02/28/10   K. ZAFRAN         On-line review of documents            2.20 hrs.
                             produced in connection with
                             investigation of ESOP transaction.


        Total Fees for Professional Services.............  $944,307.50

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 5.40 | 4617.00 |
| H. SEIFE | 965.00 | 30.00 | 28950.00 |
| N. T. ZINK | 795.00 | 17.80 | 14151.00 |
| R. A. SCHWINGER | 785.00 | 3.90 | 3061.50 |
| T. J. MCCORMACK | 825.00 | 4.00 | 3300.00 |
| M. D. ASHLEY | 645.00 | 54.50 | 35152.50 |
| B. G. CARSON | 475.00 | 9.10 | 4322.50 |
| D. E. DEUTSCH | 695.00 | 6.80 | 4726.00 |
| E. GRIMALDI | 475.00 | 102.10 | 48497.50 |
| E. M. MILLER | 595.00 | 17.70 | 10531.50 |
| F. E. CREAZZO | 595.00 | 54.50 | 32427.50 |
| F. MALIK | 405.00 | 70.10 | 28390.50 |
| F. VAZQUEZ | 625.00 | 90.40 | 56500.00 |
| L. ARYANI | 405.00 | 16.30 | 6601.50 |
| T. P. CASTELL | 595.00 | 36.10 | 21479.50 |
| A. HANESSIAN | 185.00 | 1.20 | 222.00 |
| D. BAVA | 270.00 | 3.80 | 1026.00 |
| L. MENDOZA | 240.00 | 39.80 | 9552.00 |
| M. IACOPELLI | 240.00 | 44.90 | 10776.00 |
| A. K. NELLOS | 595.00 | 169.70 | 100971.50 |
| A. VOELKER | 355.00 | 79.40 | 28187.00 |
| C. L. RIVERA | 625.00 | 34.70 | 21687.50 |
| C. CUSMANO | 355.00 | 74.80 | 26554.00 |
| E. DAUCHER | 355.00 | 93.00 | 33015.00 |
| J. P. NARVAEZ | 475.00 | 11.40 | 5415.00 |
| L. ROWNTREE | 355.00 | 12.80 | 4544.00 |
| M. A. BLAND | 475.00 | 2.40 | 1140.00 |
| M. S. TOWERS | 475.00 | 14.80 | 7030.00 |
| P. TANCK | 595.00 | 88.50 | 52657.50 |
| R. V. KORETSKI | 515.00 | 2.10 | 1081.50 |
| T. I. CANKOREL | 515.00 | 43.70 | 22505.50 |
| T. L. STEVENSON | 595.00 | 8.90 | 5295.50 |
| A. DUFFY | 405.00 | 60.00 | 24300.00 |
| A. KRONSTADT | 405.00 | 31.40 | 12717.00 |
| B. DYE | 405.00 | 10.30 | 4171.50 |
| C. KUMAR | 405.00 | 68.30 | 27661.50 |
| E. WEISSMAN | 250.00 | 3.10 | 775.00 |
| F. PERKINS | 405.00 | 167.60 | 67878.00 |
| I SAFIER | 405.00 | 56.50 | 22882.50 |
| J. NOBLE | 405.00 | 12.00 | 4860.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    58



K.  ZAFRAN                      405.00   176.90        71644.50
L.  F.  MOLONEY                 305.00    15.50         4727.50
M.  ROITMAN                     355.00    53.50        18992.50
M.  WEINBAUM                    405.00    77.40        31347.00
Y.  YOO                         405.00    44.40        17982.00
                        TOTALS           2021.50      944307.50
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through February 28, 2010

Our Matter #19804.020
            SHAREHOLDER CLAIMS

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/01/10 | E. M. MILLER | Second level review of documents in Relativity, in connection with third party claims (0.6). | 0.60 hrs. |
| 02/01/10 | R. M. KIRBY | Researching Delaware law as to certain directors and officers, as per T. Stevenson. | 8.40 hrs. |
| 02/01/10 | H. SEIFE | Emails with T.McCormack regarding third-party claims. | 0.50 hrs. |
| 02/01/10 | M. D. ASHLEY | Reviewed factual and legal materials regarding third-party complaint (1.2); emails with T. Stevenson regarding third-party complaint (.5). | 1.70 hrs. |
| 02/01/10 | T. L. STEVENSON | Revising third party complaint per further comments of T. McCormack (.5); reviewing complaint filed by Zuckerman (1.) | 1.50 hrs. |
| 02/01/10 | T. J. MCCORMACK | Review and evise draft third party complaint and analysis of all documents and case law re: same (3.4); analysis of current and former officers and directors factual backgroup (0.4); review expert issues with Zuckerman (0.3); receipt and review draft fraudulent conveyance claims (0.9); review agenda for 2/2 (0.1); work on PowerPoint presentation to the Committee re: third party claims (0.3) | 5.40 hrs. |
| 02/02/10 | T. J. MCCORMACK | Edit/revise draft complaint on D&O issues (1.6); receipt and review e-mails on status of bankruptcy proceedings, upcoming events, etc. (0.6); meet on all issues (0.7); respond to Zuckerman inquiries re: motion for standing and draft complaint (0.5). | 3.40 hrs. |
| 02/02/10 | D. E. DEUTSCH | Review and analyze issue raised by standing motion (.4). | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/02/10 | T. L. STEVENSON | Reviewed materials on certain directors received from Alvarez & Marsal (.7); revised draft third party complaint (1.7);  Reviewed B. Kirby's research re claims against certain potential third party defendants (.4); Discussed D&O claims presentation with T. McCormack and revised presentation accordingly (.9). | 3.70 hrs. |
| 02/02/10 | M. D. ASHLEY | Reviewed factual and legal research materials relating to third-party complaint (1.4); reviewed draft third-party complaint (.6); emails with T. Stevenson, R. Kirby regarding legal issues relating to third-party claims (.7). | 2.70 hrs. |
| 02/02/10 | H. SEIFE | Review of draft third-party complaint (.6); conference with McCormack regarding same (.4). | 1.00 hrs. |
| 02/02/10 | R. M. KIRBY | Additional research on Delaware law as to certain directors and officers claims. | 1.50 hrs. |
| 02/03/10 | F. VAZQUEZ | Conf w/Schwinger re discovery and third-party complaint (.2). | 0.20 hrs. |
| 02/03/10 | H. SEIFE | Review of documents regarding certain potential third partyclaims (.8); review of realted draft complaint (.7). | 1.50 hrs. |
| 02/03/10 | H. SEIFE | Preparation for meeting with Debtors (1.9); meeting with Debtors to discuss third-party claims/settlement of same (2.6). | 4.50 hrs. |
| 02/03/10 | M. D. ASHLEY | Reviewed legal research and production materials regarding third-party claims (1.8); emails with E. Miller, T. Stevenson regarding third-party complaint issues (.7); call with T. McCormack regarding presentation to Debtors' counsel of third-party claims (.3). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   3


| | | | |
|---|---|---|---|
| 02/03/10 | N. T. ZINK | Prepare for (1.2) and attend meeting with Sidley Austin and Lazard re Third-party claims and related complaint (2.6); further second tier document review in connection with certain third-party cliams (3.8). | 7.60 hrs. |
| 02/03/10 | T. L. STEVENSON | Reviewing certain cases and preparing analysis on same for T. McCormack (2.3). | 2.30 hrs. |
| 02/03/10 | T. J. MCCORMACK | Review documents on shareholders' views of two step deal (0.3); final prep for meeting with Debtors on claims against third parties (1.2); meet with Debtors and present causes of action/theories of recovery (2.7); follow-up on several points (0.5). | 4.70 hrs. |
| 02/04/10 | E. M. MILLER | Research Relativity for certain specific types of documents, in connection with investigation of possible third party claims, per M Ashley. | 2.10 hrs. |
| 02/04/10 | M. D. ASHLEY | Reviewed materials relating to certain third-party claims. | 1.30 hrs. |
| 02/04/10 | H. SEIFE | Conference with T.McCormack (.3) and review and analysis of third party complaint open issues (1.3). | 1.60 hrs. |
| 02/04/10 | N. T. ZINK | Second tier document review re third party claims (4.8); review and revise part of creditor trust complaint (.8). | 5.60 hrs. |
| 02/05/10 | N. T. ZINK | Second tier document review re potential third party claims (6.3). | 6.30 hrs. |
| 02/05/10 | H. SEIFE | Review of next steps regarding third-party complaint (.6); telephone conference with B.Krakauer regarding same (.3). | 0.90 hrs. |
| 02/05/10 | M. D. ASHLEY | Reviewed certain production materials relating to third-party claims (1.1); emails with T. McCormack, T. Stevenson regarding third-party complaint issues (.4). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page    4

| 02/05/10 | T. J. MCCORMACK | E-mails with M. Ashley re: demand/standing issues (0.2); receipt and review information from AlixPartners re: incentive payments and other data (0.9); confer re: Debtor position on settlement vis a vis timing for third party complaint and related issues (0.6); t/c AlixPartners re: issues in third party damage allegation (0.4). | 2.10 hrs. |
|---|---|---|---|
| 02/06/10 | T. J. MCCORMACK | E-mail to T. Stevenson re: edits/revisions to draft complaint on specific third party potential cause of action. | 0.40 hrs. |
| 02/06/10 | N. T. ZINK | Second tier document review in connection with investigation of possible third-party claims. (3.6). | 3.60 hrs. |
| 02/07/10 | N. T. ZINK | Second tier document review in connection with investigation of possible third-party claims (1.4). | 1.40 hrs. |
| 02/07/10 | M. D. ASHLEY | Reviewed production materials related to certain third-party claims (.8). | 0.80 hrs. |
| 02/08/10 | M. D. ASHLEY | Reviewed production and other factual materials relating to third-party complaint (2.4); emails with T. Stevenson regarding same (.4). | 2.80 hrs. |
| 02/08/10 | T. L. STEVENSON | Revising complaint against third parties per T. McCormack's comments (.4) and updated shareholder analysis against one target based on information provided by debtors (.5); revising standing motion per H. Seife comments (.3); reviewing certain data/information provided by debtors (.7); reviewing Kasowitz draft complaint (1.3). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 02/08/10 | H. SEIFE | Review of Zink email (.2) and underlying documents related to claims against specific third party (.4). | 0.60 hrs. |
| 02/08/10 | N. T. ZINK | Second tier document review re possible third-party claims (5.7). | 5.70 hrs. |
| 02/08/10 | E. M. MILLER | Perform second-level document review in Relativity, in connection with possible adversary and third-party litigation (2.1); Review Relativity and EDGAR (SEC data base) re question from M Ashley re public filings of certain TRB documents (1.2); Brief phone calls with A Nellos re same (0.2); end e-mail to M Ashley re same (0.2). | 3.70 hrs. |
| 02/08/10 | T. J. MCCORMACK | Review documents from specific potential target concerning issues of Step 1/Step 2 organization of deal (0.8); receipt and review Centerbridge draft complaint on fraudulent conveyance and breach of fiduciary duty claims (0.9); analyze potential additional claims (0.9); review case law on specific potential cause of action (1.2). | 3.80 hrs. |
| 02/09/10 | T. J. MCCORMACK | Confer H. Seife re: third party complaint (0.2); confer T. Stevenson re: same (0.1); e-mails M. Ashley re: Committee presentation (0.3); analysis of potential additional claims and feasibility of same (1.4). | 2.00 hrs. |
| 02/09/10 | M. D. ASHLEY | Reviewed production and other factual materials relating to third-party complaint (3.8); emails with T. Stevenson regarding third-party claims (.8). | 4.60 hrs. |
| 02/09/10 | N. T. ZINK | Second tier document review re possible third-party claims. | 4.80 hrs. |
| 02/09/10 | H. SEIFE | Review of revised third party complaint and standing motion. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| | | | |
|---|---|---|---|
| 02/09/10 | R. M. KIRBY | Researching Delaware law on certain requirements related to third party complaint. | 3.10 hrs. |
| 02/09/10 | T. L. STEVENSON | Revising list of documents cited in complaint for confidentiality waivers (2.9); research re standard under Delaware law for requirement for specific standing issue (2.7); revising draft complaint per detailed schedule produced by Debtors (.7); Discussion with Alix Partners regarding questions related to third party complaint (.4); revising draft standing motion per M. Ashley's comments (2.7). | 9.40 hrs. |
| 02/10/10 | T. L. STEVENSON | Reviewed Bob Kirby's research re Delaware law on complaint issue (1.7); research regarding same (.3); revising standing motion re: third party claims (.3). | 2.30 hrs. |
| 02/10/10 | H. SEIFE | Review of draft third party complaint and motion. | 1.30 hrs. |
| 02/10/10 | N. T. ZINK | Second tier review of documents in connection with possible third-party claims (4.6). | 4.60 hrs. |
| 02/10/10 | M. D. ASHLEY | Reviewed factual and legal research materials regarding third-party claims (2.2); emails with T. Stevenson regarding third-party complaint (.4). | 2.60 hrs. |
| 02/10/10 | E. M. MILLER | Perform second-level document review in Relativity, in connection with possible adversary and third-party litigation (3.1 hrs) | 3.10 hrs. |
| 02/10/10 | T. J. MCCORMACK | Revise presentation on third-party claims (0.8); respond to inquiry from Zuckerman on expert issues (0.7); receipt and review additional documents from discovery re: certain third-party claims (1.3). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 02/11/10 | T. J. MCCORMACK | Review of additional documents from discovery (0.3); t/c Zuckerman re: expert follow-up (0.4); review certain third-party claim documents (1.2). | 1.90 hrs. |
| 02/11/10 | E. M. MILLER | Perform second-level document review in Relativity, in connection with possible adversary and third-party litigation (2.7). | 2.70 hrs. |
| 02/11/10 | M. D. ASHLEY | Reviewed factual materials regarding third-party claims (1.2); reviewed correspondence regarding confidentiality issues (.4); emails with T. Stevenson regarding third-party claims (.6). | 2.20 hrs. |
| 02/11/10 | N. T. ZINK | Second tier document review in connection with possible third party claims (5.7); conference with C. Rivera re third party claim issue (.4); conference with C. Rivera and D. LeMay re claim issue (.2). | 6.30 hrs. |
| 02/11/10 | T. L. STEVENSON | E-mail correspondence with M. Ashley re third-party complaint (.4); continue reviewing Kasowitz complaint to determine possible need for third party complaint modifications (1.1). | 1.50 hrs. |
| 02/12/10 | T. L. STEVENSON | E-mail correspondence with M. Ashley and A. Nellos re confidentiality of Tribune's documents (.6); Reviewing documents cited in Kasowitz draft complaint (2.0). | 2.60 hrs. |
| 02/12/10 | A. K. NELLOS | Review and research materials on privilege issue in connection with third-party complaint. | 1.10 hrs. |
| 02/12/10 | N. T. ZINK | Second tier document review re possible third party claims (3.4). | 3.40 hrs. |
| 02/12/10 | M. D. ASHLEY | Reviewed production and other factual materials regarding third-party claims (2.4); emails with T. Stevenson, A. Nellos regarding third-party complaint | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page    8

|  |  |  |  |
|---|---|---|---|
|  |  | issues (.9); reviewed correspondence regarding confidentiality issues (.7). |  |
| 02/12/10 | E. M. MILLER | Perform second-level document review in Relativity, in connection with possible adversary and third-party litigation (3.2). | 3.20 hrs. |
| 02/12/10 | T. J. MCCORMACK | Review correspondence re: documents used in fraudulent conveyance claims (0.1); e-mails re: documents for use and potential disclosure (0.8); confer D. Deutsch re: status, upcoming hearing (0.2); review correspondence on upcoming events, deadlines, litigation schedule (0.4). | 1.50 hrs. |
| 02/13/10 | T. L. STEVENSON | Reviewing documents to determine required confidentiality waivers (.9); e-mail correspondence regarding same (.2). | 1.10 hrs. |
| 02/14/10 | N. T. ZINK | Second tier document review in connection with possible third-party claims. | 1.30 hrs. |
| 02/15/10 | N. T. ZINK | Second tier document review in connection with possible third-party claims. | 2.40 hrs. |
| 02/15/10 | T. L. STEVENSON | Continue reviewing Kasowitz complaint and underlying documents (1.2) and related e-mail correspondence with M. Ashley (.1); revising draft third party complaint (.9). | 2.20 hrs. |
| 02/15/10 | M. D. ASHLEY | Reviewed new factual materials relating to third-party complaint (1.8); emails with T. McCormack, T. Stevenson regarding revisions to third-party complaint (.4). | 2.20 hrs. |
| 02/15/10 | H. SEIFE | Telephone conference with E.Sassower and Committee chair re: third party claim issues (.5). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     9


| | | | |
|---|---|---|---|
| 02/15/10 | F. MALIK | Telephone meeting with A. Nellos regarding third-party claims (0.4). | 0.40 hrs. |
| 02/15/10 | T. J. MCCORMACK | Review of comments on third party complaint and respond to same (0.8); analyze issues on certain director issues (0.9); review materials on certain financial advisor disclosures (0.6). | 2.30 hrs. |
| 02/16/10 | T. J. MCCORMACK | Analysis of documents for use with third party complaint (1.4); review issues for 2/18 hearing re: evidence and witnesses (0.8); e-mails with team on certain third party documents and protective order issues (0.2); work on presentation of third party claims to Committee (1.6). | 4.00 hrs. |
| 02/16/10 | R. M. KIRBY | Further research on Delaware law for standards governing certain standing issues. | 3.10 hrs. |
| 02/16/10 | M. D. ASHLEY | Reviewed new summary materials relating to third-party claims (1.7); emails with T. Stevenson regarding third-party complaint and confidentiality issues (.6). | 2.30 hrs. |
| 02/16/10 | T. L. STEVENSON | Revising third party complaint (.5); Reviewing B. Kirby research re standing issue standards (.7); perform related follow-up research (3.1); revising standing motion (.8); e-mail correspondence re confidentiality issues (.4). | 5.50 hrs. |
| 02/16/10 | N. T. ZINK | Second tier document review in connection with possible third-party claims (2.6). | 2.60 hrs. |
| 02/17/10 | N. T. ZINK | Second tier document review in connection with possible third-party claims (1.8). | 1.80 hrs. |
| 02/17/10 | T. L. STEVENSON | Reviewing Siegel declaration and exhibits (.7); revising third party complaint (.2); e-mail correspondence with M. Ashley re same (.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 24, 2010
Invoice ******
Page    10

| | | | |
|---|---|---|---|
| 02/17/10 | M. D. ASHLEY | Reviewed production materials and pleadings relating to third-party complaint (1.4); emails with T. Stevenson regarding third-party claims (.3). | 1.70 hrs. |
| 02/17/10 | T. J. MCCORMACK | Review and analyze additional case law on specific third party causes of action (2.2); analysis of certain director documents (1.2). | 3.40 hrs. |
| 02/18/10 | T. J. MCCORMACK | Review and revise presentation to Committee on third party claims (1.4). | 1.40 hrs. |
| 02/18/10 | D. M. LeMAY | Work on revising part of Committee motion regarding standing to bring Third Party Claims. | 1.40 hrs. |
| 02/19/10 | D. E. DEUTSCH | Review motion for third party standing (.8); exchange e-mails and hold conference with David LeMay re: same (.3). | 1.10 hrs. |
| 02/19/10 | T. J. MCCORMACK | Review standing motion issues, Centerbridge inquiry and related scheduling issues (0.9); review documents from Zuckerman discovery (0.2). | 1.10 hrs. |
| 02/20/10 | N. T. ZINK | Second tier document review in connection with possible third party claims (1.6). | 1.60 hrs. |
| 02/22/10 | H. SEIFE | Memo to team on presentation to Committee on claims. | 0.60 hrs. |
| 02/22/10 | T. J. MCCORMACK | Analysis of options on motion for standing on certan third party issues, including review of relevant precedents (1.3); analyze case on standing issues in very specific factual context (1.3). | 2.60 hrs. |
| 02/22/10 | D. E. DEUTSCH | Conference with Marc Roitman to follow-up on certain third party-related research (.1); conference (.1) and e-mail Meghan Towers re: revisions to motion related to third party claims (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         March 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   11


| | | | |
|---|---|---|---|
| 02/22/10 | N. T. ZINK | Second tier document review re possible third-party claims (5.9). | 5.90 hrs. |
| 02/22/10 | T. L. STEVENSON | Reviewing certain relevant Delaware standing/plan decisons (.6) and e-mail correspondence with M. Ashley re same (.2). | 0.80 hrs. |
| 02/23/10 | N. T. ZINK | Second tier document review re potential third party claims (3.4). | 3.40 hrs. |
| 02/23/10 | T. J. MCCORMACK | Review analysis of standing motion in light of factual record at prior week's hearing (0.8); review summary of hearing evidence (0.4); confer M. Ashley re: status and standing issues (0.2); review current standing motion draft on third party claims (0.5); review correspondence re: ML production (0.2); confer M. Ashley re: Debtor documents and "attorneys' eyes only" designations and follow-up re: same (0.3). | 2.40 hrs. |
| 02/23/10 | M. S. TOWERS | Began reviewing documents for motion for standing re: 3rd party claims (.4) | 0.40 hrs. |
| 02/24/10 | M. S. TOWERS | Continued to review hearing transcript and other materials related to Motion for Standing re: 3rd Party Claims | 2.70 hrs. |
| 02/24/10 | T. J. MCCORMACK | Review information on use of discovery documents and options for use of same (0.6); review additional documents on claims (0.9); review Committee presentation on third party claims (0.8); analysis of third party damage claims in LBO context (1.3). | 3.60 hrs. |
| 02/24/10 | N. T. ZINK | Second tier document review re potential third party claims (4.2). | 4.20 hrs. |
| 02/24/10 | T. L. STEVENSON | Reviewing transcript of 2/18/10 hearing (2.1). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    12


02/24/10    E. M. MILLER        Perform second level document          2.60 hrs.
                                review of documents in Relativity,
                                in connection with investigation
                                of possible third-party claims
                                (2.6).

02/25/10    T. J. MCCORMACK     Analysis of issues concerning          2.50 hrs.
                                Debtor documentation, use and
                                orders on production (1.0); confer
                                H. Seife re: Committee meeting,
                                status and third party claims
                                (0.4); review part of current
                                draft of third party complaint
                                (0.6); analysis of issues on
                                standing order motion (0.5),

02/25/10    M. S. TOWERS        Continued to research (.7) and         1.80 hrs.
                                revise (1.1) motion for standing
                                to pursue third party claims.

02/25/10    H. SEIFE            Conference with D.Deutsch              0.40 hrs.
                                regarding revisions to standing
                                motion.

02/25/10    M. D. ASHLEY        Emails with T. McCormack, T.           1.00 hrs.
                                Stevenson regarding third-party
                                complaint (.4); reviewed
                                production materials regarding
                                third-party complaint (.6).

02/26/10    H. SEIFE            Review of draft standing motion.       0.60 hrs.

02/26/10    M. ROITMAN          Review of standing motion re:          2.50 hrs.
                                various third party claims (0.6);
                                review and analysis of cases cited
                                in third party standing motion
                                (1.9).

02/26/10    M. S. TOWERS        Continued to research, (.5) draft      4.30 hrs.
                                (1.2) and revise (2) motion for
                                standing re: third party claims;
                                cite checked same (.6)

02/26/10    T. J. MCCORMACK     Receipt and review information on      0.40 hrs.
                                discovery/document production
                                issues for Moody's (0.2); review
                                scheduling issues for Committee
                                meeting on third party claims
                                (0.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 02/26/10 | E. M. MILLER | Perform second level document review of documents in Relativity, in connection with investigation of possible claims (2.4). | 2.40 hrs. |
| 02/26/10 | T. L. STEVENSON | Reviewing debtor documents to make request of confidentiality waiver (1.2). | 1.20 hrs. |
| 02/26/10 | N. T. ZINK | Second tier document review re: potential third party claims. | 4.60 hrs. |
| 02/27/10 | T. J. MCCORMACK | Review all documents cited in third party complaint (1.2); review outline of claims for presentation to Committee (0.8). | 2.00 hrs. |
| 02/28/10 | T. J. MCCORMACK | Review case law on certain claims in LBO context (0.9). | 0.90 hrs. |
| 02/28/10 | M. D. ASHLEY | Emails with T. Stevenson regarding third-party complaint issues (.3); reviewed certain factual materials regarding third-party claims (.4). | 0.70 hrs. |


**Total Fees for Professional Services.............. $196,530.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 1.40 | 1197.00 |
| H. SEIFE | 965.00 | 15.70 | 15150.50 |
| N. T. ZINK | 795.00 | 77.10 | 61294.50 |
| T. J. MCCORMACK | 825.00 | 54.60 | 45045.00 |
| M. D. ASHLEY | 645.00 | 34.90 | 22510.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   14


| | | | |
|---|---:|---:|---:|
| D. E. DEUTSCH | 695.00 | 1.80 | 1251.00 |
| E. M. MILLER | 595.00 | 20.40 | 12138.00 |
| F. MALIK | 405.00 | .40 | 162.00 |
| F. VAZQUEZ | 625.00 | .20 | 125.00 |
| A. K. NELLOS | 595.00 | 1.10 | 654.50 |
| M. S. TOWERS | 475.00 | 9.20 | 4370.00 |
| R. M. KIRBY | 475.00 | 16.10 | 7647.50 |
| T. L. STEVENSON | 595.00 | 40.50 | 24097.50 |
| M. ROITMAN | 355.00 | 2.50 | 887.50 |
| TOTALS | | 275.90 | 196530.50 |