# EXHIBIT A



**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/08/2010 | PSS | 0.70 | Prepare preliminary exhibits in Excel format as requested by law firm. | 192.50 |
| | | **0.70** | | **$192.50** |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 0.70 = | $192.50 |
| | **Total for Legal Auditors:** | | 0.70 | $192.50 |
| | **Total Hours Worked:** | | 0.70 | |
| | **Total Hours Billed:** | | 0.70 | $192.50 |

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025496
Matter Number: 1025496
Firm: AlixPartners, LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/08/2010 | PSS | 0.60 | Prepare preliminary exhibits in Excel format as requested by law firm. | 165.00 |
| | | **0.60** | | **$165.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025496
Matter Number: 1025496
Firm: AlixPartners, LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 ˣ | 0.60 ⁼ | $165.00 |
|------------------|-----|----------|--------|---------|
| | | **Total for Legal Auditors:** | **0.60** | **$165.00** |
| | | **Total Hours Worked:** | **0.60** | |
| | | **Total Hours Billed:** | **0.60** | **$165.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1027355
Matter Number: 1027355
Firm: AlixPartners, LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/15/2010 | PSS | 1.90 | Reconcile fees in database to hard copy of interim application. | 522.50 |
| 02/16/2010 | PSS | 0.20 | Continue to reconcile fees in database to hard copy of interim application. | 55.00 |
| | | 3.20 | Review expenses requested in interim application and draft expense section of report. | 880.00 |
| 02/18/2010 | JLD | 2.30 | Review fee entries and classification of billing issues. | 747.50 |
| | | 1.10 | Begin draft of preliminary report and exhibit table. | 357.50 |
| 02/23/2010 | JLD | 3.60 | Review fees and classify billing issues. | 1,170.00 |
| | | 2.90 | Draft exhibit table and report. | 942.50 |
| | | **15.20** | | **$4,675.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1027355
Matter Number: 1027355
Firm: AlixPartners, LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 02/28/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 9.90 | = | $3,217.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.30 | = | $1,457.50 |
| **Total for Legal Auditors:** | | | | 15.20 | | $4,675.00 |
| **Total Hours Worked:** | | | | 15.20 | | |
| **Total Hours Billed:** | | | | 15.20 | | $4,675.00 |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026295
Matter Number: 1026295
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/01/2010 | JLD | 3.20 | Draft and edit preliminary report and exhibit table. | 1,040.00 |
| | | 3.60 | Review fee entries and classify potential billing issues. | 1,170.00 |
| | | **6.80** | | **$2,210.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026295
Matter Number: 1026295
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| John L. Decker | JLD | 325.00 x | 6.80 = | $2,210.00 |
| **Total for Legal Auditors:** | | | **6.80** | **$2,210.00** |
| **Total Hours Worked:** | | | **6.80** | |
| **Total Hours Billed:** | | | **6.80** | **$2,210.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1027395
Matter Number: 1027395
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/22/2010 | PSS | 0.80 | Reconcile fees in database to hard copy of interim application. | 220.00 |
| 02/23/2010 | FAE | 0.80 | Review application and court order in preparation for review and analysis of fees. | 220.00 |
| 02/23/2010 | PSS | 0.90 | Continue to reconcile fees in database to hard copy of interim application. | 247.50 |
| | | 1.60 | Review expenses requested in interim application and draft expense section of report. | 440.00 |
| 02/24/2010 | FAE | 1.70 | Review and analyze fees for task entries describing administrative/clerical activities. | 467.50 |
| | | 2.10 | Review and analysis of fees related to conferences. | 577.50 |
| 02/26/2010 | FAE | 2.10 | Further review analysis of fee entries for potential billing issues. | 577.50 |
| | | **10.00** | | **$2,750.00** |

# STUART/MAUE
### LEGAL COST ⱽ MANAGEMENT

**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 02/28/2010** | | | | |
| **Legal Auditors** | | | | |
| Felica A. Ezell | FAE | 275.00 x | 6.70 = | $1,842.50 |
| Pamela S. Snyder | PSS | 275.00 x | 3.30 = | $907.50 |
| **Total for Legal Auditors:** | | | 10.00 | $2,750.00 |
| **Total Hours Worked:** | | | 10.00 | |
| **Total Hours Billed:** | | | 10.00 | $2,750.00 |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1027275**
**Matter Number: 1027275**
**Firm: Horwood, Marcus & Berk Chartered**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/12/2010 | PSS | 0.70 | Reconcile fees in database to hard copy of fee application. | 192.50 |
| 02/17/2010 | JLD | 1.30 | Review fee entries and classify potential billing issues. | 422.50 |
| | | 1.60 | Draft and edit preliminary report and exhibit table. | 520.00 |
| | | **3.60** | | **$1,135.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1027275
Matter Number: 1027275
Firm: Horwood, Marcus & Berk Chartered

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 02/28/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 2.90 | = | $942.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| **Total for Legal Auditors:** | | | | 3.60 | | $1,135.00 |
| **Total Hours Worked:** | | | | 3.60 | | |
| **Total Hours Billed:** | | | | 3.60 | | $1,135.00 |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025505
Matter Number: 1025505
Firm: Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/12/2010 | WD | 0.20 | Analyze firm's response to the preliminary report, including revised time entries addressed therein. | 65.00 |
| | | 0.40 | Begin to draft final report. | 130.00 |
| 02/15/2010 | WD | 0.60 | Draft and revise final report. | 195.00 |
| | | 0.90 | Analysis and verification of clerical activities identified by Stuart Maue and challenged by the firm. | 292.50 |
| 02/19/2010 | PSS | 0.50 | Prepare final exhibits and Appendix A to accompany final report. | 137.50 |
| | | **2.60** | | **$820.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025505
Matter Number: 1025505
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 2.10 | = | $682.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| **Total for Legal Auditors:** | | | | **2.60** | | **$820.00** |
| **Total Hours Worked:** | | | | **2.60** | | |
| **Total Hours Billed:** | | | | **2.60** | | **$820.00** |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1026336**
**Matter Number: 1026336**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/02/2010 | PSS | 2.00 | Continue to reconcile fees in database to hard copy of interim application. | 550.00 |
| | | 0.90 | Review expenses requested in application and draft expense section of report. | 247.50 |
| 02/04/2010 | DB | 0.20 | Met with MJB re fee analysis for the preliminary report. | 55.00 |
| 02/04/2010 | MJB | 1.00 | Begin identifying Landis tasks for work on Landis' fee applications and distinguish between fee app and adminstrative billing tasks. | 275.00 |
| | | 0.50 | Review fee entries for overview of billing issues, timekeeper roles. | 137.50 |
| | | 3.30 | Begin identification of clerical tasks billed by Landis professionals. | 907.50 |
| | | 0.80 | Begin identification of tasks describing administrative billing of Landis' own invoices. | 220.00 |
| 02/05/2010 | MJB | 1.30 | Continue identification of fee application and billing tasks and distinguish administrative work. | 357.50 |
| | | 0.40 | Identify attendance at events billed by Landis timekeepers. | 110.00 |
| | | 0.50 | Examine tasks billed by potentially transient Landis timekeepers. | 137.50 |
| | | 0.80 | Continue examination of Landis task descriptions to identify clerical and administrative tasks. | 220.00 |
| | | 0.90 | Review conferences to identify intraoffice conferences and multiple attendees. | 247.50 |
| 02/06/2010 | MJB | 0.80 | Identify and classify legal research, vaguely described tasks, time increments, and begin review of blocked billing. | 220.00 |
| | | 0.70 | Review Landis fee entries and classify transient billers, potential double billing, long billing days, travel, non-working travel, and travel over half-rate. | 192.50 |
| 02/08/2010 | MJB | 3.00 | Continue classification of clerical, vaguely described activities, administrative, and fee application projects. | 825.00 |
| 02/09/2010 | MJB | 4.20 | Final review of fee classifications for questioned categories and projects. | 1,155.00 |
| | | **21.30** | | **$5,857.50** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026336
Matter Number: 1026336
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 02/28/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 0.20 = | $55.00 |
| Michael J. Brychel | MJB | 275.00 x | 18.20 = | $5,005.00 |
| Pamela S. Snyder | PSS | 275.00 x | 2.90 = | $797.50 |
| **Total for Legal Auditors:** | | | 21.30 | $5,857.50 |
| **Total Hours Worked:** | | | 21.30 | |
| **Total Hours Billed:** | | | 21.30 | $5,857.50 |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1025506**
**Matter Number: 1025506**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/01/2010 | DB | 1.10 | Revised draft report and verified findings. | 302.50 |
| 02/02/2010 | DB | 0.20 | Verification of exhibits for preliminary report. | 55.00 |
| 02/02/2010 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| 02/05/2010 | WD | 0.30 | Edit and revise preliminary report. | 97.50 |
| 02/11/2010 | PSS | 0.30 | Review preliminary report and exhibits to verify amounts and calculations. | 82.50 |
| 02/12/2010 | PSS | 0.10 | Revisions to preliminary report and exhibits. | 27.50 |
| 02/15/2010 | PSS | 0.20 | Final review and verification of preliminary report and exhibits. | 55.00 |
| | | **2.40** | | **$675.00** |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1025506**
**Matter Number: 1025506**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 02/28/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 1.30 = | $357.50 |
| W. Andrew Dalton | WD | 325.00 x | 0.30 = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| **Total for Legal Auditors:** | | | **2.40** | **$675.00** |
| **Total Hours Worked:** | | | **2.40** | |
| **Total Hours Billed:** | | | **2.40** | **$675.00** |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1025508**
**Matter Number: 1025508**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/02/2010 | DB | 1.70 | Revised preliminary report and contemporaneous review of fees. | 467.50 |
| 02/05/2010 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| 02/11/2010 | PSS | 0.40 | Prepare exhibits to accompany preliminary report. | 110.00 |
| 02/15/2010 | PSS | 0.40 | Review preliminary report and exhibits to verify amounts and calculations. | 110.00 |
| 02/16/2010 | PSS | 0.50 | Final review and verification of preliminary report and exhibits. | 137.50 |
| | | **3.40** | | **$955.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025508
Matter Number: 1025508
Firm: McDermott, Will & Emery

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 02/28/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 1.70 | = | $467.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| **Total for Legal Auditors:** | | | | **3.40** | | **$955.00** |
| **Total Hours Worked:** | | | | **3.40** | | |
| **Total Hours Billed:** | | | | **3.40** | | **$955.00** |

# STUART/MAUE
LEGAL COST ⋁ MANAGEMENT

**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/01/2010 | PSS | 1.50 | Final review of final report and verification of amounts. | 412.50 |
| | | **1.50** | | **$412.50** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 1.50 = | $412.50 |
| | **Total for Legal Auditors:** | | **1.50** | **$412.50** |
| | **Total Hours Worked:** | | **1.50** | |
| | **Total Hours Billed:** | | **1.50** | **$412.50** |



**Tribune Company**

**Invoice Date:** 03/23/2010
**Invoice Number:** R805 - 1027155
**Matter Number:** 1027155
**Firm:** Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/11/2010 | PSS | 1.90 | Reconcile fees in database to hard copy of interim fee application. | 522.50 |
| | | 0.90 | Review expenses requested in interim application and draft expense section of report. | 247.50 |
| 02/12/2010 | JLD | 1.80 | Review fee entries and classify billing issues. | 585.00 |
| | | 1.60 | Draft and edit preliminary report and exhibit table. | 520.00 |
| | | **6.20** | | **$1,875.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1027155
Matter Number: 1027155
Firm: Mercer (US) Inc.

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 02/28/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 3.40 | = | $1,105.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.80 | = | $770.00 |
| **Total for Legal Auditors:** | | | | 6.20 | | $1,875.00 |
| **Total Hours Worked:** | | | | 6.20 | | |
| **Total Hours Billed:** | | | | 6.20 | | $1,875.00 |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1027055
Matter Number: 1027055
Firm: Official Committee of Unsecured
Creditors

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/11/2010 | WD | 0.10 | Review committee's counsel's response to the preliminary report. | 32.50 |
| | | 0.20 | Draft and edit final report. | 65.00 |
| 02/27/2010 | PSS | 0.30 | Preparation of Appendix A to accompany final report. | 82.50 |
| | | **0.60** | | **$180.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1027055
Matter Number: 1027055
Firm: Official Committee of Unsecured
Creditors

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.30 | = | $82.50 |
| **Total for Legal Auditors:** | | | | **0.60** | | **$180.00** |
| **Total Hours Worked:** | | | | **0.60** | | |
| **Total Hours Billed:** | | | | **0.60** | | **$180.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 02/28/2010 | | | | |
| 02/01/2010 | PSS | 0.70 | Final review of final report and verification of amounts. | 192.50 |
| | | **0.70** | | **$192.50** |



**Tribune Company**

Invoice Date: **03/23/2010**
Invoice Number: **R805 - 1025235**
Matter Number: **1025235**
Firm: **PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| **Total for Legal Auditors:** | | | | **0.70** | | **$192.50** |
| **Total Hours Worked:** | | | | **0.70** | | |
| **Total Hours Billed:** | | | | **0.70** | | **$192.50** |



**Tribune Company**

**Invoice Date:** 03/23/2010
**Invoice Number:** R805 - 1025513
**Matter Number:** 1025513
**Firm:** PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/02/2010 | DB | 0.10 | Conference with WAD re administrative and retention findings. | 27.50 |
| | | 0.20 | Revised draft report section re adminstrative time and retention efforts. | 55.00 |
| | | 1.40 | Revised draft report and contemporaneous review of fees. | 385.00 |
| 02/05/2010 | WD | 0.50 | Revise, edit, and verify text and figures in preliminary report. | 162.50 |
| 02/11/2010 | PSS | 0.10 | Prepare exhibits to accompany preliminary report. | 27.50 |
| 02/17/2010 | PSS | 0.10 | Final review and verification of preliminary report and exhibits. | 27.50 |
| | | 0.70 | Review preliminary report and exhibits and verification of amounts and calculations. | 192.50 |
| | | **3.10** | | **$877.50** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025513
Matter Number: 1025513
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 02/28/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 1.70 | = | $467.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.90 | = | $247.50 |
| | **Total for Legal Auditors:** | | | 3.10 | | $877.50 |
| | **Total Hours Worked:** | | | 3.10 | | |
| | **Total Hours Billed:** | | | 3.10 | | $877.50 |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1025514**
**Matter Number: 1025514**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/12/2010 | WD | 0.10 | Review firm's response to the preliminary report. | 32.50 |
| | | 0.40 | Draft and verify the final report. | 130.00 |
| 02/19/2010 | PSS | 0.30 | Final review of final report and exhibits and verification of amounts. | 82.50 |
| | | 0.60 | Prepare final exhibits and Appendix A to accompany final report. | 165.00 |
| | | **1.40** | | **$410.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025514
Matter Number: 1025514
Firm: Reed Smith LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.90 | = | $247.50 |
| **Total for Legal Auditors:** | | | | **1.40** | | **$410.00** |
| | | | | | | |
| **Total Hours Worked:** | | | | **1.40** | | |
| | | | | | | |
| **Total Hours Billed:** | | | | **1.40** | | **$410.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026335
Matter Number: 1026335
Firm: Reed Smith LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 02/28/2010 | | | | |
| 02/02/2010 | PSS | 1.80 | Reconcile fees in database to hard copy of interim application. | 495.00 |
| 02/11/2010 | PSS | 0.30 | Review expenses requested in interim application and draft expense section of report. | 82.50 |
| | | 1.20 | Continue to reconcile fees in database to hard copy of interim fee application. | 330.00 |
| 02/16/2010 | JLD | 1.50 | Draft and edit preliminary report and exhibit table. | 487.50 |
| | | 1.60 | Review fee entries and classify potential billing issues. | 520.00 |
| | | **6.40** | | **$1,915.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026335
Matter Number: 1026335
Firm: Reed Smith LLP

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 3.10 | = | $1,007.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.30 | = | $907.50 |
| **Total for Legal Auditors:** | | | | **6.40** | | **$1,915.00** |
| **Total Hours Worked:** | | | | **6.40** | | |
| **Total Hours Billed:** | | | | **6.40** | | **$1,915.00** |



**Tribune Company**

**Invoice Date:** 03/23/2010
**Invoice Number:** R805 - 1027337
**Matter Number:** 1027337
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/10/2010 | PSS | 2.20 | Reconcile fees in database to hard copy of fee application. | 605.00 |
| | | 0.60 | Review expenses requested in application and draft expense section of report. | 165.00 |
| 02/11/2010 | JLD | 0.80 | Begin review of fee entries to classify fee entries. | 260.00 |
| 02/12/2010 | JLD | 0.90 | Draft and edit preliminary report and exhibit table. | 292.50 |
| | | 0.80 | Review fee entries and identify billing issues. | 260.00 |
| | | **5.30** | | **$1,582.50** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1027337**
**Matter Number: 1027337**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 02/28/2010** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 2.50 = | $812.50 |
| Pamela S. Snyder | PSS | 275.00 x | 2.80 = | $770.00 |
| | | **Total for Legal Auditors:** | 5.30 | $1,582.50 |
| | | **Total Hours Worked:** | 5.30 | |
| | | **Total Hours Billed:** | 5.30 | $1,582.50 |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/03/2010 | DB | 2.60 | Drafted second preliminary report. | 715.00 |
| | | 6.40 | Review and analysis of conferences and communications activities. | 1,760.00 |
| 02/11/2010 | DB | 0.40 | Revision to draft preliminary report re second fee application. | 110.00 |
| 02/11/2010 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| 02/12/2010 | PSS | 0.70 | Prepare revised exhibits to accompany preliminary report. | 192.50 |
| | | 0.60 | Review preliminary report and exhibits to verify amounts and calculations. | 165.00 |
| 02/15/2010 | PSS | 0.50 | Final review and verification of preliminary report and exhibits. | 137.50 |
| | | **11.60** | | **$3,210.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 02/28/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 9.40 = | $2,585.00 |
| W. Andrew Dalton | WD | 325.00 x | 0.40 = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.80 = | $495.00 |
| | **Total for Legal Auditors:** | | **11.60** | **$3,210.00** |
| | **Total Hours Worked:** | | **11.60** | |
| | **Total Hours Billed:** | | **11.60** | **$3,210.00** |



**STUART MAUE**
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025441
Matter Number: 1025441
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/04/2010 | DB | 2.20 | Drafted third preliminary report. | 605.00 |
| | | 4.00 | Further review and analysis of prevalent multiple attendance issues and intraoffice conference issues. | 1,100.00 |
| 02/08/2010 | DB | 4.10 | Further review of fees relating to conference and communication issues. | 1,127.50 |
| | | 3.80 | Review and verification of clerical and administrative billing issues. | 1,045.00 |
| 02/09/2010 | DB | 4.70 | Complex analysis of fees regarding multiple attendance issues. | 1,292.50 |
| 02/10/2010 | DB | 6.30 | Further review of fees re multiple attendance issues. | 1,732.50 |
| 02/11/2010 | DB | 0.50 | Revision to draft preliminary report re third fee application. | 137.50 |
| | | 1.30 | Further review of fee analysis to date. | 357.50 |
| | | 0.20 | Confernce with WAD re status of preliminary report. | 55.00 |
| 02/15/2010 | DB | 3.20 | Contintued review and verification of fee analysis. | 880.00 |
| | | 4.40 | Coding of conference and mulitple attendance issues. | 1,210.00 |
| | | **34.70** | | **$9,542.50** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1025441
Matter Number: 1025441
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**
Dave Brown ..... DB ..... 275.00 x ..... 34.70 = ..... $9,542.50

Total for Legal Auditors: ..... 34.70 ..... $9,542.50

Total Hours Worked: ..... 34.70

Total Hours Billed: ..... 34.70 ..... $9,542.50



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026275
Matter Number: 1026275
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/01/2010 | JLD | 1.10 | Begin review of fee entries and classify for conferences. | 357.50 |
| 02/02/2010 | JLD | 4.60 | Review fee entries and continue to classify conferences. | 1,495.00 |
| | | 1.80 | Begin to draft preliminary report and exhibit table. | 585.00 |
| 02/03/2010 | JLD | 7.30 | Review fee entries and classify issues related to conferences. | 2,372.50 |
| 02/04/2010 | JLD | 7.10 | Review fee entries and classify for multiple attendance and intraoffice conferences. | 2,307.50 |
| 02/05/2010 | JLD | 1.90 | Edit and draft preliminary report and exhibit table. | 617.50 |
| | | 2.10 | Review fee entries and classify multiple attendance. | 682.50 |
| 02/15/2010 | JLD | 7.30 | Review fee entries and identify vaguely described time entries. | 2,372.50 |
| 02/16/2010 | JLD | 1.80 | Draft and edit report and exhibit table. | 585.00 |
| | | 2.30 | Review fee entries and classify vaguely described tasks. | 747.50 |
| | | **37.30** | | **$12,122.50** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026275
Matter Number: 1026275
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| John L. Decker | JLD | 325.00 x | 37.30 = | $12,122.50 |
|----------------|-----|----------|---------|-----------|
| Total for Legal Auditors: | | | 37.30 | $12,122.50 |
| | | | | |
| Total Hours Worked: | | | 37.30 | |
| Total Hours Billed: | | | 37.30 | $12,122.50 |



**Tribune Company**

**Invoice Date:** 03/23/2010
**Invoice Number:** R805 - 1024395
**Matter Number:** 1024395
**Firm:** Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/02/2010 | PSS | 0.20 | Review fee applications received recently. | 55.00 |
| | | 0.30 | Review application for ordinary course professional Horwood. | 82.50 |
| 02/12/2010 | WD | 0.10 | Edit and verify figures in Certificate of No Objection for SMMJ's Ninth Monthly Application. | 32.50 |
| 02/17/2010 | WD | 2.40 | Prepare and verify Stuart Maue's tenth monthly fee application. | 780.00 |
| 02/22/2010 | PSS | 0.20 | Analysis of fee applications received recently. | 55.00 |
| 02/23/2010 | PSS | 0.40 | Review recently received fee applications | 110.00 |
| | | **3.60** | | **$1,115.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 02/28/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 2.50 | = | $812.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| **Total for Legal Auditors:** | | | | **3.60** | | **$1,115.00** |
| **Total Hours Worked:** | | | | **3.60** | | |
| **Total Hours Billed:** | | | | **3.60** | | **$1,115.00** |



**Tribune Company**

Invoice Date: 03/23/2010
Invoice Number: R805 - 1026017
Matter Number: 1026017
Firm: Zuckerman Spaeder

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 02/28/2010** | | | | |
| 02/17/2010 | PSS | 2.20 | Reconcile fees in database to hard copy of interim application. | 605.00 |
| | | 1.40 | Review expenses requested in interim application and draft expense section of report. | 385.00 |
| 02/19/2010 | PSS | 0.60 | Continue to review expenses requested in interim application and draft expense section of report. | 165.00 |
| 02/22/2010 | KCT | 1.40 | Review and analyze fee entries related to conferences. | 385.00 |
| | | 0.10 | Review and analyze summary of hours and fees by individual. | 27.50 |
| | | 0.30 | Review and analyze firm's notice of application. | 82.50 |
| | | 1.30 | Review and analyze fee entries related to intraoffice conferences. | 357.50 |
| | | 0.60 | Review and analyze fee entries related to nonfirm conferences. | 165.00 |
| | | 0.30 | Begin to review and analyze fee entries related to intraoffice multiple attendance. | 82.50 |
| | | 0.80 | Continue to review and analyze fee entries related to conferences. | 220.00 |
| 02/22/2010 | PSS | 1.40 | Complete review of expenses requested in interim application and drafting of expense section of report. | 385.00 |
| 02/23/2010 | KCT | 0.20 | Continue to review and analyze fee entries related to administrative/clerical activity with particular attention to tasks related to the fee application and retention. | 55.00 |
| | | 1.80 | Review and analyze fee entries related to nonfirm multiple attendance. | 495.00 |
| | | 0.50 | Review and analyze fee entries describing administrative/clerical activity. | 137.50 |
| | | 2.40 | Continue to review and analyze fee entries related to intraoffice multiple attendance. | 660.00 |
| 02/25/2010 | KCT | 1.00 | Review and analyze fee entries related to multiple attendance at nonfirm conferences and events. | 275.00 |
| | | 1.20 | Review and analyze fee entries describing legal research. | 330.00 |
| | | 0.60 | Review and analyze vaguely described conferences. | 165.00 |
| | | 0.20 | Review and analyze time increments other than .10 of an hour increments. | 55.00 |
| | | 0.30 | Review and analyze fee entries related to travel. | 82.50 |
| | | 0.10 | Review and analyze fee entries of potentially transient timekeepers. | 27.50 |
| | | 0.30 | Review and analyze fee entries related to potential double billing. | 82.50 |
| | | 0.10 | Review and analyze fee entries related to potential long billing days. | 27.50 |
| | | 0.30 | Review and analyze fee entries related to firm's retention. | 82.50 |
| | | **19.40** | | **$5,335.00** |



**Tribune Company**

**Invoice Date: 03/23/2010**
**Invoice Number: R805 - 1026017**
**Matter Number: 1026017**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 02/28/2010**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 5.60 = | $1,540.00 |
| Kathy C. Tahan | KCT | 275.00 x | 13.80 = | $3,795.00 |
| | | **Total for Legal Auditors:** | **19.40** | **$5,335.00** |
| | | **Total Hours Worked:** | **19.40** | |
| | | **Total Hours Billed:** | **19.40** | **$5,335.00** |



**Tribune Company**

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Summary For Professional Services through 02/28/2010** | | | | | |
| **Legal Auditors** | | | | | |
| Dave Brown | DB | 275.00 X | 49.00 | = | $13,475.00 |
| Michael J. Brychel | MJB | 275.00 X | 18.20 | = | $5,005.00 |
| W. Andrew Dalton | WD | 325.00 X | 7.00 | = | $2,275.00 |
| John L. Decker | JLD | 325.00 X | 65.90 | = | $21,417.50 |
| Felica A. Ezell | FAE | 275.00 X | 6.70 | = | $1,842.50 |
| Pamela S. Snyder | PSS | 275.00 X | 37.80 | = | $10,395.00 |
| Kathy C. Tahan | KCT | 275.00 X | 13.80 | = | $3,795.00 |
| | | **Total for Legal Auditors:** | **198.40** | | **$58,205.00** |
| | | **Total Hours Worked:** | **198.40** | | |
| | | **Total Hours Billed:** | **198.40** | | **$58,205.00** |