# EXHIBIT B

TRIBUNE COMPANY, et al.

**EXPENSE SUMMARY**

Invoice Date: 3/26/2010
Invoice Number: R805 - Expenses

### TRIBUNE - FEBRUARY 2010 EXPENSES

PHOTOCOPIES:

        2,571 at $0.10/Page    $257.10

POSTAGE:

        Postage Paid    101.50

**TOTAL EXPENSES:    $358.60**