# EXHIBIT A

### (Fee Statement)

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

March 12, 2010

Please refer to
Invoice Number: 1825131

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2010 | $5,991.50 |
| **Current Fees and Costs Due** | **$5,991.50** |
| **Total Balance Due** | **$5,991.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

March 12, 2010

Please refer to
Invoice Number: 1825131

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2010 | $5,991.50 |
| **Current Fees and Costs Due** | **$5,991.50** |
| **Total Balance Due** | **$5,991.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096  

Attn: David Eldersveld, Esq.  
Vice President & Deputy General Counsel

March 12, 2010

Please refer to  
Invoice Number: 1825131

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED  
for the period ending February 28, 2010

**Post-Petition General Matter** $5,991.50

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/02/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/03/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/04/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/05/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/08/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/09/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/10/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/16/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/17/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/18/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/19/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/22/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/23/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/24/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/25/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/26/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| **Subtotal: B110 Case Administration** | | | **1.80** | | **369.00** |

**B160   Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/10 | JS34 | Attend conference with S. Park regarding preparation of fee application (0.4) | 0.40 | 360.00 | 144.00 |
| 02/02/10 | JBB3 | Conduct supplemental conflict check (1.0) | 1.00 | 205.00 | 205.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/10 | RPR | Prepare draft thirteenth monthly (January 2010) fee application (0.7) and fifth interim fee application (0.4) | 1.10 | 320.00 | 352.00 |
| 02/18/10 | KDN | Draft responsive email to A. Rivera regarding interim fee application hearing (0.1) | 0.10 | 660.00 | 66.00 |
| 02/23/10 | RPR | Review January billing statements (0.7) | 0.70 | 320.00 | 224.00 |
| 02/24/10 | JPB7 | Review January bill for privilege (0.8) | 0.80 | 565.00 | 452.00 |
| 02/25/10 | JS34 | Review January monthly fee application (0.5) | 0.50 | 360.00 | 180.00 |
| 02/25/10 | RPR | Review January draft bill (0.2); forward same to J. Schoen (0.1); work on draft thirteenth monthly (January) fee application (0.8) | 1.10 | 320.00 | 352.00 |
| 02/26/10 | JS34 | Review January monthly fee application (1.0) | 1.00 | 360.00 | 360.00 |
| 02/26/10 | RPR | Revise thirteenth monthly (January) fee application (0.4); forward same to K. Newmarch (0.1) | 0.50 | 320.00 | 160.00 |
| | **Subtotal: B160 Fee/ Employment Applications** | | **7.20** | | **2,495.00** |

### B320  Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/10 | JSR6 | Review disclosure statement to be filed with court regarding description of TMCT portfolio real estate transactions (2.5) | 2.50 | 695.00 | 1,737.50 |
| 02/15/10 | JSR6 | Review revised disclosure statement to be submitted to court regarding TMCT properties transaction (2.0) | 2.00 | 695.00 | 1,390.00 |
| | **Subtotal: B320 Plan and Disclosure Statement** | | **4.50** | | **3,127.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.50 | 695.00 | 3,127.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 0.80 | 565.00 | 452.00 |
| JS34 | Jacqueline A. Schoen | ASSOCIATE | 1.90 | 360.00 | 684.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.10 | 660.00 | 66.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 3.40 | 320.00 | 1,088.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 2.80 | 205.00 | 574.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | $5,991.50 |
| **Total Balance Due** | $5,991.50 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

March 12, 2010

Please refer to
Invoice Number: 1825132

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2010 | $4,679.00 |
| **Current Fees and Costs Due** | **$4,679.00** |
| **Total Balance Due** | **$4,679.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
  Vice President & Deputy General Counsel

March 12, 2010

Please refer to
Invoice Number: 1825132

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending February 28, 2010 | $4,679.00 |
| **Current Fees and Costs Due** | $4,679.00 |
| **Total Balance Due** | $4,679.00 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

March 12, 2010  

Please refer to  
Invoice Number: 1825132  

Attn: David Eldersveld, Esq.  
      Vice President & Deputy General Counsel  

PHJ&W Tax ID No. 95-2209675  

FOR PROFESSIONAL SERVICES RENDERED  
for the period ending February 28, 2010  

### KTLA                                       $4,679.00

**B185 Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/10 | DJP2 | Review subordination and non-disturbance agreement with respect to KTLA lease (0.8) | 0.80 | 825.00 | 660.00 |
| 02/23/10 | DJP2 | Review subordination and non-disturbance agreement comments with respect to KTLA lease (0.8) | 0.80 | 825.00 | 660.00 |
| 02/23/10 | PAR | Review email from S. Pater regarding status of KTLA second amendment to lease and subordination agreement (0.2); review KTLA lease documents (0.2); telephone conference with S. Nock, Hudson's lender's counsel, regarding KTLA second amendment to lease and subordination agreement (0.4) | 0.80 | 840.00 | 672.00 |
| 02/25/10 | FLH | Review S. Nock's, lender's counsel, changes to second amendment to KTLA lease and subordination agreement (0.5); review legal description of KTLA premises under the KTLA lease (0.5) | 1.00 | 335.00 | 335.00 |
| 02/25/10 | PAR | Review subordination agreement (0.5); prepare issue memorandum for KTLA second amendment to lease and subordination agreement (1.0) | 1.50 | 840.00 | 1,260.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/10 | PAR | Prepare for conference call with S. Nock, Hudson's lender's counsel (0.3); conference call with S. Nock regarding subordination agreement and second amendment to KTLA lease (1.0) | 1.30 | 840.00 | 1,092.00 |
| | | **Subtotal: B185 Assumption/ Rejection of Leases and Contracts** | 6.20 | | 4,679.00 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| DJP2 | Daniel J. Perlman | PARTNER | 1.60 | 825.00 | 1,320.00 |
| PAR | Patrick A. Ramsey | PARTNER | 3.60 | 840.00 | 3,024.00 |
| FLH | Felicia L. Holley | PARALEGAL | 1.00 | 335.00 | 335.00 |

| | |
|---|---|
| **Current Fees and Costs** | $4,679.00 |
| **Total Balance Due** | $4,679.00 |

**EXHIBIT B**

**(Expenses Statement)**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents/ Title Insurance Documents | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $0.00 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $0.00 |
| Photocopy Charges ($0.10 per page) | | $0.00 |
| Outside Photocopying | | $0.00 |
| Facsimile | | $0.00 |
| **TOTAL** | | **$0.00** |