Jean-Marie L. Atamian, Esq.
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910

*Counsel To Barclays Capital*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------------x
In re                                                              :
                                                                   :   **Chapter 11**
                                                                   :
**TRIBUNE COMPANY,** *et al.*,                                     :   **Case No. 08-13141 (KJC)**
                                                                   :
                        Debtors.                                   :   **(Jointly Administered)**
                                                                   :
---------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York, and that on March 29, 2010, I caused copies of the Notice (the "Notice") of Appearance and Request for Service of Papers By Mayer Brown LLP on Behalf of Barclays Capital to be served by United Parcel Service Next Day Air upon: (i) The Honorable Kevin J. Carey, United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, (ii) Office of the United States Trustee, 844 King Street, Room 2207, Wilmington, Delaware 19801 (Attn: Joseph J. McMahon, Jr., Esq.), (iii) Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Bryan Krakauer, Esq.), and (iv) Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: J. Kate Stickles, Esq.).

17624358.1

I further certify that on March 29, 2010, I caused copies of the Notice to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:  New York, New York
March 29, 2010

By: /s/ James Hennessey
James Hennessey

17624358.1