UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

FEE EXAMINER'S FINAL REPORT
REGARDING SECOND INTERIM FEE APPLICATION OF
LANDIS RATH & COBB LLP

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the Second Interim Fee Application of Landis Rath & Cobb LLP for the period from March 1, 2009, through May 31, 2009 ("Application"), seeking approval of fees that total $151,213.00 and reimbursement of expenses that total $9,480.28. Landis Rath & Cobb LLP ("Landis Rath") is co-counsel to the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Background

1. Stuart Maue reviewed the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2. This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a category are underlined in the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed.

3. Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

4. Stuart Maue prepared and submitted a preliminary report to Landis Rath, and the firm provided a written response. After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings

### Reconciliation of Fees and Expenses

5. Stuart Maue recomputed the fees and expenses requested in the Application. The hours billed by each timekeeper were totaled and multiplied by the individual's hourly rate. The reconciliation of fees revealed that the fees requested were $105.00 less than the fees computed. The discrepancy is the result of task hours within two entries that did not equal the time billed for the entry as a whole:

| Invoice Number | Entry Number | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | |
| 9626 | 233 | Rath | 05/06/09 | $525.00 | 0.80 | 0.70 | $420.00 | $367.50 | 0.10 | $52.50 |
| | | | | | | | Total Overcharges | | 0.10 | $52.50 |
| **Undercharges** | | | | | | | | | | |
| 9442 | 233 | Rath | 04/28/09 | $525.00 | 3.50 | 3.80 | $1,837.50 | $1,995.00 | (0.30) | ($157.50) |
| | | | | | | | Total Undercharges | | (0.30) | ($157.50) |
| | | | | | | | Net Total Discrepancy | | (0.20) | ($105.00) |

Stuart Maue notes that in the fourth monthly application the firm's expenses totaled $5,588.76. However, the amount requested was incorrect due to a clerical error. In a Certificate of No Objection filed by Landis Rath on June 19, 2009, a footnote stated "Due to a clerical error, the Fourth Application overstated by $38.80 the amount of expenses sought to be reimbursed. The corrected expense reimbursement is $5,588.76." The firm requested the correct amount in this Application. The figures in this report and the accompanying exhibits reflect the fees and expenses computed by Stuart Maue.

### Review of Fees

6. **Firm Staffing.** The Guidelines in in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11." The Application provided the names, positions, and

hourly rates of the Landis Rath timekeepers who billed to this matter. The matter was staffed with twelve professionals and paraprofessionals, consisting of three partners, four associates, four paralegals, and one legal assistant. A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm billed a total of 421.60 hours with associated fees of $151,318.00.[2] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 102.30 | 24% | $ 56,354.50 | 37% |
| Associate | 212.00 | 50% | 74,055.00 | 49% |
| Paralegal | 100.40 | 24% | 20,046.00 | 13% |
| Legal Assistant | 6.90 | 2% | 862.50 | * |
| TOTAL | 421.60 | 100% | $151,318.00 | 100% |

* Less than 1%

The blended hourly rate for the Landis Rath professionals is $414.92 and the blended hourly rate for professionals and paraprofessionals is $358.91.

7.  **Hourly Rate Increases.** Landis Rath did not increase the hourly rate of any timekeeper during the second interim period.

8.  **Transient Timekeepers.** The activities of timekeepers whose participation appears to be limited and sporadic become questionable if the value of their involvement and necessity of their contribution is unclear. Stuart Maue recognizes that some professionals or paraprofessionals have specialized knowledge or expertise and may be called upon to provide services to the case on a limited basis. In the Application, we identified one attorney who appeared to have minimal involvement in the case and who billed for activities that may have been performed by other timekeepers or timekeepers billing at a lower rate. Stuart Maue requested that Landis Rath provide additional information regarding the role of this individual, whose lone time entry was displayed in Exhibit B to the preliminary report.

---

[2] This amount reflects the fees computed by Stuart Maue.

In response, Landis Rath stated the partner in question reviewed and executed a fee application due to the absence of the partner in charge of the engagement. Firm policy required a partner to perform this task, which was done expeditiously and with minimal time and fees. Given the additional information provided by the firm, Stuart Maue makes no recommendation for a fee reduction. Exhibit B is omitted from this report.

9. **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." Stuart Maue identified five activity descriptions in the Application that were not sufficiently detailed. The billing entries identified as vaguely described activities were displayed in Exhibit C to the preliminary report.

In response, Landis Rath supplemented each of the entries with additional detail. Stuart Maue makes no recommendation for a fee reduction resulting from the five entries, and Exhibit C is omitted from this report.

10. **Block Billing.** The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). The Application did not contain any block billed time entries.

11. **Conferences, Hearings, and Other Events.** Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the

applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In Re Busy Beaver Bldg. Centers, Inc.* 19 F.3d 833, 856 (3rd Cir. 1994).

      a.    **Nonfirm Conferences, Hearings, and Events.** Stuart Maue identified occasions where two or more Landis Rath timekeepers billed to attend the same nonfirm conference, hearing, or other event. The entries, totaling 7.10 hours with $3,385.50 in associated fees, were displayed in Exhibit D to the preliminary report. The entries for all attendees, except the timekeeper who appeared most responsible for the event (i.e., the attorney leading rather than observing a meeting), totaling 2.90 hours with $1,686.00 in associated fees, were highlighted in bold and marked with an ampersand [&] in the exhibit. Stuart Maue requested that Landis Rath provide a brief explanation of the necessity of the multiple billers and their respective roles at the events.

      In response to the preliminary report, the firm stated that the conferences in question were either regular calls with Committee professionals or for coordination with other professionals. Landis Rath explained the utility and efficiency of having one partner and one associate participate in the calls. The firm also pointed to the size and complexity of the cases and the scope of the matters addressed. Given the additional detail and context provided, Stuart Maue makes no recommendation for a fee reduction. Exhibit D is omitted from this report.

      b.    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by Landis Rath for intraoffice conferences total 46.05 hours with $19,424.00 in associated fees, which computes to approximately 13% of the total fees requested in the Application. The entries were displayed in Exhibit E to the preliminary report. In certain instances, two or more firm timekeepers billed to attend the same internal conference. The conferences attended by more than one timekeeper total 39.65 hours with $17,409.50 in associated fees, and were highlighted in bold and

marked with an ampersand [&] in the exhibit. Stuart Maue requested that Landis Rath provide an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the preliminary report, Landis Rath explained that the complex issues related to the investigation of the Debtors LBO transaction required extensive collaboration between firm bankruptcy and litigation attorneys. That combined with the size and complexity of the cases resulted in the need for coordination between multiple firm professionals. Given the additional information provided by Landis Rath, Stuart Maue makes no recommendation for a fee reduction resulting from intraoffice communication. Exhibit E is omitted from this report.

12. **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Stuart Maue identified one task in the Application, totaling 0.10 hour with $20.00 in associated fees, describing the administrative activity of discussing case coverage during vacation.

In response to the preliminary report, Landis Rath agreed to voluntary reduce the fee request without conceding the time entry is non-compensable. The agreed upon fee reduction is in the amount of $20.00.

13. **Clerical Activities.** Clerical activities include tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel. Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying. In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case. The entries describing clerical activities were displayed in Exhibit F to the preliminary report.

In response, Landis Rath disputed the clerical/administrative nature of activities such as filing, organizing files, updating files, retrieving and distributing documents, scanning, and photocopying. Despite the firm's objection, fees resulting from time entries such as "File maintenance

and organize pleadings" clearly describe clerical work and fail to convey any exercise of legal acumen. Stuart Maue recommends a fee reduction in the amount of $1,271.73 resulting from adjusting to $80.00 per hour the time entries displayed in Exhibit F attached hereto.

14. **Travel.** Local Rule 2016-2 (d)(viii) provides that nonworking travel time "may be billed at no more than 50% of regular hourly rates." Stuart Maue identified no billing entries that describe travel.

15. **Landis Rath Retention/Compensation.** Stuart Maue reviewed and identified entries related to the firm's retention and compensation. Landis Rath billed 42.70 hours with associated fees of $10,417.50 to prepare the firm's retention documents and applications for compensation, which computes to approximately 7% of the total fees billed by the firm. For informational purposes, the fee entries identified as retention/compensation activities were displayed in Exhibit G to the preliminary report. As Stuart Maue makes no recommendation for a fee reduction, Exhibit G is omitted from this report.

## Review of Expenses

16. **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3. state that factors relevant to a determination that the expense is proper include "Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." Landis Rath provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

17. **Photocopies.** Local Rule 2016-2 (e)(iii) provides that copying charges shall not exceed $0.10 per page. Landis Rath stated in the monthly statements that the firm rate for duplication is $0.10 per page. The firm requested reimbursement for copying charges totaling $469.90.

18. **Computer Assisted Legal Research.** Local Rule 2016-2 (e)(iii) provides that computer assisted legal research charges shall not be more than the actual cost. The Landis Rath monthly statements state the firm "seeks reimbursement for computer assisted research, which is the actual cost of such charges."

19. **Working Meals.** Landis Rath requested reimbursement of a meal charge in the amount of $32.00. It was not possible to determine if this charge was for a meal related to a meeting with people outside the firm or a meal solely for employees of Landis Rath. Additionally, it was not possible to determine the number of attendees for the meal. Stuart Maue requested that Landis Rath provide an explanation for the purpose of the meal charge and the number of attendees at the meal displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 9257 | 02/03/09 | $32.00 | Client meals Sugarfoot Fine Food - Lunch |

In response, the firm stated the charge resulted from lunch for three firm attorneys. Landis Rath stated the firm policy regarding when such charges are billed to the client. Regardless of any firm policy, such charges are considered firm overhead absent unusual circumstances. Stuart Maue recommends an expense reduction in the amount of $32.00.

### Conclusion

Stuart Maue submits this final report regarding the Second Interim Fee Application and the fees and expensed discussed above. Stuart Maue recommends the approval of fees in the amount of $150,026.27 ($151,213.00 minus $1,186.73) and reimbursement of expenses in the amount of $9,448.28 ($9,480.28 minus $32.00) for the period from March 1, 2009, through May 31, 2009. A summary of the findings is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# APPENDIX A

## LANDIS RATH & COBB LLP

### SUMMARY OF FINDINGS

#### Second Interim Fee Application (March 1, 2009 through May 31, 2009)

**A.   Amounts Requested and Computed**

| | | |
|---|---:|---:|
| Fees Requested | $151,213.00 | |
| Expenses Requested | 9,480.28 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $160,693.28 |
| Fees Computed | $151,318.00 | |
| Expenses Computed | 9,480.28 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $160,798.28 |
| Discrepancy in Fees | ($ 105.00) | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($ 105.00) |

**B.   Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---:|---:|---:|
| Fees Requested | $151,213.00 | | |
| *Fee Discrepancy* | | *$ 105.00* | |
| *Agreed Reduction for Administrative Activities* | | *(20.00)* | |
| *Recommended Reduction for Clerical Activities* | | *(1,271.73)* | |
| Subtotal | | ($1,186.73) | |
| RECOMMENDED FEE ALLOWANCE | | | $150,026.27 |
| Expenses Requested | $9,480.28 | | |
| *Recommended Reduction for Working Meals* | | *($32.00)* | |
| Subtotal | | ($32.00) | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 9,448.28 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $159,474.55 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 29th day of March, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

/s/ John L. Decker
John L. Decker, Esq.

# SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Landis Rath & Cobb LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 3 | Rath, Daniel B. | PARTNER | $525.00 | $525.00 | 63.40 | $33,285.00 |
| 1 | Landis, Adam G. | PARTNER | $595.00 | $595.00 | 38.10 | $22,669.50 |
| 20 | Chipman Jr., William E. | PARTNER | $500.00 | $500.00 | 0.80 | $400.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $550.87 | | 102.30 | $56,354.50 |
| | | | | % of Total: | 24.26% | % of Total: 37.24% |
| 10 | McGuire, Matthew B. | ASSOCIATE | $370.00 | $370.00 | 106.00 | $39,220.00 |
| 5 | Butcher, Rebecca L. | ASSOCIATE | $375.00 | $375.00 | 60.10 | $22,537.50 |
| 16 | Parikh, Mona A. | ASSOCIATE | $275.00 | $275.00 | 32.90 | $9,047.50 |
| 22 | Moh, Cynthia E. | ASSOCIATE | $250.00 | $250.00 | 13.00 | $3,250.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $349.32 | | 212.00 | $74,055.00 |
| | | | | % of Total: | 50.28% | % of Total: 48.94% |
| 17 | Panchak, Frances A. | PARALEGAL | $200.00 | $200.00 | 96.40 | $19,280.00 |
| 11 | Girello Jr., Michael V. | PARALEGAL | $200.00 | $200.00 | 2.30 | $460.00 |
| 9 | Rogers, Linda M. | PARALEGAL | $180.00 | $180.00 | 1.50 | $270.00 |
| 8 | Adams, Cathy A. | PARALEGAL | $180.00 | $180.00 | 0.20 | $36.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $199.66 | | 100.40 | $20,046.00 |
| | | | | % of Total: | 23.81% | % of Total: 13.25% |
| 15 | Lewicki, Cassandra | LEGAL ASSISTANT | $125.00 | $125.00 | 6.90 | $862.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $125.00 | | 6.90 | $862.50 |
| | | | | % of Total: | 1.64% | % of Total: 0.57% |
| | Total No. of Billers: 12 | Blended Rate for Report: | $358.91 | | 421.60 | $151,318.00 |

EXHIBIT F
CLERICAL ACTIVITIES
Landis Rath & Cobb LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---:|---:|
| Girello Jr., M | 0.10 | 20.00 |
| Lewicki, C | 4.80 | 600.00 |
| Panchak, F | 8.12 | 1,623.33 |
| Rogers, L | 0.70 | 126.00 |
| | 13.72 | $2,369.33 |

| MATTER NAME | HOURS | FEES |
|---|---:|---:|
| Tribune Company, et al. Bankruptcy | 13.72 | 2,369.33 |
| | 13.72 | $2,369.33 |

EXHIBIT F

CLERICAL ACTIVITIES

Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 03/03/09 Tue | Panchak, F 9257/15 | 0.20 | 0.07 | 13.33 | | F<br>F<br>F | 1<br>2<br>3 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>EMAILS FROM/TO A. LANDIS RE: WR GRACE 345 ORDER;<br>REVIEW DOCKET FOR SAME;<br>COORDINATE RETRIEVAL OF SAME WITH SERVICE PROVIDER |
| 03/03/09 Tue | Panchak, F 9257/21 | 0.40 | 0.40 | 80.00 | | F | 1 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>FILE MAINTENANCE AND ORGANIZE PLEADINGS |
| 03/03/09 Tue | Panchak, F 9257/22 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW J. PORTER'S EMAIL RE: CANCELLATION OF 3/5 COMMITTEE MTG;<br>UPDATE CALENDAR |
| 03/04/09 Wed | Panchak, F 9257/28 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW NORTHLAKE PROPERTY, ET AL. NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 03/05/09 Thu | Panchak, F 9257/36 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW GALLERIA OPERATING COMPANY NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 03/09/09 Mon | Panchak, F 9257/59 | 0.20 | 0.20 | 40.00 | | F | 1 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>FILE MAINTENANCE AND ORGANIZE PLEADINGS |
| 03/13/09 Fri | Panchak, F 9257/84 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW JON VAN SENUS NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 03/13/09 Fri | Panchak, F 9257/85 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW CWA/ITV NEGOTIATED PENSION PLAN NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 03/13/09 Fri | Panchak, F 9257/86 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW CRP HOLDINGS C, L.P. NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 03/13/09 Fri | Panchak, F 9257/93 | 0.20 | 0.20 | 40.00 | | F | 1 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>FILE MAINTENANCE AND ORGANIZE PLEADINGS |
| 03/18/09 Wed | Panchak, F 9257/123 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW LOCAL 355 HEALTH, WELFARE AND PENSION FUND'S NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 03/19/09 Thu | Panchak, F 9257/130 | 0.10 | 0.05 | 10.00 | | F<br>F | 1<br>2 | | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW TRAVELERS INSURANCE COMPANY'S NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |

~ See the last page of exhibit for explanation

EXHIBIT F
CLERICAL ACTIVITIES
Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 03/20/09 Fri | Panchak, F 9257/140 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> UPDATE 2002 SERVICE LIST TO INCLUDE FEE EXAMINER |
| 03/20/09 Fri | Panchak, F 9257/142 | 0.30 | 0.30 | 60.00 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| 03/23/09 Mon | Lewicki, C 9257/162 | 1.00 | 1.00 | 125.00 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> EDITS RE: LRC FEBRUARY 2009 INVOICE |
| 03/23/09 Mon | Lewicki, C 9257/163 | 0.50 | 0.50 | 62.50 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> EDITS RE: LRC FEBRUARY 2009 INVOICE. |
| 03/25/09 Wed | Panchak, F 9257/181 | 0.10 | 0.05 | 10.00 | | F F | 1 2 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> REVIEW KTR SOUTH FLORIDA LLC NOTICE OF APPEARANCE; <br> UPDATE 2002 SERVICE LIST |
| 03/25/09 Wed | Panchak, F 9257/187 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> REVIEW MICHIGAN DEPT. OF TREASURY NOTICE OF APPEARANCE; <br> UPDATE 2002 SERVICE LIST |
| 03/25/09 Wed | Panchak, F 9257/188 | 0.20 | 0.20 | 40.00 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| 03/25/09 Wed | Panchak, F 9257/191 | 0.30 | 0.20 | 40.00 | 0.20 0.10 | F F | 1 2 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> FILE AND COORDINATE SERVICE OF CERTIFICATE OF NO OBJECTION TO ALIXPARTNERS FIRST MONTHLY FEE APPLICATION (.2); <br> EMAIL TO/FROM A. LEUNG RE: SAME (.1) |
| 03/25/09 Wed | Panchak, F 9257/195 | 0.70 | 0.70 | 140.00 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> FINALIZE FOR FILING, FILE AND COORDINATE SERVICE OF LRC'S SECOND MONTHLY FEE APPLICATION |
| 03/26/09 Thu | Panchak, F 9257/199 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> RETRIEVE ADDITIONAL REPORTS FOR 3/26 COMMITTEE MTG. AND DISTRIBUTE |
| 03/30/09 Mon | Panchak, F 9257/238 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> MONITOR INTRALINKS AND DISTRIBUTE RECENT MEMOS |
| 03/31/09 Tue | Panchak, F 9257/245 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> REVIEW SONY PICTURES TELEVISION NOTICE OF APPEARANCE; <br> UPDATE 2002 SERVICE LIST |
| 04/03/09 Fri | Panchak, F 9442/11 | 0.40 | 0.10 | 20.00 | 0.30 0.10 | F F | 1 2 | MATTER NAME: *Tribune Company, et al. Bankruptcy* <br> UPDATE CRITICAL DATES MEMO (.3) <br> AND DISTRIBUTE SAME (.1) |

~ See the last page of exhibit for explanation

EXHIBIT F
CLERICAL ACTIVITIES
Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/03/09 Fri | Panchak, F 9442/15 | 0.10 | 0.10 | 20.00 | | F | 1 | FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/06/09 Mon | Panchak, F 9442/21 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW LIT FINANCE NOTICE OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/06/09 Mon | Panchak, F 9442/27 | 0.30 | 0.30 | 60.00 | | F | 1 | RETRIEVE PLEADINGS GOING FORWARD ON 4/9/09 IN PREPARATION OF COMPILING HEARING BINDERS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/07/09 Tue | Panchak, F 9442/36 | 0.20 | 0.20 | 40.00 | | F | 1 | FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/13/09 Mon | Girello Jr., M 9442/139 | 0.10 | 0.10 | 20.00 | | F | 1 | RETRIEVE INTRA LINKS POSTING OF DEPT. OF LABOR ESOP INVESTIGATION |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/14/09 Tue | Panchak, F 9442/58 | 0.40 | 0.10 | 20.00 | 0.30 0.10 | F F | 1 2 | UPDATE CRITICAL DATES MEMORANDUM (.3) AND DISTRIBUTE (.1) |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/14/09 Tue | Panchak, F 9442/59 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW SODEXO NOTICE OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/14/09 Tue | Panchak, F 9442/60 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW K ASSOCIATES NOTICE OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/16/09 Thu | Panchak, F 9442/111 | 0.20 | 0.20 | 40.00 | | F | 1 | FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/16/09 Thu | Panchak, F 9442/112 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW ORLANDO MAGIC NOTICE OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/17/09 Fri | Panchak, F 9442/128 | 0.20 | 0.10 | 20.00 | 0.10 0.10 | F F | 1 2 | EMAIL EXCHANGES WITH H. LAMB AND J. MCCLELLAND RE: UPDATE DEBTORS' CONTACT FOR SERVICE OF FEE APPLICATIONS (.1); UPDATE SERVICE LIST (.1) |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/17/09 Fri | Panchak, F 9442/129 | 0.20 | 0.10 | 20.00 | 0.10 0.10 | F F | 1 2 | PREPARE: AFFIDAVIT OF SERVICE FOR CERTIFICATE OF NO OBJECTION FOR COMMITTEE PROFESSIONALS' SECOND MONTHLY FEE APPLICATIONS (.1); FILE SAME (.1) |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/20/09 Mon | Panchak, F 9442/137 | 0.30 | 0.10 | 20.00 | 0.20 0.10 | F F | 1 2 | UPDATE CRITICAL DATES MEMO (.2) AND DISTRIBUTE (.1) |

~ See the last page of exhibit for explanation

EXHIBIT F
CLERICAL ACTIVITIES
Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/20/09 Mon | Panchak, F 9442/144 | 0.10 | 0.10 | 20.00 | | F | 1 | UPDATE 2002 AND FEE APPLICATION SERVICE LIST WITH COLE SCHOTZ NEW ADDRESS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/22/09 Wed | Panchak, F 9442/160 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW AGFA WITHDRAWAL OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/22/09 Wed | Panchak, F 9442/298 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW TAUBMAN LANDLORDS' NOTICE OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/23/09 Thu | Panchak, F 9442/184 | 0.20 | 0.20 | 40.00 | | F | 1 | FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/27/09 Mon | Panchak, F 9442/228 | 0.40 | 0.30 | 60.00 | 0.10 0.30 | F F | 1 2 | CONFERENCES WITH LANDIS AND PARIKH RE: FILING AND EDITS TO LRC 3RD MONTHLY FEE APPLICATION (.1); FILE AND COORDINATE SERVICE OF LRC'S THIRD MONTHLY FEE APPLICATION (.3) |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 04/29/09 Wed | Panchak, F 9442/265 | 0.20 | 0.10 | 20.00 | 0.10 0.10 | F F | 1 2 | PREPARE: AFFIDAVIT OF SERVICE FOR MOELIS' AND ALIXPARTNERS' THIRD MONTHLY APPLICATIONS (.1); FILE SAME (.1) |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 05/05/09 Tue | Panchak, F 9626/19 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW DE LAGE LANDEN NOTICE OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 05/06/09 Wed | Panchak, F 9626/29 | 0.30 | 0.30 | 60.00 | | F | 1 | FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 05/07/09 Thu | Rogers, L 9626/40 | 0.30 | 0.30 | 54.00 | | F | 1 | PREPARE FOR FEDEX DELIVERY OF LETTERS AND PRODUCTION REQUESTS TO CITIGROUP-C. KEE AND M. HELFER AND MORGAN STANLEY-T. WHAYNE AND G. LYNCH |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 05/08/09 Fri | Panchak, F 9626/42 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | REVIEW IRS' NOTICE OF APPEARANCE; UPDATE 2002 SERVICE LIST |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 05/08/09 Fri | Panchak, F 9626/49 | 0.60 | 0.60 | 120.00 | | F | 1 | FILE AND SERVE CERTIFICATES OF NO OBJECTION TO MOELIS FIRST AND SECOND MONTHLY FEE APPLICATIONS |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 05/11/09 Mon | Rogers, L 9626/61 | 0.10 | 0.10 | 18.00 | | F F | 1 2 | FOLLOW UP ON STATUS WITH R. BUTCHER RE: LETTERS TO CITIGROUP AND MORGAN STANLEY REQUESTING DOCUMENTS; FORWARD FEDEX NOTICES OF DELIVERY OF SAME |
| | | | | | | | | MATTER NAME: Tribune Company, et al. Bankruptcy |
| 05/18/09 Mon | Panchak, F 9626/90 | 0.20 | 0.20 | 40.00 | | F | 1 | FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |

~ See the last page of exhibit for explanation

EXHIBIT F
CLERICAL ACTIVITIES
Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 05/19/09 Tue | Panchak, F 9626/101 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW NYS DEPT. OF TAXATION NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 05/20/09 Wed | Lewicki, C 9626/119 | 2.50 | 2.50 | 312.50 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>EDITS TO LRC APRIL PREBILL |
| 05/20/09 Wed | Panchak, F 9626/109 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW U.S. DEPT. OF LABOR NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| 05/22/09 Fri | Rogers, L 9626/143 | 0.30 | 0.30 | 54.00 | 0.10 0.10 0.10 | F F F | 1 2 3 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>PREPARE COPIES OF MORGAN STANLEY DISCOVERY DOCUMENTS FOR D. RATH, R. BUTCHER AND M. MCGUIRE (.1);<br>PREPARE DISCOVERY FOLDERS FOR CITIGROUP, MORGAN STANLEY AND MERRILL LYNCH (.1);<br>ORGANIZE FOLDERS OF SAME (.1) |
| 05/27/09 Wed | Panchak, F 9626/174 | 0.20 | 0.20 | 40.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>FILE MAINTENANCE AND ORGANIZATION OF PLEADINGS |
| 05/28/09 Thu | Lewicki, C 9626/181 | 0.80 | 0.80 | 100.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>EDITS TO LRC APRIL 2009 INVOICE AND FINALIZE SAME |
| 05/28/09 Thu | Panchak, F 9626/186 | 0.50 | 0.50 | 100.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>FILE AND COORDINATE SERVICE OF LRC'S FOURTH MONTHLY FEE APPLICATION |
| 05/29/09 Fri | Panchak, F 9626/195 | 0.10 | 0.10 | 20.00 | | F F | 1 2 | *MATTER NAME: Tribune Company, et al. Bankruptcy*<br>REVIEW MERCER NOTICE OF APPEARANCE;<br>UPDATE 2002 SERVICE LIST |
| Total | | | 13.72 | $2,369.33 | | | | |
| Number of Entries: | 59 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT F
CLERICAL ACTIVITIES
Landis Rath & Cobb LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Girello Jr., M | 0.10 | 20.00 |
| Lewicki, C | 4.80 | 600.00 |
| Panchak, F | 8.12 | 1,623.33 |
| Rogers, L | 0.70 | 126.00 |
| | 13.72 | $2,369.33 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Tribune Company, et al. Bankruptcy | 13.72 | 2,369.33 |
| | 13.72 | $2,369.33 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL