## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Cases No.: 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AMENDED**
### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, David M. Powlen, a member of the bar of this Court, pursuant to Rule 9010-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, move for the admission *pro hac vice* of Evan S. Lederman, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 to represent Morgan Stanley & Co., Inc.

Dated: March 19, 2010                    /s/ David M. Powlen
                                         David M. Powlen (DE No. 4978)
                                         BARNES & THORNBURG LLP
                                         1000 North West Street, Suite 1200
                                         Wilmington, DE 19801
                                         Phone: (302) 888-4536
                                         E-Mail: david.powlen@btlaw.com


### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the U.S. District Court for this District.

                                         Evan S. Lederman
                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, NY 10153
                                         Phone: (212) 310-8948
                                         Email: evan.lederman@weil.com


                                         Doc. No. 3868
                                         Filed March 26, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: MARCH 29 2010

_____
United States Bankruptcy Judge