# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref Nos. 3838, 3839 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss.:

COUNTY OF NEW YORK   )

LINDSAY DANAS, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On March 29, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfers"), copies of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.  I also caused copies of each of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Lindsay Danas

Sworn to before me this
29th day of March, 2010

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175870
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                                          |
In re:                                                    |        Chapter 11
                                                          |
TRIBUNE COMPANY, et al.,                                  |        Case No. 08-13141 (KJC)
                                                          |
                    Debtors.                              |        Jointly Administered
                                                          |
                                                          |
                                                          |
_____                  |

           NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                          BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

           To:   NEWSCOM SERVICES
                 375 CHIPETA WAY
                 SUITE B
                 SALT LAKE CITY, UT 84106

Please note that your claim # 626 in the above referenced case and in the amount of
        $700.00 has been transferred **(unless previously expunged by court order)** to:

           UNITED STATES DEBT RECOVERY III LP
           TRANSFEROR: NEWSCOM SERVICES
           940 SOUTHWOOD BLVD, SUITE 101
           INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 District of Delaware
                 824 Market Street, Fifth Floor
                 Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          David D. Bird, Clerk of Court


                                          /s/ L. DANAS
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| In re: | | Chapter 11 |
| | | |
| TRIBUNE COMPANY, et al., | | Case No. 08-13141 (KJC) |
| | | |
| Debtors. | | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  NEWSCOM SERVICES
>      375 CHIPETA WAY
>      SUITE B
>      SALT LAKE CITY, UT 84106

Please note that your claim # 627 in the above referenced case and in the amount of $3,402.16 has been transferred **(unless previously expunged by court order)** to:

> UNITED STATES DEBT RECOVERY III LP
> TRANSFEROR: NEWSCOM SERVICES
> 940 SOUTHWOOD BLVD, SUITE 101
> INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> District of Delaware
> 824 Market Street, Fifth Floor
> Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          David D. Bird, Clerk of Court

                                          /s/ L. DANAS
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   NEWSCOM SERVICES
              375 CHIPETA WAY
              SUITE B
              SALT LAKE CITY, UT 84106

Please note that your claim # 628 in the above referenced case and in the amount of
        $14,989.20 has been transferred **(unless previously expunged by court order)** to:

        UNITED STATES DEBT RECOVERY III LP
        TRANSFEROR: NEWSCOM SERVICES
        940 SOUTHWOOD BLVD, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                    David D. Bird, Clerk of Court


                                    /s/ L. DANAS
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)

                        Debtors.                | Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSCOM SERVICES
             375 CHIPETA WAY
             SUITE B
             SALT LAKE CITY, UT 84106

Please note that your claim # 629 in the above referenced case and in the amount of
        $440.32 has been transferred **(unless previously expunged by court order)** to:

        UNITED STATES DEBT RECOVERY III LP
        TRANSFEROR: NEWSCOM SERVICES
        940 SOUTHWOOD BLVD, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        David D. Bird, Clerk of Court


                                        /s/ L. DANAS

                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |   Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |   Case No. 08-13141 (KJC)
                                |
              Debtors.          |   Jointly Administered
                                |
                                |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  NEWSCOM SERVICES
               375 CHIPETA WAY
               SUITE B
               SALT LAKE CITY, UT 84106

Please note that your claim # 630 in the above referenced case and in the amount of
        $1,950.00 has been transferred **(unless previously expunged by court order)** to:

               UNITED STATES DEBT RECOVERY III LP
               TRANSFEROR: NEWSCOM SERVICES
               940 SOUTHWOOD BLVD, SUITE 101
               INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                         David D. Bird, Clerk of Court


                                         /s/ L. DANAS
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
|
In re:                              |     Chapter 11
                                    |
TRIBUNE COMPANY, et al.,            |     Case No. 08-13141 (KJC)
                                    |
                Debtors.            |     Jointly Administered
                                    |
                                    |
                                    |
_____|

**NOTICE:  FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSCOM SERVICES
             375 CHIPETA WAY
             SUITE B
             SALT LAKE CITY, UT 84106

Please note that your claim # 631 in the above referenced case and in the amount of
        $200.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSCOM SERVICES
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        David D. Bird, Clerk of Court


                                        /s/ L. DANAS
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  NEWSCOM SERVICES
>      375 CHIPETA WAY
>      SUITE B
>      SALT LAKE CITY, UT 84106

Please note that your claim # 632 in the above referenced case and in the amount of
$200.00 has been transferred **(unless previously expunged by court order)** to:

> UNITED STATES DEBT RECOVERY III LP
> TRANSFEROR: NEWSCOM SERVICES
> 940 SOUTHWOOD BLVD, SUITE 101
> INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> District of Delaware
> 824 Market Street, Fifth Floor
> Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                           David D. Bird, Clerk of Court

                                           /s/ L. DANAS
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  NEWSCOM SERVICES
         375 CHIPETA WAY
         SUITE B
         SALT LAKE CITY, UT 84106

Please note that your claim # 633 in the above referenced case and in the amount of
    $200.00 has been transferred **(unless previously expunged by court order)** to:

         UNITED STATES DEBT RECOVERY III LP
         TRANSFEROR: NEWSCOM SERVICES
         940 SOUTHWOOD BLVD, SUITE 101
         INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                    David D. Bird, Clerk of Court


                                    /s/ L. DANAS
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
                                        |
In re:                                  |    Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |    Case No. 08-13141 (KJC)
                                        |
               Debtors.                 |    Jointly Administered
                                        |
                                        |
                                        |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSCOM SERVICES
             375 CHIPETA WAY
             SUITE B
             SALT LAKE CITY, UT 84106

Please note that your claim # 634 in the above referenced case and in the amount of $713.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSCOM SERVICES
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        David D. Bird, Clerk of Court


                                        /s/ L. DANAS
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---------------------------------------------------

In re:                                          |    Chapter 11

TRIBUNE COMPANY, et al.,                         |    Case No. 08-13141 (KJC)

                        Debtors.                 |    Jointly Administered

                                                 |

                                                 |

---------------------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSCOM SERVICES
             375 CHIPETA WAY
             SUITE B
             SALT LAKE CITY, UT 84106

Please note that your claim # 635 in the above referenced case and in the amount of
        $170.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSCOM SERVICES
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          David D. Bird, Clerk of Court


                                          /s/ L. DANAS
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                 |
In re:                           |    Chapter 11
                                 |
TRIBUNE COMPANY, et al.,         |    Case No. 08-13141 (KJC)
                                 |
              Debtors.           |    Jointly Administered
                                 |
                                 |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  NEWSCOM SERVICES
         375 CHIPETA WAY
         SUITE B
         SALT LAKE CITY, UT 84106
```

Please note that your claim # 636 in the above referenced case and in the amount of $190.00 has been transferred **(unless previously expunged by court order)** to:

```
         UNITED STATES DEBT RECOVERY III LP
         TRANSFEROR: NEWSCOM SERVICES
         940 SOUTHWOOD BLVD, SUITE 101
         INCLINE VILLAGE, NV 89451
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        David D. Bird, Clerk of Court


                                        /s/ L. DANAS
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---------------------------------------------

In re:                                    |    Chapter 11

TRIBUNE COMPANY, et al.,                  |    Case No. 08-13141 (KJC)

                        Debtors.          |    Jointly Administered
                                          |
                                          |
                                          |
---------------------------------------------

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSCOM SERVICES
             375 CHIPETA WAY
             SUITE B
             SALT LAKE CITY, UT 84106

Please note that your claim # 637 in the above referenced case and in the amount of $93.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSCOM SERVICES
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          David D. Bird, Clerk of Court


                                          /s/ L. DANAS
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  NEWSCOM SERVICES
     375 CHIPETA WAY
     SUITE B
     SALT LAKE CITY, UT 84106

Please note that your claim # 638 in the above referenced case and in the amount of $190.00 has been transferred **(unless previously expunged by court order)** to:

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          David D. Bird, Clerk of Court

                                          /s/ L. DANAS
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____|
In re:                         |    Chapter 11
                               |
TRIBUNE COMPANY, et al.,       |    Case No. 08-13141 (KJC)
                               |
            Debtors.           |    Jointly Administered
                               |
                               |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   NEWSCOM SERVICES
              375 CHIPETA WAY
              SUITE B
              SALT LAKE CITY, UT 84106
```

Please note that your claim # 639 in the above referenced case and in the amount of $200.00 has been transferred **(unless previously expunged by court order)** to:

```
        UNITED STATES DEBT RECOVERY III LP
        TRANSFEROR: NEWSCOM SERVICES
        940 SOUTHWOOD BLVD, SUITE 101
        INCLINE VILLAGE, NV 89451
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                      David D. Bird, Clerk of Court


                                      /s/ L. DANAS
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                    Debtors.                     | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    NEWSCOM SERVICES
               375 CHIPETA WAY
               SUITE B
               SALT LAKE CITY, UT 84106

Please note that your claim # 640 in the above referenced case and in the amount of
        $170.00 has been transferred **(unless previously expunged by court order)** to:

               UNITED STATES DEBT RECOVERY III LP
               TRANSFEROR: NEWSCOM SERVICES
               940 SOUTHWOOD BLVD, SUITE 101
               INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        David D. Bird, Clerk of Court


                                        /s/ L. DANAS
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                              Debtors.           | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEWSCOM SERVICES
             375 CHIPETA WAY
             SUITE B
             SALT LAKE CITY, UT 84106

Please note that your claim # 641 in the above referenced case and in the amount of $200.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: NEWSCOM SERVICES
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3838      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                                 David D. Bird, Clerk of Court


                                                 /s/ L. DANAS
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
                                        |
In re:                                  |    Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |    Case No. 08-13141 (KJC)
                                        |
                Debtors.                |    Jointly Administered
                                        |
                                        |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  STROBE TECH, LLC
             ATTN: IRENE L. PORTILLO
             PO BOX 31594
             CLARKSVILLE, TN 37040

Please note that your claim # 230 in the above referenced case and in the amount of
        $7,160.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: STROBE TECH, LLC
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 3839    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        David D. Bird, Clerk of Court


                                        /s/ L. DANAS
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  STROBE TECH, LLC
     ATTN: IRENE L. PORTILLO
     PO BOX 31594
     CLARKSVILLE, TN 37040
```

Please note that your claim # 231 in the above referenced case and in the amount of $12,861.00 has been transferred **(unless previously expunged by court order)** to:

```
UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: STROBE TECH, LLC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 3839     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                                David D. Bird, Clerk of Court


                                                /s/ L. DANAS
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

EXHIBIT B

TIME: 15:10:13
DATE: 03/29/10

The Tribune Company
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| NEWSCOM SERVICES | 375 CHIPETA WAY SUITE B SALT LAKE CITY UT 84106 |
| STROBE TECH, LLC | ATTN: IRENE L. PORTILLO PO BOX 31594 CLARKSVILLE TN 37040 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: NEWSCOM SERVICES 940 SOUTHWOOD BLVD, SUITE 101  INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: STROBE TECH, LLC 940 SOUTHWOOD BLVD, SUITE 101  INCLINE VILLAGE NV 89451 |

Total Number of Records Printed       4

EXHIBIT C

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801