IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 Cases |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | (Jointly Administered) |
| Debtors. | |
| | Re: D.I. Nos. 3714, 3715, 3724, & 3725 |

---

**CERTIFICATION OF COUNSEL REGARDING STIPULATION (I) EXTENDING TIME FOR WILMINGTON TRUST COMPANY TO RESPOND TO THE MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER AND (II) ADJOURNING HEARING DATE THEREFOR**

Undersigned counsel for JPMorgan Chase, N.A. and JPMorgan Securities Inc. (collectively "JPMorgan") hereby certifies as follows:

1. On March 11, 2010, JPMorgan filed the Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order with a proposed hearing date of April 13, 2010 at 10:00 a.m. and a proposed objection deadline of March 24, 2010 at 4:00 p.m.

2. On March 12, 2010, Merrill Lynch Capital Corporation ("MLCC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") filed a Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to JPMorgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (the "Joinder" and together with the Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order, the "Motion for

Sanctions").

3. The hearing on the merits with respect to the Motion for Sanctions currently is scheduled for April 13, 2010.

4. The Parties previously agreed that the deadline for Wilmington Trust Company to file an objection to the Motion for Sanctions would be March 28, 2010.

5. The Parties have conferred and agreed that, subject to approval of the Bankruptcy Court, the deadline for Wilmington Trust Company to respond to the Motion for Sanctions shall be extended to one week after the completion of discovery. The deadline for any reply in support of the Motion for Sanctions will be due the later of one week after submission of Wilmington Trust's response, or the date provided by the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. The hearing on the merits for the Motion for Sanctions shall be set for the omnibus hearing on May 18, 2010 at 1:00 p.m. A status conference before the Bankruptcy Court will be held on April 13, 2010 at 10:00 a.m.

6. Attached as Exhibit A is a signed stipulation memorializing the terms set forth in paragraph 5 herein. Upon approval of this stipulation by the Bankruptcy Court, counsel for JPMorgan shall file a notice of the foregoing schedule in this chapter 11 case, attached as Exhibit B. Attached as Exhibit C is a form of Order approving the stipulation and setting the schedule for this contested matter as described herein.

7. Counsel is available if the Court has any questions.

[SIGNATURE PAGE TO FOLLOW]

Dated: March 31, 2010
Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ CPS
Christopher P. Simon (No. 3697)
Patrick M. Brannigan (No. 4778)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
csimon@crosslaw.com

-and-

Dennis E. Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10022
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.
and JPMorgan Securities Inc.*