## EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
In re:                                                 :   Chapter 11 Cases
                                                       :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                               :   (Jointly Administered)
                                                       :
     Debtors.                                          :
                                                       :
                                                       :
                                                       :
------------------------------------------------------ x

# ORDER

IT IS HEREBY ORDERED THAT:

1.   The Stipulation (I) Extending Time For Wilmington Trust Company To Respond To The Motion Of JPMorgan Chase Bank, N.A. For Sanctions Against Wilmington Trust Company For Improper Disclosure Of Confidential Information In Violation Of Court Order And (II) Adjourning Hearing Date Therefor attached as Exhibit A is APPROVED;

2.   The hearing with respect to the Motion for Sanctions shall be set for **May 18, 2010 at 1:00 p.m.**; and

3.   A status conference before the Bankruptcy Court shall be held on April 13, 2010 at 10:00 a.m.

4.   Wilmington Trust Company shall file a response to the Motion for Sanctions on or before the close of business day one week after the completion of discovery and any reply in support of the Motion for Sanctions shall be due the later of one week after submission of Wilmington Trust's response, or the date provided by the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. If necessary, the Parties agree to meet and confer to discuss a new proposed hearing date to accommodate the revised briefing schedule.

Dated: _____ ____, 2010
      Wilmington, Delaware

                                            _____
                                            THE HONORABLE KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY COURT JUDGE