# **EXHIBIT A**

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended Feb-10

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Three Month Summary by Firm
### Feb-10

| Firm | Service Provided | Invoiced Fees Dec-09 | Invoiced Fees Jan-10 | Invoiced Fees Feb-10 | Total | Rolling Proposed Periods | Rolling Proposed Total Fees | Invoiced Expenses Dec-09 | Invoiced Expenses Jan-10 | Invoiced Expenses Feb-10 | Quarterly Expenses | Monthly Stipulated | Rolling Cap | Overage to be Applied For | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajalat Polley Ayoob Matarese | Tax law counsel | 2,629 | 8,938 | - | 11,566 | 3 | 11,566 | - | 14 | - | 14 | 25,000 | 75,000 | - | - |
| Allen Matkins Leck Gamble Mallory LLP | Real estate counsel | 1,197 | 2,421 | - | 3,618 | 3 | 3,618 | - | - | - | - | 10,000 | 30,000 | - | - |
| Bingham McHale, LLP | Litigation counsel for WXIN | 10,308 | - | 1,743 | 12,051 | 3 | 12,051 | - | - | - | - | 20,000 | 60,000 | - | - |
| Booth Mitchel & Strange LLP | Casualty claims and insurance matters | 60 | - | - | 60 | 3 | 60 | 94 | - | 74 | 167 | 5,000 | 15,000 | - | - |
| Bostwick & Jassy LLP | First Amendment and business law litigation counsel | 4,620 | - | - | 4,620 | 3 | 4,620 | 72 | - | - | 72 | 15,000 | 45,000 | - | - |
| Brown, Schults Seridan & Fritz | Accounting consultant | 200 | - | - | 200 | 3 | 200 | - | - | - | - | 1,000 | 3,000 | - | - |
| Bruno Gerbino & Macchia LLP | General litigation counsel for New York operations | 713 | - | - | 713 | 3 | 713 | 19 | - | - | 19 | 10,000 | 30,000 | - | - |
| BuchalterNemer P.C. | LA Times counsel | 3,555 | 17,160 | 42,110 | 62,825 | 3 | 62,825 | - | - | - | - | 25,000 | 75,000 | - | - |
| Cadence Law Group LLP | Internet and technology law transactional counsel | - | - | 9,321 | 9,321 | 3 | 9,321 | - | - | - | - | 15,000 | 45,000 | - | - |
| D Park Smith & Associates | Collections counsel | 4,279 | 6,418 | - | 10,697 | 3 | 10,697 | - | - | - | - | 15% | 15% | - | - |
| Davis Wright Tremaine | First Amendment and telecommunication counsel | 9,708 | - | - | 9,708 | 2 | - | 245 | - | - | 245 | 50,000 | 100,000 | - | - |
| Donald M Craven PC | First Amendment counsel | 1,600 | 700 | - | 2,300 | 3 | 2,300 | - | - | - | - | 5,000 | 15,000 | - | - |
| Downey, Smith, Firr | Tax consultants for excess circulation and sales tax | 1,294 | - | - | 1,294 | 3 | 1,294 | - | - | - | - | 20% | 20% | - | - |
| Duff & Phelps | ESOP Valuation | 50,000 | - | - | 50,000 | 2 | - | - | - | - | - | 50,000 | 100,000 | - | - |
| Gray Robinson, P.A. | Patent prosecution | 110 | 468 | - | 578 | 3 | 578 | 8 | - | - | 8 | 15,000 | 45,000 | - | - |
| Gerald K White And Associates PC | Patent prosecution counsel for ForSaleByOwner.com | - | - | 200 | 200 | 3 | 200 | - | - | - | - | 15,000 | 45,000 | - | - |
| Goldberg Kohn Bell Black Rosenbloom | Intellectual property and litigation counsel to TMS | 831 | 255 | - | 1,086 | 3 | 1,086 | - | - | - | - | 35,000 | 105,000 | - | - |
| Grant Thornton | Tax consulting | 9,150 | - | - | 9,150 | 3 | 9,150 | - | - | - | - | 40,000 | 120,000 | - | - |
| Gross Mcginley Labarre And Eaton | Business and employment litigation counsel | 1,413 | 6,300 | 1,928 | 9,641 | 3 | 9,641 | - | - | - | - | 10,000 | 30,000 | - | - |
| Hinckley, Allen & Snyder | General litigation, First Amendment, and Media law counsel | 3,203 | - | - | 3,203 | 3 | 3,203 | 15 | - | - | 15 | 25,000 | 75,000 | - | - |
| Holland & Knight LLP | Primary online patent prosecution counsel | 2,749 | 2,872 | 2,190 | 7,811 | 3 | 7,811 | 6 | 72 | 3 | 81 | 25,000 | 75,000 | - | - |
| Holmes Weddle & Barcott | Counsel for ForSaleByOwner | - | 1,948 | - | 1,948 | 3 | 1,948 | - | - | - | - | 30,000 | 90,000 | - | - |
| Horwod Marcus & Berk | Tax counsel | 38,039 | 31,953 | 27,880 | 97,872 | 3 | 97,872 | - | - | - | - | 45,000 | 135,000 | - | - |
| King Blackwell Downs & Zehnder P.A. | Litigation counsel for the Orlando Sentinel | 300 | 727 | 3,418 | 4,445 | 3 | 4,445 | 2 | - | 21 | 23 | 30,000 | 90,000 | - | - |
| Kirkland & Ellis | Patent litigation counsel for Tribune Media Services | 1,444 | - | - | 1,444 | 3 | 1,444 | - | - | - | - | 35,000 | 105,000 | - | - |
| Levine Sullivan Koch & Schulz LLP | First Amendment counsel | 20,134 | 15,060 | - | 35,193 | 2 | 15,060 | 194 | - | - | 194 | 50,000 | 100,000 | - | - |
| Loeb & Loeb LLP | Entertainment law and litigation counsel for TMS | 27,485 | 45,923 | - | 73,408 | 3 | 73,408 | 190 | - | - | 190 | 35,000 | 105,000 | - | - |
| Maria L Hampton | Collections counsel | 11,340 | 533 | - | 11,873 | 3 | 11,873 | 51 | - | - | 51 | 25% | 25% | - | - |
| McCusker, Anselmi, Rosen & Carvelli, P.C. | Litigation counsel | 120 | - | - | 120 | 3 | 120 | - | - | - | - | 10,000 | 30,000 | - | - |
| Miller Kaplan Arase And Co | Accounting consultant | 5,000 | - | 10,815 | 15,815 | 3 | 15,815 | - | - | - | - | 10,000 | 30,000 | - | - |
| Offit Kurman & Alms Pe | Labor law & litigation counsel for the Baltimore Sun | 1,384 | 13,333 | - | 14,717 | 3 | 14,717 | - | - | - | - | 10,000 | 30,000 | - | - |
| Orrick, Herrington & Sutcliffe LLP | Corporate Law | 137 | 385 | 484 | 1,006 | 2 | 1,006 | - | - | - | - | 3,000 | 9,000 | - | - |
| Payne & Fears, LLP | Employment litigation counsel for LA Times | 528 | - | - | 528 | 3 | 528 | - | - | - | - | 12,500 | 37,500 | - | 4,116 |
| Plews Shadley Racher & Braun, LLP | Legal counsel in Indiana | 1,751 | - | - | 1,751 | 3 | 1,751 | - | - | - | - | 5,000 | 15,000 | - | - |
| Smith, von Schreicher & Associates | Benefits and ERISA litigation counsel | - | 924 | - | 924 | 3 | 924 | - | - | - | - | 5,000 | 15,000 | - | - |
| Sonnenschein Nath & Rosenthal | First Amendment and general litigation counsel | 4,321 | 18,157 | - | 22,478 | 2 | 18,157 | 188 | - | - | 188 | 50,000 | 100,000 | - | - |
| Thomas, LoCicero & Bralow Pl | Primary media law and First Amendment counsel | 50,000 | 50,000 | 12,866 | 112,866 | 2 | 62,866 | 1,739 | 1,341 | - | 3,081 | 50,000 | 100,000 | - | - |
| Thompson Coburn Fagel Haber | Patent litigation | 490 | - | - | 490 | 2 | 490 | 8 | - | - | 8 | 35,000 | 105,000 | - | - |
| Volk, Phyllis | Real estate law | 3,880 | 9,200 | 4,420 | 17,500 | 3 | 12,500 | - | - | - | - | 20,000 | 60,000 | - | - |
| Welborn Sullivan Meck & Tooley | Environmental counsel for Denver operations | 224 | - | - | 224 | 3 | 224 | - | - | - | - | 10,000 | 30,000 | - | - |
| Willcox & Savage Pc | Antitrust advice and litigation counsel to Daily Press | 280 | 6,300 | 280 | 6,860 | 3 | 6,860 | - | 30 | - | 30 | 10,000 | 30,000 | - | - |
| Young, Sommer, Ward, Ritzenberg, | Environmental counsel for east coast operations | 660 | 2,008 | - | 2,668 | 3 | 2,668 | - | - | - | - | 15,000 | 45,000 | - | - |
| Zulkie Partners LLC | Immigration law counsel for Tribune Company | - | 838 | 1,578 | 2,415 | 3 | 2,415 | - | - | - | - | 5,000 | 15,000 | - | - |
| Total | | 275,133 | 242,818 | 119,233 | 637,184 | | 503,022 | 2,642 | 1,646 | 182 | 4,470 | | | | 4,116 |

**Notes:**

Tribune Company professional fee payment process adheres to the criteria defined in the Bankruptcy Court's Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. We experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a limit of less than $50,000 and over a two month rolling average for OCPs with a $50,000 monthly fee cap.

On a monthly basis, Tribune has reported its proposed OCP payments to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, as required by the OCP order. Tribune received no objections to the payments reflected herein. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current rolling period or outside of the current monthly period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Rolling Proposed column is intended to provide visibility to the rolling cap calculation. Firms with a percentage, instead of a whole number, in the Stipulated Rolling Cap Limit column have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

Overage to be Applied For represents the total amount invoiced in any monthly period that causes a firm to exceed the established cap on permitted payments over the applicable rolling two- or three-month periods. Any firm that exceeds its stipulated monthly cap amount may apply to the Bankruptcy Court for approval of such fees. OCP payments made pursuant to an order of the Bankruptcy Court for amounts incurred that exceeded such OCP's applicable monthly cap are not reported herein. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application to the Bankruptcy Court.