# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | (Jointly Administered) |
| | **Related Docket Item: 3725** |
| Debtors. | |

## <u>CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 3725</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion to File Under Seal the Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order [D.I. 3725] (the "Motion"), filed on March 12, 2010. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 29, 2010.

*[Signatures follow on next page]*

Dated: April 1, 2010

POTTER ANDERSON & CORROON LLP


*R. Stephen McNeill*
Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware  19899-0951
Telephone:  (302)984-6000
Facsimile:  (302) 658-1192

- and -

KAYE SCHOLER LLP
Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
425 Park Avenue
New York, New York 10022
Telephone:  (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation*
*and Merrill Lynch, Pierce, Fenner & Smith*
*Incorporated*

PAC-959789