# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | x | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| --- | x | |

**STIPULATION (I) EXTENDING TIME FOR WILMINGTON TRUST COMPANY TO RESPOND TO THE MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER AND (II) ADJOURNING HEARING DATE THEREFOR**

This stipulation is entered into by and between Wilmington Trust Company ("Wilmington Trust"), on the one hand, and J.P. Morgan Chase Bank, N.A. and JPMorgan Securities Inc. (collectively "JPMorgan"), Merrill Lynch Capital Corporation ("MLCC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), on the other hand (collectively, the "Parties"), through their undersigned counsel.

## RECITALS

**WHEREAS:**

A. On March 11, 2010, JPMorgan filed a Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order with a proposed hearing date of April 13, 2010 at 10:00 a.m. and a proposed objection deadline of March 24, 2010 at 4:00 p.m.;

B. On March 12, 2010, MLCC and Merrill Lynch filed a Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to JPMorgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure

of Confidential Information in Violation of Court Order (the "Joinder" and together with the Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order, the "Motion for Sanctions");

C. The hearing on the merits with respect to the Motion for Sanctions currently is scheduled for April 13, 2010; and

D. The Parties have previously agreed that the deadline for Wilmington Trust to file an objection to the Motion for Sanctions would be March 28, 2010.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AMONGST THE UNDERSIGNED COUNSEL FOR THE PARTIES THAT:**

1. This stipulation is subject to approval of the Bankruptcy Court.

2. To permit time for the Parties to conduct discovery, reserving all Parties' rights to object thereto, the hearing on the merits for the Motion for Sanctions shall be set for the omnibus hearing on May 18, 2010 at 1:00 p.m. A status conference before the Bankruptcy Court will be held on April 13, 2010 at 10:00 a.m.

3. The deadline for Wilmington Trust to respond to the Motion for Sanctions is extended to one week after completion of such discovery. The deadline for any reply in support of the Motion for Sanctions will be due the later of one week after submission of Wilmington Trust's response, or the date provided by the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. If necessary, the Parties agree to meet and confer to discuss a new proposed hearing date to accommodate the revised briefing schedule.

4. Upon approval of this stipulation by the Bankruptcy Court, counsel for JPMorgan shall file a notice in the form attached hereto as Exhibit A. This stipulation may be executed and

delivered in any number of original or facsimile counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

STIPULATED AND CONSENTED TO AS OF MARCH 30, 2010 BY:

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

By: /s/ Jennifer R. Hoover
Raymond Lemisch, Esq. (No. 4204)
Jennifer R. Hoover, Esq. (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
T: (302) 442-7010
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Seven Times Square
New York, New York 10036
T: (212) 209-4800

William M. Dolan III, Esq.
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903
T: (401) 276-2600

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

**CROSS & SIMON, LLC**

By: /s/ Christopher P. Simon  
Christopher P. Simon, Esq. (No. 3697)  
Patrick M. Brannigan, Esq. (No. 4778)  
913 North Market Street, 11th Floor  
P.O. Box 1380  
Wilmington, DE 19899  
T: (302) 777-4200  
F: (302) 777-4224  
csimon@crosslaw.com  
pbrannigan@crosslaw.com  

-and-

**DAVIS POLK & WARDWELL LLP**  
Dennis E. Glazer, Esq.  
Karen E. Wagner, Esq.  
Sharon Katz, Esq  
450 Lexington Avenue  
New York, New York 10022  
T: (212) 450-4500  

*Attorneys for J.P. Morgan Chase Bank, N.A. and JPMorgan Securities Inc.*

**POTTER ANDERSON & CORROON LLP**

By: /s/ R. Stephen McNeill  
Laurie Selber Silverstein, Esq. (No. 2396)  
R. Stephen McNeill, Esq. (No. 5210)  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
P.O. Box 951  
Wilmington, DE 19899  
T: (302) 984-6000  
F: (302) 658-1192  
lsilverstein@potteranderson.com  
rmcneill@potteranderson.com  

-and-

**KAYE SCHOLER LLP**  
Madlyn Gleich Primoff, Esq.  
Jane W. Parver, Esq.  
Joseph M. Drayton, Esq  
425 Park Avenue  
New York, New York 10022  
T: (212) 836-8000  

*Attorneys for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

# **EXHIBIT A**

Case 08-13141-BLS    Doc 3913-1    Filed 04/01/10    Page 6 of 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ x
In re:                                           :   Chapter 11 Cases
                                                 :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :   (Jointly Administered)
                                                 :
       Debtors.                                  :
                                                 :
                                                 :
------------------------------------------------ x
```

## NOTICE OF ADJOURNMENT OF HEARING AND STATUS CONFERENCE WITH RESPECT TO MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN <u>VIOLATION OF COURT ORDER</u>

**PLEASE TAKE NOTICE THAT** on March 11, 2010 JPMorgan Chase Bank, N.A. and JPMorgan Securities Inc. (collectively "JPMorgan") filed a Motion for Sanctions Against Wilmington Trust Company For Improper Disclosure of Confidential Information in Violation of Court Order (the "Motion for Sanctions") [Docket No. 3715] and an accompanying Motion to File Under Seal. [Docket No. 3714].

**PLEASE TAKE FURTHER NOTICE** that on March 12, 2010, Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively "Merrill Lynch") filed a joinder to the Motion for Sanctions [Docket No. 3724] and an accompanying Motion to File Under Seal. [Docket No. 3725].

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference on the Motion for Sanctions on April 13, 2010 at 1:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Sanctions on **May 18, 2010 at 1:00 p.m.**

[SIGNATURES ON NEXT PAGE]

**CROSS & SIMON, LLC**

By: _____
Christopher P. Simon, Esq. (No. 3697)
Patrick M. Brannigan, Esq. (No. 4778)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899
T: (302) 777-4200
F: (302) 777-4224
csimon@crosslaw.com
pbrannigan@crosslaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Dennis E. Glazer, Esq.
Karen E. Wagner, Esq.
Sharon Katz, Esq
450 Lexington Avenue
New York, New York 10022
T: (212) 450-4500

*Attorneys for J.P. Morgan Chase Bank, N.A. and JPMorgan Securities Inc.*

# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                             :   Chapter 11 Cases
                                                   :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                           :   (Jointly Administered)
                                                   :
      Debtors.                                     :
                                                   :
                                                   :
                                                   :
---------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF HEARING AND STATUS CONFERENCE WITH RESPECT TO MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER

**PLEASE TAKE NOTICE THAT** on March 11, 2010 JPMorgan Chase Bank, N.A. and JPMorgan Securities Inc. (collectively "JPMorgan") filed a Motion for Sanctions Against Wilmington Trust Company For Improper Disclosure of Confidential Information in Violation of Court Order (the "Motion for Sanctions") [Docket No. 3715] and an accompanying Motion to File Under Seal. [Docket No. 3714].

**PLEASE TAKE FURTHER NOTICE** that on March 12, 2010, Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively "Merrill Lynch") filed a joinder to the Motion for Sanctions [Docket No. 3724] and an accompanying Motion to File Under Seal. [Docket No. 3725].

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference on the Motion for Sanctions on April 13, 2010 at 1:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Sanctions on **May 18, 2010 at 1:00 p.m.**

[SIGNATURES ON NEXT PAGE]

**CROSS & SIMON, LLC**

By: _____
Christopher P. Simon, Esq. (No. 3697)
Patrick M. Brannigan, Esq. (No. 4778)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899
T: (302) 777-4200
F: (302) 777-4224
csimon@crosslaw.com
pbrannigan@crosslaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Dennis E. Glazer, Esq.
Karen E. Wagner, Esq.
Sharon Katz, Esq
450 Lexington Avenue
New York, New York 10022
T: (212) 450-4500

*Attorneys for J.P. Morgan Chase Bank, N.A. and JPMorgan Securities Inc.*

# **EXHIBIT C**