# **EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068574 |
| Invoice Date: | 11/30/2009 |

## Remittance Copy
## Billing for services rendered through 10/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

Total Services                                                                 $ 8,635.50

Total Costs and Other Charges Posted Through Billing Period              0.00

**Total This Invoice**                                                     **$ 8,635.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 9,621.50 |
| 2038850 | 08/31/2009 | 27,882.60 |
| 2048076 | 09/28/2009 | 17,135.00 |
| 2058205 | 10/29/2009 | 11,236.48 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2068574 | |
| Invoice Date: | 11/30/2009 | |

Total Outstanding Balance                                              109,329.88

Total Balance Due                                              $ 117,965.38

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068574 |
| Invoice Date: | 11/30/2009 |

## Client Copy
### Billing for services rendered through 10/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 8,635.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 8,635.50** |

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 9,621.50 |
| 2038850 | 08/31/2009 | 27,882.60 |
| 2048076 | 09/28/2009 | 17,135.00 |
| 2058205 | 10/29/2009 | 11,236.48 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D C
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

| Tribune Company | | |
|---|---|---|
| | Client: | 020336 |
| | Invoice: | 2068574 |
| | Invoice Date: | 11/30/2009 |

| | |
|---|---|
| Total Outstanding Balance | 109,329.88 |
| Total Balance Due | $ 117,965.38 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

11/30/2009

Invoice: 2068574
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/09 | A. Gordon | 0.10 | Review hearing aid communication from United Healthcare. |
| 10/01/09 | A. Gordon | 0.20 | Draft e-mail to S. O'Connor regarding hearing aid communication from United Healthcare. |
| 10/01/09 | A. Gordon | 0.20 | Conference call with S. O'Connor regarding hearing aid communication from United Healthcare. |
| 10/05/09 | A. Gordon | 0.30 | Conference call with S. O'Connor and R. DeBoer regarding indemnification language. |
| 10/05/09 | A. Gordon | 0.20 | Review dental plan agreement. |
| 10/06/09 | P. Compernolle | 0.50 | Review benefit program financials. |
| 10/06/09 | A. Gordon | 0.50 | Review financial statements of the VEBA. |
| 10/06/09 | A. Gordon | 0.30 | Discuss financial statements of the VEBA with P. Compernolle. |
| 10/07/09 | P. Compernolle | 0.50 | Review financials for benefit plan (.20); telephone conference with J. Stefan regarding same (.20); email J. Stefan regarding suggested revisions (.10). |
| 10/07/09 | A. Gordon | 0.20 | Conference call with P. Compernolle regarding financial statements. |
| 10/07/09 | A. Gordon | 0.30 | Review financial statements. |
| 10/12/09 | P. Compernolle | 0.30 | Review financials; email A. Gordon regarding same. |
| 10/12/09 | A. Gordon | 0.50 | Review and revise the Union VEBA disclosure document. |
| 10/13/09 | A. Gordon | 0.30 | Draft response to COBRA e-mail from K. Dansart. |
| 10/14/09 | J. Watts | 1.00 | Generate audit letter request (.20); draft letter for review by R. Schreck (.80). |
| 10/19/09 | A. Gordon | 3.80 | Review and revise the Spectera contract. |
| 10/27/09 | A. Gordon | 3.30 | Review and revise the Spectera Agreement (1.50); review |

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2068574 |
| Invoice Date: | 11/30/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | the UHC ASA agreement for comparison purposes (1.80). |
| 10/27/09 | A. Gordon | 0.30 | Conference call with K. Dansart regarding Michelle's Law. |
| 10/28/09 | A. Gordon | 1.30 | Review and revise the Spectera Agreement. |
| 10/30/09 | A. Gordon | 0.30 | Conference call with K. Dansart regarding COBRA. |

| | | | |
|---|---|---|---|
| **Total Hours** | **14.40** | **Total For Services** | **$8,635.50** |

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| P. Compernolle | 1.30 | 929.50 |
| A. Gordon | 12.10 | 7,381.00 |
| J. Watts | 1.00 | 325.00 |
| **Totals** | **14.40** | **$8,635.50** |
| | **Total This Invoice** | **$8,635.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068575 |
| Invoice Date: | 11/30/2009 |

## Remittance Copy
### Billing for services rendered through 10/31/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---:|
| Total Services | $ 40,983.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 40,983.50** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068575 |
| Invoice Date: | 11/30/2009 |

## Client Copy
### Billing for services rendered through 10/31/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---:|
| Total Services | $ 40,983.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 40,983.50** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

11/30/2009

Invoice: 2068575
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/09 | P. Compernolle | 0.30 | Telephone conference with M. Bourgon regarding allocations. |
| 10/01/09 | W. Merten | 0.10 | Discussion with P. Compernolle regarding valuation coming at zero and whether allocation is needed. |
| 10/02/09 | P. Compernolle | 2.00 | Telephone conference with M. Bourgon and others regarding allocation and valuation issues (.30); research regarding 409(p) testing (1.50); telephone conference with D. Eldersveld regarding 409(p) testing (.20). |
| 10/02/09 | W. Merten | 1.20 | Discussion with Paul Compernolle regarding allocations in instance into which stock has zero value (.20). Discussion with Elyse Blyth of Duff & Phelps regarding discounting of deferred compensation in similar hypothetical scenario (for purposes of Section 409(p)) (.30). Discussion with P. Compernolle regarding request to contact Dave Eldersveld regarding Section 409(p) (.10). Conversation with P. Compernolle regarding bankruptcy not having approved deferred compensation arrangements (.20). Engage in call with P. Compernolle to Dave Eldersveld regarding same (.20). Draft note to file regarding same (.20). |
| 10/06/09 | P. Compernolle | 2.00 | Research regarding 409(p) and deferred compensation (1.00); review correspondence from M. Graham regarding Neil claim for documents (.20); telephone conference with D. Liebentritt and others regarding same (.40); telephone conference with S. O'Connor regarding synthetic equity (.40). |
| 10/06/09 | W. Merten | 0.30 | Review e-mail from P. Compernolle regarding allocation |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068575
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.10). Meet with P. Compernolle regarding litigation (.10). Review related litigation e-mail from P. Compernolle (.10). |
| 10/06/09 | M. Graham | 0.50 | Review correspondence from Neil's attorney regarding request for ESOP valuation reports (.30); conference with P. Compernolle regarding same (.20). |
| 10/06/09 | J. Isaac | 0.20 | Discuss DeJesus deferred compensation issue with P. Compernolle for 409(p). |
| 10/07/09 | P. Compernolle | 0.50 | Begin reviewing financial statements. |
| 10/07/09 | S. Schaefer | 1.00 | Review provisions of plan and the provisions of the loan documents regarding mechanics for terminating the ESOP. |
| 10/07/09 | J. Isaac | 4.20 | Continue work on DeJesus deferred compensation question related to Code Section 409(p) (1.0); research Internal Revenue Code provisions concerning treatment of deferred compensation as it relates to payment of FICA tax (.50); analyze applicable Code provisions to determine whether payment exception applies due to date of compensation arrangement (.30); analyze additional IRS regulations concerning same (2.20); begin analysis of impact of provisions' effective dates on payment obligations (.20). |
| 10/08/09 | P. Compernolle | 2.00 | Review draft financial statement (.40); email regarding same with W. Merten (.10); review materials regarding adjustment in stock basis (.50); research regarding tax treatment of bases (1.0). |
| 10/08/09 | S. Schaefer | 1.20 | Review of financials for the plan and make comments. (0.70)   Review of plan document and procedures for terminating the plan should the company decide to do so. (0.50) |
| 10/08/09 | B. Troyan | 0.30 | Researched and obtained: PL 98-21, PL 98-369, and 1982 version of 26 USC 3121A. For James Isaac. |
| 10/08/09 | J. Isaac | 4.50 | Continue work on DeJesus deferred compensation issue relating to 409(p); determine effective dates of provisions of Internal Revenue Code and IRS regulations concerning deferred compensation arrangement and FICA tax obligations (3.0); analyze impact of effective dates on DeJesus arrangement (1.0); determine |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2068575
Invoice Date:   11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | applicability of certain exceptions to general rule contained in Code and regulations, both current and those in existence under 1983 Code provisions (.50). |
| 10/09/09 | P. Compernolle | 2.50 | Review and research issues on stock bonus (1.30); telephone conference with M. Melgarejo regarding same (.20); research regarding plan distribution and cash-outs (.60); research regrading 409(p) and phantom equity issues (.40). |
| 10/09/09 | W. Merten | 0.10 | Follow-up regarding audit letter. |
| 10/09/09 | S. Schaefer | 1.00 | Review plan document and strategize for method of wrapping up plan should the company decide to terminate it (.80). Discussions with P. Compernolle regarding how payments may be made to participants needing help with worthless stock in their account (.20). |
| 10/12/09 | D. Zucker | 0.30 | Discussion with P. Compernolle regarding calculation of ESOP basis in S corporation stock. |
| 10/12/09 | P. Compernolle | 1.30 | Review financials (1.0); emails regarding same with W. Merten (.10); telephone conference with J. Stefan regarding same (.20). |
| 10/12/09 | W. Merten | 0.10 | Review e-mail from Blake Rubin and review follow-up e-mail from Paul Compernolle regarding financials. |
| 10/12/09 | S. Schaefer | 1.20 | Review updated financial statements and discussed with Paul Compernolle (.30). Outline of steps to be taken should the ESOP be terminated (.90). |
| 10/12/09 | J. Holdvogt | 1.30 | Review sample statement for Tribune ESOP annual participant benefit statement following allocation (.70); review DOL guidance for required disclosures in participant communication (.60). |
| 10/13/09 | P. Compernolle | 3.00 | Review emails on financial statements from W. Merten (.20); review cost basis documents, telephone conference with M. Melgaredo regarding same (.30); telephone conference with K. Dansart regarding 409(p) (.20); research regarding participant benefit statements (2.0); telephone conference with K. Dansart regarding same (.30). |
| 10/13/09 | J. Holdvogt | 1.70 | Confer with P. Compernolle re: issues related to annual participant benefit statement for Tribune ESOP following annual allocation (.20); research and review additional |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2068575
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | DOL guidance re: required disclosures (1.0); review Hewitt sample statement for potential issues with ERISA compliance (.50). |
| 10/14/09 | R. Schreck, Jr. PC | 0.30 | Review and approval of audit letter for P. Compernolle; conference with J. Watts regarding same. |
| 10/14/09 | P. Compernolle | 1.50 | Review materials regarding Neil lawsuit. |
| 10/14/09 | W. Merten | 2.50 | Telephone call from Don Liebentritt regarding motion to dismiss and related issue at to prohibited transaction exemption (.20); also received message regarding possible opinions with D. Liebentritt (.10); related review of file and discussion with Susan Schaefer (.80); also meet with Paul Compernolle regarding same (.30); review related e-mail from P. Compernolle regarding same (.10); review opinion drafts (.30); send e-mail to Paul Compernolle, Susan Schaefer and Luis Granados regarding same (.20); review information request from IRS (.10); follow-up regarding opinions given (.20); send opinions draft to Don Lienbentritt and draft related e-mails (.20). |
| 10/14/09 | S. Schaefer | 1.50 | Review opinion with Bill Merten (2.0). Discuss issues raised by employer securities question with W. Merten (.30). Review litigation materials (1.0). |
| 10/15/09 | P. Compernolle | 2.50 | Review documents in Neil case relating to ESOP stock (1.0); review regulations (1.20); conference with W. Merten regarding same (.30). |
| 10/15/09 | W. Merten | 5.60 | Review as to our opinion and legal documents sent by Don Liebentritt (2.50). Discussions regarding same with Luis Granados and Paul Compernolle (.20). Discussions with S. Schaefer regarding litigation documents sent by Don Liebentritt (.20). Further analysis regarding documentation (2.0); conversations with Luis Granados regarding same (.10). Review related email from Luis Granados and engage in conversations with Susan Schaefer and Paul Compernolle regarding same. Review citations from Luis Granados, discuss same with P. Compernolle and S. Schaefer and D Liebentritt (.20). Receive call from Don Liebentritt and discuss prohibited transaction purchase and loan exemptions (.40). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2068575
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/09 | S. Schaefer | 4.50 | Assess the litigation involving the prohibited transaction issues and 409(l) employer securities issues (3.50). Discussed with Bill Merten and Paul Compernolle regrading the same (.50). Follow-up conversations regarding the nature of the stock held by the ESOP (.50). |
| 10/15/09 | L. Granados | 2.50 | Research and draft memo regarding 409(1). |
| 10/16/09 | S. Schaefer | 1.50 | Discussion with Bill Merten regarding employer securities issues (.80). Discussions with client regarding the opinion issue (.70). |
| 10/19/09 | P. Compernolle | 0.50 | Research regarding effect of deferred compensation plan on 409(p) testing. |
| 10/21/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding 5500 and stock issues. |
| 10/21/09 | W. Merten | 0.40 | Review e-mail from Don Liebentritt regarding Catalog Form 5500 and related follow-up (.20). Forward same e-mail to Susan Schaefer and Paul Compernolle (together with related e-mail) (.10). Follow-up regarding related 5500 issues (.10). |
| 10/22/09 | P. Compernolle | 0.50 | Review 5500 (.20); conference with Merten regarding same (.30). |
| 10/22/09 | W. Merten | 1.20 | Review Form 5500 with Paul Compernolle and Susan Schaefer (.70). Draft related e-mail to Don Liebentritt regarding same (.30). Telephone call from Don Liebentritt regarding same (.30). Follow-up conversation with Paul Compernolle (.10). |
| 10/22/09 | S. Schaefer | 0.80 | Review updated Form 5500 and updated financial statement (.50). Discussed with Paul Compernolle (.30). |
| 10/23/09 | P. Compernolle | 1.00 | Research regarding disclosure of Schedule E (.80); email to MBourgon regarding same (.10); email to DLiebentritt regarding same (.10). |
| 10/23/09 | W. Merten | 0.20 | Review Paul's email regarding Schedule E disclosure (.10). Related follow-up (.10). |
| 10/23/09 | M. Graham | 1.50 | Conference with P. Compernolle regarding disclosure rules for Form 5500 (.20); review case law regarding requirement to produce Form 5500 schedules (1.30). |
| 10/26/09 | W. Merten | 0.10 | Review e-mails from P. Compernolle and L. Granados regarding Schedule E. |
| 10/26/09 | L. Granados | 0.80 | Research regarding 5500 Schedule (.70); email P. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068575
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Compernolle regarding authorization for 5500 Schedule E (.10). |
| 10/27/09 | P. Compernolle | 0.50 | Research regarding deferred compensation and FICA treatment for 409(p) exception. |
| 10/27/09 | J. Isaac | 0.50 | Discuss DeJesus deferred compensation and FICA tax issue with P Compernolle relating to 409(p) (.20); analyze impact of effective dates for certain amendments to Internal Revenue Code on FICA tax obligations (.30). |
| 10/28/09 | P. Compernolle | 1.50 | Telephone conference with D. Liebentritt regarding 409(p) and stock basis (.20); review materials in preparation of call (.30); telephone conference with Chris King regarding Schedule E (.30); research regarding same (.70). |
| 10/29/09 | P. Compernolle | 0.30 | Telephone conference with M. Bourgon regarding disclosure of Form 5500 to participant. |

**Total Hours**     **65.30**        **Total For Services**     **$40,983.50**

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 22.20 | 15,873.00 |
| M. Graham | 2.00 | 1,130.00 |
| L. Granados | 3.30 | 2,079.00 |
| J. Holdvogt | 3.00 | 1,260.00 |
| J. Isaac | 9.40 | 2,632.00 |
| W. Merten | 11.80 | 8,437.00 |
| S. Schaefer | 12.70 | 9,080.50 |
| R. Schreck, Jr. PC | 0.30 | 208.50 |
| B. Troyan | 0.30 | 45.00 |
| D. Zucker | 0.30 | 238.50 |
| **Totals** | **65.30** | **$40,983.50** |

**Total This Invoice**     **$40,983.50**

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068575
Invoice Date:  11/30/2009

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068589 |
| Invoice Date: | 11/30/2009 |

## Remittance Copy
### Billing for services rendered through 10/31/2009

Total by Matter
  0502 Subchapter S Election                                          $ 274.50
  Client/Reference Number: 0000001844

Total Services                                                                  $ 274.50

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                                      **$ 274.50**

| Invoice | Date | |
|---|---|---|
| 2028670 | 07/31/2009 | 8,077.27 |
| 2038857 | 08/31/2009 | 31,392.75 |
| 2048080 | 09/28/2009 | 2,992.58 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2068589
Invoice Date:    11/30/2009

Total Outstanding Balance                              42,462.60

Total Balance Due                                  $ 42,737.10

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068589 |
| Invoice Date: | 11/30/2009 |

## Client Copy
### Billing for services rendered through 10/31/2009

Total by Matter
    0502 Subchapter S Election                                          $ 274.50
    Client/Reference Number: 0000001844

Total Services                                                                      $ 274.50

Total Costs and Other Charges Posted Through Billing Period              0.00

**Total This Invoice**                                                          **$ 274.50**

| Invoice | Date | |
|---|---|---|
| 2028670 | 07/31/2009 | 8,077.27 |
| 2038857 | 08/31/2009 | 31,392.75 |
| 2048080 | 09/28/2009 | 2,992.58 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2068589 | |
| Invoice Date: | 11/30/2009 | |

Total Outstanding Balance                                   42,462.60

Total Balance Due                                      $ 42,737.10

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

11/30/2009

Invoice: 2068589
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0502          Subchapter S Election
                      Client/Reference Number: 0000001844

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/09 | B. Rubin | 0.30 | Review letter from ESOP Trustee (.2); correspondence with Mr. Compernolle regarding response to ESOP Trustee (.1). |
| | **Total Hours** | **0.30** | **Total For Services**    **$274.50** |

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| B. Rubin | 0.30 | 274.50 |
| **Totals** | **0.30** | **$274.50** |
| | **Total This Invoice** | **$274.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068590 |
| Invoice Date: | 11/30/2009 |

## Remittance Copy
### Billing for services rendered through 10/31/2009

Total by Matter
   0504 Corporate/Credit Agreement/PHONES           $ 5,124.00
   Client/Reference Number: 0000001846

Total Services                       $ 5,124.00

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**           **$ 5,124.00**

| Invoice | Date | |
|---|---|---|
| 1994712 | 04/22/2009 | 4,982.90 |
| 2006371 | 05/22/2009 | 5,448.30 |
| 2058660 | 07/31/2009 | 50,220.90 |
| 2058658 | 08/31/2009 | 105,793.10 |
| 2048086 | 09/28/2009 | 7,397.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D C

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2068590 | |
| Invoice Date: | 11/30/2009 | |

Total Outstanding Balance        173,842.20

Total Balance Due        $ 178,966.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068590 |
| Invoice Date: | 11/30/2009 |

---

## Client Copy
### Billing for services rendered through 10/31/2009

---

Total by Matter
    0504 Corporate/Credit Agreement/PHONES             $ 5,124.00
    Client/Reference Number: 0000001846

Total Services                                 $ 5,124.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                         **$ 5,124.00**

| Invoice | Date | |
|---|---|---|
| 1994712 | 04/22/2009 | 4,982.90 |
| 2006371 | 05/22/2009 | 5,448.30 |
| 2058660 | 07/31/2009 | 50,220.90 |
| 2058658 | 08/31/2009 | 105,793.10 |
| 2048086 | 09/28/2009 | 7,397.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068590
Invoice Date:  11/30/2009

Total Outstanding Balance                                        173,842.20

Total Balance Due                                              $ 178,966.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

11/30/2009

Invoice: 2068590
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0504          Corporate/Credit Agreement/PHONES
                      Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/06/09 | G. Chan | 0.70 | Emails with A. Whiteway regarding PHONES memo (.20); review PHONES memo and Tribune spreadsheets (.50). |
| 10/06/09 | A. Whiteway | 1.00 | Review and revise PHONES memo. |
| 10/21/09 | P. Levine | 1.00 | Conference with J. Finkelstein and M. Wilder regarding retirement of PHONES. |
| 10/21/09 | A. Whiteway | 3.50 | Research tax issues related to PHONES cancellation (3.5 hours) |
| 10/21/09 | M. Wilder | 1.00 | Review Phones memo (.50); discuss bankruptcy issues with J. Finkelstein and P. Levine regarding same (.50). |

|  | **Total Hours** | **7.20** | **Total For Services** | **$5,124.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| G. Chan | 0.70 | 224.00 |
| P. Levine | 1.00 | 835.00 |
| A. Whiteway | 4.50 | 3,375.00 |
| M. Wilder | 1.00 | 690.00 |
| **Totals** | **7.20** | **$5,124.00** |

|  | Total This Invoice | $5,124.00 |
|--|--|--|

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068591 |
| Invoice Date: | 11/30/2009 |

## Remittance Copy
### Billing for services rendered through 10/31/2009

| | |
|---|---|
| Total by Matter | |
| 0507 Newsday | $ 6,257.88 |
| Client/Reference Number: 0000001849 | |
| | |
| Total Services | $ 6,202.00 |
| | |
| Total Costs and Other Charges Posted Through Billing Period | 55.88 |
| | |
| **Total This Invoice** | **$ 6,257.88** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068591 |
| Invoice Date: | 11/30/2009 |

---

## Client Copy
### Billing for services rendered through 10/31/2009

---

Total by Matter
    0507 Newsday                              $ 6,257.88
    Client/Reference Number: 0000001849

Total Services                                        $ 6,202.00

Total Costs and Other Charges Posted Through Billing Period        55.88

**Total This Invoice**                                         **$ 6,257.88**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

11/30/2009

Invoice: 2068591
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/09 | B. Rubin | 1.80 | Review and analyze list of questions from PWC (.40); review opinion memorandum (.20); develop responses to questions (.30); conference with co-counsel regarding same (.50); preparation for and conference call with clients regarding same (.40). |
| 10/01/09 | A. Whiteway | 1.00 | Review list of open issues regarding PWC (.20); conference with Mr. Rubin regarding same (.80). |
| 10/01/09 | J. Finkelstein | 1.00 | Prepare for and discuss tax opinion questions from PWC with Tribune. |
| 10/07/09 | A. Whiteway | 0.70 | Review and comment on FFC Application language (.3); telephone conference with Mr. Eldersveld and Ms. Washburn regarding same (.4). |
| 10/08/09 | A. Whiteway | 1.30 | Review and comment on entire filing with FFC (1.0); correspond with Mr. Eldersveld and Ms. Washburn regarding same (.3). |
| 10/14/09 | A. Whiteway | 1.00 | Review and revise FFC Waiver (.5); correspondence with Ms. Washburn regarding same (.5). |
| 10/15/09 | A. Whiteway | 1.30 | Review FFC Waiver. |

| | **Total Hours** | **8.10** | **Total For Services** | **$6,202.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 1.00 | 580.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2068591
Invoice Date:  11/30/2009

| Name | Hours | Amount |
|---|---|---|
| B. Rubin | 1.80 | 1,647.00 |
| A. Whiteway | 5.30 | 3,975.00 |
| **Totals** | **8.10** | **$6,202.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 09/01/09 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-3017. 9/01/09 | 0.15 |
| 09/11/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-4707. 9/11/09 | 0.30 |
| 09/16/09 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24145787; INVOICE DATE: 10/02/09; Call Date: 09/16/09; Order #25435761; Host NAME: Blake Rubin | 16.65 |
| 09/17/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-4707. 9/17/09 | 0.15 |
| 09/28/09 | Telecommunications<br>Ext. 68427 called CHICAGO, (312) 222-5158. 9/28/09 | 0.15 |
| 09/28/09 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 408-5128. 9/28/09 | 0.30 |
| 10/01/09 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24254837; INVOICE DATE: 11/02/09; Call Date: 10/01/09; Order #25546746; Host NAME: Blake Rubin | 11.75 |
| 10/07/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-4707. 10/07/09 | 2.10 |
| 10/19/09 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24368136; INVOICE DATE: 11/02/09; Call Date: 10/19/09; Order #25661905; Host NAME: Blake Rubin | 10.83 |
| 10/22/09 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-3017. 10/22/09 | 3.30 |
| 10/22/09 | Telecommunications | 0.15 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068591
Invoice Date:  11/30/2009

| Date | Description | Amount |
|------|-------------|-------:|
| | Ext. 68424 called CHICAGO, (312) 222-3233. 10/22/09 | |
| 10/22/09 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 853-7515. 10/22/09 | |
| 10/27/09 | Telecommunications | 9.90 |
| | Ext. 68425 called NEW YORK, (212) 450-5999. 10/27/09 | |

**Total Costs and Other Charges      $55.88**

**Total This Invoice      $6,257.88**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068587 |
| Invoice Date: | 11/30/2009 |

## Remittance Copy
### Billing for services rendered through 10/31/2009

Total by Matter
    0515 Chapter 11 Restructuring          $ 103,599.01

Total Services                       $ 101,371.00

Total Costs and Other Charges Posted Through Billing Period        2,228.01

**Total This Invoice**                      **$ 103,599.01**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 35,685.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2068587
Invoice Date:  11/30/2009

| Invoice | Date | |
|---------|------|---|
| 2038862 | 08/31/2009 | 22,212.07 |
| 2048085 | 09/28/2009 | 9,179.18 |
| 2058215 | 10/29/2009 | 27,824.36 |

Total Outstanding Balance                                884,159.44

Total Balance Due                                      $ 987,758.45

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2068587 |
| Invoice Date: | 11/30/2009 |

## Client Copy
### Billing for services rendered through 10/31/2009

Total by Matter
    0515 Chapter 11 Restructuring      $ 103,599.01

Total Services      $ 101,371.00

Total Costs and Other Charges Posted Through Billing Period      2,228.01

**Total This Invoice**      **$ 103,599.01**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 35,685.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2068587 |
| | | Invoice Date: | 11/30/2009 |

| **Invoice** | **Date** | |
| --- | --- | --- |
| 2038862 | 08/31/2009 | 22,212.07 |
| 2048085 | 09/28/2009 | 9,179.18 |
| 2058215 | 10/29/2009 | 27,824.36 |

| | |
| --- | --- |
| Total Outstanding Balance | 884,159.44 |
| Total Balance Due | $ 987,758.45 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

11/30/2009

Invoice: 2068587
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/09 | G. Ravert | 0.10 | Communications with S. Schwendeman regarding examiner communications going forward. |
| 10/01/09 | J. Zajac | 1.30 | Revisions to response to preliminary report (.30); revisions to May and second quarterly fee applications (.90); prepare ledes files for filing May fee statement (.10). |
| 10/01/09 | G. Chan | 1.00 | Draft S termination election memo. |
| 10/02/09 | G. Ravert | 0.70 | Draft detail response to fee inquiry of V. Garlati of Tribune (.4); office conference with J. Zajac regarding May fee statement and second quarterly application (.3). |
| 10/02/09 | J. Zajac | 0.50 | Review all invoices for fee total in response to debtors' inquire regarding totals (.3); communications with G. Ravert regarding same (.2). |
| 10/02/09 | G. Chan | 4.40 | Discuss 2-step process issues with J. Finkelstein (0.1); research additional authorities regarding respecting form in bankruptcy (1.3); draft S election termination memo (3.0). |
| 10/05/09 | G. Chan | 1.90 | Draft S election termination memo (1.8); email same to B. Rubin, J. Finkelstein, and A. Whiteway (0.1). |
| 10/05/09 | B. Rubin | 0.30 | Conference with Ms. Whiteway regarding tax issues raised by PoR. |
| 10/05/09 | A. Whiteway | 3.20 | Review revised Plan of Reorganization (1.2); analysis of S Termination tax issues (2.0). |
| 10/06/09 | A. Whiteway | 1.50 | Conference with Mr. Rubin regarding tax issues raised by PoR(.3); analysis of tax issues in revised Plan of Reorganization (1.2). |
| 10/06/09 | J. Finkelstein | 1.00 | Review draft plan of reorganization. |
| 10/07/09 | G. Ravert | 0.50 | Office conference with J. Zajac regarding objection |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068587
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | deadline (.2); office conference with J. Zajac regarding May fee statement (.1); communications with B. Rubin regarding same (.2). |
| 10/07/09 | J. Zajac | 0.70 | Emails to B. Rubin regarding executing may fee statement (.2); review second quarterly fee statement for execution (.1); prepare may fee statement and exhibits and email to K. Stickles for filing (.3); call with local counsel regarding objection deadline (.1). |
| 10/07/09 | B. Rubin | 1.70 | Review and comment on draft language regarding FCC waiver (.3); conference call with Mr. Eldersveld and Ms. Washburn regarding same (.4); review and comment on additional materials from client regarding waiver (1.0). |
| 10/08/09 | J. Zajac | 0.30 | Email May fee statement to local counsel (.1); revise quarterly application with updated docket numbers (.1); call with local counsel regarding objection deadline (.1). |
| 10/09/09 | J. Zajac | 0.20 | Prepare and email second quarterly fee application to local counsel. |
| 10/12/09 | J. Zajac | 2.10 | Review September bills for matters 41,42,47,500,505,507, and 515 for compliance with bankruptcy rules (1.1); email to M. Simons regarding same (.1); review expenses for June through August (.3); emails to M. Simons regarding same (.2); call with J. Isaac regarding disclosure information (.1); call with C. Van Dyke regarding same (.1); call with M. Eltaki regarding same (.1); email to M. Simons regarding billing rates (.1). |
| 10/12/09 | J. Finkelstein | 1.00 | Review draft plan of reorganization and S termination memo. |
| 10/13/09 | B. Rubin | 3.10 | Review and comment on draft PoR (2.0); analysis regarding hedge termination issue and planning in connection with PoR (1.1). |
| 10/13/09 | J. Finkelstein | 1.00 | Review memo regarding S election termination. |
| 10/14/09 | G. Ravert | 0.20 | Communications with B. Krakauer, B. Rubin and K. Kansa concerning retention issues. |
| 10/14/09 | B. Rubin | 2.70 | Review and comment on draft PoR (1.5); research and analysis regarding S Corp termination tax planning (1.1). |
| 10/15/09 | G. Ravert | 0.90 | Telephone call with B. Krakauer, K. Kansa, B. Rubin, A. Whiteway and J. Zajac regarding hearing on Cubs sale, |

# McDermott
# Will & Emery

Tribune Company

Client:           020336
Invoice:          2068587
Invoice Date:     11/30/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | section 329 statement and related matters (.5); office conference with J. Zajac regarding section 329 statement (.3); communications with K. Kansa and B. Krakauer regarding transcript (.1). |
| 10/15/09 | J. Zajac | 0.80 | Call with B. Krakauer, K. Kansa, B. Rubin, A. Whiteway, and G. Ravert regarding Cubs sale, section 329 statement and other related matters (.5); office conference with G. Ravert regarding drafting 329 statement (.30). |
| 10/15/09 | B. Rubin | 3.60 | Review and edit memo regarding S corporation termination issues (2.2); research and analysis regarding possible planning (1.4). |
| 10/15/09 | A. Whiteway | 2.30 | Finalize PHONES opinion (.8); correspond with Mr. Shanahan regarding same (.1); review Plan of Reorganization (1.4). |
| 10/15/09 | J. Finkelstein | 2.80 | Review plan of reorganization (2.5 hours); review draft email from B. Rubin and discuss with Blake Rubin (.3 hours). |
| 10/16/09 | B. Rubin | 2.90 | Research and analysis regarding S corporation termination planning (1.4); review and comment on draft PoR (1.0); prepare for and conference with Ms Whiteway and Mr. Finkelstein to coordinate comments on draft PoR (.5). |
| 10/16/09 | A. Whiteway | 5.40 | Review Plan of Reorganization (.5); research analysis of tax issues raised by timing of emergence (4.5); conference with Mr. Rubin regarding same (.4). |
| 10/16/09 | J. Finkelstein | 3.80 | Review plan of reorganization and research timing of income issues (3.3 hours); prepare for and discuss comments on plan of reorganization with Blake Rubin and Andrea Whiteway (.5 hours). |
| 10/19/09 | J. Zajac | 0.20 | Emails with SMJJ regarding LEDES format versions of May fee statement and prepare and send LEDES format versions of same. |
| 10/19/09 | B. Rubin | 4.30 | Research and analysis regarding interest accrual issue (1.4); research and analysis regarding items affected by bifurcated effective date structure (1.0); preparation for and conference call with clients regarding tax planning in connection with emergency (1.2); correspondence with |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068587
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Mr. Krakauer (.1); preparation for and conference call with Mr. Krakauer (.6). |
| 10/19/09 | A. Whiteway | 7.60 | Research bankruptcy tax issues regarding interest accrual (2.2); research bankruptcy reorganization tax issues (3.0); preparation for and telephone conference with Mr. Larsen, Mr. Eldersveld, Mr. Shanahan and Ms. Melgarejo (1.4); preparation for and telephone conference with Mr. Krakauer (1.0). |
| 10/19/09 | J. Finkelstein | 3.00 | Prepare for and participate in conference call with Tribune regarding plan of reorganization (1.5 hour); review revised plan of reorganization and disclosure statement (1.5 hours). |
| 10/20/09 | J. Zajac | 0.20 | Call with L. Schulz regarding disclosure information (.1); call with C. Bleeke regarding same (.1). |
| 10/20/09 | B. Rubin | 1.40 | Research and analysis regarding bifurcated emergency structure (1.2; correspondence with clients regarding same (.2). |
| 10/20/09 | A. Whiteway | 4.10 | Review and analyze plan of reorganization tax consequences (1.2); legal research on issue of interest accrual (2.0); legal research on issue of PHONES COD issues (.9). |
| 10/20/09 | J. Finkelstein | 1.50 | Review and analyze plan of reorganization. |
| 10/21/09 | B. Rubin | 0.30 | Correspondence with client regarding emergency tax planning (.3). |
| 10/21/09 | J. Finkelstein | 4.50 | Research tax issues related to PHONES cancellation (3.5 hours); discuss PHONES cancellation with Phil Levine and Michael Wilder (1 hour). |
| 10/22/09 | J. Zajac | 1.50 | Revise June, July and August fee statements (1.0); email with M. Simons regarding expense reports (.1); call with E. Bond regarding disclosures (.1); call with R. Almagauer regarding same (.1); emails to B. Rubin regarding fee statements and finalized invoices (.2). |
| 10/22/09 | B. Rubin | 3.80 | Research and analysis regarding interest accrual/COD issue (1.4); review and analyze IRS proof of claim and compare to tax exposure schedule (.8); review and analyze PHONES bankruptcy issue (.9); conference call with clients (.7). |
| 10/22/09 | A. Whiteway | 2.60 | Legal research on S termination tax issues. (2.6) |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068587
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/22/09 | J. Finkelstein | 2.00 | Research regarding income timing issues (1.3 hours); participate in conference call with Tribune regarding income timing issues (.7 hours). |
| 10/23/09 | G. Ravert | 0.30 | Communications with J. Zajac regarding Cubs representation and related disclosures. |
| 10/23/09 | J. Zajac | 2.00 | Begin drafting supplemental disclosure for retention in Cubs bankruptcy. |
| 10/23/09 | B. Rubin | 2.20 | Review and analyze research materials regarding tax treatment of cancelled interest (1.2); review and comment on revised draft PoR (1.0). |
| 10/23/09 | A. Whiteway | 2.60 | Review and analyze research materials regarding tax treatment of cancelled interest (1.6); review and comment on revised draft PoR (1.0). |
| 10/26/09 | J. Zajac | 2.00 | Draft declaration for retention in Cubs proceeding, including review of prior retention disclosures and supplements (1.8); review invoices for disclosure information and email T. McGlotten regarding same (.2). |
| 10/27/09 | G. Ravert | 1.70 | Review master conflicts list sent by Debtors in connection with required disclosures (.4); office conference with J. Zajac regarding Cubs disclosures (.3); review affidavit regarding same (.3); telephone call with J. Zajac and Q. Heisler regarding court-required disclosures (.2); review revised affidavit (.5). |
| 10/27/09 | J. Zajac | 4.00 | Calls with G. Ravert regarding disclosures for Cubs retention (.2); review list of conflicts and draft disclosure regarding same (1.5); revisions to declaration of B. Rubin (.6); review standards regarding retention in Bankruptcy Code and revise disclosure regarding same (.5); draft conflicts check email and distribute to firm (.3); review email from J. Cundiff regarding same (.1); call with G. Heisler and G. Ravert regarding same (.2); calls with R. Harris regarding same (.3); revisions to disclosure regarding prior calls (.3). |
| 10/27/09 | B. Rubin | 3.70 | Review and analyze research materials regarding post-petition interest issue (2.50); preparation for and conference call with clients and creditor representatives regarding tax issues (1.2). |
| 10/27/09 | A. Whiteway | 3.50 | Review Plan of Reorganization tax issues (1.2); |

# McDermott
# Will&Emery

Tribune Company

Client:        020336
Invoice:       2068587
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | preparation for and telephone conference with Mr. Dimon and Mr. Herzog re tax timing issues (1.3); analysis regarding same (1.0). |
| 10/27/09 | J. Finkelstein | 2.00 | Prepare for and participate in conference call with Lenders' counsel regarding plan of reorganization (1.2); discuss plan of reorganization with counsel (.8). |
| 10/28/09 | G. Ravert | 0.80 | Review and edit Rubin affidavit. |
| 10/28/09 | B. Rubin | 4.00 | Review and analyze research materials regarding interest accrual issue (1.2); conference with co-counsel regarding follow up with Davis Polk (.2); memo to clients regarding tax issues in connection with PoR (.5); review and comment on PoR (2.1). |
| 10/28/09 | A. Whiteway | 4.50 | Research tax issues regarding timing (2.5); correspond with Mr. Dimon regarding creditors call (1.2); correspond with client regarding creditors call (.8). |
| 10/28/09 | J. Finkelstein | 1.30 | Review plan of reorganization (1 hour); review draft summary of call with creditors' counsel (.3 hours). |
| 10/29/09 | J. Zajac | 2.40 | Meeting with G. Ravert regarding conflicts list (.2); update disclosure regarding conflicts check (.8); revisions to June fee statement (.5); revisions to July fee statement (.4); revisions to August fee statement (.5). |
| 10/29/09 | B. Rubin | 2.80 | Research and analysis regarding tax issues in connection with PoR (1.6); review and comment on PoR (1.2). |
| 10/29/09 | A. Whiteway | 6.50 | Review and comment on Plan of Reorganization (6.1); conference with B. Rubin regarding same (.4). |
| 10/29/09 | J. Finkelstein | 0.50 | Discuss plan of reorganization with Blake Rubin and Andrea Whiteway. |
| 10/30/09 | G. Ravert | 0.50 | Communications with J. Zajac regarding retention issues (.4); communications with B. Rubin regarding same (.1). |
| 10/30/09 | J. Zajac | 2.50 | Meeting with G. Ravert regarding disclosure revisions (.1); draft conflicts list (.8); revise declaration regarding disclosures and email same to B. Rubin (.3); draft conflicts statement and send to partners listed on list (1.0); email local counsel regarding timing of filing disclosure (.1); review email from D. Baker and respond regarding conflicts (.1); email from and to J. Rizzo regarding same (.1) |
| 10/30/09 | B. Rubin | 1.20 | Prepare for and conference with co-counsel regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2068587
Invoice Date:  11/30/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | PoR (.60); analysis regarding items to become effective on alternative effective dates (.60). |
| 10/30/09 | A. Whiteway | 7.90 | Revise Plan of Reorganization and draft Riders (7.3); prepare for and conference with Mr. Rubin (.6). |
| 10/30/09 | J. Finkelstein | 1.50 | Discuss plan of reorganization with counsel (.5 hours); review revised plan of reorganization (1 hour). |
| 10/31/09 | J. Finkelstein | 0.70 | Review revised plan or reorganization. |

| | | | |
|------|------|-------|-------------|
| **Total Hours** | | **150.00** | **Total For Services**    **$101,371.00** |

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| G. Chan | 7.30 | 2,336.00 |
| J. Finkelstein | 26.60 | 15,428.00 |
| G. Ravert | 5.70 | 3,334.50 |
| B. Rubin | 38.00 | 34,770.00 |
| A. Whiteway | 51.70 | 38,775.00 |
| J. Zajac | 20.70 | 6,727.50 |
| **Totals** | **150.00** | **$101,371.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 04/09/09 | Miscellaneous<br>VENDOR: TyMetrix, Inc; INVOICE#: 200901124; DATE: 4/9/2009 - Electronic billing processing fee | 2,145.13 |
| 09/30/09 | Outside Copy Services<br>VENDOR: Williams Lea Inc.; INVOICE#: CON-00002370; DATE: 9/30/2009 - Sept 2009 Consolidated Volume bill. Scanning Log. | 0.88 |
| 10/07/09 | Telecommunications<br>Ext. 75639 called WILMINGTON, (302) 652-3131. | 0.15 |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2068587 | |
| Invoice Date: | 11/30/2009 | |

| Date | Description | Amount |
|------|-------------|-------:|
| | 10/07/09 | |
| 10/08/09 | Telecommunications | 0.15 |
| | Ext. 75639 called WILMINGTON, (302) 652-3131. | |
| | 10/08/09 | |
| 10/20/09 | Telecommunications | 11.45 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #24377964; INVOICE DATE: 11/02/09; Call Date: 10/20/09; Order #25671752; Host NAME: Andrea Whiteway | |
| 10/23/09 | Document Production | 70.00 |
| | date: 10/23/09 | |
| 10/23/09 | Photocopy | 0.10 |
| | date: 10/23/09 | |
| 10/27/09 | Telecommunications | 0.15 |
| | Ext. 75639 called CHICAGO, (312) 590-1254. 10/27/09 | |

**Total Costs and Other Charges**    **$2,228.01**

**Total This Invoice**    **$103,599.01**