# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076387 |
| Invoice Date: | 12/09/2009 |

## Remittance Copy
**Billing for services rendered through 11/30/2009**

Total by Matter
    0040 General Employee Benefits Matters            $ 214.50
    Client/Reference Number: 0000000847

Total Services                                    $ 214.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                              **$ 214.50**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 1,083.00 |
| 2028654 | 07/31/2009 | 2,315.50 |
| 2038849 | 08/31/2009 | 357.50 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2076387 | |
| Invoice Date: | 12/09/2009 | |

Total Outstanding Balance                          6,576.00

Total Balance Due                                 $ 6,790.50

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076387 |
| Invoice Date: | 12/09/2009 |

---

## Client Copy
### Billing for services rendered through 11/30/2009

---

Total by Matter
    0040 General Employee Benefits Matters          $ 214.50
    Client/Reference Number: 0000000847

Total Services          $ 214.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 214.50**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 1,083.00 |
| 2028654 | 07/31/2009 | 2,315.50 |
| 2038849 | 08/31/2009 | 357.50 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2076387
Invoice Date:    12/09/2009

Total Outstanding Balance                                6,576.00

Total Balance Due                                      $ 6,790.50

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/09/2009

Invoice: 2076387
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040            General Employee Benefits Matters
                        Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/09/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding Inserta and 401(k) termination. |

| | **Total Hours** | **0.30** | **Total For Services** | **$214.50** |
|---|---|---|---|---|
| | | | **Total This Invoice** | **$214.50** |

U.S. practice conducted through McDermott Will & Emery LLP

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076388 |
| Invoice Date: | 12/09/2009 |

## Remittance Copy
### Billing for services rendered through 11/30/2009

Total by Matter
    0041 Welfare Plans
    Client/Reference Number: 0000000848      $ 5,948.50

Total Services      $ 5,948.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 5,948.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 9,621.50 |
| 2038850 | 08/31/2009 | 27,882.60 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2076388
Invoice Date: 12/09/2009

| Invoice | Date | | |
|---------|------|---|---|
| 2048076 | 09/28/2009 | 17,135.00 | |
| 2058205 | 10/29/2009 | 11,236.48 | |
| 2068574 | 11/30/2009 | 8,635.50 | |

Total Outstanding Balance                                       117,965.38

Total Balance Due                                          $ 123,913.88

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076388 |
| Invoice Date: | 12/09/2009 |

## Client Copy
## Billing for services rendered through 11/30/2009

Total by Matter
    0041 Welfare Plans                  $ 5,948.50
    Client/Reference Number: 0000000848

Total Services                                   $ 5,948.50

Total Costs and Other Charges Posted Through Billing Period      0.00

## Total This Invoice                  $ 5,948.50

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 9,621.50 |
| 2038850 | 08/31/2009 | 27,882.60 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2076388
Invoice Date:  12/09/2009

| Invoice | Date | |
|---------|------|--|
| 2048076 | 09/28/2009 | 17,135.00 |
| 2058205 | 10/29/2009 | 11,236.48 |
| 2068574 | 11/30/2009 | 8,635.50 |

Total Outstanding Balance                          117,965.38

Total Balance Due                              $ 123,913.88

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/09/2009

Invoice: 2076388
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/09 | A. Gordon | 3.80 | Review and revise the United Healthcare ASA execution copy. |
| 11/03/09 | A. Gordon | 3.00 | Finalize review of UHC-ASA Tribune agreement. |
| 11/03/09 | A. Gordon | 0.80 | Discuss with S. O'Connor and R. DeBoer UHC-ASA final copy. |
| 11/20/09 | A. Gordon | 0.20 | Review e-mails from V. Parks regarding Medicare secondary payor. |
| 11/20/09 | A. Gordon | 0.20 | Review e-mail from R. DeBoer regarding UHC-ASA final copy. |
| 11/20/09 | A. Gordon | 0.50 | Draft response to e-mails from R. DeBoer regarding Medicare adjudication in United contracts. |
| 11/20/09 | A. Gordon | 0.30 | Review United contract indemnification language. |
| 11/23/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding procedures for claims and appeals. |
| 11/24/09 | A. Gordon | 0.30 | Review Ingenix Agreement. |
| 11/24/09 | A. Gordon | 0.30 | Discuss Ingenix agreement with R.DeBour. |

| | **Total Hours** | **9.70** | **Total For Services** | **$5,948.50** |
|---|---|---|---|---|
| | | | **Total This Invoice** | **$5,948.50** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076389 |
| Invoice Date: | 12/09/2009 |

## Remittance Copy
### Billing for services rendered through 11/30/2009

Total by Matter
    0047 ESOP                                                $ 4,818.00
    Client/Reference Number: 0000001574

Total Services                                                    $ 4,818.00

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**                                        **$ 4,818.00**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076389 |
| Invoice Date: | 12/09/2009 |

## Client Copy
### Billing for services rendered through 11/30/2009

Total by Matter
    0047 ESOP                                  $ 4,818.00
    Client/Reference Number: 0000001574

Total Services                                          $ 4,818.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                        **$ 4,818.00**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/09/2009

Invoice: 2076389
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047          ESOP
                      Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/03/09 | P. Compernolle | 0.30 | Research regarding participant benefit notices. |
| 11/04/09 | P. Compernolle | 1.00 | Telephone conference with K. Dansart regarding ESOP benefit statement (.20); reearch regarding same (.30); draft inserts to statement (.30); review final draft (.20). |
| 11/04/09 | J. Holdvogt | 0.80 | Review final participant statement re: ESOP accounts for ERISA compliance (.60); confer with P. Compernolle re: issues for compliance (20). |
| 11/17/09 | P. Compernolle | 0.50 | E-mail to D. Eldersveld regarding 409p and deferred compensation. |
| 11/17/09 | W. Merten | 0.10 | Meet with P. Compernolle regarding deferred compensation plans and timing of ESOP termination in terms of Section 49(p) concerns. |
| 11/18/09 | W. Merten | 1.50 | Telephone conference with David Bradford regarding mediators (.40).  Follow-up conversation with potential mediators (.90).  Follow-up phone calls with and to David Bradford regarding same (.20). |
| 11/19/09 | W. Merten | 0.40 | Review e-mails from Larry Goldberg regarding possible service as mediator (.20).  Related follow-up telephone call with L. Goldberg regarding same (.20). |
| 11/20/09 | J. Holdvogt | 1.50 | Draft amendment to Tribune Company ESOP for compliance with Pension Protection Act and HEART Act changes. |
| 11/24/09 | W. Merten | 1.00 | Telephone call to David Bradford regarding possible mediators (.40).  Follow-up with D. Bradford regarding Layn Phillips (in Orange County) (.40).  Related call with D. Bradford regarding same (.20). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2076389
Invoice Date:  12/09/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/25/09 | J. Holdvogt | 1.00 | Continue drafting amendment to Tribune Company ESOP for compliance with Pension Protection Act and HEART Act changes. |

|  | **Total Hours** | **8.10** | **Total For Services** | **$4,818.00** |
|---|---|---|---|---|
|  |  |  | **Total This Invoice** | **$4,818.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076404 |
| Invoice Date: | 12/09/2009 |

## Remittance Copy
### Billing for services rendered through 11/30/2009

Total by Matter
    0504 Corporate/Credit Agreement/PHONES        $ 2,783.87
    Client/Reference Number: 0000001846

Total Services    $ 2,763.00

Total Costs and Other Charges Posted Through Billing Period    20.87

**Total This Invoice**    **$ 2,783.87**

| Invoice | Date | |
|---|---|---|
| 1994712 | 04/22/2009 | 4,982.90 |
| 2006371 | 05/22/2009 | 5,448.30 |
| 2058660 | 07/31/2009 | 50,220.90 |
| 2058658 | 08/31/2009 | 105,793.10 |
| 2048086 | 09/28/2009 | 7,397.00 |
| 2068590 | 11/30/2009 | 5,124.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2076404
Invoice Date:  12/09/2009

Total Outstanding Balance                                      178,966.20

Total Balance Due                                          $ 181,750.07

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076404 |
| Invoice Date: | 12/09/2009 |

---

## Client Copy
### Billing for services rendered through 11/30/2009

---

Total by Matter
  0504 Corporate/Credit Agreement/PHONES            $ 2,783.87
  Client/Reference Number: 0000001846

Total Services                                                  $ 2,763.00

Total Costs and Other Charges Posted Through Billing Period        20.87

**Total This Invoice**                                          **$ 2,783.87**

| Invoice | Date | |
|---|---|---|
| 1994712 | 04/22/2009 | 4,982.90 |
| 2006371 | 05/22/2009 | 5,448.30 |
| 2058660 | 07/31/2009 | 50,220.90 |
| 2058658 | 08/31/2009 | 105,793.10 |
| 2048086 | 09/28/2009 | 7,397.00 |
| 2068590 | 11/30/2009 | 5,124.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2076404 |
| Invoice Date: | 12/09/2009 |

Total Outstanding Balance                                           178,966.20

Total Balance Due                                              $ 181,750.07

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/09/2009

Invoice: 2076404
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0504          Corporate/Credit Agreement/PHONES
                      Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/09 | B. Rubin | 1.20 | Review comments from client on supporting memo (.5); preparation for and conference call with client regarding (.7). |
| 11/10/09 | B. Rubin | 1.00 | Finalize opinion and transmit to client. |
| 11/10/09 | A. Whiteway | 1.00 | Finalize opinion and circulate to client. |

| | **Total Hours** | **3.20** | **Total For Services** | **$2,763.00** |
|--|--|--|--|--|

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/10/09 | Express Mail<br>FedEx #940222259 - 798127054556, CHICAGO | 10.47 |
| 11/10/09 | Photocopy<br>Device 03WDC16C. | 10.40 |

| | **Total Costs and Other Charges** | **$20.87** |
|--|--|--|
| | **Total This Invoice** | **$2,783.87** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076400 |
| Invoice Date: | 12/09/2009 |

## Remittance Copy
### Billing for services rendered through 11/30/2009

Total by Matter
     0515 Chapter 11 Restructuring              $ 114,381.90

Total Services         $ 114,379.50

Total Costs and Other Charges Posted Through Billing Period      2.40

**Total This Invoice**         **$ 114,381.90**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 35,685.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2076400
Invoice Date:  12/09/2009

| Invoice | Date | |
|---------|------|---|
| 2038862 | 08/31/2009 | 22,212.07 |
| 2048085 | 09/28/2009 | 9,179.18 |
| 2058215 | 10/29/2009 | 27,824.36 |
| 2068587 | 11/30/2009 | 103,599.01 |

Total Outstanding Balance                   987,758.45

Total Balance Due                        $ 1,102,140.35

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2076400 |
| Invoice Date: | 12/09/2009 |

## Client Copy
### Billing for services rendered through 11/30/2009

Total by Matter
     0515 Chapter 11 Restructuring          $ 114,381.90

Total Services             $ 114,379.50

Total Costs and Other Charges Posted Through Billing Period     2.40

**Total This Invoice**     **$ 114,381.90**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 35,685.30 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
|---|---|---|
| | Invoice: | 2076400 |
| | Invoice Date: | 12/09/2009 |

| Invoice | Date | |
|---|---|---|
| 2038862 | 08/31/2009 | 22,212.07 |
| 2048085 | 09/28/2009 | 9,179.18 |
| 2058215 | 10/29/2009 | 27,824.36 |
| 2068587 | 11/30/2009 | 103,599.01 |

Total Outstanding Balance                                    987,758.45

Total Balance Due                                    $ 1,102,140.35

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

12/09/2009

Invoice: 2076400
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/09 | G. Ravert | 1.20 | Review 10-15-09 hearing transcript (.4); review and revise 329 disclosure (.3); discuss same with J. Zajac (.3); telephone conference with B. Rubin regarding same (.2) |
| 11/02/09 | J. Zajac | 1.00 | Review hearing transcript of Cubs transaction regarding disclosure of payments received (.2); prepare finalized declaration to B. Rubin for execution (.1); revise June fee statement (.20); email same to B. Rubin (.1); revise July fee statement and send to B. Rubin (.2); revise August fee statement and send to B. Rubin (.2). |
| 11/02/09 | B. Rubin | 1.00 | Meeting with co-counsel to coordinate comments on PoR. |
| 11/02/09 | A. Whiteway | 5.00 | Review and edit Plan of Reorganization. |
| 11/02/09 | J. Finkelstein | 2.50 | Review revised plan of reorganization (2.20); discussion with Blake Rubin and Andrea Whiteway regarding same (.30). |
| 11/03/09 | G. Ravert | 1.20 | Review guaranty agreement in connection with conference call with P. McCurry (.3); prepare for and participate in telephone conference with P. McCurry regarding priority and effectiveness of guaranty under plan in connection with tax opinion (.9). |
| 11/03/09 | J. Zajac | 0.30 | Prepare finalized declaration and email same to local counsel for filing. |
| 11/03/09 | B. Rubin | 4.50 | Review and comment on PoR (3.0); analysis regarding inclusion of various tax items on S corp or C corp return (1.0); memo to clients regarding same (.5). |
| 11/03/09 | A. Whiteway | 3.50 | Review and revise POR (3.0); prepare for and telephone conference with co-counsel regarding same (.5). |
| 11/03/09 | J. Finkelstein | 1.50 | Revise plan of reorganization. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2076400
Invoice Date:  12/09/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/09 | G. Ravert | 0.20 | Communications with P. McCurry regarding Cubs billing. |
| 11/05/09 | J. Finkelstein | 1.00 | Prepare for and call with Alvarez & Marsal. |
| 11/06/09 | G. Ravert | 0.40 | Communications with J. Zajac regarding May through August fee statements and case status. |
| 11/06/09 | B. Rubin | 1.00 | Preparation for and conference call with Alvarez & Marsal. |
| 11/06/09 | A. Whiteway | 1.00 | Prepare for and participate in conference call with Alvarez & Marsal. |
| 11/06/09 | J. Finkelstein | 0.60 | Participate in conference call with Alvarez & Marsal. |
| 11/09/09 | G. Ravert | 0.30 | Communications with M. Simons regarding Cub parties in interest and review conflicts check list regarding same. |
| 11/10/09 | G. Ravert | 0.30 | Communications with J. Zajac regarding fee statements. |
| 11/10/09 | J. Zajac | 1.50 | Revise July and August fee statements (.5); emails with M. Simons regarding finalizing June, July, and August invoices (.2); emails with B. Rubin regarding fee statements and certificates of no objection (.2); meeting with G. Ravert regarding same (.1); prepare invoices for filing fee statements (.5). |
| 11/10/09 | B. Rubin | 1.00 | Review and edit fee filings and statements. |
| 11/11/09 | G. Ravert | 0.50 | Office conference with J. Zajac regarding examiner's comments to fee application (.2); review emails regarding same (.1); draft email to B. Rubin regarding second quarterly fee app. (.1); additional communications with P. Compernolle and B. Rubin regarding recent Tribune order served on McDermott (.1). |
| 11/11/09 | B. Rubin | 2.00 | Review and comment on fee application documents (.8); analysis regarding estimate of bifurcated closing benefits (1.2). |
| 11/12/09 | G. Ravert | 0.30 | Communications with B. Rubin and J. Zajac regarding examiner's requests regarding fee applications. |
| 11/12/09 | J. Zajac | 0.20 | Emails with G. Ravert and B. Rubin regarding fee statements. |
| 11/12/09 | B. Rubin | 3.30 | Correspondence with Mr. Zajac regarding retention issues (.3); research and analysis regarding determination of section 1017(b)(2) limitation (3.0). |
| 11/12/09 | J. Finkelstein | 0.50 | Review correspondence regarding draft Plan of Reorganization (.2 hours); analysis regarding tax savings |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2076400
Invoice Date:  12/09/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.3 hours). |
| 11/13/09 | J. Zajac | 1.40 | Revisions to fee statements (.4); review October prebills for matters 0040, 0041, 0046, 0047, 0515, 0502, 0504, 0506 and 0507 regarding compliance with bankruptcy rules (.7); emails with B. Rubin regarding executing fee statements (.1); emails with local counsel regarding filing fee statements (.2). |
| 11/13/09 | B. Rubin | 2.60 | Review and finalize fee statement filings (.5); respond to creditor question regarding basis reduction issues (.8); research and analysis regarding quantification of benefit of bifurcated emergence structure (1.3). |
| 11/13/09 | A. Whiteway | 5.00 | Analysis of tax consequences of issuance date (.80); correspond with client regarding same (.3); research guarantee insolvency issue (3.7); correspond with Sidley regarding same (.2). |
| 11/16/09 | P. Levine | 2.00 | Conference with B. Rubin, A. Whiteway, M. Wilder and T. Shuman regarding restructuring. |
| 11/16/09 | G. Ravert | 1.40 | Communications with J. Zajac and B. Rubin regarding upcoming fee hearing (.3); review fee examiner's final report (.8); draft email to B. Rubin regarding proposed response to same (.3). |
| 11/16/09 | J. Zajac | 1.00 | Review prebills for October to ensure they comply with the Bankruptcy Rules (.4); review final fee examiners report (.4); meeting with G. Ravert regarding same (.1); emails with B. Rubin and G. Ravert regarding same (.1). |
| 11/16/09 | G. Chan | 0.30 | Conference with B. Rubin and A. Whiteway regarding section 1017 research (0.3). |
| 11/16/09 | B. Rubin | 4.20 | Conference call with Sidley personnel structure changes proposed by creditors (.7); research and analysis regarding same (1.8); preparation for and conference with Mr. Levine and Mr. Wilder regarding possible dispositions of Tribune entities (.8); follow up regarding Bigelow affidavit (.5) follow up with client regarding quantification of benefit of bifurcated structure (.2); correspondence with Mr. Ravert regarding retention matters (.2). |
| 11/16/09 | A. Whiteway | 4.00 | Prepare for conference with Mr. Rubin, Mr. Levine and Mr. Wilder regarding Plan of Reorganization corporate |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2076400
Invoice Date:  12/09/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | spin off structure (1.0); telephone conference with Mr. Krakauer and Mr. Kansa regarding tax issues raised by creditors committee (1.0); analysis of tax issues and research (2.0). |
| 11/16/09 | M. Wilder | 1.50 | Discuss possible dispositions of Tribune entities in section 351 or 355 transactions with A. Whiteway, B. Rubin and P. Levine (.60); review of 368(b)(1)(G) authorities (.90). |
| 11/17/09 | P. Levine | 0.80 | Prepare for and conference with T. Shuman regarding bankruptcy reorganization (.60); research same (.20). |
| 11/17/09 | T. Shuman | 3.10 | Research regarding divisive reorganization under section 368(a)(1)(G) (2.6 hrs.); meeting with P. Levine and M. Wilder regarding same (.5 hrs.). |
| 11/17/09 | M. Wilder | 2.50 | Research 355(g) issues (2.0); circulate email to B. Rubin regarding same (.20); discuss issues with T. Shuman and P. Levine regarding same (.30). |
| 11/18/09 | T. Shuman | 2.00 | Research regarding divisive reorganization in bankruptcy (1.6 hrs.); begin outline of tax analysis regarding same (.4 hrs.). |
| 11/18/09 | J. Zajac | 0.50 | Prepare LEDES files for fee examiner and email same. |
| 11/18/09 | G. Chan | 2.60 | Review section 1017 (0.3); research and review section 1017 legislative history (1.5); review prior analogous research (0.8). |
| 11/18/09 | J. Finkelstein | 0.50 | Discuss alternative plan of reorganization structures with counsel. |
| 11/19/09 | P. Levine | 1.30 | Conference with M. Wilder and T. Shuman regarding restructuring. |
| 11/19/09 | G. Ravert | 0.10 | Discuss examiner's report response with J. Zajac. |
| 11/19/09 | T. Shuman | 6.30 | Draft memorandum regarding U.S. federal income tax consequences of bankruptcy emergence structures, including discussions of section 351 transaction and reorganization under section 368(a)(1)(G) (5.3 hrs.); meeting with P. Levine and M. Wilder regarding tax issues in structures (1.0 hrs.). |
| 11/19/09 | J. Zajac | 1.50 | Draft fee statement for September. |
| 11/19/09 | A. Whiteway | 1.50 | Research and analysis of corporate spin off alternatives. |
| 11/19/09 | J. Finkelstein | 0.70 | Discuss plan of reorganization with counsel. |
| 11/19/09 | M. Wilder | 1.50 | Review T. Shuman emails (.20); meeting with T. Shuman |

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:    2076400
Invoice Date:    12/09/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and P. Levine to discuss section 351 and 355 issues in bankruptcy reorganization (1.30). |
| 11/20/09 | P. Levine | 4.30 | Research restructuring issues (1.40); conference with B. Rubin, A. Whiteway, M. Wilder, M. White, T. Shuman regarding same (2.90). |
| 11/20/09 | T. Shuman | 9.70 | Draft memorandum regarding federal income tax treatment of bankruptcy emergence structures, including section 351 transaction and divisive reorganization (6.9 hrs.); meetings with P. Levine and M. Wilder to discuss tax issues in bankruptcy emergence structures (2.8 hrs.). |
| 11/20/09 | G. Chan | 2.10 | Research section 1017 and inclusion of section 752 liabilities. |
| 11/20/09 | B. Rubin | 3.60 | Review and edit memo regarding tax issues raised by proposed emergence of subsidiaries separate from parent (2.7); research and analysis regarding same (.90). |
| 11/20/09 | A. Whiteway | 2.60 | Correspondence with Sidley regarding plan of reorganization (.2); review plan of reorganization for timing issues (.5); conference with Mr. Rubin regarding same (.9); legal research of spin off proposal (1.0). |
| 11/20/09 | M. Wilder | 3.30 | Discuss 355 and 351 bankruptcy issues with P. Levine and Tim Shuman (2.80); review legislative history of 1980 Bankruptcy Act (.50). |
| 11/21/09 | T. Shuman | 4.00 | Draft and revise memorandum on federal income tax consequences of bankruptcy emergence structures. |
| 11/22/09 | P. Levine | 0.50 | Research section 351. |
| 11/22/09 | T. Shuman | 1.10 | Revise memorandum on federal income tax consequences of bankruptcy emergence structures (1.00); send same to P. Levine and M. Wilder (.10). |
| 11/23/09 | P. Levine | 5.00 | Review draft memo regarding bankruptcy restructuring (3.30); conference with M. Wilder and T. Shuman regarding same (1.70). |
| 11/23/09 | T. Shuman | 1.80 | Prepare for meeting with P. Levine and M. Wilder to discuss memorandum on tax consequences of bankruptcy emergence structures. |
| 11/23/09 | B. Rubin | 4.20 | Review PoR and develop approach to estimate savings associated with bifurcated effective date structure (1.2); preparation for and conference call with Mr. Shanahan regarding bifurcated effective date structure (.80); review |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2076400
Invoice Date:  12/09/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and comment on memo regarding possible alternative structure for subsidiary emergence (2.20). |
| 11/23/09 | A. Whiteway | 3.40 | Preparation for and telephone conference with Mr. Shanahan regarding quantifying tax impact of bifurcated plan of reorganization structure (1.4); legal research and analysis of restructuring proposals (.80); conference with Mr. Levine and Mr. Shuman regarding spin off proposal tax issues (1.20). |
| 11/23/09 | J. Finkelstein | 1.90 | Analysis regarding timing advantages and discuss with counsel and participate in conference call with Tribune regarding PoR (1.4); discuss spin-off alternative with co-counsel (.5 hours). |
| 11/23/09 | M. Wilder | 3.50 | Review Tim Shuman draft of memo (.20); research into control issues and active trade or business issues (1.70); discussed changes to memo with T. Shuman and P. Levine (1.50); emails T. Shuman and P. Levine regarding same (.10). |
| 11/24/09 | P. Levine | 3.50 | Review bankruptcy memo (.30); conference with M. Wilder and T. Shuman regarding memo (.50). |
| 11/24/09 | G. Ravert | 0.50 | Communications with M. Simons and J. Zajac regarding October bills (.3); review same (.2). |
| 11/24/09 | T. Shuman | 2.90 | Revise memorandum regarding corporate emergence structures (2.4 hrs.); discuss memorandum with P. Levine (.5 hrs.). |
| 11/24/09 | J. Zajac | 0.80 | Review prebills for Cubs matter 0015. |
| 11/24/09 | B. Rubin | 3.40 | Review and edit memo regarding possible emergence by subs independent of parent (2.2); research and analysis regarding (1.2). |
| 11/24/09 | A. Whiteway | 1.20 | Legal research and analysis of restructuring proposals. |
| 11/24/09 | M. Wilder | 3.00 | Reviewed and revised drafts of memo regarding section 351 and 355 transactions (2.50); discussed changes with P. Levine and T. Shuman (.50). |
| 11/25/09 | P. Levine | 3.50 | Review Executive Summary (3.20); conference with B. Rubin, A. Whiteway, M. Wilder, T. Shuman regarding same (.30). |
| 11/25/09 | T. Shuman | 4.80 | Draft and revise executive summary regarding bankruptcy emergence structures (3.4 hrs.); discuss same with M. Wilder (.6 hrs.); meetings with B. Rubin and P. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2076400
Invoice Date:  12/09/2009

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| | | | Levine regarding same (.8 hrs.). |
| 11/25/09 | J. Zajac | 1.60 | Review prebills for Cubs matters 0015 and 0016 to ensure compliance with bankruptcy rules (1.30); review expenses for prior october matters to ensure compliance with bankruptcy rules (.30). |
| 11/25/09 | B. Rubin | 4.60 | Review and edit memo and executive summary (2.8); conference with Mr. Levine and Mr. Shuman regarding issues and analysis (.80); draft memo to clients regarding same (1.0). |
| 11/25/09 | A. Whiteway | 2.50 | Review and analysis of plan of reorganization spin off structure memorandum. |
| 11/25/09 | M. Wilder | 2.80 | Reviewed memo (1.20); researched 355(d) and continuity issues (1.30); revised drafts of Executive summary document and discussed issues with Tim Shuman and P. Levine (.30). |
| 11/30/09 | G. Ravert | 1.40 | Discuss status of pending applications and objection deadlines with J. Zajac (.3); review and revise September monthly fee statement and discuss changes with J. Zajac (.4); review and revise Third Quarterly Fee Application and discuss changes with J. Zajac (.7); |
| 11/30/09 | J. Zajac | 1.60 | Draft third quarterly application. |
| 11/30/09 | B. Rubin | 1.00 | Review and comment on 2008 financial statements (.80); coordinate comments with co-counsel (.20). |
| 11/30/09 | A. Whiteway | 2.20 | Review Tribune financials (.5); review and comment on spin off analysis memo (1.5); correspondence with B. Rubin regarding same (.2). |
| 11/30/09 | J. Finkelstein | 1.00 | Review financial statements. |

|  | **Total Hours** | **177.40** | **Total For Services** | **$114,379.50** |
|--|-----------------|-----------:|------------------------|----------------:|

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2076400
Invoice Date:   12/09/2009

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/17/09 | Photocopy<br>Device 03WDC14C. 08450 | 2.40 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$2.40** |
| **Total This Invoice** | **$114,381.90** |