# U.S. Bankruptcy Court-Delaware
## Court Conference
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

**Calendar Date:** 04/01/2010
**Calendar Time:** 11:30 AM ET

Amended Calendar 04/01/2010 07:40 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3441786 | Mark Billion | (302) 778-6462 | Pachulski Stang Ziehl & Jones | Representing, Centerbridge Credit Advisors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441779 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441790 | Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441775 | Janet Henderson | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441776 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441769 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441768 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3441763 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441765 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441774 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441780 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441801 | Raymond Lemisch | (302) 442-7010 | Benesch, Friedlander, Coplan & | Creditor, Wilmington Trust / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441766 | Joseph McMahon | 302-573-6491 | US Trustee Office Of Wilmington | Interested Party, US Trustee Office Of Wilmington Delaware / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441787 | Deborah Newman SUB DANIEL GOLDEN | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Representing, Centerbridge Credit Advisors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3441781 | Norman Pernick | (302) 651-2010 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |

Peggy Drasal                    CourtConfCal2009                    Page 5 of 8

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3441800 | Micheal Russano | (212) 450-4019 | Davis Polk & Wardwell | Interested Party, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3441803 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3441782 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3441799 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Interested Party, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3441783 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & LIVE | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3441792 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, Tribune Retirees / LIVE |