IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
In re:                                         :   Chapter 11 Cases
                                               :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                       :   (Jointly Administered)
                                               :
Debtors.                                       :
                                               :
                                               :   Re: D.I. Nos. 3714, 3715, 3724, 3725,
                                               :   & 3894, & 3913
---------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING AND STATUS CONFERENCE
WITH RESPECT TO MOTION OF JPMORGAN CHASE BANK, N.A. FOR
SANCTIONS AGAINST WILMINGTON TRUST COMPANY
FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN
VIOLATION OF COURT ORDER**

**PLEASE TAKE NOTICE THAT** on March 11, 2010 JPMorgan Chase Bank, N.A. and JPMorgan Securities Inc. (collectively "JPMorgan") filed a Motion for Sanctions Against Wilmington Trust Company For Improper Disclosure of Confidential Information in Violation of Court Order (the "Motion for Sanctions") [Docket No. 3715] and an accompanying Motion to File Under Seal. [Docket No. 3714].

**PLEASE TAKE FURTHER NOTICE** that on March 12, 2010, Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively "Merrill Lynch") filed a joinder to the Motion for Sanctions [Docket No. 3724] and an accompanying Motion to File Under Seal. [Docket No. 3725].

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference on the Motion for Sanctions on April 13, 2010 at 1:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Sanctions on **May 18, 2010 at 1:00 p.m.**

[SIGNATURE PAGE TO FOLLOW]

Dated: April 1, 2010
      Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Christopher P. Simon
    Christopher P. Simon (No. 3697)
    Patrick M. Brannigan (No. 4778)
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, DE 19899
    T: (302) 777-4200
    F: (302) 777-4224
    csimon@crosslaw.com
    pbrannigan@crosslaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Dennis E. Glazer, Esq.
Karen E. Wagner, Esq.
Sharon Katz, Esq
450 Lexington Avenue
New York, New York 10022
T: (212) 450-4500

*Attorneys for J.P. Morgan Chase Bank, N.A. and JPMorgan Securities Inc.*