## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 1st day of April, 2010, I caused copies of the *Notice of Adjournment of Hearing and Status Conference With Respect to Motion of JPMorgan Chase Bank, N.A. For Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order* to be served on the parties on the attached service list in the manner indicated.

/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)

## SERVICE LIST

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Raymond Lemisch, Esq.
Jennifer R. Hoover, Esq.
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
rstark@brownrudnick.com
msiegel@brownrudnick.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
William M. Dolan III, Esq.
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
wdolan@brownrudnick.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Laurie Selber Silverstein, Esq.
R. Stephen McNeill, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
lsilverstein@potteranderson.com
rmcneill@potteranderson.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
mprimoff@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
J. Kate Stickles, Esquire
Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com
bankruptcy@coleschotz.com
preilley@coleschotz.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Bryan Krakauer, Esquire
James F. Conlan, Esquire
Kevin Lantry, Esquire
SIDLEY, AUSTIN, BROWN & WOOD LLP
One S. Dearborn Street
Chicago, IL 60603
bkrakauer@sidley.com
jconlan@sidley.com
klantry@sidley.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Adam G Landis, Esquire
Matthew B McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Howard Seife, Esquire
David M Lemay, Esquire
Douglas E. Deutsch, Esquire
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Thomas G. Macauley, Esquire
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
Wilmington, DE 19899
tmacauley@zuckerman.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Graeme W. Bush, Esquire
Andrew N. Goldfarb, Esquire
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
gbush@zuckerman.com
agoldfarb@zuckerman.com