IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | |
| TRIBUNE COMPANY, et al. ) | Case No. 08-13141 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Hearing Date**: April 13, 2010 at 10:00 a.m. (Eastern) |
| ) | **Objection Deadline**: April 9, 2010 at 4:00 p.m. (Eastern) |
| ) | |

**MOTION FOR AUTHORITY TO FILE UNDER SEAL UNREDACTED MOTION OF CREDIT AGREEMENT LENDERS FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO BANKRUPTCY RULE 2004 OF CENTERBRIDGE PARTNERS, L.P., CENTERBRIDGE CREDIT ADVISORS LLC, AND THEIR AFFILIATES**

The Credit Agreement Lenders[1] hereby move this Court (the "Seal Motion") for entry of an order, pursuant to § 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 9018 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), authorizing the Credit Agreement Lenders to (i) file under seal an unredacted version of the *Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and their Affiliates* (the "2004 Motion") and (ii) publicly file a redacted version of the 2004 Motion. In support of this Seal Motion, the Credit Agreement Lenders respectfully represent as follows:

## JURISDICTION

1.  This Court has jurisdiction to hear the Seal Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157 (b). Venue is proper before

---

[1] The Credit Agreement Lenders are the entities identified in the "Third Amended Joint Verified Statement of Representation of More than One Creditor by Hennigan Bennett & Dorman LLP and Young Conaway Stargatt & Taylor, LLP" [D.I. 3927].

this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are section 107(b) of the Bankruptcy Code, along with Bankruptcy Rule 9018.

## BACKGROUND

2. On December 15, 2009, the Court entered the *Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(a)* [D.I. 2858] (the "Depository Order").[2]

3. Under the Depository Order, Discovery Documents or Depository Information stamped or otherwise designated as "Financial Institution Highly Confidential Documents," "Highly Confidential–Attorneys' Eyes Only," or "Confidential" may not be used in a court filing in these chapter 11 cases unless such documents are filed under seal. (Depository Order 4.)

4. In the 2004 Motion, the Credit Agreement Lenders seek discovery of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and their affiliates (collectively, "Centerbridge") related to a series of transactions that returned Tribune Company to private ownership in 2007. In support of the 2004 Motion, the Credit Agreement Lenders quote and discuss certain confidential information that must be filed under seal pursuant to the Depository Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Depository Order.

**RELIEF REQUESTED AND BASIS THEREFORE**

5. Section 107(b) of the Bankruptcy Code provides bankruptcy courts with the power to issue orders that will protect entities from potential harm that may result from the disclosure of certain confidential information. This section provides, in relevant part:

> On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may—
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or
>
> (2) protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under this title.

11 U.S.C. § 107(b).

6. Bankruptcy Rule 9018 defines the procedures by which a party may move for relief under section 107(b) of the Bankruptcy Code. Bankruptcy Rule 9018 provides that "[o]n motion, or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information [or] (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code . . . ." Fed. R. Bankr. P. 9018.

7. The 2004 Motion contains certain confidential information from documents that may not be used in a court filing unless filed under seal pursuant to the provisions of the Depository Order. Accordingly, the Credit Agreement Lenders request authority to file an unredacted version of the 2004 Motion under seal to comply with their obligations under the Depository Order. Contemporaneously with the filing of the Seal Motion,

the Credit Agreement Lenders filed a redacted version of the 2004 Motion on the publicly accessible docket in these cases.

## NOTICE

8.  Notice of the Seal Motion has been provided to: (a) the Office of the United States Trustee for the District of Delaware, (b) counsel to the Debtors, (c) counsel to the Committee, (d) Centerbridge, and (e) any other parties in interest who have requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Credit Agreement Lenders submit that no other or further notice is necessary.

WHEREFORE, the Credit Agreement Lenders respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested in the Seal Motion and such other and further relief as is just and proper.

Dated: April 2, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Jaime N. Luton (No. 4936)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

- and -

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to the Credit Agreement Lenders*