# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | |
| TRIBUNE COMPANY, et al. ) | Case No. 08-13141 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | RE: Docket No. ___ |
| ) | |

**ORDER AUTHORIZING CREDIT AGREEMENT LENDERS TO FILE UNDER
SEAL UNREDACTED MOTION OF CREDIT AGREEMENT LENDERS FOR
LEAVE TO CONDUCT DISCOVERY PURSUANT TO BANKRUPTCY RULE
2004 OF CENTERBRIDGE PARTNERS, L.P., CENTERBRIDGE CREDIT
ADVISORS LLC, AND THEIR AFFILIATES**

Upon consideration of the *Motion for Authority to File Under Seal Unredacted Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and their Affiliates* (the "Seal Motion");[1] and due and sufficient notice of the Seal Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Seal Motion is appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Seal Motion is GRANTED.

2. Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the unredacted version of the 2004 Motion shall be filed under seal and shall remain under seal, confidential and not made available to anyone, except for (i) the Court, (ii) the Office of the United States Trustee, (iii) the Debtors, (iv) Centerbridge, (v) other parties permitted to access

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Seal Motion.

2

confidential information pursuant to the Depository Order, and (vi) others upon further Court order.

       3.       This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       April _____, 2010

                                      _____
                                      Kevin J. Carey
                                      Chief United States Bankruptcy Judge