# EXHIBIT B

### REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 17.00 | $9,095.00 |
| Walker-Bright, Paul R. | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $510.00 | 8.10 | $4,131.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 7.70 | $3,426.50 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL Bar since 2002. | $430.00 | .90 | $387.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | .30 | $117.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 3.20 | $512.00 |
| Todd, Micki | Paralegal. Joined Firm in 2008. | $130.00 | .80 | $104.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 10.30 | $1,287.50 |
| Grand Total: | | | 48.30 | $19,060.00 |
| Blended Rate: | | | | $394.62 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $504.60 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 19.60 | $8,047.00 |
| Insurance Counseling – 00005 | 19.80 | $8,766.00 |
| Marsh – 00008 | 3.90 | $1,020.50 |
| Fee Applications – 00009 | 5.00 | $1,226.50 |
| **TOTAL:** | **48.30** | **$19,060.00** |

US_ACTIVE-103427401.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1976314
Invoice Date: March 24, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through February 28, 2010

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $8,047.00 | $796.36 | $8,843.36 |
| RE: | Insurance Counseling 503842.00005 | $8,766.00 | $3.43 | $8,769.43 |
| RE: | Marsh 503842.00008 | $1,020.50 | $2.05 | $1,022.55 |
| RE: | Fee Applications 503842.00009 | $1,226.50 | $127.25 | $1,353.75 |
| | **Current Invoice Total:** | **$19,060.00** | **$929.09** | **$19,989.09** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1976314)

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/01/10 | SS | Assisted P.Walker-Bright with compiling documents for review in connection with briefing of LPT claim issues. | 1.00 |
| 02/01/10 | PRW | Analyzed draft of Tribune's opening brief on Phase I of objections to amended notices of determination. | 0.50 |
| 02/02/10 | JDS | Analyzed and revised draft brief on LPT claims. | 0.60 |
| 02/03/10 | TPL | Revised draft LPT claim brief. | 3.00 |
| 02/03/10 | JDS | Worked with local counsel on revisions to draft brief on LPT claims. | 0.70 |
| 02/08/10 | SS | Reviewed and analyzed case file for joint appendix materials for attorney use in connection with LPT claims briefing. | 0.40 |
| 02/08/10 | PRW | Reviewed pleadings in joint appendix regarding potential arguments regarding LPT claims briefing. | 2.00 |
| 02/08/10 | TPL | E-mail exchange with client, J. Shugrue and P. Walker-Bright regarding LPT briefing. | 0.40 |
| 02/08/10 | JDS | Worked on draft brief on LPT claims and analysis of issues related to same. | 0.50 |
| 02/09/10 | TPL | Revised Phase I brief to referee and finalized for filing. | 3.00 |
| 02/09/10 | MT | Proofread, cite checked Tribune Company's Opening Brief in Phase I of Objections to Amended Notices of Determination by the Statutory Liquidator. | 0.80 |
| 02/09/10 | JDS | Worked on and analyzed issues related to opening brief on LPT claims. | 0.50 |
| 02/11/10 | PRW | Reviewed and analyzed Reliance Liquidator's opening brief to referee O'Keefe on Phase I issue (1.0); telephone conference with client and J. Shugrue regarding status of briefing and steps after referee rules on Phase I issue (0.2). | 1.20 |
| 02/11/10 | TPL | Forwarded electronic copy of Phase I brief to referee and opposing counsel. | 0.40 |
| 02/11/10 | JDS | Exchanged emails regarding finalizing and serving opening brief regarding LPT claims (.20); telephone conference with client, P. Walker-Bright regarding same (.20). | 0.40 |
| 02/15/10 | SS | Reviewed and catalogued case correspondence. | 0.80 |
| 02/23/10 | PRW | Telephone conference with J. Shugrue and T. Law regarding response to Liquidator's opening brief on Phase I. | 0.70 |
| 02/23/10 | TPL | Prepared for and participated in teleconference with J. Shugrue and P. Walker-Bright regarding response brief on LPT claims. | 0.90 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/23/10 | JDS | Analyzed Liquidator's opening brief on LPT claims and strategy for response to same. | 0.80 |
| 02/24/10 | SS | Prepared Joint Appendix notebook for attorney in connection with LPT claims briefing. | 1.00 |

TOTAL FEES: $8,047.00

## CURRENT DISBURSEMENTS

| 02/28/2010 | Duplicating/Printing/Scanning | 167.50 |
|---|---|---|
| 02/28/2010 | Courier Service - Outside | 10.44 |
| 02/28/2010 | Outside Duplicating | 618.42 |
| | Total Disbursements | 796.36 |
| | Fees & Disbursements | $8,843.36 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.50 | 535.00 | 1,872.50 |
| PRW | P.R. Walker-Bright | 4.40 | 510.00 | 2,244.00 |
| TPL | T.P. Law | 7.70 | 445.00 | 3,426.50 |
| SS | S. Somoza | 3.20 | 125.00 | 400.00 |
| MT | M. Todd | 0.80 | 130.00 | 104.00 |
| | | 19.60 | | 8,047.00 |

March 24, 2010
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS    Doc 3940-3    Filed 04/05/10    Page 7 of 15

Invoice: 1976314
Page 4

**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/01/10 | JDS | Telephone conferences with client regarding insurance summary document. | 0.20 |
| 02/02/10 | JDS | Communications regarding notice to insurers regarding underlying third-party matter. | 0.20 |
| 02/03/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/03/10 | SS | Reviewed and catalogued case correspondence. | 0.80 |
| 02/03/10 | PRW | Met with J. Shugrue regarding additional information needed for evaluation of insurance claim regarding defense of third-party lawsuit. | 0.30 |
| 02/03/10 | JDS | Worked on evaluation and follow up regarding potential defense coverage claim against insurer (.2); analyzed and commented on insurance summary document (.5). | 0.70 |
| 02/05/10 | JDS | Analyzed email from insurer counsel regarding underlying third-party suit and communicated with client regarding same. | 0.20 |
| 02/08/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/08/10 | JDS | Telephone conference with client regarding follow up with insurers regarding third-party suit and mediation of same. | 0.30 |
| 02/09/10 | JDS | Analyzed issues related to communications with liability insurer regarding underlying third-party lawsuit. | 0.50 |
| 02/10/10 | JDS | Telephone conference with client regarding questions involving scope of insurance coverage (.2); analyzed same (.2). | 0.40 |
| 02/11/10 | SS | Reviewed and revised index of sub claims. | 0.80 |
| 02/11/10 | PRW | Prepared list of tasks to be completed on open Tribune insurance claim matters for discussion with client(0.5); telephone conference with client and J. Shugrue regarding need for further fact discovery prior to filing lawsuit on defense costs and approval to prepare complaint (0.4). | 0.90 |
| 02/11/10 | PRW | Telephone conference with client and J. Shugrue regarding insurer offer to pay part of defense costs in third-party lawsuit with reservation of rights to seek rest of defense costs from insurer. | 0.30 |
| 02/11/10 | JDS | Telephone conference with client, defense counsel regarding insurance issues related to mediation of underlying third-party suit (.80); telephone conference with client and P. Walker-Bright regarding status and action plan regarding potential claims against insurers related to defense of third-party lawsuits (.70); analyzed issues related to same (.20). | 1.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/12/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/12/10 | JDS | Analyzed proposed endorsement to media liability coverage and communications with client regarding same. | 0.50 |
| 02/15/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/16/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 02/16/10 | JDS | Analyzed and exchanged emails with client, defense counsel (Jenner) regarding scheduling and logistics regarding meeting with primary and excess liability insurers regarding upcoming settlement mediation of third-party suit. | 0.20 |
| 02/17/10 | JDS | Analyzed and exchanged emails with client, defense counsel (Jenner) regarding and worked on scheduling, planning and logistical issues related to scheduling meeting with primary and excess liability insurers regarding upcoming mediation of third-party lawsuit (.4); telephone conference with client and bankruptcy counsel regarding issues related to insurance coverage for settlement of third-party claim (.5). | 0.90 |
| 02/18/10 | JDS | Prepared draft communications to Tribune primary and excess liability insurers regarding meeting to discuss upcoming settlement mediation of underlying third-party lawsuit, status of litigation of same. | 1.20 |
| 02/19/10 | PRW | Reviewed and analyzed automobile liability policy in connection with claim for defense costs regarding third-party suit. | 2.00 |
| 02/19/10 | JDS | Multiple communications with client regarding scheduling, logistics and issues related to meeting with Tribune primary and excess insurers regarding mediation of underlying third-party suit. | 0.90 |
| 02/22/10 | JDS | Analyzed and exchanged emails regarding meeting with Tribune liability insurers regarding upcoming mediation of third-party suit (.3); analyzed E&O policy covering third-party co-defendant in pending suit against Tribune (.7). | 1.00 |
| 02/23/10 | LJR | Reviewed and analyzed materials related to ESOP D&O and FLI claims. | 0.90 |
| 02/23/10 | PRW | Prepared e-mail to client regarding review of automobile liability policy in connection with third-party suit. | 0.20 |
| 02/23/10 | JDS | Analyzed and prepared proposed revisions to draft policy endorsement for Newsmedia liability insurance policy (1.3); telephone conference with client regarding same (.3); analyzed insurance issues related to settlement negotiations with regards to third-party lawsuit (.3) and conferred with client regarding same (.2). | 2.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/24/10 | SS | Reviewed and catalogued case correspondence. | 0.50 |
| 02/26/10 | JDS | Analyzed and exchanged emails with client regarding proposed modification of insurance coverage approach regarding punitive damages. | 0.20 |

TOTAL FEES: $8,766.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 02/28/2010 | Duplicating/Printing/Scanning | 1.00 |
| 02/28/2010 | Telephone - Outside | 2.43 |
| | Total Disbursements | 3.43 |
| | Fees & Disbursements | $8,769.43 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 11.20 | 535.00 | 5,992.00 |
| PRW | P.R. Walker-Bright | 3.70 | 510.00 | 1,887.00 |
| LJR | L.J. Raines | 0.90 | 430.00 | 387.00 |
| SS | S. Somoza | 4.00 | 125.00 | 500.00 |
| | | 19.80 | | 8,766.00 |

**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/03/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/04/10 | JDS | Worked on draft motion regarding assumption of prior agreements with Marsh. | 0.30 |
| 02/05/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/08/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/09/10 | JDS | Exchanged emails with Marsh counsel regarding proposed motion to assume prior agreements. | 0.20 |
| 02/15/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/16/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/17/10 | JDS | Communications with Marsh counsel (Willke Farr) regarding discussion concerning draft motion to assume prior agreements between Tribune and Marsh. | 0.20 |
| 02/19/10 | JDS | Telephone conference with Marsh counsel (Willkie Farr), bankruptcy counsel (Sidley) regarding motion to assume prior agreements between Tribune and Marsh. | 0.40 |
| 02/22/10 | JDS | Analyzed email from bankruptcy counsel to Marsh counsel regarding approval of motion to file in BK court regarding assumption of parties' prior agreements. | 0.20 |
| 02/24/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 02/26/10 | SS | Reviewed and organized case files for future reference by attorney. | 0.70 |

TOTAL FEES:     $1,020.50

**CURRENT DISBURSEMENTS**

| 02/28/2010 | Telephone - Outside | 2.05 |
|---|---|---|
| | Total Disbursements | 2.05 |
| | Fees & Disbursements | $1,022.55 |

March 24, 2010
RE: Marsh
(503842.00008)

Case 08-13141-BLS    Doc 3940-3    Filed 04/05/10    Page 11 of 15

Invoice: 1976314
Page 8

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.30 | 535.00 | 695.50 |
| SS | S. Somoza | 2.60 | 125.00 | 325.00 |
| | | 3.90 | | 1,020.50 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/03/10 | JDS | Prepared email to fee auditor in response to preliminary report. | 0.30 |
| 02/15/10 | LL | Follow-up e-mail regarding fee application. | 0.20 |
| 02/16/10 | JDS | Worked on preparing narrative text for 11th monthly fee application. | 0.50 |
| 02/17/10 | LL | Revisions to RS's 11th Monthly Fee Application. | 0.30 |
| 02/18/10 | LL | Reviewed RS's 11th Monthly Fee Application (.2); drafted CNO's regarding RS's 9th & 10th Monthly Fee Applications (.4); e-mail correspondence regarding same (.1); e-filed CNO's (.4); revisions to RS's 11th Monthly Fee Application (.2); e-filed same (.4); perfect service and e-mail auditor (.1); drafted RS's 12th Monthly Fee Application (.3); revisions to RS's fee spreadsheet (.6). | 2.70 |
| 02/18/10 | JCF | Reviewed fee applications prior to filing. | 0.30 |
| 02/23/10 | JDS | Analyzed fee auditor's final report regarding third Interim submission of fees. | 0.20 |
| 02/24/10 | SS | Reviewed and catalogued case file correspondence. | 0.30 |
| 02/25/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |

TOTAL FEES: <u>$1,226.50</u>

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 02/28/2010 Outside Duplicating | | 127.25 |
| | Total Disbursements | 127.25 |
| | Fees & Disbursements | $1,353.75 |

March 24, 2010
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 3940-3    Filed 04/05/10    Page 13 of 15

Invoice: 1976314
Page 10

**Fee Summary: Fee Applications**

| ID  | Names         | Hours | Rate   | Amount   |
|-----|---------------|-------|--------|----------|
| JDS | J.D. Shugrue  | 1.00  | 535.00 | 535.00   |
| JCF | J.C. Falgowski| 0.30  | 390.00 | 117.00   |
| SS  | S. Somoza     | 0.50  | 125.00 | 62.50    |
| LL  | L. Lankford   | 3.20  | 160.00 | 512.00   |
|     |               | 5.00  |        | 1,226.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1976314
Invoice Date: March 24, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through February 28, 2010

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $8,047.00 | $796.36 | $8,843.36 |
| RE: | Insurance Counseling 503842.00005 | $8,766.00 | $3.43 | $8,769.43 |
| RE: | Marsh 503842.00008 | $1,020.50 | $2.05 | $1,022.55 |
| RE: | Fee Applications 503842.00009 | $1,226.50 | $127.25 | $1,353.75 |
|  | **Current Invoice Total:** | **$19,060.00** | **$929.09** | **$19,989.09** |

**INVOICE IS PAYABLE UPON RECEIPT**