# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $168.50 |
| Courier Service | | $10.44 |
| Telephone – Outside | | $4.48 |
| Outside-Duplicating | IKON | $745.67 |
| **TOTAL** | | **$929.09** |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/23/10 | JDS | Analyzed Liquidator's opening brief on LPT claims and strategy for response to same. | 0.80 |
| 02/24/10 | SS | Prepared Joint Appendix notebook for attorney in connection with LPT claims briefing. | 1.00 |

TOTAL FEES:        $8,047.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 02/28/2010 | Duplicating/Printing/Scanning | 167.50 |
| 02/28/2010 | Courier Service - Outside | 10.44 |
| 02/28/2010 | Outside Duplicating | 618.42 |
| | Total Disbursements | 796.36 |
| | Fees & Disbursements | $8,843.36 |

## Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|------|--------------------|-------|--------|----------|
| JDS | J.D. Shugrue | 3.50 | 535.00 | 1,872.50 |
| PRW | P.R. Walker-Bright | 4.40 | 510.00 | 2,244.00 |
| TPL | T.P. Law | 7.70 | 445.00 | 3,426.50 |
| SS | S. Somoza | 3.20 | 125.00 | 400.00 |
| MT | M. Todd | 0.80 | 130.00 | 104.00 |
| | | 19.60 | | 8,047.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/24/10 | SS | Reviewed and catalogued case correspondence. | 0.50 |
| 02/26/10 | JDS | Analyzed and exchanged emails with client regarding proposed modification of insurance coverage approach regarding punitive damages. | 0.20 |

TOTAL FEES:             $8,766.00

## CURRENT DISBURSEMENTS

| | | |
|------|------|------|
| 02/28/2010 | Duplicating/Printing/Scanning | 1.00 |
| 02/28/2010 | Telephone - Outside | 2.43 |
| | Total Disbursements | 3.43 |
| | Fees & Disbursements | $8,769.43 |

## Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 11.20 | 535.00 | 5,992.00 |
| PRW | P.R. Walker-Bright | 3.70 | 510.00 | 1,887.00 |
| LJR | L.J. Raines | 0.90 | 430.00 | 387.00 |
| SS | S. Somoza | 4.00 | 125.00 | 500.00 |
| | | 19.80 | | 8,766.00 |

**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/03/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/04/10 | JDS | Worked on draft motion regarding assumption of prior agreements with Marsh. | 0.30 |
| 02/05/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/08/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/09/10 | JDS | Exchanged emails with Marsh counsel regarding proposed motion to assume prior agreements. | 0.20 |
| 02/15/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/16/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/17/10 | JDS | Communications with Marsh counsel (Willke Farr)regarding discussion concerning draft motion to assume prior agreements between Tribune and Marsh. | 0.20 |
| 02/19/10 | JDS | Telephone conference with Marsh counsel (Willkie Farr), bankruptcy counsel (Sidley) regarding motion to assume prior agreements between Tribune and Marsh. | 0.40 |
| 02/22/10 | JDS | Analyzed email from bankruptcy counsel to Marsh counsel regarding approval of motion to file in BK court regarding assumption of parties' prior agreements. | 0.20 |
| 02/24/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 02/26/10 | SS | Reviewed and organized case files for future reference by attorney. | 0.70 |

TOTAL FEES:          $1,020.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 02/28/2010 | Telephone - Outside | 2.05 |
| | Total Disbursements | 2.05 |
| | Fees & Disbursements | $1,022.55 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/03/10 | JDS | Prepared email to fee auditor in response to preliminary report. | 0.30 |
| 02/15/10 | LL | Follow-up e-mail regarding fee application. | 0.20 |
| 02/16/10 | JDS | Worked on preparing narrative text for 11th monthly fee application. | 0.50 |
| 02/17/10 | LL | Revisions to RS's 11th Monthly Fee Application. | 0.30 |
| 02/18/10 | LL | Reviewed RS's 11th Monthly Fee Application (.2); drafted CNO's regarding RS's 9th & 10th Monthly Fee Applications (.4); e-mail correspondence regarding same (.1); e-filed CNO's (.4); revisions to RS's 11th Monthly Fee Application (.2); e-filed same (.4); perfect service and e-mail auditor (.1); drafted RS's 12th Monthly Fee Application (.3); revisions to RS's fee spreadsheet (.6). | 2.70 |
| 02/18/10 | JCF | Reviewed fee applications prior to filing. | 0.30 |
| 02/23/10 | JDS | Analyzed fee auditor's final report regarding third Interim submission of fees. | 0.20 |
| 02/24/10 | SS | Reviewed and catalogued case file correspondence. | 0.30 |
| 02/25/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |

TOTAL FEES:              $1,226.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 02/28/2010  Outside Duplicating | | 127.25 |
| | Total Disbursements | 127.25 |
| | Fees & Disbursements | $1,353.75 |