IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
In re:                                          :        Chapter 11 Cases
                                                :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :        (Jointly Administered)
                                                :
    Debtors.                                    :
                                                :
                                                :
------------------------------------------------X        Related to Docket No. _____

## ORDER AUTHORIZING FILING UNDER SEAL

Upon the motion dated April 5, 2010 (the "Motion"), of Wilmington Trust Company, Successor Indenture Trustee, ("Wilmington Trust"), for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of approximately $1.2 billion (the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), for entry of an order authorizing Wilmington Trust to file under seal (a) the unredacted Objection to Motion of the Debtors for an Order (i) Determining that Wilmington Trust Company Has Violated Automatic Stay, (ii) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (iii) Halting All Proceedings with Respect to the Complaint (the "Objection"); and (b) the unredacted Exhibit A to the Objection pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

- 2 -

ORDERED that Wilmington Trust is authorized to file the unredacted Objection and Exhibit A thereto under seal.

Dated: April __, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge