IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

------------------------------------------------------X       **Related to Docket No. 3943**

**MOTION TO FIX HEARING DATE ON, LIMIT NOTICE
AND SHORTEN TIME TO OBJECT OR RESPOND TO
WILMINGTON TRUST COMPANY'S MOTION TO FILE UNDER SEAL**

Wilmington Trust Company, as Successor Indenture Trustee ("Wilmington Trust"), by
and through its undersigned counsel, hereby moves this Court for entry of an Order fixing a
hearing date, limiting notice and shortening the time to object or respond (the "Motion to
Shorten") to the Motion to file under seal (a) the unredacted Objection to Motion of the Debtors
for an Order (i) Determining that Wilmington Trust Company Has Violated Automatic Stay, (ii)
Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt
of Court, and (iii) Halting All Proceedings with Respect to the Complaint (the "Objection"); and
(b) the unredacted Exhibit A to the Objection (the "Motion to File Under Seal"). Wilmington
Trust is concurrently filing the Motion to File Under Seal and is serving the Motion by hand
delivery, electronic delivery, or overnight mail upon: (a) counsel to the Debtors; (b) the Office of
the United States Trustee; and (c) counsel to the Official Committee of Unsecured Creditors.

1.       By way of this Motion to Shorten, Wilmington Trust requests that the Motion to
File Under Seal be heard on April 13, 2010 at 10:00 a.m., which is the next scheduled omnibus
hearing date in this matter, with objections due on or before April 12, 2010 at 4:00 p.m., or such

other time as set by the Court.  Wilmington Trust avers that no party will suffer any harm by the Court granting the relief requested herein, as the relief requested in the Motion to File Under Seal relates to the Objection which is already scheduled to be heard by the Court at the hearing on April 13th.  With respect to the Motion to File Under Seal, the Objection and Exhibit A thereto contain information marked confidential in accordance with previous orders of this Court and must be filed under seal to comply therewith.

3.      If the Court grants this Motion to Shorten and enters an order fixing a hearing date of April 13, 2010 at 10:00 a.m., and shortens the time to object or respond to the Motion to File Under Seal to April 13, 2010 at 4:00 p.m., or such other time as set by the Court, Wilmington Trust will serve a copy of such order, and a notice of the Motion to File Under Seal, on the same parties who were originally served with the Motion via hand delivery, electronic delivery, or overnight delivery.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

WHEREFORE, the Debtor respectfully requests the entry of an Order (a) fixing a hearing date with respect to the Motion to File Under Seal; (b) limiting notice thereof; (c) approving shortening the time to object or respond to the Motion to File Under Seal; and (d) for such other and further relief as the Court may deem appropriate.

Dated: April 5, 2010

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:             /s/ Raymond H. Lemisch

Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone:  (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*