## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x   Chapter 11

In re:                                                         :

                                                         :   Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,                                      :   Jointly Administered

                                                         :

                         Debtors.                        :   **Hearing Date:  (Negative Notice)**

-------------------------------------------------------------- X   **Objections Due:  3/25/10 @ 4:00 p.m.**


## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 3685

The undersigned hereby certifies that he has received no objection or other response to

the **Sixth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of**

**Compensation and Reimbursement of Expenses** (D.I. No. 3685) dated March 5, 2010 (the

"Application").  The undersigned further certifies that he has reviewed the court's docket in this

case and no objection or other response to the Application appears thereon.  Pursuant to the

notice, objections to the application were to be served no later than 4:00 p.m. on March  25,

2010.

Dated:  Wilmington, Delaware
       April 6, 2010                ZUCKERMAN SPAEDER LLP

                                  Thomas G. Macauley (ID No. 3411)
                                  919 Market Street, Suite 990
                                  Wilmington, DE 19801
                                  Telephone:  (302) 427-0400
                                  Facsimile:  (302) 427-8242

                                  Special Counsel to Official Committee
                                  of Unsecured Creditors

2556611.1