**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : Chapter 11 : TRIBUNE COMPANY, *et al.*, : Case No. 08-13141 (KJC) : Jointly Administered : Debtors. : **Hearing Date: April 13, 2010 at 10:00 a.m.** : **Objection Deadline: April 12, 2010 at 4:00 p.m.** : : **Re: Docket No. 3943** | |

## NOTICE OF MOTION

On April 5, 2010, Wilmington Trust Company, as Successor Indenture Trustee, by and through its undersigned counsel, filed its *Motion for Entry of an Order Authorizing the Filing of (A) Its Unredacted Objection to Motion of the Debtors for an Order (I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why it Should Not be Held in Contempt of Court, and (III) Halting All Proceedings With Respect to the Complaint and (B) Its Unredacted Exhibit A Thereto Under Seal* [Docket No. 3943] (the "Motion"). **You were previously served with a copy of the Motion.**

You are required to file a response, if any, to the Motion on or before **April 12, 2010 at 4:00 pm (ET).**

At the same time, you must serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>William M. Dolan III, Esquire<br>Katherine S. Bromberg, Esquire<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036 | Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br>222 Delaware Ave., Suite 801<br>Wilmington, DE 19801 |

A HEARING ON THIS MATTER WILL BE HELD ON **APRIL 13, 2010 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE, COURTROOM NO. 5.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 6, 2010

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

2