# EXHIBIT A

**Tribune Co.**  
Time Log

# MOELIS & COMPANY

Moelis & Company  
Summary of Hours Worked  
February 1, 2010 - February 28, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 25.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 12.0 |
| John Momtazee | Managing Director, Media | 7.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 34.0 |
| Larry Kwon | Vice President, Restructuring Group | 13.5 |
| Ashish Ajmera | Vice President, Media | 34.5 |
| Evan Glucoft | Associate | 60.5 |
| Vishal Patel | Analyst | 60.5 |
| | **Total Moelis Team Hours** | **247.0** |

**Tribune Co.**                                                                                           MOELIS & COMPANY

Time Log - February 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 25.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 7.0 |
| Zul Jamal | Sr. Vice President | 34.0 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 34.5 |
| Evan Glucoft | Associate | 60.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **247.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 02/02/10 | 2.0 | Review of standing motion & Debtor's exclusivity motion |
| Zul Jamal | 02/02/10 | 2.0 | Review of standing motion & Debtor's exclusivity motion |
| Larry Kwon | 02/02/10 | 1.0 | Review of standing motion |
| Ashish Ajmera | 02/02/10 | 0.5 | Review of standing motion |
| Thane Carlston | 02/02/10 | 1.0 | Professionals call |
| Zul Jamal | 02/02/10 | 1.0 | Professionals call |
| Ashish Ajmera | 02/02/10 | 1.0 | Professionals call |
| Evan Glucoft | 02/02/10 | 1.0 | Professionals call |
| Thane Carlston | 02/03/10 | 2.0 | Meeting with Debtors |
| Zul Jamal | 02/03/10 | 2.0 | Meeting with Debtors |
| Zul Jamal | 02/03/10 | 1.0 | Review of Tribune market trading levels |
| Evan Glucoft | 02/03/10 | 1.0 | Review of Tribune market trading levels |
| Vishal Patel | 02/03/10 | 1.0 | Review of Tribune market trading levels |
| Thane Carlston | 02/04/10 | 2.5 | UCC Meeting |
| Navid Mahmoodzadegan | 02/04/10 | 2.5 | UCC Meeting |
| Zul Jamal | 02/04/10 | 2.5 | UCC Meeting |
| Larry Kwon | 02/04/10 | 2.5 | UCC Meeting |
| Ashish Ajmera | 02/04/10 | 2.5 | UCC Meeting |
| Evan Glucoft | 02/04/10 | 2.5 | UCC Meeting |
| Vishal Patel | 02/04/10 | 2.5 | UCC Meeting |
| Ashish Ajmera | 02/05/10 | 2.0 | Review of partnership agreement |
| Evan Glucoft | 02/05/10 | 0.5 | Review of partnership agreement |
| Vishal Patel | 02/05/10 | 0.5 | Review of partnership agreement |
| Zul Jamal | 02/05/10 | 1.0 | Review of Debtors' TVFN materials |
| Larry Kwon | 02/05/10 | 0.5 | Review of Debtors' TVFN materials |
| Ashish Ajmera | 02/05/10 | 2.0 | Review of Debtors' TVFN materials |
| Evan Glucoft | 02/05/10 | 3.0 | Review of Debtors' TVFN materials |
| Vishal Patel | 02/05/10 | 1.0 | Review of Debtors' TVFN materials |
| Navid Mahmoodzadegan | 02/06/10 | 1.0 | Review of Debtors' TVFN materials |
| John Momtazee | 02/06/10 | 2.0 | Review of Debtors' TVFN materials |
| Evan Glucoft | 02/06/10 | 2.0 | Food Network analysis |
| Vishal Patel | 02/06/10 | 6.0 | Food Network analysis |
| Evan Glucoft | 02/07/10 | 5.0 | Food Network analysis |
| Vishal Patel | 02/07/10 | 3.0 | Food Network analysis |
| John Momtazee | 02/08/10 | 2.0 | Food Network analysis |
| Ashish Ajmera | 02/08/10 | 1.0 | Food Network analysis |
| Evan Glucoft | 02/08/10 | 1.0 | Food Network analysis |
| Vishal Patel | 02/08/10 | 0.5 | Food Network analysis |
| Zul Jamal | 02/09/10 | 1.0 | Professionals call |
| Ashish Ajmera | 02/09/10 | 1.0 | Professionals call |

**Tribune Co.**                                                               MOELIS & COMPANY

Time Log - February 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 25.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 7.0 |
| Zul Jamal | Sr. Vice President | 34.0 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 34.5 |
| Evan Glucoft | Associate | 60.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **247.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Larry Kwon | 02/09/10 | 1.0 | Professionals call |
| Evan Glucoft | 02/09/10 | 1.0 | Professionals call |
| Vishal Patel | 02/09/10 | 1.0 | Professionals call |
| Zul Jamal | 02/09/10 | 0.5 | Discussions and scheduling of TVFN calls |
| Ashish Ajmera | 02/09/10 | 0.5 | Discussions and scheduling of TVFN calls |
| Evan Glucoft | 02/09/10 | 0.5 | Discussions and scheduling of TVFN calls |
| Thane Carlston | 02/09/10 | 1.0 | Internal discussions re: current status of case/examiner motion |
| Navid Mahmoodzadegan | 02/09/10 | 1.0 | Internal discussions re: current status of case/examiner motion |
| John Momtazee | 02/09/10 | 1.0 | Internal discussions re: current status of case/examiner motion |
| Zul Jamal | 02/09/10 | 1.0 | Internal discussions re: current status of case/examiner motion |
| Zul Jamal | 02/10/10 | 2.0 | Call with Chadboune and internal discussion re: TVFN |
| Larry Kwon | 02/10/10 | 2.0 | Call with Chadboune and internal discussion re: TVFN |
| Ashish Ajmera | 02/10/10 | 2.0 | Call with Chadboune and internal discussion re: TVFN |
| Evan Glucoft | 02/10/10 | 2.0 | Call with Chadboune and internal discussion re: TVFN |
| Navid Mahmoodzadegan | 02/10/10 | 0.5 | Diligence on TVFN |
| John Momtazee | 02/10/10 | 0.5 | Diligence on TVFN |
| Ashish Ajmera | 02/10/10 | 2.0 | Diligence on TVFN |
| Evan Glucoft | 02/10/10 | 3.0 | Diligence on TVFN |
| Vishal Patel | 02/10/10 | 1.0 | Diligence on TVFN |
| Evan Glucoft | 02/11/10 | 0.5 | Discussions with Lazard re: TVFN |
| Evan Glucoft | 02/11/10 | 3.0 | Food Network analysis |
| Vishal Patel | 02/11/10 | 5.0 | Food Network analysis |
| Ashish Ajmera | 02/11/10 | 2.0 | Food Network analysis |
| Zul Jamal | 02/12/10 | 0.5 | Coordination / scheduling re: TVFN meetings |
| Evan Glucoft | 02/12/10 | 0.5 | Coordination / scheduling re: TVFN meetings |
| Ashish Ajmera | 02/12/10 | 0.5 | Coordination / scheduling re: TVFN meetings |
| Evan Glucoft | 02/13/10 | 5.0 | Food Network analysis |
| Vishal Patel | 02/13/10 | 6.0 | Food Network analysis |
| Ashish Ajmera | 02/14/10 | 1.5 | Food Network analysis |
| Thane Carlston | 02/14/10 | 3.0 | Various LBO matters |
| Evan Glucoft | 02/14/10 | 6.0 | Media Update |
| Vishal Patel | 02/14/10 | 4.0 | Media Update |
| Evan Glucoft | 02/14/10 | 2.0 | Media Update |
| Vishal Patel | 02/14/10 | 3.0 | Media Update |
| Thane Carlston | 02/15/10 | 1.0 | Food Network analysis |
| Navid Mahmoodzadegan | 02/15/10 | 1.0 | Food Network analysis |
| Zul Jamal | 02/15/10 | 1.0 | Food Network analysis |
| John Momtazee | 02/15/10 | 1.0 | Food Network analysis |
| Ashish Ajmera | 02/15/10 | 1.0 | Food Network analysis |
| Evan Glucoft | 02/15/10 | 1.0 | Food Network analysis |

**Tribune Co.**                                                                                              MOELIS & COMPANY

Time Log - February 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 25.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 7.0 |
| Zul Jamal | Sr. Vice President | 34.0 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 34.5 |
| Evan Glucoft | Associate | 60.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **247.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 02/15/10 | 1.0 | Media Update |
| Vishal Patel | 02/15/10 | 1.5 | Media Update |
| Ashish Ajmera | 02/15/10 | 1.0 | Legal TVFN diligence call |
| Evan Glucoft | 02/15/10 | 1.0 | Legal TVFN diligence call |
| Vishal Patel | 02/15/10 | 1.0 | Legal TVFN diligence call |
| Thane Carlston | 02/15/10 | 1.0 | Review of standing motion |
| Zul Jamal | 02/15/10 | 1.0 | Review of standing motion |
| Vishal Patel | 02/15/10 | 0.5 | Review of standing motion |
| Evan Glucoft | 02/16/10 | 1.0 | Media Update |
| Vishal Patel | 02/16/10 | 2.0 | Media Update |
| Zul Jamal | 02/16/10 | 1.0 | Professionals call |
| Ashish Ajmera | 02/16/10 | 1.0 | Professionals call |
| Larry Kwon | 02/16/10 | 1.0 | Professionals call |
| Evan Glucoft | 02/16/10 | 1.0 | Professionals call |
| Vishal Patel | 02/16/10 | 1.0 | Professionals call |
| Zul Jamal | 02/16/10 | 1.0 | Diligence on TVFN |
| Navid Mahmoodzadegan | 02/16/10 | 0.5 | Food Network analysis |
| Ashish Ajmera | 02/16/10 | 0.5 | Food Network analysis |
| Zul Jamal | 02/17/10 | 2.0 | Diligence call with Lazard re: TVFN |
| Ashish Ajmera | 02/17/10 | 2.0 | Diligence call with Lazard re: TVFN |
| Evan Glucoft | 02/17/10 | 2.0 | Diligence call with Lazard re: TVFN |
| Thane Carlston | 02/17/10 | 2.0 | Settlement discussions |
| Zul Jamal | 02/17/10 | 2.0 | Settlement discussions |
| Ashish Ajmera | 02/17/10 | 2.0 | Media Update |
| Evan Glucoft | 02/17/10 | 1.0 | Media Update |
| Thane Carlston | 02/18/10 | 0.5 | Review of case progress / court ruling on exclusivity |
| John Momtazee | 02/18/10 | 0.5 | Review of case progress / court ruling on exclusivity |
| Navid Mahmoodzadegan | 02/18/10 | 0.5 | Review of case progress / court ruling on exclusivity |
| Zul Jamal | 02/18/10 | 0.5 | Review of case progress / court ruling on exclusivity |
| Ashish Ajmera | 02/18/10 | 0.5 | Review of case progress / court ruling on exclusivity |
| Larry Kwon | 02/18/10 | 0.5 | Review of case progress / court ruling on exclusivity |
| Thane Carlston | 02/19/10 | 3.0 | UCC Meeting |
| Navid Mahmoodzadegan | 02/19/10 | 3.0 | UCC Meeting |
| Zul Jamal | 02/19/10 | 3.0 | UCC Meeting |
| Ashish Ajmera | 02/19/10 | 3.0 | UCC Meeting |
| Larry Kwon | 02/19/10 | 3.0 | UCC Meeting |
| Vishal Patel | 02/19/10 | 3.0 | UCC Meeting |
| Evan Glucoft | 02/20/10 | 1.0 | Review of updated budget |
| Vishal Patel | 02/20/10 | 1.0 | Review of updated budget |
| Evan Glucoft | 02/21/10 | 3.0 | Media Update |

**Tribune Co.**                                                                MOELIS & COMPANY

Time Log - February 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 25.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 7.0 |
| Zul Jamal | Sr. Vice President | 34.0 |
| Larry Kwon | Vice President | 13.5 |
| Ashish Ajmera | Vice President | 34.5 |
| Evan Glucoft | Associate | 60.5 |
| Vishal Patel | Analyst | 60.5 |
| **Total** | | **247.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Vishal Patel | 02/21/10 | 4.0 | Media Update |
| Ashish Ajmera | 02/21/10 | 1.0 | Food Network analysis |
| Evan Glucoft | 02/21/10 | 3.0 | Food Network analysis |
| Vishal Patel | 02/21/10 | 3.0 | Food Network analysis |
| Evan Glucoft | 02/22/10 | 1.0 | Media Update |
| Vishal Patel | 02/22/10 | 1.0 | Media Update |
| Thane Carlston | 02/22/10 | 2.0 | Review of updated budget |
| Zul Jamal | 02/22/10 | 3.0 | Review of updated budget |
| Larry Kwon | 02/22/10 | 2.0 | Review of updated budget |
| Ashish Ajmera | 02/22/10 | 3.0 | Review of updated budget |
| Navid Mahmoodzadegan | 02/22/10 | 1.0 | Review of updated budget |
| Thane Carlston | 02/22/10 | 2.0 | ESOP/LBO matters |
| Zul Jamal | 02/22/10 | 2.0 | ESOP/LBO matters |
| Navid Mahmoodzadegan | 02/24/10 | 1.0 | Food Network analysis |
| Thane Carlston | 02/24/10 | 2.0 | Food Network analysis |
| Ashish Ajmera | 02/24/10 | 1.0 | Food Network analysis |
| Zul Jamal | 02/24/10 | 1.0 | Food Network analysis |
| Zul Jamal | 02/24/10 | 1.0 | Balance sheet guarantor analysis |
| Evan Glucoft | 02/24/10 | 2.0 | Balance sheet guarantor analysis |
| Vishal Patel | 02/24/10 | 4.0 | Balance sheet guarantor analysis |
| Zul Jamal | 02/26/10 | 1.0 | Balance sheet guarantor analysis |
| Evan Glucoft | 02/26/10 | 1.0 | Balance sheet guarantor analysis |
| Vishal Patel | 02/26/10 | 1.0 | Balance sheet guarantor analysis |
| Evan Glucoft | 02/28/10 | 2.0 | Media Update |
| Vishal Patel | 02/28/10 | 3.0 | Media Update |
| | **Total** | **247.0** | |