**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket Nos. 3948 and 3949** |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on April 6, 2010, a true and correct copy of the following documents were served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via hand delivery or overnight delivery upon the parties named in the attached service list:

1.  *Order Granting Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Wilmington Trust Company's Motion to File Under Seal* [Docket No. 3948]

2.  *Notice of Motion* [Docket No. 3949] regarding Motion of Wilmington Trust Company for Entry of an Order Authorizing the Filing of (A) Its Unredacted Objection of Wilmington Trust Company to the Motion of the Debtors for an Order (I) Determining That Wilmington Trust Company Has Violated the Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why it Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings With Respect to the Complaint and (B) its Unredacted Exhibit A Thereto Under Seal

Dated:  April 6, 2010

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

By:    */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Ave., Suite 801
       Wilmington, DE 19801
       302-442-7010 (telephone)
       302-442-7012 (facsimile)
       jhoover@beneschlaw.com
       rlemisch@beneschlaw.com

*Counsel to Wilmington Trust Company, as
Successor Indenture Trustee*

**Service List**

| | |
|---|---|
| James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Kenneth P. Kansa, Esquire<br>Alison L. Triggs, Esquire<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>*Counsel to the Debtors* | Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>COLE, SCHOTZ, MEISEL, FORMAN &<br>LEONARD, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>*Counsel to the Debtors* |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Mona A. Parikh, Esquire<br>LANDIS RATH & COBB LLP<br>919 North Market Street, Suite 1800<br>Wilmington, DE  19801<br>*Counsel to the Official Committee of*<br>*Unsecured Creditors* | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>*Counsel to the Official Committee of*<br>*Unsecured Creditors* |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | |

2