**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 7th day of April, 2010, she caused a copy of the following:

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH (A) MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER, AND (B) MOTION OF THE DEBTORS FOR AN ORDER (I) DETERMINING THAT WILMINGTON TRUST COMPANY HAS VIOLATED AUTOMATIC STAY, (II) REQUIRING WILMINGTON TRUST COMPANY TO SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT OF COURT, AND (III) HALTING ALL PROCEEDINGS WITH RESPECT TO THE COMPLAINT**

to be served upon the parties identified on the attached list in the manner indicated.

Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 7th day of April, 2010.

Notary Public

KIMBERLY A. BECKER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 23, 2010

{698.001-W0007006.}

| NAME | COMPANY | PHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|---|
| James F. Conlan, Esq.<br>Bryan Krakauer, Esq.<br>Kenneth P. Kansa, Esq.<br>Alison L. Triggs, Esq. | Sidley Austin LLP<br>(Counsel to Debtors) | 312-853-7000 | 312-853-7036 |
| Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq. | Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>(Counsel to Debtors) | 302-652-3131 | 302-652-3117 |
| Dennis E. Glazer, Esq.<br>Karen E. Wagner, Esq.<br>Sharon Katz, Esq. | Davis Polk & Wardwell<br>(Counsel to JPMorgan Chase Bank, N.A.) | 212-450-4500 | 212-701-5800 |
| Christopher P. Simon, Esq.<br>Patrick M. Brannigan, Esq. | Cross & Simon, LLC<br>(Counsel to JPMorgan Chase Bank, N.A.) | 302-777-4200 | 302-777-4224 |
| Madlyn Gleich Primoff, Esq.<br>Jane W. Parver, Esq.<br>Joseph M. Drayton, Esq. | Kaye Scholer LLP<br>(Counsel to Merrill Lynch) | 212-836-8000 | 212-836-8689 |
| Laurie Selber Silverstein, Esq.<br>R. Stephen McNeill, Esq. | Potter Anderson & Corroon LLP (Counsel to Merrill Lynch) | 302-984-6000 | 302-658-1192 |
| Robert J. Stark, Esq.<br>Martin S. Siegel, Esq.<br>William M. Dolan III, Esq.<br>Katherine S. Bromberg, Esq. | Brown Rudnick LLP<br>(Counsel to Wilmington Trust Company) | 212-209-4800 | 212-209-4801 |
| Raymond H. Lemisch, Esq.<br>Jennifer R. Hoover, Esq. | Benesch, Friedlander, Coplan & Aronoff LLP<br>(Counsel to Wilmington Trust Company) | 302-442-7010 | 302-442-7012 |
| Joseph J. McMahon, Jr., Esq. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Service List**

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Debtors)
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Alison L. Triggs, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Dennis E. Glazer, Esq.
Karen E. Wagner, Esq.
Sharon Katz, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Christopher P. Simon, Esq.
Patrick M. Brannigan, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Merrill Lynch)
Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Via Hand Delivery*
(Counsel to Merrill Lynch)
Laurie Selber Silverstein, Esq.
R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

*Via Hand Delivery*
(Counsel to Wilmington Trust Company)
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801