# EXHIBIT WT 1

# TRIBUNE PRE-LBO ORGANIZATIONAL AND CAPITAL STRUCTURE



**$2.825 Unsecured Bridge and Term Facilities:**

$1.325 billion 6.2% Bridge Facility due 2007

$1.5 billion 6.2% Term Facility due 2011

**$1.429 Billion of Unsecured Notes:**

$449 million 4.875% Notes due 2010

$329 million 5.25% Notes due 2015

$80 million 7.25% Debentures due 2013

$95 million 7.5% Debentures due 2023

$263 million 5.6% Series E Medium Term Notes due 2008

$83 million 6.61% Debentures due 2027

$130 million 7.25% Debentures due 2096

**2% Exchangeable Subordinated Debentures due 2029 ("PHONES")**

$900 million as of April 1, 2007

**$51 million 7.7% Property Financing Obligation**

**Tribune Company**

Miscellaneous Subsidiaries

Publishing Subsidiaries

Broadcasting & Entertainment Subsidiaries

Source: SEC 10-Q Filing – April 1, 2007

# EXHIBIT WT 2

# TRIBUNE ORGANIZATIONAL AND CAPITAL STRUCTURE – 12/8/2008



# EXHIBIT WT 3

# Sources and Uses of LBO

## SOURCES

### Phase 1

| | |
|---|---|
| Tranche X Facility | $1.500 billion |
| Tranche B Facility | $5.515 billion |
| Initial Zell Investment | $0.250 billion |

### Phase 2

| | |
|---|---|
| Bridge Facility | $1.600 billion |
| Incremental Facility | $2.105 billion |
| Second Zell Investment | $0.315 billion |
| Cash on Hand | $0.465 billion |

**Total** $11.750 billion

## USES

### Phase 1

| | |
|---|---|
| Share Purchase | $4.288 billion |
| Refinance Existing Tribune Debt | $2.825 billion |
| Estimated Fees and Expenses | $0.152 billion |

### Phase 2

| | |
|---|---|
| Purchase Remaining Shares | $4.000 billion |
| Initial Zell Investment/Shares | $0.261 billion |
| Estimated Fees and Expenses | $0.224 billion |

**Total** $11.750 billion

# EXHIBIT WT 4
# FILED UNDER SEAL

# EXHIBIT WT 5
# FILED UNDER SEAL

# EXHIBIT WT 6
# FILED UNDER SEAL

# EXHIBIT WT 7
# FILED UNDER SEAL

# EXHIBIT WT 8

**ProQuest**

---

Databases selected: Multiple databases...

**THE WALL STREET JOURNAL.**

## Buyouts Batter Debt Ratings; First Data, Tribune Are Downgraded Amid Risk Worries

*Cynthia Koons and Michael Aneiro. Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 3, 2007. pg. C.6*

**Abstract (Summary)**
Moody's Investors Service put the company's ratings on watch for a possible "multi-notch" downgrade, while Fitch Ratings dropped the company's rating three notches to BBB -- two notches above junk bonds. Fitch said its ratings action affects about $2.5 billion of debt.

Applications ......................... $41,231,975,000 $35,407,100,000 Accepted bids ........................ $17,000,195,000 $14,000,105,000 Accepted noncomp .................... $1,933,248,000 $1,739,267,000 Accepted frgn non ................... $100,000,000 $125,000,000 Auction price (Rate) ................. 98.758861(4.910%) 97.537944(4.870%) Coupon equivalent ................... 5.055% 5.076% Bids at market yield ................ 61.08% 0.86% Cusip number .......................... 912795ZP9 912795A43

Applications ......................... $35,360,700,000 Accepted bids ........................ $16,000,020,000 Accepted noncompetitively ........... $1,700,000 Auction price (Rate) ................. 99.812403(5.195%) Coupon equivalent ................... 5.292% Bids at market-clearing yld accepted . 80.84% Cusip number .......................... 912795TX9

**Full Text (682 words)**

(c) 2007 Dow Jones & Company, Inc. Reproduced with permission of copyright owner. Further reproduction or distribution is prohibited without permission.

NEW YORK -- Leveraged buyouts swept through the corporate-bond market, with the separate purchases of credit-card and payments processor First Data Corp. and media company Tribune Co. sending the companies' credit ratings downward.

The cost of protecting their bonds also rose -- nearly doubling in the case of First Data -- as the added debt needed to finance the buyouts weighed on the companies' credit standings.

Standard & Poor's cut its corporate credit rating of First Data five notches to BB-plus, the highest rung on the high-yield debt, or junk-bond, ladder, after Kohlberg Kravis Roberts & Co. agreed to purchase the company for $25.6 billion. The agency warned further downgrades are possible.

Moody's Investors Service put the company's ratings on watch for a possible "multi-notch" downgrade, while Fitch Ratings dropped the company's rating three notches to BBB -- two notches above junk bonds. Fitch said its ratings action affects about $2.5 billion of debt.

Lower credit ratings will cost the company more when it taps the market for funds.

The cost of protection, as measured by credit default swaps, rose to between $200,000 and $210,000 annually for $10 million of bonds over five years. The cost was between $105,000 to $110,000 Friday, a market source said.

Investors use credit default swaps, or CDS, to protect bonds against the event of a default as well as to wager on a company's creditworthiness. A rising CDS level means investors reckon the company's ability to meet its debt obligations is deteriorating.

Trading of the company's bonds was light, however. First Data plans to buy back its bonds outstanding in the deal.

Tribune's announcement that it would go private triggered a credit downgrade of the company by two ratings agencies and prompted a review by another. The Chicago-based media company said it has agreed to sell itself to investor Sam Zell, with the company's board of directors choosing Zell's bid over a rival offer.

S&P cut Tribune's corporate credit rating to BB-minus from BB-plus and left its ratings on review for possible further downgrade. S&P said if shareholders approve the transaction as outlined, it would lower the corporate credit rating to B.

Fitch similarly cut Tribune's issuer rating to BB-minus from BB-plus and announced identical downgrades of Tribune's senior unsecured revolving credit facility and its senior unsecured notes. It also said it expects a multiple-notch downgrade if the transaction proceeds as outlined.

There are minimal covenants in the existing indentures to protect bondholders against leveraging transactions, as there are no financial covenants, change of control provisions, asset-sales restrictions or additional unsecured-debt provisions, Fitch noted.

Moody's Investors Service placed Tribune's Ba1 corporate family rating and its debt ratings on review for possible downgrade.

Treasurys Prices Rise

Yesterday's events offered slim pickings for a further rally in Treasurys, as prices rose.

The benchmark 10-year note was up 2/32 pointto 99 27/32. Its yield fell to 4.644% from 4.651% Friday. The 30-year bond was up 7/32 point at 98 21/32 to yield 4.836%, down from 4.85%.

Hawkish remarks from St. Louis Federal Reserve President William Poole came as more of the same for Treasurys investors. Most had already revised their initial, dovish interpretation of the Fed's March policy statement.

AUCTION RESULTS

Here are the results of the Treasury bill auctions. All bids are awarded at a single price at the market-clearing yield. Rates are determined by the difference between that price and the face value.

13-WEEK 26-WEEK BILLS

13-Week 26-Week

Applications ......................... $41,231,975,000 $35,407,100,000 Accepted bids ....................... $17,000,195,000 $14,000,105,000 Accepted noncomp ................... $1,933,246,000 $1,739,267,000 Accepted frgn non ................... $100,000,000 $125,000,000 Auction price (Rate) ................ 98.758861(4.910%) 97.537944(4.870%) Coupon equivalent ..................... 5.055% 5.076% Bids at market yield ................ 61.08% 0.86% Cusip number ......................... 912795ZP9 912795A43

Both issues are dated April 5. The 13-week bills mature July 5 and the 26-week bills mature Oct. 4.

13-DAY TREASURY CASH MANAGEMENT BILLS

Applications ......................... $35,360,700,000 Accepted bids ....................... $16,000,020,000 Accepted noncompetitively ........... $1,700,000 Auction price (Rate) ................ 99.812403(5.195%) Coupon equivalent ..................... 5.292% Bids at market-clearing yld accepted . 80.84% Cusip number ......................... 912795TX9

The bills are dated April 3 and mature April 16.

| Indexing (document details) | |
|---|---|
| **Subjects:** | Treasury bonds, Bond markets, Credit markets (wsj) |
| **Classification Codes** | 3400, 9190 |
| **Author(s):** | Cynthia Koons and Michael Aneiro |
| **Document types:** | News |
| **Column Name:** | *Credit Markets* |
| **Publication title:** | Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 3, 2007. pg. C.6 |
| **Source type:** | Newspaper |
| **ISSN:** | 00999660 |
| **ProQuest document ID:** | 1248829771 |
| **Text Word Count** | 682 |
| **Document URL:** | http://0-proquest.umi.com.www.consuls.org/pqdweb?did=1248829771&sid=1&Fmt=3&clientid=23650&RQT=309&VName=PQD |

Copyright © 2010 ProQuest LLC. All rights reserved.



# EXHIBIT WT 9
# FILED UNDER SEAL

# EXHIBIT WT 10

ProQuest

Databases selected: Multiple databases...

THE WALL STREET JOURNAL.
## How Will Tribune Pay Its Debts?; Highly Leveraged Deal Leaves Little Room for Error, Despite Tax Breaks
*Sarah Ellison. Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 4, 2007. pg. A.10*

### Abstract (Summary)
Mr. [Sam Zell] will become Tribune chairman upon completion of the deal, and said that his longtime associate, William Pate, would also serve on the board. "Obviously, all you have to do is look at all the other companies I've run, and I think it is safe to say I've been an aggressive owner in driving value in everything I've been involved in," Mr. Zell added.

While Tribune's revenue has remained flat overall for the past several years, its earnings have declined slightly. And the company is off to a difficult start for this year, with revenue down 4.3% through March 4 from a year earlier. Mr. [Dennis FitzSimons], Tribune's CEO, told employees Monday that there would be "limited staff reductions" to compensate for the declines in revenue, though he added that he hoped to accomplish those mainly through attrition. The staff of the Los Angeles Times, Tribune's single biggest division, has been bracing for layoffs for weeks.

Mr. FitzSimons said Tribune wasn't planning any big asset sales, though "there may be some real-estate assets we choose to sell off." The person familiar with the deal said any real-estate sales would likely be in the "tens of millions of dollars," a tiny portion of Tribune's property portfolio, which is estimated to be valued at around $700 million.

### Full Text (1188 words)

(c) 2007 Dow Jones & Company, Inc. Reproduced with permission of copyright owner. Further reproduction or distribution is prohibited without permission.

Tribune Co. and Sam Zell just took out a risky loan on the future of the newspaper industry. Now, they have to start paying it back.

The big question hanging over Tribune's $8.2 billion buyout deal unveiled Monday is this: How do they plan to do that, given that the newspaper industry faces uncertain prospects? Financed almost entirely by debt, the buyout will leave the newspaper and TV concern staggering under more than $12 billion in debt, when existing borrowings are included. That is about 10 times Tribune's annual cash flow, a ratio several times higher than typically carried by most media businesses.

"We think it is possible that Tribune is leveraged higher than the total assets of the company after taxes," wrote Hale Holden, an analyst at Barclays Capital.

In an interview yesterday, Mr. Zell defended the borrowing. "The actual debt burden is less than any of the other alternatives Tribune had," including the self-help option the company was exploring, he said. "Our structure allows us to rapidly pay down debt because of the [employee stock ownership plan]."

To structure the buyout, Tribune and Mr. Zell are engaging in some fancy financial footwork, adopting special tax-efficient structures such as the ESOP. Tribune also plans to sell the Chicago Cubs baseball team, which could fetch about $600 million. Even so, "the transaction leaves little room for error," says Peter Appert, a newspaper analyst with Goldman Sachs.

"We feel that given the cash flow that our company generates and the tax advantages of the structure, that the debt levels, while high, are manageable," Tribune Chief Executive Dennis FitzSimons said in an interview Monday.

Mr. Zell will become Tribune chairman upon completion of the deal, and said that his longtime associate, William Pate, would also serve on the board. "Obviously, all you have to do is look at all the other companies I've run, and I think it is safe to say I've been an aggressive owner in driving value in everything I've been involved in," Mr. Zell added.

Tribune's properties include the Los Angeles Times, Chicago Tribune and Newsday of Long Island, as well as a string of television stations, many carrying programming for the nascent CW network. Mr. Zell believes the company can be more aggressive in its strategy – particularly on the Internet – to boost revenue, according to a person familiar with his thinking. But as newspaper investors have learned, predicting the future course of the business is difficult.

A year ago, private-equity firms such as Chicago's Madison Dearborn indicated they could be willing to pay $38 a share for Tribune,

according to people familiar with the matter. Today, that kind of money has long been scared away from the newspaper industry, where a decline in ad revenue worsened suddenly last summer. Mr. Zell's deal with Tribune involves a buyout offer of $34 a share.

The ESOP structure brings clear tax benefits. The employee share plan, combined with tax breaks available to companies that adopt so-called S-corporation status, will let Tribune avoid paying corporate taxes that last year cost the company more than $300 million, according to a person familiar with the deal.

But saving taxes won't be much help unless Tribune can pay its interest bills. And that is where things could get tricky, analysts say. Last year, Tribune paid $274 million in interest on its borrowings, which it could easily afford, given its $1.3 billion in earnings before interest, taxes, depreciation and amortization. With the new debt load, the interest expense could rise to roughly $1 billion annually, based on an average interest rate of 8.5% estimated by one bond analyst yesterday. Tribune is likely to pay a higher rate on new debt than in the past, as its credit rating has been downgraded to junk status in the wake of the deal.

While Tribune's revenue has remained flat overall for the past several years, its earnings have declined slightly. And the company is off to a difficult start for this year, with revenue down 4.3% through March 4 from a year earlier. Mr. FitzSimons, Tribune's CEO, told employees Monday that there would be "limited staff reductions" to compensate for the declines in revenue, though he added that he hoped to accomplish those mainly through attrition. The staff of the Los Angeles Times, Tribune's single biggest division, has been bracing for layoffs for weeks.

Yesterday, Mr. Zell met with Tribune's general managers and publishers, who had come to the company's historic Chicago headquarters to be briefed on the deal.

If ad revenue keeps falling, as many analysts expect, Tribune will have to cut costs. Another option would be asset sales, though Tribune says it isn't planning such action. Selling cash-generating assets isn't likely to solve a financial crisis, unless the sale price is extraordinarily high. What's more, despite the tax breaks the new company will have, it would still be liable for capital-gains taxes on profits from asset sales, at least in the next few years (S corporations can sell assets tax-free after 10 years).

Some people estimate that the tax rate on selling the Los Angeles Times, one highly sought-after asset, could be around 35%, which would make it prohibitively expensive to unload directly, despite interest from local Los Angeles moguls such as David Geffen. It is always possible, of course, that Mr. Geffen or another potential buyer could try to structure some complex tax-efficient structure. Mr. Geffen says, "I'm still interested in making a deal for the L.A. Times." Mr. Zell's offer beat out a proposal from two other Los Angeles businessmen, Ron Burkle and Eli Broad, who could still come back with a new offer for Tribune.

A person familiar with Mr. Burkle and Mr. Broad's thinking said they are "meeting with their advisers and continuing to study the Tribune opportunity."

Mr. FitzSimons said Tribune wasn't planning any big asset sales, though "there may be some real-estate assets we choose to sell off." The person familiar with the deal said any real-estate sales would likely be in the "tens of millions of dollars," a tiny portion of Tribune's property portfolio, which is estimated to be valued at around $700 million.

So the company's ESOP will likely pay off its loans the old-fashioned way, which could take time. Mr. Zell, who is contributing $315 million in equity to the deal, expects the ESOP could pay off between a third and a half of the debt within 10 years, according to the person familiar with the deal.

If things go well, Mr. Zell stands to profit handsomely. Upon completion of the deal, Mr. Zell will receive a 15-year warrant to purchase 40% of Tribune's common stock for $500 million.

Corporate debt levels have soared in recent months, reflecting the increased appetite for leverage among private-equity firms and other investors. Still, newspapers, with higher fixed costs and declining revenue, are under particular pressure, and such a leveraged deal in the newspaper world is untested. Last year, when a group of local investors bought the Philadelphia Inquirer, they were forced to make severe cutbacks in order to compensate for the paper's declining earnings.

Enlarge 200%
Enlarge 400%



*Dennis J.*
*FitzSimons*



**Heavy Load**

Tribune has repayments on existing
debt due in the next few years.
After the buyout, though, its overall
debt load will more than double.
Debt outstanding as of Dec. 31, 2006:

Enlarge 200%
Enlarge 400%

Indexing (document details)

| | |
|---|---|
| **Author(s):** | Sarah Ellison |
| **Column Name:** | *Corporate Focus* |
| **Publication title:** | Wall Street Journal. (Eastern edition). New York, N.Y.: Apr 4, 2007.  pg. A.10 |
| **Source type:** | Newspaper |
| **ISSN:** | 00999660 |
| **ProQuest document ID:** | 1249455991 |
| **Text Word Count** | 1188 |
| **Document URL:** | http://0-proquest.umi.com.www.consuls.org/pqdweb?did=1249455991&sid=2&Fmt=4&clientId=23650&RQT=309&VName=PQD |

Copyright © 2010 ProQuest LLC. All rights reserved.



# EXHIBIT WT 11
# FILED UNDER SEAL

# EXHIBIT WT 12

 **WACHOVIA**

*A publication of*
WACHOVIA CAPITAL MARKETS, LLC

## *Equity Research*

## Tribune Co.

**TRB: Why The ESOP Structure Appeals To Sam, Ron, And Eli**

**Market Perform**
Sector: Newspapers, Market Weight
March 30, 2007

*Company Note*

| EPS | 2006A | 2007E Curr. | Prior | 2008E Curr. | Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | $0.36 | $0.29 | NC | $0.35 | NC |
| Q2 (June) | 0.55 | 0.54 | NC | 0.60 | NC |
| Q3 (Sep.) | 0.42 | 0.40 | NC | 0.44 | NC |
| Q4 (Dec.) | 0.68 | 0.63 | NC | 0.66 | NC |
| FY | $2.03 | $1.86 | NC | $2.05 | NC |
| CY | $2.03 | $1.86 | | $2.05 | |
| FY P/E | 15.5x | 17.0x | | 15.3x | |
| Rev.(MM) | $5,547.0 | $5,265.0 | | $5,359.0 | |

Source Company Data, Wachovia Capital Markets, LLC estimates, and Reuters
NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful

- **Burkle/Broad $34 counter-bid also an ESOP buyout structure.** Press reports suggest the ESOP structure continues to gain momentum as it relates to the Tribune auction. A discussion with a tax specialist in ESOPs gives us a better understanding of what makes the structure appealing to Zell, Burkle, Broad, and some existing shareholders.

- **Equity sellers (Chandlers?) can potentially defer capital gains.** One of the major benefits of an ESOP structure is that the equity sellers of the acquired entity can defer capital gains tax under IRC section 1042, by purchasing "qualified replacement property." This is essentially any debt or equity from either a private or public corporation. The section 1042 transaction is similar to a section 1031 real estate exchange. To qualify for the treatment, the sellers must sell at least 30% of their holdings in the initial tranche (round) of the deal. We think this benefit could be one of the reasons that the company has been favoring the Zell bid, as the Chandlers, the McCormick Trust, and management could all potentially benefit from this.

- **Only under ESOPs are interest and principal debt payments tax-deductible.** The mechanics are as follows: after the ESOP buyout, the company makes contributions to the ESOP (similar to typical pension contributions) as an operating expense. The ESOP uses the contributions to pay back principal on the debt, though there are limits on the amounts of contributions. Big picture, if a company borrows $10 billion using an ESOP buyout structure, it is equivalent to borrowing $6 billion for a typical buyout (assuming a 40% tax rate), in terms of repayment obligations. Overall, this benefit allows for increased leverage.

- **Preferred stock can boost pretax principal debt payment capacity.** By incorporating preferred stock in the ESOP buyout structure, dividends can be paid to the ESOP with pretax dollars, which allows for additional tax-free paydown of debt principal, and can supplement the ESOP contribution limits.

- **Why would employees go for it?** The often cited motivation is to gain an ownership stake in the business and build wealth. While probably true to some extent, we think the employees (or their advisors) believe the assets are undervalued.

| Ticker | TRB |
|---|---|
| Price | $31.53 |
| 52-Week Range: | $27-35 |
| Shares Outstanding: (MM) | 241.4 |
| Market Cap.: (MM) | $7,611.3 |
| S&P 500: | 1,422.53 |
| Dividend/Yield: | $0.72/2.3% |
| LT Debt: (MM) | $4,460.0 |
| LT Debt/Total Cap.: | 45.0% |
| ROE: | 10.0% |
| 3-5 Yr. Est. Growth Rate: | 6.0% |
| CY 2007 Est. P/E-to-Growth: | 2.8x |
| Last Reporting Date: | 02/08/2007 |

Source: Company Data, Wachovia Capital Markets, LLC estimates, and Reuters

**Valuation Range: $28 to $30**
Our $28-$30 valuation range is based on the average of 13.0x our 2008E EPS, 8.0x our 2008E EBITDA and a $35 break-up valuation. Risks include: (1) a slowdown in the advertising market; (2) overpaying for acquisitions; and (3) worse-than-expected results at the new CW network.

**Investment Thesis:**
Our Market Perform is predicated on our belief that TRB is trading on a potential takeout value, rather than fundamentals, and we do not view the risk/reward as compelling.

**Publishing & Advertising**

John Janedis, CFA, Senior Analyst
(212) 214-5037 / john.janedis@wachovia.com
Jaime Neuman, CFA, CPA, Associate Analyst
(212) 214-5015 / jaime.neuman@wachovia.com
Brendan Metrano, CFA, Associate Analyst
(212) 214-5064 / brendan.metrano@wachovia.com

**Please see page 2 for rating definitions, important disclosures and required analyst certifications.**

WCM does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

**Publishing & Advertising**

**WACHOVIA CAPITAL MARKETS, LLC**
**EQUITY RESEARCH DEPARTMENT**

**Company Description:**

Tribune is one of the country's leading media companies, operating businesses in publishing and broadcasting. In publishing, Tribune operates 11 leading daily newspapers, including the LA Times, Chicago Tribune and Newsday. The company's broadcasting group operates over 20 television stations, Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team.

## *Required Disclosures*



### Tribune Co. (TRB) 3-yr. Price Performance

| Date | Close Price ($) | Rating Code | Target Price ($) | Val. Rng. Low | Val. Rng. High |
|------|-----------------|-------------|------------------|---------------|----------------|
| 6/1/2005 | Janeda | | | | |
| 6/1/2005 | 29.95 | 2 | NE | 26.00 | 30.00 |
| 9/14/2005 | 31.25 | 2 | NE | 27.00 | 29.00 |
| 10/19/2006 | 32.91 | 2 | NE | 29.00 | 31.00 |
| 3/21/2007 | 23.10 | | NE | 28.00 | 30.00 |

Source: Wachovia Capital Markets, LLC estimates and Bridge data    Beginning 01/04/2004 stock valuation range replaces target price

| Symbol Key | | | | Rating Code Key | | |
|------------|--|--|--|-----------------|--|--|
| ◆ Rating Scale Conversion | | ▲ Rating Upgrade | | 1 Outperform | SR Suspended |
| ■ Rating, Target Price and/or Val. Rnge. Chge. | | ■ Analyst Change | | 2 Market Perform | NR Not Rated |
| ▼ Rating Downgrade | | ⋮ Split Adjustment | | 3 Underperform | NE Not Estimate |

### *Additional Information Available Upon Request*

I certify that:

1) All views expressed in it is research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

• Wachovia Capital Markets, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from Tribune Co..

JPM_00056421

Risks include: (1) a slowdown in the advertising market; (2) overpaying for acquisitions; and (3) worse-than-expected results at the new CW network.

Wachovia Capital Markets, LLC does not compensate its research analysts based on specific investment banking transactions. WCM's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

### STOCK RATING

1 = Outperform: The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY

2 = Market Perform: The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD

3 = Underperform: The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

### SECTOR RATING

O = Overweight: Industry expected to outperform the relevant broad market benchmark over the next 12 months.

M = Market Weight: Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

U = Underweight: Industry expected to underperform the relevant broad market benchmark over the next 12 months.

### VOLATILITY RATING

V = A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: March 30, 2007

| | |
|---|---|
| 42% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Outperform. | Wachovia Capital Markets, LLC has provided investment banking services for 37% of its Equity Research Outperform-rated companies. |
| 55% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Market Perform. | Wachovia Capital Markets, LLC has provided investment banking services for 32% of its Equity Research Market Perform-rated companies. |
| 3% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Underperform. | Wachovia Capital Markets, LLC has provided investment banking services for 26% of its Equity Research Underperform-rated companies. |

## *Additional Disclosures For International Clients*

For additional disclosure information please go to: www.wachoviaresearch.com

The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For certain non-U.S. institutional readers (including readers in the EEA), this report is distributed by Wachovia Securities International Limited. For the purposes of Section 21 of the U.K. Financial Services and Markets Act 2000, this report has been approved by Wachovia Securities International Limited. This research is not intended for, and should not be relied on by, private customers. Please consult your Financial Advisor or the Wachovia Securities office in your area for additional information. U.S. residents are directed to wachovia.com for investment and related services.

For Wachovia Securities International Limited's policy for managing conflicts of interest in connection with research, please go to: www.wachoviaresearch.com/conflicts

JPM_00056422

## *Important Information for Australian Recipients*

Wachovia Capital Markets, LLC ("WCM") is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. WCM is a registered broker-dealer registered with the U.S. Securities and Exchange Commission, and a member of the New York Stock Exchange, the National Association of Securities Dealers, Inc. and the Securities Investor Protection Corp. WCM is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to you by WCM in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

## *Additional Disclosures*

WCM is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of the New York Stock Exchange, the National Association of Securities Dealers, Inc., and the Securities Investor Protection Corp. Wachovia Securities International Limited is a U.K. incorporated investment firm authorized and regulated by the Financial Services Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wachovia Capital Markets, LLC, to be reliable, but Wachovia Capital Markets, LLC, does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wachovia Capital Markets, LLC, at this time, and are subject to change without notice. Wachovia Capital Markets, LLC, and its affiliates may from time to time provide advice with respect to, acquire, hold, or sell a position in, the securities or instruments named or described in this report. For the purposes of the U.K. Financial Services Authority's rules, this report constitutes impartial investment research. Each of Wachovia Capital Markets, LLC, and Wachovia Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2007 Wachovia Capital Markets, LLC.

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE.

JPM_00056423

JPM_00036424

# EXHIBIT WT 13
# FILED UNDER SEAL

# EXHIBIT WT 14
# FILED UNDER SEAL

# EXHIBIT WT 15
# FILED UNDER SEAL

# EXHIBIT WT 16
# FILED UNDER SEAL

# EXHIBIT WT 17
# FILED UNDER SEAL

# EXHIBIT WT 18
# FILED UNDER SEAL

# EXHIBIT WT 19
# FILED UNDER SEAL

# EXHIBIT WT 20
# FILED UNDER SEAL