IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re:                                          :     Chapter 11 Cases
                                                :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :     (Jointly Administered)
                                                :
       Debtors.                                 :
                                                :
                                                :
-----------------------------------------------------X     Related to Docket No. 3980
```

**MOTION TO FIX HEARING DATE ON, LIMIT NOTICE
AND SHORTEN TIME TO OBJECT OR RESPOND TO
<u>WILMINGTON TRUST COMPANY'S MOTION TO FILE UNDER SEAL</u>**

Wilmington Trust Company, as Successor Indenture Trustee ("<u>Wilmington Trust</u>"), by and through its undersigned counsel, hereby moves this Court for entry of an Order fixing a hearing date, limiting notice and shortening the time to object or respond (the "<u>Motion to Shorten</u>") to the Motion to file under seal (the "<u>Motion to File Under Seal</u>") the unredacted Declaration of William M. Dolan III In Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code and Certain Exhibits Thereto (the "<u>Dolan Declaration</u>").  Wilmington Trust is concurrently filing the Motion to File Under Seal and is serving the Motion by hand delivery, electronic delivery, or overnight mail upon: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; and (d) all parties who were served with the Examiner Motion[1].

1.    By way of this Motion to Shorten, Wilmington Trust requests that the Motion to File Under Seal be heard on April 13, 2010 at 10:00 a.m., which is the next scheduled omnibus

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Dolan Declaration.

hearing date in this matter, with objections due on or before April 12, 2010 at 4:00 p.m., or such other time as set by the Court.  Wilmington Trust avers that no party will suffer any harm by the Court granting the relief requested herein, as the relief requested in the Motion to File Under Seal relates to the Examiner Motion which is already scheduled to be heard by the Court at the hearing on April 13th.  With respect to the Motion to File Under Seal, the Dolan Declaration and certain exhibits thereto contain information marked "confidential" in accordance with previous orders of this Court and must be filed under seal to comply therewith.

       3.      If the Court grants this Motion to Shorten and enters an order fixing a hearing date of April 13, 2010 at 10:00 a.m., and shortens the time to object or respond to the Motion to File Under Seal to April 12, 2010 at 4:00 p.m., or such other time as set by the Court, Wilmington Trust will serve a copy of such order, and a notice of the Motion to File Under Seal, on the same parties who were originally served with the Motion via hand delivery, electronic delivery, or overnight delivery.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

WHEREFORE, the Debtor respectfully requests the entry of an Order (a) fixing a hearing date with respect to the Motion to File Under Seal; (b) limiting notice thereof; (c) approving shortening the time to object or respond to the Motion to File Under Seal; and (d) for such other and further relief as the Court may deem appropriate.

Dated: April 9, 2010

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*