IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
In re:                                          :    Chapter 11 Cases
                                                :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :    (Jointly Administered)
                                                :
Debtors.                                        :
                                                :
                                                :
------------------------------------------------X    Related to Docket No. 3981, 3979

### ORDER GRANTING MOTION TO FIX HEARING DATE ON, LIMIT NOTICE AND SHORTEN TIME TO OBJECT OR RESPOND TO WILMINGTON TRUST COMPANY'S MOTION TO FILE UNDER SEAL

AND NOW, this ___ day of April, 2010, upon consideration of Wilmington Trust's Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Wilmington Trust's Motion to File Under Seal (the "Motion to Shorten"), it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing on the Motion to File Under Seal shall be held on April 13, 2010 at 10:00 a.m., prevailing Eastern Time; and it is further

ORDERED, that any objections to the Motion to File Under Seal shall be filed and served not later than April 12, 2010 at 4:00 p.m.; and it is further

ORDERED, that the movant shall cause a copy of the Motion to File Under Seal and this Order to be served via overnight mail, hand delivery or electronic delivery within one (1) business day of the date hereof upon the following persons: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; and (d) all parties who were served with the Examiner Motion.

BY THE COURT:

_____
HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge