*Exhibit A*

**Tribune Company, et al.,**
**Summary of Time Detail by Task**
**February 1, 20010 through February 28, 2010**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting | 242.6 | $119,347.50 |
| AP/Vendor Issues | 238.4 | $98,705.00 |
| Avoidance Actions | 64.7 | $24,507.50 |
| Business Plan | 13.8 | $9,840.00 |
| Cash Flow | 5.5 | $3,757.50 |
| Claims | 240.1 | $96,065.00 |
| Communication | 0.9 | $607.50 |
| Contract | 38.8 | $15,880.00 |
| Creditor | 52.7 | $33,227.50 |
| Employee | 3.2 | $1,835.00 |
| Fee Application | 11.1 | $2,308.50 |
| Leases and Real Estate | 2.4 | $1,125.00 |
| Liquidation Analysis | 162.3 | $68,672.50 |
| Monthly Operating Report | 0.2 | $135.00 |
| Motions | 7.4 | $5,175.00 |
| Operations | 5.4 | $3,645.00 |
| Plan of Reorganization | 70.2 | $41,387.50 |
| Statements/Schedules | 282.6 | $109,940.00 |
| Status Meetings | 24.4 | $16,242.50 |
| Tax | 0.4 | $270.00 |
| **Total** | **1,467.1** | **$652,673.50** |

*Exhibit B*

***Tribune Company, et al.,***
***Summary of Time Detail by Professional***
***February 1, 2010 through February 28, 2010***

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Tom Hill | Managing Director | $750.00 | 78.0 | $58,500.00 |
| Brian Whittman | Managing Director | $675.00 | 162.3 | $109,552.50 |
| Steve Kotarba | Managing Director | $575.00 | 10.5 | $6,037.50 |
| Richard Stone | Director | $475.00 | 170.2 | $80,845.00 |
| Mark Zeiss | Director | $450.00 | 30.5 | $13,725.00 |
| Jodi Ehrenhofer | Director | $425.00 | 189.0 | $80,325.00 |
| Stuart Kaufman | Senior Associate | $425.00 | 155.5 | $66,087.50 |
| Matthew Frank | Senior Associate | $400.00 | 182.2 | $72,880.00 |
| Sean Hough | Associate | $350.00 | 127.8 | $44,730.00 |
| Mark Berger | Associate | $350.00 | 153.0 | $53,550.00 |
| Doug Lewandowski | Consultant | $375.00 | 6.0 | $2,250.00 |
| Richard Niemerg | Consultant | $350.00 | 0.9 | $315.00 |
| Lauren Hoeflich | Consultant | $325.00 | 17.8 | $5,785.00 |
| Elizabeth Johnston | Consultant | $325.00 | 170.4 | $55,380.00 |
| Diego Torres | Analyst | $275.00 | 2.2 | $605.00 |
| Mary Napoliello | Paraprofessional | $195.00 | 10.8 | $2,106.00 |
| | | *Total* | 1,467.1 | $652,673.50 |

*Exhibit C*

***Tribune Company, et al.,***
***Summary of Time Detail by Professional***
***February 1, 2010 through February 28, 2010***

**Accounting**                    Accounting cut-off issues, liabilities subject to compromise, etc.

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 34.9 | $23,557.50 |
| Tom Hill | Managing Director | $750 | 33.0 | $24,750.00 |
| Mark Zeiss | Director | $450 | 1.1 | $495.00 |
| Matthew Frank | Senior Associate | $400 | 117.4 | $46,960.00 |
| Sean Hough | Associate | $350 | 0.6 | $210.00 |
| Stuart Kaufman | Senior Associate | $425 | 50.5 | $21,462.50 |
| Doug Lewandowski | Consultant | $375 | 5.1 | $1,912.50 |
| | | | 242.6 | $119,347.50 |
| | *Average Billing Rate* | | | $491.95 |

*Exhibit C*

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### February 1, 2010 through February 28, 2010

**AP/Vendor Issues**          Work related to AP/Vendor communications/issues that are not related to Contracts.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 1.2 | $810.00 |
| Richard Stone | Director | $475 | 119.0 | $56,525.00 |
| Sean Hough | Associate | $350 | 4.8 | $1,680.00 |
| Mark Berger | Associate | $350 | 113.4 | $39,690.00 |
| | | | 238.4 | $98,705.00 |
| | *Average Billing Rate* | | | $414.03 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Avoidance Actions**          This category includes time assisting the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Steve Kotarba | Managing Director | $575 | 1.1 | $632.50 |
| Tom Hill | Managing Director | $750 | 2.5 | $1,875.00 |
| Jodi Ehrenhofer | Director | $425 | 0.3 | $127.50 |
| Mark Zeiss | Director | $450 | 16.9 | $7,605.00 |
| Elizabeth Johnston | Consultant | $325 | 43.9 | $14,267.50 |
| | | | 64.7 | $24,507.50 |

*Average Billing Rate*      $378.79

Exhibit C

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### February 1, 2010 through February 28, 2010

**Business Plan**  Assist the Debtors with the preparation of its business plan, including analysis of potential strategic alternatives.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 6.8 | $4,590.00 |
| Tom Hill | Managing Director | $750 | 7.0 | $5,250.00 |
| | | | 13.8 | $9,840.00 |
| | *Average Billing Rate* | | | $713.04 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Cash Flow**          Assist the Debtors with cash flow forecasts, budget vs. actual, and reporting on cash results to various constituents.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 4.9 | $3,307.50 |
| Tom Hill | Managing Director | $750 | 0.6 | $450.00 |
| | | | 5.5 | $3,757.50 |
| | *Average Billing Rate* | | | $683.18 |

*Exhibit C*

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### February 1, 2010 through February 28, 2010

**Claims**                                        Review of claims filed against the Debtors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 6.5 | $4,387.50 |
| Steve Kotarba | Managing Director | $575 | 0.5 | $287.50 |
| Tom Hill | Managing Director | $750 | 1.2 | $900.00 |
| Jodi Ehrenhofer | Director | $425 | 86.3 | $36,677.50 |
| Mark Zeiss | Director | $450 | 1.6 | $720.00 |
| Richard Stone | Director | $475 | 27.4 | $13,015.00 |
| Sean Hough | Associate | $350 | 90.9 | $31,815.00 |
| Doug Lewandowski | Consultant | $375 | 0.4 | $150.00 |
| Diego Torres | Analyst | $275 | 2.2 | $605.00 |
| Elizabeth Johnston | Consultant | $325 | 23.1 | $7,507.50 |
| | | | 240.1 | $96,065.00 |

*Average Billing Rate* $400.10

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Communication**                              Work related to Communication Documents and Call Center.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 0.9 | $607.50 |
| | | | 0.9 | $607.50 |
| | *Average Billing Rate* | | | $675.00 |

*Exhibit C*

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### February 1, 2010 through February 28, 2010

**Contract**                Assist the Debtors with negotiations on key customer and supplier contracts,
                            analysis of contract rejection claims, etc.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 1.5 | $1,012.50 |
| Richard Stone | Director | $475 | 14.5 | $6,887.50 |
| Sean Hough | Associate | $350 | 5.2 | $1,820.00 |
| Mark Berger | Associate | $350 | 17.6 | $6,160.00 |
| | | | 38.8 | $15,880.00 |
| | *Average Billing Rate* | | | $409.28 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

Creditor    Preparation for and attendance at meetings or calls with secured or unsecured creditors and their advisors on matters other than information requests.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 30.6 | $20,655.00 |
| Tom Hill | Managing Director | $750 | 10.1 | $7,575.00 |
| Matthew Frank | Senior Associate | $400 | 4.1 | $1,640.00 |
| Stuart Kaufman | Senior Associate | $425 | 7.9 | $3,357.50 |
| | | | 52.7 | $33,227.50 |

*Average Billing Rate*    $630.50

*Exhibit C*

**Tribune Company,  et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Employee**                    Assist the Debtors with employee communications, development of severance
                                and retention plans, and related matters.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 2.2 | $1,485.00 |
| Sean Hough | Associate | $350 | 1.0 | $350.00 |
| | | | 3.2 | $1,835.00 |
| | *Average Billing Rate* | | | $573.44 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Fee Application**                    Preparation of monthly and interim fee applications in accordance with court
guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 0.3 | $202.50 |
| Mary Napoliello | Paraprofessional | $195 | 10.8 | $2,106.00 |
| | | | 11.1 | $2,308.50 |
| | *Average Billing Rate* | | | $207.97 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Leases and Real Estate**            Assist the Debtors with determination of potential leases to assume or reject, analysis of cure costs, etc.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 0.6 | $405.00 |
| Matthew Frank | Senior Associate | $400 | 1.8 | $720.00 |
| | | | 2.4 | $1,125.00 |
| | *Average Billing Rate* | | | $468.75 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Liquidation Analysis**          **Assist the Debtors with liquidation analysis.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 4.3 | $2,902.50 |
| Tom Hill | Managing Director | $750 | 2.2 | $1,650.00 |
| Matthew Frank | Senior Associate | $400 | 55.0 | $22,000.00 |
| Sean Hough | Associate | $350 | 9.6 | $3,360.00 |
| Stuart Kaufman | Senior Associate | $425 | 91.2 | $38,760.00 |
| | | | 162.3 | $68,672.50 |
| | *Average Billing Rate* | | | $423.12 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Monthly Operating Report**    Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 0.2 | $135.00 |
| | | | 0.2 | $135.00 |
| | *Average Billing Rate* | | | $675.00 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Motions**                              Support counsel in preparation of motions.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 5.0 | $3,375.00 |
| Tom Hill | Managing Director | $750 | 2.4 | $1,800.00 |
| | | | 7.4 | $5,175.00 |
| | *Average Billing Rate* | | | $699.32 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

Operations                          Assist the Debtors with various matters associated with implementing their
                                    business plan.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 5.4 | $3,645.00 |
| | | | 5.4 | $3,645.00 |
| | *Average Billing Rate* | | | $675.00 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Plan of Reorganization**          Assist the Debtors in the preparation of the plan of reorganization.

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 39.2 | $26,460.00 |
| Tom Hill | Managing Director | $750 | 9.1 | $6,825.00 |
| Matthew Frank | Senior Associate | $400 | 1.1 | $440.00 |
| Sean Hough | Associate | $350 | 15.7 | $5,495.00 |
| Stuart Kaufman | Senior Associate | $425 | 5.1 | $2,167.50 |
| | | | 70.2 | $41,387.50 |
| | *Average Billing Rate* | | | $589.57 |

*Exhibit C*

**Tribune Company, et al.,**
***Summary of Time Detail by Professional***
***February 1, 2010 through February 28, 2010***

**Statements/Schedules**        **Assist the Debtors with the preparation of statements and schedules.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 6.5 | $4,387.50 |
| Steve Kotarba | Managing Director | $575 | 8.9 | $5,117.50 |
| Jodi Ehrenhofer | Director | $425 | 102.4 | $43,520.00 |
| Mark Zeiss | Director | $450 | 10.9 | $4,905.00 |
| Richard Stone | Director | $475 | 9.3 | $4,417.50 |
| Mark Berger | Associate | $350 | 22.0 | $7,700.00 |
| Doug Lewandowski | Consultant | $375 | 0.5 | $187.50 |
| Lauren Hoeflich | Consultant | $325 | 17.8 | $5,785.00 |
| Richard Niemerg | Consultant | $350 | 0.9 | $315.00 |
| Elizabeth Johnston | Consultant | $325 | 103.4 | $33,605.00 |
| | | | 282.6 | $109,940.00 |
| | *Average Billing Rate* | | | $389.03 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**February 1, 2010 through February 28, 2010**

**Status Meetings**          Prepare for and attend status meetings, board of directors meetings and other
                             planning sessions with Debtors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 10.9 | $7,357.50 |
| Tom Hill | Managing Director | $750 | 9.9 | $7,425.00 |
| Matthew Frank | Senior Associate | $400 | 2.8 | $1,120.00 |
| Stuart Kaufman | Senior Associate | $425 | 0.8 | $340.00 |
| | | | 24.4 | $16,242.50 |
| | *Average Billing Rate* | | | $665.68 |

Exhibit C

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### February 1, 2010 through February 28, 2010

**Tax**                          Assist the Debtors in tax related matters.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $675 | 0.4 | $270.00 |
| | | | 0.4 | $270.00 |
| | *Average Billing Rate* | | | $675.00 |

> *Tribune Company et al.,*
> *Time Detail by Activity by Professional*
> *February 1, 2010 through February 28, 2010*

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Doug Lewandowski | 1/25/2010 | 1.5 | Create journal entry tables and beign to load data into SQL Server. |
| Doug Lewandowski | 1/26/2010 | 1.1 | Create database objects to improve search performance. |
| Doug Lewandowski | 1/26/2010 | 2.3 | Load GL data into SQL Server for analysis. |
| Brian Whittman | 2/1/2010 | 0.6 | Follow up call with T. Hill (A&M), M. Frank (A&M) regarding recovery analysis. |
| Brian Whittman | 2/1/2010 | 0.7 | Call with B. Krakauer (Sidley), J. Boelter (Sidley), M. Frank (A&M), T. Hill (A&M), S. Kaufman (A&M) regarding recovery analysis. |
| Matthew Frank | 2/1/2010 | 0.7 | Conference call with B. Krakauer (Sidley), J. Boelter (Sidley), B. Whittman (A&M), T. Hill (A&M), S. Kaufman (A&M) regarding recovery analysis. |
| Matthew Frank | 2/1/2010 | 0.6 | Follow up conference call with T. Hill (A&M), B. Whittman (A&M) regarding recovery analysis. |
| Matthew Frank | 2/1/2010 | 0.8 | Review of updated scenario output files per adjustments. |
| Matthew Frank | 2/1/2010 | 1.2 | Update information on output of recovery scenario analysis per updated scenario adjustments. |
| Matthew Frank | 2/1/2010 | 1.7 | Updates to claims buildup detail file for recovery scenarios. |
| Matthew Frank | 2/1/2010 | 2.1 | Continue adjustments to recovery analysis per updated scenario analysis per prior conference call discussions. |
| Matthew Frank | 2/1/2010 | 0.3 | Review updated settlement analysis adjustments with S. Kaufman (A&M). |
| Matthew Frank | 2/1/2010 | 0.5 | Review updated settlement analysis file with T. Hill (A&M). |
| Stuart Kaufman | 2/1/2010 | 1.1 | Draft summary of Eagle New Media and Investment transaction that gave rise to intercompany balance with TCO. |
| Stuart Kaufman | 2/1/2010 | 0.3 | Review updated settlement analysis adjustments with M. Frank (A&M). |
| Stuart Kaufman | 2/1/2010 | 0.7 | Conference call with B. Krakauer (Sidley), J. Boelter (Sidley), B. Whittman (A&M), T. Hill (A&M), M. Frank (A&M) regarding recovery analysis. |
| Tom Hill | 2/1/2010 | 0.5 | Review updated settlement analysis file with M. Frank (A&M). |
| Tom Hill | 2/1/2010 | 0.6 | Attendance on follow-up call with B. Whittman (A&M) and M. Frank (A&M) regarding recovery analysis. |
| Tom Hill | 2/1/2010 | 1.8 | Review recovery model for changes to payouts based on creditor assumption changes. |
| Tom Hill | 2/1/2010 | 0.7 | Attendance and participation on call with Sidley (B. Krakauer, J. Boelter), and A&M (B. Whittman, S. Kaufman, M. Frank) regarding recovery analysis. |

<div style="border:1px solid black; display:inline-block;">

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

</div>

*Exhibit D*

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/2/2010 | 0.6 | Review information on LATI notes transactions. |
| Brian Whittman | 2/2/2010 | 1.6 | Work on intercompany probability analysis. |
| Brian Whittman | 2/2/2010 | 1.1 | Review updates to recovery analysis to incorporate updated intercompany analysis. |
| Matthew Frank | 2/2/2010 | 0.6 | Response to J. Bendernagel (Sidley) request on disgorgement detail. |
| Matthew Frank | 2/2/2010 | 1.4 | Update to recovery model per discussion with B. Whittman (A&M) including adjustment to claims for disgorgement scenarios. |
| Matthew Frank | 2/2/2010 | 0.8 | Recovery scenario updates per request of J. Chase (Lazard). |
| Matthew Frank | 2/2/2010 | 2.1 | Updates to settlement analysis file per B. Whittman (A&M) recommended changes. |
| Matthew Frank | 2/2/2010 | 0.2 | Changes to disgorgement schedule per B. Krakauer (Sidley) comments. |
| Matthew Frank | 2/2/2010 | 2.8 | Review of intercompany balances adjustments per request from B. Whittman (A&M). |
| Matthew Frank | 2/2/2010 | 0.4 | Review updated claims with S. Kaufman (A&M). |
| Matthew Frank | 2/2/2010 | 1.0 | Review all scenario output per adjustment to general unsecured claim level. |
| Stuart Kaufman | 2/2/2010 | 1.2 | Review of latest draft disgorgement analysis. |
| Stuart Kaufman | 2/2/2010 | 1.1 | Analysis of accounting of LATI notes including origination, payments, repayment. |
| Stuart Kaufman | 2/2/2010 | 0.6 | Conference call with J. Chase (Lazard) in regards to latest recovery scenarios. |
| Stuart Kaufman | 2/2/2010 | 0.9 | Updated summary of Eagle New Media and Investment transaction based upon comments received from Tribune. |
| Stuart Kaufman | 2/2/2010 | 1.9 | Reviewed latest recovery model scenarios. |
| Stuart Kaufman | 2/2/2010 | 0.4 | Review updated claims with M. Frank (A&M). |
| Stuart Kaufman | 2/2/2010 | 1.7 | Draft intercompany adjustments for recovery model. |
| Tom Hill | 2/2/2010 | 2.3 | Review intercompany accounts receivable. |
| Matthew Frank | 2/3/2010 | 2.2 | Update recovery scenario output to reflect adjusted claims analysis. |
| Matthew Frank | 2/3/2010 | 0.8 | Update scenario analysis per FTI request for B. Whittman (A&M). |
| Matthew Frank | 2/3/2010 | 2.3 | Update trade, former employee claims analysis for recovery model with information from S. Hough (A&M). |
| Matthew Frank | 2/3/2010 | 1.9 | Continue updates to recovery analysis file reflecting adjustment to settlement analysis. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/3/2010 | 0.6 | Review updated trade, former employee claims file with S. Hough (A&M). |
| Sean Hough | 2/3/2010 | 0.6 | Review updated trade, former employee claims file with M. Frank (A&M). |
| Stuart Kaufman | 2/3/2010 | 2.2 | Review latest recovery model. |
| Tom Hill | 2/3/2010 | 2.5 | Review recovery scenarios. |
| Brian Whittman | 2/4/2010 | 1.8 | Work on updates to recovery analysis to support settlement negotiations (0.7); Review updates with S. Kaufman (A&M), M. Frank (A&M). |
| Matthew Frank | 2/4/2010 | 1.4 | Additional update to general unsecured claims estimates for updated recovery analysis. |
| Matthew Frank | 2/4/2010 | 1.7 | Review recovery scenario analysis output files from recovery model. |
| Matthew Frank | 2/4/2010 | 1.8 | Changes to intercompany balances buildup reflecting ongoing review of adjustments. |
| Matthew Frank | 2/4/2010 | 2.6 | Changes to adjusted intercompany balances in recovery analysis per prior discussion with B. Whittman (A&M), S. Kaufman (A&M). |
| Matthew Frank | 2/4/2010 | 1.2 | Changes to reflect updated administrative intercompany expenses. |
| Matthew Frank | 2/4/2010 | 1.1 | Review updated recovery scenarios with adjusted intercompany balances with B. Whittman (A&M), S. Kaufman (A&M). |
| Stuart Kaufman | 2/4/2010 | 1.1 | Review updated recovery scenarios with adjusted intercompany balances with B. Whittman (A&M), M. Frank (A&M). |
| Tom Hill | 2/4/2010 | 3.2 | Review of recovery analysis with updated scenarios. |
| Brian Whittman | 2/5/2010 | 0.6 | Prepare for meeting with Sidley on intercompany claims. |
| Brian Whittman | 2/5/2010 | 2.0 | Conference call with T. Hill (A&M), M. Frank (A&M), S. Kaufman (A&M), S. Mandava (Lazard), J. Boelter (Sidley), B. Krakauer (Sidley), J. Bendernagel (Sidley) re: intercompany claims. |
| Brian Whittman | 2/5/2010 | 1.0 | Review of output of changes in intercompany analysis with M. Frank (A&M), S. Kaufman (A&M). |
| Brian Whittman | 2/5/2010 | 1.7 | Quality review of updates to recovery analysis. |
| Brian Whittman | 2/5/2010 | 1.2 | Discussion of required adjustments to intercompany analysis with M. Frank (A&M), S. Kaufman (A&M). |
| Brian Whittman | 2/5/2010 | 0.4 | Follow up discussions with M. Frank (A&M), S. Kaufman (A&M), J. Boelter (Sidley), S. Mandava (Lazard) regarding intercompany adjustments. |
| Matthew Frank | 2/5/2010 | 1.2 | Discussion of required adjustments to intercompany balances with B. Whittman (A&M), S. Kaufman (A&M). |

> ***Tribune Company et al.,***
> ***Time Detail by Activity by Professional***
> ***February 1, 2010 through February 28, 2010***

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/5/2010 | 0.4 | Follow up discussions with B. Whittman (A&M), S. Kaufman (A&M), J. Boelter (Sidley), S. Mandava (Lazard) regarding intercompany adjustments. |
| Matthew Frank | 2/5/2010 | 2.8 | Changes to recovery model including adjustments related to intercompany balances per prior conference calls. |
| Matthew Frank | 2/5/2010 | 1.0 | Review of changes of output from prior team discussion with B. Whittman (A&M), S. Kaufman (A&M). |
| Matthew Frank | 2/5/2010 | 2.0 | Conference call with T. Hill (A&M), B. Whittman (A&M), S. Kaufman (A&M), S. Mandava (Lazard), J. Boelter (Sidley), B. Krakauer (Sidley), J. Bendernagel (Sidley) regarding intercompany. |
| Matthew Frank | 2/5/2010 | 1.4 | Continued updates to intercompany matrix adjustments for recovery analysis. |
| Stuart Kaufman | 2/5/2010 | 1.2 | Discussion of required adjustments to intercompany analysis with B. Whittman (A&M), M. Frank (A&M). |
| Stuart Kaufman | 2/5/2010 | 2.0 | Conference call with T. Hill (A&M), B. Whittman (A&M), M. Frank (A&M), S. Mandava (Lazard), J. Boelter (Sidley), B. Krakauer (Sidley), J. Bendernagel (Sidley) re: intercompany claims. |
| Stuart Kaufman | 2/5/2010 | 0.4 | Follow up discussions with B. Whittman (A&M), S. Kaufman (A&M), J. Boelter (Sidley), S. Mandava (Lazard) regarding intercompany adjustments. |
| Stuart Kaufman | 2/5/2010 | 0.3 | Review illustrative settlement contributions schedule. |
| Stuart Kaufman | 2/5/2010 | 0.8 | Drafted intercompany dollar adjustment schedule. |
| Stuart Kaufman | 2/5/2010 | 1.0 | Review of output of changes in intercompany analysis with B. Whittman and M. Frank (A&M). |
| Stuart Kaufman | 2/5/2010 | 0.7 | Calculate settlement contribution analysis base upon revised recovery model base case. |
| Tom Hill | 2/5/2010 | 0.5 | Obtain copy of 2007 audit opinion and send to Jim Bendernagel pursuant to his request. |
| Tom Hill | 2/5/2010 | 2.3 | Review changes to intercompany analysis. |
| Tom Hill | 2/5/2010 | 2.0 | Attendance and participation on call with Sidley (B. Krakauer, J. Bendernagel, J. Boelter), Lazard (S. Mandava) and A&M (B. Whittman, S. Kaufman) regarding intercompany claims. |
| Tom Hill | 2/5/2010 | 1.7 | Review intercompany claims information in preparation for call with Sidley and Lazard. |
| Brian Whittman | 2/6/2010 | 0.2 | Correspondence with B. Litman re: CLTV accounting. |
| Matthew Frank | 2/6/2010 | 2.6 | Additional changes to recovery analysis model file per adjusted settlement discussions. |
| Matthew Frank | 2/6/2010 | 1.2 | Changes to recovery scenario comparison file prior to distribution. |

> ***Tribune Company et al.,***
> ***Time Detail by Activity by Professional***
> ***February 1, 2010 through February 28, 2010***

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/6/2010 | 2.3 | Continue updates to adjustments of intercompany balances for recovery analysis. |
| Matthew Frank | 2/6/2010 | 2.1 | Development of summary settlement analysis schedule for updated recovery analysis. |
| Brian Whittman | 2/7/2010 | 0.4 | Correspondence with B. Krakauer (Sidley) and S. Mandava (Lazard) re: recovery analysis updates. |
| Brian Whittman | 2/7/2010 | 2.7 | Review updates to recovery analysis for intercompany claims. |
| Matthew Frank | 2/7/2010 | 1.8 | Rerun eight scenarios including development of summary page for settlement discussion. |
| Matthew Frank | 2/7/2010 | 1.3 | Additional changes per B. Whittman (A&M) including adjustments to disgorgement. |
| Matthew Frank | 2/7/2010 | 2.2 | Additional updates to adjusted intercompany balances for recovery analysis settlement discussions. |
| Matthew Frank | 2/7/2010 | 2.1 | Bridge of operations adjustments for recovery analysis. |
| Brian Whittman | 2/8/2010 | 0.7 | Review updates for intercompany issue in recovery analysis. |
| Brian Whittman | 2/8/2010 | 0.8 | Review additional recovery scenario per attorney request. |
| Brian Whittman | 2/8/2010 | 1.2 | Call with S. Mandava (Lazard), M. Frank (A&M), T. Hill (A&M), S. Kaufman (A&M), J. Boelter (Sidley), B. Krakauer (Sidley), J. Bendernagel (Sidley) regarding latest updates to recovery analysis. |
| Brian Whittman | 2/8/2010 | 0.3 | Call with S. Mandava (Lazard), M. Frank (A&M) regarding latest updates to recovery analysis. |
| Matthew Frank | 2/8/2010 | 0.2 | Respond to Lazard request for general unsecured claims detail in recovery model. |
| Matthew Frank | 2/8/2010 | 1.2 | Call with S. Mandava (Lazard), B. Whittman (A&M), T. Hill (A&M), S. Kaufman (A&M), J. Boelter (Sidley), B. Krakauer (Sidley), J. Bendernagel (Sidley) regarding latest updates to recovery analysis. |
| Matthew Frank | 2/8/2010 | 1.4 | Bridge recovery output per valuation update. |
| Matthew Frank | 2/8/2010 | 1.2 | Re run all recovery scenario output files for Lazard given updated valuation. |
| Matthew Frank | 2/8/2010 | 1.0 | Update intercompany changes summary chart for upcoming meeting with creditors advisors. |
| Matthew Frank | 2/8/2010 | 0.4 | Review Tribune Company recovery support for various scenarios. |
| Matthew Frank | 2/8/2010 | 0.6 | Response to Lazard on total distributable value available at Tribune Company for alternative recovery scenario. |
| Matthew Frank | 2/8/2010 | 2.3 | Update to recovery analysis output per updated valuation. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/8/2010 | 0.5 | Review of updated disgorgement file compared to recovery analysis. |
| Matthew Frank | 2/8/2010 | 0.3 | Changes to recovery analysis output pages for general unsecured claims detail per B. Whittman (A&M). |
| Matthew Frank | 2/8/2010 | 0.3 | Call with S. Mandava (Lazard), B. Whittman (A&M) regarding latest updates to recovery analysis. |
| Matthew Frank | 2/8/2010 | 1.3 | Review output of updated recovery analysis file. |
| Stuart Kaufman | 2/8/2010 | 0.5 | Meeting with N. Chakiris (Tribune) to review intercompany related issues. |
| Stuart Kaufman | 2/8/2010 | 1.2 | Conference call with T. Hill (A&M), B. Whittman (A&M), M. Frank (A&M), S. Mandava (Lazard), J. Boelter (Sidley), B. Krakauer (Sidley), J. Bendernagel (Sidley) re: intercompany claims. |
| Stuart Kaufman | 2/8/2010 | 2.2 | Draft P12 Admin I/C claims analysis. |
| Tom Hill | 2/8/2010 | 2.1 | Review of recovery analysis with updated claims information. |
| Tom Hill | 2/8/2010 | 1.2 | Call with S. Mandava (Lazard), M. Frank (A&M), T. Hill (A&M), S. Kaufman (A&M), J. Boelter (Sidley), B. Krakauer (Sidley), J. Bendernagel (Sidley) regarding latest updates to recovery analysis. |
| Brian Whittman | 2/9/2010 | 0.2 | Call with D. Liebentritt (Tribune) re: discussion with FTI on intercompany balances. |
| Matthew Frank | 2/9/2010 | 0.5 | Review output of probability weighted recovery scenario analysis for settlement discussions. |
| Matthew Frank | 2/9/2010 | 1.2 | Review updated probability weighted recovery analysis for B. Whittman (A&M). |
| Matthew Frank | 2/9/2010 | 1.6 | Update scenario probability analysis file for internal review. |
| Matthew Frank | 2/9/2010 | 1.2 | Review restructuring slides in Board presentation. |
| Stuart Kaufman | 2/9/2010 | 0.7 | Review proposed board package in regards to recovery model/fraudulent conveyance. |
| Stuart Kaufman | 2/9/2010 | 0.4 | Conference call with N. Chakiris to discuss intercompany interest and balances. |
| Stuart Kaufman | 2/9/2010 | 1.0 | Update IC file to reflect latest accounting entities. |
| Stuart Kaufman | 2/9/2010 | 0.7 | Review of statements and schedule IC balance versus data filed provided by Company. |
| Tom Hill | 2/9/2010 | 2.5 | Review latest recovery scenarios with averaging. |
| Brian Whittman | 2/10/2010 | 0.5 | Meeting with C. Bigelow re: intercompany accounting issues. |
| Matthew Frank | 2/10/2010 | 1.8 | Continue adjustments to recovery analysis output summary page for various scenario comparisons. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/10/2010 | 1.2 | Additional adjustments to intercompany balances for settlement purposes. |
| Matthew Frank | 2/10/2010 | 1.0 | Updates to recovery model for pension claim adjustment. |
| Matthew Frank | 2/10/2010 | 0.4 | Run updated scenarios without third party disgorgement. |
| Matthew Frank | 2/10/2010 | 1.3 | Review, tie out of updated recovery analysis slides for board meeting. |
| Tom Hill | 2/10/2010 | 2.5 | Review latest draft of recovery scenarios. |
| Brian Whittman | 2/11/2010 | 2.7 | Review updated recovery scenarios. |
| Doug Lewandowski | 2/11/2010 | 0.2 | Correspond with S. Kaufman (A&M) regarding journal entry querying. |
| Matthew Frank | 2/11/2010 | 1.9 | Development of additional recovery output scenarios for ongoing settlement discussions. |
| Matthew Frank | 2/11/2010 | 1.1 | Continue review of updated recovery analysis scenarios given updated scenarios for settlement purposes. |
| Stuart Kaufman | 2/11/2010 | 1.4 | Update admin intercompany balances. |
| Stuart Kaufman | 2/11/2010 | 1.8 | Compare admin intercompany balance to operating cash flow. |
| Tom Hill | 2/11/2010 | 2.5 | Review of updated recovery scenarios. |
| Brian Whittman | 2/12/2010 | 2.1 | Analysis of additional potential litigation outcomes on recovery analysis. |
| Brian Whittman | 2/12/2010 | 0.7 | Continue discussions on intercompany adjustments regarding recovery analysis with M. Frank (A&M). |
| Matthew Frank | 2/12/2010 | 1.5 | Changes to recovery analysis on adjustment in model due to legal entity equity flow. |
| Matthew Frank | 2/12/2010 | 1.0 | Call with B. Whittman (A&M), J. Bendernagel (Sidley), S. Mandava (Lazard), J. Chase (Lazard) regarding decision tree. |
| Matthew Frank | 2/12/2010 | 0.7 | Continue discussions on intercompany adjustments regarding recovery analysis with B. Whittman (A&M). |
| Matthew Frank | 2/12/2010 | 2.3 | Development of adjustments for alternative recovery scenarios for probability weighting recoveries. |
| Brian Whittman | 2/13/2010 | 0.5 | Review additional recovery scenarios for settlement matrix. |
| Matthew Frank | 2/13/2010 | 1.0 | Review of updated recovery output per equity adjustment. |
| Matthew Frank | 2/13/2010 | 0.5 | Updates to disgorgement summary file for B. Whittman (A&M). |
| Matthew Frank | 2/13/2010 | 1.2 | Additional changes to recovery analysis scenarios per B. Whittman (A&M) request. |
| Matthew Frank | 2/14/2010 | 0.4 | Review updated recovery scenario analysis for B. Whittman (A&M). |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/15/2010 | 2.4 | Development of allocation of plan value analysis file for B. Whittman (A&M). |
| Matthew Frank | 2/15/2010 | 2.1 | Review file from J. Chase (Lazard) regarding recovery scenarios analysis. |
| Matthew Frank | 2/15/2010 | 1.6 | Review file from J. Chase (Lazard) regarding recovery analysis for settlement. |
| Matthew Frank | 2/15/2010 | 3.0 | Review of settlement value illustration file from Lazard. |
| Brian Whittman | 2/16/2010 | 1.2 | Review value allocation analysis. |
| Tom Hill | 2/16/2010 | 1.5 | Review recovery model for changes in values. |
| Brian Whittman | 2/17/2010 | 0.4 | Call with S. Mandava (Lazard) re: valuation allocation issues. |
| Brian Whittman | 2/17/2010 | 0.7 | Review draft legal entity valuation allocation. |
| Brian Whittman | 2/18/2010 | 1.2 | Meeting with S. Kaufman (A&M), M. Frank (A&M) to review draft Lazard presentation. |
| Brian Whittman | 2/18/2010 | 0.3 | Review 2009 preliminary results for Tribune joint ventures. |
| Matthew Frank | 2/18/2010 | 2.6 | Review of updated recovery model to analyze trade, lease, former employee claim recovery by scenario. |
| Matthew Frank | 2/18/2010 | 1.2 | Meeting with B. Whittman (A&M), S. Kaufman (A&M) on draft Lazard presentation. |
| Matthew Frank | 2/18/2010 | 1.6 | Updates to valuation detail buildup format for recovery analysis. |
| Matthew Frank | 2/18/2010 | 0.3 | Review of subdebt information. |
| Stuart Kaufman | 2/18/2010 | 2.5 | Review in detail of value of guarantors and non guarantor subsidiaries. |
| Stuart Kaufman | 2/18/2010 | 2.8 | Update liquidation analysis based upon feedback from B. Whittman (A&M). |
| Stuart Kaufman | 2/18/2010 | 1.2 | Meeting with B. Whittman (A&M), M. Frank (A&M) to review draft Lazard presentation. |
| Brian Whittman | 2/19/2010 | 0.8 | Conference call with S. Mandava (Lazard), J. Chase (Lazard), S. Kaufman (A&M), M. Frank (A&M) to review comments on legal entity distributable value. |
| Matthew Frank | 2/19/2010 | 0.8 | Call with S. Mandava (Lazard), J. Chase (Lazard), B. Whittman (A&M), S. Kaufman (A&M) on legal entity valuation updates. |
| Matthew Frank | 2/19/2010 | 0.8 | Review previous discussion items on legal entity valuations prior to upcoming discussion with Lazard. |
| Matthew Frank | 2/19/2010 | 1.0 | Update to legal entity valuation analysis for intercompany recovery analysis purposes. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Stuart Kaufman | 2/19/2010 | 0.8 | Conference call with S. Mandava (Lazard), J. Chase (Lazard), B. Whittman (A&M), M. Frank (A&M) to review comments on legal entity distributable value. |
| Stuart Kaufman | 2/19/2010 | 1.1 | Update legal entity BU mapping. |
| Stuart Kaufman | 2/19/2010 | 0.7 | Provide updated Cubs transaction accounting summary to Lazard (J. Chase). |
| Stuart Kaufman | 2/19/2010 | 0.8 | Review Cubs transaction accounting summary with N. Chakiris (Tribune). |
| Stuart Kaufman | 2/19/2010 | 1.4 | Update liquidation analysis. |
| Mark Zeiss | 2/22/2010 | 1.1 | Review and revise journal entries report. |
| Stuart Kaufman | 2/22/2010 | 1.9 | Download intercompany transactions from database for specific IC entities. |
| Tom Hill | 2/22/2010 | 1.1 | Review updates to recovery analysis. |
| Stuart Kaufman | 2/23/2010 | 2.7 | Update admin intercompany balances for liquidation model. |
| Stuart Kaufman | 2/23/2010 | 3.1 | Update intercompany pre petition waterfall based upon revised data. |
| Tom Hill | 2/23/2010 | 0.7 | Review Period 1 results for Broadcasting. |
| Tom Hill | 2/23/2010 | 0.8 | Review Period 1 results for Publishing. |
| Brian Whittman | 2/25/2010 | 0.8 | Discussion with S. Mandava (Lazard), J. Chase (Lazard), M. Frank (A&M), S. Kaufman (A&M) regarding updated legal entity valuations. |
| Brian Whittman | 2/25/2010 | 0.8 | Review recovery scenario changes with M. Frank (A&M), S. Kaufman (A&M). |
| Brian Whittman | 2/25/2010 | 0.8 | Review recovery analysis output. |
| Matthew Frank | 2/25/2010 | 0.8 | Discussion with S. Mandava (Lazard), J. Chase (Lazard), B. Whittman (A&M), S. Kaufman (A&M) regarding updated legal entity valuations. |
| Matthew Frank | 2/25/2010 | 0.8 | Review recovery scenario changes with B. Whittman (A&M), S. Kaufman (A&M). |
| Matthew Frank | 2/25/2010 | 0.4 | Review of updated recovery scenario output with S. Kaufman (A&M). |
| Matthew Frank | 2/25/2010 | 1.8 | Changes to intercompany recovery analysis model file per updated valuation from Lazard. |
| Matthew Frank | 2/25/2010 | 1.6 | Update all recovery scenario output files including capture of relevant data for all scenario cases. |
| Stuart Kaufman | 2/25/2010 | 0.8 | Review recovery scenario changes with B. Whittman (A&M), M. Frank (A&M). |

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Accounting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Stuart Kaufman | 2/25/2010 | 0.8 | Discussion with S. Mandava (Lazard), J. Chase (Lazard), B. Whittman (A&M), M. Frank (A&M) regarding updated legal entity valuations. |
| Stuart Kaufman | 2/25/2010 | 0.4 | Review of updated recovery scenario output with M. Frank (A&M). |
| Brian Whittman | 2/26/2010 | 1.6 | Review updated valuation and recovery analysis information. |
| Matthew Frank | 2/28/2010 | 1.7 | Rerun all scenarios for updated valuations capturing separate data sheet for each scenario. |
| Matthew Frank | 2/28/2010 | 1.2 | Update model with updated valuation by legal entity from Lazard. |
| **Subtotal** | | **242.6** | |

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/1/2010 | 0.9 | Discuss post-petition tax bill reconciliation with M. Wethekam of Horwood, Marcus & Berk. |
| Mark Berger | 2/1/2010 | 1.1 | Review LATI files related to intercompany notes to prepare for meeting. |
| Richard Stone | 2/1/2010 | 0.5 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/1/2010 | 2.2 | Analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment. |
| Richard Stone | 2/1/2010 | 1.3 | Analyze Schedule F changes to Chicago Tribune and Baltimore Sun business units, including new additions, related to upcoming schedule and statement amendment to confirm payments were made. |
| Richard Stone | 2/1/2010 | 1.0 | Analyze Schedule F changes to LA Times business unit, including new additions, related to upcoming schedule and statement amendment to confirm payments were made. |
| Richard Stone | 2/2/2010 | 1.7 | Prepare updated prepetition tax disbursement summary and detail per Tribune tax department request. |
| Richard Stone | 2/2/2010 | 0.2 | Discussion with M. Riordan (Tribune) regarding outstanding Accounts Payable issues and voucher uploads. |
| Richard Stone | 2/2/2010 | 0.2 | Discussion with L. Abernathy (Tribune) regarding certain payroll processing matters related to ordinary course bonus payments. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/2/2010 | 0.5 | Analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment. |
| Richard Stone | 2/2/2010 | 0.8 | Analyze Schedule F changes to Sun Sentinel and Orlando Sentinel business units, including new additions, related to upcoming schedule and statement amendment to confirm payments were made. |
| Richard Stone | 2/2/2010 | 3.0 | Analyze payable records related to divested Tribune business units and impact on possible liabilities to schedule or escheat to the states outside of bankruptcy process. |
| Richard Stone | 2/2/2010 | 0.2 | Discussion with J. Guillotte (Tribune) regarding Orlando Sentinel tax issues and questions. |
| Richard Stone | 2/2/2010 | 0.9 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/2/2010 | 0.4 | Discussion with R. Motley (Tribune) regarding sale tax audit issues. |
| Mark Berger | 2/3/2010 | 0.6 | Discuss non-consolidating intercompany issues with N. Chakiris from the Tribune financial reporting group. |
| Mark Berger | 2/3/2010 | 0.6 | Prepare replacement upload template for Grant Thorton and ensure payment takes place. |
| Mark Berger | 2/3/2010 | 0.3 | Discussion with R. Stone (A&M) regarding ordinary course professional schedule records to amend. |
| Mark Berger | 2/3/2010 | 0.9 | Update non-consolidating files in preparation of meeting with N. Chakiris. |
| Mark Berger | 2/3/2010 | 1.1 | Plan for meeting with N. Chakiris by reviewing several documents related to non-consolidating entities. |
| Mark Berger | 2/3/2010 | 1.6 | Prepare corresponding non-consolidating entities files for Schedule B. |
| Mark Berger | 2/3/2010 | 0.8 | Research and respond to questions from legal/tax groups re: OCP vendors including Deloitte, Baker & McKenzie, Bostwick & Jassy and Horwood, Marcus & Berk. |
| Mark Berger | 2/3/2010 | 0.4 | Communication with M. Regala re: Grant Thorton bills. |
| Richard Stone | 2/3/2010 | 1.9 | Analyze open liability extract file, including prepetition vouchers on hold, provided for period 1 of 2010 by PeopleSoft support team. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/3/2010 | 1.6 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/3/2010 | 1.6 | Analyze escheatment of approximately 900 uncashed payroll checks for terminated or inactive employees and determine whether to include in schedule amendment. |
| Richard Stone | 2/3/2010 | 0.4 | Discussion with C. Kline (Sidley) regarding advertising credits and related contracts. |
| Richard Stone | 2/3/2010 | 0.6 | Discussion with M. Stepuszek (Tribune) regarding circulation advertising credits and related contracts. |
| Richard Stone | 2/3/2010 | 0.5 | Discussion with R. Allen (Tribune) regarding disposed business units Accounts Payable voucher information and plan for escheatment. |
| Richard Stone | 2/3/2010 | 0.3 | Discussion with M. Berger (A&M) regarding ordinary course professional schedule records to amend. |
| Richard Stone | 2/3/2010 | 2.1 | Analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment, including unescheated payroll checks of inactive and terminated employees. |
| Mark Berger | 2/4/2010 | 0.3 | Draft email to R. Stone and J. Ehrenhofer to outline major points covered at meeting with N. Chakiris. |
| Mark Berger | 2/4/2010 | 0.8 | Review Young Sommer overpayment issue. |
| Mark Berger | 2/4/2010 | 0.8 | Review OCP firms listing to see which firms have not filed an affidavit. |
| Mark Berger | 2/4/2010 | 0.6 | Emails with R. Stone to discuss treatment of Cubs payables prior to bankruptcy filing. |
| Mark Berger | 2/4/2010 | 1.2 | Continue to analyze non-consolidating joint venture business unit analysis. |
| Mark Berger | 2/4/2010 | 0.3 | Discussion with R. Stone (A&M) regarding intercompany balances and possible updates to schedule records. |
| Mark Berger | 2/4/2010 | 0.2 | Ensure payment for OCP vendor Grant Thorton. |
| Mark Berger | 2/4/2010 | 0.3 | Draft email to R. Mariella (Tribune) to with findings from most recent review of OCP listing. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/4/2010 | 1.2 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/4/2010 | 1.4 | Continue to analyze escheatment of approximately 900 uncashed payroll checks for terminated or inactive employees and determine whether to include in schedule amendment, including determination of Schedule E and F designations. |
| Richard Stone | 2/4/2010 | 3.8 | Continue to analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment, including unescheated payroll checks of inactive and terminated employees. |
| Richard Stone | 2/4/2010 | 0.8 | Analyze voucher information related to NBCU cure agreement and processing of payment through FSC. |
| Richard Stone | 2/4/2010 | 0.3 | Discussion with M. Berger (A&M) regarding intercompany balances and possible updates to schedule records. |
| Richard Stone | 2/4/2010 | 0.5 | Analyze intercompany balances and possible updates to schedule records. |
| Richard Stone | 2/4/2010 | 0.1 | Discussion with V. Segeru (Tribune) regarding vendor profile information and requirements to update certain information. |
| Richard Stone | 2/4/2010 | 0.5 | Respond to counsel regarding Cubs payroll unescheated checks for inactive and terminated employees. |
| Richard Stone | 2/4/2010 | 0.3 | Discussion with third party shareholder exchange agent regarding status and detail to be provided in updated outstanding untendered report. |
| Sean Hough | 2/4/2010 | 0.5 | Dialogue with G. Mazzaferri and K. Kalinowski (Tribune) regarding wiring instructions for NBC/Universal cure payments and data to be used to expedite construction of cure payment schedule. |
| Sean Hough | 2/4/2010 | 0.3 | Discussion with K. Kalinowski regarding outstanding items relating to NBC/Universal cure payment schedule. |
| Sean Hough | 2/4/2010 | 0.7 | Compilation of template to be used in compiling invoices related to contract assumptions for NBC/Universal and determining correct cure amounts for individual subsidiaries. |
| Sean Hough | 2/4/2010 | 0.4 | Distribution of proposed template for NBC/Universal cure schedule with summary to J. Juds and K. Kalinowski (Tribune). |
| Mark Berger | 2/5/2010 | 2.2 | Create analysis of P10 to P1 changes at voucher level. |
| Mark Berger | 2/5/2010 | 0.4 | Draft emails to N. Chakiris re: to intercompany balances with non-consolidating entities. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/5/2010 | 0.2 | Respond to follow-up questions re: to Novian & Novian duplicate payment issue. |
| Mark Berger | 2/5/2010 | 0.3 | Draft email to team explaining Novian & Novian duplicate payment issue. |
| Mark Berger | 2/5/2010 | 0.6 | Review duplicate payment issue re: to OCP firm - Novian & Novian. |
| Mark Berger | 2/5/2010 | 1.9 | Finalize affiliate analysis. |
| Mark Berger | 2/5/2010 | 2.3 | Research cause of change for 212 vouchers that were in P10 and not P1. |
| Richard Stone | 2/5/2010 | 2.2 | Continue to analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment, including unescheated payroll checks of inactive and terminated employees. |
| Richard Stone | 2/5/2010 | 0.5 | Review listing of NBC cure payments and related approximately 150 vouchers to release. |
| Richard Stone | 2/5/2010 | 0.3 | Discussion with J. Uson (Tribune) regarding escheatment questions for third party escheatment consultant. |
| Sean Hough | 2/5/2010 | 0.8 | Analysis and quality control of PeopleSoft voucher breakdown for NBC/Universal cure payment received from Kim Kalinowski. |
| Sean Hough | 2/5/2010 | 0.3 | Transmission of NBC/Universal cure payment schedule and summary instructions to M. Riordan (Tribune). |
| Sean Hough | 2/5/2010 | 0.6 | Discussion with M. Riordan and R. Allen (Tribune) to review NBC/Universal cure payment schedule and formulate project plan for release of vouchers stored in accounts payable system. |
| Richard Stone | 2/6/2010 | 0.5 | Continue to analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment, including unescheated payroll checks of inactive and terminated employees. |
| Richard Stone | 2/6/2010 | 2.0 | Analyze updated shareholder information provided by Tribune's exchange transfer agent and prepare lists for potential inclusion of schedule amendment. |
| Richard Stone | 2/6/2010 | 1.0 | Analyze updated shareholder information for property which became dormant prior to Tribune's bankruptcy filing and aggregate for possible inclusion in schedule amendment. |
| Mark Berger | 2/8/2010 | 0.6 | Follow up with PeopleSoft team re: vouchers that dropped out of the system between P10 and P1 but that were not paid. |
| Mark Berger | 2/8/2010 | 1.2 | Update OCP spreadsheet with tracking information to make sure the amounts proposed to be paid by the legal team match amounts proposed to be paid by accounting team. |
| Mark Berger | 2/8/2010 | 0.4 | Take steps necessary to get OCP firm Plews Shadley activated as a vendor in Tribune's accounting system. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/8/2010 | 0.9 | Meeting with J. Goryl to discuss voucher issues in open liability report. |
| Mark Berger | 2/8/2010 | 0.8 | Draft summary of steps taken to compare P3 and P10. |
| Mark Berger | 2/8/2010 | 2.1 | Review revised upload templates prior to payment submission. |
| Mark Berger | 2/8/2010 | 1.3 | Review OCP spreadsheet prepared by Tribune legal team. |
| Mark Berger | 2/8/2010 | 0.9 | Research vouchers that did not show up as paid but that disappeared from P10 (2009) to P1 (2010). |
| Mark Berger | 2/8/2010 | 0.3 | Communicate upcoming OCP schedule with Tribune accounting team. |
| Richard Stone | 2/8/2010 | 0.3 | Discussion with J. Uson (Tribune) regarding escheatment issues that arose during uncashed payroll review. |
| Richard Stone | 2/8/2010 | 0.9 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/8/2010 | 0.7 | Continue to analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment, including unescheated payroll checks of inactive and terminated employees. |
| Richard Stone | 2/8/2010 | 1.5 | Analyze state escheatment dormancy periods for approximately 800 untendered shareholders listed on shareholder exchange data. |
| Richard Stone | 2/8/2010 | 1.5 | Analyze Insertco liability updated information and determine if certain vouchers need to be included in upcoming schedule amendment. |
| Richard Stone | 2/8/2010 | 1.0 | Discussion with M. Stepuszek and R. DeBoer (Tribune) regarding vendor contract and possible rejection matters. |
| Richard Stone | 2/8/2010 | 0.4 | Discussion with B. Fields (Tribune) regarding Insertco related claim open questions. |
| Richard Stone | 2/8/2010 | 1.0 | Discussion with Computershare regarding shareholder exchange program and update of untendered shares. |
| Sean Hough | 2/8/2010 | 0.4 | Dialogue with Judy Juds and Kim Kalinowski (Tribune) regarding pending vendor cure payment for NBC/Universal. |
| Mark Berger | 2/9/2010 | 0.9 | Prepare status update document for each pre-petition claims related to OCP firms. |
| Mark Berger | 2/9/2010 | 0.7 | Analyze post-petition summary of bills provided by Horwood Marcus & Berk to determine if all have been paid. |

*Exhibit D*

> ***Tribune Company et al.,***
> ***Time Detail by Activity by Professional***
> ***February 1, 2010 through February 28, 2010***

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/9/2010 | 2.9 | Extend OCP model six months. |
| Mark Berger | 2/9/2010 | 0.6 | Respond to questions from accounting/legal team re: OCP vendor Seyfarth Shaw. |
| Mark Berger | 2/9/2010 | 0.3 | Draft email to Nicole Banagan of Young Sommer to discuss possible overpayment issue. |
| Mark Berger | 2/9/2010 | 2.1 | Reconcile new OCP firms pre-petition retainer and balance as stipulated in OCP order. |
| Richard Stone | 2/9/2010 | 2.0 | Continue to analyze and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment, including unescheated payroll checks of inactive and terminated employees. |
| Richard Stone | 2/9/2010 | 0.5 | Continue to analyze state escheatment dormancy periods for approximately 800 untendered shareholders listed on shareholder exchange data. |
| Richard Stone | 2/9/2010 | 0.4 | Participate in call with C. Kline (Sidley) and C. Cohen and D. Bourgon (Marketsphere) regarding escheatment issues and related questions. |
| Richard Stone | 2/9/2010 | 2.0 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/9/2010 | 0.3 | Discussion with C. Kline (Sidley) regarding outstanding escheatment matters in preparation for call with third party vendor. |
| Sean Hough | 2/9/2010 | 0.4 | Discussion with M. Riordan (Tribune) regarding status of vendor cure payment in accordance with approved Court order. |
| Mark Berger | 2/10/2010 | 1.6 | Review updated Tribune Professional listing and update OCP model with changes. |
| Mark Berger | 2/10/2010 | 0.2 | Draft email to R. Stone re: to claims. |
| Mark Berger | 2/10/2010 | 0.3 | Review M. Roitman (Chadbourne) response to monthly OCP report to ensure payment is approved. |
| Mark Berger | 2/10/2010 | 1.3 | Revise OCP spreadsheet for mistakes in invoice amount, invoice number and for duplicate invoices. |
| Mark Berger | 2/10/2010 | 0.5 | Break-out upload templates due to inactive vendors holding up the processing of upload template batch. |
| Mark Berger | 2/10/2010 | 1.3 | Revise upload templates prior to submission. |
| Mark Berger | 2/10/2010 | 0.6 | Answer questions related to OCP firms with invoices in general ledger (from on base) but outside the upload process. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/10/2010 | 0.4 | Draft email to C. Harper of Hungerford to reconcile pre-petition amounts. |
| Mark Berger | 2/10/2010 | 0.2 | Draft email to R. Mariella re: timing of payment to OCP vendors. |
| Richard Stone | 2/10/2010 | 1.5 | Finalize analysis and prepare updated lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment, including unescheated payroll checks of inactive and terminated employees. |
| Richard Stone | 2/10/2010 | 2.2 | Prepare bi-weekly disbursement tracking report for Creditors' Committee and analyze large prepetition and postpetition payments that occurred in two week period. |
| Richard Stone | 2/10/2010 | 1.6 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Sean Hough | 2/10/2010 | 0.4 | Compilation and summarization of data for R. Stone (A&M) relating to Computershare and Tribune's go-private tender offer program. |
| Mark Berger | 2/11/2010 | 0.4 | Ensure revised uploads are processed in a timely fashion. |
| Mark Berger | 2/11/2010 | 0.6 | Review McClatchy Tribune post-petition dividend information related to aggregate Tribune payable to MCT as of petition date. |
| Mark Berger | 2/11/2010 | 0.7 | Analyze January 2010 AP liability extracts for each Debtor BU. |
| Mark Berger | 2/11/2010 | 0.8 | Adjust MCT intercompany balance based on relationship with debtors and non-debtors. |
| Mark Berger | 2/11/2010 | 1.8 | Revise formerly finalized affiliate analysis based on new intercompany numbers received from financial reporting group. |
| Mark Berger | 2/11/2010 | 0.6 | Review CTMI invoices; notify J. Ludwig (Sidley) about their need to file application for approval of payment with Court. |
| Mark Berger | 2/11/2010 | 0.3 | E-mail Correspondence with M. Mercado (Tribune) re: to OCP. |
| Mark Berger | 2/11/2010 | 0.3 | Discuss Seyfarth Shaw with treasury team due to firm switching from an OCP to a retained professional. |
| Mark Berger | 2/11/2010 | 0.6 | Discuss changes in OCP spreadsheet with M. Sullivan and R. Mariella (Tribune). |
| Mark Berger | 2/11/2010 | 0.3 | Respond to emails from M. Sullivan (Tribune) re: to OCP. |
| Mark Berger | 2/11/2010 | 0.2 | Respond to emails from R. Mariella (Tribune) re: to OCP. |
| Mark Berger | 2/11/2010 | 0.3 | Phone discussion with M. Mercado (Tribune) re: to upload template processing. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/11/2010 | 1.3 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/11/2010 | 3.5 | Review information related to unescheated advertiser credits per the Admark system report of all prepetition unapplied credits; summarize information at request of counsel. |
| Richard Stone | 2/11/2010 | 2.1 | Finalize analysis related to uncashed payroll checks and scheduling of certain states regarding checks that became dormant prepetition. |
| Richard Stone | 2/11/2010 | 0.3 | Research open vouchers to pay for prepetition broker invoices related to overseas vendor. |
| Mark Berger | 2/12/2010 | 0.6 | Draft email to claims team re: findings on reconciliation of Veritext claim. |
| Mark Berger | 2/12/2010 | 0.8 | Help claims team reconcile Veritext claim by drafting emails to legal contacts throughout organization who may know more about this vendor. |
| Mark Berger | 2/12/2010 | 0.3 | Respond to J. Ehrenhofer email question re: Veritext. |
| Mark Berger | 2/12/2010 | 0.9 | Research payment history for Veritext while reconciling claim. |
| Richard Stone | 2/12/2010 | 2.0 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/12/2010 | 0.5 | Discussion with J. Goyrl (Tribune) regarding PeopleSoft report questions. |
| Richard Stone | 2/12/2010 | 0.6 | Discussion with C. Connaughton (Tribune) regarding WGN credits and outstanding payment matters. |
| Mark Berger | 2/15/2010 | 0.4 | Draft emails to communicate which OCP invoices need to be closed from onbase and which invoices belong to Retained Professional firms. |
| Mark Berger | 2/15/2010 | 0.3 | Draft follow-up email request for info from C. Harper of OCP firm Hungerford. |
| Mark Berger | 2/15/2010 | 0.7 | Review response of N. Banagan from Young Sommer re: to post-petition invoices. |
| Mark Berger | 2/15/2010 | 0.1 | Forward post-petition invoices received from outside firms to legal department. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/15/2010 | 0.6 | Analyze Grippo & Elden bankruptcy claim in beginning reconciliation stage. |
| Mark Berger | 2/15/2010 | 1.1 | Review updated listing of vouchers in on-base that need to be removed and processed via the OCP upload system. |
| Mark Berger | 2/15/2010 | 2.1 | Begin entering non-debtor invoices into the OCP model. |
| Mark Berger | 2/15/2010 | 0.8 | Draft emails to notify outside counsel contacts of upcoming payment upon requests. |
| Mark Berger | 2/15/2010 | 2.2 | Review new legal and tax bills received since last month's proposed payment summary was distributed. |
| Richard Stone | 2/15/2010 | 0.3 | Discussion with R. Carter (Tribune) regarding status of PeopleSoft modifications to accommodate claims input information. |
| Richard Stone | 2/15/2010 | 0.2 | Analyze ordinary course professional claim and discuss with D. Sanders (Tribune). |
| Richard Stone | 2/15/2010 | 0.2 | Respond to local bonus questions asked by M. Bourgon (Tribune). |
| Richard Stone | 2/15/2010 | 0.7 | Discussion with M. Stepuszek (Tribune) regarding unescheated advertiser credits and underlying contract information. |
| Richard Stone | 2/15/2010 | 0.6 | Review updated new voucher and close and modify templates per FSC claims reconciliation team. |
| Richard Stone | 2/15/2010 | 1.0 | Prepare summary of advertising credits preliminary information and findings at request of counsel. |
| Richard Stone | 2/15/2010 | 0.4 | Discussion with J. Griffin (Tribune) regarding status of upload voucher review and updates. |
| Richard Stone | 2/15/2010 | 0.3 | Discussion with C. Kline (Sidley) regarding advertising contracts and unescheated credits. |
| Richard Stone | 2/15/2010 | 0.5 | Discussion with D. Wortsman (Tribune) regarding prepetition broker payments to foreign vendor. |
| Richard Stone | 2/15/2010 | 0.8 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Mark Berger | 2/16/2010 | 0.3 | Discussion with E. Johnston re: to open liabilities files. |
| Mark Berger | 2/16/2010 | 0.6 | Create special upload template and process payment for recently court approved payment for OCP firm. |
| Mark Berger | 2/16/2010 | 0.2 | Draft email to R. Mariella re: to OCP vendor CTMI with instruction on how to handle this vendor in notes on OCP spreadsheet. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/16/2010 | 0.3 | Discussion with R. Stone (A&M) regarding period 10 open liabilities report used for amendment purposes and information that can be used for preference analyses. |
| Mark Berger | 2/16/2010 | 0.8 | Conversation with M. Regala re: to upcoming steps in OCP process. |
| Mark Berger | 2/16/2010 | 1.1 | Modify, distribute P1 open liabilities files to claims team. |
| Mark Berger | 2/16/2010 | 0.4 | Respond to questions from E. Johnston (A&M) re: to P1 2010 open liabilities. |
| Mark Berger | 2/16/2010 | 4.1 | Review post-petition OCP invoices for proper approval, GL coding and QC amounts entered in OCP model for each firm. |
| Mark Berger | 2/16/2010 | 0.2 | Review Horwood order for OCP firm in order to know how much in fees over rolling cap need to be paid. |
| Mark Berger | 2/16/2010 | 0.7 | Emails with J. Ludwig (Sidley) and R. Mariella, M. Regala (Tribune) to discuss Court ordered payments to OCP firm Horwood, Marcus & Berk. |
| Mark Berger | 2/16/2010 | 0.2 | Draft email to Julie Xanders (LA Times) to find best contact to help reconcile claim for Software AG. |
| Richard Stone | 2/16/2010 | 0.5 | Review information provided by Tribune's exchange transfer agent regarding untendered shares and refresh of information for possible amendment. |
| Richard Stone | 2/16/2010 | 0.2 | Discussion with R. Allen (Tribune) regarding cure payment reconciliation and tracking of payments. |
| Richard Stone | 2/16/2010 | 1.6 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/16/2010 | 0.3 | Discussion with M. Berger (A&M) regarding period 10 open liabilities report used for amendment purposes and information that can be used for preference analyses. |
| Richard Stone | 2/16/2010 | 0.7 | Discussion with H. Boyd (Tribune) regarding technology vendor contract and prepetition payment issues. |
| Richard Stone | 2/16/2010 | 1.5 | Update and analyze and prepare lists of Accounts Payable and outstanding check changes and updates to schedule records for input into upcoming schedule amendment. |
| Richard Stone | 2/16/2010 | 1.2 | Analyze additional unescheated credits provided by Chicago Tribune Company not previously submitted to FSC or included in 248 account. |
| Mark Berger | 2/17/2010 | 0.3 | Draft email to R. Mariella re: to claims reconciliations. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/17/2010 | 1.1 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Grippo & Elden claim. |
| Mark Berger | 2/17/2010 | 1.1 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Robertson, Freilich, Bruno & Cohen LLC claim. |
| Mark Berger | 2/17/2010 | 1.2 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Novian & Novian claim. |
| Mark Berger | 2/17/2010 | 0.9 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Morris James claim. |
| Mark Berger | 2/17/2010 | 1.2 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Franke, Greenhouse, List, Lippit claim. |
| Mark Berger | 2/17/2010 | 1.2 | Draft emails to contact people from outside firms in order to reconcile claims. |
| Mark Berger | 2/17/2010 | 1.1 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Johnson & Bell claim. |
| Richard Stone | 2/17/2010 | 0.9 | Review updated information of shareholders provided by exchange transfer agent. |
| Richard Stone | 2/17/2010 | 0.5 | Discussion with exchange transfer agent regarding untendered shareholders. |
| Richard Stone | 2/17/2010 | 0.5 | Analyze updated parent company cure list of contracts for executory contract analysis. |
| Richard Stone | 2/17/2010 | 0.3 | Reconcile 2008 local bonus payments with human resources at request of company. |
| Richard Stone | 2/17/2010 | 1.2 | Analyze certain ESOP related business unit detail and mapping to debtor entities and related claims at request of counsel. |
| Richard Stone | 2/17/2010 | 0.5 | Review contract and related discussion with J. Xanders (Tribune) regarding prepetition claim and postpetition payment matters. |
| Mark Berger | 2/18/2010 | 1.3 | Begin to prepare monthly OCP report for UCC. |
| Mark Berger | 2/18/2010 | 0.2 | Draft email response to questions from E. Johnston (A&M) re: to BU 96000. |
| Mark Berger | 2/18/2010 | 0.6 | Follow up with B. Parungao (Tribune) with questions on postpetition invoices without proper coding. |
| Mark Berger | 2/18/2010 | 1.2 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Equity Group Investments claim. |
| Mark Berger | 2/18/2010 | 0.2 | Draft email to R. Stone re: to Mercer and Emst & Young. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/18/2010 | 1.1 | Review updated OCP spreadsheet from M. Sullivan. |
| Mark Berger | 2/18/2010 | 0.3 | Review payroll mapping file prior to distribution to larger group. |
| Mark Berger | 2/18/2010 | 2.1 | Analyze and revise OCP model in order to speed up monthly reporting requirements. |
| Mark Berger | 2/18/2010 | 0.2 | Draft emails in response to questions re: to OCP vendor Loeb & Loeb. |
| Richard Stone | 2/18/2010 | 0.5 | Discussion with T. Gupta (Tribune) regarding vendor payment and prepetition invoice questions and escheatment matters for Broadcasting business units. |
| Richard Stone | 2/18/2010 | 0.5 | Review information provided by M. Stepuszek (Tribune) regarding unfavorable contract and issues related to vendor negotiations. |
| Richard Stone | 2/18/2010 | 0.7 | Update NBC Universal cure analysis to populate transaction detail to send to vendor related to cure payments for approximately 150 vouchers. |
| Richard Stone | 2/18/2010 | 0.5 | Review updated list of unclaimed payroll checks for non-debtor entities for possible escheatment. |
| Richard Stone | 2/18/2010 | 0.2 | Discussion with M. Saavedra (Tribune) regarding escheatment of unclaimed payroll checks for non-debtor entities. |
| Richard Stone | 2/18/2010 | 2.6 | Continue to analyze certain ESOP related business unit detail and mapping to debtor entities and related claims at request of counsel. |
| Richard Stone | 2/18/2010 | 0.3 | Discussion with J. Ludwig (Sidley) regarding ESOP related questions and company codes. |
| Richard Stone | 2/18/2010 | 0.5 | Discussion with L. Abernathy (Tribune) regarding ESOP business units and payroll company codes. |
| Richard Stone | 2/18/2010 | 0.3 | Discussion with R. Allen (Tribune) regarding outstanding Accounts Payable issues and PeopleSoft modifications for claims process. |
| Richard Stone | 2/18/2010 | 0.5 | Discussion with J. Griffin (Tribune) regarding outstanding vendor invoice issues and related template to upload to voucher. |
| Mark Berger | 2/19/2010 | 1.2 | Update OCP model based on revised OCP listing. |
| Mark Berger | 2/19/2010 | 0.2 | Circulate OCP report to group for feedback. |
| Mark Berger | 2/19/2010 | 0.4 | Incorporate feedback from A&M review of OCP report into revised version prior to distribution to outside counsel. |
| Mark Berger | 2/19/2010 | 0.3 | Draft email to J. Ludwig (Sidley) with copy of monthly OCP report. |
| Mark Berger | 2/19/2010 | 0.2 | Incorporate feedback from J. Ludwig review of OCP report. |
| Mark Berger | 2/19/2010 | 0.4 | Review updated OCP professionals listing. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/19/2010 | 1.1 | Update legal vendor list based on revised OCP professionals listing. |
| Mark Berger | 2/19/2010 | 1.2 | Analyze and revise monthly OCP report for UCC. |
| Mark Berger | 2/19/2010 | 1.5 | Continue to reconcile claim re: to OCP vendor - Ruberry, Garvey & Bollinger. |
| Richard Stone | 2/19/2010 | 0.4 | Respond to Broadcasting vendor request for information related to unpaid prepetition invoices at request of T. Gupta (Tribune). |
| Richard Stone | 2/19/2010 | 0.6 | Analyze contract information related to Tribune Technology vendor (#166494) and determine whether underlying contract resides with debtor entity. |
| Richard Stone | 2/19/2010 | 0.7 | Analyze approximately fifty fixed asset items submitted through invoices as part of claims process. |
| Richard Stone | 2/19/2010 | 0.5 | Analyze unescheated payroll Cubs checks related to inactive and terminated employees. |
| Richard Stone | 2/19/2010 | 2.0 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/19/2010 | 0.5 | Discussion with M. Shapira (Tribune) regarding Tribune Interactive contracts that were signed with debtor entities. |
| Richard Stone | 2/19/2010 | 1.6 | Review certain Tribune Interactive contracts and determine status of certain Accounts Payable that were signed with debtor entities. |
| Brian Whittman | 2/22/2010 | 0.2 | Call with K. Lantry (Sidley) re: local bonus payments. |
| Brian Whittman | 2/22/2010 | 1.0 | Review local bonus analysis. |
| Mark Berger | 2/22/2010 | 1.8 | Update parent cure analysis with feedback received from various business units. |
| Mark Berger | 2/22/2010 | 1.9 | Review Seyfarth Shaw issues during transition period from OCP to RP firm; help accounting team reconcile post-petition balance. |
| Mark Berger | 2/22/2010 | 0.4 | Draft emails to OCP firm and Tribune legal dept. with conclusion that OCP model, OCP spreadsheet and Tribune accounting system all match and OCP firm needs to recheck their post-petition invoice summary. |
| Mark Berger | 2/22/2010 | 0.3 | Draft email to Tribune accounting dept. re: Morgan Lewis & Bockius. |
| Mark Berger | 2/22/2010 | 0.4 | Review UCC legal counsel's response to monthly report. |
| Mark Berger | 2/22/2010 | 1.1 | Per UCC request, provided invoice numbers for all firms in which a payment had previously been proposed in a given month. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/22/2010 | 0.3 | Communication with R. Mariella re: OCP firm Downey Smith & Fier. |
| Mark Berger | 2/22/2010 | 0.3 | Email correspondence with Tribune Properties and real estate group re: People's Gas. |
| Mark Berger | 2/22/2010 | 0.8 | Review People's Gas claim with Tribune Company as part of parent company cure exercise. |
| Mark Berger | 2/22/2010 | 0.3 | Draft email to J. Ludwig (Sidley) with explanation on why CTMI was left out of monthly OCP report. |
| Mark Berger | 2/22/2010 | 0.6 | Research post-petition payments to OCP firm Morgan, Lewis & Bockius. |
| Richard Stone | 2/22/2010 | 0.2 | Discussion with J. Guillotte (Tribune) regarding Orlando tax assessment questions and settlement outcome and relation to claims filed. |
| Richard Stone | 2/22/2010 | 0.3 | Participate in call with J. Ludwig (Sidley) and M. Bourgon (Tribune) regarding ESOP related questions and business unit supporting detail. |
| Richard Stone | 2/22/2010 | 2.9 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/22/2010 | 0.6 | Review updated bankruptcy processing and accounting information related to PeopleSoft modifications and application of schedule and claim information. |
| Richard Stone | 2/22/2010 | 0.5 | Review updated voucher upload list of invoices received during claims process. |
| Richard Stone | 2/22/2010 | 2.5 | Analyze certain ESOP related business unit detail and mapping to debtor entities and related claims at request of counsel. |
| Mark Berger | 2/23/2010 | 0.9 | Continue to work on Morris James claim reconciliation. |
| Mark Berger | 2/23/2010 | 0.7 | Review claim for Spectrum Engineering Group per J. Ehrenhofer request. |
| Mark Berger | 2/23/2010 | 0.9 | Participate in multiple calls throughout day with R. Mariella to discuss OCP issues. |
| Mark Berger | 2/23/2010 | 0.7 | Confirm payments on Sonnenschein and Mandell Mankes invoices per legal dept. request. |
| Mark Berger | 2/23/2010 | 0.3 | Communication with C. Leeman re: Bruno Serbino & Soriano claim. |
| Mark Berger | 2/23/2010 | 0.4 | Review new outstanding OCP invoices in accounting system in order to close vouchers as needed. |
| Mark Berger | 2/23/2010 | 0.8 | Continue to work on Bruno Serbino & Soriano claim reconciliation. |

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/23/2010 | 0.7 | Continue to work on Johnson & Bell claim reconciliation. |
| Mark Berger | 2/23/2010 | 0.4 | Communication with C. Leeman and K. Flax (Tribune) re: Johnson & Bell claim. |
| Mark Berger | 2/23/2010 | 0.4 | Send out W-9 forms to OCP vendors in order to be added to accounting system. |
| Mark Berger | 2/23/2010 | 2.2 | Update Tribune Company parent cure file with research done in PeopleSoft. |
| Richard Stone | 2/23/2010 | 2.0 | Analyze updated unescheated credits contained in 248 account and changes to original balances submitted during 2009 and changes as credits have been applied. |
| Richard Stone | 2/23/2010 | 0.3 | Analyze information provided by Orlando related to tax assessment settlement. |
| Richard Stone | 2/23/2010 | 0.2 | Discussion with M. Riordan (Tribune) regarding voucher upload status and review. |
| Richard Stone | 2/23/2010 | 0.2 | Discussion with S. Ross (Tribune) regarding WGN credit questions. |
| Richard Stone | 2/23/2010 | 0.6 | Compile payments over the last 90 days and aggregate by spend of largest vendors. |
| Richard Stone | 2/23/2010 | 0.8 | Prepare bi-weekly disbursement tracking report for Creditors' Committee and analyze payments that occurred in two week period. |
| Richard Stone | 2/23/2010 | 1.2 | Continue to analyze updated unescheated credits contained in 248 account and changes to original balances submitted during 2009 and changes as credits have been applied. |
| Mark Berger | 2/24/2010 | 2.2 | Research parent company scheduled records and claims in order to determine cure costs. |
| Mark Berger | 2/24/2010 | 1.9 | Divide work product for parent company cure cost analysis strategically as to align relationships, vendors and contact people in the most efficient manner. |
| Mark Berger | 2/24/2010 | 1.1 | Review payment history, outstanding invoices in PeopleSoft, OCP affidavit, claim form and invoices received from OCP firm in order to reconcile Holland & Knight claim. |
| Richard Stone | 2/24/2010 | 1.0 | Review information and emails provided by S. DeFroscia (Tribune) regarding LA Times vendor issues related to prepetition and postpetition payments and invoices. |
| Richard Stone | 2/24/2010 | 0.7 | Analyze updated unescheated credits provided by WPMT. |
| Richard Stone | 2/24/2010 | 2.0 | Continue to prepare bi-weekly disbursement tracking report for Creditors' Committee and analyze payments that occurred in two week period. |

<div align="right">*Exhibit D*</div>

> ***Tribune Company et al.,***
> ***Time Detail by Activity by Professional***
> ***February 1, 2010 through February 28, 2010***

## AP/Vendor Issues

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/24/2010 | 2.1 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/25/2010 | 0.5 | Discussion with K. Dansart (Tribune) regarding shareholder exchange correspondence from untendered shareholders. |
| Richard Stone | 2/25/2010 | 1.5 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| Richard Stone | 2/25/2010 | 1.0 | Analyze updated unescheated credits provided by WGN and CLTV. |
| Richard Stone | 2/25/2010 | 1.0 | Discussion with S. De Froscia and J. Griffin  (Tribune) regarding issues related to two LA Times vendors and handling of related claims. |
| Richard Stone | 2/25/2010 | 0.7 | Analyze supporting detail and information provided by LA Times prior to vendor discussion. |
| Richard Stone | 2/25/2010 | 0.8 | Discussion with E. Hall-Langworthy (Tribune) and related research regarding certain liabilities subject to compromise accounts. |
| Richard Stone | 2/25/2010 | 0.5 | Review information provided by payroll department related to ESOP claims and related company codes. |
| Richard Stone | 2/26/2010 | 0.2 | Discussion with H. Segal (Tribune) regarding certain Chicago Tribune Company vendor and payment issues. |
| Richard Stone | 2/26/2010 | 1.5 | Respond to various A/P and vendor related issues related to the bankruptcy, including research of voucher information in PeopleSoft and OnBase regarding pre and post petition invoices, correspondence with business units regarding concerns of payment issues and problems with approved payments, and correspondence with certain vendors regarding prepetition and postpetition payment questions. |
| **Subtotal** | | **238.4** | |

## Avoidance Actions

| Professional | Date | Hours | Activity |
|---|---|---|---|

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Avoidance Actions

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Elizabeth Johnston | 2/16/2010 | 3.8 | Review of Open Accounts Payable data and prepare data for incorporation into BART Preferences environment for preferences analysis. |
| Jodi Ehrenhofer | 2/16/2010 | 0.3 | Discuss report of all payments made 15 months prior to petition date to be used in preference analysis with R. Allen (Tribune). |
| Mark Zeiss | 2/16/2010 | 2.2 | Review existing payment data sources and deficiencies for preferences analysis. Provide recommendations for updated data files and specific columns. |
| Elizabeth Johnston | 2/17/2010 | 3.5 | Continue review of Open Accounts Payable data to be loaded into BART system for preferences analysis. |
| Elizabeth Johnston | 2/17/2010 | 1.4 | Review of payments made on behalf of Tribune Interactive as they relate to other filing debtors' payment histories. |
| Elizabeth Johnston | 2/17/2010 | 3.7 | Prepare open liabilities of multiple debtors for Tribune preferences analysis, load vendor data into BART. |
| Elizabeth Johnston | 2/17/2010 | 2.2 | Prepare and load open liabilities across multiple debtors into BART to generate preferences analysis reporting. |
| Mark Zeiss | 2/17/2010 | 1.7 | Review PeopleSoft open invoices files and prepare for preferences analysis. |
| Mark Zeiss | 2/17/2010 | 1.3 | Prepare for and attend conference call with E. Johnston (A&M) re: PeopleSoft open invoices file preparation for preferences analysis. |
| Tom Hill | 2/17/2010 | 2.5 | Review draft of decision tree analysis from Lazard. |
| Elizabeth Johnston | 2/18/2010 | 2.4 | Load 15 month historical payment file into BART after review and confirmation of debtor and entity mapping. |
| Elizabeth Johnston | 2/18/2010 | 3.2 | Continue preparation and review of 15 month historical payment file across multiple debtors, to prepare historical payment load for BART preferences analysis. |
| Elizabeth Johnston | 2/18/2010 | 3.8 | Review of 15 month historical payment file across multiple debtors, to prepare historical payment load for BART preferences analysis. |
| Mark Zeiss | 2/18/2010 | 1.1 | Prepare for and attend conference call with E. Johnston (A&M) re: historical payments file preparation for preferences analysis. |
| Mark Zeiss | 2/18/2010 | 1.6 | Review historical PeopleSoft payment files. Redact garnishments, refunds and prepare for preferences analysis. |
| Elizabeth Johnston | 2/19/2010 | 3.3 | Production of Tribune Creditor Preference Summary Report. |
| Elizabeth Johnston | 2/19/2010 | 3.5 | Draft memo regarding Tribune Preferences analysis report and exhibits. |
| Elizabeth Johnston | 2/19/2010 | 2.9 | Create report of consolidating debtors and parent company's Top 10 creditors based on preference reporting in BART. |

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*

## Avoidance Actions

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Zeiss | 2/19/2010 | 1.2 | Prepare for and attend conference call with J. Ehrenhofer and E. Johnston (A&M) re: preferences analysis review and next steps. Send next steps detail memo. |
| Mark Zeiss | 2/19/2010 | 2.7 | Prepare preferences analysis for consolidated debtors including ordinary course of business for individual vendors. |
| Mark Zeiss | 2/19/2010 | 2.3 | Review historical payments load. Revise adding check # and invoice date. |
| Mark Zeiss | 2/19/2010 | 0.8 | Review and revise draft memo outline for preferences conclusions and data and legal assumptions and comments. |
| Elizabeth Johnston | 2/20/2010 | 0.8 | Generate preference report analyzing parent company's primary creditors for preference payments. |
| Mark Zeiss | 2/20/2010 | 0.8 | Review Tribune company only preferences analysis. |
| Mark Zeiss | 2/20/2010 | 1.2 | Change preferences analysis so we can run all debtors but Tribune company. |
| Steve Kotarba | 2/20/2010 | 1.1 | Review phase 1 results re: avoidance actions. |
| Elizabeth Johnston | 2/21/2010 | 2.1 | Generate preference reports for all subsidiaries' consolidated reports of top creditor payments. |
| Elizabeth Johnston | 2/22/2010 | 2.4 | Continue review of SOFA 3b responses and comparison of filed SOFA 3bs with historical data preference analysis. |
| Elizabeth Johnston | 2/22/2010 | 1.1 | Review of SOFA 3b filed responses across multiple debtors, to determine what sourcing was used to create the filed responses. |
| Elizabeth Johnston | 2/23/2010 | 2.0 | Determine debtors without filed SOFA 3b responses that had open or historical payment data, for further preferences analysis. |
| Elizabeth Johnston | 2/23/2010 | 1.8 | Analysis of SOFA 3b response source files to provide data information to company regarding open payment and insider information. |

| **Subtotal** | | **64.7** | |

## Business Plan

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/5/2010 | 0.2 | Call with C. Bigelow (Tribune) re: 2010 plan. |
| Brian Whittman | 2/11/2010 | 0.2 | Review updated business plan bridge. |
| Brian Whittman | 2/12/2010 | 1.0 | Review 5 year plan package with Tribune (C. Bigelow, H. Amsden, G. Mazzaferri, C. Hochschild). |
| Tom Hill | 2/12/2010 | 1.8 | Review 5 year plan details. |
| Brian Whittman | 2/15/2010 | 0.4 | Review updates to 5 year financial forecast. |

*Exhibit D*

| | |
|---|---|
| ***Tribune Company et al.,*** *Time Detail by Activity by Professional* *February 1, 2010 through February 28, 2010* | |

## Business Plan

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/16/2010 | 0.5 | Meeting with C. Bigelow and J. Sinclair (Tribune) to review supporting information for 5 year plan. |
| Brian Whittman | 2/16/2010 | 0.9 | Review supporting material for 5 year plan (.7) and correspondence with J. Sinclair (Tribune) re: same (.2). |
| Brian Whittman | 2/16/2010 | 0.3 | Call with G. Mazzaferri (Tribune) re: broadcast rights expense. |
| Brian Whittman | 2/16/2010 | 0.2 | Review updated pension analysis. |
| Brian Whittman | 2/17/2010 | 0.4 | Review bridge analysis for 5 year plan. |
| Tom Hill | 2/17/2010 | 2.8 | Review latest draft of 5 year business plan. |
| Tom Hill | 2/18/2010 | 2.4 | Review of 2010 business plan to be presented to creditor advisors. |
| Brian Whittman | 2/19/2010 | 0.3 | Draft cover memo for 5 year plan. |
| Brian Whittman | 2/19/2010 | 0.7 | Review updates to final 5 year plan distribution package. |
| Brian Whittman | 2/22/2010 | 0.4 | Review presentation on 2009 results. |
| Brian Whittman | 2/23/2010 | 0.6 | Update analysis of 2009 results. |
| Brian Whittman | 2/24/2010 | 0.7 | Meeting with C. Bigelow and N. Larsen (Tribune) re: agenda for 2010 budget presentation. |
| **Subtotal** | | **13.8** | |

## Cash Flow

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/4/2010 | 0.3 | Review new 13 week cash flow forecast. |
| Brian Whittman | 2/6/2010 | 0.2 | Correspondence with V. Garlati re: cash flow forecast. |
| Brian Whittman | 2/10/2010 | 0.2 | Review weekly cash report. |
| Brian Whittman | 2/16/2010 | 0.2 | Correspondence with C. Bigelow re: DIP credit facility. |
| Brian Whittman | 2/16/2010 | 0.3 | Review updated debt schedule. |
| Brian Whittman | 2/16/2010 | 0.2 | Review weekly cash flow report. |
| Brian Whittman | 2/18/2010 | 0.4 | Review analysis on available cash. |
| Brian Whittman | 2/19/2010 | 0.3 | Review draft memo on DIP facility. |
| Brian Whittman | 2/22/2010 | 0.2 | Discussion with B. Litman re: unwind of Tribune Receivables. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Cash Flow

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/22/2010 | 0.5 | Call with Tribune (J. Rodden, B. Litman, D. Eldersveld) and B. Lewis (Sidley) re: termination of Barclays facility. |
| Brian Whittman | 2/23/2010 | 0.3 | Call with C. Kline (Sidley) re: Barclay's facility termination. |
| Brian Whittman | 2/23/2010 | 0.2 | Review draft termination letter for Barclays facility. |
| Brian Whittman | 2/23/2010 | 0.2 | Correspondence with D. Eldersveld re: Tribune Receivables. |
| Brian Whittman | 2/24/2010 | 0.4 | Review draft DIP termination document. |
| Brian Whittman | 2/25/2010 | 0.5 | Review Barclay's termination drafts. |
| Brian Whittman | 2/26/2010 | 0.3 | Review status of Barclays termination. |
| Brian Whittman | 2/26/2010 | 0.2 | Call with C. Kline (Sidley) re: Barclays LC facility. |
| Tom Hill | 2/26/2010 | 0.6 | Review termination of Barclay's securitization. |
| **Subtotal** | | **5.5** | |

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Steve Kotarba | 1/13/2010 | 0.5 | Review and comment on updated active claims report. |
| Jodi Ehrenhofer | 2/1/2010 | 0.3 | Advise Epiq on upcoming substantive objections that require claim image binders. |
| Jodi Ehrenhofer | 2/1/2010 | 0.8 | Follow up with AP claim reconciliation on status of certain unreconciled claims. |
| Richard Stone | 2/1/2010 | 0.3 | Meeting with H. Amsden and M. Riordan (Tribune) regarding status of claims reconciliation. |
| Richard Stone | 2/1/2010 | 0.6 | Analyze claims information related to vendor 111489. |
| Richard Stone | 2/1/2010 | 0.5 | Analyze claims information filed against the Cubs bankruptcy case and correspond with Cubs finance team to determine invoice validity. |
| Richard Stone | 2/1/2010 | 0.7 | Analyze claims information related to vendors 4678 and 227737. |
| Sean Hough | 2/1/2010 | 2.6 | Structuring and formulation of projected syndicated programming cure cost by legal entity analysis to breakout and identify individual programs by Tribune subsidiary |
| Sean Hough | 2/1/2010 | 3.7 | Identification of potential cure costs for individual shows by legal entity with concentration on vendors Warner Bros (1.1), Buena Vista (0.5), 20th Century (0.6), Universal (0.9), Sony (0.4), and CBS (0.2) |

> ### *Tribune Company et al.,*
> ### *Time Detail by Activity by Professional*
> ### *February 1, 2010 through February 28, 2010*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/1/2010 | 0.9 | Analysis of non-syndicated programming subsidiary claims for cure cost analysis with emphasis on Hamdon Entertainment (0.1), Software AG (0.3), Jones Lang Lasalle (0.2) and Rockwell Automation (0.3) |
| Elizabeth Johnston | 2/2/2010 | 2.1 | Production of the FaSCar report of analyst-reviewed claims for company review. |
| Mark Zeiss | 2/2/2010 | 0.9 | Review and revise claimant information in claims reconciliation system. |
| Richard Stone | 2/2/2010 | 0.5 | Analyze claims information related to vendor 10436. |
| Sean Hough | 2/2/2010 | 3.6 | Creation of functionality to draw trade claim data from active claims register into legal entity summary tab for subsidiary trade claim cure cost analysis |
| Sean Hough | 2/2/2010 | 1.1 | Reformulation of syndicated programming claim data by legal entity to display amounts to be covered in NBC/Universal contract assumption motion |
| Sean Hough | 2/2/2010 | 1.9 | Formulation of summary tab for legal entity subsidiary cure cost analysis to incorporate non-syndicated programming trade claims and former employee claims into total subsidiary cure cost estimate |
| Sean Hough | 2/2/2010 | 0.7 | Conduct quality control of syndicated programming cure costs by legal entity analysis to assure proper flow through of model functionality |
| Sean Hough | 2/2/2010 | 2.8 | Creation of summing functionality in legal entity syndicated programming cure cost analysis to identify total prepetition claims and cure cost estimates by program at each broadcasting legal entity |
| Richard Stone | 2/3/2010 | 0.5 | Participate in weekly claims reconciliation status meeting. |
| Sean Hough | 2/3/2010 | 0.3 | Dialogue with claimant representative regarding debt claims filed against Tribune citing specific series of unsecured public bonds. |
| Sean Hough | 2/3/2010 | 0.8 | Analysis of materials received from G. Mazzaferri (Tribune) and construction of initial framework for steps necessary to complete NBC/Universal cure payments. |
| Sean Hough | 2/3/2010 | 0.4 | Initial review of Schedule G tracking materials received from claims management personnel to be used in upcoming parent company cure cost analysis. |
| Sean Hough | 2/3/2010 | 1.4 | Conduct stress testing of subsidiary trade claim cure cost analysis by legal entity as well as overall formatting changes to file |
| Sean Hough | 2/3/2010 | 0.4 | Final quality control of subsidiary cure cost analysis by legal entity and transmission of file for review |
| Sean Hough | 2/3/2010 | 0.6 | Update of non-broadcast subsidiary trade claim cure cost analysis with latest data received from Tribune personnel on selected vendors. |

*Exhibit D*

> ### *Tribune Company et al.,*
> ### *Time Detail by Activity by Professional*
> ### *February 1, 2010 through February 28, 2010*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/3/2010 | 1.6 | Analysis of claims and dialogue with Tribune personnel relating to selected vendors associated with non-broadcast claims cure cost analysis at subsidiary level with focus on Kelly Services (0.3), De Lage Financial (0.6), FPL (0.3) and various technology providers (0.6). |
| Sean Hough | 2/3/2010 | 0.3 | Analysis of materials relating to AT&T contractual claims at parent and subsidiary level received from R. Stone (A&M). |
| Elizabeth Johnston | 2/4/2010 | 2.8 | Review of filed claims extract from claims agent, identifying newly filed claims to be loaded into BART and to incorporate updates. |
| Sean Hough | 2/4/2010 | 0.8 | Review of claims filed by Dow Jones Company as part of potential subsidiary executory contract cure cost analysis and bifurcation of claims relating to data services and single copy remittances previously paid under customer motion. |
| Sean Hough | 2/4/2010 | 1.4 | Analysis of claims from vendor Clear Channel Outdoor for potential subsidiary cure cost analysis (0.4 hours), discussions with representatives from WPHL, Orlando Sentinel and KCPQ business units regarding contractual obligations (0.7 hours) and update of subsidiary cure cost analysis with findings (0.3 hours). |
| Sean Hough | 2/4/2010 | 0.7 | Review of claims filed by Titan Outdoor for subsidiary cure cost analysis and discussion with D. Mayersky (Tribune) regarding existence of any long-term media buying contracts that may exist with vendor. |
| Sean Hough | 2/4/2010 | 0.3 | Compilation of information request to D. Cline to review contract status for Dow Jones Company data service. |
| Sean Hough | 2/4/2010 | 0.2 | Dialogue with G. Mazzaferri regarding history with vendor Hamdon Entertainment. |
| Sean Hough | 2/4/2010 | 0.3 | Analysis of contract received from J. Devedjian (Tribune) relating to claims filed by Jones Lang Lasalle. |
| Sean Hough | 2/5/2010 | 0.7 | Analysis of claims relating to Sprint/Nextel and SBC Communications and compilation of information request to K. Beiriger and S. Furie (Tribune) for contract materials. |
| Sean Hough | 2/5/2010 | 0.3 | Dialogue with K. Beiriger (Tribune) regarding status of telecom provider contracts held at the subsidiary level. |
| Sean Hough | 2/5/2010 | 0.6 | Analysis of claims filed by CNN News and transmission of information request to S. Charlier (Tribune) to assess contractual nature of vendor relationship. |
| Sean Hough | 2/5/2010 | 2.7 | Review of contracts listed on Schedule G pertaining to parent company and assignment of potential contact person at Tribune for individual contracts. |
| Sean Hough | 2/5/2010 | 1.1 | Segmentation of Schedule G data relating to executory contracts housed at parent company and construction of template to be used for upcoming parent company executory contract cure cost analysis. |
| Brian Whittman | 2/8/2010 | 0.2 | Call with K. Lantry (Sidley) re: former employee claims. |

Exhibit D

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/8/2010 | 0.4 | Review initial draft of administrative claims analysis. |
| Diego Torres | 2/8/2010 | 2.2 | Update database to include logic on exception reports for scheduled claims with multiple superseding claims. |
| Jodi Ehrenhofer | 2/8/2010 | 1.1 | Follow up with B. Hauserman (Sidley) and G. Rackett (Tribune) on claims adjourned from omnibus objections. |
| Jodi Ehrenhofer | 2/8/2010 | 0.4 | Research certain claims for settlement for K. Kansa (Sidley). |
| Richard Stone | 2/8/2010 | 0.8 | Draft talking points and instructions for FSC claims team regarding settlement procedures, stipulation letters and calls to be made. |
| Richard Stone | 2/8/2010 | 1.0 | Analyze certain schedule notice and claims information for entities related to litigation dispute at request of counsel. |
| Sean Hough | 2/8/2010 | 0.6 | Review of materials relating to former employee claims previously submitted to Sidley Austin and reconciliation of claims data versus active claims register to highlight any discrepancies. |
| Sean Hough | 2/8/2010 | 2.7 | Review of claims from telecommunications to determine percentage of claimed amounts relating to parent and subsidiary business units and estimate potential cure costs for these vendors at subsidiary level. |
| Sean Hough | 2/8/2010 | 0.3 | Review of contract for vendor Factiva received from LA Times representative. |
| Sean Hough | 2/8/2010 | 2.8 | Conduct claims consolidation exercise for potential subsidiary executory cure cost to identify vendors that may have been replicated in claims register under similar names and consolidated claim and cure amounts. |
| Elizabeth Johnston | 2/9/2010 | 2.3 | Production of the FaSCar report of analyst-reviewed claims for company review. |
| Jodi Ehrenhofer | 2/9/2010 | 0.3 | Verify with Epiq that bar date notice was sent to certain creditors for Sidley. |
| Jodi Ehrenhofer | 2/9/2010 | 1.1 | Identify all unreconciled trust claims in trade payables and determine appropriate contact at Tribune to reconcile. |
| Jodi Ehrenhofer | 2/9/2010 | 1.3 | Create talking points document for AP claim reconciliation team to start processing stipulations. |
| Jodi Ehrenhofer | 2/9/2010 | 0.8 | Review drafted stipulation to resolve unsecured trade claims with amount changes. |
| Jodi Ehrenhofer | 2/9/2010 | 0.4 | Call with K. Kansa and B. Hauserman (both Sidley) to discuss drafted stipulation to settle trade claims. |
| Jodi Ehrenhofer | 2/9/2010 | 0.7 | Search for any indemnification claims included in the schedules of liability for EGI. |
| Jodi Ehrenhofer | 2/9/2010 | 0.8 | Update reconciliation status of all claims ready for stipulation in BART. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/9/2010 | 0.7 | Review updated FaSCar report for accuracy and send to M. Riordan (Tribune). |
| Mark Zeiss | 2/9/2010 | 0.7 | Review and revise claims management reporting for adjusted reconciled field with input from J. Ehrenhofer. |
| Richard Stone | 2/9/2010 | 0.6 | Prepare and provide update and descriptions of outstanding claims to reconcile to M. Riordan (Tribune). |
| Richard Stone | 2/9/2010 | 1.2 | Research schedules and statements for information and records related to Medianews. |
| Richard Stone | 2/9/2010 | 0.5 | Continue to draft talking points and instructions for FSC claims team regarding settlement procedures, stipulation letters and calls to be made. |
| Richard Stone | 2/9/2010 | 1.0 | Analyze certain ordinary course professional claims and supporting information. |
| Sean Hough | 2/9/2010 | 0.2 | Assist R. Stone (A&M) with vendor cure payment analysis through retrieval of required PeopleSoft voucher information. |
| Sean Hough | 2/9/2010 | 2.1 | Update latest version of potential subsidiary executory contract cure cost analysis with comments on remaining contracts outstanding and reconfiguration of summary analysis highlighting materiality threshold of contract review. |
| Elizabeth Johnston | 2/10/2010 | 0.5 | Review of Level 3 claims to determine issues within batch loading of reconciliation status updates. |
| Elizabeth Johnston | 2/10/2010 | 0.4 | Update individual claims to correct claim level debtor detail, correcting it to properly match the parent level debtor information. |
| Jodi Ehrenhofer | 2/10/2010 | 0.4 | Meeting with M. Riordan (Tribune) and R. Stone (A&M) to discuss stipulation process and talking points. |
| Jodi Ehrenhofer | 2/10/2010 | 0.6 | Summarize all stipulations that will be more than $50,000 and require review by committees. |
| Jodi Ehrenhofer | 2/10/2010 | 1.1 | Create report of all trade payable claims requiring review from A&M to be placed on objection. |
| Jodi Ehrenhofer | 2/10/2010 | 1.1 | Summarize count of claims and creditors that may require stipulation for M. Riordan (Tribune). |
| Jodi Ehrenhofer | 2/10/2010 | 0.3 | Meeting with H. Amsden, M. Riordan (both Tribune) and R. Stone (A&M) to discuss stipulation process and talking points. |
| Jodi Ehrenhofer | 2/10/2010 | 0.4 | Modify final document of talking points to use in stipulation process with feedback from M. Riordan (Tribune). |
| Jodi Ehrenhofer | 2/10/2010 | 1.1 | Discuss specific reconciliation questions with ap claims recon team where recommendations do not match the values reconciled on claims. |
| Jodi Ehrenhofer | 2/10/2010 | 1.1 | Create report of all claims currently approved for stipulations to distribute to claims team. |
| Jodi Ehrenhofer | 2/10/2010 | 0.4 | Identify any claims for stipulation where total reduction to claims might be under certain thresholds set by company. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/10/2010 | 0.6 | Identify any claims for stipulation where claimant holds more than one claims and total settlement is greater than $50,000. |
| Jodi Ehrenhofer | 2/10/2010 | 0.7 | Review all updates from R. Stone (A&M) to talking points on stipulation process for trade payable claims. |
| Richard Stone | 2/10/2010 | 0.8 | Discussion with counsel for vendor claim regarding unpaid invoices and misapplication of past payments. |
| Richard Stone | 2/10/2010 | 0.3 | Meeting with H. Amsden (Tribune) regarding FSC claims reconciliation of trade claims and other bankruptcy related projects. |
| Richard Stone | 2/10/2010 | 0.7 | Participate in meeting with H. Amsden and M. Riordan (Tribune) and J. Ehrenhofer (A&M) to discuss status of claims team, remaining claims to reconcile and preliminary settlement procedures. |
| Richard Stone | 2/10/2010 | 0.5 | Participate in meeting with M. Riordan (Tribune) and J. Ehrenhofer (A&M) regarding claims status and staffing requirements. |
| Richard Stone | 2/10/2010 | 0.5 | Participate in meeting with FSC claims team and J. Ehrenhofer (A&M) regarding the rollout of claims settlement procedure and allocation of work. |
| Richard Stone | 2/10/2010 | 1.2 | Analyze claims information related to vendor 10779. |
| Sean Hough | 2/10/2010 | 0.3 | Review of cure payment analysis for NBC/Universal distributed by R. Stone. |
| Brian Whittman | 2/11/2010 | 1.2 | Review administrative claims analysis. |
| Brian Whittman | 2/11/2010 | 0.4 | Review claims stipulation information. |
| Elizabeth Johnston | 2/11/2010 | 2.7 | Review of filed claims extract from claims agent, identifying newly filed claims to be loaded into BART and to incorporate updates. |
| Jodi Ehrenhofer | 2/11/2010 | 1.1 | Summarize process of entering into stipulations for specific claims for H. Amsden and M. Riordan (both Tribune). |
| Jodi Ehrenhofer | 2/11/2010 | 0.8 | Follow up with G. Rackett (Tribune) on outstanding claim reconciliation questions. |
| Jodi Ehrenhofer | 2/11/2010 | 1.3 | Review drafted stipulation to resolve unsecured trade claims with amount and debtor changes. |
| Jodi Ehrenhofer | 2/11/2010 | 0.4 | Advise Epiq on potential docketing errors and claim withdrawals sent directly to counsel and company. |
| Jodi Ehrenhofer | 2/11/2010 | 2.3 | Finalize report of claims ready to stipulate per review of R. Stone (A&M) and assign certain claims to analysts to resolve. |
| Richard Stone | 2/11/2010 | 0.4 | Analyze and assist FSC claims team in review of certain utility vendor claims. |
| Sean Hough | 2/11/2010 | 2.2 | Reconfiguration of subsidiary executory contract cure cost analysis with emphasis on non-broadcast rights claims according to feedback received from R. Stone (A&M). |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/11/2010 | 1.8 | Analysis of Schedule G data pertaining to executory contracts held at parent level and assignment of contact personnel associated with individual contracts as beginning point for contract cure analysis. |
| Brian Whittman | 2/12/2010 | 0.3 | Review first draft of trade claims summary. |
| Elizabeth Johnston | 2/12/2010 | 2.7 | Produce and review updated Active Claims Record Report, incorporating active filed claims information in report with previously scheduled claims. |
| Elizabeth Johnston | 2/12/2010 | 0.6 | Update the Active Claims Records Report based on additional detail provided by BART-generated reporting. |
| Jodi Ehrenhofer | 2/12/2010 | 0.6 | Follow up with B. Hauserman (Sidley) on any objection responses to current omnibus objections that were filed. |
| Jodi Ehrenhofer | 2/12/2010 | 0.4 | Meeting with M. Riordan (Tribune), R. Stone (A&M) and all ap claims reconciliation team to discuss stipulation process and talking points. |
| Jodi Ehrenhofer | 2/12/2010 | 0.6 | Review summary of claim updates from Epiq and ensure all updates were made in BART. |
| Jodi Ehrenhofer | 2/12/2010 | 0.7 | Review updated active claims report for accuracy and completeness. |
| Jodi Ehrenhofer | 2/12/2010 | 0.9 | Summarize changes to footnotes on active claims report detailing some changes on recommendations made to modify debtor between parent and subsidiary for B. Whittman (A&M). |
| Richard Stone | 2/12/2010 | 0.5 | Discussion with E. McGonigle (Tribune) regarding settlement procedure questions and claim analysis. |
| Richard Stone | 2/12/2010 | 0.8 | Participate in meeting with FSC claims team regarding claims settlement procedures, stipulation letters and call instructions. |
| Sean Hough | 2/12/2010 | 3.1 | Creation of subsidiary trade claim and cure cost analysis to display breakdown of broadcast rights claims vs. non-broadcast claims and potential recovery for trade creditors at different plan payout scenarios. |
| Sean Hough | 2/12/2010 | 0.3 | Refresh of parent company cure cost analysis template in preparation for internal review. |
| Sean Hough | 2/12/2010 | 0.2 | Review of latest draft of active claims report received from J. Ehrenhofer (A&M). |
| Sean Hough | 2/12/2010 | 0.4 | Research in claims filed by vendor affiliated with Morning Call at request of J. Ehrenhofer (A&M). |
| Tom Hill | 2/12/2010 | 1.2 | Review of trade claims. |
| Brian Whittman | 2/13/2010 | 0.3 | Correspondence with C. Bigelow and D. Liebentritt (Tribune) re: subsidiary trade claims treatment in plan of reorganization. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/13/2010 | 3.3 | Reconfiguration of subsidiary trade claim and cure cost analysis with emphasis on correction of filing case for vendors (0.3), breakout of claims filed by third party media vendors as well as claims trading firms (0.7), addition of footnote commentary (0.8), addition of statistical trade recovery data (0.6), quality control/formatting (0.4) and refresh of broadcast rights specific claims analysis (0.5). |
| Brian Whittman | 2/14/2010 | 0.3 | Correspondence with D. Liebentritt and C. Bigelow (Tribune) re: questions on trade claim analysis. |
| Jodi Ehrenhofer | 2/14/2010 | 1.1 | Create report of all claims with their anticipated adjusted amount to show a break down of potential claims in a convenience class. |
| Brian Whittman | 2/15/2010 | 0.4 | Review updated convenience class analysis. |
| Brian Whittman | 2/15/2010 | 0.2 | Review secured claim filings. |
| Brian Whittman | 2/15/2010 | 0.5 | Meeting with C. Bigelow (Tribune) re: subsidiary trade claims. |
| Elizabeth Johnston | 2/15/2010 | 0.9 | Create report regarding all claims objected to on the basis of wrong debtor named, identifying the previously asserted parent debtors. |
| Jodi Ehrenhofer | 2/15/2010 | 1.4 | Modify the active claims report to include priority classification of asserted claims. |
| Jodi Ehrenhofer | 2/15/2010 | 1.2 | Research all outstanding docketing errors and determine status with Epiq. |
| Richard Stone | 2/15/2010 | 0.2 | Discussion with D. Sanders (Tribune) regarding outstanding claims and Accounts Payable questions. |
| Richard Stone | 2/15/2010 | 0.4 | Discussion with M. Riordan (Tribune) regarding status of claims reconciliation and settlements. |
| Sean Hough | 2/15/2010 | 1.8 | Linkage of claim amounts and vendor reconciliation data from active claims report to parent company schedule G contracts as part of parent level executory contract cure analysis. |
| Sean Hough | 2/15/2010 | 0.5 | Segmentation of technology-related contracts from schedule G data and compilation of template to be distributed to Tribune Technology personnel regarding executory contracts at parent level. |
| Sean Hough | 2/15/2010 | 0.2 | Analysis of trade claims appearing to reference preference actions taken against Tribune by other bankruptcy entity. |
| Sean Hough | 2/15/2010 | 0.4 | Analysis of materials received from claims management personnel regarding trade claims that were originally filed in wrong case and have since been reconciled. |
| Sean Hough | 2/15/2010 | 0.6 | Review of contracts listed under parent company for Schedule G and compilation of work breakdown for A&M colleagues related to parent company trade claim cure cost analysis. |

> ***Tribune Company et al.,***
> ***Time Detail by Activity by Professional***
> ***February 1, 2010 through February 28, 2010***

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/15/2010 | 3.1 | Continue matching of claim information from active claims report to schedule G data for parent level executory contract cure analysis with focus on technology and telecommunications vendors. |
| Brian Whittman | 2/16/2010 | 0.2 | Correspondence with V. Garlati (Tribune) re: PHONES claim. |
| Elizabeth Johnston | 2/16/2010 | 1.4 | Confirm the amounts entitled to priority on active claims report match the filed amounts across all claims. |
| Elizabeth Johnston | 2/16/2010 | 2.1 | Production of the FaSCar report of analyst-reviewed claims for company review. |
| Jodi Ehrenhofer | 2/16/2010 | 0.7 | Review updated FaSCar report for accuracy and send to M. Riordan (Tribune). |
| Jodi Ehrenhofer | 2/16/2010 | 1.6 | Follow up with AP claim reconciliation on status of certain unreconciled claims. |
| Jodi Ehrenhofer | 2/16/2010 | 0.4 | Create summary of all Department of Labor claims for Sidley. |
| Jodi Ehrenhofer | 2/16/2010 | 1.3 | Review all claims with objection recommendation of satisfied claim for accuracy and determine if they are ready to be drafted on an objection. |
| Jodi Ehrenhofer | 2/16/2010 | 0.8 | Ensure all claims drafted on improper debtor objection are moving claims from subsidiary to subsidiary and reflect the same filed amount. |
| Jodi Ehrenhofer | 2/16/2010 | 0.9 | Prepare summary of all improper debtor claims ready to be included on upcoming objection. |
| Jodi Ehrenhofer | 2/16/2010 | 0.4 | Meeting with M. Riordan to discuss status of claim stipulation settlements. |
| Jodi Ehrenhofer | 2/16/2010 | 0.6 | Ensure that claims inadvertently filed for intercompany payables have been withdrawn. |
| Jodi Ehrenhofer | 2/16/2010 | 1.2 | Prepare summary drafted exhibit of all amended claims to be included on upcoming objection. |
| Jodi Ehrenhofer | 2/16/2010 | 0.8 | Follow up with R. Stone (A&M) on claims filed by retained professionals to determine if the claims could be valid or how to get them expunged. |
| Richard Stone | 2/16/2010 | 0.5 | Participate in meeting with M. Riordan and H. Amsden (Tribune) and J. Ehrenhofer (A&M) regarding update of claims reconciliation and settlement process. |
| Richard Stone | 2/16/2010 | 0.2 | Discussion with E. McGonigle (Tribune) regarding outstanding claims questions. |
| Richard Stone | 2/16/2010 | 0.3 | Prepare information and updates prior to claims reconciliation and settlement process status meeting with management. |
| Richard Stone | 2/16/2010 | 0.7 | Analyze claims information related to vendor 3647. |

*Exhibit D*

> ### *Tribune Company et al.,*
> ### *Time Detail by Activity by Professional*
> ### *February 1, 2010 through February 28, 2010*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/16/2010 | 0.8 | Respond to Tribune Interactive claims and contract questions and determine if invoices should remain on prepetition hold or pay via non-debtor status. |
| Sean Hough | 2/16/2010 | 3.2 | Construct analysis based off active claims register data to identify claims associated with non-captured, non-guarantor legal entities and provided description on nature of claims. |
| Sean Hough | 2/16/2010 | 0.5 | Dialogue with Tribune real estate personnel to determine current leasing status of properties that had been part of previous lease rejection motions. |
| Sean Hough | 2/16/2010 | 0.2 | Preparation and submission of subsidiary trade claim summary for G. Mazzaferri (Tribune). |
| Sean Hough | 2/16/2010 | 2.2 | Creation of functionality within active claims register file decipher trade claims filed at parent or subsidiary levels and identify claims that have been filed in wrong case and should be reassigned as part of parent company trade claim cure cost analysis. |
| Brian Whittman | 2/17/2010 | 0.5 | Review omnibus claims objections 16 through 18. |
| Jodi Ehrenhofer | 2/17/2010 | 0.7 | Ensure that claims under certain threshold are excluded from current settlement population. |
| Jodi Ehrenhofer | 2/17/2010 | 2.6 | Create report of all next round of claims currently approved for stipulations to distribute to claims team. |
| Jodi Ehrenhofer | 2/17/2010 | 1.1 | Update amended claim objection exhibit based on additional claims identified. |
| Jodi Ehrenhofer | 2/17/2010 | 0.6 | Circulate all drafted objection exhibits to company management for review. |
| Jodi Ehrenhofer | 2/17/2010 | 0.6 | Discussion with J. Griffin (Tribune) on certain payments made related to pre petition claims. |
| Jodi Ehrenhofer | 2/17/2010 | 1.2 | Prepare mailing file of all claims included on upcoming objections for Epiq. |
| Jodi Ehrenhofer | 2/17/2010 | 2.2 | Research all payment details related to claims drafted on satisfied claim objection. |
| Richard Stone | 2/17/2010 | 0.4 | Discussion with E. McGonigle (Tribune) regarding claims related questions and treatment in PeopleSoft. |
| Richard Stone | 2/17/2010 | 0.5 | Participate in weekly claims team reconciliation meeting. |
| Sean Hough | 2/17/2010 | 0.4 | Research into former employee severance claim at request of J. Ehrenhofer (A&M). |
| Sean Hough | 2/17/2010 | 0.4 | Dialogue with claims management team regarding claim filed against Tribune that reference possible preference action. |
| Sean Hough | 2/17/2010 | 1.2 | Preparation of summary of parent company trade claim cure cost summary for H. Boyd (Tribune) detailing process and role of technology of telecom claims. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/17/2010 | 0.6 | Creation of template specifically for large technology and telecom vendors as part of parent company trade claim cure cost analysis to be distributed to Tribune personnel. |
| Sean Hough | 2/17/2010 | 0.3 | Analysis of claims related to Valuation Research as part of cure cost analysis. |
| Sean Hough | 2/17/2010 | 2.7 | Completion of template for parent company trade claim cure cost analysis based of active claims register with preliminary work breakdown plan between A&M colleagues. |
| Brian Whittman | 2/18/2010 | 0.4 | Correspondence with J. Ludwig (Sidley) re: Department of Labor claim issues. |
| Brian Whittman | 2/18/2010 | 0.3 | Review debt claims reconciliation update. |
| Brian Whittman | 2/18/2010 | 0.2 | Correspondence with R. Stone (A&M) re: LAT vendor claim issue. |
| Doug Lewandowski | 2/18/2010 | 0.4 | Work with J. Ehrenhofer(AM) on the Word merge for the stipulated claims. |
| Jodi Ehrenhofer | 2/18/2010 | 1.3 | Create report of all claims requiring review by A&M to approve the modified claims for objection or stipulation. |
| Jodi Ehrenhofer | 2/18/2010 | 0.9 | Correspondence with EGI on status of amended proofs of claim. |
| Jodi Ehrenhofer | 2/18/2010 | 1.2 | Draft stipulation for trade claim settlements and circulate to Sidley for approval. |
| Jodi Ehrenhofer | 2/18/2010 | 0.3 | Advise ap claims reconciliation team on timing of stipulations to be provided. |
| Jodi Ehrenhofer | 2/18/2010 | 0.4 | Follow up with B. Whittman (A&M) on status of reconciled debt claims. |
| Jodi Ehrenhofer | 2/18/2010 | 0.7 | Advise S. Hough (A&M) on current status of certain amended claims related to contract cure analysis. |
| Jodi Ehrenhofer | 2/18/2010 | 1.6 | Follow up with AP claim reconciliation on status of certain unreconciled claims. |
| Jodi Ehrenhofer | 2/18/2010 | 1.6 | Review claims reconciled by ap claims reconciliation team where recommendation on claim was accept as filed. |
| Richard Stone | 2/18/2010 | 0.4 | Discussion with D. Sanders (Tribune) regarding claims issues related to a Tribune credit card processor. |
| Sean Hough | 2/18/2010 | 2.1 | Analysis of assigned parent company claims as part of cure cost analysis to determine nature of claims and Tribune contact person with emphasis on claims greater than $50,000. |
| Sean Hough | 2/18/2010 | 0.8 | Analysis of claims relating to Centerpoint Energy (0.5) and dialogue with claims management colleagues regarding correct legal entities at which claims should be filed (0.3). |
| Sean Hough | 2/18/2010 | 3.7 | Analysis of assigned parent company claims as part of cure cost analysis to determine nature of claims and Tribune contact person with emphasis on claims between $10,000 and $50,000. |

> ### *Tribune Company et al.,*
> ### *Time Detail by Activity by Professional*
> ### *February 1, 2010 through February 28, 2010*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/18/2010 | 0.4 | Reconciliation of Valuation Research claims in claims management software system. |
| Jodi Ehrenhofer | 2/19/2010 | 2.3 | Review claims reconciled by ap claims reconciliation team where recommendation on claim was to change asserted debtor. |
| Jodi Ehrenhofer | 2/19/2010 | 2.1 | Prepare summary of all claims reviewed by A&M with outstanding questions to address with claims reconciliation team. |
| Jodi Ehrenhofer | 2/19/2010 | 0.4 | Ensure that drafted objections have been signed and are ready to be filed. |
| Jodi Ehrenhofer | 2/19/2010 | 1.4 | Review population of all outstanding debt claims to determine any open issues that need to be reconciled. |
| Richard Stone | 2/19/2010 | 0.2 | Discussion with V. Garlati (Tribune) regarding certain retained professional claims. |
| Richard Stone | 2/19/2010 | 0.5 | Analyze claims information related to vendor 198517. |
| Richard Stone | 2/19/2010 | 1.0 | Analyze detailed status of unreconciled claims by FSC claims team and provide feedback to resolve issues. |
| Richard Stone | 2/19/2010 | 0.5 | Discussion with C. Zamora (Tribune) regarding reconciliation of media provider claim. |
| Sean Hough | 2/19/2010 | 0.3 | Dialogue with M. Bourgon regarding former employee claims. |
| Sean Hough | 2/19/2010 | 2.7 | Analysis of assigned parent company claims as part of cure cost analysis to determine nature of claims and Tribune contact person with emphasis on claims between $10,000 and $5,000. |
| Elizabeth Johnston | 2/20/2010 | 2.4 | Review of filed claims extract from claims agent, identifying newly filed claims to be loaded into BART and to incorporate updates. |
| Brian Whittman | 2/22/2010 | 0.2 | Review correspondence between M. Bourgon (Tribune) and S. Hough (A&M) re: former employee claim issues. |
| Jodi Ehrenhofer | 2/22/2010 | 1.8 | Approve all outstanding claims in BART for objection or stipulation based on responses from claims reconciliation team review and responses. |
| Jodi Ehrenhofer | 2/22/2010 | 0.2 | Follow up on outstanding trust trade payable claims to ensure they are being reconciled. |
| Jodi Ehrenhofer | 2/22/2010 | 1.3 | Review summary of steps to be taken by PeopleSoft IT team to make bankruptcy distribution and comment on potential changes. |
| Jodi Ehrenhofer | 2/22/2010 | 2.3 | Follow up with claims reconciliation team on claims flagged with questions from A&M team review. |
| Sean Hough | 2/22/2010 | 2.4 | Analysis of assigned parent company claims as part of cure cost analysis to determine nature of claims and Tribune contact person with emphasis on claims between $2,500 and $1,000. |
| Sean Hough | 2/22/2010 | 0.3 | Follow-up discussion with G. Rackett (Tribune) regarding Tata America claim. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/22/2010 | 1.8 | Analysis of assigned parent company claims as part of cure cost analysis to determine nature of claims and Tribune contact person with emphasis on claims between $5,000 and $2,500. |
| Sean Hough | 2/22/2010 | 0.2 | Creation of summary of progress to date on parent level trade claims analysis for M. Berger (A&M). |
| Sean Hough | 2/22/2010 | 0.6 | Dialogue with M. Bourgon (Tribune) regarding treatment of former employee claims where claim amounts had been flagged as contingent or unliquidated. |
| Sean Hough | 2/22/2010 | 0.3 | Discussion with R. Stone (A&M) regarding parent level executory contracts and update of contract review. |
| Elizabeth Johnston | 2/23/2010 | 2.2 | Production of the FaSCar report of analyst-reviewed claims for company review. |
| Jodi Ehrenhofer | 2/23/2010 | 1.3 | Review claims reconciled by ap claims reconciliation team where recommendation on claim was to change asserted priority classification. |
| Jodi Ehrenhofer | 2/23/2010 | 1.8 | Review claims reconciled by ap claims reconciliation team where recommendation on claim was to disallow the claim for various reasons. |
| Jodi Ehrenhofer | 2/23/2010 | 1.4 | Follow up with claims reconciliation team on claims reviewed with questions. |
| Jodi Ehrenhofer | 2/23/2010 | 0.9 | Approve all outstanding claims in BART for objection or stipulation based on responses from claims reconciliation team review and responses. |
| Jodi Ehrenhofer | 2/23/2010 | 0.6 | Review updated FaSCar report for accuracy and send to M. Riordan (Tribune). |
| Richard Stone | 2/23/2010 | 0.4 | Analyze claims and Accounts Payable information related to vendor 151677. |
| Richard Stone | 2/23/2010 | 0.8 | Analyze claims information submitted by ordinary course professionals. |
| Richard Stone | 2/23/2010 | 0.3 | Analyze claims information related to vendor 9477. |
| Richard Stone | 2/23/2010 | 1.4 | Analyze claims information related to vendor 757. |
| Sean Hough | 2/23/2010 | 0.4 | Dialogue with Tribune technology personnel regarding information needed for parent company cure cost analysis. |
| Jodi Ehrenhofer | 2/24/2010 | 0.8 | Review summary of claim updates from Epiq and ensure all updates were made in BART. |
| Jodi Ehrenhofer | 2/24/2010 | 2.3 | Prepare stipulations for first 100 claims that were handed out to claims reconciliation team. |
| Jodi Ehrenhofer | 2/24/2010 | 0.6 | Discuss coordination sending and collecting stipulations with M. Riordan (Tribune). |
| Jodi Ehrenhofer | 2/24/2010 | 0.9 | Create process to pre populate all form stipulations with claims information from database. |

Exhibit D

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/24/2010 | 0.7 | Prepare sample highlight stipulation to hand out to claims reconciliation team to show what is unique to each claim so they can discuss with individual claimants. |
| Jodi Ehrenhofer | 2/24/2010 | 1.4 | Prepare summary of additional settlement details and send to ap claims reconciliation team. |
| Richard Stone | 2/24/2010 | 0.5 | Participate in weekly claims reconciliation meeting with FSC claims team. |
| Richard Stone | 2/24/2010 | 0.5 | Review claims stipulation shell document and email message for use for FSC claims reconciliation team. |
| Richard Stone | 2/24/2010 | 0.5 | Analyze media claims and related third party vendor reconciliation information performed by FSC claims team. |
| Sean Hough | 2/24/2010 | 0.7 | Meeting with G. Mazzaferri (Tribune) to discuss subsidiary trade claim cure cost analysis. |
| Sean Hough | 2/24/2010 | 0.3 | Review of previous contract review synopsis distributed by B. Whittman. |
| Sean Hough | 2/24/2010 | 0.4 | Analysis of updated draft of parent company vendor contract cure analysis template received from M. Berger (A&M). |
| Sean Hough | 2/24/2010 | 0.5 | Update of subsidiary contract cure analysis as per feedback from G. Mazzaferri (Tribune). |
| Sean Hough | 2/24/2010 | 0.4 | Dialogue with M. Bourgon regarding former employee claims filed by outside counsel that were not part of Hewitt analysis. |
| Sean Hough | 2/24/2010 | 0.6 | Research into nature of claims for specified vendor recorded in subsidiary cure cost analysis at request of G. Mazzaferri (Tribune) and preparation of summary. |
| Jodi Ehrenhofer | 2/25/2010 | 0.9 | Follow up with AP claim reconciliation on status of certain unreconciled claims and claims being questioned in A&M review. |
| Jodi Ehrenhofer | 2/25/2010 | 2.6 | Identify population of claims to be included on next settlement report to send to H. Amsden and G. Mazzaferri (both Tribune). |
| Richard Stone | 2/25/2010 | 1.1 | Analyze claims information related to vendor 6550. |
| Richard Stone | 2/25/2010 | 0.9 | Analyze media claims and related third party vendor reconciliation information performed by FSC claims team. |
| Richard Stone | 2/25/2010 | 0.5 | Discussion with G. Rackett (Tribune) regarding claims reconciliation questions. |
| Brian Whittman | 2/26/2010 | 0.2 | Call with K. Lantry (Sidley) re: former employee claims. |
| Brian Whittman | 2/26/2010 | 0.3 | Review priority claim analysis. |
| Jodi Ehrenhofer | 2/26/2010 | 1.7 | Review claims reconciled by ap claims reconciliation team where recommendation on claim was to reduce the claim amount. |
| Sean Hough | 2/26/2010 | 0.4 | Research into previous analysis done on priority calculations associated with former employee claims. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/26/2010 | 0.8 | Conduct refresh of previous analysis done around former employee claimants represented by specific outside counsel. |
| Jodi Ehrenhofer | 2/28/2010 | 1.6 | Prepare report detailing next round of claims to settle or accept for H. Amsden and G. Mazzaferri (both Tribune). |
| **Subtotal** | | **240.1** | |

## Communication

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/17/2010 | 0.6 | Review draft press release and other communication materials. |
| Brian Whittman | 2/17/2010 | 0.3 | Discussion with G. Weitman (Tribune) re: bankruptcy communication materials. |
| **Subtotal** | | **0.9** | |

## Contract

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/1/2010 | 1.0 | Analyze certain contract information related to subsidiary level prepetition balances. |
| Richard Stone | 2/3/2010 | 0.7 | Analyze certain contract information related to subsidiary level prepetition balances. |
| Brian Whittman | 2/4/2010 | 0.3 | Review Helicopter vendor contract. |
| Brian Whittman | 2/6/2010 | 0.2 | Correspondence with G. Mazzaferri re: Warner Brothers contract. |
| Richard Stone | 2/8/2010 | 0.4 | Discussion with S. Hough (A&M) regarding subsidiary level executory contracts and update of contract review. |
| Sean Hough | 2/8/2010 | 0.4 | Meeting with R. Stone (A&M) to discuss latest progress on potential executory cure cost analysis at subsidiary level and next steps involving contracted telecom vendors. |
| Richard Stone | 2/9/2010 | 0.5 | Compile complete listing of Schedule G contracts at request of counsel. |
| Mark Berger | 2/12/2010 | 0.5 | Meeting with R. Stone and S. Hough (A&M) to discuss strategy for cure cost analysis at parent company level and next steps/responsibilities. |
| Mark Berger | 2/12/2010 | 2.2 | Update cure analysis file with pertinent info related to contractual relationship of vendors with Tribune Company. |
| Mark Berger | 2/12/2010 | 1.1 | Analyze Schedule G to determine contractual relationships throughout Parent company. |

<div style="border:1px solid">

**Exhibit D**

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*

</div>

## Contract

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Richard Stone | 2/12/2010 | 0.5 | Meeting with M. Berger and S. Hough (A&M) to discuss strategy for cure cost analysis at parent company level and next steps/responsibilities. |
| Richard Stone | 2/12/2010 | 1.8 | Analyze certain parent level contracts related to technology vendors. |
| Sean Hough | 2/12/2010 | 0.5 | Meeting with M. Berger and R. Stone (A&M) to discuss strategy for cure cost analysis at parent company level and next steps/responsibilities. |
| Richard Stone | 2/15/2010 | 2.3 | Analyze advertising contract information provided by J. Trinchere (Tribune) related to largest outstanding credit balances. |
| Richard Stone | 2/15/2010 | 0.3 | Analyze preliminary list of parent level contracts and associated prepetition balances. |
| Sean Hough | 2/15/2010 | 0.3 | Preparation of contracts and submission of information request to Sidley Austin regarding potential amendment of vendor contract. |
| Richard Stone | 2/17/2010 | 0.7 | Analyze certain subsidiary contracts for vendors with large prepetition unpaid balances for executory contract review. |
| Richard Stone | 2/17/2010 | 3.5 | Analyze advertising contract information provided by J. Trinchere (Tribune) related to largest outstanding credit balances. |
| Richard Stone | 2/18/2010 | 1.0 | Continue to analyze advertising contract information provided by J. Trinchere (Tribune) related to largest outstanding credit balances. |
| Sean Hough | 2/19/2010 | 0.3 | Dialogue with Sidley Austin and Tribune personnel regarding new contract to be signed with real estate management vendor. |
| Richard Stone | 2/22/2010 | 0.3 | Discussion with S. Hough (A&M) regarding parent level executory contracts and update of contract review. |
| Richard Stone | 2/23/2010 | 1.5 | Analyze certain technology related contracts that reside at the parent and subsidiary level for purposes of executory contract analysis. |
| Mark Berger | 2/24/2010 | 1.5 | Discussion with S. Hough regarding assignment of tasks and next steps for parent company vendor contract cure analysis |
| Mark Berger | 2/24/2010 | 2.3 | Continue to compare Schedule G to parent company claims/scheduled records analysis in order to determine possible cure costs at parent company. |
| Sean Hough | 2/24/2010 | 1.5 | Discussion with M. Berger regarding assignment of tasks and next steps for parent company vendor contract cure analysis. |
| Sean Hough | 2/24/2010 | 0.2 | Dialogue with Sidley Austin regarding delivery of contracts for top 100 Tribune vendors. |
| Brian Whittman | 2/25/2010 | 1.0 | Review additional contract analysis. |
| Mark Berger | 2/25/2010 | 0.4 | Analyze initial listing of telecom and technology vendors as part of parent company cure cost analysis. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Contract

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/25/2010 | 1.1 | Divide work product for top debtor contract analysis strategically as to align relationships, vendors and contact people in the best possible way. |
| Mark Berger | 2/25/2010 | 0.8 | Discussion with relevant parties re: top contract refresh project. |
| Mark Berger | 2/25/2010 | 2.6 | Research invoices in accounting system and BART to determine best contact person for Parent Company cure cost exercise. |
| Mark Berger | 2/25/2010 | 0.7 | Discussion with S. Hough (A&M) to analyze top 100 vendor contract data from Jun 2009 and formulate next steps for refresh analysis |
| Mark Berger | 2/25/2010 | 2.4 | Continue to research invoices in PeopleSoft to determine contact person for vendors with scheduled record or claim at Tribune Company. |
| Sean Hough | 2/25/2010 | 0.7 | Discussion with M. Berger to analyze top 100 vendor contract data from Jun 2009 and formulate next steps for refresh analysis. |
| Sean Hough | 2/25/2010 | 0.5 | Review of revised template distributed by M. Berger (A&M) for top 100 vendor contract refresh analysis. |
| Sean Hough | 2/25/2010 | 0.8 | Preparation of materials for delivery of contracts for top 100 Tribune vendors to Sidley Austin for review. |
| Mark Berger | 2/26/2010 | 1.2 | Draft emails to relevant contact people depending on vendor for parent company cure exercise to determine if contractual relationship exists. |
| Mark Berger | 2/26/2010 | 0.8 | Correspondence with real estate and legal group re: contractual relationships at Tribune Company. |
| **Subtotal** | | **38.8** | |

## Creditor

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/1/2010 | 0.4 | Correspondence with B. Krakauer (Sidley) re: open issues from questions raised by FTI and HBD. |
| Brian Whittman | 2/1/2010 | 0.2 | Review guarantor subsidiary board information for response to question from B. Hall (Alix). |
| Brian Whittman | 2/1/2010 | 0.2 | Correspondence with P. Shanahan re: tax questions from Blackstone. |
| Brian Whittman | 2/1/2010 | 0.6 | Work on responses to questions from H. Lee (Alix). |
| Stuart Kaufman | 2/1/2010 | 1.7 | Draft response to questions raised by Alix regarding LATI. |
| Stuart Kaufman | 2/1/2010 | 1.8 | Update draft response to questions raised by Alix regarding LATI. |

> ### *Tribune Company et al.,*
> ### *Time Detail by Activity by Professional*
> ### *February 1, 2010 through February 28, 2010*

## Creditor

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Stuart Kaufman | 2/1/2010 | 1.5 | Draft response to questions raised by Alix regarding intercompany payables. |
| Brian Whittman | 2/2/2010 | 0.2 | Correspondence with G. Lawrence (FTI) re: financial information for bank group. |
| Brian Whittman | 2/2/2010 | 0.3 | Discussion with D. Liebentritt re: preparation for meeting in NY with bank and UCC financial advisors. |
| Brian Whittman | 2/3/2010 | 2.7 | Meeting with UCC professionals including G. Bush (Zuckerman), H. Seife (Chadbourne), A. Holtz (Alix), Tribune (D. Liebentritt), Lazard, and Sidley re: plan negotiations. |
| Brian Whittman | 2/3/2010 | 0.7 | Meeting with DPW (D. Bernstein, D. Schaible), K. Kelly (JPM), FTI, Blackstone, Lazard, D. Liebentritt (Tribune), and Sidley re: plan negotiations. |
| Brian Whittman | 2/3/2010 | 3.3 | Meeting with HBD (B. Bennett, J. Johnston, R. Gerger), certain senior lenders, D. Liebentritt (Tribune), Lazard and Sidley re: plan negotiations. |
| Brian Whittman | 2/4/2010 | 1.5 | Participate in portion of meeting between Tribune, Sidley, Lazard and the Senior Lender Steering Committee via phone. |
| Stuart Kaufman | 2/4/2010 | 0.5 | Review June 2007 financial statements as requested by Alix. |
| Tom Hill | 2/4/2010 | 1.5 | Participate in portion of meeting between Tribune, Sidley, Lazard and the Senior Lender Steering Committee via phone. |
| Brian Whittman | 2/5/2010 | 0.4 | Call with C. Nicholls (FTI), G. Lawrence (FTI), and R. Gerger (HBD) re: intercompany claims. |
| Brian Whittman | 2/5/2010 | 0.5 | Call with A. Holtz (Alix) re: creditor inquiries on claims, transactions. |
| Brian Whittman | 2/5/2010 | 0.3 | Correspondence with H. Lee (Alix) re response to questions on intercompany matters. |
| Brian Whittman | 2/6/2010 | 0.5 | Correspondence with A. Leung (Alix) re: information request on former employee claims. |
| Brian Whittman | 2/8/2010 | 0.2 | Correspondence with D. Deutsche (Chadbourne) re: former employee claims. |
| Brian Whittman | 2/8/2010 | 2.8 | Prepare settlement analysis for discussions with creditors. |
| Brian Whittman | 2/9/2010 | 0.3 | Call with C. Nicholls and G. Lawrence (FTI) re: questions on recovery analysis. |
| Brian Whittman | 2/9/2010 | 0.3 | Correspondence with R. Gerger (HBD) re: non-consolidated entities (.2) and follow-up call re same (.1). |
| Brian Whittman | 2/9/2010 | 0.2 | Call with B. Krakauer to review discussion with FTI on intercompany claims. |
| Brian Whittman | 2/9/2010 | 1.6 | Call with FTI (C. Taylor, C. Nicholls, G. Lawrence) HBD (R. Gerger) and A&M (T. Hill, S. Kaufman, M. Frank) re: intercompany balances. |

> ### *Tribune Company et al.,*
> ### *Time Detail by Activity by Professional*
> ### *February 1, 2010 through February 28, 2010*

## Creditor

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/9/2010 | 0.2 | Correspondence with G. Lawrence (FTI) re: information request on parent company claims. |
| Matthew Frank | 2/9/2010 | 1.6 | Conference call with C. Nicholls (FTI), C. Taylor (FTI), G. Lawrence (FTI),  R. Gerger (HBD), S. Mandava (Lazard), T. Hill (A&M), B. Whittman (A&M), S. Kaufman (A&M) to review Tribune intercompany summary. |
| Matthew Frank | 2/9/2010 | 1.1 | Changes to summary recovery scenarios output support document for call with creditors advisors. |
| Stuart Kaufman | 2/9/2010 | 0.8 | Review proposed material for conference call with FTI. |
| Stuart Kaufman | 2/9/2010 | 1.6 | Conference call with C. Nicholls (FTI), C. Taylor (FTI), G. Lawrence(FTI),  R. Gerger, (HBD), S. Mandava (Lazard) and A&M (T. Hill , B. Whittman, M. Frank) to review Tribune intercompany summary. |
| Tom Hill | 2/9/2010 | 1.6 | Attendance on call with FTI (C. Taylor, C. Nicholls, G. Lawrence), HBD (R. Gerger) and A&M (B. Whittman, S. Kaufman, M. Frank) on intercompany balances. |
| Matthew Frank | 2/10/2010 | 0.5 | Review publishing flash, broadcasting pacing, weekly cash file prior to distribution to creditors advisors. |
| Matthew Frank | 2/10/2010 | 0.2 | Respond to A. Leung (Alix) on cash forecast question. |
| Brian Whittman | 2/12/2010 | 0.3 | Call with F. Huffard (Blackstone) re: cash treatment in POR. |
| Brian Whittman | 2/13/2010 | 0.2 | Correspondence with C. Taylor (FTI) re: unsecured claims information. |
| Brian Whittman | 2/15/2010 | 0.3 | Correspondence with B. Krakauer (Sidley) re: plan discussions with FTI. |
| Brian Whittman | 2/15/2010 | 0.4 | Call with C. Taylor (FTI) re: plan distribution issues. |
| Brian Whittman | 2/15/2010 | 0.3 | Call with M. Buschmann (Blackstone) re: proposed cash treatment in plan of reorganization. |
| Brian Whittman | 2/16/2010 | 0.5 | Call with R. Gerger (HBD) and S. Mandava (Lazard) re: plan issues. |
| Brian Whittman | 2/16/2010 | 0.6 | Call with C. Taylor (FTI), S. Mandava (Lazard) re: plan issues. |
| Brian Whittman | 2/16/2010 | 0.2 | Correspondence with M. Buschmann (Blackstone) re: lender cash distribution. |
| Tom Hill | 2/16/2010 | 0.4 | Review comments from R. Gerger (HBD) on Plan issues. |
| Tom Hill | 2/16/2010 | 0.5 | Review comments from C. Taylor (FTI) on Plan issues. |
| Tom Hill | 2/17/2010 | 0.4 | Obtain update on creditor meetings in NY from Lazard. |
| Brian Whittman | 2/18/2010 | 0.2 | Correspondence with G. Lawrence (FTI) re: financial information. |
| Brian Whittman | 2/18/2010 | 0.3 | Call with F. Huffard and M. Buschmann (Blackstone) re: cash treatment in plan of reorganization. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Creditor

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/18/2010 | 0.5 | Review of analysis of letters of credit (.3) and correspondence with C. Nicholls (FIT) re: same (.2). |
| Brian Whittman | 2/19/2010 | 0.5 | Meeting with C. Bigelow and N. Larsen re: financial information to communicate with UCC and bank steering committee. |
| Brian Whittman | 2/19/2010 | 0.2 | Call with C. Taylor and G. Lawrence (FTI) re: Q4 results. |
| Tom Hill | 2/19/2010 | 1.6 | Review of MIP information  and Mercer study to be provided to Alix. |
| Tom Hill | 2/19/2010 | 1.4 | Coordinate creditors meeting with Alix, Blackstone, FTI and Moelis for March 10. |
| Brian Whittman | 2/20/2010 | 0.3 | Correspondence with C. Taylor (FTI) and A. Holtz (Alix) re: DIP financing. |
| Brian Whittman | 2/20/2010 | 0.3 | Correspondence with A. Holtz (Alix) and F. Huffard (Blackstone) re: incentive programs. |
| Brian Whittman | 2/20/2010 | 0.5 | Correspondence with C. Taylor (FTI) and A. Holtz (Alix) re: 2010 budget and 5 year plan. |
| Brian Whittman | 2/22/2010 | 0.1 | Call with C. Taylor (FTI) re: 2010 plan meeting. |
| Brian Whittman | 2/22/2010 | 0.2 | Coordinate logistics on company presentation on 2010 plan. |
| Brian Whittman | 2/22/2010 | 0.4 | Review questions from J. Byrne (FTI). |
| Brian Whittman | 2/23/2010 | 0.7 | Correspondence with C. Taylor (FTI) and A. Holtz (Alix) re: pending amendments to bankruptcy schedules. |
| Brian Whittman | 2/23/2010 | 0.9 | Research questions from A. Leung (Alix) on local bonus payments (.7) and correspondence with A. Leung (Alix) re same (.2). |
| Brian Whittman | 2/23/2010 | 0.1 | Correspondence with J. Wander (Blackstone) re: MIP information. |
| Brian Whittman | 2/23/2010 | 0.4 | Draft preliminary agenda for 2010 budget presentation. |
| Brian Whittman | 2/23/2010 | 0.5 | Review updates to MIP payment schedule (.3) and correspondence with A. Holtz (Alix) re: same (.2). |
| Brian Whittman | 2/23/2010 | 1.0 | Call with FTI (C. Taylor, C. Nicholls, G. Lawrence, J. Byrne) and Tribune (C. Bigelow, H. Amsden, G. Mazzaferri) and T. Hill (A&M) re: Q4 2009 results. |
| Matthew Frank | 2/23/2010 | 0.5 | Review information provided by N. Chakiris (Tribune) to respond to A. Leung (Alix) request for historical financial information. |
| Tom Hill | 2/23/2010 | 1.0 | Attendance on call with FTI (C. Taylor, C. Nicholls, G. Lawrence, J. Byrne), Tribune (C. Bigelow, H. Amsden, G. Mazzaferri) and A&M (B. Whittman) to review Q4 2009 results. |
| Brian Whittman | 2/24/2010 | 0.4 | Call with F. Huffard (Blackstone) re: question on cash. |
| Brian Whittman | 2/24/2010 | 0.4 | Respond to question from A. Leung (Alix) re: local bonus payments. |

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Creditor

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Tom Hill | 2/24/2010 | 0.4 | Review weekly pacing reports for broadcasting in preparation for creditor call. |
| Tom Hill | 2/24/2010 | 0.5 | Review week 8 cash forecast in preparation for creditor call. |
| Tom Hill | 2/24/2010 | 0.3 | Review weekly flash reports for publishing in preparation for creditor call. |
| Brian Whittman | 2/25/2010 | 0.3 | Call with M. Buschmann (Blackstone) re: 2010 MIP. |
| Brian Whittman | 2/25/2010 | 0.3 | Correspondence with A. Leung (Alix) re: former employee claims. |
| Brian Whittman | 2/25/2010 | 0.5 | Call with Alix (A. Holtz, B. Hall, A. Leung) and Tribune (C. Bigelow, M. Bourgon) re: 2010 MIP and emergence incentive plans. |
| Brian Whittman | 2/25/2010 | 0.4 | Periodic call with bank/UCC advisors and Tribune (C. Bigelow, G. Mazzaferri, B. Litman, J. Rodden, and V. Garlati) re: January results and weekly flash performance. |
| Matthew Frank | 2/25/2010 | 0.2 | Review 2010 P1 brown book file prior to distribution to creditors advisors. |
| Tom Hill | 2/25/2010 | 0.5 | Attendance on status call with creditor financial advisors. |
| Brian Whittman | 2/26/2010 | 0.3 | Update preliminary agenda for 2010 budget presentation. |
| Brian Whittman | 2/26/2010 | 0.2 | Call with R. Gerger (HBD) re: information requests. |
| Brian Whittman | 2/26/2010 | 0.5 | Correspondence with D. Deutsch (Chadbourne) and A. Holtz (Alix) re: former employee claims. |

| **Subtotal** | | **52.7** | |
|---|---|---|---|

## Employee

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/1/2010 | 0.3 | Review draft report to compensation committee on 2009 MIP. |
| Brian Whittman | 2/2/2010 | 0.5 | Call with C. Bigelow (Tribune) and J. Lotsoff (Sidley) re: board report on 2009 MIP. |
| Brian Whittman | 2/2/2010 | 0.4 | Review proposed 2010 MIP plan. |
| Brian Whittman | 2/3/2010 | 0.4 | Review proposed emergence incentive programs. |
| Sean Hough | 2/17/2010 | 1.0 | Analysis of file forward by R. Stone (A&M) from Tribune personnel detailing tracking of 2009 employee bonus payments and identification of errors within file to explain variance with previous bonus calculations. |
| Brian Whittman | 2/19/2010 | 0.4 | Review emergence equity program. |

<div style="border:1px solid">

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*
</div>

*Exhibit D*

## Employee

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/20/2010 | 0.2 | Review summary of MIP distributions. |
| **Subtotal** | | **3.2** | |

## Fee Application

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mary Napoliello | 2/13/2010 | 1.2 | Work on exhibits for December statement. |
| Mary Napoliello | 2/16/2010 | 2.6 | Review data and prepare exhibits for December statement. |
| Mary Napoliello | 2/16/2010 | 2.8 | Finalize first draft of December exhibits and forward to B. Whittman (A&M). |
| Mary Napoliello | 2/18/2010 | 0.3 | Review case docket for CNO data. |
| Mary Napoliello | 2/18/2010 | 2.6 | Prepare draft of December cover sheet and application. |
| Mary Napoliello | 2/18/2010 | 1.3 | Incorporate edits to December exhibits. |
| Brian Whittman | 2/19/2010 | 0.3 | Review December fee application. |
| **Subtotal** | | **11.1** | |

## Leases and Real Estate

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/10/2010 | 1.0 | Meeting with K. Hackett (Tribune), S. Pater (Tribune) regarding lease rejection damage claims. |
| Brian Whittman | 2/24/2010 | 0.6 | Meeting with S. Pater (Tribune), M. Frank (A&M) regarding real estate claims. |
| Matthew Frank | 2/24/2010 | 0.6 | Meeting with S. Pater (Tribune), B. Whittman (A&M) regarding real estate claims. |
| Matthew Frank | 2/25/2010 | 0.2 | Respond to K. Hackett (Tribune) on security deposits. |
| **Subtotal** | | **2.4** | |

## Liquidation Analysis

| Professional | Date | Hours | Activity |
|---|---|---|---|

*Exhibit D*

> **_Tribune Company et al.,_**
> **_Time Detail by Activity by Professional_**
> **_February 1, 2010 through February 28, 2010_**

## Liquidation Analysis

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Stuart Kaufman | 2/4/2010 | 1.3 | Mapp P12 2009 legal entity financial statements to source data for liquidation analysis. |
| Stuart Kaufman | 2/4/2010 | 2.8 | Update liquidation output model based upon 2009 financial statements by legal entity. |
| Stuart Kaufman | 2/4/2010 | 1.0 | Review P12 2009 legal Entity financial statements. |
| Stuart Kaufman | 2/5/2010 | 1.2 | Develop P12 balance sheet in liquidation analysis. |
| Stuart Kaufman | 2/7/2010 | 4.0 | Draft liquidation analysis based upon revised P12 balances sheet, valuations. |
| Stuart Kaufman | 2/8/2010 | 1.9 | Review of admin intercompany balances as of P12 2009. |
| Stuart Kaufman | 2/8/2010 | 2.7 | Roll forward of intercompany administrative claims in recovery model for liquidation analysis. |
| Stuart Kaufman | 2/8/2010 | 1.7 | Update liquidation analysis based upon revised P12 balances sheet, valuations. |
| Stuart Kaufman | 2/9/2010 | 1.7 | Update recovery model to reflect administrative claim status of general unsecured claims. |
| Stuart Kaufman | 2/10/2010 | 2.0 | Update recovery output model based upon updated scenario model. |
| Stuart Kaufman | 2/10/2010 | 3.7 | Update recovery model to reflect IC admin claims. |
| Matthew Frank | 2/11/2010 | 1.7 | Updates to chapter 7 estimated costs within liquidation framework for liquidation analysis. |
| Matthew Frank | 2/11/2010 | 2.6 | Review of liquidation analysis intercompany model file for updating with new expected emergence date. |
| Stuart Kaufman | 2/11/2010 | 0.7 | Review liquidation model output. |
| Stuart Kaufman | 2/11/2010 | 2.4 | Update recovery model to reflect corrected recovery values. |
| Stuart Kaufman | 2/11/2010 | 1.8 | Adjust intercompany admin claims matrix. |
| Stuart Kaufman | 2/11/2010 | 2.1 | Update liquidation model to reflect change to recovery model. |
| Stuart Kaufman | 2/12/2010 | 0.5 | Review liquidation analysis model output. |
| Stuart Kaufman | 2/12/2010 | 1.9 | Update liquidation analysis based upon revised intercompany administrative matrix. |
| Stuart Kaufman | 2/12/2010 | 1.6 | Revise liquidation model to correctly calculated recovery values. |
| Stuart Kaufman | 2/12/2010 | 1.0 | Update liquidation model based upon revised recovery model. |
| Stuart Kaufman | 2/12/2010 | 1.1 | Correct liquidation model to reflect over allocation of value. |
| Stuart Kaufman | 2/12/2010 | 0.7 | Review liquidation analysis model output. |
| Matthew Frank | 2/14/2010 | 0.5 | Review updated liquidation analysis file from S. Kaufman (A&M). |

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Liquidation Analysis

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Stuart Kaufman | 2/14/2010 | 1.7 | Update liquidation analysis to correct for admin claims. |
| Matthew Frank | 2/15/2010 | 0.7 | Review liquidation analysis intercompany model analysis from S. Kaufman (A&M). |
| Stuart Kaufman | 2/15/2010 | 1.9 | Adjust model based upon corrected pension calculation. |
| Stuart Kaufman | 2/15/2010 | 0.8 | Review latest draft of liquidation analysis output. |
| Stuart Kaufman | 2/15/2010 | 1.6 | Update recovery model based upon updated liquidation analysis. |
| Stuart Kaufman | 2/15/2010 | 2.7 | Update to liquidation analysis model. |
| Stuart Kaufman | 2/15/2010 | 2.8 | Update to recovery model for use in liquidation analysis. |
| Matthew Frank | 2/16/2010 | 2.6 | Update to liquidation analysis intercompany file for intercompany adjustments. |
| Matthew Frank | 2/16/2010 | 1.3 | Changes to liquidation analysis cost buildup file given updates in intercompany recovery analysis output. |
| Matthew Frank | 2/16/2010 | 1.9 | Additional changes to source data buildup with adjustments for updated balance sheet. |
| Matthew Frank | 2/16/2010 | 2.1 | Continue development of real estate taxes, commissions based on refresh quick sale liquidation values from Tribune real estate. |
| Stuart Kaufman | 2/16/2010 | 1.7 | Review detailed output from liquation analysis model. |
| Stuart Kaufman | 2/16/2010 | 2.0 | Update liquidation model to reflect pension claims recovery. |
| Stuart Kaufman | 2/16/2010 | 2.5 | Correct liquidation model to reflect over allocation of value. |
| Stuart Kaufman | 2/16/2010 | 1.7 | Revise liquidation model to reflect pension claims recovery. |
| Matthew Frank | 2/17/2010 | 2.7 | Review output from updated liquidation analysis file compared to prior draft version. |
| Matthew Frank | 2/17/2010 | 2.4 | Additional changes to liquidation analysis intercompany recovery file to adjust for updated net value buildup. |
| Matthew Frank | 2/17/2010 | 1.9 | Changes to output tabs for new sub category for liquidation analysis per updated plan discussions. |
| Matthew Frank | 2/17/2010 | 1.1 | Development of additional subtotal category for liquidation analysis. |
| Stuart Kaufman | 2/17/2010 | 2.3 | Revise liquidation to updated for $5.9 billion valuation. |
| Stuart Kaufman | 2/17/2010 | 1.6 | Update liquidation analysis. |
| Stuart Kaufman | 2/17/2010 | 2.5 | Update revised version of liquidation analysis. |
| Stuart Kaufman | 2/17/2010 | 2.3 | Revise liquidation to updated for $5.9 billion valuation. |
| Brian Whittman | 2/18/2010 | 2.0 | Meeting with S. Kaufman (A&M), M. Frank (A&M) to review updated draft liquidation analysis. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Liquidation Analysis

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/18/2010 | 2.0 | Meeting with B. Whittman (A&M), S. Kaufman (A&M) on draft liquidation analysis updates. |
| Matthew Frank | 2/18/2010 | 1.0 | Updates to liquidation analysis intercompany model per related emergence date updated data. |
| Stuart Kaufman | 2/18/2010 | 2.0 | Meeting with B. Whittman (A&M), M. Frank (A&M) to review updated draft liquidation analysis. |
| Matthew Frank | 2/19/2010 | 1.3 | Updates to real estate related costs in liquidation analysis file. |
| Matthew Frank | 2/19/2010 | 2.2 | Updates to balance sheet flow of data in liquidation analysis file. |
| Matthew Frank | 2/19/2010 | 1.9 | Updates to tax basis information in liquidation analysis file. |
| Sean Hough | 2/19/2010 | 0.5 | Discussion with H. Roman (Tribune) regarding information required to update severance estimates for liquidation analysis. |
| Tom Hill | 2/19/2010 | 2.2 | Review draft of liquidation analysis. |
| Matthew Frank | 2/21/2010 | 1.0 | Liquidation analysis alternative pension modeling. |
| Brian Whittman | 2/22/2010 | 0.5 | Review of liquidation analysis updates with M. Frank (A&M), S. Kaufman (A&M). |
| Brian Whittman | 2/22/2010 | 0.7 | Review updates to liquidation analysis. |
| Brian Whittman | 2/22/2010 | 0.3 | Review real estate information for liquidation analysis. |
| Matthew Frank | 2/22/2010 | 1.4 | Related changes to output file for alternative payment of pension costs for liquidation analysis. |
| Matthew Frank | 2/22/2010 | 2.9 | Development of alternative handling of pension cost in liquidation analysis intercompany model file. |
| Matthew Frank | 2/22/2010 | 0.5 | Review of liquidation analysis updates with B. Whittman (A&M), S. Kaufman (A&M). |
| Matthew Frank | 2/22/2010 | 1.9 | Continue changes on liquidation analysis for alternative pension summary format. |
| Stuart Kaufman | 2/22/2010 | 0.5 | Review of liquidation analysis updates with B. Whittman (A&M), M. Frank (A&M). |
| Stuart Kaufman | 2/22/2010 | 2.4 | Update holding period corporate costs based upon 2010 corporate budget. |
| Stuart Kaufman | 2/22/2010 | 2.7 | Update liquidation model based upon review by B. Whittman (A&M), M. Frank (A&M). |
| Matthew Frank | 2/23/2010 | 2.0 | Updates to liquidation analysis output summary to capture totals by various splits of legal entity categories for disclosure statement summary. |
| Matthew Frank | 2/23/2010 | 2.9 | Updates to balance sheet support data in liquidation analysis including tie out to source data. |
| Matthew Frank | 2/23/2010 | 2.6 | Continue adjustments to support tabs in liquidation analysis file. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Liquidation Analysis

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/23/2010 | 0.5 | Adjustments to tax payout summary tab in liquidation analysis model file as support exhibit. |
| Matthew Frank | 2/23/2010 | 1.0 | Updates to exhibit support for liquidation analysis model file for inclusion in disclosure statement. |
| Matthew Frank | 2/23/2010 | 0.5 | Review of real estate dispositions output in liquidation analysis model file as support exhibit. |
| Sean Hough | 2/23/2010 | 1.2 | Update of previous severance estimation model for liquidation analysis with newly received raw employee data and separation of insiders from non-insider employees. |
| Sean Hough | 2/23/2010 | 0.7 | Reformulation of assumption drivers in severance estimation model to account for new liquidation data and additional service time for employees. |
| Sean Hough | 2/23/2010 | 2.8 | Creation of summary tab in severance estimation model to display estimated severance costs in liquidation analysis by legal entity. |
| Sean Hough | 2/23/2010 | 0.5 | Compile variance analysis of new employee data received from H. Roman (Tribune) vs. previous submissions and composition of information request for new version of employee data. |
| Sean Hough | 2/23/2010 | 2.1 | Creation of summary statistics tab in severance estimation model to display information regarding employee count, average severance paid, length of service, union membership as well as insider vs. non-insider payments. |
| Sean Hough | 2/23/2010 | 0.7 | Analysis of data received from H. Roman (Tribune) regarding employee data relating to severance costs in a liquidation scenario. |
| Sean Hough | 2/23/2010 | 0.5 | Quality control and stress testing of estimated severance analysis for liquidation scenario. |
| Sean Hough | 2/23/2010 | 0.6 | Analysis and quality control of updated employee data received from H. Roman (Tribune). |
| Stuart Kaufman | 2/23/2010 | 1.0 | Update liquidation analysis exhibit to Disclosure Statements. |
| Brian Whittman | 2/24/2010 | 0.8 | Review updates to draft liquidation analysis. |
| Matthew Frank | 2/24/2010 | 1.0 | Review adjusted administrative intercompany balances. |
| Matthew Frank | 2/24/2010 | 0.5 | Review lease claims file from S. Pater (Tribune). |
| Matthew Frank | 2/24/2010 | 2.0 | Review adjusted legal entity values for input into liquidation intercompany recovery analysis file. |
| Matthew Frank | 2/24/2010 | 0.4 | Update with adjustment to intercompany balances for dispositions. |
| Matthew Frank | 2/24/2010 | 1.0 | Review adjusted pre petition intercompany balances for liquidation analysis. |
| Matthew Frank | 2/24/2010 | 1.0 | Update model and update new data in liquidation analysis output file. |

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*

## Liquidation Analysis

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matthew Frank | 2/24/2010 | 2.0 | Continue adjustments to liquidation analysis pension claim settings in intercompany recovery model. |
| Stuart Kaufman | 2/24/2010 | 0.7 | Update holding period severance costs based upon updated severance analysis. |
| Stuart Kaufman | 2/24/2010 | 1.5 | Update holding period costs summary for use is Liquidation Model. |
| Stuart Kaufman | 2/24/2010 | 2.0 | Update liquidation analysis based upon revised holding period costs. |
| Stuart Kaufman | 2/24/2010 | 1.9 | Update holding period profits /losses based upon 2010 financial budget. |
| Stuart Kaufman | 2/24/2010 | 1.3 | Update severance center holding period costs. |
| Stuart Kaufman | 2/25/2010 | 2.0 | Update corporate wind down cost in liquidation analysis model. |
| Stuart Kaufman | 2/25/2010 | 1.2 | Update service center costs in liquidation model. |
| Stuart Kaufman | 2/25/2010 | 1.7 | Update summary of wind down costs. |
| Stuart Kaufman | 2/26/2010 | 1.7 | Draft summary of changes to liquidation analysis from version circulated in November 2009. |
| Stuart Kaufman | 2/26/2010 | 0.5 | Update liquidation analysis documentation. |
| Stuart Kaufman | 2/26/2010 | 2.2 | Update HR wind down cost in liquidation model. |
| **Subtotal** | | **162.3** | |

## Monthly Operating Report

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/26/2010 | 0.2 | Call with J. Henderson, K. Mills, and C. Kline (Sidley) re: MOR. |
| **Subtotal** | | **0.2** | |

## Motions

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/1/2010 | 0.3 | Review draft exclusivity extension motion. |
| Brian Whittman | 2/10/2010 | 0.4 | Review draft response to standing motion. |
| Brian Whittman | 2/15/2010 | 1.2 | Review pending court motions and responses re: standing motion, exclusivity, and examiner. |

<div align="right">*Exhibit D*</div>

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Motions

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/16/2010 | 0.5 | Call with J. Conlan (Sidley), D. Kurtz (Lazard), S. Mandava (Lazard), D. Liebentritt (Tribune), and T. Hill (A&M) re preparation for exclusivity hearing. |
| Tom Hill | 2/16/2010 | 0.5 | Attendance on conference call with Tribune (D. Liebentritt), Sidley (J. Conlan), Lazard (S. Mandava) and A&M (B. Whittman) in preparation of exclusivity hearing. |
| Brian Whittman | 2/18/2010 | 1.9 | Participate in bankruptcy court hearing on exclusivity extension by conference call. |
| Tom Hill | 2/18/2010 | 1.9 | Attendance on exclusivity hearing via telephone. |
| Brian Whittman | 2/24/2010 | 0.3 | Correspondence with K. Kansa (Sidley) re: Zetabid. |
| Brian Whittman | 2/26/2010 | 0.2 | Call with J. Henderson (Sidley) re: New River motion. |
| Brian Whittman | 2/26/2010 | 0.2 | Review New River dismissal motion. |
| **Subtotal** | | **7.4** | |

## Operations

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/2/2010 | 0.2 | Call with D. Kazan re: investment presentation. |
| Brian Whittman | 2/2/2010 | 0.5 | Meeting with Tribune (D. Kazan, B. Fields, D. Eldersveld) re: investment presentation. |
| Brian Whittman | 2/9/2010 | 0.2 | Review weekly revenue flash reports. |
| Brian Whittman | 2/12/2010 | 0.2 | Review broadcast pacing report. |
| Brian Whittman | 2/13/2010 | 0.3 | Correspondence with G. Mazzaferri (Tribune) re: questions on broadcast performance. |
| Brian Whittman | 2/22/2010 | 0.5 | Discussion with M. Bourgon and S. O'Connor re: bonus analysis. |
| Brian Whittman | 2/22/2010 | 0.2 | Call with G. Mazzaferri (Tribune) re: broadcast financials. |
| Brian Whittman | 2/22/2010 | 0.3 | Discussions with C. Bigelow (Tribune) re: payroll issues. |
| Brian Whittman | 2/22/2010 | 0.4 | Review weekly publishing flash report (.2) and discussion with H. Amsden (Tribune) re: same (.2). |
| Brian Whittman | 2/23/2010 | 0.2 | Correspondence with J. Ehrenhofer re: procurement data. |
| Brian Whittman | 2/23/2010 | 0.3 | Review January preliminary financials. |
| Brian Whittman | 2/23/2010 | 0.2 | Discussion with C. Bigelow re: procurement issues. |
| Brian Whittman | 2/24/2010 | 0.3 | Review Tribune Interactive budget. |

<table>
<tr><td></td><td style="text-align:right">*Exhibit D*</td></tr>
</table>

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*

## Operations

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/24/2010 | 0.2 | Review disbursement report. |
| Brian Whittman | 2/24/2010 | 0.5 | Review legal entity level business plan. |
| Brian Whittman | 2/24/2010 | 0.3 | Review operating reports. |
| Brian Whittman | 2/25/2010 | 0.4 | Discussion with D. Thomas (Tribune) re: advertising pricing. |
| Brian Whittman | 2/25/2010 | 0.2 | Correspondence with D. Kazan (Tribune) re: pending transactions. |
| **Subtotal** | | **5.4** | |

## Plan of Reorganization

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/1/2010 | 0.5 | Review settlement exhibit from Lazard (.4) and correspondence with J. Chase (Lazard) re: same (.1). |
| Brian Whittman | 2/1/2010 | 0.3 | Correspondence with J. Boelter (Sidley) and J. Osick (Tribune) re: collective bargaining agreements for plan exhibit. |
| Sean Hough | 2/1/2010 | 2.4 | Conduct research into disclosure statements filed by comparable bankrupt entities to ascertain historical performance and projected growth trends to aid in Tribune forecasts |
| Tom Hill | 2/1/2010 | 1.4 | Review latest draft of Plan. |
| Brian Whittman | 2/2/2010 | 0.6 | Review settlement discussion materials. |
| Brian Whittman | 2/2/2010 | 0.2 | Discussion with J. Bendernagle (Sidley) re: disgorgement analysis. |
| Brian Whittman | 2/2/2010 | 0.9 | Review disgorgement analysis. |
| Brian Whittman | 2/2/2010 | 0.8 | Review settlement scenario analysis. |
| Brian Whittman | 2/3/2010 | 0.4 | Discussion with J. Conlan (Sidley), D. Kurtz (Lazard), and D. Liebentritt (Tribune) re: plan structure. |
| Brian Whittman | 2/3/2010 | 2.6 | Meeting with Lazard (D. Kurtz, S. Mandava), Sidley (B. Krakauer, J. Bendernagle), and D. Liebentritt (Tribune) re: plan strategy discussion. |
| Sean Hough | 2/3/2010 | 0.7 | Research into bankruptcy-related materials filed Citadel Broadcasting for comparative materials and analysis. |
| Stuart Kaufman | 2/3/2010 | 4.0 | Review/provide comments on current draft of disclosure statement. |
| Brian Whittman | 2/5/2010 | 0.2 | Call with D. Liebentritt (Tribune) re: plan negotiation status. |
| Brian Whittman | 2/5/2010 | 1.0 | Review updated disgorgement analysis. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Plan of Reorganization

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/5/2010 | 0.4 | Review of materials relating to Citadel Broadcasting bankruptcy filing and summarization of materials for Tribune Disclosure Statement. |
| Brian Whittman | 2/8/2010 | 1.5 | Review new draft POR (1.2) and correspondence with J. Boelter (Sidley) re: same (.3). |
| Brian Whittman | 2/8/2010 | 1.0 | Review draft POR (.7) and provide comments to J. Boelter (Sidley) re: same (.3). |
| Brian Whittman | 2/8/2010 | 0.4 | Correspondence with K. Mills (Sidley) re: disclosure statement information. |
| Tom Hill | 2/8/2010 | 1.7 | Review latest draft of Plan. |
| Sean Hough | 2/9/2010 | 3.7 | Review of existing collective bargaining agreements in place across Tribune subsidiaries and summarization of key points of information for Disclosure Statement exhibit. |
| Sean Hough | 2/9/2010 | 0.6 | Reconciliation of collective bargaining agreement analysis with previous draft of Disclosure Statement exhibit and highlighting of potential discrepancies. |
| Sean Hough | 2/10/2010 | 0.5 | Dialogue with J. Osick (Tribune) regarding additional data needed for collective bargaining agreement exhibit for disclosure statement and analysis of comments received on prior submissions. |
| Sean Hough | 2/10/2010 | 2.3 | Preparation of variance analysis for publishing, broadcasting and company wide financial performance for fiscal year 2009 and five year projections. |
| Brian Whittman | 2/11/2010 | 1.0 | Call with J. Boelter and B. Krakauer (Sidley) re: plan issues. |
| Brian Whittman | 2/11/2010 | 0.4 | Discussion with B. Litman (Tribune) re: disclosure statement financial statements. |
| Sean Hough | 2/11/2010 | 0.4 | Split of updated 2009 OCF performance and 5-year plan information analysis to segment broadcasting portion and submission of information request to G. Mazzaferri (Tribune) for additional data. |
| Sean Hough | 2/11/2010 | 0.4 | Formulation of summary of collective bargain agreements for J. Boelter (Sidley Austin) to be used as exhibit in disclosure statement. |
| Sean Hough | 2/11/2010 | 0.6 | Reconfiguration of publishing detail for updated 2009 operating cash flow and 5-year plan exhibits with comments from H. Amsden (Tribune) detailing changes to plan and reasoning behind variance. |
| Sean Hough | 2/11/2010 | 0.5 | Split of updated 2009 OCF performance and 5-year plan information analysis to segment publishing portion and submission of information request to H. Amsden (Tribune) for additional data |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Plan of Reorganization

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sean Hough | 2/11/2010 | 0.2 | Analysis of information received from H. Amsden on updated 5-year plan forecast and 2009 financial performance for publishing segment. |
| Brian Whittman | 2/12/2010 | 0.8 | Analysis of non-captured non-guarantor subsidiaries. |
| Brian Whittman | 2/12/2010 | 1.0 | Call with S. Mandava, J. Chase (Lazard), J. Bendernagle (Sidley) and M. Frank (A&M) re: review of settlement analysis. |
| Brian Whittman | 2/12/2010 | 0.4 | Review cash definitions in draft POR. |
| Sean Hough | 2/12/2010 | 0.3 | Review of updated 5-year plan and 2009 operating cash flow analysis received from G. Mazzaferri (Tribune). |
| Sean Hough | 2/12/2010 | 0.7 | Analysis of amended collective bargaining agreements received from J. Osick (Tribune) and update of union agreement exhibit for Disclosure Statement with latest plan information. |
| Brian Whittman | 2/13/2010 | 0.7 | Review updated settlement analysis from Lazard. |
| Brian Whittman | 2/13/2010 | 0.2 | Draft funds flow language for disclosure statement. |
| Brian Whittman | 2/13/2010 | 0.7 | Call with D. Liebentritt (Tribune), B. Krakauer (Sidley), D. Kurtz and S. Mandava (Lazard) re: plan strategy issues. |
| Brian Whittman | 2/14/2010 | 0.3 | Review prepetition transaction section of disclosure statement (.2) and correspondence with J. Henderson (Sidley) re: same (.1). |
| Brian Whittman | 2/14/2010 | 0.4 | Review prepetition debt section of disclosure statement (.3) and correspondence with K. Mills (Sidley) re: same (.1). |
| Brian Whittman | 2/14/2010 | 0.3 | Correspondence with J. Boelter (Sidley) re: cash treatment in plan of reorganization. |
| Brian Whittman | 2/14/2010 | 0.3 | Call with J. Henderson (Sidley) re: disclosure statement. |
| Brian Whittman | 2/14/2010 | 0.3 | Review plan settlement analysis. |
| Brian Whittman | 2/14/2010 | 0.8 | Call with Lazard (S. Mandava, D. Kurtz) Sidley (B. Krakauer, J. Boelter), D. Liebentritt (Tribune) and T. Hill (A&M) re: plan strategy issues. |
| Brian Whittman | 2/14/2010 | 0.3 | Call with B. Krakauer (Sidley) and S. Mandava (Lazard) re: valuation issues. |
| Tom Hill | 2/14/2010 | 0.8 | Attendance on call with Tribune (D. Liebentritt), Sidley (B. Krakauer, J. Boelter), Lazard (D. Kurtz, S. Mandava) and B. Whittman (A&M) to discuss plan strategy issues. |
| Tom Hill | 2/14/2010 | 0.6 | Review valuation and recovery analyses in preparation for call with debtor and advisors. |
| Brian Whittman | 2/15/2010 | 0.2 | Correspondence with J. Boelter re: plan distribution language. |
| Brian Whittman | 2/15/2010 | 0.3 | Correspondence with K. Mills (Sidley) re: disclosure statement. |
| Brian Whittman | 2/15/2010 | 0.8 | Review updates to plan of reorganization. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Plan of Reorganization

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/15/2010 | 0.3 | Update disclosure statement recovery charts. |
| Brian Whittman | 2/15/2010 | 0.2 | Correspondence with C. Kline re: disclosure statement inserts. |
| Brian Whittman | 2/15/2010 | 0.9 | Review revised plan settlement analysis (.7) and call with S. Mandava (Lazard) re: same (.2). |
| Brian Whittman | 2/15/2010 | 0.2 | Correspondence with B. Krakauer re: plan classifications. |
| Brian Whittman | 2/15/2010 | 1.5 | Review plan distribution worksheet. |
| Brian Whittman | 2/15/2010 | 0.9 | Draft recovery chart for disclosure statement (.7); correspondence with K. Mills (Sidley) re: same (.2). |
| Brian Whittman | 2/15/2010 | 0.8 | Review updated plan settlement matrix. |
| Brian Whittman | 2/15/2010 | 0.5 | Call with S. Mandava (Lazard) and B. Krakauer (Sidley), M. Frank, T. Hill (A&M) re: plan structure issues. |
| Brian Whittman | 2/15/2010 | 0.2 | Correspondence with D. Liebentritt (Tribune) re: preference issues. |
| Matthew Frank | 2/15/2010 | 0.5 | Call with S. Mandava (Lazard), J. Boelter (Sidley), B. Krakauer (Sidley), B. Whittman (A&M), T. Hill (A&M) re: plan issues. |
| Matthew Frank | 2/15/2010 | 0.6 | Review file from B. Whittman (A&M) regarding claims data needed for Disclosure Statement. |
| Sean Hough | 2/15/2010 | 1.4 | Review and quality control of 5 year operating plan and materials presented in internal board meeting to assure consistency in presentation. |
| Sean Hough | 2/15/2010 | 0.3 | Participation in dialogue with Tribune officials concerning revisions to disclosure statement . |
| Stuart Kaufman | 2/15/2010 | 1.1 | Review of settlement allocation model. |
| Tom Hill | 2/15/2010 | 0.5 | Call with S. Mandava (Lazard) and B. Krakauer (Sidley), B. Whittman and M. Frank (A&M) re: plan structure issues. |
| Brian Whittman | 2/16/2010 | 0.4 | Review comments on prepetition debt section of disclosure statement. |
| Brian Whittman | 2/16/2010 | 0.6 | Meeting with Tribune (J. Rodden, B. Litman, V. Garlati) re: debt section of disclosure statement. |
| Brian Whittman | 2/16/2010 | 0.2 | Correspondence with D. Liebentritt (Tribune) re: plan distribution questions. |
| Brian Whittman | 2/16/2010 | 1.4 | Review updated draft plan of reorganization. |
| Brian Whittman | 2/16/2010 | 0.3 | Call with S. Mandava (Lazard) re: plan analysis. |
| Brian Whittman | 2/16/2010 | 0.3 | Work on updated plan distribution breakout. |
| Sean Hough | 2/16/2010 | 0.3 | Search of Citadel Broadcasting docket for comparative materials potentially helpful for Tribune. |

*Exhibit D*

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*

## Plan of Reorganization

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Tom Hill | 2/16/2010 | 1.2 | Review latest changes to Plan. |
| Brian Whittman | 2/17/2010 | 1.0 | Updates to plan distribution chart. |
| Brian Whittman | 2/17/2010 | 0.4 | Call with S. Mandava (Lazard) and R. Gerger (HBD) re: plan issues. |
| Brian Whittman | 2/17/2010 | 0.3 | Call with S. Mandava (Lazard) re: definitions in POR. |
| Brian Whittman | 2/17/2010 | 0.4 | Review DPW comments on draft plan of reorganization. |
| Brian Whittman | 2/17/2010 | 0.3 | Call with S. Mandava (Lazard) re: plan settlement analysis. |
| Brian Whittman | 2/17/2010 | 0.3 | Correspondence with D. Liebentritt re: plan analysis. |
| Brian Whittman | 2/17/2010 | 1.4 | Review analysis of illustrative plan payments and class treatment. |
| Brian Whittman | 2/17/2010 | 0.6 | Review blackline of new draft plan of reorganization. |
| Brian Whittman | 2/17/2010 | 0.3 | Correspondence with J. Boelter (Sidley) re: comments on plan of reorganization. |
| Tom Hill | 2/17/2010 | 0.8 | Review latest Plan draft changes. |
| Brian Whittman | 2/18/2010 | 0.3 | Correspondence with G. Demo (Sidley) re: claim amounts for disclosure statement. |
| Tom Hill | 2/18/2010 | 0.9 | Review latest draft of disclosure statement. |
| Brian Whittman | 2/19/2010 | 0.3 | Review updated settlement analysis. |
| Brian Whittman | 2/19/2010 | 0.3 | Call with D. Liebentritt re: plan negotiations. |
| Brian Whittman | 2/22/2010 | 0.2 | Call with B. Krakauer (Sidley) re: plan process. |
| Brian Whittman | 2/22/2010 | 0.2 | Call with J. Boelter (Sidley) re: corporate structure issues. |
| Brian Whittman | 2/23/2010 | 1.4 | Review legal entity reorganization materials. |
| Tom Hill | 2/23/2010 | 1.2 | Review latest update of Plan. |
| Brian Whittman | 2/24/2010 | 0.8 | Review materials on legal entity reorganization. |
| Brian Whittman | 2/24/2010 | 0.2 | Correspondence with N. Larsen (Tribune) re: cash treatment in plan of reorganization. |
| Brian Whittman | 2/24/2010 | 0.2 | Correspondence with J. Langdon (Sidley) re: corporate structure. |
| Brian Whittman | 2/24/2010 | 0.6 | Call with S. Mandava (Lazard) re: lender guarantees. |
| Brian Whittman | 2/24/2010 | 1.0 | Call with J. Boelter and J. Langdon (Sidley) re: legal entity reorganization issues. |
| Brian Whittman | 2/25/2010 | 0.4 | Discussion with C. Bigelow and N. Larsen re: plan matters. |

***Tribune Company et al.,***
***Time Detail by Activity by Professional***
***February 1, 2010 through February 28, 2010***

## Plan of Reorganization

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | **70.2** | |

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Elizabeth Johnston | 2/1/2010 | 1.4 | Review previously scheduled claims into BART claims environment that were on prior amendments of schedules. |
| Elizabeth Johnston | 2/1/2010 | 3.8 | Continue review of previously amended schedules to determine listed intercompany scheduled values. |
| Elizabeth Johnston | 2/1/2010 | 3.3 | Review of previously amended schedules to determine listed intercompany scheduled values. |
| Jodi Ehrenhofer | 2/1/2010 | 0.4 | Discuss schedule amendments with S. Kotarba (A&M). |
| Jodi Ehrenhofer | 2/1/2010 | 1.4 | Review file of potential schedule amendments and identify next steps to get information entered into BART. |
| Jodi Ehrenhofer | 2/1/2010 | 0.3 | Research the process for amending schedules when proofs of claim have been filed late. |
| Jodi Ehrenhofer | 2/1/2010 | 0.6 | Advise E. Johnston (A&M) on setting up reports of currently active schedule values to use in comparison of changes after amendments are complete. |
| Jodi Ehrenhofer | 2/1/2010 | 0.7 | Research foreign salary continuation schedules that need to be amended to verify appropriate amount of scheduled claim. |
| Jodi Ehrenhofer | 2/1/2010 | 1.5 | Research potentially bad addresses on amended schedule records. |
| Mark Berger | 2/1/2010 | 0.3 | Discuss amended scheduling with R. Spigner. |
| Mark Berger | 2/1/2010 | 3.0 | Continue to work on amended intercompany claim for Schedule F. |
| Mark Berger | 2/1/2010 | 2.7 | Prepare amended intercompany claims for amended Schedule F. |
| Mark Berger | 2/1/2010 | 0.3 | Discussion with R. Stone (A&M) regarding intercompany analysis of balances for possible schedule amendment. |
| Mark Zeiss | 2/1/2010 | 1.1 | Produce Schedule claim report - resolve formatting issues. |
| Mark Zeiss | 2/1/2010 | 1.3 | Review current schedule filings and scheduled claims in preparation for proposed amendments. |
| Mark Zeiss | 2/1/2010 | 0.7 | Prepare for and attend meeting E. Johnston and J. Ehrenhofer re: second set of amendments. |
| Richard Stone | 2/1/2010 | 0.3 | Discussion with M. Berger (A&M) regarding intercompany analysis of balances for possible schedule amendment. |
| Steve Kotarba | 2/1/2010 | 2.0 | Discuss schedule amendments with J. Ehrenhofer (0.4); update global notes and comments re: additional disclosures. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/2/2010 | 0.2 | Review statement and schedules update from R. Stone (A&M). |
| Elizabeth Johnston | 2/2/2010 | 1.8 | Confirm previously scheduled claims regarding scheduled amounts and contingency flags with Epiq data file. |
| Elizabeth Johnston | 2/2/2010 | 2.1 | Confirm all previously scheduled claims in BART have proper timing and amounts from previously amended schedules in preparation for current schedule amendment. |
| Elizabeth Johnston | 2/2/2010 | 2.0 | Review scheduled claims and correct stated scheduled amounts versus total amount scheduled on amended claims. |
| Elizabeth Johnston | 2/2/2010 | 1.6 | Review of intercompany scheduled claims in BART claims environment. |
| Jodi Ehrenhofer | 2/2/2010 | 0.9 | Follow up with R. Stone (A&M) on questions to certain trade payable records to amend. |
| Jodi Ehrenhofer | 2/2/2010 | 0.6 | Identify all changes from previous schedule amount to be reflected in BART. |
| Jodi Ehrenhofer | 2/2/2010 | 0.4 | Research duplicate creditor id's in BART and correct for current schedule amendment. |
| Jodi Ehrenhofer | 2/2/2010 | 0.4 | Advise E. Johnston (A&M) on loading all schedule D and schedule E records for claims reconciliation into BART. |
| Jodi Ehrenhofer | 2/2/2010 | 0.6 | Research value Epiq has listed for certain litigation schedules to determine where value came from and what the correct value is. |
| Jodi Ehrenhofer | 2/2/2010 | 0.3 | Research contact information for executory contract review for S. Hough (A&M). |
| Jodi Ehrenhofer | 2/2/2010 | 0.8 | Review summary of all intercompany payable changes for schedule amendments. |
| Jodi Ehrenhofer | 2/2/2010 | 0.7 | Follow up with M. Berger (A&M) on certain issues relating to intercompany payable schedule amendments. |
| Jodi Ehrenhofer | 2/2/2010 | 0.7 | Research all non qualified supplemental pension scheduled claims that need to be amended. |
| Jodi Ehrenhofer | 2/2/2010 | 0.8 | Advise E. Johnston (A&M) on all different sources of AP schedule amendment changes. |
| Jodi Ehrenhofer | 2/2/2010 | 0.6 | Review updated FaSCar report for accuracy and send to M. Riordan (Tribune). |
| Jodi Ehrenhofer | 2/2/2010 | 1.8 | Compare the total amended values intercompany payable totals to original source file provided by S. Kaufman (A&M). |
| Jodi Ehrenhofer | 2/2/2010 | 1.4 | Summarize all changes to trade payables by debtor to compare beginning and ending balances. |
| Mark Berger | 2/2/2010 | 0.7 | Discuss intercompany payable amendments with J. Ehrenhofer (A&M). |
| Mark Berger | 2/2/2010 | 0.4 | Emails with A&M team to discuss issues that arose during Schedule F amendment exercise. |

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mark Berger | 2/2/2010 | 3.3 | Prepare amended intercompany claims for Schedule B. |
| Mark Berger | 2/2/2010 | 4.0 | Finalize amended intercompany claim for Schedule F. |
| Mark Zeiss | 2/2/2010 | 1.2 | Review and revise scheduled claim base in claims reconciliation system. |
| Richard Niemerg | 2/2/2010 | 0.3 | Draft e-mail to J. Ehrenhofer regarding Schedule G for Tribune Company and WGN. |
| Richard Stone | 2/2/2010 | 0.8 | Discussion with C. Kline (Sidley) regarding schedule and statement amendment outstanding issues, unescheated credits and untendered shares. |
| Elizabeth Johnston | 2/3/2010 | 0.9 | Incorporate amended general trade payable entries from an updated pay period for various debtors on schedule F. |
| Elizabeth Johnston | 2/3/2010 | 0.8 | Incorporate additional unclaimed checks into Schedule F amendment drafts across multiple debtors. |
| Elizabeth Johnston | 2/3/2010 | 2.6 | Update Schedule F responses across debtors relating to non-qualified pension scheduled claims. |
| Elizabeth Johnston | 2/3/2010 | 2.1 | Update Schedule F litigation information across debtors for purposes of amendment preparation. |
| Elizabeth Johnston | 2/3/2010 | 0.6 | Incorporate amended general trade payable entries for Insert Co. debtor on schedule F. |
| Elizabeth Johnston | 2/3/2010 | 3.5 | Create updated Unclaimed Check riders for amended claims listed on Schedule F. |
| Elizabeth Johnston | 2/3/2010 | 3.8 | Review master unclaimed checks file to identify which checks have been claimed for amendment updates. |
| Jodi Ehrenhofer | 2/3/2010 | 0.3 | Advise L. Hoeflich (A&M) on updating all riders for intercompany receivable schedule amendments. |
| Jodi Ehrenhofer | 2/3/2010 | 1.2 | Follow up with R. Stone (A&M) on questions to certain trade payable records to amend. |
| Jodi Ehrenhofer | 2/3/2010 | 0.8 | Confirm all non trade payable related schedule amendments with R. Stone (A&M). |
| Jodi Ehrenhofer | 2/3/2010 | 0.6 | Advise L. Hoeflich (A&M) on updating all riders for intercompany payable schedule amendments. |
| Jodi Ehrenhofer | 2/3/2010 | 0.2 | Call with V. Garlati and P. Shanahan (both Tribune) to discuss claim filed by Barclays. |
| Jodi Ehrenhofer | 2/3/2010 | 0.7 | Review summary of all intercompany receivable changes for schedule amendments. |
| Jodi Ehrenhofer | 2/3/2010 | 0.6 | Follow up with M. Berger (A&M) on certain issues relating to intercompany receivable schedule amendments. |
| Jodi Ehrenhofer | 2/3/2010 | 1.1 | Compare the total amended values intercompany receivable totals to original source file provided by S. Kaufman (A&M). |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/3/2010 | 0.4 | Confirm all schedule G riders with R. Niemerg (A&M) to prepare amended schedules. |
| Jodi Ehrenhofer | 2/3/2010 | 0.8 | Advise E. Johnston (A&M) on all changes to non trade payable and non intercompany schedule amendments. |
| Jodi Ehrenhofer | 2/3/2010 | 1.1 | Identify all unique identifiers in BART for trade payable records to amend in order to write program to electronically update all amounts. |
| Jodi Ehrenhofer | 2/3/2010 | 0.8 | Review modified intercompany receivable riders for accuracy. |
| Jodi Ehrenhofer | 2/3/2010 | 0.7 | Summarize all changes to intercompany payables by debtor to compare beginning and ending balances. |
| Jodi Ehrenhofer | 2/3/2010 | 0.7 | Summarize all changes to intercompany receivables by debtor to compare beginning and ending balances. |
| Lauren Hoeflich | 2/3/2010 | 1.1 | Continue to prepare amendments to Schedule B. |
| Lauren Hoeflich | 2/3/2010 | 2.3 | Continue to prepare Schedule F amendments. |
| Lauren Hoeflich | 2/3/2010 | 3.1 | Prepare amendments to Schedule B. |
| Lauren Hoeflich | 2/3/2010 | 3.9 | Prepare Schedule F amendments. |
| Mark Berger | 2/3/2010 | 0.6 | Discuss intercompany receivable schedule amendments. |
| Mark Berger | 2/3/2010 | 0.7 | Review unvouchered pre-petition bills to decide how they should be treated in schedule F amendment. |
| Mark Zeiss | 2/3/2010 | 1.9 | Prepare and review Schedules A and B for amendments. |
| Mark Zeiss | 2/3/2010 | 1.4 | Prepare and review Schedules F for amendments. |
| Richard Stone | 2/3/2010 | 0.3 | Discussion with C. Kline (Sidley) regarding schedule and statement amendment issues. |
| Richard Stone | 2/3/2010 | 1.2 | Follow up with J. Ehrenhofer (A&M) on questions to certain trade payable records to amend. |
| Richard Stone | 2/3/2010 | 0.8 | Review all non trade payable related schedule amendments with J. Ehrenhofer (A&M). |
| Steve Kotarba | 2/3/2010 | 1.5 | Evaluate schedule amendment issues. |
| Steve Kotarba | 2/3/2010 | 0.8 | Discuss amendments with B. Whittman (.3); review amendments and open issues in preparation for call (.5). |
| Brian Whittman | 2/4/2010 | 0.6 | Participate in portion of statements & schedules update call with C. Kline (Sidley), R. Stone and J. Ehrenhofer (A&M). |
| Brian Whittman | 2/4/2010 | 0.2 | Review information about unexchanged shares. |
| Elizabeth Johnston | 2/4/2010 | 2.4 | Review of intercompany scheduled entries on Schedules B and F to confirm value updates for schedule amendments. |

*Page 66 of 76*

*Tribune Company et al.,*
*Time Detail by Activity by Professional*
*February 1, 2010 through February 28, 2010*

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Elizabeth Johnston | 2/4/2010 | 2.7 | Update Schedule F entries across multiple debtors, entering newly scheduled values. |
| Elizabeth Johnston | 2/4/2010 | 2.1 | Create review file reconciling previously filed schedules against amended filed values in BART system. |
| Jodi Ehrenhofer | 2/4/2010 | 1.4 | Update all trade payable schedules amounts on Schedule F based on analysis of records to amend. |
| Jodi Ehrenhofer | 2/4/2010 | 1.3 | Run summaries of all schedule amounts from BART now that all changes have been entered and compare totals to summary of anticipated changes to ensure everything foots. |
| Jodi Ehrenhofer | 2/4/2010 | 1.3 | Compare all recent updates to schedules to amend to what was already updated in BART to identify changes. |
| Jodi Ehrenhofer | 2/4/2010 | 0.8 | Advise E. Johnston (A&M) on adding new creditors to schedule amendments. |
| Jodi Ehrenhofer | 2/4/2010 | 1.1 | Update summary of all changes to trade payables by debtor to compare beginning and ending balances. |
| Jodi Ehrenhofer | 2/4/2010 | 0.8 | Call with J. Henderson, C. Kline, K. Kansa, J. Ludwig (all Sidley), R. Stone, B. Whitman and S. Kotarba (all A&M) to discuss timing and outstanding issues with filing schedule amendments. |
| Jodi Ehrenhofer | 2/4/2010 | 1.3 | Prepare summary of all intercompany payable and receivable amendments to circulate to management and counsel for review. |
| Jodi Ehrenhofer | 2/4/2010 | 0.4 | Confirm timing of notice on schedule amendments with Epiq. |
| Jodi Ehrenhofer | 2/4/2010 | 0.8 | Review schedule amendment summaries to uncashed payroll and shareholder checks to determine what needs to be added to schedules. |
| Jodi Ehrenhofer | 2/4/2010 | 1.8 | Prepare master summary of all changes made to schedules by record to circulate to management and counsel for review. |
| Lauren Hoeflich | 2/4/2010 | 0.1 | Prepare and email amended riders for schedules. |
| Lauren Hoeflich | 2/4/2010 | 3.0 | Continue to prepare amendments to Schedule B. |
| Mark Berger | 2/4/2010 | 0.3 | Discussion with N. Chakiris (Tribune) re: intercompany issues related to upcoming amendment. |
| Mark Berger | 2/4/2010 | 2.6 | Continue to work on amended intercompany claim adjustments for Schedule B. |
| Richard Stone | 2/4/2010 | 0.6 | Prepare for schedule and statement status call including update of outstanding item list and quantification of potential changes to date. |
| Richard Stone | 2/4/2010 | 0.8 | Participate in schedule and statement status call with K. Cline, and J. Henderson (Sidley) and B. Whitman and J. Ehrenhofer (A&M). |
| Elizabeth Johnston | 2/5/2010 | 3.8 | Continue review drafts prepared for third amendments to be filed on Schedules B, F, and G across 64 debtors. |

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Elizabeth Johnston | 2/5/2010 | 2.1 | Continue review drafts prepared for third amendments to be filed on Schedules B, F, and G across 64 debtors. |
| Elizabeth Johnston | 2/5/2010 | 3.7 | Review drafts prepared for third amendments to be filed on Schedules B, F, and G across 64 debtors. |
| Jodi Ehrenhofer | 2/5/2010 | 0.7 | Determine appropriate way to schedule all uncashed payroll on Schedule E and F. |
| Jodi Ehrenhofer | 2/5/2010 | 0.8 | Determine all debtors being amended to prepare notice exhibit for Sidley. |
| Jodi Ehrenhofer | 2/5/2010 | 1.1 | Prepare summary of all changes included in schedule amendment along with detailed files for management and counsel to review. |
| Jodi Ehrenhofer | 2/5/2010 | 0.3 | Confirm filing date on schedule amendments with Sidley to and provide current timeline to management. |
| Jodi Ehrenhofer | 2/5/2010 | 0.5 | Discuss changes to schedule amendments with R. Stone (A&M). |
| Jodi Ehrenhofer | 2/5/2010 | 0.6 | Review revisions to global notes from C. Kline (Sidley). |
| Mark Zeiss | 2/5/2010 | 1.2 | Prepare for and attend conference call with J. Ehrenhofer re: scheduled claims changes due to amendments. |
| Richard Stone | 2/5/2010 | 0.5 | Discussion with J. Ehrenhofer (A&M) regarding changes to schedule amendment lists and information. |
| Richard Stone | 2/5/2010 | 0.5 | Review latest draft of amendment notice and global notes. |
| Brian Whittman | 2/8/2010 | 0.3 | Review memo from R. Stone (A&M) re: shareholder matters. |
| Elizabeth Johnston | 2/8/2010 | 2.8 | Continue review drafts prepared for third amendments to be filed on Schedules B, F, and G across 64 debtors. |
| Elizabeth Johnston | 2/8/2010 | 1.4 | Update Schedule F entries across multiple debtors, correcting contingent and unliquidated values. |
| Elizabeth Johnston | 2/8/2010 | 3.1 | Review drafts prepared for third amendments to be filed on Schedules B, F, and G across 64 debtors. |
| Jodi Ehrenhofer | 2/8/2010 | 0.4 | Advise E. Johnston (A&M) on review of all intercompany riders used in schedule amendments. |
| Jodi Ehrenhofer | 2/8/2010 | 0.9 | Research fully and partially transferred schedules from Epiq to determine if any changes need to be made to schedule amendments. |
| Jodi Ehrenhofer | 2/8/2010 | 0.8 | Create master list of all changes to be made to schedule amendments based on initial review. |
| Jodi Ehrenhofer | 2/8/2010 | 1.2 | Discuss the intercompany schedule amendment summary with N. Chakiris (Tribune). |
| Jodi Ehrenhofer | 2/8/2010 | 1.7 | Review compare of all scheduled claims in BART to file of all scheduled claims from Epiq to ensure file of changes to send to them will sync with their listing. |

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/8/2010 | 0.4 | Review schedule data loaded into BART to ensure proper schedule D-F indicators. |
| Jodi Ehrenhofer | 2/8/2010 | 0.8 | Research why certain scheduled records in BART have a stated amount different than the written total amount and determine what appropriate amount is. |
| Jodi Ehrenhofer | 2/8/2010 | 0.3 | Review changes to global notes as noted by V. Garlati (Tribune). |
| Brian Whittman | 2/9/2010 | 0.2 | Correspondence with J. Wasserman (EGI) re: question on Statements & Schedules. |
| Elizabeth Johnston | 2/9/2010 | 1.9 | Update Schedule F Intercompany payable data in BART and on updated riders. |
| Elizabeth Johnston | 2/9/2010 | 1.8 | Incorporate schedule records for escheatment across multiple debtors in amended Schedules E and F. |
| Elizabeth Johnston | 2/9/2010 | 0.5 | Update InsertCo Schedule F entries in BART for amendment purposes. |
| Jodi Ehrenhofer | 2/9/2010 | 1.3 | Follow up with R. Stone (A&M) on questions to certain trade payable records to amend. |
| Jodi Ehrenhofer | 2/9/2010 | 1.3 | Review updated intercompany payable and receivable scheduled amounts to determine which debtors need to change. |
| Jodi Ehrenhofer | 2/9/2010 | 0.4 | Advise E. Johnston (A&M) on adding final affiliate trade payable records to amended schedules. |
| Jodi Ehrenhofer | 2/9/2010 | 1.1 | Follow up with M. Berger (A&M) and N. Chakiris (Tribune) on outstanding third party intercompany payable questions and modify amended schedule accordingly. |
| Jodi Ehrenhofer | 2/9/2010 | 0.6 | Confirm all changes to InsertCo schedule amendments with R. Stone (A&M). |
| Jodi Ehrenhofer | 2/9/2010 | 0.7 | Correspondence with D. Eldersveld (Tribune) re: amended schedules. |
| Jodi Ehrenhofer | 2/9/2010 | 0.3 | Advise L. Hoeflich (A&M) on changes to intercompany riders on amended schedules. |
| Jodi Ehrenhofer | 2/9/2010 | 0.6 | Review current draft of global notes for amended schedules. |
| Jodi Ehrenhofer | 2/9/2010 | 0.6 | Advise E. Johnston (A&M) on all changes to uncashed checks for amended schedules. |
| Lauren Hoeflich | 2/9/2010 | 2.4 | Prepare further amendments to Schedule B. |
| Mark Berger | 2/9/2010 | 0.6 | Draft email explaining Sch. F intercompany payable amendment process for joint venture entities to J. Ehrenhofer. |
| Mark Zeiss | 2/9/2010 | 1.3 | Review and revise Scheduled Claims reports in order to amend Scheduled claims per Schedules amendments. |
| Elizabeth Johnston | 2/10/2010 | 1.8 | Review amendment updates incorporated into Schedules B, E, and F, tying out total values with changes incorporated against formerly filed and amended schedule records. |

*Page 69 of 76*

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Elizabeth Johnston | 2/10/2010 | 0.3 | Update Schedule F Intercompany rider and BART inputted data based on amended information provided by company. |
| Elizabeth Johnston | 2/10/2010 | 2.1 | Incorporate amended General Trade payable values into the schedule F records across multiple debtors. |
| Elizabeth Johnston | 2/10/2010 | 1.3 | Update Schedule B.16 receivables riders across multiple debtors based on amended information provided by the company, loading riders into BART. |
| Jodi Ehrenhofer | 2/10/2010 | 0.9 | Confirm all schedules being amended were not later superseded by filed proofs of claim. |
| Jodi Ehrenhofer | 2/10/2010 | 0.4 | Call with C. Kline (Sidley) and R. Stone (A&M) to discuss timing of schedule amendment filing. |
| Jodi Ehrenhofer | 2/10/2010 | 1.3 | Prepare summary of all updated intercompany payable and receivable amendments to circulate to management for review. |
| Jodi Ehrenhofer | 2/10/2010 | 0.6 | Advise E. Johnston (A&M) on tying balances on Schedule B and F out for amended schedules based on all changes since last summary was prepared. |
| Jodi Ehrenhofer | 2/10/2010 | 0.3 | Discuss amending schedule G for certain contracts relating to GreenCo with C. Kline (Sidley). |
| Jodi Ehrenhofer | 2/10/2010 | 0.3 | Advise L. Hoeflich (A&M) on creating signature declarations for amended schedules. |
| Jodi Ehrenhofer | 2/10/2010 | 0.4 | Follow up with M. Bourgon (Tribune) on new bar dates for certain employee schedules based on amendments. |
| Mark Berger | 2/10/2010 | 0.3 | Draft email to J. Ehrenhofer re: to Schedule F amendment. |
| Mark Berger | 2/10/2010 | 0.7 | Review potential changes to amendment to identify possible BART database errors. |
| Richard Niemerg | 2/10/2010 | 0.2 | Draft e-mail to J. Ehrenhofer regarding Schedule G for LA Times and GreenCo. |
| Richard Niemerg | 2/10/2010 | 0.4 | Prepare Schedule G summary file for LA Times and GreenCo. |
| Richard Stone | 2/10/2010 | 0.3 | Review updated global notes for schedule amendment. |
| Steve Kotarba | 2/10/2010 | 0.5 | Review and comment on global notes and notice re: schedule amendments. |
| Steve Kotarba | 2/10/2010 | 0.6 | Respond re: indemnity claims (.2); review amendments including intercompany (.4) |
| Brian Whittman | 2/11/2010 | 1.0 | Review proposed schedule amendment for non-consolidated affiliate claims. |
| Elizabeth Johnston | 2/11/2010 | 2.5 | Produce and review revised drafts prepared for third amendments to be filed on Schedules B, F, and G across 64 debtors. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Elizabeth Johnston | 2/11/2010 | 0.8 | Review amendment updates incorporated into updated Schedule F entries across debtors, tying out total values with changes incorporated against formerly filed and amended schedule records. |
| Elizabeth Johnston | 2/11/2010 | 1.8 | Update Schedule F Trade Payable values across multiple debtors in BART. |
| Jodi Ehrenhofer | 2/11/2010 | 0.8 | Merge summary of intercompany and all other schedule amendment details into one summary file to distribute to management and committees for use in determining information that was amended. |
| Jodi Ehrenhofer | 2/11/2010 | 1.2 | Research outstanding questions to schedule amendment changes to intercompany balances. |
| Jodi Ehrenhofer | 2/11/2010 | 1.1 | Advise E. Johnston (A&M) on additional changes to be made to amended schedules. |
| Jodi Ehrenhofer | 2/11/2010 | 1.6 | Update summary of all changes to trade payables by debtor to compare beginning and ending balances. |
| Jodi Ehrenhofer | 2/11/2010 | 0.4 | Correspondence with N. Chakiris (Tribune) on updates to intercompany balances on amended schedules. |
| Mark Berger | 2/11/2010 | 0.4 | Draft email response to J. Ehrenhofer questions re: non-consolidating affiliates in regards to upcoming amendment. |
| Mark Berger | 2/11/2010 | 0.3 | Review Third amendment detail list. |
| Richard Stone | 2/11/2010 | 0.7 | Discussion with C. Kline (Sidley) regarding upcoming schedule and statement amendment for debtor entities and unescheated credit matters. |
| Doug Lewandowski | 2/12/2010 | 0.5 | Working session with L. Hoeflich (A&M) on signature pages for schedule amendments. |
| Elizabeth Johnston | 2/12/2010 | 3.1 | Continue review revised drafts prepared for third amendments to be filed on Schedules B, F, and G across 64 debtors. |
| Elizabeth Johnston | 2/12/2010 | 1.4 | Amend Schedule F escheatment entries regarding employee payments. |
| Elizabeth Johnston | 2/12/2010 | 0.8 | Update and amend Schedule F trade payable entries across multiple debtors based on further company review of amendments. |
| Jodi Ehrenhofer | 2/12/2010 | 0.6 | Advise E. Johnston (A&M) on making all updates to non consolidating affiliate payable schedules based on review from N. Chakiris (Tribune). |
| Jodi Ehrenhofer | 2/12/2010 | 0.3 | Advise management on updated timeline for schedule amendments. |
| Jodi Ehrenhofer | 2/12/2010 | 0.8 | Call with C. Kline (Sidley) and R. Stone (A&M) to discuss outstanding schedule amendment issues. |

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/12/2010 | 0.3 | Advise E. Johnston (A&M) on updating address information in amended schedules for original schedules that were transferred and are being amended. |
| Jodi Ehrenhofer | 2/12/2010 | 0.4 | Circulate final drafted global notes and notice for amended schedules to management. |
| Jodi Ehrenhofer | 2/12/2010 | 0.4 | Advise E. Johnston (A&M) on making all updates to uncashed payroll based on new escheatment decisions made by Sidley. |
| Lauren Hoeflich | 2/12/2010 | 1.9 | Prepare declaration/signature pages for amended schedules. |
| Mark Berger | 2/12/2010 | 0.8 | Analyze accounting team's research on voucher/vendor changes and other timing issues that impact revised amendment. |
| Richard Stone | 2/12/2010 | 0.8 | Discussion with C. Kline (Sidley) regarding unescheated advertiser credits and implications on schedule amendment and plan of reorganization. |
| Richard Stone | 2/12/2010 | 0.5 | Discussion with J. Ehrenhofer (A&M) regarding status of amendment items and update to company management. |
| Steve Kotarba | 2/12/2010 | 1.2 | Review and respond to schedule amendment issues (.4); discuss, review and review settlement stipulations (.8). |
| Elizabeth Johnston | 2/14/2010 | 3.4 | Review of Schedule E amended responses based on unclaimed check loads. |
| Jodi Ehrenhofer | 2/14/2010 | 0.2 | Review changes to amended Schedule G. |
| Jodi Ehrenhofer | 2/14/2010 | 2.3 | Review changes to amended Schedule F. |
| Jodi Ehrenhofer | 2/14/2010 | 1.8 | Review changes to amended Schedule B. |
| Jodi Ehrenhofer | 2/14/2010 | 0.9 | Review changes to amended Schedule E. |
| Jodi Ehrenhofer | 2/14/2010 | 1.7 | Ensure that all summary schedules tie to total values listed on each schedule for all amended debtors. |
| Mark Zeiss | 2/14/2010 | 0.8 | Revise Schedule E outstanding checks. |
| Steve Kotarba | 2/14/2010 | 0.2 | Respond to internal inquiries re: timing of schedule amendments. |
| Elizabeth Johnston | 2/15/2010 | 2.7 | Complete review and updates to schedule amendment declaration information across all amending debtors. |
| Elizabeth Johnston | 2/15/2010 | 2.6 | Review of schedule declaration information based on amended debtors. |
| Jodi Ehrenhofer | 2/15/2010 | 1.8 | Summarize all schedule amendment changes related to global notes, declarations, and one off rider notations for E. Johnston (A&M) to update. |
| Jodi Ehrenhofer | 2/15/2010 | 1.3 | Research certain discrepancies on summary schedules on Schedule B to the actual Schedule B exhibit. |
| Jodi Ehrenhofer | 2/15/2010 | 0.7 | Ensure that proper cover declarations have been attached to all amended debtors. |

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/15/2010 | 1.6 | Ensure that proper cover page and global notes have been attached to all amended debtors. |
| Steve Kotarba | 2/15/2010 | 0.6 | Work re: schedule amendments. |
| Elizabeth Johnston | 2/16/2010 | 1.8 | Review and update intercompany payable and receivable entries in amended schedules across multiple debtors. |
| Elizabeth Johnston | 2/16/2010 | 1.8 | Update amended Global Notes and incorporate into amended schedules for amending debtors. |
| Jodi Ehrenhofer | 2/19/2010 | 0.9 | Ensure summary of all amended schedules is complete including correct noticing addresses. |
| Jodi Ehrenhofer | 2/19/2010 | 0.3 | Follow up with Sidley on timing of filing schedule amendment. |
| Jodi Ehrenhofer | 2/19/2010 | 0.6 | Review final notice and global notes prepared by Sidley for schedule amendments. |
| Brian Whittman | 2/21/2010 | 0.4 | Review global notes and notice of amendment for statements & schedules. |
| Brian Whittman | 2/22/2010 | 0.2 | Correspondence with C. Kline (Sidley) re: non-debtor footnote to notice of amendment to schedules. |
| Brian Whittman | 2/22/2010 | 0.5 | Review draft amendments to statements and schedules. |
| Brian Whittman | 2/22/2010 | 0.4 | Call with Sidley (J. Henderson, C. Kline) and A&M (S. Kotarba, J. Ehrenhofer, R. Stone) re: amendments to schedules. |
| Jodi Ehrenhofer | 2/22/2010 | 0.9 | Summarize all schedule amendment changes by debtor instead of by record to share with management and counsel. |
| Jodi Ehrenhofer | 2/22/2010 | 0.4 | Call with Sidley (J. Henderson, C. Kline) and A&M (S. Kotarba, B. Whittman, R. Stone) re: amendments to schedules |
| Jodi Ehrenhofer | 2/22/2010 | 1.1 | Ensure that all non debtor affiliates are properly noted in footnote for notice and global notes. |
| Richard Stone | 2/22/2010 | 0.3 | Discussion with C. Kline (Sidley) regarding outstanding payroll check and related matters for upcoming schedule amendments. |
| Richard Stone | 2/22/2010 | 0.4 | Participate in schedule amendment status call with J. Henderson and C. Kline (Sidley) and B. Whittman and J. Ehrenhofer (A&M). |
| Steve Kotarba | 2/22/2010 | 1.5 | Prepare for and participate on status call re: schedule amendments (.4); review payments analysis and comment (.6); internal discussions re: revisions (.5). |
| Brian Whittman | 2/23/2010 | 0.5 | Correspondence with B. Krakauer (Sidley) re: amendments to schedule F. |
| Brian Whittman | 2/23/2010 | 1.4 | Analysis of components of amendments to schedule F. |
| Jodi Ehrenhofer | 2/24/2010 | 1.3 | Prepare exhibit of all Debtors to be amended for notice for Sidley. |
| Richard Stone | 2/24/2010 | 0.2 | Review and provide updates to schedule amendment notice. |

*Exhibit D*

> **Tribune Company et al.,**
> **Time Detail by Activity by Professional**
> **February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/25/2010 | 0.4 | Call with B. Krakauer (Sidley) re: amendments to statements & schedules. |
| Brian Whittman | 2/25/2010 | 0.2 | Call with C. Kline (Sidley) re: amendments to statements and schedules. |
| Elizabeth Johnston | 2/25/2010 | 3.4 | Review of and incorporation of global notes into amended schedules for all amending debtors. |
| Elizabeth Johnston | 2/25/2010 | 3.8 | Review of intercompany schedule F entries, removing unnecessary schedule F entries, and comparing changes against second amended schedules. |
| Elizabeth Johnston | 2/25/2010 | 0.7 | Update Schedule F entries by removing trade payables for amended schedules. |
| Jodi Ehrenhofer | 2/25/2010 | 0.3 | Advise E. Johnston (A&M) on attaching final global notes and cover pages to amended schedules for debtors that are impacted. |
| Jodi Ehrenhofer | 2/25/2010 | 0.5 | Call with C. Kline (Sidley) and B. Tuttle (Epiq) on timing of notice for schedule amendments. |
| Jodi Ehrenhofer | 2/25/2010 | 3.2 | Update all riders to schedule B for intercompany receivables to ensure no records are no longer being amended. |
| Jodi Ehrenhofer | 2/25/2010 | 0.2 | Correspondence with B. Whittman (A&M) on changes to intercompany schedule amendments. |
| Jodi Ehrenhofer | 2/25/2010 | 1.2 | Update summary of all changes for schedules amendments by debtor to exclude all intercompany changes. |
| Jodi Ehrenhofer | 2/25/2010 | 0.6 | Advise E. Johnston (A&M) on changes to trade payable schedules for non consolidating affiliate schedules. |
| Jodi Ehrenhofer | 2/25/2010 | 0.8 | Discuss schedule amendment summary files with C. Kline (Sidley). |
| Jodi Ehrenhofer | 2/25/2010 | 1.7 | Update summary of all detailed changes for schedules amendments to exclude all intercompany changes. |
| Richard Stone | 2/25/2010 | 0.3 | Review updated global notes for schedule amendment. |
| Elizabeth Johnston | 2/26/2010 | 2.4 | Review of amending declaration documents and incorporation into BART. |
| Elizabeth Johnston | 2/26/2010 | 1.8 | Incorporate updated schedule F intercompany riders into BART across all amending debtors. |
| Elizabeth Johnston | 2/26/2010 | 1.3 | Review of Schedule amending totals, tying out all entries as compared to previously filed schedules with amended data. |
| Elizabeth Johnston | 2/26/2010 | 3.2 | Produce and review revised drafts prepared for third amendments to be filed on Schedules B, F, and G across multiple debtors. |
| Jodi Ehrenhofer | 2/26/2010 | 1.3 | Compare balance of schedule B after schedule amendments to previous balance by debtor to ensure all changes are accurately accounted for. |

*Exhibit D*

**Tribune Company et al.,**
**Time Detail by Activity by Professional**
**February 1, 2010 through February 28, 2010**

## Statements/Schedules

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/26/2010 | 1.2 | Compare balance of schedule F after schedule amendments to previous balance by debtor to ensure all changes are accurately accounted for. |
| Jodi Ehrenhofer | 2/26/2010 | 1.6 | Identify any Riverwalk schedule amendment changes to be made and update in BART. |
| Jodi Ehrenhofer | 2/26/2010 | 3.2 | Attached all updated intercompany receivable riders to schedule B in Bart for amended schedules. |
| Jodi Ehrenhofer | 2/28/2010 | 2.3 | Review changes to amended schedules B, E, F and G including current intercompany updates. |
| Jodi Ehrenhofer | 2/28/2010 | 1.1 | Review schedules for amended Debtors to ensure proper global notes and declarations are attached. |
| **Subtotal** | | **282.6** | |

## Status Meetings

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/8/2010 | 0.4 | Call with Sidley (J. Bendemagle, B. Krakauer), Lazard (S. Mandava) re: planning for board meeting. |
| Brian Whittman | 2/8/2010 | 0.7 | Review initial draft of board presentation on plan issues. |
| Brian Whittman | 2/8/2010 | 0.5 | Review initial draft of board presentation on potential avoidance actions. |
| Brian Whittman | 2/9/2010 | 0.8 | Call with B. Krakauer (Sidley), S. Mandava, J. Chase (Lazard) and T Hill, M. Frank (A&M) re: board presentation. |
| Brian Whittman | 2/9/2010 | 0.7 | Review updated draft presentation for board of directors on potential avoidance actions. |
| Brian Whittman | 2/9/2010 | 0.4 | Attend portion of call with Lazard (S. Mandava, J. Chase) and J. Bendemagle (Sidley) re: board presentation. |
| Brian Whittman | 2/9/2010 | 0.5 | Call with S. Mandava (Lazard) re: open issues for board meeting. |
| Matthew Frank | 2/9/2010 | 0.8 | Call with B. Krakauer (Sidley), S. Mandava (Lazard), J. Chase (Lazard) and T. Hill (A&M), B. Whittman (A&M) regarding board presentation. |
| Stuart Kaufman | 2/9/2010 | 0.8 | Conference call with T. Hill (A&M), B. Whittman (A&M), M. Frank (A&M), S. Mandava (Lazard), B. Krakauer (Sidley) re: presentation for Board of Directors. |
| Tom Hill | 2/9/2010 | 1.6 | Review final deck prior to the Board Presentation on Feb 10. |
| Tom Hill | 2/9/2010 | 0.8 | Attendance on call with Sidley (B. Krakauer), Lazard (S. Mandava, J. Chase) and A&M (B. Whittman, M. Frank) re: Board presentation. |

<table>
<tr><td></td><td align="right">*Exhibit D*</td></tr>
</table>

**Tribune Company et al.,**
***Time Detail by Activity by Professional***
***February 1, 2010 through February 28, 2010***

## Status Meetings

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/10/2010 | 2.5 | Attend Tribune Board of Directors meeting. |
| Brian Whittman | 2/10/2010 | 0.7 | Review board of directors presentation on 2010 budget. |
| Brian Whittman | 2/10/2010 | 2.0 | Discussions with D. Liebentritt (Tribune), B. Krakauer, J. Conlan, J. Bendernagle (Sidley), D. Kurtz, S. Mandava (Lazard), T. Hill, M. Frank (A&M) re: preparations for board meeting. |
| Brian Whittman | 2/10/2010 | 1.2 | Review board of directors presentation on plan settlement process. |
| Matthew Frank | 2/10/2010 | 2.0 | Strategy meeting prior to Board meeting with D. Liebentritt (Tribune), B. Whittman (A&M), T. Hill (A&M), J. Bendernagel (Sidley), J. Conlan (Sidley), B. Krakauer (Sidley), D. Kurtz (Lazard), S. Mandava (Lazard), J. Chase (Lazard). |
| Tom Hill | 2/10/2010 | 2.0 | Discussions with Tribune (D. Liebentritt), Sidley (B. Krakauer, J. Conlan, J. Bendernagle), Lazard (D. Kurtz, S. Mandava) and A&M (B. Whittman) to prepare for Board meeting. |
| Tom Hill | 2/10/2010 | 2.5 | Attendance at the Tribune Board of Directors meeting. |
| Tom Hill | 2/11/2010 | 0.8 | Preparation for planning session at Sidley. |
| Tom Hill | 2/11/2010 | 1.7 | Attendance and participation at Plan status meeting at Sidley (B. Krakauer, J. Bendernagle, J. Boelter, K. Mills), Tribune Management (D. Liebentritt, N. Larsen, C. Bigelow) and Lazard (D. Kurtz, S. Mandava). |
| Brian Whittman | 2/16/2010 | 0.5 | Attend telephonic board of directors meeting together with T. Hill (A&M) re: status update on plan of reorganization. |
| Tom Hill | 2/16/2010 | 0.5 | Attendance on telephonic Board of Directors meeting with B. Whittman (A&M) on status update re: plan of reorganization. |
| **Subtotal** | | **24.4** | |

## Tax

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Whittman | 2/11/2010 | 0.2 | Correspondence with D. Liebentritt re: tax issues. |
| Brian Whittman | 2/24/2010 | 0.2 | Discussion with P. Shanahan (Tribune) re: tax diligence request. |
| **Subtotal** | | **0.4** | |

| ***Grand Total*** | | **1,467.1** | |

*Exhibit E*

---

### *Tribune Company et al.,*
### *Summary of Expense Detail by Category*
### *February 1, 2010 through February 28, 2010*

---

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $435.40 |
| Meals | $181.50 |
| Miscellaneous | $10.27 |
| Transportation | $301.00 |
| **Total** | **$928.17** |

*Exhibit F*

> **Tribune Company et al.,**
> **Expense Detail by Category**
> **February 1, 2010 through February 28, 2010**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 2/3/2010 | $195.70 | One-way airfare Chicago/New York. |
| Brian Whittman | 2/3/2010 | $239.70 | One-way airfare New York/Chicago. |
| **Expense Category Total** | | **$435.40** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Mark Berger | 2/9/2010 | $12.05 | Dinner for M. Berger. |
| Sean Hough | 2/5/2010 | $84.99 | Working lunch B. Whittman, S. Kaufman, M. Frank, S. Hough (all A&M), J. Boelter (Sidley), S. Mandava (Lazard), D. Leibintritt (Tribune). |
| Sean Hough | 2/15/2010 | $64.88 | Dinner for S. Hough, M. Frank and S. Kaufman. |
| Stuart Kaufman | 2/2/2010 | $10.03 | Dinner for S. Kaufman.. |
| Stuart Kaufman | 2/26/2010 | $9.55 | Dinner for S. Kaufman. |
| **Expense Category Total** | | **$181.50** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 1/7/2010 | $10.27 | Federal express charge. |
| **Expense Category Total** | | **$10.27** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 2/3/2010 | $31.00 | Parking at O'Hare Airport. |
| Mark Berger | 2/28/2010 | $126.00 | Parking at Tribune Tower on Feb. 1,3,5,8,16-18,22-25,28 and March 2 |
| Mark Berger | 2/28/2020 | $54.00 | Taxi fares from Tribune Tower to home on Jan 12-13 and Feb 4, 9. |
| Richard Stone | 2/10/2010 | $10.00 | Parking at Tribune. |

*Exhibit F*

***Tribune Company et al.,***
***Expense Detail by Category***
***February 1, 2010 through February 28, 2010***

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Stone | 2/17/2010 | $10.00 | Parking at Tribune. |
| Richard Stone | 2/19/2010 | $10.00 | Parking at Tribune. |
| Richard Stone | 2/23/2010 | $10.00 | Parking at Tribune. |
| Stuart Kaufman | 2/2/2010 | $10.00 | Taxi from Tribune to Ogilive. |
| Stuart Kaufman | 2/8/2010 | $10.00 | Taxi from Tribune to Ogilive. |
| Stuart Kaufman | 2/11/2010 | $10.00 | Taxi from Tribune to Ogilive. |
| Stuart Kaufman | 2/15/2010 | $10.00 | Taxi from Tribune to Ogilive. |
| Stuart Kaufman | 2/16/2010 | $10.00 | Taxi from Tribune to Ogilive. |
| **Expense Category Total** | | **$301.00** | |
| *Grand Total* | | **$928.17** | |