UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) ) |
| Debtors. | ) Jointly Administered ) ) ) ) |

### VERIFICATION

STATE OF ILLINOIS   )
                   ) ss
COUNTY OF COOK     )

I, David J. Bradford, after being duly sworn according to law, deposes and says:

(a)     I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

(b)     I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

(c)     I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

_____
David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 8th DAY OF APRIL, 2010.

_____
Notary Public

"OFFICIAL SEAL"
Francine M. Sattinger
Notary Public, State of Illinois
My Commission Expires July 9, 2010

1778046.1