**EXHIBIT A**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 31, 2010
INVOICE # 9164213

## MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2010 | $15,048.00 |
| DISBURSEMENTS | 5.76 |
| TOTAL INVOICE | $15,053.76 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9164213

MARCH 31, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010

MORGAN STANLEY SWAP                                        MATTER NUMBER -   10180

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/01/10 | DJB | .30 | { L190 } {A106} Various e-mails to ▮▮▮. | 277.50 |
| 2/01/10 | WAT | .20 | { L110 } {A104} Reviewed correspondence and memoranda re ▮▮▮ (.1); proofed ▮▮▮ (.1). | 102.00 |
| 2/03/10 | DJB | 1.20 | { L190 } {A107} Various e-mails re ▮▮▮ (.3); telephone conference with Morgan Stanley counsel re same (.3); further telephone conference with opposing counsel re same (.3); reviewed ▮▮▮ (.3). | 1,110.00 |
| 2/08/10 | SEB | .40 | { L190 } {A103} Updated memorandum ▮▮▮. | 148.00 |
| 2/10/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with opposing counsel re ▮▮▮ (.5); email to ▮▮▮ re same (.5) | 925.00 |
| 2/10/10 | SEB | .40 | { L190 } {A103} Ran ▮▮▮. | 148.00 |
| 2/11/10 | DJB | .50 | { L190 } {A106} E-mails with ▮▮▮ re ▮▮▮. | 462.50 |
| 2/11/10 | SEB | 1.60 | { L190 } {A103} Began drafting ▮▮▮. | 592.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/15/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ▮▮▮ (.5); drafted ▮▮▮ (.5). | 925.00 |
| 2/15/10 | MZH | .80 | { L120 } {A105} Telephone conference with ▮▮▮ re ▮▮▮ (.4); telephone conference with S. Biller re same (.2); telephone conference with ▮▮▮ and S. Biller re same (.2); reviewed and revised ▮▮▮ re ▮▮▮ (.2). | 600.00 |
| 2/15/10 | SEB | 4.50 | { L190 } {A104} Reviewed and analyzed ▮▮▮ (.7); drafted memorandum re ▮▮▮ (2.0); participated in conference call with ▮▮▮ (.1); conferred with D. Bradford re ▮▮▮ (.1); ▮▮▮ and e-mailed D. Bradford re same and ▮▮▮ (.4); wrote draft e-mail to ▮▮▮ re ▮▮▮ (.3); wrote e-mail to M. Hankin re ▮▮▮ (.2); conferred with M. Hankin re ▮▮▮ (.1); conferred with ▮▮▮ and M. Hankin re ▮▮▮ (.2); searched for ▮▮▮ and ▮▮▮ (.3); reviewed ▮▮▮ (.1). | 1,665.00 |
| 2/16/10 | DJB | .50 | { L190 } {A107} Telephone conference with opposing counsel re ▮▮▮. | 462.50 |
| 2/18/10 | DJB | 1.30 | { L190 } {A107} Telephone conference with Morgan Stanley counsel re ▮▮▮ (.5); prepared e-mail re same (.5); reviewed ▮▮▮ and prepared further e-mail re same (.3). | 1,202.50 |
| 2/18/10 | WAT | .30 | { L110 } {A104} Reviewed proposed summary ▮▮▮. | 153.00 |
| 2/18/10 | MZH | .90 | { L120 } {A104} Reviewed and commented on ▮▮▮. | 675.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/18/10 | SEB | 2.60 | { L190 } {A105} E-mailed D. Bradford re ▮ (.1); continued drafting s▮ ▮ (1.6); reviewed ▮ | 962.00 |
| 2/24/10 | WAT | 1.00 | { L110 } {A104} Reviewed and revised ▮ | 510.00 |
| 2/25/10 | MZH | 2.10 | { L120 } {A104} Reviewed and commented on ▮ | 1,575.00 |
| 2/25/10 | SEB | 6.90 | { L190 } {A103} Drafted memorandum re ▮ | 2,553.00 |
|  |  | 27.50 | PROFESSIONAL SERVICES | 15,048.00 |

## DISBURSEMENTS

| 2/18/10 | Photocopy Expense | 5.76 |
|---|---|---|
|  | TOTAL DISBURSEMENTS | 5.76 |

**INVOICE TOTAL**                    $ 15,053.76

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 5.80 | 925.00 | 5,365.00 |
| MARC B. HANKIN | 3.80 | 750.00 | 2,850.00 |
| WADE A. THOMSON | 1.50 | 510.00 | 765.00 |
| SOFIA E. BILLER | 16.40 | 370.00 | 6,068.00 |
| TOTAL | 27.50 |  | 15,048.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

| | |
|---|---|
| THE TRIBUNE COMPANY<br>435 NORTH MICHIGAN AVENUE<br>SUITE 600<br>CHICAGO, IL 60611-4041<br>ATTN: DONALD J. LIEBENTRITT | MARCH 31, 2010<br>INVOICE # 9164212 |

**FEE APPLICATION**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2010 | | $4,993.00 |
| DISBURSEMENTS | | 38.72 |
| | TOTAL INVOICE | $5,031.72 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041　　　　　　　　　　　　　　　　　　　　INVOICE # 9164212
ATTN: DONALD J. LIEBENTRITT

MARCH 31, 2010

CLIENT NUMBER -　　45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010

FEE APPLICATION　　　　　　　　　　　　　　　　　　　　　MATTER NUMBER -　　10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/01/10 | LSR | .50 | { L210 } {A103} Drafted email to Fee Examiner re submission of Fourth Quarterly Fee Application. | 185.00 |
| 2/04/10 | LSR | 1.30 | { L210 } {A103} Drafted December Fee Application. | 481.00 |
| 2/05/10 | LSR | 1.00 | { L210 } {A103} Continued drafting December Fee Application. | 370.00 |
| 2/08/10 | LSR | 4.00 | { L210 } {A103} Edited response to Fee Examiner's preliminary re Third Quarterly Fee Application. | 1,480.00 |
| 2/10/10 | LSR | 2.50 | { L210 } {A103} Edited response to Fee Examiner's preliminary report re Third Quarterly Fee Application. | 925.00 |
| 2/12/10 | MXP | 2.90 | { L210 } {A110} Worked on preparing exhibits to Jenner's December Fee Application. | 493.00 |
| 2/15/10 | MXP | 1.40 | { L210 } {A110} Continued work on preparing exhibits to Jenner's December Fee Application. | 238.00 |
| 2/15/10 | LSR | 1.50 | { L210 } {A103} Edited response to Fee Examiner's preliminary report re Jenner's Third Quarterly Fee Application. | 555.00 |
| 2/16/10 | LSR | .30 | { L210 } {A103} Drafted December Fee Application. | 111.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE　　　　　　　　　　　　Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 2/24/10 | CS | .20 | { L210 } {A103} Revised response to Fee Examiner. | 155.00 |
| | | 15.60 | PROFESSIONAL SERVICES | 4,993.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 1/06/10 | Pacer Charges | 2.40 |
| 1/06/10 | Pacer Charges | 36.32 |
| | TOTAL DISBURSEMENTS | 38.72 |

**INVOICE TOTAL**                                              $ 5,031.72

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| CATHERINE L. STEEGE | 0.20 | 775.00 | 155.00 |
| LANDON S. RAIFORD | 11.10 | 370.00 | 4,107.00 |
| MARC A. PATTERSON | 4.30 | 170.00 | 731.00 |
| TOTAL | 15.60 | | 4,993.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10130

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL  60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

MARCH 31, 2010
INVOICE # 9164209

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2010 | $28,149.50 |
| DISBURSEMENTS | 111.59 |
| TOTAL INVOICE | $28,261.09 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $26,138.82 |
| TRIBUNE'S 13/14TH PORTION OF DISBURSEMENTS | 103.62 |
| **TOTAL DUE FROM TRIBUNE** | **$26,242.44** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $ 2,010.68 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 7.97 |
| **TOTAL DUE FROM EGI-TRB** | **$ 2,018.65** |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL 60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

INVOICE # 9164209

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 31, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010

ESOP/STAY ISSUES

MATTER NUMBER -   10130

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/01/10 | WLS | .50 | { L190 } {A104} Continued work on ▇▇▇ (.3); conferences with D. Sondgeroth and A. Amert re same (.2). | 425.00 |
| 2/01/10 | MTW | 1.50 | { L140 } {A104} Reviewed ▇▇▇ (1.3); e-mail re ▇▇▇ (.2). | 1,012.50 |
| 2/01/10 | PXR | .30 | { L140 } {A110} Searched and retrieved various pleadings per S. McGee request. | 51.00 |
| 2/02/10 | WLS | 2.30 | { L190 } {A104} Studied and commented on ▇▇▇ (2.0); conferences with M. Martin and A. Amert re same (.3). | 1,955.00 |
| 2/02/10 | PXR | .50 | { L140 } {A103} Drafted transmittal letter per D. Sondgeroth request re ▇▇▇. | 85.00 |
| 2/04/10 | WLS | .50 | { L190 } {A104} Studied and commented on ▇▇▇. | 425.00 |
| 2/04/10 | DJB | .50 | { L190 } {A104} Reviewed ▇▇▇. | 462.50 |

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/04/10 | PXR | 3.20 | { L140 } {A103} Created and compiled ▓▓▓▓ per S. McGee request. | 544.00 |
| 2/06/10 | RRB | 1.30 | { L190 } {A104} Reviewed case law on ▓▓▓▓. | 637.00 |
| 2/07/10 | DJB | .70 | { L190 } {A106} Telephone conference with D. Liebentritt re ▓▓▓▓. | 647.50 |
| 2/08/10 | DJB | 1.00 | { L190 } {A103} Edited ▓▓▓▓. | 925.00 |
| 2/09/10 | DJB | 1.00 | { L190 } {A103} Edited ▓▓▓▓. | 925.00 |
| 2/10/10 | WLS | 2.50 | { L190 } {A104} Studied documents re ▓▓▓▓ (2.0); conferences with A. Amert and J. Wenell re same (.5). | 2,125.00 |
| 2/10/10 | RRB | 3.80 | { L190 } {A105} Telephone conference with A. Amert re ▓▓▓▓ (.5); circulated ▓ to A. Amert, W. Scogland and J. Wenell (.2); continued review of ▓▓▓▓ (3.1). | 1,862.00 |
| 2/10/10 | JXW | 8.00 | { L120 } {A102} Researched ▓▓▓▓ (7.5); discussed same with W. Scogland (0.5). | 2,960.00 |
| 2/11/10 | RRB | .70 | { L190 } {A106} Telephone conference with ▓▓▓▓. | 343.00 |
| 2/11/10 | RRB | 8.50 | { L190 } {A103} Completed review of ▓▓▓▓ (5.0); drafted ▓▓▓▓ (3.0); conferred with D. Sondgeroth ▓▓▓▓ (.5). | 4,165.00 |
| 2/11/10 | PXR | 1.50 | { L140 } {A110} Searched and retrieved ▓▓▓▓ per S. McGee request (.8); organized documents and reviewed ▓▓▓▓ per S. McGee request (.7). | 255.00 |
| 2/12/10 | WLS | 1.00 | { L190 } {A104} Studied and commented on ▓ ▓▓▓▓. | 850.00 |
| 2/12/10 | PXR | .50 | { L140 } {A110} Organized and reviewed ▓▓▓▓ per S. McGee request. | 85.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/12/10 | BJM | .50 | { L140 } {A110} Reviewed and revised ▓▓▓ binder. | 85.00 |
| 2/15/10 | WLS | .50 | { L190 } {A104} Further work on ▓▓▓. | 425.00 |
| 2/15/10 | DJB | 2.00 | { L190 } {A106} Office conference with ▓▓▓ (.5); drafted ▓▓▓ (1.0); telephone conference with ▓▓▓ re same (.5). | 1,850.00 |
| 2/15/10 | JXW | 2.00 | { L120 } {A105} Discussed ▓▓▓ with W. Scogland (1.0); researched same (1.0). | 740.00 |
| 2/16/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with ▓▓▓ (.5); telephone conference with ▓▓▓ re same (.5). | 925.00 |
| 2/17/10 | DJB | 1.70 | { L190 } {A107} Various e-mails with ▓▓▓ (.7); telephone conference with ▓▓▓ re same (.5); drafted ▓▓▓ re same (.5). | 1,572.50 |
| 2/17/10 | DAS | .50 | { L210 } {A104} Reviewed filings in Tribune bankruptcy re ▓▓▓. | 270.00 |
| 2/18/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ▓▓▓ (.5); revised ▓▓▓ (.5). | 925.00 |
| 2/19/10 | DJB | .30 | { L190 } {A104} Reviewed bankruptcy filings. | 277.50 |
| 2/19/10 | PXR | 1.50 | { L140 } {A110} Reviewed and organized binders re ▓▓▓ and distributed same per S. McGee request. | 255.00 |
| 2/25/10 | PXR | .50 | { L140 } {A110} Searched and retrieved various ▓▓▓. | 85.00 |
|  |  | 51.30 | PROFESSIONAL SERVICES | 28,149.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 10/05/09 | Pacer Charges | 1.04 |
| 1/06/10 | Pacer Charges | .08 |
| 1/06/10 | Pacer Charges | 6.96 |
| 1/06/10 | Pacer Charges | 21.84 |
| 1/06/10 | Pacer Charges | 25.76 |
| 2/02/10 | UPS | 24.38 |
| 2/04/10 | Photocopy Expense | 1.17 |
| 2/11/10 | Photocopy Expense | .72 |
| 2/19/10 | Photocopy Expense | 11.10 |
| 2/22/10 | Photocopy Expense | 18.54 |
| | TOTAL DISBURSEMENTS | 111.59 |

## INVOICE TOTAL                $ 28,261.09

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 9.20 | 925.00 | 8,510.00 |
| WILLIAM L. SCOGLAND | 7.30 | 850.00 | 6,205.00 |
| MICHAEL T. WOLF | 1.50 | 675.00 | 1,012.50 |
| DOUGLAS A. SONDGEROTH | 0.50 | 540.00 | 270.00 |
| REENA R. BAJOWALA | 14.30 | 490.00 | 7,007.00 |
| JULIE A. WENELL | 10.00 | 370.00 | 3,700.00 |
| BRETT J. MULLENBROCK | 0.50 | 170.00 | 85.00 |
| PANAGIOTA RAMOS | 8.00 | 170.00 | 1,360.00 |
| TOTAL | 51.30 | | 28,149.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 31, 2010
INVOICE # 9164210

**DOL SUBPOENA**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2010 | $3,400.50 |
| DISBURSEMENTS | 10.44 |
| TOTAL INVOICE | $3,410.94 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9164210

MARCH 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010

DOL SUBPOENA

MATTER NUMBER - 10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/05/10 | LIM | .30 | { L140 } {A110} Coordinated with data team ▓. | 82.50 |
| 2/11/10 | DAS | .50 | { L210 } {A108} Communicated with ▓. | 270.00 |
| 2/16/10 | DAS | .20 | { L210 } {A108} Sent originals of ▓. | 108.00 |
| 2/17/10 | EJR | 2.60 | { L140 } {A110} Populated relevant descriptive fields in ▓ to expedite attorney review. | 598.00 |
| 2/18/10 | PXR | 2.00 | { L140 } {A110} Reviewed and tagged various documents in production database for Applied Technology Group ▓ | 340.00 |
| 2/18/10 | EJR | 1.50 | { L140 } {A110} Continued to populate relevant descriptive fields in ▓ to expedite attorney review. | 345.00 |
| 2/19/10 | EJR | 1.30 | { L140 } {A110} Continued to populate relevant descriptive fields in ▓ to expedite attorney review. | 299.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/23/10 | EJR | .50 | { L140 } {A110} Obtained documents ▮ (.2); coordinated imaging and copying of documents with Pitney Bowes (.3). | 115.00 |
| 2/23/10 | DG | 1.50 | { L140 } {A110} Removed documents from ▮ database tagged for deletion (.8); removed corresponding images, native files and text from network (.3); performed quality checks and released for second level quality control check (.4). | 412.50 |
| 2/24/10 | EJR | 1.10 | { L140 } {A110} Delivered copy set of ▮ documents for review by D. Sondgeroth (.1); organized and prepared original documents produced by ▮ for hard copy case file (.4); added imaged documents to shared electronic database for review by team (.6). | 253.00 |
| 2/24/10 | LIM | .30 | { L140 } {A110} Coordinated with data team replacing images for ▮ document production. | 82.50 |
| 2/24/10 | DG | .30 | { L140 } {A110} Removed document level OCR text from the network for the ▮ database. | 82.50 |
| 2/24/10 | KZL | .50 | { L140 } {A110} Converted multipage tiffs to single page tiffs (.1); imported new tiffs into database (.1); generated new OCR for records (.1); quality checked all data and images (.2). | 137.50 |
| 2/24/10 | MS | .50 | { L140 } {A110} Began performing quality control checks to ensure that documents, images, natives and text files identified by the case team are deleted from the database and network. | 137.50 |
| 2/25/10 | LIM | .30 | { L140 } {A110} Coordinated with data team replacing images for ▮ document production. | 82.50 |
| 2/25/10 | MS | .20 | { L140 } {A110} Began performing second level quality control checks on vendor data loaded for review. | 55.00 |
| | | 13.60 | PROFESSIONAL SERVICES | 3,400.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 1/28/10 | UPS | 10.44 |
|  | TOTAL DISBURSEMENTS | 10.44 |

**INVOICE TOTAL**                            $ 3,410.94

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DOUGLAS A. SONDGEROTH | 0.70 | 540.00 | 378.00 |
| DARYL GARDNER | 1.80 | 275.00 | 495.00 |
| KELLY A. LAUGHRAN | 0.50 | 275.00 | 137.50 |
| LORY I. MANHEIMER | 0.90 | 275.00 | 247.50 |
| MARGARET SMALL | 0.70 | 275.00 | 192.50 |
| EILEEN J. ROBERTSON | 7.00 | 230.00 | 1,610.00 |
| PANAGIOTA RAMOS | 2.00 | 170.00 | 340.00 |
| TOTAL | 13.60 |  | 3,400.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**EXHIBIT B**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Pacer Charges | 94.40 |
| Photocopy Expense | 37.29 |
| UPS | 34.82 |
| **Total** | **166.51** |