**Todd Umbarger**
**124 Candlewood Mountain Road**
**New Milford, Connecticut 06776**
**212-203-3337 - Cell**
**860-355-3560 - Home**

April 8, 2010

Clerk of the Court
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

      Re:    **Tribune Company, et al.**
              **Case No. 08-13141 (KJC)**

Dear Sir or Madam:

      I am writing in response to the Tribune Company's Objection to my claim in the above matter. The basis for the Objection is that the *New Haven Advocate*, for whom I provided professional services, is allegedly not a Tribune Company entity.

      Please be advised that the *New Haven Advocate* is owned by New Mass Media, Inc. I am enclosing a copy of a letter to me from Marcy Hurlburt, Administrative Assistant at New Mass. Media., written on letterhead showing the *New Haven Advocate* to be one of their newspapers.

      New Mass. Media, Inc. is listed on the Commencement of Chapter 11 Bankruptcy Case, and on the Objection, as a debtor in the above-captioned bankruptcy in addition to the Tribune Company.

      Proof of Claim forms were sent to me unsolicited from the Tribune Company as an "important supplier /vendor to the Tribune Company."

      Accordingly, my claim should be considered and paid per the Proof of Claim filed on April 23, 2009.

                                                                  Sincerely,

                                                                  Todd J. Umbarger

Enclosures
cc:  Sidley Austin LLP (*via facsimile 312-853-7036*)
     Cole, Schotz, Meisel, et al. (*via facsimile 302-652-3117*)



HARTFORD ADVOCATE
121 WAWARME AVENUE • HARTFORD, CT 06114
TEL: 860.548.9300 • FAX: 860.548.9335
WWW.NEWMASSMEDIA.COM

SMART. TOPICAL. IRREPLACEABLE.

Todd Umbarger
329 East 14th St #4A
New York, NY  10003

May 12, 2009

Dear Todd,

Due to recent changes at New Mass Media, Inc. involving all 3 of our papers, Hartford Advocate, New Haven Advocate and Fairfield County Weekly, we are required to update the records for our freelancers.

Enclosed you will find a contract, a W-9 form, a vendor update form and a self addressed stamped envelope. Please complete the highlighted sections on all 3 forms and return to me in the envelope provided. If you feel you require a different version of the enclosed contract, be it for an artist, a photographer or a more restricted use author contract please contact me directly so that I may send you the appropriate contract immediately.

These forms need to be returned immediately to avoid any lapse in payment. As of the June 18, 2009 issue of the New Mass Media, Inc. family of newspapers no payments can be issued unless we have these updated documents on file.

If you have any questions, please contact me immediately.

Sincerely,

*[signature]*

Marcy Hurlburt
Administrative Assistant
New Mass. Media, Inc.
Hartford Advocate, New Haven Advocate, Fairfield County Weekly

# TRIBUNE

As an important supplier/vendor to Tribune Company, we are writing to inform you we have made a strategic decision to restructure our debt and to file for protection under Chapter 11 of the U.S. Bankruptcy Code. This business decision was necessary to strengthen Tribune's financial foundation for the future. **Tribune will continue to operate while it restructures, and we are not going out of business.**

Our partnership with our vendors is important to our success, and we are committed to maintaining strong relationships with our vendors for the long term.

We elected to file Chapter 11 in light of the dramatic and unexpected operating conditions we've encountered this year. We have had the perfect storm — a precipitous decline in revenue, and a tough economy coupled with a credit crisis that makes it extremely difficult to support our debt. Tribune is continuing to operate its media businesses, including its newspapers, television stations and web sites.

The Bankruptcy Code provides a priority status for post-petition purchases, which means that we can and will pay for all goods and services received from your company after the date of the filing. In addition to substantial cash on hand at the time of the filing, the Company has secured court approval to continue its $300 million accounts receivable securitization facility to provide ample credit to support post-petition operations.

We are discontinuing our PCard program effective immediately. Going forward, suppliers/vendors previously paid via PCard should invoice Tribune for goods purchased or services provided and will be paid by electronic funds transfer or by check. Invoices should clearly be addressed to the business unit name (i.e., Los Angeles Times, Chicago Tribune, WGN-TV, etc.), include the name of the requestor of the goods or services (i.e., Attn: Mary Smith), and then must be sent to P.O. Box 118250, Chicago, IL 60611-8250.

Unfortunately, bankruptcy law prohibits us from making payments for many goods purchased or services provided prior to the filing date at this time. Once a reorganization plan is developed and approved by the Bankruptcy Court, we will be authorized to make whatever payments or distributions are called for by that plan.

You will be notified when a deadline is set to file a Proof of Claim for any goods purchased or services provided prior to the filing. You can learn more about the company's filing at http://chapter11.epiqsystems.com/tribune. If you would like further explanation of the Chapter 11 process or have a specific question, please contact our vendor hotline at (888) 287-7568.

Thank you for your continued support. We look forward to working with you.

**TRIBUNE COMPANY**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On December 8, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtors and their respective addresses, case numbers and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| Tribune Company [Times Mirror Corporation – by merger] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13141 | 36-1880355 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5218625v1

DKT. NO. 113
DT. FILED 12/22/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Hearing Date: April 19, 2010 at 11:00 a.m. EDT<br>Objection Deadline: April 12, 2010 at 4:00 p.m. EDT |

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: (i) the Office of the United States Trustee; (ii) counsel for the Committee; (iii) counsel for the Steering Committee for Tribune Company's prepetition loan facilities; (iv) counsel for the administrative agent for the Debtors' postpetition financing facility; (v) the claimants listed on Exhibit A; and (vi) all parties requesting notice pursuant to Bankruptcy Rule 2002

PLEASE TAKE NOTICE that, on March 19, 2010, the above-captioned debtors and debtors in possession filed the **Debtors' Nineteenth Omnibus (Substantive) Objection to**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-6407881v1

DKT. NO. 3792
DT. FILED 3/19/10