# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. __ |

## MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING LATE FILING OF REPLY TO OBJECTION OF WILMINGTON TRUST COMPANY [D.I. 3942]

The debtors and debtors in possession in the above-captioned chapter 11 cases (each a "Debtor" and, collectively, the "Debtors"), by and through their undersigned counsel, hereby move this Court (the "Motion") for entry of an order extending the time for filing a reply to the Objection of Wilmington Trust Company to the Motion of the Debtors for an Order (I)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (0000); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Determining that Wilmington Trust Company Has Violated the Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not be Held in Contempt of Court, and (III) Halting All Proceedings With Respect to the Complaint [D.I. 3759] (the "Objection") to Friday, April 9, 2009. In support of the Motion, the Debtors state as follows:

1. On March 3, 2010, Wilmington Trust Company ("Wilmington Trust") filed its Complaint for Equitable Subordination and Disallowance of Claims, Damages, and Constructive Trust (the "Complaint"). In response to the Complaint, on March 18, 2010, the Debtors timely filed their Motion for an Order (I) Determining that Wilmington Trust Company Has Violated the Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not be Held in Contempt of Court, and (III) Halting All Proceedings With Respect to the Complaint (the "Show Cause Motion"). The Show Cause Motion was 15 pages in length.

2. On April 5, 2010, after the close of business, Wilmington Trust filed the 34-page Objection. In its Objection, Wilmington Trust abandoned its original Complaint and instead attached a new 66-page amended complaint as an exhibit (the "Amended Complaint"). An unredacted version of the Objection and Amended Complaint were not distributed to the Debtors until Tuesday, April 6, 2010. The Objection sets forth arguments in opposition to the Show Cause Motion and an Amended Complaint which merit a written response by the Debtors.

3. The Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") require that a reply to a pleading such as the Objection "be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Local Rule 9006(1)(d). The Debtors' response to the Objection would accordingly have been required to be filed with the Court by 4 p.m. Thursday, April 8, 2010, less

2

than three (3) days after the Debtors received the Objection, and two (2) days after the Debtors received the unredacted Objection and Amended Complaint.

4.  In order to permit the Debtors to address adequately the numerous arguments raised in the Objection, the Debtors respectfully request that the Court enter an order permitting the Debtors to file their reply to the Objection on Friday, April 9, 2010, one (1) day past the time period prescribed by the Local Rules.

5.  The Debtors have approached counsel to Wilmington Trust seeking their consent to the extension requested herein, which provides three (3) days after receipt of Wilmington Trust's unredacted pleading to respond. Wilmington Trust refused such consent.

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) permitting the Debtors to file their reply to the Objection on Friday, April 9, 2010; and (ii) granting such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
       April 9, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Alison L. Triggs
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION