**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, <u>et</u> <u>al</u>., | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Court Rule 9010-1(b) and the attached certification, counsel moves the court for pro hac vice admission of Michael Swartz of Hennigan Bennett & Dorman, to represent the creditors and parties in interest identified on *Exhibit A* hereto in this action.

/s/ M. Blake Cleary
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION

Pursuant to Local Bankruptcy Court Rule 9010-1(b), I certify that I am eligible for admission to this Court. I further certify I am admitted, practicing, and a member in good standing of the Bar of California. Pursuant to Local Bankruptcy Court Rule 9010-1(b), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Michael Swartz
Michael Swartz
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone:  (213) 694-1200

## <u>ORDER GRANTING MOTION</u>

       IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.


Dated: April _____ , 2010

                                     _____

                                     Kevin J. Carey
                                     United States Bankruptcy Judge

**<u>EXHIBIT A</u>**

| Lender | Address |
|---|---|
| Anchorage Advisors, L.L.C. | 610 Broadway, 6th Floor<br>New York, NY 10012 |
| Avenue Investments, LP<br>Avenue Special Situations Fund IV, L.P.<br>Avenue - CDP Global Opportunities Fund, L.P. (US)<br>Avenue International Master, LP (Master)<br>Avenue Special Situations Fund V, L.P. | 535 Madison Avenue, 14th Floor<br>New York, NY 10022 |
| Canyon Capital Advisors, LLC | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| CFIP Master Fund, Ltd. | c/o Chicago Fundamental Investment<br>Partners, LLC<br>71 South Wacker Drive<br>Chicago, IL 60606-4610 |
| Contrarian Funds LLC | 411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 |
| CVI GVF (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC<br>12700 Whitewater Dr.<br>Minnetonka, MN 55343-9439 |
| Franklin Floating Rate Master Series<br>Franklin Floating Rate Daily Access Fund<br>Franklin Templeton Series II Funds – Franklin<br>    Floating Rate II Fund<br>Blue Shield of California<br>FT Opportunistic Distressed Funds Ltd.<br>Franklin Strategic Series – Franklin Strategic Income<br>    Fund<br>Templeton Global Investment Trust – Templeton<br>    Income Fund<br>Franklin Strategic Income Fund (Canada)<br>Franklin Templeton Variable Insurance Products<br>    Trust – Franklin Strategic Income Securities<br>    Fund<br>Franklin Total Return Fund | One Franklin Parkway<br>San Mateo, CA  94403 |

778865

| Lender | Address |
|---|---|
| GoldenTree Asset Management, LP<br>GoldenTree Credit Opportunities Financing I, Limited<br>GoldenTree 2004 Trust<br>GoldenTree Leverage Loan Master Fund, Ltd.<br>GoldenTree Credit Opportunities Second Financing, Limited<br>GoldenTree MultiStrategy Subsidiary, LLC<br>GoldenTree MultiStrategy Financing, Limited<br>GN3 SIP Limited | 300 Park Avenue, 21st Floor<br>New York, NY 10022 |
| Goldman Sachs Loan Partners | 1 New York Plaza, 49th Floor<br>New York, NY 10004 |
| Greywolf Capital Partners II LP<br>Greywolf Capital Overseas Master Fund<br>Greywolf CLO I Ltd | 4 Manhattanville Road, Suite 201<br>Purchase, NY 10577 |
| KKR Financial CLO 2005-1, Ltd.<br>KKR Financial CLO 2006-1, Ltd.<br>KKR Financial CLO 2007-1, Ltd.<br>Oregon Public Employees Retirement Fund<br>KKR Financial Holdings III, LLC<br>KKR Strategic Capital Holdings I, L.P. | 555 California Street, 50th Floor<br>San Francisco, CA 94104 |
| Knighthead Master Fund, L.P.<br>LMA SPC for and on behalf of MAP84 Segregated Portfolio | 623 Fifth Avenue, 29th Floor<br>New York, NY 10022 |
| Latigo Master Fund Ltd.<br>LP MA1, Ltd.<br>SEG LP MA2, L.P.<br>SEG Latigo Master Fund Ltd. | 590 Madison Ave<br>New York, NY 10022 |
| Luxor Capital Group, LP | 767 5th Ave. 19th Floor<br>New York, NY 10153 |
| Marathon Asset Management, LP, on behalf of certain entities in its capacity as Investment Manager | One Bryant Park 38th floor<br>New York, NY, 10036 |
| Newstart Factors, Inc. | 2 Stamford Plaza, Suite 1501<br>281 Tresser Boulevard<br>Stamford, CT 06901 |

778865

| Lender | Address |
|---|---|
| Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts | 333 S. Grand Avenue, 28th Floor<br>Los Angeles, CA 90071 |
| Onex Credit Partners on behalf of its advisory clients, including Onex Debt Opportunities Fund, Ltd., and OCP Investment Trust | 910 Sylvan Avenue, Suite 100<br>Englewood Cliffs, NJ 07632 |
| Scoggin Capital Management LP II<br>Scoggin International Fund LTD.<br>Scoggin Worldwide Distressed Fund, LTD | 660 Madison Ave Fl 20<br>New York, NY 10065 |
| Taconic Market Dislocation Fund II LP<br>Taconic Market Dislocation Master Fund II LP<br>Taconic Capital Partners 1.5 LP<br>Taconic Opportunity Fund LP | 450 Park Avenue, 9th Floor<br>New York, NY 10022 |
| Värde Investment Partners, L.P. | 8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN 55437 |
| Viking Global Equities LP<br>Viking Global Equities II LP<br>VGE III Portfolio Ltd. | 280 Park Avenue, 33rd Floor<br>New York, NY 10017 |
| Waterstone Market Neutral Master Fund, Ltd<br>Waterstone Market Neutral Mac51 Fund, Ltd | 2 Carlson Parkway, Suite 260<br>Minneapolis, MN 55447 |
| York Capital Management, L.P. | 767 Fifth Avenue 17th Floor<br>New York, NY 10153 |

778865