IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
: 
In re: : Chapter 11
:
TRIBUNE COMPANY et al., : Case No. 08-13141 (KJC)
:
       Debtors. : (Jointly Administered)
:
: Re: Docket Nos. 2407 & 2630
------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION OF
JPMORGAN CHASE BANK, N.A., LAW DEBENTURE TRUST
COMPANY OF NEW YORK, AND CENTERBRIDGE CREDIT ADVISORS
LLC WITHDRAWING WITHOUT PREJUDICE LAW DEBENTURE TRUST
COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR AFFILIATES'
UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR
AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS**

On October 23, 2009, Law Debenture Trust Company of New York ("Law Debenture") filed the *Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Docket No. 2407] (the "Fee Motion") with the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On November 24, 2009, Centerbridge Credit Advisors LLC ("Centerbridge") joined the Fee Motion [Docket No. 2630].

On April 8, 2010, JPMorgan Chase Bank, N.A., ("JPMorgan"), Law Debenture, Centerbridge, and other parties executed the Settlement Support Agreement (the "Settlement Support Agreement").

The Settlement Support Agreement provides for the filing of the *Stipulation of JPMorgan Chase Bank, N.A., Law Debenture Trust Company of New York, and Centerbridge Credit Advisors LLC Withdrawing Without Prejudice Law Debenture Trust Company of New*

RLF1 3557215v.2

*York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* (the "Stipulation"). A copy of the Stipulation is attached hereto as Exhibit A.

JPMorgan therefore respectfully requests the entry of an order approving the Stipulation, substantially in the form attached hereto as Exhibit B, at the earliest convenience of the Bankruptcy Court.

Dated: April 9, 2010
Wilmington, Delaware

/s/

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*