# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
: 
In re:                             : Chapter 11
                                   :
TRIBUNE COMPANY et al.,            : Case No. 08-13141 (KJC)
                                   :
            Debtors.               : (Jointly Administered)
                                   :
                                   : Re: Docket No. ____
---------------------------------- x

**ORDER APPROVING STIPULATION OF JPMORGAN CHASE BANK, N.A., LAW DEBENTURE TRUST COMPANY OF NEW YORK, AND CENTERBRIDGE CREDIT ADVISORS LLC WITHDRAWING WITHOUT PREJUDICE LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS**

Upon review and consideration of the *Stipulation of JPMorgan Chase Bank, N.A., Law Debenture Trust Company of New York, and Centerbridge Credit Advisors LLC Withdrawing Without Prejudice Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* (the "Stipulation"), attached hereto as Exhibit 1, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation is hereby approved.

2. The parties to the Stipulation are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order

Dated: April ____, 2010
      Wilmington, Delaware     THE HONORABLE KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

RLF1 3557215v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            : Chapter 11
                                                  :
TRIBUNE COMPANY et al.,                           : Case No. 08-13141 (KJC)
                                                  :
            Debtors.                              : (Jointly Administered)
                                                  :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF JPMORGAN CHASE BANK, N.A., LAW DEBENTURE TRUST COMPANY OF NEW YORK, AND CENTERBRIDGE CREDIT ADVISORS LLC WITHDRAWING WITHOUT PREJUDICE LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS**

WHEREAS, on October 23, 2009, Law Debenture Trust Company of New York ("Law Debenture") filed its *Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Docket No. 2407] (the "Fee Motion") with the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, on November 24, 2009, Centerbridge Credit Advisors LLC ("Centerbridge") joined the Fee Motion [Docket No. 2630];

WHEREAS, on April 8, 2010, JPMorgan Chase Bank, N.A., ("JPMorgan"), Law Debenture, Centerbridge, and other parties executed the Settlement Support Agreement; and

WHEREAS, the Settlement Support Agreement provides for the filing of the instant stipulation;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Law Debenture hereby withdraws the Fee Motion without prejudice.

2. Centerbridge hereby withdraws its joinder to the Fee Motion without prejudice.

3. The parties agree that reimbursement of the fees, costs, and expenses at issue in the Fee Motion, including those fees, costs and expenses already incurred and remaining unpaid as well as those to be incurred, may resume without objection in accordance with the terms of the Settlement Support Agreement.

4. So long as the Settlement Support Agreement is in effect, all parties (as to Law Debenture, if it has not withdrawn from the Settlement Support Agreement pursuant to and in accordance with the terms of the Settlement Support Agreement) will (1) oppose any motion by any party to these Chapter 11 proceedings that seeks the same relief, in whole or in part, as that requested in the Fee Motion, and (2) support, in accordance with the terms of the Settlement Support Agreement, any filing by the non-Debtor Guarantors notifying the Court of their intention to resume reimbursement of the fees, costs, and expenses at issue in the Fee Motion.

5. In the event the Settlement Support Agreement is terminated or Law Debenture withdraws pursuant to and in accordance with the terms of the Settlement Support Agreement, Law Debenture may file a new motion seeking the same relief, in

whole or in part, as that sought in the Fee Motion upon no less than 5 business days' notice. Centerbridge may join in such new motion in the event the Settlement Support Agreement is terminated.

6. In the event Law Debenture files a new motion seeking the same relief, in whole or in part, as that sought in the Fee Motion pursuant to Paragraph 5, the parties agree that no additional briefing other than the filing of the new motion will be permitted, that the new motion will rely exclusively on the factual record and legal arguments set forth in the prior record and prior pleadings submitted in connection with the Fee Motion and will not advance any new arguments, and that the record presented to the Bankruptcy Court in connection with the Fee Motion will be restored and the Bankruptcy Court will be asked to rule on the new motion based solely on the prior record and prior pleadings associated with the Fee Motion.

Dated: April 9, 2010

*(signature)*

Garvan F. McDaniel (No. 4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900

-and-

David S. Rosner
Andrew W. Glenn
Sheron Korpus
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Law Debenture Trust Company of New York*

/s/ [signature]

Laura Davis Jones
Timothy P. Cairns
Mark M. Billion
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
(302) 652-4100

-and-

Daniel H. Golden
Philip C. Dublin
Deborah J. Newman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-7481

*Attorneys for Centerbridge Credit Advisors LLC*

/s/ Drew G. Sloan

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*

6