# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING SECOND QUARTERLY FEE APPLICATION OF
## SIDLEY AUSTIN LLP

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the Second Quarterly Fee Application of Sidley Austin LLP for the period from March 1, 2009, through May 31, 2009 ("Application"), seeking approval of fees that total $4,209,274.75 and reimbursement of expenses that total $105,524.36. Sidley Austin LLP ("Sidley") is counsel to the Debtors and Debtors in Possession.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Background

1.      Stuart Maue reviewed the Application, including each of the billing and expense entries, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2.      This report includes exhibits that detail and support the findings discussed below.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The tasks included in a category are underlined in the fee exhibits.  For purpose of context, the other tasks within the same entry are also displayed.

3.      Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing.  Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry.  This methodology has been adopted by courts when evaluating fees and ruling on fee applications.  *See ACLU v. Barnes*, 168 F.3d 423, 429 (11th Cir. 1999).  Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice.  The alternative to using proportionalized time is to question the blocked entry in its entirety.

4.      Stuart Maue prepared and submitted a preliminary report to Sidley, and the firm provided a detailed written response.  After direct communication with Sidley and consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

**Discussion of Findings**

**Reconciliation of Fees and Expenses**

5.      Stuart Maue recomputed the fees and expenses requested in the Application. The hours billed by each professional or paraprofessional were totaled and multiplied by that individual's hourly rate. The recomputation of fees revealed that the requested amount was $227.25 less than the computed amount. The discrepancy is the result of billing entries containing multiple tasks, where the cumulative total of individual tasks within certain entries did not equal to time billed for the entries as a whole. The fee discrepancy and the related entries are displayed in Exhibit A. In response, Sidley reviewed the original time entries and confirmed the discrepancies, noting that the time entry dated April 6, 2009 was invoiced at 4.30 hours, calculated by Stuart Maue at 4.25 hours, but should have been billed at 4.20 hours. Taking into account that additional information, the net result of the discrepancies was an undercharge of $186.00. Sidley agreed to voluntarily waive the undercharged fees.

The recomputation of expenses revealed no difference between the amount requested and the amount computed. The figures in this report and the accompanying exhibits reflect the fees and expenses computed by Stuart Maue.

**Review of Fees**

6.      **Firm Staffing.** The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11." The Application provided the names, positions, and hourly rates of the Sidley professionals and paraprofessionals who billed to this matter. The matter was staffed with 117 timekeepers, consisting of 42 partners, 1 retired partner, 3 senior counsel, 3 counsel, 45 associates, 1 summer associate, 3 senior legal assistants, 13 legal assistants, 1 communications

specialist, and 5 project assistants. A summary of hours and fees billed by each timekeeper is displayed in Exhibit B.

The firm billed a total of 7,815.25 hours with associated fees of $4,209,502.00.[2] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 3,043.65 | 39% | $2,292,998.50 | 54% |
| Retired Partner | 20.00 | * | 13,300.00 | * |
| Senior Counsel | 119.00 | 2% | 93,085.00 | 2% |
| Counsel | 37.00 | * | 24,745.00 | * |
| Associate | 3,571.90 | 46% | 1,548,338.00 | 37% |
| Summer Associate | 6.90 | * | 1,207.50 | * |
| Senior Legal Assistant | 274.50 | 4% | 72,728.50 | 2% |
| Legal Assistant | 350.40 | 4% | 73,546.50 | 2% |
| Communications Specialist | 300.80 | 4% | 79,712.00 | 2% |
| Project Assistant | 91.10 | 1% | 9,841.00 | * |
| TOTAL | 7,815.25 | 100% | $4,209,502.00 | 100% |

* Less than 1%

The blended hourly rate for the Sidley professionals is $584.50, and the blended hourly rate for professionals and paraprofessionals is $538.63.

7.    **Hourly Rate Increases.** Sidley increased the hourly rate of one timekeeper during the second interim period. The rate of associate Alison R. Leff increased from $315.00 to $375.00 per hour on May 8, 2009. The fees attributable to the rate increase total $2,304.00. The firm's application for retention indicated that hourly rates "are subject to periodic adjustment from time to time in accordance with Sidley's established billing practices and procedures."

8.    **Potential Double Billings.** Potentially double billed entries are tasks that appear to be duplicated (*i.e.*, invoiced on the same date by the same timekeeper with identical or nearly identical descriptions and time increments). Stuart Maue identified three entries in the Sidley billing statements, totaling 0.90 hour and $540.00 in associated fees, which appeared to be duplicated. The entries were

---

[2] This amount reflects the fees computed by Stuart Maue.

displayed in Exhibit C to the preliminary report; the questioned tasks were highlighted in bold print and marked with an ampersand [&] in the exhibit.

        In response, Sidley verified that the time entries contain all the Tribune stations that were required by the FCC to file analog termination notices, but acknowledged that three stations were erroneously listed twice. Sidley agreed to a voluntary fee reduction in the amount of $540.00 resulting from the highlighted entries in Exhibit C attached hereto.

        9.    **Transient Timekeepers.** The activities of timekeepers whose participation appears to be limited and sporadic become questionable if the value of their involvement and necessity of their contribution is unclear. Stuart Maue recognizes that certain professionals or paraprofessionals have specialized knowledge or expertise and may be called upon to provide services to the case on a limited basis; however, it appears that some of the professionals had minimal involvement in the case and billed for activities that may have been performed by other timekeepers or timekeepers billing at a lower rate. The roles of a few timekeepers appeared to be purely clerical and accordingly are addressed elsewhere. The billing entries of the remaining timekeepers, totaling 133.30 hours and $74,954.50 in associated fees, were set forth in Exhibit D to the preliminary report. Stuart Maue requested that Sidley provide additional information regarding the nature and necessity of the roles of the timekeepers identified in the exhibit.

        In response to the preliminary report, Sidley provided a detailed explanation regarding the knowledge of many firm timekeepers due to the firm's extensive involvement in many aspects of the Debtor's business transactions. The firm provided context for most of the timekeepers in question and noted that their efforts related to the Debtor's day-to-day business operations rather than the bankruptcy proceedings. Further, for each individual indentified as a potentially transient timekeeper, the firm provided a brief biography including the firm position, practice area, and year of bar admission, as well as a statement of the knowledge and/or expertise each individual provided. Given the extensive additional detail and context provided and Sidley's broad representation of Tribune Company, Stuart

Maue makes no recommendation for a fee reduction resulting from potentially transient timekeepers with the exception of a summer associate included in the Application. Sidley agreed to voluntarily waive the fees invoiced for the time entries displayed in Exhibit D attached hereto, a total of $1,207.50.

10.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference."

a.    **Vaguely Described Conferences.** Stuart Maue identified billing entries for conferences that did not include the name of the person(s) with whom the communication was held and/or the subject or purpose of the communication. The entries, totaling 182.28 hours with $113,128.17 in associated fees, were displayed in Exhibit E to the preliminary report. Stuart Maue requested that in future applications the firm provide sufficient detail for each entry, as failure to comply with the Local Rules and the Guidelines may result in a recommendation for a fee reduction.

In response to the preliminary report, Sidley jointly addressed all issues regarding the content and detail of the firm time entries (vaguely described conferences, other vaguely described activities, and block billing) in the firm's written reply. In addition, Stuart Maue and Sidley engaged in multiple telephone conferences regarding the Fee Examiner's concerns and Sidley's efforts to provide the requisite detail. The firm's written response stated that Sidley will continue to make every effort to ensure that all time entries are sufficiently detailed, with each activities reflected in a separate time entry in compliance with the Local Rules and Guidelines. Sidley will also advise firm timekeepers to refrain from using descriptions such as "address," "attention to," "follow-up," or

"assist with" that do not convey the substantive nature of the task performed. Given the substance of Stuart Maue's ongoing communication with Sidley, no recommendation for a fee reduction is made at this time. Exhibit E is omitted from this report.

        **b.**    **Other Vaguely Described Activities.**  Stuart Maue identified many Sidley billing entries lacking the requisite detail. The entries, totaling 431.31 hours with $192,762.25 in associated fees, were displayed in Exhibit F to the preliminary report. Stuart Maue requested that in future applications the firm provide sufficient detail for each entry, as failure to comply with the Local Rules and the Guidelines may result in a recommendation for a fee reduction. Sidley's response to this issue is stated in paragraph 10.a. Exhibit F is omitted from this report.

        11.    **Block Billing.**  The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). Sidley block billed entries totaling 612.25 hours and $348,884.50 in associated fees. The entries were displayed in Exhibit G to the preliminary report. Stuart Maue requested that Sidley bill each discrete activity separately in all future applications, as failure to comply with the Guidelines may result in a recommendation for a fee reduction. Sidley's response to this issue is stated in paragraph 10.a. Exhibit G is omitted from this report.

        12.    **Conferences, Hearings, and Other Events.**  Local Rule 2016-2 (d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role," and Section II.D.5 of the Guidelines states that "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In re Busy Beaver Bldg. Centers, Inc.,* 19 F.3d 833, 856 (3rd Cir. 1994).

        **a.**    **Nonfirm Conferences, Hearings, and Events.**  Stuart Maue identified occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or

other event.  Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 365.29 hours with $256,014.75 in associated fees, were displayed in Exhibit H to the preliminary report.  In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference).  The potentially duplicative and unnecessary timekeepers' entries total 226.62 hours with $146,185.25 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  Stuart Maue requested that the firm provide an explanation of the necessity of the multiple billers and their respective roles for each event attended by more than one timekeeper.

Sidley jointly addressed the issues multiple billers at external and intrafirm conferences, meetings, etc.  The firm provided a lengthy and detailed statement that addressed, *inter alia*, (i) the size and scope of the Tribune cases and the resulting necessity for many firm timekeepers to subdivide responsibilities, and (ii) the number of pleadings prepared, filed, and presented to the Court during the second interim period.  Sidley then divided the external and internal conferences into seven categories of topics (including omnibus hearings, employment-related matters, the plan and disclosure statement, and litigated matters) and provided an explanation of the necessity for multiple timekeepers to attend and participate in the meetings.  The additional information and context provided by Sidley was extensive, and in consideration of the firm's reply and the ongoing communication between the firm and the Fee Examiner, Stuart Maue makes no recommendation for a fee reduction due to multiple timekeepers attending external or internal meetings.  Exhibit H is omitted from this report.

      **b.**    **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The fees for intraoffice conferences total 777.70 hours with $496,199.58 in associated fees, which computes to approximately 12% of the total fees requested in the Application.  The entries were displayed in

Exhibit I to the preliminary report. The entries describing intraoffice conferences attended by two or more firm personnel total 393.67 hours with $249,792.00 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. Stuart Maue requested that the firm provide an explanation for the necessity of more than one participant billing for the same intraoffice conference. Sidley's response to the issue of intraoffice communication is stated in paragraph 12.a. Exhibit I is omitted from this report.

13.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Stuart Maue did not identify any entries in the Application describing administrative activities.

14.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries or support personnel. Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying. Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members. "Fees for services that are purely clerical, ministerial, or administrative should be disallowed." *See Missouri v. Jenkins*, 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989). In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and it is Stuart Maue's intent to follow that practice in this case. The entries describing potentially clerical activities were displayed in Exhibit J to the preliminary report and total 209.85 hours with $49,794.75.

In response, Sidley provided a very detailed explanation of the various activities at issue and the billing judgment exercised by firm timekeepers in order to only bill for substantive work. The firm noted that many descriptions may be cursory in nature – a statement with which Stuart Maue agrees – but such descriptions belied the substantive legal knowledge or insight required. Sidley then

broke the activities into five general categories and provided extensive additional information regarding the substantive nature of each category. The response also stated Sidley's position that the $80.00 hourly rate foe clerical work is dated and well below the market rate for such services. After consideration of the firm's response and subsequent information provided by Sidley, Stuart Maue recommends a fee reduction in the amount of $4,291.75 resulting from adjusting the time entries in Exhibit J (attached hereto) to the rate of $80.00 per hour.

15.    **Sidley Retention/Compensation.** Stuart Maue reviewed and identified entries related to the retention and compensation of Sidley. The firm billed 541.40 hours with associated fees of $168,722.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 4% of the total fees. For informational purposes, the fee entries describing retention/compensation activities were displayed in Exhibit K to the preliminary report. As Stuart Maue makes no recommendation for a fee reduction, Exhibit K is omitted from this report.

16.    **Legal Research – Retention/Compensation.** Stuart Maue identified 12 entries describing legal research activities relating to retention and compensation issues. The entries total 40.50 hours and $13,555.00 in associated fees and were displayed in Exhibit L to the preliminary report. Stuart Maue requested that Sidley provide an explanation for the necessity of this research and how it benefited the Debtors.

In response to the preliminary report, Sidley stated the research was conducted in direct response to a formal objection of the U.S. Trustee with respect to the retention and compensation of Lazard Freres & Co. LLC. And with respect to an issue that arose regarding the application to employ Mercer (U.S.) Inc. Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction. Exhibit L is omitted from this report.

**Review of Expenses**

17.    **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3. state that factors relevant to a determination that the expense is proper include "Whether applicant has

provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred."  Sidley provided an itemization for the firm expenses that included the category, the date, the description, and the amount.  However, the travel expenses did not include the name of the timekeeper who incurred the charge.

18.    **Travel Expenses – Insufficient Detail.**    Sidley categorized its travel expenses according to the type of expense (e.g., airfare, lodging, ground transportation, meals, etc.).  However, the firm's descriptions failed to provide the requisite information necessary for a determination of whether the expenses comport with the Guidelines.  In response, Sidley stated the firm modified the format of its invoices going forward to provide the requisite information.

a.    **Airfare.**  The descriptions for Sidley's airfare charges did not include the fare class of the tickets.  Stuart Maue requested the firm provide information as to the fare class for the following airfare charges:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 29019552 | 03/10/09 | $1,631.20 | 02/19/09-02/20/09 - LOS ANGELES/PHILADELPHIA - TRAVEL TO WILMINGTON FOR HEARING |
| 29030553 | 05/15/09 | $1,225.30 | 04/28/09-04/30/09 - LOS ANGELES/CHICAGO - TRAVEL TO CHICAGO AND WILMINGTON |
| 29030553 | 05/26/09 | $1,423.20 | 05/11/09-05/12/09 - LOS ANGELES/PHILADELPHIA - TRAVEL TO WILMINGTON |
| 29030553 | 05/28/09 | $1,360.60 | 05/20/09-05/21/09 - LOS ANGELES/NEW YORK - TRAVEL TO NY TO ATTEND MEETING |

In response, Sidley confirmed the fare class for each ticket was economy.

b.    **Travel Meals.**  Based on prior rulings of this Court, a ceiling for a breakfast is $15.00 per person, lunch is $25.00 per person and dinner is $50.00 per person.  One meal charge appeared to exceed the ceiling amount.  Stuart Maue requested that Sidley provide complete and

detailed information regarding the type of meal (breakfast, lunch or dinner) and the number of attendees for the meal charge displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 29019552 | 03/10/09 | $70.38 | 02/22/09-02/25/09 - PHILADELPHIA/CHICAGO - ATTEND HEARING IN WILMINGTON & MTGS IN CHICA |

In response, Sidley confirmed the expense was a dinner charge and agreed to a voluntary expense reduction in the amount of $20.38 representing the amount in excess of the Court's ceiling.

c.    **Lodging.**    Based on prior rulings of this Court, a ceiling for lodging is $350.00 per night (domestic).  One lodging charge appeared to exceed the ceiling amount.  Stuart Maue requested that Sidley provide complete and detailed information regarding the number of nights included in the hotel charge displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 29030553 | 05/28/09 | $365.39 | 05/20/09-05/21/09 - LOS ANGELES/NEW YORK - TRAVEL TO NY TO ATTEND MEETING |

In response, Sidley provided additional detail confirming the expense was incurred for a one night hotel stay.  The firm also stated Sidley's position that the $365.39 charge was reasonable in light of the market rates in New York City, and that hotel rates should be determined with reference to the market, type of hotel, and other relevant circumstances.  Stuart Maue recommends an expense reduction in the amount of $15.39 reflecting the amount in excess of the Court's ceiling.

19.    **Meal Expenses.**    Sidley requested reimbursement for five meal charges (totaling $274.50) that were not sufficiently described.  The descriptions for the charges did not state the location of the charges, the purpose of the meal charge, or the number of attendees.  The charges are displayed in the following table.

| Invoice # | Date | Amount | Description |
|---|---|---|---|
| 29019552 | 03/04/09 | $55.50 | 02/12/09 - Meals |
| 29019552 | 03/27/09 | $55.50 | 03/11/09 – Meals |
| 29026080 | 04/23/09 | $4.00 | 04/02/09 – Meals |

| Invoice # | Date | Amount | Description |
|-----------|------|--------|-------------|
| 29026080 | 04/23/09 | $129.50 | 04/07/09 – Meals |
| 29030553 | 05/18/09 | $30.00 | 05/08/09 – Meals – Tribune Lunch |

Stuart Maue requested that the firm provide complete and detailed additional information regarding the foregoing meal charges. Sidley provided the requested detail which revealed no questionable charges.

20.    **Computer Assisted Legal Research.**    Local Rule 2016-2 (e)(iii) provides that computer assisted legal research charges shall be billed at no more than actual cost. The firm billed $48,658.04 for computer assisted legal research, but the Application did not state whether the charges were billed at actual cost. Stuart Maue notes that in Sidley's response to a previous fee examiner report, the firm indicated that the firm's charges for computerized legal research are "based upon a rate that recovers no more than the Firm's costs." In response to the preliminary report, Sidley confirmed that the charges are based on a rate that recovers no more than the firm's costs.

21.    **Overhead Expenses.**    Section II.E.7. of the Guidelines states that factors relevant to a determination that the expense is proper include "Whether the expenses appear to be in the nature of nonreimbursable overhead. Overhead consists of all continuous administrative or general costs incident to the operation of the applicant's office and not particularly attributable to an individual client or case. Overhead includes word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephone and monthly car phone charges, lighting, heating and cooling, and library and publication charges." Sidley requested reimbursement of $1,548.10 for charges displayed in Exhibit M to the preliminary report.

In response, Sidley cited the pleadings supporting the firm's retention in these chapter 11 cases and the cost effectiveness of outsourcing large printing, copying, and binding projects. Stuart Maue makes no recommendation for an expense reduction, and Exhibit M is omitted from this report.

22.    **Overtime Expenses.**    Sidley requested reimbursement of overtime meals in the amount of $713.76 and overtime transportation in the amount of $655.93. The charges, totaling $1,369.69,

were displayed in Exhibit N to the preliminary report.  While a firm may have a policy that personnel may be reimbursed for meals and/or transportation home when working late, such charges are generally considered part of the firm's overhead.

In response, Sidley again stated the firm policy of charging such expenses to the client. Stuart Maue nonetheless recommends an expense reduction in the amount of $1,369.69 resulting from the overtime expenses displayed in Exhibit N attached hereto.

## Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above.  Stuart Maue recommends the approval of fees in the amount of $4,203,235.50 ($4,209,274.75 minus $6,039.25) and reimbursement of expenses in the amount of $104,118.90 ($105,524.36 minus $1,405.46) for the period from March 1, 2009, through May 31, 2009.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# APPENDIX A

**SIDLEY AUSTIN LLP**

## SUMMARY OF FINDINGS

### Second Quarterly Fee Application (March 1, 2009 through May 31, 2009)

#### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $4,209,274.75 | |
| Expenses Requested | 105,524.36 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $4,314,799.11 |
| | | |
| Fees Computed | $4,209,502.00 | |
| Expenses Computed | 105,524.36 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $4,315,026.36 |
| | | |
| Discrepancy in Fees[3] | ($ 227.25) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($ 227.25) |

#### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $4,209,274.75 | |
| *Agreed Reduction for Potential Double Billing* | | *($ 540.00)* |
| *Agreed Reduction for Transient Timekeepers* | | *(1,207.50)* |
| *Recommended Reduction for Clerical Activities* | | *(4,291.75)* |
| Subtotal | | *($6,039.25)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $4,203,235.50 |
| | | |
| Expenses Requested | $105,524.36 | |
| *Agreed Reduction for Travel Meals* | | *($ 20.38)* |
| *Recommended Reduction for Lodging Charges* | | *(15.39)* |
| *Recommended Reduction for Overtime Expenses* | | *(1,369.69)* |
| Subtotal | | *($1,405.46)* |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 104,118.90 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $4,307,354.40 |

---

[3] Sidley agreed to voluntarily waive the undercharged fees

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 12th day of April 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John L. Decker, Esq.

**EXHIBIT A**
**Discrepancy Schedule**
**Sidley Austin LLP**

| Invoice Number | Entry Number | Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | | |
| 29019535 | 120 | Fee Applications | McClelland | 03/20/09 | $425.00 | 1.20 | 1.10 | $ 510.00 | $ 467.50 | 0.10 | $ 42.50 |
| 29019536 | 177 | Executory Contracts and Leases | Kansa | 03/05/09 | $675.00 | 2.20 | 2.00 | 1,485.00 | 1,350.00 | 0.20 | 135.00 |
| 29019550 | 1091 | Claims Processing | Lantry | 03/22/09 | $825.00 | 1.00 | 0.90 | 825.00 | 742.50 | 0.10 | 82.50 |
| 29026068 | 338 | DIP Financing/Cash Collateral | Hickok | 04/06/09 | $825.00 | 4.30 | 4.25 | 3,547.50 | 3,506.25 | 0.05 | 41.25 |
| | | | | | | | **Total Overcharges** | | | **0.45** | **$ 301.25** |
| **Undercharges** | | | | | | | | | | | |
| 29019533 | 30 | FCC Post Bankruptcy Matters | Wadlow | 03/18/09 | $775.00 | 1.90 | 2.40 | $ 1,472.50 | $ 1,860.00 | (0.50) | $ (387.50) |
| 29019540 | 292 | DIP Financing/Cash Collateral | Kline | 03/05/09 | $375.00 | 8.60 | 8.80 | 3,225.00 | 3,300.00 | (0.20) | (75.00) |
| 29026078 | 946 | Claims Processing | Banner | 04/28/09 | $330.00 | 0.60 | 0.80 | 198.00 | 264.00 | (0.20) | (66.00) |
| | | | | | | | **Total Undercharges** | | | **(0.90)** | **$ (528.50)** |
| | | | | | | | **Net Total Discrepancy** | | | **(0.45)** | **$ (227.25)** |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1362 | Lantry, Kevin T. | PARTNER | $412.50 | $825.00 | 585.70 | $468,930.00 |
| 810 | Henderson, Janet E. | PARTNER | $825.00 | $825.00 | 437.80 | $361,185.00 |
| 6537 | Krakauer, Bryan | PARTNER | $450.00 | $900.00 | 408.20 | $360,540.00 |
| 2370 | Kansa, Kenneth P. | PARTNER | $337.50 | $675.00 | 376.00 | $251,876.25 |
| 4059 | Lotsoff, Jonathan D. | PARTNER | $302.50 | $605.00 | 259.20 | $155,303.50 |
| 5449 | Doss, Michael P. | PARTNER | $685.00 | $685.00 | 151.80 | $103,983.00 |
| 742 | Hickok, Arthur F. | PARTNER | $825.00 | $825.00 | 118.85 | $98,051.25 |
| 9141 | Van Wazer, Thomas P. | PARTNER | $600.00 | $600.00 | 117.30 | $70,380.00 |
| 449 | Barden, Larry A. | PARTNER | $825.00 | $825.00 | 71.90 | $59,317.50 |
| 3143 | Ryan, Priscilla E. | PARTNER | $735.00 | $735.00 | 71.80 | $52,773.00 |
| 1440 | Sweeney, Michael J. | PARTNER | $685.00 | $685.00 | 68.60 | $46,991.00 |
| 480 | Gold, Brian J. | PARTNER | $330.00 | $660.00 | 70.40 | $44,814.00 |
| 2787 | Johnson, Matthew E. | PARTNER | $685.00 | $685.00 | 60.70 | $41,579.50 |
| 8248 | Schneider, Mark D. | PARTNER | $625.00 | $625.00 | 51.50 | $32,187.50 |
| 9481 | Zimbler, Jay H. | PARTNER | $850.00 | $850.00 | 27.10 | $23,035.00 |
| 8391 | Lewis, Robert J. | PARTNER | $650.00 | $650.00 | 33.90 | $22,035.00 |
| 3931 | Advani, Suresh T. | PARTNER | $800.00 | $800.00 | 21.80 | $17,440.00 |
| 6396 | Fullerton, Lawrence R. | PARTNER | $800.00 | $800.00 | 18.00 | $14,400.00 |
| 1974 | Heyman, Scott J. | PARTNER | $725.00 | $725.00 | 17.00 | $12,325.00 |
| 6097 | Fischer, Max C. | PARTNER | $600.00 | $600.00 | 14.30 | $8,580.00 |
| 1104 | Blatchford, Kevin F. | PARTNER | $735.00 | $735.00 | 9.60 | $7,056.00 |
| 2526 | Hirth, Robert W. | PARTNER | $875.00 | $875.00 | 6.90 | $6,037.50 |
| 4620 | Jha, Pran | PARTNER | $700.00 | $700.00 | 8.60 | $6,020.00 |
| 609 | Conlan, James F. | PARTNER | $925.00 | $925.00 | 3.60 | $3,330.00 |
| 6464 | Flagg, Ronald S. | PARTNER | $650.00 | $650.00 | 5.10 | $3,315.00 |
| 6615 | Souther, Thomas McC. | PARTNER | $800.00 | $800.00 | 3.70 | $2,960.00 |
| 1540 | Bendernagel Jr., James F. | PARTNER | $775.00 | $775.00 | 3.70 | $2,867.50 |
| 8790 | O'Neill, Bridget R. | PARTNER | $800.00 | $800.00 | 3.10 | $2,480.00 |
| 3562 | Shepherd, Stewart R. | PARTNER | $735.00 | $735.00 | 2.20 | $1,617.00 |
| 7232 | Lassar, Scott R. | PARTNER | $850.00 | $850.00 | 1.90 | $1,615.00 |
| 2174 | Saef, Scott E. | PARTNER | $630.00 | $630.00 | 2.40 | $1,512.00 |
| 3690 | Schoon, Eugene A. | PARTNER | $685.00 | $685.00 | 2.00 | $1,370.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 2749 | Nyhan, Larry J. | PARTNER | $925.00 | $925.00 | 1.40 | $1,295.00 |
| 3962 | Pesch, Ellen P. | PARTNER | $800.00 | $800.00 | 1.50 | $1,200.00 |
| 1318 | Ducayet, James W. | PARTNER | $685.00 | $685.00 | 1.50 | $1,027.50 |
| 7529 | Hochberg, Kevin J. | PARTNER | $775.00 | $775.00 | 1.30 | $1,007.50 |
| 8603 | Fonstein, Cliff | PARTNER | $775.00 | $775.00 | 0.90 | $697.50 |
| 6759 | Astle, Richard W. | PARTNER | $735.00 | $735.00 | 0.80 | $588.00 |
| 2462 | Kaplowitz, Brian M. | PARTNER | $875.00 | $875.00 | 0.50 | $437.50 |
| 2844 | Hyatte, Michael | PARTNER | $850.00 | $850.00 | 0.50 | $425.00 |
| 8246 | Osimitz, Dennis V. | PARTNER | $775.00 | $775.00 | 0.30 | $232.50 |
| 5729 | Pryor, Kevin R. | PARTNER | $605.00 | $605.00 | 0.30 | $181.50 |
| | No. of Billers for Position:  42 | Blended Rate for Position: | $753.37 | | 3,043.65 | $2,292,998.50 |
| | | | | % of Total:    38.95% | | % of Total:    54.47% |
| 7953 | Wootton, Robert R. | RETIRED PARTNER | $665.00 | $665.00 | 20.00 | $13,300.00 |
| | No. of Billers for Position:  1 | Blended Rate for Position: | $665.00 | | 20.00 | $13,300.00 |
| | | | | % of Total:    0.26% | | % of Total:    0.32% |
| 8258 | Wadlow, R. Clark | SENIOR COUNSEL | $775.00 | $775.00 | 84.60 | $65,565.00 |
| 1960 | Peters, Richard T. | SENIOR COUNSEL | $800.00 | $800.00 | 34.30 | $27,440.00 |
| 2176 | Neely, Sally S. | SENIOR COUNSEL | $800.00 | $800.00 | 0.10 | $80.00 |
| | No. of Billers for Position:  3 | Blended Rate for Position: | $782.23 | | 119.00 | $93,085.00 |
| | | | | % of Total:    1.52% | | % of Total:    2.21% |
| 4803 | Miles, David M. | COUNSEL | $675.00 | $675.00 | 30.80 | $20,790.00 |
| 4328 | Stewart, Jeffrey W. | COUNSEL | $650.00 | $650.00 | 5.20 | $3,380.00 |
| 9850 | Weiss, James D. | COUNSEL | $575.00 | $575.00 | 1.00 | $575.00 |
| | No. of Billers for Position:  3 | Blended Rate for Position: | $668.78 | | 37.00 | $24,745.00 |
| | | | | % of Total:    0.47% | | % of Total:    0.59% |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6336 | Mills, Kerriann S. | ASSOCIATE | $262.50 | $525.00 | 478.70 | $250,740.00 |
| 8488 | McClelland, Jillian K. | ASSOCIATE | $425.00 | $425.00 | 523.00 | $222,275.00 |
| 6741 | Kline, Candice L. | ASSOCIATE | $375.00 | $375.00 | 487.40 | $182,775.00 |
| 7704 | Stahl, Stuart Z. | ASSOCIATE | $600.00 | $600.00 | 141.90 | $85,140.00 |
| 5381 | Boelter, Jessica C.K. | ASSOCIATE | $625.00 | $625.00 | 122.40 | $76,500.00 |
| 4591 | Bergeron, D'Lisia E. | ASSOCIATE | $475.00 | $475.00 | 135.20 | $64,220.00 |
| 3381 | Rosemergy, Benjamin A. | ASSOCIATE | $465.00 | $465.00 | 128.50 | $59,752.50 |
| 3231 | Demo, Gregory V. | ASSOCIATE | $375.00 | $375.00 | 139.20 | $52,200.00 |
| 4706 | Katz, Seth H. | ASSOCIATE | $515.00 | $515.00 | 96.30 | $49,594.50 |
| 3876 | Langdon, James P. | ASSOCIATE | $395.00 | $395.00 | 121.10 | $47,834.50 |
| 3358 | Krueger, Christopher S. | ASSOCIATE | $315.00 | $315.00 | 147.30 | $46,399.50 |
| 5432 | Hauserman, Bridget J. | ASSOCIATE | $425.00 | $425.00 | 108.20 | $45,985.00 |
| 9008 | Goico (formerly Miller), Allison L. | ASSOCIATE | $395.00 | $395.00 | 100.40 | $39,658.00 |
| 6539 | Adamczyk, Sarah E. | ASSOCIATE | $375.00 | $375.00 | 99.80 | $37,425.00 |
| 9697 | Banner, Keith Patrick | ASSOCIATE | $330.00 | $330.00 | 107.40 | $35,442.00 |
| 4903 | Tatel, Jennifer B. | ASSOCIATE | $540.00 | $540.00 | 62.20 | $33,588.00 |
| 5013 | Thal Simonds, Ariella | ASSOCIATE | $375.00 | $375.00 | 77.70 | $29,137.50 |
| 2413 | Ross, Allison E. | ASSOCIATE | $375.00 | $375.00 | 68.50 | $25,687.50 |
| 1206 | Craige, Christina M. | ASSOCIATE | $475.00 | $475.00 | 39.30 | $18,667.50 |
| 5380 | Dalal, Reepal S. | ASSOCIATE | $395.00 | $395.00 | 46.50 | $18,367.50 |
| 2507 | Leff, Alison R. | ASSOCIATE | $315.00 | $375.00 | 45.50 | $16,636.50 |
| 4517 | Clark, Brenna M. | ASSOCIATE | $315.00 | $315.00 | 40.80 | $12,852.00 |
| 4994 | Harp, Wendell M. | ASSOCIATE | $425.00 | $425.00 | 26.00 | $11,050.00 |
| 1119 | Coulson, Geo. Tyler | ASSOCIATE | $375.00 | $375.00 | 28.90 | $10,837.50 |
| 2620 | Booth, Peter K. | ASSOCIATE | $375.00 | $375.00 | 28.70 | $10,762.50 |
| 2614 | Pai, Neil S. | ASSOCIATE | $315.00 | $315.00 | 29.90 | $9,418.50 |
| 4587 | Beer, Megan Nogasky | ASSOCIATE | $315.00 | $315.00 | 27.90 | $8,788.50 |
| 7453 | Fleischer, Rachel M. | ASSOCIATE | $355.00 | $355.00 | 17.70 | $6,283.50 |
| 8920 | Silverman, Richard M. | ASSOCIATE | $355.00 | $355.00 | 17.60 | $6,248.00 |
| 9090 | Hemmings, James R.M. | ASSOCIATE | $495.00 | $495.00 | 12.40 | $6,138.00 |
| 8848 | Tran, William | ASSOCIATE | $425.00 | $425.00 | 13.00 | $5,525.00 |
| 8735 | Allis, Baird S. | ASSOCIATE | $395.00 | $395.00 | 10.00 | $3,950.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5959 | Durkin, Gregory E. | ASSOCIATE | $355.00 | $355.00 | 11.00 | $3,905.00 |
| 5140 | Varner, Carla A. | ASSOCIATE | $530.00 | $530.00 | 6.10 | $3,233.00 |
| 2017 | Konsky, Sarah M. | ASSOCIATE | $465.00 | $465.00 | 5.70 | $2,650.50 |
| 2593 | Hale, Christopher R. | ASSOCIATE | $315.00 | $315.00 | 5.00 | $1,575.00 |
| 6731 | Hoffman, Eric G. | ASSOCIATE | $625.00 | $625.00 | 2.20 | $1,375.00 |
| 3769 | Coppoletta, Jay C. | ASSOCIATE | $495.00 | $495.00 | 2.40 | $1,188.00 |
| 7130 | Kopack Willobee, Holly C. | ASSOCIATE | $465.00 | $465.00 | 2.30 | $1,069.50 |
| 5598 | Paskowitz, Tom A. | ASSOCIATE | $525.00 | $525.00 | 1.80 | $945.00 |
| 7502 | Bruce, Heather M. | ASSOCIATE | $395.00 | $395.00 | 2.30 | $908.50 |
| 7906 | Martinson, Bradley C. | ASSOCIATE | $495.00 | $495.00 | 1.20 | $594.00 |
| 7623 | Peltz, Jen | ASSOCIATE | $495.00 | $495.00 | 1.00 | $495.00 |
| 9900 | Tuladhar, Praju | ASSOCIATE | $315.00 | $315.00 | 1.20 | $378.00 |
| 9835 | Deutsch, Ruthanne M. | ASSOCIATE | $475.00 | $475.00 | 0.30 | $142.50 |
| | No. of Billers for Position: 45 | Blended Rate for Position: | $433.48 | | 3,571.90 | $1,548,338.00 |
| | | | | % of Total: 45.70% | | % of Total: 36.78% |
| 4114 | Holt, Leah K. | SUMM ASSOCIATE | $175.00 | $175.00 | 6.90 | $1,207.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $175.00 | | 6.90 | $1,207.50 |
| | | | | % of Total: 0.09% | | % of Total: 0.03% |
| 6540 | Lutes, David J. | SR LEGAL ASST | $285.00 | $285.00 | 181.90 | $51,841.50 |
| 3046 | Nastasic, Branka V. | SR LEGAL ASST | $225.00 | $225.00 | 91.80 | $20,655.00 |
| 1663 | McDonnell-O'Driscoll, Eileen A. | SR LEGAL ASST | $290.00 | $290.00 | 0.80 | $232.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $264.95 | | 274.50 | $72,728.50 |
| | | | | % of Total: 3.51% | | % of Total: 1.73% |
| 3531 | Summerfield, Susan L. | LEGAL ASSISTANT | $190.00 | $190.00 | 163.40 | $31,046.00 |
| 6145 | Nelms, Karen A. | LEGAL ASSISTANT | $245.00 | $245.00 | 74.50 | $18,252.50 |
| 7764 | Gmoser, Kelley | LEGAL ASSISTANT | $230.00 | $230.00 | 31.80 | $7,314.00 |
| 601 | Bryan, Richard | LEGAL ASSISTANT | $190.00 | $190.00 | 21.60 | $4,104.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 7009 | Smolich, Mandie | LEGAL ASSISTANT | $195.00 | $195.00 | 18.30 | $3,568.50 |
| 3833 | Such, Maud | LEGAL ASSISTANT | $220.00 | $220.00 | 15.80 | $3,476.00 |
| 6385 | Wiersema, Mary L. | LEGAL ASSISTANT | $245.00 | $245.00 | 8.40 | $2,058.00 |
| 9906 | Jordan, Sally K. | LEGAL ASSISTANT | $245.00 | $245.00 | 6.10 | $1,494.50 |
| 8507 | Lusk, Nancy J. | LEGAL ASSISTANT | $230.00 | $230.00 | 3.40 | $782.00 |
| 4625 | Navia, Jason E. | LEGAL ASSISTANT | $220.00 | $220.00 | 2.20 | $484.00 |
| 3481 | Rodriguez, Arturo J. | LEGAL ASSISTANT | $190.00 | $190.00 | 2.50 | $475.00 |
| 8819 | Lindberg, Megan Scholl | LEGAL ASSISTANT | $190.00 | $190.00 | 2.00 | $380.00 |
| 9519 | Vanaselja, Liisi | LEGAL ASSISTANT | $280.00 | $280.00 | 0.40 | $112.00 |
| | No. of Billers for Position: 13 | Blended Rate for Position: | $209.89 | | 350.40 | $73,546.50 |
| | | | | | % of Total: 4.48% | % of Total: 1.75% |
| 7524 | McCarty, Laurie J. | COMMUNICATIONS | $265.00 | $265.00 | 300.80 | $79,712.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $265.00 | | 300.80 | $79,712.00 |
| | | | | | % of Total: 3.85% | % of Total: 1.89% |
| 3702 | Fernandez, Lupe | PROJECT ASST | $110.00 | $110.00 | 43.50 | $4,785.00 |
| 2578 | Borrelli, Jenny Y. | PROJECT ASST | $110.00 | $110.00 | 30.30 | $3,333.00 |
| 2164 | Wu, Crystal | PROJECT ASST | $110.00 | $110.00 | 6.80 | $748.00 |
| 811 | Romanovich, Joanne | PROJECT ASST | $85.00 | $85.00 | 7.20 | $612.00 |
| 6039 | DeBillie, Margaret | PROJECT ASST | $110.00 | $110.00 | 3.30 | $363.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: | $108.02 | | 91.10 | $9,841.00 |
| | | | | | % of Total: 1.17% | % of Total: 0.23% |
| | Total No. of Billers: 117 | Blended Rate for Report: | $538.63 | | 7,815.25 | $4,209,502.00 |

EXHIBIT C

POTENTIAL DOUBLE BILLING
Sidley Austin LLP

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Van Wazer, T | 1.80 | 1,080.00 |
| | 1.80 | $1,080.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Van Wazer, T | 0.90 | 540.00 |
| | 0.90 | $540.00 |

Exhibit C   Page 1 of 6

EXHIBIT C

POTENTIAL DOUBLE BILLING

Sidley Austin LLP

POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| FCC Post Bankruptcy Matters | 1.80 | 1,080.00 |
| | 1.80 | $1,080.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| FCC Post Bankruptcy Matters | 0.90 | 540.00 |
| | 0.90 | $540.00 |

Exhibit C    Page 2 of 6

EXHIBIT C

POTENTIAL DOUBLE BILLING

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: FCC Post Bankruptcy Matters* |
| 03/17/09 | Van Wazer, T | 7.50 | 1.20 | 720.00 | 0.30 | F | 1 | REVIEW DRAFT ANALOG TERMINATION NOTICE IN MOST RECENT DTV DELAY ACT IMPLEMENTATION REPORT & ORDER FOR KWGN (.30); |
| Tue | 29019533/43 | | | | | | | |
| | | | | | 0.30 | F | 2 | KTXL (.30); |
| | | | | | 0.30 | F | 3 | KTLA (.30); |
| | | | | | 0.30 | F | 4 | KRCW (.30); |
| | | | | | 0.30 | F | 5 | KPLR (.30); |
| | | | | | 0.30 | F | 6 | KMYQ (.30); |
| | | | | | 0.30 | F | 7 | KIAH (.30); |
| | | | | | 0.30 | F | 8 | KDAF (.30); |
| | | | | | 0.30 | F | 9 | KCPQ (.30); |
| | | | | | 0.30 | F & | 10 | KTLA (.30); |
| | | | | | 0.30 | F | 11 | WPIX (.30); |
| | | | | | 0.30 | F | 12 | WPHL (.30); |
| | | | | | 0.30 | F | 13 | WNOL (.30); |
| | | | | | 0.30 | F | 14 | WPMT (.30); |
| | | | | | 0.30 | F | 15 | WGN (.30); |
| | | | | | 0.30 | F | 16 | WDCW (.30); |
| | | | | | 0.30 | F | 17 | WGNO (.30); |
| | | | | | 0.30 | F | 18 | WXIN (.30); |
| | | | | | 0.30 | F | 19 | WTXX (.30); |
| | | | | | 0.30 | F | 20 | WTTV (.30); |
| | | | | | 0.30 | F | 21 | WTTK (.30); |
| | | | | | 0.30 | F | 22 | WTIC (.30); |
| | | | | | 0.30 | F | 23 | WXMI (.30); |
| | | | | | 0.30 | F | 24 | WSFL (.30); |
| | | | | | 0.30 | F & | 25 | WPMT (.30) |

EXHIBIT C

POTENTIAL DOUBLE BILLING

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: FCC Post Bankruptcy Matters* |
| 04/16/09 | Van Wazer, T | 5.10 | 0.60 | 360.00 | 0.30 | F | 1 | KWGN: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| Thu | 29026063/69 | | | | 0.30 | F | 2 | KPLR: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 3 | WXMI: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 4 | WPMT: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 5 | WXIN: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 6 | KTLA: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 7 | KDAF: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 8 | KIAH: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 9 | WTIC: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 10 | WTXX: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 11 | KRCW: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 12 | WGNO: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 13 | WNOL: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 14 | WSFL: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F & | 15 | WXIN: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 16 | WTTV: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30); |
| | | | | | 0.30 | F | 17 | WDCW: REVIEW DRAFT UPDATE TO FCC FORM 387 (DTV TRANSITION STATUS REPORT) REQUIRED BY FCC (.30) |

| | | | |
|---|---|---|---|
| TOTAL OF ALL ENTRIES | | 1.80 | $1,080.00 |
| TOTAL ENTRY COUNT: | 2 | | |
| TOTAL TASK COUNT: | 6 | | |
| TOTAL OF & ENTRIES | | 0.90 | $540.00 |
| TOTAL ENTRY COUNT: | 2 | | |
| TOTAL TASK COUNT: | 3 | | |

EXHIBIT C

POTENTIAL DOUBLE BILLING

Sidley Austin LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Van Wazer, T | 1.80 | 1,080.00 |
| | 1.80 | $1,080.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Van Wazer, T | 0.90 | 540.00 |
| | 0.90 | $540.00 |

Exhibit C    Page 5 of 6

EXHIBIT C

POTENTIAL DOUBLE BILLING

Sidley Austin LLP

SUMMARY OF HOURS AND FEES BY MATTER FOR
POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| FCC Post Bankruptcy Matters | 1.80 | 1,080.00 |
| | 1.80 | $1,080.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR
POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| FCC Post Bankruptcy Matters | 0.90 | 540.00 |
| | 0.90 | $540.00 |

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

Exhibit C   Page 6 of 6

EXHIBIT D

TRANSIENT TIMEKEEPERS

Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Holt, L | 6.90 | 1,207.50 |
| | 6.90 | $1,207.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Litigated Matters | 6.90 | 1,207.50 |
| | 6.90 | $1,207.50 |

EXHIBIT D

TRANSIENT TIMEKEEPERS

Sidley Austin LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| Holt, L | 05/22/09 | Fri | 1.30 | 1.30 | 227.50 | 0.30 | F | 1 | *MATTER NAME:* Litigated Matters<br>MEETING WITH G. DEMO RE PERMISSIVE ABSTENTION, VENUE, AND TIMING OF APPEAL (0.3): |
| | 29030545/395 | | | | | 1.00 | F | 2 | RESEARCH RE SAME (1.0) |
| | 05/24/09 | Sun | 5.60 | 5.60 | 980.00 | 2.30 | F | 1 | *MATTER NAME:* Litigated Matters<br>RESEARCH RE TIMING OF APPEAL FROM DECISIONS ON VENUE AND ABSTENTION (2.3): |
| | 29030545/396 | | | | | 3.30 | F | 2 | RESEARCH CASE LAW ON PERMISSIVE ABSTENTION (3.3) |
| | NUMBER OF ENTRIES: | | 2 | 6.90 | 1,207.50 | | | | |
| Total | | | | 6.90 | $1,207.50 | | | | |
| Number of Entries: | | 2 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT D

TRANSIENT TIMEKEEPERS

Sidley Austin LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Holt, L | 6.90 | 1,207.50 |
| | 6.90 | $1,207.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Litigated Matters | 6.90 | 1,207.50 |
| | 6.90 | $1,207.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL

EXHIBIT J

CLERICAL ACTIVITIES

Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| DeBillie, M | 3.30 | 363.00 |
| Gmoser, K | 0.60 | 138.00 |
| Jordan, S | 1.60 | 392.00 |
| Lantry, K | 1.00 | 825.00 |
| Lutes, D | 3.70 | 1,054.50 |
| Rodriguez, A | 2.20 | 418.00 |
| Romanovich, J | 7.20 | 612.00 |
| Summerfield, S | 15.20 | 2,888.00 |
| Vanaselja, L | 0.40 | 112.00 |
| Wootton, R | 0.25 | 166.25 |
| Wu, C | 5.30 | 583.00 |
| | 40.75 | $7,551.75 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 13.60 | 3,369.00 |
| Claims Processing | 0.20 | 46.00 |
| Committee-Related Matters | 1.10 | 209.00 |
| DIP Financing/Cash Collateral | 1.60 | 392.00 |
| Employee Issues | 2.60 | 510.00 |
| Executory Contracts and Leases | 0.40 | 76.00 |
| Fee Applications | 18.30 | 2,270.50 |
| Litigated Matters | 1.50 | 285.00 |
| Plan and Disclosure Statement | 1.20 | 228.00 |
| Tax Issues | 0.25 | 166.25 |
| | 40.75 | $7,551.75 |

EXHIBIT J
CLERICAL ACTIVITIES
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/02/09 Mon | Jordan, S 29019540/294 | 1.80 | 1.60 | 392.00 | 1.60 | F | 1 | *MATTER NAME: DIP Financing/Cash Collateral*<br>ARRANGE FOR AND FOLLOW-UP ON COURIER DELIVERY OF CARTONS CONTAINING COPIES OF LIEN SEARCHES TO ATTORNEYS AT MAYER BROWN LLP (1.6): |
| | | | | | 0.20 | F | 2 | E-MAIL COMMUNICATION WITH L. O'NEIL AT MAYER BROWN RE: SAME (0.2) |
| 03/02/09 Mon | Summerfield, S 29019552/1228 | 1.00 | 0.40 | 76.00 | 0.60 | F | 1 | *MATTER NAME: Case Administration*<br>MONITOR CASE DOCKET, PREPARE AND EMAIL DOCKET WATCH TO DISTRIBUTION LIST (.60): |
| | | | | | 0.40 | F | 2 | ORDER COPIES OF CD'S FOR C. KLINE (.40) |
| 03/03/09 Tue | Summerfield, S 29019552/1227 | 1.00 | 0.40 | 76.00 | 0.60 | F | 1 | *MATTER NAME: Case Administration*<br>MONITOR CASE DOCKET, PREPARE AND EMAIL DOCKET WATCH TO DISTRIBUTION LIST (.60): |
| | | | | | 0.40 | F | 2 | PREPARE MAILING OF CD'S FOR C. KLINE (.40) |
| 03/04/09 Wed | Rodriguez, A 29019556/1432 | 2.00 | 2.00 | 380.00 | | F | 1 | *MATTER NAME: Employee Issues*<br>ASSIST ALLISON MILLER WITH PULLING NON-PUBLISHED CITATIONS RE: MOTION |
| 03/05/09 Thu | Summerfield, S 29019552/1225 | 0.90 | 0.30 | 57.00 | 0.60 | F | 1 | *MATTER NAME: Case Administration*<br>MONITOR CASE DOCKET, PREPARE AND EMAIL DOCKET WATCH TO DISTRIBUTION LIST FOR C. KLINE (.60): |
| | | | | | 0.30 | F | 2 | OBTAIN AND EMAIL PDF FILES TO D. BERGERON (.30) |
| 03/09/09 Mon | Gmoser, K 29019550/1066 | 0.20 | 0.20 | 46.00 | | F | 1 | *MATTER NAME: Claims Processing*<br>SEARCH FOR AND RETRIEVE BAR DATE MOTION AND RELATED EXHIBITS FOR K. LANTRY |
| 03/11/09 Wed | Summerfield, S 29019552/1216 | 0.70 | 0.70 | 133.00 | | F | 1 | *MATTER NAME: Case Administration*<br>OBTAIN PDF FILES AND EMAIL TO B. KRAKAUER |
| 03/13/09 Fri | Lantry, K 29019552/1300 | 0.60 | 0.20 | 165.00 | 0.40 | F | 1 | *MATTER NAME: Case Administration*<br>REVIEW FILED PLEADINGS IN CASE (.4): |
| | | | | | 0.20 | F | 2 | ARRANGE FOR TRIP TO CHICAGO NEXT WEEK (.2) |
| 03/16/09 Mon | Romanovich, J 29019535/140 | 0.50 | 0.50 | 42.50 | | F | 1 | *MATTER NAME: Fee Applications*<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/19/09 Thu | Romanovich, J 29019535/141 | 0.50 | 0.50 | 42.50 | | F | 1 | *MATTER NAME: Fee Applications*<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/23/09 Mon | Romanovich, J 29019535/136 | 1.30 | 1.30 | 110.50 | | F | 1 | *MATTER NAME: Fee Applications*<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/24/09 Tue | Romanovich, J 29019535/137 | 0.50 | 0.50 | 42.50 | | F | 1 | *MATTER NAME: Fee Applications*<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/24/09 Tue | Summerfield, S 29019543/512 | 0.30 | 0.30 | 57.00 | | F | 1 | *MATTER NAME: Committee-Related Matters*<br>PRINT AND MESSENGER COPY OF FEE APPLICATION TO D. ELDERSVELD |

~  See the last page of exhibit for explanation

EXHIBIT J
CLERICAL ACTIVITIES
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/24/09 Tue | Wu, C 29019535/153 | 2.00 | 2.00 | 220.00 | | F | 1 | MATTER NAME: Fee Applications<br>ASSIST WITH TASKS RELATING TO PREPARATION OF SECOND FEE APPLICATION |
| 03/25/09 Wed | Romanovich, J 29019535/138 | 0.50 | 0.50 | 42.50 | | F | 1 | MATTER NAME: Fee Applications<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/26/09 Thu | Romanovich, J 29019535/139 | 1.80 | 1.80 | 153.00 | | F | 1 | MATTER NAME: Fee Applications<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/26/09 Thu | Summerfield, S 29019552/1267 | 0.10 | 0.10 | 19.00 | | F | 1 | MATTER NAME: Case Administration<br>OBTAIN PDF FILES AND EMAIL TO K. KANSA AND K. LANTRY |
| 03/30/09 Mon | Romanovich, J 29019535/171 | 0.80 | 0.80 | 68.00 | | F | 1 | MATTER NAME: Fee Applications<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/30/09 Mon | Summerfield, S 29019552/1305 | 1.00 | 0.20 | 38.00 | 0.80<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Case Administration<br>MONITOR CASE DOCKET, PREPARE DOCKET WATCH AND EMAIL TO DISTRIBUTION LIST FOR C. KLINE (.80);<br>OBTAIN AND EMAIL PDF FILES PER REQUEST OF D. BERGERON (.20) |
| 03/31/09 Tue | Romanovich, J 29019535/172 | 1.30 | 1.30 | 110.50 | | F | 1 | MATTER NAME: Fee Applications<br>ASSIST WITH TASKS IN CONNECTION WITH PREPARATION OF FEBRUARY MONTHLY FEE APPLICATION |
| 03/31/09 Tue | Summerfield, S 29019552/1307 | 0.20 | 0.20 | 38.00 | | F | 1 | MATTER NAME: Case Administration<br>OBTAIN PDF FILES AND EMAIL TO J. HENDERSON AND K. MILLS |
| 03/31/09 Tue | Wu, C 29019535/160 | 2.00 | 2.00 | 220.00 | | F | 1 | MATTER NAME: Fee Applications<br>ASSIST WITH TASKS RELATING TO PREPARATION OF SECOND MONTHLY FEE APPLICATION |
| 04/03/09 Fri | Vanaselja, L 29026080/1067 | 0.40 | 0.40 | 112.00 | | F | 1 | MATTER NAME: Case Administration<br>NOTARY SERVICES FOR CHANDLER BIGELOW |
| 04/06/09 Mon | Lantry, K 29026080/1158 | 0.90 | 0.20 | 165.00 | 0.50<br>0.20<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Case Administration<br>E-MAILS WITH K. STICKLES, C. KLINE AND D. DEUTSCH RE: CNO'S, CONTINUED ITEMS AND STATUS OF ISSUES FOR APRIL 9 HEARING (.5);<br>ARRANGE FOR TRAVEL TO NY (.2);<br>REVIEW AGENDA FOR HEARING AND E-MAILS RE: SAME (.2) |
| 04/07/09 Tue | Summerfield, S 29026080/1085 | 2.10 | 0.20 | 38.00 | 1.70<br>0.20<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Case Administration<br>MONITOR CASE DOCKET, PREPARE DOCKET WATCH, UPDATES AND EMAIL DISTRIBUTION LIST FOR C. KLINE (1.70);<br>DOWNLOAD PLEADING AND EMAIL PDF FILE TO D. BERGERON (.20);<br>DISCUSSION W/ C. KLINE RE FILINGS AND HEARING UPDATES (.20) |

~ See the last page of exhibit for explanation

EXHIBIT J
CLERICAL ACTIVITIES
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/13/09 Mon | Summerfield, S 29026065/196 | 0.40 | 0.40 | 76.00 | | F | 1 | MATTER NAME: Executory Contracts and Leases<br>LOCATE AND PRINT LAW REVIEW ARTICLE FOR J. MCCLELLAND |
| 04/22/09 Wed | Gmoser, K 29026083/1355 | 0.20 | 0.20 | 46.00 | | F | 1 | MATTER NAME: Employee Issues<br>SEARCH FOR, RETRIEVE AND EMAIL SEVERANCE MOTION TO K. LANTRY |
| 04/23/09 Thu | Summerfield, S 29026080/1126 | 0.40 | 0.40 | 76.00 | | F | 1 | MATTER NAME: Case Administration<br>OBTAIN PLEADINGS AND EMAIL PDF FILES TO D. BERGERON |
| 04/24/09 Fri | Wu, C 29026064/134 | 1.00 | 1.00 | 110.00 | | F | 1 | MATTER NAME: Fee Applications<br>ASSIST WITH TASK RELATING TO PREPARATION OF FEE APPLICATION |
| 04/28/09 Tue | Lantry, K 29026080/1150 | 0.60 | 0.20 | 165.00 | 0.30<br>0.20<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Case Administration<br>IDENTIFY AND PRIORITIZE PENDING TASKS (.3);<br>ARRANGE FOR TRAVEL TO OMNIBUS HEARING (.2);<br>EMAILS RE: AGENDA FOR APRIL 30 HEARING (.1) |
| 04/28/09 Tue | Lutes, D 29026064/135 | 2.60 | 1.60 | 456.00 | 1.60<br>0.40<br>0.30<br><br>0.30 | F<br>F<br>F<br><br>F | 1<br>2<br>3<br><br>4 | MATTER NAME: Fee Applications<br>ORGANIZE AND UPDATE MONTHLY AND QUARTERLY FEE APPLICATION MATERIALS (1.60);<br>REVIEW DOCKET AND ADDRESS ISSUES RE 3RD MONTHLY FEE STATEMENT (.40);<br>ADDRESS FEE AUDITOR PROCEDURES AND TASKS IN CONNECTION WITH PREPARATION OF MONTHLY AND QUARTERLY STATEMENTS (.30);<br>ASSIST WITH PREPARATION OF EXCEL SPREADSHEETS FOR QUARTERLY FEE APPLICATIONS (.30) |
| 04/28/09 Tue | Lutes, D 29026080/1132 | 0.60 | 0.60 | 171.00 | | F | 1 | MATTER NAME: Case Administration<br>ORGANIZE AND UPDATE WORKING FILES FOR KEY TRIBUNE CORRESPONDENCE, PLEADINGS AND MATERIALS |
| 04/28/09 Tue | Summerfield, S 29026070/467 | 1.40 | 0.80 | 152.00 | 0.80<br>0.60 | F<br>F | 1<br>2 | MATTER NAME: Committee-Related Matters<br>PRINT COMMITTEE FEE APPLICATIONS AND PREPARE COPIES (.80);<br>UPDATE FEE APPLICATION INDICES AND BINDERS FOR J. MCCLELLAND (.60) |
| 04/28/09 Tue | Summerfield, S 29026080/1181 | 0.80 | 0.80 | 152.00 | | F | 1 | MATTER NAME: Case Administration<br>OBTAIN PLEADINGS AND EMAIL PDF FILES TO J. MCCLELLAND |
| 04/28/09 Tue | Wootton, R 29026077/896 | 0.50 | 0.25 | 166.25 | | F<br>F | 1<br>2 | MATTER NAME: Tax Issues<br>(TMCT) OFFICE CONFERENCE WITH J. ZIMBLER;<br>FILES RETRIEVAL |
| 04/29/09 Wed | Lutes, D 29026064/143 | 4.80 | 0.90 | 256.50 | 0.80<br>1.10<br>1.60<br>0.90<br>0.40 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | MATTER NAME: Fee Applications<br>ADDRESS FEE AUDITOR ISSUES RELATING TO VARIOUS COSTS (.80);<br>GATHER BACKUP MATERIALS AND REVIEW COSTS FOR INITIAL MONTHLY FEE STATEMENT (1.10);<br>GATHER BACKUP MATERIALS AND REVIEW COSTS FOR 2ND AND 3RD MONTHLY FEE STATEMENT (1.60);<br>ORGANIZE AND UPDATE FEE APPLICATION MATERIALS FROM FIRST QUARTERLY PERIOD (.90);<br>ASSIST WITH EXCEL SPREADSHEET FOR 2ND QUARTERLY PERIOD RE FEES, COSTS AND RATES (.40) |

~ See the last page of exhibit for explanation

EXHIBIT J
CLERICAL ACTIVITIES
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 04/29/09 Wed | Summerfield, S 29026080/1170 | 4.60 | 0.30 | 57.00 | 1.10 2.90 0.30 0.30 | F F F F | MATTER NAME: Case Administration 1 UPDATE HEARING BINDER FOR K. LANTRY, AND SAME FOR C. KLINE (1.1); 2 UPDATE HEARING INDEX, DOCUMENTS, AND PREPARE DUPLICATE BINDERS FOR DISTRIBUTE FOR C. KLINE (2.90); 3 PRINT FILING AND AND ADMINISTER UPDATES FOR C. KLINE (.30); 4 DISCUSSION W/ C. KLINE (.30) |
| 04/29/09 Wed | Summerfield, S 29026080/1172 | 0.30 | 0.30 | 57.00 | | F | MATTER NAME: Case Administration 1 DOWNLOAD PLEADING FILES AND EMAIL TO D. BERGERON |
| 04/30/09 Thu | Lutes, D 29026080/1152 | 1.00 | 0.60 | 171.00 | 0.40 0.60 | F F | MATTER NAME: Case Administration 1 RESEARCH AND RETRIEVE NEWS REPORTS RE BANKRUPTCY CASE ISSUES AND PROVIDE EMAIL UPDATE TO K. LANTRY (.40); 2 ORGANIZE AND UPDATE BANKRUPTCY CASE MATERIALS FOR ELECTRONIC RETRIEVAL (.60) |
| 04/30/09 Thu | Summerfield, S 29026071/601 | 0.60 | 0.60 | 114.00 | | F | MATTER NAME: Litigated Matters 1 OBTAIN ADVERSARY COMPLAINT AND EMAIL PDF FILE TO J. MCCLELLAND |
| 05/04/09 Mon | Summerfield, S 29030553/1002 | 2.10 | 2.10 | 399.00 | | F | MATTER NAME: Case Administration 1 ORGANIZE PLEADINGS AND CORRESPONDENCE FOR K. KANSA |
| 05/06/09 Wed | Gmoser, K 29030556/1171 | 0.20 | 0.20 | 46.00 | | F | MATTER NAME: Employee Issues 1 RETRIEVE AND EMAIL MOTION RE SEVERANCE PAYMENTS TO K. LANTRY |
| 05/07/09 Thu | Summerfield, S 29030553/1008 | 0.40 | 0.40 | 76.00 | | F | MATTER NAME: Case Administration 1 OBTAIN CASES AND EMAIL PDF FILES TO J. HENDERSON AND C. KLINE |
| 05/08/09 Fri | Lantry, K 29030553/1026 | 0.70 | 0.20 | 165.00 | 0.20 0.30 0.20 | F F F | MATTER NAME: Case Administration 1 TELEPHONE CALL WITH J. MCMAHON RE: PENDING MATTERS IN CASE (.2); 2 E-MAILS AND TELEPHONE CALLS WITH K. STICKLES RE: AGENDA FOR TUESDAY HEARING (.3); 3 ARRANGE FOR TRAVEL TO OMNIBUS HEARING (.2) |
| 05/08/09 Fri | Summerfield, S 29030553/1004 | 0.60 | 0.60 | 114.00 | | F | MATTER NAME: Case Administration 1 DOWNLOAD PLEADINGS AND EMAIL PDF FILES TO J. HENDERSON |
| 05/08/09 Fri | Summerfield, S 29030553/1005 | 0.20 | 0.20 | 38.00 | | F | MATTER NAME: Case Administration 1 EMAIL PLEADING TO K. KANSA |
| 05/11/09 Mon | Summerfield, S 29030548/530 | 1.20 | 1.20 | 228.00 | | F | MATTER NAME: Plan and Disclosure Statement 1 PRINT PLEADINGS FOR G. DEMO FOR DISCLOSURE STATEMENT |
| 05/12/09 Tue | Summerfield, S 29030553/1037 | 0.40 | 0.40 | 76.00 | | F | MATTER NAME: Case Administration 1 OBTAIN PDF FILES AND EMAIL TO D. BERGERON |

~  See the last page of exhibit for explanation

EXHIBIT J
CLERICAL ACTIVITIES
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|-----------|---|---|-------------|
| 05/13/09 Wed | Summerfield, S 29030553/1040 | 4.40 | 2.40 | 456.00 | 2.40 1.40 0.40 0.20 | F F F F | 1 2 3 4 | *MATTER NAME: Case Administration* OBTAIN AND PRINT SEC FILINGS (2.40): PREPARE INDEX AND BINDER (1.40): PREPARE AND ORDER COPY SETS FOR K. MILLS (.40): EMAILS TO K. MILLS RE SAME (.20) |
| 05/18/09 Mon | Rodriguez, A 29030556/1220 | 0.20 | 0.20 | 38.00 | | F | 1 | *MATTER NAME: Employee Issues* ASSIST ALLISON MILLER WITH CORRECTION TO POWER POINT DOCUMENT: 4/17/09 THE TRIBUNE COMPANY 2008 MANAGEMENT INCENTIVE PLAN PAYMENTS |
| 05/18/09 Mon | Summerfield, S 29030545/380 | 0.90 | 0.90 | 171.00 | | F | 1 | *MATTER NAME: Litigated Matters* OBTAIN MOTION TO DISMISS PLEADINGS AND EMAIL PDF FILES TO A. LEFF |
| 05/18/09 Mon | Summerfield, S 29030553/1056 | 0.60 | 0.40 | 76.00 | 0.20 0.40 | F F | 1 2 | *MATTER NAME: Case Administration* REVIEW CRITICAL HEARING LIST (.20): LOCATE AND PRINT HEARING DOCUMENTS FOR REVIEW (.40) |
| 05/19/09 Tue | DeBillie, M 29030539/89 | 3.30 | 3.30 | 363.00 | | F | 1 | *MATTER NAME: Fee Applications* ASSIST WITH TASKS RELATED TO PREPARATION OF APRIL FEE APPLICATION |
| 05/19/09 Tue | Lantry, K 29030553/1093 | 0.50 | 0.20 | 165.00 | 0.20 0.30 | F F | 1 2 | *MATTER NAME: Case Administration* ARRANGE FOR TRAVEL TO NY MEETING (.2): TELEPHONE CALL WITH K. STICKLES RE: FORM OF ORDER RE: SEAL OF MERCER REPORT (.3) |
| 05/19/09 Tue | Summerfield, S 29030553/1053 | 0.20 | 0.20 | 38.00 | | F | 1 | *MATTER NAME: Case Administration* EMAIL PLEADINGS TO D. BERGERON |
| 05/22/09 Fri | Wu, C 29030539/103 | 0.30 | 0.30 | 33.00 | | F | 1 | *MATTER NAME: Fee Applications* ASSIST WITH TASKS RELATING TO PREPARATION OF FEE APPLICATION |
| Total | | | 40.75 | $7,551.75 | | | | |

Number of Entries:    56

~  See the last page of exhibit for explanation

EXHIBIT J

CLERICAL ACTIVITIES

Sidley Austin LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| DeBillie, M | 3.30 | 363.00 |
| Gmoser, K | 0.60 | 138.00 |
| Jordan, S | 1.60 | 392.00 |
| Lantry, K | 1.00 | 825.00 |
| Lutes, D | 3.70 | 1,054.50 |
| Rodriguez, A | 2.20 | 418.00 |
| Romanovich, J | 7.20 | 612.00 |
| Summerfield, S | 15.20 | 2,888.00 |
| Vanaselja, L | 0.40 | 112.00 |
| Wootton, R | 0.25 | 166.25 |
| Wu, C | 5.30 | 583.00 |
| | 40.75 | $7,551.75 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 13.60 | 3,369.00 |
| Claims Processing | 0.20 | 46.00 |
| Committee-Related Matters | 1.10 | 209.00 |
| DIP Financing/Cash Collateral | 1.60 | 392.00 |
| Employee Issues | 2.60 | 510.00 |
| Executory Contracts and Leases | 0.40 | 76.00 |
| Fee Applications | 18.30 | 2,270.50 |
| Litigated Matters | 1.50 | 285.00 |
| Plan and Disclosure Statement | 1.20 | 228.00 |
| Tax Issues | 0.25 | 166.25 |
| | 40.75 | $7,551.75 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

Overtime Meals and Transportation

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 03/05/09 | 29019552/224 | 11.45 | | 11.45 | MATTER NAME: 90795-30560 - Case Administration<br>02/06/09 TAXI AFFILIATION SERVICES LLC 300512 - 2022 W DIVISION |
| 03/05/09 | 29019552/225 | 12.85 | | 12.85 | MATTER NAME: 90795-30560 - Case Administration<br>02/17/09 TAXI AFFILIATION SERVICES LLC 300518 - 2022 W DIVISION |
| 03/05/09 | 29019552/227 | 12.25 | | 12.25 | MATTER NAME: 90795-30560 - Case Administration<br>02/18/09 TAXI AFFILIATION SERVICES LLC 300656 - 2022 W DIVISION |
| 03/05/09 | 29019552/226 | 11.25 | | 11.25 | MATTER NAME: 90795-30560 - Case Administration<br>02/12/09 TAXI AFFILIATION SERVICES LLC 300595 - 1048 N MARSHFIELD |
| 03/09/09 | 29019552/88 | 27.53 | | 27.53 | MATTER NAME: 90795-30560 - Case Administration<br>02/24/09 - OVERTIME MEALS - ROSEBUD PRIME |
| 03/09/09 | 29019552/83 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>01/08/09 - GROUND TRANSPORTATION - YELLOW TAXI |
| 03/09/09 | 29019552/86 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/20/09 - GROUND TRANSPORTATION - CHECKER TAXI |
| 03/09/09 | 29019552/85 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>01/06/09 - GROUND TRANSPORTATION - YELLOW TAXI |
| 03/09/09 | 29019552/84 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>01/07/09 - GROUND TRANSPORTATION - YELLOW TAXI |
| 03/09/09 | 29019552/90 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>01/15/09 - GROUND TRANSPORTATION - CHICAGO CARRIAGE |
| 03/09/09 | 29019552/91 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/25/09 - GROUND TRANSPORTATION - YELLOW TAXI |
| 03/09/09 | 29019552/92 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/11/09 - GROUND TRANSPORTATION - YELLOW TAXI |
| 03/09/09 | 29019552/93 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/26/09 - GROUND TRANSPORTATION - FLASH |
| 03/09/09 | 29019552/94 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/11/09 - GROUND TRANSPORTATION - FLASHCAB |
| 03/09/09 | 29019552/95 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>01/05/09 - GROUND TRANSPORTATION - CHICAGO CARRIAGE |
| 03/09/09 | 29019552/96 | 36.17 | | 36.17 | MATTER NAME: 90795-30560 - Case Administration<br>03/04/09 - OVERTIME MEALS - TSUNAMI JAPANESE |
| 03/09/09 | 29019552/97 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/27/09 - GROUND TRANSPORTATION - YELLOW TAXI |
| 03/09/09 | 29019552/98 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/28/09 - GROUND TRANSPORTATION - YELLOW TAXI |

Overtime Meals and Transportation

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 03/09/09 | 29019552/87 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/23/09 - GROUND TRANSPORTATION - FLASHCAB |
| 03/09/09 | 29019552/81 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>01/16/09 - GROUND TRANSPORTATION - YELLOW TAXI |
| 03/09/09 | 29019552/89 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/24/09 - GROUND TRANSPORTATION - SUN TAXI |
| 03/09/09 | 29019552/82 | 32.33 | | 32.33 | MATTER NAME: 90795-30560 - Case Administration<br>03/02/09 - OVERTIME MEALS - ROSEBUD PRIME |
| 03/12/09 | 29019552/181 | 7.00 | | 7.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/26/09 - OVERTIME TRANSPORTATION - CHICAGO CARRIAGECAB |
| 03/13/09 | 29019552/204 | 35.08 | | 35.08 | MATTER NAME: 90795-30560 - Case Administration<br>03/05/09-OVERTIME MEALS |
| 03/13/09 | 29019552/203 | 27.19 | | 27.19 | MATTER NAME: 90795-30560 - Case Administration<br>02/28/09-OVERTIME MEALS |
| 03/13/09 | 29019552/202 | 34.32 | | 34.32 | MATTER NAME: 90795-30560 - Case Administration<br>03/03/09-OVERTIME MEALS |
| 03/13/09 | 29019552/201 | 31.65 | | 31.65 | MATTER NAME: 90795-30560 - Case Administration<br>02/25/09-OVERTIME MEALS |
| 03/13/09 | 29019552/200 | 27.19 | | 27.19 | MATTER NAME: 90795-30560 - Case Administration<br>02/26/09-OVERTIME MEALS |
| 03/13/09 | 29019552/199 | 33.72 | | 33.72 | MATTER NAME: 90795-30560 - Case Administration<br>03/04/09-OVERTIME MEALS |
| 03/13/09 | 29019552/192 | 7.00 | | 7.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/27/09 - OVERTIME TRANSPORTATION - FLASH |
| 03/13/09 | 29019552/190 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/11/09 - OVERTIME TRANSPORTATION - TAXI AFFILIATES SERV |
| 03/13/09 | 29019552/189 | 7.00 | | 7.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/16/09 - OVERTIME TRANSPORTATION - TAXI AFFILIATES SERV |
| 03/13/09 | 29019552/191 | 8.00 | | 8.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/09/09 - OVERTIME TRANSPORTATION - CHICAGO DISPATCHER |
| 03/16/09 | 29019552/223 | 11.05 | | 11.05 | MATTER NAME: 90795-30560 - Case Administration<br>01/27/09 TAXI AFFILIATION SERVICES LLC 296487 - 1048 N MARSHFIELD |
| 03/16/09 | 29019552/222 | 11.25 | | 11.25 | MATTER NAME: 90795-30560 - Case Administration<br>01/28/09 TAXI AFFILIATION SERVICES LLC 296472 - 2022 W DIVISION |
| 03/23/09 | 29019552/351 | 6.75 | | 6.75 | MATTER NAME: 90795-30560 - Case Administration<br>02/19/09 - OVERTIME MEALS - MCDONALD'S CORPORATI |

Overtime Meals and Transportation

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 03/23/09 | 29019552/352 | 11.00 | | 11.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/16/09 - OVERTIME TRANSPORTATION - GLOBE TAXI |
| 03/23/09 | 29019552/354 | 5.68 | | 5.68 | MATTER NAME: 90795-30560 - Case Administration<br>03/05/09 - OVERTIME MEALS - MCDONALD'S CORPORATI |
| 03/23/09 | 29019552/355 | 12.00 | | 12.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/08/09 - OVERTIME TRANSPORTATION - YELLOW CABCO. |
| 03/23/09 | 29019552/356 | 9.24 | | 9.24 | MATTER NAME: 90795-30560 - Case Administration<br>03/07/09 - OVERTIME MEALS - CHIPOTLE |
| 03/23/09 | 29019552/357 | 12.00 | | 12.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/13/09 - OVERTIME TRANSPORTATION - SUN TAXI |
| 03/23/09 | 29019552/350 | 11.00 | | 11.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/20/09 - OVERTIME TRANSPORTATION - TAXI AFFILIATION |
| 03/23/09 | 29019552/358 | 12.00 | | 12.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/02/09 - OVERTIME TRANSPORTATION - YELLOW TAXI |
| 03/23/09 | 29019552/353 | 11.00 | | 11.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/05/09 - OVERTIME TRANSPORTATION - YELLOW TAXI |
| 03/27/09 | 29019552/468 | 28.99 | | 28.99 | MATTER NAME: 90795-30560 - Case Administration<br>03/18/09-OVERTIME MEALS |
| 03/27/09 | 29019552/469 | 32.20 | | 32.20 | MATTER NAME: 90795-30560 - Case Administration<br>03/18/09-OVERTIME MEALS |
| 03/27/09 | 29019552/470 | 18.02 | | 18.02 | MATTER NAME: 90795-30560 - Case Administration<br>03/18/09-OVERTIME MEALS |
| 04/02/09 | 29026080/7 | 14.00 | | 14.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/31/09 - OVERTIME TRANSPORTATION -CAB |
| 04/02/09 | 29026080/8 | 7.00 | | 7.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/25/09 - OVERTIME TRANSPORTATION - CHOICE TAXI |
| 04/02/09 | 29026080/9 | 9.24 | | 9.24 | MATTER NAME: 90795-30560 - Case Administration<br>03/31/09 - OVERTIME MEALS |
| 04/03/09 | 29026080/23 | 27.47 | | 27.47 | MATTER NAME: 90795-30560 - Case Administration<br>03/25/09-OVERTIME MEALS |
| 04/03/09 | 29026080/24 | 35.28 | | 35.28 | MATTER NAME: 90795-30560 - Case Administration<br>03/24/09-OVERTIME MEALS |
| 04/03/09 | 29026080/25 | 14.46 | | 14.46 | MATTER NAME: 90795-30560 - Case Administration<br>03/25/09-OVERTIME MEALS |
| 04/06/09 | 29026080/93 | 12.05 | | 12.05 | MATTER NAME: 90795-30560 - Case Administration<br>03/23/09 TAXI AFFILIATION SERVICE 301947 - 2022 W DIVISION |

Overtime Meals and Transportation

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 04/06/09 | 29026080/96 | 11.05 | | 11.05 | MATTER NAME: 90795-30560 - Case Administration<br>03/26/09 TAXI AFFILIATION SERVICE 301988 - 1048 N MARSHFIELD |
| 04/06/09 | 29026080/95 | 12.05 | | 12.05 | MATTER NAME: 90795-30560 - Case Administration<br>03/27/09 TAXI AFFILIATION SERVICE 301966 - 2022 W DIVISION |
| 04/06/09 | 29026080/94 | 10.85 | | 10.85 | MATTER NAME: 90795-30560 - Case Administration<br>03/24/09 TAXI AFFILIATION SERVICE 301955 - 1048 N MARSHFILED |
| 04/06/09 | 29026080/92 | 13.65 | | 13.65 | MATTER NAME: 90795-30560 - Case Administration<br>03/19/09 TAXI AFFILIATION SERVICE 301924 - 2022 W DIVISION |
| 04/07/09 | 29026080/57 | 19.00 | | 19.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/05/09 - OVERTIME TRANSPORTATION - TAXI AFFILIATIONSER |
| 04/07/09 | 29026080/56 | 21.00 | | 21.00 | MATTER NAME: 90795-30560 - Case Administration<br>02/24/09 - OVERTIME TRANSPORTATION - GLOBE TAXI ASSOCIATI |
| 04/10/09 | 29026080/168 | 18.15 | | 18.15 | MATTER NAME: 90795-30560 - Case Administration<br>04/02/09-OVERTIME MEALS |
| 04/10/09 | 29026080/167 | 22.11 | | 22.11 | MATTER NAME: 90795-30560 - Case Administration<br>03/30/09-OVERTIME MEALS |
| 04/10/09 | 29026080/166 | 18.14 | | 18.14 | MATTER NAME: 90795-30560 - Case Administration<br>04/02/09-OVERTIME MEALS |
| 04/15/09 | 29026080/203 | 6.13 | | 6.13 | MATTER NAME: 90795-30560 - Case Administration<br>03/18/09 - OVERTIME MEALS |
| 04/15/09 | 29026080/205 | 9.00 | | 9.00 | MATTER NAME: 90795-30560 - Case Administration<br>04/04/09 - OVERTIME MEALS |
| 04/15/09 | 29026080/204 | 11.00 | | 11.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/19/09 - OVERTIME TRANSPORTATION - YELLOWCAB |
| 04/16/09 | 29026080/499 | 14.60 | | 14.60 | MATTER NAME: 90795-30560 - Case Administration<br>04/07/09-OVERTIME MEALS |
| 04/16/09 | 29026080/668 | 57.83 | | 57.83 | MATTER NAME: 90795-30560 - Case Administration<br>04/08/09-ELITE LIMOLGA |
| 04/16/09 | 29026080/500 | 19.20 | | 19.20 | MATTER NAME: 90795-30560 - Case Administration<br>04/09/09-OVERTIME MEALS |
| 04/17/09 | 29026080/493 | 15.49 | | 15.49 | MATTER NAME: 90795-30560 - Case Administration<br>03/31/09 - OVERTIME MEALS |
| 04/17/09 | 29026080/494 | 21.00 | | 21.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/31/09 - OVERTIME TRANSPORTATION - TAXI AFFILIATIONSER |
| 04/21/09 | 29026080/97 | 11.05 | | 11.05 | MATTER NAME: 90795-30560 - Case Administration<br>03/17/09 TAXI AFFILIATION SERVICES LLC 301915 - 1048 N MARSHFIELD |

Overtime Meals and Transportation

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 04/28/09 | 29026080/686 | 3.50 | | 3.50 | MATTER NAME: 90795-30560 - Case Administration<br>03/26/09 - OVERTIME TRANSPORTATION - GLOBE TAXI ASSN. |
| 04/28/09 | 29026080/687 | 7.00 | | 7.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/18/09 - OVERTIME TRANSPORTATION - TAXI AFFILIATIONSER |
| 04/28/09 | 29026080/688 | 7.00 | | 7.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/30/09 - OVERTIME TRANSPORTATION - CHICAGO CARRIAGECAB |
| 04/30/09 | 29026080/783 | 4.75 | | 4.75 | MATTER NAME: 90795-30560 - Case Administration<br>03/16/09 - OVERTIME TRANSPORTATION |
| 04/30/09 | 29026080/786 | 4.75 | | 4.75 | MATTER NAME: 90795-30560 - Case Administration<br>03/13/09 - OVERTIME TRANSPORTATION |
| 04/30/09 | 29026080/788 | 4.75 | | 4.75 | MATTER NAME: 90795-30560 - Case Administration<br>03/17/09 - OVERTIME TRANSPORTATION |
| 04/30/09 | 29026080/790 | 4.75 | | 4.75 | MATTER NAME: 90795-30560 - Case Administration<br>04/10/09 - OVERTIME TRANSPORTATION |
| 05/11/09 | 29030553/45 | 18.00 | | 18.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/30/09 - OVERTIME TRANSPORTATION - CHICAGO CARIAGECAB |
| 05/11/09 | 29030553/46 | 18.00 | | 18.00 | MATTER NAME: 90795-30560 - Case Administration<br>03/31/09 - OVERTIME TRANSPORTATION - CAB RECEIPT |
| 05/14/09 | 29030553/124 | 19.44 | | 19.44 | MATTER NAME: 90795-30560 - Case Administration<br>05/07/09-OVERTIME MEALS |
| 05/18/09 | 29030553/205 | 12.45 | | 12.45 | MATTER NAME: 90795-30560 - Case Administration<br>03/24/09 TAXI AFFILIATION SERVICES LLC - 301965 - 2022 W DIVISION |
| 05/18/09 | 29030553/206 | 11.25 | | 11.25 | MATTER NAME: 90795-30560 - Case Administration<br>04/13/09 TAXI AFFLIATION SERVICES -302101 - 1048 N MARSHFIELD |
| 05/18/09 | 29030553/207 | 10.85 | | 10.85 | MATTER NAME: 90795-30560 - Case Administration<br>04/28/09 TAXI AFFLIATION SERVICES -302249 - 1048 N MARSHFIELD |
| 05/18/09 | 29030553/163 | 8.23 | | 8.23 | MATTER NAME: 90795-30560 - Case Administration<br>04/01/09 - OVERTIME MEALS - |
| 05/18/09 | 29030553/208 | 11.25 | | 11.25 | MATTER NAME: 90795-30560 - Case Administration<br>04/29/09 TAXI AFFLIATION SERVICES -302252 - 2022 W DIVISION |
| 05/22/09 | 29030553/257 | 10.00 | | 10.00 | MATTER NAME: 90795-30560 - Case Administration<br>05/12/09 - OVERTIME TRANSPORTATION -CAB |
| 05/22/09 | 29030553/258 | 10.00 | | 10.00 | MATTER NAME: 90795-30560 - Case Administration<br>05/18/09 - OVERTIME TRANSPORTATION -CAB |
| 05/28/09 | 29030553/333 | 33.54 | | 33.54 | MATTER NAME: 90795-30560 - Case Administration<br>05/19/09-OVERTIME MEALS |

EXHIBIT N

Overtime Meals and Transportation

Sidley Austin LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 05/28/09 | 29030553/334 | 33.55 | | 33.55 | 05/19/09-OVERTIME MEALS |
| | | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 05/29/09 | 29030553/331 | 6.79 | | 6.79 | 05/27/09 - OVERTIME MEALS |
| | | | | | *MATTER NAME: 90795-30560 - Case Administration* |
| 05/29/09 | 29030553/345 | 16.88 | | 16.88 | 04/23/09-OVERTIME MEALS |
| | | $1,369.69 | | $1,369.69 | |