# Exhibit A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Los Angeles Times Communications LLC | Case Number: 08-13185 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Cisco Systems Capital Corporation**

Name and address where notices should be sent:
Lawrence Schwab/Thomas Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Ste 300, Palo Alto, CA 94306

Telephone number:
(650) 857-9500

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $ 498,807.60

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Attachment 1
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)( 2 ).

Amount entitled to priority:
$ 498,807.60

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Cred[...]
7. Doc[...] orders, i[...] You ma[...] a securit[...]
DO NOT SCANNING.

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)   0000004113

[...]ted for the purpose of making this proof of claim.
[...]rt the claim, such as promissory notes, purchase [...]udgments, mortgages, and security agreements.
[...]s providing evidence of perfection of
7 and definition of "redacted" on reverse side.)
[...]ENTS MAY BE DESTROYED AFTER

If the documents are not available, please explain:

Date: 06/08/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Thomas M. Gaa, Attorney-in-fact

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

FILED / RECEIVED
JUN 09 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

claims, cause of action, chose in action, and preserves all rights, notwithstanding anything contained in this Proof of Claim, including, without limitation, to assert its rights against any third party whatsoever.

Creditor asserts, without limitation, the following additional claims, as to all of which Creditor expressly reserves and preserves all rights, notwithstanding anything contained in this Proof of Claim, including, without limitation, (i) the right to claim administrative expense priority for any unsecured portion of the claim; (ii) interest, attorneys' fees and costs which continue to accrue and be incurred; (iii) rights to estimate contingent and assert additional claims if contingent claims are estimated and/or liquidated; and (iv) any other claim Creditor may have against the Debtor relating to or incidental to any loans made by Creditor to the Debtor.

Installment Payment Agreement No. 6424-IP001-0

**CISCO Capital**

## INSTALLMENT PAYMENT AGREEMENT

THIS INSTALLMENT PAYMENT AGREEMENT ("Agreement") No. 6424-IP001-0 is entered into as of December 18, 2007, (the "Effective Date") by CISCO SYSTEMS CAPITAL CORPORATION, a Nevada corporation ("CSCC"), having a principal place of business at 170 West Tasman Drive, San Jose, California, 95134, and LOS ANGELES TIMES COMMUNICATIONS LLC, a Delaware Limited Liability Company ("Customer"), having a principal place of business at 202 West First Street, Los Angeles, California, 90012.

WHEREAS: (A) Customer is purchasing software and/or services listed on Annex I hereto (each and collectively, the "Purchase") from Cisco Systems, Inc., a California corporation ("Cisco"), or other third party resellers (each a "Reseller"), (B) Customer wishes CSCC to finance Customer's Purchase of the Software and/or Services and/or Taxes in the amounts as defined below; and, (C) to that end, CSCC has or may hereafter advance to Cisco or Reseller for the account of Customer, the amount(s) set forth in Annex I; and (D) It is a condition precedent to CSCC's willingness to make any such advance that Customer execute and deliver this Agreement.

NOW, THEREFORE, the parties hereto agree as follows:

1. **Payment.**

   1.1 **Payment Terms:**

| Items: | Financed Amounts | Interest Rate (per annum) | | Payments | |
|---|---|---|---|---|---|
| Software: | $109,665.30 | 0% | Term: | 36 Months | |
| Services: | $623,383.09 | 0% | Start Date of the Term: | 01/01/2008 | |
| Taxes: | N/A | | End Date of the Term: | 12/31/2010 | |
| Total Amount: | $733,048.39 | | Payment Frequency: | Annual | |
| | | | Payment Date: | January 1, 2008 (and annually thereafter) | |
| Default Rate: | 10% | | Number of Installments: | 3 | |
| | | | Amount of Each Installment: | $244,349.45 | |

Any financing hereunder is intended to match the term for the services provided or software licensed under the Purchase and Customer's payments under this Agreement shall be made in advance as of the Start Date of the Term from the Payment Date, as defined above. Pursuant to the terms and conditions of this Installment Payment Agreement, Customer hereby unconditionally agrees to pay to CSCC as specified above (a) the Total Amount, as stated above, together with interest or so much as may be advanced by CSCC in relation to the Purchase and outstanding, including any amount representing any Taxes, as stated above (other than those measured by CSCC's net income), and as applicable (b) the Default Rate interest at the per annum rate of ten percent (10%). Customer shall be responsible for all sales, use, property or any other taxes related to the Purchase under this Agreement. Payment shall be made in lawful tender of the United States. All payments hereunder shall be made to CSCC at its office located at 170 West Tasman Drive, San Jose, California 95134-1706 (or to such other place as CSCC shall designate in writing to Customer), and, unless Customer has obtained CSCC's written consent to another form of payment, such payment shall be made by wire transfer or check in

Installment Payment Agreement No. 6424-IP001-0

of Default under Section 3.(a) and shall become due and payable as of ten (10) business days from date of receipt of the first invoice after the execution date of this Agreement and shall be reflected as such in the first invoice presented to the Customer.

4.   **Remedies**.  Upon 1) the occurrence of an Event of Default under Sections 3(a)-(e) herein and 2) as granted by CSCC, the expiration of any additional cure period which may be provided in writing from time to time by an authorized officer of CSCC, besides the Cure Period stated in Section 1.2 above, all outstanding amounts shall become immediately due and payable at the option of CSCC, without presentment, demand or protest of any kind, all of which are hereby expressly waived.

In addition to the remedies in the Agreement, upon an Event of Default CSCC shall have the following additional remedies:

  a) To the extent that Customer has financed software and/or taxes associated with software under the terms of this Agreement, CSCC may (i) upon written notice to Customer require Customer to cease all use of any software provided in connection with the Purchase, whereupon Customer shall immediately cease all such use; (ii) require that Customer's license rights to any such software immediately be terminated or rescinded, whereupon such license rights shall be terminated until all amounts due and owing hereunder by Customer have been paid in full, at which time Customer shall be entitled to continue using such software; (iii) upon written notice to Customer, deliver a notice to any provider (either Cisco or Reseller) of the software under the Purchase to immediately terminate or rescind any software, whereupon all Customer's rights thereunder shall immediately be terminated until all amounts due and owing hereunder by Customer have been paid in full, at which time, CSCC, upon request by Customer, shall deliver notice to such provider that CSCC does not object to the resumption of Customer's license of the software; and (iv) require Customer to assemble and deliver to CSCC all copies of any such software under this Agreement in electronic or other form, together with all documentation.

  b) To the extent that Customer has financed services and/or taxes associated with the services under the terms of this Agreement, CSCC may with prior written notice to the Customer, deliver a notice to any provider (either Cisco or Reseller) of the services under the Purchase to immediately terminate or rescind any services, whereupon all Customer's rights thereunder shall immediately be terminated until all amounts due and owing hereunder by Customer have been paid in full, at which time, CSCC, upon request by Customer, shall deliver notice to such provider that CSCC does not object to the resumption of CSCC's services.

Customer agrees that monetary damages are not a sufficient remedy and will not adequately compensate CSCC for Customer's breach of this Agreement and that CSCC shall be entitled to seek specific performance or other injunctive relief to recover such monetary damages. None of the above remedies is exclusive, but each is cumulative and in addition to any other remedy available to CSCC. CSCC's exercise of one or more remedies shall not preclude its exercise of any other remedy.

5.   **Notice**.  All notices, requests, demands and other communications may be delivered by fax, electronic mail address, or registered or certified mail to each party at the addresses set forth below in accordance with the terms hereinafter. CSCC will be the sole party able to provide notice by electronic mail. Either party may from time to time change its address, fax, or phone number, or as applicable its electronic mail address, for notification or payment purposes by giving the other party prior written notice of the new information and the date upon which the change will become effective. No single or partial exercise of any power under this Agreement shall preclude any other or further exercise of such power or exercise of any other power. No delay or omission on the part of CSCC in exercising any right under this Agreement shall operate as a waiver of such right or any other right hereunder. Except as provided in Section 3 of this Agreement, as an administrative courtesy to the Customer, and at no obligation of CSCC to provide such notice nor as a substitution of the Customer's obligation to make any timely payment(s) for the amounts owed to CSCC by Customer, CSCC shall provide an invoice for all payments under this Agreement forty five (45) calendar days in advance to the Customer.

| Customer: | LOS ANGELES TIMES COMMUNICATIONS LLC | CSCC: | CISCO SYSTEMS CAPITAL CORPORATION |
|---|---|---|---|
| Address: | 202 W. 1st Street Los Angeles, CA 90012 | Address: | 170 West Tasman Drive San Jose, California, 95134 |
| Phone: | 213-237-5726 | Phone: | (408) 525-7842 |
| Fax: | | Fax: | (408) 527-8467 |
| Email: | jeremy.pratt@latimes.com | | |

Installment Payment Agreement No. 6424-IP001-0

## ANNEX I
## 77 to
## Installment Payment Agreement

| Software/Services Information | Amount Financed |
|---|---|
| Smartnet Contract# 3654520 & 2976987 | $394,959.30 |
| Software Per Spanlink Quote #FB-071112 | $109,665.30 |
| Service Per Spanlink Quote #FB-071112 | $228,423.79 |
| **Total Amount Financed** | $733,048.39 |

Tax to be paid by Customer

**From:** Origin ID: PAOA  (650) 857-9500
Catherine Lee
BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, SUITE 300

PALO ALTO, CA 94306



**SHIP TO:** (000) 000-0000    **BILL SENDER**
**Tribune Company Claims Processing**
**Epiq Bankruptcy Solutions LLC**
**757 3RD AVE FRNT 3**
**FLOOR**
**NEW YORK, NY 10017**

Ship Date: 08JUN09
ActWgt: 1.0 LB
CAD: 5357084/INET9011
Account#: S *********

Delivery Address Bar Code

Ref #     C0274-247 to C0274-254
Invoice #
PO #
Dept #

TRK# 0201  7966 7591 4571

TUE - 09JUN    A1
**STANDARD OVERNIGHT**

**XA OGSA**

10017
NY-US
EWR




**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.