**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et. al. | ) Case No.: 08-13141 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Response Deadline: April 12, 2010 at 4:00 p.m., |
| | ) Hearing Date: April 19, 2010 at 4:00 p.m. EST |

**CERTIFICATE OF SERVICE OF RESPONSE BY CISCO SYSTEMS CAPITAL CORPORATION TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS**

James S. Yoder, Esquire, do hereby certify that on April 12, 2010, a copy of the foregoing *Response By Cisco Systems Capital Corporation To Debtors' Nineteenth Omnibus Objection To Claims* was electronically served to the following parties:

| | |
|---|---|
| Bryan Krakauer, Esquire<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br>Fax : 312-853-7036<br>Email: bkrakauer@sidley.com | Norman L. Pernick, Esquire<br>Cole, Schotz, Meisel, Forman & Leonard,<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>302-652-3131<br>Fax : 302-652-3117<br>Email: bankruptcy@coleschotz.com |

**WHITE AND WILLIAMS LLP**

/s/ James S. Yoder
James S. Yoder (DE Bar 2643)
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: (302) 467-4524
Facsimile: (302) 467-4554
Email: yoderj@whiteandwilliams.com
*Attorney for Cisco Systems Capital Corporation*

Date: April 12, 2010