# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

   Debbie Laskin being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Credit Agreement Lenders in the above-referenced cases, and on 2 of April 2010, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

Third Amended Joint Verified Statement of Representation of More than One Creditor [D.I. 3927]

Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC and their Affiliates [D.I. 3928]

Motion to File Under Seal [D.I. 3929]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 8 day of April 2010.

_____
Notary Public

[Notary Seal: KASSANDRA ANN RIDDLE, MY COMMISSION EXPIRES JULY 10, 2010, NOTARY PUBLIC, STATE OF DELAWARE]

DB02:8972410.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　000000.0

## SERVICE LIST

Daniel Golden, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
(Centerbridge)
*E-Mail*

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Law Debenture Trust)
*E-Mail*

Howard Seife, Esq.
David LeMay, Esq.
Christy Rivera, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*E-Mail*

Donald Bernstein, Esq.
Damian Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(JPMorgan Chase Bank)
*E-Mail*

David S. Rosner, Esq.
Ronald R. Rossi, Esq.
David J. Mark, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(Law Debenture Trust)
*E-Mail*

David Neumann, Esq
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Wilmington Trust Co.
*E-Mail*

Robert Stark, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
(Wilmington Trust Co.)
*E-Mail*

Norman L. Pernick, Esq
Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801
(Debtors - Tribune Co.)
*E-Mail*

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Barclays Bank)
*E-Mail*

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, 6th Floor
Wilmington, DE 19801
(Committee Counsel)
*E-Mail*

Mark D. Collins, Esq.
John Knight, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(JPMorgan Chase)
*E-Mail*

Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Debtors - Tribune Co.
*E-Mail*