**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------X
| In re: | : | Chapter 11 Cases |
|---|---|---|
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
------------------------------------------------------X    Related to Docket Nos. 3968, 3993

**MOTION FOR LEAVE TO FILE WILMINGTON TRUST COMPANY'S RESPONSE TO THE OFFICIAL COMMITTEE'S STATEMENT IN SUPPORT OF CERTAIN MOTIONS FILED BY JPMORGAN CHASE BANK, N.A. AND THE DEBTORS [DOCKET NO. 3968]; AND (II) THE DEBTORS' REPLY TO WILMINGTON TRUST'S OBJECTION TO MOTION TO HALT EQUITABLE SUBORDINATION ADVERSARY PROCEEDING [DOCKET NO. 3993]**

Wilmington Trust Company, Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 ("Wilmington Trust"), in the aggregate principal amount of approximately $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), by and through its undersigned counsel, hereby moves for entry of an order granting Wilmington Trust leave and permission to file a response (the "Response") to the Statement of the Official Committee of Unsecured Creditors (the "Committee Statement") In Support of Certain Motions Filed by JPMorgan Chase Bank, N.A. [Docket No. 3968] and the Reply of the Debtors in Support of Motion for An Order (I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint [Docket No. 3993] (the "Debtors' Reply"). In support of this "Motion for Leave", Wilmington Trust respectfully submits as follows:

1.	On March 11, 2010, JPMorgan filed its Motion For Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order ("JPMorgan Motion") [Docket No. 3715].  A status conference was held in connection therewith on March 23, 2010.  Wilmington Trust's response deadline to the JPMorgan Motion has been extended pursuant to the Certification of Counsel Regarding Stipulation (I) Extending Time for Wilmington Trust Company to Respond to the Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order and (II) Adjourning Hearing Date Therefor (the "Stipulation") [Docket No. 3894].  Notwithstanding the fact that Wilmington Trust has not yet responded to the JPMorgan Motion, and the hearing thereon has been continued until May 18, 2010, on April 7, 2010, the Committee filed the Committee Statement in support of the relief requested by JPMorgan.

2.	On March 18, 2010, the Debtors filed their Motion for an Order (I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint ("Automatic Stay Motion") [Docket No. 3759], and Wilmington Trust filed its Objection to the Automatic Stay Motion on April 5, 2010 [Docket No. 3942].  The Committee filed the Committee Statement on April 7, 2010.  The Debtors filed the Debtors' Reply late in the day on Friday, April 9, 2010, leaving Wilmington Trust Company with one business day to respond thereto.  Wilmington Trust asserts that because the matters before the Court are of critical case importance, it is necessary for Wilmington Trust to respond to the Committee Statement and the Debtors' Reply.

3.	By this Motion for Leave, Wilmington Trust respectfully requests entry of an order granting it the right to file a Response in the form attached hereto as <u>Exhibit A</u>, in order to respond to the various factual and legal allegations asserted by either the Debtors or the Committee.  The Response sets forth and expands upon the reasons why the arguments of the Debtors and the Committee are without merit and should be disregarded.[1]  Recent case developments underscore the need for the relief requested herein.

4.	Moreover, the Committee Statement, although characterized as a "statement" in support of certain pending motions, raises new and collateral issues not addressed by the motions it purports to address.  The Debtors' Reply also raises new 11th hour arguments directed against the Examiner Motion[2], the Equitable Subordination Complaint[3], and in support of the Automatic Stay Motion.  Wilmington Trust submits that the Response will assist the Court in the consideration of these issues and requests leave of this Court to permit the filing thereof.

---

[1] Although the Response will touch upon the Committee's statements regarding the JPMorgan Motion, Wilmington Trust has not yet filed a response to the JPMorgan Motion, and hereby reserves all of its rights in connection therewith.

[2] Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code, dated January 13, 2010 [Docket No. 3062] (the "<u>Examiner Motion</u>").

[3] Wilmington Trust's Complaint for Equitable Subordination and Disallowance of Claims, Damages, and Constructive Trust, filed on March 4, 2010 [Adv. Case No. 10-50732, Adv. Docket Entry No. 1] (the "<u>Equitable Subordination Complaint</u>").

WHEREFORE, Wilmington Trust respectfully requests that this Court enter an order allowing it to file the Response in the form attached as <u>Exhibit A</u> and granting such other and further relief as is just and necessary.

Dated: April 12, 2010
      Wilmington, DE

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:     */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*