**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |
| | : | |
| | : | |
| | | **Related to Docket No.** |

**ORDER GRANTING MOTION FOR LEAVE TO FILE WILMINGTON TRUST COMPANY'S RESPONSE TO THE OFFICIAL COMMITTEE'S STATEMENT IN SUPPORT OF CERTAIN MOTIONS FILED BY JPMORGAN CHASE BANK, N.A. AND THE DEBTORS [DOCKET NO. 3968]; AND (II) THE DEBTORS' REPLY TO WILMINGTON TRUST'S OBJECTION TO MOTION TO HALT EQUITABLE SUBORDINATION ADVERSARY PROCEEDING [DOCKET NO. 3993]**

Upon consideration of the motion (the "Motion for Leave") for entry of an order granting Wilmington Trust Company leave and permission to file a response (the "Response") to the Statement of the Official Committee of Unsecured Creditors (the "Committee Statement") In Support of Certain Motions Filed by JPMorgan Chase Bank, N.A. [Docket No. 3968] and the Reply of the Debtors in Support of Motion for An Order (I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint [Docket No. 3759] (the "Debtors' Reply"), and it appearing that the Court has jurisdiction to consider the Motion for Leave pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion for Leave is in the best interest of the Debtors, their estates and creditors, and it appearing that due and adequate

notice of the Motion for Leave has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion for Leave is granted; and it is further

ORDERED that Wilmington Trust is granted leave and is permitted to file the Response, which shall be deemed filed as of the date of the filing of the Motion for Leave; and it is further

ORDERED that the Court shall retain jurisdiction over any and all matters arising from or after the implementation of this Order.

Dated: April ___, 2010  
      Wilmington, DE                            _____  
                                                 UNITED STATES BANKRUPTCY JUDGE