# EXHIBIT C

*Corporate Organizational Chart*

# Organization Chart

## Tribune Company

