IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2010, I caused copies of the foregoing STATEMENT OF TM RETIREES IN SUPPORT OF SETTLEMENT AND COMPROMISES SET FORTH IN THE DEBTORS' PROPOSED PLAN OF REORGANIZATION to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: April 12, 2010
      Wilmington, Delaware

    /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile