# TRIBUNE 2002 SERVICE LIST

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel,
Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE  19801

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE  19899-2046

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE  19899-0951

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE  19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

William M. Kelleher, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE  19801

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE  19801

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE 19899

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
John H. Schanne, II, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
 & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Adam Hiller, Esquire
Donna Harris, Esquire
Pinckney, Harris & Weidinger, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391

**David M. Powlen, Esquire**  
**Barnes & Thornburg LLP**  
**1000 North West Street, Suite 1200**  
**Wilmington, DE 19801**

**Stephen P. Lamb, Esquire**  
**John P. DiTomo, Esquire**  
**Paul, Weiss, Rifkind,**  
**Wharton & Garrison LLP**  
**1000 N. West Street, Suite 1200**  
**Wilmington, DE 19801**

**John C. Phillips, Esquire**  
**Phillips, Goldman & Spence, P.A.**  
**1200 North Broom Street**  
**Wilmington, DE 19806**

**Internal Revenue Service**  
**844 King Street**  
**Wilmington, DE 19801**

**James F. Conlan, Esquire**  
**Bryan Krakauer, Esquire**  
**Sidley Austin LLP**  
**One South Dearborn Street**  
**Chicago, IL 60603**

**Kevin T. Lantry, Esquire**  
**Sidley Austin LLP**  
**555 West Fifth Street**  
**Los Angeles, CA 90013**

**Howard Seife, Esquire**  
**David M. LeMay, Esquire**  
**Douglas E. Deutsch, Esquire**  
**Chadbourne & Parke LLP**  
**30 Rockefeller Plaza**  
**New York, NY 10112**

**Graeme W. Bush, Esquire**  
**James Sottile, Esquire**  
**Zuckerman Spaeder LLP**  
**1800 M Street, N.W., Suite 1000**  
**Washington, D.C. 20036**

**Donald S. Bernstein, Esquire**  
**James A. Florack, Esquire**  
**Damian S. Schaible, Esquire**  
**Davis Polk & Wardwell, LLP**  
**450 Lexington Avenue**  
**New York, NY 10017**

**Margot B. Schonholtz, Esquire**  
**Madlyn Gleich Primoff, Esquire**  
**Kaye Scholer LLP**  
**425 Park Avenue**  
**New York, NY 10022**

**Elizabeth Weller, Esquire**  
**Linebarger Goggan Blair & Sampson, LLP**  
**2323 Bryan Street, Suite 1600**  
**Dallas, TX 75201**

**Frederick D. Hyman, Esquire**  
**Jeffrey G. Tougas, Esquire**  
**Brian Trust, Esquire**  
**Barbara Yan, Esquire**  
**Amit K. Trehan, Esquire**  
**Mayer Brown LLP**  
**1675 Broadway**  
**New York, NY 10019-5820**

**Jean-Marie L. Atamian, Esquire**  
**Mayer Brown LLP**  
**1675 Broadway**  
**New York, NY 10019**

**Jeffrey N. Rich, Esquire**  
**Charles R. Smith, Esquire**  
**K & L Gates LLP**  
**599 Lexington Avenue**  
**New York, NY 10022-6030**

**Charles R. Smith, Esquire**  
**K & L Gates LLP**  
**Henry W. Oliver Building**  
**535 Smithfield Street**  
**Pittsburgh, PA 15222-2312**

**Matthew J. Troy, Esquire**  
**United States Department of Justice**  
**Civil Division**  
**P.O. Box 875**  
**Ben Franklin Station**  
**Washington, D.C. 20044-0875**

**Robert J. Stark, Esquire**  
**Daniel J. Staval, Esquire**  
**Brown Rudnick LLP**  
**Seven Times Square**  
**New York, NY 10036**

**David M. Neumann, Esquire**
**Benesch, Friedlander, Coplan**
**& Aronoff LLP**
**200 Public Square, Suite 2300**
**Cleveland, OH 44114-2378**

**Daniel H. Golden, Esquire**
**Philip C. Dublin, Esquire**
**Akin Gump Strauss Hauer & Feld LLP**
**One Bryant Park**
**New York, NY 10036**

**Bruce Bennett, Esquire**
**James O. Johnston, Esquire**
**Joshua D. Morse, Esquire**
**Hennigan, Bennett & Dorman, LLP**
**865 South Figueroa Street, Suite 2900**
**Los Angeles, CA 90017**

**Internal Revenue Service**
**31 Hopkins Plaza**
**ATTN: Room 1150**
**Baltimore, MD 21201**

**Securities & Exchange Commission**
**15th & Pennsylvania Ave., N.W.**
**Washington, D.C. 20020**

**Wayne M. Smith, Esquire**
**Warner Bros. Television Distribution, Inc.**
**4000 Warner Boulevard**
**Building 156, Room 5158**
**Burbank, CA 91522**

**Pamela Kohlman Webster, Esquire**
**Buchalter Nemer**
**1000 Wilshire Boulevard, Suite 1500**
**Los Angeles, CA 90017-2457**

**Ms. Carolyn Adler**
**Morgan Stanley, Fixed Income**
**1585 Broadway, 2nd Floor**
**New York, NY 10036**

**Scott A. Golden, Esquire**
**Hogan & Hartson LLP**
**875 Third Avenue**
**New York, NY 10022**

**Thomas V. Askounis, Esquire**
**Askounis & Darcy, PC**
**401 North Michigan Avenue, Suite 550**
**Chicago, IL 60611**

**David Adler, Esquire**
**G. Amanda Mallan, Esquire**
**McCarter & English, LLP**
**245 Park Avenue, 27th Floor**
**New York, NY 10167**

**Colleen E. McManus, Esquire**
**Much Shelist Denenberg Ament**
**and Rubenstein, P.C.**
**191 North Wacker Drive, Ste. 1800**
**Chicago, IL 60606**

**Kelly Singer, Esquire**
**Squire, Sanders & Dempsey L.L.P.**
**Two Renaissance Square**
**40 North Central Avenue, Suite 2700**
**Phoenix, AZ 85004-4498**

**Jan I. Berlage, Esquire**
**Gohn, Hankey & Stichel, LLP**
**201 North Charles Street**
**Baltimore, MD 21201**

**Paul Rubin, Esquire**
**Herrick, Feinstein LLP**
**Two Park Avenue**
**New York, NY 10016**

**Ruth Weinstein**
**Canon U.S.A., Inc.**
**One Canon Plaza**
**Lake Success, NY 11042**

**Stephen B. Selbst, Esquire**
**Herrick, Feinstein LLP**
**Two Park Avenue**
**New York, NY 10016**

**Babette A. Ceccotti, Esquire**
**Cohen, Weiss and Simon LLP**
**330 West 42nd Street**
**New York, NY 10036**

**Edmond P. O'Brien, Esquire**
**Stempel Bennett Claman & Hochberg, P.C.**
**675 Third Avenue, 31st Floor**
**New York, NY  10017**

**Tiffany Strelow Cobb, Esquire**
**Vorys, Sater, Seymour and Pease LLP**
**52 East Gay Street**
**Columbus, OH  43215**

**Robert E. Paul, Esquire**
**Zwerdling, Paul, Kahn & Wolly, P.C.**
**1025 Connecticut Avenue NW, Suite 712**
**Washington, D.C.  20036-5420**

**Beverly H. Shideler**
**IBM Corporation**
**Two Lincoln Centre**
**Oakbrook Terrace, IL  60181**

**James E. Sorenson, Esquire**
**D. Tyler Van Leuven, Esquire**
**Williams, Gautier, Gwynn,**
 **DeLoach & Sorenson, P.A.**
**PO Box 4128**
**Tallahassee, FL  32315-4128**

**Scott Friedberg**
**The Seaport Group, LLC**
**360 Madison Avenue, 22nd Fl.**
**New York, NY  10017**

**Anthony Deglomine, III, Vice President**
**Harris Corporation**
**1025 W. NASA Boulevard**
**Mail Stop A-11A**
**Melbourne, FL  32919**

**Eric R. Wilson, Esquire**
**Howard S. Steel, Esquire**
**Kelley Drye & Warren LLP**
**101 Park Avenue**
**New York, NY  10178**

**Frank A. Anderson, Esquire**
**Cassandra R. Burton, Esquire**
**Kartar S. Khalsa, Esquire**
**Pension Benefit Guaranty Corporation**
**Office of the Chief Counsel**
**1200 K Street, N.W.**
**Washington, D.C.  20005-4026**

**John P. Dillman, Esquire**
**Linebarger Goggan Blair & Sampson, LLP**
**PO Box 3064**
**Houston, TX  77253-3064**

**Jay Teitelbaum, Esquire**
**Teitelbaum & Baskin, LLP**
**Three Barker Avenue, Third Floor**
**White Plains, NY  10601**

**Joanne Fungaroli, Esquire**
**CapitalSource Finance LLC**
**4445 Willard Avenue, 12th Floor**
**Chevy Chase, MD  20815**

**Kathleen N. Reed**
**Navistar Leasing Company**
**425 N. Martingale Road, 18th Floor**
**Schaumburg, IL  60173**

**J. Scott Douglass, Esquire**
**909 Fannin, Suite 1800**
**Houston, TX  77010**

**Ramona Neal, Esquire**
**Hewlett-Packard Company**
**11311 Chinden Boulevard**
**Mailstop 314**
**Boise, ID  83714-0021**

**Mr. Ken Higman**
**Sr. Default & Recovery Analyst**
**Hewlett-Packard Company**
**2125 E. Katella Ave., Suite 400**
**Anaheim, CA  92806**

**Ms. Jodie Rea**
**Twentieth Television, Inc.**
**2121 Avenue of the Stars, Suite 1754**
**Los Angeles, CA  90067**

**Martin S. Zohn, Esquire**
**Proskauer Rose LLP**
**2049 Century Park East, 32nd Fl.**
**Los Angeles, CA  90067**

**Ira S. Greene, Esquire**
**Scott A. Golden, Esquire**
**Hogan & Hartson LLP**
**875 Third Avenue**
**New York, NY  10022**

**Missouri Department of Revenue**
**Sheryl L. Moreau, Esquire**
**PO Box 475**
**Jefferson City, MO  65105-0475**

**Todd M. Hoepker, Esquire**
**Todd M. Hoepker, P.A.**
**P.O. Box  3311**
**Orlando, FL  32802-3311**

**Jeffrey J. Newton, County Attorney**
**Hollie N. Hawn, Assistant County Attorney**
**Broward County**
**Government Center**
**115 South Andrews Avenue**
**Fort Lauderdale, FL  33301**

**Mike Lynch, Account Resolution**
**Travelers**
**National Accounts**
**One Tower Square, 5MN**
**Hartford, CT  06183-4044**

**Frank F. McGinn, Esquire**
**Bartlett Hackett Feinberg P.C.**
**155 Federal Street, 9th Floor**
**Boston, MA  02110**

**Shawn M. Christianson, Esquire**
**Buchalter Nemer**
**333 Market Street, 25th Floor**
**San Francisco, CA  94105-2126**

**Donald R. Furman, Jr., Esquire**
**Furman Gregory LLC**
**75 Federal Street, Ninth Floor**
**Boston, MA  02110**

**Edward J. Tredinnick, Esquire**
**Greene Radovsky Maloney**
 **Share & Hennigh LLP**
**Four Embarcadero Center, Suite 4000**
**San Francisco, CA  94111**

**Angie M. Cowan, Esquire**
**Allison, Slutsky & Kennedy, P.C.**
**230 W. Monroe Street, Suite 2600**
**Chicago, IL  60606**

**Fred Fellmeth, Esquire**
**General Counsel**
**Broadcast Systems Division**
**The Vitec Group plc**
**101 Bilby Road**
**Hackettstown, NJ  07840**

**C. B. Blackard, III, Esquire**
**Corporate Counsel**
**Acxiom Corporation**
**301 E. Dave Ward Drive**
**P.O. Box 2000**
**Conway, AR  72033-2000**

**Mark A. Nitikman, Esquire**
**Virginia P. Croudace, Esquire**
**Croudace & Dietrich LLP**
**4750 Von Karman Avenue**
**Newport Beach, CA  92660**

**Michael V. Blumenthal, Esquire**
**Crowell & Moring LLP**
**590 Madison Avenue, 19th Floor**
**New York, NY  10022**

**Alan J. Lipkin, Esquire**
**Jeremy E. Crystal, Esquire**
**Willkie Farr & Gallagher LLP**
**787 Seventh Avenue**
**New York, NY  10019**

**Linda Boyle**
**tw telecom inc.**
**10475 Park Meadows Drive #400**
**Littleton, CO  80124**

**Robert L. Hanley, Jr., Esquire**
**Nolan, Plumhoff & Williams, Chartered**
**Suite 700, Nottingham Centre**
**502 Washington Avenue**
**Towson, MD  21204**

**Carol E. Momjian, Esquire**
**Senior Deputy Attorney General**
**Office of Attorney General**
**21 S. 12th Street, 3rd Floor**
**Philadelphia, PA  19107-3603**

**Dana S. Plon, Esquire**
**Sirlin Gallogly & Lesser, P.C.**
**1529 Walnut Street, Suite 600**
**Philadelphia, PA 19102**

**Julie A. Manning, Esquire**
**Shipman & Goodwin LLP**
**One Constitution Plaza**
**Hartford, CT 06103-1919**

**Joseph D. Frank, Esquire**
**Frank/Gecker LLP**
**325 North LaSalle Street, Suite 625**
**Chicago, IL 60654**

**Janet Fitzpatrick, Legal Assistant**
**Unisys Corporation**
**Unisys Way**
**PO Box 500, M/S E8-108**
**Blue Bell, PA 19424**

**Joseph E. Shickich, Jr., Esquire**
**Maria Ann Milano, Esquire**
**Riddell Williams P.S.**
**1001 – 4th Avenue, Suite 4500**
**Seattle, WA 98154-1192**

**Elaine M. Seid, Esquire**
**McPharlin Sprinkles & Thomas, LLP**
**10 Almaden Blvd., Suite 1460**
**San Jose, CA  95113**

**Jacqueline A. Criswell, Esquire**
**Tressler Soderstrom Maloney**
** & Priess, LLP**
**Sears Tower, 22nd Floor**
**233 South Wacker Drive**
**Chicago, IL 60606-6314**

**Margaret Ann Nolan, County Solicitor**
**Camela J. Sandmann, Asst. Co. Solicitor**
**Howard County Office of Law**
**George Howard Building**
**3430 Courthouse Drive**
**Ellicott City, MD 21043**

**Brian M. Dougherty, Esquire**
**Goldstine, Skrodzki, Russian,**
**Nemec and Hoff, Ltd.**
**835 McClintock Drive, Second Floor**
**Burr Ridge, IL 60527**

**Fred B. Ringel, Esquire**
**Robinson Brog Leinwand Greene**
**Genovese & Gluck P.C.**
**1345 Avenue of the Americas**
**New York, NY 10105**

**Gateway Pacific Properties, Inc.**
**c/o Ronald K. Brown, Jr.**
**901 Dove Street, Suite 120**
**Newport Beach, CA 92660**

**Paul J. Catanese, Esquire**
**Patricia K. Smoots**
**McGuireWoods LLP**
**77 W. Wacker Drive, Suite 4100**
**Chicago, IL 60601**

**Edward Susolik, Esquire**
**Callahan & Blaine**
**3 Hutton Drive, Ninth Floor**
**Santa Ana, CA 92707**

**Michelle McMahon, Esquire**
**Bryan Cave LLP**
**1290 Avenue of the Americas**
**New York, NY 10104**

**Brian G. Esders, Esquire**
**Corey Smith Bott, Esquire**
**Abato, Rubenstein and Abato, P.A.**
**809 Gleneagles Court, Suite 320**
**Baltimore, MD 21286**

**Joshua G. Losardo, Esquire**
**Belkin Burden Wenig & Goldman, LLP**
**270 Madison Avenue**
**New York, NY 10016**

**Thomas R. Meites, Esquire**
**Michael M. Mulder, Esquire**
**Meites, Mulder, Mollica & Glink**
**20 S. Clark Street, Suite 1500**
**Chicago, IL 60603**

**Daniel Feinberg, Esquire**
**Angelica K. Jongco, Esquire**
**Nina Wasow, Esquire**
**Lewis, Feinberg, Lee, Renaker**
** & Jackson, P.C.**
**1330 Broadway, Suite 1800**
**Oakland, CA 94612**

**Philip Gregory, Esquire**
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**John L. Decker, Esquire**
Stuart Maue
3840 McKelvey Road
Saint Louis, MO 63044

**George R. Mesires, Esquire**
Barack Ferrazzano Kirschbaum
 & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

**Michael A. Cox, Attorney General**
**Deborah B. Waldmeir,**
**Asst. Attorney General**
State of Michigan
Department of Treasury
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI 48202

**Pamela Kohlman Webster, Esquire**
Buchalter Nemer LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

**Keith D. Elkins, Esquire**
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**Kenneth Miller, Esquire**
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212

**Judy D. Thompson, Esquire**
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

**Andrew S. Conway, Esquire**
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

**Ramesh Singh, Financial Controller**
GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Yonatan Gelblum, Trial Attorney**
U.S. Department of Justice
Tax Division
PO Box 227
Washington, D.C. 20044

**Douglas R. Gonzales, Esquire**
Weiss Serota Helfman Pastoriza
Cole & Boniske, P.L.
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301

**Robert L. Cook, Esquire**
District Tax Attorney
NYS Department of Taxation and Finance
333 East Washington St., 3rd Floor
Syracuse, NY 13202

**Christine Z. Heri**
Office of the Solicitor
United States Department of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

**Elizabeth Goldberg**
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

**Michael Schloss**
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

**Aaron L. Hammer, Esquire**
**Devon J. Eggert, Esquire**
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

David W. Reimann, Esquire
The Reimann Law Group
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

Maureen A. McGreevey, Esquire
Senior Litigation Counsel
SunGard
680 E. Swedesford Road
Wayne, PA 19087

Leslie A. Cohen, Esquire
Leslie Cohen Law PC
506 Santa Monica Boulevard, Suite 200
Santa Monica, CA 90401

Kamakazee Kiwi Corporation
3835-R East Thousand Oaks Blvd., #343
Westlake Village, CA 91362

David B. Feldman, Esquire
Bloom Hergott Diemer Rosenthal
 LaViolette Feldman & Goodman, LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA 90212

Leonard S. Shifflett, Esquire
Faye B. Feinstein, Esquire
Quarles & Brady LLP
300 North LaSalle Street, Suite 400
Chicago, IL 60654-3422

Michael S. Amato, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

J. Bennett Friedman, Esquire
Friedman Law Group
1900 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067-4409

Michael J. Small, Esquire
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610-4764

Mary K. Braza, Esquire
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Daniel Smirlock, Deputy Commissioner
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

Bradley J. Butwin, Esquire
Daniel L. Cantor, Esquire
Steven A. Rosenstein, Esquire
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036

Evan M. Jones, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Stephen J. Shimshak, Esquire
Andrew Gordon, Esquire
David W. Brown, Esquire
Lauren Shumejda, Esquire
Stuart McPhail, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Charles E. Davidow, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K. Street, N.W.
Washington, DC 20006-1047