# EXHIBIT A



ZUCKERMAN SPAEDER LLP    1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802

March 31, 2010

Tribune Company  
c/o Kenneth P. Kansa  
Sidley Austin LLP  
One South Dearborn  
Chicago, IL 60603

Invoice: 272003  
Client: 12464  
Matter: 0001  
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through February 28, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 95.00 hours at $765.00 per hour | $ | 72,675.00 |
| By James Sottile | | |
| 73.90 hours at $675.00 per hour | $ | 49,882.50 |
| By Marshall S. Wolff | | |
| 4.20 hours at $675.00 per hour | $ | 2,835.00 |
| By Thomas G. Macauley | | |
| 58.00 hours at $580.00 per hour | $ | 33,640.00 |
| By Andrew N. Goldfarb | | |
| 95.20 hours at $550.00 per hour | $ | 52,360.00 |
| By Caroline Judge Mehta | | |
| 1.30 hours at $525.00 per hour | $ | 682.50 |
| By Martin G. Deptula | | |
| 37.10 hours at $465.00 per hour | $ | 17,251.50 |
| By Virginia W. Guldi | | |
| 26.60 hours at $325.00 per hour | $ | 8,645.00 |
| By Steven N. Herman | | |
| 11.20 hours at $325.00 per hour | $ | 3,640.00 |

March 31, 2010                                                                                                    Page 2

| | | |
|---|---|---:|
| By Kirtan Mehta | | |
| 23.70 hours at $325.00 per hour | $ | 7,702.50 |
| By Benjamin L. Krein | | |
| 4.90 hours at $370.00 per hour | $ | 1,813.00 |
| By Scott A. Hanna | | |
| 78.80 hours at $300.00 per hour | $ | 23,640.00 |
| By Kimberley Wilson | | |
| 0.60 hours at $165.00 per hour | $ | 99.00 |
| By Jeanne Trahan Faubell | | |
| 0.60 hours at $165.00 per hour | $ | 99.00 |
| By Diana Gillig | | |
| 3.60 hours at $160.00 per hour | $ | 576.00 |
| TOTAL FEES | $ | 275,541.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 275,541.00 |

March 31, 2010 Page 3

OUTSTANDING INVOICES

| Bill Date | Inv No. | Original Amt. | Credits | Balance Due |
|---|---|---|---|---|
| 01/07/10 | 270106 | 315,570.50 | (252,456.40) | 63,114.10 |
| 01/29/10 | 270605 | 303,175.00 | (242,540.00) | 60,635.00 |
| 02/28/10 | 271551 | 373,545.50 | 0.00 | 373,545.50 |
| 09/25/09 | 268915 | 212,206.00 | (169,764.80) | 42,441.20 |
| 11/04/09 | 269526 | 368,083.50 | (294,466.80) | 73,616.70 |
| 11/23/09 | 269929 | 308,389.00 | (246,711.20) | 61,677.80 |
| 3/31/10 | 272003 | 275,541.00 | 0.00 | 275,541.00 |

TOTAL BALANCE DUE                                                                                       950,571.30

March 31, 2010                                                                                      Page 4

DESCRIPTION OF SERVICES                                                       CLIENT: 12464
                                                                              MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 02/01/10 | 2.10 | Final review of and final edits to draft complaint. |
| 02/01/10 | 0.80 | Analysis of probabilities of success on key legal issues relevant to settlement value of claims against lenders. |
| 02/02/10 | 0.60 | Participate in call with Alix, Graeme Bush, Andrew Goldfarb and Thomas Macauley and Chadbourne lawyers regarding intercompany loan issues. |
| 02/02/10 | 0.80 | Meeting with Graeme Bush, Andrew Goldfarb and Thomas Macauley regarding probability of success on key issues relevant to fraudulent conveyance claims. |
| 02/02/10 | 0.80 | Review/analyze documents regarding inter-company claims. |
| 02/02/10 | 0.10 | Teleconference with D. Deutsch (Chadbourne) regarding disclosure of complaint to other parties. |
| 02/03/10 | 2.00 | Participate in meeting with Debtors, Chadbourne lawyers and representatives of Alix and Moelis regarding fraudulent conveyance and related claims and third party claims. |
| 02/03/10 | 0.60 | Meeting with Chadbourne lawyers and representatives of Alix and Moelis following meeting with Debtors regarding meeting. |
| 02/03/10 | 0.60 | Discussions with Graeme Bush regarding strategy re fraudulent conveyance claims. |
| 02/04/10 | 0.80 | Participate in meeting of Unsecured Creditors Committee. |
| 02/04/10 | 0.60 | Meeting with Graeme Bush, Andrew Goldfarb and Thomas Macauley (part) regarding further work on analysis of claims and issues regarding complaint. |
| 02/04/10 | 0.40 | Meeting with Graeme Bush regarding strategy and evaluation of key issues. |
| 02/04/10 | 0.20 | Draft note to J. Bendernagel (Sidley) regarding issues on complaint. |
| 02/04/10 | 1.20 | Begin review of significant new documents produced by lenders. |
| 02/05/10 | 0.50 | Review/analyze case law regarding contingent liabilities and solvency analysis. |

March 31, 2010 Page 5

| Date | Hours | Description |
|---|---|---|
| 02/05/10 | 1.40 | Continued analysis of inter-company loans; review key documents regarding same. |
| 02/05/10 | 1.20 | Work on potential revisions to draft complaint. |
| 02/08/10 | 0.40 | Analyze key issues regarding guarantor subs and e-mail correspondence with team regarding same. |
| 02/08/10 | 1.20 | Review/analyze key facts concerning intercompany notes.. |
| 02/08/10 | 0.80 | Analyze key issues raised by standing motion and review key cases to prepare for further briefing following oppositions. |
| 02/09/10 | 1.20 | Further work on probabilities of success on key issues. |
| 02/09/10 | 0.60 | Review new documents from lenders. |
| 02/09/10 | 0.40 | Meetings with Graeme Bush regarding strategy with senior lenders. |
| 02/09/10 | 0.80 | Conference call with Graeme Bush, Howard Seife and David Lemay (Chadbourne) and counsel for senior lenders regarding ongoing settlement negotiations. |
| 02/09/10 | 0.60 | Participate in telephonic meeting of Unsecured Creditors Committee with G. Bush. |
| 02/10/10 | 0.50 | Participate in call with G. Bush, H. Seife (Chadbourne), W. Smith (Committee co-chair) and E. Sassower (Kirkland) regarding lender discussions. |
| 02/10/10 | 0.80 | Teleconference with with G. Bush, T. Macauley and A. Goldfarb regarding anticipated oppositions to standing motion and Committee's reply to such arguments. |
| 02/11/10 | 2.00 | Teleconference with expert and Graeme Bush and Andrew Goldfarb regarding expert's analysis of solvency issues. |
| 02/11/10 | 0.30 | Teleconference with Graeme Bush and Andrew Goldfarb regarding response to oppositions to motion for standing. |
| 02/11/10 | 0.80 | Participate in telephonic meeting of Unsecured Creditors Committee with Graeme Bush. |
| 02/11/10 | 0.60 | Review/analyze Alix analysis of intercompany loans and draft memo to team regarding same. |
| 02/11/10 | 0.60 | Preliminary review of oppositions to motion for standing. |
| 02/12/10 | 1.40 | Close review/analysis of all responses and objections to motion for standing. |
| 02/12/10 | 0.60 | Outline reply brief regarding motion for standing. |

| Date | Hours | Description |
|---|---|---|
| 02/12/10 | 0.40 | Meeting with Andrew Goldfarb regarding draft of reply brief on motion for standing. |
| 02/12/10 | 1.80 | Draft/edit sections of reply brief. |
| 02/12/10 | 0.20 | Teleconference with Graeme Bush regarding issues on reply brief regarding motion for standing. |
| 02/12/10 | 0.70 | Review/analyze key cases cited in oppositions to motion for standing. |
| 02/13/10 | 1.40 | Participate in conference call with Graeme Bush, Andrew Goldfarb, Howard Seife, David Lemay, Douglas Deutsch (Chadbourne) regarding issues on reply brief in support of motion for standing and Wilmington Trust examiner motion and strategy for upcoming hearing on both. |
| 02/13/10 | 0.30 | Teleconference with A. Goldfarb regarding issues on reply brief in support of motion for standing. |
| 02/13/10 | 1.80 | Draft/edit reply brief in support of motion for standing. |
| 02/14/10 | 5.30 | Draft/edit reply brief in support of motion for standing. |
| 02/14/10 | 0.20 | Teleconference with Graeme Bush regarding issues on reply brief in support of motion for standing. |
| 02/14/10 | 0.30 | Teleconference with Andrew Goldfarb regarding issues on reply brief in support of motion for standing. |
| 02/14/10 | 0.60 | Extensive e-mail correspondence with Graeme Bush, Andrew Goldfarb and Thomas Macauley and Chadbourne lawyers regarding issues on reply brief in support of motion for standing. |
| 02/15/10 | 2.60 | Further revision of reply brief in support of motion for standing. |
| 02/15/10 | 0.20 | Teleconference with Graeme Bush regarding issues on reply brief in support of motion for standing. |
| 02/15/10 | 0.30 | Several teleconferences with Andrew Goldfarb regarding issues on reply brief in support of motion for standing. |
| 02/15/10 | 0.60 | E-mail correspondence with Zuckerman and Chadbourne teams regarding issues on reply brief in support of motion for standing. |
| 02/16/10 | 0.20 | Meeting with Graeme Bush regarding preparation for and strategy regarding standing motion. |
| 02/16/10 | 2.30 | Review pleadings, key documents and key cases to prepare for hearing on motion for standing. |

March 31, 2010                                                                                                                    Page 7

| Date | Hours | Description |
|---|---|---|
| 02/16/10 | 1.20 | Further analysis of intercompany transactions. |
| 02/17/10 | 0.80 | Meeting with Graeme Bush and Andrew Goldfarb to discuss strategy for hearing on motion for standing. |
| 02/17/10 | 0.60 | Meeting with Graeme Bush, Andrew Goldfarb and Thomas Macauley, Adam Landis (Landis Rath) and Howard Seife and David LeMay (Chadbourne) to prepare for hearing on motion for standing and examiner motion. |
| 02/17/10 | 2.10 | Further preparation for hearing regarding motion for standing. |
| 02/18/10 | 2.20 | Prepare for argument regarding motion for standing and cross-examination. |
| 02/18/10 | 2.70 | Participate in hearing regarding motion for exclusivity and conduct cross-examination. |
| 02/18/10 | 0.70 | Meeting with Graeme Bush, Thomas Macauley and Andrew Goldfarb, Adam Landis and D. Rath (Landis, Rath) and Howard Seife and David LeMay (Chadbourne) regarding strategy and next steps following ruling on exclusivity and deferral of standing and examiner motions. |
| 02/19/10 | 0.80 | Review key decisions regarding approval of settlements. |
| 02/19/10 | 0.70 | Review summaries of bank and Tribune witnesses. |
| 02/22/10 | 0.30 | Meeting with G. Bush regarding expert work on solvency and analysis of intercompany loan issues. |
| 02/22/10 | 1.00 | Analyze standard for challenging plan purporting to settle claims and key cases regarding same. |
| 02/22/10 | 1.30 | Review complaint and analyze potential changes in light of facts developed since complaint drafted and additional legal analysis. |
| 02/23/10 | 0.40 | Participate in weekly Committee professionals call regarding status of bankruptcy and investigation of LBO claims. |
| 02/23/10 | 0.70 | Teleconference with Graeme Bush and solvency expert regarding solvency analysis. |
| 02/23/10 | 0.40 | Review complaint in other case and analyze potential revisions to draft complaint. |
| 02/23/10 | 1.70 | Analysis of key facts and legal arguments relating to plan backed by Credit Agreement lenders. |
| 02/23/10 | 0.80 | Review deposition transcripts of key witnesses regarding solvency issues. |

March 31, 2010 Page 8

| Date | Hours | Description |
|---|---|---|
| 02/24/10 | 0.50 | Teleconference with Graeme Bush and Moelis regarding analysis of intercompany loans. |
| 02/24/10 | 1.30 | Further work analyzing effect of intercompany claims on solvency analysis and review of key documents regarding same. |
| 02/25/10 | 1.40 | Further review/analysis of caselaw and key facts relevant in preparation for call with J. Bendernagel (Sidley). |
| 02/25/10 | 1.30 | Review/analyze key bank documents relevant to solvency analysis. |
| 02/25/10 | 0.50 | Review TOUSA opinion. |
| 02/26/10 | 0.70 | Further work on analysis of intercompany claims. |
| 02/26/10 | 0.60 | Analyze issues re proper defendants and participating banks; review relevant legal authority. |
| 02/26/10 | 0.80 | Review/analyze objections to Lyondell settlement. |
| 02/26/10 | 0.90 | Work on revisions to draft complaint. |

Caroline Judge Mehta

| Date | Hours | Description |
|---|---|---|
| 02/01/10 | 0.50 | Review and analyze key documents from Citi production. |
| 02/02/10 | 0.50 | Confer with Andrew Goldfarb, Marty Deptula regarding document review from Citi production. |
| 02/02/10 | 0.30 | Review documents from Citi production. |

Andrew N. Goldfarb

| Date | Hours | Description |
|---|---|---|
| 02/01/10 | 4.90 | Revise draft complaint. |
| 02/01/10 | 0.40 | Confer with Graeme Bush, Jim Sottile, Tom Macauley via phone and e-mail regarding revisions to draft complaint. |
| 02/01/10 | 0.30 | E-mails with other document depositors regarding draft complaint. |
| 02/01/10 | 0.10 | Confer with Scott Hanna regarding documents requested by expert. |
| 02/01/10 | 0.10 | E-mails with expert regarding requested documents. |
| 02/01/10 | 0.20 | Send Rule 2004 exam exhibits to K. Bromberg (Brown Rudnick). |
| 02/01/10 | 0.30 | E-mails with Martin Deptula and Caroline Mehta regarding Citi document review, including review documents in connection with same. |

March 31, 2010                                                                                                               Page 9

| | | |
|---|---|---|
| 02/01/10 | 0.10 | Review document depository order. |
| 02/01/10 | 0.20 | Respond to e-mail requests for draft complaint. |
| 02/02/10 | 0.60 | Call with Alix Partners, Jim Sottile, Graeme Bush and Tom Macauley regarding intercompany accounts issues. |
| 02/02/10 | 1.00 | Meeting with Graeme Bush, Jim Sottile and Tom Macauley to prepare for Wednesday meeting with debtors. |
| 02/02/10 | 0.30 | Send Rule 2004 exam exhibits to Brown Rudnick. |
| 02/02/10 | 0.20 | E-mails with Scott Hanna and expert regarding requested documents. |
| 02/02/10 | 0.50 | Participate in weekly Committee professionals' call. |
| 02/02/10 | 0.20 | Call with Marc Ashley regarding privilege issues, attention to same. |
| 02/02/10 | 0.40 | Review Citi Rule 2004 materials. |
| 02/02/10 | 0.10 | E-mail Kasowitz regarding discovery update. |
| 02/02/10 | 0.10 | Respond to requests for draft complaint. |
| 02/03/10 | 0.50 | E-mail ZS team regarding 1/29 call with expert and ZS litigation role. |
| 02/03/10 | 0.30 | E-mail and speak with expert regarding potential meeting. |
| 02/03/10 | 0.10 | E-mail and speak with Moelis regarding potential conference call. |
| 02/03/10 | 0.30 | Confer with Martin Deptula regarding document review. |
| 02/03/10 | 0.40 | Document review. |
| 02/03/10 | 0.20 | Review and analyze ZS e-mails regarding legal issues regarding solvency. |
| 02/03/10 | 0.30 | Background reading for Tribune matter. |
| 02/04/10 | 1.00 | Meet with Graeme Bush, Jim Sottile and Tom Macauley regarding case strategy and organization. |
| 02/04/10 | 0.10 | Call with Tom Macauley regarding U.S. Trustee. |
| 02/04/10 | 0.40 | E-mail and call lenders' counsel regarding draft complaint circulation. |
| 02/04/10 | 0.10 | Confer with Graeme Bush regarding requests for draft complaint. |
| 02/04/10 | 0.20 | Review document depository order. |

| Date | Hours | Description |
|---|---|---|
| 02/04/10 | 0.90 | Review Steven Herman memo on guarantees, including related cases. |
| 02/04/10 | 0.30 | Attention to Tribune case organization and strategy. |
| 02/05/10 | 0.80 | Research and send e-mail regarding contingent liabilities caselaw. |
| 02/05/10 | 0.20 | E-mail JP Morgan counsel, ZS team regarding draft complaint and disclosure requests. |
| 02/05/10 | 0.10 | Review and respond to ZS memo on project assignments. |
| 02/05/10 | 0.10 | E-mail Alun Griffiths (Moody's counsel) regarding Rule 2004 requests and scheduled call. |
| 02/05/10 | 0.30 | Call with Alun Griffiths (Moody's counsel) regarding Committee's Rule 2004 requests, including prepare for same. |
| 02/05/10 | 0.80 | Follow-up e-mail with information to Alun Griffiths (Moody's counsel) relevant to Rule 2004 requests, including research documents regarding same. |
| 02/05/10 | 0.20 | E-mail UCC counsel summary of call with Alun Griffiths. |
| 02/05/10 | 0.10 | Review Tom Macauley comments to draft UCC response to Wilmington Trust examiner motion. |
| 02/08/10 | 0.80 | Review and analyze e-mails, treatise excerpts, and caselaw regarding guarantees. |
| 02/08/10 | 0.20 | E-mail to Barclays' counsel regarding request for complaint. |
| 02/09/10 | 0.10 | E-mail to Tom Macauley regarding guarantee caselaw. |
| 02/09/10 | 0.10 | Review case on guarantees. |
| 02/09/10 | 0.40 | Participate in weekly professionals' call. |
| 02/09/10 | 2.00 | Review Blackstone and Merrill Lynch documents. |
| 02/09/10 | 0.20 | Call with Tom Macauley regarding standing motion. |
| 02/10/10 | 1.00 | Participate in internal ZS team call. |
| 02/10/10 | 2.70 | Blackstone document review. |
| 02/10/10 | 0.20 | Attention to assignments and staffing needs, including confer with colleagues regarding same. |
| 02/10/10 | 0.20 | Exchange e-mails with expert regarding solvency issues. |
| 02/10/10 | 0.20 | Review Aurelius filings. |
| 02/11/10 | 0.40 | Review Alix Partners report on intercompany loans. |

| Date | Hours | Description |
|---|---|---|
| 02/11/10 | 0.20 | Review Jim Sottile e-mail on Alix Partners report, e-mail regarding same. |
| 02/11/10 | 0.40 | Review Committee objection to motion to examiner. |
| 02/11/10 | 0.10 | Attention to logistics concerning standing motion reply. |
| 02/11/10 | 0.10 | E-mail Moody's counsel regarding Rule 2004 requests. |
| 02/11/10 | 0.30 | Review documents sent by Marc Ashley. |
| 02/11/10 | 2.00 | Call with expert and Graeme Bush and Jim Sottile. |
| 02/11/10 | 0.30 | Confer with Graeme Bush and Jim Sottile after expert call, including review Bush notes of call. |
| 02/11/10 | 1.30 | Review numerous 2/11 filings, including objections to standing motion and objections to Wilmington Trust's motion for examiner. |
| 02/11/10 | 0.30 | Send documents to Wilmington Trust counsel. |
| 02/11/10 | 0.40 | Review certain cases cited in 2/11 objections. |
| 02/12/10 | 0.30 | Confer with Jim Sottile re reply. |
| 02/12/10 | 0.30 | Confer with Caroline Mehta and Benjamin Krein regarding research. |
| 02/12/10 | 10.70 | Research and draft reply in support of Committee's motion for standing. |
| 02/13/10 | 8.30 | Research, draft and review Committee's reply in support of motion for standing. |
| 02/13/10 | 1.30 | Conference call with Committee counsel (Howard Seife, Graeme Bush, Jim Sottile, Tom Macauley, Adam Landis, David LeMay and Douglas Deutsch). |
| 02/13/10 | 0.40 | Calls with Jim Sottile to discuss reply. |
| 02/14/10 | 3.00 | Revise and research reply in support of motion for standing. |
| 02/15/10 | 6.30 | Revise and finalize reply in support of motion for standing. |
| 02/15/10 | 0.30 | Confer with Graeme Bush, Jim Sottile and Virginia Guldi regarding reply and affidavit in support of motion for standing. |
| 02/16/10 | 0.50 | Participate in weekly professionals' call. |
| 02/16/10 | 0.20 | Confer with Graeme Bush regarding 2/18 hearing preparation. |

| Date | Hours | Description |
|---|---|---|
| 02/16/10 | 0.70 | Review and revise draft Kowalczuk summary, including e-mails with Miller and Marc Ashley regarding same. |
| 02/16/10 | 0.70 | Review Delaware corporate law cases. |
| 02/16/10 | 0.40 | Draft and send letter to JP Morgan counsel regarding response to Committee's standing motion. |
| 02/16/10 | 0.60 | Review Wilmington Trust reply and U.S. Trustee brief on Examiner motion. |
| 02/16/10 | 0.40 | Revise Bush affidavit papers, including prepare and circulate to ZS team draft notice regarding same. |
| 02/16/10 | 0.40 | Begin review of Kapadia Rule 2004 exam summary. |
| 02/16/10 | 0.10 | Call with Kasowitz regarding UCC standing motion reply. |
| 02/17/10 | 1.20 | Prepare materials for hearing. |
| 02/17/10 | 1.70 | Research and read derivative standing and corporate law cases in connection with hearing. |
| 02/17/10 | 1.50 | Multiple conversations with Jim Sottile and Graeme Bush regarding hearing and case strategy. |
| 02/17/10 | 0.50 | Review pleadings for hearing. |
| 02/17/10 | 0.20 | Review Law Debenture response on standing motion. |
| 02/17/10 | 0.60 | Meet with Graeme Bush, Jim Sottile, Adam Landis, Tom Macauley, David LeMay and Howard Seife. |
| 02/17/10 | 0.40 | Finish review of Kapadia deposition. |
| 02/18/10 | 4.00 | Preparation for and attend hearing in Wilmington. |
| 02/18/10 | 0.60 | Confer with UCC counsel (Howard Seife, David LeMay, Adam Landis, Graeme Bush, Tom Macauley, Jim Sottile and Dan Rath). |
| 02/19/10 | 1.00 | Review and analyze Citi documents. |
| 02/19/10 | 1.00 | Participate in UCC conference call meeting. |
| 02/19/10 | 0.20 | Confer with ZS colleagues regarding Thursday meeting. |
| 02/19/10 | 0.10 | Call with A. Griffiths, counsel to Moody's, and e-mail UCC counsel regarding same. |
| 02/22/10 | 0.70 | Review Citi documents. |
| 02/22/10 | 0.40 | Confer with Scott Hanna regarding complaint research project and expert document request, prepare for same. |

| Date | Hours | Description |
|---|---|---|
| 02/22/10 | 0.30 | Confer with Kirtan Mehta regarding legal research project on Rule 9019. |
| 02/22/10 | 0.20 | Locate document for T. Stevenson (Chadbourne & Parke) on certain March 2007 events. |
| 02/22/10 | 0.20 | Locate and review potential analogous proceeding. |
| 02/22/10 | 0.20 | E-mail materials to experts. |
| 02/22/10 | 0.40 | Review Zell e-mails. |
| 02/22/10 | 0.10 | E-mail Merrill counsel regarding new document production. |
| 02/23/10 | 1.90 | Attention to and review of JP Morgan privilege logs. |
| 02/23/10 | 0.50 | Participate in weekly professionals' call. |
| 02/23/10 | 0.10 | Confer with Jim Sottile and Graeme Bush re same. |
| 02/23/10 | 0.20 | Attention to expert request for documents, including e-mails regarding same. |
| 02/23/10 | 0.10 | E-mail Alun Griffiths (Moody's counsel) regarding Rule 2004 requests. |
| 02/23/10 | 0.20 | Review Exide decision. |
| 02/24/10 | 0.20 | E-mail regarding confidentiality designations for JP Morgan Rule 2004 examinations. |
| 02/24/10 | 0.20 | E-mail conferral with Kirtan Mehta regarding research on Rule 9019. |
| 02/24/10 | 2.00 | Citi and Merrill document review. |
| 02/25/10 | 3.50 | Review Merrill documents. |
| 02/25/10 | 0.20 | Confer with Marc Ashley (C&P) regarding privilege issues. |
| 02/25/10 | 0.10 | E-mail Martin Deptula regarding document review. |
| 02/25/10 | 0.20 | Analyze issues regarding Tribune guarantors. |
| 02/26/10 | 1.40 | Review documents for possible inclusion in draft complaint. |
| 02/26/10 | 0.70 | Review and revise memo on Rule 9019 settlement standards, including review cases in connection with same. |
| 02/26/10 | 0.20 | Phone call with Alun Griffiths (Moody's counsel) regarding Rule 2004 requests, including prepare for same. |
| 02/26/10 | 0.20 | E-mail Committee counsel regarding call with Alun Griffiths (Moody's counsel). |
| 02/26/10 | 0.20 | E-mail expert with relevant documents. |

March 31, 2010                                                                                                  Page 14

| | | |
|---|---|---|
| 02/26/10 | 1.10 | Review Merrill Lynch documents. |

Thomas G. Macauley

| | | |
|---|---|---|
| 02/01/10 | 0.50 | Speak with A. Goldfarb and analyze issues regarding complaint. |
| 02/01/10 | 1.10 | Review and edit motion to file under seal. |
| 02/01/10 | 0.40 | Review local rules, procedures and depository order. |
| 02/01/10 | 0.30 | Analyze issues regarding ancillary papers for motions. |
| 02/01/10 | 0.50 | Review and edit proposed order regarding standing motion. |
| 02/01/10 | 0.40 | Draft proposed order regarding motion to file under seal. |
| 02/01/10 | 0.60 | Review and edit standing motion. |
| 02/01/10 | 0.20 | Review and edit notice of motion for standing motion. |
| 02/01/10 | 0.20 | Review and edit notice of motion regarding under seal motion. |
| 02/01/10 | 0.20 | Speak and correspond with G. Bush regarding standing motion. |
| 02/01/10 | 0.20 | Review docket (2x). |
| 02/01/10 | 0.20 | Draft note to committee professionals regarding standing motion. |
| 02/01/10 | 0.20 | Analyze issues regarding complaint under seal. |
| 02/01/10 | 0.20 | Exchange notes and voicemails with M. Russano. |
| 02/01/10 | 0.20 | Review Debtors' exclusivity motion. |
| 02/02/10 | 0.50 | Participate on committee professionals call. |
| 02/02/10 | 0.80 | Analyze issues regarding US Trustee request for complaint. |
| 02/02/10 | 1.00 | Meet with G. Bush, J. Sottile and A. Goldfarb regarding merits of case. |
| 02/02/10 | 0.50 | Participate on call with Chadbourne, Alix and internal team regarding intercompany claims issues. |
| 02/02/10 | 0.20 | Exchange notes with S. McPhail regarding complaint. |
| 02/02/10 | 0.10 | Review article regarding standing motion. |
| 02/02/10 | 0.40 | Meet with G. Bush and J. Sottile regarding meeting tomorrow. |

March 31, 2010 Page 15

| | | |
|---|---|---|
| 02/03/10 | 0.80 | Analyze issues regarding meeting and speak with G. Bush and other committee professionals regarding same and case issues. |
| 02/03/10 | 2.80 | Attend meeting between Debtors' and Committees' professionals. |
| 02/03/10 | 0.40 | Discuss results of meeting with committee professionals and next steps. |
| 02/03/10 | 0.40 | Analyze results of meeting. |
| 02/03/10 | 0.80 | Analyze issues regarding guarantees and exchange notes with S. Herman regarding same. |
| 02/03/10 | 0.20 | Draft note to A. Goldfarb regarding consents for review of complaint. |
| 02/03/10 | 0.10 | Review emails with co-counsel regarding sealing of complaint. |
| 02/04/10 | 0.30 | Speak with G. Bush, A. Goldfarb and J. Sottile regarding case and research issues. |
| 02/04/10 | 0.50 | Exchange notes and speak with J. McMahon regarding complaint. |
| 02/04/10 | 0.50 | Review bondholder correspondence and speak with G. Bush regarding same and hearing on standing motion. |
| 02/04/10 | 0.20 | Speak with A. Goldfarb regarding confidential information in complaint. |
| 02/04/10 | 0.30 | Review hot documents. |
| 02/04/10 | 0.20 | Review correspondence with parties regarding confidential information in complaint. |
| 02/05/10 | 0.20 | Analyze issues regarding contingent liabilities. |
| 02/05/10 | 0.30 | Analyze issues regarding complaint and draft note to US Trustee regarding same. |
| 02/05/10 | 1.40 | Research and analyze issues regarding guarantees and standing argument. |
| 02/08/10 | 0.20 | Exchange notes with J. Sottile regarding intercompany notes. |
| 02/08/10 | 0.10 | Speak with Cole Schotz paralegal regarding 2/18 hearing agenda. |
| 02/08/10 | 5.80 | Research, review cases and analyze issues regarding guarantees and Lenders' argument regarding same. |

March 31, 2010                                                                                                         Page 16

| Date | Hours | Description |
|---|---|---|
| 02/08/10 | 0.30 | Exchange notes and speak with S. Herman regarding same. |
| 02/09/10 | 1.40 | Review cases and analyze issues regarding new count to complaint. |
| 02/09/10 | 0.60 | Participate on weekly committee professionals call. |
| 02/09/10 | 0.20 | Review email exchange regarding meeting with lenders. |
| 02/09/10 | 0.20 | Speak with A. Goldfarb regarding standing motion. |
| 02/10/10 | 0.90 | Participate on internal call regarding standing motion issues. |
| 02/10/10 | 0.20 | Analyze issues regarding objection deadline for standing motion and potential objections. |
| 02/10/10 | 0.20 | Review papers filed by Aurelius in connection with under-seal motion. |
| 02/11/10 | 0.30 | Analyze issues regarding circulation of responses to pending motions. |
| 02/11/10 | 2.50 | Review and comment on objection to standing motion. |
| 02/12/10 | 0.30 | Analyze issues regarding objections and responses filed and review list of same. |
| 02/13/10 | 0.20 | Review outline and analyze issues regarding Brown Rudnick discovery request. |
| 02/13/10 | 1.40 | Participate on call with Landis, Chadbourne and Zuckerman regarding same and standing motion reply and hearing. |
| 02/13/10 | 0.40 | Review draft reply. |
| 02/14/10 | 2.30 | Review and comment on draft reply. |
| 02/14/10 | 0.20 | Analyze issues regarding submission of sealed draft complaint. |
| 02/14/10 | 0.20 | Review comments by co-counsel to brief. |
| 02/14/10 | 0.30 | Analyze issues regarding argument in brief. |
| 02/14/10 | 1.50 | Review revised draft and draft section to bolster same. |
| 02/15/10 | 0.40 | Analyze issues regarding filing and service of reply. |
| 02/15/10 | 0.50 | Review comments regarding redrafted section and analyze issues regarding same. |
| 02/15/10 | 0.10 | Draft note to J. Sottile regarding brief edit. |
| 02/15/10 | 0.10 | Review summary of latest dynamics between parties. |
| 02/16/10 | 0.60 | Participate on weekly committee professionals call. |