| Date | Hours | Description |
|---|---|---|
| 02/16/10 | 0.10 | Exchange notes with Cole Schotz paralegal regarding submission of under seal draft complaint. |
| 02/16/10 | 0.20 | Review orders on expedited motions and bondholders' filings. |
| 02/16/10 | 0.20 | Review Lenders' objections to exclusivity motion. |
| 02/16/10 | 0.10 | Review 2/18 hearing agenda. |
| 02/16/10 | 0.10 | Review letter to Glazer regarding JPM response. |
| 02/16/10 | 0.30 | Review Wilmington Trust reply and US Trustee support for examiner. |
| 02/17/10 | 0.20 | Review articles regarding hearing and Lyondell settlement. |
| 02/17/10 | 0.20 | Analyze issues regarding hearing. |
| 02/17/10 | 0.30 | Review Law Debenture reply on standing motion. |
| 02/17/10 | 0.20 | Review hot documents. |
| 02/17/10 | 1.40 | Review exclusivity objections and analyze issues regarding same. |
| 02/17/10 | 0.40 | Review Alix intercompany claim analysis and analyze issues regarding same. |
| 02/17/10 | 1.30 | Review cases regarding guarantees and analyze issues regarding same. |
| 02/17/10 | 0.60 | Meet with Landis, Seife, LeMay and internal team to discuss hearing. |
| 02/18/10 | 0.40 | Meet with co-counsel at Landis to discuss hearing. |
| 02/18/10 | 3.90 | Attend hearing. |
| 02/18/10 | 0.70 | Meet with Landis, Seife, LeMay and internal team regarding hearing and next steps. |
| 02/18/10 | 0.30 | Speak with V. Guldi regarding guaranty research. |
| 02/19/10 | 0.80 | Speak with G. Bush and analyze issues regarding potential case options and research same. |
| 02/19/10 | 0.10 | Review pro hac vice application for J. Sottile. |
| 02/22/10 | 1.00 | Review Rule 9019 decisions and analyze issues regarding same. |
| 02/22/10 | 0.20 | Analyze issues regarding guaranties. |
| 02/22/10 | 1.40 | Draft memo regarding Debtors' strategic options. |
| 02/22/10 | 0.40 | Review Lyondell docket and documents. |

March 31, 2010                                                                                                                                    Page 18

| | | |
|---|---|---|
| 02/22/10 | 0.20 | Review memos regarding intervention and settlement. |
| 02/23/10 | 0.50 | Participate on weekly committee professionals call. |
| 02/23/10 | 0.50 | Review Lyondell papers. |
| 02/23/10 | 0.30 | Analyze issues regarding credit agreement. |
| 02/23/10 | 0.10 | Review scheduling order on Law Debenture motion. |
| 02/24/10 | 0.30 | Analyze issues regarding guarantees. |
| 02/24/10 | 0.20 | Speak with A. Goldfarb regarding research issues. |
| 02/26/10 | 0.30 | Analyze issues regarding senior credit agreement. |
| 02/28/10 | 0.70 | Review and finish memo regarding strategic options. |
| 02/28/10 | 0.40 | Analyze issues regarding potential settlement hearing. |

Marshall S. Wolff

| | | |
|---|---|---|
| 02/03/10 | 0.80 | Review documents and e-mails regarding solvency analysis. |
| 02/03/10 | 0.50 | Read materials regarding intercompany loan balances. |
| 02/03/10 | 1.00 | Read and review Kassowitz complaint. |
| 02/09/10 | 0.10 | Read e-mail from Thomas Macauley. |
| 02/09/10 | 0.60 | Review legal research regarding suretyship defenses. |
| 02/09/10 | 0.20 | Draft e-mail to Thomas Macauley. |
| 02/09/10 | 0.30 | Confer with Steven Herman regarding same. |
| 02/11/10 | 0.30 | Receive response to motion for standing. |
| 02/19/10 | 0.40 | Confer with Andrew Goldfarb regarding Delaware hearing and status. |

Graeme W. Bush

| | | |
|---|---|---|
| 02/01/10 | 1.20 | Work on and finalize standing motion. |
| 02/01/10 | 1.70 | Work on and finalized draft complaint. |
| 02/01/10 | 0.90 | Conferences and telephone calls with Messrs. Macauley, Goldfarb and Sottile regarding filing. |
| 02/01/10 | 1.00 | Review Company financial analysis. |
| 02/01/10 | 0.40 | E-mails with UCC member. |
| 02/01/10 | 0.50 | Prepare for meeting with Company. |

March 31, 2010                                                                                                               Page 19

| | | |
|---|---|---|
| 02/02/10 | 0.90 | Confer with Messrs. Deutsch and Sottile regarding Committee professionals' call. |
| 02/02/10 | 1.20 | Analyze and evaluate financial data. |
| 02/02/10 | 1.20 | Team meeting regarding preparation for conference with Debtors. |
| 02/02/10 | 0.70 | Prepare for and telephone conference with ALIX Partners, Messrs. Seife, Macauley, Sottile and Goldfarb regarding financial data from Debtors. |
| 02/02/10 | 0.40 | E-mails and telephone calls regarding motion. |
| 02/03/10 | 0.70 | Meeting with Messrs. Seife, Macauley and financial advisors regarding miscellaneous and prepare for meeting with Debtors. |
| 02/03/10 | 3.00 | Meeting with Sidley and Lazard. |
| 02/03/10 | 0.20 | Telephone call with David Rosner. |
| 02/03/10 | 0.40 | Meeting with Chadbourne & Parke, financial advisors regarding Debtor meeting. |
| 02/03/10 | 0.30 | E-mails regarding financial expert. |
| 02/03/10 | 1.50 | Confer with James Sottile. |
| 02/04/10 | 0.60 | UCC telephone conference. |
| 02/04/10 | 1.80 | Address requests to unseal complaint. |
| 02/04/10 | 0.60 | Team meeting regarding projects. |
| 02/04/10 | 0.40 | Telephone conference with Thomas Macauley regarding plans for 2/18 hearing and briefing. |
| 02/04/10 | 0.80 | Review and revise correspondence and telephone conference with financial advisor. |
| 02/04/10 | 0.40 | Telephone call and e-mail with David LeMay regarding 2/18 hearing and briefing. |
| 02/04/10 | 0.30 | Telephone call with Howard Seife regarding UCC meeting. |
| 02/05/10 | 1.20 | Prepare for and telephone conference with Messrs. Seife and Moelis. |
| 02/05/10 | 0.40 | Telephone call with David LeMay regarding 2/18 hearing. |
| 02/05/10 | 0.30 | E-mail and telephone call with Howard Seife regarding telephone call with lenders. |

March 31, 2010                                                                                                   Page 20

| Date | Hours | Description |
|---|---|---|
| 02/05/10 | 0.60 | Telephone call with Douglas Deutsch and attend to financial expert. |
| 02/06/10 | 2.00 | Review memos regarding key legal issues. |
| 02/07/10 | 0.50 | Review and comment on response to examiner motion. |
| 02/07/10 | 1.20 | Work on analysis of financial issues. |
| 02/08/10 | 1.80 | Analyze intercompany issues. |
| 02/08/10 | 0.30 | E-mails with Messrs. Seife and Kasowitz. |
| 02/08/10 | 0.40 | E-mails with Messrs. Goldfarb, Sottile and Macauley regarding financial issues. |
| 02/08/10 | 0.40 | Telephone call with David LeMay regarding response to examiner's motion and review revised draft. |
| 02/08/10 | 0.60 | E-mails, telephone calls and work on request for exhibit from Aurelius. |
| 02/08/10 | 0.90 | Attend to settlement meeting. |
| 02/09/10 | 1.40 | Prepare for and telephone conference with Messrs. Bennett, Johnston, Bernstein, Glaser, Seife, LeMay, Sottile. |
| 02/09/10 | 1.10 | Attend to motion to seal complaint and e-mails and telephone calls with Greenberg Traurig, Chadbourne & Parke and internal regarding same. |
| 02/09/10 | 0.90 | Review and edit objection to examiner motion. |
| 02/09/10 | 0.70 | UCC telephone conference meeting. |
| 02/09/10 | 0.40 | E-mails regarding objections to motion and hearing on 2/18. |
| 02/09/10 | 0.20 | Telephone call with David Rosner. |
| 02/09/10 | 0.70 | Review e-mail from Thomas Macauley regarding guarantees. |
| 02/10/10 | 0.60 | Telephone conference with Howard Seife and UCC member. |
| 02/10/10 | 0.90 | Prepare for and telephone conference with team regarding work assignments and issues for hearing. |
| 02/10/10 | 0.60 | Review objection to seal motion and e-mails regarding same. |
| 02/10/10 | 0.20 | Telephone conference with David Rosner. |
| 02/10/10 | 0.80 | Review analysis from ALIX regarding intercompany accounts. |
| 02/11/10 | 0.80 | Prepare for and telephone conference with UCC. |

| Date | Hours | Description |
|---|---|---|
| 02/11/10 | 0.30 | E-mails with Messrs. Kasowitz and Seife regarding response to examiner motion. |
| 02/11/10 | 0.30 | E-mails with Messrs. Sottile and Goldfarb regarding ALIX financial analysis. |
| 02/11/10 | 0.60 | E-mails and telephone call with Daniel Golden regarding standing motion. |
| 02/11/10 | 2.00 | Review objections to standing motions and other pleadings. |
| 02/11/10 | 2.10 | Telephone conference with expert, Messrs. Sottile and Goldfarb. |
| 02/11/10 | 0.40 | Review and attend to Wilmington Trust motion to seal and related pleadings. |
| 02/12/10 | 1.70 | Review objections and confer and attend to UCC reply. |
| 02/12/10 | 0.30 | Review correspondence from Dennis Prieto. |
| 02/13/10 | 2.10 | E-mails, prepare for and hold telephone conference with Chadbourne & Parke, Adam Landis and ZS team regarding motions, 2/18 hearing and related matters. |
| 02/13/10 | 0.30 | E-mail debtors and lenders counsel regarding hearing. |
| 02/13/10 | 0.60 | E-mails with Messrs. Rosner and Glenn regarding motions. |
| 02/13/10 | 0.40 | E-mails with ZS team regarding reply brief on standing motion. |
| 02/14/10 | 1.20 | Review draft reply brief and comment. |
| 02/14/10 | 0.60 | Telephone conferences with James Sottile, et al. regarding reply brief. |
| 02/14/10 | 0.40 | E-mails regarding evidentiary hearing. |
| 02/15/10 | 1.70 | Telephone conferences, e-mails with Brown Rudnick, Chadbourne & Parke and internal, and attend to response to WT examiner motion and request for evidence. |
| 02/15/10 | 2.60 | Review, revise, edit, e-mails and telephone conferences with Chadbourne & Parke and internal, and finalize reply brief standing. |
| 02/15/10 | 1.10 | Draft and finalize affidavit regarding investigation. |
| 02/15/10 | 0.60 | Review case law research. |
| 02/15/10 | 0.30 | E-mails with Andrew Glenn regarding reply brief and hearing on standing. |
| 02/16/10 | 0.60 | Committee professionals telephone conference. |

| Date | Hours | Description |
|---|---|---|
| 02/16/10 | 2.50 | Review cases in preparation for argument. |
| 02/16/10 | 1.70 | Confer with Messrs. Sottile, Goldfarb and Macauley, e-mails and attend to preparation for hearing and argument on standing motion. |
| 02/16/10 | 1.30 | Review all briefs on examiner motion. |
| 02/17/10 | 1.20 | Confer with ZS team regarding preparation for hearing. |
| 02/17/10 | 0.70 | Telephone calls with Howard Seife and UCC member regarding status of hearing. |
| 02/17/10 | 0.50 | Telephone conference with Messrs. Seife and Conlon. |
| 02/17/10 | 2.30 | Review examiner and standing pleadings. |
| 02/17/10 | 1.60 | Review case law. |
| 02/17/10 | 0.50 | E-mails and telephone call with Andrew Glenn regarding hearing. |
| 02/17/10 | 0.40 | E-mail with James Ducayet regarding hearing evidence and confer with Messrs. Seife, Sottile et al. regarding same. |
| 02/18/10 | 1.50 | Prepare for hearing. |
| 02/18/10 | 1.50 | Meeting with co-counsel regarding hearing. |
| 02/18/10 | 2.50 | Hearing. |
| 02/18/10 | 1.20 | Confer with co-counsel regarding next steps. |
| 02/18/10 | 0.60 | Consider work plan and confer with James Sottile regarding same. |
| 02/18/10 | 0.40 | Telephone calls with Moelis and others regarding hearing. |
| 02/19/10 | 1.20 | UCC telephone conference. |
| 02/19/10 | 0.40 | Telephone call with UCC member. |
| 02/19/10 | 1.00 | Telephone call with Thomas Macauley regarding April hearing and related issues. |
| 02/22/10 | 0.40 | E-mails regarding research on various issues. |
| 02/22/10 | 0.60 | Review complaint in related case. |
| 02/22/10 | 0.40 | Work on scheduling meeting with expert. |
| 02/22/10 | 0.20 | Telephone calls with Debtor and bonds. |
| 02/23/10 | 0.70 | Telephone conference with UCC professionals. |
| 02/23/10 | 0.40 | Telephone call with UCC member counsel. |

| Date | Hours | Description |
|---|---|---|
| 02/23/10 | 0.90 | Prepare for and telephone call with financial advisor. |
| 02/23/10 | 0.90 | Review agent issues and conferences and e-mails with James Sottile and Andrew Goldfarb regarding same. |
| 02/23/10 | 0.30 | Telephone calls regarding status of discussions. |
| 02/24/10 | 0.60 | Telephone call with Moelis and James Sottile. |
| 02/24/10 | 0.20 | Telephone call with Company counsel. |
| 02/24/10 | 0.40 | Telephone call with Daniel Golden. |
| 02/24/10 | 1.30 | Work on financial analysis. |
| 02/25/10 | 0.50 | Telephone call with Howard Seife regarding update on status and projects. |
| 02/25/10 | 0.70 | Telephone conference with financial advisors. |
| 02/25/10 | 0.50 | Research and review case law. |
| 02/25/10 | 0.90 | Review documents regarding intercompany notes. |
| 02/26/10 | 0.30 | Confer with James Sottile regarding status and work assignments. |
| 02/26/10 | 0.20 | E-mails with Andrew Goldfarb regarding discovery to third parties. |
| 02/27/10 | 0.40 | Review legal memo regarding standing and settlement. |

Virginia W. Guldi

| Date | Hours | Description |
|---|---|---|
| 02/01/10 | 0.50 | Prepare proposed order for motion to grant standing. |
| 02/05/10 | 2.00 | Legal research regarding remedies. |
| 02/12/10 | 1.20 | Review docket regarding recent filings. |
| 02/12/10 | 0.20 | Telephone call with A. Goldfarb and J. Sottile regarding response deadline. |
| 02/12/10 | 0.70 | Legal research and review Delaware Local Rules regarding response deadlines. |
| 02/12/10 | 1.70 | Review recent objections filed by various parties to standing motion. |
| 02/12/10 | 0.50 | Telephone call with A. Goldfarb regarding cases for response and issues to discuss regarding same. |
| 02/13/10 | 1.70 | Prepare analysis of cases in the Credit Agreement Lenders' objection. |
| 02/15/10 | 0.30 | Prepare certificate of service and filing of response. |

March 31, 2010                                                                                                 Page 24

| | | |
|---|---|---|
| 02/15/10 | 0.20 | Telephone call with A. Goldfarb regarding same. |
| 02/15/10 | 0.40 | Review response. |
| 02/15/10 | 0.50 | Finalize same for filing. |
| 02/15/10 | 0.20 | Communicate with A. Goldfarb regarding status of same. |
| 02/15/10 | 0.20 | Communicate with Parcels regarding filing and service of response. |
| 02/15/10 | 0.50 | Review revised response. |
| 02/15/10 | 0.40 | Finalize pleading with co-counsel's further revisions. |
| 02/16/10 | 3.50 | Legal research regarding effect of avoiding obligation. |
| 02/16/10 | 0.50 | Legal research regarding preservation of argument by footnote. |
| 02/18/10 | 1.00 | Draft memorandum regarding effect of avoiding obligation as a fraudulent transfer. |
| 02/18/10 | 1.70 | Legal research regarding effect of avoiding obligation. |
| 02/22/10 | 4.70 | Legal research regarding effect of avoiding obligation. |
| 02/24/10 | 4.00 | Legal research regarding avoidance of obligations and prepare memo regarding same. |

Martin G. Deptula

| | | |
|---|---|---|
| 02/02/10 | 1.00 | Review and analyze documents produced by Citi. |
| 02/02/10 | 0.20 | Telephone conference with Andrew Goldfarb and Caroline Judge Mehta. |
| 02/03/10 | 0.10 | Telephone conference with Andrew Goldfarb concerning ongoing review of Citi documents. |
| 02/03/10 | 4.20 | Review and analyze electronic documents produced by Citi. |
| 02/08/10 | 1.50 | Review and analyze Citi documents. |
| 02/10/10 | 4.30 | Review and analyze electronic documents produced by Citi. |
| 02/11/10 | 4.00 | Review and analyze electronic documents provided by Citi. |
| 02/12/10 | 4.30 | Review and analyze electronic documents produced by Citi. |
| 02/15/10 | 3.20 | Review and analyze electronic documents produced by Citi. |
| 02/16/10 | 3.80 | Review and analyze documents produced by Citi. |
| 02/18/10 | 3.20 | Review electronic document produced by Citi. |
| 02/19/10 | 4.30 | Review and analyze electronic documents produced by Citi. |

March 31, 2010                                                                                      Page 25

| | | |
|---|---|---|
| 02/22/10 | 3.00 | Review and analyze electronic documents produced by Citi. |

Steven N. Herman

| | | |
|---|---|---|
| 02/03/10 | 0.10 | E-mail Tom Macauley regarding the guarantees. |
| 02/08/10 | 4.30 | Legal research regarding the guarantees. |
| 02/09/10 | 0.20 | Confer with Marshall Wolff regarding enforceability of the Guarantees. |
| 02/12/10 | 0.20 | Confer with Andrew Goldfarb regarding the enforceability of the Guarantees. |
| 02/12/10 | 4.20 | Legal research regarding same. |
| 02/17/10 | 2.20 | Legal research regarding guarantees. |

Kirtan Mehta

| | | |
|---|---|---|
| 02/11/10 | 0.80 | Review background material. |
| 02/12/10 | 0.50 | Team meeting for reply brief. |
| 02/12/10 | 0.80 | Drafting memo re findings. |
| 02/12/10 | 5.50 | Research related to standing issues on reply. |
| 02/22/10 | 0.20 | Meeting with Andrew Goldfarb regarding new assignment. |
| 02/22/10 | 2.30 | Research related to settlement approval. |
| 02/23/10 | 4.80 | Research related to settlement approval. |
| 02/24/10 | 1.30 | Research related to settlement approval. |
| 02/24/10 | 3.20 | Draft settlement approval memorandum. |
| 02/25/10 | 1.30 | Revise settlement approval memorandum. |
| 02/26/10 | 1.50 | Additional research on settlement approval memorandum. |
| 02/26/10 | 1.50 | Revise memorandum. |

Benjamin L. Krein

| | | |
|---|---|---|
| 02/12/10 | 0.20 | Meet with Andrew Goldfarb and Kirtan Mehta to discuss reply brief, legal research project. |
| 02/12/10 | 0.50 | Review responses by debtors and credit agreement lenders to Committee's motion for standing. |
| 02/12/10 | 2.50 | Legal research regarding same. |
| 02/15/10 | 1.70 | Cite check reply brief in support of motion for standing to prosecute claims. |

March 31, 2010                                                                                                     Page 26

Scott A. Hanna

| Date | Hours | Description |
|---|---|---|
| 02/01/10 | 1.90 | Electronic document search of database for materials responsive to expert's document request and draft update email to A. Goldfarb regarding same. |
| 02/02/10 | 3.10 | Electronic document search of database for materials responsive to expert's document requests and draft update email to A. Goldfarb regarding same. |
| 02/02/10 | 4.00 | Retrieve all Amsden deposition prep materials previously sent to expert, convert same to pdf, prepare CD of same, and draft transmittal letter to expert regarding same. |
| 02/03/10 | 7.50 | Electronic document search of database for materials responsive to expert's document requests. |
| 02/04/10 | 7.80 | Electronic document search of database for materials responsive to expert's document requests. |
| 02/05/10 | 6.00 | Electronic document search of database for materials responsive to expert's document requests. |
| 02/12/10 | 1.90 | Electronic document search of database for materials responsive to expert's document request and draft update emails to A. Goldfarb regarding same. |
| 02/16/10 | 3.10 | Electronic document search of database for materials responsive to expert's document request. |
| 02/17/10 | 3.50 | Electronic document search of database for materials responsive to document request; retrieve attachments of all emails regarding same, and prepare pdfs of same. |
| 02/18/10 | 4.20 | Electronic document review of database regarding Sam Zell documents, retrieve attachments, and prepare pdfs of same. |
| 02/18/10 | 2.80 | Electronic document search of database for materials responsive to secondary document request. |
| 02/19/10 | 8.00 | Electronic document search of database for materials responsive to expert's secondary document request. |
| 02/22/10 | 0.30 | Meeting with A. Goldfarb to discuss fact checking and annotation of draft Complaint and expert's secondary document request. |
| 02/22/10 | 7.30 | Electronic document search of database for materials responsive to expert's secondary document request. |
| 02/22/10 | 0.40 | Review and upload to DMS all exhibits to Rajesh Kapadia's and John Kowalczuk's depositions. |

| Date | Hours | Description |
|---|---|---|
| 02/23/10 | 2.10 | Electronic document review of database for documentary support for facts alleged in draft Complaint. |
| 02/23/10 | 5.20 | Electronic document search of database for materials responsive to expert's secondary document request. |
| 02/24/10 | 5.70 | Electronic document review of database for documentary support for facts alleged in draft Complaint. |
| 02/24/10 | 2.30 | Electronic document search of database for materials responsive to expert's secondary document request. |
| 02/26/10 | 1.70 | Electronic document review of database for documentary support for facts alleged in draft Complaint. |

Kimberley Wilson

| Date | Hours | Description |
|---|---|---|
| 02/22/10 | 0.60 | Research for Andrew Goldfarb. |

Jeanne Trahan Faubell

| Date | Hours | Description |
|---|---|---|
| 02/02/10 | 0.20 | Research in Pacer to locate a decision for Graeme Bush. |
| 02/15/10 | 0.40 | Research in Pacer, bankruptcy cases, and unreported cases, trial court orders, in both Lexis and Westlaw, to attempt to locate a decision for Andrew Goldfarb. |

Diana Gillig

| Date | Hours | Description |
|---|---|---|
| 02/01/10 | 0.10 | Forward depository order to T. Macauley. |
| 02/01/10 | 0.30 | Draft notice of motion and certificate of service regarding motion filing under seal. |
| 02/01/10 | 0.30 | Draft notice of motion and certificate of service regarding motion to commence prosecution. |
| 02/01/10 | 0.40 | Prepare and update service list regarding motions. |
| 02/01/10 | 0.30 | Electronically file motions. |
| 02/01/10 | 0.20 | Prepare service of same. |
| 02/15/10 | 0.20 | Telephone call with V. Guldi (2x) regarding reply. |
| 02/16/10 | 0.90 | Organize objections for 2/18 hearing agenda. |
| 02/18/10 | 0.10 | Pull requested pleadings regarding agenda for 2/18 hearing. |
| 02/18/10 | 0.20 | Draft pro hac vice motion for J. Sottile. |
| 02/19/10 | 0.10 | Revise Sottile pro hac vice motion. |
| 02/22/10 | 0.50 | Review Lyondell docket and pull requested pleadings from same. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

March 31, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 272004
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through February 28, 2010.

By Thomas G. Macauley
    4.00 hours at $580.00 per hour                             $    2,320.00

By Diana Gillig
    6.40 hours at $160.00 per hour                             $    1,024.00

|                                       |    |          |
|---------------------------------------|----|----------|
| TOTAL FEES                            | $  | 3,344.00 |
| TOTAL EXPENSES                        | $  |     0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE  | $  | 3,344.00 |

March 31, 2010                                                                                            Page 2

DESCRIPTION OF SERVICES                                                        CLIENT: 12464
                                                                               MATTER: 0002

Thomas G. Macauley

| | | |
|---|---|---|
| 02/01/10 | 0.30 | Speak with D. Deutsche and A. Landis regarding expert retention. |
| 02/01/10 | 0.10 | Draft note to G. Bush regarding same. |
| 02/02/10 | 0.10 | Analyze issues regarding CNO for 4th monthly fee application. |
| 02/03/10 | 0.20 | Draft note to V. Garlati regarding 4th monthly fee application. |
| 02/04/10 | 0.40 | Review December time detail for work product and analyze issues regarding 5th monthly fee application. |
| 02/05/10 | 0.20 | Review marked up draft of expert engagement letter. |
| 02/05/10 | 0.80 | Review and edit 5th monthly fee application. |
| 02/05/10 | 0.20 | Exchange notes with G. Bush regarding same. |
| 02/09/10 | 0.40 | Exchange notes with V. Garlati regarding 5th monthly fee application and appropriate holdback amount. |
| 02/25/10 | 1.30 | Review January time detail for work product and privilege. |

Diana Gillig

| | | |
|---|---|---|
| 02/02/10 | 0.10 | Draft CNO for ZS 4th monthly fee application. |
| 02/02/10 | 0.10 | Electronically file CNO regarding 4th monthly fee application. |
| 02/03/10 | 1.30 | Prepare cost itemization chart for 5th monthly fee application. |
| 02/05/10 | 0.20 | Revise time detail for 5th monthly fee application. |
| 02/05/10 | 0.60 | Draft 5th monthly fee application. |
| 02/05/10 | 0.20 | Draft notice and certificate of service for same. |
| 02/05/10 | 0.10 | Revise 5th monthly fee application. |
| 02/05/10 | 0.10 | Electronically file fee application. |
| 02/05/10 | 0.10 | Prepare service of same. |
| 02/08/10 | 0.10 | Review docket. |
| 02/08/10 | 0.10 | Draft CNO regarding ZS 1st interim fee application. |

2566931.1

March 31, 2010                                                                                                          Page 3

| | | |
|---|---|---|
| 02/17/10 | 0.90 | Review time detail regarding 6th monthly fee application period. |
| 02/25/10 | 1.50 | Review and revise time detail. |
| 02/26/10 | 1.00 | Revise January time detail. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802

March 31, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 272005
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through February 28, 2010.

By Graeme W. Bush
    3.50 hours at $765.00 per hour      $    2,677.50

By James Sottile
    10.40 hours at $675.00 per hour      $    7,020.00

By Thomas G. Macauley
    5.80 hours at $580.00 per hour      $    3,364.00

By Andrew N. Goldfarb
    2.00 hours at $550.00 per hour      $    1,100.00

| | |
|---|---:|
| TOTAL FEES | $ 14,161.50 |
| LESS REDUCTION (Travel Billed at 50%) | $ -7,080.75 |
| TOTAL FEES | $ 7,080.75 |
| TOTAL EXPENSES | $ 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ 7,080.75 |

March 31, 2010                                                                                                          Page 2

DESCRIPTION OF SERVICES                                                                          CLIENT: 12464
                                                                                                                  MATTER: 0003

James Sottile
| | | |
|---|---|---|
| 02/03/10 | 3.30 | Travel to New York for meeting with Debtors. |
| 02/03/10 | 2.90 | Travel back to DC following meeting with Debtors. |
| 02/17/10 | 2.00 | Travel to Wilmington for hearing. |
| 02/18/10 | 2.20 | Travel back to DC following hearing. |

Andrew N. Goldfarb
| | | |
|---|---|---|
| 02/18/10 | 2.00 | Travel back to Washington, D.C. from hearing. |

Thomas G. Macauley
| | | |
|---|---|---|
| 02/02/10 | 3.20 | Travel to/from Washington DC for internal meetings. |
| 02/03/10 | 2.60 | Travel to/from New York for meeting with Debtors. |

Graeme W. Bush
| | | |
|---|---|---|
| 02/03/10 | 3.50 | Travel to and from New York. |