# EXHIBIT B

Tribune Company, No. 08-13141 (KC)
Zuckerman Spaeder LLP
7th Monthly Fee Application
Period 2/1/10-2/28/10

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| LITIGATION EXPERT | $ 213,363.88 | 2/12/2010 | |
| | $ 399,880.88 | 3/9/2010 | |
| Total | $ 613,244.76 | | $ 613,244.76 |
| DEPOSITIONS - ESQUIRE DEPO | $ 3,495.75 | 2/28/2010 | |
| Total | $ 3,495.75 | | $ 3,495.75 |
| EXPRESS DELIVERY- FEDEX | $ 28.64 | 1/28/2010 | |
| | $ 154.45 | 2/2/2010 | |
| | 53.32 | 2/18/2010 | |
| | 38.63 | 2/23/2010 | |
| Total | $ 275.04 | | $ 275.04 |
| AIR/TRAIN TRAVEL | $ 1,717.53 | 1/28/2010 | |
| | $ 404.00 | 2/12/2010 | |
| | $ 660.00 | 2/16/2010 | |
| | $ 373.00 | 2/28/2010 | |
| Total | $ 3,154.53 | | $ 3,154.53 |
| HOTELS | $ 438.90 | 2/28/2010 | |
| Total | $ 438.90 | | $ 438.90 |
| OUTSOURCED DOCUMENT SERV. IKON | $ 937.15 | 2/16/2010 | |
| Total | $ 937.15 | | $ 937.15 |
| COURIER SERVICE ASP COURIER | $ 10.50 | 2/12/2010 | |
| Total | $ 10.50 | | $ 10.50 |
| COURIER SERVICE - GEORGE WASHINGTON | $ 25.00 | 2/12/2010 | |
| Total | $ 25.00 | | $ 25.00 |
| MEALS / MISC | | | |
| | $ 8.89 | 2/23/2010 | |
| | $ 8.89 | | $ 8.89 |
| Total | | | |
| | $ 18.00 | 2/12/2010 | |
| TAXI / PARKING | $ 53.00 | 2/16/2010 | |
| | $ 71.00 | | $ 71.00 |
| Total | | | |
| | $ 6.00 | 2/9/2010 | |
| INHOUSE FACSIMILE | | | |
| | $ 6.00 | | $ 6.00 |
| Total | | | |
| | $ 3.60 | 2/1/2010 | |
| INHOUSE COPY | $ 48.50 | 2/5/2010 | |
| Total | $ 52.10 | | $ 52.10 |
| CONFERENCE CALL - SOUNDPATH | $ 82.02 | 2/23/2010 | |

| | | | | |
|---|---|---|---|---|
| Total | $ | 82.02 | | $ | 82.02 |
| RESEARCH - NATIONAL CORPORATE | $ | 84.80 | 2/28/2010 | |
| RESEARCH | | | | |
| Total | $ | 84.80 | | $ | 84.80 |
| LEXIS RESEARCH | $ | 2,018.30 | 2/28/2010 | |
| Total | $ | 2,018.30 | | $ | 2,018.30 |
| WESTLAW RESEARCH | $ | 4,414.52 | 2/28/2010 | |
| Total | $ | 4,414.52 | | $ | 4,414.52 |
| LONG DISTANCE CALLS | $ | 0.72 | 2/1/2010 | |
| | $ | 4.32 | 2/2/2010 | |
| | $ | 1.80 | 2/3/2010 | |
| | $ | 4.08 | 2/4/2010 | |
| | $ | 2.40 | 2/5/2010 | |
| | $ | 0.24 | 2/8/2010 | |
| | $ | 0.60 | 2/9/2010 | |
| | $ | 0.12 | 2/15/2010 | |
| | $ | 1.56 | 2/16/2010 | |
| | $ | 2.64 | 2/17/2010 | |
| | $ | 0.12 | 2/18/2010 | |
| | $ | 2.64 | 2/19/2010 | |
| | $ | 4.68 | 2/23/2010 | |
| | $ | 0.12 | 2/24/2010 | |
| | $ | 1.20 | 2/26/2010 | |
| Total | $ | 27.24 | | $ | 27.24 |
| POSTAGE | $ | 22.40 | 2/28/2010 | |
| Total | $ | 22.40 | | $ | 22.40 |
| GRAND TOTAL | | | | $ | 628,368.90 |