## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 3982** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 13, 2010 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) to register to participate.

## CERTIFICATIONS OF NO OBJECTION

1.     Merrill Lynch Capital Corporation's and Merrill Lynch, Pierce, Fenner & Smith Incorporated's Motion Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

P. 9018, to File Under Seal the Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order [D.I. 3724] (Filed March 12, 2010) (Docket No. 3725)

Related Document(s):

(a)    Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (Filed March 12, 2010) (Docket No. 3724) [Unredacted]

(b)    Certification of No Objection Regarding Docket No. 3725 (Filed April 1, 2010) (Docket No. 3908)

(c)    **Order (Entered April 9, 2010) (Docket No. 3990)**

Objection Deadline:  March 29, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**        **The Court entered the Order granting the Motion.  This matter will not be going forward.**

2.    Motion of Wilmington Trust Company for Entry of an Order Authorizing the Filing of Its Unredacted Omnibus Objection to Motions for Entry of an Order Extending Time to Answer or Otherwise Respond to Complaint Under Seal (Filed March 23, 2010) (Adv. Case No. 10-50732) (Adv. Docket No. 23)

Related Document(s):

(a)    Wilmington Trust Company's Omnibus Objection to Motions for Entry of an Order Extending Time to Answer or Otherwise Respond to Complaint (Filed March 23, 2010) (Adv. Docket No. 22) [Redacted]

(b)    Certification of No Objection Regarding Docket No. 23 (Filed April 9, 2010) (Adv. Docket No. 32)

(c)    **Order Authorizing Filing Under Seal (Entered April 9, 2010) (Adv. Docket No. 33)**

Objection Deadline:  April 6, 2010 at 4:00 p.m.

Responses Received: None at this time.

46429/0001-6340175v4

Status:     **The Court entered the Order granting the Motion.  This matter will not be going forward.**

## CONTESTED MATTERS GOING FORWARD

3.     Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed January 13, 2010) (Docket No. 3062)

Related Document(s):

(a)     Declaration of Robert J. Stark (Filed January 13, 2010) (Docket Nos. 3065, 3067 and 3068)

(b)     Order on Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Entered January 14, 2010) (Docket No. 3099)

(c)     Notice of Motion (Filed January 15, 2010) (Docket No. 3117)

(d)     Declaration of William M. Dolan in Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed April 9, 2010) (Docket No. 3979) [Unredacted and Redacted]

(e)     **Motion for Leave to File Wilmington Trust Company's Response to the Official Committee's Statement in Support of Certain Motions Filed by JPMorgan Chase Bank, N.A. and the Debtors [Docket No. 3968]; and (II) the Debtors' Reply to Wilmington Trust's Objection to Motion to Halt Equitable Subordination Adversary Proceeding [Docket No. 3993] (Filed April 12, 2010) (Docket No. 4007)**

Objection Deadline:  February 11, 2010 at 4:00 p.m.

Responses Received:

(a)     Debtors' Objection to Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed January 14, 2010) (Docket No. 3094)

(b)     Official Committee of Unsecured Creditors' Objection to Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Wilmington Trust Company for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed January 14, 2010) (Docket No. 3096)

(c)     Objection of the Official Committee of Unsecured Creditors to Motion of Wilmington Trust Company for Appointment of Examiner (Filed February 11, 2010) (Docket No. 3360)

(d)     JPMorgan Chase Bank, N.A.'s Response to Motion of Wilmington Trust Company for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code [Dkt. No. 3063] (Filed February 11, 2010) (Docket No. 3362)

(e)     Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3368)

(f)     Debtors' Response and Objection to the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code [Dkt. No. 3063] (Filed February 11, 2010) (Docket No. 3372)

(g)     Credit Agreement Lenders' Objection to Motion of Wilmington Trust for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3373)

(h)     Joinder of TM Retirees to the Objection of the Official Committee of Unsecured Creditors to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3375)

(i)     Limited Joinder of Citicorp North America, Inc. and Citigroup Global Markets Inc. to (I) J.P. Morgan Chase Bank, N.A.'s Responses and (II) the Credit Agreement Lenders' Objections to (A) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (B) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3376)

(j)     Limited Joinder of Bank of America, N.A. and Banc of America Securities LLC to J.P. Morgan Chase Bank, N.A.'s and the Credit Agreement Lenders' Responses to (I) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (II) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 12, 2010) (Docket No. 3389)

46429/0001-6340175v4

    (k)    Wilmington Trust Company's Omnibus Reply to Objections to Examiner Motion (Filed February 16, 2010) (Docket No. 3420)

    (l)    The United States Trustee's Statement in Support of the Motion of Wilmington Trust Company, as Successor Indenture Trustee, for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Docket Entry #3062) (Filed February 16, 2010) (Docket No. 3421)

Status:    This matter will be going forward.

4.    Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Exhibit Under Seal (Filed February 1, 2010) (Docket No. 3279)

Objection Deadline:  February 11, 2010 at 4:00 p.m.

Responses Received:

    (a)    Aurelius Capital Management, LP's Objection to Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Exhibit Under Seal (Filed February 9, 2010) (Docket No. 3352)

    (b)    Motion for Expedited Consideration of Aurelius Capital Management, LP's Objection to Motion of the Official Committee of Unsecured Creditors for the Entry of Order Authorizing Filing of Exhibit Under Seal (Filed February 9, 2010) (Docket No. 3353)

    (c)    J.P. Morgan Chase Bank, N.A.'s (I) Response to Motion of Aurelius Capital Management, LP For Expedited Consideration of Objection to Motion for the Entry of an Order Authorizing Filing of Exhibit Under Seal [Dkt. No. 3353]; and (II) Reply to Objection of Aurelius Capital Management LP to Motion for Entry of an Order Authorizing Filing of Exhibit Under Seal [Dkt. No. 3352] (Filed February 12, 2010) (Docket No. 3382)

    (d)    Debtors' Response to Aurelius Capital Management, L.P.'s (I) Objection to Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Exhibit Under Seal and (II) Motion for Expedited Consideration of Objection (Filed February 12, 2010) (Docket No. 3392)

    (e)    Order Denying Motion for Expedited Consideration of Aurelius Capital Management, LP's Objection to Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Exhibit Under Seal (Entered February 12, 2010) (Docket No. 3398)

46429/0001-6340175v4

      (f)      Aurelius Capital Management, LP's Reply to (A) J.P. Morgan Chase Bank, N.A.'s (I) Response for Expedited Consideration of Objection to Motion for the Entry of Order Authorizing Filing of Exhibit Under Seal [Dkt. No. 3353] and (II) Reply to Objection of Aurelius Capital Management, LP to Motion for Entry of an Order Authorizing Filing of Exhibit Under Seal [Dkt. No. 3352] and (B) Debtors' Response to Aurelius Capital Management, LP's (I) Objection to Motion of Official Committee of Unsecured Creditors for Entry of an Order Authorizing Filing of Exhibit Under Seal and (II) Motion for Expedited Consideration of Objection (Filed February 12, 2010) (Docket No. 3406)

Status:      The Creditors' Committee will request at the hearing that this motion be adjourned *sine die.*

5.      Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 1, 2010) (Docket No. 3281)

Objection Deadline: February 11, 2010 at 4:00 p.m.

Responses Received:

      (a)      JPMorgan Chase Bank, N.A.'s Response to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors Estates [Dkt No. 3281] (Filed February 11, 2009) (Docket No. 3363)

      (b)      Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates [Dkt. No. 3281] (Filed February 11, 2009) (Docket No. 3366)

      (c)      Debtors' Response and Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates (Filed February 11, 2010) (Docket No. 3371)

      (d)      Credit Agreement Lenders' Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 11, 2010) (Docket No. 3374)

(e)     Limited Joinder of Citicorp North America, Inc. and Citigroup Global Markets Inc. to (I) J.P. Morgan Chase Bank, N.A.'s Responses and (II) the Credit Agreement Lenders' Objections to (A) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (B) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3376)

(f)     Response of Wilmington Trust Company, as Indenture Trustee, to the Official Creditors' Committee's Standing Motion and Cross-Motion for Order Authorizing Intervention in any Resulting Estate Litigation (Filed February 11, 2010) (Docket No. 3377) [Redacted]

(g)     Limited Joinder of Bank of America, N.A. and Banc of America Securities LLC to J.P. Morgan Chase Bank, N.A.'s and the Credit Agreement Lenders' Responses to (I) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (II) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 12, 2010) (Docket No. 3389)

(h)     Joinder of Law Debenture Trust Company of New York to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors Estates (Filed February 12, 2010) (Docket No. 3393)

(i)     Joinder of Centerbridge Credit Advisors LLC to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 12, 2010) (Docket No. 3407)

(j)     Reply of the Official Committee of Unsecured Creditors in Support of Its Motion for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 15, 2010) (Docket No. 3410)

(k)     Declaration of Martin S. Siegel in Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 16, 2010) (Docket No. 3428) [Redacted]

46429/0001-6340175v4

     (l)     Reply of Law Debenture Trust Company of New York in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 16, 2010) (Docket No. 3439) [Redacted and Unredacted]

     (m)    Declaration of Andrew W. Glenn (Filed February 16, 2010) (Docket No. 3440) [Redacted]

Status:     The Creditors' Committee will request at the hearing that this motion be adjourned *sine die.*

6.     Motion of Wilmington Trust Company for Entry of Order Authorizing Filing of Its Unredacted Response to the Committee's Standing Motion and Cross-Motion to Intervene and All Exhibits Thereto Under Seal (Filed February 11, 2010) (Docket No. 3364)

Related Document(s):

     (a)     Order on Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Wilmington Trust Company's (I) Cross-Motion to Intervene; and (II) Motion to File Under Seal (Entered February 12, 2010) (Docket No. 3397)

Objection Deadline:  To be determined

Responses Received: None at this time.

Status:     This matter will be going forward as a status conference only.

7.     Response of Wilmington Trust Company, as Indenture Trustee, to the Official Creditors' Committee's Standing Motion and Cross-Motion for Order Authorizing Intervention in any Resulting Estate Litigation (Filed February 11, 2010) (Docket No. 3377) (Redacted and Unredacted)

Objection Deadline:  To be determined.

Responses Received: None at this time.

Status:     Pursuant to the Court's directive at the March 23, 2010 hearing, a status conference will be held with respect to the Cross-Motion for Order Authorizing Intervention in any Resulting Estate Litigation. This matter will go forward as a status conference only.

46429/0001-6340175v4

8.      Motion of Wilmington Trust Company for Entry of an Order Authorizing Filing of
        Unredacted Declaration of Martin S. Siegel in Further Support of the Motion of
        Wilmington Trust Company for Appointment of an Examiner Pursuant to Section
        1104(c) of the Bankruptcy Code and Certain Exhibits Thereto Under Seal (Filed
        February 16, 2010) (Docket No. 3422)

        Related Document(s):

                (a)     Declaration of Martin S. Siegel in Further Support of the Motion of
                        Wilmington Trust Company for Appointment of an Examiner Pursuant to
                        Section 1104(c) of the Bankruptcy Code (Filed February 16, 2010)
                        (Docket No. 3428) [Unredacted]

                (b)     Order Granting Motion to Fix Hearing Date on, Limit Notice and Shorten
                        Time to Object or Respond to Wilmington Trust Company's Motion to
                        File Under Seal (Entered February 16, 2010) (Docket No. 3441)

        Objection Deadline:  Pursuant to Order entered February 16, 2010, objections to the
        Motion were to be presented at the time of the February 18, 2010 hearing.

        Responses Received: None.

        Status:         This matter will be going forward.

9.      Motion of Law Debenture Trust Company of New York for an Order Authorizing Filing
        of Unredacted Reply in Support of the Motion of the Official Committee of Unsecured
        Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence,
        Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and Declaration
        of Andrew K. Glenn and Certain Exhibits Thereto Under Seal (Filed February 16, 2010)
        (Docket No. 3443)

        Related Document(s):

                (a)     Reply of Law Debenture Trust Company of New York in Support of the
                        Motion of the Official Committee of Unsecured Creditors for Entry of an
                        Order Granting Leave, Standing and Authority to Commence, Prosecute
                        and Settle Claims and Counterclaims of the Debtors' Estates (Filed
                        February 16, 2010) (Docket No. 3439) [Unredacted]

                (b)     Declaration of Andrew W. Glenn (Filed February 16, 2010) (Docket No.
                        3440) [Unredacted]

                (c)     Order Granting Motion to Fix Hearing Date on, Limit Notice and Shorten
                        Time to Object to or Respond to Law Debenture Trust Company of New
                        York Motion to File Under Seal (Entered February 17, 2010) (Docket No.
                        3456)

9

Objection Deadline:  Pursuant to the Order entered February 17, 2010, objections to the Motion were to be presented at the time of the February 18, 2010 hearing.

Responses Received: None.

Status:        This matter will be going forward.

10.    Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (Filed March 11, 2010) (Docket No. 3715) [Unredacted]

Related Document(s):

(a)    Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing of the Motion for Sanctions Against Wilmington Trust Company Under Seal (Filed March 11, 2010) (Docket No. 3714)

(b)    Joinder of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated to J.P. Morgan Chase Bank, N.A.'s Motion for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (Filed March 12, 2010) (Docket No. 3724) [Unredacted]

(c)    Order (Entered April 1, 2010) (Docket No. 3913)

(d)    Notice of Adjournment of Hearing and Status Conference with Respect to Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (Filed April 1, 2010) (Docket No. 3921)

Objection Deadline:  March 24, 2010 at 4:00 p.m.
On consent of the Parties, the Objection Deadline was extended to one week after completion of discovery for Wilmington Trust Company.

Responses Received:

(a)    Statement of the Official Committee of Unsecured Creditors in Connection with (A) Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order, and (B) Motion of the Debtors for an Order (I) Determining that Wilmington Trust Company has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint (Docket No. 3968) (Filed April 7, 2010)

46429/0001-6340175v4

      (b)      **Motion for Leave to File Wilmington Trust Company's Response to the Official Committee's Statement in Support of Certain Motions Filed by JPMorgan Chase Bank, N.A. and the Debtors [Docket No. 3968]; and (II) the Debtors' Reply to Wilmington Trust's Objection to Motion to Halt Equitable Subordination Adversary Proceeding [Docket No. 3993] (Filed April 12, 2010) (Docket No. 4007)**

Status:      Pursuant to the Order entered on April 1, 2010, this matter will be going forward as a status conference only (the hearing on the merits is adjourned to May 18, 2010 at 1:00 p.m.).

11.    Motion of the Debtors for an Order (I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint (Filed March 18, 2010) (Docket No. 3759)

Related Document(s):

      (a)      Notice of Motion of the Debtors for an Order (I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint (Filed March 18, 2010) (Docket No. 3770)

      (b)      **Reply of Debtors in Support of Motion for an Order (I) Determining that Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint (Filed April 9, 2010) (Docket No. 3993)**

Objection Deadline:  April 5, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on April 7, 2010 for the Official Committee of Unsecured Creditors.

Responses Received:

      (a)      Objection of Wilmington Trust Company to the Motion of the Debtors for an Order (I) Determining that Wilmington Trust Company Has Violated the Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint (Filed April 5, 2010) (Docket No. 3942) [Unredacted]

      (b)      Statement of the Official Committee of Unsecured Creditors in Connection with (A) Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of

11

Confidential Information in Violation of Court Order, and (B) Motion of the Debtors for an Order (I) Determining that Wilmington Trust Company has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting All Proceedings with Respect to the Complaint (Docket No. 3968) (Filed April 7, 2010)

(c)     **Motion for Leave to File Wilmington Trust Company's Response to the Official Committee's Statement in Support of Certain Motions Filed by JPMorgan Chase Bank, N.A. and the Debtors [Docket No. 3968]; and (II) the Debtors' Reply to Wilmington Trust's Objection to Motion to Halt Equitable Subordination Adversary Proceeding [Docket No. 3993] (Filed April 12, 2010) (Docket No. 4007)**

Status:     This matter will be going forward.

12.    Motion of Merrill Lynch for the Entry of an Order Extending Time to Answer or Otherwise Respond to Complaint of Wilmington Trust Company (Filed March 18, 2010) (Docket No. 3777) (Adv. Case No. 10-50732) (Adv. Docket No. 10)

Related Document(s):

(a)     Order Extending Time to Answer or Otherwise Respond to Complaint of Wilmington Trust Company (Entered March 30, 2010) (Adv. Docket No. 29)

Objection Deadline:  March 23, 2010 at 11:00 a.m.

Responses Received:

(a)     Wilmington Trust Company's Omnibus Objection to Motions for Entry of an Order Extending Time to Answer or Otherwise Respond to Complaint (Filed March 23, 2010) (Adv. Docket No. 22) [Unredacted]

Status:     The Court entered an Order granting the movant an extension until April 30, 2010 to answer or otherwise respond to the Complaint.  The Court noted it will consider further relief as appropriate.  This matter will be going forward as a status conference and to consider whether any additional relief should be entered.

46429/0001-6340175v4

13.     Joint Motion of JPMorgan Chase Bank, N.A., Bank of America, N.A., Banc of America
        Securities LLC, Barclays Bank PLC, and Morgan Stanley & Co., Inc., for the Entry of an
        Order Extending Time to Answer or Otherwise Respond to Complaint of Wilmington
        Trust Company (Filed March 18, 2010) (Adv. Case No. 10-50732) (Adv. Docket No. 12)

        Related Document(s):

                (a)     Order Shortening Notice with Respect to Joint Motion of JPMorgan Chase
                        Bank, N.A., Bank of America, N.A., Banc of America Securities LLC,
                        Barclays Bank PLC, and Morgan Stanley & Co., Inc., to Extend Time to
                        Answer or Otherwise Respond to Complaint of Wilmington Trust
                        Company (Entered March 22, 2010) (Adv. Docket No. 17)

                (b)     Joinder of Citicorp North America, Inc., Citibank, N.A. and Citigroup
                        Global Markets Inc. to the Joint Motion of JPMorgan Chase Bank, N.A.,
                        Bank of America, N.A., Banc of America Securities LLC, Barclays Bank
                        PLC, and Morgan Stanley & Co. Inc., for the Entry of an Order Extending
                        Time to Answer or Otherwise Respond to Complaint of Wilmington Trust
                        Company (Filed March 22, 2010) (Adv. Docket No. 19)

                (c)     Order Extending Time to Answer or Otherwise Respond to Complaint of
                        Wilmington Trust Company (Entered March 30, 2010) (Adv. Docket No.
                        29)

        Objection Deadline:  March 23, 2010 at 11:00 a.m.

        Responses Received:

                (a)     Wilmington Trust Company's Omnibus Objection to Motions for Entry of
                        an Order Extending Time to Answer or Otherwise Respond to Complaint
                        (Filed March 23, 2010) (Adv. Docket No. 22) [Redacted]

        Status:         The Court entered an Order granting the movant an extension until
                        April 30, 2010 to answer or otherwise respond to the Complaint.  The
                        Court noted it will consider further relief as appropriate.  This matter will
                        be going forward as a status conference and to consider whether any
                        additional relief should be entered.

14.    Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending
       Debtors' Exclusive Period Within Which to File a Chapter 11 Plan (Filed March 31,
       2010) (Docket No. 3902)

       Related Document(s):

       (a)    Order Setting Expedited Hearing and Shorten Notice Period With Respect
              to Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further
              Extending Debtors' Exclusive Period Within Which to File a Chapter 11
              Plan (Entered April 5, 2010) (Docket No. 3934)

       (b)    Notice of Hearing on Motion (Filed April 5, 2010) (Docket No. 3939)

       (c)    Notice of Supplemental Filing in Support of Debtors' Motion for an Order
              Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive
              Period Within Which to File a Chapter 11 Plan (Filed April 8, 2010)
              (Docket No. 3970)

       (d)    **Disclosure Statement for Joint Plan of Reorganization for Tribune
              Company and Its Subsidiaries (Filed April 12, 2010) (Docket No.
              4008)**

       (e)    **Notice of Hearing to Consider Approval of Disclosure Statement for
              Joint Plan of Reorganization for Tribune Company and Its
              Subsidiaries (Filed April 12, 2010) (Docket No. 4009)**

       (f)    **Statement of TM Retirees in Support of Settlement and Compromises
              Set Forth in the Debtors' Proposed Plan of Reorganization (Filed
              April 12, 2010) (Docket No. 4010)**

   Objection Deadline:  April 12, 2010 at 4:30 p.m.
   Deadline for Debtors to file supplemental filings:  April 9, 2010 at 4:30 p.m.

   Responses Received:

       (a)    **Credit Agreement Lenders' (A) Statement Regarding Purported
              "Settlement" of "LBO-Related Causes of Action"; and (B) Request
              for Termination of Plan Exclusivity (Filed April 12, 2010) (Docket No.
              3999)**

   Status:    **The Debtors filed a Disclosure Statement for Joint Plan of
              Reorganization for Tribune Company and Its Subsidiaries on
              April 12, 2010, which is set for hearing on May 20, 2010.  Accordingly,
              no request for an extension of the exclusive period within which to file
              a plan is necessary beyond April 13, 2010.**

14

15.    Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, LP, Centerbridge Credit Advisors LLC, and Their Affiliates (Filed April 2, 2010) (Docket No. 3928) [Redacted]

Related Document(s):

(a)    Motion for Authority to File Under Seal Unredacted Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, LP, Centerbridge Credit Advisors LLC, and Their Affiliates (Filed March 31, 2010) (Docket No. 3929)

Objection Deadline:  April 9, 2010 at 4:00 p.m.

Responses Received:

(a)    **Objection to Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and Their Affiliates (Filed April 9, 2010) (Docket No. 3988)**

(b)    **Reply of Credit Agreement Lenders in Support of Motion for Leave to Conduct Rule 2004 Discovery of Centerbridge (Filed April 12, 2010) (Docket No. 4000) [Redacted]**

Status:        This matter will be going forward.

16.    Motion for Authority to File Under Seal Unredacted Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, LP, Centerbridge Credit Advisors LLC, and Their Affiliates (Filed March 31, 2010) (Docket No. 3929)

Objection Deadline:  April 9, 2010 at 4:00 p.m.

Responses Received: None at this time.

Status:        This matter will be going forward.

17.    Motion of Wilmington Trust Company for Entry of an Order Authorizing the Filing of
       (A) Its Unredacted Objection to Motion of the Debtors for an Order (I) Determining that
       Wilmington Trust Company Has Violated Automatic Stay, (II) Requiring Wilmington
       Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and
       (III) Halting All Proceedings with Respect to the Complaint and (B) Its Unredacted
       Exhibit A Thereto Under Seal (Filed April 5, 2010) (Docket No. 3943)

       Related Document(s):

              (a)    Order Granting Motion to Fix Hearing Date on, Limit Notice and
                     Shortening Time to Object or Respond to Wilmington Trust Company's
                     Motion to File Under Seal (Entered April 6, 2010) (Docket No. 3948)

              (b)    Notice of Motion (Filed April 6, 2010) (Docket No. 3949)

       Objection Deadline:  April 12, 2010 at 4:00 p.m.

       Responses Received: None at this time.

       Status:        This matter will be going forward.

18.    Wilmington Trust Company's Request for Oral Argument (Filed April 1, 2010) (Adv.
       Case No. 10-50732) (Adv. Docket No. 30)

       Related Document(s):

              (a)    Motion of Wilmington Trust Company for Entry of an Order Authorizing
                     Filing of Unredacted Complaint for Equitable Subordination and
                     Disallowance of Claims, Damages, and Constructive Trust Under Seal
                     (Filed March 4, 2010) (Adv. Docket No. 3)

       Responses Received: None at this time.

       Status:        The request for oral argument is pending.  This matter will not be going
                      forward unless otherwise ordered by the Court.

19.    Motion of Wilmington Trust Company for Entry of an Order Authorizing Filing of
       Unredacted Declaration of William M. Dolan In Further Support of the Motion of
       Wilmington Trust Company for Appointment of an Examiner Pursuant to Section
       1104(c) of the Bankruptcy Code and Certain Exhibits Thereto Under Seal (Filed April 9,
       2010) (Docket No. 3980)

       Related Document(s):

              (a)    Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object
                     or Respond to Wilmington Trust Company's Motion to File Under Seal
                     (Filed April 9, 2010) (Docket No. 3981)

16

46429/0001-6340175v4

      (b)     **Order Granting Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Wilmington Trust Company's Motion to File Under Seal (Entered April 9, 2010) (Docket No. 3984)**

**Objection Deadline:  April 12, 2010 at 4:00 p.m.**

Responses Received: None at this time.

**Status:**      **This matter will be going forward.**

20.    **Motion of the Debtors for Entry of an Order Authorizing Late Filing of Reply to Objection of Wilmington Trust Company [D.I. 3942] (Filed April 9, 2010) (Docket No. 3992)**

      **Objection Deadline:  N/A**

      **Responses Received: None at this time.**

      **Status:**      **This Motion is pending before the Court.**

Dated:  April 12, 2010

                           SIDLEY AUSTIN LLP
                           Bryan Krakauer
                           James F. Conlan
                           Janet E. Henderson
                           Kevin T. Lantry
                           Kenneth P. Kansa
                           One South Dearborn Street
                           Chicago, IL  60603
                           Telephone:  (312) 853-7000

                                  -and-

                           COLE, SCHOTZ, MEISEL,
                           FORMAN & LEONARD, P.A.

By:          _____
                           Norman L. Pernick (No. 2290)
                           J. Kate Stickles (No. 2917)
                           500 Delaware Avenue, Suite 1410
                           Wilmington, DE  19801
                           Telephone:  (302) 652-3131

                           ATTORNEYS FOR DEBTORS
                           AND DEBTORS IN POSSESSION