IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 3970 |

------------------------------x

## JPMORGAN CHASE BANK N.A.'S NOTICE OF FILING OF SETTLEMENT SUPPORT AGREEMENT BETWEEN AND AMONG CERTAIN HOLDERS AND INDENTURE TRUSTEES FOR HOLDERS OF CLAIMS AGAINST TRIBUNE COMPANY

JPMorgan Chase Bank N.A. ("JPMorgan"), by its attorneys, Davis Polk & Wardwell LLP and Richards, Layton & Finger, P.A., hereby files a copy of the Settlement Support Agreement, dated April 8, 2010, between and among Angelo Gordon & Co. LP, Centerbridge Special Credit Partners, L.P., Centerbridge Credit Partners Master, L.P., Centerbridge Credit Partners, JPMorgan, and Law Debenture Company of New York, as Successor Indenture Trustee, a copy of which attached hereto as Exhibit A.

*[Signature Page Follows]*

Dated: April 12, 2010
       Wilmington, Delaware

/s/ Robert J. Stearn
_____
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Dennis E. Glazer
Karen E. Wagner
Sharon Katz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*