IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re:                                          :    Chapter 11 Cases
                                                :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :    (Jointly Administered)
                                                :
    Debtors.                                    :
                                                :
                                                :
------------------------------------------------x    Related to Docket No. **3980**

## ORDER AUTHORIZING FILING UNDER SEAL

Upon the motion dated April 12, 2010 (the "Motion"), of Wilmington Trust Company, Successor Indenture Trustee ("Wilmington Trust"), for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of approximately $1.2 billion (the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), for entry of an order authorizing Wilmington Trust to file under seal the unredacted Declaration of William M. Dolan In Further Support of the Motion ("Motion") of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code and certain exhibits thereto pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018 of the Federal Rules of Bankruptcy Procedures and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases; and after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED Wilmington Trust is authorized to file the unredacted Dolan Declaration and the exhibits referenced in the Motion under seal.

Dated: April __, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge