# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC
**COURTROOM LOCATION:** 5
**DATE:** April 13, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Selar Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |
| Madlyn Primoff | Kaye Scholer | " |
| Jane Parver | " | " |
| Peg Smoszck | Benesch | Wilmington Trust |
| Jon Hosken | " | " |
| Robert Stark | Brown Rudnick | " |
| William Dolan | " | " |
| Kate Gumbo | " | " |
| Fred Bundy | " | " |
| Norman Pernick | Cole Schotz | Debtors |
| James Conlan | Sidley | " |
| Bryan Krakauer | " | " |
| James Bendernagel | " | " |
| T. Max Litton / Tom Macauley | Zuckerman Spaeder / Greenberg Traurig | Aurelius Capital / Committee |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 13, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath & Cobb | Committee |
| Don Bernstein | Davis Polk | JPMorgan |
| Dennis Glazer | " | " |
| Sharon Katz | " | " |
| Damian Schaible | " | " |
| Michael Russano | " | " |
| Graeme Bush | Zuckerman Spaeder | Committee |
| Howard Seife | Chadbourne & Parke | Committee |
| David LeMay | Chadbourne & Parke | " |
| Ted Zink | Chadbourne & Parke | " |
| Adam Landis | Landis Rath & Cobb | " |
| Suy Teitelbaum | Teitelbaum & Baskin | Certain retiree claimants |
| Adam Hiller | Pinckney Harris & Weidinger | " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Richard Riley | Duane Morris | Angelo Gordon & Co. |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 13, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| EVAN LEDERMAN | WEIL, GOTSHAL & MANGES | MORGAN STANLEY |
| DAVID POWLEN | BARNES & THORNBURG | MORGAN STANLEY |
| Mark Collins | Richards Layton | JP Morgan |
| Daniel Golden | Akin Gump | Centerbridge |
| Abid Qureshi | " | Centerbridge |
| R. Craig Martin | Edwards Angell Palmer & Dodge | Barclays |
| Michael Custer | Pepper Hamilton | Bank of America |
| Daniel Cantor | O'Melveny Myers | Bank of America |
| Tom Horan | WOMBLE CARLYLE | GREAT BANK |
| William Harrington | US Trustee | |
| Jeff Gettis | Paul Weiss | Citi |
| David Rosner/Matt Stein | Kasowitz Benson | Law Debenture |
| Bruce Bennett | Hennigan Bennett & Dorman | Credit Party Lender |
| James Johnston | " | " |
| Robert Brady | Young Conaway | " |
| Blake Cleary | " | " |
| Mark Billion | DLA Piper | Centerbridge |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 04/13/2010
Calendar Time: 10:00 AM ET

*1st Revision 04/13/2010 06:26 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3456210 | Steven Abramowitz | 212-237-0137 | Vinson & Elkins | Creditor, Carlson Capital / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3452175 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3446837 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3454240 | Jeff Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3460031 | Jesse H. Austin | (404) 815-2208 | Paul, Hastings, Janofsky & Walker | Creditor, Angelo Gordon & Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3459980 | Gavin Baiera | (212) 692-2290 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3455246 | Gavin Baiera | (213) 694-1157 | Gavin Baiera In Pro Per | Creditor, Gavin Baiera Client for Law Offices of Hennigan Bennett & Dorman / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3455258 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3458929 | James Bayles | 312-324-1123 | Morgan Lewis & Bockius LLP | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3459915 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3449505 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3449372 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3452293 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3458416 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3452170 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459918 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3460088 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3460027 | Barrett Eynon | (212) 905-0562 | Brownstone Asset Management | Creditor, Brownstone Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3460073 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458509 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459417 | Jeffrey Farkas | (614) 577-1120 | RBS Greenwich Capital | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3450340 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3440561 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Newstart Factors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3460104 | Raman Gambhir | (212) 751-5724 | DW Investment Managements | Interested Party, DW Investment Managements / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3462900 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3449518 | Tyler Greif | 212-649-9535 | PSAM, LP | Interested Party, Tyler Greif / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458475 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Group Of Bridge Facility Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458601 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3459896 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459911 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3458519 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3449275 | Corinne Kerner | 212-561-4145 | Zolfo Cooper LLC | Interested Party, Zolfo Cooper LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459905 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3459152 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3459906 | Bryan Krakauer | Sidley Austin | (312) 853-7515 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3455259 | Edgar Lee | Oaktree Capital Management | (213) 830-6415 | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3452781 | Andrew Levy | Paul Weiss Rifkind Wharton & | (202) 223-7328 | Interested Party, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3459916 | Don Liebentritt | Tribune Company | 302-295-4933 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3460001 | Neil S Losquadro | Neil S Losquadro - In Pro Per/Pro Se | (212) 745-9758 | In Propria Persona, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3457554 | Scott T. McCabe | Latigo Partners | 212-754-1613 | Interested Party, Latigo Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459907 | Jillian McClelland-Ludwig | Sidley Austin | (312) 853-5761 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3452764 | Elizabeth McColm | Paul Weiss Rifkind Wharton & | 212-373-3000 | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459944 | Michael McMahon | Carlson Capital | (203) 302-4046 | Interested Party, Carlson Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3457711 | Vivek Melwani | Centerbridge | 212-672-4622 | Interested Party, Centerbridge / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3460244 | Kerriann Mills | Sidley Austin, LLP | 312-853-0036 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3459917 | Shachar Minkove | Shachar Minkove - In Pro Per/Pro Se | (212) 834-7174 | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458350 | Dennis A. Prieto | Aurelius Capital Management | 646-445-6516 | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3440852 | Courtney Rogers | Orrick Herrington & Sutcliffe | (212) 506-5106 | Representing, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458436 | Marc Roitman | Chadbourne & Park, LLP | (212) 408-5271 | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3459903 | Aaron Rosen | Aaron Rosen - In Pro Per/Pro Se | 212-728-2528 | In Propria Persona, Aaron Rosen / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458573 | Steven Rosenstein | O'Melveny & Myers (New York | (212) 728-5679 | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3460071 | Alex Ryerson | Luxor | (212) 763-8014 | Creditor, Luxor / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3452748 | Lauren Shumejda | Paul Weiss Rifkind Wharton & | (212) 373-3559 | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3460155 | Usman Tahir | Seneca Capital | (212) 527-8137 | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459910 | Alison Triggs | Sidley Austin | (312) 853-7184 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458580 | Rushabh Vora | MacQuarie Capital | (212) 231-6311 | Creditor, Macquarie Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3459919 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3450808 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459985 | Robert Winter | (202) 551-1700 | Paul, Hastings, Janofsky & Walker | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3458944 | Teck Wong | (952) 984-3440 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3459935 | Matthew A Zloto | (646) 445-6518 | Matthew A Zloto - In Pro Per/Pro Se | In Propria Persona, Matthew A Zloto / LISTEN ONLY |