April 5, 2010

The Honorable Kevin J. Carey
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
Re Tribune Case # 0813141 (KJC) -- (Birdwell Proof of Claim #4417 & 4191)


Honorable Judge Carey:

On March 23, 2010, Mrs. Gene Autry wrote to you on behalf of certain retired employees of Los Angeles television station KTLA, previously owned by Mr. Autry. Her letter correctly addressed the dilemma of the retired employees whose retirement incomes were abruptly cut off by the filing of bankruptcy by the Tribune Companies (the most recent owner).

I am one of the retired KTLA employees and would like to brief you on one of the personal aspects summarized by Mrs. Autry. I am 80 years old. I worked for KTLA (and Mr. Autry) for 32 years and I helped build KTLA into a flagship television station, which it remains to this day.

I elected under the conditions of the income extension plan offered me in 1986 to take a modest monthly sum to help meet our living expenses, thus extending the payments to my wife after my death. My wife and I have relied on this fixed income for the last 25 years to help meet our living expenses and particularly over the last 15 years since my full retirement. While the termination of the regular biweekly retirement pay has dramatically affected our life-style, it will more significantly and adversely cause a hardship on my wife who is 73 years old.

For me, the shock of the loss of retirement income ($1,136.00 a month) at a time in life when we need it most contributed to health problems and caused me to begin a search for employment to better prepare for my wife's future. I ultimately took part-time work in the deli department of a local supermarket at minimum salary. At my age there are few options for replacing lost income.

It is inconceivable to us that there is not some legal and equitable protection for what was intended by all parties involved to be our retirement pension. While we have filed a "proof of claim," the eight retirees are afraid that our plight will be lost in the proceedings. It is clear that the large creditors have powerful representation available to advocate for their interests that is not available to us.

I urge you to take all legal and equitable actions consistent with restoring the retirement pay to the eight surviving members of Mr. Autry's key executives with all possible speed.

Respectfully submitted,

*[signature: Jerrell Birdwell]*

Jerrell W. Birdwell
14 Dairy Gap Road
Asheville NC 28804
(828) 281-3588