# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|--|--|--|--|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 13, 2010 10:00 AM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

### Matters:

1) Motion to Appoint Examiner
   R / M #:    0 / 0

2) Standing Motion
   R / M #:    0 / 0

3) Motions Carried from 2/18/10
   R / M #:    0 / 0

4) Motion to Terminate Exclusivity
   R / M #:    0 / 0

5) Motion for Sanctions Against Wilmington Trust
   R / M #:    0 / 0
   **VACATED:  Moved to 5/18/10**

6) Motion Determining WTC Violated Automatic Stay
   R / M #:    0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

#1 and 2 - Order Entered
#3 - Adjourned to 4/22/10
#4, 5 - Continued
#6, 7 - Continued
#8 - Withdrawn
#9 - Continued
#11, 12 - Continued
#13 - Stipulation Due
#14 - Order Signed
#15 - Continued to 4/22/10
#16 - Order Due
#17 and 18 - Continued
#19 - Order Signed
#20 - Order Signed