# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 4/14/2010 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 10 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Bryan Krakauer     bkrakauer@sidley.com
aty     Michael A. Henry     mhenry@grossmcginley.com

                                                                             TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tribune Company     435 N. Michigan Avenue     Chicago, IL 60611
aty     Carl D. Neff     Ciardi Ciardi &Astin     919 N. Market Street     Suite 700     Wilmington, DE 19801     U.S.A.
aty     J. Kate Stickles     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     James F. Conlan     Sidley Austin LLP     One South Dearborn Street     Chicago, IL 60603
aty     Norman L. Pernick     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue,Suite 1410     Wilmington, DE 19801
aty     Patrick J. Reilley     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     Patrick Theodore Garvey     Johnson &Bell, Ltd     33 W. Monroe, Suite 2700     Chicago, IL 60603

                                                                             TOTAL: 7