**December 1, 2009 - December 31, 2009 Time Detail**

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Long  Marcia | 17-Dec-09 | $493.00 | 1.0 | $493.00 | Address fee auditor inquiries. |
| Mayer  Julie | 22-Dec-09 | $72.00 | 2.0 | $143.84 | Assist with Pacer and 10K Wizard bankruptcy research. |
| | **Totals:** | | **3.0** | **$636.84** | |