**December 1, 2009 to December 31, 2009 Expenses**

| Date | Amount | Description |
| --- | --- | --- |
| 1-Dec-09 | $9.20 | RENTSCH ERIC \| Dinner - working late |
| 30-Dec-09 | $4,350.15 | Administrative Legal |

**Total:** **$4,359.35**