# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 1/11/2010 | Tribune | Fulara, Mark R. | 2 | 350 | Meeting with Jeff and Joe, brainstormed ideas to go forth with. After meeting, took list of several to-dos, gathered answers to questions, and sent to the team |
| 1/11/2010 | Tribune | Poulos, Joseph A. | 1 | 435 | Media Recs |
| 1/11/2010 | Tribune | Zilka, Jeffrey R. | 2.75 | 1925 | Morning call with G. Weitman re: media outreach. .5 Brainstorm outlets and story angles with Joe Poulos and Mark Fulara .75 Write memo and cover note to Gary .75 Send and discuss .5 Call, f/up email to Ryan Richert and Joe Poulos .25 total: 2.75 |
| 1/12/2010 | Tribune | Fulara, Mark R. | 0.5 | 87.5 | Minor research for the Tribune work, pulled Mags for the brainstorm tomorrow from Jason Lourie, met with JP on the bstorm tomorrow |
| 1/12/2010 | Tribune | Poulos, Joseph A. | 1 | 435 | Media Recs |
| 1/13/2010 | Tribune | Fulara, Mark R. | 1.5 | 262.5 | Minor research, held Brainstorm conference call with Jeff and Ryan Richert, post meeting work |
| 1/13/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | call re: consumer media with Ryan Richert .5 f/up with Gary Weitman .25 |
| 1/14/2010 | Tribune | Fulara, Mark R. | 0.5 | 87.5 | Proofing and work on a few trades with Jeff early morning. |
| 1/14/2010 | Tribune | Richert, Ryan Vincent | 0.75 | 326.25 | Research for media outlet pitch. Drafting of POV to send to client. |
| 1/14/2010 | Tribune | Zilka, Jeffrey R. | 2.5 | 1750 | Get ideas from Ryan Richert, discuss .75 Research Wired, other media with Mark Fulara .5 Craft into memo 1.25 total: 2.5 |
| 1/19/2010 | Tribune | Richert, Ryan Vincent | 0.5 | 217.5 | Additional research on appropriate reporter contacts for consumer outlets. |
| 1/19/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Call re: upcoming hearing, other consumer media targets. .25 Discuss consumer targets with Ryan Richert .5 |
| 1/20/2010 | Tribune | Basden, Jacob H. | 0.5 | 112.5 | Research for consumer magazine/media outlet pitch. |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 1/20/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Review consumer targets. Formulate as memo, send to Gary .5 |
| 1/28/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Discuss potential unsecured creditors filing .5 |
| 1/29/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | Call with G. Weitman re: filing to extend exclusivity period .25 Read and edit two draft statements .5 |
| 1/31/2010 | Tribune | Zilka, Jeffrey R. | 3 | 2100 | Read UCC complaint .5 Research previous language, revise Tribune holding statement, write Q&A's 2 Edit and send to G. Weitman .5 total: 3 |
| 2/9/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Get alerted by Gary Weitman to progress on filing plan .25 |
| 2/10/2010 | Tribune | Crothers, Julia Ann | 1.5 | 562.5 | update with J. Zilka .25; team call to review internal and external communications strategy, 1; review and send documents to team .25 |
| 2/10/2010 | Tribune | Francis, Holly Petrie | 1.75 | 656.25 | Call with J. Zilka to get overview of project and discuss previous project activity (.50); Email/voicemail communication with J. Zilka and team to schedule conference call (.25); Participated in conference call with team to review responsibilities, timeframe and next steps (.50); Review background materials provided by J. Zilka including all bankruptcy announcement communications and media coverage (.50); |
| 2/10/2010 | Tribune | Ricci, Cheryl A | 2 | 410 | Team call to review internal and external communications strategy; 1. Complete media scan 1 |
| 2/10/2010 | Tribune | Zilka, Jeffrey R. | 2.75 | 1925 | Morning call with G. Weitman .25 Write email re team staffing, back and forth internally at Edelman, assemble team .75 Organizational call .5 Afternoon call with G. Weitman .25 Read Gary's summary of two scenarios, evening call .5 Forward Gary's email to team with my recommendations for what we should suggest re: announcement plan .5 Total: 2.75 |

3

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 2/10/2010 | Tribune | Znameroski, Kathryn Wood | 2 | 640 | Briefing call with team on state of filing; reviewed background documents and media coverage; created initial document tracker. |
| 2/11/2010 | Tribune | Francis, Holly Petrie | 6.5 | 2437.5 | Status call with communications team. Print and review Q4 financial transcripts and employee emails re: bankruptcy for tone and style. Reviewed draft memo with communication recommendations to Gary; made additional suggestions and added follow-up questions. Forwarded to J. Zilka for review. Miscellaneous email communication throughout the day and evening with various team members to share documents; compare edits; respond to questions and keep team updated on progress. Review FAQs. Draft initial round of employee FAQs Afternoon status conference call with team to review assignments. Review draft news release; draft employee memo. |
| 2/11/2010 | Tribune | Ricci, Cheryl A | 1.5 | 307.5 | team meeting, peer press release and transcript pull/review; review documents and add input |
| 2/11/2010 | Tribune | Zilka, Jeffrey R. | 3.75 | 2625 | Send Gary Weitman email with our recommendations for communication plan elements .5 Morning call with Gary, organize content for filing announcement, determine next steps .5 Brief team, start on developing Q's .5 Email Gary for draft statement, parse and direct team for first draft of employee memo .5 Edit v.1 of the press release, review other recent plan filing releases, send to Gary in the evening 1.75 total: 3.75 |
| 2/11/2010 | Tribune | Znameroski, Kathryn Wood | 4.5 | 1440 | Team update call; review Q&A and consolidate with Becky's; review background materials; draft initial talking points, list of deliverables and questions; revise employee memo; redact Q&A |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 2/12/2010 | Tribune | Francis, Holly Petrie | 2.75 | 1031.25 | Call with J. Zilka to discuss contacting R. Duff. Call with R. Duff re: Q&A; email update to team re: next steps for Q&A. Edit Q&As; call from R. Duff re: manager talking points; email to team confirming Tribune will handle manager talking points; review Q&A; news release; employee memo and talking point changes to documents from other team members; miscellaneous email communication with team. Afternoon call with J. Zilka and K. Wood re: project status and next steps. |
| 2/12/2010 | Tribune | Zilka, Jeffrey R. | 3.5 | 2450 | Review and edit Edelman v.1 of messages and employee memo; send to Gary 2 Team call to review .25 Review Q's .25 Discuss status with Gary .25 Review v.3 of employee memo .25. Review status with team .25 Review coverage of litigation in Chi Trib, WSJ Deal Blog other media .25 total: 3.5 |
| 2/12/2010 | Tribune | Znameroski, Kathryn Wood | 5 | 1600 | Revised key messages and employee memo; Drafted answers for Master Q& document; drafted vendor and advertiser communications; revised operator communications guide; updated document tracker |
| 2/14/2010 | Tribune | Francis, Holly Petrie | 0.25 | 93.75 | Email communication with J. Zilka re: status of manager talking points and next steps for the coming week. |
| 2/14/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Review status, check on talking points. |
| 2/15/2010 | Tribune | Francis, Holly Petrie | 1 | 375 | Monitored numerous email communications throughout the day re: project updates from Tribune, changes to documents; additional q's requested from Tribune; and next steps. |
| 2/15/2010 | Tribune | Zilka, Jeffrey R. | 1.25 | 875 | Morning call with G. Weitman .25 Review existing documents, brief team .25 Draft supplemental Q&A for alternative plan of reorganization .5 Review edited documents end of day, email with |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| | | | | | team .25 total: 1.25 |
| 2/16/2010 | Tribune | Francis, Holly Petrie | 2.5 | 937.5 | Call from R. Duff with a request to draft answers to five new emails; email to J. Zilka and K. Wood re: request. Review most recent documents to gather newest information. Draft answers to five new questions and forward to J. Zilka and K. Wood for review. Review changes to Q&A; Follow-up emails with team through the evening to finalize new Q&A. |
| 2/16/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | Draft text, review Katie/Holly's edits to additional internal questions. Edit and send .75 |
| 2/16/2010 | Tribune | Znameroski, Kathryn Wood | 0.75 | 240 | Review revised documents; coordinate monitoring for announcement; Revised additional Q&A |
| 2/17/2010 | Tribune | Ricci, Cheryl A | 0.25 | 51.25 | media scan |
| 2/17/2010 | Tribune | Zilka, Jeffrey R. | 1 | 700 | Email with Gary in the a.m. re: state of play .25 Review UCC brief for motion to litigate against lenders .25 Review media coverage during the day .25 Touch base with Katie, Holly re: monitoring and state of play .25 Total 1 |
| 2/17/2010 | Tribune | Znameroski, Kathryn Wood | 0.25 | 80 | Review revised documents |
| 2/18/2010 | Tribune | Francis, Holly Petrie | 2 | 750 | Review back-up employee communication. email J. Zilka re: technical questions re: extension; make edits; forward to K. Wood and J. Zilka for review. Submit question for client to consider additional Q&A Review media coverage of announcement. |
| 2/18/2010 | Tribune | Fulara, Mark R. | 1.25 | 218.75 | Per Katie Wood's request, began monitoring for Tribune bankruptcy media/social media. Sent EOD report to her |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 2/18/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | Discuss hearing with Gary in morning call .25 review coverage during the day .25 Send edits to employee memo .25 |
| 2/18/2010 | Tribune | Znameroski, Kathryn Wood | 0.75 | 240 | Coordinate monitoring and send media reports of extension in plan deadline |
| 2/19/2010 | Tribune | Fulara, Mark R. | 1.5 | 262.5 | Continued to monitor until noon today when the client asked us to stop. |
| 2/19/2010 | Tribune | Znameroski, Kathryn Wood | 0.25 | 80 | Media monitoring |
| | | **TOTAL** | **72** | **$32,577.50** | |



Westland DevCo LP Organization Chart

12/21/09