**January 1, 2010 to January 2010 Time Detail**

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Long  Marcia | 21-Jan-10 | $493.00 | 0.50 | $246.50 | Call with Jonathan Lotsoff to discuss 1/27 hearing and litigation support. |
| Dempsey  John | 22-Jan-10 | $725.00 | 1.00 | $725.00 | Team call. |
| Long  Marcia | 22-Jan-10 | $493.00 | 4.00 | $1,972.00 | Peer group research for new proxies and/or other disclosures regarding compensation for peer executives to provide additional context for 2009 MIP. |
| Long  Marcia | 22-Jan-10 | $493.00 | 0.50 | $246.50 | Meeting with Jonathan Lotsoff to discuss potential updates to 2009 MIP benchmarking in preparation for 1.27 hearing. |
| Moriarty  Kimberly | 22-Jan-10 | $360.00 | 1.50 | $539.40 | Prepare researching analyst reports for Gannett and several other media groups. |
| Donnell  Julie | 24-Jan-10 | $226.00 | 3.00 | $678.60 | Integrate new compensation data from Meredith and Lee Enterprises into proxy analysis exhibit creation for memo sent to Jonothan Lotsoff on Monday 1-25. |
| Long  Marcia | 24-Jan-10 | $493.00 | 3.00 | $1,479.00 | Review and summarize 2009 EBITDA projections from analyst reports for Tribune peers. |
| Wu  Justin | 24-Jan-10 | $226.00 | 0.50 | $113.10 | Analysis of 2009 peer financial performance peer review updated proxy analysis with information from new disclosures. |
| Donnell  Julie | 25-Jan-10 | $226.00 | 0.75 | $169.66 | Final revisions to proxy analyis/updates- results reviewed by ML and JW and provided to management on 1-25. |
| Long  Marcia | 25-Jan-10 | $493.00 | 2.00 | $986.00 | Draft memo outlining impact of adjustments to |
| Long  Marcia | 25-Jan-10 | $493.00 | 4.00 | $1,972.00 | Peer review analysis of impact of new proxy data for tribune peers on overall competitivenees findings per request of Tribune's counsel in preparation for 1.27 hearing regarding the 2009. |
| Long  Marcia | 25-Jan-10 | $493.00 | 0.75 | $369.75 | Review tribune 2009 financial data including 2009 EBITDA performance relative to 2009 plan goals. |
| Long  Marcia | 25-Jan-10 | $493.00 | 0.25 | $123.25 | Discuss EBITDA performance benchmarking with Justin Wu prepared at request of Tribune's counsel. |
| Long  Marcia | 25-Jan-10 | $493.00 | 1.50 | $739.50 | Peer review EBITDA perfomance analysis and memo prepared by Justin Wu at the request of Tribune's outside counsel. |
| Moriarty  Kimberly | 25-Jan-10 | $360.00 | 0.25 | $89.90 | Prepare analyst reports for CC Media. |
| Wu  Justin | 25-Jan-10 | $226.00 | 7.00 | $1,583.40 | Analysis of 2009 peer financial performance peer review updated proxy analysis with information from new disclosures. |
| Dempsey  John | 26-Jan-10 | $725.00 | 3.00 | $2,175.00 | Prepare for court hearing. |
| Long  Marcia | 26-Jan-10 | $493.00 | 3.00 | $1,479.00 | Peer review and finalize peer group financial analysis and review summary of new peer group compensation information. |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Wu Justin | 26-Jan-10 | $226.00 | 1.50 | $339.30 | Analysis of 2009 peer financial performance peer review updated proxy analysis with information from new disclosures. |
| Dempsey John | 27-Jan-10 | $725.00 | 0.50 | $362.50 | Attend court hearing. |
| Dempsey John | 27-Jan-10 | $725.00 | 1.00 | $725.00 | Follow up for court hearing |
| Dempsey John | 27-Jan-10 | $725.00 | 1.00 | $725.00 | Meeting with Lotsoff, Lantry, Chandler, Lils and local counsel to discuss hearing. |
| Dempsey John | 27-Jan-10 | $725.00 | 2.00 | $1,450.00 | Prepare for court hearing. |
| Long Marcia | 27-Jan-10 | $493.00 | 1.00 | $493.00 | Research and summarize new CFO employment agreement for cablevisions. |
| Dempsey John | 28-Jan-10 | $725.00 | 0.50 | $362.50 | Call with Chandler re 2010 MIP. |
| Dempsey John | 28-Jan-10 | $725.00 | 1.00 | $725.00 | Plan design for 2010 MIP. |
| Dempsey John | 28-Jan-10 | $725.00 | 0.50 | $362.50 | Call with Chandler re 2010 MIP. |
| Long Marcia | 28-Jan-10 | $493.00 | 1.00 | $493.00 | Conference call with Chandler Bigelow and Mike Bourgon to discuss 2010 AIP. |
| Long Marcia | 28-Jan-10 | $493.00 | 1.00 | $493.00 | Team meeting to coordinate analysis for compensation committee meeting on 2/3. |
| Malandruccolo Joseph | 28-Jan-10 | $226.00 | 1.00 | $226.20 | Analyze peer group bonus structures in support of Mercer's evaluation of the 2010 MIP |
| Malandruccolo Joseph | 28-Jan-10 | $226.00 | 3.25 | $735.16 | Update the data in the market pricing template to reflect updated methodology for Marcia Long and Justin Wu. |
| Wu Justin | 28-Jan-10 | $226.00 | 1.00 | $226.20 | Create template for bonus design research files for 2010 MIP deck. |
| Dempsey John | 29-Jan-10 | $725.00 | 0.50 | $362.50 | 2010 annual incentive plan design preparation. |
| Long Marcia | 29-Jan-10 | $493.00 | 1.00 | $493.00 | Review 2010 EBITDA information and develop proposed payout curve for incentive plan. |
| Long Marcia | 29-Jan-10 | $493.00 | 1.00 | $493.00 | Peer review updated proxy analysis and summary of market data comparing previous comp data to new matches for Randy Michaels and Gerry Spector for the Compensation Committee of the Tribune. |
| Malandruccolo Joseph | 29-Jan-10 | $226.00 | 6.00 | $1,357.20 | Analyze peer group bonus structures in support of Mercer's evaluation of the 2010 MIP |
| Wu Justin | 29-Jan-10 | $226.00 | 3.00 | $678.60 | Create template for bonus design research files for 2010 MIP deck. |
| | | **Totals:** | **64.25** | **$26,790.22** | |