**January 1, 2010 to January 31, 2010 Expenses**

| Date | Amount | Description |
|---|---|---|
| 24-Jan-10 | $17.00 | WU  JUSTIN | Cab to office on weekend |
| 25-Jan-10 | $16.00 | WU  JUSTIN |  Cab home working late |
| 26-Jan-10 | $18.00 | WU  JUSTIN | Cab home working late |
| 29-Jan-10 | $15.00 | WU  JUSTIN | Cab home working late |
| 29-Jan-10 | $84.00 | MALANDRUCCOLO  JOSEPH | Transportation for working late on Tribune |
| 31-Jan-10 | $16.00 | WU  JUSTIN | Cab home from office on weekend |
| 31-Jan-10 | $6,862.80 | Administrative - Legal |
| **Total** | **$7,028.80** | |