**February 1, 2010 to February 28, 2010 Time Detail**

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Wu  Justin | 31-Jan-10 | $226.00 | 4.50 | $1,017.90 | Draft 2010 MIP Report for Tribune Management. |
| Long  Marcia | 1-Feb-10 | $493.00 | 2.00 | $986.00 | Review and revise preliminary 2010 MIP report to be presented to the Compensation Committee on Feb. 10. |
| Long  Marcia | 1-Feb-10 | $493.00 | 2.00 | $986.00 | Review and provide feedback on the draft 2009 MIP Board Report  prepared by Tribune Management. |
| Long  Marcia | 1-Feb-10 | $493.00 | 0.50 | $246.50 | Conference call with Chandler Bigelow,  Mike Bourgon and Brian Litman to discuss 2009 MIP Board Report and 2010 MIP structure. |
| Long  Marcia | 1-Feb-10 | $493.00 | 1.50 | $739.50 | Model alternative payout curves and cost impact of 2010 MIP  consideration. |
| Long  Marcia | 1-Feb-10 | $493.00 | 2.00 | $986.00 | Draft preliminary proposal for 2010 MIP. |
| Long  Marcia | 1-Feb-10 | $493.00 | 2.00 | $986.00 | Peer review benchmarking analysis  updated to reflect current compensation for MIP partiicpants to be included in 2010 MIP proposal prepared for the Compensation Committee. |
| Wu  Justin | 1-Feb-10 | $226.00 | 0.50 | $113.10 | Call with Tribune executives to discuss 2009 report to Comp Committee and 2010 MIP. |
| Wu  Justin | 1-Feb-10 | $226.00 | 3.25 | $735.16 | Draft 2010 MIP Report for Tribune Management. |
| Long  Marcia | 2-Feb-10 | $493.00 | 3.00 | $1,479.00 | Revise 2010 MIP proposal based on input from Tribune management. |
| Long  Marcia | 2-Feb-10 | $493.00 | 1.00 | $493.00 | Review client comments regarding 2010 MIP with John Dempsey and provide feedback to  Chandler Bigelow. |
| Wu  Justin | 2-Feb-10 | $226.00 | 2.00 | $452.40 | Draft 2010 MIP Report for Tribune Management. |
| Long  Marcia | 3-Feb-10 | $493.00 | 4.00 | $1,972.00 | Revise compensation analysis to reflect 150% maximum award under proposed MIP and update BU exhibits  and model plan costs to be included in 2010 MIP report for the 2.10 Compensation Committeeon 2010 MIP. |
| Long  Marcia | 3-Feb-10 | $493.00 | 2.00 | $986.00 | Revise report 2010 MIP proposal prepared for the Compensation Committee. |
| Wu  Justin | 3-Feb-10 | $226.00 | 0.25 | $56.56 | Draft 2010 MIP Report for Tribune Management. |
| Donnell  Julie | 4-Feb-10 | $226.00 | 0.50 | $113.10 | Peer review 2009 MIP Document for Marcia Long- to be sent to the board of directors. |
| Long  Marcia | 4-Feb-10 | $493.00 | 1.00 | $493.00 | Conference call with Chandler Bigelow, Nils Larsen, Jonathan Lotsoff and John Dempsey to discuss and provide feedback on management's proposals regarding equity and benchmarking. |
| Long  Marcia | 4-Feb-10 | $493.00 | 4.00 | $1,972.00 | Revise and finalize 2010 MIP proposal prepared for the Compensation committee. |
| Donnell  Julie | 8-Feb-10 | $226.00 | 0.50 | $113.10 | Position matching meeting preparation and potential benchmark list development. |
| Donnell  Julie | 9-Feb-10 | $226.00 | 2.50 | $565.50 | Position matching meeting preparation and potential benchmark list development. |
| Dempsey  John | 10-Feb-10 | $725.00 | 1.00 | $725.00 | Prepare for compensation committee meeting. |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Dempsey  John | 10-Feb-10 | $725.00 | 0.50 | $362.50 | Post compensation committee meeting debrief with Jerry, Randy, Sam and Nils. |
| Dempsey  John | 10-Feb-10 | $725.00 | 0.50 | $362.50 | Compensation committee meeting with Maggie and other committee members plus Jerry, Randy, Sam and Nils. |
| Donnell  Julie | 10-Feb-10 | $226.00 | 1.00 | $226.20 | Position matching meeting preparation and potential benchmark list development. |
| Donnell  Julie | 11-Feb-10 | $226.00 | 0.75 | $169.66 | Position matching meeting preparation and potential benchmark list development. |
| Donnell  Julie | 12-Feb-10 | $226.00 | 2.00 | $452.40 | Attend on-site client meeting to discuss position matches and benchmark list. |
| Long  Marcia | 12-Feb-10 | $493.00 | 0.50 | $246.50 | Prepare for meeting with Sue O'Connor to review summaries of suggested benchmark jobs. |
| Long  Marcia | 12-Feb-10 | $493.00 | 0.50 | $246.50 | Compare benchmark jobs and suggested matches for 2010 to 2009 benchmarking analysis to identify any changes to scope and/or role. |
| Long  Marcia | 12-Feb-10 | $493.00 | 1.00 | $493.00 | Meet with Sue O'Connor to review benchmark jobs and suggested matches. |
| Donnell  Julie | 18-Feb-10 | $226.00 | 1.00 | $226.20 | Project Plan and Benchmarking Template Development for Benchmarking Analysis. |
| Donnell  Julie | 19-Feb-10 | $226.00 | 1.50 | $339.30 | Test and finalize template for Benchmarking Analysis. |
| Long  Marcia | 19-Feb-10 | $493.00 | 1.00 | $493.00 | Review project timeline for updated competitive benchmarking to be included 2010 MIP evaluation. |
| Stencel  Amanda | 19-Feb-10 | $226.00 | 5.00 | $1,131.00 | Begin compiling benchmark data tables. |
| Donnell  Julie | 21-Feb-10 | $226.00 | 0.50 | $113.10 | Draft detailed cover email for benchmarking anlaysis - confirming benchmark positions |
| Mayer  Julie | 22-Feb-10 | $72.00 | 4.50 | $323.64 | Assist with Pacer and 10K Wizard bankruptcy research. |
| Stencel  Amanda | 22-Feb-10 | $226.00 | 4.00 | $904.80 | Compile market data and market composite tables |
| Donnell  Julie | 23-Feb-10 | $226.00 | 0.25 | $56.56 | Email correspondence for drafting for benchmarking anlaysis - confirming participants and to determine available data. |
| Stencel  Amanda | 23-Feb-10 | $226.00 | 1.00 | $226.20 | Continued building market data and market composite tables. |
| Donnell  Julie | 24-Feb-10 | $226.00 | 0.25 | $56.56 | Email correspondence for drafting for benchmarking anlaysis - confirming participants and to determine available data. |
| Stencel  Amanda | 24-Feb-10 | $226.00 | 1.50 | $339.30 | Continued building market data and market composite tables. |

**Totals:    67.25   $22,985.74**