**February 1, 2010 to February 28, 2010 Expenses**

| Date | Amount | Description |
|---|---|---|
| 2-Feb-10 | $207.92 | DEMPSEY  JOHN B \| Pacer Service Center Quarterly Statement |
| 11-Feb-10 | $10.00 | DEMPSEY  JOHN B \| United to and from Philadelphia - Service Fee |
| 11-Feb-10 | $450.63 | DEMPSEY  JOHN B \| United to and from Philadelphia |
| 17-Feb-10 | $70.57 | DEMPSEY  JOHN B \| Tribune Company - Car Rental in Philadelphia |
| 17-Feb-10 | $18.35 | DEMPSEY  JOHN B \| Tribune Company - Dining Alone for Client Meeting |
| 17-Feb-10 | $16.00 | DEMPSEY  JOHN B \| Tribune Company - Taxi to Tribune Offices (round trip)\|Yellow Cab |
| 17-Feb-10 | $29.50 | DEMPSEY  JOHN B \| Tribune Company Meeting |
| 17-Feb-10 | $438.90 | DEMPSEY  JOHN B \| Tribune Company Meeting - Hotel |
| 25-Feb-10 | $42.50 | DEMPSEY  JOHN B \| Tribune Company Meeting-Dinner |
| 25-Feb-10 | $10.00 | DEMPSEY  JOHN B \| Tribune Company Meeting-Parking |
| 25-Feb-10 | $52.00 | DEMPSEY  JOHN B \| Tribune Company-Parking |
| 25-Feb-10 | $15.00 | WU  JUSTIN \| Cab home from office working late |
| 25-Feb-10 | $2,499.65 | Administrative - Legal |

**Total:**     **$3,861.02**