IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x

In re:                                : Chapter 11
                                      :
TRIBUNE COMPANY et al.,               : Case No. 08-13141 (KJC)
                                      :
            Debtors.                  : (Jointly Administered)
                                      :
                                      : Re: Docket Nos. 2407, 2630, 3995 & 4013

------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING WITHDRAWAL,
WITHOUT PREJUDICE, OF (A) LAW DEBENTURE TRUST
COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR
AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES
AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT
OF PAST PAYMENTS, AND (B) CENTERBRIDGE CREDIT ADVISORS
LLC'S RELATED JOINDER**

On October 23, 2009, Law Debenture Trust Company of New York ("Law Debenture") filed the *Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Docket No. 2407] (the "Fee Motion") with the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On November 24, 2009, Centerbridge Credit Advisors LLC ("Centerbridge") filed the *Joinder of Centerbridge Credit Advisors LLC to Law Debenture Trust Company of New York's (I) Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments, and (II) Response to the Debtors' Motion to Extend Their Exclusivity Periods* [Docket No. 2630] (the "Joinder").

On April 8, 2010, JPMorgan Chase Bank, N.A., ("JPMorgan"), Law Debenture, Centerbridge, and other parties executed the Settlement Support Agreement (the "Settlement Support Agreement").

On April 12, 2010, JPMorgan filed *JPMorgan Chase Bank N.A.'s Notice of Filing of Settlement Support Agreement Between and Among Certain Holders and Indenture Trustees for Holders of Claims Against Tribune Company* [Docket No. 4013], attaching a copy of the Settlement Support Agreement thereto.

The Settlement Support Agreement provides for the filing of that certain *Stipulation of JPMorgan Chase Bank, N.A., Law Debenture Trust Company of New York, and Centerbridge Credit Advisors LLC Withdrawing Without Prejudice Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* (the "Stipulation").

On April 9, 2010, JPMorgan filed the *Certification of Counsel Regarding Stipulation of JPMorgan Chase Bank, N.A., Law Debenture Trust Company of New York, and Centerbridge Credit Advisors LLC Withdrawing Without Prejudice Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees And Expenses, for an Accounting, and for Disgorgement of Past Payments* [Docket No. 3995], which attached a copy of the Stipulation thereto.

Pursuant to the Settlement Support Agreement and the Stipulation, which remains in full force among the parties thereto notwithstanding the Court's approval of only a portion of the Stipulation, the parties thereto have resolved the issues raised in the Fee Motion and Joinder. As a result and in accordance with the Court's instruction, Law Debenture has agreed to withdraw the Fee Motion, without prejudice, and Centerbridge has agreed to withdraw the Joinder, without prejudice, subject to the continued enforceability of all terms of the Stipulation among the parties thereto.

WHEREFORE, JPMorgan respectfully requests the entry of an order approving Law Debenture's withdrawal of the Fee Motion, and Centerbridge's withdrawal of the Joinder, both without prejudice, substantially in the form attached hereto as <u>Exhibit A</u>, at the earliest convenience of the Bankruptcy Court.

Dated: April 14, 2010
      Wilmington, Delaware

*/s/*

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*