# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
: 
In re: : Chapter 11
: 
TRIBUNE COMPANY et al., : Case No. 08-13141 (KJC)
: 
Debtors. : (Jointly Administered)
: 
: Re: Docket No _____
------------------------------ x

### ORDER APPROVING WITHDRAWAL, WITHOUT PREJUDICE, OF (A) LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS, AND (B) CENTERBRIDGE CREDIT ADVISORS LLC'S RELATED JOINDER

Upon review and consideration of the *Certification of Counsel Regarding Withdrawal, Without Prejudice, of (A) Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments, and (B) Centerbridge Credit Advisors LLC's Related Joinder*, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. Law Debenture Trust Company of New York's withdrawal of the *Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Docket No. 2407], without prejudice, is hereby approved.

2. Centerbridge Credit Advisors LLC's withdrawal of the *Joinder of Centerbridge Credit Advisors LLC to Law Debenture Trust Company of New York's (I) Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for*

RLF1 3559918v 3

*an Accounting, and for Disgorgement of Past Payments, and (II) Response to the Debtors' Motion to Extend Their Exclusivity Periods* [Docket No. 2630], without prejudice, is hereby approved.

3. This Order is without prejudice to other terms in the Stipulation agreed among the parties thereto.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: April _____, 2010
       Wilmington, Delaware      _____
                                 THE HONORABLE KEVIN J. CAREY
                                 UNITED STATES BANKRUPTCY JUDGE