**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket No. 3422 and 3428** |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that on February 16, 2010, Wilmington Trust Company filed the *Motion of Wilmington Trust Company for Entry of an Order Authorizing Filing of Unredacted Declaration of Martin S. Siegel in Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code and Certain Exhibits Thereto Under Seal* (the "Motion to Seal the Siegel Declaration") [Docket No. 3422].

PLEASE TAKE FURTHER NOTICE that also on February 16, 2010, Wilmington Trust Company filed a *Declaration of Martin S. Siegel in Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code* (the "Siegel Declaration") [Docket No. 3428].

PLEASE TAKE FURTHER NOTICE that thereafter on April 9, 2010, Wilmington Trust Company filed a *Motion of Wilmington Trust Company for Entry of an Order Authorizing Filing of Unredacted Declaration of William M. Dolan in Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code and Certain Exhibits Thereto Under Seal* [Docket No. 3980], and an accompanying *Declaration of William M. Dolan in Further Support of the Motion of Wilmington Trust*

*Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code*

[Docket No. 3979].

PLEASE TAKE NOTICE that, therefore, Wilmington Trust Company hereby withdraws the Motion to Seal the Siegel Declaration and the Siegel Declaration.

Dated: April 14, 2010

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone  (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*