**<u>EXHIBIT A</u>**

**Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 3792** |

### ORDER SUSTAINING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

Upon consideration of the Nineteenth Omnibus (Substantive) Objection[2] of the

Debtors to claims (the "Objection"), by which the Debtors request entry of an order pursuant to

Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

1, disallowing and expunging the No Liability Claims set forth on <u>Exhibit A</u> attached hereto; and

upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this

Objection having been given under the circumstances; and sufficient cause appearing therefor; it

is hereby

        ORDERED that the Objection is sustained as modified hereby; and it is further

        ORDERED that the No Liability Claims set forth on the attached <u>Exhibit A</u> are

hereby disallowed and expunged in their entirety; and it is further

        ORDERED, that solely with respect to the Debtors' Objection to the following

Claims: Claim No. 4113 of Cisco Systems Capital Corporation, Claim No. 234 of Third Screen

Media Inc. DBA Quigo Et Al., and Claim Nos. 4179 and 4180 of Zenith Media, the Objection is

continued to the next omnibus hearing scheduled in these chapter 11 cases, being May 18, 2010

at 1:00 p.m. (prevailing Eastern time), or such other date and time as the Court directs or the

parties consent, and the parties reserve all rights with respect to such Claims and the Objections

thereto; and it is further

        ORDERED, that solely with respect to the Debtors' Objection to the following

Claims: Claim No. 14 of Avaya Inc., Claim No. 1797 of Todd Umbarger, Claim No. 608 of

North South Promotions II, Inc., and Claim 1670 of United States Debt Recovery III LP

(transferor: CNI Corporation), the Debtors' Objection is withdrawn; and it is further

        ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

        ORDERED that notwithstanding anything contained in the Objection or the

Exhibit attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions

under the applicable sections of the Bankruptcy Code against the holders of claims subject to the

Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such

avoidance actions are unaffected; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
        April _____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

3

# EXHIBIT A

## No Liability Claims

### (REVISED)

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADT SECURITY SERVICES 14200 E EXPOSITION AVENUE AURORA, CO 80012 | 08-13141 | Tribune Company | 08/11/2009 | 6166 | $5,129.66 | Claim partially paid with check number 7700983652 on 7/27/2009 and Pcard reference number 1825970 on 9/26/2008. Remainder of claim is not a valid invoice because when transferring service to another location there is no cancellation fee. |
| 2 | ADVERTISING RESEARCH FOUNDATION 432 PARK AVENUE SOUTH 6TH FLR NEW YORK, NY 10016 | | No Debtor Asserted | 04/20/2009 | 1027 | $18,375.00 | Debtor did not renew membership, therefore no liability exists in books and records. |
| 3 | AMS IMAGING 2670 WARWICK AVENUE WARWICK, RI 02889 | | No Debtor Asserted | 04/27/2009 | 1961 | Undetermined | Claimant indicated no amounts owed on claim. |
| 4 | ANDERSON, TRACY S. 9940 LAKEMERE DRIVE DALLAS, TX 75238 | 08-13241 | Tribune Television Company | 05/11/2009 | 2702 | Undetermined | Claimant indicated no amounts owed on claim. |
| 5 | ARAMARK UNIFORM & CAREER APPAREL, LLC ET AL. – C/O SHEILA R. SCHWAGER HAWLEY TROXELL ENNIS & HAWLEY LLP PO BOX 1617 BOISE, ID 83701 | 08-13141 | Tribune Company | 06/11/2009 | 4645 | $2,696.26 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 6 | AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13163 | Eagle Publishing Investments, LLC | 12/19/2008 | 17 | $385.68 | Liability is for Eagle Publishing Co which is not a Tribune Company entity. |
| 7 | BALTZ, BARBARA 825 ATLAS RD NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 04/30/2009 | 2098 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 15

## TRIBUNE COMPANY, ET AL

### Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BALTZ, CURTIS 825 ATLAS RD NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 04/30/2009 | 2507 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 9 | BELLIS, LISA 825 LOUIS ST EASTON, PA 180425319 | 08-13212 | The Morning Call, Inc. | 04/29/2009 | 2062 | $750.15 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 10 | BISCHOF, MARK 1138 8TH ST CATASAUQUA, PA 18032 | 08-13212 | The Morning Call, Inc. | 07/10/2009 | 6057 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 11 | BORGARDT, JEFF 4250 N MARINE STE 2934 CHICAGO, IL 60613 | 08-13141 | Tribune Company | 06/12/2009 | 5436 | $1,750.00 | Paid via EFT number 7700824098 on 11/03/2008, 7700833095 on 11/19/2008, and 7700866298 on 1/29/2009. |
| 12 | BORUCH, PATRICIA 8545 AIRPORT RD NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4853 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 13 | BOSTWICK BRAUN P.O. BOX 986 TOLEDO, OH 43697 | 08-13227 | Tribune Direct Marketing, Inc. | 06/05/2009 | 3602 | $990.19 | No liability owed to claimant per Debtors books and records. |
| 14 | BRADWELL, LARKIA 3120 NW 4TH CT FT LAUDERDALE, FL 33311 | 08-13208 | Sun-Sentinel Company | 05/08/2009 | 2604 | $3,720.12 | Paid via check number 0002379573 on 10/23/2008, 0002385328 on 11/2006/2008, 0002387814 on 11/13/2008, 0002394878 on 12/05/2008, 0002395034 on 12/11/2008, 0002397877 on 12/18/2008, and 0002401948 on 1/2/2009. |
| 15 | BULL, DEBBY 115 S YELLOWSTONE ST LIVINGSTON, MT 59047 | 08-13141 | Tribune Company | 06/04/2009 | 3489 | $1,526.00 | Liability is for Tower Records which is not a Tribune Company entity. |
| 16 | CALIPER HUMAN STRATEGIES INC 506 CARNEGIE CENTER   STE 300 PRINCETON, NJ 08543-2050 | | No Debtor Asserted | 04/27/2009 | 1807 | $295.00 | Liability is for Lehigh Coal & Navigation which is not a Tribune Company entity. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | CAMDEN, JOHN<br>446 N. WELLS STREET<br>APT. #2000<br>CHICAGO, IL 60610 | | No Debtor Asserted | 05/18/2009 | 2923 | $3,893.21 | Liability due to claimant from third party, not Debtor. |
| 18 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL.<br>ATTN: CLIFF KATZ AND EVAN SALAN<br>1065 AVENUE OF THE AMERICAS, 18TH FL<br>NEW YORK, NY 10018 | 08-13240 | Tribune Publishing Company | 06/12/2009 | 4947 | $5,509.69 | Liability is for Sparks Tribune which not a Tribune Company entity. |
| 19 | CHICAGO MESSENGER SERVICE, INC<br>1600 S ASHLAND AVE<br>CHICAGO, IL 60608-2099 | | No Debtor Asserted | 04/23/2009 | 1565 | $93.41 | Claimant indicated no amounts owed on claim. |
| 20 | CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13209 | The Baltimore Sun Company | 06/09/2009 | 4106 | $115,496.81 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 21 | CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13249 | WATL, LLC | 06/09/2009 | 4107 | $12,988.36 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 22 | CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/09/2009 | 4108 | $1,097,030.46 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13208 | Sun-Sentinel Company | 06/09/2009 | 4109 | $222,505.29 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 24 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13198 | Orlando Sentinel Communications Company | 06/09/2009 | 4110 | $64,567.08 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 25 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13223 | Tribune Broadcasting Company | 06/09/2009 | 4111 | $246,791.45 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 26 | CISCO SYSTEMS CAPITAL CORPORATION LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13240 | Tribune Publishing Company | 06/09/2009 | 4112 | $26,570.63 | No liability owed to claimant. All equipment was returned and claimant issued credits to Debtor. |
| 27 | CIT BANKRUPTCY PROCESSING 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13141 | Tribune Company | 06/02/2009 | 3631 | $181,272.00 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | CIT TECHNOLOGY FINANCING SERVICES, INC. BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13148 | Channel 39, Inc. | 01/12/2009 | 256 | $28,355.87 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 29 | CIT TECHNOLOGY FINANCING SERVICES, INC. BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13148 | Channel 39, Inc. | 01/12/2009 | 257 | $39,623.95 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 30 | CIT TECHNOLOGY FINANCING SERVICES, INC. BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO, TX 78258 | 08-13148 | Channel 39, Inc. | 01/12/2009 | 258 | $11,660.13 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 31 | CONNECTICUT LIGHT & POWER NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER PO BOX 2899 HARTFORD, CT 06101-8307 | 08-13205 | Southern Connecticut Newspapers, Inc. | 01/06/2009 | 579 | $451.03 | Claim is for liability in October-December of 2008, building was sold to Tribune in April 2008. |
| 32 | CORPORATE EXPRESS PO BOX 840181 DALLAS, TX 75284-0181 | | No Debtor Asserted | 04/27/2009 | 1703 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 33 | COSGROVE, JAMES T 4254 GRADWOHL SWITCH RD EASTON, PA 18045 | 08-13212 | The Morning Call, Inc. | 05/13/2009 | 2763 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 34 | CRESPI, MARILYN 733 WASHINGTON AVE APT 2 NORTHAMPTON, PA 18067 | | No Debtor Asserted | 04/27/2009 | 1770 | $10,000.00* | No liability owed to claimant per Debtors books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | CURTIS CIRCULATION COMPANY LLC 2500 MCCLELLAN AVE PENNSAUKEN, NJ 08109-4660 | | No Debtor Asserted | 05/14/2009 | 2784 | $13,559.21 | Liability due to claimant from third party, not Debtor. |
| 36 | D&S DISTRIBUTORS 13501 BRISTOL DR SW CUMBERLAND, MD 21502 | 08-13209 | The Baltimore Sun Company | 05/04/2009 | 2373 | $2,282.69 | Claimant was active agent at time of filing and therefore not eligible for payment of bond. |
| 37 | DOUGLAS S PLOTKE JR INC DBA ROOF SERVICES 48 W JEFRYN BLVD DEER PARK, NY 11729 | | No Debtor Asserted | 04/23/2009 | 1598 | $18,500.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 48 | ENGLER, JOY RR 2 BOX 137 KUNKLETOWN, PA 18058 | 08-13141 | Tribune Company | 04/30/2009 | 2099 | $14,000.00 | Contract indicates that an independent contractor is solely responsible for the materials, supplies, equipment, and distribution, and costs (and profits/losses) incurred in the distribution of Newspapers. Additionally claimant could not further support basis for claim. |
| 39 | EXPERT NETWORKS INC 9568 TOPANGA CYN BLVD CHATSWORTH, CA 91311 | | No Debtor Asserted | 04/20/2009 | 1203 | $4,000.00 | Liability is for Star Tribune which is not a Tribune Company entity. |
| 40 | FEGELY, TAMMY 5594 WEDGE LN ALLENTOWN, PA 18106 | 08-13212 | The Morning Call, Inc. | 04/22/2009 | 1366 | $377.45 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 41 | FW WEBB COMPANY BOB MULLEN 160 MIDDLESEX TPKE BEDFORD, MA 01730 | 08-13240 | Tribune Publishing Company | 04/24/2009 | 1468 | $186.43 | Liability is for Eagle Publishing Co which is not a Tribune Company entity. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | GECKER, FRANCES - AS CHAPTER 7 TRUSTEE FOR ILLINOIS BATTERY CO. FRANK/GECKER LLP 325 W. LASALLE ST., SUITE 625 CHICAGO, IL 60654 | 08-13141 | Tribune Company | 06/09/2009 | 4195 | $10,000.00 | No liability owed to claimant per Debtors books and records. |
| 43 | GEORGIA FAMILY SUPPORT REGISTRY PO BOX 1800 CARROLLTON, GA 30112 | | No Debtor Asserted | 04/27/2009 | 1895 | Undetermined | No basis for claim. Attached documentation is letter explaining proper noticing for department, not an actual filed claim. |
| 44 | GETTY IMAGES 601 N. 34TH STREET SEATTLE, WA 98103 | 08-13141 | Tribune Company | 04/21/2009 | 1375 | $205.00 | Liability is for Tribune Review which is not a Tribune Company entity. |
| 45 | GONZALES, HOLLY 2231 CENTER ST WHITEHALL, PA 18052 | 08-13212 | The Morning Call, Inc. | 04/24/2009 | 1460 | $1,103.24 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 46 | GRACE, MADELINE 825 SOUTH HIGH STREET DENVER, CO 80209 | | No Debtor Asserted | 05/04/2009 | 2421 | $56.30 | No liability owed to claimant per Debtors books and records. |
| 47 | GUERRERO, PILAR 432 AUBURN ST ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 05/01/2009 | 2218 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 48 | HARRIS CORPORATION BROADCAST COMMUNICATIONS DIVISION PO BOX 96776 CHICAGO, IL 60693 | 08-13241 | Tribune Television Company | 06/11/2009 | 4790 | $12,402.25 | Debtors books and records show services were never performed therefore no liability exists. |
| 49 | HASLER INC. PO BOX 3808 ATTN: CONTRACT DEPT MILFORD, CT 06460 | 08-13200 | Patuxent Publishing Company | 06/05/2009 | 3534 | $270.00 | Claimant indicated no amounts owed on claim. |

Page 7 of 15

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | HASLER MAILING SYSTEMS SOLUTIONS PO BOX 895 SHELTON, CT 06484-0895 | 08-13245 | Tribune Television Northwest, Inc. | 06/05/2009 | 3533 | $45.00 | Claimant indicated no amounts owed on claim. |
| 51 | HASTINGS STAR GAZETTE PO BOX 277 HASTINGS, MN 55033-0277 | | No Debtor Asserted | 04/24/2009 | 1451 | $1,920.00 | Liability is for Star Tribune which is not a Tribune Company entity. |
| 52 | HATTENBACH, LINDA 1236 LITTLE CREEK CIRC BREINIGSVILLE, PA 18031 | 08-13141 | Tribune Company | 05/04/2009 | 2342 | $350.00 | Claimant not eligible for payment of bond. |
| 53 | HUTCHISON, GLEN 3827 E 3RD ST #59 TUCSON, AZ 85716 | 08-13141 | Tribune Company | 10/26/2009 | 6318 | $10,000.00 | Liability due to claimant from third party, not Debtor. |
| 54 | ICM (INTERNATIONAL CREATIVE MANAGEMENT) 10250 CONSTELLATION BOULEVARD CHICAGO, IL 60693 | 08-13228 | Tribune Entertainment Company | 06/11/2009 | 4626 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 55 | ILLINOIS COUNCIL ON ECONOMIC EDUCATION STOCK MARKET GAME NORTHERN ILLINOIS UNIVERSITY DEKALB, IL 60115 | | No Debtor Asserted | 04/27/2009 | 1943 | $9,000.00 | Debtor did not renew program in 2009 therefore no liability exists in books and records. |
| 56 | INVESTMENT LAND ACQUISITIONS INC DBA NATIONAL REDEMPTION EILEEN KIRKWOOD, PRESIDENT P.O. BOX 910 EASTVILLE, VA 23347-0910 | | No Debtor Asserted | 06/12/2009 | 5429 | $10,749.07 | Claimant received amounts claimed from third party credit card provider. |
| 57 | JACKSON, SYLVIA J 4861 BIXBY PARK PL GROVEPORT, OH 43125 | | No Debtor Asserted | 04/27/2009 | 1924 | Undetermined | No liability owed to claimant per Debtors books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 15

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 58 | JACOBY, DAVID<br>8041 MOUNTAIN VIEW CIR<br>NORTHHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 06/01/2009 | 3354 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 59 | K&D FACTORY SERVICES INC<br>1833-41 N CARMEN ST<br>HARRISBURG, PA 17103 | 08-13141 | Tribune Company | 04/23/2009 | 1594 | $43,500.00 | No liability owed to claimant per Debtors books and records. |
| 60 | KAVOURIAS, IRENE<br>629 12TH AVE<br>BETHLEHEM, PA 18018 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4455 | $307.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 61 | KEEN, SHANE<br>1335 GORDON ST W<br>ALLENTOWN, PA 18102 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4461 | $235.08 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 62 | LACKEY, DANIEL B<br>40 HICKORY HILL RD<br>HAMPTON, VA 23666 | | No Debtor Asserted | 04/27/2009 | 1922 | $500.00 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 63 | LEAVITT, CAROL<br>950 N. MICHIGAN AVE., APT. 2801<br>CHICAGO, IL 60611 | | No Debtor Asserted | 05/26/2009 | 3197 | $1,471.44* | Liability due to claimant from third party, not Debtor. |
| 64 | LENGYEL, JUNE<br>2416 9TH ST<br>BETHLEHEM, PA 18020 | 08-13212 | The Morning Call, Inc. | 04/22/2009 | 1367 | $352.43 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 65 | LEVY REST/MISC 980<br>980 NORTH MICHIGAN<br>CHICAGO, IL 60611-0000 | | No Debtor Asserted | 04/21/2009 | 1272 | $2,577.01 | Claimant indicated no amounts owed claim. |
| 66 | LLOYDS OF LONDON<br>ONE LIME STREET<br>LONDON, EC3M 7HA<br>UNITED KINGDOM | | No Debtor Asserted | 05/04/2009 | 2366 | Undetermined | Liability due to claimant from third party, not Debtor. |
| 67 | LOBACH, CATHERINE<br>9128 PRIMROSE CIR N<br>BREINIGSVILLE, PA 18031 | 08-13212 | The Morning Call, Inc. | 05/08/2009 | 2577 | $586.58 | Claimant not eligible for payment of bond. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | LOS ANGELES COUNTY REGISTAR RECORDER COUNTY CLERK PO BOX 1024 NORWALK, CA 90051-1024 | | No Debtor Asserted | 05/01/2009 | 2241 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 69 | MECKWOOD YAZDPOUR, JANE E 1047 SHERMAN DR FRANKLIN SQUARE, NY 11010-1015 | | No Debtor Asserted | 05/14/2009 | 2803 | $400.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 70 | MOSBY-YEAR BOOK, INC. C/O CT CORPORATION SYSTEM, REGISTERED AGENT 120 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | | No Debtor Asserted | 04/22/2009 | 1308 | Undetermined | Claimant indicated no amounts owed on claim. |
| 71 | MYER, JR., WILLIAM D. 14 WATERVIEW RD HANOVER, PA 17331 | 08-13209 | The Baltimore Sun Company | 05/15/2009 | 2861 | $1,110.01 | No liability owed to claimant per Debtors books and records. |
| 72 | NEILSON, LAURA 58 E 1ST ST NO.6C NEW YORK, NY 10003 | 08-13141 | Tribune Company | 04/20/2009 | 1026 | $75.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 73 | NETWORKS ENGINEERING & OPERATIONS 10201 W PICO BLVD BLDG 103 # 3147 LOS ANGELES, CA 90035 | 08-13249 | WATL, LLC | 06/10/2009 | 4348 | $102.60 | Liability incurred in 2007, but business was sold by Debtor in 2006. |
| 74 | NETWORKS ENGINEERING & OPERATIONS 10201 W PICO BLVD BLDG 103 # 3147 LOS ANGELES, CA 90035 | 08-13242 | Tribune Television Holdings, Inc. | 06/10/2009 | 4349 | $1,346.00 | Claimant indicated no amounts owed on claim. |
| 75 | NEVILLE, WILLIAM 1452 NE EIGHTH STREET BEND, OR 97701 | | No Debtor Asserted | 05/11/2009 | 2664 | $1,154.19 | Liability is for Tober Logistics which is not a Tribune Company entity. |
| 76 | NEWBORN ENTERPRISES P.O. BOX 1713 ALTOONA, PA 16601 | 08-13209 | The Baltimore Sun Company | 04/20/2009 | 1110 | $644.04 | Claimant was active agent at time of filing and therefore not eligible for payment of bond. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 77 | OLSCHWANG, ALAN<br>4151 SHOREBREAK DRIVE<br>HUNTINGTON BEACH, CA 92649 | 08-13236 | Tribune Media Services, Inc. | 04/20/2009 | 1165 | $5,015.00 | Liability due to claimant from third party, not Debtor. |
| 78 | ORTWEIN, DONNA M<br>424 HARRISON ST<br>ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 05/01/2009 | 2219 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 79 | OSWALD, LATRISHA<br>8382 SCENIC VIEW DR<br>BREINIGSVILLE, PA 18031 | 08-13212 | The Morning Call, Inc. | 05/06/2009 | 2497 | $530.15 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 80 | OSWALD, NEIL<br>2871 TU PEEK AVE<br>DANIELSVILLE, PA 18038 | 08-13212 | The Morning Call, Inc. | 05/07/2009 | 2572 | $307.33 | Claimant not eligible for payment of bond. |
| 81 | OTIS ELEVATOR COMPANY, ET AL<br>ATTN: TREASURY SERVICES - J. PARENT<br>1 FARMS SPRINGS, 3RD FLOOR<br>FARMINGTON, CT 06032 | 08-1341 | Tribune Company | 01/15/2009 | 237 | $3,679.60 | Liability is for Tribune Chronicle which is not a Tribune Company entity. |
| 82 | PETERS, LISA A<br>2218 SEIPSTOWN RD<br>FOGELSVILLE, PA 18051 | 08-13212 | The Morning Call, Inc. | 08/17/2009 | 6173 | $50.13 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 83 | PETIT PRESS A.S.<br>ATTN: MR. ALEXEJ FULMEK<br>NAMESTIE SNP 30<br>BRATISLAVA, 811 01<br>SLOVAKIA (Slovak Republic) | | No Debtor Asserted | 06/02/2009 | 3411 | $40,000.00 | Liability due to claimant from third party, not Debtor. |
| 84 | PITNEY BOWES CREDIT CORP<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | 08-1341 | Tribune Company | 03/30/2009 | 885 | $4,294.97 | Liability incurred in 2008, but business was sold by Debtor in 2007. |
| 85 | POLANCO, ROSALINDA<br>262 EAST FAIRVIEW STREET<br>ALLENTOWN, PA 18109 | | No Debtor Asserted | 04/22/2009 | 1330 | Undetermined | Claimant indicated no amounts owed claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 11 of 15

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 86 | PRIDE EQUIPMENT CORP<br>150 NASSAU AVE<br>ISLIP, NY 11751 | 08-13254 | WPIX, Inc. | 05/20/2009 | 2989 | Undetermined | Claimant indicated no amounts owed on claim. |
| 87 | PROTECT ALARMS<br>1932 S 4TH ST<br>ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 05/21/2009 | 3024 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 88 | RAYSSES, MICHAEL<br>2729 BARRY AVENUE<br>LOS ANGELES, CA 90064 | 08-13141 | Tribune Company | 05/26/2009 | 3176 | Undetermined | Claimant indicated no amounts owed claim. |
| 89 | REBATH<br>2451 VAN OMMEN DR STE B<br>HOLLAND, MI 494248316 | | No Debtor Asserted | 04/27/2009 | 1802 | $2,079.00 | No liability owed to claimant per Debtors books and records. |
| 90 | REYES, SAL<br>25415 HARDY PLACE<br>STEVENSON RANCH, CA 91381 | 08-13185 | Los Angeles Times Communications LLC | 05/12/2009 | 2739 | $1,500.00 | No liability owed to claimant per Debtors books and records. |
| 91 | REYNOLDS OUTDOOR MEDIA INC<br>3838 OAK LAWN AVE<br>STE 606<br>DALLAS, TX 75219 | | No Debtor Asserted | 04/20/2009 | 1176 | $47,999.50 | Liability due to claimant from third party, not Debtor. |
| 92 | RHODES, MARY<br>4923 MEADOW LN<br>MACUNGIE, PA 18062 | 08-13212 | The Morning Call, Inc. | 05/06/2009 | 2088 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 93 | RIES, MARCIA<br>7401 SYLVAN RIDGE ROAD<br>INDIANAPOLIS, IN 46240-3546 | 08-13183 | KTLA Inc. | 04/29/2009 | 2083 | Undetermined | Claimant indicated no amounts owed on claim. |
| 94 | ROBERT LANGER CO INC<br>P O BOX 2075<br>PATCHOGUE, NY 11772 | 08-13141 | Tribune Company | 04/29/2009 | 2077 | $3,815.50 | No liability owed to claimant per Debtors books and records. |
| 95 | ROYAL WHOLESALE ELECTRIC<br>1620 REMBRANDT ST P O BOX 1286<br>INDIANAPOLIS, IN 46206 | | No Debtor Asserted | 04/27/2009 | 1948 | $232.43 | Liability is for New Herald which is not a Tribune Company entity. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 12 of 15

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 96 | SAYLOR, BRIAN 2 EISENHOWER DR WHITEHALL, PA 18052 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1812 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 97 | SCHIELE INC 511 S WALNUT AVE ARLINGTON HTS, IL 60005 | | No Debtor Asserted | 06/05/2009 | 3586 | $400.00 | Paid via EFT number 7700810012 on 10/9/2008 and 7700882076 on 2/20/2009. |
| 98 | SCHINDLER ELEVATOR CORPORATION 1530 TIMBERWOLF DRIVE HOLLAND, OH 43528 | 08-13141 | Tribune Company | 02/05/2009 | 475 | $7,210.75 | Work performed by claimant covered under Service Contract. Debtor has no liability for amounts invoiced. |
| 99 | SENTINEL LUBRICANTS CORP PO BOX 694240 MIAMI, FL 33269-1240 | | No Debtor Asserted | 04/23/2009 | 1591 | $983.22 | Claimant indicated no amounts owed on claim. |
| 100 | SEPARATION EQUIPMENT SALESINC PO BOX 297 ATTN: YOGI ALBETSON, NY 11507 | | No Debtor Asserted | 04/22/2009 | 1338 | $594.50 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 101 | STANDARD PARKING CORPORATION 8037 INNOVATION WAY CHICAGO, IL 60682-0080 | 08-13200 | Patuxent Publishing Company | 05/15/2009 | 2835 | Undetermined | Claimant indicated no amounts owed claim. |
| 102 | STANDARD REGISTER COMPANY LILLIAN FLATT 600 ALBANY ST DAYTON, OH 45408 | 08-13141 | Tribune Company | 12/18/2008 | 95 | $4,147.36 | Claimant indicated no amounts owed claim. |
| 103 | T-MOBILE USA INC. P.O. BOX 53410 BELLEVUE, WA 98015 | 08-13141 | Tribune Company | 05/18/2009 | 3096 | $5,528.75 | No liability owed to claimant for this wireless account per Debtors books and records. |
| 104 | T-MOBILE USA INC. P.O. BOX 53410 BELLEVUE, WA 98015 | 08-13141 | Tribune Company | 05/18/2009 | 3098 | $806.90 | Liability is for West Publishing Corporation which is not a Tribune Company entity. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 105 | T-MOBILE USA INC. P.O. BOX 53410 BELLEVUE, WA 98015 | 08-13141 | Tribune Company | 05/18/2009 | 3099 | $7,896.34 | Liability is for Thomson - West Publishing which is not a Tribune Company entity. |
| 106 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 08-13152 | Chicago Tribune Company | 01/27/2009 | 397 | $390.84 | No liability owed to claimant for this wireless account per Debtors books and records. |
| 107 | TAPANI, KEVIN 781 N FERNDALE RD WAYZATA, MN 55391 | | No Debtor Asserted | 05/11/2009 | 2660 | $27,580.00 | Liability due to claimant from third party, not Debtor. In addition Debtor not responsible for realized losses on common stock. |
| 108 | USF HOLLAND C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13227 | Tribune Direct Marketing, Inc. | 03/23/2009 | 836 | $1,804.21 | Liability due to claimant from third party, not Debtor. |
| 109 | VALLEJO, MARIA 6808 HASTINGS ST. METAIRIE, LA 70003 | 08-13244 | Tribune Television New Orleans, Inc. | 04/27/2009 | 1833 | $1,036.38 | No liability owed to claimant per Debtors books and records. |
| 110 | VELEZ, EMMA 5704 N.W. 27TH STREET MARGATE, FL 33063 | 08-13208 | Sun-Sentinel Company | 07/14/2009 | 6087 | $2,516.04 | Claimant not eligible for payment of bond. |
| 111 | WILKOWSKI, ADAM 3150 N. COURSE LANE UNIT 603 POMPANO BEACH, FL 33069 | | No Debtor Asserted | 05/26/2009 | 3169 | $100.00 | Liability due to claimant from third party, not Debtor. |
| 112 | WYLIE, MARY K 5011 CYPRESS ST ALLENTOWN, PA 18106 | 08-13212 | The Morning Call, Inc. | 05/07/2009 | 2549 | $102.52 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 113 | WYLIE, ROBERT 5011 CYPRESS ST ALLENTOWN, PA 18106 | 08-13212 | The Morning Call, Inc. | 04/29/2009 | 2076 | $44.33 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 114 | YURICHECK, STEPHEN F 140 WILLOW LN NESQUEHONING, PA 18240 | 08-13212 | The Morning Call, Inc. | 06/22/2009 | 5918 | $410.08 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |

Page 14 of 15

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## Omnibus Objection Nineteen: Exhibit A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 115 ZOHAR LAZAR INC<br>PO BOX 275<br>KINDERHOOK, NY 12106 | | No Debtor Asserted | 05/04/2009 | 2313 | Undetermined | Claimant indicated no amounts owed on claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts